# TAB 18

Paoletti, Lesli                                    July 26, 2007
                        New York, NY

Page 1

                UNITED STATES DISTRICT COURT

            FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------X

THE COMMONWEALTH OF MASSACHUSETTS, )  CIVIL ACTION NO.

            Plaintiff,            )  03-CV-11865-PBS

                                  )

        vs.                       )

                                  )    VIDEOTAPED

MYLAN LABORATORIES, INC.; BARR    )  DEPOSITION OF

LABORATORIES, INC.; DURAMED       )  LESLI PAOLETTI

PHARMACEUTICALS, INC.; IVAX       )

CORPORATION; WARRICK              )

PHARMACEUTICALS CORPORATION;      )    New York,

WATSON PHARMACEUTICALS, INC.;     )    New York

SCHEIN PHARMACEUTICAL, INC.; TEVA )  July 26, 2007

PHARMACEUTICALS USA, INC.; PAR    )

PHARMACEUTICAL, INC.; DEY, INC.;  )

ETHEX CORPORATION; PUREPAC        )

PHARMACEUTICAL CO.; and ROXANE    )    Reported By:

LABORATORIES, INC.,               )    CATHI IRISH,

            Defendants.           )    RPR, CLVS

---------------------------------X

Paoletti, Lesli                                    July 26, 2007
                        New York, NY

Page 14

1  ipratropium bromide?
2     A.  Yes.
3     Q.  So except for the Roxicodone, you had
4  responsibility for all the products that are at
5  issue in this litigation, is that correct, or at
6  least the ones I just mentioned?
7     A.  The ones you mentioned, yes.
8     Q.  How do your duties currently as the
9  associate director of marketing differ from the
10  duties you had as a senior product manager?
11     A.  They don't.
12     Q.  Okay.  So in essence, your duties and
13  responsibilities from at least the time period
14  that you became -- that you were a product
15  manager until today were essentially the same?
16     A.  Yes.
17     Q.  Is that correct?  When did you become
18  product manager?
19     A.  January of 2002.
20     Q.  And prior to that time, what were your
21  duties and responsibilities?
22     A.  I still had responsibility for the --

Page 15

1  the same group of products, but to a slightly
2  lesser -- I would say slightly lesser authority.
3     Q.  Is that because at the time that you
4  were reporting to Ms. Waterer?
5     A.  Correct.
6     Q.  Is it fair to say that the types of
7  functions that you carried out and
8  responsibilities that you carried out were
9  essentially the same, except that you were
10  working under the supervision of Ms. Waterer?
11     MR. REALE:  Objection to form.
12     THE WITNESS:  For what length of time?
13     MR. HEIDLAGE:  As the -- prior to the
14  time that you became product manager.
15     MR. REALE:  Same objection.
16     THE WITNESS:  I think they probably
17  changed from the time I initially started working
18  -- prior to working for Judy, I worked in other
19  departments, so there's a difference in those
20  positions and the responsibilities I had while I
21  was working for Judy.
22     I think the responsibilities may have

Page 16

1  involved some between '98 when I started working
2  for Judy and 2002 -- 2003 when I started working
3  directly for Paul Kersten in the capacity of
4  product manager.
5  BY MR. HEIDLAGE:
6     Q.  Let me show you a document which has
7  been marked as Exhibit Waterer 081 in Ms.
8  Waterer's deposition and ask you if that's a
9  document that you've seen before.
10     A.  Yes.
11     Q.  Is it a document that you prepared?
12     A.  No.
13     Q.  Do you know who prepared it?
14     A.  No.
15     Q.  Did you prepare any of the information
16  that is contained in Exhibit Waterer 081?
17     A.  Yes.
18     Q.  And what information did you prepare?
19     A.  Judy Waterer and I both prepared
20  jointly some of these tables on pages 2, 3 and 4.
21     Q.  Okay.  Just for the record, can you
22  describe what your role was in preparing the

