# TAB 24

NO. GV3-03079

| | |
|---|---|
| THE STATE OF TEXAS | ) IN THE DISTRICT COURT |
| | ) |
| ex rel. | ) |
|     VEN-A-CARE OF THE | ) |
|     FLORIDA KEYS, INC., | ) |
|         Plaintiff(s), | ) |
| | ) |
| VS. | ) TRAVIS COUNTY, TEXAS |
| | ) |
| ROXANE LABORATORIES, INC., | ) |
| BOEHRINGER INGELHEIM | ) |
| PHARMACEUTICALS, INC., BEN | ) |
| VENUE LABORATORIES, INC. and ) | |
| BOEHRINGER INGELHEIM | ) |
| CORPORATION, | ) |
|         Defendant(s). | ) 201ST JUDICIAL DISTRICT |

*********************************************************
ORAL AND VIDEOTAPED DEPOSITION OF
HERMANN TETZNER
October 19, 2004

(CONFIDENTIAL - ATTORNEYS' EYES ONLY)

*********************************************************

    ORAL AND VIDEOTAPED DEPOSITION OF HERMANN TETZNER,

produced as a witness at the instance of the

Plaintiff(s), and duly sworn, was taken in the

above-styled and numbered cause on the 19th of

October, 2004, from 8:29 a.m. to 4:01 p.m., before

CYNTHIA VOHLKEN, CSR in and for the State of Texas,

reported by machine shorthand, at The Ethan Allen Inn,

21 Lake Avenue Extension, Danbury, Connecticut,

pursuant to the Texas Rules of Civil Procedure and the

provisions attached hereto.

2b8511a5-2e76-11d9-9863-0040f48294eb

Page 62

1    A.  Yes.
2    Q.  Okay.  Now, I see that Ms. Bartels -- Ursula
3  Bartels is on here as the secretary in April of 2004.
4  Do you see that?
5    A.  Uh-huh.  Yeah.
6    Q.  Now, she's the one that's the general -- was
7  the general counsel?
8    A.  Yeah.
9    Q.  Do you know why she left?
10    A.  I don't know.
11    Q.  Do you know where she went?
12    A.  Yes.
13    Q.  Where?
14    A.  To Chiron in San Francisco.
15    Q.  Chiron in San Francisco, the manufacturer of
16  vaccines?
17    A.  Yeah.
18    Q.  The English company that we've been hearing
19  so much about in the newspapers?
20    A.  I think there are relations.  I don't know
21  that.
22    Q.  Okay.  And is she the general counsel at
23  Chiron now?
24    A.  Yes.
25    Q.  Who is Walter Poerschmann?

Page 63

1    A.  Walter Poerschmann is heading in the
2  Ingelheim the department or the division, excuse me,
3  Americus it's called within the prescription medicine
4  business.
5    Q.  So he lives in Germany?
6    A.  He lives in Germany.
7    Q.  But he's on the board of the U.S. operations?
8    A.  Right.
9    Q.  So whenever there is a board meeting, does he
10  travel from Germany --
11    A.  Yes.
12    Q.  -- to the board meeting here --
13    A.  Yes.
14    Q.  -- in the United States?  Okay.  Now, he
15  is -- do you know what job he has in Ingelheim?
16    A.  Yeah.  Division Americus.
17    Q.  Division Americus.  And is that a
18  manufacturing --
19    A.  No.
20    Q.  -- job or a marketing --
21    A.  Marketing and sales only prescription
22  medicines.
23    Q.  Okay.  Now, this separation of the marketing
24  and sales function from the manufacturing function, is
25  that consistent with the way Boehringer does business

Page 64

1  worldwide?
2    A.  Yeah.  And that's why we have this project
3  here to do.
4    Q.  Okay.  Now, the project, is it primarily
5  directed at Roxane, separating the two functions at
6  Roxane, or -- or is it also necessary to separate the
7  marketing and sales -- marketing and manufacturing
8  processes at BIPI, also?
9    A.  It is separated.
10    Q.  Already separated.  How about BIC?
11    A.  BIC is the holding company in the U.S.
12    Q.  But BIC also has had a vice president for
13  sales and marketing for many years, correct?  So what
14  did the --
15    A.  Yeah.
16    Q.  What does the vice president of sales and
17  marketing or the holding company do?
18    A.  I can't judge that because that was before my
19  time.
20    Q.  Okay.  So when you got here in -- in July of
21  2003, were you informed about the lawsuits against
22  Roxane and various other Boehringer companies --
23    A.  What do you mean by were I informed?
24    Q.  Well, let me get my question and then -- and
25  then I'll clarify it.  Were you informed about

Page 65

1  lawsuits against Roxane and other Boehringer U.S.
2  companies relating to their reports of pricing
3  information used for government reimbursement
4  purposes?
5    A.  I heard about those cases.
6    Q.  And how did you hear about them?
7    A.  It was reported about --
8    Q.  Who --
9    A.  -- but not specially to me.
10    Q.  Okay.  Who was it reported to?
11    A.  It was reported to the management committee.
12    Q.  Of the board?
13    A.  The management committee.
14    Q.  And you're on the management committee,
15  right?
16    A.  Yeah.
17    Q.  Okay.  And who made the report?
18    A.  The general counsel.
19    Q.  Ms. Bartels?
20    A.  Yes.
21    Q.  And did you hear about that soon after
22  arriving in your current position in July of 2003?
23    A.  We had frequent regular reports that is part
24  of our management that we -- as I report about
25  financials regularly, also, about litigations or

17  (Pages 62 to 65)

2b8511a5-2e76-11d9-9863-0040f48294eb