# TAB 28

1

```
Docket No. X07          : SUPERIOR COURT

CV-03-0083296-S(CLD)    : COMPLEX LITIGATION

STATE OF CONNECTICUT,   : DOCKET AT TOLLAND

        Plaintiff,      :

                        :

    vs.                 :

                        :

DEY, INC., ET AL.,      :

        Defendants.     :
```

~~~~~~~~~~~~~~~~~~~~

Deposition of

JUDITH C. WATERER

HIGHLY CONFIDENTIAL - PURSUANT TO COURT ORDER


November 28, 2005

9:08 a.m.

Taken at:

Cleveland Marriott at Key Center

127 Public Square

Cleveland, Ohio



Grace M. Hilpert, RPR

Page 30

1   A.  Yes.
2   Q.  What were your job responsibilities as a
3   program development manager?
4   A.  They kind of evolved over time. It was
5   a created position because Ed recognized that
6   corporately there was an increasing focus on
7   generics, and they did not have anybody with any
8   significant generic experience.
9       Initially the concept was that I was to
10  develop sales programs for the field to go out and
11  offer to customers. It became apparent fairly
12  quickly that that's not the way the industry works.
13      So the position basically evolved into -
14  - in terms of responsibilities and description,
15  while the title didn't change, I would say that it
16  became product management for the entire multisource
17  line.
18  Q.  As part of this product management for
19  the entire multisource line, what specifically did
20  that entail? For example, would there be
21  responsibility relative to pricing?
22  A.  Yes.

Page 31

1   Q.  What did you do with respect to pricing?
2   A.  At that point I mostly consulted with
3   contracts. Contracts had the ultimate
4   responsibility for setting -- with pricing, I'm
5   talking bid pricing. Contracts determined what the
6   pricing was going to be, but we consulted about it.
7       Other pricing would be on new launch
8   products. I would be responsible for proposing the
9   pricing the list prices that would go out with.
10  Q.  This position in product management that
11  you started out with at Roxane in 1996, was that
12  focused only upon multisource products?
13  A.  Yes -- no. It was focused on the
14  multisource product line within which there may have
15  been some sole source generics or sole source
16  products.
17  Q.  What were some of the sole source
18  generics that you recall?
19  A.  I would probably have to have a list and
20  look at them.
21  Q.  Did you interact with the contract
22  department during this time period?

Page 32

1   A.  Yes.
2   Q.  And was John Powers the head of the
3   contracts department during this time period?
4   A.  Yes.
5   Q.  Were there any other individuals in the
6   contracts department that you interacted with?
7   A.  To a small degree, yes. Some of the bid
8   coordinators, perhaps, but my main contact was John.
9   Q.  What about interaction with the sales
10  departments, and when I say that, I mean the
11  national account managers or the national account
12  directors with respect to the Roxane multisource
13  product line, did you have interaction with them?
14  A.  Initially when I got there, they didn't
15  really exist. My interaction was predominantly with
16  the sales management.
17  Q.  And when you started in '96, who made up
18  the sales management at Roxane?
19  A.  I believe there were two sales groups.
20  One was headed by Jerry Hart, and that was the
21  larger group that had the majority of products. The
22  other group was headed by Jerry Sincich, and he was

Page 33

1   responsible for addiction treatment center, had a
2   much smaller group.
3   Q.  And did Jerry Hart have sales
4   representatives working beneath him?
5   A.  Yes.
6   Q.  What about Jerry Sincich, did he also
7   have sales reps?
8   A.  Yes.
9   Q.  That sales force eventually evolved to
10  the point where Roxane had national account
11  managers; is that right?
12  A.  Yes.
13  Q.  Do you recall when that was?
14  A.  It evolved over time, so I don't
15  remember the specifics.
16  Q.  Do you recall who some of the national
17  account managers were that you had interactions
18  with?
19  A.  From way back then? I think early on
20  Steve Snyder, but he was hired in.
21  Q.  I'm sorry. Did you say he was hired
22  after you?

Page 34

1  A. Yes.
2  Q. Okay.
3  A. Chris Boneham. From the early time
4  those are the two that I'm remembering.
5  Q. If you expand the time period out?
6  A. Currently?
7     MR. COVAL: To where?
8  Q. Who do you recall through 2001 time
9  period?
10 A. I can't put a finger on who was hired
11 what date and where they were.
12 Q. Why don't you give me your recollection
13 of who you do recall?
14 A. Having ever been a national account
15 representative?
16 Q. Yes.
17    You mentioned Steve Snyder and Chris
18 Boneham.
19 A. Debbie Kutner, Penny Hawthorne, Mike
20 Doan, Anthony Tavalarro, Linda Antonini. I'm sure
21 I'm missing someone.
22 Q. Was Dawn Gordon a national account

Page 35

1  manager?
2  A. Yes.
3  Q. Was she there when you were brought in
4  in 1996?
5  A. I don't recall.
6  Q. What kinds of interactions did you have
7  with the sales force?
8  A. I would present product information and
9  launch plans to them at the national sales meetings.
10 If they had questions or wanted exception pricing,
11 they would contact me and plead their case, if you
12 will.
13    If I needed competitive information, I
14 might call a few of them and ask them to gather
15 specific information on a product. I think that's
16 pretty much it.
