**TAB 30**

```
                                                              Page 731

            UNITED STATES DISTRICT COURT

         FOR THE DISTRICT OF MASSACHUSETTS

    ----------------------------------X

    THE COMMONWEALTH OF MASSACHUSETTS, )  CIVIL ACTION NO.

            Plaintiff,                 )  03-CV-11865-PBS

                                       )

         vs.                           )     CONTINUED

                                       )     VIDEOTAPED

    MYLAN LABORATORIES, INC.; BARR     )  DEPOSITION OF

    LABORATORIES, INC.; DURAMED        )  JUDITH WATERER

    PHARMACEUTICALS, INC.; IVAX        )     30(b)(6)

    CORPORATION; WARRICK               )

    PHARMACEUTICALS CORPORATION;       )    New York,

    WATSON PHARMACEUTICALS, INC.;      )    New York

    SCHEIN PHARMACEUTICAL, INC.; TEVA  )  July 24, 2007

    PHARMACEUTICALS USA, INC.; PAR     )

    PHARMACEUTICAL, INC.; DEY, INC.;   )

    ETHEX CORPORATION; PUREPAC         )

    PHARMACEUTICAL CO.; and ROXANE     )   Reported By:

    LABORATORIES, INC.,                )   CATHI IRISH,

            Defendants.                )    RPR, CLVS

    ----------------------------------X
```

Waterer, Judith - 30(b)(6)                                      July 24, 2007
                              New York, NY

Page 868

 1        I'll ask you if you can identify those
 2   for the record.
 3        A.  The three documents as you described
 4   them.
 5        Q.  Do you know what the A level, B level
 6   and C levels refer to in the source program?
 7        A.  Yes.
 8        Q.  And what are they?
 9        A.  A level was if there was a sole source
10   auto sub level of participation.  B level was
11   sole source and the C was multi-vendor.
12        Q.  When you say sole source auto sub, can
13   you explain to the jury what that refers to?
14        A.  Sole source would mean that within the
15   source program that they would award the product
16   only to one vendor.  So if you won the award, you
17   were the only one represented in that buying
18   group source program.
19            Auto substitution referred to the fact
20   that some of the wholesalers had a higher degree
21   of compliance with a portion of their membership
22   because they set something up that said, in

Page 869

 1   essence, even if you accidentally try and order
 2   another vendor's product, you'll automatically
 3   get the one that's on the source program.
 4            And multiple vendors would be
 5   essentially where anybody who wanted to offer a
 6   bid price to the program would be included, and
 7   the retail stores could pick and -- excuse me --
 8   pick and choose whose product they wanted to get.
 9        Q.  Were there different pricing levels
10   that were set by Roxane with regard to these
11   three programs?
12        A.  I believe that to be the case.  The
13   concept was that the higher the compliance level
14   of the buying group, the better the pricing would
15   occur.  So I think in general that's probably --
16   in general that's probably true.  I don't know if
17   there may be some overlap on individual products
18   where an A price and the B price might have been
19   the same, but the general concept was yes.
20        Q.  Was there a group or some particular
21   function at Roxane that would set the prices with
22   regard to each of these programs?

Page 870

 1        A.  I think sales and marketing in
 2   conjunction figured out where it needed to be.
 3        Q.  So the sales function and the marketing
 4   function, so that would be your function and the
 5   sales unit?
 6        A.  Yeah, we would set it based upon the
 7   competitive environment and what was required in
 8   order to win position.
 9        Q.  So were you involved, you personally
10   involved in the process of setting the levels of
11   pricing for the A, B and C levels?
12        A.  I may have been.  I don't specifically
13   recall.
14        Q.  Would Ms. Paoletti have been involved
15   in setting those price levels as well?
16        A.  I think these programs were back in '97
17   and '98 when she was just coming on board.  In
18   terms of acting in any kind of product management
19   or marketing function prior to that, she'd been
20   more administrative, so I don't think that she
21   would have been involved in that.
22        Q.  At -- did Roxane have any different

Page 871

 1   levels of pricing for its contract customers?
 2        A.  At various times, we had broad general
 3   categories of pricing that changed constantly,
 4   depending on the competitive environment for
 5   different types of customers.  There was a
 6   general guideline.
 7        Q.  Did they have names?
 8        A.  Yeah.  They changed over time.  It
 9   might be A, B, C, it might be tier 1, 2, 3.  I
10   don't really recall.
11        Q.  At any particular time in the history -
12   - in Roxane's history, was there a particular
13   place that these various levels of contract
14   pricing were recorded?
15        A.  The general guidelines, yes, but
16   exceptions were made to them constantly.
17        Q.  Of course.  And those general
18   guidelines, where would they have been
19   documented?
20        A.  They were in pricing grids.
21        Q.  So is a pricing grid a particular
22   document or is it a database of some kind?

