**TAB 31**

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-------------------------------X
In Re:  PHARMACEUTICAL          )
INDUSTRY AVERAGE WHOLESALE      )  MDL No. 1456
PRICE LITIGATION                )  Civil Action No.
-------------------------------X 01-12257-PBS
THIS DOCUMENT RELATES TO:       )
United States of America ex     )
rel. Ven-a-Care of the          )
Florida Keys, Inc., et al.      )
v. Boehringer Ingelheim         )
Corp., et al., Civil Action     )
No. 07-10248-PBS                )
-------------------------------X

(CROSS-CAPTIONS APPEAR ON FOLLOWING PAGE)

VIDEOTAPED 30(b)(6) DEPOSITION OF ROXANE

LABORATORIES, INC., ROXANE LABORATORIES, INC.

n/k/a BOEHRINGER INGELHEIM ROXANE, INC.,

BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., and

BOEHRINGER INGELHEIM CORPORATION by JUDY WATERER

DECEMBER 12, 2008

46

It's not something that we think about. We manufacture product and we sell product to customers. What they do with it subsequently is between them and whatever contracts they agree to and whatever reimbursement they agree to. It's not our -- it's not our gig.

Q. I would like to come back and ask you about your statement about industry practice.

A. Mm-hmm.

Q. And you described, you said it's just industry practice. What products come to mind that -- well, what was -- let me pause for a second.

Can you describe to me the other companies that you are aware of that follow this practice?

A. I'm not sure I understand your question about describe the other companies.

Q. Identify for me.

A. I would have to open up the book and read you the list of every generic company that sells products in the U.S.

47

Q. So it's your understanding that every generic -- every company that sells generic company products in the United States follows this practice?

A. It's my understanding that if there are a few that don't that they would be exceptions.

Q. And what's that understanding based on?

A. When -- when I open up the Red Book and I look at AWPs out of competitive launch, I'm not familiar with having experienced seeing oh, wow, our AWP calculation is completely different than everybody else's. What comes back is yep, everybody is two cents different. Some -- some was 10 percent plus a penny, some was 10 percent less than a penny; yep, we're in the ballpark.

Q. So has it been your practice over time -- let me back up.

You've had responsibility for setting AWPs at the time of launch of Roxane generic products; is that correct?

A. For a period of time, yes.

Q. Okay. What period of time?

48

A. When I was in the role, it would have been -- I'm trying to remember when the first product that I launched was, and it was probably '97, and the role transitioned to Leslie Paoletti. And I'm not sure, because it was a gradual transition, when the official cutoff was, but it would have been in the earlier part of this decade.

Q. Okay. So what, roughly five years you had responsibility for setting AWP at time of launch?

A. It's a reasonable estimate, whether it was seven or three or --

Q. Okay.

A. It was --

Q. Approximately how many products did you have responsibility -- that responsibility for?

A. In total?

Q. Yes.

A. At any one time, there was probably in excess of 300.

Q. No. How many products did you set the

49

AWP for at the time of launch?

A. I would have to go through year by year and determine how many products launched each year.

Q. Approximately.

A. It varied by year. It would be very difficult for me to get that. I'm not prepared to go through and say this product launched.

Q. I mean --

A. I've been in --

Q. -- four products or 40 or 400?

A. Probably between one and 10 a year.

Q. That works out to any -- somewhere between 20 and 30 or 40 products over a period of time?

A. I don't know.

MS. RIVERA: Hold on.

MR. HENDERSON: Okay. All right.

MS. RIVERA: Let me just put an objection on the record.

MR. HENDERSON: She said she didn't know.