# TAB 32



RLI-ORG00000016