# TAB 33



RLI-ORG00000023