**TAB 34**

MINUTES
OF THE
ANNUAL MEETING OF THE BOARD OF DIRECTORS
BOEHRINGER INGELHEIM CORPORATION

JULY 17, 1998

An annual meeting of the Board of Directors of BOEHRINGER INGELHEIM CORPORATION, a Nevada corporation, ("the Corporation"), upon due notice by letter sent to all directors, convened at the offices of the Corporation in Ridgefield, Connecticut on July 17, 1998 at 8:30 a.m.

Board members present were:

    Dr. Louis Fernandez, Chairman
    Mr. Werner Gerstenberg
    Dr. Heribert Johann
    Dr. Thomas Heil
    Dr. Jere E. Goyan
    Mr. Vaughn D. Bryson

Board members absent:

    None

Secretary: Mr. Philip J. Franks

Present by invitation for the entire meeting were:

    Mr. Holger Huels
    Mr. Walter Poerschmann

Dr. Fernandez presided as Chairman of the meeting. Mr. Franks, the Secretary, took the Minutes.

Dr. Fernandez called the meeting to order at approximately 9:15 a.m. and, it being determined that all directors were present, the meeting was declared open.

Dr. Fernandez then made a motion that the Minutes of the Board meeting of April 17, 1998 be approved. The motion was seconded, and by the unanimous affirmative vote of all directors present, the following resolution was adopted:

    RESOLVED that, the Minutes of the Board of Directors meeting held on April 17, 1998 be, and they hereby are, approved in the form submitted to this Board.

BIC JURIS 0249
CONFIDENTIAL

BICJURIS0249

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Meeting of July 17, 1998
Page 2

### Introduction and Overview of the Current Activities of BIC and Its Subsidiaries

Mr. Gerstenberg explained the key goals for BIC and its subsidiaries for 1998 on a series of overheads which included budgeted sales of approximately $1.455 Billion and an operating profit of $136 Million. The goals also include new BIPI R&D compounds, solving the Y2K issues, an update of the 5-Year Plan, and a review of the sales force requirements. The Preview of 1998 sales is $1.49 Billion with actual year-to-date sales of $685.9 Million (98.3%). The year-to-date Budget for operating profit is $42.3 Million whereas the actual operating profit year-to-date is $31.9 Million (75.4%). There followed a discussion of the projected Self-Medication Unit sales increases and the increases in advertising expenses. It was highlighted that SMU advertising expenses would be reviewed on a monthly basis and reduced if the expected sales effect could not be reached. Also discussed was the possibility of the consolidated operations being able to make up the short fall in sales and profits during the second half of the year

The integration of Ben Venue is progressing well. Visits to Ben Venue must have the prior approval of Mr. Gerstenberg or Dr. Heil.

The product launches for meloxicam and AGGRENOX™ (aspirin/dipyridamole) are on schedule. VENTIPULMIN® (clenbuterol) and BAPTEN® (beta-aminopropionitrile fumarate) have been approved. Approval of caffeine citrate has been delayed pending an additional trial. The speed of development of BIPI compounds is improving. The Y2K project is well ahead of schedule. The project will be 80% completed in 1998. Testing will remain to be done in the first six months of 1999. New physical facilities were completed at Roxane and BI Vetmedica, and the leadership changes at B. I. Chemicals and RLI are working well.

### Budget/Actual/First Preview Comparison of all U.S. Business Activities

#### Roxane Laboratories, Inc. Overview

Overhead slides were presented showing net sales and operating profit previewed on budget for 1998. Some challenges remain, including: developing a controlled

BIC JURIS 0250
CONFIDENTIAL

BICJURIS0250

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Meeting of July 17, 1998
Page 3

substance strategy; dealing with accounts receivable in excess of 120 days; and product development.

### Ben Venue Laboratories, Inc. Overview

The company's net sales are currently 15% ahead of budget. Remaining challenges include low margins and the lost exclusive contract with Premier. It is believed that BVL will be ahead of budget and preview for sales and operating profit at the end of the year. The contract manufacturing business has not been negatively impacted by BIC's purchase of BVL. Bedford's sales have increased. It was noted that international sales projections may have been initially set too high and that the timing for approval may have been projected faster than the actual time required.

### Boehringer Ingelheim Vetmedica, Inc. and Boehringer Ingelheim/NOBL Laboratories, Inc. Overview

The net sales preview is slightly below budget and the operating profit preview slightly above budget.

