# TAB 35

**NDC Search Results on boehringer ingelheim pharmaceuticals**

| Firm Name | Labeler Code |
|---|---|
| BOEHRINGER INGELHEIM PHARMACEUTICALS INC | 00597 |

Return to National Drug Code Directory Home Page