**TAB 37**



# Company History

## Boehringer Ingelheim in the United States

Boehringer Ingelheim, Ltd. was established in the U.S. in 1971 to market respiratory and cardiovascular medications. Ingelheim Corporation was later established in 1986 to serve as the parent organization in the U.S. for the original pha company and its subsequent acquisitions.

Pharmaceutical operations expanded in North America with the acquisition of Roxane Laboratories, Inc. in Columbus, 1978, a company with expertise in cancer and palliative care.

Boehringer Ingelheim went on to achieve a major advance into the hospital market in late 1997 through the acquisition Venue Laboratories, Inc., a manufacturer and marketer of sterile injectable pharmaceuticals.

In 1999, Boehringer Ingelheim Consumer Health Care Products was established to market over-the-counter health ca

In the animal health arena, Boehringer Ingelheim Corporation purchased the Anchor Serum Company in 1981, which foundation of what is today Boehringer Ingelheim Vetmedica, Inc.  Boehringer Ingelheim Corporation made further inro animal health business with the acquisition of Fermenta Animal Health in 1995 and the swine health company NOBL L in early 1997.

Boehringer Ingelheim Corporation first established its Fine Chemicals operations in the U.S. in the early 1970s.  Today Ingelheim Chemicals, Inc. in Petersburg, VA is the core of Boehringer Ingelheim's Fine Chemicals business unit in the States.

Boehringer Ingelheim was founded in Ingelheim am Rhein (Germany) in 1885, where the corporate headquarters are today.  To learn more about our history, please visit our global website.

© 2009 Boehringer Ingelheim Corporation or an affiliated company. All rights reserved. Use of this site is subject to the terms and out in the Agreement to use the Boehringer Ingelheim Corporation and its U.S. affiliates' web sites. All content intended for U.S. re Terms of Use and Privacy Policy.