# TAB 38

**CORPORATE DATA**
**Date:  November 1, 2004**

CORPORATION:    **ROXANE LABORATORIES, INC.**

ADDRESS OF         1809 Wilson Road           Mail Address
PRINCIPAL          Columbus, Ohio             P. O. Box 16532
OFFICE:            43228                      Columbus, Ohio  43216

STATE OF INCORPORATION:      Delaware (ID No. 0863458)
DATE OF INCORPORATION:       11/27/78
FEDERAL ID#:                 31-0976122

DIRECTORS:                                   Office Address

Mr. J. Martin Carroll                        Boehringer Ingelheim Corporation
Chairman                                     900 Ridgebury Road
                                             Ridgefield, Connecticut  06877

Mr. Walter Poerschmann                       B. Pharma Vertrieb Amerika
                                             Boehringer Ingelheim GmbH
                                             D-55216 Ingelheim am Rhein
                                             Germany

Mr. Robert C. Fromuth                        Roxane Laboratories, Inc.
                                             P. O. Box 16532
                                             Columbus, OH  43216

OFFICERS:               Name                 Business Address

Chairman of the Board   Mr. J. Martin Carroll    Boehringer Ingelheim
                                                   Corporation
                                                 900 Ridgebury Road
                                                 Ridgefield, CT  06877

President and Chief     Mr. Robert C. Fromuth    Roxane Laboratories, Inc.
Operating Officer                                P. O. Box 16532
                                                 Columbus, OH  43216

Officers continued on next page.....

BIC 000083

RLI-AWP-00000001

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date:   November 1, 2004
Page 2

<u>OFFICERS</u> (continued)

| | Name | Business Address |
|---|---|---|
| Vice President – Quality Control | Mr. George Doyle | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Vice President – Operations | Mr. Glenn Marina | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Vice President – Scientific Affairs | Mr. Randall Wilson | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Secretary | | |
| Treasurer | Mr. Hermann Tetzner | Boehringer Ingelheim<br>Corporation<br>900 Ridgebury Road<br>Ridgefield, CT 08877 |
| Assistant Secretary | Michael P. Morris, Esq. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |
| Assistant Secretary | Ms. Judy H. Orinski | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Assistant Secretary | Frank A. Pomer, Esq. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |

BIC 000064

RLI-AWP-00000002

**CORPORATE DATA**
**Date:  July 16, 2004**

CORPORATION:      <u>ROXANE LABORATORIES, INC.</u>

ADDRESS OF            <u>1809 Wilson Road</u>              <u>Mail Address</u>
PRINCIPAL            <u>Columbus, Ohio</u>              <u>P. O. Box 16532</u>
OFFICE:                 <u>43228</u>                           <u>Columbus, Ohio  43216</u>

STATE OF INCORPORATION:        Delaware (ID No. 0863458)
DATE OF INCORPORATION:         11/27/78
FEDERAL ID#:                           31-0976122

<u>DIRECTORS:</u>                                          <u>Office Address</u>

**Mr. J. Martin Carroll**                          Boehringer Ingelheim Corporation
**Chairman**                                          900 Ridgebury Road
                                                            Ridgefield, Connecticut  06877

**Mr. Walter Poerschmann**                     B. Pharma Vertrieb Amerika
                                                            Boehringer Ingelheim GmbH
                                                            D-55216 Ingelheim am Rhein
                                                            Germany

**Mr. Robert C. Fromuth**                        Roxane Laboratories, Inc.
                                                            P. O. Box 16532
                                                            Columbus, OH  43216

<u>OFFICERS:</u>                       <u>Name</u>                        <u>Business Address</u>

**Chairman of the Board**       **Mr. J. Martin Carroll**        Boehringer Ingelheim
                                                                          Corporation
                                                                          900 Ridgebury Road
                                                                          Ridgefield, CT  06877

**President and Chief**           **Mr. Robert C. Fromuth**      Roxane Laboratories, Inc.
**Operating Officer**                                                  P. O. Box 16532
                                                                          Columbus, OH  43216

Officers continued on next page.....                        **BIC 000085**

RLI-AWP-00000003

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date:  July 16, 2004
Page 2

| **OFFICERS** (continued) | Name | Business Address |
|---|---|---|
| Vice President – Quality Control | Mr. George Doyle | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH  43216 |
| Vice President – Operations | Mr. Glenn Marina | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH  43216 |
| Vice President – Scientific Affairs | Mr. Randall Wilson | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Secretary | Ursula B. Bartels, Esq. | Boehringer Ingelheim<br>Corporation<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| Treasurer | Mr. Hermann Tetzner | Boehringer Ingelheim<br>Corporation<br>900 Ridgebury Road<br>Ridgefield, CT  08877 |
| Assistant Secretary | Mary-Ellen M. Devlin, Esq. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| Assistant Secretary | Michael P. Morris, Esq. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| Assistant Secretary | Ms. Judy H. Orinski | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH  43216 |
| Assistant Secretary | Frank A. Pomer, Esq. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |

BIC 000086

RLI-AWP-00000004

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date:   July 16, 2004
Page 3

Assistant Secretary          Robert P. Raymond, Ph.D., J.D.      Boehringer Ingelheim
                                                                     Pharmaceuticals, Inc.
                                                                 900 Ridgebury Road
                                                                 Ridgefield, CT  06877

BIC 000087

CORPORATE DATA
Date: May 26, 2004

CORPORATION:   **ROXANE LABORATORIES, INC.**

ADDRESS OF         1809 Wilson Road           Mail Address
PRINCIPAL          Columbus, Ohio             P. O. Box 16532
OFFICE:            43228                      Columbus, Ohio  43216

STATE OF INCORPORATION:     Delaware (ID No. 0863458)
DATE OF INCORPORATION:      11/27/78
FEDERAL ID#:                31-0976122

DIRECTORS:
                                          Office Address

**Mr. J. Martin Carroll**                 Boehringer Ingelheim Corporation
**Chairman**                              900 Ridgebury Road
                                          Ridgefield, Connecticut  06877

**Mr. Walter Poerschmann**                B. Pharma Vertrieb Amerika
                                    ein   Boehringer Ingelheim GmbH
                                          D-55216 Ingelheim am Rhein
                                          Germany

**Mr. Robert C. Fromuth**                 Roxane Laboratories, Inc.
                                          P. O. Box 16532
                                          Columbus, OH  43216

OFFICERS:
                         Name .            Business Address

**Chairman of the Board**    **Mr. J. Martin Carroll**    Boehringer Ingelheim
                                                          Corporation
                                                          900 Ridgebury Road
                                                          Ridgefield, CT  06877

**President and Chief**      **Mr. Robert C. Fromuth**    Roxane Laboratories, Inc.
**Operating Officer**                                     P. O. Box 16532
                                                          Columbus, OH  43216

Officers continued on next page…..                        BIC 000068

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date:  May 26, 2004
Page 2

| <u>OFFICERS</u> (continued) | Name | Business Address |
|---|---|---|
| Vice President – Quality Control | Mr. George Doyle | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Vice President – Operations | Mr. Glenn Marina | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Vice President – Scientific Affairs | Mr. Randall Wilson | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Secretary | Ursula B. Bartels, Esq. | Boehringer Ingelheim<br>Corporation<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| Treasurer | Mr. Hermann Tetzner | Boehringer Ingelheim<br>Corporation<br>900 Ridgebury Road<br>Ridgefield, CT  08877 |
| Assistant Secretary | Michael P. Morris, Esq. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| Assistant Secretary | Ms. Judy H. Orinski | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH  43216 |
| Assistant Secretary | Frank A. Pomer, Esq. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| Assistant Secretary | Robert P. Raymond, Ph.D., J.D. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |

BIC 000089

RLI-AWP-00000007

**CORPORATE DATA**
Date:  July 1, 2003

CORPORATION:    **ROXANE LABORATORIES, INC.**

| | | |
|---|---|---|
| ADDRESS OF<br>PRINCIPAL<br>OFFICE: | 1809 Wilson Road<br>Columbus, Ohio<br>43228 | Mail Address<br>P. O. Box 16532<br>Columbus, Ohio  43216 |

STATE OF INCORPORATION:     Delaware (ID No. 0863458)
DATE OF INCORPORATION:       11/27/78
FEDERAL ID#:                            31-0976122

DIRECTORS:

|  | Office Address |
|---|---|
| **Mr. J. Martin Carroll**<br>**Chairman** | Boehringer Ingelheim Corporation<br>900 Ridgebury Road<br>Ridgefield, Connecticut  06877 |
| **Mr. Walter Poerschmann** | B. Pharma Vertrieb Amerika<br>Boehringer Ingelheim GmbH<br>D-55216 Ingelheim am Rhein<br>Germany |
| **Mr. Robert C. Fromuth** | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH  43216 |

OFFICERS:

| | Name | Business Address |
|---|---|---|
| **Chairman of the Board** | **Mr. J. Martin Carroll** | Boehringer Ingelheim<br>Corporation<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| **President and Chief**<br>**Operating Officer** | **Mr. Robert C. Fromuth** | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH  43216 |

Officers continued on next page.....

