# TAB 41

# ABCD

## BIPI (Ridgefield Operations and Reno Warehouse)

### To

### Roxane Laboratories, Inc.

3/31/2004 4:49:30 PM

D0541751

RLI-TX 17676
Highly Confidential
Attorneys' Eyes Only

# Critical Issues: BIPI (Ridgefield ops and Reno warehouse) to RLI Benefits & Compensation

- Differences in pay practices including shift differential, hourly overtime, exempt overtime & titling structure
- Differences in medical plan service provider & employee contribution rates
- Drug Testing policy exists for all RLI employees
- Severance accrual currently exists on BIPI financials for plant closing
- State requirements differ between CT & OH for FMLA

ABCD

3/31/2004 4:49:30 PM

D0541752

RLI-TX 17677
Highly Confidential
Attorneys' Eyes Only

# Recommendations for BIPI

ABCD

BIPI Operations & Reno be transferred to RLI & maintain their current benefits and compensation programs

Costs:

- Some changes in the BIPI SAP payroll configuration will need to be added to the RLI payroll configuration
- eLabor would need to be configured to accept new pay group
- Card reader would need to be installed to transmit non-exempt hours to RLI payroll. Approximate cost $1000.00

3/31/2004 4:49:30 PM

D0541753

RLI-TX 17678
Highly Confidential
Attorneys' Eyes Only