**TAB 43**

# ROXANE LABORATORIES, INC.

## STATEMENT OF INCOME

Thousands U.S.$

|  | Budget 1996 | Actual 1996 | Budget 1997 |
|---|---|---|---|
| Net Sales | 233,776 | 253,565 | 327,795 |
| Cost of Goods Sold | 109,755 | 100,890 | 159,090 |
| Marketing & Advertising | 28,230 | 30,455 | 49,796 |
| Research & Medical, I | 18,523 | 16,329 | 24,457 |
| Administration | 5,081 | 4,548 | 5,144 |
| Distribution and Royalties | 18,463 | 19,923 | 14,892 |
| Other | 3,651 | 7,723 | 5,206 |
| Contribution III | 50,073 | 73,697 | 69,210 |
| Operating Income (Loss) | 50,073 | 73,697 | 69,210 |
| Financial Income (Expense) | (3,966) | (1,433) | (3,071) |
| Profit Before Tax | 46,107 | 72,264 | 66,139 |
| Income Tax | 17,974 | 33,130 | 25,734 |
| Net Income After Tax | 28,133 | 39,134 | 40,405 |

19

Confidential

BOEH04600203

# ROXANE LABORATORIES, INC.
## COMMENTARY

### Millions U.S.$

### Cost of Goods Sold

- Favorable relative to Budget; 39.8% of Net Sales versus Budget of 46.9%:

    - favorable sales price variance (positively affecting Net Sales);
    - favorable product mix e.g. sales of Viramune, Azathioprine and Diclofenac;
    - favorable LIFO variance ($5.4).

### Marketing and Advertising

- Above Budget $2.2 as a result of transferring marketing of Viramune from BIPI to Roxane.

### Research and Medical -National

- Medical cost $2.4 under Budget due to not finalizing new contracts with PPD-Pharmaco, Quintiles, Parexel and Harris until 1997.

### Other Operating Expenses

- Above Budget $4.1 due to:

    - reserves for bad debts above Budget resulting from unexpected bankruptcy of a major distributor Fox Meyer ($2.7) and other additional reserves for bad debts ($0.7).

    - unbudgeted amortization of Duraclon (Clonidine) Epidural from Fujisawa ($0.5).

20

# ROXANE LABORATORIES, INC.

## STATEMENT OF FINANCIAL POSITION

Thousands U.S.$

|  | Budget 1996 | Actual 1996 | Budget 1997 |
|---|---:|---:|---:|
| **Assets** | | | |
| Accounts Receivable | 39,000 | 34,446 | 37,000 |
| Receivable from Affiliates | - | - | - |
| Prepaid Expenses | 200 | 373 | 200 |
| Inventories | 35,500 | 54,042 | 50,000 |
| Total Current Assets | 74,700 | 88,861 | 87,200 |
| Intangible Assets | 18,415 | 38,029 | 33,455 |
| Property, Plant and Equipment | 104,526 | 89,046 | 126,578 |
| Other Assets | 4,680 | 4,827 | 4,646 |
| Total Assets | 202,321 | 220,763 | 251,879 |
| **Liabilities** | | | |
| Accounts Payable & Accrued Liabilities | 22,080 | 40,813 | 25,500 |
| Payables to Banks | 6,000 | 2,937 | 7,000 |
| Accrued Taxes | 4,500 | 5,366 | 5,000 |
| Payables to Affiliates | - | - | - |
| Loans from Affiliates | 46,038 | 31,216 | 43,537 |
| Total Liabilities | 78,618 | 80,332 | 81,037 |
| **Stockholder's Equity** | | | |
| Capital Stock | 19 | 19 | 19 |
| Additional Paid-In Capital | 8,735 | 8,735 | 8,735 |
| Retained Earnings | 114,949 | 131,677 | 162,088 |
| Total Stockholder's Equity | 123,703 | 140,431 | 170,842 |
| Total Liabilities & Stockholder's Equity | 202,321 | 220,763 | 251,879 |

Confidential

BOEH04600205