**TAB 44**

# COMMENTARY

## 1997  ACTUAL

**ROXANE LABORATORIES, INC**
**COLUMBUS, OHIO**

February 3, 1998

BOEH02541150

**ROXANE LABORATORIES, INC.**
**Table of Contents**

Page 2-3      Statement of Income - Total Company and Commentary

Page 4-5      Statement of Income – Expectation/Actual and Commentary

Page 6-7      R&D and Medical Cost and Commentary

Page 8-9      Personnel Data and Commentary

Page 10-11    Balance Sheet Statement and Commentary

Page 12-13    Third Party Revenues by Therapeutic Group and Commentary

Page 14-15    Statement of Income - Third Party and Commentary

Page 16-17    Affiliates Revenues by Product and Commentary

Page 18-19    Statement of Income - Affiliates and Commentary

Confidential                                                          BOEH02541151

**ROXANE LABORATORIES, INC.**
**INCOME STATEMENT**
**TOTAL COMPANY**
**1997 Budget & 1997 Actual**

Thousands U.S. $

| | 1997 Budget | 1997 Actual | Actual Over/(Under) 1997 Budget |
|---|---|---|---|
| Gross Sales of Goods | 561,070 | 459,195 | (101,875) |
| Sales Discounts | 237,775 | 142,319 | (95,456) |
| Net Sales of Goods | 323,295 | 316,876 | (6,419) |
| Other Income | 4,500 | 3,149 | (1,351) |
| Net Sales | 327,795 | 320,025 | (7,770) |
| Standard Cost of Goods Sold | 156,196 | 132,169 | (24,027) |
| Variable Cost of Distribution | 2,800 | 3,346 | 546 |
| Royalties | 7,734 | 15,162 | 7,428 |
| Contribution I | 161,065 | 169,348 | 8,283 |
| Direct Promotion | 20,055 | 17,139 | (2,916) |
| Contribution IA | 141,010 | 152,209 | 11,199 |
| Field Force | 17,410 | 16,153 | (1,257) |
| Contribution II | 123,600 | 136,056 | 12,456 |
| General Promotion - Activities | 2,524 | 3,012 | 488 |
| General Promotion - Organization | 9,807 | 11,990 | 2,183 |
| Indirect Cost of Distribution | 4,358 | 3,980 | (378) |
| Research & Development I | 11,301 | 10,211 | (1,090) |
| Medical Cost I | 13,156 | 12,080 | (1,076) |
| Adminstration | 5,144 | 4,721 | (423) |
| Variances for Cost of Goods Sold I | 2,894 | (267) | (3,161) |
| (Income)/Expense I | 5,206 | 9,789 | 4,583 |
| Contribution III | 69,210 | 80,540 | 11,330 |
| Operating Income/(Loss) BU | 69,210 | 80,540 | 11,330 |
| (Income)/Expense III | 0 | 6,211 | 6,211 |
| Operating Income/(Loss) BA | 69,210 | 74,329 | 5,119 |
| Financial Income/(Expense) | (3,071) | (3,221) | (150) |
| Income/(Loss) Before Taxes | 66,139 | 71,108 | 4,969 |
| Taxes | 25,734 | 30,972 | 5,238 |
| Income/(Loss) After Taxes | 40,405 | 40,136 | (269) |

Confidential

BOEH02541152

**ROXANE LABORATORIES, INC.**
**Commentary on Total Company Income Statement**
**Millions U.S. $**

## Overview

- 1997 Total Company Net Sales $7.8 (2.4%) below 1997 Budget.
  - Net Sales are reduced by an unbudgeted reserve ($9.1) for customer inventory price adjustments planned for early 1998.
- 1997 Contribution I as a % Net Sales is 52.9 % versus 1997 Budget of 49.1%.
  - Slower sales price erosion for Ipratropium than budgeted.
  - Favorable sales mix of high margin products e.g., Viramune, Azathioprine.
- 1997 Total Company Operating Income BA up $5.1 (7.4%) from 1997 Budget.

## (Income)/Expense III

- 1997 Income/Expense III $6.2 above 1997 Budget.
  - Additional $2.9 expenses related to OPINA restructuring activities (e.g., Regional Information Technology $1.6, Supply Chain $0.8)
  - Affiliate OPINA expenses of $3.3 reclassified to Income/Expense.

