**TAB 45**

add

Confidential                                                    BOEH02541103

# COMMENTARY

# 1998  YEAR-END ACTUAL

**ROXANE LABORATORIES, INC**
**COLUMBUS, OHIO**

January 28, 1998

Confidential

BOEH02541104

# ROXANE LABORATORIES, INC.
## Table of Contents

Page 2-3     Statement of Income - Total Company and Commentary

Page 4-5     R&D and Medical Cost and Commentary

Page 6-7     Personnel Data and Commentary

Page 8-9     Balance Sheet Statement and Commentary

Page 10-11   Third Party Revenues by Therapeutic Group and Commentary

Page 12-13   Statement of Income - Third Party and Commentary

Page 14-15   Affiliates Revenues by Product and Commentary

Page 16-17   Statement of Income - Affiliates and Commentary

Page   1

Confidential                                                    BOEH02541105

ROXANE LABORATORIES, INC.
INCOME STATEMENT
TOTAL COMPANY
1998 Budget and 1998 Actual

Thousands U.S. $

| | 1998 Budget | 1998 Actual | 1998 Actual Over/(Under) Budget |
|---|---|---|---|
| Gross Sales of Goods | 554,743 | 484,653 | (70,090) |
| Sales Discounts | 200,462 | 106,376 | (94,086) |
| Net Sales of Goods | 354,281 | 378,277 | 23,996 |
| Other Income | 0 | 2,962 | 2,962 |
| Net Sales | 354,281 | 381,239 | 26,958 |
| Standard Cost of Goods Sold | 157,695 | 159,673 | 1,978 |
| Variable Cost of Distribution | 2,068 | 3,115 | 1,047 |
| Royalties | 14,723 | 14,623 | (100) |
| Contribution I | 179,795 | 203,828 | 24,033 |
| Direct Promotion | 23,033 | 22,743 | (290) |
| Cost of Free goods | 0 | 0 | 0 |
| Contribution IA | 156,762 | 181,085 | 24,323 |
| Field Force | 24,665 | 23,601 | (1,064) |
| Contribution II | 132,097 | 157,484 | 25,387 |
| General Promotion - Activities | 2,798 | 2,277 | (521) |
| General Promotion - Organization | 13,975 | 13,363 | (612) |
| Indirect Cost of Distribution | 7,021 | 10,120 | 3,099 |
| Research & Development I | 11,741 | 12,195 | 454 |
| Medical Cost I | 16,336 | 19,123 | 2,787 |
| Administration | 5,283 | 6,983 | 1,700 |
| Cost of Idle Capacity I | 2,132 | 2,175 | 43 |
| Variances for Cost of Goods Sold I | (375) | 6,196 | 6,571 |
| (Income)/Expense I | 6,984 | 9,293 | 2,309 |
| Contribution III | 66,202 | 75,759 | 9,557 |
| Research & Development II | 0 | 0 | 0 |
| Medical Cost II | 0 | 0 | 0 |
| Operating Income/(Loss) BU | 66,202 | 75,759 | 9,557 |
| (Income)/Expense III | 4,701 | 7,292 | 2,591 |
| Operating Income/(Loss) BA | 61,501 | 68,467 | 6,966 |
| Financial Income/(Expense) | (2,524) | (1,559) | 965 |
| Holding Income/(Expense) | 0 | 0 | 0 |
| Income/(Loss) Before Taxes | 58,977 | 66,908 | 7,931 |
| Taxes | 22,959 | 25,755 | 2,796 |
| Income/(Loss) After Taxes | 36,018 | 41,153 | 5,135 |

Page   2

Confidential

BOEH02541106

**ROXANE LABORATORIES, INC.**
**Commentary on Total Company Income Statement**
**Millions U.S. $**

### Overview

- 1998 Total Company Net Sales $27 (7.6%) above 1998 Budget.
  - Net Sales increased mainly due to strong sales in the Oncology area (e.g., Azathioprine, Hydroxyurea).
- 1998 Contribution I as a % of Net Sales is 53.5 % versus 1998 Budget of 50.7% .
  - Favorable third party net price variance of $27.1.
- 1998 Total Company Operating Income BA up $7.0 (11.3%) from 1998 Budget.

### (Income)/Expense III

- 1998 Income/Expense III $2.6 above 1998 Budget.
  - Additional expenses related to OPINA restructuring activities for supplies $1.8, outside services $0.6, and travel $0.2.

