**TAB 46**

# COMMENTARY

## 1999 BUDGET

## 1999 ACTUAL

**ROXANE LABORATORIES, INC**
**COLUMBUS, OHIO**

February 1, 2000

Confidential

2

Confidential

BOEH02584572

**ROXANE LABORATORIES, INC.**
**Table of Contents**

Pages 4-7 .............Statement of Income - Total Company and Commentary

Pages 8-13 ...........Statement of Income – Third Party and Commentary

Pages 14-17 .........Third Party Net Sales by Brand/Multisource and Commentary

Pages 18-19 .........Statement of Income – Affiliates and Commentary

Pages 20-21 .........R&D and Medical Costs and Commentary

Pages 22-23 .........Personnel Data and Commentary

Pages 24-27 .........Balance Sheet Statement and Commentary

3

Confidential

**ROXANE LABORATORIES, INC.**
**INCOME STATEMENT**
**TOTAL COMPANY**
**1999 Budget and 1999 Actual**

Thousands U.S. $

| | 1999 Budget | 1999 Actual | 1999 Actual Over/(Under) Budget |
|---|---|---|---|
| Gross Sales of Goods | 600,465 | 623,383 | 22,918 |
| Sales Discounts | 136,387 | 125,363 | (11,024) |
| Net Sales of Goods | 464,078 | 498,020 | 33,942 |
| Other Income | 0 | 2,161 | 2,161 |
| Net Sales | 464,078 | 500,181 | 36,103 |
| Standard Cost of Goods Sold | 250,299 | 261,967 | 11,668 |
| Variable Cost of Distribution | 2,588 | 7,721 | 5,133 |
| Royalties | 14,117 | 15,349 | 1,232 |
| Contribution I | 197,074 | 215,144 | 18,070 |
| Direct Promotion | 22,112 | 24,672 | 2,560 |
| Cost of Free goods | 0 | 0 | 0 |
| Contribution IA | 174,962 | 190,472 | 15,510 |
| Field Force | 28,221 | 25,754 | (2,467) |
| Contribution II | 146,741 | 164,718 | 17,977 |
| General Promotion - Activities | 2,490 | 2,042 | (448) |
| General Promotion - Organization | 16,978 | 11,032 | (5,946) |
| Indirect Cost of Distribution | 8,566 | 7,051 | (1,515) |
| Research & Development I | 12,700 | 12,201 | (499) |
| Medical Cost I | 19,641 | 19,718 | 77 |
| Administration | 5,513 | 9,623 | 4,110 |
| Cost of Idle Capacity I | 3,869 | 4,137 | 268 |
| Variances for Cost of Goods Sold I | (363) | (8,243) | (7,880) |
| (Income)/Expense I | 10,340 | 21,924 | 11,584 |
| Contribution III | 67,007 | 85,233 | 18,226 |
| Research & Development II | 596 | 550 | (46) |
| Medical Cost II | 250 | 250 | 0 |
| Operating Income/(Loss) BU | 66,161 | 84,433 | 18,272 |
| (Income)/Expense III | 4,941 | 6,716 | 1,775 |
| Operating Income/(Loss) BA | 61,220 | 77,717 | 16,497 |
| Financial Income/(Expense) | 563 | (1,577) | (2,140) |
| Holding Income/(Expense) | 0 | 0 | 0 |
| Income/(Loss) Before Taxes | 61,783 | 76,140 | 14,357 |
| Taxes | 24,800 | 31,085 | 6,285 |
| Income/(Loss) After Taxes | 36,983 | 45,055 | 8,072 |

Confidential

BOEH02584574

**ROXANE LABORATORIES, INC.**
**Commentary on Total Company Income Statement**
**Millions U.S. $**

<u>Overview</u>

- For Roxane Laboratories Inc. (RLI), 1999 was a year of great achievements and milestones
- 1999 was a record year for Roxane with Net Sales of $500 million - A $36.1 million increase over budget.  The majority of this, $32.9 million, stemmed from an increase in our third party business
  - This achievement was largely responsible for Roxane's Operating Income – BU of $77.7 and a Net Income of $45.0; Operating Income and Net Income were over by budget by $16.5 and $8.1, respectively
- 1999 Third Party Net Sales were $30.5 million below Expectation largely due to Viramune ($25.0) and the delayed launch of Roxicodone SR ($6.0 million)
- One challenge that Roxane faced in 1999 – and will continue to face in the new year – is the lawsuit brought against it by Purdue Fredrick in response to RLI's anticipated launch of Roxicodone SR (Extain)

