**TAB 47**

**COMMENTARY**

**2000 TARGET**

**2000 ACTUAL**

**ROXANE LABORATORIES, INC**
**COLUMBUS, OHIO**

February 9, 2001

Confidential

BOEH02687778

2

Confidential

BOEH02687779

**ROXANE LABORATORIES, INC.**
**Table of Contents**

Pages 4-5 .............Statement of Income - Total Company and Commentary

Pages 6-13 ...........Statement of Income – Third Party and Commentary

Pages 14-15 .........Third Party Net Sales by Brand/Multisource and Commentary

Pages 16-17 .........Statement of Income – Affiliates and Commentary

Pages 18-19 .........R&D and Medical Costs and Commentary

Pages 20-21 .........Personnel Data and Commentary

Pages 22-25 .........Balance Sheet Statement and Commentary

3

Confidential

BOEH02687780

**ROXANE LABORATORIES, INC.**
**INCOME STATEMENT**
**TOTAL COMPANY**
**2000 Target and 2000 Actual**

Thousands U.S. $

| | 2000 Target | 2000 Actual | 2000 Actual Over/(Under) Target |
|---|---|---|---|
| Gross Sales of Goods | 733,802 | 774,878 | 41,076 |
| Sales Discounts | 172,118 | 143,766 | (28,352) |
| Net Sales of Goods | 561,684 | 631,112 | 69,428 |
| Other Income | 0 | 894 | 894 |
| Net Sales | 561,684 | 632,006 | 70,322 |
| Standard Cost of Goods Sold | 343,919 | 364,510 | 20,591 |
| Variable Cost of Distribution | 7,315 | 7,484 | 169 |
| Royalties | 16,204 | 17,815 | 1,611 |
| Contribution I | 194,246 | 242,197 | 47,951 |
| Direct Promotion | 36,394 | 29,593 | (6,801) |
| Cost of Free goods | 0 | 0 | 0 |
| Contribution IA | 157,852 | 212,604 | 54,752 |
| Field Force | 35,277 | 32,493 | (2,784) |
| Contribution II | 122,575 | 180,111 | 57,536 |
| General Promotion - Activities | 0 | 0 | 0 |
| General Promotion - Organization | 7,987 | 8,127 | 140 |
| Indirect Cost of Distribution | 7,162 | 6,208 | (954) |
| Research & Development I | 18,258 | 16,735 | (1,523) |
| Medical Cost I | 27,572 | 28,794 | 1,222 |
| Administration | 5,543 | 13,660 | 8,117 |
| Cost of Idle Capacity I | 4,899 | 5,133 | 234 |
| Variances for Cost of Goods Sold I | (2) | (3,572) | (3,570) |
| (Income)/Expense I | 13,792 | 25,135 | 11,343 |
| Contribution III | 37,364 | 79,891 | 42,527 |
| Research & Development II | 516 | 0 | (516) |
| Medical Cost II | 82 | 0 | (82) |
| (Income)/Expense II | 0 | 5,450 | 5,450 |
| Operating Income/(Loss) BU | 36,766 | 74,441 | 37,675 |
| (Income)/Expense III | 4,269 | 3,513 | (756) |
| Operating Income/(Loss) BA | 32,497 | 70,928 | 38,431 |
| Financial Income/(Expense) | (1,660) | (1,366) | 294 |
| Holding Income/(Expense) | 0 | 0 | 0 |
| Income/(Loss) Before Taxes | 30,837 | 69,562 | 38,725 |
| Taxes | 10,427 | 27,238 | 16,811 |
| Income/(Loss) After Taxes | 20,410 | 42,324 | 21,914 |

4

Confidential

BOEH02687781

**ROXANE LABORATORIES, INC.**
Commentary on Total Company Income Statement
Millions U.S. $

<u>Overview</u>

- Target 2000 reflects the original 2000 Budget adjusted for Y2K and the delayed launch of Roxicodone SR (Extain).

- 2000 was another successful year for Roxane Laboratories.  Total Company sales broke the $600 million dollar mark in mid December and exceeded Target by $70 million.

- Third Party sales exceeded Target by $48 million, mainly due to strong sales of Oramorph, Prednisone, and Ipratropium.

- Total Company Operating Income BA exceeded Target by $38 million (118%). This was an especially significant performance in light of the higher than expected legal expenses and unbudgeted restructuring costs that occurred in 2000.

<u>Income/Expense III</u>

- 2000 Actual was $0.8 million lower than 2000 Target
  - The cost to transfer and validate products from old to new technology was below Target.

