# TAB 49



Boehringer Ingelheim
Roxane Laboratories

# ROXANE LABORATORIES, INC.

# COMMENTARY TO THE FINANCIAL STATEMENTS FOR YEAR END 12/31/2002

Highly Confidential

**ROXANE LABORATORIES, INC.**
**2002 Year-End Commentary**
**Table of Contents**

| | | |
|---|---|---|
| Pages | 1-4 | Income Statement – Total Company and Commentary |
| Pages | 5-8 | Income Statement - Brand, Toll & Outlicensing and Commentary |
| Pages | 9-12 | Net Sales - Multisource, Affiliates & Other and Commentary |
| Pages | 13-16 | Income Statement – Multisource and Commentary |
| Pages | 17-18 | Income Statement – Affiliates and Commentary |
| Page | 19 | Page Left Blank Intentionally |
| Page | 20 | Information Technology Commentary |
| Pages | 21-24 | Personnel Data and Commentary |
| Pages | 25-28 | Balance Sheet Statement and Commentary |

Highly Confidential

BOEH00147730

**ROXANE LABORATORIES, INC.**
**INCOME STATEMENT**
**TOTAL COMPANY**
**Budget 2002 vs Year End 2002**

Thousands U.S.$

| | Budget 2002 | Year End 2002 | Year End Over/(Under) Budget 2002 |
|---|---|---|---|
| **Gross Sales of Goods** | 537,093 | 621,331 | 84,238 |
| | | | |
| Additional Income | - | - | |
| Sales Discounts | 118,950 | 90,543 | (28,407) |
| **Product Net Sales** | 418,143 | 530,788 | 112,645 |
| | | | |
| Royalty Income | 122 | 320 | 198 |
| Other Income | 12,652 | 21,452 | 8,800 |
| **Net Sales** | 430,917 | 552,560 | 121,643 |
| | | | |
| Standard Cost of Goods Sold | 365,464 | 455,768 | 90,304 |
| Direct Cost of Distribution | 5,793 | 6,207 | 414 |
| Royalties | 2,250 | 1,884 | (366) |
| **Contribution I** | 57,410 | 88,701 | 31,291 |
| | | | |
| Direct Promotion | 2,300 | 897 | (1,403) |
| Cost of Free Goods | - | - | |
| **Contribution IA** | 55,110 | 87,804 | 32,694 |
| | | | |
| Own Field Force | 1,751 | 1,734 | (17) |
| **Contribution II** | 53,359 | 86,070 | 32,711 |
| | | | |
| General Promotion - Activities | - | - | - |
| Marketing and Sales Organization | 3,262 | 3,342 | 80 |
| Indirect Cost of Distribution | 7,026 | 9,288 | 2,262 |
| Research & Development I | 14,954 | 13,721 | (1,233) |
| Medical Cost I | 16,468 | 14,686 | (1,782) |
| Administration Cost | 7,882 | 9,367 | 1,485 |
| Variances for Cost of Goods Sold I | - | 105 | 105 |
| Variance from Other Internal Service Chgs | - | 4,966 | 4,966 |
| (Income)/Expense I | 1,738 | (2,665) | (4,403) |
| **Contribution III** | 2,029 | 33,260 | 31,231 |
| | | | |
| Process Development | 2,766 | 3,908 | 1,142 |
| Cost of Idle Capacity | 4,197 | 4,571 | 374 |
| Variance Production | - | 3,677 | 3,677 |
| (Income)/Expense II | (1,799) | (1,799) | |
| Other Expenses in Production | 2,256 | 10,695 | 8,439 |
| **Contribution IV** | (5,391) | 12,208 | 17,599 |
| | | | |
| Research & Development II | - | 13 | 13 |
| All Other, III | 211 | 1,887 | 1,676 |
| **Operating Income/(Loss) BA** | (5,602) | 10,308 | 15,910 |
| | | | |
| Financial Income/(Expense) | 5,127 | 1,945 | (3,182) |
| **Income/(Loss) Before Taxes** | (475) | 12,253 | 12,728 |
| | | | |
| Taxes | (185) | 4,652 | 4,837 |
| **Income/(Loss) After Taxes** | (290) | 7,601 | 7,891 |

1.

Highly Confidential

BOEH00147731

**ROXANE LABORATORIES, INC.**
**Commentary on Total Company Income Statement**
**Millions U.S. $**

<u>Overview</u>

Roxane Laboratories, Inc. (RLI) has shown continued progress during its now second consecutive year of transition into a manufacturing center of excellence, for both domestic and international production. Also in 2002, RLI focused its strategy for trade marketing and selling to Multisource products.

- RLI's Total Gross Sales were $621.3, an increase of $84.2 or 15.6% from Budget. These sales, reflecting the transitional strategy mentioned above, include:

| Gross Sales | 2002 Budget | 2002 Actual | % Variance |
|-------------|-------------|-------------|------------|
| Multisource | 276.8 | 270.6 | (2.1)% |
| Brand/Toll Mfg. Sales | 2.4 | 5.7 | 237.5% |
| Sales to Affiliates | 257.9 | 345.0 | 33.8% |
| **Total RLI** | **537.1** | **621.3** | **15.6%** |

- Sales discounts were $28.4 below Budget due to lower chargeback credits issued to wholesalers partially offset by increased sales allowances, sales return reserves, and Medicaid rebates.

- Other Income of $21.5, which was $8.8 or 69.6% above Budget, was primarily due to increased toll manufacturing revenues for Roxicodone and Roxanol sold to Elan Pharmaceuticals.

- Standard Cost of Goods Sold were higher than Budget by $90.3, reflecting increased sales mix to affiliates which have less profit margin to RLI than do Multisouce or Contract manufactured products.

- Research costs were $1.2 favorable to Budget due to lower personnel costs, raw materials and supplies used in experimentation.

- Medical costs were $1.8 below Budget due to reduced headcounts and delayed or canceled clinical trials.

