**TAB 50**



Boehringer Ingelheim
**Roxane Laboratories**

*Roxane Labs, Inc.*
*Year End 2003*
*&*
*Commentary*

BOEH02675333

 Boehringer Ingelheim
Roxane Laboratories

Year End 2003

## Table of Contents

1.   Management Summary..................................................................................3

2.   Commentary on Businesses (Multisource, PM 3rd Party, Toll, Affiliates)........7

   2.1. Multisource..........................................................................................7
   2.2. PM 3rd Party .......................................................................................11
   2.3. Toll .....................................................................................................13
   2.4. Affiliates..............................................................................................15

3.   Manufacturing Pharma ...........................................................................17

4.   Balance Sheet ..........................................................................................19

5.   Capital Expenditure ................................................................................23

6.   HR.............................................................................................................25

7.   Addendum I - International Cost Summary...............................................29

BOEH02675334

 Boehringer Ingelheim
Roxane Laboratories

Year End 2003

## ROXANE LABORATORIES
### INCOME STATEMENT
### TOTAL COMPANY
#### Year End 2003 vs. Budget 2003

Thousands U.S.$

| | PNR | Budget 2003 | Year End 2003 | Year End 2003 Over (Under) Budget 2003 | Variance % |
|---|---|---|---|---|---|
| Gross Sales of Goods | 8030 | 732,007 | 616,598 | (115,409) | -15.8% |
| Sales Discounts | 8050 | 127,499 | 114,754 | (12,745) | -10.0% |
| Product Net Sales | | 604,508 | 501,844 | (102,664) | -17.0% |
| Royalty Income | 8080 | 233 | 362 | 130 | 55.7% |
| Other Income | 8090 | 23,178 | 16,029 | (7,149) | -30.8% |
| Net Sales | 8100 | 627,918 | 518,235 | (109,683) | -17.5% |
| Standard Cost of Goods Sold | 8200 | 535,766 | 402,241 | (133,525) | -24.9% |
| Direct Cost of Distribution | 8210 | 9,202 | 5,506 | (3,696) | -40.2% |
| Royalties | 8220 | 3,049 | 2,799 | (250) | -8.2% |
| Contribution I | 8300 | 79,901 | 107,689 | 27,789 | 34.8% |
| Direct Promotion Cost | 8320 | 815 | 886 | 71 | 8.7% |
| Cost of Free Goods & Samples | 8340 | - | - | - | |
| Contribution IA | 8500 | 79,086 | 106,803 | 27,718 | 35.0% |
| Own Field Force | 8502 | 2,101 | 1,838 | (263) | -12.5% |
| Rented Field Force | 8503 | - | - | - | |
| Commission Co-Promotion | 8504 | - | - | - | |
| Contribution II | 8505 | 76,984 | 104,965 | 27,981 | 36.3% |
| General Promotion - Activities | 8510 | - | 1 | 1 | 100.0% |
| Marketing & Sales Organization | 8520 | 3,492 | 3,286 | (206) | -5.9% |
| Indirect Cost of Distribution | 8540 | 10,980 | 16,730 | 5,750 | 52.4% |
| Research & Development I | 8550 | 17,974 | 17,202 | (772) | -4.3% |
| Medicine I | 8560 | 15,490 | 12,883 | (2,607) | -16.8% |
| Administration Cost | 8610 | 9,191 | 10,898 | 1,707 | 18.6% |
| Variance Cost of Goods | 8629 | - | (61) | (61) | -100.0% |
| Variance from Other Internal Service Chgs | 8630 | - | (901) | (901) | -100.0% |
| (Income)/Expense I | 8640 | (3,529) | (9,351) | (5,822) | -165.0% |
| Contribution III | 8700 | 23,388 | 54,278 | 30,891 | 132.1% |
| Marketing II | 8733 | - | - | - | |
| Process Development | 8735 | 2,567 | 3,660 | 1,093 | 42.6% |
| Cost of Idle Capacity | 8738 | 6,080 | 5,245 | (835) | -13.7% |
| Variances Production | 8739 | (923) | 4,958 | 5,881 | -637.2% |
| (Income)/Expense II | 8742 | (1,000) | (954) | 46 | -4.6% |
| Other Expenses In Production | 8743 | (1,703) | 9,461 | 11,164 | -655.6% |
| Contribution IV | 8755 | 18,367 | 31,908 | 13,542 | 73.7% |
| Research & Development II | 8756 | 158 | 326 | 168 | 106.5% |
| Medicine II | 8757 | 174 | 211 | 37 | 21.3% |
| (Income)/Expense III | 8762 | 194 | 162 | (32) | -16.6% |
| Operating Income/(Loss) BA | 8800 | 17,841 | 31,209 | 13,369 | 74.9% |
| Financial (Income)/Expense | 8810 | (2,874) | 771 | 3,645 | -126.8% |
| Income/(Loss) Before Taxes | 8900 | 20,715 | 30,438 | 9,724 | 46.9% |
| Taxes | 8910 | 8,079 | 11,169 | 3,090 | 38.2% |
| Income/(Loss) After Taxes | 8990 | 12,636 | 19,269 | 6,634 | 52.5% |

2

Confidential

BOEH02675335

Boehringer Ingelheim
**Roxane Laboratories**                                    Year End 2003

## 1.   <u>Management Summary</u>

Roxane Labs is continuing to transform itself into a manufacturing center of excellence.   It is shifting its focus to those activities which will enable it to meet the production and distribution needs of the Branded and Multisource businesses in the US and then worldwide.  In 2003, investments in resources (machinery, facilities and people) along with decisive improvements to customer service and vastly reduced backorders all supported this ongoing strategic transformation.

| Gross Sales: | Budget | Actual | Variance |
|---|---|---|---|
| | | | |
| Affiliates (Branded Products) | 408.3 | 287.6 | (120.7) |
| Multisource | 318.6 | 323.8 | 5.2 |
| Toll, Outlicense,Other | 5.1 | 5.2 | .1 |
| Total Company | 732.0 | 616.6 | (115.4) |

Gross Sales to Affiliated Companies were below Budget mainly due to below budgeted sales to BIPI (see BIPI commentary for detailed explanations, with a slight increase of Combivent sales to BIPI for the Canadian market via BI Canada.  Multisource Sales (marketing efforts led by Ben Venue) were above budget because RLI maintained   higher Average Selling Prices for several products, due to lower than anticipated competition.

RLI's top-selling Multisource products for 2003 were:

($Millions)

| *Product* | *Actual* Net Sales | *Budget* Net Sales | *% Variance* |
|---|---|---|---|
| Megestrol | $27.8 | $27.6 | .7% |
| Prednisone | $25.1 | $15.1 | 66.2% |
| Methadone | $17.5 | $14.8 | 18.2% |
| Roxicet | $14.0 | $9.4 | 48.9% |
| Lithium | $10.8 | $6.3 | 71.4 |
| | | | |
| Clonidine | $0 | $15.8 | - |
| | | | |
| All Other | $118.5 | $102.1 | 16.1% |
| | | | |
| Total        RLI Multisource | $213.7 | $191.1 | 11.8% |

