**TAB 51**



Boehringer Ingelheim
**Roxane Laboratories**

*Roxane Labs, Inc.*
*Year End 2004*
*&*
*Commentary*

 Boehringer Ingelheim
Roxane Laboratories

Actual 2004

# Table of Contents

1. **MANAGEMENT SUMMARY** ...................................................................................3

2. **BUSINESSES (6A-MS, 6E-3P MFG, 6G-AFFILIATES)**...........................................5

   2.1. 6A – MULTISOURCE ..................................................................................... 5

   2.2. 6E - THIRD PARTY MANUFACTURING (AAIPHARMA & CEBERT) .................... 11

   2.3. 6G – AFFILIATES ......................................................................................... 13

      *2.3.1.   Affiliates BII (TMA)* ....................................................................... *17*

3. **MANUFACTURING PHARMA** ....................................................................19

4. **HR** .................................................................................................................20

5. **IT** ...................................................................................................................23

6. **FINANCE** .......................................................................................................25

   6.1. CONSOLIDATED INCOME STATEMENT ........................................................ 25

   6.2. CAPITAL EXPENDITURE .............................................................................. 27

   6.3. BALANCE SHEET ........................................................................................ 29

BOEH04295702

Boehringer Ingelheim
**Roxane Laboratories**

Actual 2004

2

Confidential

BOEH04295703

Boehringer Ingelheim
**Roxane Laboratories**                                                    Actual 2004

## 1. <u>Management Summary</u>

The 2% savings requested by Headquarters of $5.7 Million for Budget 2004 are reflected on RLI Legal Entity, PNR 8742 or Income / Expense II. For Year End 2004 these savings are reflected throughout the organization, on different PNRs.

From a Legal Entity perspective, the decision to establish a TMA with BII for Spiriva and Tipranavir products was strategically important, in the sense that it created a direct relationship between RLI and BII without the intermediation of BIPI.

RLI's financial outcome for year of 2004 was influenced by the following major points:

- <u>Multisource:</u>
  o Delayed Fluticasone launch due to FDA approval issues, resulting in $52.7 Million in lost sales and additional product write offs of $21 Million.
  o Delayed Clonidine launch due to lack of generic competition, resulting in $9.0 Million in lost sales.
  o A total of 13 new products were launched, which generated $21.9 Million in Net Sales.
  o A record 18 ANDAs were submitted, 17 ANDAs were approved.

- <u>Affiliates:</u>
  o Higher production demand for Mobic and Viramune
  o Lower production demand for Spiriva, which caused higher cost of reserved capacity and production variances
  o Write-offs of Spiriva Robots

3

Confidential                                                             BOEH04295704

 Boehringer Ingelheim
**Roxane Laboratories**

Actual 2004

### ROXANE LABS, INC.
### PRESCRIPTION MEDICINE BY PRODUCT
#### Multisource Net Sales
#### Year End 2004 vs. Budget 2004

Thousands U.S.$

| TOP 10 PRODUCTS | Actual 2003 | Budget 2004 | Year End 2004 | Year End 2004 Over (Under) Budget 2004 |
|---|---|---|---|---|
| MEGESTROL AC | 27,798 | 10,612 | 26,046 | 15,434 |
| PREDNISONE | 25,077 | 20,830 | 24,114 | 3,284 |
| METHADONE | 17,451 | 13,578 | 17,484 | 3,906 |
| ROXICET | 14,029 | 3,103 | 14,195 | 11,092 |
| CLOTRIMAZOLE | - | 11,665 | 9,747 | (1,918) |
| AZATHIOPRINE | 9,624 | 6,819 | 9,626 | 2,807 |
| MERCAPTOPURINE | - | 12,187 | 8,474 | (3,713) |
| DEXAMETHASON | 7,288 | 3,583 | 8,427 | 4,844 |
| FLUTICASONE | - | 52,680 | - | (52,680) |
| CLONIDINE | - | 9,042 | - | (9,042) |
| Other Products | 112,613 | 119,106 | 93,458 | (25,648) |
| Discontinued Products | (194) | - | (201) | (201) |
| **Net Sales** | **213,686** | **263,205** | **211,370** | **(51,835)** |

| NEW LAUNCHES IN 2004 | | | |
|---|---|---|---|
| FLUTICASONE | 52,680 | - | (52,680) |
| MERCAPTOPURINE | 12,187 | 8,474 | (3,713) |
| CLOTRIMAZOLE | 11,665 | 9,747 | (1,918) |
| CLONIDINE | 9,042 | - | (9,042) |
| FLUCONAZOLE | 6,274 | 852 | (5,422) |
| METOLAZONE | 4,079 | - | (4,079) |
| ANAGRELIDE | 1,406 | - | (1,406) |
| MEFLOQUININE | 1,077 | 184 | (893) |
| LITHIUM CR | 834 | 2,638 | 1,804 |
| **TOTAL** | **99,243** | **21,895** | **(77,348)** |

4

Confidential

BOEH04295705

Boehringer Ingelheim
**Roxane Laboratories**

Actual 2004

## 2. Businesses (6A-MS, 6E-3P Mfg, 6G-Affiliates)

### 2.1.  6A – Multisource

**PNR 8100:  Net Sales**
- Down $51.8 Million
  - o  **Megestrol:** up $15.4 Million due primarily to less price erosion than anticipated.
  - o  **Prednisone:** up $3.2 Million.
  - o  **Methadone:** up $3.9 Million due to improved pricing and unit sales.
  - o  **Roxicet:** up $11.1 Million due to increased unit sales.  Prices have fallen by half, but units have increased more than 4 times over budget.
  - o  **Clotrimazole:** down $1.9 Million due to delayed launch.
  - o  **Azathioprine:** up $2.8 Million due to less price erosion than anticipated.
  - o  **Mercaptopurine:** down $3.7 Million due to budget overestimate of December sales.
  - o  **Dexamethason:** up $4.8 Million due to increased sales units.
  - o  **Fluticasone:** down $52.7 Million due product not being launched.
  - o  **Clonidine:** down $9.0 Million due to no generic competition for Catapres TTS.
  - o  **Other Products with substantial variance:**
    - Fluconazole is down $5.0 Million
    - Metolazone is down $4.1 Million
    - Lithium CR is up $1.8 Million

5



Boehringer Ingelheim
**Roxane Laboratories**

Actual 2004

## ROXANE LABORATORIES, INC.
### INCOME STATEMENT
### PRESCRIPTION MEDICINE
#### Multisource
#### Year End 2004 vs. Budget 2004

