# TAB 52

Abcde**f**          Abcdef

*Boehringer Ingelheim
Roxane, Inc.*
*&*
*Roxane Laboratories Inc.*

*2005 Year End
Commentary*

# ABCDEF

## Table of Contents

1.  ACKNOWLEDGMENT .................................................................................1

2.  MANAGEMENT SUMMARY .....................................................................2

3.  BUSINESSES...............................................................................................4

   3.1.   MULTISOURCE – 1548 6A & 1658 6X .............................................4

   3.2.   CONTRACT MANUFACTURING (AAI PHARMA & CEBERT) – 1548 6E ...................9

   3.3.   AFFILIATES – 1548 6G ...................................................................11

      3.3.1.  Affiliates BII (TMA) ................................................................14

4.  OPERATIONS...........................................................................................15

5.  HUMAN RESOURCES..............................................................................16

6.  INFORMATION TECHNOLOGY ...........................................................20

7.  FINANCE ..................................................................................................22

   7.1.   FINANCIAL INCOME STATEMENT ................................................22

      7.1.1.  BIRI (1548) ...............................................................................22

      7.1.2.  RLI (1658) ................................................................................24

   7.2.   CAPITAL EXPENDITURE ...............................................................25

      7.2.1.  BIRI (1548) ...............................................................................25

      7.2.2.  RLI (1658) ................................................................................26

   7.3.   BALANCE SHEET ..........................................................................28

      7.3.1.  BIRI (1548) ...............................................................................28

      7.3.2.  RLI (1658)................................................................................31

Confidential

BOEH02522568

# ABCDEF

2005 Year End

## 1.    ACKNOWLEDGMENT

On April 4th, 2005, Roxane Laboratories, Inc. was divided into two legal entities under the Boehringer Ingelheim Corporation umbrella.  Each legal entity has its own separate name and separate legal entity status.

The Operations, Manufacturing, and Distribution functions of the business have been grouped under Boehringer Ingelheim Roxane, Inc. – BIRI, company code 1548, and have the following business segments:

- 1548-6-6E-1800 Toll Manufacturing
- 1548-6-6E-1801 Outlicensing
- 1548-6-6G-2998 RLI Intercompany Sales
- 1548-6-6G-2999 BIPI Intercompany Sales
- 1548-6-6G-6999 Exports to BII (TMA)

With this change, BIPI Production, Quality Control, and Reno Distribution Center have been incorporated into BI Roxane, Inc., which have already been under Operations Management responsibility.

The Marketing, Multisource Sales, and Scientific Affairs functions of the business have been grouped under Roxane Laboratories, Inc. – RLI, company code 1658, and will have the following business segment:

- 1658-6-6X-1500 Multisource

Special Notes:

- There was no Budget 2005 reported for company 1658. The decision was made to start reporting with Preview 2005.
- Multisource products produced in BIRI will be charged with a 10% markup to RLI.  This was not reflected in the submitted Multisource Budget 2005.

1

# ABCDEF

## 2. MANAGEMENT SUMMARY

### BIRI (1548) Legal Entity

BIRI's financial outcome for the year of 2005 was influenced by the following major topics:

<u>Affiliates</u>

- Increased Mobic demand due to VIOXX withdrawal accounts for an increase of $181.5 million in sales.
- Increase of $13.7 million in Sales of Catapres TTS.
- Increase of $9.7 million in Sales of Atrovent.
- Decreased production volume of Spiriva, Fluticasone and Clonidine.

### RLI (1658) Legal Entity

RLI's financial outcome for the year of 2005 was influenced by the following major topics:

<u>Multisource:</u>

- Launch of Fluticasone was delayed until 2006 due to FDA approval issues, resulting in a lost of $102.7 million in planned net sales.
- Launch of Clonidine was cancelled due to lack of generic competition, resulting in a lost of $8.7 million in planned net sales.
- Settlement of the AWP litigation in the state of Texas.

2

# ABCDEF

2005 Year End

**ROXANE LABS, INC.**
**PRESCRIPTION MEDICINE BY PRODUCT**
Multisource Net Sales
Year End 2005 vs. Budget 2005

Thousands U.S.S

| TOP 10 PRODUCTS | Year End 2004 | Budget 2005 | Year End 2005 | YE 2005 Over (Under) Bud 2005 |
|---|---|---|---|---|
| CLOTRIMAZOLE | 9,747 | 13,250 | 21,189 | 7,939 |
| METHADONE | 17,484 | 15,061 | 20,070 | 5,009 |
| MEGESTROL AC | 26,046 | 11,273 | 19,391 | 8,118 |
| PREDNISONE | 24,114 | 16,690 | 18,942 | 2,252 |
| ROXICET | 14,195 | 10,685 | 12,675 | 1,990 |
| LITHIUM | 7,783 | 6,735 | 11,935 | 5,200 |
| MERCAPTOPURINE | 8,474 | 10,106 | 10,678 | 572 |
| AZATHIOPRINE | 9,626 | 8,303 | 10,213 | 1,910 |
| DEXAMETHASON | 8,427 | 6,203 | 9,869 | 3,666 |
| LITHIUM CR | | 3,471 | 9,554 | 6,084 |
| Other Products | 83,445 | 232,203 | 97,452 | (134,751) |
| Discontinued Products | 2,029 | | (28) | (28) |
| Net Sales | 211,370 | 333,980 | 241,940 | (92,040) |

| NEW LAUNCHES IN 2005 | | | | |
|---|---|---|---|---|
| CLARITHROMYCIN | | 7,369 | 4,880 | (2,489) |
| LITHIUM ER | | 624 | - | (624) |
| PILOCARPINE | | 10,485 | 934 | (9,551) |
| CALCITROL | | 533 | - | (533) |
| TORSEMIDE | | 158 | 386 | 228 |
| OXANDROLONE | | 183 | - | (183) |
| ZIDOVUDINE | | 95 | 452 | 357 |
| CILOSTAZOL | | 1,970 | 125 | (1,845) |
| TOTAL | | | 6,777 | (14,640) |

3

# ABCDEF

2005 Year End

## 3.    BUSINESSES

### 3.1.    Multisource – 1548 6A & 1658 6X

#### Year End '05 vs. Budget 05

Due to the Legal Entity split effective April 4th 2005, the first three months of the Multisource business are shown under the BIRI legal entity (1548), formerly named RLI (1548), and the remaining 9 months are shown under the new RLI legal entity (1658).  For comparison purposes only, the Multisource businesses of the two legal entities have been consolidated in the following presentation.

