**TAB 58**



# Multisource Sales and Marketing

- Tom Russillo — COO
- Paul Kersten — General Manager, RLI
- Dawn Spring — Admin/Coordinator
- Karen Strelau — Director, National Accounts
  - John Kline — National Account Manager
  - Debbie Kutner — National Account Manager
  - Steve Snyder — National Account Manager
  - Linda Antonini — National Account Manager
- Judy Waterer — Associate Director, Multisource Products
  - Lesli Paoletti — Product Manger
    - Melissa Hadrys — Assistant Product Manager
  - Kristina Fight — Analyst

4/10/2003 12:46:14 PM

D0530608