# TAB 59



1996 BUDGET

RLI-ORG00000080