**TAB 60**



ORGANIGRAM
Basis Budget 31.12.1998 (as of Jan '98)

Marketing/Medical Affairs/PD — Shepard — 300,0 / 2,0

- Marketing & Sales — Tupa — 201,0 / 4,0
  - Addition Treatment — Sincich — 12,0
  - Field Sales & Telephone Sales — Hart — 119,0
  - Contract Administration — Powers — 11,0
  - Product Management — Ellexson — 13,0
- Regulatory Affairs — Reade — 16,0
  - Trade & Pharmacy Affairs — Feldman — 42,0
- Medical Affairs — Wynne — 15,0
- Scientific Affairs — Brewton — 66,0 / 4,0
  - Product Development — Dedhiya — 62,0

Roxane Laboratories Inc.
Columbus/Ohio/USA
signed: Gerstenberg

2700

RLI-ORG00000017