# TAB 62

