**TAB 64**

# Urgent
## Approval Required
## *Price Change*

Please route ASAP and return to I. Raso (440-232-3320 x 3674), Multisource Marketing.

*Date:  February 19, 2002*

**Product Manager, Multisource (L. Paoletti)**_____

**Associate Director, Multisource (J. Waterer)**_____

**Director, Contracts (C. Marsh)**_____

**Associate Director, Cost Accounting (S. Lewis)** _____

**Executive Pricing Committee (T. Russillo)**_____

_____

{ FILENAME }

Confidential
RLI-AWP-00559612