**TAB 65**

# Urgent
## Approval Required
## *Price Change*

Please route ASAP and return to I. Raso (440-232-3320 x 3674), Multisource Marketing.

Date: April 1, 2002

Product Manager, Multisource (L. Paoletti) ___*Lesli Paoletti*___

Associate Director, Multisource (J. Waterer) ___(email attached)___

Director, Contracts (C. Marsh) ___(email attached)___

Associate Director, Cost Accounting (S. Lewis) ___(email attached)___

Executive Pricing Committee (T. Russillo) ___[signature] 5/13/02___

Price Changes Approval Urgent

**PAOLETTI 18785**
**CONFIDENTIAL-ATTORNEYS' EYES ONLY**
RLI-AWP-00081519