**TAB 66**

# Urgent
# Approval Required
# Pricing

⟨ WAC (and direct) revised from previous routing. ⟩

Date: February 20, 2003

**Re: Tamoxifen Citrate Pricing (Including Bid Prices)**

Please route ASAP and return to Lesli Paoletti (440-232-3320 x 3674), Multisource Marketing.

Product Manager, Multisource (L. Paoletti) _Lesli D Paoletti_

Associate Director, Multisource (J. Waterer) _[signature]_

Associate Director, Cost Accounting (S. Lewis) _approval attached_

Legal (T. Ghignone) _approval attached_

General Manager, Multisource (P. Kersten) _(2/20/2003 verbal per Judy Waterer) Paul T. Kersten_

Executive Pricing Committee (T. Russillo) _[signature] 2/20/03_

Pricing Approval Urgent.doc

PAOLETTI 20291
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00083025

TAMOXIFEN CITRATE TABLETS 10mg, 20mg
PRICING PROPOSAL

| NDC# | Pkg Size | Description | Direct Cost | Current Cost |
|---|---|---|---|---|
| 831-21 | 60 | Tamoxifen Citrate Tablets 10mg | $2.18 | $3.70 |
| 831-26 | 180 | Tamoxifen Citrate Tablets 10mg | $5.84 | $9.41 |
| 831-32 | 2500 | Tamoxifen Citrate Tablets 10mg* | $72.33 | $108.67 |
| 831-25 | 10x10 | Tamoxifen Citrate Tablets 10mg | $7.76 | $28.19 |
| 834-13 | 30 | Tamoxifen Citrate Tablets 20mg | $2.10 | $3.52 |
| 834-22 | 90 | Tamoxifen Citrate Tablets 20mg | $5.60 | $8.64 |
| 834-73 | 1250 | Tamoxifen Citrate Tablets 20mg* | $70.04 | $103.43 |
| 834-25 | 10x10 | Tamoxifen Citrate Tablets 20mg | $10.46 | $34.41 |

AWP

| NDC# | Pkg Size | Description | Brand AWP | Barr AWP | Roxane AWP | Rox AWP % off Brand | $/Tab |
|---|---|---|---|---|---|---|---|
| 831-21 | 60 | Tamoxifen Citrate Tablets 10mg | $126.41 | $121.59 | $113.77 | 10.0% | $1.90 |
| 831-26 | 180 | Tamoxifen Citrate Tablets 10mg | $379.24 | $364.78 | $341.32 | 10.0% | $1.90 |
| 831-32 | 2500 | Tamoxifen Citrate Tablets 10mg* | $5,267.11 | | $4,740.40 | 10.0% | $1.90 |
| 831-25 | 10x10 | Tamoxifen Citrate Tablets 10mg | | | $227.54 | #DIV/0! | $2.28 |
| 834-13 | 30 | Tamoxifen Citrate Tablets 20mg | $126.41 | $121.59 | $113.77 | 10.0% | $3.79 |
| 834-22 | 90 | Tamoxifen Citrate Tablets 20mg | $379.24 | $364.78 | $341.32 | 10.0% | $3.79 |
| 834-73 | 1250 | Tamoxifen Citrate Tablets 20mg* | $5,267.11 | | $4,740.40 | 10.0% | $3.79 |
| 834-25 | 10x10 | Tamoxifen Citrate Tablets 20mg | | | $455.08 | #DIV/0! | $4.55 |

WAC PRICE

| NDC# | Pkg Size | Description | Brand WAC | Barr WAC | Roxane WAC | % off Brand WAC | GM% | $/Tab |
|---|---|---|---|---|---|---|---|---|
| 831-21 | 60 | Tamoxifen Citrate Tablets 10mg | $101.13 | $93.58 | $45.51 | 55.0% | 91.9% | $0.76 |
| 831-26 | 180 | Tamoxifen Citrate Tablets 10mg | $303.39 | $280.74 | $136.53 | 55.0% | 93.1% | $0.76 |
| 831-32 | 2500 | Tamoxifen Citrate Tablets 10mg* | $4,213.69 | | $1,896.16 | 55.0% | 94.3% | $0.76 |
| 831-25 | 10x10 | Tamoxifen Citrate Tablets 10mg | | | $91.02 | #DIV/0! | 69.0% | $0.91 |
| 834-13 | 30 | Tamoxifen Citrate Tablets 20mg | $101.13 | $93.58 | $45.51 | 55.0% | 92.3% | $1.52 |
| 834-22 | 90 | Tamoxifen Citrate Tablets 20mg | $303.39 | $280.74 | $136.53 | 55.0% | 93.7% | $1.52 |
| 834-73 | 1250 | Tamoxifen Citrate Tablets 20mg* | $4,213.69 | | $1,896.16 | 55.0% | 94.5% | $1.52 |
| 834-25 | 10x10 | Tamoxifen Citrate Tablets 20mg | | | $182.03 | #DIV/0! | 81.1% | $1.82 |

