**TAB 67**

# Urgent
## Approval Required
## *Customer Letter*

*New Launch*
✓ *Price Change*
*Service Issues*

Date: May 28, 2003

**RE: Price Change Letter**

Please route ASAP and return to L. Paoletti (440-232-3320 x3659), Multisource Marketing.

**Product Manager, Multisource (L. Paoletti)** _Lisli B Paoletti_

**Associate Director, Multisource (J. Waterer)** _Justin C. West_

**Director, National Accounts ( )** _N/A (position vacant)_

**Director, Regulatory Affairs (A. Maloney)** J. Squeo  _SEE Attached_

**General Manager, Multisource (P. Kersten)** _Paul T. Kersten_

**President, COO (T. Russillo)** _Russillo_

Customer Letter - launch, pricing, BO.doc

Confidential                                                        BOEH01140848