**TAB 68**

# Urgent
## Approval Required
### *Pricing*

Date: June 4, 2003

**Re: Mirtazapine Tablets Launch Pricing**
**(Including Bid Prices)**

Please route ASAP and return to Lesli Paoletti (440-232-3320 x 3659), Multisource Marketing.

**Product Manager, Multisource (L. Paoletti)** *Lesli S. Paoletti*

**Associate Director, Multisource (J. Waterer)** *Justine C. Waterer*

**Associate Director, Cost Accounting (S. Lewis)** *Approved - See Attached*

**Legal (T. Soli)** *Approved by S. Terrillion - See Attached*

**General Manager, Multisource (P. Kersten)** *Paul T. Kersten*

**Executive Pricing Committee (T. Russillo)** *TRR 6/12/03*

Mirtazapine Pricing Cover

PAOLETTI 20060
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00082794

**MIRTAZAPINE TABLETS 15mg, 30mg, 45mg**
**PRICING PROPOSAL06/04/2003**

> ***IF BRAND PRICING INCREASES PRIOR TO LAUNCH, THE PROPOSED PRICING BELOW WILL BE INCREASED ACCORDING TO THE RULES DESCRIBED UNDER "CALCULATIONS". YOUR SIGNATURE ASSUMES YOUR APPROVAL UNLESS OTHERWISE NOTED.***

| NDC# | Pkg Size | Description | Direct Cost | Total Cost |
|---|---|---|---|---|
| 4676-13 | 30 | Mirtazapine Tablets 15mg | $3.94 | $4.37 |
| 8676-25 | 10x10 | Mirtazapine Tablets 15mg | $14.14 | $16.91 |
| 4677-13 | 30 | Mirtazapine Tablets 30mg | $7.57 | $8.01 |
| 8677-25 | 10x10 | Mirtazapine Tablets 30mg | $26.23 | $29.03 |
| 4678-13 | 30 | Mirtazapine Tablets 45mg | $11.77 | $13.75 |

**DRAFT**

### AWP

| | | | | | PROPOSED | | |
| NDC# | Pkg Size | Description | Brand AWP | Teva AWP | Roxane AWP | Rox AWP % off Brand | $/Tab |
|---|---|---|---|---|---|---|---|
| 4676-13 | 30 | Mirtazapine Tablets 15mg | $90.51 | $81.46 | $81.46 | 10.0% | $2.72 |
| 8676-25 | 10x10 | Mirtazapine Tablets 15mg | $301.68 | | $271.51 | 10.0% | $2.72 |
| 4677-13 | 30 | Mirtazapine Tablets 30mg | $93.23 | $83.91 | $83.91 | 10.0% | $2.80 |
| 8677-25 | 10x10 | Mirtazapine Tablets 30mg | $310.83 | | $279.75 | 10.0% | $2.80 |
| 4678-13 | 30 | Mirtazapine Tablets 45mg | $95.03 | | $85.53 | 10.0% | $2.85 |

### WAC PRICE

*changed during routing*

| | | | | | Roxane | % off | | |
| NDC# | Pkg Size | Description | Brand WAC | Teva WAC | WAC | Brand WAC | GM% | $/Tab |
|---|---|---|---|---|---|---|---|---|
| 4676-13 | 30 | Mirtazapine Tablets 15mg | $72.41 | $61.10 | $81.09 | 15.6% | 92.8% | $2.04 |
| 8676-25 | 10x10 | Mirtazapine Tablets 15mg | $241.34 | | $203.63 | 15.6% | 91.7% | $2.04 |
| 4677-13 | 30 | Mirtazapine Tablets 30mg | $74.58 | $62.93 | $62.93 | 15.6% | 87.3% | $2.10 |
| 8677-25 | 10x10 | Mirtazapine Tablets 30mg | $248.66 | | $209.81 | 15.6% | 86.2% | $2.10 |
| 4678-13 | 30 | Mirtazapine Tablets 45mg | $76.02 | | $64.15 | 15.6% | 78.6% | $2.14 |

