**TAB 69**

**Paoletti, Lesli BVL-US-B**

| | |
|---|---|
| From: | Paoletti, Lesli BVL-US-B |
| Sent: | Wednesday, July 02, 2003 2:24 PM |
| To: | Waterer, Judy BVL-US-B;Lewis, Stan ROXUS; Terrillion,Scott,M LG BIP-US-R; Soli,Thomas LG BIP-US-R;Kersten, Paul BVL-US-B;Russillo, Tom BVL-US-B |
| Subject: | APPROVAL REQUIRED BY JULY 3:  Calcitriol Pricing Revision |
| Importance: | High |

Please review the attached price revision and reply with your approval.

Background/Rationale for Price Change

We learned yesterday that Roche has recalled Rocaltrol Oral Solution, the brand product for Calcitriol Oral Solution, due to subpotency.  We had a similar situation with Midazolam (also a Roche product, also recalled just prior to our launch of the generic) and it has not been reintroduced into the market.  Calcitriol Oral Solution is a small market. Roche has historically had difficulties with supply, has distributed the product only by dropship, and does not advertise the product on its website with their other products.

We suspect that there is a chance that once our generic is approved, Roche will not reintroduce Rocaltrol Oral Solution into the market.

Our approval is still pending with the FDA.  National Accounts has not yet submitted any contract proposals to customers.

Proposed Pricing

RLI AWP and WAC are set equal to Roche's current AWP and WAC.  Good-Better-Best bid pricing is set at RLI WAC less 5%.  Minimum bid is set at WAC less 35% in order to react quickly if the brand does not exit the market.



Calcitriol OS - Pricing - Rout...

**Lesli Paoletti**
*Product Manager*
*Roxane Multisource Products*
*Phone:  440/201-3659*
*E-mail:  lpaoletti@cle.boehringer-ingelheim.com*

1

PAOLETTI 18911
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00081645

Calcitriol Oral Solution 1mcg/mL
PRICING PROPOSAL - No Brand

***IF BRAND PRICING INCREASES PRIOR TO LAUNCH, THE PROPOSED PRICING BELOW WILL BE INCREASED ACCORDING TO THE RULES DESCRIBED UNDER "CALCULATIONS". YOUR SIGNATURE ASSUMES YOUR APPROVAL UNLESS OTHERWISE NOTED.***

| NDC# | Pkg Size | Description | Direct Cost | Current Cost |
|---|---|---|---|---|
| 3120-41 | 15 | Calcitriol Oral Solution 1mcg/mL | $7.09 | $11.66 |

**AWP**

| | | | | | PROPOSED | | | |
|---|---|---|---|---|---|---|---|---|
| NDC# | Pkg Size | Description | Brand AWP | Roxane AWP | Rox AWP % off Brand | | $/mL | |
| 3120-41 | 15 | Calcitriol Oral Solution 1mcg/mL | $179.00 | $179.00 | 0.0% | | $11.93 | |

**WAC PRICE**

| | | | | | PROPOSED | | | |
|---|---|---|---|---|---|---|---|---|
| NDC# | Pkg Size | Description | Brand WAC | Roxane WAC | % off Brand WAC | GM% | $/mL | AWP-WAC % off AWP |
| 3120-41 | 15 | Calcitriol Oral Solution 1mcg/mL | $143.20 | $143.20 | 0.0% | 91.9% | $9.55 | 20.0% |

**DIRECT PRICE**

| | | | | PROPOSED | | | |
|---|---|---|---|---|---|---|---|
| NDC# | Pkg Size | Description | | Roxane Direct | GM% | $/mL | AWP-DIR % off AWP |
| 3120-41 | 15 | Calcitriol Oral Solution 1mcg/mL | | $157.52 | 92.6% | $10.50 | 12.0% |

ASSUMPTIONS
Last price change for brand (Rocaltrol, Roche) 3/13/02 (AWP), 2/1/01 (WAC)
2003 Budget ASP $89.11, GNS $945,791
2003 Budget assumes May 1, 2003 launch as sole generic for 2 years.

CALCULATIONS
RLI AWP = Brand AWP
RLI WAC = Brand WAC (RLI AWP less 20%)
RLI Direct = RLI WAC plus 10%

**Minimum Bid Price Scenario #2**

| NDC# | Pkg Size | Description | Good | Better | Best | Roxane MBP | GM% | $/mL | MBP % off WAC |
|---|---|---|---|---|---|---|---|---|---|
| 3120-41 | 15 | Calcitriol Oral Solution 1mcg/mL | $136.04 | $136.04 | $136.04 | $93.08 | 87.5% | $6.21 | 35.00% |

ASSUMPTIONS
**ASSUMES LAUNCH AS SOLE SOURCE

Bid Price Calculations
MBP set at WAC less 35%
Good, Better, and Best price set at WAC less 5%

