# TAB 70

# RED BOOK NEW PRODUCT / O (NEW NDC) WORKSHEET

**Mfg Name:** ROXANE
**Mfg Number:** _____

**Product Name:** AZATHIOPRINE
**Orange Book Code:** AB  ☐ OB STD.
**Product Type:**

| Product Level |
|---|
| ☐ Brand  ☐ Generic |

- Rx Trade ___
- Rx Branded Generic ___
- Rx Generic  X
- OTC/Trade ___
- OTC/Generic ___
- Rx Repack Innov ___
- Rx Repack Non Innov ___
- OTC Repackager ___
- Surgical/Device ___
- Rx for Compounding ___

**DEA Class: (Circle One)**  II  III  IV  V  (RX)  OTC

**Product Form:** TAB   **ROA:** ORAL
**Additional Desc.:** (10x10) - 8048-25
**Strength:** 50 mg   **Unit Dose** X

**Therapeutic Name:** AZATHIOPRINE
**Therapeutic Code:** 700101020
**Generic Name:** AZATHIOPRINE
**Generic Code:** 051765

**New GFC:** ☐ Yes  ☒ No

**Single Source:** Yes ___  No  X
**Maintenance Drug:** 1 ___  2  X  No ___
**DESI:** Yes ___  No  X   **Effective Date:** __/__/__
**Update:** Yes  X  No ___   **Removal Date:** __/__/__
**OTC Class:** ___
**Exception Drug:** ___

**Top Ranking:**
OTC ___
RX ___

**Effective Date:** 2/16/96
**Comments:** GETTING PI FROM MANUF

---

| | | | |
|---|---|---|---|
| Info Received: | Date 2/21/96 | By | CH |
| Given to Pharmacist: | Date 2/21/96 | By | CH |
| Reviewed by Pharmacist: | Date 2/22/96 | By | MK |
| Data Entry Completed: | Date 2/22/96 | By | CH |
| Data Verified: | Date 2/25/96 | By | TB |

PLAINTIFF'S EXHIBIT 24
Confidential
Red Book 13858

FEB-19-96 16:52 FROM:ROXANE LABORATORIES  ID:6142762470  PAGE 1/1

*Carol Flannigan*

*Fax 201-358-1756*

February 19, 1996



Carol Flannigan
Redbook Update

Dear Carol:

Please add the following <u>new</u> product effective 2/16/96.

| PRODUCT STRENGTH | PACKAGE SIZE | NDC LIST NO. 0054 | AWP | WHOLESALE PRICE |
|---|---|---|---|---|
| Azathioprine Tablets | | | | |
| 50 mg | Bottle of 100 | 4084-25 | $ 111.29 | $ 77.90 |
|  | 10 Strips of 10 Blisters (100) | 8048-25 | $ 122.43 | $ 85.69 |

If you have any questions please contact me at 1-800-848-0120 extension 2232.

Regards,

*Cheri*

Cheri Mayhew
Production Materials
 Coordinator

*ROXANE LABS*

Confidential                        Red Book 13859