**TAB 71**



**Roxane Laboratories, Inc.**

P.O. Box 16532 • Columbus, Ohio 43216-6532 • Phone 614/276-4000 • Fax 614/274-0974

May 24, 1996

RECEIVED MAY 29 1996 RED BOOK PRICING

Beth Rader
First Data Bank

Dear Beth,

Thank you for the "new" information regarding a take over of a product. Now if this happens again, we should be somewhat knowledgeable.

<u>BOEHRINGER INGELHEIM'S NDC NUMBER AND NEW PRICES</u>
**This price change was effective January 3, 1996**

| Product | Package Size | NDC List NO. 00597 | AWP PRICE | WHOLESALE PRICE |
|---|---|---|---|---|
| Prelu-2 | Bottle of 100 | 0064-01 | $ 104.68 | $ 87.23 |

(handwritten: PRICE Corr)

**ROXANE'S NDC NUMBER (0054-2719-25) WILL BEGIN SHIPPING EFFECTIVE JUNE 1, 1996**

Thank you,

Cheri Mayhew
Cheri Mayhew
Promotional Materials
Coordinator



ROXANE • PAIN • INSTITUTE ™
1 • 800 • 335 • 9100



PLAINTIFF'S EXHIBIT 25
Waterer 5-10-07

Confidential                                              Red Book 13860



# Roxane Laboratories, Inc.

P.O. Box 16532 • Columbus, Ohio 43216-6532 • Phone 614/276-4000 • Fax 614/274-0974

May 29, 1996

Carol Flannigan -- RedBook
Angie West -- Medi-Span

Dear Carol and Angie:

Please see the attached letter and place in your database as needed.

I explained to everyone when I sent the gold sheets for Prelu-2, that the product would continue to ship under Boehringer's NDC number, until stock was depleted. Everyone told me that it was okay, Prelu-2 would appear under Roxane, as well as, Boehringer, obviously that was a misconception. I assume the information on the gold sheet for Prelu-2, dated and faxed JANUARY 3, 1996, from Roxane was never entered into your systems, what would you do with that information?

I believe the attached information should make a clear adjustment for this product. Let me know if your books required something different. I need to get this straightened out.

Thank you.

*Cheri Mayhew*
Cheri Mayhew
Promotional Materials
 Coordinator

Attachment:



ROXANE • PAIN • INSTITUTE™

1 • 800 • 335 • 9100

Confidential                                          Red Book 13861

MAY-29-96 10:07 FROM:ROXANE LABORATORIES     ID:6142762470     PAGE    1/3

## ROXANE LABORATORIES, INC
## FACSIMILE TRANSMITTAL FORM

MARKETING FAX NUMBER: 614/276-2470



RECEIVED MAY 29 1996 RED BOOK PRI[C]

**PRIVILEGED AND CONFIDENTIAL** INFORMATION INTENDED ONLY FOR THE USE OF THE ADDRESSEE(S) NAMED BELOW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE EMPLOYEE OR THE AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT(S), PLEASE NOTE THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. ANYONE WHO RECEIVES THIS COMMUNICATION IN ERROR SHOULD NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT, PO BOX 16532, COLUMBUS, OH 43216 VIA THE US MAIL.

**TO:** Carol Flannigan - RedBook

**FAX NO:** 201·358·1756

**FROM:** Cheri Mayhew    **DATE:** 5/29/96

**NUMBER OF PAGES** (including cover sheet) ___3___

**MESSAGE:**

Carol - Thanks for your help in getting this corrected. If I need to send you anything else let me know.

Cheri

If there are problems with this transmission please phone 1-800-848-0120 and ask for the marketing department.

R O X A N E
Columbus, OH 43216

Confidential                                                  Red Book 13862



# Roxane Laboratories, Inc.

P.O. Box 16532 • Columbus, Ohio 43216-6532 • Phone 614/276-4000 • Fax 614/274-0974

January 12, 1996

Carol Flannigan
Redbook Update

Dear Carol:

Please add the following product effective 1/10/96.

