# TAB 72

Case 1:01-cv-12257-PBS   Document 6195-77   Filed 06/26/09   Page 2 of 4

# RED BOOK NEW PRODUCT INFO (NEW NDC) WORKSHEET

**MFG NAME:** ROXANE
**MFG NUMBER:**

**Product Name:** RANITIDINE HCL
**Orange Book Code:** AB     OB STD.
- [ ] NDA
- [ ] ANDA

**Product Level:** [ ] Brand   [ ] Generic
**New GFC:** [ ] Yes   [ ] No

**Product Type:**
- Rx Trade: ___
- Rx Branded Generic: ___
- Rx Generic: [X]
- OTC/Trade: ___
- OTC/Generic: ___
- Rx Repack Innov: ___
- Rx Repack Non Innov: ___
- OTC Repackager: ___
- Surgical/Device: ___
- Rx for Compounding: ___

**DEA Class: (Circle One)**  II   III   IV   V   (RX)   OTC
**Product Form:** TAB       **ROA:** ORAL
**Additional Description:**
**Strength:** 150 mg       **UD:**
**Therapeutic Name:** RANITIDINE
**Therapeutic Code:** 56240 10060
**Generic Name:** RANITIDINE HCL
**Generic Code:** 50258 0
**Single Source:** Yes ___  No [X]
**Maintenance Drug:** 1 ___  2 [X]  No ___
**DESI:** Yes ___  No [X]   Effective Date: __/__/__
**Update:** Yes ___  No [X]   Effective Date: __/__/__
**OTC Class:**
**Exceptional Drug:**
**Effective Date:** 8/29/97
**Comments:** CALLED FOR O/B + ANDA

**Top Ranking:**
- OTC: ___
- RX: ___

| | Date | By |
|---|---|---|
| Given to Pharmacist: | 9/2/97 | [signature] |
| Reviewed by Pharmacist: | 9/4/97 | [signature] |
| Returned to Data Analyst: | 9/4/97 | [signature] |
| Data Entry Completed: | 9/4/97 | [signature] |
| Data Verified: | 9/8/97 | [signature] |

Revised 4/24/97


PLAINTIFF'S EXHIBIT 26
Waterer 5-10-07

Confidential                                   Red Book 13865

# RED BOOK NEW PRODUCT INFO (NEW NDC) WORKSHEET

**MFG NAME:** ROXANE
**MFG NUMBER:** _____

**Product Name:** RANITIDINE HCL
**Orange Book Code:** AB ____ OB STD. ☐ NDA ☐ ANDA

**Product Level**
☐ Brand ___ Generic

**New GFC**
___ Yes ___ No

**Product Type:**
Rx Trade _____
Rx Branded Generic _____
Rx Generic ✗
OTC/Trade _____
OTC/Generic _____
Rx Repack Innov _____
Rx Repack Non Innov _____
OTC Repackager _____
Surgical/Device _____
Rx for Compounding _____

**DEA Class:** (Circle One)   II   III   IV   V   (RX)   OTC

**Product Form:** TAB     **ROA:** ORAL
**Additional Description:** _____
**Strength:** 300 mg     **UD:** ■
**Therapeutic Name:** RANITIDINE
**Therapeutic Code:** 5624 010060
**Generic Name:** RANITIDINE HCL
**Generic Code:** 502580
**Single Source:** Yes ___ No ✗
**Maintenance Drug:** 1 ___ 2 ✗ No ___
**DESI:** Yes ___ No ✗   **Effective Date:** ___/___/___
**Update:** Yes ___ No ✗   **Effective Date:** ___/___/___
**OTC Class:** _____
**Exceptional Drug:** _____     **Top Ranking:**
**Effective Date:** 8/29/97     OTC _____
**Comments:** CALLED FOR O/B + ANDA     RX _____

| | Date | By |
|---|---|---|
| Given to Pharmacist: | 9/2/97 | (sig) |
| Reviewed by Pharmacist: | 9/4/97 | (sig) |
| Returned to Data Analyst: | 9/4/97 | (sig) |
| Data Entry Completed: | 9/4/97 | (sig) |
| Data Verified: | 9/8/97 | (sig) |

Revised 4/24/97

# New
# Product • Price • Package
# Information

NUMBER __17R__
DATE __August 15, 1997__

## Ranitidine Tablets, USP

Ranitidine Tablets, USP are available for shipment as of August 29, 1997 in the following dosage strengths and package sizes.

| STRENGTH | PACKAGE SIZE | NDC LIST NO. 0054 | AWP | WAC |
|---|---|---|---|---|
| 150mg | Bottle of 60 Tablets | 4853-21 | $89.28 | $49.60 |
| 150mg | Bottle of 500 Tablets | 4853-29 | $744.02 | $392.68 |
| 300mg | Bottle of 100 Tablets | 4854-25 | $270.19 | $142.60 |

**\*NOTE:** Revision of AWP and WAC column headers.

Confidential                                        Red Book 13867