**TAB 73**

MAR-13-98 18:07 FROM:ROXANE LABS. MARKETING          ID:614+276+2470          PAGE   1/3



# Roxane
## Laboratories, Inc.

PRIVILEGED AND CONFIDENTIAL   Information intended only for the use of the addressee(s) named in communication. If the reader of this message is not the intended recipient or the employee or the agent responsible for delivering the message to the intended recipient(s), please note that any dissemination, distribution or copying of this communication is strictly prohibited. Anyone who receives this communication in error should notify us immediately by telephone (collect) so we can arrange for its return at our expense. Thank you for your cooperation.

| | |
|---|---|
| Date: | 3/13/98 |
| Number of pages including cover sheet: | 3 |
| To: | CAROL FLANIGAN |
| | Red Book |
| Phone: | |
| Fax: | 201/ 358-1756 |
| From: | Marketing Dept-Dafne H. |
| Phone: | 614/ 276.4000 x2273 |
| Fax: | 614/ 276.2470 |

# FAX

*REBECCA PECK - PRICING*
*X-2332*



RECEIVED
MAR 1 6 1998
RED BOOK PRICING

☐ REMARKS:     ☐ Urgent     ☑ For your review     ☐ Reply ASAP     ☐ Please comment

PLAINTIFF'S
EXHIBIT
27
Waterer 5-10-07

Confidential                                                    Red Book 13868

# New
# Product • Price • Package
# Information

NUMBER <u>9</u>

DATE <u>March 13, 1998</u>

# PRICE CHANGES EFFECTIVE MARCH
# 16th, 1998

## ROXANE LABORATORIES, INC.

| PRODUCT DESCRIPTION | NDC # 0054- | STRENGTH | PACKAGE | OLD AWP | NEW AWP |
|---|---|---|---|---|---|
| ALUM HYDROXIDE GEL | 8035-11 | 2700MG/30ML | 100X30ML | $ 50.43 | $ 68.17 |
| CODEINE PHOSPHATE SOL'N | 3161-63 | 15MG/5ML | 500ML | $ 32.53 | $ 35.78 |
| CODEINE PHOSPHATE SOL'N | 8160-16 | 15MG/5ML | 40X5ML | $ 53.70 | $ 59.07 |
| CODEINE SULFATE TABLETS | 8155-24 | 15MG | 4X25RN | $ 34.01 | $ 37.41 |
| CODEINE SULFATE TABLETS | 4156-25 | 30MG | 100 | $ 36.61 | $ 40.27 |
| CODEINE SULFATE TABLETS | 8156-24 | 30MG | 4X25RN | $ 40.54 | $ 44.59 |
| CODEINE SULFATE TABLETS | 4157-25 | 60MG | 100 | $ 67.06 | $ 73.77 |
| CODEINE SULFATE TABLETS | 8157-24 | 60MG | 4X25RN | $ 73.61 | $ 80.97 |
| DEXAMETHASONE TABLETS | 4181-25 | 1MG | 100 | $ 25.51 | $ 28.06 |
| DEXAMETHASONE TABLETS | 8174-25 | 1MG | 100UD | $ 25.79 | $ 28.37 |
| DEXAMETHASONE TABLETS | 4183-25 | 2MG | 100 | $ 49.95 | $ 54.95 |
| DEXAMETHASONE TABLETS | 8176-25 | 2MG | 100UD | $ 48.76 | $ 53.64 |
| DEXAMETHASONE SOLUTION | 8177-16 | 0.5MG/5ML | 40X5ML | $ 27.07 | $ 29.78 |
| DEXAMETHASONE SOLUTION | 8168-16 | 2MG/20ML | 40X20ML | $ 34.04 | $ 37.44 |
| DEXAMETHASONE INTENSOL | 3176-44 | 1MG/ML | 30ML | $ 14.30 | $ 15.73 |
| DIAZEPAM ORAL SOLUTION | 3188-63 | 5MG/5ML | 500ML | $ 38.79 | $ 42.67 |
| DIAZEPAM ORAL SOLUTION | 8207-16 | 5MG/5ML | 40X5ML | $ 67.57 | $ 74.33 |
| DIAZEPAM ORAL SOLUTION | 8208-16 | 10MG/10ML | 40X10ML | $ 94.49 | $ 103.94 |
| DIAZEPAM INTENSOL | 3185-44 | 5MG/ML | 30ML | $ 21.38 | $ 23.52 |
| DIFLUNISAL TABLETS | 4220-21 | 500MG | 60 | $ 59.90 | $ 68.89 |

