**TAB 74**

**Telefax**


Boehringer Ingelheim
Roxane Laboratories

Carol Flanagan
Redbook


RECEIVED MAR - 9 1999 RED BOOK PRICING

(201) 722-2666
Page: 1 of 3

Roxane Laboratories, Inc.

March 5, 1999

RE: **PRODUCT PRICE CHANGE NOTIFICATION**

Richard A. Feldman, R.Ph.
Telephone (614)272-4750
Telefax (614)276-0158

Attached please find a list of products with price changes effective <u>Monday, March 8, 1999</u>. I am requesting addition of these product price changes to your database. Should you need further information please contact me at (614) 272-4750.

1809 Wilson Road
Columbus, Ohio 43228
Telephone (614) 276-4000
Telefax (614) 274-0974

Thank you for your assistance.

Sincerely,

Richard A. Feldman, R. Ph.
Executive Director, Trade and Pharmacy Affairs

Attachments



PLAINTIFF'S EXHIBIT 29
Waterer 5-10-07

Confidential                        Red Book 13969



Roxane Laboratories, Inc.

Pharmaceutical Buyer



RECEIVED MAR - 9 1999 RED BOOK PRICING

March 5, 1999

## PRODUCT PRICE CHANGE NOTIFICATION

Richard A. Feldman,
R. Ph.
Telephone (614) 272-4750
Telefax (614) 276-0158
E-Mail rfeldman@col.boehringer-ingelheim.com

1809 Wilson Road
Columbus, Ohio 43228
Telephone (614) 276-4000
Telefax (614) 274-0974

Please note, effective 12:01 a.m. Eastern Standard Time, March 8, 1999, there will be an immediate price change for Dolophine/Methadone products within the Roxane Laboratories, Inc., product line. This change is due to an increase in manufacturing and supply costs.

| DESCRIPTION | NDC LIST NO. 0054- | UNIT PACKAGING | WHOLESALE PRICE | AWP PRICE |
|---|---|---|---|---|
| Dolophine® Hydrochloride ℞ Tablets (Methadone Hydrochloride Tablets USP) 5mg | 4216-25 | Bottle of 100 | $8.28 | $10.35 |
| Dolophine® Hydrochloride ℞ Tablets (Methadone Hydrochloride Tablets USP) 10mg | 4217-25 | Bottle of 100 | $13.45 | $16.81 |
| Dolophine® Hydrochloride ℞ Injection (Methadone Hydrochloride Injection USP) 10mg/mL | 1218-42 | 20mL Vial | $12.71 | $15.89 |
| Methadone Hydrochloride ℞ Diskets® (Dispersible Tablets) 40mg | 4538-25 | Bottle of 100 | $28.67 | $37.26 |
| Methadone Hydrochloride ℞ Tablets USP (Dispersible) 40mg | 4547-25 | Bottle of 100 | $27.83 | $36.17 |
| Methadone Hydrochloride ℞ Intensol™ Oral Concentrate USP 10mg/mL | 3555-44 | 30mL Bottle with Dropper | $18.02 | $22.52 |
| Methadone Hydrochloride ℞ Oral Concentrate USP 10mg/mL | 3553-67 | 946mL Bottle | $63.90 | $79.88 |
| Methadone Hydrochloride ℞ Oral Concentrate USP 10mg/mL (Cherry) | 3554-67 | 946mL Bottle | $63.90 | $79.88 |
| Methadone Hydrochloride ℞ Oral Solution USP 5mg/5mL | 3555-63 | 500mL Bottle | $24.68 | $30.85 |

Confidential                    Red Book 13970

Page 2


Boehringer Ingelheim
Roxane Laboratories

| | | | | AWP |
|---|---|---|---|---|
| Methadone Hydrochloride ⓒ Oral Solution USP 10mg/5mL | 3556-63 | 500 mL Bottle | $42.75 | $53.43 |
| Methadone Hydrochloride ⓒ Tablets USP 5mg | 4570-25 | Bottle of 100 | $7.10 | $8.87 |
| Methadone Hydrochloride ⓒ Tablets USP 5mg | 8553-24 | 4 X 25RN Blister Card | $27.32 | $34.16 |
| Methadone Hydrochloride ⓒ Tablets USP 10mg | 4571-25 | Bottle of 100 | $11.79 | $14.74 |
| Methadone Hydrochloride ⓒ Tablets USP 10mg | 8554-24 | 4 X 25RN Blister Card | $31.09 | $38.86 |
| Methadone Hydrochloride ⓒ USP Powder 50g | 9750-85 | 50g Bottle | $236.25 | $295.31 |
| Methadone Hydrochloride ⓒ USP Powder 100g | 9750-88 | 100g Bottle | $472.50 | $695.63 |

Any order received by Roxane Laboratories, Inc. after 12:01 a.m., Eastern Standard Time on March 8, 1999, will be billed at the new price. *Be aware that this announcement is being sent to your headquarters only*. Please notify the appropriate personnel in your company of this price change. If there should be any questions about this price, please contact our Customer Service Department at 1-800-520-1631.

Please note any changes or updates of contact person(s) and return by fax to (614) 276-0158 so that we may maintain our records. Thanks for your continued support.

Sincerely,


Richard A. Feldman, R.Ph.
Executive Director, Trade and Pharmacy Affairs

RAF/js

Confidential                                                   Red Book 13971