# TAB 75



**Telefax**

Boehringer Ingelheim
Roxane Laboratories

Carol Flanagan
Redbook

(201) 722-2666
Page: 1 of 3



RECEIVED
MAY - 4 1999
RED BOOK PRICING

Roxane Laboratories, Inc.

May 3, 1999

RE:   PRODUCT PRICE CHANGE NOTIFICATION

Richard A. Feldman, R.Ph.
Telephone (614)272-4750
Telefax (614)276-0158

Attached please find a copy of the May 4, 1999 announcement letter and list of prices for price changes of Lithium Carbonate Capsules. Should you need further information please contact me at (614) 272-4750.

1809 Wilson Road
Columbus, Ohio 43228
Telephone (614) 276-4000
Telefax (614) 274-0974

Thank you for your assistance.

Sincerely,

Richard A. Feldman, R. Ph.
Executive Director, Trade and Pharmacy Affairs

Attachments



PLAINTIFF'S
EXHIBIT
30
Waterer 5-10-07

Confidential                                      Red Book 13972



# Telefax

**Boehringer Ingelheim**
**Roxane Laboratories**

COMPANY: «Account_Name»
TO: «M_1_Key_Customer_Contact»
«M_2_Key__Customer_Contact»
«M_3_Key_Customer_Contact»
«M_4_Key_Customer_Contact»
FAX: «Fax»

Page: 1 of 2

RECEIVED MAY - 4 1999 RED BOOK PRICING

Roxane Laboratories, Inc.

May 3, 1999

## PRODUCT PRICE CHANGE NOTIFICATION

Richard A. Feldman, R.Ph.
Telephone (614) 272-4750
Telefax (614) 276-0158
E-Mail rfeldman@col.boehringer-ingelheim.com

P.O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000

Please note, effective 12:01 a.m. Eastern Standard Time, May 4, 1999, there will be an immediate price change for Lithium Carbonate Capsules and Tablets (see attached) within the Roxane Laboratories, Inc., product line.

Any order received by Roxane Laboratories, Inc. after 12:01 a.m., Eastern Standard Time on May 4, 1999, will be billed at the new price. *Be aware that this announcement is being sent to your headquarters only*. Please notify the appropriate personnel in your company of this price change. If there should be any questions about this price, please contact our Customer Service Department at 1-800-520-1631.

Please note any changes or updates of contact person(s) and return by fax to (614) 276-0158 so that we may maintain our records. Thanks for your continued support.

Sincerely,

Richard A. Feldman, R.Ph.
Executive Director, Trade and Pharmacy Affairs

RAF/lp

Attachment

Confidential                                                   Red Book 13973

# Telefax



Attachment to letter dated May 3, 1999

## Roxane Laboratories, Inc. - Price Change Notification



Effective 5/4/99

| DESCRIPTION | NDC LIST NO. 0054- | UNIT PACKAGING | AWP PRICE |
|---|---|---|---|
| Lithium Carbonate Capsules USP 150mg | 2526-25 | Bottle of 100 | $13.97 |
| Lithium Carbonate Capsules USP 150mg | 8526-25 | 10 strips of 10 blisters | $16.76 |
| Lithium Carbonate Capsules USP 300mg | 2527-25 | Bottle of 100 | $17.46 |
| Lithium Carbonate Capsules USP 300mg | 2527-31 | Bottle of 1000 | $161.73 |
| Lithium Carbonate Capsules USP 300mg | 8527-25 | 10 strips of 10 blisters | $20.95 |
| Lithium Carbonate Capsules USP 600mg | 2531-25 | Bottle of 100 | $34.92 |
| Lithium Carbonate Capsules USP 600mg | 8531-25 | 10 strips of 10 blisters | $41.90 |
| Lithium Carbonate Tablets USP 300mg | 4527-25 | Bottle of 100 | $19.21 |
| Lithium Carbonate Tablets USP 300mg | 4527-31 | Bottle of 1000 | $192.00 |
| Lithium Carbonate Tablets USP 300mg | 8528-25 | 10 strips of 10 blisters | $23.05 |

*※ LARGE PRICE INCR OK. PER RICH FELDMAN*

Confidential                                          Red Book 13974