# TAB 76



**Boehringer Ingelheim**
**Roxane Laboratories**

# Telefax

Carol Flannigan
Redbook

(201) ~~358-1756~~ 722-2666
Page 1 of 2



SEP 15 1999
RED BOOK PRICING

Roxane Laboratories, Inc.

September 14, 1999

**Product Price Change Notification**

Richard A. Feldman, R.Ph.
Telephone (614) 272-4750
Telefax (614) 276-0158
E-mail rfeldman@col.boehringer-ingelheim.com

P.O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000

Dear Carol,

Attached please find an <u>AWP</u> price change for select products within the Roxane Laboratories, Inc. product line. If you have any questions please feel free to give me a call at (614) 272-4750.

Sincerely,

Richard A. Feldman, R.Ph.
Executive Director
Trade and Pharmacy Affairs

RAF/acm

Attachment



PLAINTIFF'S EXHIBIT 31
Waterer 5-10-07

Confidential                              Red Book 13975



COMPANY: «Account_Name»
TO: «M_1_Key_Customer_Contact»
«M_2_Key_Customer_Contact»
«M_3_Key_Customer_Contact»
«M_4_Key_Customer_Contact»
FAX: «Fax»

Page: 1 of 1



Roxane Laboratories, Inc.

September 13, 1999

Richard A. Feldman, R.Ph.
Telephone (614) 272-4750
Telefax (614) 276-0158
E-Mail rfeldman@col.boehringer-ingelheim.com

P.O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000

**Product Price Change Notification**

Dear Pharmaceutical Buyer:

Please note effective 12:01 a.m. Eastern Standard Time, September 16, 1999, there will be an <u>AWP</u> (Average Wholesale Price) price change for select products (see below) within the Roxane Laboratories, Inc. product line.

| NDC List No. 0054- | Product | Package Size | AWP |
|---|---|---|---|
| 4084-25 | **AZATHIOPRINE Tablets USP 50mg** | Bottle of 100 | $ 131.08 |
| 8084-25 | **AZATHIOPRINE Tablets USP 50mg** | 10 Strips of 10 Blisters (100) | $ 144.18 |

If there should be any questions about these <u>AWP</u> prices, **please contact our Customer Service Department at <u>1-800-520-1631</u>**. Also, please fax any changes of contact person(s) to (614) 276-0158 so that we may accurately maintain our records. Thanks for your continued support.

Sincerely,

Richard A. Feldman, R.Ph.
Executive Director, Trade and Pharmacy Affairs

RAF/acm
C:   First Data Bank
     Medispan
     Redbook
     IMS America, LTD
     Facts and Comparison

Confidential                                              Red Book 13976