# TAB 78

APR-10-00 17:08 FROM:ROXANE LABS.                 ID:614+276+0158                 PAGE    1/2



Boehringer Ingelheim
**Roxane Laboratories**

**Telefax**

Carol Flanagan
Redbook

(201) 358-7535
Page 1 of 2

Roxane Laboratories, Inc.



RED BOOK PRICING

April 11, 2000

**Product Price Change Notification**

Richard A. Feldman, R.Ph.
Telephone(614) 272-4750
Telefax (614) 276-0158
E-mail rfeldman@col.boehringer-
ingelheim.com

P.O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000

Dear Carol,

Attached please find a price change for select products within the Roxane
Laboratories, Inc. product line effective **April 11, 2000**.  If you have any
questions please feel free to give me a call at (614) 272-4750.

Sincerely,

Richard A. Feldman, R.Ph.
Executive Director
Trade and Pharmacy Affairs

RAF/acm

Attachment



PLAINTIFF'S
EXHIBIT
35
Waterer 5-10-07
PENGAD 800-631-6989

**Confidential**                                   **Red Book 14084**

APR-10-00 17:08 FROM:ROXANE LABS.          ID:614+276+0158          PAGE    2/2

Boehringer Ingelheim
**Roxane Laboratories**

Attachment to letter dated April 10, 2000

# Roxane Laboratories, Inc. - Price Change Notification

Effective 4/11/00

| DESCRIPTION | NDC LIST NO. 0054- | UNIT PACKAGING | WAC PRICE | AWP PRICE |
|---|---|---|---|---|
| **Marinol® (dronabinol) Capsules @** | | | | |
| Marinol® (dronabinol) Capsules @ 2.5mg | 2601-11 | Bottle of 25 | $ 75.13 | $ 93.91 |
| Marinol® (dronabinol) Capsules @ 2.5mg | 2601-21 | Bottle of 60 | $ 173.00 | $ 216.25 |
| Marinol® (dronabinol) Capsules @ 2.5mg | 2601-25 | Bottle of 100 | $ 268.13 | $ 335.16 |
| Marinol® (dronabinol) Capsules @ 5mg | 2602-11 | Bottle of 25 | $ 150.03 | $ 187.54 |
| Marinol® (dronabinol) Capsules @ 5mg | 2602-25 | Bottle of 100 | $ 530.44 | $ 663.05 |
| Marinol® (dronabinol) Capsules @ 10mg | 2603-11 | Bottle of 25 | $ 298.72 | $ 373.40 |
| Marinol® (dronabinol) Capsules @ 10mg | 2603-21 | Bottle of 60 | $ 661.24 | $ 826.55 |
| | | | | |
| **Viramune® (Nevirapine) Tablets & Oral Suspension** | | | | |
| Viramune® (Nevirapine) Tablets 200mg | 4647-21 | Bottle of 60 | $ 243.58 | $ 292.30 |
| Viramune® (Nevirapine) Tablets 200mg | 4647-25 | Bottle of 100 | $ 405.96 | $ 487.15 |
| Viramune® (Nevirapine) Tablets 200mg | 8647-25 | 10x10 blister pack- 100 ct. | $ 412.78 | $ 495.34 |
| Viramune® (Nevirapine) Oral Suspension 50mg/5mL | 3905-58 | Bottle of 240mL | $ 52.74 | $ 63.29 |



RECEIVED
APR 1 1 2000
RED BOOK PRICING

**Confidential**                    **Red Book 14085**