# Exhibit C (part 2)

41. The Defendants' illegal pricing scheme created strong anti-competitive effects in the entire market for inhalant pharmaceuticals. As demonstrated in the following chart, the highest-price albuterol of Defendants Warrick and Dey dominate the market, due to illegal price spreads, while the low-priced albuterols marketed by Zenith/Goldline and Geneva corporations cannot compete. Only in a marketplace where a few competitors lie about their true prices would a Warrick marketed albuterol sell at a ratio of 667 to 1 over a Geneva-manufactured albuterol whose price is half that of the Warrick drug.

### FLORIDA MEDICAID REIMBURSEMENT
### FOR 1st QUARTER 1997 FOR ALBUTEROL SULFATE 0.083%

| MANUFACTURER | RELATOR'S COST PER ml | FLORIDA MEDICAID REIMBURSEMENT PER ml | SPREAD | # OF CLAIMS | FLORIDA MEDICAID REIMBURSEMENT in $ |
|---|---|---|---|---|---|
| Warrick | $ 0.1065 | $ 0.3590 | $ 0.2525 | 12,673 | $ 763,595.42 |
| Dey | $ 0.1125 | $ 0.3531 | $ 0.2406 | 9,792 | $ 707,220.50 |
| Zenith/Goldline | N/A | $ 0.2138 | – | 102 | $ 4,981.86 |
| Geneva | N/A | $ 0.1787 | – | 19 | $ 1,278.08 |
| TOTAL | | | | | $ 1,477,075.86 |

### VII.  DAMAGES

42. Because of the Defendants' conduct as set forth in this Complaint, The State of Florida suffered actual damages in excess of Seventy-Five Million Dollars ($75,000,000) and statutory damages in excess of Two Hundred Twenty-Five Million Dollars ($225,000,000).

## VIII. CAUSES OF ACTION
### COUNT I
### VIOLATION OF THE FLORIDA FALSE CLAIMS ACT

43. Plaintiffs reallege and incorporate by reference paragraphs 1 through 42 as though fully set forth herein.

44. Defendants knowingly presented or caused to be presented false claims for payment to the Florida Medicaid Program creating liability for a false claims action pursuant to § 68.081, Fla.Stat., *et seq.*

45. As a result of Defendants' conduct set forth in this count, the State of Florida, AHCA or its fiscal intermediary paid the improper Medicaid claims and has suffered actual damages in excess of Seventy-Five Million Dollars ($75,000,000).

46. Pursuant to §§ 68.082(2) and 68.086, Fla.Stat., the Plaintiffs are entitled to treble the actual damages sustained, not less than $5,000 and not more than $10,000 penalty per claim, all other relief set forth in said statutes, prejudgment interest, attorneys' fees and court costs.

### COUNT II
### COMMON LAW FRAUD

47. Plaintiffs reallege and incorporate by reference paragraphs 1 through 46 as though fully set forth herein.

48. The elements of common law fraud in Florida are: a false statement concerning a material fact; knowledge by the person making the statement that the representation is false; the intent by the person making the statement that the representation will induce another to act on it; and reliance on the representation to the injury of the other party. *See e.g., Tucker v. Mariani*, 655 So.2d 221, 225 (Fla. 1st DCA

1995); *Lance v. Wade*, 457 So.2d 1008, 1011 (Fla.1984).

49. Defendants made false statements of material fact regarding drug prices to First DataBank; Defendants knew that the submitted prices were false and significantly exceeded actual prices; Defendants knew that the Florida Medicaid Program relied on First DataBank prices and intended that the Florida Medicaid Program rely upon the false prices Defendants submitted to First DataBank; and, the Florida Medicaid Program did in fact rely upon such false price representations and was injured by paying provider reimbursements far in excess of reasonable estimates of provider acquisition cost as required by law.

50. Pursuant to the common law of fraud in Florida, the Plaintiffs are entitled to a remedy for the State's damages; to wit, the difference between what the Florida Medicaid Program should have paid in pharmacy claims for Defendants' drugs and what was in fact paid, as well as any other relief the Court deems appropriate, to include, prejudgment interest and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand that judgment be entered in favor of the State of Florida and the Relator against Defendants as follows:

A. On Count I, Plaintiffs demand judgment for treble the amount of the State of Florida's damages during the period on or before July 1, 1994 to the present time, pursuant to § 68.082(2), Fla.Stat. In addition, Plaintiffs demand that Defendants be assessed a civil penalty of $10,000 for each and every false claim submitted to the Florida Medicaid Program identified herein, as well as for any and all false claims subsequently discovered

during discovery. Plaintiffs further demand payment of prejudgment interest, attorneys' fees, expenses, investigatory costs, and for such other and further relief as the Court deems just and equitable pursuant to § 68.086, Fla.Stat.

