# Exhibit F (part 3)

362.     The City spent over $17 million on Janssen's Risperdal. The City's most popular dosage was the 2 mg tablet. The City estimates it was overcharged at least 15% per 2 mg tablet dosage as a result of Janssen's false AWPs. This translates into an average overcharge of at least $0.64 per dosage.

363.     In connection with the wrongful conduct described herein, the J&J defendants have been investigated by the General Accounting Office and the Office of the Attorney General for the Commonwealth of Massachusetts. The publicly available results of these investigations confirm J&J's routine practice of reporting false and inflated wholesale pricing information and non-compliance with rebate obligations.   J& J is also being sued by the Pennsylvania AG in connection with the same wrongdoing at issue here.

364.     For example, a September 2001 GAO report documented fraudulently inflated AWPs for epotein alpha, sold by J&J as Procrit. J&J and Amgen are identified in the *RedBook* as the only two sources for epoetin alpha.

365.     J&J is among the pharmaceutical companies referred to above now under investigation by the House Committee of Energy and Commerce for possible improper pricing practices and failures to comply with Best Price Rebate requirements.

366.     J&J is the subject of the investigation referred to above led by Senators Grassley and Baucus of the Senate Finance Committee regarding whether it is abusing the Nominal Price Exception to the Best Price reporting requirements.

367.     Janssen now is the subject of an investigation by the Office of the Inspector General of the Office of Personnel Management concerning marketing practices for mental health drugs.

368.     Ortho McNeil was subpoenaed on April 9, 2004 by the U.S. Attorney in Boston for information regarding its prescription drug marketing and sales practices.

## AA.   THE KING GROUP

369.     As set forth in detail at Exhibit A, the City spent over $1 million on the King Group (King and Monarch) drugs in 2002 alone. The specific drugs paid for by the City and for which the City seeks relief are set forth set forth in Exhibit A hereto.

370.     The City alleges an intentionally false and misleading AWP for each King Group drug listed on Exhibit A.

371.     Exhibit B sets forth the City's preliminary estimate of the extent of its overcharge on those King Group drugs for which it paid the greatest amount in 2002.

372.     As an example, in 2002 alone, the City spent over $1 million on King's Altace. The City's most popular dosage of Altace was the 10 mg capsule. The City estimates it was overcharged at least 7% per 10 mg dosage as a result of the King Group's false AWPs. This translates into an average overcharge of at least $0.09 per dosage. (*See* Exhibit B).

373.     In connection with the wrongful conduct described herein, the King Group is being investigated by OIG-HHS, Department of Veterans Affairs, Department of Justice, Centers for Medicaid and Medicaid Services, the Public Health Service and the Securities and Exchange Commission.

374.     King disclosed in its 2003 Annual Report that it owed Medicaid and other government health programs about $46.5 million in unpaid rebates. King estimated that it underpaid Medicaid by $0.9 million from 1994-1997. An internal audit found that an additional $18.9 million was due.

## BB.   MEDIMMUNE

375.      As set forth in detail at Exhibit A, the City spent over $4.1 million on MedImmune drugs in 2002 alone.  The specific drugs paid for by the City and for which the City include those set forth set forth in Exhibit A hereto.

376.      The City alleges an intentionally false and misleading AWP for each MedImmune drug listed on Exhibit A.

377.      Exhibit B sets forth the City's preliminary estimate of the extent of its overcharge on those MedImmune drugs for which it paid the greatest amount in 2002.

378.      As an example, in 2002 alone, the City spent over $4.1 million on MedImmune's Synagis. The City's most popular dosage of Synagis was the Injectible 100 mg. The City estimates it was overcharged at least 27% per Injectible 100 mg dosage as a result of MedImmune's false AWPs.  This translates into an average overcharge of at least $335.33 per dosage.  (*See* Exhibit B).

## CC.   MERCK

379.      As set forth in detail at Exhibit A, the City spent over $31.4 million on Merck drugs in 2002 alone.  The specific drugs paid for by the City and for which the City seeks relief are set forth set forth in Exhibit A hereto.

380.      The City alleges an intentionally false and misleading AWP for each Merck drug listed on Exhibit A.

381.      Exhibit B sets forth the City's preliminary estimate of the extent of its overcharge on those Merck drugs for which it paid the greatest amount in 2002.

382.      As an example, in 2002 alone, the City spent $419,487 on Merck's Vasotec. The City's most popular dosage of Vasotec was the 20 mg tablet.  The City estimates

it was overcharged at least 37% per 20 mg dosage as a result of Merck's false AWPs. This translates into an average overcharge of at least $0.59 per dosage. (*See* Exhibit B).

383.     In connection with the wrongful conduct described herein, Merck has been investigated by the U.S. Department of Justice and the Attorney General of Texas.

384.     Merck also is the subject of the investigation led referred to above by Senators Grassley and Baucus of the Senate Finance Committee regarding whether it is abusing the Nominal Price Exception to the Best Price reporting requirements.

DD.     **THE MYLAN GROUP**

385.     As set forth in detail at Exhibit A, the City spent over $4.8 million on Mylan Group (Mylan Labs, Mylan Pharm, UDL Labs) drugs in 2002 alone. The specific drugs paid for by the City and for which the City seeks relief include those set forth set forth in Exhibit A hereto.

386.     The City alleges an intentionally false and misleading AWP for each Mylan Group drug listed on Exhibit A.

387.     Although Mylan Group manufactured certain generic or multi-source drugs, the City's payments were still based on AWP pursuant to N.Y. Soc. Serv. L. § 367-a(9).

388.     Certain Mylan Group drugs listed in Exhibit A were reimbursed at certain times based on the FUL (*See* Exhibit C) but, as alleged herein, even the FUL is based on an intentionally false and inflated AWP.

389.     Exhibit B sets forth the City's preliminary estimate of the extent of its overcharge on those Mylan Group drugs for which it paid the greatest amount in 2002.

390.     As an example, in 2002 alone, the City spent over $2 million on Mylan's Nifedipine. The City's most popular dosage of Nifedipine was the 90 mg tablet, for

89

which there was no FUL (*See* Exhibit C). The City estimates it was overcharged at least 36% per 90 mg dosage as a result of Mylan Group's false AWPs. This translates into an average overcharge of at least $0.83 per dosage. (*See* Exhibit B).

391.     Mylan and its subsidiary UDL are among the pharmaceutical companies referred to above now under investigation by the House Committee of Energy and Commerce for possible improper pricing practices and failures to comply with Best Price Rebate requirements.

392.     In connection with the wrongful conduct described herein, Mylan has been investigated by at least the Commonwealth of Massachusetts.

## EE.   THE NOVARTIS GROUP

393.     As set forth in detail at Exhibit A, the City spent over $14 million on Novartis Group (Novartis and Sandoz) drugs in 2002 alone. The specific drugs paid for by the City and for which the City seeks relief include those set forth set forth in Exhibit A hereto.

394.     The City alleges an intentionally false and misleading AWP for each drug listed on Exhibit A.

395.     Although the Novartis Group manufactured certain generic or multi-source drugs, the City's payments were still based on AWP pursuant to N.Y. Soc. Serv. L. § 367-a(9).

396.     Certain Novartis Group drugs listed in Exhibit A were reimbursed at certain times based on the FUL (*See* Exhibit C) but, as alleged herein, even the FUL is based on an intentionally false and inflated AWP.

397.     Exhibit B sets forth the City's preliminary estimate of the extent of its overcharge on those Novartis Group drugs for which it paid the greatest amount in 2002.

398.     As an example, in 2002, the City's most popular dosage of the Novartis Group's Antenolol was the 50 mg tablet.   The City estimates it was overcharged at least 84% per 50 mg dosage as a result of the Novartis Group's false AWPs.  This translates into an average overcharge of at least $0.52 per dosage. (*See* Exhibit B).

399.     In connection with the wrongful conduct described herein, Novartis has been investigated by at least the Office of Inspector General of the Department of Health and Human Services.

400.     Geneva (now Sandoz) is among the pharmaceutical companies referred to above now under investigation by the House Committee of Energy and Commerce for possible improper pricing practices and failures to comply with Best Price rebate requirements.

FF.   **NORDISK**

401.     As set forth in detail at Exhibit A, the City spent over $1.8 million on Nordisk drugs in 2002 alone.  The specific drugs paid for by the City and for which the City seeks relief include those set forth set forth in Exhibit A hereto.

402.     The City alleges an intentionally false and misleading AWP for each drug listed on Exhibit A.

403.     Exhibit B sets forth the City's preliminary estimate of the extent of its overcharge on those Nordisk drugs for which it paid the greatest amount in 2002.

404.     As an example, in 2002 alone, the City spent $702,188 on Nordisk's Novolin. The City's most popular dosage of Novolin was the injectible 70/30.  The City estimates it was overcharged at least 17% per injectible 70/30 dosage as a result of Novo Nordisk's false AWPs.  This translates into an average overcharge of at least $4.08 per dosage. (*See* Exhibit B).

## GG.   ORGANON

405.     As set forth in detail at Exhibit A, the City spent over $1.5 million on Organon drugs in 2002 alone.  The specific drugs paid for by the City and for which the City seeks relief include those set forth set forth in Exhibit A hereto.

406.     Exhibit A sets forth the allegedly intentionally false and misleading AWP that Organon reported or caused to be reported for every dosage of every Organon drug for which the City paid.

407.     Exhibit B sets forth the City's preliminary estimate of the extent of its overcharge on those Organon drugs for which it paid the greatest amount in 2002.

408.     As an example, in 2002 alone, the City spent over $1.5 million on Organon's Remeron. The City's most popular dosage of Remeron was the 15 mg tablet. The City estimates it was overcharged at least 20% per 15 mg dosage as a result of Organon's false AWPs. This translates into an average overcharge of at least $0.49 per dosage. (*See* Exhibit B).

## HH.   PAR

409.     As set forth in detail at Exhibit A, the City spent over $2 million on Par drugs in 2002 alone.  The specific drugs paid for by the City and for which the City seeks relief include those set forth set forth in Exhibit A hereto.

410.     The City alleges an intentionally false and misleading AWP for each Par drug listed on Exhibit A.

411.     Although Par manufactured certain generic or multi-source drugs, the City's payments were still based on AWP pursuant to N.Y. Soc. Serv. L. § 367-a(9).

412.     Certain Par drugs listed in Exhibit A were reimbursed at certain times based on the FUL (*See* Exhibit C) but, as alleged herein, even the FUL is based on an intentionally false and inflated AWP.

413.     Exhibit B sets forth the City's preliminary estimate of the extent of its overcharge on those Par drugs for which it paid the greatest amount in 2002.

414.     As an example, in 2002 alone, the City spent over $633,000 on Par's Fluoxetine. One of the City's dosages of Fluoxetine was the Cap 20 mg, for which there was no FUL for the majority of 2002 (*See* Exhibit C). The City estimates it was overcharged at least 40% per Cap 20 mg dosage as a result of Par's false AWPs. This translates into an average overcharge of at least $0.96 per dosage. (*See* Exhibit B).

415.     In connection with the wrongful conduct described herein, Par has been investigated by at least the Commonwealth of Massachusetts.

416.     Par is also among the pharmaceutical companies referred to above now under investigation by the House Committee of Energy and Commerce for possible improper pricing practices and failures to comply with Best Price Rebate requirements.

II.   **PURDUE**

417.     As set forth in detail in Exhibit A, the City spent over $1.3 million on Purdue drugs in 2002 alone. The specific drugs paid for by the City and for which the City seeks relief include those set forth in Exhibit A hereto.

418.     The City alleges an intentionally false and misleading AWP for each Purdue drug listed on Exhibit A.

419.     Given the unavailability of retail price data for OxyContin, the City cannot estimate the extent to which OxyContin's AWP was inflated.

93

420.    OxyContin's wholesale price information also was inflated given Purdue's unlawful maintenance of a monopoly for the drug and Oxycodone-cr. In a January 5, 2004 decision, Judge Stein of the Southern District of New York declared Purdue's last three OxyContin patents to be void and unenforceable and the result of deceptive conduct before the U.S. Patent and Trademark Office. *Purdue Pharma L.P. v. Endo Pharm, Inc.* 2004 WL 26523 at * 11 (S.D.N.Y. January 5, 2004).    The City's over-payments for OxyContin were exacerbated by this fraud which permitted Purdue to unlawfully impose monopoly prices for its drug since at least 1996.

JJ.    **RELIANT**

421.    As set forth in detail at Exhibit A, the City spent over $900,000 on Reliant drugs in 2002 alone. The specific drugs paid for by the City and for which the City seeks relief are set forth set forth in Exhibit A hereto.

422.    Exhibit B sets forth the City's preliminary estimate of the extent of its overcharge on those Reliant drugs for which it paid the greatest amount in 2002.

423.    As an example, in 2002 alone, the City spent over $994,000 on Reliant's Axid. The City's most popular dosage of Axid was the 150 mg capsule. The City estimates it was overcharged at least 3% per 150 mg dosage as a result of Reliant's false AWPs. This translates into an average overcharge of at least $0.07 per dosage. (*See* Exhibit B).

KK.    **SANOFI**

424.    As set forth in detail at Exhibit A, the City spent over $7.6 million on Sanofi drugs in 2002 alone. The specific drugs paid for by the City and for which the City seeks relief include those set forth set forth in Exhibit A hereto.

425.     The City alleges an intentionally false and misleading AWP for each Ivax drug listed on Exhibit A

426.     Exhibit B sets forth the City's preliminary estimate of the extent of its overcharge on those Sanofi drugs for which it paid the greatest amount in 2002.

427.     As an example, in 2002 alone, the City spent over $7.6 million on Sanofi's Ambien. The City's most popular dosage of Ambien was the 10 mg tablet. The City estimates it was overcharged at least 16% per 10 mg tablet dosage as a result of Sanofi's false AWPs. This translates into an average overcharge of at least $0.38 per dosage. (*See* Exhibit B).

428.     Sanofi is the subject of the investigation referred to above led by Senators Grassley and Baucus of the Senate Finance Committee regarding whether it is abusing the Nominal Price Exception to the Best Price reporting requirements.

## LL.   THE SCHERING GROUP

429.     As set forth in detail at Exhibit A, the City spent over $19.5 million on Schering Group (Schering and Warrick) drugs in 2002 alone. The specific drugs paid for by the City and for which the City seeks relief include those set forth set forth in Exhibit A hereto.

430.     The City alleges an intentionally false and misleading AWP for each Schering Group drug listed on Exhibit A.

431.     Although the Schering Group, and Warrick in particular, manufactured certain generic or multi-source drugs, the City's payments were still based on AWP pursuant to N.Y. Soc. Serv. L. § 367-a(9).

432.     Certain Schering Group drugs listed in Exhibit A were reimbursed at certain times based on the FUL (*See* Exhibit C) but, as alleged herein, even the FUL is based on an intentionally false and inflated AWP.

95

433.     Exhibit B sets forth the City's preliminary estimate of the extent of its overcharge on those Schering Group drugs for which it paid the greatest amount in 2002.

434.     As an example, in 2002 alone, the City spent over $2.1 million on Schering's Claritin D. The City's most popular dosage of Claritin D was the tablet 10 240 mg. The City estimates it was overcharged at least 56% per Claritin D dosage as a result of Schering's false AWPs. This translates into an average overcharge of. at least $1.52 per dosage. (*See* Exhibit B).

435.     The City spent over $2 million on Warrick's Albuterol. The most popular unit of Albuterol was the 90mcg Aerosol, for which there was no FUL in 2002 (*See* Exhibit C). The City estimates it was overcharged at least 55% per 90mcg Aerosol dosage as a result of Warrick's false AWPs. This translates into an average overcharge of at least $10.60 per dosage. (*See* Exhibit B).

