# Exhibit O

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------X

In re:  PHARMACEUTICAL INDUSTRY   )

AVERAGE WHOLESALE PRICE           ) MDL No. 1456

LITIGATION                        )

---------------------------------) Civil Action No.

THIS DOCUMENT RELATES TO:         ) 01-12257-PBS

United States of America, ex rel.)

Ven-A-Care of the Florida Keys,   ) Subcategory No.

Inc., v. Boehringer Ingelheim     ) 06-CV-11337-PBS

Corporation, et al.,              )

CIVIL ACTION NO. 07-10248-PBS     )

---------------------------------X

DEPOSITION OF

VEN-A-CARE OF THE FLORIDA KEYS, INC.

by JOHN M. LOCKWOOD, M.D.

The Breen Law Firm

5755 North Point Parkway

Suite 260

Alpharetta, Georgia  30022

Taken on June 19, 2009

### 82

 1　contract price available.
 2　　　　And if there is no contract price, it
 3　defaults to the regular cost at McKesson in
 4　calculating the spread.  And so it explains to you
 5　what number they're using for cost.
 6　　　　And as I think previously testified the
 7　regular cost in EconoLink is a -- oh, a ball park
 8　approximation of what the wholesaler considers
 9　their acquisition cost or sometimes referred to as
10　catalog price.
11　　　　I think Mr. Silko in the Texas
12　deposition I was describing earlier described the
13　regular cost column in EconoLink as WAC.  But if
14　it's not WAC, it's certainly a very good -- it's
15　an approximation of such.  And I think that's what
16　we used it as.
17　　　　McKesson -- he described it as
18　McKesson's WAC.  I'm not -- I'm not -- which I
19　would differentiate from a reported WAC to Texas
20　or First DataBank or anyone else.
21　　Q.  Okay.  And if you look to the last page
22　of Roxane Exhibit 224.  At the very end there's a

### 83

 1　discussion again of that spread field.  And I
 2　think that section is describing what you were
 3　saying a moment ago which was that the spread is
 4　calculated -- calculated as AWP minus either cost
 5　or the contract special price if one's available;
 6　is that right?
 7　　A.  Yes.
 8　　Q.  Okay.  Let's turn to the next document
 9　in your binder that's been premarked Roxane
10　Exhibit 225.  And I'll represent to you that this
11　is a printout of the -- the October 23rd, 2000
12　database in the long form format of all of the
13　Roxane drugs.
14　　A.  Yes, uh-huh.  I've looked at these.
15　　Q.  And you've had a chance to review this
16　and this seems to be a true and correct copy of
17　that database?
18　　A.  Yes.
19　　Q.  Okay.  And what I was able to do or what
20　our technical staff were able to do was run the
21　query up top as you'll see of all the Roxane NDCs,
22　00054 onward, to be able to generate this

### 84

 1　particular document on Roxane 225, which displayed
 2　all the pricing information in the EconoLink
 3　database for Roxane drugs.
 4　　A.  Yes.  And this is exactly the kind of
 5　thing that -- that you could do, the Department of
 6　Justice could do, and we did, yes, with this
 7　database, yes.
 8　　Q.  And you showed the Department of Justice
 9　how to do this?
10　　A.  Oh, absolutely, yes.  This is, I mean, I
11　think one of the critical things for us that --
12　that you can do with EconoLink.  And we did the
13　same sorts of printouts in Texas using this
14　technique.  And there are, I believe, in our
15　files, examples of that.
16　　Q.  Now, one of the things I noticed in all
17　of the databases that we had produced to us by
18　Ven-A-Care in this litigation was that there were
19　no listings for the NovaPlus Ipratropium Bromide
20　product in the EconoLink database.
21　　　　Does that sound right to you?
22　　A.  It's either in there or not in there by

### 85

 1　NDC number.
 2　　Q.  But you have no specific recollection,
 3　do you, of NovaPlus Ipratropium Bromide products
 4　being listed in the McKesson database?
 5　　A.  They're either in there or not.  I -- I
 6　don't recall them being there specifically, but I
 7　didn't look for that drug in each database.  So
 8　there are 11 of them or potentially data from 12
 9　data points when you reference the August 31, 2000
10　data.  But I don't recall specifically.
11　　Q.  And do you recall whether you used any
12　of the prices that were in the EconoLink databases
13　as examples in any of Ven-A-Care's complaints?
14　　　　MR. BREEN:  I'm sorry, could you ask
15　that question again?  Could you read it back,
16　please.
17　　　　(Whereupon, the requested portion
18　of the record was read by the reporter.)
19　　A.  Well, I'm -- if I'm recalling correctly,
20　in our initial complaint I believe that we got
21　prices from McKesson on Ipratropium with and
22　without the Servall contract.  And the Servall

Page 86

1  contract prices were, in essence, prices that
2  would then be in the EconoLink databases. So I
3  think -- whether we did that actually before. But
4  they would be tied in. And to the extent that we
5  used those or continue to use those that would be,
6  I think, part of this, yes.
7      BY MR. GORTNER:
8      Q. Now, looking at the first page of Roxane
9  Exhibit 225. This particular printout shows the
10 NDCs for one of the versions of Azathioprine.
11     A. Yes.
12     Q. Do you see that?
13         And again, on the field it has the
14 published AWP there listed?
15     A. Yes.
16     Q. And then it has a -- both a price and
17 then a contract special price listing. Do you see
18 those two fields?
19     A. Yes.
20     Q. And we've already discussed these fields
21 in prior testimony. So just to confirm that your
22 understanding is that the contract special price

