# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No.1456<br><br>Master File No. 01-CV-12257-PBS<br>Subcategory No. 06-CV-11337-PBS |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation*, *et al.*, Civil Action No. 07-10248-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

## THE ROXANE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to FED. R. CIV. P. 56, Defendants Boehringer Ingelheim Roxane, Inc., Roxane Laboratories, Inc., Boehringer Ingelheim Pharmaceuticals, Inc., and Boehringer Ingelheim Corporation (collectively, the "Roxane Defendants") respectfully move this Court to grant summary judgment in favor of the Roxane Defendants. The grounds for this Motion are set forth in the Roxane Defendants' Memorandum in Support of Their Motion for Summary Judgment.

In support of their Motion, Defendants submit herewith: (i) the Roxane Defendants' Memorandum in Support of Their Motion for Summary Judgment; (ii) the Roxane Defendants' Local Rule 56.1 Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment; and (iii) Declaration of John W. Reale Transmitting Documents Relied Upon In the Roxane Defendants' Motion For Summary Judgment.

WHEREFORE, the Roxane Defendants respectfully request that the Motion for Summary Judgment be GRANTED.

Dated: June 26, 2009

    /s/ John w. Reale_____
Helen E. Witt, P.C.
Anne M. Sidrys, P.C.
Eric T. Gortner
John W. Reale
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel for Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on June 26, 2009, a copy to LexisNexis File and Serve for posting and notification to all parties.

                                                /s/ John W. Reale
                                                John W. Reale