UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No.1456<br><br>Master File No. 01-CV-12257-PBS<br>Subcategory No. 06-CV-11337-PBS |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation*, *et al.*, Civil Action No. 07-10248-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

**DECLARATION OF JOHN W. REALE
IN SUPPORT OF THE ROXANE DEFENDANTS' MOTION
<u>FOR SUMMARY JUDGMENT</u>**

1. I am a member of the law firm of Kirkland & Ellis LLP, counsel for Defendants Boehringer Ingelheim Roxane, Inc., Roxane Laboratories, Inc., Boehringer Ingelheim Pharmaceuticals, Inc., and Boehringer Ingelheim Corporation (collectively, the "Roxane Defendants"). I am admitted to practice law in the Commonwealth of Massachusetts.

2. Attached hereto as Exhibit A is a listing of the exhibits filed with the Roxane Defendants' Local Rule 56.1 Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment. Those exhibits, incorporated herein by reference, are true and correct copies of the documents as described in the attached list.

3. I declare under penalty of perjury the foregoing is true.

Dated: June 26, 2009                                     Respectfully Submitted,
Chicago, Illinois

                                                            ____/s/ John W. Reale_____
                                                            John W. Reale (BBO# 654645)

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on June 26, 2009, a copy to LexisNexis File and Serve for posting and notification to all parties.

                                                /s/ John W. Reale
                                                  John W. Reale

## EXHIBIT A

**EXHIBITS TO THE ROXANE DEFENDANTS' LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

| Tab No. | Description |
|---------|-------------|
| 1 | |
| 2 | |
| 3 | |