# EXHIBIT A

# EXHIBITS TO ROXANE's 56.1 STATEMENT OF FACTS

| # | EXHIBIT DESCRIPTION | DEP. EXHIBIT |
|---|---|---|
| 1. | Bentley Deposition Transcript Excerpt, 3/6/08 | N/A |
| 2. | Bridges Deposition Transcript Excerpt, 12/10/08 | N/A |
| 3. | Bridges Deposition Transcript Excerpt, 12/11/08 | N/A |
| 4. | Campana Deposition Transcript Excerpt, 8/21/08 | N/A |
| 5. | Carr-Hall Deposition Transcript Excerpt, 12/12/08 | N/A |
| 6. | Cheloha Deposition Transcript Excerpt, 12/2/08 | N/A |
| 7. | Chesser Deposition Transcript Excerpt, 6/24/08 | N/A |
| 8. | Chesser Deposition Transcript Excerpt, 10/28/08 | N/A |
| 9. | Ciarelli Deposition Transcript Excerpt, 7/25/07 | N/A |
| 10. | Cobo Deposition Transcript Excerpt, 1/18/08 | N/A |
| 11. | Cobo Deposition Transcript Excerpt, 3/4/08 | N/A |
| 12. | Cobo Deposition Transcript Excerpt, 7/31/08 | N/A |
| 13. | Collins Deposition Transcript Excerpt, 10/30/07 | N/A |
| 14. | DeCapua Deposition Transcript Excerpt, (BIPI) 5/30/07 | N/A |
| 15. | DeCapua Deposition Transcript Excerpt, (Roxane) 7/15/08 | N/A |
| 16. | Donovan Deposition Transcript Excerpt, 4/29/08 | N/A |

| 17. | Dubberly Deposition Transcript Excerpt, 12/15/08 | N/A |
|---|---|---|
| 18. | Duggan Deposition Transcript Excerpt, 3/5/09 | N/A |
| 19. | Duggan Deposition Transcript Excerpt, 3/6/09 | N/A |
| 20. | Duggan Deposition Transcript Excerpt, 5/18/09 | N/A |
| 21. | Duzor Deposition Transcript Excerpt, 3/26/08 | N/A |
| 22. | Eiler Deposition Transcript Excerpt, 8/26/08 | N/A |
| 23. | Eiler Deposition Transcript Excerpt, 8/27/08 | N/A |
| 24. | Eiler Deposition Transcript Excerpt, 9/23/08 | N/A |
| 25. | Fine Deposition Transcript Excerpt, 12/9/08 | N/A |
| 26. | Gaston Deposition Transcript Excerpt, 1/24/08 | N/A |
| 27. | Gaston Deposition Transcript Excerpt, 3/19/08 | N/A |
| 28. | Gladden (Texas) Deposition Transcript Excerpt, 1/15/09 | N/A |
| 29. | Hautea-Wimpee Deposition Transcript Excerpt, 11/24/08 | N/A |
| 30. | Helton Deposition Transcript Excerpt, 3/13/08 | N/A |
| 31. | Jeffrey (Massachusetts)Deposition Transcript Excerpt, 6/14/07 | N/A |
| 32. | Jones Deposition Transcript Excerpt, 3/19/08 | N/A |

| 33. | Jones Deposition Transcript Excerpt, 12/08/08 | N/A |
|---|---|---|
| 34. | Jones Deposition Transcript Excerpt, 12/9/08 | N/A |
| 35. | Kenyon Deposition Transcript Excerpt, 3/25/08 | N/A |
| 36. | Lockwood Deposition Transcript Excerpt, 03/17/08 | N/A |
| 37. | Lockwood Deposition Transcript Excerpt, 7/23/08 | N/A |
| 38. | Lockwood Deposition Transcript Excerpt, 6/19/09 | N/A |
| 39. | Megathlin (Massachusetts) Deposition Transcript Excerpt, 7/11/07 | N/A |
| 40. | Niemann Deposition Transcript Excerpt, 10/11/07 | N/A |
| 41. | Paoletti Deposition Transcript Excerpt, 3/8/05 | N/A |
| 42. | Paoletti Deposition Transcript Excerpt, 7/26/07 | N/A |
| 43. | Parker Deposition Transcript Excerpt, 11/18/08 | N/A |
| 44. | Reed Deposition Transcript Excerpt, 10/2/08 | N/A |
| 45. | Scott Morton Deposition Transcript Excerpt, 5/13/09 | N/A |
| 46. | Scully Deposition Transcript Excerpt, 5/15/07 | N/A |
| 47. | Sharp Deposition Transcript Excerpt, 3/28/08 | N/A |
| 48. | Smith Deposition Transcript Excerpt, 3/27/08 | N/A |
| 49. | Stone, Robin Deposition Transcript Excerpt, 2/28/08 | N/A |

