UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Subcategory Case No. 06-11337<br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.,*<br>Civil Action No. 05-11084-PBS | Magistrate Judge<br>Marianne B. Bowler |

## NOTICE OF FILING UNDER SEAL

Notice is hereby given that the documents, exhibits or attachments listed below have been filed with the Court under seal:

**EXHIBITS SA THROUGH SK TO THE SUPPLEMENTAL DECLARATION OF LAUREN J. STIROH**

**MOTION TO FILE UNDER SEAL PENDING: MASTER CASE DOCKET NUMBER 6174, SUBCATEGORY DOCKET NUMBER 232**

Executed on June 29, 2009.

                                          KELLEY DRYE & WARREN LLP

                                          By: /s/ Sarah L. Reid
                                               Paul F. Doyle (BBO # 133460)
                                               Sarah L. Reid *(pro hac vice)*
                                               William A. Escobar *(pro hac vice)*
                                               Neil Merkl *(pro hac vice)*
                                          101 Park Avenue
                                          New York, NY 10178
                                          Telephone: (212) 808-7800
                                          Facsimile: (212) 808-7897

                                          *Attorneys for Defendants Dey, Inc.*
                                          *Dey, L.P., and Dey, L.P., Inc.*