# EXHIBIT 7

Conversions from NDC Amounts to HCPCS Amounts

| HCPCS | HCPCS DEFINITION | NDC_1 | NDC_ | NDC_3 | PKG | GENERIC | TRADE_NAME | FSS_PRICE | CONV FACTOR | ESTIMATED HCPCS PRICE |
|---|---|---|---|---|---|---|---|---|---|---|
| 90724 | Immunization, active; Influenza virus vaccine | | NO HITS | | | | | | | |
| 90732 | Immunization, active; Pneumococcal vaccine, polyvalent | 00005 | 2309 | 33 | 5X0.5SYR | PNEUMOCOCCAL POLYSACCHARIDE VACCINE INJ | PNEUMOCOCCAL VACCINE POLYVALENT, PNU-IMUNE 23 | 20.68 | 5 | $4.14 |
| ms | | 00006 | 4943 | 00 | 10X0.5ML SDV | PNEUMOCOCCAL POLYSACCHARIDE VACCINE INJ | PNEUMOVAX | 72.21 | 10 | $7.22 |
| ss | J0205 Injection, Alglucerase, per 10 units | 58468 | 1060 | 01 | 5ML | ALGLUCERASE 80UNT/ML INJ | CEREDASE 80 UNITS/ML | 1130.42 | 40 | $28.26 |
| ss | | 58468 | 1761 | 01 | 5ML | ALGLUCERASE 10UNT/ML INJ | CEREDASE 10 UNITS/ML | 141.30 | 5 | $28.26 |
| ms | J0585 Botulinum toxin type A, per unit | 00023 | 2369 | 41 | 1 | BOTULINUM TOXIN TYPE A 100UNT/VL OPH | BOTOX  #00504 | 240.75 | 100 | $2.41 |
| ms | J0640 Injection, Leucovorin calcium, per 50 mg | 00641 | 2002 | 78 | 50MG | LEUCOVORIN CALCIUM 50MG/VL INJ | LEUCOVORIN CAL INJ 50MG ES   5ML | 1.18 | 1 | $1.18 |
| ss | J0696 Injection, Ceftriaxone sodium, per 250 mg | 00004 | 2003 | 78 | 24X50ML | CEFTRIAXONE NA 1GM/VL INJ | ROCEPHIN 1G ISO-OSMOTIC IN DEXTROSE #2G3524 | 452.06 | 96 | $4.71 |
|  | | 00004 | 1962 | 01 | 24X2GM | CEFTRIAXONE NA 2GM/VL INJ | ROCEPHIN 2G ISO-OSMOTIC IN DEXTROSE #2G3525 | 881.60 | 192 | $4.59 |
|  | | 00004 | 1962 | 01 | 10X250MG | CEFTRIAXONE NA 250MG/VL INJ | ROCEPHIN 250MG VIALS | 68.95 | 10 | $6.90 |
| ms | J1245 Injection, Dipyridamole, per 10 mg | 00641 | 1138 | 34 | 5X2ML AMP | DIPYRIDAMOLE 5MG/ML INJ | DIPYRIDAMOLE INJECTION | 7.38 | 1 | $7.38 |
|  | | 00703 | 1652 | 02 | 5X2ML | DIPYRIDAMOLE 5MG/ML INJ | DIPYRIDAMOLE 5MG/ML INJ | 48.24 | 5 | $9.65 |
| ss | J1440 Injection, Filgrastim (G-CSF), 300 mcg | 55513 | 0347 | 01 | 10X1ML | FILGRASTIM 300MCG/ML (PF) INJ | NEUPOGEN 300MCG/ML 1ML VIAL | 48.24 | 5 | $9.65 |
| ss | J1441 Injection, Filgrastim (G-CSF), 480 mcg | 55513 | 0530 | 10 | 10X1ML | FILGRASTIM 300MCG/ML (PF) INJ | NEUPOGEN 300MCG/ML 1ML VIAL | 1205.04 | 10 | $120.50 |
