# EXHIBIT 8

## CONTACT REPORT
(Use Ink or Typewriter)

**CONTACT:** Roz White
**ORGANIZATION:** United Drugs
**PHONE:** 1-800-800-2988
**DATE:** 9/5/95
**TIME:** 3:10 PM
☒ PHONE
☐ PERSONAL

**SUBJECT:** Buying group prices for albuterol sulfate .083%

☐ CONTRACT FILE
☐ INTERMEDIARY FILE
☐ OTHER (Specify)

**RESUME:**

Roz White returned my call. She informed me that there were 970 stores in United drug coop buying group. The stores were located in Oregon, Washington, Colorado, Washington, South Dakota, Utah, Idaho, Montana, Nevada, California, Arizona, New Mexico, & Texas (13 States). She said that they only negotiate prices for generics — no brands. She further stated the bid prices from two primary wholesaler was as follows: AS 0.083% (25) 3ml Warwick is $9.00 and AS 0.083% (25) 3ml Dey Laboratories was $10.50. On top of the bid price is a wholesaler upcharge running 3 to 5 percent. Additionally, there is a charge to join this group.

**ACTIONS REQUIRED:**

**PREPARED BY:** [signature]

FORM SSA-1773

HHD012-0238   L