EXHIBIT 30

# ALA-TET — ALBUTEROL SULFATE

*Alboterol  7670, J7625*

**Blue Book**

| PROD/MFG | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|

## PROCARDIA XL®
*(nifedipine) extended release*
Tablets 30mg, 60mg, 90mg GITS

**ALA-TET**
Del-Ray Labs, Inc.
Capsule
250mg (Rx)
HCFA 3.75   BLP   5.68
100 ea   ZA   00316-0142-01   10.80   13.50

**ALBALON**
Allergan Pharmaceuticals, Inc.   OBRA
Drops
0.1% (Rx)
HCFA 4.73   BLP   6.25
15 ml(liquifilm)
          AT   11980-0154-15   13.94

**ALBAMYCIN**
Upjohn Co., The   OBRA
Capsule
250mg (Rx)

**ALBAY**
Bayer Allergy
Vial

5.5 ml(honey bee)
          ZB   00118-9940-05   38.00
5.5 ml(wasp) ZB   00118-9943-05   52.90
5.5 ml(wh-faced hornet)
          ZB   00118-9941-05   47.50
5.5 ml(yellow hornet)
          ZB   00118-9942-05   47.50
5.5 ml(yellow jacket)
          ZB   00118-9944-05   47.50
300mcg/ml (Rx)
5.5 ml(mixed vespid)
          ZB   00118-9945-05   92.30

**ALBUMIN**
American Red Cross, Blood Services   OBRA
Iv Soln.
5% (Rx)
HCFA n/a   BLP   70.39
250 ml(human)
          ZB   52769-0450-25   65.00
HCFA n/a   BLP   140.78
500 ml(human)
          ZB   52769-0450-50   130.00
25% (Rx)
50 ml(human) ZB   52769-0251-05   65.00
50 ml(human) ZB   52769-0451-05   65.00
100 ml(human)
          ZB   52769-0451-10   130.00

**ALBUMIN-SALINE**
Bayer Allergy   OBRA
Vial
0.03% (Rx)
30 ml(10's,20mm,diluent)
          ZB   00118-9996-10   35.59
100 ml(20mm,diluent)
          ZB   00118-9996-12   7.10

**ALBUMINAR-25**
Centeon   OBRA
Iv Soln.
25% (Rx)
100 ml   ZB   00053-7680-03   180.00
Vial
25% (Rx)
20 ml   ZB   00053-7680-01   40.00
HCFA n/a   BLP   81.88
50 ml   ZB   00053-7680-02   90.00

**ALBUMINAR-5**
Centeon   OBRA
Iv Soln.
5% (Rx)
HCFA n/a   BLP   70.39
250 ml   ZB   00053-7670-01   90.00
HCFA n/a   BLP   140.78
500 ml   ZB   00053-7670-02   180.00
1000 ml   ZB   00053-7670-03   360.00
Vial
5% (Rx)
50 ml   ZB   00053-7670-06   40.00

**ALBUTEIN**
Alpha Therapeutic Corp.   OBRA
Iv Soln.
5% (Rx)
HCFA n/a   BLP   70.39
250 ml   ZB   49669-5211-01   75.00
HCFA n/a   BLP   140.78
500 ml   ZB   49669-5211-02   150.00
20% (Rx)
50 ml   ZB   49669-5212-01   44.00
25% (Rx)
100 ml   ZB   49669-5213-03   150.00
Vial
25% (Rx)
20 ml   ZB   49669-5213-01   30.00
HCFA n/a   BLP   81.88
50 ml   ZB   49669-5213-02   75.00

See PROVENTIL (Schering Corp., Subsidiary of Schering-Plough Corp.)
See VENTOLIN (Allen & Hanburys, Div. Glaxo Inc.)

Powder (Rx)
5 gm(usp/nf) ZB   49452-0225-03   14.15   15.60
25 gm(usp/nf) ZB   49452-0225-01   48.20   53.50
100 gm(usp/nf)
          ZB   49452-0225-02   168.75   187.50

**Dey Laboratories, Inc.**   OBRA
Aerosol
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   ZA   49502-0303-17   21.70

**Geneva Pharmaceuticals, Inc.**   OBRA
Aer Refill
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   BN   00781-7502-88   19.95
Aerosol
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   BN   00781-7502-87   21.65

**H.L. Moore, Division Moore Medical Corp.**   OBRA
Aer Refill
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   BN   00839-7608-80   19.98
Aerosol
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   BN   00839-7608-07   21.67

**Major Pharmaceuticals, Inc.**   OBRA
Aer Refill
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   ZA   00904-5079-34   19.79
Aerosol
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   ZA   00904-5078-34   21.41

**Martec Pharmaceutical, Inc.**   OBRA
Aer Refill
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   ZA   52555-0594-18   20.78
Aerosol
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   ZA   52555-0594-17   22.48

**Novopharm Incorporated**   OBRA
Aer Refill
90mcg (Rx)
HCFA n/a   BLP   21.31

17 gm   ZA   55953-0051-01   19.79
Aerosol
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   ZA   55953-0051-53   21.41

**Qualitest Products, Inc.**   OBRA
Aer Refill
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   ZA   00603-1004-99   12.40   19.72
Aerosol
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   ZA   00603-1004-75   13.88   21.37

**Rugby Laboratories, Inc.**   OBRA
Aer Refill
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   BN   00536-0416-13   19.76
Aerosol
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   BN   00536-0416-12   21.44

**Schein Pharmaceutical, Inc.**   OBRA
Aer Refill
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   ZA   00364-2632-17   19.75
Aerosol
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   ZA   00364-2632-98   21.45

**United Research Labs**   OBRA
Aer Refill
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   ZA   00677-1549-71   20.24
Aerosol
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   ZA   00677-1549-70   22.00

**Warrick Pharmaceuticals**   OBRA
Aer Refill
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   BN   59930-1560-02   19.79
Aerosol
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   BN   59930-1560-01   21.41

**Zenith Labs, Inc.**   OBRA
Aer Refill
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   ZA   00172-4390-19   19.76
Aerosol
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   ZA   00172-4390-18   21.44

**ALBUTEROL SULFATE**
See AIRET (Adams Laboratories Inc.)
See PROVENTIL (Schering Corp., Subsidiary of Schering-Plough Corp.)
See VENTOLIN (Allen & Hanburys, Div. Glaxo Inc.)

**A-A Spectrum, Div. Spectrum Chemical Mfg. Corp.**
Powder (Rx)
5 gm(usp/nf) ZB   49452-0226-01   9.20   10.00
25 gm(usp/nf) ZB   49452-0226-02   35.55   39.50
100 gm(usp/nf)
          ZB   49452-0226-03   121.60   135.00

**Barre-National, Inc.**   OBRA
Solution
0.83mg/ml (Rx)
3 ml(25's,p/f, u-d)
          ZA   00472-0831-23   30.24
Syrup
2mg/5ml (Rx)
HCFA 11.90   BLP   26.87
480 ml   AA   00472-0825-16   27.90

**Biocraft Labs, Inc.**   OBRA
Tablet
2mg (Rx)
HCFA 3.75   BLP   25.04
(continued on following page)



# AMERICAN DRUGGIST
SERVING PHARMACISTS SINCE 1871

**Prescription Drugs C•8**

HHD013-0355

# ALBUTEROL SULFATE

## 1996 Edition

Alb.

