# EXHIBIT 31

US    J7645

*RED BOOK(TM) for Windows®*                                    *Release: JULY, 1997*

## Manufacturers/Distributors of IPRATROPIUM BROMIDE   10290 per ml

| Manufacturer | Product Name | Repackager |
|---|---|---|
| ALLSCRIPS PHARMACEUTICAL INC. | ATROVENT | Y |
| BOEHRINGER INGELHEIM PHARMACEUTICALS,INC. | ATROVENT | N |
| CHESHIRE DRUGS | ATROVENT | Y |
| COMPUMED PHARMACEUTICALS, INC. | ATROVENT | Y |
| COMPUMED PHARMACEUTICALS, INC. | IPRATROPIUM BROMIDE | N |
| DEY LABORATORIES | IPRATROPIUM BROMIDE | N |
| GALLIPOT, INC. | IPRATROPIUM BROMIDE | N |
| MEDISCA INC. | IPRATROPIUM BROMIDE HYDROUS | N |
| PHYSICIANS TOTAL CARE | ATROVENT | Y |
| QUALITY CARE PHARMACEUTICALS, INC. | ATROVENT | Y |
| ROXANE LABORATORIES, INC. | IPRATROPIUM BROMIDE | N |

Generics Cheaper.

*Copyright © 1997, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.*      *Page 1*

*RED BOOK(TM) for Windows®*                                                                 *Release: JULY, 1997*

## NDC Product Listing

| Product | Manuf/Dist | NDC | Form | Strength | Size | UD | AWP |
|---|---|---|---|---|---|---|---|
| ATROVENT | Allscrips | 54569-1006-00 | ARD | 0.018 MG/INH | 14 gm | | 31.48 |
| ATROVENT | Allscrips | 54569-4420-00 | SPR | 0.03% | 30 ml | | 34.78 |
| ATROVENT | Allscrips | 54569-4421-00 | SPR | 0.06% | 15 ml | | 29.81 |
| ATROVENT | Boehr Ingelheim | 00597-0082-14 | ARD | 0.018 MG/INH | 14 gm | | 31.48 |
| ATROVENT | Boehr Ingelheim | 00597-0082-18 | ARO | 0.018 MG/INH | 14 gm | | 28.79 |
| ATROVENT | Boehr Ingelheim | 00597-0080-62 | SOL | 0.02% | 2.5 ml 25s | U | 51.43 ÷62.5 =.92 |
| ATROVENT | Boehr Ingelheim | 00597-0081-30 | SPR | 0.03% | 30 ml | | 34.78 |
| ATROVENT | Boehr Ingelheim | 00597-0086-76 | SPR | 0.06% | 15 ml | | 29.81 |
| ATROVENT | Cheshire | 55175-1382-01 | ARD | 0.018 MG/INH | 14 gm | | 39.85 |
| ATROVENT | Compumed | 00403-0645-18 | SOL | 0.02% | 2.5 ml 25s | | 49.95 ÷62.5=.80 |
| ATROVENT | Phys Total Care | 54868-1439-01 | ARD | 0.018 MG/INH | 14 gm | | 32.92 |
| ATROVENT | Quality Care | 60346-0137-47 | ARD | 0.018 MG/INH | 14 gm | | 32.76 |
| IPRATROPIUM BROMIDE | Compumed | 00403-0229-18 | SOL | 0.02% | 2.5 ml 25s | | 40.30 ÷62.5=.64 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-03 | SOL | 0.02% | 2.5 ml 25s | U | 44.10 ÷62.5=.70 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-60 | SOL | 0.02% | 2.5 ml 60s | U | 105.60 ÷150=.70 |
| IPRATROPIUM BROMIDE | Gallipot | 51552-0393-01 | POW | | 1 gm | | 143.75 |
| IPRATROPIUM BROMIDE | Gallipot | 51552-0393-05 | POW | | 5 gm | | 546.25 |

HHD051-0080

*Copyright © 1997, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.*

*Release: JULY, 1997*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-11 | SOL | 0.02% | 2.5 ml 25s | U | 44.06 |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-13 | SOL | 0.02% | 2.5 ml 30s | U | 52.87 |
| IPRATROPIUM BROMIDE HYDROUS | Medisca | 38779-0569-11 | POW | | 1 gm | | 90.00 |
| IPRATROPIUM BROMIDE HYDROUS | Medisca | 38779-0569-15 | POW | | 5 gm | | 405.00 |
| IPRATROPIUM BROMIDE HYDROUS | Medisca | 38779-0569-25 | POW | | 25 gm | | 1822.50 |
| IPRATROPIUM BROMIDE HYDROUS | Medisca | 38779-0569-10 | POW | | 100 gm | | 4500.00 |

HHD051-0081

*Copyright © 1997, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.*