EXHIBIT 33



EXHIBIT
Abbott #36
3-6-07
PENGAD 800 631-6989

*R p38*

# LATELINES

## Generic rebates hurt consumers

If Uncle Sam imposes generic drug rebates, consumers will pay more, warned Lewis Engman, president, Generic Pharmaceutical Industry Association. Speaking at the International Business Communications conference, Engman added that rebates would be a bigger threat to availability of low-cost drugs than the current round of consolidation in the pharmaceutical industry.

## Search begins to replace Oddis

A 10-member committee has been appointed to find a successor for ASHP executive v.p. Joseph Oddis, who will retire at the end of 1997. The search and screen committee is chaired by Paul Abramowitz, director of pharmaceutical services, University of Minnesota Hospitals and Clinics.

## APhA readies protocol guide, depression CE

APhA is developing a guidebook to help practitioners in various settings construct, use, and evaluate disease-specific therapeutic pharmaceutical protocols. The guidebook, which will involve more than 200 practitioners, also will contain up to 50 sample protocols. It is being funded through a grant from Marion Merrell Dow. In other news, APhA is releasing a continuing education special report on therapeutic options for treating depression. Sent to 100,000 pharmacists, the report was supported by an educational grant from Wyeth-Ayerst Laboratories.

## Tom Turner heads for Tucson

Tom Turner has retired as chairman and CEO with Pharmacists Public Relations Bureau & Associated Druggists. He retires to Tucson after 17 years with the organization. Prior to joining PPRB, Turner spent 29 years with wholesalers McKesson & Robbins and Meyer Brothers Drug Co.

## Limiting access heartless?

Strategies to contain health costs that restrict access to medical specialists may result in lower-quality care for heart attack patients, according to two studies published in the Oct. 27 issue of the *New England Journal of Medicine*. A study at Harvard Medical School found that primary-care physicians are less likely than cardiologists to prescribe effective drugs for heart attack patients. A separate study at Duke University found that Canadian patients are in poorer health a year after a heart attack than patients in the United States. Canada has less access to heart specialists than the United States, said Duke.

## Mangum named to new post at Perry D.S.

Larry R. Mangum has been appointed director of pharmacy systems development at Perry Drug Stores. Mangum, who worked at Perry in the late 1970s, rejoins the company from Value Rx Inc., where he was director of applications/systems. In other news, Perry just opened five new pharmacies, two of which have drive-through windows, a first for Perry. With the new stores, the chain operates a total of 216 drugstores in Michigan.

## States pick up reform ball

With the demise of the federal health-care reform plan, state legislators may fight for reform at their own level, said Val J. Halamandaris, president of the National Association for Home Care, at the group's 13th Annual Meeting & Home-care exhibition, held recently in Chicago. NAHC should lend a hand to the states, as well as to home health-care agencies that are dealing with different aspects of managed care, such as mergers and vertical and horizontal integration, Halamandaris urged. "We have to help them survive."

## HCFA taking hard look at drug costs

HCFA is trying to develop an estimate of the difference between the actual acquisition cost of Rxs and the AWP. The data, which are being sought from 48 randomly selected chain and independent pharmacies in 12 randomly selected states, will be ammunition in next year's battle over extension of the moratorium on states cutting Medicaid Rx reimbursements. The four-year ban expires Dec. 31.

## D&K completes Northern merger

D&K Wholesale Drug Inc. has completed its previously announced acquisition of Northern Drug wholesale company of Duluth, Minn. Northern will operate as a division of D&K. Steven B. Goldfine will continue as Northern's president and join D&K's board of directors.