Page 17

1  tables on pages 2, 3 and 4 of Exhibit Waterer
2  081?
3     A.  Well, Judy and I both did it together
4  digging through files, both electronic and
5  written, to research the information that was
6  ultimately -- we ultimately compiled and put into
7  the document.
8     Q.  Now when there was a document that you
9  located that -- and from which you took some of
10  the information that went into one of these
11  tables, did you make a copy of that document?
12     A.  Yes.
13     Q.  What did you do with the copies of
14  those documents?
15     A.  We put them in a file, a work file, so
16  that we could reference them later if we needed
17  to.
18     Q.  And do you know where that file is
19  today?
20     A.  I don't.
21     Q.  What did you do with the file?
22     A.  Actually, Judy had possession of the

5 (Pages 14 to 17)

cbcef5b7-de87-41ea-82f8-5c305bb1c548

Paoletti, Lesli                                    July 26, 2007
                        New York, NY

| Page 106 | Page 108 |
|---|---|

**Page 106**

1   the prompt payment terms impact.  And then if you
2   look at page 4, the grids for lithium carbonate
3   capsules for the date March 16th, 1998, there's a
4   -- it shows a WAC price, and the reason for that
5   change to that WAC price was to minimize prompt
6   payment terms impact.
7          Do you see that?
8       A.  Yes.
9       Q.  Are you aware of any other instances in
10  which Roxane lowered its WAC prices on a general
11  basis in order to minimize prompt payment terms
12  impact?
13         MR. REALE:  Objection, form.
14         THE WITNESS:  We may have done it on
15  individual products over the years.  The only two
16  -- I should say the biggest two I think we did
17  that on were the -- the -- are the December of
18  '97 and the March 16th of '98.  Those were the --
19  I think those were probably the big ones.
20         The December one being like a pilot to
21  work through our internal processes, make sure
22  that we could administer it efficiently, and then

**Page 107**

1   the rest of them done in March of the following
2   year.
3   BY MR. HEIDLAGE:
4       Q.  Okay.  And just in general, can you
5   describe what the purpose of the reductions in
6   the WACs were in those instances?
7       A.  Those occurred prior to my starting to
8   work for Judy.  I may have been involved in some
9   of the administrative roles that were required to
10  implement it.  It was my understanding that we
11  did it because the -- the -- just what we talked
12  about earlier, where the impact put many of our -
13  - it was digging into the margin.  The Roxane
14  margin was fairly small as it was.  So it was to
15  minimize that 2 percent prompt payment term
16  impact.
17      Q.  And is that because the actual prices
18  to the customers were getting so low that the 2
19  percent prompt payment discount was getting to be
20  too large of a percentage of your actual margin?
21      A.  Again, I wasn't -- I couldn't speak to
22  any individual product.  I know -- I know the

**Page 108**

1   basic reasons that it was done, and whether it
2   was because it was close to cost or not, it
3   definitely had to do with the two percent versus
4   the margin, our internal profit margin.
5          MR. HEIDLAGE:  Let's mark this as the
6   next exhibit.
7          (Exhibit Paoletti 004, document
8   Bates stamped PAOLETTI 04387 through 390, marked
9   for identification, as of this date.)
10  BY MR. HEIDLAGE:
11      Q.  Ms. Paoletti, what I've just placed
12  before you and marked as Exhibit Paoletti 004 is
13  a document, a four-page document with Bates
14  numbers PAOLETTI 04387 through 04390, and ask you
15  whether you've seen that before.
16      A.  I don't recall, but I probably have. My
17  name's on it, so I assume I've seen it before.
18      Q.  Do you recall participating -- your
19  earlier testimony was that this was a time period
20  before you started working for Ms. Waterer.
21         Do you recall that you worked on the
22  project for the WAC price adjustment in another

**Page 109**

1   capacity?
2       A.  I, for a period of time before I worked
3   for Judy, did data entry and meeting planning and
4   some other things.  One of the -- one of the
5   responsibilities I had was to -- to take the
6   documents for source program and -- and marry the
7   documents, the supporting documents up with
8   checks that were mailed out and just track, you
9   know, track, make sure everything was sent out.
10         I also did some data entry into the
11  system for the source programs, what the -- what
12  the IT programs ran off of.  And because I was
13  working at the time for the director of national
14  accounts and the director of sales, any
15  administrative information that one of them would
16  want to send out to a customer, I might help them
17  compile.
18         So in an administrative role, not -- to
19  me, at the time this was very much like numbers
20  into a system rather than the concept behind the
21  numbers.  Does that make sense?
22      Q.  Yes, it does.  And I appreciate that.