17 Q. So you would communicate by telephone
18 occasionally?
19 A. Yes.
20 Q. Would you also communicate by E-mail at
21 that point?
22 A. Yes.

Page 36

1  Q. Was Lesli Paoletti hired by you?
2  A. I gave her a position that was a
3  promotion. I did not initially hire her into the
4  company.
5  Q. Was she with Roxane when you came in in
6  1996?
7  A. I believe so.
8  Q. We have gone through pricing
9  responsibilities, sales force management
10 interactions.
11    What other types of responsibilities did
12 you have during this 1996 through 2000 time period
13 when you were a program development manager?
14 A. I think that pretty much sums it up.
15 Q. Did you have any price reporting
16 responsibilities?
17 A. The price reporting was done by sales
18 management. That might have evolved into the sales
19 management. Very early on I believe that was
20 handled by the advertising coordinator.
21 Q. Was there ever a point in time when your
22 department was reporting like AWP or average

Page 37

1  wholesale price to any of the reporting entities
2  like First Data?
3  A. The actual memos did not come from our
4  department or I should say weren't signed by our
5  department. They were signed by national accounts
6  or trade relations.
7  Q. Did your department have a role in
8  determining what the input was for those reports?
9  A. Yes.
10 Q. What role did your department play?
11 A. We proposed the pricing.
12 Q. And specifically as to AWP, what was the
13 process that was followed to determine AWP for
14 various products?
15 A. On all of the new launch products, we
16 attempted -- we used a general industry rule of
17 thumb of setting the generic AWP at 10 percent below
18 the brand AWP.
19    On the existing line there had been
20 previously no rhyme or reason that I could
21 determine. So when opportunities came up to adjust
22 pricing, we would attempt to bring pricing into line

**166**

1  what their use is and what they will commit to in
2  terms of conversion and what we need to do to meet
3  the competitive situation."
4       Did I read that correctly?
5    A.  Yes.
6    Q.  You say, "We can do something based on
7  meeting competition."
8       What is it that Roxane can do in this
9  instance with respect to meeting competition?
10      MR. COVAL: Objection. Form.
11   A.  Our understanding at the time was that
12  when you have a sole source generic, you have to
13  offer the same price to all like customers. The
14  only exception to that would be if you had to meet a
15  competitive offer from a competitor.
16      So what I was suggesting here was that
17  we get more information from Kaiser about what we
18  would have to do to meet the competition from BMS.
19  And if we indeed were willing to meet that
20  competition, would they come with us.
21      That would give us the permission, if
22  you will, to offer Kaiser a different type of

**167**

1  program than we offered to other customers.
2    Q.  In what class of trade was Kaiser, if
3  you recall?
4    A.  I'm not sure which one they fell into.
5  They're like a managed care HMO, but I don't know
6  how we have them classified.
7    Q.  Was John Powers on any committee related
8  to launch of CCP?
9    A.  I don't know in terms of like a
10  committee, but as the head of contracts, he would
11  have been involved with implementing a launch plan.
12  He also had primary responsibility for a couple of
13  accounts that he had a long-term relationship with.
14   Q.  Is it your understanding that one of
15  those accounts was Kaiser?
16   A.  I wouldn't have remembered it, but it
17  appears that way from this E-mail.
18   Q.  He says, "I discussed the AWP spread."
19      Do you have an understanding of what
20  that means?
21   A.  No.
22      MR. GOLDENBERG: That's it for that.

**168**

1       - - - - -
2       (Thereupon, Plaintiff's
3       Exhibit Waterer 012 was marked for
4       purposes of identification.)
5       - - - - -
6       MR. GOLDENBERG: This is a one-page
7  exhibit. It's a couple E-mails concerning
8  Furosemide AWP. It's got a Bates number of
9  ROXCT0051213.
10      THE WITNESS: Okay.
11   Q.  Before we go into this, I have a general
12  question on AWP at Roxane.
13      With respect to setting AWPs at Roxane,
14  is it your understanding that they were generally
15  set by your department?
16   A.  Again, we would recommend the pricing.
17  It would get routed and approved by management.
18   Q.  And then Roxane or someone at Roxane
19  would then submit this AWP pricing information to
20  the various reporting services like First Data Bank?
21   A.  Correct.
22      THE WITNESS: Do you have a lot of

**169**

1  questions on this document?
2       Could we take a break?
3       MR. GOLDENBERG: We can take a break.
4       (Recess had.)
5       MR. GOLDENBERG: This is a one-page E-
6  mail, Bates numbered ROXCT0051213. It's a couple of
7  E-mails, one from Judy Waterer, the other from Bob
8  Sykora.
9    Q.  If you would take a look at Bob Sykora's
10  E-mail dated Friday, April 14, 2000, which is the
11  second E-mail, and subject line is Furosemide AWP,
12  do you see that?
13   A.  Yes.
14   Q.  And Bob Sykora, in the first paragraph,
15  he mentions that, "Anthony approached Caremark about
16  Furosemide when he heard that they were dissatisfied
17  with their current supplier. Janet Miller of
18  Caremark said she would like to give us the business
19  except now our AWP was far too low for it to be
20  profitable for them."
21      And then it goes on, "Anthony did some
22  research" -- and the word "research" is missing the