                                    36 (Pages 868 to 871)

Page 872

1    A.  Kind of both.
2    Q.  Can you explain that to those of us who
3  are uninitiated?
4    A.  There -- there's a -- a master document
5  that holds a lot of product information in it.
6  One of the columns within that or several of the
7  columns within that are bid price related.  And
8  another document that refers to that document is
9  known amongst us as the price grid, and that is
10 shared with -- in contracts so they know where to
11 set pricing.
12   Q.  Who maintains the pricing grid?
13   A.  I believe that's maintained
14 predominantly by Lesli Paoletti.  The contracts
15 group may also have some input into that.  I'm
16 not sure.
17   Q.  Okay.  Do you know whether Roxane
18 maintained historic records of the pricing grid
19 over time?
20   A.  I think that some of them have been
21 saved.  I'm not sure what the process is.
22   Q.  But is it not -- is it fair to say that

Page 873

1  at any particular time in Roxane's history, one
2  could have gone to the pricing grid and
3  determined the set prevailing price that Roxane
4  was charging its various levels of customers?
5    A.  In a broad general sense, yes.  For an
6  individual product that was under competitive
7  pressures, the grid would never be likely to
8  reflect the prevailing price.
9    Q.  Would the grid be changed to reflect
10 the prevailing competitive situation with regard
11 to that product or would it be left and then just
12 have exceptions made to the grid?
13   A.  Both.
14   Q.  What would cause Roxane to change the
15 grid to reflect competitive pressure on a
16 product?
17   A.  If it got -- if an individual product
18 came under intense pricing pressure, such that
19 the pricing on the grid was not in any way
20 related to what we were normally bidding every
21 day, when that became cumbersome, the pricing
22 grid would be adjusted, but it wasn't something

Page 874

1  that was done like on a daily, weekly, monthly.
2  It was very much according to market dictates.
3    Q.  I think you testified that the pricing
4  grid was -- and I've lost it now, but we can go
5  back in a second.  You were bidding on a daily
6  basis or routine basis; is that accurate?
7    A.  Correct, yes.
8    Q.  So normally what you would bid on a
9  product for various levels of customer would be
10 reflected in the pricing grid, correct?
11   A.  Again, if the product was stable
12 without a lot of price changes, it may be
13 reflective for a majority of the customers, but
14 on products that were under competitive
15 pressures, the grid would not likely reflect the
16 pricing.
17        MR. HEIDLAGE:  Can you mark that as the
18 next exhibit, please?
19        (Exhibit Waterer 114, document
20 Bates stamped D0536703 through 752, marked for
21 identification, as of this date.)
22        THE VIDEOGRAPHER:  The time is 3:11

Page 875

1  p.m.  We're going off the record.
2        (Discussion off the record.)
3        THE VIDEOGRAPHER:  The time is 3:14
4  p.m.  We're back on the record.
5  BY MR. HEIDLAGE:
6    Q.  Ms. Waterer, just going back to Exhibit
7  Waterer 111, Exhibit Waterer 112 and Exhibit
8  Waterer 113, which are the A, B and C levels for
9  the wholesaler source program, are the prices
10 that are shown on these various levels for the
11 source program, for example, would they have been
12 on the pricing grid during that time period that
13 is applicable to these programs?
14   A.  I -- to the best of my recollection, we
15 did not have a pricing grid like this at the time
16 when these were in place.
17   Q.  So let me just step back for a second
18 and let's identify what I've placed before you as
19 Exhibit Waterer 114 is a document which has a
20 title, Roxane Laboratories Multi-Source Product
21 Information Master, and it has Bates numbers
22 D0536703 through D0536752.  And I just asked you

37 (Pages 872 to 875)