### B. I. Chemicals, Inc. Overview

The net sales preview is above budget due to clenbuterol and nevirapine production. Remaining challenges include the R-One situation, controlled substance strategy, the inventory of nevirapine, and the upgrade of plant and equipment. Environmental conditions are good, but more may be required to treat waste water on the premises.

## Overview of BIC and Subsidiaries Sales, Profits, Inventories, Spending, Etc.

Mr. Huels made a detailed presentation with respect to the sales, operating profits, inventories, capital spending, headcounts, personnel costs, accounts receivables, and elimination of unprofitable products. He also discussed the company's cash flow and its net borrowing position. It was stated the operating profit will be monitored constantly. Actual headcount continues to remain substantially below budgeted headcount and even below the preview headcount. It is becoming more and more difficult to hire qualified

BIC JURIS 0251
CONFIDENTIAL

BICJURIS0251

BIC JURIS 0251
CONFIDENTIAL

BICJURIS0251

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Meeting of July 17, 1998
Page 4

R&D personnel. A comparison of actual personnel costs to budgeted costs was presented with a break down of costs as a percentage of net sales, excluding international R&D personnel. There was a discussion of temporary employees of which there are over 2,000 on a worldwide basis. 1998 Capital spending for BIC and its subsidiaries was budgeted at $109,723,000. The first preview projected actual spending at $121,789,000. The year-to-date actual spending is $36,252,000. Mr. Huels presented a comparison of inventory turnover in the pharmaceutical industry, and BIPI and RLI inventory turns per year did not compare particularly favorably. With respect to service levels, BIPI is around 95% and RLI is at about 87%. 1998 inventories peaked in May and trended down in June. Measures are underway to correct the inventory levels and to improve the turnovers per year. Accounts receivable are too high – especially those over 90 days. This is a particular problem at RLI. Highly complicated deal structures complicate this problem. An accounts receivable reduction plan is in place. A stronger position is being taken with customers. At RLI, 79 products have been eliminated from the product line so far. Except for GINSANA® (ginseng) Chewies, there are few to be eliminated at BIPI. Vetmedica has eliminated over 80 products.

### Worldwide Strategy and Financial Overview

Dr. Johann presented the Leitbild 2010 which included the business of the Company, the technology of the Company, the organization of the Company, and the culture of the Company. The core businesses of the Company will be Rx hospital, self-medication, and animal health. The chemicals business will be continued for captive purposes, but will not be a core business. Regional priorities will be the NAFTA countries, the EU countries, and Japan. Opportunities will be selectively seized in emerging markets. BI's current market share is 1.6% worldwide in the pharmaceutical business. With respect to technology and innovation, the focus will be on high unmet therapeutic needs. It is the Company's intention to become a pace setter in R&D in important areas. Scientist with pioneering qualities will be recruited. Dr. Johann

BIC JURIS 0252
CONFIDENTIAL

BICJURIS0252

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Meeting of July 17, 1998
Page 5

presented a picture of the worldwide sales and operating income year-to-date. There has been a drop of income caused principally by the economic downturn in Japan and by lower than anticipated sales in France. For the first six months, the corporation's operating profit is 30% off budget. This means a major portion of the year's operating income must come from the last six months. The sales attributed to the geographic regions of the worldwide Company have changed substantially in the last two years, with the percentage of sales made in Europe declining and the percentage made in the Americas increasing substantially. The return on sales has been substantially flat from 1996 through 1998. RD&C expenditures have been going up dramatically, especially for clinical studies. It is projected that there will be a major deviation between the operating income budget for 1998 and the preview for 1998. Attention will be focused on achieving the performance as budgeted.