BIC 000090

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date:  July 1, 2003
Page 2

<u>OFFICERS</u> (continued)

| | <u>Name</u> | <u>Business Address</u> |
|---|---|---|
| Vice President – Quality Control | Mr. George Doyle | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Vice President – Operations | Mr. Glenn Marina | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Vice President – Scientific Affairs | Mr. Randall Wilson | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Secretary | Ursula B. Bartels, Esq. | Boehringer Ingelheim<br>  Corporation<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| Treasurer | Mr. Hermann Tetzner | Boehringer Ingelheim<br>  Corporation<br>900 Ridgebury Road<br>Ridgefield, CT  08877 |
| Assistant Secretary | Edward B. Peel, Esq. | Boehringer Ingelheim<br>  Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| Assistant Secretary | Ms. Judy H. Orinski | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH  43216 |
| Assistant Secretary | Frank A. Pomer, Esq. | Boehringer Ingelheim<br>  Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| Assistant Secretary | Robert P. Raymond, Ph.D., J.D. | Boehringer Ingelheim<br>  Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |

BIC 000091

RLI-AWP-00000009

CORPORATE DATA
Date:  May 12, 2003

CORPORATION:      **ROXANE LABORATORIES, INC.**

| | | |
|---|---|---|
| ADDRESS OF<br>PRINCIPAL<br>OFFICE: | 1809 Wilson Road<br>Columbus, Ohio<br>43228 | Mail Address<br>P. O. Box 16532<br>Columbus, Ohio  43216 |

STATE OF INCORPORATION:      Delaware (ID No. 0863458)
DATE OF INCORPORATION:      11/27/78
FEDERAL ID#:      31-0976122

DIRECTORS:

| | Home Address | Office Address |
|---|---|---|
| Mr. J. Martin Carroll<br>Chairman | | Boehringer Ingelheim Corporation<br>900 Ridgebury Road<br>Ridgefield, Connecticut  06877 |
| Mr. Walter Poerschmann | | B. Pharma Vertrieb Amerika<br>Boehringer Ingelheim GmbH<br>D-55216 Ingelheim am Rhein<br>Germany |
| Mr. Robert C. Fromuth | | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH  43216 |

OFFICERS:

| | Name | Business Address |
|---|---|---|
| Chairman of the Board | Mr. J. Martin Carroll | Boehringer Ingelheim<br>  Corporation<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| President and Chief<br>  Operating Officer | Mr. Robert C. Fromuth | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH  43216 |

Officers continued on next page......

BIC 000092

RLI-AWP-00000010

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date:   May 12, 2003
Page 2

**OFFICERS** (continued)

| | Name | Business Address |
|---|---|---|
| Vice President – Quality Control | Mr. George Doyle | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Vice President – Operations | Mr. Glenn Marina | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Vice President – Scientific Affairs | Mr. Randall Wilson | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Secretary | Ursula B. Bartels, Esq. | Boehringer Ingelheim<br>  Corporation<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |
| Treasurer | Mr. Holger Huels | Boehringer Ingelheim<br>  Corporation<br>900 Ridgebury Road<br>Ridgefield, CT 08877 |
| Assistant Secretary | Edward B. Peel, Esq. | Boehringer Ingelheim<br>  Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |
| Assistant Secretary | Ms. Judy H. Orinski | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Assistant Secretary | Frank A. Pomer, Esq. | Boehringer Ingelheim<br>  Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |
| Assistant Secretary | Robert P. Raymond, Ph.D., J.D. | Boehringer Ingelheim<br>  Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |

BIC 000093

CORPORATE DATA
Date:  January 1, 2003

CORPORATION:   **ROXANE LABORATORIES, INC.**

ADDRESS OF          1809 Wilson Road          Mail Address
PRINCIPAL            Columbus, Ohio           P. O. Box 16532
OFFICE:               43228                    Columbus, Ohio  43216

STATE OF INCORPORATION:      Delaware (ID No. 0863458)
DATE OF INCORPORATION:       11/27/78
FEDERAL ID#:                  31-0976122

DIRECTORS:                                      Office Address

Mr. J. Martin Carroll                           Boehringer Ingelheim Corporation
Chairman                                        900 Ridgebury Road
                                                Ridgefield, Connecticut  06877

Mr. Walter Poerschmann                          B. Pharma Vertrieb Amerika
                                                Boehringer Ingelheim GmbH
                                                D-55216 Ingelheim am Rhein
                                                Germany

Mr. Robert C. Fromuth                           Roxane Laboratories, Inc.
                                                P. O. Box 16532
                                                Columbus, OH  43216

OFFICERS:                   Name                Business Address

Chairman of the Board       Mr. J. Martin Carroll    Boehringer Ingelheim
                                                      Corporation
                                                     900 Ridgebury Road
                                                     Ridgefield, CT  06877

President and Chief         Mr. Robert C. Fromuth    Roxane Laboratories, Inc.
Operating Officer                                     P. O. Box 16532
                                                     Columbus, OH  43216

Officers continued on next page.....             BIC 000094

RLI-AWP-00000012

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date:   January 1, 2003
Page 2

| **OFFICERS** (continued) | Name | Business Address |
|---|---|---|
| Vice President – Operations | Mr. Peter Dickinson | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH  43216 |
| Vice President – Quality Control | Mr. George Doyle | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH  43216 |
| Vice President – Scientific Affairs | Mr. Randall Wilson | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Secretary | Ursula B. Bartels, Esq. | Boehringer Ingelheim<br>  Corporation<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| Treasurer | Mr. Holger Huels | Boehringer Ingelheim<br>  Corporation<br>900 Ridgebury Road<br>Ridgefield, CT  08877 |
| Assistant Secretary | Edward B. Peel, Esq. | Boehringer Ingelheim<br>  Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| Assistant Secretary | Ms. Judy H. Orinski | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH  43216 |
| Assistant Secretary | Frank A. Pomer, Esq. | Boehringer Ingelheim<br>  Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| Assistant Secretary | Robert P. Raymond, Ph.D., J.D. | Boehringer Ingelheim<br>  Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |

BIC 000095

RLI-AWP-00000013

CORPORATE DATA
Date:  September 1, 2002

CORPORATION:   **ROXANE LABORATORIES, INC.**

ADDRESS OF          1809 Wilson Road          Mail Address
PRINCIPAL           Columbus, Ohio            P. O. Box 16532
OFFICE:             43228                     Columbus, Ohio  43216

STATE OF INCORPORATION:     Delaware (ID No. 0863458)
DATE OF INCORPORATION:      11/27/78
FEDERAL ID#:                31-0976122

DIRECTORS:                                    Office Address

Mr. Werner Gerstenberg                        Boehringer Ingelheim Corporation
Chairman                                      900 Ridgebury Road
                                              Ridgefield, Connecticut  06877

Mr. Walter Poerschmann                        B. Pharma Vertrieb Amerika
                                              Boehringer Ingelheim GmbH
                                              D-55216 Ingelheim am Rhein
                                              Germany

Mr. Robert C. Fromuth                         Roxane Laboratories, Inc.
                                              P. O. Box 16532
                                              Columbus, OH  43216


OFFICERS:                   Name                Business Address

Chairman of the Board       Mr. Werner Gerstenberg    Boehringer Ingelheim
                                                      Corporation
                                                      900 Ridgebury Road
                                                      Ridgefield, CT  06877

President and Chief         Mr. Robert C. Fromuth     Roxane Laboratories, Inc.
  Operating Officer                                   P. O. Box 16532
                                                      Columbus, OH  43216

(Officers continued on follow page)