Confidential                                                                    BOEH02541153

**ROXANE LABORATORIES, INC.**
**INCOME STATEMENT**
**TOTAL COMPANY**
**1997 Expectation & 1997 Actual**

Thousands U.S. $

| | 1997 Expect | 1997 Actual | Actual Over/(Under) 1997 Expect |
|---|---|---|---|
| Gross Sales of Goods | 486,217 | 459,195 | (27,022) |
| Sales Discounts | 152,181 | 142,319 | (9,862) |
| Net Sales of Goods | 334,036 | 316,876 | (17,160) |
| Other Income | 2,780 | 3,149 | 369 |
| Net Sales | 336,816 | 320,025 | (16,791) |
| Standard Cost of Goods Sold | 131,305 | 132,169 | 864 |
| Variable Cost of Distribution | 2,500 | 3,346 | 846 |
| Royalties | 14,980 | 15,162 | 182 |
| Contribution I | 188,031 | 169,348 | (18,683) |
| Direct Promotion | 18,050 | 17,139 | (911) |
| Contribution IA | 169,981 | 152,209 | (17,772) |
| Field Force | 17,039 | 16,153 | (886) |
| Contribution II | 152,942 | 136,056 | (16,886) |
| General Promotion - Activities | 2,528 | 3,012 | 484 |
| General Promotion - Organization | 10,751 | 11,990 | 1,239 |
| Indirect Cost of Distribution | 4,841 | 3,980 | (861) |
| Research & Development I | 9,064 | 10,211 | 1,147 |
| Medical Cost I | 13,281 | 12,080 | (1,201) |
| Adminstration | 5,002 | 4,721 | (281) |
| Variances for Cost of Goods Sold I | (1,797) | (267) | 1,530 |
| (Income)/Expense I | 6,700 | 9,789 | 3,089 |
| Contribution III | 102,572 | 80,540 | (22,032) |
| Operating Income/(Loss) BU | 102,572 | 80,540 | (22,032) |
| (Income)/Expense III | 5,746 | 6,211 | 465 |
| Operating Income/(Loss) BA | 96,826 | 74,329 | (22,497) |
| Financial Income/(Expense) | (3,116) | (3,221) | (105) |
| Income/(Loss) Before Taxes | 93,710 | 71,108 | (22,602) |
| Taxes | 36,416 | 30,972 | (5,444) |
| Income/(Loss) After Taxes | 57,294 | 40,136 | (17,158) |

Page  4

Confidential

BOEH02541154

**ROXANE LABORATORIES, INC.**
**Commentary on Total Company Income Statement**
**Expectation V. Actual**
**Millions U.S. $**

- 1997 Total Company Net Sales $16.8 (5.0%) below 1997 Expectation.
  - Net Sales are reduced by an unbudgeted reserve ($9.1) for customer inventory price adjustments planned for early 1998.
  - Net Sales of Ipratropium are $5.2 below Expectation due to higher than anticipated wholesaler inventory levels.
  - Net Sales of Ranitidine are $2.5 below Expectation due to higher than anticipated competition and price erosion.

- 1997 Contribution I as a % Net Sales is 52.9 % versus 1997 Expectation of 55.8%.
  - Contribution I percentage adversely affected by reserve for price adjustments.

- 1997 Variance for Cost of Goods Sold I $1.5 above Expectation due slower than anticipated production levels in November and December.

- 1997 Income/Expense I  $3.1 above Expectation.
  - Unforeseen write off of Production Equipment $2.8
  - Unforeseen increase in bad debt reserves $0.3

- 1997 Total Company Operating Income BA down $22.5 (23.2%) from 1997 Expectation.