### Financial Income/Expense

- 1998 Financial Income/Expense $1.0 below budget.
  - Cash flow was favorable, resulting in less interest expense.

Confidential                                                                BOEH02541107

**ROXANE LABORATORIES, INC**
**RESEARCH & DEVELOPMENT AND MEDICAL COST**
**1998 Budget and 1998 Actual**

Thousands U.S. $

|  | 1998 Budget | 1998 Actual | 1998 Actual Over/(Under) Budget |
|---|---|---|---|
| **Research & Development I and Medical Cost I** | | | |
| Research & Development I | 11,741 | 12,195 | 454 |
| Medical Cost I | 16,336 | 19,123 | 2,787 |
| Total | 28,077 | 31,318 | 3,241 |
| **Research & Development II and Medical Cost II** | | | |
| Research & Development II | 0 | 0 | 0 |
| Medical Cost II | 0 | 0 | 0 |
| Total | 0 | 0 | 0 |
| As a % of Net Sales | 7.93% | 8.21% | 0.29% |

Page  4

Confidential

BOEH02541108

**ROXANE LABORATORIES, INC.**
**Commentary on Research & Development I**
**And Medical I Cost**
**Millions U.S. $**

## Research & Development I

- 1998 Actual $0.5 (3.9 %) above 1998 Budget.
  - Includes unbudgeted charge ($0.9) from BI Chemicals related to Laam production research.

## Medical I

- 1998 Actual $2.8 (17.1 %) above 1998 Budget.
  - Includes unbudgeted charge ($2.2) from BIPI Medical relating to Viramune.

Confidential

BOEH02541109

**ROXANE LABORATORIES, INC**
**PERSONNEL DATA**
**1998 Budget and 1998 Actual**

Thousands U.S. $

| | 1998 Budget | 1998 Actual | 1998 Actual Over/(Under) Budget |
|---|---|---|---|
| Salaries & Wages | 46,719 | 44,142 | (2,577) |
| Social Costs & Pension Expenses | 11,236 | 9,128 | (2,108) |
| Total Personnel Costs | 57,955 | 53,270 | (4,685) |
| Personnel Costs as a % of Net Sales | 16.36% | 13.97% | |
| Total Headcount | 1,057 | 917 | (140) |

**ROXANE LABORATORIES, INC**
**PERSONNEL DATA - HEADCOUNT DETAIL**
**1998 Budget and 1998 Actual**

| | 1998 Budget | 1998 Actual | 1998 Actual Over/(Under) Budget |
|---|---|---|---|
| Pharmaceutical Manufacturing | 667 | 612 | (55) |
| Marketing Office | 36 | 32 | (4) |
| Marketing Field | 167 | 133 | (34) |
| Medicine Human Pharmaceutical | 31 | 28 | (3) |
| R&D Human Pharmaceutical | 66 | 55 | (11) |
| Central Functions | 90 | 57 | (33) |
| Total Headcount | 1,057 | 917 | (140) |

Confidential

BOEH02541110

**ROXANE LABORATORIES, INC.**
**Commentary on Personnel Data**
**Millions U.S. $**

## Personnel Costs

- 1998 Actual $4.7 (8.1 %) below 1998 Budget.
    - Reflects lower actual headcount to Budget partly due to the 4th quarter hiring freeze.

## Regular Headcount

- 1998 Headcount is 140 (13.2%) below 1998 Budget.
    - Field Force is 34 below budget, mainly due to the discontinuation of the Telephone Sales Department.
    - Pharmaceutical Manufacturing is 55 below budget. Efforts continue to fill these positions with permanent personnel; temporary help is being used in the interim.
    - Please note that 24 headcount from Regulatory Compliance were reclassed from Central Functions to the TPM area for 1998 Actual.