5

Confidential

**ROXANE LABORATORIES, INC.**
**INCOME STATEMENT**
**TOTAL COMPANY**
**1999 Budget and 1999 Actual**

Thousands U.S. $

| | 1999 Budget | 1999 Actual | 1999 Actual Over/(Under) Budget |
|---|---|---|---|
| Gross Sales of Goods | 600,465 | 623,383 | 22,918 |
| Sales Discounts | 136,387 | 125,363 | (11,024) |
| Net Sales of Goods | 464,078 | 498,020 | 33,942 |
| Other Income | 0 | 2,161 | 2,161 |
| Net Sales | 464,078 | 500,181 | 36,103 |
| Standard Cost of Goods Sold | 250,299 | 261,967 | 11,668 |
| Variable Cost of Distribution | 2,588 | 7,721 | 5,133 |
| Royalties | 14,117 | 15,349 | 1,232 |
| Contribution I | 197,074 | 215,144 | 18,070 |
| Direct Promotion | 22,112 | 24,672 | 2,560 |
| Cost of Free goods | 0 | 0 | 0 |
| Contribution IA | 174,962 | 190,472 | 15,510 |
| Field Force | 28,221 | 25,754 | (2,467) |
| Contribution II | 146,741 | 164,718 | 17,977 |
| General Promotion - Activities | 2,490 | 2,042 | (448) |
| General Promotion - Organization | 16,978 | 11,032 | (5,946) |
| Indirect Cost of Distribution | 8,566 | 7,051 | (1,515) |
| Research & Development I | 12,700 | 12,201 | (499) |
| Medical Cost I | 19,641 | 19,718 | 77 |
| Administration | 5,513 | 9,623 | 4,110 |
| Cost of Idle Capacity I | 3,869 | 4,137 | 268 |
| Variances for Cost of Goods Sold I | (363) | (8,243) | (7,880) |
| (Income)/Expense I | 10,340 | 21,924 | 11,584 |
| Contribution III | 67,007 | 85,233 | 18,226 |
| Research & Development II | 596 | 550 | (46) |
| Medical Cost II | 250 | 250 | 0 |
| Operating Income/(Loss) BU | 66,161 | 84,433 | 18,272 |
| (Income)/Expense III | 4,941 | 6,716 | 1,775 |
| Operating Income/(Loss) BA | 61,220 | 77,717 | 16,497 |
| Financial Income/(Expense) | 563 | (1,577) | (2,140) |
| Holding Income/(Expense) | 0 | 0 | 0 |
| Income/(Loss) Before Taxes | 61,783 | 76,140 | 14,357 |
| Taxes | 24,800 | 31,085 | 6,285 |
| Income/(Loss) After Taxes | 36,983 | 45,055 | 8,072 |

6

Confidential                                                                                    BOEH02584576

**ROXANE LABORATORIES, INC.**
**Commentary on Total Company Income Statement** (Continued)
**Millions U.S. $**

<u>Income/Expense III</u>

- 1999 Actual expenses were over Budget by $1.8
  - OPINA expenses continued to be incurred as Roxane products were transferred and validated on new technology at the Columbus TPM site

<u>Financial Income/Expense</u>

- 1999 Actual Financial Expense exceeded Budgeted Financial Income
  - Reflects change in intercompany position due to increased cash outflow for dividends and capital expenditures

7

Confidential

ROXANE LABORATORIES, INC.
INCOME STATEMENT
THIRD PARTY
1999 Budget and 1999 Actual

Thousands U.S. $

| | 1999 Budget | 1999 Actual | 1999 Actual Over/(Under) Budget |
|---|---|---|---|
| Gross Sales of Goods | 485,320 | 505,028 | 19,708 |
| Sales Discounts | 136,387 | 125,363 | (11,024) |
| Net Sales of Goods | 348,933 | 379,665 | 30,732 |
| Other Income | 0 | 2,161 | 2,161 |
| Net Sales | 348,933 | 381,826 | 32,893 |
| Standard Cost of Goods Sold | 135,873 | 150,658 | 14,785 |
| Variable Cost of Distribution | 2,588 | 7,721 | 5,133 |
| Royalties | 14,117 | 15,349 | 1,232 |
| Contribution I | 196,355 | 208,098 | 11,743 |
| Direct Promotion | 22,112 | 24,672 | 2,560 |
| Cost of Free goods | 0 | 0 | 0 |
| Contribution IA | 174,243 | 183,426 | 9,183 |
| Field Force | 28,221 | 25,754 | (2,467) |
| Contribution II | 146,022 | 157,672 | 11,650 |
| General Promotion - Activities | 2,490 | 2,042 | (448) |
| General Promotion - Organization | 16,978 | 11,032 | (5,946) |
| Indirect Cost of Distribution | 8,566 | 7,051 | (1,515) |
| Research & Development I | 12,700 | 12,201 | (499) |
| Medical Cost I | 19,641 | 19,718 | 77 |
| Administration | 5,513 | 9,623 | 4,110 |
| Cost of Idle Capacity I | 3,869 | 4,137 | 268 |
| Variances for Cost of Goods Sold I | (363) | (8,243) | (7,880) |
| (Income)/Expense I | 10,340 | 21,924 | 11,584 |
| Contribution III | 66,288 | 78,187 | 11,899 |
| Research & Development II | 596 | 550 | (46) |
| Medical Cost II | 250 | 250 | 0 |
| Operating Income/(Loss) BU | 65,442 | 77,387 | 11,945 |