<u>Financial Income/Expense</u>

- 2000 Actual Financial Expenses were essentially on Target

5

BOEH02687782

ROXANE LABORATORIES, INC.
INCOME STATEMENT
THIRD PARTY
2000 Target and 2000 Actual

Thousands U.S. $

|  | 2000 Target | 2000 Actual | 2000 Actual Over/(Under) Target |
|---|---|---|---|
| Gross Sales of Goods | 549,218 | 568,200 | 18,982 |
| Sales Discounts | 172,118 | 143,766 | (28,352) |
| Net Sales of Goods | 377,100 | 424,434 | 47,334 |
| Other Income | 0 | 894 | 894 |
| Net Sales | 377,100 | 425,328 | 48,228 |
| Standard Cost of Goods Sold | 160,018 | 161,695 | 1,677 |
| Variable Cost of Distribution | 7,315 | 7,484 | 169 |
| Royalties | 16,204 | 17,815 | 1,611 |
| Contribution I | 193,563 | 238,334 | 44,771 |
| Direct Promotion | 36,394 | 29,593 | (6,801) |
| Cost of Free goods | 0 | 0 | 0 |
| Contribution IA | 157,169 | 208,741 | 51,572 |
| Field Force | 35,277 | 32,493 | (2,784) |
| Contribution II | 121,892 | 176,248 | 54,356 |
| General Promotion - Activities | 0 | 0 | 0 |
| General Promotion - Organization | 7,987 | 8,127 | 140 |
| Indirect Cost of Distribution | 7,162 | 6,208 | (954) |
| Research & Development I | 18,258 | 16,735 | (1,523) |
| Medical Cost I | 27,572 | 28,794 | 1,222 |
| Administration | 5,543 | 13,660 | 8,117 |
| Cost of Idle Capacity I | 4,899 | 5,133 | 234 |
| Variances for Cost of Goods Sold I | (2) | (2,169) | (2,167) |
| (Income)/Expense I | 13,792 | 25,135 | 11,343 |
| Contribution III | 36,681 | 74,625 | 37,944 |
| Research & Development II | 516 | 0 | (516) |
| Medical Cost II | 82 | 0 | (82) |
| (Income)/Expense II | 0 | 5,450 | 5,450 |
| Operating Income/(Loss) BU | 36,083 | 69,175 | 33,092 |

6

Confidential

**ROXANE LABORATORIES, INC.**
**Commentary on Third Party Income Statement**
**Millions U.S. $**

## Net Sales

- Actual 2000 Third Party Net Sales were $48.2 million higher than Target

    - For detail commentary, please see pages 14 through 15

## Variable Cost of Distribution

- 2000 Actual Variable Cost of Distribution Expenses were essentially on Target with an unfavorable variance of less than $0.2 million.

## Royalties

- Actual 2000 was $1.6 million over Target

    - This was due mainly to the increased sales of Ipratropium which resulted in higher royalty expense of $1.2 million to Boehringer Ingelheim Pharmaceuticals, Inc (BIPI).

7

Confidential

ROXANE LABORATORIES, INC.
INCOME STATEMENT
THIRD PARTY
2000 Target and 2000 Actual

Thousands U.S. $

| | 2000 Target | 2000 Actual | 2000 Actual Over/(Under) Target |
|---|---|---|---|
| Gross Sales of Goods | 549,218 | 568,200 | 18,982 |
| Sales Discounts | 172,118 | 143,766 | (28,352) |
| Net Sales of Goods | 377,100 | 424,434 | 47,334 |
| Other Income | 0 | 894 | 894 |
| Net Sales | 377,100 | 425,328 | 48,228 |
| Standard Cost of Goods Sold | 160,018 | 161,695 | 1,677 |
| Variable Cost of Distribution | 7,315 | 7,484 | 169 |
| Royalties | 16,204 | 17,815 | 1,611 |
| Contribution I | 193,563 | 238,334 | 44,771 |
| Direct Promotion | 36,394 | 29,593 | (6,801) |
| Cost of Free goods | 0 | 0 | 0 |
| Contribution IA | 157,169 | 208,741 | 51,572 |
| Field Force | 35,277 | 32,493 | (2,784) |
| Contribution II | 121,892 | 176,248 | 54,356 |
| General Promotion - Activities | 0 | 0 | 0 |
| General Promotion - Organization | 7,987 | 8,127 | 140 |
| Indirect Cost of Distribution | 7,162 | 6,208 | (954) |
| Research & Development I | 18,258 | 16,735 | (1,523) |
| Medical Cost I | 27,572 | 28,794 | 1,222 |
| Administration | 5,543 | 13,660 | 8,117 |
| Cost of Idle Capacity I | 4,899 | 5,133 | 234 |
| Variances for Cost of Goods Sold I | (2) | (2,169) | (2,167) |
| (Income)/Expense I | 13,792 | 25,135 | 11,343 |
| Contribution III | 36,681 | 74,625 | 37,944 |
| Research & Development II | 516 | 0 | (516) |
| Medical Cost II | 82 | 0 | (82) |
| (Income)/Expense II | 0 | 5,450 | 5,450 |
| Operating Income/(Loss) BU | 36,083 | 69,175 | 33,092 |