- Financial income was $3.2 below Budget due to the continued reduced interest rates earned on surplus cash from the BIC cash pool.

2.

**ROXANE LABORATORIES, INC.**
**INCOME STATEMENT**
**TOTAL COMPANY**
**Budget 2002 vs Year End 2002**

Thousands U.S.$

| | Budget 2002 | Year End 2002 | Year End Over/(Under) Budget 2002 |
|---|---|---|---|
| Gross Sales of Goods | 537,093 | 621,331 | 84,238 |
| | | | |
| Additional Income | - | - | |
| Sales Discounts | 118,950 | 90,543 | (28,407) |
| Product Net Sales | 418,143 | 530,788 | 112,645 |
| | | | |
| Royalty Income | 122 | 320 | 198 |
| Other Income | 12,652 | 21,452 | 8,800 |
| Net Sales | 430,917 | 552,560 | 121,643 |
| | | | |
| Standard Cost of Goods Sold | 365,464 | 455,768 | 90,304 |
| Direct Cost of Distribution | 5,793 | 6,207 | 414 |
| Royalties | 2,250 | 1,884 | (366) |
| Contribution I | 57,410 | 88,701 | 31,291 |
| | | | |
| Direct Promotion | 2,300 | 897 | (1,403) |
| Cost of Free Goods | - | - | |
| Contribution IA | 55,110 | 87,804 | 32,694 |
| | | | |
| Own Field Force | 1,751 | 1,734 | (17) |
| Contribution II | 53,359 | 86,070 | 32,711 |
| | | | |
| General Promotion - Activities | | | |
| Marketing and Sales Organization | 3,262 | 3,342 | 80 |
| Indirect Cost of Distribution | 7,026 | 9,288 | 2,262 |
| Research & Development I | 14,954 | 13,721 | (1,233) |
| Medical Cost I | 16,468 | 14,686 | (1,782) |
| Administration Cost | 7,882 | 9,367 | 1,485 |
| Variances for Cost of Goods Sold I | - | 105 | 105 |
| Variance from Other Internal Service Chgs | - | 4,966 | 4,966 |
| (Income)/Expense I | 1,738 | (2,665) | (4,403) |
| Contribution III | 2,029 | 33,260 | 31,231 |
| | | | |
| Process Development | 2,766 | 3,908 | 1,142 |
| Cost of Idle Capacity | 4,197 | 4,571 | 374 |
| Variance Production | - | 3,677 | 3,677 |
| (Income)/Expense II | (1,799) | (1,799) | - |
| Other Expenses in Production | 2,256 | 10,695 | 8,439 |
| Contribution IV | (5,391) | 12,208 | 17,599 |
| | | | |
| Research & Development II | - | 13 | 13 |
| All Other, III | 211 | 1,887 | 1,676 |
| Operating Income/(Loss) BA | (5,602) | 10,308 | 15,910 |
| | | | |
| Financial Income/(Expense) | 5,127 | 1,945 | (3,182) |
| Income/(Loss) Before Taxes | (475) | 12,253 | 12,728 |
| | | | |
| Taxes | (185) | 4,652 | 4,837 |
| Income/(Loss) After Taxes | (290) | 7,601 | 7,891 |

3.

Highly Confidential

BOEH00147733

**ROXANE LABORATORIES, INC.**
**Commentary on Total Company Income Statement**
**Millions U.S. $**

(continued...)

- Income before Taxes was $12.7 better than Budget due to the increased sales and margins, and decreased spending for Direct Promotion, Research and Medical. Partially offsetting were above budgeted spending for Distribution, Administration, Internal Service Charges, Production Variances, Process Development, and over $12.0 of actual Inventory Destructions.

- Income taxes and Profit after taxes were both above Budget by $4.8 and $7.9, respectively.

4.

BOEH00147734

**ROXANE LABORATORIES, INC.**
**INCOME STATEMENT**
**BRAND, TOLL & OUTLICENSING**
**Budget 2002 vs Year End 2002**

Thousands U.S.$

| | Budget 2002 | Year End 2002 | Year End Over/(Under) Budget 2002 |
|---|---|---|---|
| **Gross Sales of Goods** | 2,436 | 5,687 | 3,251 |
| | | | |
| Additional Income | - | - | - |
| Sales Discounts | - | 6,330 | 6,330 |
| **Product Net Sales** | 2,436 | (643) | (3,079) |
| | | | |
| Royalty Income | 122 | 320 | 198 |
| Other Income | 12,652 | 21,681 | 9,029 |
| **Net Sales** | 15,210 | 21,358 | 6,148 |
| | | | |
| Standard Cost of Goods Sold | 13,273 | 23,582 | 10,309 |
| Direct Cost of Distribution | 407 | 1,040 | 633 |
| Royalties | - | (149) | (149) |
| **Contribution I** | 1,530 | (3,115) | (4,645) |
| | | | |
| Direct Promotion | - | (2) | (2) |
| Cost of Free Goods | - | - | - |
| **Contribution IA** | 1,530 | (3,113) | (4,643) |
| | | | |
| Own Field Force | - | 1 | 1 |
| **Contribution II** | 1,530 | (3,114) | (4,644) |
| | | | |
| General Promotion - Activities | - | - | - |
| Marketing and Sales Organization | - | - | - |
| Indirect Cost of Distribution | 1,101 | 1,544 | 443 |
| Research & Development I | 784 | 713 | (71) |
| Medical Cost I | 6,203 | 2,258 | (3,945) |
| Administration Cost | 2,152 | 1,845 | (307) |
| Variances for Cost of Goods Sold I | - | - | - |
| Variance from Other Internal Service Chgs | - | (6) | (6) |
| (Income)/Expense I | (2,248) | (5,617) | (3,369) |
| **Contribution III** | (6,462) | (3,851) | 2,611 |
| | | | |
| Process Development | - | - | - |
| Cost of Idle Capacity | - | - | - |
| Variance Production | - | (1,039) | (1,039) |
| (Income)/Expense II | (1,900) | (1,900) | - |
| Other Expenses in Production | - | 3,547 | 3,547 |
| **Contribution IV** | (4,562) | (4,459) | 103 |

5.