Confidential                                    BOEH02675336

 Boehringer Ingelheim
Roxane Laboratories

Year End 2003

### ROXANE LABORATORIES
### INCOME STATEMENT
### TOTAL COMPANY
#### Year End 2003 vs. Budget 2003

Thousands U.S.$

| | PNR | Budget 2003 | Year End 2003 | Year End 2003 Over (Under) Budget 2003 | Variance % |
|---|---|---|---|---|---|
| Gross Sales of Goods | 8030 | 732,007 | 616,598 | (115,409) | -15.8% |
| Sales Discounts | 8050 | 127,499 | 114,754 | (12,745) | -10.0% |
| Product Net Sales | | 604,508 | 501,844 | (102,664) | -17.0% |
| Royalty Income | 8080 | 233 | 362 | 130 | 55.7% |
| Other Income | 8090 | 23,178 | 16,029 | (7,149) | -30.8% |
| Net Sales | 8100 | 627,918 | 518,235 | (109,683) | -17.5% |
| Standard Cost of Goods Sold | 8200 | 535,766 | 402,241 | (133,525) | -24.9% |
| Direct Cost of Distribution | 8210 | 9,202 | 5,506 | (3,696) | -40.2% |
| Royalties | 8220 | 3,049 | 2,799 | (250) | -8.2% |
| Contribution I | 8300 | 79,901 | 107,689 | 27,789 | 34.8% |
| Direct Promotion Cost | 8320 | 815 | 886 | 71 | 8.7% |
| Cost of Free Goods & Samples | 8340 | - | - | - | |
| Contribution IA | 8500 | 79,086 | 106,803 | 27,718 | 35.0% |
| Own Field Force | 8502 | 2,101 | 1,838 | (263) | -12.5% |
| Rented Field Force | 8503 | - | - | - | |
| Commission Co-Promotion | 8504 | - | - | - | |
| Contribution II | 8505 | 76,984 | 104,965 | 27,981 | 36.3% |
| General Promotion - Activities | 8510 | - | 1 | 1 | 100.0% |
| Marketing & Sales Organization | 8520 | 3,492 | 3,286 | (206) | -5.9% |
| Indirect Cost of Distribution | 8540 | 10,980 | 16,730 | 5,750 | 52.4% |
| Research & Development I | 8550 | 17,974 | 17,202 | (772) | -4.3% |
| Medicine I | 8560 | 15,490 | 12,883 | (2,607) | -16.8% |
| Administration Cost | 8610 | 9,191 | 10,898 | 1,707 | 18.6% |
| Variance Cost of Goods | 8629 | | (61) | (61) | -100.0% |
| Variance from Other Internal Service Chgs | 8630 | | (901) | (901) | -100.0% |
| (Income)/Expense I | 8640 | (3,529) | (9,351) | (5,822) | 165.0% |
| Contribution III | 8700 | 23,388 | 54,278 | 30,891 | 132.1% |
| Marketing II | 8733 | - | - | - | |
| Process Development | 8735 | 2,567 | 3,660 | 1,093 | 42.6% |
| Cost of Idle Capacity | 8738 | 6,080 | 5,245 | (835) | -13.7% |
| Variances Production | 8739 | (923) | 4,958 | 5,881 | -637.2% |
| (Income)/Expense II | 8742 | (1,000) | (954) | 46 | -4.6% |
| Other Expenses In Production | 8743 | (1,703) | 9,461 | 11,164 | -655.6% |
| Contribution IV | 8755 | 18,367 | 31,908 | 13,542 | 73.7% |
| Research & Development II | 8756 | 158 | 326 | 168 | 106.5% |
| Medicine II | 8757 | 174 | 211 | 37 | 21.3% |
| (Income)/Expense III | 8762 | 194 | 162 | (32) | -16.6% |
| Operating Income/(Loss) BA | 8800 | 17,841 | 31,209 | 13,369 | 74.9% |
| Financial (Income)/Expense | 8810 | (2,874) | 771 | 3,645 | -126.8% |
| Income/(Loss) Before Taxes | 8900 | 20,715 | 30,438 | 9,724 | 46.9% |
| Taxes | 8910 | 8,079 | 11,169 | 3,090 | 38.2% |
| Income/(Loss) After Taxes | 8990 | 12,636 | 19,269 | 6,634 | 52.5% |

4

BOEH02675337

 **Roxane Laboratories**

Year End 2003

- 6 new product were launched:

1. Calcitrol Oral
2. Flecainide Acetate
3. Ipratropium Nasal
4. Mirtazapine
5. Nefazodone
6. Tamoxifen

- 14 new product ANDA's were submitted to the FDA

1. Lithium ER 450 mg Tabs (3/03)
2. Digoxin Elixir (4/03)
3. Clarithromycin 500 mg Tabs (6/03)
4. Clarithromycin 250 mg Tabs (7/03)
5. Lithium ER 300 mg Tabs (8/03)
6. Zidovudine 300 mg Tabs (9/03)
7. Sertraline 25, 50 and 100 mg Tabs (10/03)
8. Calcitriol 0.25mcg Softgel Caps (11/03)
9. Risperidone Soln (11/03)
10. Sertraline Soln (12/03)
11. Toresemide 5, 10, and 20 mg Tabs (12/03)
12. Pillocarpine 5 mg Tabs (12/03)
13. Ondansetron Soln (12/03)
14. Fosinopril 10, 20 and 40 mg Tabs (12/03)

- RLI prepared strategy and received BOD approval to exit the UDV business and concentrate on more profitable business and accounted for a $10.1 Million write-off.

RLI's profit before tax of $30.4 Million was $9.7 Million favorable to Budget reflecting positive impacts of a shift to sales of higher margined products, reduced chargebacks ($23.4 Million), Freight and Distribution fees ($3.7 Million), and unbudgeted income ($5.9 Million) from a Marinol claim. Combined, these positive events offset the higher than budgeted costs of inventory related destructions, the write off of UDV assets, and increased personnel costs. The increase to taxes of $3.1 Million relates to the increased pre-tax profit.

5

 **Boehringer Ingelheim**
**Roxane Laboratories**

Year End 2003

### ROXANE LABORATORIES, INC.
### INCOME STATEMENT
### MULTISOURCE
#### Year End 2003 vs. Budget 2003

Thousands U.S.$

| | PNR | Budget 2003 | Year End 2003 | Year End 2003 Over (Under) Budget 2003 | Variance % |
|---|---|---|---|---|---|
| Gross Sales of Goods | 8030 | 318,568 | 323,790 | 5,222 | 1.6% |
| Sales Discounts | 8050 | 127,489 | 110,104 | (17,385) | -13.6% |
| Product Net Sales | | 191,080 | 213,686 | 22,607 | 11.8% |
| Royalty Income | 8080 | - | - | - | - |
| Other Income | 8090 | - | - | - | - |
| Net Sales | 8100 | 191,080 | 213,686 | 22,607 | 11.8% |
| Standard Cost of Goods Sold | 8200 | 113,495 | 103,382 | (10,113) | -8.9% |
| Direct Cost of Distribution | 8210 | 8,694 | 5,358 | (3,336) | -38.4% |
| Royalties | 8220 | 3,049 | 2,812 | (237) | -7.8% |
| Contribution I | 8300 | 65,841 | 102,134 | 36,293 | 55.1% |
| Direct Promotion Cost | 8320 | 815 | 886 | 71 | 8.7% |
| Cost of Samples | 8340 | - | - | - | - |
| Contribution IA | 8500 | 65,026 | 101,248 | 36,222 | 55.7% |
| Own Field Force | 8502 | 2,023 | 1,809 | (214) | -10.6% |
| Rented Field Force | 8503 | - | - | - | - |
| Commission Co-Promotion | 8504 | - | - | - | - |
| Contribution II | 8505 | 63,003 | 99,439 | 36,436 | 57.8% |
| General Promotion - Activities | 8510 | - | - | - | - |
| Marketing & Sales Organization | 8520 | 3,461 | 3,269 | (192) | -5.6% |
| Indirect Cost of Distribution | 8540 | 8,580 | 13,228 | 4,648 | 54.2% |
| Research & Development I | 8550 | 17,032 | 16,305 | (727) | -4.3% |
| Medicine I | 8560 | 14,549 | 12,487 | (2,062) | -14.2% |
| Administration Cost | 8610 | 2,914 | 6,067 | 3,153 | 108.2% |
| Variance Cost of Goods | 8629 | - | 27 | 27 | 100.0% |
| Variance from Other Internal Service C | 8630 | - | (247) | (247) | -100.0% |
| (Income)/Expense I | 8640 | 745 | 355 | (390) | -52.3% |
| Contribution III | 8700 | 15,723 | 47,948 | 32,225 | 204.9% |
| Marketing II | 8733 | - | - | - | - |
| Process Development | 8735 | 1,559 | 2,791 | 1,232 | 79.0% |
| Cost of Idle Capacity | 8738 | - | - | - | - |
| Variances Production | 8739 | (260) | 2,768 | 3,028 | -1164.6% |
| (Income)/Expense II | 8742 | - | - | - | - |
| Other Expenses in Production | 8743 | (1,189) | 3,187 | 4,376 | -368.1% |
| Contribution IV | 8755 | 15,613 | 39,202 | 23,590 | 151.1% |