Thousands U.S.$

| | PNR | Year End 2003 | Budget 2004 | Year End 2004 | Year End 2004 Over (Under) Budget 2004 | Variance % |
|---|---|---|---|---|---|---|
| Gross Sales of Goods | 8030 | 323,790 | 788,197 | 388,568 | (399,629) | -50.7% |
| Sales Discounts | 8050 | 110,104 | 524,992 | 177,198 | (347,794) | -66.2% |
| Product Net Sales | | 213,686 | 263,205 | 211,371 | (51,834) | -19.7% |
| Royalty Income | 8080 | - | - | - | | - |
| Other Income | 8090 | - | - | - | | - |
| Net Sales | 8100 | 213,686 | 263,205 | 211,370 | (51,835) | -19.7% |
| Standard Cost of Goods Sold | 8200 | 103,382 | 133,792 | 103,786 | (30,006) | -22.4% |
| Direct Cost of Distribution | 8210 | 5,358 | 10,693 | 5,998 | (4,695) | -43.9% |
| Royalties | 8220 | 2,812 | 3,922 | 1,754 | (2,168) | -55.3% |
| Contribution I | 8300 | 102,134 | 114,798 | 99,832 | (14,966) | -13.0% |
| Direct Promotion Cost | 8320 | 886 | 1,032 | 609 | (423) | -41.0% |
| Cost of Samples | 8340 | - | - | - | | - |
| Contribution IA | 8500 | 101,248 | 113,766 | 99,223 | (14,543) | -12.8% |
| Own Field Force | 8502 | 1,809 | 2,538 | 2,436 | (102) | -4.0% |
| Rented Field Force | 8503 | - | - | - | | - |
| Commission Co-Promotion | 8504 | - | - | - | | - |
| Contribution II | 8505 | 99,439 | 111,228 | 96,787 | (14,441) | -13.0% |
| General Promotion - Activities | 8510 | - | - | - | | - |
| Marketing & Sales Organization | 8520 | 3,269 | 3,456 | 3,581 | 125 | 3.6% |
| Indirect Cost of Distribution | 8540 | 13,228 | 10,619 | 38,616 | 27,997 | 263.7% |
| Research & Development I | 8550 | 16,305 | 21,848 | 21,624 | (224) | -1.0% |
| Medicine I | 8560 | 12,487 | 17,442 | 13,972 | (3,470) | -19.9% |
| Administration Cost | 8610 | 6,067 | 3,623 | 1,976 | (1,647) | -45.5% |
| Variance Cost of Goods | 8629 | 27 | - | 224 | 224 | 100.0% |
| Variance from Other Internal Service ( | 8630 | (247) | - | | | |
| (Income)/Expense I | 8640 | 355 | 439 | (477) | (916) | -208.7% |
| Contribution III | 8700 | 47,948 | 53,801 | 17,271 | (36,530) | -67.9% |
| Marketing II | 8733 | - | - | - | | - |
| Process Development | 8735 | 2,791 | 2,447 | 5,166 | 2,719 | 111.1% |
| Cost of Idle Capacity | 8738 | - | - | - | | - |
| Variances Production | 8739 | 2,768 | - | (1,166) | (1,166) | -100.0% |
| (Income)/Expense II | 8742 | - | (6,032) | (10,296) | (4,264) | 70.7% |
| Other Expenses in Production | 8743 | 3,187 | 4,859 | 4,628 | (231) | -4.8% |
| Contribution IV | 8755 | 39,202 | 52,527 | 18,939 | (33,588) | -63.9% |

6

BOEH04295707

Boehringer Ingelheim
**Roxane Laboratories**                                                      Actual 2004

**PNR 8200:  Standard Cost of Goods Sold**
- Down $30.0 Million
  - Due to the decrease in the Net Sales of Multisource products.  Also, a favorable product mix reduced the CoGS as a percent of Net Sales from 50.8% to 49.1%.

**PNR 8210:  Direct Cost of Distribution**
- Down $4.7 Million
  - Due primarily to the decrease in Net Sales units from 21.6 Million units to 15.0 Million units.

**PNR 8220:  Royalties**
- Down $2.2 Million
  - Delayed launch of Clonidine (down $1.4 Million).
  - Lorazepam returns reserve was increased reducing Net Sales, therefore reducing Royalties (down $0.5 Million).
  - Reduced Ipratropium Bromide Nasal sales (down $0.2 Million).

**PNR 8540:  Indirect Cost of Distribution**
- Up $28.0 Million
  - Increased obsolescence provision for Fluticasone Bright Stock ($15.0 Million).
  - Increased obsolescence provision for Fluticasone API ($5.8 Million).
  - Increase in Product Destructions, Provisions for Obsolescence, and Product Donations of $4.7 Million all related to short dated or out of code products.
  - Remaining difference related to warehousing expense pertaining to third party fees for product destructions and capital project expenses.

**PNR 8560:  Medicine I**
- Down $3.5 Million
  - Clinical Trial Expense down $3.1 Million.

**PNR 8610:  Administration**
- Down $1.6 Million
  - Savings of $1.1 Million in IT (for more details see the IT section).
  - Savings of $0.4 Million in HR.
  - Due to methodology all savings are reflected in the Multisource P&L.

**PNR 8640:  Income / Expense I**
- $0.9 Million favorable
  - Due primarily to $0.6 Million of income from the sale of remaining UDV assets (40% of total income received.  Remainder reported on Affiliate P&L)

**PNR 8735:  Process Development**
- Up $2.7 Million due primarily to change in methodology
  - Budget 2004 reflected process development work attributed to the Affiliate Business, which has been changed to be 100% Multisource since the work is all Multisource related.

**PNR 8739:  Variances Production**
- Favorable $1.2 Million
  - Favorable standard volume variance (down $6.1 Million).
  - Unfavorable overhead costs (up $4.3 Million).

7


Boehringer Ingelheim
Roxane Laboratories

Actual 2004

## ROXANE LABORATORIES, INC.
### INCOME STATEMENT
### PRESCRIPTION MEDICINE
Multisource
Year End 2004 vs. Budget 2004

Thousands U.S.$

| | PNR | Year End 2003 | Budget 2004 | Year End 2004 | Year End 2004 Over (Under) Budget 2004 | Variance % |
|---|---|---|---|---|---|---|
| **Gross Sales of Goods** | 8030 | 323,790 | 788,197 | 388,568 | (399,629) | -50.7% |
| **Sales Discounts** | 8050 | 110,104 | 524,992 | 177,198 | (347,794) | -66.2% |
| **Product Net Sales** | | 213,686 | 263,205 | 211,371 | (51,834) | -19.7% |
| **Royalty Income** | 8080 | - | - | - | | - |
| **Other Income** | 8090 | - | - | - | | - |
| **Net Sales** | 8100 | 213,686 | 263,205 | 211,370 | (51,835) | -19.7% |
| **Standard Cost of Goods Sold** | 8200 | 103,382 | 133,792 | 103,786 | (30,006) | -22.4% |
| **Direct Cost of Distribution** | 8210 | 5,358 | 10,693 | 5,998 | (4,695) | -43.9% |
| **Royalties** | 8220 | 2,812 | 3,922 | 1,754 | (2,168) | -55.3% |
| **Contribution I** | 8300 | 102,134 | 114,798 | 99,832 | (14,966) | -13.0% |
| **Direct Promotion Cost** | 8320 | 886 | 1,032 | 609 | (423) | -41.0% |
| **Cost of Samples** | 8340 | - | - | - | | - |
| **Contribution IA** | 8500 | 101,248 | 113,766 | 99,223 | (14,543) | -12.8% |
| **Own Field Force** | 8502 | 1,809 | 2,538 | 2,436 | (102) | -4.0% |
| **Rented Field Force** | 8503 | - | - | - | | - |
| **Commission Co-Promotion** | 8504 | - | - | - | | - |
| **Contribution II** | 8505 | 99,439 | 111,228 | 96,787 | (14,441) | -13.0% |
| **General Promotion - Activities** | 8510 | - | - | - | | - |
| **Marketing & Sales Organization** | 8520 | 3,269 | 3,456 | 3,581 | 125 | 3.6% |
| **Indirect Cost of Distribution** | 8540 | 13,228 | 10,619 | 38,616 | 27,997 | 263.7% |
| **Research & Development I** | 8550 | 16,305 | 21,848 | 21,624 | (224) | -1.0% |
| **Medicine I** | 8560 | 12,487 | 17,442 | 13,972 | (3,470) | -19.9% |
| **Administration Cost** | 8610 | 6,067 | 3,623 | 1,976 | (1,647) | -45.5% |
| **Variance Cost of Goods** | 8629 | 27 | - | 224 | 224 | 100.0% |
| **Variance from Other Internal Service** | 8630 | (247) | - | - | | - |
| **(Income)/Expense I** | 8640 | 355 | 439 | (477) | (916) | -208.7% |
| **Contribution III** | 8700 | 47,948 | 53,801 | 17,271 | (36,530) | -67.9% |
| **Marketing II** | 8733 | - | - | - | | - |
| **Process Development** | 8735 | 2,791 | 2,447 | 5,166 | 2,719 | 111.1% |
| **Cost of Idle Capacity** | 8738 | - | - | - | | - |
| **Variances Production** | 8739 | 2,768 | - | (1,166) | (1,166) | -100.0% |
| **(Income)/Expense II** | 8742 | - | (6,032) | (10,296) | (4,264) | 70.7% |
| **Other Expenses in Production** | 8743 | 3,187 | 4,859 | 4,628 | (231) | -4.8% |
| **Contribution IV** | 8755 | 39,202 | 52,527 | 18,939 | (33,588) | -63.9% |