**PNR 8100: Net Sales**
- Down $92.0 million.
  - **Fluticasone**: down $102.7 million. Product did not launch as expected.
  - **Pilocarpine**: down $9.6 million due to more competition than assumed.
  - **Clonidine**: down $8.7 million. Product did not launch as expected.
  - **Megestrol AC**: up $8.1 million due to less competition
  - **Clotrimazole**: up $7.9 million. Product launched earlier than expected, as the sole generic.
  - **Lithium CR**: up $6.1 million**.** Competition left market, leaving RLI as sole source for many materials.
  - **Fosinopril**: down $5.8 million. Product did not launch as expected
  - **Lorazepam**: down $5.4 million due to a recall in December, 2004. Normal delivery reestablished in October, 2005.
  - **Lithium**: up $5.2 million**.** Competition left market, leaving RLI as sole source for many materials.
  - **Methadone**: up $5.0 million. The market for this product is increasing, with no additional competition this year.
  - **Mefloquine**: up $4.5 million due to fewer competitors than expected.
  - **Cyclophosphamide**: down $4.3 million due to a declining market.
  - **Other Products with substantial variances**:
    - Dexamethason is up $3.7 million
    - Mirtazipine is down $3.1 million
    - Morphine is up $3.0 million
    - Hydromorphone is up $2.9 million
    - Furosemide is down $2.8 million
    - Clarithromycin is down $2.5 million
    - Anagrelide is down $2.5 million
    - Flecainide is up $2.5 million
    - Prednisone is up $2.3 million
    - Citalopram is down $2.2 million
    - Citalopram Oral is up $2.2 million
    - Digoxin is up $2.2 million
    - Roxicet is up $2.0 million

4

# ABCDEF

2005 Year End

**ROXANE LAB., INC. & BI ROXANE, INC.**
**INCOME STATEMENT**
**Multisource**
**Year End 2005 vs Budget 2005**

Thousands U.S.S

| | PNR | Year End 2004 | Budget 2005 | Year End 2005 | YE 2005 Over (Under) Bud 2005 | Variance % |
|---|---|---|---|---|---|---|
| Gross Sales of Goods | 8030 | 388,568 | 860,960 | 458,142 | (402,818) | -46.8% |
| Sales Discounts | 8050 | 177,198 | 526,980 | 216,204 | (310,776) | -59.0% |
| Royalty Income | 8080 | - | - | - | - | - |
| Other Income | 8090 | - | - | - | - | - |
| Net Sales | 8100 | 211,370 | 333,980 | 241,938 | (92,042) | -27.6% |
| Standard Cost of Goods Sold | 8200 | 103,786 | 164,164 | 119,547 | (44,617) | -27.2% |
| Direct Cost of Distribution | 8210 | 5,998 | 11,948 | 4,280 | (7,668) | -64.2% |
| Royalties | 8220 | 1,754 | 3,573 | 1,145 | (2,428) | -67.9% |
| Contribution I | 8300 | 99,832 | 154,294 | 116,966 | (37,328) | -24.2% |
| Direct Promotion Costs | 8320 | 609 | 1,160 | 868 | (292) | -25.2% |
| Direct Scientific Product Support | 8321 | - | - | - | - | - |
| Cost of Free Goods & Samples | 8340 | - | - | - | - | - |
| Contribution I | 8500 | 99,223 | 153,134 | 116,098 | (37,036) | -24.2% |
| Own Field Force | 8502 | 2,436 | 2,424 | 2,256 | (168) | -6.9% |
| Rented Field Force | 8503 | - | - | - | - | - |
| Commission Co-Promotion | 8504 | - | - | - | - | - |
| Contribution II | 8505 | 96,787 | 150,710 | 113,842 | (36,868) | -24.5% |
| General Promotion - Activities | 8510 | - | - | - | - | - |
| Marketing & Sales Organization | 8520 | 3,581 | 3,763 | 3,599 | (164) | -4.4% |
| Indirect Cost of Distribution | 8540 | 38,616 | 12,276 | 7,046 | (5,230) | -42.6% |
| Research & Development I | 8550 | 21,624 | 28,994 | 31,038 | 2,044 | 7.1% |
| Medicine I | 8560 | 13,972 | 18,096 | 17,840 | (256) | -1.4% |
| Administration Cost | 8610 | 1,976 | 7,905 | 8,651 | 746 | 9.4% |
| Variance Cost of Goods | 8629 | 224 | - | 51 | 51 | 100.0% |
| Variance from Other Internal Service Chgs | 8630 | - | - | 188 | 188 | 100.0% |
| (Income)/Expense I | 8640 | (477) | 472 | 42,799 | 42,327 | 8967.5% |
| Contribution III | 8700 | 17,271 | 79,204 | 2,630 | (76,574) | -96.7% |
| Marketing II | 8733 | - | - | - | - | - |
| Process Development | 8735 | 5,166 | - | - | - | - |
| Cost of Reserve Capacity | 8737 | - | - | - | - | - |
| Cost of Idle Capacity | 8738 | - | 683 | 162 | (521) | -76.3% |
| Variances Production | 8739 | (1,166) | (61) | (2,814) | (2,753) | 4513.1% |
| (Income)/Expense II | 8742 | (10,296) | - | 6,924 | 6,924 | 100.0% |
| Other Expenses In Production | 8743 | 4,628 | 2,880 | 1,839 | (1,041) | -36.1% |
| Contribution IV | 8755 | 18,939 | 75,702 | (3,481) | (79,183) | -104.6% |

Special Notes to Standard Cost of Goods:

| | | | | | | |
|---|---|---|---|---|---|---|
| Standard Cost of Goods Sold (adjusted*) | 8200 | 103,786 | 164,164 | 111,177 | (52,987) | -32.3% |
| Resulting Contribution III | 8700 | 17,271 | 79,204 | 11,000 | (68,204) | -86.1% |
| Resulting Contribution IV | 8755 | 18,939 | 75,702 | 4,890 | (70,812) | -93.5% |

\* Year End 05 has been adjusted to <u>disconsider</u> the effect of 10% increase in CoGS for the
product transfer from BIRI to RLI as of April 2005.

5

# ABCDEF

### Year End '05 vs. Budget 05 (cont.)

**PNR 8200: Standard Cost of Goods Sold (adjusted)**
- Down $53.0 million.
  - The lower costs are due to the products in budget 2005 that did not launch (i.e. Fluticasone accounts for $41.8 million and Clonidine for $7.5 million).

**PNR 8210: Direct Cost of Distribution**
- Down $7.7 million.
  - This variance is mainly caused by the non launch of products, with Fluticasone accounting for $4.8 million.

**PNR 8220: Royalties**
- Down $2.4 million.
  - Primarily due to Lorazepam, that was recalled in December, 2004 and re-launched in October, 2005.

**PNR 8540: Indirect Cost of Distribution**
- Down $5.2 million.
  - Mainly due to a reversal of an accrual made in 2004 for $3.4 million for Fluticasone active drug due to a quality issue as the vendor provided replacement material.

**PNR 8550: Research & Development I**
- Up $2.0 million.
  - Due mainly to a record number ANDAs submitted to the FDA 19 and projects started, 21.

**PNR 8610: Administration Cost**
- Up $0.7 million.
  - Primarily due to outside legal expenses associated with AWP cases.

**PNR 8640: Income / Expense I**
- $42.3 million unfavorable.
  - This variance is due a non-budgeted $43 M accrual into the legal reserve.

**PNR 8739: Variances Production**
- $2.8 million favorable.
  - The variance is due to favorable volume variances primarily in 1st Quarter of 2005

6

# ABCDEF

**PNR 8742: Income / Expense II**
- $6.9 million unfavorable.
  - Due primarily to change in methodology. Budget 2005 had no charges to this PNR. However, with the new legal entity change, this PNR will capture all of the Multisource related production expenses and variances between Contr. III and IV.  Included in the actual results are mainly reserves for discontinued products.