DIRECT PRICE

| NDC# | Pkg Size | Description | Roxane Direct | GM% | $/Tab |
|---|---|---|---|---|---|
| 831-21 | 60 | Tamoxifen Citrate Tablets 10mg | $50.06 | 92.6% | $0.83 |
| 831-26 | 180 | Tamoxifen Citrate Tablets 10mg | $150.18 | 93.7% | $0.83 |
| 831-32 | 2500 | Tamoxifen Citrate Tablets 10mg* | $2,085.78 | 94.8% | $0.83 |
| 831-25 | 10x10 | Tamoxifen Citrate Tablets 10mg | $100.12 | 71.8% | $1.00 |
| 834-13 | 30 | Tamoxifen Citrate Tablets 20mg | $50.06 | 93.0% | $1.67 |
| 834-22 | 90 | Tamoxifen Citrate Tablets 20mg | $150.18 | 94.2% | $1.67 |
| 834-73 | 1250 | Tamoxifen Citrate Tablets 20mg* | $2,085.78 | 95.0% | $1.67 |
| 834-25 | 10x10 | Tamoxifen Citrate Tablets 20mg | $200.23 | 82.8% | $2.00 |

ASSUMPTIONS
Last price change for brand (Nolvadex) 7/11/02
Barr licensed generic unavailable until "market formation"
* other generics with tentative approval expected to launch at "market formation"
RLI unique package size in unit dose
10mg 2500 and 20mg 1250 will not be launched unless a customer is contracted for these package sizes.

CALCULATIONS
RLI AWP = 10% off brand AWP
RLI WAC = RLI AWP less 60%
RLI Direct = RLI WAC plus 10%
RLI Unit Dose = bulk per tablet price +20%

Tamoxifen Citrate Tablets Pricing
Revised 2/20/2003, RE-ROUTING 2/20/2003

PAOLETTI 20292
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00083026

## TAMOXIFEN CITRATE TABLETS 10mg, 20mg
## PRICING PROPOSAL

| NDC# | Pkg Size | Description | Good | Better | Best | Roxane MBP | GM% | $/Tab | MBP % off WAC |
|---|---|---|---|---|---|---|---|---|---|
| | | Minimum Bid Price | | | | | | | |
| 4831-21 | 60 | Tamoxifen Citrate Tablets 10mg | $16.00 | $12.80 | $10.24 | $9.22 | 59.9% | $0.15 | 79.7% |
| 4831-26 | 180 | Tamoxifen Citrate Tablets 10mg | $48.00 | $38.40 | $30.72 | $27.65 | 66.0% | $0.15 | 79.7% |
| 4831-32 | 2500 | Tamoxifen Citrate Tablets 10mg* | $666.63 | $533.30 | $426.64 | $383.97 | 71.7% | $0.15 | 79.8% |
| 8831-25 | 10x10 | Tamoxifen Citrate Tablets 10mg | $113.77 | $91.01 | $72.81 | $65.53 | 57.0% | $0.66 | 28.0% |
| 4834-13 | 30 | Tamoxifen Citrate Tablets 20mg | $16.00 | $12.80 | $10.24 | $9.22 | 61.8% | $0.31 | 79.7% |
| 4834-22 | 90 | Tamoxifen Citrate Tablets 20mg | $48.00 | $38.40 | $30.72 | $27.65 | 68.8% | $0.31 | 79.7% |
| 4834-73 | 1250 | Tamoxifen Citrate Tablets 20mg* | $666.63 | $533.30 | $426.64 | $383.97 | 73.1% | $0.31 | 79.8% |
| 8834-25 | 10x10 | Tamoxifen Citrate Tablets 20mg | $227.53 | $182.03 | $145.62 | $131.06 | 73.7% | $1.31 | 28.0% |
| | | Cost per Tablet: | | | | MBP/Tab | CC +20/tab | | |
| 4831-21 | 60 | Tamoxifen Citrate Tablets 10mg | $0.27 | $0.21 | $0.17 | $0.15 | $0.07 | | |
| 4831-26 | 180 | Tamoxifen Citrate Tablets 10mg | $0.27 | $0.21 | $0.17 | $0.15 | $0.11 | | |
| 4831-32 | 2500 | Tamoxifen Citrate Tablets 10mg* | $0.27 | $0.21 | $0.17 | $0.15 | $1.30 | | |
| 8831-25 | 10x10 | Tamoxifen Citrate Tablets 10mg | $1.14 | $0.91 | $0.73 | $0.66 | $0.56 | | |
| 4834-13 | 30 | Tamoxifen Citrate Tablets 20mg | $0.53 | $0.43 | $0.34 | $0.31 | $0.04 | | |
| 4834-22 | 90 | Tamoxifen Citrate Tablets 20mg | $0.53 | $0.43 | $0.34 | $0.31 | $0.10 | | |
| 4834-73 | 1250 | Tamoxifen Citrate Tablets 20mg* | $0.53 | $0.43 | $0.34 | $0.31 | $2.07 | | |
| 8834-25 | 10x10 | Tamoxifen Citrate Tablets 20mg | $2.28 | $1.82 | $1.46 | $1.31 | $0.41 | | |