### DIRECT PRICE

| NDC# | Pkg Size | Description | Roxane Direct | GM% | $/Tab |
|---|---|---|---|---|---|
| 4676-13 | 30 | Mirtazapine Tablets 15mg | $67.20 | 93.5% | $2.24 |
| 8676-25 | 10x10 | Mirtazapine Tablets 15mg | $224.00 | 92.5% | $2.24 |
| 4677-13 | 30 | Mirtazapine Tablets 30mg | $69.22 | 88.4% | $2.31 |
| 8677-25 | 10x10 | Mirtazapine Tablets 30mg | $230.79 | 87.4% | $2.31 |
| 4678-13 | 30 | Mirtazapine Tablets 45mg | $70.56 | 80.5% | $2.35 |

ASSUMPTIONS
Last price change for brand (Remeron) 11/18/02
Teva generic 180-day exclusivity on 15mg, 30mg expires June 16, 2003
Mylan launch possible prior to June 16, 2003
4 additional generics for a total of 6 at "market formation" (Purepac, Amide, Alphapharm (Par), RLI)
Purepac, Par, Teva not expected to launch unit dose packages; Amide and UDL possible unit dose competitors.
Proposed API cost reduction of 10-14% off total cost by sku

CALCULATIONS
RLI AWP = 10% off brand AWP
RLI WAC = RLI AWP less 25%
RLI Direct = RLI WAC plus 10%

Mirtazapine Tablets Pricing
Revision Date 06/04/2003

PAOLETTI 20061
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00082795

**MIRTAZAPINE TABLETS 15mg, 30mg, 45mg**
**PRICING PROPOSAL 06/04/2003**

**Minimum Bid Price**

| NDC# | Pkg Size | Description | Good | Better | Best | Roxane MBP | GM% | $/Tab | MBP % off WAC |
|------|----------|-------------|------|--------|------|-----------|-----|-------|---------------|
| 4676-13 | 30 | Mirtazapine Tablets 15mg | $38.18 | $30.55 | $24.44 | $21.99 | 80.1% | $0.73 | 64.0% |
| 8676-25 | 10x10 | Mirtazapine Tablets 15mg | $126.01 | $100.81 | $80.64 | $72.58 | 76.7% | $0.81 | 64.4% |
| 4677-13 | 30 | Mirtazapine Tablets 30mg | $45.82 | $36.66 | $29.33 | $26.39 | 69.7% | $0.88 | 58.1% |
| 8677-25 | 10x10 | Mirtazapine Tablets 30mg | $151.21 | $120.97 | $96.77 | $87.10 | 66.7% | $0.97 | 58.5% |
| 4678-13 | 30 | Mirtazapine Tablets 45mg | $54.98 | $43.99 | $35.19 | $31.67 | 56.6% | $1.06 | 50.6% |

| NDC# | Pkg Size | Description (Cost per Tablet:) | Good | Better | Best | MBP/Tab | CC +20/tab |
|------|----------|-------------|------|--------|------|---------|-----------|
| 4676-13 | 30 | Mirtazapine Tablets 15mg | $1.27 | $1.02 | $0.81 | $0.73 | $0.17 |
| 8676-25 | 10x10 | Mirtazapine Tablets 15mg | $1.26 | $1.01 | $0.81 | $0.73 | $0.20 |
| 4677-13 | 30 | Mirtazapine Tablets 30mg | $1.53 | $1.22 | $0.98 | $0.88 | $0.32 |
| 8677-25 | 10x10 | Mirtazapine Tablets 30mg | $1.51 | $1.21 | $0.97 | $0.87 | $0.35 |
| 4678-13 | 30 | Mirtazapine Tablets 45mg | $1.83 | $1.47 | $1.17 | $1.06 | $0.55 |

**Bid Price Calculations**
15mg "Best" set at AWP less 70%
30mg "Best" set 20% more than 15mg "Best"
45mg "Best" set 20% more than 30mg "Best"
Unit dose price per tablet is 10% premium to bulk price per tablet
Minimum Bid Price (MBP) 10% less than "Best"
Better price set at 25% above best price.
Good price set at 25% above better price.