Calcitriol Oral Solution Pricing
Revision 7/3/03

PAOLETTI 18912
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00081646

Paoletti, Lesli BVL-US-B

| | |
|---|---|
| From: | Waterer, Judy BVL-US-B |
| Sent: | Wednesday, July 02, 2003 3:05 PM |
| To: | Paoletti, Lesli BVL-US-B |
| Subject: | RE: APPROVAL REQUIRED BY JULY 3: Calcitriol Pricing Revision |

Approved

-----Original Message-----
| | |
|---|---|
| From: | Paoletti, Lesli BVL-US-B |
| Sent: | Wednesday, July 02, 2003 2:24 PM |
| To: | Waterer, Judy BVL-US-B; Lewis, Stan ROXUS; Terrillion,Scott,M LG BIP-US-R; Soli,Thomas LG BIP-US-R; Kersten, Paul BVL-US-B; Russillo, Tom BVL-US-B |
| Subject: | APPROVAL REQUIRED BY JULY 3: Calcitriol Pricing Revision |
| Importance: | High |

Please review the attached price revision and reply with your approval.

Background/Rationale for Price Change

We learned yesterday that Roche has recalled Rocaltrol Oral Solution, the brand product for Calcitriol Oral Solution, due to subpotency. We had a similar situation with Midazolam (also a Roche product, also recalled just prior to our launch of the generic) and it has not been reintroduced into the market. Calcitriol Oral Solution is a small market. Roche has historically had difficulties with supply, has distributed the product only by dropship, and does not advertise the product on its website with their other products.

We suspect that there is a chance that once our generic is approved, Roche will not reintroduce Rocaltrol Oral Solution into the market.

Our approval is still pending with the FDA. National Accounts has not yet submitted any contract proposals to customers.

Proposed Pricing

RLI AWP and WAC are set equal to Roche's current AWP and WAC. Good-Better-Best bid pricing is set at RLI WAC less 5%. Minimum bid is set at WAC less 35% in order to react quickly if the brand does not exit the market.

<< File: Calcitriol OS - Pricing - Routing.xls >>

**Lesli Paoletti**
*Product Manager*
*Roxane Multisource Products*
*Phone: 440/201-3659*
*E-mail: lpaoletti@cle.boehringer-ingelheim.com*

1

PAOLETTI 18913
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00081647

Waterer, Judy BVL-US-B

From: Kersten, Paul BVL-US-B
Sent: Thursday, July 03, 2003 9:20 AM
To: Paoletti, Lesli BVL-US-B; Waterer, Judy BVL-US-B; Lewis, Stan ROXUS; Terrillion,Scott,M LG BIP-US-R; Soli,Thomas  LG BIP-US-R; Russillo, Tom BVL-US-B
Subject: RE: APPROVAL REQUIRED BY JULY 3:  Calcitriol Pricing Revision

Lesli,

Sounds great!

Paul

-----Original Message-----
From: Paoletti, Lesli BVL-US-B
Sent: Wednesday, July 02, 2003 2:24 PM
To: Waterer, Judy BVL-US-B; Lewis, Stan ROXUS; Terrillion,Scott,M LG BIP-US-R; Soli,Thomas LG BIP-US-R; Kersten, Paul BVL-US-B; Russillo, Tom BVL-US-B
Subject: APPROVAL REQUIRED BY JULY 3: Calcitriol Pricing Revision
Importance: High

Please review the attached price revision and reply with your approval.

Background/Rationale for Price Change

We learned yesterday that Roche has recalled Rocaltrol Oral Solution, the brand product for Calcitriol Oral Solution, due to subpotency.  We had a similar situation with Midazolam (also a Roche product, also recalled just prior to our launch of the generic) and it has not been reintroduced into the market.  Calcitriol Oral Solution is a small market. Roche has historically had difficulties with supply, has distributed the product only by dropship, and does not advertise the product on its website with their other products.

We suspect that there is a chance that once our generic is approved, Roche will not reintroduce Rocaltrol Oral Solution into the market.

Our approval is still pending with the FDA.  National Accounts has not yet submitted any contract proposals to customers.

Proposed Pricing

RLI AWP and WAC are set equal to Roche's current AWP and WAC.  Good-Better-Best bid pricing is set at RLI WAC less 5%.  Minimum bid is set at WAC less 35% in order to react quickly if the brand does not exit the market.

<< File: Calcitriol OS - Pricing - Routing.xls >>

**Lesli Paoletti**
*Product Manager*
*Roxane Multisource Products*
*Phone: 440/201-3659*
*E-mail: lpaoletti@cle.boehringer-ingelheim.com*

1

PAOLETTI 18914
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00081648

**Paoletti, Lesli BVL-US-B**

| | |
|---|---|
| From: | Russillo, Tom BVL-US-B |
| Sent: | Wednesday, July 02, 2003 3:29 PM |
| To: | Paoletti, Lesli BVL-US-B |
| Subject: | RE: APPROVAL REQUIRED BY JULY 3: Calcitriol Pricing Revision |

OK

-----Original Message-----
**From:** Paoletti, Lesli BVL-US-B
**Sent:** Wednesday, July 02, 2003 2:24 PM
**To:** Waterer, Judy BVL-US-B; Lewis, Stan ROXUS; Terrillion,Scott,M LG BIP-US-R; Soli,Thomas LG BIP-US-R; Kersten, Paul BVL-US-B; Russillo, Tom BVL-US-B
**Subject:** APPROVAL REQUIRED BY JULY 3: Calcitriol Pricing Revision
**Importance:** High

Please review the attached price revision and reply with your approval.