*BOEHRINGER IN*

| PRODUCT STRENGTH | PACKAGE SIZE | NDC LIST NO. 0054 | AWP | WHOLESALE PRICE |
|---|---|---|---|---|
| Prelu-2 (phendimetrazine tartrate) Timed Release Capsules | | | | |
| 105 mg | Bottle of 100 | 2719-25 | $ 104.23 | $ 87.23 |

Also: A couple of AWP corrections from the price updates effective 1/2/96. Wholesale prices remain the same.

| Roxicet Tabs | Bottle of 100 | 4650-25 | $ 23.23 | *OK, ON DB* |
| Methadone Hydrochloride Intensol (Oral Concentrate USP) | | | | |
| 10mg/mL | 30mL Bottle with Calibrated Dropper | 3553-44 | $ 19.06 | *OK, ON DB* |

If you have any questions please contact me at 1-800-848-0120 extension 2232.

Also: Marinol New Package size effffective 12/15/95. *AWP* *WAC*

| 10 mg | Bottle of 60 | 2603-21 | $ 674.78 | $ 490.75 |

Regards,

Cheri Mayhew
Production Materials
 Coordinator

*1/17/96*



ROXANE • PAIN • INSTITUTE™

1 • 800 • 335 • 9100

Confidential                                        Red Book 13863

*Carol*



# Boehringer Ingelheim

SENT VIA FAX     2 PAGES TOTAL

Boehringer Ingelheim Pharmaceuticals, Inc.
a subsidiary of Boehringer Ingelheim Corporation
900 Ridgebury Road
P.O. Box 849
Ridgefield, Connecticut 06877-0849
Telephone: (203) 798-4770
Facsimile: (203) 791-6189



RECEIVED JAN - 4 1996

January 3, 1996

TO:     Third Party Pricing Services

RE:     PRODUCT DELETION / <u>PRICE INCREASE</u>

ATTN: Boehringer Ingelheim Pharmaceuticals, Inc. Rx Buyer:

Please be informed that as of JANUARY 3, 1996, all orders for PRELU-2® (phendimetrazine tartrate) should be directed to Roxane Laboratories Inc. for billing and shipping. Further information to follow.

Also, effective 12:01 a.m. Eastern Standard Time, JANUARY 4, 1996, there will be an immediate price increase on the following SKU's within the Boehringer Ingelheim Pharmaceuticals, Inc. product line:

*WAC    AWP*

*1-4-96*

| DESCRIPTION | NDC. # | UNIT PACKAGING | WHOLESALE UNIT PRICE | SUGGESTED LIST |
|---|---|---|---|---|
| **ALUPENT®** (metaproterenol sulfate) | | | | |
| Inhalation Aerosol Complete 10ml. | 0597-0070-17 | Box of 1 | $17.26 | $20.71 |
| Refill Unit 10ml. | 0597-0070-18 | Box of 1 | 15.45 | 18.54 |
| Tablets, 20mg. | 0597-0072-01 | Bottle of 100 | 41.91 | 50.29 |
| Tablets, 10mg. | 0597-0074-01 | Bottle of 100 | 29.50 | 35.40 |
| Syrup, 10mg./5ml. | 0597-0073-16 | 16oz. Bottle | 28.78 | 34.54 |
| Inhalant Solution 5%, 10ml. | 0597-0071-75 | 10ml. Bottle | 12.58 | 15.10 |
| Inhalant Solution 5%, 30ml. | 0597-0071-30 | 30ml. Bottle | 34.63 | 41.56 |
| Inhalant Solution, 0.6% 2.5ml. Unit Dose Vials | 0597-0069-62 | Carton of 25 | 36.02 | 43.23 |
| Inhalant Solution, 0.4% 2.5ml. Unit Dose Vials | 0597-0078-62 | Carton of 25 | 36.02 | 43.23 |

WHSLRS:ps0007xx/1



Confidential          Red Book 13864