Confidential                    Red Book 13869

Case 1:01-cv-12257-PBS   Document 6195-78   Filed 06/26/09   Page 4 of 4

| Product | Code | Strength | Size | | Price | | Price |
|---|---|---|---|---|---|---|---|
| DIGOXIN ELIXIR | 8192-16 | 0.125MG/2.5ML | 40X2.5ML | $ | 41.93 | $ | 46.12 |
| DIGOXIN ELIXIR | 8193-16 | 0.25MG/5ML | 40X5ML | $ | 62.30 | $ | 68.53 |
| DHT TABLETS | 4190-19 | 0.125MG | 50 | $ | 47.01 | $ | 49.36 |
| DHT TABLETS | 8172-25 | 0.125MG | 100UD | $ | 96.61 | $ | 101.44 |
| DHT TABLETS | 4189-25 | 0.2MG | 100 | $ | 95.50 | $ | 100.28 |
| DHT TABLETS | 8182-25 | 0.2MG | 100UD | $ | 109.13 | $ | 114.59 |
| DHT TABLETS | 4191-19 | 0.4MG | 50 | $ | 85.71 | $ | 90.00 |
| DHT INTENSOL | 3170-44 | 0.2MG/ML | 30ML | $ | 35.26 | $ | 38.79 |
| DILUENT | 3173-63 | | 500ML | $ | 10.11 | $ | 11.12 |
| DILUENT | 8173-16 | | 40X15ML | $ | 21.81 | $ | 23.99 |
| DIPHENOX W/ATROPINE OS | 8191-16 | 2.5MG/5ML | 40X5ML | $ | 32.49 | $ | 35.74 |
| DIPHENOX W/ATROPINE OS | 8171-16 | 5MG/10ML | 40X10ML | $ | 53.54 | $ | 58.89 |
| HYDROCHLOROTHIAZIDE SOL'N | 3383-63 | 50MG/5ML | 500ML | $ | 15.37 | $ | 16.91 |
| LORAZEPAM INTENSOL | 3532-44 | 2MG/ML | 30ML | $ | 36.56 | $ | 40.22 |
| NAPROXEN SUSPENSION | 3630-63 | 125MG/5ML | 500ML | $ | 34.75 | $ | 38.23 |
| PREDNISONE TABLETS | 4741-25 | 1MG | 100 | $ | 3.25 | $ | 3.58 |
| PREDNISONE TABLETS | 4741-31 | 1MG | 1000 | $ | 23.81 | $ | 26.19 |
| PREDNISONE TABLETS | 8739-25 | 1MG | 100UD | $ | 6.47 | $ | 7.12 |
| PREDNISONE ORAL SOLUTION | 3722-50 | 5mg/5mL | 120mL | $ | 9.04 | $ | 9.94 |
| PREDNISONE ORAL SOLUTION | 3722-63 | 5MG/5ML | 500ML | $ | 17.22 | $ | 18.94 |
| PREDNISONE ORAL SOLUTION | 8722-16 | 5MG/5ML | 40X5ML | $ | 20.87 | $ | 22.96 |
| PREDNISONE INTENSOL | 3721-44 | 5MG/ML | 30ML | $ | 14.02 | $ | 15.42 |
| PROPANTHELINE BROMIDE | 4721-25 | 15MG | 100 | $ | 21.53 | $ | 23.68 |
| PROPANTHELINE BROMIDE | 4721-31 | 15MG | 1000 | $ | 161.70 | $ | 177.87 |
| PROPANTHELINE BROMIDE | 8737-25 | 15MG | 100UD | $ | 18.51 | $ | 20.36 |
| PROPRANOLOL HCL SOL'N | 3727-63 | 20MG/5ML | 500ML | $ | 31.50 | $ | 34.65 |
| PROPRANOLOL HCL SOL'N | 8764-16 | 20MG/5ML | 40X5ML | $ | 50.74 | $ | 55.81 |
| PROPRANOLOL HCL SOL'N | 3730-63 | 40MG/5ML | 500ML | $ | 45.01 | $ | 49.51 |
| PROPRANOLOL HCL SOL'N | 8765-16 | 40MG/5ML | 40X5ML | $ | 72.57 | $ | 79.83 |
| PROPRANOLOL INTENSOL | 3728-44 | 80MG/ML | 30ML | $ | 30.48 | $ | 33.53 |
| SALIVA SUBSTITUTE | 3769-50 | MAKE EACH PRICE | 120ML | $ | 4.38 | $ | 4.82 |
| SALIVA SUBSTITUTE | 8803-11 | | 25 x 5ML | $ | 6.57 | $ | 11.66 |

-2-

Confidential                                                      Red Book 13870