B.   On Count II, Plaintiffs demand judgment for the return of the difference between the amounts paid and the amounts that should have been paid for Defendants' drugs named herein by the State of Florida, AHCA or its fiscal intermediary during the period under review described herein, and for prejudgment interest, costs, and for such other and further relief as the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

The STATE OF FLORIDA respectfully demands trial by jury of all issues so triable.

Respectfully submitted this ____ day of _July_____, 2003.

CHARLES J. CRIST, JR.
ATTORNEY GENERAL
STATE OF FLORIDA

By: _____
MARK S. THOMAS
Florida Bar No. 0001716
MARY S. MILLER
Florida Bar No. 0780420
Assistant Attorneys General
OFFICE OF THE ATTORNEY GENERAL
MEDICAID FRAUD CONTROL UNIT
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone:  850-414-3600
Facsimile:  850-410-2673

Page 20 of 21

JAMES J. BREEN, ESQ.
Florida Bar Number 297178
ALISON W. SIMON, ESQ.
Florida Bar Number 0109568
The Breen Law Firm, P.A.
P.O. Box 297470
Pembroke Pines, Florida 33029-7470
954-874-1653 (telephone)
954-874-1705 (facsimile)
Counsel for Ven-A-Care of the Florida Keys, Inc.


SHERRIE SAVETT, ESQ.
Pennsylvania Bar Number 17646
SUSAN SCHNEIDER THOMAS, ESQ.
Pennsylvania Bar Number 32799
JEANNE A. MARKEY, ESQ.
Pennsylvania Bar Number 40175
GARY AZORSKY, ESQ.
Pennsylvania Bar Number 38924
JOY P. CLAIRMONT, ESQ.
Pennsylvania Bar Number 82775
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
215-875-3000 (telephone)
215-875-4636 (facsimile)
Counsel for Ven-A-Care of the Florida Keys, Inc.


JOHN E. CLARK, ESQ.
Texas Bar Number 04287000
Goode Casseb Jones Riklin Choate & Watson
2122 North Main Avenue
P.O. Box 120480
San Antonio, Texas 78212-9680
210-733-6030 (telephone)
210-733-0330 (facsimile)
Counsel for Ven-A-Care of the Florida Keys, Inc.

## EXHIBIT A
## INHALANTS - PRICE FRAUD DRUGS

| Defendant | Product | Size | NDC No. |
|---|---|---|---|
| Warrick | Albuterol Sulfate .083% | 3 ml, 25s | 59930-1500-08 |
| Warrick | Albuterol Sulfate. 083% | 3 ml, 60s | 59930-1500-06 |
| Warrick | Albuterol Sulfate 0.5% | 20 ml | 59930-1515-04 |
| Warrick | Albuterol.90 mcg Aerosol Inhaler | 17 gm | 59930-1560-01 |
| Warrick | Albuterol 90 mcg Aerosol Refill | 17 gm | 59930-1560-02 |
| Dey | Albuterol Sulfate .083% | 25s | 49502-0697-03 |
| Dey | Albuterol Sulfate .083% | 30s | 49502-0697-33 |
| Dey | Albuterol Sulfate .083% | 60s | 49502-0697-60 |
| Dey | Albuterol Sulfate 5 mg/ml Solution | 20 ml | 49502-0105-01 |
| Dey | Acetylcysteine Solution 10% | 4 ml | 49502-0181-04 |
| Dey | Acetylcysteine Solution 10% | 10 ml | 49502-0181-10 |
| Dey | Acetylcysteine Solution 10% | 30 ml | 49502-0181-30 |
| Dey | Acetylcysteine Solution 20% | 4 ml | 49502-0182-04 |
| Dey | Acetylcysteine Solution 20% | 10 ml | 49502-0182-10 |
| Dey | Acetylcysteine Solution 20% | 30 ml | 49502-0182-30 |
| Dey | Cromolyn Sodium 2 ml | 60s | 49502-0689-02 |
| Dey | Cromolyn Sodium 2 ml | 120s | 49502-0689-12 |
| Dey | Ipratropium Bromide 2.5 ml | 25s | 49502-0685-03 |
| Dey | Ipratropium Bromide 2.5 ml | 30s | 49502-0685-33 |
| Dey | Ipratropium Bromide 2.5 ml | 60s | 49502-0685-60 |
| Dey | Albuterol 90 mcg Aerosol Inhaler | 17 gm | 49502-0303-17 |
| Dey | Albuterol 90 mcg Aerosol Refill | 17 gm | 49502-0303-27 |
| Roxane | Ipratropium Bromide .02% | 2.5 ml, 25s | 00054-8402-11 |

| Defendant | Product | Size | NDC No. |
|---|---|---|---|
| Roxane | Ipratropium Bromide .02% | 2.5 ml, 30s | 00054-8402-13 |
| Roxane | Ipratropium Bromide .02% | 2.5 ml, 60s | 00054-8402-21 |