436.     On July 16, 2004, it was announced that Schering has agreed to pay $350 million in fines and plead guilty to criminal charges that it cheated Medicaid. The settlement stems from a six-year probe prompted by three whistleblowers who accused Schering of selling its products to private health-care providers for far less than it sold them to Medicaid. As part of the settlement, Schering is expected to admit it gave grants to private providers to conduct patient education and marketing programs as part of a scheme to induce them to buy the company's drugs at relatively high prices. Schering-Plough then billed Medicaid at these high prices without accounting for the offsetting grants.

437.     In April 2004, Schering announced that it was paying $27 million to settle charges brought in 2000 by the Texas Attorney General which revealed that Schering-Plough, with its subsidiary Warrick, had defrauded the State of Texas. Investigators

96

determined that Schering-Plough provided the greatest "spread" amongst the drug companies selling Albuterol (one of the drugs paid for by the City) in Texas, and thereby obtained the largest market share for Albuterol. Schering-Plough sold a box of Albuterol to pharmacies for $13.50, while it charged the Texas Medicaid program $40.30, a 200% increase. *See* Cornyn Sues Three Drug Companies for Medicaid Fraud, Press Release by the Office of the Attorney General, State of Texas, September 7, 2000 (www.oag.state.tx.us.gov).

438.     This follows a 2003 announcement by Schering that it was the subject of a federal grand jury investigation and criminal investigation led by the U.S. Attorney for the District of Massachusetts. The investigation concerned (i) providing remuneration, such as drug samples, to providers to induce the purchase of Schering products for which payment was made through federal health care programs; (ii) selling misbranded or unapproved drugs; (iii) submitting false wholesale pricing information for its pharmaceutical products to the government; and (iv) destroying evidence and obstructing justice relating to the government's investigation. *See* Schering-Plough Press Release dated May 30, 2003, "Schering Plough Provides Update on Previously Reported Investigation by U.S. Attorney for District of Massachusetts." Schering's Form 10-K for the year 2000 stated that this investigation focused on "whether the AWP set by pharmaceutical companies for certain drugs improperly exceeds the average prices paid by dispensers. . . and other pricing and/or marketing practices."

439.     Schering took charge of $150 million for the fourth quarter of 2002 to reflect its estimate of the likely legal liability from the above government probe. The key basis for the government investigation was the federal anti-kickback statute, which prohibits

pharmaceutical companies from giving money or other items of value to doctors in exchange for prescribing particular products to Medicaid patients.

440.      Both Schering and Warrick are among the pharmaceutical companies referred to above now under investigation by the House Committee of Energy and Commerce for possible improper pricing practices and failures to comply with Best Price Rebate requirements.

441.      Schering also is the subject of the investigation referred to above led by Senators Grassley and Baucus of the Senate Finance Committee regarding whether it is abusing the Nominal Price Exception to the Best Price reporting requirements.

442.      The Schering Group is also under investigation by the Attorneys General of California, Massachusetts, Minnesota, Montana, Ohio, Pennsylvania and Wisconsin.

443.      Schering was among the drug companies Congressman Stark investigated for improper Medicare/Medicaid pricing practices.

## MM.   SERONO

444.      As set forth in detail at Exhibit A, the City spent over $5.2 million on Serono drugs in 2002 alone.  The specific drugs paid for by the City and for which the City seeks relief include those forth set forth in Exhibit A hereto.

445.      The City alleges an intentionally false and misleading AWP for each Ivax drug listed on Exhibit A

446.      Exhibit B sets forth the City's preliminary estimate of the extent of its overcharge on those Serono drugs for which it paid the greatest amount in 2002.

447.      As an example, in 2002 alone, the City spent over $5.2 million on Serono's Serostim. The City's most popular dosage of Serostim was the injectible 6 mg.  The

98

City estimates it was overcharged at least 27% per injectible 6 mg dosage as a result of Serono's false AWPs. This translates into an average overcharge of at least $60.45 per dosage. (*See* Exhibit B).

448.     In January 2004, Serono announced that it was under investigation by federal and state officials in respect of its marketing practices for its AIDs-related drug Serostim, one of the drugs for which New York seeks damages. The investigation focuses on possible improper sales, improper billing of State Medicaid programs and improper financial incentives to encourage doctors and pharmacists to prescribe the drug.

449.     Serono received a subpoena from the U.S. Attorney's office in Boston in 2001 requesting nearly 10 years worth of documents pertaining to Serostim and in 2002 the company received similar requests from authorities in California, Florida, Maryland and New York. The criminal and civil investigations focus on whether the company violated federal and state false claims acts or anti-kickback laws, which prohibit drug companies from offering incentives to doctors to prescribe a drug covered by the government, individuals familiar with the investigations say, according to the Journal.

NN.   **TAKEDA**

450.     As set forth in detail at Exhibit A, the City spent over $3.9 million on Takeda drugs in 2002 alone. The specific drugs paid for by the City and for which the City seeks relief include those set forth set forth in Exhibit A hereto.

451.     The City alleges an intentionally false and misleading AWP for each Ivax drug listed on Exhibit A

452.     Exhibit B sets forth the City's preliminary estimate of the extent of its overcharge on those Takeda drugs for which it paid the greatest amount in 2002.

99

453.     As an example, in 2002 alone, the City spent over $3.9 million on Takeda's Actos. The City's most popular dosage of Actos was the 30 mg tablet. The City estimates it was overcharged at least 15% per 30 mg dosage as a result of Takeda's false AWPs. This translates into an average overcharge of at least $0.36 per dosage. (*See* Exhibit B).

## OO.   TAP PHARMACEUTICAL

454.     As set forth in detail at Exhibit A, the City spent over $ 13.1 million on TAP drugs in 2002 alone. The specific drugs paid for by the City and for which the City seeks relief include those set forth set forth in Exhibit A hereto.

455.     The City alleges an intentionally false and misleading AWP for each TAP drug listed on Exhibit A.

456.     Exhibit B sets forth the City's preliminary estimate of the extent of its overcharge on those TAP drugs for which it paid the greatest amount in 2002.

457.     As an example, in 2002 alone, the City spent over $10.9 million on TAP's Prevacid. The City's most popular dosage of Prevacid was the 30 mg cap. The City estimates it was overcharged at least 25% per 30 mg cap dosage as a result of Tap's false AWPs. This translates into an average overcharge of at least $0.95 per dosage. (*See* Exhibit B).

458.     In connection with the wrongful conduct described herein, TAP has been investigated by the Department of Justice. In addition, on October 13, 2001, the United States Attorney in Boston, Massachusetts announced that TAP, a corporation that arose from a partnership between Takeda Chemical Industries Ltd. and Abbott Laboratories, a defendant herein, had agreed to pay $875 million to resolve criminal charges and civil liabilities in

connection with its fraudulent pricing and marketing practices for the drug named Lupron®. As part of the agreement:

(a) TAP agreed to plead guilty to a conspiracy to violate the Prescription Drug Marketing Act, 21 U.S.C. §§ 331(t) and 333(b), and to pay a $290 million criminal fine, the largest criminal fine ever in a health care fraud prosecution. The plea agreement between the United States and TAP specifically stated that TAP's criminal conduct caused the Government losses of $145,000,000;

(b) TAP agreed to pay the United States Government $559,483,560 for filing false and fraudulent claims with the Medicare and Medicaid programs as a result of TAP's fraudulent drug pricing schemes and sales and marketing misconduct;

(c) TAP agreed to pay the fifty states and the District of Columbia $25,516,440 for filing false and fraudulent claims with the States, as a result of TAP's drug pricing and marketing misconduct, and for TAP's failure to provide state Medicaid programs TAP's best price for Lupron®, as required by law;

(d) TAP agreed to comply with the terms of a sweeping Corporate Integrity Agreement that, among other things, significantly changes the manner in which TAP supervises its marketing and sales staff and ensures that TAP will report to the Medicare and Medicaid programs the true average sale price for drugs reimbursed by those programs;

(e) Abbott and Takeda (the TAP co-venturers) agreed to cooperate fully with the ongoing government investigation of TAP and its former officers and employees in exchange for the United States declining prosecution of Abbott and Takeda for conduct relating to Lupron®; and

(f) An indictment was unsealed in the District of Massachusetts against six current or former TAP employees (including an account executive, three District Managers, a National Accounts Manager and the former Vice President of Sales), and a urologist, alleging that they conspired to (i) bill Medicare for free samples of Lupron® and (ii) market Lupron® using the "spread" and the "return to practice" program.

459.     At a hearing in the criminal matter, which has an extensive record, United States District Court Judge William G. Young found:

> This has been a gross abuse of the Medicare/Medicaid repayment system, knowing, intelligent. You have demonstrated, and it's all been confirmed in open court, and I don't want anyone forgetting about the fact that this company, not under its present management, knowingly abused the public trust in a most, and I use my words carefully, despicable way.

*United States v. TAP Pharm. Prods., Inc.*, No. CR-01-10354-WGY (D. Mass. Dec. 6, 2001).

460.     The TAP Defendants also have been sued in connection with their fraudulent pricing and marketing practices for Lupron®, one of the drugs at issue here. *Russano v. Abbott Laboratories*, No. 01-6982 (N.D. ILL. filed Sept. 7, 2001).

461.     TAP also is the subject of the investigation referred to above led by Senators Grassley and Baucus of the Senate Finance Committee regarding whether it is abusing the Nominal Price Exception to the Best Price reporting requirements.

462.     In connection with the wrongful conduct described herein, TAP has been sued by the Attorneys General of the States of Pennsylvania and Wisconsin.

## PP.   TEVA

463.     As set forth in detail at Exhibit A, the City spent over $3.7 million on Teva drugs in 2002 alone. The specific drugs paid for by the City and for which the City seeks relief are set forth set forth in Exhibit A hereto.

102

464.     The City alleges an intentionally false and misleading AWP for each Teva drug listed on Exhibit A

465.     Although Teva manufactured certain generic or multi-source drugs, the City's payments were still based on AWP pursuant to N.Y. Soc. Serv. L. § 367-a(9).

466.     Certain Teva drugs listed in Exhibit A were reimbursed at certain times based on the FUL (see Exhibit C) but, as alleged herein, even the FUL is based on an intentionally false and inflated AWPs.

467.     Exhibit B sets forth the City's preliminary estimate of the extent of its overcharge on those Teva drugs for which it paid the greatest amount in 2002.

468.     As an example, in 2002 alone, the City spent over $34,000 on Teva's Amiodarone. The City's most popular dosage of Amiodarone was the 200 mg tablet, for which there was no FUL in 2002 (*See* Exhibit C). The City estimates it was overcharged at least 80% per tablet 200 mg dosage as a result of Teva's false AWPs. This translates into an average overcharge of at least $2.38 per dosage. (*See* Exhibit B).

469.     Teva is among the pharmaceutical companies referred to above now under investigation by the House Committee of Energy and Commerce for possible improper pricing practices and failures to comply with Best Price Rebate requirements.

## QQ.   THE WATSON GROUP

470.     As set forth in detail at Exhibit A, the City spent over $1.8 million on Watson Group (Watson and Watson Pharma (formerly Schein)) drugs in 2002 alone. The specific drugs paid for by the City and for which the City seeks relief include those set forth in Exhibit A hereto.

471.     The City alleges an intentionally false and misleading AWP for each Watson Group drug listed on Exhibit A.

472.     Although Watson Group manufactured certain generic or multi-source drugs, the City's payments were still based on AWP pursuant to N.Y. Soc. Serv. L. § 367-a(9).

473.     Certain Watson Group drugs listed in Exhibit A were reimbursed at certain times based on the FUL (*See* Exhibit C) but, as alleged herein, even the FUL is based on an intentionally false and inflated AWP.

474.     Exhibit B sets forth the City's preliminary estimate of the extent of its overcharge on those Watson Group drugs for which it paid the greatest amount in 2002.

475.     As an example, in 2002 alone, the City spent over $23,000 on Watson's Necon. The City's most popular dosage of Necon was the tablet 1135-28 for which there was no FUL in 2002. (*See* Exhibit C.) The City estimates it was overcharged at least 44% per tablet 1/35-28 dosage as a result of Watson's false AWPs. This translates into an average overcharge of at least $0.40 per dosage. (*See* Exhibit B.)

476.     In connection with the wrongful conduct described herein, Watson has been investigated by at least the United States Department of Justice, the Office of Inspector General of the Department of Health and Human Services, the Attorneys General for the states of California, Massachusetts, Montana, Pennsylvania and Wisconsin.    Schein, Watson's subsidiary since 2000, has been investigated by the Office of the Attorney General of Texas in connection with a state investigation of "possible false reporting of information regarding the marketing of and prices for drugs" used to establish reimbursement rates for Texas Medicaid drugs, and has received notices or subpoenas from the attorneys general of various other states, including Florida, Nevada, California, Texas and New York. The publicly

104

available results of these investigations confirm Watson's routine practice of reporting false and inflated wholesale price information and non-compliance with rebate obligations.

477.     Schein also reported in its 10-Q for the quarterly period ended June 24, 2000, that it was a defendant in a federal *qui tam* action brought in 1995 under the U.S. False Claims Act in the Federal District Court for the Southern District of Florida. Schein stated that it "believe[d] that the matter relates to pharmaceutical pricing issues and whether 19 allegedly improper efforts by pharmaceutical manufacturers led to increased payments by Medicare and/or Medicaid."

478.     Watson also is among the pharmaceutical companies referred to above now under investigation by the House Committee of Energy and Commerce for possible improper pricing practices and failures to comply with Best Price Rebate requirements.

RR.    WYETH

479.     As set forth in detail at Exhibit A, the City spent over $6.2 million on Wyeth drugs in 2002 alone. The specific drugs paid for by the City and for which the City seeks relief include those set forth set forth in Exhibit A hereto.

480.     The City alleges an intentionally false and misleading AWP for each Wyeth drug listed on Exhibit A.

481.     Exhibit B sets forth the City's preliminary estimate of the extent of its overcharge on those Wyeth drugs for which it paid the greatest amount in 2002.

482.     As an example, in 2002 alone, the City spent over $2.1 million on Wyeth's Protonix. The City's most popular dosage of Protonix was the 40 mg tablet. The City estimates it was overcharged at least 18% per 40 mg tablet dosage as a result of Protonix's false AWPs. This translates into an average overcharge of at least $.50 per dosage. (*See* Exhibit B).

483.     Wyeth also is the subject of the investigation referred to above by Senators Grassley and Baucus of the Senate Finance Committee regarding whether it is inappropriately using the Nominal Price Exception to the Best Price reporting requirements.

484.     Wyeth also is the subject of an investigation by the Office of the Inspector General of the Office of Personnel Management concerning marketing practices for mental health drugs.

## VII.   DAMAGES TO NEW YORK CITY

485.     Pursuant to N.Y. Soc. Serv. L. § 368-a, the City is mandated to pay 25% of its Medicaid costs ("Medicaid Local Share Costs"). The City's Medicaid costs exceeded $4 billion in 2002. The City spent over $540 million for Medicaid Pharmacy Costs alone in 2002, and over $597 million in 2003. A substantial portion of this huge sum is the result of the inflation of prescription drug prices pursuant to the AWP scheme alleged herein, and the failure to pay the full rebate amounts required by law.

486.     Applying even the most conservative estimates of improper AWP spread and failures to report accurate Best Prices and/or AMPs or pay proper rebates, these abuses result in millions of dollars in excessive payments by the City for Medicaid-covered drugs.

487.     The City now seeks, *inter alia*, to recover the overpayment. Defendants' misconduct has unjustly enriched the defendants at the expense of New York's health care system, and ultimately, taxpayers in the City and State and nationwide.

## VIII.   FRAUDULENT CONCEALMENT

488.     By controlling the process by which the AWPs or other wholesale price information for covered drugs were inflated and reported falsely to publishers, each

defendant concealed its fraudulent conduct from the City. Each defendant prevented the City from knowing what the actual pricing structures for the covered drugs were, and concealed the standard discounts, chargebacks, off-invoice transactions, free samples and other financial incentives routinely provided to lower the actual costs for its drugs.