Page 87

1  there, in this case it's $51.12, would refer to
2  the Servall price for that product?
3         And the price -- the regular price
4  listing of $59.91 would be the price, I guess,
5  someone could purchase from McKesson who didn't
6  have a particular contract?
7      A. Yes, that's my understanding.
8      Q. Now, there's also a field that says
9  profit on the right-hand lower column.
10        Do you see that?
11     A. Yes.
12     Q. And that has an entry of zero. Do you
13 know why that would print as a zero?
14     A. Well, I think I talked about this in one
15 of my earlier depositions. EconoLink is a
16 management program. It's not just a pricing
17 program. So that you can use it to order drugs,
18 analyze your business, and do a variety of things.
19 Not just pricing.
20        And many of those things are then,
21 obviously, described in the manual how to do those
22 things. We did not enter data into the EconoLink

Page 88

1  database.
2      Q. Right.
3      A. We didn't --
4      Q. Right.
5      A. -- change the fields in any way or
6  activate or inactivate fields. We took it as it
7  came to us and didn't change it or manipulate it
8  in some way.
9         And I would have to look at the manual,
10 but I'm assuming there is a -- and I think I've
11 read it. I know I've read the profit percentage
12 field and you can read the manual and it will
13 describe to you how to get that to come up and --
14 and if you're interested in that, then it will do
15 that for you.
16     Q. How about the spread field? I don't see
17 the spread field on any of these printouts.
18     A. That's correct. The spread field for
19 whatever reason, as far as I could tell, only
20 comes up when you go through the process described
21 earlier that we talked about. And it comes up in
22 that situation.

Page 89

1      Q. Okay.
2      A. And then it's also described in the
3  manual about how to get there. But the spread
4  field is not specifically part of either the long
5  form or the short form printout. But if you can
6  add and subtract, you can effectively do it for
7  yourself.
8      Q. That's what I was going to ask you about
9  next. If you turn to the next exhibit which is
10 Roxane Exhibit 226. This is a printout from that
11 same October 23rd, 2000 database for just the
12 Roxane specific drugs?
13     A. Yes.
14     Q. And you recognize this document?
15     A. Oh, I'm sorry, the next -- yes, this is
16 what is generally termed the short form printout.
17 And it is probably the one that we used more
18 frequently because it puts all of the -- when
19 asking for that range, essentially, all of the
20 Roxane labeler codes, it puts them all on, what is
21 it, about four pages normally.
22     Q. Right.

94

1  Q. And then looking now at the next page of
2  Roxane 226 at the top for -- for Oramorph
3  products. There are spreads of about 100 percent
4  for those NDCs at the top.
5      Do you see that?
6  A. Okay, yes.
7  Q. And then there are some additional
8  spreads for Furosemide being illustrated in Roxane
9  226 of approximately a thousand percent again?
10 A. Yes.
11 Q. And then there are several Ipratropium
12 Bromide --
13 A. Yes.
14 Q. -- products?
15 A. Yes.
16 Q. And the spreads there seem to be about
17 300 percent?
18     Do you see that?
19 A. Yeah, there's some variation in them,
20 but yes.
21 Q. And this is all -- again, when I say
22 spread, this is according to the calculations that

95

1  have been made by Plaintiffs in this case?
2  A. Yes. Okay.
3  Q. And I will make the note for the record
4  that for one of the Ipratropium Bromide NDCs,
5  which is the 000548402-11 NDC.
6  A. Okay.
7  Q. There's an AWP that is listed as $18.44.
8  And I think we talked about this earlier. That
9  appears to be at least an early error in the
10 database. I believe the published AWP was $44.06
11 for that product?
12 A. Yes. And we -- we produced the data as
13 it came to us, and I don't have an answer for why
14 that particular First DataBank update was
15 incorrect.
16 Q. And so this was the type of data that
17 you provided to the federal government in January
18 2001, right?
19 A. Yes, sir.
20 Q. And from that EconoLink database one
21 could determine the spreads on all of the Roxane
22 drugs as of January 1, 2001?

96

1  A. Well, all the drugs at least that are
2  listed here. I don't know if that's all the drugs
3  that Roxane produces. But all of these drugs
4  listed here you could easily analyze that, yes.
5  Q. And about how long do you think it would
6  take to print out -- to print out the short form?
7  And what I mean by that is to actually enter the
8  search for the Roxane NDCs and print something
9  like Roxane 226.
10 A. Well, this program prints a little slow,
11 but mere minutes. I -- five minutes or less. I -
12 - not very long. I wouldn't represent it takes
13 very long to do that.
14 Q. Let's jump ahead to -- just for a moment
15 --
16     MR. GORTNER: Jim, what I would like to
17 be able to do is go ahead and mark all the
18 printouts that I have as exhibits at the end of
19 the deposition based upon our -- the stipulation
20 we had earlier in terms of the authenticity with
21 the caveats you mentioned. And that way I can,
22 hopefully, avoid having to trot through a lot of

97

1  these exhibits which frankly would lead me to ask
2  very similar questions, so --
3      MR. BREEN: That's fine. I'm just
4  thinking, the binder we got here, the binders are
5  about 3 inches and -- that, Eric, you put together
6  before the deposition.
7      The -- most of the pages are made up of
8  these long form and short form printouts from the
9  EconoLink database. They're all tabbed by date of
10 the -- I assume the date of the database that you
11 pulled the document from.
12     MR. GORTNER: That's correct.
13     MR. BREEN: Have we marked the entire
14 binder as an exhibit? Have you -- did you do
15 that?
16     MR. GORTNER: No. But we certainly
17 could consider doing that.
18     MR. BREEN: That would be my suggestion.
19 I think it's pretty well self-explanatory the way
20 you've got it broken down unless the witness has a
21 --
22     THE WITNESS: The only thing I would say