| 50. | Stone, Robin Deposition Transcript Excerpt, 2/29/08 | N/A |
|---|---|---|
| 51. | Tawes Deposition Transcript Excerpt, 4/25/07 | N/A |
| 52. | Tawes Deposition Transcript Excerpt, 12/13/07 | N/A |
| 53. | Tawes Deposition Transcript Excerpt, 12/2/08 | N/A |
| 54. | Tomlinson Deposition Transcript Excerpt, 11/4/08 | N/A |
| 55. | Vito Deposition Transcript Excerpt, 6/19/07 | N/A |
| 56. | Vito Deposition Transcript Excerpt, 2/5/08 | N/A |
| 57. | Vito Deposition Transcript Excerpt, 2/6/08 | N/A |
| 58. | Vito Deposition Transcript Excerpt, 12/2/08 | N/A |
| 59. | Vladeck Deposition Transcript Excerpt, 5/4/07 | N/A |
| 60. | Vladeck Deposition Transcript Excerpt, 6/21/07 | N/A |
| 61. | Walsh Deposition Transcript Excerpt, 3/26/08 | N/A |
| 62. | Waterer Deposition Transcript Excerpt, 10/24/01 | N/A |
| 63. | Waterer Deposition Transcript Excerpt, 4/1/03 | N/A |
| 64. | Waterer Deposition Transcript Excerpt, 11/28/05 | N/A |
| 65. | Waterer Deposition Transcript Excerpt, 5/9-11/07 | N/A |

| | | |
|---|---|---|
| 66. | Waterer Deposition Transcript Excerpt, 12/12/08 | N/A |
| 67. | Wells Deposition Transcript Excerpt, 5/25/05 | N/A |
| 68. | Wiberg Deposition Transcript Excerpt, 3/14/08 | N/A |
| 69. | Williams Deposition Transcript Excerpt, 5/22/09 | N/A |
| 70. | Young Deposition Transcript Excerpt, Excerpt, 12/3/08 | N/A |
| 71. | 1984 June OIG Report, "Changes to the Medicaid Prescription Drug Program Could Save Millions" | Helms PX 005 (AL) |
| 72. | Testimony of Michael Zimmerman, *Issues Related to Possible Coverage of Outpatient Prescription Drugs Under Medicare*, Subcommittee on Health, Committee on Ways and Means, House of Representatives, GAO/T-HRD-87-12, June 2, 1987 | on FSM list, Not marked as an exhibit |
| 73. | Article, "Drug Industry Overcharging Medicaid Prescriptions Cost Taxpayers Millions of Extra Dollars", *Lexington Herald-Leader*, July 5, 1987 | Lockwood Ery 015 |
| 74. | Barbara Demick, *When Drugstores Tell You No,* Philadelphia Inquirer, Feb. 12, 1989 | No |
| 75. | Elizabeth Sanger, "No Rx for Plans; Drug Plans Draw Pharmacists' Ire," *Newsday* (New York), Feb. 24, 1989 | on FSM list, Not marked as an exhibit |
| 76. | "Pharmacists Face Big Losses Under Proposal, Official Says," *Arkansas Democrat-Gazette*, Mar. 23, 1989 | on FSM list, Not marked as an exhibit |
| 77. | Lena H. Sun, "Prescription Drug Plans Face Threat; Pharmacy Chains Dropping Programs," *The Washington Post*, April 14, 1989 | on FSM list, Not marked as an exhibit |
| 78. | Harold Cohen, *AWPs Are a Joke, But No One Is Laughing,* Drug Store News, May 1, 1989 | No |
| 79. | Louis B. Hays, "Skyrocketing Prescription Drug Prices: Are We Getting Our Money's Worth?," A Majority Staff Report of the Special Committee on Aging, United States Senate, July 18, 1989 | Abbott 154 |