|  | | 55513 | 0348 | 10 | 10X1.6ML | FILGRASTIM 300MCG/ML (PF) INJ | NEUPOGEN 300MCG/ML 1.6ML VIAL | 928.78 | 10 | $92.88 |
|  | | 55513 | 0546 | 10 | 10X1.6ML | FILGRASTIM 300MCG/ML (PF) INJ | NEUPOGEN 300MCG/ML 1.6ML VIAL | 1918.99 | 10 | $191.90 |
| ms | J1561 Injection, Immune globulin, intravenous | 00944 | 2620 | 01 | .5GM | GLOBULIN,IMMUNE (IV) 0.5GM/VL INJ | GAMMAGARD II   #060-384 | 1471.92 | 10 | $147.19 |
| ms | J1562 Immune globulin, intravenous (human)10%, 5 g | 00026 | 0648 | 20 | 50ML | GLOBULIN,IMMUNE (IV) 10% INJ | GAMIMUNE-N 10% 5GM/50ML (SDT) | 27.71 | 1 | $27.71 |
|  | | 00053 | 7486 | 05 | 5GM | GLOBULIN,IMMUNE (IV) 5GM/VL INJ | GAMMAGARD II | 129.87 | 1 | $129.87 |
|  | | 00944 | 2620 | 03 | 6X5GM | GLOBULIN,IMMUNE (IV) 5GM/VL INJ | GAMMAR-PIV | 110.55 | 1 | $110.55 |
|  | | 00053 | 7486 | 06 | 5.0GM | GLOBULIN,IMMUNE (IV) 5GM/VL INJ | GAMMAR-PIV | 628.13 | 6 | $104.69 |
|  | | 49669 | 1622 | 01 | 1 | GLOBULIN,IMMUNE (IV) 5GM/VL INJ | GAMMAGARD II   #060-386 | 147.24 | 1 | $147.24 |
|  | | 52769 | 1613 | 01 | 100ML | GLOBULIN,IMMUNE (IV) 5% INJ | VENOGLOBULIN-S 10% 5GM/VIAL (IV) | 111.10 | 1 | $111.10 |
|  | | 54129 | 0471 | 75 | 5GM | GLOBULIN,IMMUNE (IV) 5GM/VL INJ | VENOGLOBULIN-S 5.0GM IMMUNE GLOBULIN IV | 103.29 | 1 | $103.29 |
|  | | 00029 | 0233 | 50 | 5.0GM | GLOBULIN,IMMUNE (IV) 5GM/VL INJ | POLYGAM S/D IMMUNE GLOBULIN, HUMAN INJ | 75.35 | 1 | $75.35 |
| ss | J1626 Injection,Granisetron hydrochloride, per 100 mcg | 00029 | 4149 | 01 | 1ML | GRANISETRON HCL 1MG/ML INJ,1ML VIL | IVEEGAM 5.0GM | 201.00 | 1 | $201.00 |
|  | | 00173 | 4152 | 01 | 4ML MDV | GRANISETRON HCL 1MG/ML INJ,4ML VIL | KYTRIL INJ | 84.22 | 10 | $8.42 |
| ss | J2405 Injection, Ondansetron Hcl, per 1 mg | 00173 | 0442 | 00 | 20ML | ONDANSETRON HCL 2MG/ML INJ,SOLN | KYTRIL | 336.88 | 40 | $8.42 |
|  | | 00173 | 0442 | 02 | 5X4ML | ONDANSETRON HCL 2MG/ML INJ,SOLN | ZOFRAN INJECTION MDV | 201.01 | 40 | $5.03 |
|  | | 00083 | 2601 | 04 | 6BAGS | ONDANSETRON HCL 0.64MG/ML/DEXTROSE 5% INJ,BAG,50ML | ZOFRAN INJ 4ML | 97.11 | 40 | $2.43 |
| ss | J2430 Injection, Pamidronate disodium, per 30 mg | 00054 | 8059 | 05 | 30MGX4 | PAMIDRONATE DISODIUM 30MG/VL INJ | ZOFRAN INJECTION | 1018.40 | 192 | $5.30 |
| ms | J2545 Acetylcysteine, 10%, per gram | 00054 | 3027 | 01 | 12X4ML | ACETYLCYSTEINE 10% (PF) SOLN,INHL | AREDIA | 417.56 | 4 | $104.39 |