| PROD/MFG | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|
| 100 ea  AB | 00332-2226-09 | | 25.00 |
| HCFA 18.75  BLP | 118.75 | | |
| 500 ea  AB | 00332-2226-13 | | 120.00 |
| 4mg (Rx) | | | |
| HCFA 6.38  BLP | 37.35 | | |
| 100 ea  AB | 00332-2228-09 | | 37.50 |
| HCFA 31.90  BLP | 176.97 | | |
| 500 ea  AB | 00332-2228-13 | | 180.00 |
| **Dey Laboratories, Inc.**  OBRA | | | |
| Solution | | | |
| 0.83mg/ml (Rx) | | | |
| 3 ml(25's, u-d) AN | 49502-0697-03 | | 30.24 |
| 3 ml(30's, u-d) AN | 49502-0697-33 | | 36.29 |
| 3 ml(60's, u-d) AN | 49502-0697-60 | | 72.59 |
| Syrup | | | |
| 2mg/5ml (Rx) | | | |
| HCFA 11.90  BLP | 26.87 | | |
| 480 ml  ZA | 49502-0795-16 | | 27.92 |
| **Duramed Pharmaceuticals, Inc.**  OBRA | | | |
| Syrup | | | |
| 2mg/5ml (Rx) | | | |
| HCFA 11.73  BLP | 26.87 | | |
| 473 ml  ZA | 51285-0720-57 | | 26.85 |
| **Esi Lederle**  OBRA | | | |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 3.75  BLP | 25.04 | | |
| 100 ea  AB | 00005-3061-... | ...65 | 26.29 |
| HCFA 18.75  BLP | 118.75 | | |
| 500 ea  AB | 00005-3062-31 | 95.89 | 124.86 |
| 4mg (Rx) | | | |
| HCFA 6.38  BLP | 37.35 | | |
| 100 ea  AB | 00005-3063-43 | 31.87 | 39.46 |
| HCFA 31.90  BLP | 176.97 | | |
| 500 ea  AB | 00005-5... | | 180.0. |
| **Gallipot, Inc.**  OBRA | | | |
| Powder (Rx) | | | |
| 5 gm  ZB | 51552-004...-0. | | 17.25 |
| 25 gm  ZB | 51552-094...-... | | 48.30 |
| 100 gm  ZB | 51552-0044-10 | | 164.45 |
| **Geneva Pharmaceuticals, Inc.**  OBRA | | | |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 3.75  BLP | 25.04 | | |
| 100 ea  AB | 00781-1671-01 | | 24.95 |
| 4mg (Rx) | | | |
| HCFA 6.38  BLP | 37.35 | | |
| 100 ea  AB | 00781-1672-01 | | 36.95 |
| Solution | | | |
| 0.83mg/ml (Rx) | | | |
| 3 ml(25's, u-d) AN | 00781-9150-93 | | 32.49 |
| 5mg/ml (Rx) | | | |
| HCFA n/a  BLP | 14.35 | | |
| 20 ml  AN | 00781-7535-60 | | 13.95 |
| Syrup | | | |
| 2mg/5ml (Rx) | | | |
| HCFA 11.90  BLP | 26.87 | | |
| 480 ml  AA | 00781-6067-16 | | 27.92 |
| **Goldline Laboratories**  OBRA | | | |
| Solution | | | |
| 5mg/ml (Rx) | | | |
| HCFA n/a  BLP | 14.35 | | |
| 20 ml  AN | 00182-6014-65 | 9.40 | 13.95 |
| Syrup | | | |
| 2mg/5ml (Rx) | | | |
| HCFA 11.90  BLP | 26.87 | | |
| 480 ml  AA | 00182-6015-40 | 9.40 | 26.00 |
| Solution | | | |
| 0.83mg/ml (Rx) | | | |
| 3 ml(25's, u-d) AN | 00182-8010-24 | 19.74 | 30.24 |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 3.75  BLP | 25.04 | | |
| 100 ea  AB | 00182-1011-01 | 3.69 | 26.55 |
| 4mg (Rx) | | | |
| HCFA 6.38  BLP | 37.35 | | |
| 100 ea  AB | 00182-1012-01 | 6.41 | 39.45 |
| **H.L. Moore, Division Moore Medical Corp.**  OBRA | | | |
| Solution | | | |
| 0.83mg/ml (Rx) | | | |
| 3 ml(25's, u-d) AN | 00839-7816-10 | | 30.49 |
| 3 ml(25's, u-d) AN | 00839-7860-18 | | 30.49 |
| 3 ml(60's, u-d) AN | 00839-7860-35 | | 73.17 |

| PROD/MFG | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|
| 5mg/ml (Rx) | | | |
| HCFA n/a  BLP | 14.35 | | |
| 20 ml  AN | 00839-7861-97 | | 16.48 |
| Syrup | | | |
| 2mg/5ml (Rx) | | | |
| HCFA 11.90  BLP | 26.87 | | |
| 480 ml  AA | 00839-7746-69 | | 26.26 |
| HCFA 11.90  BLP | 26.87 | | |
| 480 ml  AA | 00839-7859-69 | | 26.26 |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 3.75  BLP | 25.04 | | |
| 100 ea  AB | 00839-7611-06 | | 24.50 |
| HCFA 3.75  BLP | 25.04 | | |
| 100 ea  AB | 00839-7867-06 | | 23.07 |
| HCFA 18.75  BLP | 118.75 | | |
| 500 ea  AB | 00839-7611-12 | | 117.59 |
| 4mg (Rx) | | | |
| HCFA 6.38  BLP | 37.35 | | |
| 100 ea  AB | 00839-7612-06 | | 35.51 |
| HCFA 31.90  BLP | 176.97 | | |
| 500 ea  AB | 00839-7612-12 | | 168.01 |
| **Lemmon Co.**  OBRA  (T) | | | |
| Syrup | | | |
| 2mg/5ml (Rx) | | | |
| HCFA 11.73  BLP | 26.87 | | |
| 473 ml  AA | 60093-0661-16 | 6.38 | 27.92 |
| **Lemmon Co.**  OBRA | | | |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 3.75  BLP | 25.04 | | |
| 100 ea  AB | 00093-0665-01 | 6.38 | 28.05 |
| HCFA 18.75  BLP | 118.75 | | |
| 500 ea  AB | 00093-0665-05 | 30.81 | 134.19 |
| 4mg (Rx) | | | |
| HCFA 6.38  BLP | 37.35 | | |
| 100 ea  AB | 00093-0666-01 | 10.36 | 35.55 |
| HCFA 31.90  BLP | 176.97 | | |
| 500 ea  AB | 00093-0666-05 | 47.81 | 197.00 |
| **Major Pharmaceuticals, Inc.**  OBRA | | | |
| Solution | | | |
| 0.83mg/ml (Rx) | | | |
| 3 ml(25's, u-d) ZA | 00904-7731-17 | | 30.49 |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 3.75  BLP | 25.04 | | |
| 100 ea  ZA | 00904-2876-60 | | 24.90 |
| HCFA 3.75  BLP | n/a | | |
| 100 ea(u-d)  ZA | 00904-2876-61 | | 25.38 |
| HCFA 18.75  BLP | 118.75 | | |
| 500 ea  ZA | 00904-2876-40 | | 112.90 |
| 4mg (Rx) | | | |
| HCFA 6.38  BLP | 37.35 | | |
| 100 ea  ZA | 00904-2877-60 | | 35.30 |
| HCFA 6.38  BLP | n/a | | |
| 100 ea(u-d)  ZA | 00904-2877-61 | | 36.38 |
| HCFA 31.90  BLP | 176.97 | | |
| 500 ea  ZA | 00904-2877-40 | | 164.60 |
| Solution | | | |
| 5mg/ml (Rx) | | | |
| HCFA n/a  BLP | 14.35 | | |
| 20 ml  ZA | 00904-7658-55 | | 14.65 |
| Syrup | | | |
| 2mg/5ml (Rx) | | | |
| HCFA 11.90  BLP | 26.87 | | |
| 480 ml  ZA | 00904-7681-16 | | 27.90 |
| **Martec Pharmaceutical, Inc.**  OBRA | | | |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 3.75  BLP | 25.04 | | |
| 100 ea  ZA | 52555-0581-01 | | 24.00 |
| HCFA 18.75  BLP | 118.75 | | |
| 500 ea  ZA | 52555-0581-05 | | 100.52 |
| 4mg (Rx) | | | |
| HCFA 6.38  BLP | 37.35 | | |
| 100 ea  ZA | 52555-0582-01 | | 35.25 |
| HCFA 31.90  BLP | 176.97 | | |
| 500 ea  ZA | 52555-0582-05 | | 132.68 |
| **Medirex, Inc.**  OBRA | | | |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 1.13  BLP | n/a | | |
| 30 ea(u-d, medigrid)  ZA | 57480-0422-06 | | 9.00 |

## Allopurinol Tablets, USP — MYLAN

| PROD/MFG | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|
| HCFA 3.75  BLP | n/a | | |
| 100 ea(u-d)  ZA | 57480-0422-01 | | 29.00 |
| 4mg (Rx) | | | |
| HCFA 1.91  BLP | n/a | | |
| 30 ea(u-d, medigrid)  ZA | 57480-0423-06 | | 11.92 |
| HCFA 6.38  BLP | n/a | | |
| 100 ea(u-d)  ZA | 57480-0423-01 | | 43.95 |
| **Mova Pharmaceutical**  OBRA | | | |
| Syrup | | | |
| 2mg/5ml (Rx) | | | |
| HCFA 11.90  BLP | 26.87 | | |
| 480 ml  AA | 55370-0315-48 | | 26.23 |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 3.75  BLP | 25.04 | | |
| 100 ea  ZA | 55370-0111-07 | | 23.50 |
| HCFA 18.75  BLP | 118.75 | | |
| 500 ea  ZA | 55370-0111-08 | | 112.00 |
| 4mg (Rx) | | | |
| HCFA 6.38  BLP | 37.35 | | |
| 100 ea  ZA | 55370-0112-07 | | 35.00 |
| **Mutual Pharmaceutical Co., Inc.**  OBRA | | | |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 3.75  BLP | 25.04 | | |
| 100 ea  AB | 53489-0176-01 | | 23.64 |
| HCFA 18.75  BLP | 118.75 | | |
| 500 ea  AB | 53489-0176-05 | | 112.22 |
| 4mg (Rx) | | | |
| HCFA 6.38  BLP | 37.35 | | |
| 100 ea  AB | 53489-0177-01 | | 35.18 |
| HCFA 31.90  BLP | 176.97 | | |
| 500 ea  AB | 53489-0177-05 | | 168.32 |
| **Mylan Pharmaceuticals, Inc.**  OBRA | | | |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 3.75  BLP | 25.04 | | |
| 100 ea  AB | 00378-0255-01 | | 28.25 |
| HCFA 18.75  BLP | 118.75 | | |
| 500 ea  AB | 00378-0255-05 | | 134.40 |
| 4mg (Rx) | | | |
| HCFA 6.38  BLP | 37.35 | | |
| 100 ea  AB | 00378-0572-01 | | 41.50 |
| HCFA 31.90  BLP | 176.97 | | |
| 500 ea  AB | 00378-0572-05 | | 200.50 |
| **Novopharm Incorporated**  OBRA | | | |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 3.75  BLP | 25.04 | | |
| 100 ea  ZA | 55953-0480-40 | | 23.50 |
| HCFA 18.75  BLP | 118.75 | | |
| 500 ea  ZA | 55953-0480-70 | | 112.00 |
| 4mg (Rx) | | | |
| HCFA 6.38  BLP | 37.35 | | |
| 100 ea  ZA | 55953-0499-40 | | 35.00 |
| HCFA 31.90  BLP | 176.97 | | |
| 500 ea  ZA | 55953-0499-70 | | 168.00 |
| **Paddock Labs**  OBRA | | | |
| Powder (Rx) | | | |
| 25 gm  ZB | 00574-0512-25 | 48.10 | 54.11 |
| 100 gm  ZB | 00574-0512-01 | 171.00 | 192.38 |
| **Par Pharmaceutical, Inc.**  OBRA | | | |
| Syrup | | | |
| 2mg/5ml (Rx) | | | |
| HCFA 11.73  BLP | 26.87 | | |
| 473 ml  ZA | 49884-0411-33 | | 26.73 |
| (continued on following page) | | | |