28  (Pages 106 to 109)

cbcef5b7-de87-41ea-82f8-5c305bb1c548

Paoletti, Lesli                                          July 26, 2007

New York, NY

---

Page 110

1        Now your testimony was that you at that
2   time had some function with regard to the source
3   programs?
4        A.   I did data entry into the -- I think it
5   was the AS 400 at the time, but some computer
6   system that was run monthly.  I think it was
7   monthly, or quarterly?  I don't know.  Monthly or
8   quarterly.  And it would calculate rebates
9   associated with that program.
10       Q.   And what kinds of data would you be
11  entering into that system, if you recall?
12       A.   No, I don't.  It's been 10 years ago.
13       Q.   Now, did you have any participation in
14  WAC price -- price adjustments to minimize the
15  prompt pay discount after this 1998 time period?
16       A.   Yeah, I should have been involved in
17  the -- let's go back through.  By 2000, for the
18  azathioprine I would have been in that role.
19  Really anything after -- just about anything
20  after 1998, though for a period of time when I
21  first started, there were a few products that
22  Judy handled because they were larger products,

Page 111

1   ipratropium.  Now that I think about it,
2   azathioprine might have been one of them, too.
3        There were maybe a handful of products
4   that she remained direct control over, but I
5   would work in an administrative role for her and
6   help put together data and things like that.  But
7   after -- after about '98, '99, I was involved in,
8   at some level, in most of them.
9        Q.   In connection with any of the programs
10  that Roxane entered into in order to reduce its -
11  - strike that.
12       At any of the times that Roxane reduced
13  its WAC to minimize the prompt pay discounts, did
14  anyone from Roxane form any kind of an analysis
15  as to whether or not there was any loss revenue
16  to Roxane by lowering the WACs?
17       A.   I don't know.  I -- in the -- in the
18  WAC adjustment that was done in -- and just to
19  clarify, I can only speak to the years that I've
20  been there, so anything that happened prior to
21  maybe '90 -- '98, I guess, when I kind of
22  realized the conceptual rather than just data

Page 112

1   entry pieces of it.
2        In reading this document, it looks like
3   they did a financial assessment, and I believe
4   they did do a financial assessment of, you know,
5   what's the impact of shelf stock adjustments and
6   things like that that -- that we would incur when
7   we reduced the WAC.
8        Q.   And do you know whether in connection
9   with any of the shelf -- strike that.
10       Do you know whether in connection with
11  any of the programs to reduce the WACs, Roxane
12  Laboratories ever came to the conclusion that its
13  net sales would be impacted by the WAC reduction?
14       A.   I think that they were in the -- in the
15  March of '98, I think they were negatively
16  impacted.
17       Q.   In net revenues?
18       A.   Yes.  I should say negatively impacted
19  in the short-term because the -- the purpose of
20  it, one of the purposes of it was in the long-
21  term to -- to lessen the impact of the prompt
22  payment terms.  But in the initial

Page 113

1   implementation, I think there was a negative
2   impact to it.
3        Q.   Let me show you a document which has
4   previously been marked as Exhibit Waterer 085 in
5   Ms. Waterer's deposition.  And specifically, let
6   me direct your attention to the second page of
7   that document.  And -- and I'm going to direct
8   your attention to the second full paragraph of
9   page 2 of Exhibit Waterer 085, and it starts,
10  "Impact on gross sales."
11       Do you see that?
12       A.   Okay.  Okay.
13       Q.   That paragraph states in the last
14  sentence, does it not, that net sales are not
15  expected to be impacted by the WAC price change
16  that was being implemented in March of 1998?
17       MR. REALE:  Object to form.
18       THE WITNESS:  It says that the net
19  sales are not expected to be impacted.
20  BY MR. HEIDLAGE:
21       Q.   Do you have any information that the
22  actual experience was different from what it was