**REDACTED**

### Appointment of Officers for Ensuing Year

Dr. Fernandez made a motion to elect the officers of the Boehringer Ingelheim Corporation for the ensuing year, the motion was seconded and by the unanimous affirmative vote of all directors present, the following resolution was adopted:

> RESOLVED that, the following named persons be, and they hereby are, elected officers of this Corporation, each to serve as such during the pleasure of this Board of Directors in the capacity or capacities set forth opposite his name:

President and Chief Executive Officer    Mr. Werner Gerstenberg

BIC JURIS 0253
CONFIDENTIAL

BICJURIS0253

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Meeting of July 17, 1998
Page 6

| | |
|---|---|
| Senior Vice President - Technical Operations | Mr. Gerry Perez |
| Vice President (Head of Business Unit Ethical Pharmaceuticals) | Mr. Sheldon Berkle |
| Vice President - Finance, Treasurer and Chief Financial Officer | Mr. Holger Huels |
| Vice President - Controlling | Mr. Juergen Wagner |
| Vice President, General Counsel and Secretary | Philip J. Franks, Esq. |
| Vice President - Human Resources and Public Relations | Mr. David W. Nurnberger |
| Vice President - Medical Affairs | J. Douglas Wilson, M.D. |
| Assistant Secretary | Bruce J. Banks, Esq. |

The Chairman called for further business.

**Other Business**

Mr. Franks requested that the Board consider five different options for the contents of Board Minutes in the future. After a short discussion, the Board selected option number 3 of the overhead presented by Mr. Franks which is that the Minutes should record only the decisions of the Board plus a synopsis of important discussions.

Other business discussed included the content of the notebooks distributed to the Board members prior to the Meetings. It was expressed that the new executive summary was outstanding and that the attachments could perhaps be shortened.

There was also a discussion of when to discuss the framework for the Company strategy for the next five years. It was decided that the best time to discuss strategic matters with the Board would be March 31 and/or April 1, 1999.

BIC JURIS 0254
CONFIDENTIAL

BICJURIS0254

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Meeting of July 17, 1998
Page 7

The Chairman called for further business, and there being none, the meeting was adjourned.

_____
Louis Fernandez, Chairman

_____
Philip J. Franks, Secretary

_____
Heribert Johann, Director

_____
Thomas Heil, Director

_____
Vaughn D. Bryson, Director

_____
Werner Gerstenberg, Director

_____
Jere E. Goyan, Director

G:\FRANKS\WORDDOCS\BIC7-98MIN.doc

BIC JURIS 0255
CONFIDENTIAL

BICJURIS0255

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Meeting of July 17, 1998
Page 7

    The Chairman called for further business, and there being none, the meeting was adjourned.

                                  Philip J. Franks, Secretary

Louis Fernandez, Chairman

Heribert Johann, Director

Thomas Heil, Director

Vaughn D. Bryson, Director

Werner Gerstenberg, Director

Jere E. Goyan, Director

G:\FRANKS\WORDDOCS\BIC7-98MIN.doc

BIC JURIS 0256
CONFIDENTIAL

BICJURIS0256

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Meeting of July 17, 1998
Page 7

The Chairman called for further business, and there being none, the meeting was adjourned.

_____
Philip J. Franks, Secretary

_____
Louis Fernandez, Chairman

_____
Heribert Johann, Director

_____
Thomas Heil, Director

*Vaughn D. Bryson* [signature]
Vaughn D. Bryson, Director

_____
Werner Gerstenberg, Director

_____
Jere E. Goyan, Director

G:\FRANKS\WORDDOCS\BIC7-98MIN.doc

BIC JURIS 0257
CONFIDENTIAL

BICJURIS0257

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Meeting of July 17, 1998
Page 7

The Chairman called for further business, and there being none, the meeting was adjourned.

_____
Philip J. Franks, Secretary

_____
Louis Fernandez, Chairman

_____
Heribert Johann, Director

_____
Thomas Heil, Director

_____
Vaughn D. Bryson, Director

_____
Werner Gerstenberg, Director

_____
Jere E. Goyan, Director

G:\FRANKS\WORDDOCS\BIC7-98MIN.doc

BIC JURIS 0258
CONFIDENTIAL

BICJURIS0258

08/17/98 MON 14:36 FAX 201 934 8880      ALTEON                                    ☐002

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Meeting of July 17, 1998
Page 7

    The Chairman called for further business, and there being none, the meeting was adjourned.

_____
Philip J. Franks, Secretary

_____
Louis Fernandez, Chairman

_____
Heribert Johann, Director

_____
Thomas Heil, Director

_____
Vaughn D. Bryson, Director

_____
Werner Gerstenberg, Director

_____
Jere E. Goyan, Director

G:\FRANKS\WORDDOCS\BIC7-98MIN.doc

BIC JURIS 0259
CONFIDENTIAL

BICJURIS0259