BIC 000096

RLI-AWP-00000014

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date:   September 1, 2002
Page 2


| OFFICERS: | Name | Business Address |
|---|---|---|
| Vice President – Operations | Mr. Peter Dickinson | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Vice President – Quality Control | Mr. George Doyle | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Vice President – Scientific Affairs | Mr. Randall Wilson | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Secretary | Ursula B. Bartels, Esq. | Boehringer Ingelheim<br>Corporation<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |
| Treasurer | Mr. Holger Huels | Boehringer Ingelheim<br>Corporation<br>900 Ridgebury Road<br>Ridgefield, CT 08877 |
| Assistant Secretary | Edward B. Peel, Esq. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |
| Assistant Secretary | Ms. Judy H. Orinski | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Assistant Secretary | Frank A. Pomer, Esq. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |
| Assistant Secretary | Robert P. Raymond, Ph.D., J.D. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |

BIC 000097

RLI-AWP-00000015

**CORPORATE DATA**
Date:  April 25, 2002

CORPORATION:   **ROXANE LABORATORIES, INC.**

| | | |
|---|---|---|
| ADDRESS OF PRINCIPAL OFFICE: | 1809 Wilson Road Columbus, Ohio 43228 | Mail Address P. O. Box 16532 Columbus, Ohio  43216 |

STATE OF INCORPORATION:   Delaware (ID No. 0863458)
DATE OF INCORPORATION:   11/27/78
FEDERAL ID#:   31-0976122

**DIRECTORS:**

|  | Office Address |
|---|---|
| **Mr. Werner Gerstenberg** Chairman | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, Connecticut  06877 |
| **Mr. Walter Poerschmann** | B. Pharma Vertrieb Amerika Boehringer Ingelheim GmbH D-55216 Ingelheim am Rhein Germany |
| **Mr. Robert C. Fromuth** | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH  43216 |

**OFFICERS:**

| | Name | Business Address |
|---|---|---|
| **Chairman of the Board** | **Mr. Werner Gerstenberg** | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT  06877 |
| **President and Chief Operating Officer** | **Mr. Robert C. Fromuth** | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH  43216 |

(Officers continued on follow page)

BIC 000098

RLI-AWP-00000016

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date:   April 25, 2002
Page 2

| OFFICERS: | Name | Business Address |
|---|---|---|
| **Vice President -- Operations** | **Mr. Peter Dickinson** | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH  43216 |
| **Secretary** | **Ursula B. Bartels, Esq.** | Boehringer Ingelheim<br>  Corporation<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| **Treasurer** | **Mr. Holger Huels** | Boehringer Ingelheim<br>  Corporation<br>900 Ridgebury Road<br>Ridgefield, CT  08877 |
| **Assistant Secretary** | **Edward B. Peel, Esq.** | Boehringer Ingelheim<br>  Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| **Assistant Secretary** | **Ms. Judy H. Orinski** | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH  43216 |
| **Assistant Secretary** | **Frank A. Pomer, Esq.** | Boehringer Ingelheim<br>  Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| **Assistant Secretary** | **Robert P. Raymond, Ph.D., J.D.** | Boehringer Ingelheim<br>  Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |

BIC 000099

RLI-AWP-00000017

**CORPORATE DATA**
**Date:  April 8, 2002**
(as updated April 22, 2002)

CORPORATION:   **ROXANE LABORATORIES, INC.**

ADDRESS OF       1809 Wilson Road          Mail Address
PRINCIPAL         Columbus, Ohio            P. O. Box 16532
OFFICE:             43228                      Columbus, Ohio  43216

STATE OF INCORPORATION:      Delaware (ID No. 0863458)
DATE OF INCORPORATION:       11/27/78
FEDERAL ID#:                         31-0976122

DIRECTORS:                                    Office Address

**Mr. Werner Gerstenberg**                    Boehringer Ingelheim Corporation
Chairman                                      900 Ridgebury Road
                                              Ridgefield, Connecticut  06877

**Mr. Walter Poerschmann**                    B. Pharma Vertrieb Amerika
                                              Boehringer Ingelheim GmbH
                                              D-55216 Ingelheim am Rhein
                                              Germany

**Mr. Sheldon Berkle**                        Boehringer Ingelheim Corporation
                                              900 Ridgebury Road
                                              Ridgefield, Connecticut  06877

OFFICERS:                    Name                      Business Address

**Chairman of the Board**    **Mr. Werner Gerstenberg**  Boehringer Ingelheim
                             1                             Corporation
                                                         900 Ridgebury Road
                                                         Ridgefield, CT  06877

**President and Chief**      **Mr. Robert C. Fromuth**   Roxane Laboratories, Inc.
**Operating Officer**              ..     ie            P. O. Box 16532
                                        :    >          Columbus, OH  43216

(Officers continued on follow page)                    BIC 000100

RLI-AWP-00000018

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date:   April 8, 2002
Page 2


OFFICERS:

| | Name | Business Address |
|---|---|---|
| Vice President – Operations | Mr. Peter Dickinson | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Secretary | Ursula B. Bartels, Esq. | Boehringer Ingelheim  Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Treasurer | Mr. Holger Huels | Boehringer Ingelheim  Corporation 900 Ridgebury Road Ridgefield, CT 08877 |
| Assistant Secretary | Edward B. Peel, Esq. | Boehringer Ingelheim  Pharmaceuticals, Inc. 900 Ridgebury Road Ridgefield, CT 06877 |
| Assistant Secretary | Ms. Judy H. Orinski | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Assistant Secretary | Frank A. Pomer, Esq. | Boehringer Ingelheim  Pharmaceuticals, Inc. 900 Ridgebury Road Ridgefield, CT 06877 |
| Assistant Secretary | Robert P. Raymond, Ph.D., J.D. | Boehringer Ingelheim  Pharmaceuticals, Inc. 900 Ridgebury Road Ridgefield, CT 06877 |

BIC 000101

RLI-AWP-00000019

**CORPORATE DATA**
Date:  April 1, 2002

CORPORATION:    <u>ROXANE LABORATORIES, INC.</u>

ADDRESS OF         <u>1809 Wilson Road</u>            <u>Mail Address</u>
PRINCIPAL          <u>Columbus, Ohio</u>             <u>P. O. Box 16532</u>
OFFICE:            <u>43228</u>                      <u>Columbus, Ohio  43216</u>

STATE OF INCORPORATION:    Delaware (ID No. 0863458)
DATE OF INCORPORATION:     11/27/78
FEDERAL ID#:               31-0976122

<u>DIRECTORS:</u>
                                                 Office Address

**Mr. Werner Gerstenberg**                        Boehringer Ingelheim Corporation
Chairman                                          900 Ridgebury Road
                                                  Ridgefield, Connecticut  06877

**Mr. Walter Poerschmann**                        B. Pharma Vertrieb Amerika
                                                  Boehringer Ingelheim GmbH
                                                  D-55216 Ingelheim am Rhein
                                                  Germany

**Mr. Sheldon Berkle**                            Boehringer Ingelheim Corporation
                                                  900 Ridgebury Road
                                                  Ridgefield, Connecticut  06877

<u>OFFICERS:</u>
                          <u>Name</u>              <u>Business Address</u>

**Chairman of the Board**   **Mr. Werner Gerstenberg**   Boehringer Ingelheim
                                   d                       Corporation
                                                         900 Ridgebury Road
                                                         Ridgefield, CT  06877

**President and Chief**     **Mr. Werner Gerstenberg**   Boehringer Ingelheim
**Operating Officer**                                      Corporation
                                                         900 Ridgebury Road
                                                         Ridgefield, CT  06877

(Officers continued on follow page)

BIC 000102

RLI-AWP-00000020

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date:   April 1, 2002
Page 2

OFFICERS:

| | Name               ss | Business Address |
|---|---|---|
| **Vice President -- Operations** | **Mr. Peter Dickinson** | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Secretary | **Ursula B. Bartels, Esq.** | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| **Treasurer** | **Mr. Holger Huels** | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 08877 |
| Assistant Secretary | Edward B. Peel, Esq. | Boehringer Ingelheim Pharmaceuticals, Inc. 900 Ridgebury Road Ridgefield, CT 06877 |
| Assistant Secretary | Ms. Judy H. Orinski | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Assistant Secretary | Frank A. Pomer, Esq. | Boehringer Ingelheim Pharmaceuticals, Inc. 900 Ridgebury Road Ridgefield, CT 06877 |
| Assistant Secretary | Robert P. Raymond, Ph.D., J.D. | Boehringer Ingelheim Pharmaceuticals, Inc. 900 Ridgebury Road Ridgefield, CT 06877 |