Page  5

Confidential

BOEH02541155

**ROXANE LABORATORIES, INC**
**RESEARCH & DEVELOPMENT AND MEDICAL COST**
1997 Budget & 1997 Actual

Thousands U.S. $

| | 1997 Budget | 1997 Actual | Actual Over/(Under) 1997 Budget |
|---|---|---|---|
| **Research & Development I and Medical Cost I** | | | |
| Research & Development I | $11,301 | $10,211 | ($1,090) |
| Medical Cost I | $13,156 | $12,080 | (1,076) |
| Total | $24,457 | $22,291 | ($2,166) |
| As a % of Net Sales | 7.46% | 6.97% | -0.50% |

Confidential

BOEH02541156

**ROXANE LABORATORIES, INC.**
**Commentary on Research & Development I and Medical I Cost**
**Millions U.S. $**

**<u>Research & Development I and Medical I</u>**

- 1997 Actual $2.2 (8.9 %) below 1997 Budget.

   – Affiliate R&D OPINA expenses of $2.6 reclassified to Income/Expense III.

Page  7

Confidential                                                                 BOEH02541157

**ROXANE LABORATORIES, INC**
**PERSONNEL DATA**
1997 Budget & 1997 Actual

Thousands U.S. $

|  | 1997 Budget | 1997 Actual | Actual Over/(Under) 1997 Budget |
|---|---|---|---|
| Salaries & Wages | $37,022 | $36,091 | ($931) |
| Social Costs & Pension Expenses | 10,366 | 8,887 | (1,479) |
| Total Personnel Costs | $47,388 | $44,978 | ($2,410) |
| Personnel Costs as a % of Net Sales | 14.46% | 14.05% | |
| Regular Headcount | 938 | 855 | (83) |
| Supplemental Work Force (Temp's) | 69 | 99 | 30 |
| Total Headcount | 1,007 | 954 | (53) |

**ROXANE LABORATORIES, INC**
**PERSONNEL DATA - HEADCOUNT DETAIL**
1997 Budget & 1997 Actual

|  | 1997 Budget | 1997 Actual | Actual Over/(Under) 1997 Budget |
|---|---|---|---|
| Pharmaceutical Manufacturing | 620 | 559 | (61) |
| Marketing Ethical Office | 29 | 26 | (3) |
| Marketing Ethical Field | 133 | 121 | (12) |
| Medicine Human Pharmaceutical | 20 | 19 | (1) |
| R&D Human Pharmaceutical | 64 | 61 | (3) |
| Central Functions | 72 | 69 | (3) |
| Total Headcount | 938 | 855 | (83) |

Page  8

Confidential

BOEH02541158

**ROXANE LABORATORIES, INC.**
**Commentary on Personnel Data**
**Millions U.S. $**

### Personnel Costs

- 1997 Actual $2.4 (5.1 %) below 1997 Budget.
  - Reflects lower headcount to Budget.
  - Reflects increase salaries due to market influence.

### Regular Headcount

- 1997 Headcount is 83 (8.8%) below 1997 Budget.
  - Ethical Pharmaceutical staff and Field Force are 15 below Budget due to time delays in the hiring process (18 marketing positions were filled in January 1998).
  - Pharmaceutical Manufacturing is 61 below Budget due to slower production volume at year end.