Page  7

Confidential

BOEH02541111

ROXANE LABORATORIES, INC.
BALANCE SHEET
1998 Budget and 1998 Actual

Thousands U.S. $

| | 1998 Budget | 1998 Actual | 1998 Actual Over/(Under) Budget |
|---|---|---|---|
| **ASSETS** | | | |
| Intangibles | 24,629 | 24,666 | 37 |
| Property, Plant and Equipment | 145,163 | 137,919 | (7,244) |
| Long-Term Investments | 87 | 26 | (61) |
| Total Prop, Plant, Equip, and Investments | 169,879 | 162,611 | (7,268) |
| | | | |
| Inventories | 64,000 | 66,601 | 2,601 |
| | | | |
| Trade Accounts Receivable | 52,000 | 44,644 | (7,356) |
| Trade Accounts Receivable from Affiliates | 0 | 164 | 164 |
| Short Term Advances to Affiliates | 0 | 4,353 | 4,353 |
| Other Assets | 4,000 | 4,111 | 111 |
| Total Receivables | 56,000 | 53,272 | (2,728) |
| | | | |
| Liquid Funds | 0 | 0 | 0 |
| | | | |
| Prepaid Expenses | 200 | 1,025 | 825 |
| | | | |
| Total Current Assets | 120,200 | 120,898 | 698 |
| | | | |
| Total Assets | 290,079 | 283,509 | (6,570) |
| **SHAREHOLDERS' EQUITY, PROVISION, AND LIABILITIES** | | | |
| Share Capital | 19 | 19 | 0 |
| Additional Paid-In Capital | 8,735 | 8,735 | 0 |
| Retained Earnings, Opening Balance | 188,971 | 171,813 | (17,158) |
| Net Income (Loss), Current Period | 36,018 | 41,153 | 5,135 |
| Total Shareholders' Equity | 233,743 | 221,720 | (12,023) |
| | | | |
| Provision for Pensions | 13,000 | 12,762 | (238) |
| Tax Provisions | 6,500 | 5,583 | (917) |
| Deferred Tax Provisions | 500 | 0 | (500) |
| Other Provisions and Accruals | 8,000 | 20,167 | 12,167 |
| Total Provisions | 28,000 | 38,512 | 10,512 |
| | | | |
| Trade Accounts Payable | 16,000 | 13,317 | (2,683) |
| Payable to Banks | 2,350 | 2,358 | 8 |
| Payables to Affiliates | 0 | 3,744 | 3,744 |
| Loans from Affiliates | 9,986 | 0 | (9,986) |
| Other Liabilities | 0 | 3,858 | 3,858 |
| Total Liabilities | 28,336 | 23,277 | (5,059) |
| | | | |
| Total Liabilities and Provisions | 56,336 | 61,789 | 5,453 |
| | | | |
| Total Equity, Liabilities, and Provisions | 290,079 | 283,509 | (6,570) |

Page   8

**ROXANE LABORATORIES, INC.**
**Commentary on the Balance Sheet**
**Millions U.S. $**

<u>1998 Actual vs. 1998 Budget</u>

- Total Property, Plant & Equipment down by $7.3.
    - Due to lower than anticipated spending on capital projects.
    - Reflects a $1.4 legal settlement for the expansion project.
- Total Inventories up $2.6.
    - Increase relates to increased inter-company production for product transfers from BIPI (Atrovent and Combivent MDI).
    - Inventory turns were 2.5 as compared to a budget of 2.3.
- Trade Accounts Receivable down $7.4.
    - Due to increased reserves for balances over 120 days.
    - Third Party DSO was 44 compared to a budget of 51.
- Total  Provisions up $10.5.
    - Difference due to higher Medicaid provisions.
- Trade Accounts Payable down $2.7.
    - Difference due to timing of invoices at year-end.
- Loans from Affiliates are down $10.0, and Short-term Advance to Affiliates are up $4.3.
    - Difference due to increased cash flow from higher profits and lower capital spending.

Page  9

BOEH02541113

**ROXANE LABORATORIES, INC**
**THIRD PARTY REVENUES BY THERAPEUTIC GROUP**
**1998 Budget and 1998 Actual**

Thousands U.S. $

|  | 1998 Budget | 1998 Actual | 1998 Actual Over/(Under) Budget |
|---|---|---|---|
| Analgesics, Schedule II | $69,128 | $61,213 | ($7,915) |
| Analgesics, Other | 11,121 | 2,986 | (8,135) |
| Antimetics / Appetite | 18,557 | 21,173 | 2,616 |
| Anesthetics, Local | 5,853 | 3,307 | (2,546) |
| Cardiovascular | 5,865 | 8,564 | 2,699 |
| Psychotropics | 8,026 | 8,155 | 129 |
| Corticosteriods | 7,050 | 7,803 | 753 |
| Respiratory Therapy | 36,299 | 47,919 | 11,620 |
| GI Tract | 17,443 | 4,543 | (12,900) |
| Supplements | 3,588 | 3,977 | 389 |
| Cough & Cold | 845 | 695 | (150) |
| NSAIDs | 9,266 | 4,399 | (4,867) |
| Oncology (330 Project) | 30,169 | 68,085 | 37,916 |
| Addiction Therapy | 17,344 | 16,360 | (984) |
| Antiviral | 90,997 | 91,715 | 718 |
| Misc., Systemic | 5,905 | 6,002 | 97 |
| Misc., Non-Systemic | 1,261 | 1,158 | (103) |
| Net Sales of Goods | 338,717 | 358,054 | 19,337 |
|  |  |  |  |
| Other Income | 0 | 2,962 | 2,962 |
|  |  |  |  |
| Net Sales | $338,717 | $361,016 | $22,299 |