8

Confidential

BOEH02584578

**ROXANE LABORATORIES, INC.**
**Commentary on Third Party Income Statement**
**Millions U.S. $**

## Variable Cost of Distribution

- Actuals were up $5.1 million over Budget
    - Due to a change in the reporting classification of Contract Administration Fees, $5.1 million was reclassed from Marketing (General Promotion) to Variable Cost of Distribution

## Contribution I

- 1999 Actual Contribution I as a percent of Net Sales is 54.5% versus 1999 Budget of 56.3%
    - This difference in margin is largely due to the reclassification of Contract Administration Fees to Variable Distribution

## Direct Promotion

- Actual 1999 Direct Promotion expenses exceeded the Budget by $2.6
    - Increased promotional focus on such brand products as Viramune ($2.7 million over budget), Roxanol ($1.2 over budget), Marinol ($0.9 over budget) accounted for a large portion of this increase
    - All of these increases, however, were offset by decreases in Roxicodone/Oxycodone SR ($2.1 under budget), Oramorph ($0.8 under budget), and Caffeine Citrate ($0.5 under budget)
    - Promotion of Multisource products was over budget by $1.0 due to marketing fees ($1.2) required in a contract with Novation, a major buying group. Excluding the Novation agreement, Multisource promotion was actually down $0.2 versus the budget

9

BOEH02584579

### ROXANE LABORATORIES, INC.
### INCOME STATEMENT
### THIRD PARTY
#### 1999 Budget and 1999 Actual

Thousands U.S. $

| | 1999 Budget | 1999 Actual | 1999 Actual Over/(Under) Budget |
|---|---|---|---|
| Gross Sales of Goods | 485,320 | 505,028 | 19,708 |
| Sales Discounts | 136,387 | 125,363 | (11,024) |
| Net Sales of Goods | 348,933 | 379,665 | 30,732 |
| Other Income | 0 | 2,161 | 2,161 |
| Net Sales | 348,933 | 381,826 | 32,893 |
| Standard Cost of Goods Sold | 135,873 | 150,658 | 14,785 |
| Variable Cost of Distribution | 2,588 | 7,721 | 5,133 |
| Royalties | 14,117 | 15,349 | 1,232 |
| Contribution I | 196,355 | 208,098 | 11,743 |
| Direct Promotion | 22,112 | 24,672 | 2,560 |
| Cost of Free goods | 0 | 0 | 0 |
| Contribution IA | 174,243 | 183,426 | 9,183 |
| Field Force | 28,221 | 25,754 | (2,467) |
| Contribution II | 146,022 | 157,672 | 11,650 |
| General Promotion - Activities | 2,490 | 2,042 | (448) |
| General Promotion - Organization | 16,978 | 11,032 | (5,946) |
| Indirect Cost of Distribution | 8,566 | 7,051 | (1,515) |
| Research & Development I | 12,700 | 12,201 | (499) |
| Medical Cost I | 19,641 | 19,718 | 77 |
| Administration | 5,513 | 9,623 | 4,110 |
| Cost of Idle Capacity I | 3,869 | 4,137 | 268 |
| Variances for Cost of Goods Sold I | (363) | (8,243) | (7,880) |
| (Income)/Expense I | 10,340 | 21,924 | 11,584 |
| Contribution III | 66,288 | 78,187 | 11,899 |
| Research & Development II | 596 | 550 | (46) |
| Medical Cost II | 250 | 250 | 0 |
| Operating Income/(Loss) BU | 65,442 | 77,387 | 11,945 |

10

Confidential

**ROXANE LABORATORIES, INC.**
Commentary on Third Party Income Statement (Continued)
**Millions U.S. $**

<u>Field Force</u>

- 1999 Actual Field Forces expenses were under Budget by $2.5
  - Decrease is largely due to the reduced focus and headcount in the Addiction Therapy field force and lower Trade National Accounts expenses

<u>General Promotion</u>

- GPO was under budget by $6.0;  this was primarily due to the reclassification of Contract Administration Fees ($5.1) from Marketing to Variable Cost of Distribution

<u>Indirect Cost of Distribution</u>

- Actual Indirect Distribution costs were down $1.5 due to several offsetting factors
  - The reclass of expired product expense to Income/Expense I accounted for a favorable variance of $2.6 million
  - Warehouse expenses for personnel and additional warehouse space were up $1.1 million

<u>Research & Development I and Medical I</u>

- 1999 Expenses were down $0.6 versus the Budget
  - R&D expenses were down $0.5 million versus the Budget
  - Medical expenses were essentially flat