8

BOEH02687785

**ROXANE LABORATORIES, INC.**
**Commentary on Third Party Income Statement** (Continued)
**Millions U.S. $**

<u>**Direct Promotion**</u>

- Actual 2000 was $6.8 million below Target

  - Due to lower spending in the promotion of Multisource and Brand products by $1.7 and $5.1 million, respectively. The most significant reduction was the promotion of Roxicodone, which was under Target by $3.0 million.

<u>**Field Force**</u>

- Actual 2000 is $2.8 million lower than Target

  - Decrease is largely due to the lower than Targeted headcount in Field Force and Trade National Accounts by 13 FTE's.

<u>**Indirect Cost of Distribution**</u>

- Actual versus Target is down $1.0 million

  - Reduction in outside warehouse space requirements accounted for close to half of the lower spending.

<u>**Research & Development I**</u>

- Actual was $1.5 million lower than Target

  - Mostly due to a lower than Targeted headcount by 12 FTE's.

<u>**Medical I**</u>

- Actual was $1.2 million higher than Target

  - Clinical trial expenses were higher by $2.8 million.

  - Personnel costs were lower than Target due to decreased headcount by 13 FTE's.

9

BOEH02687786

ROXANE LABORATORIES, INC.
INCOME STATEMENT
THIRD PARTY
2000 Target and 2000 Actual

Thousands U.S. $

| | 2000 Target | 2000 Actual | 2000 Actual Over/(Under) Target |
|---|---|---|---|
| Gross Sales of Goods | 549,218 | 568,200 | 18,982 |
| Sales Discounts | 172,118 | 143,766 | (28,352) |
| Net Sales of Goods | 377,100 | 424,434 | 47,334 |
| Other Income | 0 | 894 | 894 |
| Net Sales | 377,100 | 425,328 | 48,228 |
| Standard Cost of Goods Sold | 160,018 | 161,695 | 1,677 |
| Variable Cost of Distribution | 7,315 | 7,484 | 169 |
| Royalties | 16,204 | 17,815 | 1,611 |
| Contribution I | 193,563 | 238,334 | 44,771 |
| Direct Promotion | 36,394 | 29,593 | (6,801) |
| Cost of Free goods | 0 | 0 | 0 |
| Contribution IA | 157,169 | 208,741 | 51,572 |
| Field Force | 35,277 | 32,493 | (2,784) |
| Contribution II | 121,892 | 176,248 | 54,356 |
| General Promotion - Activities | 0 | 0 | 0 |
| General Promotion - Organization | 7,987 | 8,127 | 140 |
| Indirect Cost of Distribution | 7,162 | 6,208 | (954) |
| Research & Development I | 18,258 | 16,735 | (1,523) |
| Medical Cost I | 27,572 | 28,794 | 1,222 |
| Administration | 5,543 | 13,660 | 8,117 |
| Cost of Idle Capacity I | 4,899 | 5,133 | 234 |
| Variances for Cost of Goods Sold I | (2) | (2,169) | (2,167) |
| (Income)/Expense I | 13,792 | 25,135 | 11,343 |
| Contribution III | 36,681 | 74,625 | 37,944 |
| Research & Development II | 516 | 0 | (516) |
| Medical Cost II | 82 | 0 | (82) |
| (Income)/Expense II | 0 | 5,450 | 5,450 |
| Operating Income/(Loss) BU | 36,083 | 69,175 | 33,092 |

-

10

Confidential

BOEH02687787

**ROXANE LABORATORIES, INC.**
**Commentary on Third Party Income Statement** (Continued)
**Millions U.S. $**

## Administration

- 2000 Actual was $8.1 million higher than Target
  - This increase is due mainly to legal expenses for the Unimed (Marinol) case ($2.6 million), the Purdue Frederick (Extain) case ($4.1 million), and the patent challenge for Megestrol ($1.6 million)

## Cost of Idle Capacity I

- 2000 Actual was over Target by $0.2 million.