Highly Confidential

BOEH00147735

**ROXANE LABORATORIES, INC.**
**Commentary on Brand, Toll & Outlicensing Income Statement**
**Millions U.S. $**

### Net Sales

- Net Sales were $6.1 higher than Budget 2002.  This favorable variance is a result of a $3.3 increase in sales of RLI Branded products: Torecan, Orlaam and Methadone, as well as a $9.0 increase in Other Income from Toll Manufacturing, due mainly to Roxanol and Roxicodone. Offsetting these increases was a $6.3 unfavorable variance to Sales Discounts resulting from the previously mentioned increase in sales.

### Standard Cost of Goods Sold

- Standard Cost of Goods Sold was $10.3 higher than Budget 2002 due primarily to an increase in Methadone, Roxanol and Roxicodone Net Sales.

### Medical Cost I

- Expenses for Medical Cost I were below Budget by $3.9.  This favorable variance is due to a decrease in headcount in the area of DRA – New Products Brand, along with a reduction in clinical trial expenses.  In 2002, some trials and studies were budgeted for the Palliative Care lines that were ultimately sold.

### Income/Expense I

- Income/Expense I was $3.4 favorable to Budget.  The primary contributor to this favorable variance was $2.8 lower depreciation, which was budgeted for certain assets that were retired in 2001.

6.

 BOEH00147736

**ROXANE LABORATORIES, INC.**
**INCOME STATEMENT**
**BRAND, TOLL & OUTLICENSING**
Budget 2002 vs Year End 2002

Thousands U.S.$

| | Budget 2002 | Year End 2002 | Year End Over/(Under) Budget 2002 |
|---|---|---|---|
| Gross Sales of Goods | 2,436 | 5,687 | 3,251 |
| | | | |
| Additional Income | - | - | - |
| Sales Discounts | - | 6,330 | 6,330 |
| Product Net Sales | 2,436 | (643) | (3,079) |
| | | | |
| Royalty Income | 122 | 320 | 198 |
| Other Income | 12,652 | 21,681 | 9,029 |
| Net Sales | 15,210 | 21,358 | 6,148 |
| | | | |
| Standard Cost of Goods Sold | 13,273 | 23,582 | 10,309 |
| Direct Cost of Distribution | 407 | 1,040 | 633 |
| Royalties | - | (149) | (149) |
| Contribution I | 1,530 | (3,115) | (4,645) |
| | | | |
| Direct Promotion | - | (2) | (2) |
| Cost of Free Goods | - | - | - |
| Contribution IA | 1,530 | (3,113) | (4,643) |
| | | | |
| Own Field Force | - | 1 | 1 |
| Contribution II | 1,530 | (3,114) | (4,644) |
| | | | |
| General Promotion - Activities | - | - | - |
| Marketing and Sales Organization | - | - | - |
| Indirect Cost of Distribution | 1,101 | 1,544 | 443 |
| Research & Development I | 784 | 713 | (71) |
| Medical Cost I | 6,203 | 2,258 | (3,945) |
| Administration Cost | 2,152 | 1,845 | (307) |
| Variances for Cost of Goods Sold I | - | - | - |
| Variance from Other Internal Service Chgs | - | (6) | (6) |
| (Income)/Expense I | (2,248) | (5,617) | (3,369) |
| Contribution III | (6,462) | (3,851) | 2,611 |
| | | | |
| Process Development | - | - | - |
| Cost of Idle Capacity | - | - | - |
| Variance Production | - | (1,039) | (1,039) |
| (Income)/Expense II | (1,900) | (1,900) | - |
| Other Expenses in Production | - | 3,547 | 3,547 |
| Contribution IV | (4,562) | (4,459) | 103 |

7.

Highly Confidential

BOEH00147737

**ROXANE LABORATORIES, INC.**
**Commentary on Brand, Toll & Outlicensing Income Statement**
**Millions U.S. $**

(continued...)


**Variance Production**

- Variance Production was $1.0 below Budget due to lower than budgeted fixed overhead absorption and purchase price variances.


**Other Expenses in Production**

- Other Expenses in Production were $3.5 higher than Budget 2002. The primary reason for this unfavorable variance is that Destructions – Actual were higher than Budget due to the obsolescence of Orlaam, failed assay results and the expiration and contamination of materials.

8.

**ROXANE LABORATORIES, INC.**
**REVENUE BY PRODUCT - MULTISOURCE**
Budget 2002 vs Year End 2002

Thousands U.S. $

|  | Budget 2002 | Year End 2002 | Year End Over/(Under) Budget 2002 |
|---|---|---|---|
| **Multisource** | | | |
| Azathioprine | 6,271 | 20,838 | 14,567 |
| Butorphanol | 4,406 | 3,346 | (1,060) |
| Calcium Carbona | 1,325 | 1,293 | (32) |
| Cocaine | 4,693 | 4,594 | (99) |
| Codeine | 3,676 | 3,826 | 150 |
| Cyclophosphamide | 4,981 | 4,095 | (886) |
| Dexamethasone | 4,013 | 4,143 | 130 |
| Diazepam | 1,149 | 1,109 | (40) |
| Digoxin | 1,353 | 1,158 | (195) |
| Dihydrotachyste | 1,832 | 1,020 | (812) |
| Furosemide | 3,261 | 4,410 | 1,149 |
| Hydromorphone | 2,928 | 4,843 | 1,915 |
| Hydroxyurea | 1,976 | 1,698 | (278) |
| Ipratropium | 19,286 | 9,957 | (9,329) |
| Lactulose | 947 | 1,167 | 220 |
| Leucovorin | 1,972 | 1,872 | (100) |
| Lidocaine | 2,075 | 3,335 | 1,260 |
| Lithium | 14,388 | 18,501 | 4,113 |
| Lorazepam | 3,188 | 4,309 | 1,121 |
| Megestrol AC | 2,142 | 15,426 | 13,284 |
| Meperidine | 1,676 | 1,186 | (490) |
| Methadone | 11,459 | 19,533 | 8,074 |
| Methotrexate | 1,167 | 1,026 | (141) |
| Midazolam | 3,676 | 1,921 | (1,755) |
| Morphine | 3,089 | 3,970 | 881 |
| Prednisone | 11,454 | 18,336 | 6,882 |
| Propantheline Bromide | 2,900 | 1,637 | (1,263) |
| Roxilox | 2,245 | 1,180 | (1,065) |
| Roxicet | 10,847 | 10,828 | (19) |
| Sodium Polystyrine | 5,131 | 6,060 | 929 |
| All Other Multisource Product | 18,324 | 9,548 | (8,776) |
| **Net Sales - Multisource** | **157,830** | **186,165** | **28,335** |
| **Net Sales - Affiliates & Other** | **273,086** | **366,395** | **93,309** |
| **Net Sales - Total Roxane** | **430,916** | **552,560** | **121,644** |