6

Boehringer Ingelheim
**Roxane Laboratories**                                             Year End 2003

## 2.   Commentary on Businesses (Multisource, Branded, Toll, Affiliates)

### 2.1.   Multisource

- **PNR 8100:  Net Sales**
  2003 Multisource Sales provided an additional $22.6 Million in Net Sales over Budget 2003. Following are comments on major products:

  **Prednisone**
  Prednisone was $10.0 Million over Budget due to higher ASP $11.25 vs $10.14 Budget and 739,000 units. Anticipated competition did not materialize.

  **Lithium**
  Lithium was $4.7 Million over Budget due to higher ASP $14.23 vs $8.32 Budget.  Anticipated price erosion, but due to lack of new competitors, prices actually increased.

  **Roxicet**
  Roxicet was $4.6 Million over Budget due to higher ASP $10.80 vs $8.26 Budget and 159,000 units. Market share decline did not occur, as expected in Budget.

  **Furosemide**
  Furosemide was up $3.9 Million over Budget due to higher ASP $8.79 vs $4.02 Budget.  The price increase did not reduce unit sales.

  **Hydromorphone**
  Hydromorphone was up $3.2 Million over Budget due to higher ASP $33.27 vs $19.90 Budget and 33,000 units.  The overall market for this product grew in 2003.

  **Butorphanol**
  Butorphanol was up $3.1 Million over Budget due to higher ASP $19.99 vs $11.50 Budget and 84,000 units.  The expected share and price decreases occurred later in the year than anticipated.

  **Mirtazapine**
  Mirtazapine was down $8.6 Million due to 540,000 fewer unit sales.  More competitors entered market than anticipated driving the price below cost.  Mirtazapine kept a constant price, driving units down.

  **Clonidine**
  Clonidine was down $15.8 Million due to the product not being launched.  BIPI's Catapres-TTS had no generic competition in 2003, allowing them to continue to market that product and holding the RLI launch until 2004.

- **PNR 8200:  Standard Cost of Goods Sold**
  Standard Cost of Goods Sold was $10.1 Million under budget as a result of a favorable product mix.

7



Boehringer Ingelheim
Roxane Laboratories

Year End 2003

### ROXANE LABORATORIES, INC.
### INCOME STATEMENT
### MULTISOURCE
#### Year End 2003 vs. Budget 2003

Thousands U.S.$

| | PNR | Budget 2003 | Year End 2003 | Year End 2003 Over (Under) Budget 2003 | Variance % |
|---|---|---|---|---|---|
| Gross Sales of Goods | 8030 | 318,568 | 323,790 | 5,222 | 1.6% |
| Sales Discounts | 8050 | 127,489 | 110,104 | (17,385) | -13.6% |
| Product Net Sales | | 191,080 | 213,686 | 22,607 | 11.8% |
| Royalty Income | 8080 | - | - | - | |
| Other Income | 8090 | - | - | - | |
| Net Sales | 8100 | 191,080 | 213,686 | 22,607 | 11.8% |
| Standard Cost of Goods Sold | 8200 | 113,495 | 103,382 | (10,113) | -8.9% |
| Direct Cost of Distribution | 8210 | 8,694 | 5,358 | (3,336) | -38.4% |
| Royalties | 8220 | 3,049 | 2,812 | (237) | -7.8% |
| Contribution I | 8300 | 65,841 | 102,134 | 36,293 | 55.1% |
| Direct Promotion Cost | 8320 | 815 | 886 | 71 | 8.7% |
| Cost of Samples | 8340 | - | - | - | |
| Contribution IA | 8500 | 65,026 | 101,248 | 36,222 | 55.7% |
| Own Field Force | 8502 | 2,023 | 1,809 | (214) | -10.6% |
| Rented Field Force | 8503 | - | - | - | |
| Commission Co-Promotion | 8504 | - | - | - | |
| Contribution II | 8505 | 63,003 | 99,439 | 36,436 | 57.8% |
| General Promotion - Activities | 8510 | - | - | - | |
| Marketing & Sales Organization | 8520 | 3,461 | 3,269 | (192) | -5.6% |
| Indirect Cost of Distribution | 8540 | 8,580 | 13,228 | 4,648 | 54.2% |
| Research & Development I | 8550 | 17,032 | 16,305 | (727) | -4.3% |
| Medicine I | 8560 | 14,549 | 12,487 | (2,062) | -14.2% |
| Administration Cost | 8610 | 2,914 | 6,067 | 3,153 | 108.2% |
| Variance Cost of Goods | 8629 | - | 27 | 27 | 100.0% |
| Variance from Other Internal Service C | 8630 | - | (247) | (247) | -100.0% |
| (Income)/Expense I | 8640 | 745 | 355 | (390) | -52.3% |
| Contribution III | 8700 | 15,723 | 47,948 | 32,225 | 204.9% |
| Marketing II | 8733 | - | - | - | |
| Process Development | 8735 | 1,559 | 2,791 | 1,232 | 79.0% |
| Cost of Idle Capacity | 8738 | - | - | - | |
| Variances Production | 8739 | (260) | 2,768 | 3,028 | -1164.6% |
| (Income)/Expense II | 8742 | - | - | - | |
| Other Expenses in Production | 8743 | (1,189) | 3,187 | 4,376 | -368.1% |
| Contribution IV | 8755 | 15,613 | 39,202 | 23,590 | 151.1% |

8

BOEH02675341

Boehringer Ingelheim
**Roxane Laboratories**

Year End 2003

- **PNR 8210:  Direct Cost of Distribution**
  Direct Cost of Distribution was $3.3 Million below Budget, mainly due to lower distribution fees.  The decrease in backorders was the primary driver of the lower distribution costs.

- **PNR 8540:  Indirect Cost of Distribution**
  Indirect Cost of Distribution was $4.6 Million above Budget.  This was due to higher than planned donations of short code product - $1.2 Million, higher product destructions of obsolete or out-of-code product - $1.1 Million, and $2.4 Million of increased Provision for Obsolescence for product that will become short code or obsolete before the inventory can be sold (based on most current forecast of sales).

- **PNR 8735:  Process Development**
  Process Development spending exceeded Budget by $1.2 Million.  This is due to higher than anticipated work on the new Multisource products.  We plan to launch 10 new products in 2004 and submit to the FDA an additional 14-20 new products for future launch.

- **PNR 8739:  Variance Production**
  Variance Production was unfavorable to Budget by $3.0 Million.  Spending and absorption variances were favorable a total of $0.7 Million.  Process Order variances were unfavorable $1.9 Million.  Capitalized Production Variance was unfavorable $2.6 Million as the favorable impact from capitalizing the 2003 variances only partially offset the unfavorable impact of the 2002 variances that carried into 2003.  Purchase price variances were favorable a total of $0.8 Million.

- **PNR 8743:  Other Expenses in Production**
  Other Expenses in Production was unfavorable to Budget by $4.4 Million.  The decision to exit the UDV business resulted in a $4 Million reserve for the write off of UDV assets.  Product destructions and inventory obsolescence reserves were unfavorable to Budget by $1.9 Million.  QA sampling and other inventory adjustments were unfavorable by $0.1 Million.  Inventory revaluation was favorable to Budget by $1.6 Million.