8

BOEH04295709

**Boehringer Ingelheim**
**Roxane Laboratories**

Actual 2004

**PNR 8742:  Income / Expense II**
- ▪ Favorable $4.3 Million
  - ○ Favorable accrual reversal for Elan Back Order Penalty ($4.0 Million).

9

BOEH04295710


Boehringer Ingelheim
**Roxane Laboratories**

Actual 2004

**ROXANE LABORATORIES, INC.**
**INCOME STATEMENT**
**THIRD PARTY MANUFACTURING**
**Toll & Outlicensing**
**Year End 2004 vs. Budget 2004**

Thousands U.S.$

| | PNR | Year End 2003 | Budget 2004 | Year End 2004 | Year End 2004 Over (Under) Budget 2004 | Variance % |
|---|---|---|---|---|---|---|
| **Gross Sales of Goods** | 8030 | 3,735 | 4,817 | 4,928 | 111 | 2.3% |
| **Sales Discounts** | 8050 | 1,411 | - | - | | |
| **Product Net Sales** | | 2,324 | 4,817 | 4,928 | 111 | 2.3% |
| **Royalty Income** | 8080 | 362 | 241 | 422 | 181 | 75.1% |
| **Other Income** | 8090 | 16,029 | 5,455 | 9,975 | 4,520 | 82.9% |
| **Net Sales** | 8100 | 18,715 | 10,513 | 15,325 | 4,812 | 45.8% |
| **Standard Cost of Goods Sold** | 8200 | 17,005 | 10,683 | 15,064 | 4,381 | 41.0% |
| **Direct Cost of Distribution** | 8210 | 69 | 213 | - | (213) | -100.0% |
| **Royalties** | 8220 | - | - | - | - | |
| **Contribution I** | 8300 | 1,641 | (383) | 261 | 644 | -168.1% |
| **Direct Promotion Cost** | 8320 | - | - | - | - | |
| **Cost of Free Goods** | 8340 | - | - | - | - | |
| **Contribution IA** | 8500 | 1,641 | (383) | 261 | 644 | -168.1% |
| **Own Field Force** | 8502 | - | - | - | - | |
| **Rented Field Force** | 8503 | - | - | - | - | |
| **Commission Co-Promotion** | 8504 | - | - | - | - | |
| **Contribution II** | 8505 | 1,641 | (383) | 261 | 644 | -168.1% |
| **General Promotion - Activities** | 8510 | - | - | - | - | |
| **Marketing & Sales Organization** | 8520 | - | - | - | - | |
| **Indirect Cost of Distribution** | 8540 | 1,180 | 748 | 1,792 | 1,044 | 139.6% |
| **Research & Development I** | 8550 | 897 | - | - | - | |
| **Medicine I** | 8560 | 481 | 562 | 453 | (109) | -19.4% |
| **Administration Cost** | 8610 | 211 | 290 | 286 | (4) | -1.4% |
| **Variance Cost of Goods** | 8629 | - | - | - | - | |
| **Variance from Other Internal Service Chgs** | 8630 | (32) | - | - | - | |
| **(Income)/Expense I** | 8640 | 881 | 781 | 2,316 | 1,535 | 196.5% |
| **Contribution III** | 8700 | (1,977) | (2,764) | (4,586) | (1,822) | 65.9% |
| **Marketing II** | 8733 | - | - | - | - | |
| **Process Development** | 8735 | - | - | - | - | |
| **Cost of Idle Capacity** | 8738 | - | - | - | - | |
| **Variances Production** | 8739 | - | - | 423 | 423 | 100.0% |
| **(Income)/Expense II** | 8742 | (954) | (1,000) | (1,036) | (36) | 3.6% |
| **Other Expenses In Production** | 8743 | 260 | 721 | 101 | (620) | -86.0% |
| **Contribution IV** | 8755 | (2,602) | (2,485) | (4,074) | (1,589) | 63.9% |

10

BOEH04295711

 Boehringer Ingelheim
**Roxane Laboratories**

Actual 2004

## 2.2.   6E - Third Party Manufacturing (aaiPharma & Cebert)

The Third Party Manufacturing P&L reflects revenue and expense line items pertaining to the divestiture of the Pain/Palliative products to aaiPharma which include Duraclon, Oramorph, Roxanol and Roxicodone as well as the products Outlicensed to Cebert, which pertain to the Methadone family.

**PNR 8100:  Net Sales**
- Up $4.8 Million.
  - o   Increase is due to the aaiPharma products Oramorph, up $3.0 Million, and Roxicodone, up $2.1 Million while Roxanol had a decrease of $0.8 Million.

**PNR 8200:  Standard Cost of Goods Sold**
- Up $4.4 Million
  - o   Due to the increase in the respective Net Sales of aaiPharma products.

**PNR 8540:  Indirect Cost of Distribution**
- Up $1.0 Million
  - o   Increase in Provisions for Obsolescence due to unstable financial position of aaiPharma.

**PNR 8640:  Income / Expense I:**
- Up $1.5 Million
  - o   Bad debt expenses for aaiPharma of $1.5 Million due to unstable financial position.