7

# ABCDEF

2005 Year End

**BOEHRINGER INGELHEIM ROXANE, INC.**
**INCOME STATEMENT**
**Contract Mfg (Toll & Outlicensing)**
**Year End 2005 vs. Budget 2005**

Thousands U.S.$

| | PNR | Year End 2004 | Budget 2005 | Year End 2005 | YE 2005 Over (Under) Bud 05 | Variance % |
|---|---|---|---|---|---|---|
| Gross Sales of Goods | 8030 | 4,928 | 5,534 | 6,685 | 1,151 | 20.8% |
| Sales Discounts | 8050 | - | - | - | - | - |
| Royalty Income | 8080 | 422 | 277 | 515 | 238 | 85.8% |
| Other Income | 8090 | 9,975 | 4,508 | 6,067 | 1,559 | 34.6% |
| Net Sales | 8100 | 15,325 | 10,318 | 13,267 | 2,949 | 28.6% |
| Standard Cost of Goods Sold | 8200 | 15,064 | 10,402 | 12,574 | 2,172 | 20.9% |
| Direct Cost of Distribution | 8210 | | 136 | | (136) | -100.0% |
| Royalties | 8220 | - | - | - | - | - |
| Contribution I | 8300 | 261 | (219) | 692 | 911 | -415.8% |
| Direct Promotion Costs | 8320 | - | - | - | - | - |
| Direct Scientific Product Support | 8321 | - | - | - | - | - |
| Cost of Free Goods & Samples | 8340 | - | - | - | - | - |
| Contribution IA | 8500 | 261 | (219) | 692 | 911 | -415.8% |
| Own Field Force | 8502 | - | - | - | - | - |
| Rented Field Force | 8503 | - | - | - | - | - |
| Commission Co-Promotion | 8504 | - | - | - | - | - |
| Contribution II | 8505 | 261 | (219) | 692 | 911 | -415.8% |
| General Promotion - Activities | 8510 | - | - | - | - | - |
| Marketing & Sales Organization | 8520 | - | - | - | - | - |
| Indirect Cost of Distribution | 8540 | 1,792 | 719 | (269) | (988) | -137.4% |
| Research & Development I | 8550 | - | - | - | - | - |
| Medicine I | 8560 | 453 | 213 | 186 | (27) | -12.7% |
| Administration Cost | 8610 | 286 | 450 | 290 | (160) | -35.5% |
| Variance Cost of Goods | 8629 | - | - | - | - | - |
| Variance from Other Internal Service Chgs | 8630 | | | (7) | (7) | -100.0% |
| (Income)/Expense I | 8640 | 2,316 | 690 | 2,179 | 1,489 | 215.8% |
| Contribution III | 8700 | (4,586) | (2,292) | (1,687) | 605 | -26.4% |
| Marketing II | 8733 | - | - | - | - | - |
| Process Development | 8735 | - | - | - | - | - |
| Cost of Reserve Capacity | 8737 | - | - | - | - | - |
| Cost of Idle Capacity | 8738 | - | - | - | - | - |
| Variances Production | 8739 | 423 | (4) | 271 | 275 | -6879.3% |
| (Income)/Expense II | 8742 | (1,036) | (1,000) | (1,000) | | - |
| Other Expenses In Production | 8743 | 101 | 428 | (29) | (457) | -106.8% |
| Contribution IV | 8755 | (4,074) | (1,716) | (929) | 787 | -45.8% |

8

BOEH02522576

# ABCDEF

### 3.2.    Contract Manufacturing (aai Pharma & Cebert) – 1548 6E

The Contract Manufacturing P&L reflects revenue and expense line items pertaining to the divestiture of the Pain/Palliative products to aaiPharma (originally sold to Elan) which include Duraclon, Oramorph, Roxanol and Roxicodone as well as the products outlicensed to Cebert, which pertain to the Methadone family. Effective July 2005, aaiPharma has sold the Pain products to Xanodyne.

**Year End '05 vs. Budget 05**

**PNR 8100: Net Sales**
- Up $2.9 million.
  - Due primarily to the aaiPharma/Xanodyne product Roxicodone, which is up $3.0 Million.

**PNR 8200: Standard Cost of Goods Sold**
- Up $2.2 million.
  - Due to the increase in respective Net Sales of aaiPharma/Xanodyne and Cebert Products.

**PNR 8540: Indirect Cost of Distribution**
- Down $1.0 million.
  - Due to reversal of a 2004 inventory provision for aaiPharma that had been established because of aaiPharma's poor financial condition.

**PNR 8640: (Income)/Expense I**
- Up $1.5 million.
  - Due to write off of intangible assets related to the original methadone purchase from Eli Lily.

**PNR 8743: Other Expenses in Production**
- Down $0.5 million.
  - Lower product related destructions.

9

# ABCDEF

2005 Year End

**BOEHRINGER INGELHEIM ROXANE, INC.**
**INCOME STATEMENT**
**Affiliates**
**Year End 2005 vs. Budget 2005**

Thousands U.S.$

| | PNR | Year End 2004 | Budget 2005 | Year End 2005 | YE 2005 Over (Under) Bud 05 | Variance % |
|---|---|---|---|---|---|---|
| Gross Sales of Goods | 8030 | 307,474 | 118,836 | 440,638 | 321,802 | 270.8% |
| Sales Discounts | 8050 | - | - | (271) | (271) | -100.0% |
| Royalty Income | 8080 | - | - | - | - | |
| Other Income | 8090 | 1,789 | 9,983 | 5,928 | (4,055) | -40.6% |
| Net Sales | 8100 | 309,263 | 128,819 | 446,837 | 318,018 | 246.9% |
| Standard Cost of Goods Sold | 8200 | 301,699 | 125,338 | 428,613 | 303,275 | 242.0% |
| Direct Cost of Distribution | 8210 | - | - | - | - | |
| Royalties | 8220 | - | - | (48) | (48) | -100.0% |
| Contribution I | 8300 | 7,564 | 3,481 | 18,272 | 14,791 | 424.9% |
| Direct Promotion Costs | 8320 | - | - | - | - | |
| Direct Scientific Product Support | 8321 | - | - | - | - | |
| Cost of Free Goods & Samples | 8340 | - | - | - | - | |
| Contribution IA | 8300 | 7,564 | 3,481 | 18,272 | 14,791 | 424.9% |
| Own Field Force | 8302 | - | - | - | - | |
| Rented Field Force | 8303 | - | - | - | - | |
| Commission Co-Promotion | 8304 | - | - | - | - | |
| Contribution II | 8305 | 7,564 | 3,481 | 18,272 | 14,791 | 424.9% |
| General Promotion - Activities | 8510 | - | - | - | - | |
| Marketing & Sales Organization | 8520 | - | - | 1 | 1 | 100.0% |
| Indirect Cost of Distribution | 8540 | 1,925 | 480 | 502 | 22 | 4.5% |
| Research & Development I | 8550 | - | - | - | - | |
| Medicine I | 8560 | (226) | 25 | (40) | (65) | -258.6% |
| Administration Cost | 8610 | 5,743 | 3,504 | 4,948 | 1,444 | 41.2% |
| Variance Cost of Goods | 8629 | (56) | - | (61) | (61) | -100.0% |
| Variance from Other Internal Service Chgs | 8630 | - | - | (384) | (384) | -100.0% |
| (Income)/Expense I | 8640 | 4,485 | 248 | 802 | 554 | 223.4% |
| Contribution III | 8700 | (4,307) | (776) | 12,504 | 13,280 | -1711.3% |
| Marketing II | 8733 | - | - | - | - | |
| Process Development | 8735 | 46 | - | 11 | 11 | 100.0% |
| Cost of Reserve Capacity | 8737 | 11,362 | 11,225 | 12,592 | 1,367 | 12.2% |
| Cost of Idle Capacity | 8738 | 5,371 | 3,408 | 3,485 | 77 | 2.3% |
| Variances Production | 8739 | (1,009) | (46) | (4,219) | (4,173) | 9071.7% |
| (Income)/Expense II | 8742 | (26,388) | (12,225) | (34,249) | (22,024) | 180.2% |
| Other Expenses In Production | 8743 | 10,239 | 9,581 | 20,576 | 10,995 | 114.8% |
| Contribution IV | 8755 | (3,929) | (12,720) | 14,308 | 27,028 | -212.5% |

10

BOEH02522578

# ABCDEF

### 3.3.    Affiliates – 1548 6G

The Affiliates P&L reflects revenue and expense line items pertaining to the business fields 6G – 2999 BIPI Intercompany Sales, 6G – 6999 Exports to BII and, as of April 2005, 6G – 2998 RLI Intercompany Sales.