#### Bid Price Calculations
MBP set at 10% below "Best".
Best price set at 10% less than low end of competitive prices.
Better price set at 25% above best price.
Good price set at 25% above better price.
Pricing for bottles of 180 set at per tablet price of bottles of 60.
Unit dose best price set at WAC less 28%.

Tamoxifen Citrate Tablets Pricing
Revised 2/20/2003; RE-ROUTING 2/20/2003

**PAOLETTI 20293**
**CONFIDENTIAL-ATTORNEYS' EYES ONLY**
RLI-AWP-00083027

Paoletti, Lesli BVL-US-B

From: Ghignone,Thomas LG BIP-US-R
Sent: Thursday, February 20, 2003 9:35 AM
To: Paoletti, Lesli BVL-US-B
Subject: RE: APPROVAL REQUIRED TODAY: REVISED TAMOXIFEN PRICING

Lesli:

Judy asked the I respond ASAP. From my view, the information is fine.

Tom

**Thomas A. Ghignone, Esq.**
**Counsel, Pharmaceuticals**
Boehringer Ingelheim Pharmaceuticals, Inc.
900 Ridgebury Road
Ridgefield, CT 06877
Phone: 203-778-7729
Fax: 203-798-4408
E-mail: tghignon@rdg.boehringer-ingelheim.com

-----Original Message-----
From: Paoletti, Lesli BVL-US-B
Sent: Thursday, February 20, 2003 9:24 AM
To: Terrillion,Scott,M LG BIP-US-R; Ghignone,Thomas LG BIP-US-R; Lewis, Stan ROXUS
Cc: Waterer, Judy BVL-US-B; Strelau, Karen BVL-US-B; Kersten, Paul BVL-US-B
Subject: FW: APPROVAL REQUIRED TODAY: REVISED TAMOXIFEN PRICING
Importance: High

My apologies. Direct price is driven as 10% above WAC, so that changed as well. AWP and bid pricing remains the same.

-----Original Message-----
From: Paoletti, Lesli BVL-US-B
Sent: Thursday, February 20, 2003 9:19 AM
To: Terrillion,Scott,M LG BIP-US-R; Ghignone,Thomas LG BIP-US-R; Lewis, Stan ROXUS
Cc: Kersten, Paul BVL-US-B; Strelau, Karen BVL-US-B; Waterer, Judy BVL-US-B
Subject: APPROVAL REQUIRED TODAY: REVISED TAMOXIFEN PRICING
Importance: High

<< File: Tamoxifen - Pricing.xls >>

Attached is revised pricing for Tamoxifen. WAC pricing has been changed to 60% off AWP. All other pricing remains the same as was routed previously.

Please note your approval by signing a hard copy and faxing it to me at 440-232-6264.

If you have any questions, give me a call.