**2003 Budget**

| NDC# | Pkg Size | Description | Units | ASP | Net Sales |
|------|----------|-------------|-------|-----|-----------|
| 4676-13 | 30 | Mirtazapine Tablets 15mg | 277,721 | $ 9.93 | $2,756,552 |
| 8676-25 | 10x10 | Mirtazapine Tablets 15mg | 3,792 | $ 14.27 | $54,119 |
| 4677-13 | 30 | Mirtazapine Tablets 30mg | 283,285 | $ 18.00 | $5,099,409 |
| 8677-25 | 10x10 | Mirtazapine Tablets 30mg | 3,075 | $ 25.35 | $77,966 |
| 4678-13 | 30 | Mirtazapine Tablets 45mg | 47,455 | $ 38.05 | $1,805,847 |

Mirtazapine Tablets Pricing
Revision Date 06/04/2003

PAOLETTI 20062
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00082796

```
PRICE-CHEK PC(R)
Price History Report            Subset: Mirtazapine (12), User: usr_val

NDC              Product Name          Package   S  Pkg  Package     Manuf M
                                       Size      UM Qty  Desc              S
================  ======================  =======  == ===  ========  =======  =
00093-7206-56    MIRTAZAPINE  TAB 15MG     30      EA   1 BOTTLE    TEVA  Y


     Pkg WAC      Change    Effective                 Price      Effective

$    61.10       0.00%     1/27/03     | AWP   $   81.46        1/27/03
                                       | DP    $    n/a             n/a
                                       | HCFA  $    n/a             n/a
                                       | WAC   $   61.10        1/27/03
                                       | GEAP  $    n/a             n/a
                                       | AAWP  $    n/a             n/a
                                       | User  $    n/a             n/a
                                       |
                                       | Average WAC % Change:        0.00%
                                       | Annualized % Change of Most
                                       | Recent WAC Price Change:     0.00%
                                       |
                                       | TEE:  AB
                                       | DESI: Non-DESI drugs (safe/effective)
                                       |
                                       |
```

Copyright 2003 Facts and Comparisons  Rel: 5/ 7/03  Date: 5/19/03    Pg: 1 of 1

PAOLETTI 20063
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00082797

```
PRICE-CHEK PC(R)
Price History Report           Subset: Mirtazapine (12), User: usr_val

NDC                Product Name            Package   S Pkg   Package      Manuf M
                                           Size      UM Qty  Desc               S
==========================================================================
00093-7207-56   MIRTAZAPINE  TAB 30MG         30     EA    1 BOTTLE     TEVA  Y


    Pkg WAC       Change     Effective                Price      Effective
_____
$   62.93        0.00%       1/27/03   | AWP    $   83.91       1/27/03
                                       | DP     $    n/a          n/a
                                       | HCFA   $    n/a          n/a
                                       | WAC    $   62.93       1/27/03
                                       | GEAP   $    n/a          n/a
                                       | AAWP   $    n/a          n/a
                                       | User   $    n/a          n/a
                                       |
                                       | Average WAC % Change:       0.00%
                                       | Annualized % Change of Most
                                       | Recent WAC Price Change:    0.00%
                                       |
                                       |
                                       | TEE:  AB
                                       | DESI: Non-DESI drugs (safe/effective)
                                       |
                                       |
```