Background/Rationale for Price Change

We learned yesterday that Roche has recalled Rocaltrol Oral Solution, the brand product for Calcitriol Oral Solution, due to subpotency. We had a similar situation with Midazolam (also a Roche product, also recalled just prior to our launch of the generic) and it has not been reintroduced into the market. Calcitriol Oral Solution is a small market. Roche has historically had difficulties with supply, has distributed the product only by dropship, and does not advertise the product on its website with their other products.

We suspect that there is a chance that once our generic is approved, Roche will not reintroduce Rocaltrol Oral Solution into the market.

Our approval is still pending with the FDA. National Accounts has not yet submitted any contract proposals to customers.

Proposed Pricing

RLI AWP and WAC are set equal to Roche's current AWP and WAC. Good-Better-Best bid pricing is set at RLI WAC less 5%. Minimum bid is set at WAC less 35% in order to react quickly if the brand does not exit the market.

<< File: Calcitriol OS - Pricing - Routing.xls >>

**Lesli Paoletti**
*Product Manager*
*Roxane Multisource Products*
*Phone: 440/201-3659*
*E-mail: lpaoletti@cle.boehringer-ingelheim.com*

1

**PAOLETTI 18915**
**CONFIDENTIAL-ATTORNEYS' EYES ONLY**
RLI-AWP-00081649

Paoletti, Lesli BVL-US-B

| | |
|---|---|
| From: | Lewis, Stan ROXUS |
| Sent: | Thursday, July 03, 2003 8:48 AM |
| To: | Paoletti, Lesli BVL-US-B |
| Subject: | RE: APPROVAL REQUIRED BY JULY 3: Calcitriol Pricing Revision |

Lesli,
Nice margins. Approved.

Have a great July 4,

Stan
Cost Accounting BIPI/RLI
slewis@col.boehringer-ingelheim.com
Ph. (614) 276-4000 x2029
Fax (614) 274-0974

-----Original Message-----

| | |
|---|---|
| From: | Paoletti, Lesli BVL-US-B |
| Sent: | Wednesday, July 02, 2003 2:24 PM |
| To: | Waterer, Judy BVL-US-B; Lewis, Stan ROXUS; Terrillion,Scott,M LG BIP-US-R; Soli,Thomas LG BIP-US-R; Kersten, Paul BVL-US-B; Russillo, Tom BVL-US-B |
| Subject: | APPROVAL REQUIRED BY JULY 3: Calcitriol Pricing Revision |
| Importance: | High |

Please review the attached price revision and reply with your approval.

Background/Rationale for Price Change

We learned yesterday that Roche has recalled Rocaltrol Oral Solution, the brand product for Calcitriol Oral Solution, due to subpotency. We had a similar situation with Midazolam (also a Roche product, also recalled just prior to our launch of the generic) and it has not been reintroduced into the market. Calcitriol Oral Solution is a small market. Roche has historically had difficulties with supply, has distributed the product only by dropship, and does not advertise the product on its website with their other products.

We suspect that there is a chance that once our generic is approved, Roche will not reintroduce Rocaltrol Oral Solution into the market.

Our approval is still pending with the FDA. National Accounts has not yet submitted any contract proposals to customers.

Proposed Pricing

RLI AWP and WAC are set equal to Roche's current AWP and WAC. Good-Better-Best bid pricing is set at RLI WAC less 5%. Minimum bid is set at WAC less 35% in order to react quickly if the brand does not exit the market.

<< File: Calcitriol OS - Pricing - Routing.xls >>

**Lesli Paoletti**
*Product Manager*
*Roxane Multisource Products*
*Phone: 440/201-3659*

1

PAOLETTI 18916
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00081650

| For Internal Distribution Only |
|:---:|

# The Multi-Source Gold Sheet

## New
## Product · Price · Package
## Information

Number  1312

Date        July 18, 2003

## New From Roxane

The following products will be available for shipment on July 18, 2003.

| NDC List # 0054 | Product | Packaging | AWP | WAC | Direct |
|---|---|---|---|---|---|
| 3120-41 | Calcitriol Oral Solution 1mcg/mL | 15mL Bottle with 20 single-use, graduated oral dispensers | $179.00 | $143.20 | $157.52 |

PAOLETTI 18917
CONFIDENTIAL-ATTORNEYS' EYES ONLY
RLI-AWP-00081651