F:\USERS\MCF\Team 103 (Thomas - Miller)\MaryM\Venacare\Pleadings\exhibit a - inhalants.wpd

IN THE COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR
LEON COUNTY, FLORIDA

FILED
04 NOV -1 PM 5: 37

BOB INZER
CLERK CIRCUIT COURT
LEON COUNTY, FLORIDA

| | |
|---|---|
| THE STATE OF FLORIDA )<br>)<br>ex rel. )<br>)<br>VEN-A-CARE OF THE )<br>FLORIDA KEYS, INC., )<br>a Florida Corporation, by and )<br>through its principal )<br>officers and directors, )<br>ZACHARY T. BENTLEY and )<br>T. MARK JONES, )<br>)<br>    Plaintiffs )<br>)<br>v. )<br>)<br>BOEHRINGER INGELHEIM )<br>CORPORATION; DEY, INC.; )<br>DEY, L.P.; EMD )<br>PHARMACEUTICALS INC.; )<br>LIPHA, S.A.; MERCK, KGaA; )<br>MERCK-LIPHA, S.A.; )<br>SCHERING CORPORATION; )<br>SCHERING-PLOUGH CORPORATION;)<br>ROXANE LABORATORIES, INC.; and )<br>WARRICK PHARMACEUTICALS )<br>CORPORATION, )<br>)<br>    Defendants. )<br>_____ ) | CIVIL ACTION NO. 98-3032A |

**NOTICE OF SERVICE**

TO:   ROXANE LABORATORIES, INC.
      1809 Wilson Road
      Columbus, Ohio 43216-6532

**YOU ARE HEREBY NOTIFIED** that the above named action has been filed

against you and served on the Florida Secretary of State pursuant to § 48.161, Florida

Statutes. A copy of the process is attached as Exhibit A and incorporated by reference

in this Notice.

Respectfully submitted this 1st day of November, 2004.

CHARLES J. CRIST, JR.
ATTORNEY GENERAL
STATE OF FLORIDA

By: _Mary S. Mil[signature]_
MARK S. THOMAS
Florida Bar No. 0001716
MARY S. MILLER
Florida Bar No. 0780420
Assistant Attorneys General
Office of the Attorney General
Medicaid Fraud Control Unit
PL-01, The Capitol
Tallahassee, Florida 32399-1050
Telephone:  850-414-3600
Facsimile:   850-410-2673

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to: Roxane Laboratories, Inc., 1809 Wilson Road, Columbus, Ohio, 43216-6532 **via certified United States Mail,** and Stephen E. McConnico, Esquire, Counsel for Roxane Laboratories, Inc., Scott, Douglass & McConnico, L.L.P., 600 Congress Avenue Austin, Texas 78701-3234; GARY AZORSKY, ESQ., Berger & Montague, P.C., 1622 Locust Street, Philadelphia, Pennsylvania 19103, Counsel for Ven-A-Care of the Florida Keys, Inc.; JOHN E. CLARK, ESQ., Goode, Casseb, Jones, Riklin, Choate & Watson 2122 North Main Avenue, P.O. Box 120480, San Antonio, Texas 78212-9680, Counsel for Ven-A-Care of the Florida Keys, Inc.; Dana G. Toole, Esquire, Dunlap & Toole, P.A., 2057 Delta Way, Tallahassee, Florida, 32303-4227; Christopher Palermo, Esquire, Kelley, Drye & Warren, LLP, 101 Park Avenue, New York, New York, 10178, Kelly Overstreet Johnson, Esquire, Broad and Cassel, 215 South Monroe Street, Suite 400, Tallahassee, Florida 32301, Crystal Talley, Esquire, John R. Therien, Esquire, John T. Montgomery, Esquire Ropes & Gray, LLC, One International Plaza, Boston, MA 02110-2624, and John McDonald, Esquire, Locke, Liddell & Sapp, L.L.C., 2200 Ross Avenue, Suite 2200, Dallas, Texas 75201 via Certified United States Mail this 1st day of November, 2004.

_Mary S. Mil[signature]_
Attorney