489.

490.     Each defendant concealed its fraudulent conduct by instructing drug distribution chain intermediaries not to report the prices they paid for the covered drugs.

491.     Each defendant worked with and motivated provider and drug distribution chain intermediaries to halt investigations or changes in the AWP system.

492.     Each defendant concealed that its calculation of Medicaid rebates, based on Best Price and AMP, did not account for all discounts, rebates or incentives as required by law.

493.     Each defendant further concealed the true Best Prices and true AMPs from the federal agencies to which it reports those data.

494.     Each defendant concealed that it was not paying proper rebates to the states.

495.     Each defendant purposely concealed its pricing structures, promotional practices and sales figures for the covered drugs.

496.     Each defendant's efforts to conceal its pricing structures for the drugs at issue is evidence that it knew that its conduct was fraudulent.

497.     Thus, each defendant concealed that (i) its AWPs were highly inflated for the express purpose of causing the City to overpay for the Covered Drugs, (ii) it was manipulating the AWPs of the covered drugs, (iii) the AWPs bore no relationship to the

prices paid for, or the pricing structure of, the Covered Drugs and (iv) it was not accurately reporting its Best Prices and AMPs, and    that it was not accurately calculating its Medicaid rebates.

498.    Unaware of the true facts about the pricing of the Covered Drugs, and statutorily obligated to a 25% Medicaid contribution, the City has paid and continues to pay for them based upon and in reliance on the AWPs.

499.    The City has been diligent in pursuing an investigation of the claims asserted in this Complaint. Only in the wake of recent Congressional hearings, DOJ, OIG and HHS reports, and settlements has the City become informed of or placed on notice regarding the extent of defendants' fraudulent conduct.

500.    The City has been kept in ignorance of vital information essential to the pursuit of these claims, without any fault or lack of diligence on its part. The City could not reasonably have discovered the fraudulent nature of the published AWPs and of the Medicaid rebate amounts calculated by defendants. Because of their knowing, affirmative, and active concealment of the fraudulent nature of pricing information, defendants are estopped from relying on any statutes of limitations.

501.    Any applicable statutes of limitations have been tolled by defendants' knowing and active concealment and denial of the facts alleged herein. At all times relevant the defendants have been and are under a continuing duty to disclose to the City that the AWPs they reported or caused to be reported bear no relationship to the actual prices paid for their drugs, and that the Medicaid rebates that they pay are reduced by the use of false and inaccurate pricing information.

## CLAIMS FOR RELIEF

### COUNT I
## VIOLATION OF FEDERAL MEDICAID STATUTE, 42 U.S.C. § 1396r-8 (FAILURE TO COMPLY WITH FEDERAL MEDICAID REBATE STATUTE)

502.     The City realleges and incorporates the preceding paragraphs as if fully set forth herein.

503.     Each of the defendant pharmaceutical companies is a manufacturer of a Covered Drug.

504.     Pursuant to 42 U.S.C. § 1396r-8, each of the defendant pharmaceutical manufacturers of single source and brand name innovator drugs entered into a rebate agreement with the Medicaid Program pursuant to which the defendant agreed to report its Best Price. Each of the defendant pharmaceutical companies likewise agreed to report its average manufacturers' price or AMP.

505.     In keeping with their artificial price inflation scheme, each defendant did not report the actual Best Price or AMP but instead reported incorrect Best Prices and/or AMPs by, *inter alia,* excluding routine discounts, rebates, off-invoice transactions, free samples and other inducements offered to participants in the drug distribution chain that resulted in lower prices than the prices reported to the Medicaid Program.

506.     Each of the defendants violated 42 U.S.C. § 1396r-8 by their systematic submission of untrue, incomplete, inaccurate, and misleading information used to determine the amount of rebates under the Medicaid program.

507.     As set forth herein, acting with the intent to defraud and in order to obtain authorization to qualify as a provider and to provide specific goods, each defendant

made or caused to be made false statements and incorrect payments while promising that it would comply with the mandates of 42 U.S.C. § 1396r-8.

508.     Defendants knew, or by virtue of their position, authority or responsibility should have known, of the falsity of pricing information submitted and that the rebates they were paying were incorrectly calculated.

509.     As a result of defendants' inaccurate reporting of Best Price and/or AMPs, defendants did not comply with their obligations pursuant to the Federal Medicaid Rebate statute and the City was deprived of a portion of the rebates to which it was entitled.

## COUNT II

## VIOLATION OF N.Y.  SOCIAL SERVICES LAW § 367(A)(7)(d)  (FAILURE TO COMPLY WITH STATE MEDICAID REBATE STATUTE)

510.     The City realleges and incorporates the preceding paragraphs as if fully set forth herein.

511.     Each of the defendant pharmaceutical companies is a manufacturer of a Covered Drug.

512.     42 U.S.C. § 1396r-8 is incorporated by New York State's Medicaid Statute.  *See* New York Social Services Law § 367-(a)(7)(d).  New York law expressly provides that each of the defendants who have executed a rebate agreement are to be paid pursuant to that agreement.

513.     As set forth herein, acting with the intent to defraud and in order to obtain authorization to qualify as a provider and to provide specific goods, each defendant made or caused to be made false statements and incorrect payments while promising that it would comply with the mandates of 42 U.S.C. § 1396r-8.

110

514.     Each of the defendants thereby violated N.Y.Soc. Serv. L. § 367-(a)(7)(d) in that they submitted untrue, incomplete, inaccurate, and misleading information used to determine the amount of reimbursement under the Medicaid program and they paid incorrectly calculated rebates to the states.

515.     Defendants knew, or by virtue of their position, authority and responsibility should have known, of the falsity of the pricing information submitted and that the rebates they were paying were incorrectly calculated.

516.     As a result of defendants' inaccurate reporting of Best Price and/or AMPs, defendants did not comply with their obligations pursuant to the State Medicaid Rebate statute and the City was deprived of a portion of the rebates to which it was entitled.

## COUNT III

## VIOLATION OF NEW YORK SOCIAL SERVICES LAW § 145-b  (OBTAINING PUBLIC FUNDS BY FALSE STATEMENTS)

517.     The City realleges and incorporates the preceding paragraphs as if fully set forth herein.

518.     New York Social Services Law § 145-b provides that "[i]t shall be unlawful for any person, firm or corporation knowingly by means of a false statement or representation, or by deliberate concealment of any material fact, or other fraudulent scheme or device, on behalf of himself or others, to attempt to obtain or to obtain payment from public funds for ... supplies furnished ... pursuant to" the Medicaid Program.

519.     By engaging in the acts and practices described above, defendants have knowingly made false statements and representations or engaged in a fraudulent scheme on behalf of themselves and others, resulting in the overpayment of public funds for

111

defendants' prescription drugs covered by the New York Medicaid Program in violation of Soc. Serv. L. § 145-b.

520.    Defendants conduct violated and continues to violate Social Services Law § 145-b because defendants, and each of them, by means of their false statements and representations and deliberate concealment of material facts attempted to obtain and did in fact obtain payment from public funds for supplies furnished pursuant to this chapter. Defendants made false "statements or representations" under § 145-b(1)(b) because they gave "a [false] report of data which serves as the basis for a claim or a rate of payment."

521.    Defendants have "attempted to obtain and did obtain payment from public funds for supplies" under § 145-b(1)(c) because they obtained a portion of public funds from which payment was made, and because "public funds [we]re used to reimburse ... an entity from which payment was obtained." N.Y. Soc. Serv. L. § 145-b.

522.    Defendants also have made false statements or representations "on behalf of others...to obtain payment from public funds in violation of N.Y. Soc. Serv. L. § 145-b.

## COUNT IV

## BREACH OF CONTRACT

523.    The City realleges and incorporates by reference the preceding paragraphs as if fully set forth herein.

524.    As required by 42 U.S.C. § 1396r-8, and to effectuate its purpose of reducing state Medicaid drug expenditures, each defendant entered into a Rebate Agreement with the Secretary of HHS.

525.     New York Social Services Law § 367-(a)(7)(D) expressly states that any defendant was has entered into such rebate agreement with HHS, is to be reimbursed pursuant to 42 U.S.C. § 1396r-8.

526.     The City, like New York State, was an intended third-party beneficiary of these rebate agreements.

527.     As set forth herein, contrary to the express requirements of the Model Rebate Agreements, each defendant did not report accurate Best Prices and AMPs for its drugs or pay correct Medicaid rebates.

528.     Rather, each defendant reported false and inflated Best Prices and incorrect AMPs that, among other things, excluded routine discounts, rebates, chargebacks and other inducements and incentives offered to drug selecting entities to create market share.

529.     Defendants have therefore breached their rebate agreements and caused massive foreseeable damage to the City, an intended third-party beneficiary of the rebate agreement.

## COUNT V

### UNFAIR TRADE PRACTICES
(Violations of N.Y. Gen. Bus. Law § 349 *et seq.*)

530.     The City realleges and incorporates by reference the preceding paragraphs as if fully set forth herein.

531.     As set forth with particularity herein and in Exhibit A, defendants herein have intentionally and wrongfully reported inaccurate, false and misleading wholesale pricing information for the Covered Drugs.

532.     As alleged herein, this AWP scheme was designed to increase demand for defendants' products.

113

533.    Defendants' intentional wrongful acts caused direct damage to tax paying consumers and the City by wrongfully increasing the City's Medicaid burden.

534.    The defendants' intentional misconduct has damaged the public and the City taxpayers.

535.    New York's Medicaid Statute expressly states, *inter alia,* that "[m]edical assistance for needy persons is hereby declared to be a matter of public concern and a necessity in promoting the public health and welfare." *See* Social Services Law § 363. Defendants' deceptive acts, as described herein, are in direct contravention of this statutorily articulated public policy. Defendants' practices were consumer-oriented and continue to have a broad impact on consumers and the taxpaying public.

536.    The City is required by State Law to balance its budget. Every dollar spent on Medicaid is a dollar that cannot be spent elsewhere.

537.    Defendants' conduct as alleged in this Complaint constitutes deceptive acts or practices in that:

(a) Defendants have failed to disclose material facts in the conduct of trade or commerce in that they have not disclosed that the wholesale pricing information they submit does not reflect the true average wholesale price of the drug products they sell, and that the "Best Prices" they report are not the actual "Best Prices" offered to other commercial entities, but are instead inflated in order to drive up the prices paid for medications by the City and deny the City proper Medicaid rebates;

(b) Defendants have made false or misleading statements of facts concerning the price of goods in that they have lied about the true wholesale pricing information

114

and "Best Prices" paid for their medications in order to drive up the prices paid by the City and deny the City proper Medicaid rebates;

(c) Defendants have knowingly made false representations in a transaction by representing that the wholesale pricing information provided is an accurate reflection of the average wholesale price paid for their drugs, and that their reported "best prices" are in fact the "Best Prices" offered to a commercial entity for their drugs; and

(d) Defendants have violated state and federal statutes and regulations relating to the sale or lease of goods including, without limitation, the "Best Price" requirement of the Medicaid statute, New York's Social Services Law, § 367-a, and § 145-b. These statutory and regulatory violations serve, at minimum, as predicates for the violation of New York's Gen. Bus. Law § 349.

538.    The wrongful conduct alleged in this Complaint occurs and continues to occur in the ordinary course of defendants' business and has caused great harm to the City and the consumers who live there. The City has suffered actual damages because it has had to overpay millions of dollars in Medicaid pharmacy costs as a direct and proximate result of defendants' misleading and deceptive practices.

### COUNT VI

### FRAUD

539.    The City realleges and incorporates the preceding paragraphs as if fully set forth herein.

540.    As detailed in the Complaint and Exhibit A, defendants have engaged in actual fraudulent reporting of pricing information on which Medicaid reimbursements are based, and have acted intentionally and with actual malice.

115

541.     Defendants have made false representations with knowledge of their falsity, have concealed material facts with the purpose of overcharging the City and the City has relied upon such misrepresentations.  Direct, proximate and foreseeable injury has occurred as a result of such foreseeable and statutorily required reliance.

542.     Defendants also had knowledge of facts or intentionally disregarded facts that created a high probability of injury to the City participants, and deliberately proceeded to act in conscious or intentional disregard of, or with indifference to, the high probability of this injury.

543.     New York's Social Service Law § 366-b expressly provides that "any person who, with intent to defraud, presents for allowance or payment any false or fraudulent claim for furnishing services or merchandise, or who knowingly submits false information for the purpose of obtaining greater compensation than that to which he is legally entitled for furnishing services or merchandise, or knowingly submits false information for the purpose of obtaining authorization of furnishing services or merchandise under this title, shall be guilty of a class A misdemeanor…".

544.     Defendants' knowing and intentional submission of inflated AWPs or other wholesale pricing data to publishers for the express purpose of effectuating the AWP scheme alleged herein, and their knowing and intentional failures to report accurate Best Prices and/or AMPs and failure to pay correct Medicaid rebates constitute intentional frauds pursuant to common law and New York Social Services Law § 366-b.

## COUNT VII

## UNJUST ENRICHMENT

545.     The City realleges and incorporates by reference the preceding paragraphs as if fully set forth herein.

116

546.     To the extent the court determines there is no contractual relationship between the City and the defendants, as a direct and proximate result of the unlawful conduct described above, defendants have been and will continue to be unjustly enriched.

547.     Defendants have benefited from their unlawful acts through the increased sale of Covered Drugs with the greatest spread.  It would be inequitable for defendants to retain any of their ill-gotten gains earned as a result of the scheme alleged herein, which gains would not exist but for the overpayments made by the City and other Medicaid payors.

548.     The City is entitled to an accounting and the establishment of a constructive trust consisting of all overcharges paid by the City for covered drugs.

## PRAYER FOR RELIEF

WHEREFORE, plaintiff the City prays for judgment against each and every defendant, jointly and severally, as follows:

549.     Adjudging and decreeing that defendants engaged in the intentional fraudulent conduct alleged herein in violation of N.Y.  Soc. Serv. L. §§ 367(a)(7)(d), 366-b, 145-b and 42 U.S.C. § 1396r-8;

550.     Awarding the City actual, statutory, treble and all other available money damages, with interest, for defendants' violation of N.Y.  Gen. Bus. Law § 349 in an amount to be determined at trial;

551.     Awarding the City actual, statutory, treble, punitive and all other available money damages, with interest, for defendants' violation of N.Y.  Soc. Serv. L. § 145-b in an amount to be determined at trial;

117

552.    Awarding the City actual and compensatory damages in an amount to be determined at trial, with interest, for defendants' breach of contract;

553.    Awarding the City actual and punitive damages in an amount to be determined at trial, with interest, for defendants' intentional fraud in respect of matters of significant public interest;

554.    Ordering defendants each to prepare an accounting to determine the amounts defendants have illegally profited at the City's expense, and disgorgement to the City of such monies, with interest;

555.    Imposing a constructive trust and ordering defendants to pay restitution to the City in the amount the City has been overcharged for Covered Drugs, with interest;

556.    Awarding plaintiff the costs of the suit, including costs, reasonable attorneys' and experts' fees pursuant to N.Y. Gen. Bus. Law § 349, N.Y. Soc. Serv. L. § 145-b, and any other applicable federal and state claims.

557.     Such other further and different relief as the Court deems just and

proper.

Dated: August  3  , 2004.