5

| | | |
|---|---|---|
| 80. | "VA Obtains Drug Price Discounts," *The Pink Sheet*, July 24, 1989 | Abbott Hayashi 008 |
| 81. | United States Senate Committee on Aging, "Prescription Drug Prices: Are We Getting Our Money's Worth?" August 1989, 101st Congress, Serial No. 101-D | No |
| 82. | September 1989 OIG Report, "Use of Average Wholesale Prices in Reimbursing Pharmacies Participating in Medicaid and the Medicare Prescription Drug Program", A-06-89-00037 | Dey 046 |
| 83. | Medicare and Medicaid Programs; Limits on Payments for Drugs, 52 Fed. Reg. 28648 (July 31, 1987) | Abbott Ex 284 |
| 84. | HCFA Payment for Services § 6305.1B, 1989 Revisions | Marmor Ex 016 |
| 85. | January 31, 1989 HCFA Transmittal Notice, Region IV, "Use of Nondiscounted Average Wholesale Price (AWP) as Estimated Acquisition Cost (EAC) in Medicaid Drug Reimbursement | Roxane Ex 121 |
| 86. | Harold Cohen, "There's Nothing 'Average' About AWP", *Drug Store News*, June 11, 1990 | No |
| 87. | 1993 GAO Report, "Medicaid - Outpatient Drug Costs and Reimbursements for Selected Pharmacies - Illinois and Maryland" | Abbott 458 |
| 88. | U.S. Gen. Accounting Office, "Prescription Drugs: Companies Typically Charge More in the United States Than in the United Kingdom," January 1994 | No |
| 89. | August 1997 OIG Report, "Eleven-State Report" | Roxane-WY 004 |
| 90. | "HCFA Taking Hard Look at Drug Costs," *Drug Topics,* 11/7/1994 | Abbott 036 |
| 91. | 1996 CBO Report, "How the Medicaid Rebate on Prescription Drugs Affects Pricing in the Pharmaceutical Industry," January 1996 | Dey 173A |
| 92. | 02/27/1996 Statement of Rep. Stark to House of Representatives | Roxane Ex. 030 |
| 93. | 5/31/00 Shalala letter to Bliley | Abbott 213 |
| 94. | May 1996 OIG Report, "Appropriateness of Medicare Prescription Drug Allowances" | Dey Ex. 008 |
| 95. | Bill Alpert, "Hooked on Drugs," *Barron's*, June 10, 1996 | Hartmann 07 |
| 96. | Spencer Rich, "Battling the High Prices Medicare Pays for Drugs," *The Washington Post,* January 2, 1997 | Abbott Ex. 239 |
| 97. | December 1997 OIG Report, "Excessive Medicare Payments for Prescription Drugs" | Schering 005 |

| 98. | 12/13/1997 Remarks by the President in Radio Address to the Nation | Abbott Ex. 156 |
|---|---|---|
| 99. | HCFA, "Implementation of the New Payment Limit for Drugs and Biologicals," Program Memorandum, Transmittal No. AB-97-25, January 1998 Medicare Bulletin | Abbott 1014 |
| 100. | Excerpted Pages from Abbott Ex. 571, Ven-A-Care Communications, Summary Exhibit | Pages from Abbott 571 |
| 101. | Ven-A-Care Texas Presentation | Abbott 559 |
| 102. | 1998 OIG Report, "Need to Establish Connection Between the Calculation of Medicaid Drug Rebates and Reimbursement for Medicaid Drugs" | Lockwood Ery. 19 |
| 103. | Shalala DHHS, :"Report to Congress: The Average Wholesale Price for Drugs Covered under Medicare," 1999 | Abbott Ex. 200 |
| 104. | 09/2/1999 Press Release re Stark Release | No |
| 105. | "High Cost Drugs Under the Outpatient Prospective Payment System," Kathal Technologies, September 8, 1999 | No |
| 106. | July 2001 OIG Report, "Cost Containment of Medicaid HIV/AIDS Drug Expenditures" | Abbott 121 |
| 107. | 5/5/00 Bliley letter to Shalala | Abbott 212 |
| 108. | 3/22/94 Mirabal Letter to All Region II HCFA Medicare Carriers | Abbott 304 |
| 109. | Julie Appleby, "House Committee Asks Drug Firms to Justify Pricing Policy," *USA Today*, May 10, 2000 | No |
| 110. | 7/25/96 Debus Letter to Steffen | Abbott 309 |
| 111. | CRS Memo, "Regulatory and Legislative History of Medicare Drug Reimbursement Based on Average Wholesale Price,' August 2001 | No |
| 112. | 63 Fed Reg. 58813, 58850 (Nov. 1998) | Abbott 209 |
| 113. | BBA Sec. 4316, PL 105-33, 42 U.S.C. | Abbott 130 |
| 114. | January 2001 OIG Report, "Medicare Reimbursement of Prescription Drugs" | Abbott 094 |
| 115. | Milt Freudenheim, "New Questions on Drug Plans as Costs Soar," *New York Times,* May 7, 2000 | No |
| 116. | 9/25/00 Letter from Bliley to DeParle | Abbott 218 |
| 117. | Robert Pear, "Administration Plans Cuts in Some Drug Payments," *New York Times*, August 6, 2000 | No |