|  | | 00054 | 3025 | 02 | 3X10ML | ACETYLCYSTEINE 10% (PF) SOLN,INHL | ACETYLCYSTEINE 10% SOLUTION | 14.07 | 4.8 | $2.93 |
|  | | 00054 | 3026 | 02 | 3X30ML | ACETYLCYSTEINE 10% (PF) SOLN,INHL | ACETYLCYSTEINE 10% SOLUTION | 8.34 | 3 | $2.78 |
|  | | 00054 | 3028 | 02 | 3X10ML | ACETYLCYSTEINE 10% (PF) SOLN,INHL | ACETYLCYSTEINE 10% SOLUTION | 17.77 | 9 | $1.97 |
|  | | 00054 | 8060 | 05 | 12X4ML | ACETYLCYSTEINE 20% (PF) SOLN,INHL | ACETYLCYSTEINE 20% SOLUTION | 20.35 | 18 | $1.13 |
|  | | 00087 | 0570 | 03 | 3X10ML | ACETYLCYSTEINE 20% (PF) SOLN,INHL | ACETYLCYSTEINE 20% SOLUTION | 8.80 | 6 | $1.47 |
|  | | 00087 | 0570 | 07 | 12X4ML | ACETYLCYSTEINE 20% (PF) SOLN,INHL | ACETYLCYSTEINE 20% SOLUTION | 14.57 | 9.6 | $1.52 |
|  | | 00087 | 0570 | 09 | 12X4ML | ACETYLCYSTEINE 20% SOLN,VIAL | MUCOMYST 20% SOLN,VIAL | 4.47 | 6 | $0.75 |
|  | | 00087 | 0570 | 09 | 3X30ML | ACETYLCYSTEINE 20% SOLN,INHL | MUCOMYST 20% SOLN,VIAL UD | 7.18 | 9.6 | $0.75 |
|  | | 00087 | 0572 | 01 | 3X10ML | ACETYLCYSTEINE 10% SOLN,INHL | MUCOMYST 20% SOLN,VIAL | 13.47 | 18 | $0.75 |
|  | | 00087 | 0572 | 02 | 3X30ML | ACETYLCYSTEINE 10% SOLN,INHL | MUCOMYST-10 SOLN,VIAL | 3.52 | 3 | $1.17 |
|  | | 00087 | 0572 | 04 | 12X4ML | ACETYLCYSTEINE 10% SOLN,INHL | MUCOMYST-10 SOLN,VIAL | 10.65 | 9 | $1.18 |
|  | | 49502 | 0181 | 04 | 3X10ML | ACETYLCYSTEINE 10% SOLN,INHL | MUCOMYST-10 SOLN,VIAL | 5.68 | 4.8 | $1.18 |
|  | | 49502 | 0181 | 10 | 3X30ML | ACETYLCYSTEINE 10% SOLN,INHL | MUCOSIL | 12.48 | 4.8 | $2.60 |
|  | | 49502 | 0181 | 30 | 100ML | ACETYLCYSTEINE 10% SOLN,INHL | MUCOSIL | 8.52 | 3 | $2.84 |
|  | | 49502 | 0182 | 00 | 12X4ML | ACETYLCYSTEINE 20% SOLN,INHL | MUCOSIL | 18.75 | 9 | $2.08 |
|  | | 49502 | 0182 | 04 | 12X4ML | ACETYLCYSTEINE 20% SOLN,INHL | MUCOSIL | 26.00 | 20 | $1.30 |
|  | | 49502 | 0182 | 10 | 3X30ML | ACETYLCYSTEINE 20% SOLN,INHL | MUCOSIL | 12.00 | 9.6 | $1.25 |
|  | | 49502 | 0182 | 30 | 10X4ML | ACETYLCYSTEINE 20% SOLN,INHL | MUCOSIL | 9.03 | 6 | $1.51 |
|  | | 61703 | 0203 | 31 | 10X30ML | ACETYLCYSTEINE 10% SOLN,INHL | ACETYLCYSTEINE 10% SOLUTION,USP,100MG/ML | 20.25 | 18 | $1.13 |
|  | | 61703 | 0203 | 01 | 3X30ML | ACETYLCYSTEINE 10% SOLN,INHL | ACETYLCYSTEINE 10% SOLUTION,USP,100MG/ML | 6.37 | 4 | $1.59 |