HHD013-0356

# PROCARDIA XL®
*(nifedipine) extended release*
Tablets 30mg, 60mg, 90mg GITS

| PROD/MFG | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|
| **ALBUTEROL SULFATE— cont.** | | | |
| Parmed Pharmaceuticals, Inc. OBRA | | | |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 3.75 BLP | | 25.04 | |
| 100 ea ZA | 00349-8713-01 | | 27.29 |
| HCFA 3.75 BLP | | 25.04 | |
| 100 ea ZA | 00349-8994-01 | | 24.90 |
| HCFA 9.38 BLP | | n/a | |
| 250 ea ZA | 00349-8713-25 | | 63.12 |
| HCFA 18.75 BLP | | 118.75 | |
| 500 ea ZA | 00349-8994-05 | | 122.00 |
| 4mg (Rx) | | | |
| HCFA 6.38 BLP | | 37.35 | |
| 100 ea ZA | 00349-8714-01 | | 41.30 |
| HCFA 6.38 BLP | | 37.35 | |
| 100 ea ZA | 00349-8995-01 | | 41.30 |
| HCFA 15.95 BLP | | n/a | |
| 250 ea ZA | 00349-8714-25 | | 93.89 |
| HCFA ... BLP | | 176.97 | |
| 500 ea ZA | 00349-8995-05 | | 182.00 |
| Qualitest Products, Inc. OBRA | | | |
| Solution | | | |
| 3 ml(25's, u-d) ZA | 00603-1005-40 | 13.50 | 30.42 |
| 5mg/ml (Rx) | | | |
| HCFA n/a BLP | | 14.35 | |
| 20 ml ZA | 00603-1006-43 | 8.75 | 12.50 |
| Syrup | | | |
| 2mg/5ml (Rx) | | | |
| HCFA 11.90 BLP | | 26.87 | |
| 480 ml ZA | 00603-1007-58 | 6.25 | 24.75 |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 3.75 BLP | | 25.04 | |
| 100 ea ZA | 00603-2093-21 | 2.15 | 23.60 |
| HCFA 18.75 BLP | | 118.75 | |
| 500 ea ZA | 00603-2093-28 | 8.55 | 96.85 |
| 4mg (Rx) | | | |
| HCFA 6.38 BLP | | 37.35 | |
| 100 ea ZA | 00603-2094-21 | 3.60 | 35.16 |
| HCFA 31.90 BLP | | 176.97 | |
| 500 ea ZA | 00603-2094-28 | 15.50 | 144.00 |
| **Rugby Laboratories, Inc. OBRA** | | | |
| Solution | | | |
| 0.83mg/ml (Rx) | | | |
| 3 ml(25's, u-d) AN | 00536-2677-04 | | 32.49 |
| 5mg/ml (Rx) | | | |
| HCFA n/a BLP | | 14.35 | |
| 20 ml AN | 00536-2675-73 | | 13.50 |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 3.75 BLP | | 25.04 | |
| 100 ea AB | 00536-3008-01 | | 24.00 |
| HCFA 18.75 BLP | | 118.75 | |
| 500 ea AB | 00536-3008-05 | | 110.00 |
| 4mg (Rx) | | | |
| HCFA 6.38 BLP | | 37.35 | |
| 100 ea AB | 00536-3009-01 | | 37.95 |
| HCFA 31.90 BLP | | 176.97 | |
| 500 ea AB | 00536-3009-05 | | 176.15 |
| Syrup | | | |
| 2mg/5ml (Rx) | | | |
| HCFA 11.90 BLP | | 26.87 | |
| 480 ml AA | 00536-0415-85 | | 26.00 |
| **Schein Pharmaceutical, Inc. OBRA** | | | |
| Solution | | | |
| 5mg/ml (Rx) | | | |
| HCFA n/a BLP | | 14.35 | |
| 20 ml ZA | 00364-2530-55 | | 13.91 |
| Syrup | | | |
| 2mg/5ml (Rx) | | | |
| HCFA 11.90 BLP | | 26.87 | |
| 480 ml ZA | 00364-2522-16 | | 26.00 |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 3.75 BLP | | 25.04 | |
| 100 ea AB | 00364-2438-01 | | 26.00 |
| 4mg (Rx) | | | |
| HCFA 6.38 BLP | | 37.35 | |
| 100 ea AB | 00364-2439-01 | | 37.60 |
| **Sidmak Laboratories, Inc. OBRA** | | | |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 3.75 BLP | | 25.04 | |
| 100 ea AB | 50111-0491-01 | | 25.50 |
| HCFA 18.75 BLP | | 118.75 | |
| 500 ea AB | 50111-0491-02 | | 122.00 |
| 4mg (Rx) | | | |
| HCFA 6.38 BLP | | 37.35 | |
| 100 ea AB | 50111-0492-01 | | 38.00 |
| HCFA 31.90 BLP | | 176.97 | |
| 500 ea AB | 50111-0492-02 | | 182.00 |
| **U D L Laboratories, Inc. OBRA** | | | |
| Syrup | | | |
| 2mg/5ml (Rx) | | | |
| HCFA 3.10 BLP | | n/a | |
| 2.5 ml(50's, u-d, oral syrn) | | | |
| ZA | 51079-0830-0? | 50.00 | 60.00 |
| HCFA 6.20 BLP | | n/a | |
| 5 ml(50's, u-d, oral syrn) | | | |
| ZA | 51079-0831-06 | 50.00 | 60.00 |
| HCFA 6.20 BLP | | n/a | |
| 5 ml(50's, u-d, 5 x 10) | | | |
| ZA | 5107?-...-... | 34.00 | 42.00 |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 3.75 BLP | | n/a | |
| 100 ea(u-d, 10x10) | | | |
| ZA | 51079-0657-20 | 21.24 | 28.32 |
| 4mg (Rx) | | | |
| HCFA 6.38 BLP | | n/a | |
| 100 ea(u-d, 10x10) | | | |
| ZA | 51079-0658-20 | 32.31 | 43.08 |
| **United Research Labs OBRA** | | | |
| Solution | | | |
| 0.83mg/ml (Rx) | | | |
| 3 ml(25's, u-d) ZA | 00677-1522-72 | | 31.99 |
| 3 ml(60's, u-d) ZA | 00677-1522-73 | | 72.49 |
| 5mg/ml (Rx) | | | |
| HCFA n/a BLP | | 14.35 | |
| 20 ml ZA | 00677-1521-22 | | 12.45 |
| Syrup | | | |
| 2mg/5ml (Rx) | | | |
| HCFA 11.90 BLP | | 26.87 | |
| 480 ml ZA | 00677-1505-33 | | 24.70 |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 3.75 BLP | | 25.04 | |
| 100 ea ZA | 00677-1359-01 | | 23.64 |
| HCFA 18.75 BLP | | 118.75 | |
| 500 ea ZA | 00677-1359-05 | | 112.22 |
| 4mg (Rx) | | | |
| HCFA 6.38 BLP | | 37.35 | |
| 100 ea ZA | 00677-1360-01 | | 35.18 |
| HCFA 31.90 BLP | | 176.97 | |
| 500 ea ZA | 00677-1360-05 | | 168.25 |
| **Vangard Labs, Inc. OBRA** | | | |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 3.75 BLP | | n/a | |
| 100 ea(u-d) ZA | 00615-3517-13 | | 22.57 |
| 4mg (Rx) | | | |
| HCFA 6.38 BLP | | n/a | |
| 100 ea(u-d) ZA | 00615-3518-13 | | 34.66 |
| **Warner Chilcot OBRA** | | | |
| Syrup | | | |
| 2mg/5ml (Rx) | | | |
| HCFA 11.90 BLP | | 26.87 | |
| 480 ml ZA | 00047-1006-32 | 22.41 | 26.88 |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 3.75 BLP | | 25.04 | |
| 100 ea ZA | 00047-0956-24 | 18.15 | 21.78 |
| 4mg (Rx) | | | |
| HCFA 6.38 BLP | | 37.35 | |
| 100 ea ZA | 00047-0957-24 | 27.32 | 32.78 |
| **Warrick Pharmaceuticals OBRA** ⓣ | | | |
| Solution | | | |
| 0.83mg/ml (Rx) | | | |
| 3 ml(25's, u-d) AN | 59930-1500-08 | | 30.24 |
| 3 ml(60's, u-d) AN | 59930-1500-06 | | 72.59 |
| 5mg/ml (Rx) | | | |
| HCFA n/a BLP | | 14.35 | |
| 20 ml AN | 59930-1515-04 | | 14.99 |
| **Warrick Pharmaceuticals OBRA** | | | |
| Syrup | | | |
| 2mg/5ml (Rx) | | | |
| HCFA 11.90 BLP | | 26.87 | |
| 480 ml AA | 59930-1510-05 | | 24.75 |
| Tablet | | | |
| 2mg (Rx) | | | |
| HCFA 3.75 BLP | | 25.04 | |
| 100 ea AB | 59930-1520-01 | | 23.65 |
| HCFA 18.75 BLP | | 118.75 | |
| 500 ea AB | 59930-1520-02 | | 112.25 |
| 4mg (Rx) | | | |
| HCFA 6.38 BLP | | 37.35 | |
| 100 ea AB | 59930-1530-01 | | 35.20 |
| HCFA 31.90 BLP | | 176.97 | |
| 500 ea AB | 59930-1530-02 | | 168.25 |
| **Watson Laboratories, Inc. OBRA** | | | |
| Syrup | | | |
| 2mg/5ml (Rx) | | | |
| HCFA 11.90 BLP | | 26.87 | |
| 480 ml AA | 52544-0419-16 | | 26.38 |
| **ALCAINE** | | | |
| Alcon, Inc. OBRA | | | |
| Drops | | | |
| 0.5% (Rx) | | | |
| HCFA ... BLP | | 9.06 | |
| 15 ml(drops/dsp) | | | |
| AT | 00998-0016-15 | | 12.13 |
| **ALCOHOL IN DEXTROSE** | | | |
| Abbot Labs, Hospital Products Div. OBRA | | | |
| Iv Soln. | | | |
| 5%-5% (Rx) | | | |
| 1000 ml AP | 00074-1500-05 | 14.64 | 17.38 |
| **Baxter Health OBRA** | | | |
| Iv Soln. | | | |
| 5%-5% (Rx) | | | |
| 1000 ml AP | 00338-0199-04 | 10.05 | 16.56 |
| **Mc Gaw, Inc. OBRA** | | | |
| Iv Soln. | | | |
| 5%-10% (Rx) | | | |
| 1000 ml ZC | 00264-1978-00 | 17.54 | 21.04 |
| 5%-5% (Rx) | | | |
| 1000 ml AP | 00264-1981-00 | 14.51 | 17.41 |
| **ALCOHOL,DEHYDRATED** | | | |
| Faulding OBRA | | | |
| Ampul | | | |
| 98% (Rx) | | | |
| HCFA n/a BLP | | 74.24 | |
| 1 ml(10's,1ml in 2ml,sd) | | | |
| ZB | 61703-0401-23 | | 78.00 |
| HCFA n/a BLP | | 324.06 | |
| 5 ml(10's,5ml in 10ml,sd) | | | |
| ZB | 61703-0401-51 | | 388.80 |
| **Pasadena Research Laboratories, Inc.** | | | |
| Ampul | | | |
| 98% (Rx) | | | |
| HCFA n/a BLP | | 324.06 | |
| 5 ml(10's) ZB | 00418-2281-95 | | 278.10 |
| HCFA n/a BLP | | 74.24 | |
| 1 ml(10's) ZB | 00418-2281-01 | | 63.60 |
| HCFA n/a BLP | | 74.24 | |
| 1 ml(10's) ZB | 00418-2281-91 | | 110.50 |
| HCFA n/a BLP | | 324.06 | |
| 5 ml(10's) ZB | 00418-2281-05 | | 246.00 |
| 50 ml ZB | 00418-2281-50 | | 125.00 |
| **Solopak Pharm. Inc. OBRA** | | | |
| Ampul | | | |
| 98% (Rx) | | | |
| HCFA n/a BLP | | 74.24 | |
| 1 ml(10's) ZB | 39769-0288-01 | | 74.12 |
| HCFA n/a BLP | | 324.06 | |
| 5 ml(10's) ZB | 39769-0289-05 | | 338.62 |