Henderson Legal Services
202-220-4158

cbcef5b7-de87-41ea-82f8-5c305bb1c548

Paoletti, Lesli                                                    July 26, 2007

New York, NY

---

Page 194

1  And, in fact, that's the first time I even
2  noticed it didn't have a Bates number.
3  BY MR. HEIDLAGE:
4      Q.  Just note that, Ms. Paoletti, on the
5  second page in paragraph 8, there's a statement,
6  "If you have any questions, see Lesli Paoletti."
7      A.  Yes.
8      Q.  Take some time and just review the
9  procedures that are set out in Exhibit Paoletti
10  014.  And my question to you will be whether you
11  recognize those as procedures that were in place
12  at Roxane Laboratories with regard to its rebate
13  agreements during the time that you've been
14  employed by Roxane.
15      A.  Okay.  What was your question again?
16      Q.  My question is whether these are
17  procedures that you recognize as being procedures
18  with regard to the rebate agreements that were in
19  place and followed by Roxane Laboratories during
20  the time that you were employed by Roxane.
21      A.  I don't remember.  I do recall some of
22  these access files, but it seems to me that all

Page 195

1  of this occurred not too long before I moved into
2  the responsibilities with Judy.  And there was a
3  database and process in the process of being
4  created when I was leaving, so I don't remember.
5  I mean, that's all I remember about that.
6          (Exhibit Paoletti 015, document
7  Bates stamped ROX-TX00860, marked for
8  identification, as of this date.)
9  BY MR. HEIDLAGE:
10      Q.  Ms. Paoletti, what I've placed before
11  you and marked as Exhibit Paoletti 014 [sic] is a
12  one-page document with Bates number ROX-TX00860,
13  and ask you whether that's a document that you've
14  seen before.
15      A.  Yes.
16      Q.  Is the handwriting on it your
17  handwriting?
18      A.  Yeah, I believe so, and it's -- just to
19  clarify, it's only one page of a much larger
20  document.
21      Q.  Is the larger document the document
22  that contains all of Roxane's products that were

Page 196

1  being reported by First DataBank during any
2  period?
3      A.  This appears to be one of the reports
4  that they asked us to -- this is the type of
5  report that they would send us annually or
6  periodically and ask us to confirm the
7  information that's in it.  And yes, it would have
8  listed any product of Roxane's that they had in
9  their database, I think, that they had listed as
10  active.
11      Q.  Do you recall approximately the time
12  periods that First DataBank sent out these kinds
13  of reports for verification of the prices being
14  reported?
15      A.  I don't.
16      Q.  Was it -- was this one of the -- strike
17  that.
18          Was the response to this kind of report
19  part of your duties and responsibilities when you
20  first started working for Ms. Waterer?
21      A.  You know, I know that there were a few
22  times when I verified the information in these.

Page 197

1  I don't know if I was the one that did it every
2  time.
3      Q.  Okay.  Was it your understanding that
4  First DataBank sent these out periodically?
5      A.  Yes.
6      Q.  And at least annually?
7      A.  You know, I don't know if they sent
8  them out every year.  You know, it seems like we
9  still periodically get these from either First
10  DataBank or one of the other compendias, and I
11  don't recall getting them every single year, but
12  I do remember getting them on several different
13  occasions, if that helps.
14      Q.  I would just note that at the top of
15  Exhibit Paoletti 014 [sic] in the columns,
16  there's a column WHLNET?  Do you know what that
17  refers to?
18          MR. REALE:  It's Exhibit Paoletti 015.
19          MR. HEIDLAGE:  Sorry, I had the wrong
20  number.  It's Exhibit Paoletti 015.  I'm sorry.
21  Thank you.
22          THE WITNESS:  What I think we