BIC 000103

RLI-AWP-00000021

**CORPORATE DATA**
Date: June 1, 2001

CORPORATION:     **ROXANE LABORATORIES, INC.**

ADDRESS OF        1809 Wilson Road          Mail Address
PRINCIPAL         Columbus, Ohio            P. O. Box 16532
OFFICE:           43228                     Columbus, Ohio  43216

STATE OF INCORPORATION:     Delaware (ID No. 0863458)
DATE OF INCORPORATION:      11/27/78
FEDERAL ID#:                31-0976122

DIRECTORS:                                Office Address

Mr. Werner Gerstenberg                    Boehringer Ingelheim Corporation
Chairman                                  900 Ridgebury Road
                                          Ridgefield, Connecticut  06877

Mr. Walter Poerschmann                    B. Pharma Vertrieb Amerika
                                          Boehringer Ingelheim GmbH
                                          D-55216 Ingelheim am Rhein
                                          Germany

Mr. Sheldon Berkle                        Boehringer Ingelheim Corporation
                                          900 Ridgebury Road
                                          Ridgefield, Connecticut  06877

OFFICERS:                 Name                    Business Address

Chairman of the Board     Mr. Werner Gerstenberg  Boehringer Ingelheim
                                                    Corporation
                                                  900 Ridgebury Road
                                                  Ridgefield, CT  06877

President and Chief       Mr. Werner Gerstenberg  Boehringer Ingelheim
Operating Officer                                   Corporation
                                                  900 Ridgebury Road
                                                  Ridgefield, CT  06877

(Officers continued on follow page)                    **BIC 000104**

RLI-AWP-00000022

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date:   June 1, 2001
Page 2

| OFFICERS: | Name | Business Address |
|---|---|---|
| Vice President – Operations | Mr. Peter Dickinson | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Secretary | Ursula B. Bartels, Esq. | Boehringer Ingelheim<br>Corporation<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |
| Treasurer | Mr. Holger Huels | Boehringer Ingelheim<br>Corporation<br>900 Ridgebury Road<br>Ridgefield, CT 08877 |
| Assistant Secretary | Alan C. Davis, Esq. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |
| Assistant Secretary | Ms. Judy H. Orinski | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Assistant Secretary | Frank A. Pomer, Esq. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |
| Assistant Secretary | Robert P. Raymond, Ph.D., J.D. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |

BIC 000105

RLI-AWP-00000023

**CORPORATE DATA**
**Date: 4/12/2001**

CORPORATION:        **ROXANE LABORATORIES, INC.**

ADDRESS OF          1809 Wilson Road          Mail Address
PRINCIPAL           Columbus, Ohio            P. O. Box 16532
OFFICE:             43228                     Columbus, Ohio  43216

STATE OF INCORPORATION:      Delaware (ID No. 0863458)
DATE OF INCORPORATION:       11/27/78
FEDERAL ID#:                 31-0976122

DIRECTORS:                                    Office Address

Mr. Werner Gerstenberg                        Boehringer Ingelheim Corporation
Chairman                                      900 Ridgebury Road
                                              Ridgefield, Connecticut  06877

Mr. Walter Poerschmann                        B. Pharma Vertrieb Amerika
                                              Boehringer Ingelheim GmbH
                                              D-55216 Ingelheim am Rhein
                                              Germany

Mr. Sheldon Berkle                            Boehringer Ingelheim Corporation
                                              900 Ridgebury Road
                                              Ridgefield, Connecticut  06877

OFFICERS:                 Name                Business Address

Chairman of the Board     Mr. Werner Gerstenberg    Boehringer Ingelheim
                                                    Corporation
                                                    900 Ridgebury Road
                                                    Ridgefield, CT  06877

President and Chief       Mr. Werner Gerstenberg    Boehringer Ingelheim
  Operating Officer                                 Corporation
                                                    900 Ridgebury Road
                                                    Ridgefield, CT  06877

(Officers continued on follow page)                 BIC 000106

RLI-AWP-00000024

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 4/12/2001
Page 2

OFFICERS:

| | Name & | Business Address |
|---|---|---|
| Vice President – Operations | Mr. Peter Dickinson | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Secretary | Ursula B. Bartels, Esq. | Boehringer Ingelheim<br>Corporation<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |
| Treasurer | Mr. Holger Huels | Boehringer Ingelheim<br>Corporation<br>900 Ridgebury Road<br>Ridgefield, CT 08877 |
| Assistant Secretary | Alan C. Davis, Esq. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |
| Assistant Secretary | Ms. Judy H. Orinski | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Assistant Secretary | Frank A. Pomer, Esq. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |
| Assistant Secretary | Robert P. Raymond, Ph.D., J.D. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |
| Assistant Secretary | Mr. John Swartz | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |

BIC 000107

RLI-AWP-00000025

CORPORATE DATA
Date: 1/19/2001

CORPORATION:   ROXANE LABORATORIES, INC.

ADDRESS OF          1809 Wilson Road          Mail Address
PRINCIPAL           Columbus, Ohio            P. O. Box 16532
OFFICE:             43228                     Columbus, Ohio  43216

STATE OF INCORPORATION:      Delaware
DATE OF INCORPORATION:       11/27/78
FEDERAL ID#:                 31-0976122

DIRECTORS:

                                             Office Address

**Mr. Werner Gerstenberg**                   Boehringer Ingelheim Corporation
Chairman                                     900 Ridgebury Road
                                             Ridgefield, Connecticut  06877

**Mr. Walter Poerschmann**                   B. Pharma Vertrieb Amerika
                                             Boehringer Ingelheim GmbH
                                             D-55216 Ingelheim am Rhein
                                             Germany

**Mr. Sheldon Berkle**                       Boehringer Ingelheim Corporation
                                             900 Ridgebury Road
                                             Ridgefield, Connecticut  06877

OFFICERS:

                          Name &             Business Address

**Chairman of the Board**   **Mr. Werner Gerstenberg**    Boehringer Ingelheim
                                                            Corporation
                                                          900 Ridgebury Road
                                                          Ridgefield, CT  06877

**President and Chief**     **Mr. Werner Gerstenberg**    Boehringer Ingelheim
**Operating Officer**                                       Corporation
                                                          900 Ridgebury Road
                                                          Ridgefield, CT  06877

(Officers continued on follow page)

BIC 000108

RLI-AWP-00000026

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 1/19/2001
Page 2

OFFICERS:

| | Name | Business Address |
|---|---|---|
| Vice President – Operations | Mr. Peter Dickinson | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Secretary | Ursula B. Bartels, Esq. | Boehringer Ingelheim<br>Corporation<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |
| Treasurer | Mr. Holger Huels | Boehringer Ingelheim<br>Corporation<br>900 Ridgebury Road<br>Ridgefield, CT 08877 |
| Assistant Secretary | Alan C. Davis, Esq. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |
| Assistant Secretary | Frank A. Pomer, Esq. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |
| Assistant Secretary | Robert P. Raymond, Ph.D., J.D. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |
| Assistant Secretary | Mr. John Swartz | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |

BIC 000109

RLI-AWP-00000027

CORPORATE DATA
Date: 5/23/2000

CORPORATION:   **ROXANE LABORATORIES, INC.**

| | | |
|---|---|---|
| ADDRESS OF PRINCIPAL OFFICE: | 1809 Wilson Road Columbus, Ohio 43228 | Mail Address P. O. Box 16532 Columbus, Ohio 43216 |

STATE OF INCORPORATION:     Delaware
DATE OF INCORPORATION:      11/27/78
FEDERAL ID#:                31-0976122

DIRECTORS:                                          Office Address

Mr. Werner Gerstenberg                   Boehringer Ingelheim Corporation
Chairman                                 900 Ridgebury Road
                                         Ridgefield, Connecticut 06877

Mr. Walter Poerschmann                   B. Pharma Vertrieb Amerika
                                         Boehringer Ingelheim GmbH
                                         D-55216 Ingelheim am Rhein
                                         Germany

Mr. Sheldon Berkle                       Boehringer Ingelheim Corporation
                                         900 Ridgebury Road
                                         Ridgefield, Connecticut 06877

OFFICERS:                 Name & Home Address        Business Address

Chairman of the Board     Mr. Werner Gerstenberg     Boehringer Ingelheim
                                                        Corporation
                                                     900 Ridgebury Road
                                                     Ridgefield, CT 06877

President and Chief       Mr. Werner Gerstenberg     Boehringer Ingelheim
Operating Officer                                       Corporation
                                                     900 Ridgebury Road
                                                     Ridgefield, CT 06877

(Officers continued on follow page)

**BIC 000110**

RLI-AWP-00000028

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date:  5/23/2000
Page 2


OFFICERS:

| | Name | Business Address |
|---|---|---|
| Vice President – Operations | Mr. Peter Dickinson | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH  43216 |
| Secretary | Ursula B. Bartels, Esq. | Boehringer Ingelheim<br>Corporation<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| Treasurer | Mr. Holger Huels | Boehringer Ingelheim<br>Corporation<br>900 Ridgebury Road<br>Ridgefield, CT  08877 |
| Assistant Secretary | Alan C. Davis, Esq. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| Assistant Secretary | Frank A. Pomer, Esq. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| Assistant Secretary | Robert P. Raymond, Ph.D., J.D. | Boehringer Ingelheim<br>Pharmaceuticals, Inc.<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| Assistant Secretary | Mr. John Swartz | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH  43216 |

BIC 000111

RLI-AWP-00000029

CORPORATE DATA
Date: 4/1/2000

CORPORATION:   ROXANE LABORATORIES, INC.