Page  9

Confidential

BOEH02541159

**ROXANE LABORATORIES, INC.**
**BALANCE SHEET**
**1997 Budget & 1997 Actual**

Thousands U.S. $

| | 1997 Budget | 1997 Actual | Actual Over/(Under) 1997 Budget |
|---|---|---|---|
| **ASSETS** | | | |
| Intangibles | $33,455 | $31,347 | (2,108) |
| Property, Plant and Equipment | 126,578 | 125,103 | (1,475) |
| Long-Term Investments | 646 | 52 | (594) |
|    Total Prop, Plant, Equip, and Investments | 160,679 | 156,502 | (4,177) |
| | | | |
| Inventories | 50,000 | 59,046 | 9,046 |
| | | | |
| Trade Accounts Receivable | 37,000 | 31,992 | (5,008) |
| Receivables from Affiliates | 0 | 0 | 0 |
| Other Assets | 4,000 | 3,383 | (617) |
|    Total Receivables | 41,000 | 35,375 | (5,625) |
| | | | |
| Liquid Funds | 0 | 345 | 345 |
| | | | |
| Prepaid Expenses | 200 | 194 | (6) |
| | | | |
|    Total Current Assets | 91,200 | 94,960 | 3,760 |
| | | | |
|    Total Assets | 251,879 | 251,462 | (417) |
| **SHAREHOLDERS' EQUITY, PROVISION, AND LIABILITIES** | | | |
| Share Capital | 19 | 19 | 0 |
| Additional Paid-In Capital | 8,735 | 8,735 | 0 |
| Retained Earnings, Opening Balance | 121,683 | 131,677 | 9,994 |
| Net Income (Loss), Current Period | 40,405 | 40,136 | (269) |
|    Total Shareholders' Equity | 170,842 | 180,567 | 9,725 |
| | | | |
| Provision for Pensions | 11,500 | 11,245 | (255) |
| Tax Provisions | 4,500 | 4,279 | (221) |
| Deferred Tax Provisions | 500 | 0 | (500) |
| Other Provisions and Accruals | 4,000 | 9,467 | 5,467 |
|    Total Provisions | 20,500 | 24,991 | 4,491 |
| | | | |
| Trade Accounts Payable | 10,000 | 15,596 | 5,596 |
| Payable to Banks | 7,000 | 2,532 | (4,468) |
| Payables to Affiliates | 0 | 217 | 217 |
| Loans from Affiliates | 43,537 | 27,559 | (15,978) |
| Other Liabilities | 0 | 0 | 0 |
|    Total Liabilities | 60,537 | 45,904 | (14,633) |
| | | | |
|    Total Liabilities and Provisions | 81,037 | 70,895 | (10,142) |
| | | | |
|    Total Equity, Liabilities, and Provisions | 251,879 | 251,462 | (417) |

Page   10

Confidential

BOEH02541160

## ROXANE LABORATORIES, INC.
### Commentary on the Balance Sheet
### Millions U.S. $

__1997 Actual Vs. 1997 Budget__

- Total Property, Plant & Equipment down by $4.2
  - Write down of production equipment $2.8
  - Change in amortization life vs. budget $1.4
- Total Inventories up $ 9.0
  - Increase to reach higher customer service levels (1997 service level 92%, up from 85% in 1996)
- Trade Accounts Receivable down $ 5.0
  - Additional reserves for price adjustments.
  - Absence of a fourth quarter extended terms sales deal.
- Total Provisions up $ 4.5
  - Difference due to higher provisions e.g., Medicaid.
- Trade Accounts Payable up $ 5.6
  - Difference due to timing of invoices at year end.
- Loans from Affiliates down $16.0
  - Difference due to increased cash flow from higher profits.

Page 11

Confidential

### ROXANE LABORATORIES, INC
### THIRD PARTY REVENUES BY THERAPEUTIC GROUP
### 1997 Budget & 1997 Actual

**Thousands U.S. $**

| | 1997 Budget | 1997 Actual | Actual Over/(Under) 1997 Budget |
|---|---|---|---|
| Analgesics, Schedule II | $59,563 | $56,618 | ($2,945) |
| Analgesics, Other | 14,199 | 2,800 | (11,399) |
| Antimetics / Appetite | 18,748 | 17,123 | (1,625) |
| Anesthetics, Local | 6,100 | 4,883 | (1,217) |
| Cardiovascular | 9,967 | 7,061 | (2,906) |
| Psychotropics | 14,829 | 6,728 | (8,101) |
| Corticosteriods | 9,023 | 7,100 | (1,923) |
| Respiratory Therapy | 32,429 | 59,207 | 26,778 |
| GI Tract | 50,779 | 8,640 | (42,139) |
| Supplements | 3,496 | 3,724 | 228 |
| Cough & Cold | 1,101 | 791 | (310) |
| NSAIDs | 9,029 | 6,402 | (2,627) |
| 330 Project | 20,249 | 52,415 | 32,166 |
| Addiction Therapy | 13,190 | 13,112 | (78) |
| Antiviral | 39,092 | 55,060 | 15,968 |
| Misc., Systemic | 6,229 | 5,477 | (752) |
| Misc., Non-Systemic | 1,132 | 1,143 | 11 |
| Net Sales of Goods | 309,155 | 308,284 | (871) |
| | | | |
| Other Income | 4,500 | 3,149 | (1,351) |
| | | | |
| Net Sales | $313,655 | $311,433 | ($2,222) |