Confidential

BOEH02541114

**ROXANE LABORATORIES, INC.**
**Commentary on Third Party Revenues by Therapeutic Group**
**Millions U.S. $**

<u>Net Sales</u>

- 1998 Actual $22.3 (6.6%) above 1998 Budget.

    - Schedule II sales were $7.9 lower than budget (e.g., Roxanol units below budget; Oramorph and Roxicet sales price below budget).

    - Duraclon (Analgesics, Other) sales were $7.8 lower than budget due to dosage preference.

    - Ipratropium (Respiratory) market share and sales prices were $13.5 greater than Budget for 1998 due to no second generic competitor in the marketplace.

    - Ranitidine (GI Tract) sales severely affected by $11.7 due to market conditions.

    - Diclofenac (NSAIDS) experienced a significant decrease in volume compared to budget due to a competitor's use of bundling Diclofenac with Tamoxifin (their single generic source). Also, Diclofenac is experiencing an overall declining market with sales $3.9 below budget.

    - Azathioprine (Oncology) experienced favorable volume and price variance of $27.7 due to no generic competition.

    - Hydroxyurea (Oncology) experienced favorable volume and price variances of $10.7 due to the late arrival (Fourth Quarter 1998) of generic competition.

    - Viramune (Antiviral) growth was $1.7 better than budgeted for 1998.

Confidential                                                     BOEH02541115

ROXANE LABORATORIES, INC.
INCOME STATEMENT
THIRD PARTY
1998 Budget and 1998 Actual

Thousands U.S. $

| | 1998 Budget | 1998 Actual | 1998 Actual Over/(Under) Budget |
|---|---|---|---|
| Gross Sales of Goods | 539,179 | 464,430 | (74,749) |
| Sales Discounts | 200,462 | 106,376 | (94,086) |
| Net Sales of Goods | 338,717 | 358,054 | 19,337 |
| Other Income | 0 | 2,962 | 2,962 |
| Net Sales | 338,717 | 361,016 | 22,299 |
| Standard Cost of Goods Sold | 142,817 | 141,226 | (1,591) |
| Variable Cost of Distribution | 2,068 | 3,115 | 1,047 |
| Royalties | 14,723 | 14,623 | (100) |
| Contribution I | 179,109 | 202,052 | 22,943 |
| Direct Promotion | 23,033 | 22,743 | (290) |
| Cost of Free goods | 0 | 0 | 0 |
| Contribution IA | 156,076 | 179,309 | 23,233 |
| Field Force | 24,665 | 23,601 | (1,064) |
| Contribution II | 131,411 | 155,708 | 24,297 |
| General Promotion - Activities | 2,798 | 2,277 | (521) |
| General Promotion - Organization | 13,975 | 13,363 | (612) |
| Indirect Cost of Distribution | 7,021 | 10,120 | 3,099 |
| Research & Development I | 11,741 | 12,195 | 454 |
| Medical Cost I | 16,336 | 19,123 | 2,787 |
| Administration | 5,283 | 6,983 | 1,700 |
| Cost of Idle Capacity I | 2,132 | 2,175 | 43 |
| Variances for Cost of Goods Sold I | (375) | 6,196 | 6,571 |
| (Income)/Expense I | 6,984 | 9,293 | 2,309 |
| Contribution III | 65,516 | 73,983 | 8,467 |
| Research & Development II | 0 | 0 | 0 |
| Medical Cost II | 0 | 0 | 0 |
| Operating Income/(Loss) BU | 65,516 | 73,983 | 8,467 |

Confidential

BOEH02541116

**ROXANE LABORATORIES, INC.**
**Commentary on Third Party Income Statement**
**Millions U.S. $**

### Standard Cost of Goods Sold

- 1998 Actual as a percent of Net Sales was 39% versus 42% for Budget.
  - Third party net price variance was $27.1 favorable due to slower generic competition than budgeted (e.g., Azathioprine $18.6, Ipratropium $9.8, Hydroxyurea $6.1, all others $-7.4).