11

BOEH02584581

**ROXANE LABORATORIES, INC.**
**INCOME STATEMENT**
**THIRD PARTY**
**1999 Budget and 1999 Actual**

Thousands U.S. $

|  | 1999 Budget | 1999 Actual | 1999 Actual Over/(Under) Budget |
|---|---|---|---|
| Gross Sales of Goods | 485,320 | 505,028 | 19,708 |
| Sales Discounts | 136,387 | 125,363 | (11,024) |
| Net Sales of Goods | 348,933 | 379,665 | 30,732 |
| Other Income | 0 | 2,161 | 2,161 |
| Net Sales | 348,933 | 381,826 | 32,893 |
| Standard Cost of Goods Sold | 135,873 | 150,658 | 14,785 |
| Variable Cost of Distribution | 2,588 | 7,721 | 5,133 |
| Royalties | 14,117 | 15,349 | 1,232 |
| Contribution I | 196,355 | 208,098 | 11,743 |
| Direct Promotion | 22,112 | 24,672 | 2,560 |
| Cost of Free goods | 0 | 0 | 0 |
| Contribution IA | 174,243 | 183,426 | 9,183 |
| Field Force | 28,221 | 25,754 | (2,467) |
| Contribution II | 146,022 | 157,672 | 11,650 |
| General Promotion - Activities | 2,490 | 2,042 | (448) |
| General Promotion - Organization | 16,978 | 11,032 | (5,946) |
| Indirect Cost of Distribution | 8,566 | 7,051 | (1,515) |
| Research & Development I | 12,700 | 12,201 | (499) |
| Medical Cost I | 19,641 | 19,718 | 77 |
| Administration | 5,513 | 9,623 | 4,110 |
| Cost of Idle Capacity I | 3,869 | 4,137 | 268 |
| Variances for Cost of Goods Sold I | (363) | (8,243) | (7,880) |
| (Income)/Expense I | 10,340 | 21,924 | 11,584 |
| Contribution III | 66,288 | 78,187 | 11,899 |
| Research & Development II | 596 | 550 | (46) |
| Medical Cost II | 250 | 250 | 0 |
| Operating Income/(Loss) BU | 65,442 | 77,387 | 11,945 |

12

Confidential

**ROXANE LABORATORIES, INC.**
**Commentary on Third Party Income Statement** (Continued)
**Millions U.S. $**

<u>Administration</u>

- 1999 Actual expenses were above Budget by $4.1 million
    - This increase was due to legal fees incurred in 1999.  A majority of these fees ($3.6 million) were related to the lawsuit brought by Purdue Fredrick in response to RLI's intent to launch Roxicodone SR (Extain) and patent research expenses ($0.6 million)

<u>Cost of Idle Capacity I</u>

- 1999 Actual was $0.3 above 1999 Budget

<u>Variances for Cost of Goods Sold I</u>

- 1999 Actual was ($8.2) versus the Budget of ($0.4)
    - Reflects favorable absorption due to higher than expected production output.  The increased output was in response to meet anticipated Y2K stock piling and to improve service levels (improved by 8.6%)

<u>Income/Expense I</u>

- Actual expenses exceeded the Budget by $11.6
    - SAP project accounted for $0.5 million of this increase
    - Inventory write-offs account for $7.6 million.  This includes the following:
        - $2.6 million in the reclass of product write-offs from Indirect Distribution Discontinued products write-off ($3.2)
        - Write-off for new products (Roxicodone SR $1.0, Cyclophosphamide $0.5, and Cafcit $0.2)
    - Capitalized portion ($3.2 million) of the favorable Variance of Cost of Goods Sold ($8.2 million) which was produced in 1999 and remains in inventory at yearend

<u>Operating Income</u>

- 1999 Operating Income was $11.9 over Budget
    - As a percentage of Net Sales, Actual Operating Income was 20.3% versus Budgeted Operating Income of 18.8%
    - These positive results were due to increased Net Sales over budget