## Variances for Cost of Goods Sold I

- 2000 Actual was $2.2 million higher than Target

11

Confidential

BOEH02687788

**ROXANE LABORATORIES, INC.**
**INCOME STATEMENT**
**THIRD PARTY**
**2000 Target and 2000 Actual**

Thousands U.S. $

| | 2000 Target | 2000 Actual | 2000 Actual Over/(Under) Target |
|---|---|---|---|
| Gross Sales of Goods | 549,218 | 568,200 | 18,982 |
| Sales Discounts | 172,118 | 143,766 | (28,352) |
| Net Sales of Goods | 377,100 | 424,434 | 47,334 |
| Other Income | 0 | 894 | 894 |
| Net Sales | 377,100 | 425,328 | 48,228 |
| Standard Cost of Goods Sold | 160,018 | 161,695 | 1,677 |
| Variable Cost of Distribution | 7,315 | 7,484 | 169 |
| Royalties | 16,204 | 17,815 | 1,611 |
| Contribution I | 193,563 | 238,334 | 44,771 |
| Direct Promotion | 36,394 | 29,593 | (6,801) |
| Cost of Free goods | 0 | 0 | 0 |
| Contribution IA | 157,169 | 208,741 | 51,572 |
| Field Force | 35,277 | 32,493 | (2,784) |
| Contribution II | 121,892 | 176,248 | 54,356 |
| General Promotion - Activities | 0 | 0 | 0 |
| General Promotion - Organization | 7,987 | 8,127 | 140 |
| Indirect Cost of Distribution | 7,162 | 6,208 | (954) |
| Research & Development I | 18,258 | 16,735 | (1,523) |
| Medical Cost I | 27,572 | 28,794 | 1,222 |
| Administration | 5,543 | 13,660 | 8,117 |
| Cost of Idle Capacity I | 4,899 | 5,133 | 234 |
| Variances for Cost of Goods Sold I | (2) | (2,169) | (2,167) |
| (Income)/Expense I | 13,792 | 25,135 | 11,343 |
| Contribution III | 36,681 | 74,625 | 37,944 |
| Research & Development II | 516 | 0 | (516) |
| Medical Cost II | 82 | 0 | (82) |
| (Income)/Expense II | 0 | 5,450 | 5,450 |
| Operating Income/(Loss) BU | 36,083 | 69,175 | 33,092 |

12

Confidential

BOEH02687789

**ROXANE LABORATORIES, INC.**
**Commentary on Third Party Income Statement** (Continued)
**Millions U.S. $**

<u>Income/Expense I</u>

- 2000 Actual is $11.3 million higher than Target
  - Restructuring charges account for $5.2 million
  - Bad debt expenses were $5.2 million higher primarily due to uncollectable account of $0.6 million from Neumann Distribution, provision of $1.9 million for RiteAid and reclass from sales discounts of $3.0 million.
  - Also included in this variance is a $5.8 million provision for a Medicaid fraud settlement.
  - Amortization of 1999 Capitalization of Favorable Variance, $3.2 million (income)
  - 2000 Capitalization of Favorable Variance, $1.0 million (expense)
  - 2000 Inventory Revaluation to Budgeted Cost, $3.6 million (income)

<u>Research & Development II and Medical II</u>

- 2000 Actual was under Target by $0.6 million with no projects being allocated to these lines

<u>Income/Expense II</u>

- 2000 Actual was over Target by $5.5 million
  - This variance is made up of a fixed asset write down in 2000 for $3.5 million and $2.0 million in Meloxicam validation charges (secondary site of production).