9.

Highly Confidential

BOEH00147739

**ROXANE LABORATORIES, INC.**
**Commentary on Net Sales**
**Millions U.S. $**

<u>Net Sales – Multisource Products</u>

- 2002 Multisource Sales provided an additional $28.3 in Net Sales over Budget 2002.

<u>RLI's five top-selling products for 2002 were:</u>

| Product | Budget | Actual | % Variance |
|---|---|---|---|
| Azathioprine | $6.3 | $20.8 | 232.3% |
| Methadone | $11.5 | $19.5 | 70.5% |
| Lithium | $14.4 | $18.5 | 28.6% |
| Prednisone | $11.5 | $18.3 | 60.1% |
| Megestrol AC | $2.1 | $15.4 | 620.2% |

- Azathioprine was $14.5 over Budget due to higher ASP $27.84 vs $15.40 Budget and 341,000 units over Budget, due to the temporary market exit of one competitor.

- Megestrol was $13.3 over Budget due to higher ASP $72.46 vs 28.15 Budget and 137,000 units over Budget.

- Methadone was $8.0 over Budget due to 727,000 units over Budget and ASP $9.74 vs $8.97 Budget. Anticipated competitor approvals did not materialize. Sales were limited by API availability.

- Prednisone was $6.8 over Budget due to ASP $10.80 vs $7.77 Budget and 23,000 units over Budget. Generic competition did not materialize on sole source SKUs.

- Lithium was $4.1 over Budget due to ASP $20.58 vs $14.58 Budget even though units were under Budget by 87,000. The strategy was to hold price erosion to a minimum since units were on backorder at the time of generic entrance into market.

- Ipratropium Bromide was $9.3 under Budget due to 1,184,000 units under Budget and ASP $7.05 vs $7.84 Budget. Cost issues made us un-competitive in this market.

- Tamoxifen was $3.0 under Budget. No Sales. Product Launch delayed until 2003 due to pediatric exclusivity extension by innovator.

10.

**ROXANE LABORATORIES, INC.**
**REVENUE BY PRODUCT - AFFILIATES & OTHER**
Budget 2002 vs Year End 2002

Thousands U.S. $

| | Budget 2002 | Year End 2002 | Year End Over/(Under) Budget 2002 |
|---|---|---|---|
| **Affiliates** | | | |
| Alupent | - | 1,223 | 1,223 |
| Atrovent | 4,978 | 35,377 | 30,399 |
| Catapres TTS | 18,215 | 20,520 | 2,305 |
| Combivent-Affil. BICL | 2,328 | 6,674 | 4,346 |
| Combivent-Affil. USA | 53,528 | 70,427 | 16,899 |
| Mobic | 119,547 | 150,566 | 31,019 |
| Micardis | 27,921 | 37,159 | 9,238 |
| Viramune Intl. | 29,959 | 22,533 | (7,426) |
| All Other Affiliates Products | 1,400 | 558 | (842) |
| **Net Sales - Affiliates** | **257,876** | **345,037** | **87,161** |
| | | | |
| **Brand** | | | |
| Marinol | - | (1,733) | (1,733) |
| All Other Brand Products | - | 261 | 261 |
| **Net Sales - Brand** | **-** | **(1,472)** | **(1,472)** |
| | | | |
| **Toll** | | | |
| Oramorph SR | 3,715 | 2,220 | (1,495) |
| Roxanol | 2,144 | 2,682 | 538 |
| Roxicodone | 6,545 | 13,300 | 6,755 |
| All Other Toll Products | 175 | 442 | 267 |
| **Net Sales - Toll** | **12,579** | **18,645** | **6,066** |
| | | | |
| **Outlicensing** | | | |
| Methadone | 2,631 | 4,185 | 1,554 |
| **Net Sales - Outlicensing** | **2,631** | **4,185** | **1,554** |
| | | | |
| **Net Sales - Affiliates & Other** | **273,086** | **366,395** | **93,309** |
| | | | |
| **Net Sales - Multisource** | **157,830** | **186,165** | **28,335** |
| | | | |
| **Net Sales - Total Roxane** | **430,916** | **552,560** | **121,644** |

11.

Highly Confidential                                        BOEH00147741

**ROXANE LABORATORIES, INC.**
**Commentary on Net Sales**
**Millions U.S. $**

(continued...)

<u>Net Sales – Affiliates & Other</u>

- 2002 Affiliates Net Sales were $87.2 above Budget 2002.
  - Increased requirements on Sales of Prescription Medicines drove the majority of the increases: Mobic $31.0, Atrovent $30.4, Combivent $21.2 and Micardis $9.2 were all higher. The lone PM product below Budget was Viramune which was $7.4 below Budget.
  - Toll Manufacturing Net Sales were $6.1 over Budget due to a $6.8 increase in Roxicodone Net Sales.
  - 2002 Brand Net Sales were $1.5 below Budget.
    - There was no Budget for Brand Sales in RLI in 2002.
    - Returns and Rebates of Marinol, without associated sales, accounted for most of this unfavorable variance.