9

 Boehringer Ingelheim
Roxane Laboratories

Year End 2003

## ROXANE LABORATORIES, INC.
## INCOME STATEMENT
### PM Third Party
### Brand & Outlicensing
### Year End 2003 vs Budget 2003

Thousands U.S.$

| | PNR | Budget 2003 | Year End 2003 | Year End 2003 Over (Under) Budget 2003 | Variance % |
|---|---|---|---|---|---|
| Gross Sales of Goods | 8030 | 5,165 | 5,222 | 57 | 1.1% |
| Sales Discounts | 8050 | 10 | 3,301 | 3,291 | 31948.5% |
| Product Net Sales | | 5,154 | 1,921 | (3,233) | -62.7% |
| Royalty Income | 8080 | 233 | 362 | 130 | 55.7% |
| Other Income | 8090 | 140 | 217 | 78 | 55.6% |
| Net Sales | 8100 | 5,526 | 2,500 | (3,026) | -54.8% |
| Standard Cost of Goods Sold | 8200 | 4,666 | 4,553 | (113) | -2.4% |
| Direct Cost of Distribution | 8210 | 70 | 104 | 34 | 49.4% |
| Royalties | 8220 | - | (13) | (13) | -100.0% |
| Contribution I | 8300 | 790 | (2,144) | (2,934) | -371.3% |
| Direct Promotion Cost | 8320 | - | - | - | |
| Cost of Free Goods & Samples | 8340 | - | - | - | - |
| Contribution IA | 8500 | 790 | (2,144) | (2,934) | -371.3% |
| Own Field Force | 8502 | 4 | 1 | (3) | -77.3% |
| Rented Field Force | 8503 | - | - | - | - |
| Commission Co-Promotion | 8504 | - | - | - | |
| Contribution II | 8505 | 786 | (2,145) | (2,931) | -372.9% |
| General Promotion - Activities | 8510 | - | 1 | 1 | 100.0% |
| Marketing & Sales Organization | 8520 | 30 | 17 | (13) | -44.1% |
| Indirect Cost of Distribution | 8540 | 270 | 1,588 | 1,318 | 488.1% |
| Research & Development I | 8550 | 188 | 179 | (9) | -4.8% |
| Medicine I | 8560 | 136 | 120 | (16) | -11.8% |
| Administration Cost | 8610 | 99 | 184 | 85 | 85.9% |
| Variance Cost of Goods | 8629 | - | - | - | |
| Variance from Other Internal Service Chgs | 8630 | - | (5) | (5) | -100.0% |
| (Income)/Expense I | 8640 | (5,275) | (10,942) | (5,667) | 107.4% |
| Contribution III | 8700 | 5,337 | 6,713 | 1,376 | 25.8% |
| Marketing II | 8733 | - | - | - | |
| Process Development | 8735 | - | - | - | - |
| Cost of Idle Capacity | 8738 | - | - | - | - |
| Variances Production | 8739 | (9) | 328 | 337 | -3744.4% |
| (Income)/Expense II | 8742 | (1,000) | (1,000) | - | |
| Other Expenses In Production | 8743 | (5) | 83 | 88 | -1637.0% |
| Contribution IV | 8755 | 6,352 | 7,302 | 950 | 15.0% |

Confidential

BOEH02675343

 Boehringer Ingelheim
**Roxane Laboratories**                                        Year End 2003

### 2.1.  PM 3rd Party (Brand & Outlicensing)

- **PNR 8100:  Net Sales**
  Net Sales were $3.0 Million below Budget due to higher than expected returns for the entire Branded product line, especially Viramune and Torecan which were $1.4 Million $0.8 Million above Budget respectively.

- **PNR 8540:  Indirect Cost of Distribution**
  Indirect Cost of Distribution was $1.3 million above Budget due to the destruction of ORLAAM.

- **PNR 8640:  Income/Expense I**
  Income / Expense I was $5.6 Million favorable to Budget. This is primarily due to an unbudgeted payment that we received from Solvay Pharmaceuticals for invoices that Legal submitted relating to Medicaid Claims and Returns for Marinol product.

Confidential

BOEH02675344

 Boehringer Ingelheim
Roxane Laboratories

Year End 2003

## ROXANE LABORATORIES, INC.
## INCOME STATEMENT
## TOLL
### Year End 2003 vs. Budget 2003

Thousands U.S.$

| | PNR | Budget 2003 | Year End 2003 | Year End 2003 Over (Under) Budget 2003 | Variance % |
|---|---|---|---|---|---|
| Gross Sales of Goods | 8030 | - | - | - | - |
| Sales Discounts | 8050 | - | 1,349 | 1,349 | 100.0% |
| Product Net Sales | | - | (1,349) | (1,349) | -100.0% |
| Royalty Income | 8080 | - | - | - | - |
| Other Income | 8090 | 23,038 | 15,812 | (7,226) | -31.4% |
| Net Sales | 8100 | 23,038 | 14,463 | (8,575) | -37.2% |
| Standard Cost of Goods Sold | 8200 | 18,152 | 12,940 | (5,212) | -28.7% |
| Direct Cost of Distribution | 8210 | 438 | 44 | (394) | -90.0% |
| Royalties | 8220 | - | - | - | - |
| Contribution I | 8300 | 4,448 | 1,479 | (2,969) | -66.7% |
| Direct Promotion Cost | 8320 | - | - | - | - |
| Cost of Free Goods | 8340 | - | - | - | - |
| Contribution IA | 8500 | 4,448 | 1,479 | (2,969) | -66.7% |
| Own Field Force | 8502 | - | - | - | - |
| Rented Field Force | 8503 | - | - | - | - |
| Commission Co-Promotion | 8504 | - | - | - | - |
| Contribution II | 8505 | 4,448 | 1,479 | (2,969) | -66.7% |
| General Promotion - Activities | 8510 | - | - | - | - |
| Marketing & Sales Organization | 8520 | - | - | - | - |
| Indirect Cost of Distribution | 8540 | 1,176 | 956 | (220) | -18.7% |
| Research & Development I | 8550 | 754 | 718 | (36) | -4.8% |
| Medicine I | 8560 | 407 | 361 | (46) | -11.3% |
| Administration Cost | 8610 | 198 | 111 | (87) | -43.9% |
| Variance Cost of Goods | 8629 | - | - | - | - |
| Variance from Other Internal Service Chgs | 8630 | - | (27) | (27) | -100.0% |
| (Income)/Expense I | 8640 | 46 | 117 | 71 | 154.3% |
| Contribution III | 8700 | 1,867 | (757) | (2,624) | -140.5% |
| Marketing II | 8733 | - | - | - | - |
| Process Development | 8735 | - | - | - | - |
| Cost of Idle Capacity | 8738 | - | - | - | - |
| Variances Production | 8739 | (49) | 964 | 1,013 | -2067.3% |
| (Income)/Expense II | 8742 | - | 46 | 46 | 100.0% |
| Other Expenses In Production | 8743 | 244 | 188 | (56) | -23.1% |
| Contribution IV | 8755 | 1,672 | (1,955) | (3,627) | -216.9% |

12

Confidential

BOEH02675345

 Boehringer Ingelheim
**Roxane Laboratories**

### 2.3. Toll Manufacturing

The Toll Manufacturing P&L reflects revenue and expense line items pertaining to the divestiture of the Pain/Palliative products to Elan which include Duraclon, Oramorph, Roxanol and Roxicodone.

- **PNR 8100:  Net Sales**
  Net Sales were $8.6 Million below Budget 2003.  The overall decline in Net Sales is due to each product line within Toll declining.  RLI is no longer distributing the Duraclon products for Elan, which accounts for $0.3 Million of the decline.  Oramorph is down over $2.7 Million to $1.3 Million in Net Sales, Roxanol is down $1.9 Million to just under $0.7 Million, and Roxicodone is down $3.6 Million to $12.7 Million in Net Sales.