**PNR 8743:  Other Expenses in Production**
- Down $0.6 Million
  - o   Lower product related destructions

11



Boehringer Ingelheim
**Roxane Laboratories**

Actual 2004

### ROXANE LABORATORIES, INC.
### INCOME STATEMENT
### AFFILIATES
### Year End 2004 vs. Budget 2004

Thousands U.S.$

| | PNR | Year End 2003 | Budget 2004 | Year End 2004 | Year End 2004 Over (Under) Budget 2004 | Variance % |
|---|---|---|---|---|---|---|
| **Gross Sales of Goods** | 8030 | 287,586 | 202,523 | 307,474 | 104,951 | 51.8% |
| | | | | | | |
| Sales Discounts | 8050 | - | - | - | | - |
| **Net Sales of Goods** | | 287,586 | 202,523 | 307,474 | 104,951 | 51.8% |
| | | | | | | |
| Royalty Income | 8080 | - | - | | | |
| Other Income | 8090 | - | - | 1,789 | 1,789 | 100.0% |
| **Net Sales** | 8100 | 287,586 | 202,523 | 309,263 | 106,740 | 52.7% |
| | | | | | | |
| Standard Cost of Goods Sold | 8200 | 281,366 | 197,144 | 301,699 | 104,555 | 53.0% |
| Direct Cost of Distribution | 8210 | - | - | - | | - |
| Royalties | 8220 | - | - | - | | - |
| **Contribution I** | 8300 | 6,220 | 5,379 | 7,564 | 2,185 | 40.6% |
| | | | | | | |
| Direct Promotion Costs | 8320 | - | - | - | | |
| Cost of Free Goods & Samples | 8340 | - | - | - | | |
| **Contribution IA** | 8500 | 6,220 | 5,379 | 7,564 | 2,185 | 40.6% |
| | | | | | | |
| Own Field Force | 8502 | 28 | - | - | | - |
| Rented Field Force | 8503 | - | - | - | | |
| Commission Co-Promotion | 8504 | - | - | - | - | |
| **Contribution II** | 8505 | 6,192 | 5,379 | 7,564 | 2,185 | 40.6% |
| | | | | | | |
| General Promotion - Activities | 8510 | - | - | | - | |
| Marketing & Sales Organization | 8520 | - | - | | - | |
| Indirect Cost of Distribution | 8540 | 958 | 1,608 | 1,925 | 317 | 19.7% |
| Research & Development I | 8550 | - | - | - | | |
| Medicine I | 8560 | (85) | 200 | (226) | (426) | -213.0% |
| Administration Cost | 8610 | 4,536 | 5,579 | 5,743 | 164 | 2.9% |
| Variance Cost of Goods | 8629 | (88) | - | (56) | (56) | -100.0% |
| Variance from Other Internal Service Chg | 8630 | (622) | - | - | - | |
| (Income)/Expense I | 8640 | 1,119 | 675 | 4,485 | 3,810 | 564.4% |
| **Contribution III** | 8700 | 374 | (2,683) | (4,307) | (1,624) | 60.5% |
| | | | | | | |
| Marketing II | 8733 | - | - | - | | |
| Process Development | 8735 | 869 | 1,632 | 46 | (1,586) | -97.2% |
| Cost of Reserved Capacity | 8737 | - | 7,725 | 11,362 | 3,637 | 47.1% |
| Cost of Idle Capacity | 8738 | 5,245 | 5,930 | 5,371 | (559) | -9.4% |
| Variances Production | 8739 | 898 | (136) | (1,009) | (873) | 641.9% |
| (Income)/Expense II | 8742 | - | - | (26,388) | (26,388) | -100.0% |
| Other Expenses In Production | 8743 | 6,003 | 2,012 | 10,239 | 8,227 | 408.9% |
| **Contribution IV** | 8755 | (12,641) | (19,846) | (3,928) | 15,918 | -80.2% |

12

BOEH04295713

Boehringer Ingelheim
**Roxane Laboratories**                                                      Actual 2004

## 2.3.   6G – Affiliates

**PNR 8100:  Net Sales**
- Up $106.7 Million
  - o Following transfer of packaging of Mobic to Mexico, Mexico was unable to meet full demand, especially following the withdrawal of VIOXX from the market, this accounts for an increase of $117.2 Million in Sales.
  - o Increase of $7.9 Million in Sales of Catapress TTS due to lack of Generic competition.
  - o Increase of $4.7 Million in Sales of Viramune
  - o Partially offset by a decrease of $10.1 Million in Sales of Atrovent following launch of Spiriva.
  - o Partially offset by a decrease of $13.7 Million in Sales of Spiriva.

**PNR 8200:  Standard Cost of Goods Sold**
- Up $104.6 Million
  - o Increase is attributable to the increase in Net Sales noted above.

**PNR 8610:  Administration**
- Up $0.2 Million
  - o Due to methodology all savings are reflected in the Multisource P&L.

**PNR 8640:  Income / Expense I:**
- Up $3.8 Million
  - o One time charge of $4.1 Million for the disposal (write off) of Spiriva Robots due to changes in the U.S. packaging configurations.
  - o $0.7 Million due to miscellaneous fixed asset disposals.
  - o Partially offset by $0.9 Million of income from the sale of remaining UDV assets (60% of total income received.  Remainder reported on Multisource P&L)

**PNR 8735:  Process Development**
- Down $1.6 Million due to change in methodology.
  - o Budget 2004 reflects process development work attributed to the Affiliate Business, which has been changed to be 100% Multisource since the work is all Multisource related.

**PNR 8737:  Cost of Reserve Capacity**
- Up $3.6 Million
  - o Lower production volumes for the Spiriva Export business.

**PNR 8738:  Cost of Idle Capacity**
- Down $0.6 Million
  - o Higher utilization due to increased Affiliate business, primarily Mobic.

**PNR 8739:  Variances Production**
- Down $0.9 Million
  - o Favorable destructions.
  - o Favorable Mobic absorption and production variances.
  - o Unfavorable Spiriva absorption and production variances.

---

13



Boehringer Ingelheim
**Roxane Laboratories**

Actual 2004

### ROXANE LABORATORIES, INC.
### INCOME STATEMENT
### AFFILIATES
### Year End 2004 vs. Budget 2004

Thousands U.S.$

| | PNR | Year End 2003 | Budget 2004 | Year End 2004 | Year End 2004 Over (Under) Budget 2004 | Variance % |
|---|---|---|---|---|---|---|
| **Gross Sales of Goods** | 8030 | 287,586 | 202,523 | 307,474 | 104,951 | 51.8% |
| **Sales Discounts** | 8050 | - | - | - | - | |
| **Net Sales of Goods** | | 287,586 | 202,523 | 307,474 | 104,951 | 51.8% |
| **Royalty Income** | 8080 | - | - | - | - | |
| **Other Income** | 8090 | - | - | 1,789 | 1,789 | 100.0% |
| **Net Sales** | 8100 | 287,586 | 202,523 | 309,263 | 106,740 | 52.7% |
| **Standard Cost of Goods Sold** | 8200 | 281,366 | 197,144 | 301,699 | 104,555 | 53.0% |
| **Direct Cost of Distribution** | 8210 | - | - | - | - | |
| **Royalties** | 8220 | - | - | - | - | |
| **Contribution I** | 8300 | 6,220 | 5,379 | 7,564 | 2,185 | 40.6% |
| **Direct Promotion Costs** | 8320 | - | - | - | - | |
| **Cost of Free Goods & Samples** | 8340 | - | - | - | - | |
| **Contribution IA** | 8500 | 6,220 | 5,379 | 7,564 | 2,185 | 40.6% |
| **Own Field Force** | 8502 | 28 | - | - | - | - |
| **Rented Field Force** | 8503 | - | - | - | - | - |
| **Commission Co-Promotion** | 8504 | - | - | - | - | - |
| **Contribution II** | 8505 | 6,192 | 5,379 | 7,564 | 2,185 | 40.6% |
| **General Promotion - Activities** | 8510 | | - | | - | - |
| **Marketing & Sales Organization** | 8520 | | | | | - |
| **Indirect Cost of Distribution** | 8540 | 958 | 1,608 | 1,925 | 317 | 19.7% |
| **Research & Development I** | 8550 | | | | | - |
| **Medicine I** | 8560 | (85) | 200 | (226) | (426) | -213.0% |
| **Administration Cost** | 8610 | 4,536 | 5,579 | 5,743 | 164 | 2.9% |
| **Variance Cost of Goods** | 8629 | (88) | - | (56) | (56) | -100.0% |
| **Variance from Other Internal Service Chg** | 8630 | (622) | | | | |
| **(Income)/Expense I** | 8640 | 1,119 | 675 | 4,485 | 3,810 | 564.4% |
| **Contribution III** | 8700 | 374 | (2,683) | (4,307) | (1,624) | 60.5% |
| **Marketing II** | 8733 | - | - | - | - | - |
| **Process Development** | 8735 | 869 | 1,632 | 46 | (1,586) | -97.2% |
| **Cost of Reserved Capacity** | 8737 | - | 7,725 | 11,362 | 3,637 | 47.1% |
| **Cost of Idle Capacity** | 8738 | 5,245 | 5,930 | 5,371 | (559) | -9.4% |
| **Variances Production** | 8739 | 898 | (136) | (1,009) | (873) | 641.9% |
| **(Income)/Expense II** | 8742 | - | - | (26,388) | (26,388) | -100.0% |
| **Other Expenses In Production** | 8743 | 6,003 | 2,012 | 10,239 | 8,227 | 408.9% |
| **Contribution IV** | 8755 | (12,641) | (19,846) | (3,928) | 15,918 | -80.2% |