**Year End '05 vs. Budget 05**

**PNR 8100: Net Sales**
- Up $318.0 million.
  - Increased Mobic demand due to VIOXX withdrawal accounts for an increase of $181.5 million in BIRI Affiliate Sales.
  - Increase of $13.7 million in Sales of Catapres TTS
  - Increase of $9.7 million in Sales of Atrovent (HFA accounted for $3.3million)
  - Legal entity change for Multisource business attributed $111.9 million in Sales previously reported under Third Party business.

**PNR 8200: Standard Cost of Goods Sold**
- Up $303.3 million.
  - Increase is attributable to the increase in Net Sales.

**PNR 8610 Administration Cost**
- Up $1.4 million.
  - Increase is attributed to the split methodology and the relative increase in Affiliate Sales and COGS and decrease in Multisource Sales and COGS.

**PNR 8737: Cost of Reserve Capacity**
- Up $1.4 million.
  - Lower production volumes for the Spiriva Export business.

**PNR 8739: Variances Production**
- Down $4.2 million.
  - Favorable $6.0 million purchase price variance, $4.0 million efficiency variances and $4.0 million absorption variances.
  - Unfavorable production capitalization variances.
  - Unfavorable Spiriva absorption and production variances million
  - Unfavorable Ridgefield Operations absorption and production variances

11

# ABCDEF

**PNR 8742: (Income)/Expense II**
- $22.0 million favorable.
  - $7.1 million in reimbursement for Spiriva Project.
  - $1.4 million in reimbursement for Cost of Reserve Capacity for Spiriva
  - $9.1 million in chargeback for Multisource production related expenses from legal entity 1658.
  - $4.2 million in chargeback for Brand production related expenses from legal entity 1544.

**PNR 8743: Other Expenses in Production**
- Up $11.0 million.
  - Due primarily to product destructions.

12

BOEH02522580

# ABCDEF

<span style="float:right">2005 Year End</span>

**BOEHRINGER INGELHEIM ROXANE, INC.**
**INCOME STATEMENT**
**Affiliates BII (TMA)**
**Year End 2005 vs. Budget 2005**

Thousands U.S.$

| | PNR | Year End 2004 | Budget 2005 | Year End 2005 | YE 2005 Over (Under) Bud 05 | Variance % |
|---|---|---|---|---|---|---|
| Gross Sales of Goods | 8030 | - | - | - | - | - |
| Sales Discounts | 8050 | - | - | - | - | - |
| Royalty Income | 8080 | - | - | - | - | - |
| Other Income | 8090 | 15,289 | 9,983 | 5,927 | (4,056) | -40.6% |
| Net Sales | 8100 | 15,289 | 9,983 | 5,926 | (4,057) | -40.6% |
| Standard Cost of Goods Sold | 8200 | 13,900 | 9,074 | 5,427 | (3,647) | -40.2% |
| Direct Cost of Distribution | 8210 | - | - | - | - | - |
| Royalties | 8220 | - | - | - | - | - |
| Contribution I | 8300 | 1,389 | 909 | 499 | (410) | -45.1% |
| Direct Promotion Costs | 8320 | - | - | - | - | - |
| Direct Scientific Product Support | 8321 | - | - | - | - | - |
| Cost of Free Goods & Samples | 8340 | - | - | - | - | - |
| Contribution IA | 8500 | 1,389 | 909 | 499 | (410) | -45.1% |
| Own Field Force | 8502 | - | - | - | - | - |
| Rented Field Force | 8503 | - | - | - | - | - |
| Commission Co-Promotion | 8504 | - | - | - | - | - |
| Contribution II | 8505 | 1,389 | 909 | 499 | (410) | -45.1% |
| General Promotion - Activities | 8510 | - | - | - | - | - |
| Marketing & Sales Organization | 8520 | - | - | - | - | - |
| Indirect Cost of Distribution | 8540 | - | - | 671 | 671 | 100.0% |
| Research & Development I | 8550 | - | - | - | - | - |
| Medicine I | 8560 | - | - | - | - | - |
| Administration Cost | 8610 | - | - | 55 | 55 | 100.0% |
| Variance Cost of Goods | 8629 | - | - | (65) | (65) | -100.0% |
| Variance from Other Internal Service Chgs | 8630 | - | - | - | - | - |
| (Income)/Expense I | 8640 | - | - | 9 | 9 | 100.0% |
| Contribution III | 8700 | 1,389 | 909 | (171) | (1,080) | -118.9% |

TMA related cost positions

| | | | | | | |
|---|---|---|---|---|---|---|
| Cost of Reserve Capacity | 8737 | 7,725 | 11,225 | 12,592 | 1,367 | 12.2% |
| Cost of Idle Capacity | 8738 | 1,497 | - | - | - | - |
| Variances in Production | 8739 | - | - | (831) | (831) | -100.0% |
| (Income)/Expense II (reimbursement) | 8742 | - | (12,225) | (20,963) | (8,738) | 71.5% |
| Other Expenses in Production | 8743 | - | 8,389 | 7,953 | (436) | -5.2% |
| Contribution IV | 8755 | (7,833) | (6,480) | 1,078 | 7,558 | -116.6% |

<span style="float:right">13</span>

Confidential

BOEH02522581

# ABCDEF

### 3.3.1.    *Affiliates BII (TMA)*

The Affiliates BII (TMA) P&L reflects revenue and expense line items pertaining directly to the Toll Manufacturing Agreement (TMA) between BII and BI Roxane Inc. Under this agreement products of the Spiriva and Tipranavir family will be packaged / manufactured by BIRI and sold directly to BII without the intermediation of BIPI.  BII provides API as part of the contract free of charge.

<u>**Year End '05 vs. Budget 05**</u>

**PNR 8100: Net Sales**
- Down $4.1 million.
  - Lower manufactured volume

**PNR 8200: Standard Cost of Goods Sold**
- Down $3.6 million.
  - Reflects the decrease in units produced.

**PNR 8737: Cost of Reserve Capacity**
- Up $1.4 million.
  - Due to lower production volume

**PNR 8739: Variances in Production**
- Down $0.8 million.
  - Favorable spending offset by unfavorable absorption and production variances.

**PNR 8742: (Income)/Expense II**
- Favorable $8.7 million.
  - $7.1 million in reimbursement for Spiriva Project.
  - $1.4 million in reimbursement for Cost of Reserve Capacity for Spiriva.

Confidential

BOEH02522582

# ABCDEF

**4.   OPERATIONS**

**COLUMBUS OPERATIONS**

Year End 2005

The Columbus packaged volume for year end is approximately 41.6 million units, representing a 11% decrease from Budget 2005 of 46.5 million units.  The overall decrease in packaged units is driven primarily by the launch delay of Fluticasone.  Fully manufactured units are down 33% due to lower than budgeted Spiriva volumes. Multisource volume is down 30% due to delayed launch of Fluticasone and Clonidine.