*Lesli Paoletti*
*Product Manager*
*Roxane Multisource Products*
*Phone: 440/201-3659*
*E-mail: lpaoletti@cle.boehringer-ingelheim.com*

1

**PAOLETTI 20294**
**CONFIDENTIAL-ATTORNEYS' EYES ONLY**
RLI-AWP-00083028

02-20-03   11:03   From-RLI FINANCE                               6142762479            T-493   P.01/02   F-769

## Lewis, Stan ROXUS

| | |
|---|---|
| From: | Paoletti, Lesli BVL-US-B |
| Sent: | Thursday, February 20, 2003 9:24 AM |
| To: | Terrillion,Scott,M LG BIP-US-R; Ghignone,Thomas LG BIP-US-R; Lewis, Stan ROXUS |
| Cc: | Waterer, Judy BVL-US-B; Strelau, Karen BVL-US-B; Kersten, Paul BVL-US-B |
| Subject: | FW: APPROVAL REQUIRED TODAY: REVISED TAMOXIFEN PRICING |
| Importance: | High |
| Follow Up Flag: | Follow up |
| Due By: | Thursday, February 20, 2003 11:00 AM |
| Flag Status: | Flagged |

My apologies, Direct price is driven as 10% above WAC, so that changed as well. AWP and bid pricing remains the same.

-----Original Message-----
| | |
|---|---|
| From: | Paoletti, Lesli BVL-US-B |
| Sent: | Thursday, February 20, 2003 9:19 AM |
| To: | Terrillion,Scott,M LG BIP-US-R; Ghignone,Thomas LG BIP-US-R; Lewis, Stan ROXUS |
| Cc: | Kersten, Paul BVL-US-B; Strelau, Karen BVL-US-B; Waterer, Judy BVL-US-B |
| Subject: | APPROVAL REQUIRED TODAY: REVISED TAMOXIFEN PRICING |
| Importance: | High |



Tamoxifen -
ing.xls (41 KB

Attached is revised pricing for Tamoxifen. WAC pricing has been changed to 60% off AWP. All other pricing remains the same as was routed previously.

Please note your approval by signing a hard copy and faxing it to me at 440-232-6264.

If you have any questions, give me a call.

Lesli Paoletti
*Product Manager*
*Roxane Multisource Products*
*Phone: 440/201-3659*
*E-mail: lpaoletti@cle.boehringer-ingelheim.com*

2 PAGES

1

PAOLETTI 20295
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00083029

02-20-03  11:03  From-RLI FINANCE                     6142762479           T-493   P.02/02   F-769

## TAMOXIFEN CITRATE TABLETS 10mg, 20mg
## PRICING PROPOSAL

| NDC# | Pkg Size | Description | Direct Cost | Current Cost |
|---|---|---|---|---|
| 831-21 | 60 | Tamoxifen Citrate Tablets 10mg | $2.18 | $3.70 |
| 831-26 | 180 | Tamoxifen Citrate Tablets 10mg | $5.84 | $9.41 |
| 831-32 | 2500 | Tamoxifen Citrate Tablets 10mg* | $72.33 | $108.67 |
| 831-25 | 10x10 | Tamoxifen Citrate Tablets 10mg | $7.76 | $28.19 |
| 834-13 | 30 | Tamoxifen Citrate Tablets 20mg | $2.10 | $3.52 |
| 834-22 | 90 | Tamoxifen Citrate Tablets 20mg | $5.60 | $8.64 |
| 834-73 | 1250 | Tamoxifen Citrate Tablets 20mg* | $70.04 | $103.43 |
| 834-25 | 10x10 | Tamoxifen Citrate Tablets 20mg | $10.46 | $34.41 |