Copyright 2003 Facts and Comparisons  Rel: 5/ 7/03  Date: 5/19/03   Pg: 1 of 1

**PAOLETTI 20064**
**CONFIDENTIAL-ATTORNEYS' EYES ONLY**
RLI-AWP-00082798

```
PRICE-CHEK PC(R)
Price History Report          Subset: Mirtazapine (12), User: usr_val

NDC              Product Name          Package    S  Pkg   Package      Manuf M
                                       Size       UM Qty   Desc              S
-------------------------------------------------------------------------------
00052-0105-30    REMERON     TAB 15MG      30     EA   1 BOTTLE     ORGAN O


     Pkg WAC      Change     Effective                   Price    Effective
    $  72.41      4.50%      11/18/02   | AWP   $   90.51   11/18/02
    $  69.29      4.49%      12/20/01   | DP    $    n/a         n/a
    $  66.31      4.51%      2/28/01    | HCFA  $    n/a         n/a
    $  63.45      4.00%      9/20/00    | WAC   $   72.41   11/18/02
    $  61.01      5.01%      2/17/00    | GEAP  $    n/a         n/a
    $  59.10      3.99%      2/15/99    | AAWP  $    n/a         n/a
    $  55.87      4.51%      5/20/98    | User  $    n/a         n/a
    $  53.46      8.00%      8/19/97    |
    $  49.50      0.00%      8/ 1/96    | Average WAC % Change:      4.88%
                                       | Annualized % Change of Most
                                       | Recent WAC Price Change:   4.94%
                                       |
                                       | TEE:  AB
                                       | DESI: Non-DESI drugs (safe/effective)
                                       |
                                       |

Copyright 2003 Facts and Comparisons  Rel: 5/ 7/03  Date:  5/19/03    Pg: 1 of 1
```

PAOLETTI 20065
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00082799

```
PRICE-CHEK PC(R)
Price History Report          Subset: Mirtazapine (12), User: usr_val

NDC                Product Name              Package   S  Pkg   Package      Manuf M
                                             Size      UM Qty   Desc               S
=============================================================================----
00052-0105-90*  REMERON     TAB 15MG          100      EA  1 BOX         ORGAN O


   Pkg WAC    Change    Effective                    Price      Effective
 ─────────────────────────────────────────────────────────────────────────
 $   241.34    4.50%    11/18/02    | AWP   $   301.68    11/18/02
 $   230.95    4.50%    12/20/01    | DP    $     n/a        n/a
 $   221.00    4.50%     2/28/01    | HCFA  $     n/a        n/a
 $   211.48    4.00%     9/20/00    | WAC   $   241.34    11/18/02
 $   203.35    5.00%     2/17/00    | GEAP  $     n/a        n/a
 $   193.67    4.00%     2/15/99    | AAWP  $     n/a        n/a
 $   186.22    4.50%     5/20/98    | User  $     n/a        n/a
 $   178.20    8.00%     8/19/97    |
 $   165.00    0.00%     8/ 1/96    | Average WAC % Change:       4.88%
                                    | Annualized % Change of Most
                                    | Recent WAC Price Change:    4.93%
                                    |
                                    |
                                    | TEE:  NR
                                    | DESI: Non-DESI drugs (safe/effective)
                                    |
                                    |
```

Copyright 2003 Facts and Comparisons  Rel: 5/ 7/03  Date: 5/19/03    Pg: 1 of 1

PAOLETTI 20066
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00082800

```
PRICE-CHEK PC(R)
Price History Report          Subset: Mirtazapine (12), User: usr_val

NDC               Product Name              Package   S  Pkg   Package      Manuf M
                                            Size      UM Qty   Desc              S
================================================================================
00052-0107-30     REMERON     TAB 30MG         30     EA   1  BOTTLE       ORGAN O


    Pkg WAC      Change      Effective              Price     Effective
$    74.58       4.50%       11/18/02    | AWP   $   93.23    11/18/02
$    71.37       4.49%       12/20/01    | DP    $   n/a           n/a
$    68.30       4.50%        2/28/01    | HCFA  $   n/a           n/a
$    65.36       3.99%        9/20/00    | WAC   $   74.58    11/18/02
$    62.85       4.99%        2/17/00    | GEAP  $   n/a           n/a
$    59.86       4.00%        2/15/99    | AAWP  $   n/a           n/a
$    57.56       4.50%        5/20/98    | User  $   n/a           n/a
$    55.08       8.00%        8/19/97    |
$    51.00       0.00%        8/ 1/96    | Average WAC % Change:         4.87%
                                         | Annualized % Change of Most
                                         | Recent WAC Price Change:     4.93%
                                         |
                                         |
                                         | TEE:  AB
                                         | DESI: Non-DESI drugs (safe/effective)
                                         |
                                         |
```