Respectfully submitted,

KIRBY McINERNEY & SQUIRE, LLP
Attorneys for the City of New York
830 Third Avenue
New York, New York 10022
(212) 371-6600

By: _____
        Joanne M. Cicala (JC 5032)
        Roger W. Kirby (RK 4503)
        Aaron D. Hovan (AH 3290)

MICHAEL A. CORDOZO
Corporation Counsel of the
     City of New York
100 Church Street, Room 3-162
New York, New York 10007
(212) 788-1007

By: _____
        John R. Low-Beer (JL 3755)
        Richard J. Costa (RC 7278)
        Assistant Corporation Counsels

EXHIBIT A

* The column notes where NYC drugs are part of issue in other proceedings in this suit. "AMCC" refers to the Class action settlement, "S" refers to the Suffolk County Action, "W" refers to the Westchester County Action, "R" refers to the Rockland County action. "MA" refers to the Massachusetts AG action. "PR" refers to the Pennsylvania AG action.

| Defendant Manufacturer Group: | Individual Defendant Entity | Formulary Code | Drug Type | Strength / Dosage | Fraudulent Amt. | Equivalent(s) Quantity | Unit AWP | Equivalent Set TOTAL Amount | Paid by Medicaid | NYC Share |
|---|---|---|---|---|---|---|---|---|---|---|
| | Abbott Laboratories | 0074142000001 | CALCIJEX | CALCIJEX | INJ 1MCG/ML | | | TBD | $8,799.72 | $2,199.68 |
| ABBOTT LABORATORIES | Abbott Laboratories | 0074011031 | CALCIJEX | CALCIJEX | INJ 1MCG/ML | $1,454.69 | 100 | TBD | $495,051.22 | $105,667.05 |
| | Abbott Laboratories | 0074121001 | CALCIJEX | CALCIJEX | INJ 2MCG/ML | | | TBD | $215.47 | $54.02 |
| **CALCIJEX TOTAL** | | | | | | | | | | **$504,066.41** |
| AMCC | Abbott Laboratories | 0074405101 | CLINDAMYCIN | CLINDAMYCIN | INJ 150MG/ML | $107.27 | 25 | $4.31 | $2,220.78 | $557.73 |
| | Abbott Laboratories | 0074405201 | CLINDAMYCIN | CLINDAMYCIN | INJ 150MG/ML | $212.27 | 25 | $8.49 | $739.47 | $184.62 |
| | Abbott Laboratories | 0074405909 | CLINDAMYCIN | CLINDAMYCIN | INJ 150MG/ML | $12.13 | 25 | $4.85 | $135.45 | $33.86 |
| | Abbott Laboratories | 0074405500 | CLINDAMYCIN | CLINDAMYCIN | INJ 150MG/ML | $29.91 | 25 | $1.76 | $2,754.00 | $688.00 |
| | Abbott Laboratories | 0074419701 | CLINDAMYCIN | CLINDAMYCIN | INJ 150MG/ML | $0.79 | 1 | $0.79 | $2,914.62 | $728.71 |
| **CLINDAMYCIN (INJ) TOTAL** | | | | | | | | | | **$100,883.59** |
| AMCC | Abbott Laboratories | 0074405430 | ERY-TAB | ERY-TAB | TAB 250MG EC | TBD | TBD | TBD | $39.15 | $9.79 |
| | Abbott Laboratories | 0074405453 | ERY-TAB | ERY-TAB | TAB 250MG EC | TBD | TBD | TBD | $2,357.26 | $603.123 |
| | Abbott Laboratories | 0074405412 | ERY-TAB | ERY-TAB | TAB 250MG EC | TBD | TBD | TBD | $9,594.50 | $2,226.87 |
| | Abbott Laboratories | 0074405230 | ERY-TAB | ERY-TAB | TAB 333MG EC | TBD | TBD | TBD | $132.56 | $33.14 |
| | Abbott Laboratories | 0074405230 | ERY-TAB | ERY-TAB | TAB 333MG EC | TBD | TBD | TBD | $4,511.73 | $1,121.94 |
| | Abbott Laboratories | 0074405113 | ERY-TAB | ERY-TAB | TAB 333MG EC | TBD | TBD | TBD | $32,633.98 | $8,531.92 |
| | Abbott Laboratories | 0074505013 | ERY-TAB | ERY-TAB | TAB 500MG EC | TBD | TBD | TBD | $1,732.54 | $1,498.18 |
| **ERYTHROMYCIN (ORAL) TOTAL** | | | | | | | | | | |
| AMCC | Abbott Laboratories | 0074404081 | ERYTHROCIN | ERYTHROCIN | INJ 250MG | $5.14 | 40 | $0.15 | $321.19 | $80.19 |
| | Abbott Laboratories | 0074405610 | ERYTHROCIN | ERYTHROCIN | TAB 250MG | $134.45 | 1000 | $0.16 | $53.44 | $13.36 |
| | Abbott Laboratories | 0074505036 | ERYTHROCIN | ERYTHROCIN | TAB 250MG | $17.14 | 100 | $0.17 | $66.28 | $16.57 |
| | Abbott Laboratories | 0074505655 | ERYTHROCIN | ERYTHROCIN | TAB 250MG | $89.20 | 500 | $0.14 | $2,129.05 | $551.93 |
| | Abbott Laboratories | 0074505620 | ERYTHROCIN | ERYTHROCIN | TAB 500MG | $14.59 | 100 | $0.15 | $7,047.42 | $1,831.67 |
| | Abbott Laboratories | 0074505673 | ERYTHROCIN | ERYTHROCIN | TAB 500MG | $28.35 | 100 | $0.26 | $13,116.51 | $3,431.31 |
| **ERYTHROMYCIN (INJ) TOTAL** | | | | | | | | | | **$1,995,164.41** |
| MR | Abbott Laboratories | 0074505601 | FLOMAX | FLOMAX | CAP 0.4MG | $170.14 | 100 | $1.70 | $90,110,229.69 | |
| **FLOMAX TOTAL** | | | | | | | | | | |
| | Abbott Laboratories | 0074417404 | FUROSEMIDE | FUROSEMIDE | INJ 10MG/ML | TBD | | TBD | $6.58 | $1.64 |
| | Abbott Laboratories | 0074416001 | FUROSEMIDE | FUROSEMIDE | INJ 10MG/ML | $42.36 | 10 | $4.24 | $42.25 | $10.56 |
| | Abbott Laboratories | 0074416102 | FUROSEMIDE | FUROSEMIDE | INJ 10MG/ML | $19.36 | 25 | $0.77 | $256.07 | $63.77 |
| | Abbott Laboratories | 0074510104 | FUROSEMIDE | FUROSEMIDE | INJ 10MG/ML | $26.62 | 25 | $1.06 | $50.79 | $12.70 |
| | Abbott Laboratories | 0074510202 | FUROSEMIDE | FUROSEMIDE | INJ 10MG/ML | $18.70 | 25 | $0.75 | $20.66 | $5.17 |
| | Abbott Laboratories | 0074510214 | FUROSEMIDE | FUROSEMIDE | INJ 10MG/ML | $22.27 | 25 | $0.89 | $671.00 | $179.94 |
| | Abbott Laboratories | 0074510104 | FUROSEMIDE | FUROSEMIDE | INJ 10MG/ML | $27.31 | 10 | $2.73 | $34.74 | $8.69 |
| **FUROSEMIDE TOTAL** | | | | | | | | | | **$14.32** |
| AMCC | Abbott Laboratories | 0074405977 | KALETRA | KALETRA | SOL | $705.00 | 100 | $3.91 | $31,385,097.49 | $7,010,064.69 |
| MR | Abbott Laboratories | 0074506940 | KALETRA | KALETRA | SOL | $294.75 | 100 | $35.75 | $1,246,885.55 | $247,700.87 |
| **KALETRA TOTAL** | | | | | | | | | | |
| S,M,R | Abbott Laboratories | 0074506001 | MOBIC | MOBIC | TAB 7.5 | $216.28 | 100 | $2.18 | $1,952,694.74 | $487,127.69 |
| | Abbott Laboratories | 0074002901 | MOBIC | MOBIC | TAB 15MG | $240.74 | 100 | $2.41 | $493,023.97 | $128,089.63 |
| **MOBIC TOTAL** | | | | | | | | | | |
| AMCC | Abbott Laboratories | 0074503322 | NORVIR | NORVIR | CAP 100MG SG | $287.18 | 120 | $2.14 | $4,762,647.79 | $1,208,326.67 |

A-1

EXHIBIT A

| Defendant Manufacturer Group | Individual Defendant Entity | Formulary Code | Part Type | Drug or Dosage | Product Unit AWP | Quantity | Product per Pkg Unit AWP | TOTAL Amount Paid by Medicaid | NYC Share |
|---|---|---|---|---|---|---|---|---|---|
| | Abbott Laboratories | 0007415043 | NORVIR | SOL 80MG/ML | $560.05 | 1 | $560.05 | $744,732.70 | $185,639.73 |
| | | | **NORVIR TOTAL** | | | | | $744,732.70 | $184,304.54 |
| | Abbott Laboratories | 0007437660 | OMNICEF | CAP 300MG | $295.99 | 60 | $2.96 | $331,763.01 | $96,543.70 |
| | Abbott Laboratories | 0007437710 | OMNICEF | SUS 125MG/5 | $42.39 | | $4.26 | $60,681.26 | $15,525.99 |
| | Abbott Laboratories | 0007437150 | OMNICEF | CAP 300MG | $126.44 | 30 | $4.22 | $50,488.28 | |
| | Abbott Laboratories | 0007120020 | OMNICEF | CAP 300MG | TBD | | TBD | $18,340.58 | $4,331 |
| | Abbott Laboratories | 0007100720 | OMNICEF | CAP 300MG | TBD | | TBD | $15,295.90 | $3,994.53 |
| | Abbott Laboratories | 0007120031 | OMNICEF | SUS 125MG/5 | TBD | | TBD | $14,401.02 | $3,731.28 |
| | Abbott Laboratories | 0007437113 | OMNICEF | SUS 125MG/5 | $67.10 | 1 | $57.10 | $675,450.16 | $162,729.57 |
| | | | **OMNICEF TOTAL** | | | | | | |
| | Abbott Laboratories | 0007401380 | TRICOR | TAB 160MG | $232.60 | 90 | $2.58 | $1,394,961.62 | $381,678.13 |
| | Abbott Laboratories | 0074100990 | TRICOR | TAB 54MG | $7/3.54 | 90 | $0.86 | $247,364.17 | $63,535.07 |
| | Abbott Laboratories | 0007434590 | TRICOR | CAP 200MG | $230.60 | 90 | $2.69 | $94,947.70 | $16,489.60 |
| | Abbott Laboratories | 0007444290 | TRICOR | CAP 67MG | $77.64 | 90 | $0.86 | $31,747.14 | $7,713.98 |
| | Abbott Laboratories | 0007444750 | TRICOR | CAP 134MG | TBD | | TBD | | |
| | | | **TRICOR TOTAL** | | | | | | |
| | Abbott Pharm | 0007431560 | BIAXIN | TAB 500MG | $248.58 | 60 | $4.14 | $364,773.36 | $85,543.05 |
| | Abbott Pharm | 0007431500 | BIAXIN XL | TAB | $275.26 | 60 | $4.59 | $264,482.34 | $262,482.34 |
| | Abbott Pharm | 0007431813 | BIAXIN | TAB 250MG | $248.58 | 60 | $4.14 | $47,784.76 | $147,784.76 |
| | Abbott Pharm | 0074431541 | BIAXIN | SUS 250/5ML | $71.61 | 1 | $77.61 | $70,460.35 | $142,121.63 |
| | Abbott Pharm | 0007431613 | BIAXIN XL | TAB | $284.75 | 56 | $4.55 | $239,699.43 | $66,064.00 |
| | Abbott Pharm | 0007431653 | BIAXIN | SUS 125/5ML | $32.57 | | $37.57 | $214,572.96 | $53,587.49 |
| | Abbott Pharm | 0007431350 | BIAXIN | SUS 250/5ML | $29.60 | | $29.60 | $66,116.82 | $17,012.82 |
| | Abbott Pharm | 0007431653 | BIAXIN | SUS 125/5ML | $20.31 | 1 | $275.31 | $8,572.99 | $5,972.99 |
| | | | **BIAXIN TOTAL** | | | | | | |
| | Abbott Pharm | 0007431513 | DEPAKOTE | TAB 500MG EC | $181.63 | 100 | $1.82 | $6,316,439.92 | $2,201,014.94 |
| | Abbott Pharm | 0007431413 | DEPAKOTE | TAB 250MG EC | $91.48 | 100 | $0.98 | $4,530,028.58 | $1,109,735.05 |
| | Abbott Pharm | 0007412613 | DEPAKOTE ER | TAB 500MG\SR | TBD | | $1.75 | $2,280,145.73 | $566,458.61 |
| | Abbott Pharm | 0007462153 | DEPAKOTE | TAB 500MG EC | $908.14 | 500 | $1.62 | $1,753,544.61 | $427,751.42 |
| | Abbott Pharm | 0007461413 | DEPAKOTE SPR | CAP 125 MG | | | $0.90 | $1,028,209.11 | $250,903.88 |
| | Abbott Pharm | 0007462163 | DEPAKOTE | TAB 250MG EC | $492.40 | 500 | $0.99 | $960,713.43 | $235,641.50 |
| | Abbott Pharm | 0007412913 | DEPAKOTE | TAB 125MG | $56.15 | 100 | $0.56 | $234,686.35 | $58,863.27 |
| | Abbott Pharm | 0074438913 | DEPAKOTE ER | TAB 250MG | $171.78 | 100 | $1.71 | $376.83 | $144.71 |
| | | | **DEPAKOTE TOTAL** | | | | | | |
| | Abbott Laboratories | 00035015005 | ZEMPLAR | INJ 5MCG\ML | $2,044.96 | 100 | $20.44 | $863,454.01 | $248,722.15 |
| | Abbott Laboratories | 00035015061 | ZEMPLAR | INJ 5MCG\ML | $5,282.76 | 100 | $52.83 | $144,086.56 | $35,242.14 |
| | Abbott Laboratories | 0007443201 | ZEMPLAR | INJ 2MCG\ML | $1,058.66 | 100 | $10.87 | $24,147.07 | $5,710.74 |
| | | | **ZEMPLAR TOTAL** | | | | | | |
| **TOTAL ABBOTT LABORATORIES** | | | | | | | | | |
| ALCON LABORATORIES, INC. | Alcon Ophthalmic | 00065005005 | CILOXAN | SOL 0.3% OP | $39.24 | 1 | $39.24 | $701,753.39 | $182,197.25 |
| | Alcon Ophthalmic | 00065005405 | CILOXAN | OIN 0.3% OP | $40.56 | 1 | $40.69 | $184,281.21 | $41,584.88 |
| | Alcon Ophthalmic | 00065005910 | CILOXAN | SOL 0.5% OP | $72.24 | 1 | $72.24 | $23,439.03 | $1,558.75 |
| | Alcon Ophthalmic | 00065005625 | CILOXAN | SOL 0.3% OP | $19.20 | 1 | $19.20 | $46,721.14 | $1,195.24 |
| | | | **CILOXAN TOTAL** | | | | | | |