| | | |
|---|---|---|
| 118. | HCFA Program Memorandum, "An Additional Source of Average Wholesale Price Data in Pricing Drugs as Biologicals Covered by the Medicare Program," Transmittal AB-00-86, September 8, 2000 | Roxane 113 |
| 119. | Starks Press Release, 9/27/2000 alleging "massive abuse of public . . . insurance plans" by the nation's major pharmaceutical companies. | No |
| 120. | 7/28/00 Letter to Shalala signed by 91 Members of Congress | Abbott 220 |
| 121. | HCFA Program Memorandum "Source of Average Wholesale Price Data in Pricing Drugs and Biologicals Covered by the Medicare Program" November 17, 2000 | Abbott 221 |
| 122. | Sept. 2001 OIG Report, *Medicaid's Use of Revised Average Wholesale Prices* | Abbott 95 |
| 123. | 9/8/00 Letter from Min DeParle to Members of Congress | Abbott 215 |
| 124. | Medicaid Drug Reimbursement Report - 1990 | Abbott 326 |
| 125. | HHD087-3742 (KY SPA) | No |
| 126. | January 2008 OIG Report, "Review of the Relationship Between Medicare Part D Payments to Local, Community Pharmacies and the Pharmacies' Drug Acquisition Costs," A-06-07-00107 | No |
| 127. | February 1996 OIG Report, "Payments for Prescription Drugs Used with Nebulizers" | Abbott 033 |
| 128. | Conversion from NDC Amounts to HCPCS Amounts | Roxane 17 |
| 129. | November 1998 OIG Report, *Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs* | Roxane Ex. 159 |
| 130. | 09/01/1999 Stark Press Release "Drug Utilization Soars as Profits Soar" | No |
| 131. | September 2001 GAO Report, "Payments for Covered Outpatient Drugs Exceed Providers' Cost" | Abbott Ex. 186 |
| 132. | March 2002 OIG Report, "Excessive Medicare Reimbursement for Ipratropium Bromide" | Roxane 1 |
| 133. | IB Chart | Roxane 90 |
| 134. | 2000 Econolink Short-form printout | Roxane 226 |
| 135. | 12/12/00 Econolink short-form printout | Roxane 231 |
| 136. | 2/24/09 Email from Alison Smith to Eric Gortner re McKesson Econolink Databases | Roxane 223 |
| 137. | First Amended Complaint, Ex. A | No |