|  | | 61703 | 0204 | 31 | 10X4ML | ACETYLCYSTEINE 20% SOLN,INHL | ACETYLCYSTEINE 20% SOLUTION,USP,200MG/ML | 35.28 | 30 | $1.18 |
|  | | 61703 | 0204 | 01 | 10X30ML | ACETYLCYSTEINE 20% SOLN,INHL | ACETYLCYSTEINE 20% SOLUTION,USP,200MG/ML | 6.60 | 8 | $0.83 |
|  | | 53014 | 0075 | 25 | 25X3ML | ACETYLCYSTEINE 20% SOLN,INHL | AIRET INHALATION | 42.63 | 60 | $0.71 |
| ms | K0904 Albuterol sulfate, conc. form, per mg | 49502 | 0196 | 62 | 20ML | ALBUTEROL 0.5% SOLN,INHL | ALBUTEROL 0.5% SOLN,INHL | 18.75 | 375 | $0.05 |
|  | | 00603 | 1006 | 43 | 1X20ML | ALBUTEROL 0.5% SOLN,INHL | ALBUTEROL 0.5% SOLUTION | 4.50 | 100 | $0.05 |
|  | | 00085 | 0208 | 02 | 20ML | ALBUTEROL 0.5% SOLN,INHL | ALBUTEROL INHALANT SOL | 5.75 | 100 | $0.06 |
|  | | 00173 | 0385 | 58 | 20ML | ALBUTEROL 0.5% SOLN,INHL | PROVENTIL SOLUTION FOR INHALATION 0.5% | 6.23 | 100 | $0.06 |
|  | | 00536 | 2675 | 74 | 20ML | ALBUTEROL 0.5% SOLN,INHL | VENTOLIN SOLUTION FOR INHALATION | 13.39 | 100 | $0.13 |
|  | | 59930 | 1515 | 01 | 20ML | ALBUTEROL SO4 0.5% SOLN,INHL | ALBUTEROL SULFATE INHALATION SOLUTION 0.5% | 3.76 | 100 | $0.04 |
|  | | 00182 | 6014 | 65 | 25X3ML | ALBUTEROL SO4 0.5% SOLN,INHL | ALBUTEROL SULFATE 5% SOLN | 3.38 | 100 | $0.03 |
|  | | 49502 | 0697 | 33 | 30X3ML | ALBUTEROL 0.083% SOLN,INHL | ALBUTEROL SULFATE 0.083% INHL. SOLN | 7.95 | 100 | $0.08 |
| ms | K0505 Albuterol sulfate, dose form, per mg | 49502 | 0697 | 60 | 60X3ML | ALBUTEROL 0.083% SOLN,INHL | ALBUTEROL SULFATE 0.083% INHALATION SOLUTION | 7.15 | 62.25 | $0.11 |
|  | | 00603 | 1005 | 40 | 25X3ML | ALBUTEROL 0.083% SOLN,INHL | ALBUTEROL 0.083% INHAL. SOLN | 8.58 | 74.7 | $0.11 |
|  | | | | | | ALBUTEROL 0.083% SOL | ALBUTEROL 0.083% SOL | 17.18 | 149.4 | $0.11 |
|  | | | | | | | | 9.00 | 62.25 | $0.14 |

Prepared by David Trawes 5/21/98

Page 1

Handwritten annotations:
- □ = no match in VA file
- ○ = 1 match in VA file
- ◇ = more than 5 matches in VA file
- ms = multi-source (i)
- ss = single source (ii)
- mb = multi-brand (iii)

HHD010-0111   F

Conversions from NDC Amounts to HCPCS Amounts

| HCPCS | Description | NDC | Size | Product | Price | Qty | Unit |
|---|---|---|---|---|---|---|---|
| | | 00182 8010 24 | 25X3ML | ALBUTEROL 0.083% SOLN,INHL | 14.09 | 62.25 | $0.23 |