HHD013-0357

| PROD/MFG | NDC/UPC | DP/♦SRP | AWP | PROD/MFG | NDC/UPC | DP/♦SRP | AWP | PROD/MFG | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **PROCARDIA XL®** | | | | **ADRENALIN CHLORIDE** | | | | **AEROBID-M** | | | |
| *(nifedipine) extended release* | | | | Parke-Davis-Div. Warner-Lambert Co. | | | OBRA | Forest Pharmaceuticals Inc. | | OBRA | |
| Tablets 30mg, 60mg, 90mg GITS | | | | Vial | | | | Aer W/Adap | | | |
| | | | | 1mg/ml (Rx) | | | | 250mcg (Rx) | | | |
| | | | | 30 ml | ZB | 00071-4011-13 | 9.82 | 7 gm(improved taste) | | | |
| | | | | Ampul | | | | | ZB | 00456-0670-99 | 50.50 |
| | | | | 1mg/ml (Rx) | | | | **AEROCHAMBER** | | | |
| | | | | HCFA n/a | BLP | 8.24 | | Forest Pharmaceuticals Inc. | | | |
| | | | | 1 ml(box of 10) | | | | Inhaler (Rx) | | | |
| | | | | | ZA | 00071-4188-03 | 14.46 | 1 ea | ZB | 00456-3154-67 | 24.05 |
| | | | | Solution | | | | Each (Rx) | | | |
| **ADENOSINE PHOSPHATE** | | | | 1:100 (Rx) | | | | 1 ea(with mask) | | | |
| Consolidated Midland Corp. | | | | 7.5 ml(w/dropper) | | | | | ZB | 00456-0745-13 | 32.44 |
| Vial | | | | | ZB | 00071-3014-09 | 13.19 | 1 ea(with mask, large) | | | |
| 25mg/ml (Rx) | | | | **ADRENALIN CHLORIDE NASAL** | | | | | ZB | 00456-0746-13 | 32.44 |
| HCFA n/a | BLP | 9.22 | | Parke-Davis-Div. Warner-Lambert Co. | | | OBRA | 1 ea(with mask, small) | | | |
| 10 ml | ZB | 00223-7717-10 | 11.95 | Solution | | | | | ZB | 00456-0744-13 | 32.44 |
| Legere Pharmaceuticals, Inc. | | | | 1:1000 (Rx) | | | | **AEROLATE JR** | | | |
| Vial | | | | 30 ml | ZB | 00071-3003-13 | 9.82 | Fleming & Co. | | OBRA | |
| 25mg/ml (Rx) | | | | **ADRENOCOT** | | | | Cap.Sr 12H | | | |
| HCFA n/a | BLP | 9.22 | | Truxton, Inc., C.O. | | | | 130mg (Rx) | | | |
| 10 ml | ZB | 25332-0043-03 | 14.95 | Vial | | | | 100 ea | BC | 00256-0114-01 | 18.25 |
| Pasadena Research Laboratories, Inc. | | | | 4mg/ml (Rx) | | | | **AEROLATE SR** | | | |
| Vial | | | | HCFA n/a | BLP | 3.44 | | Fleming & Co. | | OBRA | |
| 25mg/ml (Rx) | | | | 5 ml | ZA | 00463-1090-05 | 3.50 | Cap.Sr 12H | | | |
| HCFA n/a | BLP | 9.22 | | **ADRENOCOT L.A.** | | | | 260mg (Rx) | | | |
| 10 ml | ZB | 00418-6420-10 | 8.50 | Truxton, Inc., C.O. | | | | 100 ea | BC | 00256-0115-01 | 20.00 |
| **Steris Products** | | OBRA | | Vial | | | | **AEROLATE 111** | | | |
| Vial | | | | 8mg/ml (Rx) | | | | Fleming & Co. | | OBRA | |
| 25mg/ml (Rx) | | | | HCFA n/a | BLP | 19.00 | | Cap.Sr 12H | | | |
| HCFA n/a | BLP | 9.22 | | 5 ml | ZA | 00463-1104-05 | 13.50 | 65mg (Rx) | | | |
| 10 ml | ZB | 00402-0087-10 | 7.20 | **ADRIAMYCIN RDF** | | | | 100 ea | ZC | 00256-0150-01 | 17.00 |
| **ADENOSINE-5-PHOSPHATE** | | | | Pharmacia | | OBRA | | **AEROSEB-DEX** | | | |
| A-A Spectrum, Div. Spectrum Chemical Mfg. Corp. | | | | Vial | | | | Herbert Labs, Div. Allergan | | OBRA | |
| Powder (Rx) | | | | 20mg (Rx) | | | | Aerosol | | | |
| 5 gm(free acid) | | | | 1 ea | AP | 00013-1096-94 | 73.60 | 92.00 | 0.01% (Rx) | | | |
| | ZF | 49452-0140-01 | 28.20 | 28.20 | 50mg (Rx) | | | | 58 gm | ZC | 00023-0852-90 | 18.61 |
| 25 gm(free acid) | | | | HCFA n/a | BLP | 220.98 | | **AEROSEB-HC** | | | |
| | ZB | 49452-0140-02 | 81.50 | 81.50 | 1 ea | AP | 00013-1106-79 | 184.00 | 230.00 | Herbert Labs, Div. Allergan | | OBRA | |
| **ADGAN** | | | | 150mg (Rx) | | | | Aerosol | | | |
| UAD Laboratories | | OBRA | | 1 ea(mdv) | ZC | 00013-1116-83 | 540.95 | 676.19 | 0.5% (Rx) | | | |
| Vial | | | | 10mg (Rx) | | | | 58 gm | ZB | 00023-0804-90 | 18.61 |
| 50mg/ml (Rx) | | | | 1 ea | AP | 00013-1086-91 | 36.80 | 46.00 | **AH-CHEW** | | | |
| HCFA n/a | BLP | 7.02 | | **ADRIAMYCIN-PFS** | | | | We Pharmaceuticals, Inc. | | OBRA | |
| 10 ml | ZA | 00785-8090-10 | 5.77 | Pharmacia | | OBRA | | Tab Chew | | | |
| **ADIPEX-P** | | | | Vial | | | | 10-2-1.25 (Rx) | | | |