50 (Pages 194 to 197)

cbcef5b7-de87-41ea-82f8-5c305bb1c548

Paoletti, Lesli                                          July 26, 2007
                          New York, NY

| Page 198 | Page 200 |
|---|---|
| 1  determined was that that was supposed to be the | 1      If we are -- if we were launching a |
| 2  WAC price. | 2  product and we were late to market and I wanted |
| 3  BY MR. HEIDLAGE: | 3  to see what AWPs were available for -- AWPs or |
| 4      Q.  Did you have any discussions with | 4  WACs available for our competitors, I would go to |
| 5  anyone from First DataBank as to what WHLNET | 5  this database. |
| 6  referred to? | 6      Q.  Now, can you tell what the date that |
| 7      A.  I don't recall. | 7  this report was run -- let me strike that. |
| 8      Q.  How did you determine that what that | 8      Can you tell what date this report was |
| 9  referred to was the WAC price? | 9  run? |
| 10     A.  I probably verified the pricing that | 10     A.  No. |
| 11 they had listed with our WAC. | 11     Q.  Are the company's products that are |
| 12     Q.  Did you ever ask anyone from First | 12 referred to here, are these all Roxane's |
| 13 DataBank why the heading had the -- had NET at | 13 products? |
| 14 the end of it? | 14     A.  Judging by the leader code, the 00054. |
| 15     A.  No. | 15 That's our leader code, so that should be -- |
| 16     MR. REALE:  I don't want to interrupt | 16 these should be Roxane products. |
| 17 your flow but, what do are thinking in today's | 17     Q.  So the Price-Chek database is a |
| 18 timing? It's 3:15 now. | 18 database that Roxane subscribed to? |
| 19     MR. HEIDLAGE:  I'm going to try to get | 19     A.  Yes. |
| 20 finished by 4:00. | 20     Q.  And you could obtain the same kind of |
| 21     MR. REALE:  Okay. | 21 information with regard to any manufacturer's |
| 22     (Exhibit Paoletti 016, document | 22 products; is that correct? |

| Page 199 | Page 201 |
|---|---|
| 1  Bates stamped PAOLETTI 02176 through 188, marked | 1      A.  Any manufacturer who had their products |
| 2  for identification, as of this date.) | 2  listed. |
| 3  BY MR. HEIDLAGE: | 3      Q.  Were you able to have the database |
| 4      Q.  Ms. Paoletti, what I've placed before | 4  search for products that were equivalent to |
| 5  you and marked as Exhibit Paoletti 016 is a | 5  Roxane products that you put into the database? |
| 6  document with the heading of PRICE-CHEK and it | 6      A.  I think you could look it up by product |
| 7  has Bates numbers PAOLETTI 02176 through 02188. | 7  name, and there were probably other criteria that |
| 8  And I would ask you whether that is a form of | 8  you could tell it to include or exclude. |
| 9  document that you've seen before. | 9      (Exhibit Paoletti 017, document |
| 10     A.  Yes. | 10 Bates stamped PAOLETTI 09457 through 459, marked |
| 11     Q.  And what is it? | 11 for identification, as of this date.) |
| 12     A.  It is a report out of the Price-Chek | 12 BY MR. HEIDLAGE: |
| 13 database.  Again, I don't recall if it's Medispan | 13     Q.  Ms. Paoletti, what I've placed before |
| 14 or if it's First DataBank. | 14 you and marked as Exhibit Paoletti 017 is a |
| 15     Q.  And what did you use the Price-Chek | 15 three-page document bearing Bates numbers |
| 16 database for? | 16 PAOLETTI 09457 through 09459, and I would ask you |
| 17     A.  Use it to pull up what competitors had | 17 to take a look at 09459. |
| 18 products actively listed in -- in First DataBank | 18     A.  Okay. |
| 19 or Medispan, which would tell me -- would give me | 19     Q.  And ask whether you can identify that |
| 20 an idea of whether or not they were actively | 20 as -- if you can identify it as a form that |
| 21 selling the product.  I would also maybe use it | 21 you've seen before. |
| 22 for discontinuation dates. | 22     A.  Yes. |

                                      51 (Pages 198 to 201)

cbcef5b7-de87-41ea-82f8-5c305bb1c548