ADDRESS OF           1809 Wilson Road          Mail Address
PRINCIPAL            Columbus, Ohio            P. O. Box 16532
OFFICE:              43228                     Columbus, Ohio  43216

STATE OF INCORPORATION:      Delaware
DATE OF INCORPORATION:       11/27/78
FEDERAL ID#:                 31-0976122

DIRECTORS:
                                              Office Address

Mr. Werner Gerstenberg                        Boehringer Ingelheim Corporation
Chairman                                      900 Ridgebury Road
                                              Ridgefield, Connecticut  06877

Mr. Walter Poerschmann                        B. Pharma Vertrieb Amerika
                                              Boehringer Ingelheim GmbH
                                              D-55216 Ingelheim am Rhein
                                              Germany

Mr. Sheldon Berkle                            Boehringer Ingelheim Corporation
                                              900 Ridgebury Road
                                              Ridgefield, Connecticut  06877

OFFICERS:
                      Name                     Business Address

Chairman of the Board        Mr. Werner Gerstenberg          Boehringer Ingelheim
                                                             Corporation
                                                             900 Ridgebury Road
                                                             Ridgefield, CT  06877

President and Chief          Mr. Werner Gerstenberg          Boehringer Ingelheim
  Operating Officer          1                               Corporation
                                                             900 Ridgebury Road
                                                             Ridgefield, CT  06877

(Officers continued on follow page)              BIC 000112

RLI-AWP-00000030

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date:  4/1/2000
Page 2

OFFICERS:

| | Name | Business Address |
|---|---|---|
| Vice President – Operations | Mr. Peter Dickinson | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH  43216 |
| Secretary | Ursula B. Bartels, Esq. | Boehringer Ingelheim<br>  Corporation<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| Treasurer | Mr. Holger Huels | Boehringer Ingelheim<br>  Corporation<br>900 Ridgebury Road<br>Ridgefield, CT  08877 |
| Assistant Secretary | Alan C. Davis, Esq. | Boehringer Ingelheim<br>  Corporation<br>900 Ridgebury Road<br>Ridgefield, CT  06877 |
| Assistant Secretary | Mr. John Swartz | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH  43216 |

BIC 000113

RLI-AWP-00000031

**CORPORATE DATA**
Date: 1/1/2000

CORPORATION:   <u>ROXANE LABORATORIES, INC.</u>

ADDRESS OF        <u>1809 Wilson Road</u>        <u>Mail Address</u>
PRINCIPAL         <u>Columbus, Ohio</u>          <u>P. O. Box 16532</u>
OFFICE:           <u>43228</u>                   <u>Columbus, Ohio  43216</u>

STATE OF INCORPORATION:        Delaware
DATE OF INCORPORATION:         11/27/78
FEDERAL ID#:                   31-0976122

<u>DIRECTORS:</u>

                                          <u>Office Address</u>

Mr. Werner Gerstenberg                    Boehringer Ingelheim Corporation
Chairman                                  900 Ridgebury Road
                                          Ridgefield, Connecticut  06877

Mr. Walter Poerschmann                    B. Pharma Vertrieb Amerika
                                          Boehringer Ingelheim GmbH
                                          D-55216 Ingelheim am Rhein
                                          Germany

Mr. Sheldon Berkle                        Boehringer Ingelheim Corporation
                                          900 Ridgebury Road
                                          Ridgefield, Connecticut  06877

<u>OFFICERS:</u>

                        <u>Name</u>                    <u>Business Address</u>

Chairman of the Board   Mr. Werner Gerstenberg      Boehringer Ingelheim
                                                      Corporation
                                                    900 Ridgebury Road
                                                    Ridgefield, CT  06877

President and Chief     Mr. Werner Gerstenberg      Boehringer Ingelheim
  Operating Officer                                   Corporation
                                                    900 Ridgebury Road
                                                    Ridgefield, CT  06877

(Officers continued on follow page)                 **BIC 000114**

RLI-AWP-00000032

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 1/1/2000
Page 2

OFFICERS:

| | Name | Business Address |
|---|---|---|
| Vice President - Scientific Affairs | Edward S. Brewton, Ph.D. | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President – Operations | Mr. Peter Dickinson | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Secretary | Ursula B. Bartels, Esq. | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Treasurer | Mr. Holger Huels | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 08877 |
| Assistant Secretary | Alan C. Davis, Esq. | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Assistant Secretary | Mr. John Swartz | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |

**BIC 000115**

RLI-AWP-00000033

CORPORATE DATA
Date: 9/8/99

CORPORATION:     ROXANE LABORATORIES, INC.

ADDRESS OF        1809 Wilson Road            Mail Address
PRINCIPAL         Columbus, Ohio             P. O. Box 16532
OFFICE:           43228                      Columbus, Ohio  43216

STATE OF INCORPORATION:        Delaware
DATE OF INCORPORATION:         11/27/78
FEDERAL ID#:                   31-0976122

DIRECTORS:

                                             Office Address

Mr. Werner Gerstenberg                       Boehringer Ingelheim Corporation
Chairman                                     900 Ridgebury Road
                                             Ridgefield, Connecticut  06877

Mr. Walter Poerschmann                       B. Pharma Vertrieb Amerika
                                             Boehringer Ingelheim GmbH
                                             D-55216 Ingelheim am Rhein
                                             Germany

Mr. Sheldon Berkle                           Boehringer Ingelheim Corporation
                                             900 Ridgebury Road
                                             Ridgefield, Connecticut  06877

BIC 000116

RLI-AWP-00000034

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 9/8/99
Page 2

| OFFICERS: | Name | Business Address |
|---|---|---|
| Chairman of the Board | Mr. Werner Gerstenberg | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| President and Chief Operating Officer | Mr. Werner Gerstenberg | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Senior Vice President - Business Unit RX/Hospital Strategy | Dr. Kirk V. Shepard | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Vice President - Scientific Affairs | Edward S. Brewton, Ph.D. | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President – Operations | Mr. Peter Dickinson | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Secretary | Ursula B. Bartels, Esq. | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Treasurer | Mr. Holger Huels | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 08877 |

BIC 000117

RLI-AWP-00000035

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 9/8/99
Page 3


(Officers continued on follow page)

OFFICERS:

| | Name | Business Address |
|---|---|---|
| Assistant Secretary | Alan C. Davis, Esq. | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Assistant Secretary | Mr. John Swartz | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |

BIC 000118

RLI-AWP-00000036

CORPORATE DATA
Date:  7/8//99

CORPORATION:   ROXANE LABORATORIES, INC.