Confidential

BOEH02541162

**ROXANE LABORATORIES, INC.**
**Commentary on Third Party Revenues by Therapeutic Group**
**Millions U.S. $**

### Net Sales

- 1997 Actual $2.2 (.7%) below 1997 Budget.
  - Net Sales are reduced by an unbudgeted reserve ($9.1) for customer inventory price adjustments planned for early 1998.
  - Duraclon (Analgesics, Other) sales lower than budget due to dosage preference.
  - Lithium and Haloperidol (Psychotropics) sales lower than budget due to a 1996 backorder situation that resulted in a loss in market position.
  - Ipratropium (Respiratory) market share greater than expected for 1997.
  - Ranitidine (GI Tract) sales lower than budget due to early competition.
  - Azathioprine and Hydroxyurea (330 Project) experienced no generic competition.
  - Viramune (Antiviral) growth better than anticipated for 1997.

- Value Management (e.g., Product Elimination) in 1997 resulted in the deletion of the following products:
  - Cocaine Sterile (Analgesic, Schedule II)
  - Acetaminophen Tablets (Analgesic, other)
  - Quinidine (Cardiovascular)
  - Alprazolam  (Psychotropics)
  - Aminophylline  (Respiratory)
  - Cimetidine (GI Tract)
  - Piroxicam  (NSAIDs)
  - Sulfamethoxazole  (Misc, Systemic)

These product eliminations, based upon profitability and market analysis accounted for 67 Items (SKUs), which amounted to over 10% of total items.

Page  13

Confidential

BOEH02541163

**ROXANE LABORATORIES, INC.**
**INCOME STATEMENT**
**THIRD PARTY**
**1997 Budget & 1997 Actual**

Thousands U.S. $

| | 1997 Budget | 1997 Actual | Actual Over/(Under) 1997 Budget |
|---|---|---|---|
| Gross Sales of Goods | $546,931 | $450,603 | ($96,328) |
| Sales Discounts | 237,775 | 142,319 | (95,456) |
| Net Sales of Goods | 309,156 | 308,284 | (872) |
| Royalty Income | 0 | 0 | 0 |
| Other Income | 4,500 | 3,149 | (1,351) |
| Net Sales | 313,656 | 311,433 | (2,223) |
| Standard Cost of Goods Sold | 144,181 | 125,653 | (18,528) |
| Variable Cost of Distribution | 2,800 | 3,346 | 546 |
| Royalties | 7,734 | 15,162 | 7,428 |
| Contribution I | 158,941 | 167,272 | 8,331 |
| Direct Promotion | 20,055 | 17,139 | (2,916) |
| Cost of Free goods | 0 | 0 | 0 |
| Contribution IA | 138,886 | 150,133 | 11,247 |
| Field Force | 17,410 | 16,153 | (1,257) |
| Contribution II | 121,476 | 133,980 | 12,504 |
| General Promotion - Activities | 2,524 | 3,012 | 488 |
| General Promotion - Organization | 9,807 | 11,990 | 2,183 |
| Indirect Cost of Distribution | 4,358 | 3,980 | (378) |
| Research & Development I | 8,689 | 10,211 | 1,522 |
| Medical Cost I | 13,156 | 12,080 | (1,076) |
| Adminstration | 5,144 | 4,721 | (423) |
| Cost of Idle Capacity I | 0 | 0 | 0 |
| Variances for Cost of Goods Sold I | 2,182 | (267) | (2,449) |
| (Income)/Expense I | 5,206 | 9,789 | 4,583 |
| Contribution III | 70,410 | 78,464 | 8,054 |
| Research & Development II | 0 | 0 | 0 |
| Medical Cost II | 0 | 0 | 0 |
| Operating Income/(Loss) BU | $70,410 | $78,464 | $8,054 |

Page   14

Confidential

BOEH02541164

**ROXANE LABORATORIES, INC.**
**Commentary on Third Party  Income Statement**
**Millions U.S. $**

<u>**Royalties**</u>
- 1997 Actual $7.4 (96 %)  above 1997 Budget.
  - Reflects increased sales of Viramune and Ipratropium.

<u>**Variances for cost of Goods Sold I**</u>
- 1997 Actual $2.4 below 1997 Budget.
  - Reflects elimination of $2.0 LIFO reserves based on tax accounting change.
  - Reflects $0.4 favorable production variances.