### Indirect Cost of Distribution

- 1998 Actual $3.1 above 1998 Budget.
  - Reflects finished goods destruction costs greater than budget.
  - Reflects additional labor costs in the warehouse due to delays in the warehouse management system.

### Administration

- 1998 Actual $1.7 above 1998 Budget.
  - Reflects legal accrual of $1.4 for potential legal expenses associated with the launch of Roxicodone IR.

### Variances for Cost of Goods Sold I

- 1998 Actual $6.6 above 1998 Budget.
  - Reflects increased obsolescence (Net Realizable Value) reserves for Ranitidine raw materials and finished goods.

### Income/Expenses I

- 1998 Actual $2.3 (34.8%) above 1998 Budget.
  - Reflects less favorable inventory revaluation than budgeted.

### Operating Income

- 1998 Actual $8.5 (13.0%) above 1998 Budget.

Page 13

Confidential

BOEH02541117

### ROXANE LABORATORIES, INC
### AFFILIATES REVENUES BY PRODUCT GROUP
#### 1998 Budget and 1998 Actual

Thousands U.S. $

|  | 1998 Budget | 1998 Actual | 1998 Actual Over/(Under) Budget |
|---|---|---|---|
| Alupent | $442 | $1,571 | $1,129 |
| Atrovent | 15,122 | 11,621 | (3,501) |
| Combivent | - | 5,805 | 5,805 |
| Oramorph - Canada | - | 35 | 35 |
| Prednisone Intl. | - | 69 | 69 |
| Viramune Intl. | - | 1,124 | 1,124 |
| Total Net Sales | $15,564 | $20,225 | $4,661 |

Page   14

Confidential

BOEH02541118

**ROXANE LABORATORIES, INC.**
**INCOME STATEMENT**
**AFFILIATES**
**1998 Budget and 1998 Actual**

Thousands U.S. $

| | 1998 Budget | 1998 Actual | 1998 Actual Over/(Under) Budget |
|---|---|---|---|
| Gross Sales of Goods | 15,564 | 20,223 | 4,659 |
| Sales Discounts | 0 | 0 | 0 |
| Net Sales of Goods | 15,564 | 20,223 | 4,659 |
| Other Income | 0 | 0 | 0 |
| Net Sales | 15,564 | 20,223 | 4,659 |
| Standard Cost of Goods Sold | 14,878 | 18,447 | 3,569 |
| Variable Cost of Distribution | 0 | 0 | 0 |
| Royalties | 0 | 0 | 0 |
| Contribution I | 686 | 1,776 | 1,090 |
| Direct Promotion | 0 | 0 | 0 |
| Cost of Free goods | 0 | | 0 |
| Contribution IA | 686 | 1,776 | 1,090 |
| Field Force | 0 | 0 | 0 |
| Contribution II | 686 | 1,776 | 1,090 |
| General Promotion - Activities | 0 | 0 | 0 |
| General Promotion - Organization | 0 | 0 | 0 |
| Indirect Cost of Distribution | 0 | 0 | 0 |
| Research & Development I | 0 | 0 | 0 |
| Medical Cost I | 0 | 0 | 0 |
| Administration | 0 | 0 | 0 |
| Cost of Idle Capacity I | 0 | 0 | 0 |
| Variances for Cost of Goods Sold I | 0 | 0 | 0 |
| (Income)/Expense I | 0 | 0 | 0 |
| Contribution III | 686 | 1,776 | 1,090 |
| Research & Development II | 0 | 0 | 0 |
| Medical Cost II | 0 | 0 | 0 |
| Operating Income/(Loss) BU | 686 | 1,776 | 1,090 |

Page 16

**ROXANE LABORATORIES, INC.**
**Commentary on Affiliates Revenues by Product**
**Millions U.S. $**

<u>**Gross Sales of Goods**</u>

- 1998 Actual Gross Sales $4.7 (30%) above 1998 Budget.
  - Atrovent UDV volume affected by generic competition.
  - Sales of Viramune to International Affiliates and Combivent not budgeted for 1998.

Page   15

Confidential

**ROXANE LABORATORIES, INC.**
**Commentary on Affiliates Income Statement**
**Millions U.S. $**

<u>**Operating Income**</u>

- Reflects higher sales and favorable profit mix (e.g., Viramune International).

Page   17

Confidential                                                                BOEH02541121

Confidential

BOEH02541122