13

BOEH02584583

**ROXANE LABORATORIES, INC**
**THIRD PARTY NET SALES BY BRAND AND MULTISOURCE**
**1999 Budget and 199 Actual**

Thousands U.S. $

| | 1999 Budget | 1999 Actual | 1999 Actual Over/(Under) 1999 Budget |
|---|---|---|---|
| **Brand** | | | |
| Caffeine | $4,170 | $250 | ($3,920) |
| Duraclon | 2,530 | 1,704 | (826) |
| Marinol | 16,993 | 25,262 | 8,269 |
| Methadone | 16,983 | 18,624 | 1,641 |
| Oramorph | 17,547 | 21,140 | 3,593 |
| Orlaam | 6,020 | 2,131 | (3,889) |
| Roxanol | 7,551 | 6,221 | (1,330) |
| Roxicodone | 11,364 | 12,010 | 646 |
| Roxicodone SR | 3,949 | - | (3,949) |
| Torecan | 1,415 | 1,454 | 39 |
| Viramune | 106,112 | 100,054 | (6,058) |
| **Net Sales of Gooods - Brand** | 194,634 | 188,850 | (5,784) |
| | | | |
| **Multisource** | | | |
| Azathioprine | $28,640 | $46,308 | $17,668 |
| Codeine | 2,501 | 3,442 | 941 |
| Cyclophosphamide | 3,056 | - | (3,056) |
| Dexamethasone | 3,648 | 3,354 | (294) |
| Diclofenac | 4,384 | 2,732 | (1,652) |
| Furosemide | 4,569 | 2,311 | (2,258) |
| Hydromorphone | 3,011 | 3,129 | 118 |
| Hydroxyurea | 3,329 | 7,859 | 4,530 |
| Ipratropium | 19,725 | 37,468 | 17,743 |
| Isoetharine | 3,479 | 703 | (2,776) |
| Lactulose | 2,357 | 1,350 | (1,007) |
| Lidocaine | 2,559 | 2,265 | (294) |
| Lithium | 5,745 | 18,611 | 12,866 |
| Lorazepam | 2,462 | 3,081 | 619 |
| Methotrexate | 1,970 | 1,624 | (346) |
| Mexilitine Caps | 2,503 | 1,251 | (1,252) |
| Morphine | 3,638 | 2,871 | (767) |
| Prednisone | 4,544 | 6,521 | 1,977 |
| Roxicet | 20,924 | 15,094 | (5,830) |
| Sodium Polystyrine | 4,761 | 4,680 | (81) |
| All Other Multisource Products | 26,494 | 26,164 | (330) |
| **Net Sales of Goods - Multisource** | 154,299 | 190,818 | 36,519 |
| | | | |
| **Net Sales of Goods - Toll & Other** | 0 | 2,158 | 2,158 |
| | | | |
| **Net Sales of Goods - Third Party** | $348,933 | $381,826 | $32,893 |

14

Confidential

BOEH02584584

**ROXANE LABORATORIES, INC.**
**Commentary on Third Party Net Sales by Brand/Multisource**
**Millions U.S. $**

**Third Party Net Sales – Brand Products**

- 1999 Brand Sales were below budget by $5.8 (3.0%)
  - Several of the Brand Product Groups missed budget, including the following:
    - Caffeine was under budget by $3.9 due to a delay in the launch of Cafcit
    - Orlaam's unit volume was down causing the product to be under budget by $3.9
    - Roxicodone SR missed budget by $3.9 as it was not launched in 1999
    - Viramune was under Budget by $6.1 due to lower than anticipated unit volume
  - In contrast, two other Brand products exceeded the budget – Marinol and Oramorph
    - Marinol continued to be strong in 1999 and exceeded budget by $8.3. Increased sales in 1999 were partially due to the FDA rescheduling (from Schedule II to Schedule III) of Marinol; This rescheduling now allows for refills and phone-in prescriptions for this product
    - Oramorph was up by $3.6 due to both increased units and sales price

15

Confidential

BOEH02584585

**ROXANE LABORATORIES, INC**
**THIRD PARTY NET SALES BY BRAND AND MULTISOURCE**
**1999 Budget and 199 Actual**

Thousands U.S. $

| | 1999 Budget | 1999 Actual | 1999 Actual Over/(Under) 1999 Budget |
|---|---|---|---|
| **Brand** | | | |
| Caffeine | $4,170 | $250 | ($3,920) |
| Duraclon | 2,530 | 1,704 | (826) |
| Marinol | 16,993 | 25,262 | 8,269 |
| Methadone | 16,983 | 18,624 | 1,641 |
| Oramorph | 17,547 | 21,140 | 3,593 |
| Orlaam | 6,020 | 2,131 | (3,889) |
| Roxanol | 7,551 | 6,221 | (1,330) |
| Roxicodone | 11,364 | 12,010 | 646 |
| Roxicodone SR | 3,949 | - | (3,949) |
| Torecan | 1,415 | 1,454 | 39 |
| Viramune | 106,112 | 100,054 | (6,058) |
| **Net Sales of Gooods - Brand** | 194,634 | 188,850 | (5,784) |
| | | | |
| **Multisource** | | | |
| Azathioprine | $28,640 | $46,308 | $17,668 |
| Codeine | 2,501 | 3,442 | 941 |
| Cyclophosphamide | 3,056 | - | (3,056) |
| Dexamethasone | 3,648 | 3,354 | (294) |
| Diclofenac | 4,384 | 2,732 | (1,652) |
| Furosemide | 4,569 | 2,311 | (2,258) |
| Hydromorphone | 3,011 | 3,129 | 118 |
| Hydroxyurea | 3,329 | 7,859 | 4,530 |
| Ipratropium | 19,725 | 37,468 | 17,743 |
| Isoetharine | 3,479 | 703 | (2,776) |
| Lactulose | 2,357 | 1,350 | (1,007) |
| Lidocaine | 2,559 | 2,265 | (294) |
| Lithium | 5,745 | 18,611 | 12,866 |
| Lorazepam | 2,462 | 3,081 | 619 |
| Methotrexate | 1,970 | 1,624 | (346) |
| Mexilitine Caps | 2,503 | 1,251 | (1,252) |
| Morphine | 3,638 | 2,871 | (767) |
| Prednisone | 4,544 | 6,521 | 1,977 |
| Roxicet | 20,924 | 15,094 | (5,830) |
| Sodium Polystyrine | 4,761 | 4,680 | (81) |
| All Other Multisource Products | 26,494 | 26,164 | (330) |
| **Net Sales of Goods - Multisource** | 154,299 | 190,818 | 36,519 |
| | | | |
| **Net Sales of Goods - Toll & Other** | 0 | 2,158 | 2,158 |
| | | | |
| **Net Sales of Goods - Third Party** | $348,933 | $381,826 | $32,893 |