13

BOEH02687790

**ROXANE LABORATORIES, INC**
**THIRD PARTY NET SALES BY BRAND AND MULTISOURCE**
**2000 Target and 2000 Actual**

Thousands U.S. $

| | 2000 Target | 2000 Actual | 2000 Actual Over/(Under) 2000 Target |
|---|---|---|---|
| **Brand** | | | |
| Caffeine | $10,222 | $6,085 | ($4,137) |
| Duraclon | 1,931 | 2,382 | 451 |
| Marinol | 24,529 | 32,252 | 7,723 |
| Methadone | 16,691 | 21,609 | 4,918 |
| Oramorph | 15,038 | 33,525 | 18,487 |
| Orlaam | 1,599 | 2,472 | 873 |
| Pipet Dispenser | - | 31 | 31 |
| Roxanol | 8,151 | 6,900 | (1,251) |
| Roxicodone | 15,719 | 14,653 | (1,066) |
| Roxicodone IR | 7,320 | 2,520 | (4,800) |
| Roxicodone SR | 781 | - | (781) |
| Torecan | - | 1,525 | 1,525 |
| Viramune | 125,476 | 124,378 | (1,098) |
| **Net Sales of Goods - Brand** | **227,457** | **248,332** | **20,875** |
| | | | |
| **Multisource** | | | |
| Azathioprine | $18,307 | $19,533 | $1,226 |
| Calcium Carbona | 1,246 | 1,357 | 111 |
| Cocaine | 1,170 | 1,496 | 326 |
| Codeine | 3,120 | 3,648 | 528 |
| Cyclophosphamide | 4,382 | 4,114 | (268) |
| Dexamethasone | 2,735 | 3,847 | 1,112 |
| Diazepam | 1,147 | 1,083 | (64) |
| Digoxin | 1,276 | 1,214 | (62) |
| Dihydrotachyste | 1,660 | 1,591 | (69) |
| Furosemide | 2,808 | 4,175 | 1,367 |
| Hydromorphone | 2,592 | 2,985 | 393 |
| Hydroxyurea | 3,031 | 3,756 | 725 |
| Ipratropium | 20,479 | 31,509 | 11,030 |
| Lactulose | 1,276 | 1,193 | (83) |
| Leucovorin | 1,938 | 1,972 | 34 |
| Lidocaine | 2,116 | 2,217 | 101 |
| Lithium | 30,504 | 28,459 | (2,045) |
| Lorazepam | 2,815 | 3,557 | 742 |
| Meperidine | 1,735 | 1,598 | (137) |
| Morphine | 2,865 | 3,338 | 473 |
| Nystatin | 228 | 1,037 | 809 |
| Prednisone | 4,928 | 16,770 | 11,842 |
| Propantheline B | 1,105 | 2,728 | 1,623 |
| Roxicet | 14,068 | 15,452 | 1,384 |
| Sodium Polystyrine | 3,862 | 5,271 | 1,409 |
| All Other Multisource Products | 18,249 | 11,723 | (6,526) |
| **Net Sales of Goods - Multisource** | **149,642** | **175,623** | **25,981** |
| | | | |
| **Net Sales of Goods - Toll & Other** | **0** | **1,373** | **1,373** |
| | | | |
| **Net Sales of Goods - Third Party** | **$377,099** | **$425,328** | **$48,229** |

14

Confidential

BOEH02687791

**ROXANE LABORATORIES, INC.**
**Commentary on Third Party Net Sales by Brand & Multisource**
**Millions U.S. $**

**Third Party Net Sales – Brand Products**

- 2000 Brand sales were $20.9 million above Target
    - Oramorph accounted for most of this increase with Net Sales $18.5 million over Target
    - Marinol 2000 sales were up $7.7 million reflecting continued growth since its rescheduling in 1999.  Due to the termination of RLI's agreement with Unimed, RLI will no longer sell Marinol effective January 2001.
    - Cafcit sales were below Target by $4.1 million due to the 2000 delayed launch of the oral solution.
    - Roxicodone IR was also below Target by $4.8 million, due to its delayed launch.

**Third Party Net Sales – Multisource Products**

- 2000 Multisource sales provided an additional $26.0 million in sales over Target
    - Prednisone was $11.8 million over Target due to increased pricing and to RLI being the sole source of the 1 mg tablet.
    - Ipratropium was $11.0 over Target due to slower price erosion than anticipated in the first half of 2000.
    - Other strong products such as Propantheline, Sodium Polystyrine, Roxicet, and Furosemide were over Target by $1.6, $1.4, $1.4, and $1.4 respectively.
    - These strong performances are slightly off-set by decreases in other products; specifically, Lithium in which competitors have re-entered the market.