12.

Highly Confidential

BOEH00147742

### ROXANE LABORATORIES, INC.
### INCOME STATEMENT
### MULTISOURCE
#### Budget 2002 vs Year End 2002

Thousands U.S.$

| | Budget 2002 | Year End 2002 | Year End Over/(Under) Budget 2002 |
|---|---|---|---|
| **Gross Sales of Goods** | **276,781** | **270,607** | **(6,174)** |
| | | | |
| Additional Income | - | - | |
| Sales Discounts | 118,950 | 84,213 | (34,737) |
| **Product Net Sales** | **157,830** | **186,394** | **28,564** |
| | | | |
| Royalty Income | - | - | |
| Other Income | - | (229) | (229) |
| **Net Sales** | **157,830** | **186,165** | **28,335** |
| | | | |
| Standard Cost of Goods Sold | 100,256 | 94,355 | (5,901) |
| Direct Cost of Distribution | 5,387 | 5,167 | (220) |
| Royalties | 2,250 | 2,032 | (218) |
| **Contribution I** | **49,938** | **84,611** | **34,674** |
| | | | |
| Direct Promotion | 2,300 | 899 | (1,401) |
| Cost of Free Goods | | | |
| **Contribution IA** | **47,638** | **83,712** | **36,075** |
| | | | |
| Own Field Force | 1,605 | 1,605 | - |
| **Contribution II** | **46,033** | **82,107** | **36,075** |
| | | | |
| General Promotion - Activities | - | - | |
| Marketing and Sales Organization | 3,262 | 3,342 | 80 |
| Indirect Cost of Distribution | 5,464 | 7,007 | 1,543 |
| Research & Development I | 14,170 | 13,008 | (1,162) |
| Medical Cost I | 10,265 | 12,428 | 2,163 |
| Administration Cost | 2,461 | 2,911 | 450 |
| Variances for Cost of Goods Sold I | - | (33) | (33) |
| Variance from Other Internal Service Chgs | - | 5,095 | 5,095 |
| (Income)/Expense I | 2,803 | 2,148 | (655) |
| **Contribution III** | **7,608** | **36,201** | **28,594** |
| | | | |
| Process Development | - | 3,908 | 3,908 |
| Cost of Idle Capacity | - | - | - |
| Variance Production | - | 6,459 | 6,459 |
| (Income)/Expense II | 101 | 101 | - |
| Other Expenses in Production | - | 3,896 | 3,896 |
| **Contribution IV** | **7,507** | **21,838** | **14,331** |

13.

BOEH00147743

**ROXANE LABORATORIES, INC.**
**Commentary on Multisource Income Statement**
**Millions U.S. $**

<u>Net Sales</u>

- Net Sales were $28.3 above Budget 2002.  This favorable variance was due primarily to higher than budgeted sales of Azathioprine, Megestrol AC, Methadone, Lithium and Prednisone, offset slightly by lower than budgeted sales of Ipratropium.

<u>Standard Cost of Goods Sold</u>

- Standard Cost of Goods Sold were $5.9 below Budget due to significant changes in the product mix.

<u>Direct Promotion</u>

- Expenses for Direct Promotion were $1.4 below Budget, which were mainly caused by a decrease in promotional expenses associated with Ipratropium Novation.

<u>Indirect Cost of Distribution</u>

- Indirect Cost of Distribution was $1.5 above Budget due to additional charge for Destructions of Expired Product which was reported in Budget 2002 under Income/Expense I.

<u>Variance from Other Internal Service Charges</u>

- Variance from Other Internal Service Charges was $5.1 above Budget 2002 due to unfavorable internal spending variances not budgeted for in 2002.

14.

## ROXANE LABORATORIES, INC.
### INCOME STATEMENT
### MULTISOURCE
#### Budget 2002 vs Year End 2002

Thousands U.S.$

| | Budget 2002 | Year End 2002 | Year End Over/(Under) Budget 2002 |
|---|---|---|---|
| **Gross Sales of Goods** | 276,781 | 270,607 | (6,174) |
| | | | |
| Additional Income | - | - | |
| Sales Discounts | 118,950 | 84,213 | (34,737) |
| **Product Net Sales** | 157,830 | 186,394 | 28,564 |
| | | | |
| Royalty Income | - | - | |
| Other Income | - | (229) | (229) |
| **Net Sales** | 157,830 | 186,165 | 28,335 |
| | | | |
| Standard Cost of Goods Sold | 100,256 | 94,355 | (5,901) |
| Direct Cost of Distribution | 5,387 | 5,167 | (220) |
| Royalties | 2,250 | 2,032 | (218) |
| **Contribution I** | 49,938 | 84,611 | 34,674 |
| | | | |
| Direct Promotion | 2,300 | 899 | (1,401) |
| Cost of Free Goods | - | - | |
| **Contribution IA** | 47,638 | 83,712 | 36,075 |
| | | | |
| Own Field Force | 1,605 | 1,605 | - |
| **Contribution II** | 46,033 | 82,107 | 36,075 |
| | | | |
| General Promotion - Activities | - | - | |
| Marketing and Sales Organization | 3,262 | 3,342 | 80 |
| Indirect Cost of Distribution | 5,464 | 7,007 | 1,543 |
| Research & Development I | 14,170 | 13,008 | (1,162) |
| Medical Cost I | 10,265 | 12,428 | 2,163 |
| Administration Cost | 2,461 | 2,911 | 450 |
| Variances for Cost of Goods Sold I | - | (33) | (33) |
| Variance from Other Internal Service Chgs | - | 5,095 | 5,095 |
| (Income)/Expense I | 2,803 | 2,148 | (655) |
| **Contribution III** | 7,608 | 36,201 | 28,594 |
| | | | |
| Process Development | - | 3,908 | 3,908 |
| Cost of Idle Capacity | - | - | |
| Variance Production | - | 6,459 | 6,459 |
| (Income)/Expense II | 101 | 101 | - |
| Other Expenses in Production | - | 3,896 | 3,896 |
| **Contribution IV** | 7,507 | 21,838 | 14,331 |

15.