- **PNR 8200:  Standard Cost of Goods Sold**
  Standard Cost of Goods Sold was $5.2 Million below Budget due to declining Net Sales of the Elan Product line.

- **PNR 8739:  Variances Production**
  Variance Production is $1.0 Million above Budget 2003 due to the unfavorable absorption variance and individual process order performance that results from lower volume with regards to Elan.

Confidential                                                                    BOEH02675346

 Boehringer Ingelheim
**Roxane Laboratories**

Year End 2003

**ROXANE LABORATORIES, INC.**
**INCOME STATEMENT**
**AFFILIATES**
**Year End 2003 vs. Budget 2003**

Thousands U.S.$

| | PNR | Budget 2003 | Year End 2003 | Year End 2003 Over (Under) Budget 2003 | Variance % |
|---|---|---|---|---|---|
| Gross Sales of Goods | 8030 | 408,274 | 287,586 | (120,688) | -29.6% |
| Sales Discounts | 8050 | - | - | - | - |
| Net Sales of Goods | | 408,274 | 287,586 | (120,688) | -29.6% |
| Royalty Income | 8080 | - | - | - | - |
| Other Income | 8090 | - | - | - | - |
| Net Sales | 8100 | 408,274 | 287,586 | (120,688) | -29.6% |
| Standard Cost of Goods Sold | 8200 | 399,453 | 281,366 | (118,087) | -29.6% |
| Direct Cost of Distribution | 8210 | - | - | - | - |
| Royalties | 8220 | - | - | - | - |
| Contribution I | 8300 | 8,821 | 6,220 | (2,601) | -29.5% |
| Direct Promotion Costs | 8320 | - | - | - | - |
| Cost of Free Goods & Samples | 8340 | - | - | - | - |
| Contribution IA | 8500 | 8,821 | 6,220 | (2,601) | -29.5% |
| Own Field Force | 8502 | 74 | 28 | (46) | -62.2% |
| Rented Field Force | 8503 | - | - | - | - |
| Commission Co-Promotion | 8504 | - | - | - | - |
| Contribution II | 8505 | 8,747 | 6,192 | (2,555) | -29.2% |
| General Promotion - Activities | 8510 | - | - | - | - |
| Marketing & Sales Organization | 8520 | - | - | - | - |
| Indirect Cost of Distribution | 8540 | 954 | 958 | 4 | 0.4% |
| Research & Development I | 8550 | - | - | - | - |
| Medicine I | 8560 | 398 | (85) | (483) | -121.3% |
| Administration Cost | 8610 | 5,980 | 4,536 | (1,444) | -24.1% |
| Variance Cost of Goods | 8629 | - | (88) | (88) | -100.0% |
| Variance from Other Internal Service Chg | 8630 | - | (622) | (622) | -100.0% |
| (Income)/Expense I | 8640 | 955 | 1,119 | 164 | 17.2% |
| Contribution III | 8700 | 460 | 374 | (86) | -18.7% |
| Marketing II | 8733 | - | - | - | - |
| Process Development | 8735 | 1,007 | 869 | (138) | -13.7% |
| Cost of Idle Capacity | 8738 | 6,080 | 5,245 | (835) | -13.7% |
| Variances Production | 8739 | (605) | 898 | 1,503 | -248.4% |
| (Income)/Expense II | 8742 | - | - | - | - |
| Other Expenses In Production | 8743 | (753) | 6,003 | 6,756 | -897.0% |
| Contribution IV | 8755 | (5,269) | (12,641) | (7,372) | 139.9% |

14

Confidential

BOEH02675347

 Boehringer Ingelheim
**Roxane Laboratories**                                              Year End 2003

## 2.4.  RLI to Affiliates

- **PNR 8100:  Net Sales**
  Affiliate Net Sales are $120.7 Million below Budget due to a significant shortfall in sales to BIPI.  The products driving this decrease are Mobic (due to the unbudgeted transfer of Mobis production to Mexico), $107.6 Million below Budget, Combivent, $19.2 Million below Budget, and Micardis, $16.5 Million below Budget.  Offsetting these declines were increased sales to BIPI for Catapres TTS, $7.8 Million higher than Budget, and Viramune, $5.3 Million above Budget.  Combivent sales to BIPI for ultimate export to BICL in Canada were $4.3 Million above Budget.

- **PNR 8200:  Standard Cost of Goods Sold**
  Standard Cost of Goods Sold was $118.1 Million below Budget due to lower than expected Sales (to BIPI) for Combivent, Mobic and Micardis.

- **PNR 8610:  Administration Cost**
  Administration Costs were $1.4 Million below Budget due primarily to lower Legal consulting expenses.

- **PNR 8738:  Cost of Idle Capacity**
  Cost of Idle Capacity was favorable to Budget by $0.8 Million.  This was due to the higher level of production activity in manufacturing that drove the improvements in backorders.  Idle capacity is charged entirely to the Affiliate Business.

- **PNR 8739:  Variances Production**
  Variances Production was unfavorable to Budget by $1.5 Million due primarily to  Process Order variances and Capitalized Production Variance.  These were partially offset by favorable purchase price variance.

- **PNR 8743:  Other Expenses in Production**
  Other Expenses in Production was unfavorable to Budget by $6.8 Million.  The decision to exit the UDV business resulted in a $6 Million reserve for the write off of UDV assets.  Unfavorable product destructions and inventory obsolescence reserves were partially offset by favorable inventory revaluation.

Confidential                                                                 BOEH02675348

**Boehringer Ingelheim**
**Roxane Laboratories**

Year End 2003

16

Confidential

 **Boehringer Ingelheim**
**Roxane Laboratories**                                             Year End 2003

## 3. <u>Manufacturing Pharma</u>

- **<u>PRODUCTION VOLUME</u>**

    2003 Packaged Volume was 50.1 Million units compared to Budget of 57.9 Million units.  The shortfall versus Budget was due to lower packaged only units for Mobic and MDI's.  Mobic volume was moved to Mexico mid-year and MDI volume was lower due to lower yearend sales.  In total, fully manufactured volume was 6% above Budget and packaged only volume was 23% below Budget.

- **<u>PRODUCTION EXPENSES</u>**

    2003 actual Production Expense was $89.9 Million compared to Budget of $83.5 Million.

    The variance of $6.4 Million is driven by higher personnel cost of $4.9 Million and other operating cost increases of $1.5 Million.  The $4.9 Million personnel cost increase included $3.1 Million increase in social cost for Pension Funding and Post Retirement Benefits.  A $1.8 Million increase in salaries and wages is due to higher headcount and increased overtime required to drive down the backorders.

    The other operating expenses were over budget in outside services and supplies which were partially offset by lower maintenance and depreciation expense.

- **<u>HEADCOUNT</u>**

    The 2003 yearend headcount was 752 BI employees and 62 full time equivalent temporaries.  This compares to Budget of 740 BI employees and 19 temporaries.

    The increase in BI headcount was part of the 37 additional positions that were approved at the 1st Preview.  The increased headcount was needed to address the backorder issue and a shift in mix between fully manufactured volume and packaged only volume.  The fully manufactured volume exceeded Budget for the year which required more headcount but resulted in a significant reduction in backorders.  Backorders were reduced from $9 million at the beginning of the year to $1 Million by the end of the year.

    The final headcount reflects an increase of only 12 versus Budget because we were never able to recruit all 37 approved positions.  The gap was filled by maintaining a higher temporary workforce.  In addition, there will be 11 additional temporary employees needed during the transition to the new Manor Park warehouse.