14

Confidential

BOEH04295715

 Boehringer Ingelheim
**Roxane Laboratories**

Actual 2004

**PNR 8742:  Income / Expense II:**
- Up $26.4 million
  - $4.0 Million in reimbursement for the Spiriva Project.
  - $13.0 Million in reimbursement of Cost of Reserve Capacity and Idle Capacity for Spiriva.
  - $9.4 Million in reimbursement of Spiriva Project costs

**PNR 8743:  Other Expenses in Production**
- Up $8.2 Million
  - Spiriva Project Expenses are no longer charged back to BIPI as reflected in the 2004 Budget due to the Toll Manufacturing Agreement that now exists between BII and RLI. This was offset as part of the $26.4 Million reimbursement from BII.

15


Boehringer Ingelheim
Roxane Laboratories

Actual 2004

### ROXANE LABORATORIES, INC.
### INCOME STATEMENT
### AFFILIATES BII (TMA)
#### Year End 2004 vs. Budget 2004

Thousands U.S.$

| | PNR | Budget 2004 | Year End 2004 | Year End 2004 Over (Under) Budget 2004 | Variance % |
|---|---|---|---|---|---|
| **Gross Sales of Goods** | 8030 | - | - | - | - |
| | | | | | |
| **Sales Discounts** | 8050 | - | - | - | - |
| **Net Sales of Goods** | | - | - | - | - |
| | | | | | |
| **Royalty Income** | 8080 | - | - | - | - |
| **Other Income** | 8090 | 15,289 | 1,729 | (13,560) | -88.7% |
| **Net Sales** | 8100 | 15,289 | 1,729 | (13,560) | -88.7% |
| | | | | | |
| **Standard Cost of Goods Sold** | 8200 | 13,900 | 1,573 | (12,327) | -88.7% |
| **Direct Cost of Distribution** | 8210 | - | - | - | |
| **Royalties** | 8220 | - | - | - | - |
| **Contribution I** | 8300 | 1,389 | 156 | (1,233) | -88.8% |
| | | | | | |
| **Direct Promotion Costs** | 8320 | - | - | - | |
| **Cost of Free Goods & Samples** | 8340 | - | - | - | |
| **Contribution IA** | 8500 | 1,389 | 156 | (1,233) | -88.8% |
| | | | | | |
| **Own Field Force** | 8502 | - | - | - | |
| **Rented Field Force** | 8503 | - | - | - | |
| **Commission Co-Promotion** | 8504 | - | - | - | |
| **Contribution II** | 8505 | 1,389 | 156 | (1,233) | -88.8% |
| | | | | | |
| **General Promotion - Activities** | 8510 | - | - | - | |
| **Marketing & Sales Organization** | 8520 | - | - | - | |
| **Indirect Cost of Distribution** | 8540 | - | - | - | |
| **Research & Development I** | 8550 | - | - | - | |
| **Medicine I** | 8560 | - | - | - | |
| **Administration Cost** | 8610 | - | - | - | |
| **Variance Cost of Goods** | 8629 | - | - | - | |
| **Variance from Other Internal Service Chg** | 8630 | - | - | - | |
| **(Income)/Expense I** | 8640 | - | 4,074 | 4,074 | 100.0% |
| **Contribution III** | 8700 | 1,389 | (3,918) | (5,307) | -382.1% |

TMA related cost positions

| | PNR | Budget 2004 | Year End 2004 | Year End 2004 Over (Under) Budget 2004 | Variance % |
|---|---|---|---|---|---|
| **Cost of Reserve Capacity** | 8737 | 7,725 | 11,362 | 3,637 | 47.1% |
| **Cost of Idle Capacity** | 8738 | 1,497 | 1,726 | 229 | 15.3% |
| **(Income)/Expense II (reimbursement)** | 8742 | - | (26,388) | (26,388) | -100.0% |
| **Other Expenses in Production** | 8743 | - | 9,066 | 9,066 | 100.0% |
| **Contribution IV** | 8755 | (7,833) | 316 | 8,149 | -104.0% |

16

Confidential

BOEH04295717

### 2.3.1.  Affiliates BII (TMA)

The Affiliates BII (TMA) P&L reflects revenue and expense line items pertaining directly to the Toll Manufacturing Agreement between BII and Roxane Laboratories. Under this agreement products of the Spiriva and Tipranavir family will be packaged / manufactured by RLI and sold directly to BII without the intermediation of BIPI.  BII provides API as part of the contract free of charge.

Important information:
- TMA started in April 2004.
- In 2004, RLI only packages Spiriva products.
- The markup for these products according to the agreement is 10% of conversion costs.

**PNR 8100:  Net Sales**
- Down $13.6 Million
  - Lower volume manufactured, due to changes in demand from BII.

**PNR 8200: Standard Cost of Goods Sold**
- Down $12.3 Million
  - Reflects the decrease in units produced.

**PNR 8640:  Income / Expense I:**
- Down $4.1 Million.
  - One time charge of $4.1 Million for the disposal (write off) of the Spiriva Robots in December 2004 due to a change in the U.S. packaging configurations.

**PNR 8737: Cost of Reserved Capacity**
- Up $3.6 Million
  - Due to lower than budgeted Spiriva unit volume.

**PNR 8742: Income / Expense II**
- Up $26.4 Million
  - $13.0 Million in reimbursement of Cost of Reserve Capacity and Idle Capacity related to the production of Spiriva and Tipranavir according to the agreement.
  - Reimbursement of $4.0 Million in consideration of RLI's commitment to make its facility and personnel available for the manufacture of drug products.
  - Reimbursement of $9.4 Million in project related expenses for Spiriva

**PNR 8743: Other Expenses in Production:**
- Up $9.1 Million.
  - This line item consists of Spiriva Project Expenses that are no longer charged to BIPI due to the Toll Manufacturing Agreement between RLI and BII. These expenses were previously recorded on BIPI books and now remain on RLI books.

17

**Boehringer Ingelheim**
**Roxane Laboratories**

Actual 2004

18

Confidential

BOEH04295719


Boehringer Ingelheim
Roxane Laboratories

### 3. <u>Manufacturing Pharma</u>

The Columbus packaged volume for year end is approximately 49.7 million units, representing a 10% decrease from Budget 2004 of 54.9 million units. The overall decrease in packaged units is driven primarily by the reduction of MDI units resulting from the Spiriva launch. Fully manufactured units are down 0.6% due to lower than budgeted Spiriva volumes. Multisource production volume is down 25.1% due to delayed launch of Fluticasone and Clonidine. In addition aaiPharma is down 5.1% and Cebert was up 42.9%, versus the original Budget 2004.