Columbus Production spending in 2005 is $80.4 million, or $6.8 million below Budget 2005 of $87.2 million due to the following factors:
- Personnel costs are favorable to Budget by $1.5 million due to lower headcount resulting from decreased Fluticasone and Spiriva volume.
- Positive absorption and efficiency improvements attribute $8.2 million in favorable variances

**RIDGEFIELD OPERATIONS**

Year End 2005

The Ridgefield manufactured volume for year end is approximately 5.1 million units, representing a 51% decrease from Budget 2005 of 10.4 million units. The 3M contract expires at the end of 2005 and until then, the contract requires that 3M produces a minimum of 10 Million units. The Ridgefield production volume was adjusted to insure that contractual requirements were met.

Ridgefield Production spending in 2005 is $11.8 million, or $4.0 million above Budget 2005 of $7.8 million due to the following factors:
- Increase in Idle Capacity of $0.3 million resulted from decreased MDI volume.
- Negative absorption and efficiency variances attribute $3.2 million in unfavorable variances due to the lower MDI production volume.

15

# ABCDEF

2005 Year End

### 5.    HUMAN RESOURCES

**BIRI (1548)**

<table>
<tr><td colspan="4" align="center"><b>BOEHRINGER INGELHEIM ROXANE, INC.<br>HEADCOUNT DETAIL<br>Actual 2005 vs. Budget 2005</b></td></tr>
<tr>
<th></th>
<th>Budget<br>2005</th>
<th>Actual<br>2005</th>
<th>Actual 2005<br>Over(Under)<br>Bud 2005</th>
</tr>
<tr><td>Pharmaceutical Manufacturing</td><td>907</td><td>852</td><td>(55)</td></tr>
<tr><td>  BIRI</td><td>849</td><td>852</td><td>3</td></tr>
<tr><td>  BIPI</td><td>58</td><td>0</td><td>(58)</td></tr>
<tr><td>Marketing Office</td><td>0</td><td>0</td><td>0</td></tr>
<tr><td>Marketing Field</td><td>0</td><td>0</td><td>0</td></tr>
<tr><td>Medicine Human Pharmaceutical</td><td>33</td><td>33</td><td>0</td></tr>
<tr><td>  BIRI</td><td>33</td><td>16</td><td>(17)</td></tr>
<tr><td>  BIPI</td><td>0</td><td>5</td><td>5</td></tr>
<tr><td>  RLI</td><td>0</td><td>12</td><td>12</td></tr>
<tr><td>R&D Human Pharmaceutical</td><td>72</td><td>69</td><td>(3)</td></tr>
<tr><td>  BIRI</td><td>72</td><td>0</td><td>(72)</td></tr>
<tr><td>  RLI</td><td>0</td><td>69</td><td>69</td></tr>
<tr><td>Central Functions</td><td>68</td><td>65</td><td>(3)</td></tr>
<tr><td>Total Headcount</td><td>1,080</td><td>1,019</td><td>(61)</td></tr>
<tr><td>Transfers from BIPI</td><td>58</td><td>0</td><td>(58)</td></tr>
<tr><td>Transfers to BIPI</td><td></td><td>5</td><td>5</td></tr>
<tr><td>Transfers to RLI</td><td></td><td>81</td><td>81</td></tr>
<tr><td>Total BIRI Headcount</td><td>1,022</td><td>933</td><td>(89)</td></tr>
</table>

**Year End '05 vs. Budget '05**

**Regular Headcount**

- Pharmaceutical Manufacturing headcount is up 3.
  - Due primarily to the legal entity change that transferred 48 headcount from the Ridgefield operations personnel to the Columbus based legal entity (BIRI – 1548).  Ridgefield Operations had originally planned a headcount of 58.
  - Headcount for Columbus Operations only is down 41 due to lower Spiriva and Fluticasone volume.
- Medical and R&D headcount is down 89.
  - Due to legal entity changes that transferred 82 Multisource personnel to the new RLI – 1658 legal entity.
  - Also included in the legal entity changes was a transfer of 5 Branded Medical headcount to BIPI legal entity 1544.
- Central Functions headcount is down 3.
  - Reduction of 2 headcount in Purchasing and 1 in Administration.

16

# ABCDEF

**BOEHRINGER INGELHEIM ROXANE, INC.**
**PERSONNEL COSTS**
**Actual 2005 vs. Budget 2005**

Thousands U.S.$

|  | Budget 2005 | Actual 2005 | Actual 2005 Over(Under) Bud 2005 |
|---|---|---|---|
| Personnel Costs | 84,432 | 80,991 | (3,441) |
| Restructuring | - | - | - |
| Total Personnel Costs | 84,432 | 80,991 | (3,441) |
| Pers. Costs (Excl. Restructuring) as a % of Net Sales | 17.85% | 15.55% | -2.29% |
| Total Headcount | 1,022 | 933 | (89) |
| Restructuring provision transfer | - | 3,172 | 3,172 |

**Personnel Costs**
- Down $3.4 million.
  - The decrease in Personnel cost is due to the legal entity changes which transferred 89 R&D and Medical headcount out of BIRI and transferred 48 Ridgefield Operations positions into BIRI. Additionally, Columbus Operations headcount is down 45 due to lower Spiriva and Fluticazone production volume.
  - The reduction in personnel cost is slightly offset by higher social cost for PTO Accruals, and Post Retirement Medical Benefits.

**Restructuring provision**
- Represents the provision accrued for Opina on BIPI's Balance Sheet and has been transferred to BIRI's Balance Sheet.

Confidential

BOEH02522585

# ABCDEF

2005 Year End

**RLI (1658)**

|  | Budget 2005 | Actual 2005 | Actual 2005 Over(Under) Bud 2005 |
|---|---|---|---|
| **ROXANE LABORATORIES, INC** **HEADCOUNT DETAIL** **Actual 2005 vs. Budget 2005** | | | |
| Pharmaceutical Manufacturing | 0 | 0 | 0 |
| Marketing Office | 0 | 0 | 0 |
| Marketing Field | 0 | 0 | 0 |
| Medicine Human Pharmaceutical | 0 | 12 | 12 |
| R&D Human Pharmaceutical | 0 | 69 | 69 |
| Central Functions | 0 | 0 | 0 |
| Total Headcount | 0 | 81 | 81 |

**Year End '05 vs. Budget '05**

**Regular Headcount**
- Headcount is 81.
  - Transfer of the 82 Multisource personnel from BIRI – 1548 legal entity into RLI – 1658
  - 2 new hires.
  - Offset by 3 open positions.

18

Confidential                                                    BOEH02522586

# ABCDEF

**ROXANE LABORATORIES, INC**
**PERSONNEL COSTS**
**Year End 2005 vs. Budget 2005**

Thousands U.S.$

| | Budget 2005 | Year End 2005 | YE 2005 Over(Under) Bud 2005 |
|---|---|---|---|
| Personnel Costs | - | 7,162 | 7,162 |
| Restructuring | - | - | - |
| Total Personnel Costs | - | 7,162 | 7,162 |
| Pers. Costs (Excl. Restructuring) as a % of Net Sales | N/A | 3.95% | N/A |
| Total Headcount | 0 | 81 | 81 |

**Personnel Costs**
- Up $7.2 million.
  - Due primarily to the transfer of 82 R&D and Medical headcount out of BIRI – 1548 legal entity and into RLI.

19

# ABCDEF

2005 Year End

6.      **INFORMATION TECHNOLOGY**

**Year End '05 vs. Budget 05**

**IT 2005 actual costs reflect a $0.2 Million or a 5% decrease compared to Budget 2005.**

- Down $0.2 million.
  - Cost containments in controlled equipment and computer supplies as well as lower than expected hardware/software maintenance and depreciation costs contributed to the decrease.