### AWP

| | | | | | | PROPOSED | | |
|---|---|---|---|---|---|---|---|---|
| NDC# | Pkg Size | Description | Brand AWP | Barr AWP | Roxane AWP | Rox AWP % off Brand | | $/Tab |
| 1831-21 | 60 | Tamoxifen Citrate Tablets 10mg | $126.41 | $121.59 | $113.77 | 10.0% | | $1.90 |
| 1831-26 | 180 | Tamoxifen Citrate Tablets 10mg | $379.24 | $364.78 | $341.32 | 10.0% | | $1.90 |
| 1831-32 | 2500 | Tamoxifen Citrate Tablets 10mg* | $5,267.11 | | $4,740.40 | 10.0% | | $1.90 |
| 1831-25 | 10x10 | Tamoxifen Citrate Tablets 10mg | | | $227.54 | #DIV/0! | | $2.28 |
| 1834-13 | 30 | Tamoxifen Citrate Tablets 20mg | $126.41 | $121.59 | $113.77 | 10.0% | | $3.79 |
| 1834-22 | 90 | Tamoxifen Citrate Tablets 20mg | $379.24 | $364.78 | $341.32 | 10.0% | | $3.79 |
| 1834-73 | 1250 | Tamoxifen Citrate Tablets 20mg* | $5,267.11 | | $4,740.40 | 10.0% | | $3.79 |
| 3834-25 | 10x10 | Tamoxifen Citrate Tablets 20mg | | | $455.08 | #DIV/0! | | $4.55 |

### WAC PRICE

| NDC# | Pkg Size | Description | Brand WAC | Barr WAC | Roxane WAC | % off Brand WAC | GM% | $/Tab |
|---|---|---|---|---|---|---|---|---|
| 4831-21 | 60 | Tamoxifen Citrate Tablets 10mg | $101.13 | $93.58 | $45.51 | 55.0% | 91.9% | $0.76 |
| 4831-26 | 180 | Tamoxifen Citrate Tablets 10mg | $303.39 | $280.74 | $136.53 | 55.0% | 93.1% | $0.76 |
| 4831-32 | 2500 | Tamoxifen Citrate Tablets 10mg* | $4,213.69 | | $1,896.16 | 55.0% | 94.3% | $0.76 |
| 8831-25 | 10x10 | Tamoxifen Citrate Tablets 10mg | | | $91.02 | #DIV/0! | 69.0% | $0.91 |
| 4834-13 | 30 | Tamoxifen Citrate Tablets 20mg | $101.13 | $93.58 | $45.51 | 55.0% | 92.3% | $1.52 |
| 4834-22 | 90 | Tamoxifen Citrate Tablets 20mg | $303.39 | $280.74 | $136.53 | 55.0% | 93.7% | $1.52 |
| 4834-73 | 1250 | Tamoxifen Citrate Tablets 20mg* | $4,213.69 | | $1,896.16 | 55.0% | 94.5% | $1.52 |
| 8834-25 | 10x10 | Tamoxifen Citrate Tablets 20mg | | | $182.03 | #DIV/0! | 81.1% | $1.82 |

### DIRECT PRICE

| NDC# | Pkg Size | Description | Roxane Direct | GM% | $/Tab |
|---|---|---|---|---|---|
| 4831-21 | 60 | Tamoxifen Citrate Tablets 10mg | $50.06 | 92.6% | $0.83 |
| 4831-26 | 180 | Tamoxifen Citrate Tablets 10mg | $150.18 | 93.7% | $0.83 |
| 4831-32 | 2500 | Tamoxifen Citrate Tablets 10mg* | $2,085.78 | 94.8% | $0.83 |
| 8831-25 | 10x10 | Tamoxifen Citrate Tablets 10mg | $100.12 | 71.8% | $1.00 |
| 4834-13 | 30 | Tamoxifen Citrate Tablets 20mg | $50.06 | 93.0% | $1.67 |
| 4834-22 | 90 | Tamoxifen Citrate Tablets 20mg | $150.18 | 94.2% | $1.67 |
| 4834-73 | 1250 | Tamoxifen Citrate Tablets 20mg* | $2,085.78 | 95.0% | $1.67 |
| 8834-25 | 10x10 | Tamoxifen Citrate Tablets 20mg | $200.23 | 82.8% | $2.00 |

### ASSUMPTIONS
Last price change for brand (Nolvadex) 7/11/02
Barr licensed generic unavailable until "market formation"
6 other generics with tentative approval expected to launch at "market formation"
RLI unique package size in unit dose
10mg 2500 and 20mg 1250 will not be launched unless a customer is contracted for these package sizes.

### CALCULATIONS
RLI AWP = 10% off brand AWP
RLI WAC = RLI AWP less 60%
RLI Direct = RLI WAC plus 10%
RLI Unit Dose = bulk per tablet price +20%

OK [signature] 2/20/03

Tamoxifen Citrate Tablets Pricing
Revised 2/20/2003; RE-ROUTING 2/20/2003

PAOLETTI 20296
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00083030