Copyright 2003 Facts and Comparisons  Rel:  5/ 7/03  Date:  5/19/03     Pg: 1 of 1

PAOLETTI 20067
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00082801

```
PRICE-CHEK PC(R)
Price History Report              Subset: Mirtazapine (12), User: usr_val

NDC                Product Name           Package   S  Pkg   Package        Manuf M
                                          Size      UM Qty   Desc                 S
====================================================================================
00052-0107-90*  REMERON      TAB 30MG       100      EA   1 BOX        ORGAN O


     Pkg WAC      Change      Effective          Price       Effective
 $    248.66       4.50%      11/18/02    | AWP   $   310.83    11/18/02
 $    237.95       4.50%      12/20/01    | DP    $    n/a         n/a
 $    227.70       4.50%       2/28/01    | HCFA  $    n/a         n/a
 $    217.89       4.00%       9/20/00    | WAC   $   248.66    11/18/02
 $    209.51       5.00%       2/17/00    | GEAP  $    n/a         n/a
 $    199.53       4.00%       2/15/99    | AAWP  $    n/a         n/a
 $    191.86       4.50%       5/20/98    | User  $    n/a         n/a
 $    183.60       8.00%       8/19/97    |
 $    170.00       0.00%       8/ 1/96    | Average WAC % Change:        4.88%
                                          | Annualized % Change of Most
                                          | Recent WAC Price Change:     4.93%
                                          |
                                          | TEE:  NR
                                          | DESI: Non-DESI drugs (safe/effective)
                                          |
                                          |
```

Copyright 2003 Facts and Comparisons  Rel: 5/ 7/03  Date:  5/19/03    Pg: 1 of 1

PAOLETTI 20068
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00082802

```
PRICE-CHEK PC(R)
Price History Report          Subset: Mirtazapine (12), User: usr_val

NDC              Product Name            Package   S  Pkg   Package    Manuf M
                                         Size      UM Qty   Desc             S
================================================================================
00052-0109-30    REMERON    TAB 45MG        30     EA  1 BOTTLE   ORGAN N


     Pkg WAC      Change    Effective                   Price    Effective
    ----------------------------------------------------------------------
    $   76.02     4.49%     11/18/02   | AWP   $   95.03    11/18/02
    $   72.75     4.50%      2/28/01   | DP    $     n/a         n/a
    $   69.62     4.00%      9/20/00   | HCFA  $     n/a         n/a
    $   66.94     5.00%      2/17/00   | WAC   $   76.02    11/18/02
    $   63.75     0.00%      4/ 5/99   | GEAP  $     n/a         n/a
                                       | AAWP  $     n/a         n/a
                                       | User  $     n/a         n/a
                                       |
                                       | Average WAC % Change:     4.50%
                                       | Annualized % Change of Most
                                       | Recent WAC Price Change:  2.61%
                                       |
                                       |
                                       | TEE:  NR
                                       | DESI: Non-DESI drugs (safe/effective)
                                       |
                                       |
```

Copyright 2003 Facts and Comparisons  Rel: 5/ 7/03  Date: 5/19/03    Pg: 1 of 1

PAOLETTI 20069
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00082803

**Hadrys, Melissa BVL-US-B**

| | |
|---|---|
| **From:** | Lewis, Stan  ROXUS |
| **Sent:** | Thursday, June 05, 2003 8:28 AM |
| **To:** | Hadrys, Melissa BVL-US-B |
| **Subject:** | FW: APPROVAL REQUIRED BY Monday June 9:  Mirtazapine Pricing |

**Importance:**   High

| | |
|---|---|
| **Message Flag:** | Follow up |
| **Due By:** | Tuesday, June 10, 2003 12:00 PM |
| **Flag Status:** | Flagged |

Melissa,

Costs look in order..........Approved.