EXHIBIT A

| Defendant Manufacturer Group | Individual Defendant Entity | Formulary Code | Drug Type | Drug w/ Dosage | First Qrt AWP | Quantity | First AWP/Unit | First Qrt TOTAL Entry Medicaid | NYC Share |
|---|---|---|---|---|---|---|---|---|---|
| | Alcon Ophthalmic | 0065027105 | PATANOL | PATANOL SOL 0.1% OP | $61.74 | 1 | $61.74 | 59,809,604.63 | $1,028,870.87 |
| | | | PATANOL TOTAL | | | | | | |
| | Alcon Ophthalmic | 0008504705 | TOBRADEX | TOBRADEX SUS OP | $43.44 | 1 | $43.44 | $912,467.85 | $239,764.05 |
| | Alcon Ophthalmic | 0008504495 | TOBRADEX | TOBRADEX OIN OP | $47.10 | 1 | $47.10 | $477,532.48 | $125,524.78 |
| | Alcon Ophthalmic | 0065064710 | TOBRADEX | TOBRADEX SUS OP | $82.80 | 1 | $82.80 | $378,968.27 | $99,398.43 |
| | Alcon Ophthalmic | 0065064710 | TOBRADEX | TOBRADEX SUS OP | $21.72 | 1 | $21.72 | $96,423.80 | $10,436.57 |
| | | | TOBRADEX TOTAL | | | | | | |
| **TOTAL ALCON LABORATORIES** | | | | | | | | | |
| | Allergan | 00023216105 | ACULAR | ACULAR SOL 0.5% OP | $53.59 | 1 | $53.59 | $949,772.65 | $243,846.82 |
| | Allergan | 00023218110 | ACULAR | ACULAR SOL 0.5% OP | $101.10 | 1 | $101.10 | $354,406.35 | $155,509.14 |
| | Allergan | 00023218103 | ACULAR | ACULAR SOL 0.5% OP | $27.13 | 1 | $27.13 | $30,408.97 | $5,633.87 |
| | | | ACULAR TOTAL | | | | | | |
| | Allergan | 00023917715 | ALPHAGAN | ALPHAGAN SOL 0.15% | $64.85 | 1 | $64.85 | $1,134,655.29 | $297,260.09 |
| | Allergan | 00023980015 | ALPHAGAN | ALPHAGAN SOL 0.2% | $108.60 | 1 | $108.60 | $1,151,711.80 | $296,220.31 |
| | Allergan | 00023917710 | ALPHAGAN | ALPHAGAN SOL 0.15% | $65.18 | 1 | $65.18 | $181,117.60 | |
| | Allergan | 00023917205 | ALPHAGANP | ALPHAGANP SOL 0.15% | $31.61 | 1 | $31.61 | $595,065.63 | $184,262.43 |
| | Allergan | 00023917205 | ALPHAGANP | ALPHAGANP SOL 0.15% | $38.28 | 1 | $38.28 | | $153,002.05 |
| | Allergan | 00023865010 | ALPHAGAN | ALPHAGAN SOL 0.2% | $72.49 | 1 | $72.49 | $540,711.78 | $138,260.23 |
| | | | ALPHAGAN TOTAL | | | | | | |
| | Allergan | 00023918705 | LUMIGAN | LUMIGAN SOL 0.03% | $100.25 | 1 | $100.25 | $1,196,923.50 | $306,314.71 |
| | Allergan | 00023918703 | LUMIGAN | LUMIGAN SOL 0.03% | $50.13 | 1 | $50.13 | $475,277.86 | $172,385.89 |
| | Allergan | 00023918707 | LUMIGAN | LUMIGAN 0.03% EYE DROPS | TBD | | TBD | $16,535.40 | $3,326.01 |
| | | | LUMIGAN TOTAL | | | | | | |
| **TOTAL ALLERGAN INC** | | | | | | | | | |
| | Alpharma | 00037815010 | PHENYTOIN | PHENYTOIN EX CAP 100MG | $74.91 | 100 | $0.75 | $79,710.71 | $20,274.68 |
| | Alpharma | 00037815001 | PHENYTOIN | PHENYTOIN EX CAP 100MG | $406.38 | 500 | $0.81 | $75,015.45 | $17,828.16 |
| | | | PHENYTOIN TOTAL | | | | | | |
| | Alpharma | 00472127016 | IBUPROFEN | IBUPROFEN TAB 800MG | $7.20 | | $7.26 | $302,209.88 | |
| | Alpharma | 00472127094 | IBUPROFEN | IBUPROFEN TAB 800MG | $24.28 | | $24.28 | $2,209,811.60 | $674,364.60 |
| | | | IBUPROFEN TOTAL | | | | | | |
| | Alpharma | 00472020616 | ALBUTEROL | ALBUTEROL SYP 2MG/5ML | $40.15 | | $40.15 | $775,081.32 | $193,035.57 |
| | Alpharma | 00472083123 | ALBUTEROL | ALBUTEROL NEB 0.083% | $30.90 | 500 | $30.90 | $989,518.55 | $172,153.11 |
| | Alpharma | 00472083160 | ALBUTEROL | ALBUTEROL NEB 0.083% | $74.16 | | $74.16 | $16,028.58 | $19,528.27 |
| | Alpharma | 00472083130 | ALBUTEROL | ALBUTEROL NEB 0.083% | $37.08 | | $37.08 | $35,718.78 | $8,009.58 |
| | Alpharma | 00472020616 | ALBUTEROL | ALBUTEROL SYP 2MG/5ML | $11.07 | | $11.07 | $1,509.13 | $1,509.13 |
| | Alpharma | 00472062506 | ALBUTEROL | ALBUTEROL SYP 2MG/5ML | $19.38 | | $19.38 | $132.07 | $166.12 |
| | | | ALBUTEROL TOTAL | | | | | | |
| | Purepac Pharm Co | 00228203311 | CLONAZEPAM | CLONAZEPAM TAB 0.5MG | $74.91 | 100 | $0.76 | $79,710.71 | $20,274.68 |
| | Purepac Pharm Co | 00228300450 | CLONAZEPAM | CLONAZEPAM TAB 1MG | $406.38 | 500 | $0.81 | $75,015.45 | $17,828.16 |
| | Purepac Pharm Co | 00228302050 | CLONAZEPAM | CLONAZEPAM TAB 2MG | $355.25 | 500 | $0.71 | $80,473.74 | $16,713.96 |
| | Purepac Pharm Co | 00228304411 | CLONAZEPAM | CLONAZEPAM TAB 1MG | $59.51 | 100 | $0.60 | $62,732.31 | $16,834.19 |
| | | | CLONAZEPAM TOTAL | | | | | | |
| **TOTAL ALPHARMA INC** | | | | | | | | | |

EXHIBIT A

| Defendant Manufacturer Group | Individual Defendant Entity | Formulation Code | Drug Type | Drug and Dosage | Blended AMP | Quantity | Blended Per Unit AWP | TOTAL Amount Paid by Medicaid | NSC State |
|---|---|---|---|---|---|---|---|---|---|
| | Purdue Pharm Co | 0022829790 | DILTIAZEM | DILTIAZEM ER CAP 240MG/24 | $107.83 | 80 | $1.20 | $916,491.43 | $57,116.70 |
| | | | DILTIAZEM TOTAL | | | | | | |
| MA: | | | CLONAZEPAM TOTAL | | | | | | |
| | Purdue Pharm Co | 0022830050 | CLONAZEPAM | CLONAZEPAM TAB 2MG | $909.99 | 500 | $1.22 | $29,123.75 | $7,296.88 |
| | Purdue Pharm Co | 0022830551 | CLONAZEPAM | CLONAZEPAM TAB 2MG | $718.41 | 100 | $1.18 | $39,285.94 | $9,905.10 |
| MA: | | | SCROZR TOTAL | | | | | | |
| | Purdue Pharm Co | 0022829810 | ENALAPRIL | ENALAPRIL TAB 2.5MG | $53.76 | 100 | TBD | $53.64 | $13.45 |
| | Purdue Pharm Co | 0022829830 | ENALAPRIL | ENALAPRIL TAB 2.5MG | $63.33 | 100 | TBD | TBD | $13.45 |
| | Purdue Pharm Co | 0022829611 | ENALAPRIL | ENALAPRIL TAB 10MG | $107.21 | 100 | TBD | $481.13 | $120.28 |
| | Purdue Pharm Co | 0022829610 | ENALAPRIL | ENALAPRIL TAB 5MG | $102.10 | 100 | TBD | $489.62 | $122.41 |
| | Purdue Pharm Co | 0022829111 | ENALAPRIL | ENALAPRIL TAB 20MG | $152.53 | 100 | $1.52 | $34,547.05 | $8,605.54 |
| | | | ENALAPRIL TOTAL | | | | | | |
| | Purdue Pharm Co | 0022829911 | FAMOTIDINE | FAMOTIDINE TAB 40MG | $173.95 | 100 | $1.74 | $15,803.16 | $4,262.15 |
| | Purdue Pharm Co | 0022826104100 | FAMOTIDINE | FAMOTIDINE TAB 40MG | TBD | | $3.35 | $99.00 | $110.00 |
| | Purdue Pharm Co | 0022826104103 | FAMOTIDINE | FAMOTIDINE TAB 40MG | TBD | | $3.35 | $103.27 | $65.53 |
| | Purdue Pharm Co | 0022827903 | FAMOTIDINE | FAMOTIDINE TAB 20MG | $92.15 | 30 | $1.74 | $183.27 | $155.82 |
| | Purdue Pharm Co | 0022807950 | FAMOTIDINE | FAMOTIDINE TAB 20MG | $1,737.50 | 900 | $1.74 | $892.06 | $215.64 |
| | Purdue Pharm Co | 0022824111 | FAMOTIDINE | FAMOTIDINE TAB 40MG | TBD | 100 | $2.36 | $982.00 | $235.59 |
| | | | FAMOTIDINE TOTAL | | | | | | |
| MA: | | | ISOSONE MONO TAB 20MG TOTAL | | | | | | |
| | Purdue Pharm Co | 0022826011 | ISOSONE | ISOSONE MONO TAB 20MG | TBD | | TBD | $40,168.53 | $10,304.03 |
| | Purdue Pharm Co | 0022805650 | LORAZEPAM | LORAZEPAM TAB 1MG | TBD | | TBD | $26,512.16 | $6,685.08 |
| | Purdue Pharm Co | 0022805750 | LORAZEPAM | LORAZEPAM TAB 0.5MG | TBD | | TBD | $22,374.20 | $5,683.35 |
| | Purdue Pharm Co | 0022805910 | LORAZEPAM | LORAZEPAM TAB 1MG | TBD | | TBD | $21,674.04 | $5,531.07 |
| | Purdue Pharm Co | 0022805310 | LORAZEPAM | LORAZEPAM TAB 2MG | TBD | | TBD | $13,309.38 | $3,332.96 |
| | Purdue Pharm Co | 0022805010 | LORAZEPAM | LORAZEPAM TAB 0.5MG | TBD | | TBD | $12,660.41 | $3,249.43 |
| | Purdue Pharm Co | 0022826010 | LORAZEPAM | LORAZEPAM TAB 2MG | TBD | | TBD | $7,473.02 | $1,805.11 |
| | Purdue Pharm Co | 0022826050 | LORAZEPAM | LORAZEPAM TAB 2MG | TBD | | TBD | $1,074.60 | $546.30 |
| | | | LORAZEPAM TOTAL | | | | | | |
| MA: | | | METFORMIN | METFORMIN TAB 500MG | $70.55 | 100 | $0.70 | $233,007.87 | $38,861.30 |
| | Purdue Pharm Co | 0022805711 | METFORMIN | METFORMIN TAB 1000MG | $144.60 | 100 | $1.45 | $593,797.90 | $151,547.16 |
| | Purdue Pharm Co | 0022827611 | METFORMIN | METFORMIN TAB 850MG | $118.60 | 100 | $1.20 | $574,527.56 | $161,089.46 |
| | Purdue Pharm Co | 0022827161 | | | | | | | |
| | | | METFORMIN TOTAL | | | | | | |
| | Purdue Pharm Co | 0022629070140 | NIFEDIPINE | NIFEDIPINE CAP 20MG | $101.00 | 100 | $1.01 | $11,113.85 | $2,932.14 |
| | Purdue Pharm Co | 0022824970 | NIFEDIPINE | NIFEDIPINE CAP 10MG | $98.60 | 100 | $0.61 | $8,724.11 | $2,250.45 |
| | Purdue Pharm Co | 0022824970 | NIFEDIPINE | NIFEDIPINE CAP 10MG | $174.25 | 300 | $0.59 | $3,376.97 | $868.70 |
| | Purdue Pharm Co | 0022824010 | NIFEDIPINE | NIFEDIPINE CAP 20MG | $590.00 | 300 | $1.01 | $2,396.02 | $710.93 |
| | | | NIFEDIPINE TOTAL | | | | | | |
| | | | MEDIAN GROUP TOTAL | | | | | | |
| AMGEN | Amgen | 5551317701 | KINERET | KINERET INJ | $41.25 | 7 | $41.25 | $41,712.53 | $10,583.73 |
| | Amgen | 5551317707 | KINERET | KINERET INJ | $288.75 | 7 | $41.25 | $676,524.71 | $226,050.65 |
| | Amgen | 5651300140 | ARANESP | ARANESP INJ 200MCGXM | $997.50 | 4 | $997.50 | $596,073.00 | $148,855.05 |
| | Amgen | 5551300140M | ARANESP | ARANESP SOL 100MCGXML | $1,995.00 | 4 | $498.75 | $582,625.75 | $147,709.37 |
| | Amgen | 5551300134 | ARANESP | ARANESP SOL 60MCGXML | $298.25 | 1 | $298.25 | $421,485.02 | $106,856.45 |