8

| 138. | 42 U.S.C. § 1396r-8 | No |
| --- | --- | --- |
| 139. | United States Objections and Supplemental Response to Interrogatory No. 7, 11/21/08 | No |
| 140. | Office of Inspector General, Dept. of Health and Human Services Publ'n No. OEI-03-02-00670, "Omission of Drugs from the Federal Upper Limit List in 2001, February 2004 | Abbott 108 |
| 141. | Office of Inspector General, Dept. of Health and Human Services Publ'n No.OEI-03-03-00520, "Update: Excessive Medicare Reimbursement for Ipratropium Bromide," January 2004 | Abbott 122 |
| 142. | Medicaid Drug Rebate Operational Training Guide, September 2001 | Scott 028 |
| 143. | 1991 Rebate Agreement entered into by Roxane Labs., dated 2/27/91 "Roxane Rebate Agreement" | No |
| 144. | H.R. No. 101-881, reprinted in 1990 U.S.C.C.A.N. 2017, 2060 (1990) | No |
| 145. | DeCapua 5/30/07 Deposition Exhibit 82, "Boehringer Ingelheim Medicaid Reporting Requirements" | DeCapua 082 |
| 146. | OIG Report, "Comparison of Medicaid Federal Upper Limit Amounts to Average Manufacturer Prices," OEI 03-05-00110, June 2005 | Dey 009 |
| 147. | "Medicaid Drug Price Comparisons: Average Manufacturer Price to Published Prices," OEI-05-05-00240, June 2005 | Littlejohn 233 or Anderson 040 |
| 148. | "Monitoring Medicare Part B Drug Prices: A Comparison of Average Sales Prices to Average Manufacturing Prices, OEI-03-04-00430, April 2006 | No |
| 149. | State Medicaid Directors' Association Pharmacy Reform TAG Minutes | Gladden (TX) 038 |
| 150. | KS 00000042 | No |
| 151. | RLI-AWP 00212508-09 (9/19/2000 Letter from J. Powers to S. Norvell) | No |
| 152. | Declaration of C. King | No |
| 153. | Carr-Hall Deposition Exhibit 40 (Dey marketing flier) | Carr-Hall 040 |
| 154. | 2001 Annual RedBook | No |
| 155. | RLI-AWP-00122465-470 (NovaPlus Ipratropium Agreement Launch Package) | No |
| 156. | http://www.novationco.com/suppliers/novaplus.asp; | No |
| 157. | http://www.novationco.com/programs/enhanced_savings.asp | No |

| 158. | RLI-AWP-00122479-82 (Novation, LLC Agreement Announcement) | No |
|---|---|---|
| 159. | RLI-AWP-00008196 (April'99 New from Roxane) | No |
| 160. | RLI-AWP 00224752 (4/6/99 S. Norvell Memo to Novation Authorized Distributors) | No |
| 161. | RLI-AWP 00122471-85 (4/14/99 S. Norvell Revised Memo to Novation Authorized Distributors) | No |
| 162. | The Multi-Source Gold Sheet, 3/22/04 (BOEH1522558) | No |
| 163. | The Multi-Source Gold Sheet, 4/8/04 (BOEH02953413) | No |
| 164. | The Multi-Source Gold Sheet, 5/3/04 (BOEH02953409) | No |
| 165. | BOEH 04310697 (7/11/03 Letter From L. Paoletti to R. Day) | No |
| 166. | Duggan Expert Report | Duggan 001 |
| 167. | Roxane Deposition Exhibit 41 (Drug Pricing Procedure) | Roxane 041 |
| 168. | Roxane Deposition Exhibit 42 (12/1/99 Letter from R. Stone to C. Carpenter - Drug Pricing Procedure) | Roxane 042 |
| 169. | Roxane Deposition Exhibit 100 (Drug Pricing Procedure) | Roxane 100 |
| 170. | Abbott Exhibit 524 (Medicare Professional Reimbursement Desk Procedure) | Abbott 524 |
| 171. | Abbott Exhibit 1015 (December 1998 HCFA Program Memorandum, Transmittal No. AB-98-76, HHC021-0030) | Abbott 1015 |
| 172. | Roxane Deposition Exhibit 51 (Uniform Drug Pricing Project) | Roxane 051 |
| 173. | Roxane Deposition Exhibit 52 (5/15/01 Email from R. Stone to C. King, C. Eiler, C. Helton, B. Douglas, V. Brantley) | Roxane 052 |
| 174. | Roxane Exhibit 102 (7/6/00 Email from C. King to C. Eiler) | Roxane 102 |
| 175. | Abbott Exhibit 529 (HCFA Program Transmittal Memorandum, Transmittal No. AB-98-76), December 1998 | Abbott 529 |
| 176. | Eiler Deposition Exhibit 6 (Medicare Supplier Bulletin Region B DMERC) | Eiler 006 |
| 177. | Dey Exhibit 126 (CIGNA DMERC: Nebulizer Medications) | Dey 126 |
| 178. | Annual 2000 Redbook; April 2000 Redbook Update | No |
| 179. | AWP039-3207 (July 2000 Red Book for Windows Printout) | No |