| | | 00085 0209 01 | 25X3ML | ALBUTEROL 0.083% SOLN,INHL | 10.47 | 62.25 | $0.17 |
| | | 00536 2677 04 | 25X3ML | ALBUTEROL SO4 0.083% SOLN,INHL | 7.21 | 62.25 | $0.12 |
| | | 59930 1500 08 | 60X3ML | ALBUTEROL SO4 0.083% SOLN,INHL | 12.63 | 149.4 | $0.08 |
| | | 59930 1500 08 | 25X3ML | ALBUTEROL SO4 0.083% SOLN,INHL | 4.74 | 62.25 | $0.08 |
| | | 00173 0419 00 | 25X3ML | ALBUTEROL SO4 0.083% SOLN,INHL | 27.94 | 62.25 | $0.45 |
| K0518 | Ipratropium bromide 0.02%, per mg | 00597 0080 62 | 25 | IPRATROPIUM BR 0.02% SOLN,INHL,2.5ML | 23.79 | 12.5 | $1.90 |
| | | 00597 0685 03 | 25 | IPRATROPIUM BR 0.02% SOLN,INHL,2.5ML | 17.00 | 12.5 | $1.36 |
| | | 49502 0685 60 | 60X2.5ML | IPRATROPIUM BR 0.02% SOLN,INHL,2.5ML | 40.00 | 30 | $1.33 |
| | | 00054 8402 11 | 25X2.5ML | IPRATROPIUM BR 0.02% SOLN,INHL,2.5ML | 16.08 | 12.5 | $1.29 |
| | | 00054 8402 13 | 30X2.5ML | IPRATROPIUM BR 0.02% SOLN,INHL,2.5ML | 19.30 | 15 | $1.29 |
| | | 00054 8402 21 | 60X2.5ML | IPRATROPIUM BR 0.02% SOLN,INHL,2.5ML | 38.60 | 30 | $1.29 |
| | | 00597 0071 30 | 30ML | IPRATROPIUM BR 0.02% SOLN,INHL,2.5ML | 25.60 | 150 | $0.17 |
| | | 00597 0071 75 | 10ML | ALUPENT INH SOL 5% | 8.64 | 50 | $0.17 |
| K0523 | Metaproterenol sulfate, conc. form, per 10 mg | 00597 0069 62 | 25X2.5ML | METAPROTERENOL SO4 5% SOLN,INHL | 26.59 | 37.5 | $0.71 |
| | | 00054 0078 62 | 25X2.5ML | ALUPENT INHALANT SOL .6% 25X 2.5ML | 26.61 | 25 | $1.06 |
| K0524 | Metaproterenol sulfate, dose form, per 10 mg | 00054 8613 11 | 25X2.5ML | ALUPENT INHALANT SOL .4% 25X 2.5ML | 8.16 | 25 | $0.33 |
| | | 00054 8614 11 | 25X2.5ML | METAPROTERENOL SULFATE INHAL SOLN UD 2.5ML | 7.75 | 37.5 | $0.21 |
| | | 00013 1136 91 | 5ML | METAPROTERENOL SULF INH SOL 0.6% UD 2.5ML | 7.99 | | $7.99 |
| J9000 | Doxorubicin Hcl, 10 mg | 00013 1086 91 | 1X5ML | ADRIAMYCIN PFS 10MG/5ML #A1136-01 | 5.39 | 1 | $5.39 |
| | | 00469 8830 20 | 1X5ML | DOXORUBICIN RDF 10MG #A1086-01 | 6.93 | 1 | $6.93 |
| | | 00703 5043 03 | 10X10MG | DOXORUBICIN HCL 2MG/ML INJ | 80.95 | 10 | $8.10 |
| J9031 | BCG, live (intravesical), per installation | 00052 0601 01 | 2ML | BCG,TICE 50MG/AMP VACCINE | 78.22 | 1 | $78.22 |
| J9045 | Carboplatin, 50 mg | 00015 3213 30 | 50MG | CARBOPLATIN 50MG/VIL INJ | 39.50 | 1 | $39.50 |