| Gate Pharmaceuticals | | OBRA | | 2mg/ml (Rx) | | | | 100 ea | ZB | 59196-0003-01 | 40.80 |
| Capsule | | | | 5 ml | AP | 00013-1136-91 | 38.65 | 48.31 | **AH-CHEW D** | | | |
| 37.5mg (Rx C-IV) | | | | 10 ml | AP | 00013-1146-94 | 77.30 | 96.63 | We Pharmaceuticals, Inc. | | OBRA | |
| HCFA 13.62 | BLP | n/a | | HCFA n/a | BLP | 245.88 | | Tab Chew | | | |
| 100 ea | ZA | 57844-0019-01 | 110.70 | 25 ml | AP | 00013-1156-79 | 193.25 | 241.56 | 10mg (Rx) | | | |
| Tablet | | | | 37.5 ml | AP | 00013-1176-87 | 289.88 | 362.35 | 100 ea | ZB | 59196-0007-01 | 39.60 |
| 37.5mg (Rx C-IV) | | | | 100 ml(mdv) | AP | 00013-1166-83 | 757.55 | 946.94 | **AHF-M** | | | |
| HCFA 29.72 | BLP | n/a | | **ADRUCIL** | | | | American Red Cross, Blood Services | | OBRA | |
| 400 ea | ZA | 57844-0009-26 | 413.36 | Pharmacia | | OBRA | | Vial | | | |
| HCFA 74.30 | BLP | n/a | | Vial | | | | 925ahfu (Rx) | | | |
| 1000 ea | ZA | 57844-0009-10 | 889.95 | 50mg/ml (Rx) | | | | 1 ea(method m, 150-1700u) | | | |
| HCFA 7.43 | BLP | 15.38 | | 50 ml(bulk pack) | | | | | ZB | 52769-0460-01 | 0.83 |
| 100 ea | ZA | 57844-0009-01 | 108.75 | | AP | 00013-1046-94 | 6.15 | 7.69 | **AIRET** | | | |
| **ADIPOST** | | | | 100 ml(bulk pack) | | | | Adams Laboratories Inc. | | OBRA | |
| Jones Medical Industries | | | | | AP | 00013-1056-94 | 12.30 | 15.38 | Solution | | | |
| Capsule Sa | | | | 10 ml | AP | 00013-1036-91 | 1.23 | 1.54 | 0.83mg/ml (Rx) | | | |
| 105mg (Rx C-III) | | | | **ADSORBOCARPINE** | | | | 3 ml(60's, u-d) | ZA | 53014-0075-60 | 100.82 |
| HCFA n/a | BLP | 66.16 | | Alcon, Inc. | | OBRA | | 3 ml(25's, u-d) | ZA | 53014-0075-25 | 46.58 |
| 100 ea | ZA | 52604-0470-01 | 59.56 | Drops | | | | **AK-CHLOR** | | | |
| **ADLONE** | | | | 2% (Rx) | | | | Akorn, Inc. | | OBRA | |
| UAD Laboratories | | OBRA | | HCFA n/a | BLP | 6.92 | | Drops | | | |
| Vial | | | | 15 ml | ZB | 00998-0213-15 | 13.13 | 0.5% (Rx) | | | |
| 40mg/ml (Rx) | | | | 4% (Rx) | | | | HCFA n/a | BLP | 3.48 | |
| HCFA n/a | BLP | 9.88 | | HCFA n/a | BLP | 7.61 | | 7.5 ml | AT | 17478-0281-09 | 5.63 |
| 5 ml | ZA | 00785-9055-05 | 8.13 | 15 ml | ZB | 00998-0214-15 | 14.06 | 15 ml | AT | 17478-0281-12 | 5.56 |
| 80mg/ml (Rx) | | | | 1% (Rx) | | | | Ointment | | | |
| HCFA n/a | BLP | 15.40 | | HCFA n/a | BLP | 5.48 | | 1% (Rx) | | | |
| 5 ml | ZA | 00785-0956-05 | 12.81 | 15 ml | ZB | 00998-0212-15 | 12.81 | 3.5 gm | ZA | 17478-0280-35 | 4.50 |
| **ADRENAL** | | | | **AEROBID** | | | | | | | |
| Biotech | | | | Forest Pharmaceuticals Inc. | | OBRA | | | | | |
| Tablet | | | | Aer W/Adap | | | | | | | |
| 80mg (Rx) | | | | 250mcg (Rx) | | | | | | | |
| 100 ea | ZB | 53191-0067-01 | 5.70 | 7 gm | ZA | 00456-0672-99 | 50.50 | | | | |

| PROD/MFG | NDC/UPC | DP/◆SRP | AWP | PROD/MFG | NDC/UPC | DP/◆SRP | AWP | PROD/MFG | NDC/UPC | DP/◆SRP | AWP |
|---|---|---|---|---|---|---|---|---|---|---|---|

**PROCARDIA XL**
(nifedipine) extended release
Tablets 30mg, 60mg, 90mg GITS

| | | | | 2.5mg (Rx) | | | | 100 ea | ZB | 00904-7777-60 | 15.70 |
| | | | | 30 ea | AB | 00009-0064-06 | 8.89 | 11.12 | 250 ea | ZB | 00904-7777-70 | 37.x |
| | | | | 100 ea | AB | 00009-0064-04 | 29.50 | 36.90 | 250 ea | ZB | 00904-0058-70 | 37.x |
| | | | | 2000 ea | AB | 00009-0064-12 | 5458.58 | 6828.40 | **PSEUDO-G/PSI** | | | |
| | | | | 10mg (Rx) | | | | | Major Pharmaceuticals, Inc. | | OBRA | |
| | | | | 30 ea | AB | 00009-0050-09 | 17.42 | 21.79 | Tab.Sr 12H | | | |
| | | | | 500 ea | AB | 00009-0050-11 | 262.11 | 327.90 | 600-120mg (Rx) | | | |

**PROVISC**
Alcon Surgical, Inc.
Disp Syrin
10mg/ml (Rx)

| | | | | .4 ml | ZB | 08065-1830-04 | | 93.75 | HCFA n/a | BLP | | 50.91 |
| | | | | .55 ml | ZB | 08065-1830-55 | | 118.75 | 100 ea(caplet) | ZB | 00904-7861-60 | 56.2 |
| | | | | .85 ml | ZB | 08065-1830-85 | | 156.25 | HCFA n/a | BLP | | 113.40 |
| | | | | | | | | | 250 ea(caplet) | ZB | 00904-7861-70 | 113.x |