ADDRESS OF          1809 Wilson Road          Mail Address
PRINCIPAL            Columbus, Ohio           P. O. Box 16532
OFFICE:              43228                    Columbus, Ohio 43216

STATE OF INCORPORATION:        Delaware
DATE OF INCORPORATION:         11/27/78
FEDERAL ID#:                   31-0976122

DIRECTORS:                                   Office Address

Mr. Werner Gerstenberg                       Boehringer Ingelheim Corporation
Chairman                                     900 Ridgebury Road
                                             Ridgefield, Connecticut  06877

Mr. Walter Poerschmann                       B. Pharma Vertrieb Amerika
                                             Boehringer Ingelheim GmbH
                                             D-55216 Ingelheim am Rhein
                                             Germany

Mr. Sheldon Berkle                           Boehringer Ingelheim Corporation
                                             900 Ridgebury Road
                                             Ridgefield, Connecticut  06877

BIC 000119

RLI-AWP-00000037

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 7/8/99
Page 2

| OFFICERS: | Name / | Business Address |
|---|---|---|
| Chairman of the Board | Mr. Werner Gerstenberg | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| President and Chief Operating Officer | Mr. Werner Gerstenberg | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Senior Vice President - Business Unit RX/Hospital Strategy | Dr. Kirk V. Shepard | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President - Scientific Affairs | Edward S. Brewton, Ph.D. | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President – Operations | Mr. Peter Dickinson | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Secretary | Ursula B. Bartels, Esq. | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Treasurer | Mr. Holger Huels | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 08877 |

BIC 000120

RLI-AWP-00000038

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date:  7/8/99
Page 3


(Officers continued on follow page)

OFFICERS:                      Name :                      Business Address

Assistant Secretary      Alan C. Davis, Esq.        Boehringer Ingelheim
                                                       Corporation
                                                     900 Ridgebury Road
                                                     Ridgefield, CT  06877


Assistant Secretary      Mr. John Swartz            Roxane Laboratories, Inc.
                                                     P. O. Box 16532
                                                     Columbus, OH  43216

BIC 000121

RLI-AWP-00000039

CORPORATE DATA
Date: 6/21/99

CORPORATION:   ROXANE LABORATORIES, INC.

ADDRESS OF        1809 Wilson Road          Mail Address
PRINCIPAL         Columbus, Ohio            P. O. Box 16532
OFFICE:           43228                     Columbus, Ohio  43216

STATE OF INCORPORATION:        Delaware
DATE OF INCORPORATION:         11/27/78
FEDERAL ID#:                   31-0976122

DIRECTORS:                                  Office Address

Mr. Werner Gerstenberg                      Boehringer Ingelheim Corporation
Chairman                                    900 Ridgebury Road
                                            Ridgefield, Connecticut  06877

Mr. Walter Poerschmann                      B. Pharma Vertrieb Amerika
                                            Boehringer Ingelheim GmbH
                                            D-55216 Ingelheim am Rhein
                                            Germany

Mr. Sheldon Berkle                          Boehringer Ingelheim Corporation
                                            900 Ridgebury Road
                                            Ridgefield, Connecticut  06877

BIC 000122

RLI-AWP-00000040

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date:  6/21/99
Page 2

OFFICERS:

| | Name: | Business Address |
|---|---|---|
| Chairman of the Board | Mr. Werner Gerstenberg | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT  06877 |
| President and Chief Operating Officer | Mr. Werner Gerstenberg | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT  06877 |
| Senior Vice President – Business Unit RX/Hospital Strategy | Dr. Kirk V. Shepard | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH  43216 |
| Vice President - Scientific Affairs | Edward S. Brewton, Ph.D. | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH  43216 |
| Vice President – Operations | Mr. Peter Dickinson | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH  43216 |
| Vice President and Secretary | Philip J. Franks, Esq. | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT  06877 |
| Treasurer | Mr. Holger Huels | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT  08877 |

BIC 000123

RLI-AWP-00000041

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date:  6/21/99
Page 3


(Officers continued on follow page)

OFFICERS:

| | Name | Business Address |
|---|---|---|
| Assistant Secretary | Alan C. Davis, Esq. | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT  06877 |
| Assistant Secretary | Mr. John Swartz | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH  43216 |

BIC 000124

RLI-AWP-00000042

**CORPORATE DATA**
**Date: 5/28/99**

CORPORATION: <u>ROXANE LABORATORIES, INC.</u>

ADDRESS OF    <u>1809 Wilson Road</u>     <u>Mail Address</u>
PRINCIPAL     <u>Columbus, Ohio</u>      <u>P. O. Box 16532</u>
OFFICE:         <u>43228</u>            <u>Columbus, Ohio  43216</u>

STATE OF INCORPORATION:    Delaware
DATE OF INCORPORATION:     11/27/78
FEDERAL ID#:              31-0976122

<u>DIRECTORS</u>:                           <u>Office Address</u>

**Mr. Werner Gerstenberg**             Boehringer Ingelheim Corporation
Chairman                           900 Ridgebury Road
                                    Ridgefield, Connecticut  06877

**Mr. Walter Poerschmann**           B. Pharma Vertrieb Amerika
                                    Boehringer Ingelheim GmbH
                                    D-55216 Ingelheim am Rhein
                                    Germany

**Mr. Sheldon Berkle**               Boehringer Ingelheim Corporation
                                    900 Ridgebury Road
                                    Ridgefield, Connecticut  06877

**Philip J. Franks, Esq.**            Boehringer Ingelheim Corporation
                                    900 Ridgebury Road
                                    Ridgefield, Connecticut  06877

**BIC 000125**

RLI-AWP-00000043

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 5/28/99
Page 2

| OFFICERS: | Name | Business Address |
|---|---|---|
| Chairman of the Board | Mr. Werner Gerstenberg | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| President and Chief Operating Officer | Mr. Werner Gerstenberg | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Senior Vice President - Business Unit RX/Hospital Strategy | Dr. Kirk V. Shepard | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President - Scientific Affairs | Edward S. Brewton, Ph.D. | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President – Operations | Mr. Peter Dickinson | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President and Secretary | Philip J. Franks, Esq. | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Treasurer | Mr. Holger Huels | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 08877 |

BIC 000126

RL1-AWP-00000044

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date:  5/28/99
Page 3


(Officers continued on follow page)

OFFICERS:

| | Name | Business Address |
|---|---|---|
| Assistant Secretary | Alan C. Davis, Esq. | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT  06877 |
| Assistant Secretary | Mr. John Swartz | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH  43216 |

BIC 000127

RLI-AWP-00000045

CORPORATE DATA
Date: 11/1/98

CORPORATION:  <u>ROXANE LABORATORIES, INC.</u>

| ADDRESS OF PRINCIPAL OFFICE: | 1809 Wilson Road Columbus, Ohio 43228 | Mail Address P. O. Box 16532 Columbus, Ohio  43216 |
|---|---|---|

STATE OF INCORPORATION:       Delaware
DATE OF INCORPORATION:        11/27/78
FEDERAL ID#:                  31-0976122

<u>DIRECTORS:</u>

<u>Office Address</u>

**Mr. Werner Gerstenberg**
Chairman

Boehringer Ingelheim Corporation
900 Ridgebury Road
Ridgefield, Connecticut  06877

**Mr. Walter Poerschmann**

B. Pharma Vertrieb Amerika
Boehringer Ingelheim GmbH
D-55216 Ingelheim am Rhein
Germany

**Mr. Sheldon Berkle**

Boehringer Ingelheim Corporation
900 Ridgebury Road
Ridgefield, Connecticut  06877

**Philip J. Franks, Esq.**

Boehringer Ingelheim Corporation
900 Ridgebury Road
Ridgefield, Connecticut  06877

BIC 000128

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 11/1/98
Page 2

OFFICERS:

| | Name | Business Address |
|---|---|---|
| Chairman of the Board | Mr. Werner Gerstenberg | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| President and Chief Operating Officer | Mr. Werner Gerstenberg | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Senior Vice President - Business Unit RX/Hospital Strategy | Dr. Kirk V. Shepard | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President - Scientific Affairs | Edward S. Brewton, Ph.D. | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President – Operations | Mr. Peter Dickinson | Boehringer Ingleheim Pharmaceuticals, Inc. 900 Ridgebury Road Ridgefield, CT 06877 |
| Vice President and Secretary | Philip J. Franks. Esq. | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Treasurer | Mr. Holger Huels | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 08877 |

BIC 000129

RLI-AWP-00000047

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 11/1/98
Page 3

(Officers continued on follow page)

OFFICERS:                    Name                    Business Address

Assistant Secretary          Alan C. Davis, Esq.     Boehringer Ingelheim
                                                       Corporation
                                                     900 Ridgebury Road
                                                     Ridgefield, CT  06877

Assistant Secretary          Mr. John Swartz         Roxane Laboratories, Inc.
                                                     P. O. Box 16532
                                                     Columbus, OH  43216

BIC 000130

RLI-AWP-00000048

**CORPORATE DATA**
Date: 10/23/98

CORPORATION:   <u>ROXANE LABORATORIES, INC.</u>

| ADDRESS OF PRINCIPAL OFFICE: | <u>1809 Wilson Road</u> <u>Columbus, Ohio</u> <u>43228</u> | <u>Mail Address</u> <u>P. O. Box 16532</u> <u>Columbus, Ohio 43216</u> |
|---|---|---|