<u>**Income/Expenses I**</u>
- 1997 Actual $4.6 (88%) above 1997 Budget.
  - Reflects change in amortization for Duraclon intangibles $1.4
  - Reflects write down of production equipment $2.8
  - Reflects additional bad debt provision $0.4

<u>**Operating Income**</u>
- 1997 Actual $8.0 (11.4%) above 1997 Budget.
  - Reflects higher Contribution I ($8.3) resulting from favorable sales mix.

Page   15

BOEH02541165

**ROXANE LABORATORIES, INC**
**AFFILIATES REVENUES BY PRODUCT**
**1997 Budget & 1997 Actual**

Thousands U.S. $

| | 1997 Budget | 1997 Actual | Actual Over/(Under) 1997 Budget |
|---|---|---|---|
| Alupent .04% 2.5ML 25 | $195 | $217 | $22 |
| Alupent .06% 2.5ML 25 | $627 | $180 | (447) |
| Atrovent MDI | $0 | $0 | 0 |
| Atrovent .02% 2.5ML 25 | $13,317 | $6,789 | (6,528) |
| Viramune International 200MG 100s | $0 | $1,383 | 1,383 |
| Oramorph SR Canada | 0 | 23 | 23 |
| Total Net Sales | $14,139 | $8,592 | ($5,547) |

Confidential

BOEH02541166

**ROXANE LABORATORIES, INC.**
**Commentary on Affiliates Revenues by Product**
**Millions U.S. $**

<u>**Gross Sales of Goods**</u>

- 1997 Actual Gross Sales $5.5 (39%) below 1997 Budget.
    - Atrovent UDV volume effected by generic competition.
    - Sales of Viramune to International Affiliates

Page   17

Confidential                                                                 BOEH02541167

**ROXANE LABORATORIES, INC.**
**INCOME STATEMENT**
**AFFILIATES**
**1997 Budget & 1997 Actual**

Thousands U.S. $

| | 1997 Budget | 1997 Actual | Actual Over/(Under) 1997 Budget |
|---|---|---|---|
| Gross Sales of Goods | $14,139 | $8,592 | ($5,547) |
| Sales Discounts | 0 | 0 | 0 |
| Net Sales of Goods | 14,139 | 8,592 | (5,547) |
| Royalty Income | 0 | 0 | 0 |
| Other Income | 0 | 0 | 0 |
| Net Sales | 14,139 | 8,592 | (5,547) |
| Standard Cost of Goods Sold | 12,015 | 6,516 | (5,499) |
| Variable Cost of Distribution | 0 | 0 | 0 |
| Royalties | 0 | 0 | 0 |
| Contribution I | 2,124 | 2,076 | (48) |
| Direct Promotion | 0 | 0 | 0 |
| Cost of Free goods | 0 | 0 | 0 |
| Contribution IA | 2,124 | 2,076 | (48) |
| Field Force | 0 | 0 | 0 |
| Contribution II | 2,124 | 2,076 | (48) |
| General Promotion - Activities | 0 | 0 | 0 |
| General Promotion - Organization | 0 | 0 | 0 |
| Indirect Cost of Distribution | 0 | 0 | 0 |
| Research & Development I | 2,612 | 0 | (2,612) |
| Medical Cost I | 0 | 0 | 0 |
| Adminstration | 0 | 0 | 0 |
| Cost of Idle Capacity I | 0 | 0 | 0 |
| Variances for Cost of Goods Sold I | 712 | 0 | (712) |
| (Income)/Expense I | 0 | 0 | 0 |
| Contribution III | (1,200) | 2,076 | 3,276 |
| Research & Development II | 0 | 0 | 0 |
| Medical Cost II | 0 | 0 | 0 |
| Operating Income/(Loss) BU | ($1,200) | $2,076 | $3,276 |

Page  18

Confidential                                                                         BOEH02541168

**ROXANE LABORATORIES, INC.**
**Commentary on Affiliates Income Statement**
**Millions U.S. $**

<u>**Operating Income**</u>

- R&D and Production expenses for OPINA reclassified to Income/Expense III .

Page   19

Confidential

BOEH02541169