16

Confidential

BOEH02584586

**ROXANE LABORATORIES, INC.**
**Commentary on Third Party Net Sales by Brand/Multisource (Continued)**
**Millions U.S. $**

<u>Third Party Net Sales – Multisource Products</u>

- Multisource Products exceeded Budget by $36.6 million
  - Three products – Azathioprine, Ipratropium, and Lithium – were largely responsible for these positive results
    - Azathioprine experienced a strong year in sales ($17.7 over budget) due to greater brand marketshare conversion and higher ASPs than budgeted
    - Ipratropium sales were higher than budget by $17.7 due to strong pricing.  In addition, a third competitor, expected in early 1999, didn't enter the market until second quarter 1999.
    - Lithium out-performed the 1999 Budget by $12.9 due to the exit from the market of a competitor;  As a result, Roxane is now the sole source for Lithium
  - Despite, these positive results, several products performed under budget – most notably, Cyclophosphamide and Roxicet
    - Cyclophosphamide Net Sales were under budget by $3.1 due to the delayed launch of this product in 1999
    - Roxicet  was under budget $5.8 million due to increased price pressure by our competitors; In addition, bulk drug supply issues contributed to marketshare unit erosion

17

BOEH02584587

**ROXANE LABORATORIES, INC**
**INCOME STATEMENT**
**AFFILIATES**
**1999 Actual vs. 1999 Budget**

Thousands U.S. $

| | 1999 Budget | 1999 Actual | 1999 Actual Over/(Under) 1999 Budget |
|---|---|---|---|
| Alupent | $2,526 | $2,113 | ($413) |
| Atrovent | 31,357 | 40,893 | 9,536 |
| Catapres | 6,878 | 10,133 | 3,255 |
| Combivent | 34,603 | 38,662 | 4,059 |
| Ginkoba | 26,423 | 7,119 | (19,304) |
| Mexitil | 634 | 639 | 5 |
| Micardis | - | 7,636 | 7,636 |
| Movana | 4,667 | 63 | (4,604) |
| Natruvent | 3,550 | 2,305 | (1,245) |
| Oramorph Canada | - | 32 | 32 |
| Prednisone SA | - | 70 | 70 |
| Venastat | 4,507 | 1,174 | (3,333) |
| Viramune Intl. | - | 7,516 | 7,516 |
| **Total Net Sales** | **$115,145** | **$118,355** | **$3,210** |
| Cost of Goods Sold | 114,426 | 111,309 | (3,117) |
| **Contribution I** | **$719** | **$7,046** | **$6,327** |

18

Confidential

**ROXANE LABORATORIES, INC.**
**Commentary on Affiliates Income Statement**
**Millions U.S. $**

<u>Net Sales of Goods</u>

- 1999 Net Sales were $3.2 million (2.8%) over budget
  - Self Medication Net Sales were down by $28.5 million
  - Rx Net Sales were up by $31.7 million

<u>Contribution I</u>

- 1999 Contribution I was $6.3 over budget
  - Self Medication Contribution I was up $0.8 million over 1999 budgeted loss of $0.6. These narrow margins are a result of selling the products to the affiliate at market price
  - Rx Contribution I was up $5.6 million

19

### ROXANE LABORATORIES, INC
### RESEARCH & DEVELOPMENT AND MEDICAL COST
#### 1999 Budget and 1999 Actual

Thousands U.S. $

| | 1999 Budget | 1999 Actual | 1999 Actual Over/(Under) Budget |
|---|---|---|---|
| **Research & Development I and Medical Cost I** | | | |
| | | | |
| Research & Development I | 12,700 | 12,201 | (499) |
| Medical Cost I | 19,641 | 19,718 | 77 |
| Total | 32,341 | 31,919 | (422) |
| **Research & Development II and Medical Cost II** | | | |
| | | | |
| Research & Development II | 596 | 550 | (46) |
| Medical Cost II | 250 | 250 | 0 |
| Total | 846 | 800 | (46) |
| As a % of Net Sales | 7.15% | 6.54% | -0.61% |