15

BOEH02687792

**ROXANE LABORATORIES, INC.**
**INCOME STATEMENT**
**AFFILIATES**
**2000 Target and 2000 Actual**

Thousands U.S. $

| | 2000 Target | 2000 Actual | 2000 Actual Over/(Under) Target |
|---|---|---|---|
| Gross Sales of Goods | 184,584 | 206,678 | 22,094 |
| Sales Discounts | 0 | 0 | 0 |
| Net Sales of Goods | 184,584 | 206,678 | 22,094 |
| Other Income | 0 | 0 | 0 |
| Net Sales | 184,584 | 206,678 | 22,094 |
| Standard Cost of Goods Sold | 183,901 | 202,815 | 18,914 |
| Variable Cost of Distribution | 0 | 0 | 0 |
| Royalties | 0 | 0 | 0 |
| Contribution I | 683 | 3,863 | 3,180 |
| Direct Promotion | 0 | 0 | 0 |
| Cost of Free goods | 0 | 0 | 0 |
| Contribution IA | 683 | 3,863 | 3,180 |
| Field Force | 0 | 0 | 0 |
| Contribution II | 683 | 3,863 | 3,180 |
| General Promotion - Activities | 0 | 0 | 0 |
| General Promotion - Organization | 0 | 0 | 0 |
| Indirect Cost of Distribution | 0 | 0 | 0 |
| Research & Development I | 0 | 0 | 0 |
| Medical Cost I | 0 | 0 | 0 |
| Administration | 0 | 0 | 0 |
| Cost of Idle Capacity I | 0 | 0 | 0 |
| Variances for Cost of Goods Sold I | 0 | (1,403) | (1,403) |
| (Income)/Expense I | 0 | 0 | 0 |
| Contribution III | 683 | 5,266 | 4,583 |
| Research & Development II | 0 | 0 | 0 |
| Medical Cost II | 0 | 0 | 0 |
| (Income)/Expense II | 0 | 0 | 0 |
| Operating Income/(Loss) BU | 683 | 5,266 | 4,583 |

16

Confidential

**ROXANE LABORATORIES, INC.**
**Commentary on Affiliates Income Statement**
**Millions U.S. $**

**Net Sales of Goods**

- 2000 Actual was $22.1 million higher than Target

  - Sales of Consumer Health Care products were down $15.9 million due to an overall decrease in the herbal market

  - Sales of Prescription Medicines will be up $38.0 million largely due to increased requirements for Combivent $16.3, Mobic $13.7 and Atrovent $7.9

17

BOEH02687794

**ROXANE LABORATORIES, INC**
**RESEARCH & DEVELOPMENT AND MEDICAL COST**
**2000 Target and 2000 Actual**

Thousands U.S. $

|  | 2000 Target | 2000 Actual | 2000 Actual Over/(Under) Target |
|---|---|---|---|
| **Research & Development I and Medical Cost I** |  |  |  |
| Research & Development I | 18,258 | 16,735 | (1,523) |
| Medical Cost I | 27,572 | 28,794 | 1,222 |
| Total | 45,830 | 45,529 | (301) |
| **Research & Development II and Medical Cost II** |  |  |  |
| Research & Development II | 516 | 0 | (516) |
| Medical Cost II | 0 | 5,450 | 5,450 |
| Total | 516 | 5,450 | 4,934 |
| As a % of Net Sales | 8.25% | 8.07% | -0.19% |

18

Confidential

**ROXANE LABORATORIES, INC.**
**Commentary on R&D and Medical Costs**
**Millions U.S. $**

<u>**R&D**</u>

- 2000 Expenses were $1.5 million below Target
  - This decrease is largely due to unfilled headcount positions contributing to personnel costs being under by $1.4 million

<u>**Medical**</u>

- 2000 Expenses were $1.2 million higher than Target
  - This is largely due to increased Clinical Trial Expenses of $2.8 million.
  - This is partially offset by decreases in overall costs – including personnel costs of $0.7 million and outside services of $0.4 million.

19

Confidential

BOEH02687796

**ROXANE LABORATORIES, INC**
**PERSONNEL DATA**
**2000 Target and 2000 Actual**

Thousands U.S. $

|  | 2000 Target | 2000 Actual | 2000 Actual Over/(Under) Target |
|---|---|---|---|
| Salaries & Wages | 62,574 | 57,616 | (4,958) |
| Social Costs & Pension Expenses | 16,269 | 13,745 | (2,524) |
| Total Personnel Costs | 78,843 | 71,361 | (7,482) |
| Personnel Costs as a % of Net Sales | 14.04% | 11.29% |  |
| Total Headcount | 1,202 | 986 | (216) |

**ROXANE LABORATORIES, INC**
**PERSONNEL DATA - HEADCOUNT DETAIL**
**2000 Target and 2000 Actual**

|  | 2000 Target | 2000 Actual | 2000 Actual Over/(Under) Target |
|---|---|---|---|
| Pharmaceutical Manufacturing | 822 | 667 | (155) |
| Marketing Office | 36 | 23 | (13) |
| Marketing Field | 146 | 133 | (13) |
| Medicine Human Pharmaceutical | 47 | 34 | (13) |
| R&D Human Pharmaceutical | 80 | 75 | (5) |
| Central Functions | 71 | 54 | (17) |
| Total Headcount | 1,202 | 986 | (216) |

20

Confidential

BOEH02687797

**ROXANE LABORATORIES, INC.**
**Commentary on Personnel Data**
**Millions U.S. $**

<u>Personnel Costs</u>

- 2000 Costs were $7.5 million lower than Target

  - Mainly due to the 216 fewer headcount versus Target.