Highly Confidential

BOEH00147745

**ROXANE LABORATORIES, INC.**
**Commentary on Multisource Income Statement**
**Millions U.S. $**

(continued...)

<u>**Process Development**</u>

- Process Development was $3.9 higher than Budget 2002.   In Budget 2002, Process Development was allocated 100% to Affiliates.   However, after the Budget submission, it was determined that the 2002 costs pertained solely to the Multisource business, and therefore, this adjustment has been reflected in 2002 Actuals.

<u>**Variance Production**</u>

- Variance Production was $6.5 above Budget 2002 due to unfavorable production spending and capitalized production variances from 2001. (Production variances are capitalized when a variance is incurred on product still in inventory at year-end.  These variances are deferred into the year that the inventory is sold).  The other contributing factor to this negative variance is greater than budgeted expenses in the areas of personnel costs, temporary help, supplies and tools and outside services.

<u>**Other Expenses in Production**</u>

- Other Expenses in Production were $3.9 above Budget 2002.  Actual Destructions, failed assay results and the expiration and contamination of materials were above Budget.  The Columbus quality issues are being addressed through the implementation of a Business Process Excellence program.  Partially offsetting these costs is a favorable variance for Inventory Revaluation.

16.

# ROXANE LABORATORIES, INC.
## INCOME STATEMENT
### AFFILIATES
#### Budget 2002 vs Year End 2002

Thousands U.S.$

| | Budget 2002 | Year End 2002 | Year End Over/(Under) Budget 2002 |
|---|---|---|---|
| **Gross Sales of Goods** | 257,876 | 345,037 | 87,161 |
| Additional Income | - | - | - |
| Sales Discounts | - | - | - |
| **Product Net Sales** | 257,876 | 345,037 | 87,161 |
| Royalty Income | - | - | - |
| Other Income | - | - | - |
| **Net Sales** | 257,876 | 345,037 | 87,161 |
| Standard Cost of Goods Sold | 251,935 | 337,831 | 85,896 |
| Direct Cost of Distribution | - | - | - |
| Royalties | - | 1 | 1 |
| **Contribution I** | 5,941 | 7,205 | 1,264 |
| Direct Promotion | - | - | - |
| Cost of Free Goods | - | - | - |
| **Contribution IA** | 5,941 | 7,205 | 1,264 |
| Own Field Force | 146 | 128 | (18) |
| **Contribution II** | 5,795 | 7,077 | 1,282 |
| General Promotion - Activities | - | - | - |
| Marketing and Sales Organization | - | - | - |
| Indirect Cost of Distribution | 461 | 737 | 276 |
| Research & Development I | - | - | - |
| Medical Cost I | - | - | - |
| Administration Cost | 3,269 | 4,611 | 1,342 |
| Variances for Cost of Goods Sold I | - | 138 | 138 |
| Variance from Other Internal Service Chgs | - | (123) | (123) |
| (Income)/Expense I | 1,183 | 804 | (379) |
| **Contribution III** | 882 | 910 | 28 |
| Process Development | 2,766 | - | (2,766) |
| Cost of Idle Capacity | 4,197 | 4,571 | 374 |
| Variance Production | - | (1,743) | (1,743) |
| (Income)/Expense II | - | - | - |
| Other Expenses in Production | 2,256 | 3,252 | 996 |
| **Contribution IV** | (8,337) | (5,170) | 3,167 |

17.

Highly Confidential

BOEH00147747

**ROXANE LABORATORIES, INC.**
**Commentary on Affiliates Income Statement**
**Millions U.S. $**

<u>**Net Sales**</u>

- Affiliate Net Sales were higher than Budget by $87.2. The main drivers for this are a $31.0 increase of Mobic tabs, a $30.4 increase for Atrovent MDI and a $21.2 increase in the Combivent lines.

<u>**Standard Cost of Goods Sold**</u>

- Standard Cost of Goods Sold were $85.9 above Budget 2002. The increase can be attributed to the increase in Net Sales.

<u>**Administration Costs**</u>

- Expenses for Administration Costs were $1.3 above Budget 2002, primarily due to a change to the assessment of Administrative Costs across the different Business Fields, which had a negative impact on the Affiliates Income Statement.

<u>**Process Development**</u>

- Process Development was $2.8 below Budget 2002. The variance is solely due to an allocation adjustment. In Budget 2002, Affiliates received 100% of this allocation whereas it was determined afterwards that all these charges pertain to the Multisource Business and, thus, should be reported accordingly.

<u>**Variance Production**</u>

- Variance Production was $1.7 under Budget 2002. This positive variance can be attributed to favorable Price and Production Variances.

18.

Highly Confidential

BOEH00147748

**This Page Left Intentionally Blank.**

19.

Highly Confidential

BOEH00147749

**ROXANE LABORATORIES, INC.**
**Commentary on Information Technology**
**Millions U.S. $**

### Actual Expense

- Information Technology expenses of $7.0 reflect a favorable variance of $0.5 vs Budget 2002. This is primarily due the following: savings in software licenses of $0.1 and some of the Windows 2000/XP upgrades will occur in 2003 instead of 2002. In addition, there were several projects that were budgeted that did not get underway in 2002, such as the Manugistics upgrade, VMI Roll-Out and Warehouse Raw Material Bar Coding. This resulted in savings in consulting of $0.2. Training was favorable by $0.1 because of a lack of time by the IT staff to complete training due to the Windows/XP roll-out and the Part 11 Corporate Audit. Travel was favorable by $0.1 primarily due to dollars budgeted for the business process configurators, which ended up getting charged directly to the business. Other savings were obtained from a position that was open for the year.