Confidential                                             BOEH02675350



Boehringer Ingelheim
Roxane Laboratories

Year End 2003

## ROXANE LABORATORIES, INC.
## BALANCE SHEET
### Year End 2003 vs. Budget 2003

Thousands U.S.$

| | PNR | Actual 2002 | Budget 2003 | Year End 2003 | Year End 2003 Over (Under) Budget 2003 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Intangible Assets | 1090 | 4,953 | 4,201 | 4,206 | 5 |
| Property, Plant and Equipment | 1190 | 126,664 | 163,950 | 137,997 | (25,953) |
| Long-term Investments | 1290 | 229 | 75 | 43 | (32) |
| Total Prop, Plant, Equip, and Invest | 1300 | 131,846 | 168,226 | 142,246 | (25,980) |
| Inventories | 1390 | 78,737 | 86,592 | 109,543 | 22,951 |
| Trade Accounts Receivable 3rd Parties | 1400 | 35,718 | 33,904 | 37,055 | 3,151 |
| Trade Accounts Receivable fr. Affil. Comp. | 1410 | - | - | - | - |
| Short-Term advances to Affiliates | 1420 | - | 122,491 | - | (122,491) |
| Other Assets | 1500 | 103,507 | 69,644 | 9,738 | (59,906) |
| Deferred Tax Assets | 1510 | 25,903 | 12,000 | 33,915 | 21,915 |
| Total Receivables | 1590 | 165,128 | 238,039 | 80,708 | (157,331) |
| Liquid Funds | 1790 | - | - | - | - |
| Prepaid Expenses a.o. deferred items | 1890 | 91 | 120 | 343 | 223 |
| Total Current Assets | 1900 | 243,956 | 324,751 | 190,594 | (134,157) |
| Total Assets | 1000 | 375,802 | 492,977 | 332,840 | (160,137) |
| **SHAREHOLDERS' EQUITY, PROVISIONS, AND LIABILITIES** | | | | | |
| Share Capital | 2010 | 19 | 19 | 19 | - |
| Additional Paid-In Capital | 2020 | 8,735 | 8,735 | 8,735 | - |
| Retained Earnings, Opening Balance | 2200 | 358,520 | 294,652 | 46,121 | (248,531) |
| Interim Dividends | 2207 | (320,000) | - | - | - |
| Net Income (Loss), Current Period | 2210 | 7,601 | 12,636 | 19,269 | 6,633 |
| Total Shareholders' Equity | 2300 | 54,875 | 316,042 | 74,144 | (241,898) |
| Provision for Pensions | 2410 | 16,502 | 19,000 | 17,195 | (1,805) |
| Tax Provisions | 2450 | 15,334 | 15,000 | 59,924 | 44,924 |
| Deferred Tax Prov/Liabilities | 2470 | 34,136 | - | 12,837 | 12,837 |
| Other Provisions and Accruals | 2500 | 59,746 | 70,000 | 70,466 | 466 |
| Total Provisions | 2600 | 125,718 | 104,000 | 160,422 | 56,422 |
| Trade Accounts Payable | 2610 | 17,718 | 50,000 | 19,591 | (30,409) |
| Payable to Banks | 2630 | - | - | - | - |
| Payables to Affiliates | 2720 | 12,103 | - | 6,650 | 6,650 |
| Loans from Affiliates | 2740 | 140,426 | - | 62,342 | 62,342 |
| Other Liabilities | 2820 | 435 | 5,000 | 87 | (4,913) |
| Total Liabilities | 2900 | 170,682 | 55,000 | 88,670 | 33,670 |
| Deferred Income | 2950 | 24,527 | 18,129 | 9,604 | (8,525) |
| Total Liabilities and Provisions | 2990 | 320,927 | 177,129 | 258,696 | 81,567 |
| Total Equity, Liabilities and Provisions | 2000 | 375,802 | 493,171 | 332,840 | (160,331) |

18

BOEH02675351

 Boehringer Ingelheim
**Roxane Laboratories**                                          Year End 2003

## 4. Balance Sheet

- **PNR 1300: Property, Plant and & Equipment**
  Property, Plant and Equipment was under Budget by $26.0 Million. This can be attributed primarily to reduced capital spending in Manufacturing Pharma ($9.2 Million), R&D ($3.2 Million), as well as, unbudgeted asset disposals with a remaining book value of $1.9 Million.

- **PNR 1390: Inventories**
  RLI Inventory 2003 year end balance was $23.0 Million above the Budget of $86.6 Million. This was due primarily to higher inventories for new products – $15.7 Million. This is due to lower than planned sales following launch and accelerated launch dates for products originally planned for 2004. Inventories required to support the 2004 launch of Fluticasone added $8.2 Million.

- **PNR 1400: Trade Accounts Receivables –3rd Parties**
  1st Preview 2003 is expected to be $3.2 Million above Budget 2003. The increase is the primarily the result of payment terms for some customers being extended to 60 or 90 days.

- **PNR 1420: Short-Term Advances to Affiliates**
  1st Preview 2003 is expected to be $122.5 Million below Budget 2003 due to an increase of the dividend payment at year end 2002 over what had been planned. For the budget, the planned dividend payment was $75.0 Million. The actual payment turned out to be $320.0 Million, which is an increase of $245.0 Million. The Payables to Affiliates ($6.7 Million) and Loans from Affiliates ($62.3 Million) lines on the Balance Sheet make up the bulk of the remaining difference.

- **PNR 1500: Other Assets**
  Other Assets decreased by $59.9 Million versus Budget due to receipt of payment for $51.4 Million from AAI Pharma for the sale of the Pain / Palliative product line from Elan. Also received $7.1 Million from Solvay Pharmaceuticals (Unimed) for claims submitted relating to Marinol product per our lawsuit settlement.

- **PNR 1510: Deferred Tax Assets**
  Deferred Tax Assets increased by $21.9 Million due to the acceleration of the Elan payment agreement.

- **PNR 2200: Retained Earnings, Opening Balance**
  Retained Earnings, Opening Balance was $248.5 Million below Budget 2003. This reduction is the result of the increased interim dividend payment made at year end 2002. For the Budget, the estimated payment was $75.0 Million, but the actual year end payment was $320.0 Million.

- **PNR 2210: Net Income (Loss), Current Period**
  Net Income for the current period was $6.6 Million higher than Budget primarily due to stronger than expected performance in the Multisource business.

- **PNR 2450: Tax Provisions**
  Tax Provisions increased by $44.9 Million because the Budget anticipated that tax accruals would be paid out during the year, meanwhile, tax law allowed for the deferral of payment until March 2004.

- **PNR 2470: Deferred Tax Prov/Liabilities**
  Deferred Tax Provision/Liabilities increased by $12.8 Million versus Budget 2003, which is a result of unbudgeted deferred tax liabilities from 2002.