Columbus Production spending in 2004 is $77.7 Million, or $5.2 million below Budget 2004 due to the following factors:
- Salary Expenses are lower due to lower than planned headcount which is a direct result of the lower Spiriva and Fluticazone volumes.
- Social costs are $1.0 Million unfavorable due to increased number of employees that have become fully vested after having achieved 5 years of service with the company following the hiring that took place as part of the OPINA project.
- Positive absorption and efficiency improvements attributed $5.3 Million in favorable variances.

Confidential

BOEH04295720

Boehringer Ingelheim
**Roxane Laboratories**

Actual 2004

### 4. **Human Resources - HR**

**ROXANE LABORATORIES, INC**
**Headcount**
**Actual 2004**

| | Actual 2003 | Budget 2004 | Actual 2004 | Actual 2004 Over(Under) Budget 2004 |
|---|---|---|---|---|
| **Pharmaceutical Manufacturing** | 752 | 827 | 765 | (62) |
| **Marketing Office** | - | - | - | - |
| **Marketing Field** | - | - | - | - |
| **Medicine Human Pharmaceutical** | 29 | 35 | 31 | (4) |
| **R&D Human Pharmaceutical** | 61 | 72 | 70 | (2) |
| **Central Functions** | 69 | 77 | 66 | (11) |
| **Total Headcount** | **911** | **1,011** | **932** | **(79)** |

**Regular Headcount**
- Down 79 positions.
  - o Medicine, R&D, and Central Functions had taken down their headcount by 17, 14 are attributable to the cost cutting measures requested by Headquarters and 3 are due to departmental turnover.
  - o Pharmaceutical Mfg also cut their headcount by 34 to comply with the cost cutting measures, furthermore the delayed launch of Fluticasone and Clonidine coupled with the reduction of packaged MDI units resulting from the Spiriva launch led to an additional reduction of 28 headcounts reduction.

20

Confidential

BOEH04295721

 Boehringer Ingelheim
**Roxane Laboratories**

Actual 2004

### ROXANE LABORATORIES, INC
### PERSONNEL COSTS
#### Actual 2004

**Thousands U.S.$**

| | Actual 2003 | Budget 2004 | Actual 2004 |
|---|---|---|---|
| **Personnel Costs** | 70,196 | 77,903 | 73,927 |
| **Restructuring** | - | - | - |
| **Total Personnel Costs** | 70,196 | 77,903 | 73,927 |
| **Pers. Costs (Excl. Restructuring) as a % of Net Sales** | 13.55% | 16.36% | 13.79% |
| **Total Headcount** | 911 | 1,011 | 932 |

**Personnel Costs**
- Down $4 Million
  - Due primarily to decrease in Salaries/Wages, which is a direct result of the actual 2004 headcount being 79 headcount less that Budget 2004.

21

Confidential

BOEH04295722

Boehringer Ingelheim
**Roxane Laboratories**

Actual 2004

22

Confidential


**Boehringer Ingelheim**
**Roxane Laboratories**

Actual 2004

## 5. <u>Information Technology - IT</u>

- IT costs reflect a $1.1 million decrease to 2004 Budget
  - o $0.2 Million decrease due to the transfer of 4 people transferring from IT into the Facilities area.
  - o $0.3 Million decrease in external services for the new IT Data Center construction and infrastructure cabling spending delayed until 2005.
  - o $0.1 Million decrease in communication costs due to credits received for MCI telephone charges and less than anticipated number of Secure ID tokens for remote access.
  - o $0.2 Million decrease in hardware/software maintenance costs due to contracts not renewed for Bindview, EMC, and other Server support.
  - o $0.2 Million decrease in depreciation due to timing of IT projects.

Confidential

BOEH04295724



Boehringer Ingelheim
Roxane Laboratories

Actual 2004

## ROXANE LABORATORIES
## INCOME STATEMENT
## TOTAL COMPANY
### Year End 2004 vs. Budget 2004

Thousands U.S.$

| | PNR | Year End 2003 | Budget 2004 | Year End 2004 | Year End 2004 Over (Under) Budget 2004 | Variance % |
|---|---|---|---|---|---|---|
| Gross Sales of Goods | 8030 | 616,598 | 995,537 | 700,970 | (294,567) | -29.6% |
| Sales Discounts | 8050 | 114,754 | 524,992 | 177,198 | (347,794) | -66.2% |
| Product Net Sales | | 501,844 | 470,545 | 523,773 | 53,228 | 11.3% |
| Royalty Income | 8080 | 362 | 241 | 422 | 181 | 75.1% |
| Other Income | 8090 | 16,029 | 5,455 | 11,764 | 6,309 | 115.7% |
| Net Sales | 8100 | 518,235 | 476,241 | 535,958 | 59,717 | 12.5% |
| Standard Cost of Goods Sold | 8200 | 402,241 | 341,619 | 420,549 | 78,930 | 23.1% |
| Direct Cost of Distribution | 8210 | 5,506 | 10,906 | 5,998 | (4,908) | -45.0% |
| Royalties | 8220 | 2,799 | 3,922 | 1,754 | (2,168) | -55.3% |
| Contribution I | 8300 | 107,689 | 119,794 | 107,657 | (12,137) | -10.1% |
| Direct Promotion Cost | 8320 | 886 | 1,032 | 609 | (423) | -41.0% |
| Cost of Free Goods & Samples | 8340 | - | - | - | - | |
| Contribution IA | 8500 | 106,803 | 118,762 | 107,048 | (11,714) | -9.9% |
| Own Field Force | 8502 | 1,838 | 2,538 | 2,436 | (102) | -4.0% |
| Rented Field Force | 8503 | - | - | - | - | |
| Commission Co-Promotion | 8504 | - | - | - | - | |
| Contribution II | 8505 | 104,965 | 116,224 | 104,612 | (11,612) | -10.0% |
| General Promotion - Activities | 8510 | 1 | - | - | - | |
| Marketing & Sales Organization | 8520 | 3,286 | 3,456 | 3,581 | 125 | 3.6% |
| Indirect Cost of Distribution | 8540 | 16,730 | 12,975 | 42,333 | 29,358 | 226.3% |
| Research & Development I | 8550 | 17,202 | 21,848 | 21,624 | (224) | -1.0% |
| Medicine I | 8560 | 12,883 | 18,204 | 14,199 | (4,005) | -22.0% |
| Administration Cost | 8610 | 10,898 | 9,492 | 8,005 | (1,487) | -15.7% |
| Variance Cost of Goods | 8629 | (61) | | 168 | 168 | 100.0% |
| Variance from Other Internal Service Chgs | 8630 | (901) | - | - | - | |
| (Income)/Expense I | 8640 | (9,351) | 1,895 | 6,324 | 4,429 | 233.7% |
| Contribution III | 8700 | 54,279 | 48,354 | 8,378 | (39,976) | -82.7% |
| Marketing II | 8733 | - | - | - | - | |
| Process Development | 8735 | 3,660 | 4,079 | 5,212 | 1,133 | 27.8% |
| Cost of Reserved Capacity | 8737 | | 7,725 | 11,362 | 3,637 | 47.1% |
| Cost of Idle Capacity | 8738 | 5,245 | 5,930 | 5,371 | (559) | -9.4% |
| Variances Production | 8739 | 4,958 | (136) | (1,752) | (1,616) | 1188.2% |
| (Income)/Expense II | 8742 | (954) | (12,732) | (37,720) | (24,988) | 196.3% |
| Other Expenses In Production | 8743 | 9,461 | 7,592 | 14,968 | 7,376 | 97.2% |
| Contribution IV | 8755 | 31,908 | 35,896 | 10,937 | (24,959) | -69.5% |
| Research & Development II | 8756 | 326 | - | - | - | |
| Medicine II | 8757 | 211 | - | - | - | |
| (Income)/Expense III | 8762 | 162 | 243 | 253 | 10 | 4.1% |
| Operating Income/(Loss) BA | 8800 | 31,209 | 35,653 | 10,684 | (24,969) | -70.0% |
| Financial (Income)/Expense | 8810 | 771 | 2,108 | 3,234 | 1,126 | 53.4% |
| Income/(Loss) Before Taxes | 8900 | 30,438 | 33,545 | 7,450 | (26,095) | -77.8% |
| Taxes | 8910 | 11,169 | 13,083 | 2,130 | (10,953) | -83.7% |
| Income/(Loss) After Taxes | 8990 | 19,269 | 20,462 | 5,320 | (15,142) | -74.0% |