20

# ABCDEF

2005 Year End

**BOEHRINGER INGELHEIM ROXANE, INC.**
**INCOME  STATEMENT**
**TOTAL COMPANY**
**Year End 2005 vs. Budget 2005**

Thousands U.S.$

| | PNR | Year End 2004 | Budget 2005 | Year End 2005 | YE 2005 Over (Under) Bud 05 | Variance % |
|---|---|---|---|---|---|---|
| Gross Sales of Goods | 8030 | 700,970 | 985,329 | 559,747 | (425,582) | -43.2% |
| Sales Discounts | 8050 | 177,198 | 526,980 | 51,498 | (475,482) | -90.2% |
| Royalty Income | 8080 | 422 | 277 | 515 | 238 | 85.8% |
| Other Income | 8090 | 11,764 | 14,491 | 11,995 | (2,496) | -17.2% |
| Net Sales | 8100 | 535,958 | 473,117 | 520,759 | 47,642 | 10.1% |
| Standard Cost of Goods Sold | 8200 | 420,549 | 299,904 | 468,662 | 168,758 | 56.3% |
| Direct Cost of Distribution | 8210 | 5,998 | 12,084 | 1,474 | (10,610) | -87.8% |
| Royalties | 8220 | 1,754 | 3,573 | 0 | (3,573) | -100.0% |
| Contribution I | 8300 | 107,657 | 157,555 | 50,623 | (106,932) | -67.9% |
| Direct Promotion Costs | 8320 | 609 | 1,160 | 290 | (870) | -75.0% |
| Direct Scientific Product Support | 8321 | - | - | - | - | |
| Cost of Free Goods & Samples | 8340 | - | - | - | - | |
| Contribution IA | 8590 | 107,048 | 156,395 | 50,333 | (106,062) | -67.8% |
| Own Field Force | 8502 | 2,436 | 2,424 | 606 | (1,818) | -75.0% |
| Rented Field Force | 8503 | - | - | - | - | |
| Commission Co-Promotion | 8504 | - | - | - | - | |
| Contribution II | 8505 | 104,612 | 153,971 | 49,727 | (104,244) | -67.7% |
| General Promotion - Activities | 8510 | - | - | - | - | |
| Marketing & Sales Organization | 8520 | 3,581 | 3,763 | 941 | (2,822) | -75.0% |
| Indirect Cost of Distribution | 8540 | 42,333 | 13,475 | 3,233 | (10,242) | -76.0% |
| Research & Development I | 8550 | 21,624 | 28,994 | 8,463 | (20,531) | -70.8% |
| Medicine I | 8560 | 14,199 | 18,334 | 3,457 | (14,877) | -81.1% |
| Administration Cost | 8610 | 8,005 | 11,859 | 7,485 | (4,374) | -36.9% |
| Variance Cost of Goods | 8629 | 168 | - | (10) | (10) | -100.0% |
| Variance from Other Internal Service Chgs | 8630 | - | - | (203) | (203) | -100.0% |
| (Income)/Expense I | 8640 | 6,324 | 1,410 | 2,700 | 1,290 | 91.5% |
| Contribution III | 8700 | 8,378 | 76,136 | 23,661 | (52,475) | -68.9% |
| Marketing II | 8733 | - | - | - | - | |
| Process Development | 8735 | - | 5,212 | - | 11 | 100.0% |
| Cost of Reserve Capacity | 8737 | 11,362 | 11,225 | 12,592 | 1,367 | 12.2% |
| Cost of Idle Capacity | 8738 | 5,371 | 4,091 | 3,647 | (444) | -10.9% |
| Variances Production | 8739 | (1,752) | (111) | (6,762) | (6,651) | 5991.7% |
| (Income)/Expense II | 8742 | (37,720) | (13,225) | (35,249) | (22,024) | 166.5% |
| Other Expenses In Production | 8743 | 14,968 | 12,889 | 21,989 | 9,100 | 70.6% |
| Contribution IV | 8755 | 10,937 | 61,267 | 27,433 | (33,834) | -55.2% |
| Research II | 8758 | - | - | - | - | |
| Development II | 8759 | - | - | - | - | |
| Medicine II | 8757 | - | - | - | - | |
| (Income)/Expense III | 8762 | 253 | 208 | 150 | (58) | -27.8% |
| Operating Income/(Loss) BA | 8800 | 10,684 | 61,059 | 27,283 | (33,776) | -55.3% |
| Financial (Income)/Expense | 8810 | 3,234 | 5,775 | 6,305 | 530 | 9.2% |
| Income/(Loss) Before Taxes | 8900 | 7,450 | 55,284 | 20,978 | (34,306) | -62.1% |
| Taxes | 8910 | 2,130 | 17,509 | 7,657 | (9,852) | -56.3% |
| Income/(Loss) After Taxes | 8990 | 5,320 | 37,775 | 13,321 | (24,454) | -64.7% |

21

# ABCDEF

## 7.    FINANCE

### 7.1.    Financial Income Statement

As of April 2005, Roxane Laboratories (company code 1548) has been divided into two new legal entities.  The Operations, Manufacturing and Distribution functions are under Boehringer Ingelheim Roxane, Inc. (company code 1548) and the Marketing, Multisource Sales and Scientific Affairs functions are under Roxane Laboratories, Inc (company code 1658).

#### 7.1.1.    *BIRI (1548)*

#### Year End '05 vs. Budget 05

**PNR 8755: Contribution IV**
- Down $33.8 million.
  - Primarily due to the transfer of the Multisource business to the new legal entity RLI.
  - Partially offset by the transfer of associated expenses to the RLI Multisource business.
  - Partially offset by higher Spiriva reimbursement amounts.

**PNR 8810: Financial (Income)/Expense**
- Up $0.5 million.
  - Due to higher interest expenses.

**PNR 8990: Income (Loss) After Taxes:**
- Down $24.5 million.
  - Primarily due to the transfer of the Multisource business to the new legal entity RLI.