Regards,

Stan
Cost Accounting BIPI/RLI
slewis@col.boehringer-ingelheim.com
Ph. (614) 276-4000  x2029
Fax (614) 274-0974

-----Original Message-----

| | |
|---|---|
| **From:** | Hadrys, Melissa BVL-US-B |
| **Sent:** | Wednesday, June 04, 2003 4:29 PM |
| **To:** | Lewis, Stan  ROXUS; Soli,Thomas  LG BIP-US-R |
| **Cc:** | Paoletti, Lesil BVL-US-B |
| **Subject:** | APPROVAL REQUIRED BY Monday June 9:  Mirtazapine Pricing |
| **Importance:** | High |

Attached for your review and approval is a pricing proposal for the Mirtazapine tablets launch expected June 16.  Please respond with your comments and/or
approval no later than 12:00PM EST

1

PAOLETTI 20070
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00082804



Mirtazapine - Pricing.xls

PAOLETTI 20071
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00082805

## Hadrys, Melissa BVL-US-B

| | |
|---|---|
| **From:** | Terrillion,Scott,M  LG BIP-US-R |
| **Sent:** | Monday, June 09, 2003 2:55 PM |
| **To:** | Hadrys, Melissa BVL-US-B |
| **Cc:** | Soli,Thomas  LG BIP-US-R; Paoletti, Lesli BVL–US-B; Waterer, Judy BVL–US-B |
| **Subject:** | RE: APPROVAL REQUIRED BY Monday June 9: Mirtazapine Pricing |

Dear Melissa --

We have reviewed the pricing proposal and have no comments from a legal perspective.

As we have discussed with Judy and Lesli, legal must review the proposals to provide advice but does not actually "approve" pricing.   Thanks for continuing to send the proposals to us for legal review.  For the near term, please send the proposals to both Tom Soli and me and we will work out which of us will get back to you with comments.

Please give me a call if you have any questions.

Thanks --

Scott

-----Original Message-----
**From:**        Soli,Thomas  LG BIP-US-R
**Sent:**         Wednesday, June 04, 2003 4:48 PM
**To:**           Terrillion,Scott,M  LG BIP-US-R
**Subject:**      FW: APPROVAL REQUIRED BY Monday June 9: Mirtazapine Pricing
**Importance:**  High

Is this something for pink jacket?

*Thomas R. Soli, Jr.*
Counsel
Boehringer Ingelheim Pharmaceuticals, Inc.
203-798-5407 tel
203-791-6183 fax

-----Original Message-----
**From:**      Hadrys, Melissa BVL–US-B
**Sent:**       Wednesday, June 04, 2003 4:29 PM
**To:**         Lewis, Stan ROXUS; Soli,Thomas  LG BIP-US-R
**Cc:**         Paoletti, Lesli BVL–US-B
**Subject:**    APPROVAL REQUIRED BY Monday June 9: Mirtazapine Pricing

1

PAOLETTI 20072
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00082806

**Importance:** High

Attached for your review and approval is a pricing proposal for the Mirtazapine tablets launch expected June 16.  Please respond with your comments and/or approval no later than 12:00PM EST