TOTAL - ALPHA PHARM INC

EXHIBIT A

| Defendant Manufacturer Group | Individual Defendant Entity | Transaction Date | Drug Type | Drug Dosage | Published AWP | Quantity | Manufacturer Unit AWP | Total Amount Per Transaction | NYC Sum |
|---|---|---|---|---|---|---|---|---|---|
| AMCC, PA | Amgen | 5561300100 | ARANESP | ARANESP | INJ 40MCG/0.4ML | $708.00 | 4 | $195.90 | $307,526.08 | $56,129.33 |
| | Amgen | 5561300100 | ARANESP | ARANESP | INJ 25MCG/3ML | $498.76 | 4 | $124.69 | $240,670.28 | $56,273.35 |
| | Amgen | 5561300101 | ARANESP | ARANESP | SOL.100MCG/2ML | $498.75 | 1 | $199.50 | $17,131.27 | $4,672.16 |
| | Amgen | 5561300101 | ARANESP | ARANESP | INJ 40MCG/2ML | $199.50 | 1 | $199.50 | $18,534.50 | $4,508.63 |
| | Amgen | 5561300501 | ARANESP | ARANESP | TBD | TBD | 1 | TBD | $3,704.72 | $3,704.72 |
| | Amgen | 5561300501 | ARANESP | ARANESP | INJ 60/100ML | $124.69 | 1 | $124.69 | $4,640.68 | $3,637.72 |
| | Amgen | 5561300501 | ARANESP | ARANESP | SOL.60MCG/2ML | $299.25 | 1 | $299.25 | $8,985.47 | $2,408.37 |
| | Amgen | 5561300404 | ARANESP | ARANESP | SOL.60MCG/ML, VIAL | TBD | 1 | TBD | $6,879.81 | $2,463.95 |
| | Amgen | 5561300404 | ARANESP | ARANESP 15MCG/3ML/.75ML, VIAL | | TBD | | TBD | $5,562.50 | $996.13 |
| AMCC, S.W.R. PA | Amgen | 5561301204 | EPOGEN | EPOGEN | INJ 40000/ML | $5,468.70 | 10 | $546.87 | $3,787,743.39 | $609,138.38 |
| | Amgen | 5561301410 | EPOGEN | EPOGEN | INJ 10000/ML | $1,295.40 | 10 | $129.54 | $3,385,200.71 | $660,946.05 |
| | Amgen | 5561304710 | EPOGEN | EPOGEN | INJ 20000/ML | $273.34 | 1 | $273.34 | $1,295,193.96 | $514,682.33 |
| | Amgen | 5561302201 | EPOGEN | EPOGEN | INJ 6000/ML | $258.96 | 1 | $259.96 | $1,231,053.96 | $296,408.91 |
| | Amgen | 5561301410 | EPOGEN | EPOGEN | INJ 4000/ML | $18.82 | 10 | $36.87 | $1,080,372.42 | $275,605.41 |
| | Amgen | 5561302970 | EPOGEN | EPOGEN | INJ 3300/ML | $368.70 | 10 | $36.87 | $382,907.30 | $693,518.58 |
| | Amgen | 5561302010 | EPOGEN | EPOGEN | INJ 4000/ML | $546.67 | 10 | $546.67 | $328,303.50 | $91,573.50 |
| | Amgen | 5561302810 | EPOGEN | EPOGEN | INJ 20000/ML | $2,590.80 | 10 | $259.08 | $255,856.39 | $66,595.92 |
| | Amgen | 5561301440 | EPOGEN | EPOGEN | INJ 10000/ML | $1,295.54 | 10 | $129.54 | $187,069.89 | $48,401.83 |
| | Amgen | 5561302910 | EPOGEN | EPOGEN | INJ 3000/ML | $259.10 | 10 | $3.00 | $147,585.60 | $37,342.97 |
| | Amgen | 5561302701 | EPOGEN | EPOGEN | INJ 20000/ML | $273.34 | 1 | $273.34 | $75,545.66 | $22,684.33 |
| | Amgen | 5561301801 | EPOGEN | EPOGEN | INJ 4000/ML/ML | $51.52 | 1 | $51.52 | $95,154.40 | $21,286.00 |
| | Amgen | 5561302701 | EPOGEN | EPOGEN | INJ 3000/ML/ML | $36.87 | 1 | $36.87 | $44,495.27 | $11,172.32 |
| | Amgen | 5561301801 | EPOGEN | EPOGEN | INJ 2000/ML | $25.61 | 1 | $25.91 | $42,148.81 | $13,986.92 |
| AMCC, S.W.R. PA | Amgen | 5561300010 | NEUPOGEN | NEUPOGEN | INJ 300ML | $1,076.00 | 10 | $197.80 | $4,736,583.13 | $1,232,371.51 |
| | Amgen | 5561302010 | NEUPOGEN | NEUPOGEN | INJ | $3,456.00 | 10 | $346.80 | $3,727,213.87 | $964,690.79 |
| | Amgen | 5561302410 | NEUPOGEN | NEUPOGEN | INJ | $2,170.00 | 10 | $217.00 | $2,578,962.66 | $679,762.14 |
| | Amgen | 5561305410 | NEUPOGEN | NEUPOGEN | INJ 300ML | $2,151.00 | 10 | $215.10 | $1,703,075.06 | $435,847.84 |
| | Amgen | 5561305001 | NEUPOGEN | NEUPOGEN | INJ 300ML | $197.80 | 1 | $197.80 | $999,435.09 | $120,049.57 |
| | Amgen | 5561304540 | NEUPOGEN | NEUPOGEN | INJ 300ML | $315.10 | 1 | $315.10 | $990,435.09 | $36,480.23 |
| AMCC, S.W.R. PA | Immunex Corp | B940640264 | ENBREL | ENBREL | INJ 25MG | $172.78 | 4 | $165.70 | $4,097,708.37 | $1,151,685.18 |
| | Immunex Corp | 84640264244 | ENBREL | ENBREL | INJ 25MG | $165.70 | 1 | $165.70 | $84,525.53 | $5,754.63 |
| TOTAL ALL: AMGEN | | | | | | | | | | |
| ANDIX CORPORATION | Andx Corp | 62037070444 | ALBUTEROL | AER 90MCG | $26.70 | 1 | $26.70 | $1,152,051.07 | $470,138.25 |
| | Andx Corp | 62037050690 | CARTIA | CARTIA XT CAP 240/24HR | $164.60 | 90 | $2.05 | $739,670.50 | $254,356.90 |
| | Andx Corp | 62037000080 | CARTIA | CARTIA XT CAP 30/24HR | $239.24 | 90 | $2.66 | $716,044.12 | $167,907.47 |
| | Andx Corp | 62037069890 | CARTIA | CARTIA XT CAP 180/24HR | $130.12 | 90 | $1.45 | $373,631.68 | $97,697.01 |
| | Andx Corp | 62037059790 | CARTIA | CARTIA XT CAP 120/24HR | $107.85 | 90 | $2.05 | $303,611.74 | $80,142.44 |
| | Andx Corp | 62037069805 | CARTIA | CARTIA XT CAP 240/24HR | $122.56 | 500 | $2.05 | $32,863.53 | $7,421.82 |
| | Andx Corp | 62037059705 | CARTIA | CARTIA XT CAP 120/24HR | $722.69 | 500 | $1.20 | $30,414.33 | $7,204.71 |

A-5

EXHIBIT A

| Defendant Manufacturer Group | Individual Defendant Entity | Formulary Code | Drug Type | Product Description | Calculated AWP | Quantity | Fraudulent 1st Pub AWP | TOTAL Amount Paid By Medicaid | NYC Share |
|---|---|---|---|---|---|---|---|---|---|
| | Andrx Corp | 62037050005 | CARTIA | CARTIA XT CAP 300/24HR | $1,325.11 | 500 | $2.66 | $5,747.53 | $1,434.68 |
| | Andrx Corp | 62037059810 | CARTIA | CARTIA XT CAP 180/24HR | $1,311.60 | 1030 | $1.31 | $232.55 | $58.14 |
| | Andrx Corp | 62037259910 | CARTIA | CARTIA CAP 240/24HR | $1,660.60 | 1000 | $1.66 | $109.48 | $27.37 |
| | | | | **CARTIA TOTAL** | | | | | |
| | Andrx Corp | 62037050501 | CAPPA | FAMOTIDINE TAB 20MG | $174.00 | 100 | $1.74 | $360,342.21 | $62,834.27 |
| | Andrx Corp | 62077095510 | FAMOTIDINE | FAMOTIDINE TAB 20MG | $7,791.99 | 2000 | $3.90 | $700,042.16 | $43,308.40 |
| | Andrx Corp | 62039790001 | FAMOTIDINE | FAMOTIDINE TAB 20MG | $326.80 | 100 | $3.26 | $33,851.80 | $5,762.26 |
| | Andrx Corp | 62039790610 | FAMOTIDINE | FAMOTIDINE TAB 40MG | $3,365.66 | 1000 | $3.36 | $13,411.72 | $2,291.80 |
| | | | | **FAMOTIDINE TOTAL** | | | | | |
| | Andrx Corp | 62037007401 | METFORMIN | METFORMIN TAB 850MG | $70.43 | 100 | $0.70 | $630,035.94 | $371,269.87 |
| | Andrx Corp | 62037007601 | METFORMIN | METFORMIN TAB 1000MG | $143.06 | 100 | $1.43 | $569,529.94 | $146,454.44 |
| | Andrx Corp | 62037007401 | METFORMIN | METFORMIN TAB 850MG | $119.73 | 100 | $1.20 | $024,629.06 | $135,082.80 |
| | Andrx Corp | 62037007405 | METFORMIN | METFORMIN TAB 500MG | $252.14 | 500 | $0.70 | $177.08 | $30.52 |
| | | | | **METFORMIN TOTAL** | | | | | |
| | | | | **TOTAL ANDRX CORPORATION** | | | | | |
| ASTRAZENECA | Astra Zeneca | 0031010400160 | ACCOLATE | ACCOLATE TAB 10MG | $70.85 | 60 | $1.18 | $28,644.05 | $7,222.48 |
| | Astra Zeneca | 0031040200 | ACCOLATE | ACCOLATE TAB 20MG | $70.88 | 60 | $1.18 | $957,426.69 | $144,905.86 |
| | | | | **ACCOLATE TOTAL** | | | | | |
| | Astra Zeneca | 0016001031 | ATACAND | ATACAND TAB 16MG | $54.45 | 30 | $1.82 | $726,656.52 | $190,309.60 |
| | Astra Zeneca | 0016003231 | ATACAND | ATACAND TAB 32MG | $54.26 | 30 | $1.82 | $741,323.73 | $195,664.22 |
| | Astra Zeneca | 0016000131 | ATACAND | ATACAND TAB 8MG | $54.26 | 30 | $1.80 | $187,993.68 | $44,616.15 |
| | Astra Zeneca | 0016001654 | ATACAND | ATACAND TAB 16MG | $121.78 | 90 | $1.34 | $596,593.85 | $23,700.95 |
| | Astra Zeneca | 0016003254 | ATACAND | ATACAND TAB 32MG | $1,023.36 | 90 | $1.82 | $74,162.71 | $16,177.46 |
| | Astra Zeneca | 0016000431 | ATACAND | ATACAND TAB 4MG | $46.26 | 30 | $1.54 | $54,680.25 | $14,202.24 |
| | Astra Zeneca | 0016032764 | ATACAND HCT | ATACAND HCT TAB 32-12.5 | TBD | | TBD | $500,893.38 | $132,990.50 |
| | Astra Zeneca | 0016016054 | ATACAND HCT | ATACAND HCT TAB 16-12.5 | $1.82 | 90 | $1.82 | $286,041.05 | $76,893.00 |
| | | | | **ATACAND TOTAL** | | | | | |
| | Astra Zeneca | 0031007530 | CASODEX | CASODEX TAB 50 MG | $1,266.67 | 1 | $12.67 | $351,544.21 | $89,166.92 |
| | Astra Zeneca | 0031007510 | CASODEX | CASODEX TAB 50 MG | $1,266.67 | 100 | $12.67 | $2,054,729.30 | $536,644.19 |
| | | | | **CASODEX TOTAL** | | | | | |
| | Astra Zeneca | 0018650104031 | NEXIUM | NEXIUM CAP 40MG | $124.33 | 30 | $4.14 | $16,881,443.74 | $4,473,762.07 |
| | Astra Zeneca | 0018650102031 | NEXIUM | NEXIUM CAP 20MG | $124.33 | 30 | $4.14 | $2,656,934.50 | $784,239.87 |
| | Astra Zeneca | 0018650104054 | NEXIUM | NEXIUM CAP 40MG | $372.01 | 90 | $4.14 | $462,267.57 | $123,705.57 |
| | Astra Zeneca | 0018650102054 | NEXIUM | NEXIUM CAP 20MG | $372.01 | 90 | $4.14 | $81,594.81 | $21,365.22 |
| | Astra Zeneca | 0018650104082 | NEXIUM | NEXIUM CAP 40MG | $4,144.46 | 1000 | $4.14 | $26,545.00 | $6,563.27 |
| | Astra Zeneca | 0018650102082 | NEXIUM | NEXIUM CAP 20MG | $4,144.46 | 1000 | $4.14 | $2,891.26 | $715.33 |
| | | | | **NEXIUM TOTAL** | | | | | |
| | Astra Zeneca | 0018604528 | PLENDIL | PLENDIL TAB 10MG CR | $202.30 | 100 | $2.02 | $661,503.50 | $161,212.02 |
| | Astra Zeneca | 0018604528231 | PLENDIL | PLENDIL TAB 10MG CR | $90.56 | 30 | $2.02 | $469,753.54 | $129,628.42 |
| | Astra Zeneca | 0018604518231 | PLENDIL | PLENDIL TAB 5 MG CR | $112.58 | 100 | $1.13 | $421,238.36 | $11,697.57 |
| | Astra Zeneca | 0018604518 | PLENDIL | PLENDIL TAB 5 MG CR | $372.01 | 30 | $1.13 | $228,694.90 | $94,644.93 |
| | Astra Zeneca | 0018604513 | PLENDIL | PLENDIL TAB 5 MG CR | $33.77 | 30 | $1.13 | $63,719.75 | $16,733.88 |
| | Astra Zeneca | 0018605090 | PLENDIL | PLENDIL TAB 2.5MG CR | $112.58 | 100 | $1.13 | $53,691.26 | $8,553.77 |
| | Astra Zeneca | 0018604590 | PLENDIL | PLENDIL TAB 2.5MG CR | $33.77 | 30 | $1.13 | $49,261.11 | $13,113.91 |
| | | | | **PLENDIL TOTAL** | | | | | |
| | | | | **ASTRAZENECA TOTAL** | | | | | |

A-5

King Mercury Sons LLP

EXHIBIT A

| Defendant Manufacturer Group | Individual Defendant Entity | Formulary Code | Drug Type | Drug NDC Details | Equivalent AWP | Quantity | Equivalent Unit Price | TOTAL Amount Paid By Medicaid | AWP Share |
|---|---|---|---|---|---|---|---|---|---|
| AWCC,W.R | Astra Zeneca | 00186074231 | PRILOSEC | PRILOSEC | CAP 20MG CR | $132.90 | 30 | $4.43 | $29,382,625.03 | $7,555,661.53 |
| | Astra Zeneca | 00186074282 | PRILOSEC | PRILOSEC | CAP 20MG CR | $442.95 | 100 | $4.43 | $2,672,213.52 | $749,864.74 |
| | Astra Zeneca | 00186074331 | PRILOSEC | PRILOSEC | CAP 40MG CR | $190.70 | 50 | $3.81 | $2,440,097.64 | $699,801.02 |
| | Astra Zeneca | 00186075031 | PRILOSEC | PRILOSEC | CAP 40MG CR | $116.06 | 30 | $3.97 | $382,483.33 | $97,304.90 |
| | Astra Zeneca | 00186074358 | PRILOSEC | PRILOSEC | CAP 40MG CR | $635.99 | 100 | $6.36 | $313,313.47 | $81,203.71 |
| | Astra Zeneca | 00186075096 | PRILOSEC | PRILOSEC | CAP 10MG CR | $396.65 | 100 | $3.96 | 508,142.21 | $17,232.19 |
| | Astra Zeneca | 00190000062 | PRILOSEC | PRILOSEC | CAP 10MG CR | $3,969.48 | 1000 | $3.97 | $2,201.54 | $550.59 |
| AWCC S.W.R | Astra Zeneca | 00190001934 | PRILOSEC | PRILOSEC | CAP 10MG CR | | | | | |
| | | | PRILOSEC TOTAL | | | | | | |
| AWCC S.W.R | Astra Zeneca | 00186198904 | RHINOCORT | RHINOCORT | SUS 32MG32M | $126.00 | 30 | $4.35 | $3,993,860.94 | $596,164.79 |
| | Astra Zeneca | 00186198904 | RHINOCORT | RHINOCORT | SUS .5MG/2ML | $126.00 | 30 | $4.20 | $3,582,151.01 | $881,135.87 |
| | Astra Zeneca | 00186197542 | PULMICORT | PULMICORT | AER 200MCG | $129.43 | 1 | $129.43 | $1,772,804.72 | $443,658.68 |
| | | | PULMICORT TOTAL | | | | | | |
| AWCC,W.R | Astra Zeneca | 00186107009 | RHINOCORT | RHINOCORT | SUS AQUA | $60.42 | 1 | $60.42 | $3,116,566.47 | $889,007.59 |
| | Astra Zeneca | 00186107509 | RHINOCORT | RHINOCORT | AER AQUA | $45.31 | 1 | $45.31 | $692,233.07 | $119,206.10 |
| | | | RHINOCORT TOTAL | | | | | | |
| AWCC | Astra Zeneca | 00310027210 | SEROQUEL | SEROQUEL | TAB 200MG | $906.61 | 100 | $9.06 | $7,927,698.78 | $1,003,326.73 |
| | Astra Zeneca | 00310027110 | SEROQUEL | SEROQUEL | TAB 100MG | $306.01 | 100 | $2.86 | $6,279,316.75 | $1,065,766.75 |
| | Astra Zeneca | 00310027510 | SEROQUEL | SEROQUEL | TAB 25MG | $147.26 | 100 | $1.47 | $5,085,318.54 | $1,269,167.55 |
| | Astra Zeneca | 00310027400 | SEROQUEL | SEROQUEL | TAB 300MG | $433.14 | 60 | $7.22 | $1,804,483.13 | $492,209.89 |
| | | | SEROQUEL TOTAL | | | | | | |
| S.W.R | Astra Zeneca | 00189010205 | TOPROL | TOPROL XL | TAB 100MG | $97.95 | 100 | $0.97 | $3,000,773.02 | $769,725.02 |
| | Astra Zeneca | 00189010005 | TOPROL | TOPROL XL | TAB 50MG | $55.20 | 100 | $0.55 | $2,606,920.88 | $689,886.57 |
| | Astra Zeneca | 00186108005 | TOPROL | TOPROL | TAB 200MG | $195.85 | 100 | $1.95 | $1,930,374.42 | $459,064.70 |
| | Astra Zeneca | 00186108905 | TOPROL | TOPROL XL | TAB 25MG | $85.29 | 100 | $0.85 | $791,082.81 | $199,004.45 |
| | | | TOPROL TOTAL | | | | | | |
| AWCC | Astra Zeneca | 00310014210 | ZESTORETIC | ZESTORETIC | TAB 20MG-12.5 | $128.16 | 100 | $1.28 | $462,106.51 | $116,504.44 |
| | Astra Zeneca | 00310014510 | ZESTORETIC | ZESTORETIC | TAB 20-25MG | $129.71 | 100 | $1.30 | $432,769.02 | $100,816.46 |
| | Astra Zeneca | 00310014110 | ZESTORETIC | ZESTORETIC | TAB 10/12.5 | $119.39 | 10 | $11.94 | $312,564.69 | $55,779.00 |
| | | | ZESTORETIC TOTAL | | | | | | |
| AWCC | Astra Zeneca | 00310013410 | ZESTRIL | ZESTRIL | TAB 40MG | $169.12 | 100 | $1.69 | $1,082,626.58 | $275,346.92 |
| | Astra Zeneca | 00310013210 | ZESTRIL | ZESTRIL | TAB 20MG | $113.59 | 100 | $1.14 | $982,777.83 | $250,007.14 |
| | Astra Zeneca | 00310013110 | ZESTRIL | ZESTRIL | TAB 10MG | $105.10 | 100 | $1.05 | $953,561.00 | $250,278.18 |
| | Astra Zeneca | 00310013010 | ZESTRIL | ZESTRIL | TAB 5MG | $102.76 | 100 | $1.03 | $452,348.25 | $119,118.43 |
| | Astra Zeneca | 00310012510 | ZESTRIL | ZESTRIL | TAB 30MG | $160.81 | 100 | $1.61 | $74,596.36 | $27,498.52 |
| | Astra Zeneca | 00310013134 | ZESTRIL | ZESTRIL | TAB 40MG | $88.63 | 1000 | $0.89 | $47,561.14 | $9,674.25 |
| | Astra Zeneca | 00310013234 | ZESTRIL | ZESTRIL | TAB 20MG | $1,051.07 | 1000 | $1.05 | $41,593.31 | $11,668.85 |
| | Astra Zeneca | 00310013034 | ZESTRIL | ZESTRIL | TAB 5MG | $1,124.89 | 1000 | $1.12 | $16,529.96 | $4,228.61 |
| | Astra Zeneca | 00310013173 | ZESTRIL | ZESTRIL | TAB 10MG | $1,010.74 | 1000 | $1.02 | $9,709.64 | $2,500.65 |
| | Astra Zeneca | 00310012573 | ZESTRIL | ZESTRIL | TAB 10MG | $3,183.75 | 3000 | $1.04 | $5,533.80 | $639.84 |
| | Astra Zeneca | | ZESTRIL | ZESTRIL | TAB 30MG | $2,343.44 | 3000 | $1.11 | $1,902.76 | $344.86 |
| | | | ZESTRIL TOTAL | | | | | | |
| AWCC,PA | Astra Zeneca | 00310086130 | ZOLADEX | ZOLADEX | INJ 10.8MG | $498.99 | 1 | $498.99 | $415,433.20 | $110,487.55 |
| | Astra Zeneca | 00310096310 | ZOLADEX | ZOLADEX | INJ 3.6MG | | | | $206,864.92 | $77,774.84 |
| | | | ZOLADEX TOTAL | | | | | | |
| AWCC,PA | Astra Zeneca | 00310022625 | ZOMIG | ZOMIG | TAB 2.5MG | $88.18 | 6 | $14.70 | $568,767.19 | $102,838.21 |
| | Astra Zeneca | 00310027125 | ZOMIG | ZOMIG | TAB 5MG | $50.15 | 3 | $16.72 | $495,792.48 | $121,167.60 |
| | Astra Zeneca | 00310020926 | ZOMIG | ZOMIG ZMT | TAB 2.5 MG | $88.19 | 6 | $14.72 | $80,489.68 | $21,002.82 |