| | | |
|---|---|---|
| 180. | 2002 Annual Redbook; AWP038-0705 (April 2002 Red Book for Windows Printout) | N/A |
| 181. | AWP039-1462 | N/A |
| 182. | Affidavit of F. Scott Morton | No |
| 183. | Ex. A. to Decl. of C. King at AWQ071-0043, AWQ071-0047, AWQ071-0053, AWQ071-0059, AWQ071-0064, AWQ071-0066, AWQ071-0070, AWQ071-0073, AWQ071-0077 (DMERC Arrays) | No |
| 184. | Eiler U.S. Exhibit 11 (Adminastar Arrays) | Eiler 011 |
| 185. | Roxane Deposition Exhibit 118 (at AWP033-434-AWP033-435, AWP033-372-AWP033-373) (Adminastar Arrays) | Roxane 118 |
| 186. | Roxane Deposition Exhibit 46 (Palmetto Arrays) | Roxane 046 |
| 187. | Roxane Deposition Exhibit 58 (CIGNA Arrays) | Roxane 058 |
| 188. | D. Williams Affidavit | No |
| 189. | AWP039-2444 (April 2000 RedBook CD Printout) | No |
| 190. | Elan Asset Purchase Agreement (BOEH01046045) | No |
| 191. | 10/01/2008 United State's Objections and Responses to the Roxane Defendant's First Set of Interrogatories | No |
| 192. | 03/13/09 Expert Report of D. Williams | Williams 01 |
| 193. | HHD041-0076-0077 | No |
| 194. | HHD041-0072-0075 | No |
| 195. | HHC016-0342-0343 | No |
| 196. | HHD041-0061 | No |
| 197. | HHD041-0065 | No |
| 198. | Abbott Ex. 1122- | No |
| 199. | OEI, Variation in State Medicaid Drug Prices, September 2004 | No |
| 200. | HHD086-0010 | No |
| 201. | HHD086-0011-0012 | No |

| 202. | ALMED 808004-05 | No |
|---|---|---|
| 203. | Joint Legislative Audit and Review Commission of the VA General Assembly: A Review of Selected Programs in the Department of Medical Assistance Services (January 2002) | Exhibit Roxane VA 010 (Tomlinson Roxane Ex. 10) |
| 204. | *Generic Drug Cost Containment in Medicaid: Lessons from Five State Maximum Allowable Cost (MAC) Programs* | No |
| 205. | Medicaid Prescription Reimbursement Information By State - Quarter Ending March 2009 | No |
| 206. | AWP-IL-00025984 | No |
| 207. | AWP-IL-00001108-09 | No |
| 208. | DHCF Current Policy, Brand Medically Necessary and Medicaid Maximum Allowable Cost at 2 | No |
| 209. | Texas Health and Human Services Commission, Vendor Drug Program, Pharmacy provider Handbook, March 1, 2006 | No |
| 210. | OIG Oct. 2003, "State Strategies to Contain Medicaid Drug Costs," at 13 (OEI-05-02-00680).) | No |
| 211. | Georgia Department of Medical Assistance, Part II, Policies and Procedures for Pharmacy Services, 1/1/96 | Dubberly Ex 007 |
| 212. | Georgia Department of Medical Assistance, Part II, Policies and Procedures for Pharmacy Services, 1/1/97 | Dubberly Ex 008 |
| 213. | Georgia Department of Medical Assistance, Part II, Policies and Procedures for Pharmacy Services, 4/1/98 | Dubberly Ex 009 |
| 214. | Georgia Department of Medical Assistance, Part II, Policies and Procedures for Pharmacy Services, 1/1/99 | Dubberly Ex 010 |
| 215. | Georgia Department of Medical Assistance, Part II, Policies and Procedures for Pharmacy Services, 1/1/00 | Dubberly Ex 011 |
| 216. | Georgia Department of Medical Assistance, Part II, Policies and Procedures for Pharmacy Services, 1/1/01 | Dubberly Ex 012 |
| 217. | HHC008-0012 | No |
| 218. | Levinson Response to Coburn | No |
| 219. | Duggan Rebuttal Report | Duggan Ex 007 |