| J9062 | Cisplatin, 50 mg | 00015 3220 22 | 50MG | CISPLATIN 50MG/VIL (PF) INJ | 100.09 | 1 | $100.09 |
| J9181 | Etoposide, 10mg | 00074 1485 43 | 48 | SECONDARY MEDICATION SET,IV | 81.04 ? | | #VALUE! |
| | | 00703 5643 01 | 5ML | ETOPOSIDE 20MG/ML INJ,VIL,5ML | 8.89 | 10 | $0.89 |
| | | 00364 3028 53 | 1X5ML VI | ETOPOSIDE 100MG/VIL INJ | 6.53 | 10 | $0.65 |
| | | 00013 7336 91 | 1 | ETOPOSIDE 100MG/VIL INJ | 12.74 | 10 | $1.27 |
| | | 00015 3095 20 | 1 | ETOPOSIDE 100MG/VIL INJ | 6.78 | 10 | $0.68 |
| J9182 | Etoposide, 100mg | 00074 1485 48 | 48 | VEPESID 100 MG INJECTION | 81.04 ? | | #VALUE! |
| | | 00703 5643 01 | 5ML | LFSHLD SECONDARY W/CONNECTOR VSET PGBK W/OL | 8.89 | 1 | $8.89 |
| | | 00364 3028 53 | 1X5ML VI | ETOPOSIDE 20MG/ML MDV 5ML | 6.53 | 1 | $6.53 |
| | | 00013 7336 91 | 1 | TOPOSAR 100MG/VIL | 12.74 | 1 | $12.74 |
| | | 00015 3095 20 | 1 | VEPESID 100 MG INJECTION | 6.78 | 1 | $6.78 |
| J9185 | Fludarabine phosphate, 50 mg | 50419 0511 06 | 50MG | FLUDARA 50MG INJ | 110.70 | 1 | $110.70 |
| J9202 | Goserelin acetate implant, per 3.6 mg | 00310 0960 36 | | ZOLADEX 3.6MG SINGLE USE SYRINGE | 206.29 | 1 | $206.29 |
| J9214 | Interferon alfa-2b, recombinant, 1 million units | 00085 1184 01 | 1ML | INTRON A INJ 3MIL IU SYRNG | 19.47 | 3 | $6.49 |
| | | 00085 0647 02 | 1ML | INTRON A INJ VL 3MIL IU | 22.36 | 3 | $7.45 |
| J9217 | Leuprolide acetate (for depot suspension), 7.5 mg | 00300 3629 06 | 1 | LUPRON DEPOT 7.5MG KIT | 299.38 | 1 | $299.38 |
| | | 00300 3629 01 | 1 | LUPRON DEPOT 7.5MG VIAL MUST ORDER 6 | 199.41 | 1 | $199.41 |
| | | 00300 2108 01 | 1 | LUPRON DEPOT PED 7.5MG | 300.02 | 1 | $300.02 |
| J9265 | Paclitaxel, 30 mg | 00015 3475 30 | 1 | TAXOL 30MG/5ML VIAL SEMI-SYNTHETIC | 109.36 | 1 | $109.36 |
| J9293 | Mitoxantrone Hcl, per 5 mg | 58406 0640 01 | 10ML | NOVANTRONE INJ VL 20MG LED 10ML | 406.23 | 4 | $101.56 |
| | | 58406 0640 05 | 12.5ML | NOVANTRONE INJ VL 25MG LED 12.5ML | 498.34 | 5 | $99.67 |
| | | 58406 0640 07 | 15ML | NOVANTRONE INJ VL 30MG LED 15ML | 618.31 | 6 | $103.05 |
| J9390 | Vinorelbine tartrate, per 10 mg | 00173 0656 01 | 1VAAL | NAVELBINE INJ | 40.72 | 1 | $40.72 |
| K0121 | Cyclosporine, oral, 25 mg | 00078 0246 15 | 30 | NEORAL 25MG CAP | 24.53 | 30 | $0.82 |