**PROTROPIN**
Genentech, Inc.   OBRA
Vial
5mg (Rx)
2 ea(2 x 5mg, 1 diluent)
   ZC   50242-0015-02   420.00

**PROVOCHOLINE**
Roche Labs-Div. Hoffmann-La Roche
Vial
100mg (Rx)
1 ea(5ml vial) ZC   00004-6102-01   53.88

10mg (Rx)
2 ea(2 x 10mg, 2 diluents)
   ZC   50242-0016-20   840.00

HCFA n/a   BLP   50.91
100 ea   ZB   00904-7689-60   5x
HCFA n/a   BLP   113.40
250 ea   ZB   00904-7689-70   113.x

**PSEUDOCOT-G**
Truxton, Inc., C.O.
Tablet
100-60mg (Rx)
100 ea   ZB   00463-7014-01

**PROTUSS**
Horizon Pharmaceutical, Inc.   OBRA
Syrup (Rx C-III)
120 ml   ZB   59630-0100-04   11.45
HCFA n/a   BLP   37.87
480 ml   ZB   59630-0100-16   39.50

**PSEUDOEPHEDRINE G W/CODEINE**
Rugby Laboratories, Inc. OBRA
Syrup
10mg (Rx C-V)
HCFA n/a   BLP   14.89
480 ml(pediatric)   ZB   00536-1519-85
14.87
20mg (Rx C-III)
HCFA n/a   BLP   28.33
480 ml   ZB   00536-1518-85

**PROTUSS-D**
Horizon Pharmaceutical, Inc.   OBRA
Liquid
300-30-5/5 (Rx C-III)
120 ml   ZB   59630-0195-04   11.45
480 ml   ZB   59630-0195-16

**PSEUDOEPH...**
A-A Spectrum, Div. ... Mfg. Corp.
Crystals (Rx)
100 gm(usp/nf)   ..   51.56
500 gm(usp/nf)   ZB   ...110-02   124.75

**PROVENTIL**
Schering Corp., Subsidiary of Schering-Plough Corp.
OBRA (T)
Aerosol
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   BN   00085-0614-02   24.09
Schering Corp., Subsidiary of Schering-Plough Corp.
OBRA
Solution
5mg/ml (Rx)
HCFA n/a   BLP   14.35
20 ml   AN   00085-0208-02   16.23
Syrup
2mg/5ml (Rx)
HCFA 11.90   BLP   26.87
480 ml   AA   00085-0315-02   33.88
Tablet Sa
4mg (Rx)
100 ea   BC   00085-0431-02   63.31
100 ea(u-d)   BC   00085-0431-04   79.28
500 ea   BC   00085-0431-03   307.10
Tablet
4mg (Rx)
HCFA 6.38   BLP   37.35
100 ea   AB   00085-0573-02   56.38
HCFA 31.90   BLP   176.97
500 ea   AB   00085-0573-03   267.93
2mg (Rx)
HCFA 3.75   BLP   25.04
100 ea   AB   00085-0252-02   37.80
HCFA 18.75   BLP   118.75
500 ea   AB   00085-0252-03   179.43
Schering Corp., Subsidiary of Schering-Plough Corp.
OBRA (T)
Aer Refill
90mcg (Rx)
HCFA n/a   BLP   21.31
17 gm   BN   00085-0614-03   22.20
Schering Corp., Subsidiary of Schering-Plough Corp.
OBRA
Solution
0.83mg/ml (Rx)
3 ml(25's, u-d) AN   00085-0209-01   36.97

**Desyrel Dividose**
(trazodone HCl)
50 50 50

MAKES THERAPY A SNAP

Dista Products Co., Div. of Eli Lilly Co. OBRA (T)
Capsule
10mg (Rx)
100 ea(pulvule)
   ZC   00777-3104-02   218.91
620 ea(u-d,20x31,blstr,innr)
   ZC   00777-3104-01   1373.04
620 ea(u-d,20x31,card,inner)
   ZC   00777-3104-81   1373.04
620 ea(u-d,20x31,flexpak)
   ZC   00777-3104-82   1373.04
20mg (Rx)
30 ea(pulvule) ZC   00777-3105-30   67.37
100 ea(pulvule)
   ZC   00777-3105-02   224.54
100 ea(u-d, 10x10, blister)
   ZC   00777-3105-33   228.92
620 ea(u-d,20x31,blstr,innr)
   ZC   00777-3105-01   1407.95
620 ea(u-d,20x31,card,inner)
ZC   00777-3105-81   1407.95
620 ea(u-d,20x31,flexpak)
   ZC   00777-3105-82   1407.95
Solution
20mg/5ml (Rx)
120 ml   ZC   00777-5120-58   99.71

**PSEUDO-CAR DM**
Geneva Pharmaceuticals, Inc.   OBRA
Syrup (Rx)
HCFA n/a   BLP   10.42
480 ml   ZB   00781-6200-16   11.88

**PSEUDO-CHLOR**
Geneva Pharmaceuticals, Inc.   OBRA
Capsule Sa
120-8mg (Rx)
HCFA n/a   BLP   25.95
100 ea   ZB   00781-2915-01   22.50
H.L. Moore, Division Moore Medical Corp.   OBRA
Capsule Sa
120-8mg (Rx)
HCFA n/a   BLP   25.95
100 ea   ZB   00839-7178-06   14.18
Major Pharmaceuticals, Inc.   OBRA
Capsule Sa
120-8mg (Rx)
HCFA n/a   BLP   25.95

Consolidated Midland Corp.
Tablet
60mg (Rx)
HCFA n/a   BLP   4.24
100 ea   ZB   00223-1476-01
HCFA n/a   BLP   24.56
1000 ea   ZB   00223-1476-02
Geneva Pharmaceuticals, Inc.   OBRA
Tablet
60mg (Rx)
HCFA n/a   BLP   24.56
1000 ea   ZB   00781-1535-10
U D L Laboratories, Inc.   OBRA
Tablet
60mg (Rx)
100 ea(u-d)   ZB   51079-0012-20   3.48
West-Ward, Inc.   OBRA
Tablet
60mg (Rx)
HCFA n/a   BLP   4.24
100 ea   ZB   00143-1485-01
HCFA n/a   BLP   24.56
1000 ea   ZB   00143-1485-10

**PSEUDOEPHEDRINE SULFATE**
A-A Spectrum, Div. Spectrum Chemical Mfg. Corp.
Powder (Rx)
25 gm(usp/nf) ZB   49452-6118-01   19.25
100 gm(usp/nf)
   ZB   49452-6118-02   60.50

**PSEUDOEPHEDRINE W/CHLORPHENIR**
Eon Laboratories   OBRA
Capsule Sa
120-8mg (Rx)
HCFA n/a   BLP   25.95
100 ea   ZB   00185-1304-01
1000 ea   ZB   00185-1304-10
H.N. Norton & Co.   OBRA
Capsule Sa
120-8mg (Rx)
HCFA n/a   BLP   25.95
100 ea   ZB   50732-0852-01
HCFA n/a   BLP   126.98
500 ea   ZB   50732-0852-05

(continued on following page)

**PROVERA**
Upjohn Co., The   OBRA (T)
Tablet
5mg (Rx)
30 ea   AB   00009-0286-32   13.55   16.95
100 ea   AB   00009-0286-03   44.51   55.68
10mg (Rx)
HCFA n/a   BLP   32.55
100 ea   AB   00009-0050-02   55.15   68.99

| PROD/MFG | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|

**PROCARDIA XL**
*(nifedipine) extended release*
Tablets 30mg, 60mg, 90mg GITS

**VASOXYL**
Burroughs Wellcome Co. OBRA
Ampul
20mg/ml (Rx)
1 ml(box of 10)
  ZC  00081-0957-10  232.81

**VED**
Mission Pharmacal Co.
Kit (Rx)
1 ea(manual(spanish))
  ZB  00178-4002-03  237.50
1 ea(manual) ZB  00178-4002-01  215.00  268.75

**VEEGUM**
A-A Spectrum, Div. Spectrum Chemical Mfg. Corp.
Lump (Rx)
500 gm  ZB  49452-8110-01  13.25  17.50
2500 gm  ZB  49452-8110-02  51.80  64.75

**VEETIDS 125**
Apothecon, Div Bristol Myers Squibb
Susp Recon
HCFA 1.55  BLP  2.10
100 ml  AA  00003-0681-44  1.46  1.74
HCFA 2.24  BLP  3.20
200 ml  AA  00003-0681-54  2.52  2.99

**VEETIDS 250**
Apothecon, Div Bristol Myers Squibb OBRA  (T)
Susp Recon
250mg/5ml (Rx)
HCFA 1.94  BLP  2.79
100 ml  AA  00003-0682-44  1.89  2.25
HCFA 3.08  BLP  4.66
200 ml  AA  00003-0682-54  3.19  3.79
Tablet
250mg (Rx)
HCFA 5.78  BLP  6.94
100 ea  AB  00003-0115-50  6.00  7.13
HCFA 57.80  BLP  58.38
1000 ea  AB  00003-0115-75  50.39  59.83