STATE OF INCORPORATION:   Delaware
DATE OF INCORPORATION:   11/27/78
FEDERAL ID#:   31-0976122

<u>DIRECTORS:</u>                                        <u>Office Address</u>

**Mr. Werner Gerstenberg**                      Boehringer Ingelheim Corporation
Chairman                                        900 Ridgebury Road
                                                Ridgefield, Connecticut  06877

**Mr. Walter Poerschmann**                      B. Pharma Vertrieb Amerika
                                                Boehringer Ingelheim GmbH
                                                D-55216 Ingelheim am Rhein
                                                Germany

**Mr. Sheldon Berkle**                          Boehringer Ingelheim Corporation
                                                900 Ridgebury Road
                                                Ridgefield, Connecticut  06877

**Philip J. Franks, Esq.**                      Boehringer Ingelheim Corporation
                                                900 Ridgebury Road
                                                Ridgefield, Connecticut  06877

BIC 000131

RLI-AWP-00000049

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 10/23/98
Page 2

OFFICERS:

| | Name | Business Address |
|---|---|---|
| Chairman of the Board | Mr. Werner Gerstenberg | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| President and Chief Operating Officer | Mr. Werner Gerstenberg | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Senior Vice President - Business Unit RX/Hospital Strategy | Dr. Kirk V. Shepard | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President - Scientific Affairs | Edward S. Brewton, Ph.D. | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President - Operations | Mr. Thomas Eggleton | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President and Secretary | Philip J. Franks, Esq. | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Treasurer | Mr. Holger Huels | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 08877 |

BIC 000132

RLI-AWP-00000050

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 10/23/98
Page 3

(Officers continued on follow page)

OFFICERS:

| | Name | Business Address |
|---|---|---|
| Assistant Secretary | Alan C. Davis, Esq. | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Assistant Secretary | Mr. John Swartz | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |

BIC 000133

RLI-AWP-00000051

CORPORATE DATA
Date: 6/16/98

CORPORATION:  ROXANE LABORATORIES, INC.

ADDRESS OF          1809 Wilson Road          Mail Address
PRINCIPAL           Columbus, Ohio            P. O. Box 16532
OFFICE:             43228                     Columbus, Ohio  43216

STATE OF INCORPORATION:      Delaware
DATE OF INCORPORATION:       11/27/78
FEDERAL ID#:                 31-0976122

DIRECTORS:                              Office Address

Mr. Werner Gerstenberg                  Boehringer Ingelheim Corporation
Chairman                                900 Ridgebury Road
                                        Ridgefield, Connecticut  06877

Mr. Walter Poerschmann                  B. Pharma Vertrieb Amerika
                                        Boehringer Ingelheim GmbH
                                        D-55216 Ingelheim am Rhein
                                        Germany

Mr. Sheldon Berkle                      Boehringer Ingelheim Corporation
                                        900 Ridgebury Road
                                        Ridgefield, Connecticut  06877

Philip J. Franks, Esq.                  Boehringer Ingelheim Corporation
                                        900 Ridgebury Road
                                        Ridgefield, Connecticut  06877

BIC 000134

RLI-AWP-00000052

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 6/16/98
Page 2

| OFFICERS: | Name | Business Address |
|---|---|---|
| Chairman of the Board | Mr. Werner Gerstenberg | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| President and Chief Operating Officer | Mr. Werner Gerstenberg | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Senior Vice President - Marketing, Medical Affairs and Development | Dr. Kirk V. Shepard | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President - Scientific Affairs | Edward S. Brewton, Ph.D. | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President - Operations | Mr. Thomas Eggleton | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President and Secretary | Philip J. Franks, Esq. | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Vice President - Sales and Marketing | Mr. Edward J. Tupa | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |

BIC 000135

RLI-AWP-00000053

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 6/16/98
Page 3


(Officers continued on follow page)

OFFICERS:

| | Name | Business Address |
|---|---|---|
| Treasurer | Mr. Holger Huels | Boehringer Ingelheim Corporation<br>900 Ridgebury Road<br>Ridgefield, CT 08877 |
| Assistant Secretary | Alan C. Davis, Esq. | Boehringer Ingelheim Corporation<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |
| Assistant Secretary | Mr. John Swartz | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |

BIC 000136

RLI-AWP-00000054

**CORPORATE DATA**
Date: 7/23/97

CORPORATION:  <u>ROXANE LABORATORIES, INC.</u>

ADDRESS OF       <u>1809 Wilson Road</u>        <u>Mail Address</u>
PRINCIPAL        <u>Columbus, Ohio</u>          <u>P. O. Box 16532</u>
OFFICE:          <u>43228</u>                   <u>Columbus, Ohio  43216</u>

STATE OF INCORPORATION:        Delaware
DATE OF INCORPORATION:         11/27/78
FEDERAL ID#:                   31-0976122

<u>DIRECTORS:</u>

                                               <u>Office Address</u>

Mr. Werner Gerstenberg                         Boehringer Ingelheim Corporation
Chairman                                       900 Ridgebury Road
                                               Ridgefield, Connecticut  06877

Mr. Walter Poerschmann                         B. Pharma Vertrieb Amerika
                                               Boehringer Ingelheim GmbH
                                               D-55216 Ingelheim am Rhein
                                               Germany

Mr. Sheldon Berkle                             Boehringer Ingelheim Corporation
                                               900 Ridgebury Road
                                               Ridgefield, Connecticut  06877

Philip J. Franks, Esq.                         Boehringer Ingelheim Corporation
                                               900 Ridgebury Road
                                               Ridgefield, Connecticut  06877

BIC 000137

RLI-AWP-00000055

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 7/23/97
Page 2

OFFICERS:

| | Name | Business Address |
|---|---|---|
| Chairman of the Board and Chief Executive Officer | Mr. Werner Gerstenberg | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| President and Chief Operating Officer | Mr. Werner Gerstenberg | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Senior Vice President - Marketing, Medical Affairs and Development | Dr. Kirk V. Shepard | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President - Scientific Affairs | Edward S. Brewton, Ph.D. | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President - Operations | Mr. Thomas Eggleton | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President and Secretary | Philip J. Franks, Esq. | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Vice President - Sales and Marketing | Mr. Edward J. Tupa | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |

BIC 000138

RLI-AWP-00000056

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 7/23/97
Page 3

(Officers continued on follow page)

OFFICERS:

| | Name | Business Address |
|---|---|---|
| **Treasurer and Chief Financial Officer** | Mr. Holger Huels | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 08877 |
| Assistant Secretary | Alan C. Davis, Esq. | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Assistant Secretary | Mr. John Swartz | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |

BIC 000139

RLI-AWP-00000057

**CORPORATE DATA**
**Date: 7/3/97**

CORPORATION:  <u>ROXANE LABORATORIES, INC.</u>

| | | |
|---|---|---|
| ADDRESS OF PRINCIPAL OFFICE: | <u>1809 Wilson Road</u><br><u>Columbus, Ohio</u><br><u>43228</u> | <u>Mail Address</u><br><u>P. O. Box 16532</u><br><u>Columbus, Ohio  43216</u> |

STATE OF INCORPORATION:      Delaware
DATE OF INCORPORATION:      11/27/78
FEDERAL ID#:      31-0976122

<u>DIRECTORS:</u>

<u>Office Address</u>

Mr. Werner Gerstenberg
Chairman

Boehringer Ingelheim Corporation
900 Ridgebury Road
Ridgefield, Connecticut  06877

Mr. Walter Poerschmann

B. Pharma Vertrieb Amerika
Boehringer Ingelheim GmbH
D-55216 Ingelheim am Rhein
Germany

Mr. Sheldon Berkle

Boehringer Ingelheim Corporation
900 Ridgebury Road
Ridgefield, Connecticut  06877

Philip J. Franks, Esq.