20

Confidential

**ROXANE LABORATORIES, INC.**
**Commentary on Research & Development I and Medical I Cost**
**Millions U.S. $**

**Research & Development I and Medical I**

- Research & Development under budget by $0.5

- Medical expenses were essentially flat

21

                                                            BOEH02584591

**ROXANE LABORATORIES, INC**
**PERSONNEL DATA**
**1999 Budget and 1999 Actual**

Thousands U.S. $

| | 1999 Budget | 1999 Actual | 1999 Actual Over/(Under) Budget |
|---|---|---|---|
| Salaries & Wages | 51,988 | 51,309 | (679) |
| Social Costs & Pension Expenses | 13,683 | 11,910 | (1,773) |
| Total Personnel Costs | 65,671 | 63,219 | (2,452) |
| Personnel Costs as a % of Net Sales | 14.15% | 12.64% | |
| Total Headcount | 1,128 | 1,056 | (72) |

**ROXANE LABORATORIES, INC**
**PERSONNEL DATA - HEADCOUNT DETAIL**
**1998 Budget and 1998 Actual**

| | 1999 Budget | 1999 Actual | 1999 Actual Over/(Under) Budget |
|---|---|---|---|
| Pharmaceutical Manufacturing | 781 | 735 | (46) |
| Marketing Office | 33 | 31 | (2) |
| Marketing Field | 148 | 135 | (13) |
| Medicine Human Pharmaceutical | 40 | 35 | (5) |
| R&D Human Pharmaceutical | 67 | 70 | 3 |
| Central Functions | 59 | 50 | (9) |
| Total Headcount | 1,128 | 1,056 | (72) |

22

 BOEH02584592

**ROXANE LABORATORIES, INC.**
**Commentary on Personnel Data**
**Millions U.S. $**

<u>Personnel Costs</u>

- 1999 Actual Personnel Costs were under budget by $2.5 million
    - This is largely due to the lower than expected headcount of 72


<u>Regular Headcount</u>

- 1999 Actual headcount was 72 less than budgeted
    - TPM headcount is 46 under budget due to several reasons. First, conservative hiring in the fourth quarter due to anticipated lower production volumes in 2000. In addition, TPM used more temporary help to cover its needs. Lastly, higher than anticipated overtime was utilized to cover its production requirements.
    - Marketing headcount is 15 under budget

23

BOEH02584593

ROXANE LABORATORIES, INC.
BALANCE SHEET
1999 Budget and 1999 Actual

Thousands U.S. $

| | 1999 Budget | 1999 Actual | 1999 Actual Over/(Under) Budget |
|---|---|---|---|
| **ASSETS** | | | |
| Intangibles | 17,947 | 17,983 | 36 |
| Property, Plant and Equipment | 141,461 | 138,529 | (2,932) |
| Long-Term Investments | 0 | 9 | 9 |
| Total Prop, Plant, Equip, and Investments | 159,408 | 156,521 | (2,887) |
| | | | |
| Inventories | 74,700 | 105,933 | 31,233 |
| | | | |
| Trade Accounts Receivable | 40,000 | 46,002 | 6,002 |
| Trade Accounts Receivable from Affiliates | 0 | 0 | 0 |
| Short Term Advances to Affiliates | 41,900 | (8,560) | (50,460) |
| Other Assets | 4,000 | 20,610 | 16,610 |
| Total Receivables | 85,900 | 58,052 | (27,848) |
| | | | |
| Liquid Funds | 0 | (3,611) | (3,611) |
| | | | |
| Prepaid Expenses | 0 | 197 | 197 |
| | | | |
| Total Current Assets | 160,600 | 160,571 | (29) |
| | | | |
| Total Assets | 320,008 | 317,092 | (2,916) |
| **SHAREHOLDERS' EQUITY, PROVISION, AND LIABILITIES** | | | |
| Share Capital | 19 | 19 | 0 |
| Additional Paid-In Capital | 8,735 | 8,735 | 0 |
| Retained Earnings, Opening Balance | 212,689 | 171,966 | (40,723) |
| Net Income (Loss), Current Period | 36,984 | 45,055 | 8,071 |
| Total Shareholders' Equity | 258,427 | 225,775 | (32,652) |
| | | | |
| Provision for Pensions | 15,600 | 14,758 | (842) |
| Tax Provisions | 6,000 | 6,192 | 192 |
| Deferred Tax Provisions | 0 | 0 | 0 |
| Other Provisions and Accruals | 11,376 | 26,016 | 14,640 |
| Total Provisions | 32,976 | 46,966 | 13,990 |
| | | | |
| Trade Accounts Payable | 22,605 | 9,544 | (13,061) |
| Payable to Banks | 0 | 2,111 | 2,111 |
| Payables to Affiliates | 0 | 28,039 | 28,039 |
| Loans from Affiliates | 0 | 0 | 0 |
| Other Liabilities | 6,000 | 4,657 | (1,343) |
| Total Liabilities | 28,605 | 44,351 | 15,746 |
| | | | |
| Total Liabilities and Provisions | 61,581 | 91,317 | 29,736 |
| | | | |
| Total Equity, Liabilities, and Provisions | 320,008 | 317,092 | (2,916) |