<u>Regular Headcount</u>

- 2000 Actual Headcount is 216 lower than Target

  -

Pharmaceutical Manufacturing

- These positions were intentionally left unfilled to work toward lower Budget 2001 headcount in Operations of 660 (which still includes Purchasing)

Marketing Office

- Under by 13 due to attrition during the course of the year in anticipation of reorganization and hold on recruiting of Marketing HIV positions due to anticipated move of department to Ridgefield.

Marketing Field

- 5 positions open in HIV Field

- 5 positions open in Palliative Care dut to turnover related to restructuring

- 3 positions open in Key Accounts which were held pending outcome of division of responsibility for Branded vs. Multisource

Medicne Human Pharma

- 10 of 13 open positions in Medical (4908) due to reorganization which caused Palliative Care support to be reduced to the Extain filing.  Current '01 Budget is 9 vs. 17 for '00.

R & D Human Pharmaceutical

- Positions open in Product Development and Analytical Development.  PD

21

Confidential                                                                   BOEH02687798

Director resigned 4th quarter causing recruitment to be delayed until interim Director could be identified.  Recruitment action plans now in place and being followed.

Central Functions

- 5 positions open in IT
- 6 positions opne in SAP Project (5830)

22

BOEH02687799

**ROXANE LABORATORIES, INC.**
**BALANCE SHEET**
**2000 Target and 2000 Actual**

Thousands U.S. $

|  | 2000 Target | 2000 Actual | 2000 Actual Over/(Under) Target |
|---|---|---|---|
| **ASSETS** | | | |
| Intangibles | 14,420 | 14,418 | (2) |
| Property, Plant and Equipment | 137,634 | 132,414 | (5,220) |
| Long-Term Investments | 0 | 75 | 75 |
| Total Prop, Plant, Equip, and Investments | 152,054 | 146,907 | (5,147) |
| Inventories | 78,000 | 86,483 | 8,483 |
| Trade Accounts Receivable | 62,000 | 87,419 | 25,419 |
| Trade Accounts Receivable from Affiliates | 0 | 0 | 0 |
| Short Term Advances to Affiliates | 0 | 41,324 | 41,324 |
| Other Assets | 7,000 | 7,844 | 844 |
| Deferred Tax Assets | 35,193 | 15,724 | (19,469) |
| Total Receivables | 104,193 | 152,311 | 48,118 |
| Liquid Funds | 0 | 0 | 0 |
| Prepaid Expenses | 0 | 137 | 137 |
| Total Current Assets | 182,193 | 238,931 | 56,738 |
| Total Assets | 334,247 | 385,838 | 51,591 |
| **SHAREHOLDERS' EQUITY, PROVISION, AND LIABILITIES** | | | |
| Share Capital | 19 | 19 | 0 |
| Additional Paid-In Capital | 8,735 | 8,735 | 0 |
| Retained Earnings, Opening Balance | 238,213 | 227,197 | (11,016) |
| Interim Dividends | (53,000) | (50,000) | 3,000 |
| Net Income (Loss), Current Period | 20,410 | 42,324 | 21,914 |
| Total Shareholders' Equity | 214,377 | 228,275 | 13,898 |
| Provision for Pensions | 18,000 | 14,887 | (3,113) |
| Tax Provisions | 5,000 | 28,805 | 23,805 |
| Deferred Tax Provisions | 7,000 | 0 | (7,000) |
| Other Provisions and Accruals | 17,009 | 75,527 | 58,518 |
| Total Provisions | 47,009 | 119,219 | 72,210 |
| Trade Accounts Payable | 12,982 | 19,589 | 6,607 |
| Payable to Banks | 1,879 | 2,134 | 255 |
| Payables to Affiliates | 0 | 10,453 | 10,453 |
| Loans from Affiliates | 54,000 | 0 | (54,000) |
| Other Liabilities | 4,000 | 6,168 | 2,168 |
| Total Liabilities | 72,861 | 38,344 | (34,517) |
| Total Liabilities and Provisions | 119,870 | 157,563 | 37,693 |
| Total Equity, Liabilities, and Provisions | 334,247 | 385,838 | 51,591 |

23

Confidential

BOEH02687800

**ROXANE LABORATORIES, INC.**
**Commentary on the Balance Sheet**
**Millions U.S. $**

<u>2000 Actual vs. 2000 Target</u>

- Property, Plant and Equipment is below Target by $5.2 million (4%)

    - Mainly due to the write down of idle assets ($3.5 million).