- The year end Actual expense of $7.0 reflects a favorable variance from Expectation of $0.9. The Expectation was increased over Budget by $0.4. This was for the Windows 2000/XP roll-out, which had very little in external help budgeted, 21 CFR Part 11 consulting and an increase in maintenance contracts. The variance between Actual and Expectation holds the same explanations as those to Budget however, the consulting line became even more favorable as funding was increased but projects were cancelled. Less external help was brought in both for the Windows 2000/XP roll-out and other projects due to intensive FDA inspections; bringing in external help who are not trained in a regulatory environment would impose more risks during the inspection. The training Budget was increased in the Expectation in hopes of developing IT employees beyond Windows 2000/XP. However, as stated before, it was difficult for the IT staff to go to the training because the IT employees were busy with the roll-out and Part 11 Corporate Audit responses.

20.

BOEH00147750

## ROXANE LABORATORIES, INC.
## HEADCOUNT
### Budget 2002 vs Year End 2002

| Business Area | Budget 2002 | Year End 2002 | Year End Over/(Under) Budget 2002 |
|---|---|---|---|
| Pharmaceutical Manufacturing | 706 | 720 | 14 |
| Marketing Office | - | - | - |
| Marketing Field | 1 | 1 | - |
| Medicine Human Pharmaceutical | 33 | 29 | (4) |
| R&D Human Pharmaceutical | 63 | 59 | (4) |
| Central Functions | 64 | 63 | (1) |
| **Total Headcount** | **867** | **872** | **5** |

21.

Highly Confidential

BOEH00147751

**ROXANE LABORATORIES, INC.**
**Commentary on Personnel Data**
**Millions U.S. $**

<u>Headcount</u>

- Actual 2002 year end headcount of 872 is 5 positions over Budget.

  - Pharmaceutical Manufacturing is 14 positions over Budget, due to increased volume, a backorder situation and FDA compliance issues.

  - Partially offsetting the above overage is the normal volume of open positions (9) in the other functions.

22.

BOEH00147752

## ROXANE LABORATORIES, INC.
### PERSONNEL COSTS
#### Budget 2002 vs Year End 2002

Thousands U.S.$

| | Budget 2002 | Year End 2002 | Year End Over/(Under) Budget 2002 |
|---|---|---|---|
| Personnel Costs | 58,588 | 65,505 | 6,917 |
| Total Personnel Costs | 58,588 | 65,505 | 6,917 |
| Personnel Costs as a % of Net Sales | 13.60% | 11.85% | -1.75% |
| Total Headcount | 867 | 872 | 5 |

23.

BOEH00147753

**ROXANE LABORATORIES, INC.**
**Commentary on Personnel Data**
**Millions U.S. $**

<u>Personnel Costs</u>

- Actual 2002 Personnel Costs were $65.5, which is $6.9 (11.8%) over Budget. The primary contributing factors to this overage follow.

  - Rising healthcare costs represent approximately $2.0 of the overage. RLI had some large medical claims and healthcare charges in general, which increased faster than anticipated.

  - Bonus expenses were $1.6 above Budget as a result of higher VPR bonus rates approved during 2002. These incremental expenses were budgeted in Income/Expense I, and not in departmental cost, due to the timing of the approval.

  - Post Retirement Benefits were $1.7 above Budget, reflecting adjustment for the actuarial calculation of the projected cost of healthcare benefits for retirees.

  - Salaries & Wages were $1.2 above Budget, reflecting quicker and more expensive hires than anticipated to meet business growth demands.

24.

BOEH00147754

## ROXANE LABORATORIES, INC.
## BALANCE SHEET
### Budget 2002 vs Year End 2002

Thousands U.S.$

| | Budget 2002 | Year End 2002 | Year End Over (Under) Budget 2002 |
|---|---|---|---|
| **ASSETS** | | | |
| Concess., Pat, Lic, Trademark, etc. | 7,300 | 4,953 | (2,347) |
| Property, Plant and Equipment | 133,128 | 126,664 | (6,464) |
| Long-term Investments | 75 | - | (75) |
| Other Loans | 225 | 229 | (75) |
| **Total Prop, Plant, Equip, and Invest** | 140,728 | 131,846 | (8,882) |
| Inventories | 97,493 | 78,737 | (18,756) |
| Trade Accounts Receivable 3rd Parties | 17,000 | 35,718 | 18,718 |
| Trade Accounts Receivable fr. Affil. Comp. | | | |
| Short-Term advances to Affiliates | 195,539 | - | (195,539) |
| Other Assets | 105,000 | 103,507 | (1,493) |
| Deferred Tax Assets | - | 25,903 | 25,903 |
| **Total Receivables** | 317,539 | 165,128 | (152,411) |
| Liquid Funds | - | - | - |
| Prepaid Expenses a.o. deferred items | 100 | 91 | (9) |
| **Total Current Assets** | 415,132 | 243,956 | (171,176) |
| **Total Assets** | 555,860 | 375,802 | (180,058) |
| **SHAREHOLDERS' EQUITY, PROVISIONS, AND LIABILITIES** | | | |
| Share Capital | 19 | 19 | |
| Additional Paid-In Capital | 8,735 | 8,735 | |
| Retained Earnings, Opening Balance | 403,172 | 358,520 | (44,652) |
| Interim Dividends | - | (320,000) | (320,000) |
| Net Income (Loss), Current Period | (291) | 7,601 | 7,892 |
| **Total Shareholders' Equity** | 411,635 | 54,875 | (356,760) |
| Provision for Pensions | 19,000 | 16,502 | (2,498) |
| Tax Provisions | 25,000 | 15,334 | (9,666) |
| Deferred Tax Prov/Liabilities | 16,000 | 34,136 | 18,136 |
| Other Provisions and Accruals | 48,225 | 59,746 | 11,521 |
| **Total Provisions** | 108,225 | 125,718 | 17,493 |
| Trade Accounts Payable | 16,000 | 17,718 | 1,718 |
| Payable to Banks | - | - | - |
| Payables to Affiliates | 15,000 | 12,103 | (2,897) |
| Loans from Affiliates | - | 140,426 | 140,426 |
| Other Liabilities | 5,000 | 435 | (4,565) |
| **Total Liabilities** | 36,000 | 170,682 | 134,682 |
| Deferred Income | - | 24,527 | 24,527 |
| **Total Liabilities and Provisions** | 144,225 | 320,927 | 176,702 |
| **Total Equity, Liabilities and Provisions** | 555,860 | 375,802 | (180,058) |

25.