19

 Boehringer Ingelheim
**Roxane Laboratories**

Year End 2003

## ROXANE LABORATORIES, INC.
### BALANCE SHEET
Year End 2003 vs. Budget 2003

Thousands U.S.$

| | PNR | Actual 2002 | Budget 2003 | Year End 2003 | Year End 2003 Over (Under) Budget 2003 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Intangible Assets | 1090 | 4,953 | 4,201 | 4,206 | 5 |
| Property, Plant and Equipment | 1190 | 126,664 | 163,950 | 137,997 | (25,953) |
| Long-term Investments | 1290 | 229 | 75 | 43 | (32) |
| Total Prop, Plant, Equip, and Invest | 1300 | 131,846 | 168,226 | 142,246 | (25,980) |
| Inventories | 1390 | 78,737 | 86,592 | 109,543 | 22,951 |
| Trade Accounts Receivable 3rd Parties | 1400 | 35,718 | 33,904 | 37,055 | 3,151 |
| Trade Accounts Receivable fr. Affil. Comp. | 1410 | - | - | - | - |
| Short-Term advances to Affiliates | 1420 | - | 122,491 | - | (122,491) |
| Other Assets | 1500 | 103,507 | 69,644 | 9,738 | (59,906) |
| Deferred Tax Assets | 1510 | 25,903 | 12,000 | 33,915 | 21,915 |
| Total Receivables | 1590 | 165,128 | 238,039 | 80,708 | (157,331) |
| Liquid Funds | 1790 | - | - | - | - |
| Prepaid Expenses a.o. deferred items | 1890 | 91 | 120 | 343 | 223 |
| Total Current Assets | 1900 | 243,956 | 324,751 | 190,594 | (134,157) |
| Total Assets | 1000 | 375,802 | 492,977 | 332,840 | (160,137) |
| **SHAREHOLDERS' EQUITY, PROVISIONS, AND LIABILITIES** | | | | | |
| Share Capital | 2010 | 19 | 19 | 19 | - |
| Additional Paid-In Capital | 2020 | 8,735 | 8,735 | 8,735 | - |
| Retained Earnings, Opening Balance | 2200 | 358,520 | 294,652 | 46,121 | (248,531) |
| Interim Dividends | 2207 | (320,000) | - | - | - |
| Net Income (Loss), Current Period | 2210 | 7,601 | 12,636 | 19,269 | 6,633 |
| Total Shareholders' Equity | 2300 | 54,875 | 316,042 | 74,144 | (241,898) |
| Provision for Pensions | 2410 | 16,502 | 19,000 | 17,195 | (1,805) |
| Tax Provisions | 2450 | 15,334 | 15,000 | 59,924 | 44,924 |
| Deferred Tax Prov/Liabilities | 2470 | 34,136 | - | 12,837 | 12,837 |
| Other Provisions and Accruals | 2500 | 59,746 | 70,000 | 70,466 | 466 |
| Total Provisions | 2600 | 125,718 | 104,000 | 160,422 | 56,422 |
| Trade Accounts Payable | 2610 | 17,718 | 50,000 | 19,591 | (30,409) |
| Payable to Banks | 2630 | - | - | - | - |
| Payables to Affiliates | 2720 | 12,103 | - | 6,650 | 6,650 |
| Loans from Affiliates | 2740 | 140,426 | - | 62,342 | 62,342 |
| Other Liabilities | 2820 | 435 | 5,000 | 87 | (4,913) |
| Total Liabilities | 2900 | 170,682 | 55,000 | 88,670 | 33,670 |
| Deferred Income | 2950 | 24,527 | 18,129 | 9,604 | (8,525) |
| Total Liabilities and Provisions | 2990 | 320,927 | 177,129 | 258,696 | 81,567 |
| Total Equity, Liabilities and Provisions | 2000 | 375,802 | 493,171 | 332,840 | (160,331) |

20

BOEH02675353

Boehringer Ingelheim
**Roxane Laboratories**

Year End 2003

- **PNR 2610: Trade Accounts Payable**
  Trade Accounts Payable is $30.4 Million below Budget 2003 due to a significant reduction in the GR/IR account balance. Accounting has been able to reconcile many of the older items that were in the account for Budget. Additionally, they have implemented an ongoing process to reconcile and remove items older than 6 months.

- **PNR 2720: Payables to Affiliates**
  Payable to Affiliates was $6.7 Million above Budget 2003 due to RLI going from a net lender position in Budget to a net borrower position in Preview resulting from the $320.0 Million interim dividend payment.

- **PNR 2740: Loans from Affiliates**
  Loans from Affiliates were $62.3 Million above Budget 2003. The reason for the increase is the interim dividend payment made at year end 2002. For the budget, the planned dividend payment was $75.0 Million. The actual payment turned out to be $320.0 Million, which is an increase of $245.0 Million. The Payables to Affiliates ($6.7 Million) and Short-term Advances to Affiliates reduction ($122.5 Million) lines on the Balance Sheet make up majority of the remaining difference

- **PNR 2950: Deferred Income a.o. Def. Credits**
  Deferred Income was $8.5 Million below Budget 2003 due primarily to the receipt of $7.1 Million from Solvay Pharmaceuticals (Unimed) for claims submitted relating to Marinol product per our lawsuit settlement.

21

BOEH02675354


**Boehringer Ingelheim**
**Roxane Laboratories**

Year End 2003

### ROXANE LABORATORIES, INC.
### BALANCE SHEET
#### Year End 2003 vs. Budget 2003

Thousands U.S.$

| | PNR | Actual 2002 | Budget 2003 | Year End 2003 | Year End 2003 Over (Under) Budget 2003 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Intangible Assets | 1090 | 4,953 | 4,201 | 4,206 | 5 |
| Property, Plant and Equipment | 1190 | 126,664 | 163,950 | 137,997 | (25,953) |
| Long-term Investments | 1290 | 229 | 75 | 43 | (32) |
| Total Prop, Plant, Equip, and Invest | 1300 | 131,846 | 168,226 | 142,246 | (25,980) |
| Inventories | 1390 | 78,737 | 86,592 | 109,543 | 22,951 |
| Trade Accounts Receivable 3rd Parties | 1400 | 35,718 | 33,904 | 37,055 | 3,151 |
| Trade Accounts Receivable fr. Affil. Comp. | 1410 | - | - | - | - |
| Short-Term advances to Affiliates | 1420 | - | 122,491 | - | (122,491) |
| Other Assets | 1500 | 103,507 | 69,644 | 9,738 | (59,906) |
| Deferred Tax Assets | 1510 | 25,903 | 12,000 | 33,915 | 21,915 |
| Total Receivables | 1590 | 165,128 | 238,039 | 80,708 | (157,331) |
| Liquid Funds | 1790 | - | - | - | - |
| Prepaid Expenses a.o. deferred items | 1890 | 91 | 120 | 343 | 223 |
| Total Current Assets | 1900 | 243,956 | 324,751 | 190,594 | (134,157) |
| Total Assets | 1000 | 375,802 | 492,977 | 332,840 | (160,137) |
| **SHAREHOLDERS' EQUITY, PROVISIONS, AND LIABILITIES** | | | | | |
| Share Capital | 2010 | 19 | 19 | 19 | |
| Additional Paid-In Capital | 2020 | 8,735 | 8,735 | 8,735 | - |
| Retained Earnings, Opening Balance | 2200 | 358,520 | 294,652 | 46,121 | (248,531) |
| Interim Dividends | 2207 | (320,000) | - | - | - |
| Net Income (Loss), Current Period | 2210 | 7,601 | 12,636 | 19,269 | 6,633 |
| Total Shareholders' Equity | 2300 | 54,875 | 316,042 | 74,144 | (241,898) |
| Provision for Pensions | 2410 | 16,502 | 19,000 | 17,195 | (1,805) |
| Tax Provisions | 2450 | 15,334 | 15,000 | 59,924 | 44,924 |
| Deferred Tax Prov/Liabilities | 2470 | 34,136 | - | 12,837 | 12,837 |
| Other Provisions and Accruals | 2500 | 59,746 | 70,000 | 70,466 | 466 |
| Total Provisions | 2600 | 125,718 | 104,000 | 160,422 | 56,422 |
| Trade Accounts Payable | 2610 | 17,718 | 50,000 | 19,591 | (30,409) |
| Payable to Banks | 2630 | - | - | - | |
| Payables to Affiliates | 2720 | 12,103 | - | 6,650 | 6,650 |
| Loans from Affiliates | 2740 | 140,426 | - | 62,342 | 62,342 |
| Other Liabilities | 2820 | 435 | 5,000 | 87 | (4,913) |
| Total Liabilities | 2900 | 170,682 | 55,000 | 88,670 | 33,670 |
| Deferred Income | 2950 | 24,527 | 18,129 | 9,604 | (8,525) |
| Total Liabilities and Provisions | 2990 | 320,927 | 177,129 | 258,696 | 81,567 |
| Total Equity, Liabilities and Provisions | 2000 | 375,802 | 493,171 | 332,840 | (160,331) |

Confidential

BOEH02675355

 Boehringer Ingelheim
**Roxane Laboratories**                                               Year End 2003

## 5.  Capital Expenditure

**Capital Overview**

The below commentary and dollar amounts (MM) address only the capital (balance sheet) portion of the capital investment project spending for 2003, <u>not</u> the Total Project Cost.

| ($MM) OPU | YTD spending as % of Bud | 2003 Actual | 2003 Budget | Variance |
|---|---|---|---|---|
| RLI | 69% | 29.5 | 42.6 | -13.1 |

The major projects that experienced reduced spending as compared to budget are:

- **Project #0127 Potent Compound Facility**                               **($3.2MM)**
  Reason: Project was cancelled

- **Project #0131 Site Masterplan Improvements**                           **(2.5MM)**
  Reason: Project implementation delays due to the complexity of the project which resulted in the feasibility study phase taking longer than anticipated. This has delayed planning and implementation work from 2nd quarter 2003 to 1st quarter 2004.