24

Confidential

BOEH04295725

Boehringer Ingelheim
**Roxane Laboratories**                                          Actual 2004

## 6. Finance

### 6.1. Consolidated Income Statement

**Business Overview – Year End 2004**

**Prescription Medicine (Multisource) Summary (Net Sales & Contribution IV)**

- PNR 8100 – Net Sales decreased by $51.8 Million.
  - Fluticasone, Clonidine and Fluconazole down $66.7 Million due to delayed launch.
  - Megesterol up $14.5 Million primarily due to less price erosion than anticipated.
  - Roxicet up $11.1 Million primarily due to increased unit sales.

- PNR 8755 – Contribution IV decreased by $33.6 Million.
  - Indirect Cost of Distribution increased by $28 Million due primarily to obsolescence provisions and destructions.
  - Lower sales.

**Third Party Manufacturing Summary (Net Sales & Contribution IV)**

- PNR 8100 – Net Sales increase by $4.8 Million.
  - Increase of $3.0 Million in aaiPahrma product Oramorph and $2.1 Million in Roxicodone.

- PNR 8755 – Contribution IV is expected to fall by $1.6 Million.
  - Primarily due to bad debt expense of $1.5 Million for aaiPharma.

**Affiliates Summary (Net Sales & Contribution IV)**

- PNR 8100 – Net Sales increased $106.7 Million.
  - Primarily due to the not realized Mobic production transfer to Mexico.

- PNR 8755 – Contribution IV increased $15.9 Million.
  - Primarily due to Spiriva Project reimbursements.
  - Partially offset by higher Cost of Reserved Capacity and Other Expenses in Production.

**RLI Legal Entity (Contribution IV & Income after Taxes)**

- PNR 8755 – Contribution IV & PNR 8800 – Operating Income decreased $25 Million
  - Primarily due to higher expenses in Indirect Cost of Distribution, Income / Expenses I above Contribution III.
  - Primarily due to higher expenses in Cost of Reserve Capacity and Other Expenses in Production.
  - Partially offset by a reimbursement from BII shown in Income / Expense II, related to Cost of Reserved Capacity reimbursement for Spiriva according to the TMA.

- PNR 8810 – Financial Income / Expense increased by $1.1 Million.
  - Primarily due to an increase in Cash Expenses

- PNR 8890 – Operating Income decreased by $15.1 Million.

Confidential                                          BOEH04295726

**Boehringer Ingelheim**
**Roxane Laboratories**

Actual 2004

26

Confidential

BOEH04295727

 Boehringer Ingelheim
Roxane Laboratories

Actual 2004

### 6.2.   Capital Expenditure

The RLI 2004 Budget was $63.5 Million. The 2004 Actual is $54.6 Million, or 86% of the total budget. The reduced spending of $8.9 Million is mainly due to project delays and cancellations.

| Function | 2004 Bud | 2004 Act | Variance |
|---|---|---|---|
| CBMD | $2,822 | $1,061 | -$1,761 |
| R&D | $871 | $665 | -$206 |
| Mfg. Pharma | 58,937 | $50,624 | -$8,313 |
| Infrastructure | $850 | $2,210 | $1,360 |
| **Total** | **$63,481** | **$54,560** | **-$8,921** |

Major projects that contributed to this decreased spending are as follows:

| No. | Name | 2004 Bud | 2004 Act | Variance | Comment |
|---|---|---|---|---|---|
| 095 | Thermoformers (S15) | 4,800 | 1,195 | -3,605 | Implementation delays |
| 106 | East Solids Mfg Upgrade | 1,344 | 3,388 | 2,044 | Carry-over from 2003 |
| 117 | Liquids Mfg Safety Upgrades | 5,500 | 7,924 | 2,424 | Project accelerated from 2005 |
| 119 | Spiriva - Phase B (CC#485447) | 24,949 | 26,880 | 1,931 | Impact of exchange rate fluctuations |
| 142 | Oak Street Plant | 2,750 | 150 | -2,600 | Delay - lack of scope definition |
| 146 | IT Data Center | 1,440 | 16 | 1,424 | Implementation delays |
| 171 | SO3 Upgrades | 1,350 | 0 | -1,350 | Cancelled |

Confidential

BOEH04295728



Boehringer Ingelheim
Roxane Laboratories

Actual 2004

### ROXANE LABORATORIES, INC.
### BALANCE SHEET
#### Year End 2004 vs. Budget 2004

Thousands U.S.$

| | PNR | Actual 2003 | Budget 2004 | Year End 2004 | Year End 2003 Over (Under) Budget 2003 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Intangible Assets | 1090 | 4,206 | 3,459 | 3,459 | - |
| Property, Plant and Equipment | 1190 | 137,997 | 185,501 | 163,009 | (22,492) |
| Long-term Investments | 1290 | 43 | 10 | 43 | 33 |
| Total Prop, Plant, Equip, and Invest | 1300 | 142,246 | 188,970 | 166,511 | (22,459) |
| Inventories | 1390 | 109,543 | 107,137 | 115,607 | 8,470 |
| Trade Accounts Receivable 3rd Parties | 1400 | 37,055 | 120,279 | 56,378 | (63,901) |
| Trade Accounts Receivable fr. Affil. Comp. | 1410 | - | - | - | - |
| Short-Term advances to Affiliates | 1420 | - | - | - | - |
| Other Assets | 1500 | 9,738 | 25,242 | 3,446 | (21,796) |
| Deferred Tax Assets | 1510 | 33,915 | 25,000 | 51,370 | 26,370 |
| Total Receivables | 1590 | 80,708 | 170,521 | 111,194 | (59,327) |
| Liquid Funds | 1790 | - | - | - | - |
| Prepaid Expenses a.o. deferred items | 1890 | 343 | 125 | 439 | 314 |
| Total Current Assets | 1900 | 190,594 | 277,783 | 227,240 | (50,543) |
| Total Assets | 1000 | 332,840 | 466,753 | 393,751 | (73,002) |
| **SHAREHOLDERS' EQUITY, PROVISIONS, AND LIABILITIES** | | | | | |
| Share Capital | 2010 | 19 | 19 | 19 | - |
| Additional Paid-In Capital | 2020 | 8,735 | 8,735 | 8,735 | - |
| Retained Earnings, Opening Balance | 2200 | 46,121 | 60,599 | 46,121 | (14,478) |
| Interim Dividends | 2207 | - | - | - | - |
| Net Income (Loss), Current Period | 2210 | 19,269 | 20,462 | 5,320 | (15,142) |
| Total Shareholders' Equity | 2300 | 74,144 | 89,815 | 60,195 | (29,620) |
| Provision for Pensions | 2410 | 17,195 | 24,000 | 21,102 | (2,898) |
| Tax Provisions | 2450 | 59,924 | 17,000 | 34,166 | 17,166 |
| Deferred Tax Prov/Liabilities | 2470 | 12,837 | - | 18,025 | 18,025 |
| Other Provisions and Accruals | 2500 | 70,466 | 73,024 | 71,975 | (1,049) |
| Total Provisions | 2600 | 160,422 | 114,024 | 145,268 | 31,244 |
| Trade Accounts Payable | 2610 | 19,591 | 48,776 | 24,761 | (24,015) |
| Payable to Banks | 2630 | - | - | - | - |
| Payables to Affiliates | 2720 | 6,650 | 9,000 | 71,428 | 62,428 |
| Loans from Affiliates | 2740 | 62,342 | 204,388 | 88,721 | (115,667) |
| Other Liabilities | 2820 | 87 | 750 | 153 | (597) |
| Total Liabilities | 2900 | 88,670 | 262,914 | 185,063 | (77,851) |
| Deferred Income | 2950 | 9,604 | - | 3,225 | 3,225 |
| Total Liabilities and Provisions | 2990 | 258,696 | 376,938 | 333,556 | (43,382) |
| Total Equity, Liabilities and Provisions | 2000 | 332,840 | 466,753 | 393,751 | (73,002) |