Confidential

BOEH02522590

# ABCDEF

2005 Year End

**ROXANE LABORATORIES, INC.**
**INCOME STATEMENT**
**TOTAL COMPANY**
**Year End 2005 vs. Budget 2005**

Thousands U.S.$

| | PNR | Year End 2004 | Budget 2005 | Year End 2005 | YE 2005 Over (Under) Bud 05 | Variance % |
|---|---|---|---|---|---|---|
| Gross Sales of Goods | 8030 | - | - | 345,718 | 345,718 | 100.0% |
| Sales Discounts | 8050 | - | - | 164,434 | 164,434 | 100.0% |
| Royalty Income | 8080 | - | - | - | - | - |
| Other Income | 8090 | - | - | - | - | - |
| Net Sales | 8100 | - | - | 181,283 | 181,283 | 100.0% |
| Standard Cost of Goods Sold | 8200 | - | - | 92,073 | 92,073 | 100.0% |
| Direct Cost of Distribution | 8210 | - | - | 2,806 | 2,806 | 100.0% |
| Royalties | 8220 | - | - | 1,097 | 1,097 | 100.0% |
| Contribution I | 8300 | - | - | 85,307 | 85,307 | 100.0% |
| Direct Promotion Costs | 8320 | - | - | 578 | 578 | 100.0% |
| Direct Scientific Product Support | 8321 | - | - | - | - | - |
| Cost of Free Goods & Samples | 8340 | - | - | - | - | - |
| Contribution IA | 8500 | - | - | 84,729 | 84,729 | 100.0% |
| Own Field Force | 8502 | - | - | 1,650 | 1,650 | 100.0% |
| Rented Field Force | 8503 | - | - | - | - | - |
| Commission Co-Promotion | 8504 | - | - | - | - | - |
| Contribution II | 8505 | - | - | 83,079 | 83,079 | 100.0% |
| General Promotion - Activities | 8510 | - | - | - | - | - |
| Marketing & Sales Organization | 8520 | - | - | 2,659 | 2,659 | 100.0% |
| Indirect Cost of Distribution | 8540 | - | - | 4,046 | 4,046 | 100.0% |
| Research & Development I | 8550 | - | - | 22,575 | 22,575 | 100.0% |
| Medicine I | 8560 | - | - | 14,529 | 14,529 | 100.0% |
| Administration Cost | 8610 | - | - | 6,404 | 6,404 | 100.0% |
| Variance Cost of Goods | 8629 | - | - | - | - | - |
| Variance from Other Internal Service Chgs | 8630 | - | - | - | - | - |
| (Income)/Expense I | 8640 | - | - | 43,080 | 43,080 | 100.0% |
| Contribution III | 8700 | - | - | (10,215) | (10,215) | -100.0% |
| Marketing II | 8733 | - | - | - | - | - |
| Process Development | 8735 | - | - | - | - | - |
| Cost of Reserve Capacity | 8737 | - | - | - | - | - |
| Cost of Idle Capacity | 8738 | - | - | - | - | - |
| Variances Production | 8739 | - | - | - | - | - |
| (Income)/Expense II | 8742 | - | - | 6,923 | 6,923 | 100.0% |
| Other Expenses In Production | 8743 | - | - | 397 | 397 | 100.0% |
| Contribution IV | 8755 | - | - | (17,535) | (17,535) | -100.0% |
| Research II | 8758 | - | - | - | - | - |
| Development II | 8759 | - | - | - | - | - |
| Medicine II | 8757 | - | - | - | - | - |
| (Income)/Expense III | 8762 | - | - | - | - | - |
| Operating Income/(Loss) BA | 8800 | - | - | (17,535) | (17,535) | -100.0% |
| Financial (Income)/Expense | 8810 | - | - | 64 | 64 | 100.0% |
| Income/(Loss) Before Taxes | 8900 | - | - | (17,599) | (17,599) | -100.0% |
| Taxes | 8910 | - | - | (6,985) | (6,985) | -100.0% |
| Income/(Loss) After Taxes | 8990 | - | - | (10,614) | (10,614) | -100.0% |

23

---

# ABCDEF

**7.1.2.**   *RLI (1658)*

**<u>Year End '05 vs. Budget 05</u>**

Due to the fact that the Legal Entity split is effective as of April 1st 2005, no Budget has been established for company 1658 for the year of 2005.  It has been decided to submit detailed planning numbers starting with Preview 2005.  Therefore, no comparison to Budget 2005 is possible.

Confidential

BOEH02522592

# ABCDEF

2005 Year End

### 7.2.    Capital Expenditure

### 7.2.1.    *BIRI (1548)*

#### Year End '05 vs. Budget 05

The BIRI 2005 Budget was $51.6 million. The 2005 Actual is $53.4 million, or 104% of the total budget. The increased spending of $1.8 million is mainly due to carryover spending, exchange rate fluctuations for equipment, and spending on non-budgeted projects. This was partially offset by the reduction in Spending for the Oak St. Renovations, Site Masterplan improvements and RFID projects.

The following table depicts BIRI Actual vs. Budget by Function ($000):

| Function | 2005 Bud | 2005 Act | Variance |
|---|---|---|---|
| CBMD | 3,261 | 2,463 | 798 |
| R&D | 969 | 248 | 721 |
| Mfg. Pharma | 43,771 | 46,246 | -2,475 |
| Infrastructure | 3,603 | 4,455 | -852 |
| Total | 51,604 | 53,412 | -1,808 |

The Major projects that contributed to this increased spending are as follows:

| No. | Name | 2005 Budget | 2005 Actual | Variance | Comment |
|---|---|---|---|---|---|
| 0119 | Spiriva Phase B | 8,661 | 12,467 | -3,806 | Exchange rate fluctuations |
| 0095 | Thermoformer | 1,244 | 4,862 | -3,618 | Exchange rate fluctuations |
| 0104 | Locker Room Expansion | 1,500 | 3,025 | -1,525 | Carryover spending |
| 0164 | SO4 Bulk Solids | 0 | 1,180 | -1,180 | Not budgeted |
| 0191 | RFID Implementation | 1,738 | 0 | 1,738 | Postponed to 2007 |
| 0131 | Site Master Plan Improvements | 5,733 | 3,882 | 1,851 | Implementation delays |
| 0181 | Oak Street Renovations | 4,625 | 847 | 3,778 | Implementation delays |

25

# ABCDEF

**7.2.2.**   **RLI (1658)**

**Year End '05 vs. Budget 05**

Due to the fact that the Legal Entity split is effective as of April 1st 2005, no Budget has been established for RLI for the year of 2005.  The 2005 Actual Capital Expenditure was $0.5 million and was related to the implementation of group projects.

Confidential

BOEH02522594

# ABCDEF

2005 Year End

## BOEHRINGER INGELHEIM ROXANE, INC.
## BALANCE SHEET
### Year End 2005 vs. Budget 2005

Thousands U.S.$

| | PNR | Year End 2004 | Budget 2005 | Year End 2005 | YE 2005 Over (Under) Bud 2005 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Intangible Assets | 1090 | 3,459 | 2,712 | 3,123 | 411 |
| Property, Plant and Equipment | 1190 | 163,009 | 204,199 | 190,199 | (14,000) |
| Long-term Investments | 1290 | 43 | 50 | 43 | (7) |
| Total Prop, Plant, Equip. and Invest | 1300 | 166,511 | 206,961 | 193,364 | (13,597) |
| Inventories | 1390 | 115,607 | 118,917 | 144,921 | 26,004 |
| Trade Accounts Receivable 3rd Parties | 1400 | 56,378 | 97,588 | 400 | (97,188) |
| Trade Accounts Receivable fr. Affil. Comp. | 1410 | - | - | - | - |
| Short-Term advances to Affiliates | 1420 | - | - | - | - |
| Other Assets | 1500 | 3,446 | 3,458 | 3,071 | (387) |
| Deferred Tax Assets | 1510 | 51,370 | 39,500 | 9,446 | (30,054) |
| Total Receivables | 1590 | 111,194 | 140,546 | 12,917 | (127,629) |
| Liquid Funds | 1790 | - | - | - | - |
| Prepaid Expenses a.o. deferred items | 1890 | 439 | 410 | 370 | (40) |
| Total Current Assets | 1900 | 227,240 | 259,873 | 158,208 | (101,665) |
| Total Assets | 1000 | 393,751 | 466,834 | 351,572 | (115,262) |
| | | | | | |
| **SHAREHOLDERS' EQUITY, PROVISIONS, AND LIABILITIES** | | | | | |
| Share Capital | 2010 | 19 | 19 | 19 | - |
| Additional Paid-In Capital | 2020 | 8,735 | 8,735 | 8,735 | (0) |
| Other Reserves | 2050 | - | - | - | - |
| Retained Earnings, Opening Balance | 2200 | 46,121 | 63,216 | 46,121 | (17,095) |
| Interim Dividends | 2207 | - | (17,095) | | 17,095 |
| Net Income (Loss), Current Period | 2210 | 5,320 | 37,775 | 13,119 | (24,656) |
| Total Shareholders' Equity | 2300 | 60,195 | 92,650 | 67,994 | (24,656) |
| Provision for Pensions | 2410 | 21,102 | 32,450 | 25,225 | (7,225) |
| Tax Provisions | 2450 | 34,166 | 18,200 | 26,261 | 8,061 |
| Deferred Tax Prov/Liabilities | 2470 | 18,025 | 12,837 | 18,025 | 5,188 |
| Other Provisions and Accruals | 2500 | 71,975 | 81,630 | 28,114 | (53,516) |
| Total Provisions | 2600 | 145,268 | 145,117 | 97,625 | (47,492) |
| Trade Accounts Payable | 2610 | 24,761 | 33,214 | 19,307 | (13,907) |
| Payable to Banks | 2630 | - | - | - | - |
| Payables to Affiliates | 2720 | 71,428 | 10,000 | 163,583 | 153,583 |
| Loans from Affiliates | 2740 | 88,721 | 182,387 | - | (182,387) |
| Other Liabilities | 2820 | 153 | 125 | 12 | (113) |
| Total Liabilities | 2900 | 185,063 | 225,726 | 182,902 | (42,824) |
| Deferred Income | 2950 | 3,225 | 3,341 | 3,051 | (290) |
| Total Liabilities and Provisions | 2990 | 333,556 | 374,184 | 283,578 | (90,606) |
| Total Equity, Liabilities and Provisions | 2000 | 393,751 | 466,834 | 351,572 | (115,262) |