<< File: Mirtazapine - Pricing.xls >>

2

**PAOLETTI 20073**
**CONFIDENTIAL-ATTORNEYS' EYES ONLY**
RLI-AWP-00082807

**MIRTAZAPINE TABLETS 15mg, 30mg, 45mg**
**PRICING PROPOSAL 06/12/2003**

***IF BRAND PRICING INCREASES PRIOR TO LAUNCH, THE PROPOSED PRICING BELOW WILL BE INCREASED ACCORDING TO THE RULES DESCRIBED UNDER "CALCULATIONS".  YOUR SIGNATURE ASSUMES YOUR APPROVAL UNLESS OTHERWISE NOTED.***

| NDC# | Pkg Size | Description | Direct Cost | Total Cost |
|---|---|---|---|---|
| 4676-13 | 30 | Mirtazapine Tablets 15mg | $3.94 | $4.37 |
| 8676-25 | 10x10 | Mirtazapine Tablets 15mg | $14.14 | $16.91 |
| 4677-13 | 30 | Mirtazapine Tablets 30mg | $7.57 | $8.01 |
| 8677-25 | 10x10 | Mirtazapine Tablets 30mg | $26.23 | $29.03 |
| 4678-13 | 30 | Mirtazapine Tablets 45mg | $11.77 | $13.75 |

**DRAFT**

**AWP**

| | | | | | PROPOSED | | |
|---|---|---|---|---|---|---|---|
| NDC# | Pkg Size | Description | Brand AWP | Teva AWP | Roxane AWP | Rox AWP % off Brand | $/Tab |
| 4676-13 | 30 | Mirtazapine Tablets 15mg | $90.51 | $81.46 | $81.46 | 10.0% | $2.72 |
| 8676-25 | 10x10 | Mirtazapine Tablets 15mg | $301.68 | | $271.51 | 10.0% | $2.72 |
| 4677-13 | 30 | Mirtazapine Tablets 30mg | $93.23 | $83.91 | $83.91 | 10.0% | $2.80 |
| 8677-25 | 10x10 | Mirtazapine Tablets 30mg | $310.83 | | $279.75 | 10.0% | $2.80 |
| 4678-13 | 30 | Mirtazapine Tablets 45mg | $95.03 | | $85.53 | 10.0% | $2.85 |

**WAC PRICE**

| NDC# | Pkg Size | Description | Brand WAC | Teva WAC | Roxane WAC | % off Brand WAC | GM% | $/Tab |
|---|---|---|---|---|---|---|---|---|
| 4676-13 | 30 | Mirtazapine Tablets 15mg | $72.41 | $61.10 | $61.10 | 15.6% | 92.8% | $2.04 |
| 8676-25 | 10x10 | Mirtazapine Tablets 15mg | $241.34 | | $203.63 | 15.6% | 91.7% | $2.04 |
| 4677-13 | 30 | Mirtazapine Tablets 30mg | $74.56 | $62.93 | $62.93 | 15.6% | 87.3% | $2.10 |
| 8677-25 | 10x10 | Mirtazapine Tablets 30mg | $248.66 | | $209.81 | 15.6% | 86.2% | $2.10 |
| 4678-13 | 30 | Mirtazapine Tablets 45mg | $76.02 | | $64.15 | 15.6% | 78.6% | $2.14 |

**DIRECT PRICE**

| NDC# | Pkg Size | Description | Roxane Direct | GM% | $/Tab |
|---|---|---|---|---|---|
| 4676-13 | 30 | Mirtazapine Tablets 15mg | $67.21 | 93.5% | $2.24 |
| 8676-25 | 10x10 | Mirtazapine Tablets 15mg | $224.00 | 92.5% | $2.24 |
| 4677-13 | 30 | Mirtazapine Tablets 30mg | $69.22 | 88.4% | $2.31 |
| 8677-25 | 10x10 | Mirtazapine Tablets 30mg | $230.79 | 87.4% | $2.31 |
| 4678-13 | 30 | Mirtazapine Tablets 45mg | $70.56 | 80.5% | $2.35 |

**ASSUMPTIONS**
Last price change for brand (Remeron) 11/18/02
Teva generic 180-day exclusivity on 15mg, 30mg expires June 16, 2003
Mylan launch possible prior to June 16, 2003
4 additional generics for a total of 6 at "market formation" (Purepac, Amide, Alphapharm (Par), RLI)
Purepac, Par, Teva not expected to launch unit dose packages; Amide and UDL possible unit dose competitors.
Proposed API cost reduction of 10-14% off total cost by sku