EXHIBIT A

| Defendant Manufacturer Group | Individual Defendant Entity | Formulary Code | Drug Type | Brand W/ Dosage | Fraudulent AWP | Fraudulent Quantity | Fraudulent Per Unit AWP | TOTAL Amount Paid by Medicaid | N/C Share |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL: ASTRAZENECA** | | | | | | | | | **$1,007,749.92** |
| AZCC | Astra Zeneca | 00310021321 | ZOVIG | ZOVIG TOTAL | $56.15 | 3 | $18.72 | $7,561.14 | $1,812.48 |
| **Group:** **AVENTIS GROUP** | | | | | | | | | |
| AMCC | Aventis Pharm | 00088221073 | LANTUS | LANTUS INJ100U/ML | $9.99 | 1 | $44.90 | $1,074,420.82 | $421,099.01 |
| | | 00182022013 | LANTUS | LANTUS TOTAL | | | | | $411,099.01 |
| AMCC | Aventis Pharm | 00075052180 | LOVENOX | LOVENOX INJ 600/6ML | $567.40 | 10 | $36.74 | $1,077,568.01 | $421,545.01 |
| PA | Aventis Pharm | 00075052280 | LOVENOX | LOVENOX INJ 600/6ML | $499.80 | 10 | $46.88 | $974,787.09 | $507,798.50 |
| AMCC | Aventis Pharm | 00075052300 | LOVENOX | LOVENOX INJ 100/1ML | $612.30 | 10 | $61.23 | $707,078.40 | $179,025.63 |
| AMCC | Aventis Pharm | | ARAVA TOTAL | ARAVA | | | | | |
| AMCC | Aventis Pharm | 00088216130 | ARAVA | ARAVA TAB 20MG | $272.46 | 30 | $9.09 | $1,280,807.55 | $332,092.87 |
| AMCC | Aventis Pharm | 00088216020 | ARAVA | ARAVA TAB 100MG | $272.46 | 30 | $9.09 | $181,446.08 | $19,711.03 |
| AMCC | Aventis Pharm | 00088216003 | ARAVA | ARAVA TAB 100MG | TBD | 5 | TBD | $3,562.93 | $913.23 |
| AMCC | Aventis Pharm | 00088215030 | AMARYL | AMARYL TOTAL | $68.58 | 5 | $96.98 | $705,373.53 | $303,781.08 |
| AMCC | Aventis Pharm | 00081115530 | AZMACORT | AZMACORT AER 100MCG | TBD | 1 | TBD | $108,091.09 | $190,741.52 |
| AMCC | Aventis Pharm | | COPAXONE TOTAL | COPAXONE | | | | | $208,281.49 |
| AMCC | Aventis Pharm | 00075002300 | COPAXONE | COPAXONE 20MG INJECTION KIT | $1,003.98 | 32 | $31.37 | $2,772,976.23 | $59,381.49 |
| AMCC | Aventis Pharm | 00075002900 | DDAVP | DDAVP TAB 0.2MG | $303.00 | 100 | $3.03 | $1,361,435.54 | $340,366.96 |
| AMCC | Aventis Pharm | 00075245201 | DDAVP | DDAVP SOL 0.01% | $161.06 | 100 | $161.06 | $364,905.54 | $31,154.77 |
| AMCC | Aventis Pharm | 00075001000 | DDAVP | DDAVP TAB 0.1MG | $246.60 | 100 | $2.47 | $142,684.65 | $35,643.68 |
| AMCC | Aventis Pharm | 00075245153 | DDAVP | DDAVP INJ 4MCG/ML | $270.00 | 1 | $270.00 | $16,543.00 | $4,635.75 |
| AMCC | Aventis Pharm | 00075245001 | DDAVP | DDAVP SOL 0.01% | TBD | | TBD | $16,017.61 | $4,354.13 |
| AMCC | Aventis Pharm | 00075245101 | DDAVP | DDAVP INJ 4MCG/4ML | $265.70 | 10 | $26.67 | $11,816.09 | $3,064.60 |
| AMCC | Aventis Pharm | | DDAVP | DDAVP SOL 0.01% | | | | | $1,002.64 |
| AMCC: PA | Aventis Pharm | | AMARYL TOTAL | AMARYL | | | | | $706,724.36 |
| AMCC | Aventis Pharm | 00088120965 | ANZEMET | ANZEMET INJ 20MG/ML | $118.08 | 6 | $19.68 | $165.44 | $41.36 |
| AMCC | Aventis Pharm | 00088120329 | ANZEMET | ANZEMET TAB 100MG | $381.20 | 5 | $76.24 | $7,467.01 | $16,850.94 |
| AMCC | Aventis Pharm | 00088120965 | ANZEMET | ANZEMET TAB 100MG | $381.20 | 5 | $76.24 | $436,299.97 | $111,250.01 |
| AMCC | Aventis Pharm | 00088120005 | ANZEMET | ANZEMET TAB 50MG | $287.60 | 5 | $57.52 | $2,049.17 | $990.14 |
| AMCC | Aventis Pharm | | AMARYL | ANZEMET TAB 50MG | | | | | |
| AMCC | Aventis Pharm | 00039021110 | AMARYL | AMARYL TAB 1MG | $28.62 | 100 | $0.29 | $97,209.78 | $22,522.44 |
| AMCC | Aventis Pharm | 00039022110 | AMARYL | AMARYL TAB 2MG | $60.46 | 100 | $0.46 | $396,353.46 | $103,463.60 |
| AMCC | Aventis Pharm | 00039022310 | AMARYL | AMARYL TAB 4MG | $85.47 | 100 | $0.87 | $1,191,235.06 | $415,582.52 |
| AMCC | Aventis Pharm | 00088180005 | ALLEGRA-D | ALLEGRA-D TAB 60-120HR | $651.64 | 500 | $1.32 | $54,331.36 | $14,740.88 |
| AMCC | Aventis Pharm | 00088163047 | ALLEGRA-D | ALLEGRA-D TAB 60-120ER | $132.96 | 100 | $1.32 | $2,354,200.60 | $656,072.18 |

EXHIBIT A

| Defendant Manufacturer Group | Individual Defendant Entity | Formulion Code | Drug Type | Dose w/ Dosage | Encumbent AWP | Quantity | Transport Pkg Unit AWP | TOTAL Annual Paid By Medicaid | NYC Share |
|---|---|---|---|---|---|---|---|---|---|
| **TOTAL AVENTIS GROUP** | | | | | | | | | |
| AMCC | Aventis Pharm | 0307590243D | LOVENOX | INJ 30/0.3ML | $163.50 | 10 | $16.35 | $31,366.33 | $84,508.28 |
| AMCC | Aventis Pharm | 0307590204C | LOVENOX | INJ 400 4ML | $244.80 | 10 | $24.48 | $567,528.32 | $77,411.78 |
| AMCC | Aventis Pharm | 0307590201 | LOVENOX | INJ 1200/8ML | $736.00 | 10 | $73.50 | $119,850.45 | $29,695.35 |
| AMCC | Aventis Pharm | 0307590191 | LOVENOX | INJ 150/1ML | $918.75 | 10 | $91.88 | $74,303.62 | $18,578.61 |
| AMCC | Aventis Pharm | | LOVENOX | INJ 90/1ML | $174.70 | 10 | $17.47 | $28,581.42 | $5,733.45 |
| | | | LOVENOX TOTAL | | | | | | |
| AMCC | Aventis Pharm | 0307310760 | NASACORT | NASACORT AQ AER 55MCG/AC | $50.29 | 1 | $51.29 | $1,704,043.43 | $476,503.45 |
| AMCC | Aventis Pharm | 0307310765 | NASACORT | NASACORT AQ AER 55MCG/AC | $53.03 | 1 | $53.03 | $495,960.02 | $126,129.73 |
| | | | NASACORT TOTAL | | | | | | |
| AMCC | Aventis Pharm | 0307980120 | TAXOTERE | TAXOTERE INJ 20/0.5ML | $1,316.70 | 1 | $1,316.70 | $1,002,603.21 | $271,630.51 |
| AMCC | Aventis Pharm | 0307980120 | TAXOTERE | TAXOTERE INJ 80/2ML | $329.18 | 1 | $329.18 | $707,128.32 | $192,336.54 |
| | | | TAXOTERE TOTAL | | | | | | |
| AMCC | Aventis-Dornik | 0006015046 | BENZAMYCIN | BENZAMYCIN GEL | $102.53 | 1 | $102.53 | $5,366,864.93 | $882,681.47 |
| AMCC | Aventis-Dornik | 0006015023 | BENZAMYCIN | BENZAMYCIN GEL | $56.94 | 1 | $56.94 | $590,257.21 | $236,140.69 |
| AMCC | Aventis-Dornik | 0006015700 | BENZAMYCIN | BENZAMYCIN GEL PAK | $18.48 | 60 | $1.32 | $76,720.03 | $16,630.41 |
| | | | BENZAMYCIN TOTAL | | | | | | |
| AMCC | Aventis-Dornik | 0006060902 | PENLAC | PENLAC SOL 8% | $120.25 | 1 | $120.25 | $6,287,916.47 | $1,695,275.52 |
| AMCC | Aventis-Dornik | 0006060901 | PENLAC | PENLAC SOL 8% | $58.19 | 1 | $58.19 | $522,053.46 | $157,672.41 |
| | | | PENLAC TOTAL | | | | | | |
| AMCC | Aventis Pharm | 0008611247 | ALLEGRA | ALLEGRA CAP 60MG | $118.26 | 100 | $1.18 | $615,971.19 | $157,672.41 |
| | | | ALLEGRA TOTAL | | | | | | |
| | | | **TOTAL AVENTIS GROUP** | | | | | | |
| S.#.R | Barr | 0555060433 | APRI | APRI 28 DAY TABLET | TBD | 168 | TBD | $7,160.20 | $3,641.07 |
| | | | APRI TOTAL | | | | | | |
| S.#.R | Barr | 0555040702 | FLUOXETINE | FLUOXETINE CAP 20MG | $266.61 | 100 | $2.67 | $4,802,974.23 | $1,215,843.11 |
| | | | FLUOXETINE TOTAL | | | | | | |
| | Barr | 0055090504 | METFORMIN | METFORMIN TAB 500MG | $352.12 | 500 | $0.70 | $81,678.53 | $20,800.94 |
| | | | METFORMIN TOTAL | | | | | | |
| | Barr | 0555090201 | NALTREXONE | NALTREXONE TAB 50MG | $128.75 | 30 | $4.29 | $134,328.01 | $33,873.72 |
| | Barr | 0555090202 | NALTREXONE | NALTREXONE TAB 50MG | $427.51 | 100 | $4.28 | $57,103.76 | $3,370.19 |
| | | | NALTREXONE TOTAL | | | | | | |
| **BARR LABORATORIES** | Barr | 0055060401 | TAMOXIFEN | TAMOXIFEN TAB 20MG | $118.51 | 30 | $3.95 | $1,185,325.01 | $301,786.75 |
| | Barr | 0055060440 | TAMOXIFEN | TAMOXIFEN TAB 10MG | $59.80 | 60 | $3.30 | $1,063,885.80 | $280,656.47 |
| | Barr | 0055060440 | TAMOXIFEN | TAMOXIFEN TAB 10MG | $355.54 | 180 | $1.99 | $317,170.69 | $54,534.43 |
| | Barr | 0055090414 | TAMOXIFEN | TAMOXIFEN TAB 20MG | $355.54 | 90 | $3.95 | $197,289.24 | $56,433.72 |
| | Barr | 0055090403 | TAMOXIFEN | TAMOXIFEN TAB 10MG | TBD | | TBD | $582,200.92 | $16,680.98 |
| | Barr | 0031907310 | TAMOXIFEN | TAMOXIFEN 20MG TABLET | TBD | | TBD | $22,900.03 | $5,976.38 |
| | Barr | 0031907340 | TAMOXIFEN | TAMOXIFEN 10MG TABLET | TBD | | TBD | $3,719.92 | $966.69 |
| | | | TAMOXIFEN TOTAL | | | | | | |
| | Barr | 0055090201 | Trexall | TREXALL TAB 10MG | $497.60 | 30 | $15.25 | $5,282.64 | $1,382.02 |
| | Barr | 0555090401 | Trexall | TREXALL TAB 15MG | $688.40 | 30 | $22.68 | $2,268.69 | $597.25 |
| | Barr | 0055090201 | Trexall | TREXALL TAB 7.5MG | $343.20 | 30 | $11.44 | $2,291.14 | $456.02 |
| | Barr | 0055090201 | Trexall | TREXALL TAB 5MG | $229.80 | 30 | $7.63 | $519.00 | $63.23 |