| | | 00078 0240 15 | 30 | SANDIMMUNE 25MG CAP | 28.34 | 30 | $0.94 |
| 00135 | Injection: Epoetin alpha, (non-ESRD), per 1000 units | 55513 0126 10 | 10X1ML | EPOGEN 2000 UNITS/ML, 1ML VIAL | 135.81 | 20 | $6.79 |
| | | 55513 0267 10 | 10X1ML | EPOGEN 3000 UNITS/ML 1ML VIAL | 203.40 | 30 | $6.78 |
| | | 55513 0144 10 | 10X1ML | EPOGEN 10,000 UNITS/ML, 1ML VIAL | 670.08 | 100 | $6.70 |
| | | 55513 0148 10 | 10X1ML | EPOGEN 4000 UNITS/ML , 1ML VIAL | 271.23 | 40 | $6.78 |
| | | 55513 0283 10 | 10X2ML | EPOGEN | 1322.98 | 200 | $6.61 |
| | | 55513 0478 10 | 10X1ML VI | EPOETIN ALFA | 1498.73 | 200 | $7.49 |
| | | 59676 0302 01 | 6X1ML | PROCRIT 2,000U/ML | 82.14 | 12 | $6.85 |
| | | 59676 0302 02 | 25X1ML | PROCRIT 2,000U/ML INSTITUTIONAL PACK | 316.90 | 50 | $6.38 |
| | | 59676 0303 01 | 6X1ML | PROCRIT 3,000U/ML | 124.87 | 18 | $6.94 |
| | | 59676 0303 02 | 25X1ML | PROCRIT 3000 UNIT/ML INSTITUTIONAL PACK | 478.57 | 75 | $6.38 |
| | | 59676 0304 01 | 6X1ML | PROCRIT 4,000U/ML | 166.74 | 24 | $6.95 |
| | | 59676 0304 02 | 25X1ML | PROCRIT 4000U/ML INSTITUTIONAL PACK | 647.51 | 100 | $6.48 |
| | | 59676 0310 01 | 6X1ML | PROCRIT 10,000U/ML VIAL | 389.65 | 60 | $6.49 |
| | | 59676 0310 02 | 25X1ML | PROCRIT 10,000U/ML INSTITUTIONAL PACK | 1593.21 | 250 | $6.37 |
| | | 59676 0312 01 | 6X2ML | PROCRIT 20,000U/2ML VIAL | 785.24 | 120 | $6.54 |
| | | 59676 0302 01 | 6X1ML | PROCRIT | 842.29 | 120 | $7.02 |

| CODE | Type |
| --- | --- |
| 90732 | Multi-brand |
| J1561 | Multi-brand |
| J1562 | Multi-brand |
| J9031 | Multi-brand |
| K0121 | Multi-brand |
| Q0136 | Multi-brand |
| J0640 | Multi-source |
| J1245 | Multi-source |
| J9000 | Multi-source |
| J9181 | Multi-source |
| J9182 | Multi-source |
| K0503 | Multi-source |
| K0504 | Multi-source |
| K0505 | Multi-source |
| K0518 | Multi-source |
| K0523 | Multi-source |
| K0524 | Multi-source |
| J0205 | Single-source |
| J0585 | Single-source |
| J0696 | Single-source |
| J1440 | Single-source |
| J1441 | Single-source |
| J1626 | Single-source |
| J2405 | Single-source |
| J2430 | Single-source |
| J9045 | Single-source |
| J9062 | Single-source |
| J9185 | Single-source |
| J9202 | Single-source |
| J9214 | Single-source |
| J9217 | Single-source |
| J9265 | Single-source |
| J9293 | Single-source |
| J9390 | Single-source |