**VEETIDS 500**
Apothecon, Div Bristol Myers Squibb OBRA  (T)
Tablet
500mg (Rx)
HCFA 8.18  BLP  12.79
100 ea  AB  00003-0116-50  11.41  13.55
HCFA 81.80  BLP  86.56
1000 ea  AB  00003-0116-75  81.54  96.82

**VEHICLE/N**
Neutrogena Corp.
Solution (Rx)
50 ml(rx compounding only)
  ZB  10812-9100-01  5.00
50 ml(rx compounding only)
  ZB  70501-0091-00  5.00

**VEHICLE/N MILD**
Neutrogena Corp.
Solution (Rx)                  •
50 ml(rx compounding only)
  ZB  70501-0094-00  5.00
50 ml(rx compounding only)
  ZB  10812-9400-01  5.00

**VELBAN**
Lilly, Eli, & Co.  OBRA
Vial
10mg (Rx)
1 ea(ampoule)  AP  00002-1452-01  38.92

**VELOSEF**
Apothecon, Div Bristol Myers Squibb OBRA
Capsule
250mg (Rx)
HCFA 8.01  BLP  n/a
24 ea  AB  00003-0113-24  18.19  21.60
Susp Recon
125mg/5ml (Rx)
HCFA 6.69  BLP  7.37
100 ml  AB  00003-1193-50  7.94  9.43
200 ml  AB  00003-1193-80  15.69  18.64
250mg/5ml (Rx)
HCFA 12.51  BLP  12.97
100 ml  AB  00003-1194-50  14.89  17.69
200 ml  AB  00003-1194-80  29.49  35.02
Capsule
250mg (Rx)
HCFA 33.38  BLP  53.69
100 ea  AB  00003-0113-50  72.41  85.99
500mg (Rx)
HCFA 15.82  BLP  n/a
24 ea  AB  00003-0114-26  35.80  42.51
HCFA 65.93  BLP  101.87
100 ea  AB  00003-0114-50  142.22  168.89

**VENOGLOBULIN-I**
Alpha Therapeutic Corp.
Vial
2.5g (Rx)
HCFA n/a  BLP  153.41
1 ea(w/50ml diluent)
  ZB  49669-1603-01  152.05
5g (Rx)
HCFA n/a  BLP  304.41
1 ea(w/100ml diluent)
  ZB  49669-1603-01  304.10
10g (Rx)
HCFA n/a  BLP  593.93
1 ea(w/diluent & iv set)
  ZB  49669-1604-01  606.20

**VENOGLOBULIN-S**
Alpha Therapeutic Corp.
Vial
5% (Rx)
50 ml(2.5gm vial w/iv set)
  ZB  49669-1612-01  190.38
100 ml(5gm vial with iv set)
  ZB  49669-1613-01  380.75
200 ml(10gm vial w/iv set)
  ZB  49669-1614-01  761.50
10% (Rx)
50 ml(5gm vial w/iv set)
  ZB  49669-1622-01  400.00
100 ml(10gm vial w/iv set)
  ZB  49669-1623-01  800.00
200 ml(20gm vial w/iv set)
  ZB  49669-1624-01  1600.00

**VENOMIL INDIVIDUAL DIAGNOSTIC**
Bayer Allergy
Vial
12mcg (Rx)
1 ea(honey bee, w/diluent)
  ZB  00118-9940-11  10.30
1 ea(wasp, w/diluent)
  ZB  00118-9943-11  10.30
1 ea(wh-face hornet, w/dil)
  ZB  00118-9941-11  10.30
1 ea(yel hornet, w/diluent)
  ZB  00118-9942-11  10.30
1 ea(yel jacket, w/dil)
  ZB  00118-9944-11  10.30

**VENOMIL MAINTENANCE**
Bayer Allergy
Vial
120mcg (Rx)
1 ea(honey bee, 6 vials)
  ZB  00118-9940-12  47.50
1 ea(wasp, 6 vials)
  ZB  00118-9943-12  69.20
1 ea(wh-face hornet, 6 vl)
  ZB  00118-9941-12  61.00
1 ea(yellow hornet, 6 vl)
  ZB  00118-9942-12  61.00
1 ea(yellow jacket, 6 vl)
  ZB  00118-9944-12  61.00
360mcg (Rx)
1 ea(mixed vespid, 6 vial)
  ZB  00118-9945-12  120.80

**VENOSET T-TYPE W/CAIR CLAMP**
Abbott Labs, Hospital Products Div.
Infus.Set (Rx)
1 ea(nonvented)
  ZB  00074-1879-58  8.86  10.52

**VENTOLIN**
Allen & Hanburys, Div. Glaxo Inc.  OBRA
Tablet
2mg (Rx)
HCFA 3.75  BLP  25.04
100 ea  AB  00173-0341-43  32.50
Solution
0.83mg/ml (Rx)
3 ml(ud, 25's, nebules)
  AN  00173-0419-00  32.40
5mg/ml (Rx)
HCFA n/a  BLP  14.35
20 ml  AN  00173-0385-58  15.53

Allen & Hanburys, Div. Glaxo Inc.  OBRA  (T)
Aerosol
90mcg (Rx)
HCFA n/a  BLP  21.31
17 gm  BN  00173-0321-88  24.05

Allen & Hanburys, Div. Glaxo Inc.  OBRA
Syrup
2mg/5ml (Rx)
HCFA 17.69  BLP  26.87
480 ml  AA  00173-0351-54  29.14

Allen & Hanburys, Div. Glaxo Inc.  OBRA  (T)
Aer Refill
90mcg (Rx)
HCFA n/a  BLP  21.31
17 gm  BN  00173-0321-98  22.20

Allen & Hanburys, Div. Glaxo Inc.  OBRA
Tablet
2mg (Rx)
HCFA 18.75  BLP  118.75
500 ea  AB  00173-0341-44  154.28
4mg (Rx)
HCFA 6.38  BLP  37.35
100 ea  AB  00173-0342-43  48.43
HCFA 31.90  BLP  176.97
500 ea  AB  00173-0342-44  230.38

**VENTOLIN ROTACAPS**
Allen & Hanburys, Div. Glaxo Inc.  OBRA
Cap W/Dev
200mcg (Rx)
24 ea(24 caps w/rotahaler)
  ZC  00173-0389-03  19.51
100 ea(100 caps w/rotahaler)
  ZC  00173-0389-01  28.42
Capsule
200mcg (Rx)
100 ea(rotacaps)
  ZC  00173-0389-02  24.08

**VEPESID**
Bristol-Myers Oncology Division  OBRA
Vial
20mg/ml (Rx)
25 ml  AP  00015-3061-20  532.30  638.87
Capsule
50mg (Rx)
20 ea  ZC  00015-3091-45  555.93  667.23
Vial
20mg/ml (Rx)
HCFA n/a  BLP  132.86
5 ml  AP  00015-3095-20  109.19  131.05
7.5 ml  AP  00015-3084-20  163.79  196.58
50 ml  AP  00015-3062-20  1037.31  1244.98