Boehringer Ingelheim Corporation
900 Ridgebury Road
Ridgefield, Connecticut  06877

BIC 000140

RLI-AWP-00000058

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 7/3/97
Page 2

OFFICERS:

| | Name | Business Address |
|---|---|---|
| Chairman of the Board and Chief Executive Officer | Mr. Werner Gerstenberg | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| President and Chief Operating Officer | Mr. Werner Gerstenberg | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Senior Vice President - Marketing, Medical Affairs and Development | Dr. Kirk V. Shepard | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President - Scientific Affairs | Edward S. Brewton, Ph.D. | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President - Operations | Mr. Thomas Eggleton | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President and Secretary | Philip J. Franks, Esq. | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Vice President - Sales and Marketing | Mr. Edward J. Tupa | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |

BIC 000141

RLI-AWP-00000059

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 7/3/97
Page 3


(Officers continued on follow page)

OFFICERS:

| | Name | Business Address |
|---|---|---|
| Treasurer and Chief Financial Officer | Mr. Holger Huels | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 08877 |
| Assistant Secretary | Alan C. Davis, Esq. | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Assistant Secretary | Mr. John Swartz | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |

BIC 000142

RLI-AWP-00000060

**CORPORATE DATA**
Date:  8/5/96

CORPORATION:   <u>ROXANE LABORATORIES, INC.</u>

ADDRESS OF          <u>1809 Wilson Road</u>          <u>Mail Address</u>
PRINCIPAL           <u>Columbus, Ohio</u>           <u>P. O. Box 16532</u>
OFFICE:             <u>43228</u>                    <u>Columbus, Ohio  43216</u>

STATE OF INCORPORATION:          Delaware
DATE OF INCORPORATION:           11/27/78
FEDERAL ID#:                     31-0976122

<u>DIRECTORS</u>:

                                         <u>Office Address</u>

Mr. Werner Gerstenberg                   Boehringer Ingelheim Corporation
Chairman                                 900 Ridgebury Road
                                         Ridgefield, Connecticut  06877

Mr. Walter Poerschmann                   B. Pharma Vertrieb Amerika
                                         Boehringer Ingelheim GmbH
                                         D-55216 Ingelheim am Rhein
                                         Germany

Mr. Gerald C. Wojta                      Roxane Laboratories, Inc.
                                         P. O. Box 16532
                                         Columbus, Ohio  43216

Mr. Sheldon Berkle                       Boehringer Ingelheim Corporation
                                         900 Ridgebury Road
                                         Ridgefield, Connecticut  06877

Philip J. Franks, Esq.                   Boehringer Ingelheim Corporation
                                         900 Ridgebury Road
                                         Ridgefield, Connecticut  06877

**BIC 000143**

RLI-AWP-00000061

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 8/5/96
Page 2

OFFICERS:

| | Name | Business Address |
|---|---|---|
| Chairman of the Board and Chief Executive Officer | Mr. Werner Gerstenberg | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| President and Chief Operating Officer | Mr. Gerald C. Wojta | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President - Scientific Affairs | Edward S. Brewton, Ph.D. | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President - Operations | Mr. Thomas Eggleton | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President and Secretary | Philip J. Franks, Esq. | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Vice President - Medical Affairs | Dr. Kirk V. Shepard | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |

(Officers continued on follow page)

BIC 000144

RLI-AWP-00000062

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 8/5/96
Page 3

| OFFICERS: | Name. | Business Address |
|---|---|---|
| Vice President - Sales and Marketing | Mr. Edward J. Tupa | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Treasurer and Chief Financial Officer | Mr. Holger Huels | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 08877 |
| Assistant Secretary | Alan C. Davis, Esq. | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Assistant Secretary | Mr. John Swartz | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |

BIC 000145

RLI-AWP-00000063

CORPORATE DATA
Date: 6/3/96

CORPORATION: __ROXANE LABORATORIES, INC.__

ADDRESS OF          1809 Wilson Road          Mail Address
PRINCIPAL           Columbus, Ohio            P. O. Box 16532
OFFICE:             43228                     Columbus, Ohio  43216

STATE OF INCORPORATION:          Delaware
DATE OF INCORPORATION:           11/27/78
FEDERAL ID#:                     31-0976122

DIRECTORS:                                    Office Address

Mr. Werner Gerstenberg                        Boehringer Ingelheim Corporation
Chairman                                      900 Ridgebury Road
                                              Ridgefield, Connecticut  06877

Mr. Walter Poerschmann                        B. Pharma Vertrieb Amerika
                                              Boehringer Ingelheim GmbH
                                              D-55216 Ingelheim am Rhein
                                              Germany

Mr. Gerald C. Wojta                           Roxane Laboratories, Inc.
                                              P. O. Box 16532
                                              Columbus, Ohio  43216

Mr. Sheldon Berkle                            Boehringer Ingelheim Corporation
                                              900 Ridgebury Road
                                              Ridgefield, Connecticut  06877

Philip J. Franks, Esq.                        Boehringer Ingelheim Corporation
                                              900 Ridgebury Road
                                              Ridgefield, Connecticut  06877

BIC 000146

RLI-AWP-00000064

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date:  6/3/96
Page 2

OFFICERS:

| | Name | Business Address |
|---|---|---|
| Chairman of the Board and Chief Executive Officer | Mr. Werner Gerstenberg | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT  06877 |
| President and Chief Operating Officer | Mr. Gerald C. Wojta | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH  43216 |
| Vice President - Scientific Affairs | Edward S. Brewton, Ph.D. | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH  43216 |
| Vice President - Operations | Mr. Thomas Eggleton | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH  43216 |
| Vice President and Secretary | Philip J. Franks, Esq. | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT  06877 |
| Vice President - Medical Affairs | Dr. Kirk V. Shepard | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH  43216 |

(Officers continued on follow page)

BIC 000147

RLI-AWP-00000065

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 6/3/96
Page 3

| OFFICERS: | Name | Business Address |
|---|---|---|
| Vice President – Sales and Marketing | Mr. Edward J. Tupa | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Assistant Secretary | Alan C. Davis, Esq. | Boehringer Ingelheim<br>Corporation<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |
| Assistant Secretary | Mr. John Swartz | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |

BIC 000148

RLI-AWP-00000066

**CORPORATE DATA**
**Date: 4/16/96**

CORPORATION:   **ROXANE LABORATORIES, INC.**

| | | |
|---|---|---|
| ADDRESS OF | 1809 Wilson Road | Mail Address |
| PRINCIPAL | Columbus, Ohio | P. O. Box 16532 |
| OFFICE: | 43228 | Columbus, Ohio  43216 |

STATE OF INCORPORATION:     Delaware
DATE OF INCORPORATION:      11/27/78
FEDERAL ID#:                31-0976122

DIRECTORS:

Office Address

**Mr. Werner Gerstenberg**
Chairman

Boehringer Ingelheim Corporation
900 Ridgebury Road
Ridgefield, Connecticut  06877

**Mr. Walter Poerschmann**

B. Pharma Vertrieb Amerika
Boehringer Ingelheim GmbH
D-55216 Ingelheim am Rhein
Germany

**Mr. Gerald C. Wojta**

Roxane Laboratories, Inc.
P. O. Box 16532
Columbus, Ohio  43216

**Mr. Sheldon Berkle**

Boehringer Ingelheim Corporation
900 Ridgebury Road
Ridgefield, Connecticut  06877

**Philip J. Franks, Esq.**

Boehringer Ingelheim Corporation
900 Ridgebury Road
Ridgefield, Connecticut  06877

BIC 000149

RLI-AWP-00000067

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 4/16/96
Page 2


<u>OFFICERS:</u>

| | Name | Business Address |
|---|---|---|
| Chairman of the Board and Chief Executive Officer | Mr. Werner Gerstenberg | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| President and Chief Operating Officer | Mr. Gerald C. Wojta | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President - Scientific Affairs | Edward S. Brewton, Ph.D. | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President, Business Planning and Development and Assistant to the President | Mr. W. Fred Duy | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President - Operations | Mr. Thomas Eggleton | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |
| Vice President and Secretary | Philip J. Franks, Esq. | Boehringer Ingelheim Corporation 900 Ridgebury Road Ridgefield, CT 06877 |
| Vice President - Medical Affairs | Dr. Kirk V. Shepard | Roxane Laboratories, Inc. P. O. Box 16532 Columbus, OH 43216 |

(Officers continued on follow page)

BIC 000150

RLI-AWP-00000068

CORPORATE DATA - ROXANE LABORATORIES, INC.
Date: 4/16/96
Page 3

OFFICERS:

| | Name | Business Address |
|---|---|---|
| Vice President - Sales and Marketing | Mr. Edward J. Tupa | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |
| Assistant Secretary | Alan C. Davis, Esq. | Boehringer Ingelheim<br>  Corporation<br>900 Ridgebury Road<br>Ridgefield, CT 06877 |
| Assistant Secretary | Mr. John Swartz | Roxane Laboratories, Inc.<br>P. O. Box 16532<br>Columbus, OH 43216 |

BIC 000151

RLI-AWP-00000069