24

Confidential

BOEH02584594

**ROXANE LABORATORIES, INC.**
**Commentary on the Balance Sheet**
**Millions U.S. $**

<u>1999 Budget vs. 1999 Actual</u>

- Inventories were above budget by $31.2 (41.8%)
    - As a result of anticipated Y2K impact, inventories are $12.8 higher than budget
    - Reduction of Self Medication forecasts resulted in $8.5 million of additional inventory
    - Viramune sales were lower than forecasted resulting in additional inventory of $3.5 million
    - Active ingredient for Nevirapine was increased ($1.1) in order to meet demand from Novation agreement
    - Additional $4.1 million in the following: strategic inventory ($2.4), product development lots ($0.9), Cafcit validation lots ($0.4), Meloxicam ($0.4)
- Trade Accounts Receivable is above Budget by $6.0 (15.0%)
    - Result of higher fourth quarter sales
- Short-term Advances to Affiliates is below Budget by $50.5
    - Change in intercompany position due to several factors including 1998 dividend of $41.0 (not budgeted) and increased taxes ($6.3) due to higher net income
- Other Assets is $16.6 million higher than budget largely due to Advances to Suppliers (BI GmbH)

25

Confidential                                                                                   BOEH02584595

### ROXANE LABORATORIES, INC.
### BALANCE SHEET
#### 1999 Budget and 1999 Actual

Thousands U.S. $

| | 1999 Budget | 1999 Actual | 1999 Actual Over/(Under) Budget |
|---|---|---|---|
| **ASSETS** | | | |
| Intangibles | 17,947 | 17,983 | 36 |
| Property, Plant and Equipment | 141,461 | 138,529 | (2,932) |
| Long-Term Investments | 0 | 9 | 9 |
| Total Prop, Plant, Equip, and Investments | 159,408 | 156,521 | (2,887) |
| | | | |
| Inventories | 74,700 | 105,933 | 31,233 |
| | | | |
| Trade Accounts Receivable | 40,000 | 46,002 | 6,002 |
| Trade Accounts Receivable from Affiliates | 0 | 0 | 0 |
| Short Term Advances to Affiliates | 41,900 | (8,560) | (50,460) |
| Other Assets | 4,000 | 20,610 | 16,610 |
| Total Receivables | 85,900 | 58,052 | (27,848) |
| | | | |
| Liquid Funds | 0 | (3,611) | (3,611) |
| | | | |
| Prepaid Expenses | 0 | 197 | 197 |
| | | | |
| Total Current Assets | 160,600 | 160,571 | (29) |
| | | | |
| Total Assets | 320,008 | 317,092 | (2,916) |
| **SHAREHOLDERS' EQUITY, PROVISION, AND LIABILITIES** | | | |
| Share Capital | 19 | 19 | 0 |
| Additional Paid-In Capital | 8,735 | 8,735 | 0 |
| Retained Earnings, Opening Balance | 212,689 | 171,966 | (40,723) |
| Net Income (Loss), Current Period | 36,984 | 45,055 | 8,071 |
| Total Shareholders' Equity | 258,427 | 225,775 | (32,652) |
| | | | |
| Provision for Pensions | 15,600 | 14,758 | (842) |
| Tax Provisions | 6,000 | 6,192 | 192 |
| Deferred Tax Provisions | 0 | 0 | 0 |
| Other Provisions and Accruals | 11,376 | 26,016 | 14,640 |
| Total Provisions | 32,976 | 46,966 | 13,990 |
| | | | |
| Trade Accounts Payable | 22,605 | 9,544 | (13,061) |
| Payable to Banks | 0 | 2,111 | 2,111 |
| Payables to Affiliates | 0 | 28,039 | 28,039 |
| Loans from Affiliates | 0 | 0 | 0 |
| Other Liabilities | 6,000 | 4,657 | (1,343) |
| Total Liabilities | 28,605 | 44,351 | 15,746 |
| | | | |
| Total Liabilities and Provisions | 61,581 | 91,317 | 29,736 |
| | | | |
| Total Equity, Liabilities, and Provisions | 320,008 | 317,092 | (2,916) |

26

Confidential

**ROXANE LABORATORIES, INC.**
**Commentary on the Balance Sheet** (Continued)
**Millions U.S. $**

<u>**1999 Budget vs. 1999 Actual (Continued)**</u>

- Other Provisions and Accruals are up $14.6 over budget
    - Reflects increased legal reserves for Purdue Fredrick lawsuit
    - Reserves for Medicaid Rebates increased due to higher sales
- Trade Accounts Payable is under budget by $13.1
- Payables to Affiliates is $28.0 over budget due to transactions with BI GmbH

27

Confidential

BOEH02584597