    - The remainder is due to canceled and delayed capital projects.

- Inventories were $8.5 million (11%) higher than Target

- Trade Accounts Receivable was above Target by $25.4 million (41%)

    - Result of higher November and December Sales and extended terms given to customers to purchase inventory before startup of SAP.

    - Reclass of Chargebacks Reserve to Other Provisions and Accruals.

- Short Term Advances to Affiliates was above Target by $41.3 million

    - Due to higher net income.

    - Transfer of inventory to affiliates.

- Deferred Tax Assets and Liabilities were below Target by $19.5 million (55%)

- Tax provisions were $23.8 million higher due to higher income

24

Confidential

BOEH02687801

**ROXANE LABORATORIES, INC.**
**BALANCE SHEET**
**2000 Target and 2000 Actual**

Thousands U.S. $

| | 2000 Target | 2000 Actual | 2000 Actual Over/(Under) Target |
|---|---|---|---|
| **ASSETS** | | | |
| Intangibles | 14,420 | 14,418 | (2) |
| Property, Plant and Equipment | 137,634 | 132,414 | (5,220) |
| Long-Term Investments | 0 | 75 | 75 |
| Total Prop, Plant, Equip, and Investments | 152,054 | 146,907 | (5,147) |
| | | | |
| Inventories | 78,000 | 86,483 | 8,483 |
| | | | |
| Trade Accounts Receivable | 62,000 | 87,419 | 25,419 |
| Trade Accounts Receivable from Affiliates | 0 | 0 | 0 |
| Short Term Advances to Affiliates | 0 | 41,324 | 41,324 |
| Other Assets | 7,000 | 7,844 | 844 |
| Deferred Tax Assets | 35,193 | 15,724 | (19,469) |
| Total Receivables | 104,193 | 152,311 | 48,118 |
| | | | |
| Liquid Funds | 0 | 0 | 0 |
| | | | |
| Prepaid Expenses | 0 | 137 | 137 |
| | | | |
| Total Current Assets | 182,193 | 238,931 | 56,738 |
| | | | |
| Total Assets | 334,247 | 385,838 | 51,591 |
| **SHAREHOLDERS' EQUITY, PROVISION, AND LIABILITIES** | | | |
| Share Capital | 19 | 19 | 0 |
| Additional Paid-In Capital | 8,735 | 8,735 | 0 |
| Retained Earnings, Opening Balance | 238,213 | 227,197 | (11,016) |
| Interim Dividends | (53,000) | (50,000) | 3,000 |
| Net Income (Loss), Current Period | 20,410 | 42,324 | 21,914 |
| Total Shareholders' Equity | 214,377 | 228,275 | 13,898 |
| | | | |
| Provision for Pensions | 18,000 | 14,887 | (3,113) |
| Tax Provisions | 5,000 | 28,805 | 23,805 |
| Deferred Tax Provisions | 7,000 | 0 | (7,000) |
| Other Provisions and Accruals | 17,009 | 75,527 | 58,518 |
| Total Provisions | 47,009 | 119,219 | 72,210 |
| | | | |
| Trade Accounts Payable | 12,982 | 19,589 | 6,607 |
| Payable to Banks | 1,879 | 2,134 | 255 |
| Payables to Affiliates | 0 | 10,453 | 10,453 |
| Loans from Affiliates | 54,000 | 0 | (54,000) |
| Other Liabilities | 4,000 | 6,168 | 2,168 |
| Total Liabilities | 72,861 | 38,344 | (34,517) |
| | | | |
| Total Liabilities and Provisions | 119,870 | 157,563 | 37,693 |
| | | | |
| Total Equity, Liabilities, and Provisions | 334,247 | 385,838 | 51,591 |

25

BOEH02687802

**ROXANE LABORATORIES, INC.**
Commentary on the Balance Sheet (Continued)
**Millions U.S. $**

<u>2000 Actual vs. 2000 Target (Continued)</u>

- Other Provisions and Accruals were over Target by $58.5 million
  - Reclass of Chargeback Reserve from Trade Receivables $29.7 million
  - Legal reserves were higher for pending trials for Unimed (Marinol), Purdue Frederick (Extain), Megestrol patent challenge, and Medicaid fraud
  - Provision for Medicaid Fraud settlement of $5.8 million
  - Reflects restructuring reserve of $5.2 million
  - Medicaid rebates reserve was higher due to increased sales of applicable products
- Trade Accounts Payable was up $6.6 million (51%)
- Payable to Affiliates up by $10.5
  - Reflects balances due to affiliates for inventory purchases

26

Confidential

BOEH02687803