Highly Confidential

**ROXANE LABORATORIES, INC.**
**Commentary on the Balance Sheet**
**Millions U.S. $**

**Property, Plant and Equipment**

- Property, Plant and Equipment was below Budget by $6.5 due to delayed project implementation or cancelled projects, primarily the Spiriva Phase B project, which is dependant on FDA packaging design input.

**Inventories**

- Inventories were below Budget by $18.8. The major products are UDV's $10.7, Mobic $1.6, Catapres TTS $1.7, and Atrovent Nasal $1.3.

**Trade Accounts Receivable Third Parties**

- Trade Accounts Receivable Third Parties were $18.7 above Budget.
    - Represents 71 Days Sales Outstanding (DSO).
    - Reflects 60 day terms to various large distributors.

**Short-Term Advances to Affiliates**

- Short-Term Advances to Affiliates in the cash pool were $195.5 below Budget. This was a result of an unbudgeted dividend payment of $320.0 to BIC.

**Deferred Tax Assets**

- Deferred Tax Assets were $25.9 above Budget due to the increase in timing differences of the tax return deductions primarily in chargebacks and rebates.

**Retained Earning, Opening Balance**

- Retained Earnings, Opening Balance was below Budget by $44.7 due to the differences in Net Income after Taxes for Actuals 2001 compared to what was projected in Expectation 2001 (see Actual 2001 Year end Commentary).

26.

Highly Confidential

### ROXANE LABORATORIES, INC.
### BALANCE SHEET
Budget 2002 vs Year End 2002

Thousands U.S.$

| | Budget 2002 | Year End 2002 | Year End Over (Under) Budget 2002 |
|---|---|---|---|
| **ASSETS** | | | |
| Concess., Pat, Lic, Trademark, etc. | 7,300 | 4,953 | (2,347) |
| Property, Plant and Equipment | 133,128 | 126,664 | (6,464) |
| Long-term Investments | 75 | - | (75) |
| Other Loans | 225 | 229 | (75) |
| Total Prop, Plant, Equip, and Invest | 140,728 | 131,846 | (8,882) |
| Inventories | 97,493 | 78,737 | (18,756) |
| Trade Accounts Receivable 3rd Parties | 17,000 | 35,718 | 18,718 |
| Trade Accounts Receivable fr. Affil. Comp. | - | - | - |
| Short-Term advances to Affiliates | 195,539 | - | (195,539) |
| Other Assets | 105,000 | 103,507 | (1,493) |
| Deferred Tax Assets | - | 25,903 | 25,903 |
| Total Receivables | 317,539 | 165,128 | (152,411) |
| Liquid Funds | - | - | - |
| Prepaid Expenses a.o. deferred items | 100 | 91 | (9) |
| Total Current Assets | 415,132 | 243,956 | (171,176) |
| Total Assets | 555,860 | 375,802 | (180,058) |
| **SHAREHOLDERS' EQUITY, PROVISIONS, AND LIABILITIES** | | | |
| Share Capital | 19 | 19 | - |
| Additional Paid-In Capital | 8,735 | 8,735 | - |
| Retained Earnings, Opening Balance | 403,172 | 358,520 | (44,652) |
| Interim Dividends | - | (320,000) | (320,000) |
| Net Income (Loss), Current Period | (291) | 7,601 | 7,892 |
| Total Shareholders' Equity | 411,635 | 54,875 | (356,760) |
| Provision for Pensions | 19,000 | 16,502 | (2,498) |
| Tax Provisions | 25,000 | 15,334 | (9,666) |
| Deferred Tax Prov/Liabilities | 16,000 | 34,136 | 18,136 |
| Other Provisions and Accruals | 48,225 | 59,746 | 11,521 |
| Total Provisions | 108,225 | 125,718 | 17,493 |
| Trade Accounts Payable | 16,000 | 17,718 | 1,718 |
| Payable to Banks | - | - | - |
| Payables to Affiliates | 15,000 | 12,103 | (2,897) |
| Loans from Affiliates | - | 140,426 | 140,426 |
| Other Liabilities | 5,000 | 435 | (4,565) |
| Total Liabilities | 36,000 | 170,682 | 134,682 |
| Deferred Income | - | 24,527 | 24,527 |
| Total Liabilities and Provisions | 144,225 | 320,927 | 176,702 |
| Total Equity, Liabilities and Provisions | 555,860 | 375,802 | (180,058) |

27.

Highly Confidential

BOEH00147757

**ROXANE LABORATORIES, INC.**
**Commentary on the Balance Sheet**
**Millions U.S. $**

(continued...)

**Interim Dividends**

- Interim Dividends were $320.0 above Budget due to an unbudgeted dividend payment made to BIC.

**Provision for Pensions**

- Provision for Pensions was under Budget by $2.5 due to a one-time reserve increase at the request of BI GmbH in accordance with German HGB.

**Tax Provision and Deferred Tax Provisions/Liabilities**

- The increase of $8.5 was due to the increase in deferred Tax Assets and higher Net Income.

**Other Provisions and Accruals**

- Other Provisions and Accruals were $11.5 above Budget, primarily due to higher Medicaid rebates, as well as increased sales returns' provisions.

**Loans from Affiliates**

- Loans from Affiliates were $140.4 above Budget, representing loans from BISC.  This was due to the unbudgeted dividend payment to BIC of $320.0.

**Deferred Income**

- Deferred Income was $24.5 above Budget.  This represents the deferred payments from Unimed for the years 2002-2004.

28.

Highly Confidential

BOEH00147758