- **Project #0106 East Solids Mfg Upgrade**                                **(2.4MM)**
  Reason: Project implementation delays

- **Project #0123 Columbus Warehouse**                                     **(2.0MM)**
  Reason: Decision was made to lease equipment instead of purchase it

- **Project #0117 Liquids Mfg Safety Upgrade**                             **(1.6MM)**
  Reason: Project implementation delays due to a review of the overall project method

- **Project #0133 Tablet Filler for SO1**                                  **(1.0MM)**
  Reason: Project was cancelled

- **Category B2 projects**                                                 **(1.9MM)**
  Reason: Overly optimistic budgeting and project implementation delays

The reduced spending was partly offset by <u>increased</u> spending for the following projects:

- **Project # 0119 Spiriva - Phase B**                                     **2.2MM**
  Reason: Strategic decision to accelerate spending for early ordering of equipment to allow the lines to be rerouted to Ingelheim in case the FDA did not accept the proposed blister packaging.

- **Project # 0095 Thermoformers**                                        **1.3MM**
  Reason: Ordering of equipment earlier than budgeted in an attempt to improve delivery time.

23



**ROXANE LABORATORIES, INC**
**HEADCOUNT**
**Year End 2003**

| | Year End 2002 | Budget 2003 | Year End 2003 | Year End 2003 Over(Under) Budget 2003 |
|---|---|---|---|---|
| Pharmaceutical Manufacturing | 679 | 672 | 683 | 11 |
| Marketing Office | - | 1 | - | (1) |
| Marketing Field | 1 | 1 | - | (1) |
| Medicine Human Pharmaceutical | 29 | 31 | 29 | (2) |
| R&D Human Pharmaceutical | 59 | 63 | 61 | (2) |
| Engineering / Site Services | 41 | 68 | 69 | 1 |
| Human Resources | 10 | 12 | 13 | 1 |
| IT | 29 | 30 | 31 | 1 |
| Finance | 8 | 7 | 7 | - |
| Management | 3 | 3 | 3 | - |
| Purchasing | 10 | 11 | 11 | - |
| Publics Affairs | 1 | 1 | 1 | - |
| Security - Administration | 2 | 2 | 2 | - |
| SHAPES | - | - | 1 | 1 |
| **Total Headcount** | **872** | **902** | **911** | **9** |

Confidential

BOEH02675357

 Boehringer Ingelheim
**Roxane Laboratories**

## 6. <u>HR</u>

- <u>Headcount</u>

**Actual 2003 year-end headcount of 911 is 9 positions over Budget due to the following:**

- Pharmaceutical Manufacturing is 11 positions over Budget, due to increased volume and to address a backorder situation.

- The following functions each ended the year one position over Budget; Engineering/Site Services, HR Recruiting, IT Applications Support and SHAPES.

- Partially offsetting the above overages is the normal volume of open positions (6) in the other functions.

Expectation was approved to be 35 positions over Budget, to address the increased volume and backorder situation. Therefore, actual year-end headcount is 26 positions below Expectation.

Confidential

BOEH02675358

 Boehringer Ingelheim
Roxane Laboratories

Year End 2003

**ROXANE LABORATORIES, INC**
**PERSONNEL COSTS**
**Year End 2003**

Thousands U.S.$

| | Budget 2003 | Year End 2003 | Variance |
|---|---|---|---|
| Personnel Costs | 66,263 | 70,196 | 3,933 |
| Total Personnel Costs | 66,263 | 70,196 | 3,933 |
| Personnel Costs as a % of Net Sales | 10.55% | 13.55% | 0.63% |
| Total Headcount | 902 | 911 | 9 |

26

Confidential

BOEH02675359

 Boehringer Ingelheim
**Roxane Laboratories**

Year End 2003

- **Personnel Costs**

**Actual 2003 Personnel Costs were $70.2 Million, which is $3.9 Million (5.9%) over Budget. The primary contributing factors to this overage follow:**

- Post Retirement Medical (PRM) benefits expense is $3.0 Million above Budget. The primary cause for the increase was the election to follow German GAAP standards, which require the immediate recognition of a minimum liability for actuarially calculated medical expenses for retirees over their lifespan. Under the previous method, employed at Budget, these increases were amortized over future years. As assumptions regarding discount rates and healthcare inflation were revised, unfavorably, this required additional expenses to be recognized in 2003. Actual PRM expense is $0.7 Million below Expectation, due to a recent plan change limiting lifetime medical expenses for retirees.

- The accrual for Paid Time Off (PTO) is $1.5 Million above Budget. Employees are allowed to carry over a defined number of unused PTO days until the following year, when they will either be used or paid out. This liability, and corresponding expense, must be recorded. Analysis of actual carryover experience from 2002 indicated that the 2003 expense needed to be increased above what was accrued for at year-end.

Confidential

BOEH02675360



Boehringer Ingelheim
**Roxane Laboratories**

Year End 2003

28

Confidential

BOEH02675361

 Boehringer Ingelheim
**Roxane Laboratories**

Year End 2003

## 7. <u>Addendum I</u>

## INTERNATIONAL COST SUMMARY
**2003 ACTUALS ROXANE LABORATORIES**

EXPENSE / (INCOME)
($000'S of USD)

| Company | Business Segment | Position Number (PNR) | Description | Cost generating Division | Amount in LC |
|---|---|---|---|---|---|
| RLI | 6A | 8735 Process Development | Work for development of new Multisource Products. 2004 Budget includes 10 new Multisource launches and 14 - 20 new product submissions | MULTISOURCE | 2,791 |
| RLI | 6A | 8743 Other Expenses in Production | Reserve for write off of UDV equipment $4 Million, Product destructions $3.5 Million, Inventory Adjustments & QA sampling $0.8 Million, favorable inventory revaluation $5.2 Million. | MULTISOURCE | 3,187 |

| Company | Business Segment | Position Number (PNR) | Description | Cost generating Division | Amount in LC |
|---|---|---|---|---|---|
| RLI | 6G | 8735 Process Development | Development work for HFA Aerosols, Tipranavir, Mirapex and BIRB796. | RLI | 869 |
| RLI | 6G | 8743 Other Expenses in Production | Reserve for write off of UDV equipment is $6 Million.  Product destructions and reserves for inventory obsolescence are offset by favorable inventory revaluation. | RLI | 6,003 |
| RLI | 6G | 8640 Income / Expense I | Primarily losses on the disposal of fixed assets. | | 1,119 |

| Company | Business | Position Number (PNR) | Description | Cost generating Division | Amount in LC |
|---|---|---|---|---|---|
| RLI | 6 | 8762 Income / Expense III | Charges relate to WAN and Documentum charges from Germany. | | 162 |

29

Confidential

BOEH02675362