28

Confidential

BOEH04295729

Boehringer Ingelheim
**Roxane Laboratories**                                                    Actual 2004

### 6.3.  Balance Sheet

**PNR 1300:  Property, Plant and & Equipment**
- Down $22.4 Million.
  - Year-end 2003 was $7.8 Million lower than anticipated in Budget 2004.
  - Capital expenditures were reduced in 2004 mainly due to project delays and cancellations.

**PNR 1390:  Inventories**
- Up $8.5 Million
  - Due primarily to $22 Million of Mobic bulk that was in transit at year end to support the increased sales forecast that resulted from the Vioxx withdrawal.
  - Partially offset by inventory reserves established to cover potential dating issues with Fluticazone inventory.

**PNR 1400:  Trade Accounts Receivables –3rd Parties**
- Down $63.9 Million.
  - Reflects the effort being made to reduce the number of days of sales outstanding, which has already been reduced from 61 to 47 days.

**PNR 1500:  Other Assets**
- Down $21.8 Million.
  - Due primarily to the elimination of the Elan receivables ($25 Million) when aai Pharma purchased its product lines.

**PNR 1510:  Deferred Tax Assets & PNR 2470 Deferred Tax Prov/Liab**
- Up $8.3 Million.
  - The budgeted number for 2004 is a combination of Deferred Tax Asset and Deferred Tax Liability.
  - Increases in Pension reserves and Chargeback reserves.

**PNR 2200:  Retained Earnings, Opening Balance**
- Down $14.5 Million.
  - In 2004 RLI paid an Interim Dividend of $ 19.3 Million to BIC.

**PNR 2410:  Provision for Pensions**
- Down $2.9 Million.
  - Lowered due to funding in 2004.

**PNR 2450 Tax Provisions**
- Up $17.2 Million.
  - Due to higher balances in Tax Provision accounts at the year end.

**PNR 2500: Other Provisions and Accruals**
- Down $1.0 Million.
  - Closed out UDV reserve and reclassed $1.5Million to Income / Expense I.

**PNR 2610: Trade Accounts Payable**
- Down $24.0 Million.
  - Revised down to be in accordance to current balances.

29


Boehringer Ingelheim
Roxane Laboratories

Actual 2004

**ROXANE LABORATORIES, INC.**
**BALANCE SHEET**
Year End 2004 vs. Budget 2004

Thousands U.S.$

| | PNR | Actual 2003 | Budget 2004 | Year End 2004 | Year End 2003 Over (Under) Budget 2003 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Intangible Assets | 1090 | 4,206 | 3,459 | 3,459 | - |
| Property, Plant and Equipment | 1190 | 137,997 | 185,501 | 163,009 | (22,492) |
| Long-term Investments | 1290 | 43 | 10 | 43 | 33 |
| Total Prop, Plant, Equip, and Invest | 1300 | 142,246 | 188,970 | 166,511 | (22,459) |
| Inventories | 1390 | 109,543 | 107,137 | 115,607 | 8,470 |
| Trade Accounts Receivable 3rd Parties | 1400 | 37,055 | 120,279 | 56,378 | (63,901) |
| Trade Accounts Receivable fr. Affil. Comp. | 1410 | - | - | - | - |
| Short-Term advances to Affiliates | 1420 | - | - | - | - |
| Other Assets | 1500 | 9,738 | 25,242 | 3,446 | (21,796) |
| Deferred Tax Assets | 1510 | 33,915 | 25,000 | 51,370 | 26,370 |
| Total Receivables | 1590 | 80,708 | 170,521 | 111,194 | (59,327) |
| Liquid Funds | 1790 | - | - | - | - |
| Prepaid Expenses a.o. deferred items | 1890 | 343 | 125 | 439 | 314 |
| Total Current Assets | 1900 | 190,594 | 277,783 | 227,240 | (50,543) |
| Total Assets | 1000 | 332,840 | 466,753 | 393,751 | (73,002) |
| **SHAREHOLDERS' EQUITY, PROVISIONS, AND LIABILITIES** | | | | | |
| Share Capital | 2010 | 19 | 19 | 19 | - |
| Additional Paid-In Capital | 2020 | 8,735 | 8,735 | 8,735 | - |
| Retained Earnings, Opening Balance | 2200 | 46,121 | 60,599 | 46,121 | (14,478) |
| Interim Dividends | 2207 | - | - | - | - |
| Net Income (Loss), Current Period | 2210 | 19,269 | 20,462 | 5,320 | (15,142) |
| Total Shareholders' Equity | 2300 | 74,144 | 89,815 | 60,195 | (29,620) |
| Provision for Pensions | 2410 | 17,195 | 24,000 | 21,102 | (2,898) |
| Tax Provisions | 2450 | 59,924 | 17,000 | 34,166 | 17,166 |
| Deferred Tax Prov/Liabilities | 2470 | 12,837 | - | 18,025 | 18,025 |
| Other Provisions and Accruals | 2500 | 70,466 | 73,024 | 71,975 | (1,049) |
| Total Provisions | 2600 | 160,422 | 114,024 | 145,268 | 31,244 |
| Trade Accounts Payable | 2610 | 19,591 | 48,776 | 24,761 | (24,015) |
| Payable to Banks | 2630 | - | - | - | - |
| Payables to Affiliates | 2720 | 6,650 | 9,000 | 71,428 | 62,428 |
| Loans from Affiliates | 2740 | 62,342 | 204,388 | 88,721 | (115,667) |
| Other Liabilities | 2820 | 87 | 750 | 153 | (597) |
| Total Liabilities | 2900 | 88,670 | 262,914 | 185,063 | (77,851) |
| Deferred Income | 2950 | 9,604 | - | 3,225 | 3,225 |
| Total Liabilities and Provisions | 2990 | 258,696 | 376,938 | 333,556 | (43,382) |
| Total Equity, Liabilities and Provisions | 2000 | 332,840 | 466,753 | 393,751 | (73,002) |

30


**Boehringer Ingelheim**
**Roxane Laboratories**

Actual 2004

**PNR 2720 & 2740:  Payables to / Loans from Affiliates**
- Down $53.2 Million.
  - o  Primarily due to the $51 Million received from Elan in 2003 that had not been captured in Budget 2004.

**PNR 2950:  Deferred Income a.o. Def. Credits**
- Up $3.3 Million.
  - o  Expected payment which represents outstanding claims pending from the lawsuit settlement for Marinol returns, other returns and chargebacks.

31

Confidential