27

# ABCDEF

**7.3.    Balance Sheet**

**7.3.1.    *BIRI (1548)***

**Year End '05 vs. Budget 05**

**NOTE: The Balance Sheet commentary has not been updated!!!**

**PNR 1190: Property, Plant and Equipment**
- Down $14.0 million.
  - Primarily due to asset transfer to the new legal entity RLI of $5.3 million and to BIPI of $1.9 million.
  - Accumulated depreciation increase of $17.6 million.
  - Actual 2004 spending was $8.7 million less than initially budgeted, therefore the base for forecasting Budget 2005 was higher.

**PNR 1390: Inventories**
- Up $9.8 million.
  - Increase due to Fluticasone pre-launch material approximately $9.0 million. Expected to have been launched in 2005 and only have inventory at normal commercial levels.

**PNR 1400: Trade Accounts Receivable 3ʳᵈ Parties**
- Down $97.2 million.
  - As of April 2005, all Multisource sales are booked under the new legal entity RLI.  End of April, all outstanding Multisource related accounts Receivable were transferred to RLI.
  - The remaining balance pertains to Business Segment Contract Manufacturing.

**PNR 1510: Deferred Tax Assets**
- Down $30.1 million.
  - Due to partial transfer of balance to the new legal entity RLI.
  - Due to elimination of accrued expenses related to the Multisource business.

**PNR 2200: Retained Earnings, Opening Balance**
- Down: $17.1 million.
  - Reflects the fact that the dividend payment is being reported in the opening balance.

**PNR 2410: Provisions for Pensions**
- Down $7.2 million.
  - Funding payment to the pension plan in the order of $2.7 million.
  - Transfer of partial provision to the new legal entity RLI.

28

# ABCDEF

2005 Year End

**PNR 2450: Tax Provisions**
- Up $8.1 million.
  - Revised up to be in accordance to current balances.

**PNR 2470: Deferred Tax Prov/Liabilities**
- Up $5.2 million.
  - Revised up to be in accordance to current balances.

**PNR 2500: Other Provisions and Accruals**
- Down $53.5 million.
  - Transfer of partial balance to the new legal entity RLI.
  - Elimination of Multisource related accrued expenses.

**PNR 2610: Trade Accounts Payable**
- Down $13.9 million.
  - Revised down to be more in accordance with 2004 year end balance.
  - Transfer Multisource related balance to the new legal entity RLI.

**PNR 2720: Payables to Affiliates & PNR 2740: Loans from Affiliates**
- Down $28.8 million.
  - Transfer of the Multisource business related balance to the new legal entity RLI.

Confidential

BOEH02522597

# ABCDEF

2005 Year End

## ROXANE LABORATORIES, INC.
## BALANCE SHEET
### Year End 2005 vs. Budget 2005

Thousands U.S.$

| | PNR | Year End 2004 | Budget 2005 | Year End 2005 | YE 2005 Over (Under) Bud 2005 |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| Intangible Assets | 1090 | - | - | - | - |
| Property, Plant and Equipment | 1190 | - | - | 5,862 | 5,862 |
| Long-term Investments | 1290 | - | - | 270 | 270 |
| Total Prop, Plant, Equip, and Invest | 1300 | - | - | 6,132 | 6,132 |
| Inventories | 1390 | - | - | 15,067 | 15,067 |
| Trade Accounts Receivable 3rd Parties | 1400 | - | - | 56,603 | 56,603 |
| Trade Accounts Receivable fr. Affil. Comp. | 1410 | - | - | - | - |
| Short-Term advances to Affiliates | 1420 | - | - | 4,580 | 4,580 |
| Other Assets | 1500 | - | - | 1,505 | 1,505 |
| Deferred Tax Assets | 1510 | - | - | 40,662 | 40,662 |
| Total Receivables | 1590 | - | - | 103,350 | 103,350 |
| Liquid Funds | 1790 | - | - | - | - |
| Prepaid Expenses a.o. deferred items | 1890 | - | - | 2 | 2 |
| Total Current Assets | 1900 | - | - | 118,419 | 118,419 |
| Total Assets | 1000 | - | - | 124,551 | 124,551 |
| | | | | | |
| **SHAREHOLDERS' EQUITY, PROVISIONS, AND LIABILITIES** | | | | | |
| Share Capital | 2010 | - | - | - | - |
| Additional Paid-In Capital | 2020 | - | - | 1 | 1 |
| Other Reserves | 2050 | - | - | - | - |
| Retained Earnings, Opening Balance | 2200 | - | - | - | - |
| Interim Dividends | 2207 | - | - | - | - |
| Net Income (Loss), Current Period | 2210 | - | - | (10,614) | (10,614) |
| Total Shareholders' Equity | 2300 | - | - | (10,613) | (10,613) |
| Provision for Pensions | 2410 | - | - | 1,574 | 1,574 |
| Tax Provisions | 2450 | - | - | 30,472 | 30,472 |
| Deferred Tax Prov/Liabilities | 2470 | - | - | - | - |
| Other Provisions and Accruals | 2500 | - | - | 90,062 | 90,062 |
| Total Provisions | 2600 | - | - | 122,108 | 122,108 |
| Trade Accounts Payable | 2610 | - | - | 13,042 | 13,042 |
| Payable to Banks | 2630 | - | - | - | - |
| Payables to Affiliates | 2720 | - | - | - | - |
| Loans from Affiliates | 2740 | - | - | - | - |
| Other Liabilities | 2820 | - | - | 14 | 14 |
| Total Liabilities | 2900 | - | - | 13,056 | 13,056 |
| Deferred Income | 2950 | - | - | - | - |
| Total Liabilities and Provisions | 2990 | - | - | 135,164 | 135,164 |
| Total Equity, Liabilities and Provisions | 2000 | - | - | 124,551 | 124,551 |

30

BOEH02522598

# ABCDEF

**7.3.2.** *RLI (1658)*

**Year End '05 vs. Budget 05**

Due to the fact that the Legal Entity split is effective as of April 1st 2005, no Budget has been established for company 1658 for the year of 2005. It has been decided to submit detailed planning numbers starting with Preview 2005. Therefore, no comparison to Budget 2005 is possible.