**CALCULATIONS**
RLI AWP = 10% off brand AWP
RLI WAC = RLI AWP less 25%
RLI Direct = RLI WAC plus 10%

 *updated 15mg 30's per. J. Watson

Mirtazapine Tablets Pricing
Revision Date 06/12/2003

PAOLETTI 20074
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00082808

**MIRTAZAPINE TABLETS 15mg, 30mg, 45mg**
**PRICING PROPOSAL 06/12/2003**

Minimum Bid Price

| NDC# | Pkg Size | Description | Good | Better | Best | Roxane MBP | GM% | $/Tab | MBP % off WAC |
|------|----------|-------------|------|--------|------|------------|-----|-------|---------------|
| 4676-13 | 30 | Mirtazapine Tablets 15mg | $38.18 | $30.55 | $24.44 | $21.99 | 80.1% | $0.73 | 64.0% |
| 8676-25 | 10x10 | Mirtazapine Tablets 15mg | $126.01 | $100.81 | $80.64 | $72.58 | 76.7% | $0.81 | 64.4% |
| 4677-13 | 30 | Mirtazapine Tablets 30mg | $45.82 | $36.66 | $29.33 | $26.39 | 69.7% | $0.88 | 58.1% |
| 8677-25 | 10x10 | Mirtazapine Tablets 30mg | $151.21 | $120.97 | $96.77 | $87.10 | 66.7% | $0.97 | 58.5% |
| 4678-13 | 30 | Mirtazapine Tablets 45mg | $54.98 | $43.99 | $35.19 | $31.67 | 56.6% | $1.06 | 50.6% |

| | | Cost per Tablet: | | | | MBP/Tab | CC +20/tab | | |
|------|----------|-------------|------|--------|------|---------|------------|---|---|
| 4676-13 | 30 | Mirtazapine Tablets 15mg | $1.27 | $1.02 | $0.81 | $0.73 | $0.17 | | |
| 8676-25 | 10x10 | Mirtazapine Tablets 15mg | $1.26 | $1.01 | $0.81 | $0.73 | $0.20 | | |
| 4677-13 | 30 | Mirtazapine Tablets 30mg | $1.53 | $1.22 | $0.98 | $0.88 | $0.32 | | |
| 8677-25 | 10x10 | Mirtazapine Tablets 30mg | $1.51 | $1.21 | $0.97 | $0.87 | $0.35 | | |
| 4678-13 | 30 | Mirtazapine Tablets 45mg | $1.83 | $1.47 | $1.17 | $1.06 | $0.55 | | |

**Bid Price Calculations**
15mg "Best" set at AWP less 70%
30mg "Best" set 20% more than 15mg "Best"
45mg "Best" set 20% more than 30mg "Best"
Unit dose price per tablet is 10% premium to bulk price per tablet
Minimum Bid Price (MBP) 10% less than "Best"
Better price set at 25% above best price.
Good price set at 25% above better price.

2003 Budget

| NDC# | Pkg | Description | Units | ASP | Net Sales |
|------|-----|-------------|-------|-----|-----------|
| 4676-13 | 30 | Mirtazapine Tablets 15mg | 277,721 | $ 9.93 | $2,756,552 |
| 8676-25 | 10x10 | Mirtazapine Tablets 15mg | 3,792 | $ 14.27 | $54,119 |
| 4677-13 | 30 | Mirtazapine Tablets 30mg | 283,285 | $ 18.00 | $5,099,409 |
| 8677-25 | 10x10 | Mirtazapine Tablets 30mg | 3,075 | $ 25.35 | $77,966 |
| 4678-13 | 30 | Mirtazapine Tablets 45mg | 47,455 | $ 38.05 | $1,805,847 |

PAOLETTI 20075
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00082809