# EXHIBIT A

| Group | Defendant Manufacturer: / Individual Claimant Entry | NDC Code | Drug Name | Drug of Charge | Published AWP | Quantity | Manufacturer Published WAC / Unit | Total Amount Paid by Medicaid | NYC Share |
|---|---|---|---|---|---|---|---|---|---|
| | Barr | 00555013202 | WARFARIN | TAB 5MG | $63.85 | 100 | $0.64 | $440,875.65 | $113,298.54 |
| | Barr | 00555013204 | WARFARIN | TAB 2.5MG | $62.84 | 100 | $0.63 | $250,459.93 | $54,213.81 |
| | Barr | 00555080902 | WARFARIN | TAB 2MG | $60.89 | 100 | $0.61 | $170,243.97 | $43,399.24 |
| | Barr | 00555080902 | WARFARIN | TAB 2MG | $58.34 | 100 | $0.58 | $142,017.69 | $36,311.57 |
| | Barr | 00555080202 | WARFARIN | TAB 1MG | $53.07 | 100 | $0.46 | $10,596.42 | $323,490.31 |
| | Barr | 00555087402 | WARFARIN SOD TAB 3MG | | $55.28 | 100 | $0.65 | $146.15 | $33,194.68 |
| | Barr | 00555087420 | WARFARIN | TAB 1.5MG | $53.25 | 100 | $0.93 | $11,149.15 | $20,945.47 |
| | Barr | 00555085402 | WARFARIN | TAB 7.5MG | $93.44 | 100 | $0.93 | $53,912.55 | $19,988.27 |
| | Barr | 00555085602 | WARFARIN | TAB 6MG | $90.30 | 100 | $0.90 | $48,320.72 | $12,461.89 |
| | Barr | 00555083305 | WARFARIN SOD TAB 8MG | | $96.51 | 100 | $0.97 | $11,270.73 | $2,959.42 |
| | Barr | 00555086009 | WARFARIN | TAB 10MG | $598.61 | 1000 | $0.64 | $96,420.97 | $1,606.88 |
| | Barr | 00555086006 | WARFARIN | TAB 5MG | $609.23 | 1000 | $0.61 | $98,041.49 | $1,541.21 |
| | Barr | 00555086105 | WARFARIN | TAB 2MG | $627.95 | 1000 | $0.63 | $37,850.62 | $712.03 |
| | Barr | 00555074005 | WARFARIN | TAB 2.5MG | $653.83 | 1000 | $0.65 | $1,560.57 | $403.87 |
| | Barr | 00555083105 | WARFARIN | TAB 1MG | $552.33 | 500 | $0.58 | $1,912.55 | $128.41 |
| | Barr | 00555085405 | WARFARIN | TAB 4MG | $941.65 | 1000 | $0.95 | $198.34 | $39.09 |
| | **MA** | | **WARFARIN – TOTAL** | | | | | **$983,613.30** | $271,098.83 |
| | Bayer Pharm | 00206818401 | AVELOX | TAB 400MG | $262.70 | 30 | $9.42 | $903,615.41 | $237,725.54 |
| | Bayer Pharm | 00026859141 | AVELOX | TAB 400MG | $47.12 | 5 | $9.42 | $8,705.61 | |
| | | | **AVELOX – TOTAL** | | | | | | $297,826.79 |
| | Bayer Pharm | 00026851381 | CIPRO | TAB 500MG | $405.21 | 100 | $4.95 | $7,245,548.04 | $1,926,401.24 |
| | Bayer Pharm | 00026861251 | CIPRO | TAB 250MG | $423.07 | 100 | $4.23 | $1,092,852.16 | $279,483.27 |
| | Bayer Pharm | 00026861101 | CIPRO HC | SUS OTIC | $96.58 | 1 | $96.58 | $977,692.93 | $256,014.00 |
| | Bayer Pharm | 00026851460 | CIPRO HC | TAB 750MG | $267.63 | 50 | $4.06 | $362,279.28 | $101,822.74 |
| | Bayer Pharm | 00026851110 | CIPRO HC | SUS OTIC | TBD | | TBD | $32,671.91 | $9,905.99 |
| | Bayer Pharm | 00026859336 | CIPRO | SUS 5G/100ML | $89.07 | 1 | $39.07 | $31,001.15 | $7,790.29 |
| | Bayer Pharm | 00026858138 | CIPRO | SUS 5G/100ML | $84.51 | 1 | $54.61 | $25,584.21 | $6,495.34 |
| | Bayer Pharm | 00026854481 | CIPRO I.V. | INJ 400/1% | $288.12 | 10 | $28.81 | $25,118.30 | $5,279.68 |
| | Bayer Pharm | 00026854043 | CIPRO I.V. | SOL 400/0.2% | $720.29 | 24 | $30.01 | $24,591.61 | $5,147.95 |
| | Bayer Pharm | 00028591103 | CIPRO I.V. | INJ 1200/1% | TBD | | TBD | $9,166.64 | $2,397.30 |
| | Bayer Pharm | 00026859665 | CIPRO | CYSTIT TAB 100MG | $465.30 | 6 | $77.73 | $2,332.96 | $583.24 |
| | Bayer Pharm | 00026850236 | CIPRO | I.V. SOL 200/0.2% | $77.17 | 24 | $16.81 | $983.18 | $145.93 |
| | | | **CIPRO – TOTAL** | | | | | | $2,621,562.88 |
| | Bayer Pharm | 00282064671 | GAIMUNE | INJ 25.5% | $450.00 | 1 | $450.00 | $895,658.59 | $222,540.02 |
| | Bayer Pharm | 00282064524 | GAIMUNE | INJ 5% | $900.00 | 1 | $900.00 | $432,089.00 | $108,164.75 |
| | Bayer Pharm | 00282064815 | GAIMUNE | INJ 10% | $225.00 | 1 | $225.00 | $4,456.60 | $1,114.13 |
| | **XMS0** | | **GAIMUNE – TOTAL** | | | | | | **$331,818.90** |
| | **TOTAL – BAYER CORP.** | | | | | | | | |
| **BIOVAIL PHARMACEUTICALS** | Biovail Pharm, Inc. | 00083716040 | CARDIZEM | CARDIZEM CD CAP 300MG/24 | $288.16 | 90 | $3.21 | $578,624.61 | $146,755.37 |

EXHIBIT A

| Defendant Manufacture Group | Individual Defendant Entity | Product Code | Drug Type | Drug W/ Dosage | Published AWP | Quantity | Published Price Unit AWP | TOTAL Published AWP Amount | WAC Basis |
|---|---|---|---|---|---|---|---|---|---|
| | Bioval Pharm, Inc. | 00088179074 | CARDIZEM | CARDIZEM CD CAP 240MG | $2.26 | 90 | $2.26 | $308,534.67 | $90,696.67 |
| | Bioval Pharm, Inc. | 00088179042 | CARDIZEM | CARDIZEM CD CAP 180MG | $144.58 | 90 | $1.61 | $166,027.03 | $47,538.90 |
| | Bioval Pharm, Inc. | 00088179042 | CARDIZEM | CARDIZEM CD CAP 300MG | $265.82 | 50 | $2.95 | $183,706.11 | $46,526.10 |
| | Bioval Pharm, Inc. | 00088179530 | CARDIZEM | CARDIZEM CD CAP 120MG | $50.40 | 30 | $1.68 | $139,042.14 | $35,011.33 |
| | Bioval Pharm, Inc. | 00088179830 | CARDIZEM | CARDIZEM CD CAP 300MG | $99.07 | 90 | $2.99 | $323,757.61 | $85,937.68 |
| | Bioval Pharm, Inc. | 00088179354 | CARDIZEM | CARDIZEM CD CAP 120MG | $119.81 | 90 | $1.33 | $14,401.87 | $29,562.35 |
| | Bioval Pharm, Inc. | 00088179730 | CARDIZEM | CARDIZEM CD CAP 120MG | $89.40 | 30 | $2.98 | $186,711.18 | $27,424.10 |
| | Bioval Pharm, Inc. | 00088179730 | CARDIZEM | CARDIZEM CD CAP 120MG | $40.81 | 30 | $1.36 | $507,780.72 | $16,694.55 |
| | Bioval Pharm, Inc. | 00088179630 | CARDIZEM | CARDIZEM CD CAP 120MG | $86.17 | 100 | $2.86 | $41,354.80 | $10,305.89 |
| | Bioval Pharm, Inc. | 00088179724 | CARDIZEM | CARDIZEM TAB 30MG | $54.01 | 100 | $0.55 | $30,011.82 | $7,498.71 |
| | Bioval Pharm, Inc. | 00088177247 | CARDIZEM | CARDIZEM TAB 60MG | $115.50 | 100 | $1.16 | $11,007.58 | $2,975.60 |
| | Bioval Pharm, Inc. | 00088177147 | CARDIZEM | CARDIZEM CAP 60MG SR | $150.57 | 100 | $1.51 | $11,950.04 | $2,910.01 |
| | Bioval Pharm, Inc. | 00088177847 | CARDIZEM | CARDIZEM CAP 120MG SR | $101.05 | 100 | $1.51 | $10,086.61 | $2,734.31 |
| | Bioval Pharm, Inc. | 00088179847 | CARDIZEM | CARDIZEM TAB 90MG | $121.18 | 100 | $1.21 | $10,804.30 | $2,710.10 |
| | Bioval Pharm, Inc. | 00088177744 | CARDIZEM | CARDIZEM CAP 90MG | $152.82 | 100 | $1.53 | $34,501.66 | $5,123.62 |
| | Bioval Pharm, Inc. | 00088177744 | CARDIZEM | CARDIZEM TAB 120MG | $168.69 | 100 | $1.69 | $1,840.36 | $404.62 |
| | Bioval Pharm, Inc. | 00088179241 | CARDIZEM | CARDIZEM CD CAP 120MG | $96.65 | 100 | $0.96 | $22,066.10 | $5,463.37 |
| | Bioval Pharm, Inc. | 00088177165 | CARDIZEM | CARDIZEM TAB 60MG | $58.65 | 500 | $0.59 | $11,075.55 | $5,403.40 |
| | Bioval Pharm, Inc. | 00088177255 | CARDIZEM | CARDIZEM CAP 180MG | $423.15 | 500 | $0.85 | | |
| | Bioval Pharm, Inc. | 00088177255 | CARDIZEM | CARDIZEM CD CAP 180MG | $74.89 | 100 | $0.75 | | $12.13 |
| | Bioval Pharm, Inc. | 00088179093 | CARDIZEM | CARDIZEM CD CAP 180MG | $9,037.65 | 5000 | $1.61 | $48.52 | |
| **CARDIZEM TOTAL** | | | | | | | | | $575,643.57 |
| | Bioval Pharm, Inc. | 00172909584 | ZOVIRAX | ZOVIRAX OIN 5% | $74.89 | 1 | $74.89 | $2,194,229.14 | $575,643.57 |
| | Bioval Pharm, Inc. | 00172909341 | ZOVIRAX | ZOVIRAX OIN 5% | $24.24 | 1 | $24.24 | $102,673.04 | $27,073.69 |
| | Bioval Pharm, Inc. | 00173095455 | ZOVIRAX | ZOVIRAX TAB 800MG | $526.00 | 100 | $5.38 | $18,750.28 | $16,759.28 |
| | Bioval Pharm, Inc. | 00173095455 | ZOVIRAX | ZOVIRAX TAB 400MG | $271.96 | 100 | $2.72 | $25,778.88 | $13,207.89 |
| | Bioval Pharm, Inc. | 00173995164 | ZOVIRAX | ZOVIRAX INJ 500MG/10ML | $183,842.41 | 1 | $1,736.07 | $3,736,592.72 | $741,241.91 |
| | Bioval Pharm, Inc. | 00173995164 | ZOVIRAX | ZOVIRAX INJ 1GM/VIAL | $74.89 | 1 | $74.89 | $5,485.37 | $2,880.37 |
| | Bioval Pharm, Inc. | 64455090396 | ZOVIRAX | ZOVIRAX INJ 500MG | $74.89 | 1 | $74.89 | $22,066.10 | $5,483.37 |
| | Bioval Pharm, Inc. | 00172559596 | CARDIZEM | CARDIZEM CD CAP 180MG | $121.74 | 1 | $121.74 | $9,059.55 | $2,271.44 |
| **ZOVIRAX TOTAL** | | | | | | | | | |
| | Bioval Pharm, Inc. | 00015201430 | PARAPLATIN | PARAPLATIN INJ 150MG | $390.30 | 1 | $390.30 | $294,970.71 | $107,374.75 |
| | Bioval Pharm, Inc. | 00015201330 | PARAPLATIN | PARAPLATIN INJ 50MG | $130.11 | 1 | $130.11 | $144,624.33 | $58,950.44 |
| | Bioval Pharm, Inc. | 00015201620 | PARAPLATIN | PARAPLATIN INJ 450MG | TBD | 1 | TBD | $60,080.36 | $17,504.92 |
| | Bioval Pharm, Inc. | 00015201620 | PARAPLATIN | PARAPLATIN INJ 50MG | | | | | $364.70 |
| **PARAPLATIN TOTAL** | | | | | | | | | |
| | Bioval Pharm, Inc. | 00016340700 | TAXOL | TAXOL INJ 100/17ML | $606.78 | 1 | $606.78 | $455,909.78 | $130,056.67 |
| | Bioval Pharm, Inc. | 00015340911 | TAXOL | TAXOL INJ 30/5ML | $1,628.25 | 1 | $1,628.25 | $303,355.43 | $104,972.20 |
| | Bioval Pharm, Inc. | 00015340730 | TAXOL | TAXOL INJ 300/50XL | | | | $95,651.36 | $20,028.27 |
| | Bioval Pharm, Inc. | 00015340730 | TAXOL | TAXOL INJ 30MG/5ML | $162.63 | 1 | $162.63 | $9,701.66 | $2,176.42 |
| **TAXOL TOTAL** | | | | | | | | | |
| | Bioval Pharm, Inc. | 00018727621 | AVALIDE | AVALIDE TAB 150-12.5 | $95.95 | 30 | $1.73 | $591,655.30 | $145,138.36 |
| | Bioval Pharm, Inc. | 00018727621 | AVALIDE | AVALIDE TAB 300-12.5 | $54.02 | 30 | $1.80 | $416,097.60 | $108,370.19 |
| | Bioval Pharm, Inc. | 00018727623 | AVALIDE | AVALIDE TAB 150/12.5 | $118.83 | 90 | $1.73 | $221,264.60 | $37,207.75 |
| | Bioval Pharm, Inc. | 00087277633 | AVALIDE | AVALIDE TAB 300-12.5 | $161.69 | 90 | $1.79 | $167,555.52 | $45,174.95 |
| | Bioval Pharm, Inc. | 00087277620 | AVALIDE | AVALIDE TAB 300/12.5 | | | | | |
| **AVALIDE TOTAL** | | | | | | | | | |
| | BMS | 00087227232 | AVAPRO | AVAPRO TAB 150MG | $129.65 | 90 | $1.44 | $650,442.97 | $159,332.41 |
| | BMS | 00087227231 | AVAPRO | AVAPRO TAB 150MG | $43.21 | 30 | $1.44 | $874,987.26 | $144,998.26 |
| **AVAPRO TOTAL** | | | | | | | | | |

**BMS GROUP**

**TOTAL - BIOVAIL PHARMACEUTICALS**