**AD  AMERICAN DRUGGIST**
SERVING PHARMACISTS SINCE 1871
Prescription Drugs C•420

HHD013-0360

| PROD/MFG | NDC/UPC | DP/♦SRP | AWP | PROD/MFG | NDC/UPC | DP/♦SRP | AWP | PROD/MFG | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **ARISTOSPAN** Fujisawa Usa, Inc. OBRA | | | | 240mg (Rx) 100 ea ZB | 00456-0463-01 | | 45.10 | | | | |
| Vial 5mg/ml (Rx) | | | | 300mg (Rx) 100 ea ZB | 00456-0464-01 | | 55.90 | **Atenolol Tablets** MYLAN | | | |
| 5 ml ZA | 00469-5118-05 | 9.95 | 12.44 | 15mg (Rx) 100 ea ZB | 00451-457-01 | | 7.87 | | | | |
| **ARISTOSPAN PARENTERAL** Fujisawa Usa, Inc. OBRA | | | | **ARTANE** Wyeth-Ayerst OBRA | | | | **ASENDIN** Wyeth-Ayerst OBRA | | | |
| Vial 20mg/ml (Rx) | | | | Elixir 2mg/5ml (Rx) | | | | Tablet 50mg (Rx) | | | |
| 5 ml ZA | 00469-5119-05 | 15.33 | 19.16 | 480 ml AA | 00005-4440-65 | 27.65 | 34.56 | HCFA 67.88 BLP | | 88.27 | |
| 1 ml ZA | 57317-0205-01 | 6.82 | 8.53 | Tablet 2mg (Rx) | | | | 100 ea AB | 00005-5390-23 | 100.33 | 125.41 |
| **ARM-A-MED (ALBUTEROL SULFATE)** Astra Pharmaceutical Products, Inc. OBRA | | | | 100 ea(u-d) AA | 00005-4434-60 | 18.04 | 22.55 | HCFA 67.88 BLP | | n/a | |
| Solution 0.83mg/ml (Rx) | | | | HCFA n/a BLP | | 97.38 | | 100 ea(u-d) AB | 00005-5390-60 | 110.45 | 138.06 |
| 3 ml(25's, u-d) ZA | 00186-1491-04 | | 25.37 | 1000 ea AA | 00005-4434-34 | 101.72 | 127.15 | HCFA 339.40 BLP | | n/a | |
| 3 ml(60's, u-d) ZA | 00186-1491-17 | | 60.22 | 5mg (Rx) | | | | 500 ea AB | 00005-5390-31 | 476.58 | 595.73 |
| 5mg/ml (Rx) HCFA n/a BLP | 14.35 | | | HCFA n/a BLP | | 28.10 | | 100mg (Rx) | | | |
| 20 ml ZA | 00186-1490-01 | | 11.25 | 100 ea AA | 00005-4436-23 | 27.34 | 34.18 | HCFA 112.50 BLP | | 145.16 | |
| **ARM-A-MED (ISOETHARINE HCL)** Astra Pharmaceutical Products, Inc. OBRA | | | | 100 ea(u-d) AA | 00005-4436-60 | 31.54 | 39.43 | 100 ea AB | 00005-5391-23 | 167.37 | 209.21 |
| Vial-Neb. 0.6mg/ml (Rx) | | | | 2mg (Rx) HCFA n/a BLP | | 13.83 | | HCFA 112.50 BLP | | n/a | |
| 4 ml(100's, u-d) ZC | 00186-4110-01 | | 57.37 | 100 ea AA | 00005-4434-23 | 13.75 | 17.19 | 100 ea(u-d) AB | 00005-5391-60 | 177.70 | 222.13 |
| 1.25mg/ml (Rx) | | | | **ASACOL** P & G Pharm OBRA | | | | 150mg (Rx) HCFA 55.43 BLP | | 69.44 | |
| 4 ml(100's, u-d) AN | 00186-4112-01 | | 57.37 | Tablet Ec 400mg (Rx) | | | | 30 ea AB | 00005-5392-38 | 79.15 | 98.94 |
| 1.67mg/ml (Rx) | | | | 100 ea ZC | 00149-0752-02 | | 59.41 | 25mg (Rx) | | | |
| 3 ml(100's, u-d) ZB | 00186-4111-01 | | 57.37 | **ASCOR-B-SOL IN DEXTROSE** Baxter Health | | | | HCFA 41.48 BLP | | 54.35 | |
| 2mg/ml (Rx) | | | | Iv Soln 5% (Rx) | | | | 100 ea AB | 00005-5389-23 | 61.68 | 77.10 |
| 2 ml(100's, u-d) AN | 00186-4113-01 | | 57.37 | 1000 ml(6's) ZB | 00338-0207-04 | | 31.08 | **ASMALIX** Pharmaceuticals, Inc. | | | |
| 2.5mg/ml (Rx) | | | | **ASCORBIC ACID** American Regent OBRA | | | | Elixir 80mg/15ml (Rx) | | | |
| 2 ml(100's, u-d) AN | 00186-4115-01 | | 57.37 | Vial 500mg/ml (Rx) | | | | HCFA 21.12 BLP | | 20.85 | |
| **ARM-A-MED (METAPROTERENOL)** Astra Pharmaceutical Products, Inc. OBRA | | | | HCFA n/a BLP | | 7.46 | | 3840 ml ZA | 00436-0506-28 | | 10.94 |
| Solution 4mg/ml (Rx) | | | | 50 ml ZB | 00517-5050-01 | | 4.38 | **ASPIRIN** See EASPRIN (Parke-Davis-Div. Warner-Lambert Co.) | | | |
| 2.5 ml(100's, u-d) AN | 00186-4131-01 | | 68.68 | **Consolidated Midland Corp.** Vial 500mg/ml (Rx) | | | | See ZORPRIN (Knoll Labs) | | | |
| 6mg/ml (Rx) | | | | HCFA n/a BLP | | 7.46 | | **Goldline Laboratories** OBRA Tablet Ec | | | |
| 2.5 ml(100's, u-d) AN | 00186-4130-01 | | 68.68 | 50 ml ZB | 00223-7186-50 | | 7.50 | 975mg (Rx) HCFA n/a BLP | | 13.61 | |
| **ARMOUR THYROID** Forest Pharmaceuticals Inc. OBRA | | | | 2 ml(25's) ZB | 00223-8875-02 | | 60.00 | 100 ea ZB | 00182-1065-01 | 8.81 | 13.20 |
| Tablet 30mg (Rx) | | | | **H.L. Moore, Division Moore Medical Corp.** OBRA Vial | | | | **H.L. Moore, Division Moore Medical Corp.** OBRA Tablet Ec | | | |
| HCFA n/a BLP | | 5.62 | | 250mg/ml (Rx) | | | | 975mg (Rx) | | | |
| 100 ea ZB | 00456-0458-01 | | 9.22 | 30 ml ZB | 00839-6425-36 | | 3.50 | HCFA n/a BLP | | 13.61 | |
| 100 ea(u-d, 10x10) ZB | 00456-0458-63 | | 16.19 | **Keene Pharmaceuticals, Inc.** OBRA Vial | | | | 100 ea ZB | 00839-7404-06 | | 11.48 |
| HCFA n/a BLP | | 16.72 | | 222mg/ml (Rx) 30 ml ZB | 00588-5261-90 | | 3.95 | Tablet Sa 800mg (Rx) | | | |
| 1000 ea ZB | 00456-0458-00 | | 73.64 | **Pasadena Research Laboratories, Inc.** Vial | | | | HCFA n/a BLP | | 10.22 | |
| 50000 ea ZB | 00456-0458-69 | | 2376.00 | 250mg/ml (Rx) 30 ml ZB | 00418-2721-30 | | 7.52 | 100 ea ZB | 00839-7259-06 | | 8.03 |
| 60mg (Rx) HCFA n/a BLP | | 6.30 | | 500mg/ml (Rx) HCFA n/a BLP | | 7.46 | | **Invamed Inc.** OBRA Tablet Ec 975mg (Rx) | | | |
| 100 ea ZB | 00456-0459-01 | | 10.25 | 50 ml(sdv) ZB | 00418-3460-50 | | 9.57 | HCFA n/a BLP | | 13.61 | |
| 100 ea(u-d, 10x10) ZB | 00456-0459-63 | | 17.21 | Ampul 250mg/ml (Rx) | | | | 100 ea ZB | 52189-0220-24 | | 16.85 |
| HCFA n/a BLP | | 18.26 | | 2 ml(25's) ZB | 00418-0457-82 | | 39.00 | 500 ea ZB | 52189-0220-29 | | 80.04 |
| 1000 ea ZB | 00456-0459-00 | | 99.02 | **Schein Pharmaceutical, Inc.** OBRA Ampul | | | | **Major Pharmaceuticals, Inc.** OBRA Tablet Ec | | | |
| 5000 ea ZB | 00456-0459-51 | | 384.65 | 250mg/ml (Rx) | | | | 975mg (Rx) | | | |
| 50000 ea ZB | 00456-0459-69 | | 2640.00 | 2 ml(25's) ZB | 00364-2361-42 | | 36.80 | HCFA n/a BLP | | 13.61 | |
| 90mg (Rx) | | | | Vial 222mg/ml (Rx) | | | | 100 ea ZB | 00904-0582-60 | | 14.50 |
| 100 ea ZB | 00456-0460-01 | | 16.19 | 30 ml(250mg na ascorbate) ZB | 00364-6635-56 | | 4.20 | Tablet Sa 800mg (Rx) | | | |
| 120mg (Rx) HCFA n/a BLP | | 7.09 | | **Steris Products** OBRA Ampul | | | | HCFA n/a BLP | | 10.22 | |
| 100 ea ZB | 00456-0461-01 | | 18.95 | 250mg/ml (Rx) | | | | 100 ea ZB | 00904-0585-60 | | 12.85 |
| 100 ea(u-d, 10x10) ZB | 00456-0461-63 | | 21.46 | 2 ml(25's) ZB | 00402-0457-82 | | 36.80 | **Parmed Pharmaceuticals, Inc.** OBRA Tablet Sa | | | |
| HCFA n/a BLP | | 26.34 | | Vial 222mg/ml (Rx) | | | | 800mg (Rx) HCFA n/a BLP | | 10.22 | |
| 1000 ea ZB | 00456-0461-00 | | 189.58 | 30 ml ZB | 00402-0080-30 | | 4.20 | 100 ea ZB | 00349-8784-01 | | 9.79 |
| 50000 ea ZB | 00456-0461-69 | | 4891.00 | 500mg/ml (Rx) HCFA n/a BLP | | 7.46 | | **Rugby Laboratories, Inc.** OBRA Tablet Ec | | | |
| 180mg (Rx) ZB | 00456-0462-01 | | 30.10 | 50 ml ZB | 00402-1083-50 | | 5.30 | 975mg (Rx) HCFA n/a BLP | | 13.61 | |
| HCFA n/a BLP | | 33.84 | | | | | | 100 ea ZB | 00536-3321-01 | | 11.55 |
| 1000 ea ZB | 00456-0462-00 | | 301.11 | | | | | (continued on following page) | | | |