EXHIBIT 34



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of Inspector General

Washington, D.C. 20201

NOV 18 1994

Marshall E. Kelley
Director of Medicaid
Agency for Health Care
 Administration
1317 Winewood Boulevard
Building B, Room 233
Tallahassee, Florida 32399-0700

Dear Mr. Kelley,

The Office of Inspector General (OIG), at the request of the Health Care Financing Administration (HCFA), is conducting a nationwide review of pharmacy acquisition cost for drugs reimbursed under the Medicaid program. The objective of the review is to develop a nationwide estimate of the difference between the actual acquisition cost of drugs and the average wholesale price. The purpose of this letter is to request your assistance in the performance of this review.

Your State was 1 of 11 States randomly selected for this review. Additionally, we have randomly selected 60 pharmacies in your State from which we will request invoices. The sample selected is comprised of 12 pharmacies from each of 5 categories; (1) urban-independent, (2) urban-chain, (3) rural-independent, (4) rural-chain, and (5) non-traditional pharmacies such as nursing homes, hospitals, home IV, etc.

On August 30-31, 1994, we met with Susan McLeod of your staff, as well as Medicaid pharmacy program representatives from other States in the review, to develop a strategy for accomplishing this review. At the meeting, we drafted a standard letter to be sent to the pharmacies detailing our request for information. Your State has already provided a listing of the Medicaid pharmacy providers from which the sample of pharmacies was selected. Additionally, we are planning another meeting, in which we would like your staff's participation, after the review is completed to discuss the presentation of the results.

We are asking that you assist us in sending letters to the selected pharmacies in your State. As we discussed at our conference in August, we prefer that the letters be sent on your State letterhead. We have enclosed a copy of the standard letter (Enclosure A), the names and addresses of the selected pharmacies (Enclosure B), a Pharmacy Information Form (Enclosure C), and return envelopes for use by the pharmacies. An electronic copy of the letter and the pharmacy addresses in wordperfect format is also included.



EXHIBIT
91
6/24/08

HHD144-0151   F

Page 2 - Mr. Marshall E. Kelley

Please contact Bill Shrigley or Paul Chesser at 1-800-527-8323 if you have any questions or comments. Bill and Paul will also be glad to assist you in sending the letters to the pharmacies. Your cooperation in this matter will be greatly appreciated.

                              Sincerely yours,

                              George M. Reeb
                              Assistant Inspector General
                               for Health Care Financing Audits

Enclosures

cc:    Susan McLeod
       Pharmacy Program Manager

Page 3 - Mr. Marshall E. Kelley

cc:
OAS Reading File
HCF Audits Control File
HCF Audits Auditor's Copy
HCF Audits Central File:_____
Suspense List:_____ Recorded By:_____
PROOFED:_____
B.JACKSON:nc:11/18/94
C:ST_LTTR.FL

Enclosure A

(State Agency Letterhead)

Dear Pharmacy Provider:

At the request of the Health Care Financing Administration (HCFA), Florida is participating with the Office of Inspector General (OIG) in conducting a nationwide review of drug acquisition costs of Medicaid pharmacy providers. Florida is 1 of 11 States selected as part of the review.

Your pharmacy is 1 of 60 pharmacies randomly selected from Florida to participate in this review. The sample selection reflects different categories of pharmacies including rural, urban, chain, independent, and others.

In order to ensure the validity of this study, the OIG requires that you provide the following information:

- o A copy of the largest invoice for (Insert Month) of 1994 from each source of supply. The largest invoice is defined as the invoice with the largest number of legend drug line items. Sources of supply include wholesalers, chain warehouse distribution centers, generic distributors, and direct manufacturer purchases.

- o A copy of the billing statement for the corresponding invoice from each source of supply.

- o A completed information form (enclosed).

Please be assured that the information you provide will be kept confidential and will be strictly used for the purposes of this review. As part of the OIG's quality assurance program, your information may be subject to an on-site review.

The completed information should be returned to the OIG in the enclosed pre-addressed stamped envelope no later than 15 days from the date of this letter. We appreciate your cooperation in this matter. Should you have any questions regarding our request, please contact William Shrigley or Paul Chesser of the OIG at 1-800-527-8323.

Sincerely,

(State Agency Official)

Enclosure

HHD144-0154

Enclosure A

Enclosure C

# Confidential

## Pharmacy Information Form

Pharmacy Name: _____

Address: _____

_____

_____

Phone Number: _____

Contact Person: _____

Type of Pharmacy
(Check Appropriate Block(s))

| | |
|---|---|
| Independent Retail Pharmacy | ☐ |
| Chain (four or more stores) Pharmacy | ☐ |
| Other: | |
|     Nursing Home Pharmacy | ☐ |
|     Hospital Outpatient Pharmacy | ☐ |
|     Home I.V. Pharmacy | ☐ |
|     Mail Order Pharmacy | ☐ |
|     County Public Health Unit Pharmacy | ☐ |
|     Public Health Entity | ☐ |

HHD144-0155

URBAN - INDEPENDENT

| | |
|---|---|
| BROWN PHARMACY<br>312 WEST 8TH STREET<br>JACKSONVILLE, FL 32206 | April |
| X-TRA DISCOUNT DRUGS<br>C/O ALLEN MEDICAL SVCS., INC<br>5540 GALL BLVD.<br>ZEPHYRHILLS, FL 34248 | May |
| TRAFFORD DRUGS INC<br>DBA/MCLENDON DRUGS<br>400 NORTH 15TH ST.<br>IMMOKALEE, FL 33934 | June |
| MUSE DRUG CORP D/B/A LUDLUM DRUGS<br>1601 S W 67 AVE<br>WEST MIAMI, FL 33155 | July |
| HUBER DRUGS<br>P O BOX 1630<br>331 E ATLANTIC AVE<br>DELRAY BEACH, FL 33444 | August |
| JUSTA FARMACIA<br>3436 SW 8TH ST<br>MIAMI, FL 33135 | September |
| SAVE MORE DRUGS<br>SUITE 1191<br>745 ORIENTA AVENUE<br>ALTAMONTE SPRINGS, FL 32701 | January |
| PEPE'S PHARMACY INC<br>10845 SW 40TH ST<br>MIAMI, FL 33165 | February |
| MARSHALLS PHARMACY<br>741 MONTROSE STREET FL<br>CLERMONT, FL 32711 | March |
| FARMACIA FINA INC.<br>NAVARRO ANGEL RAFAEL, PREST.<br>1000 E. 4 AVE.<br>HIALEAH, FL 33010 | April |
| CHARLIES DRUGS<br>12420 PALM BEACH BLVD<br>FORT MYERS, FL 33905 | May |
| FIFTH AVENUE PHARMACY<br>401 W. ATLANTIC AVE<br>DELRAY BEACH, FL 33444 | June |

Enclosure B
Page 2 of 5

URBAN - CHAIN

| | |
|---|---|
| WALGREENS #02091<br>#164<br>7800 HIGHWAY 17-92<br>FERN PARK, FL 32790 | July |
| PUBLIX PHARMACY #7365<br>CENTER OF BONITA SPRINGS<br>3306 BONITA BEACH RD<br>BONITA SPRINGS, FL 33923 | August |
| WALGREENS #00933<br>1149 APALACHEE PARKWAY<br>TALLAHASSEE, FL 32301 | September |
| WAL-MART PHARMACY 10-1444<br>9119 MERRILL SUITE 50<br>JACKSONVILLE, FL 32211 | January |
| WALGREENS #02394<br>1527 N. SINGLETON AVE.<br>TITUSVILLE, FL 32796 | February |
| KMART PHARMACY #4723<br>1650 AIRPORT BLVD.<br>PENSACOLA, FL 32504 | March |
| KASH N KARRY #892<br>FLORIDA FOOD DIV-LUCKY<br>5320 ENRLICH RD<br>TAMPA, FL 33624 | April |
| ECKERD DRUGS #2652<br>5402 CENTRAL FL. PKWY.<br>ORLANDO, FL 32821 | May |
| ECKERD DRUGS #48<br>1733 N. DALE MABRY HWY<br>TAMPA, FL 33607 | June |
| ECKERD DRUGS #137<br>3530 WEST DAVID BLVD<br>FT. LAUDERDALE, FL 33312 | July |
| ECKERD DRUGS #2100<br>3345 U.S. HWY 441<br>FRUITLAND, FL 32731 | August |
| WALGREENS #01006<br>260 E. EAU GALLIE BLVD<br>INDIAN HARBOUR, FL 32937 | September |

Enclosure B
Page 3 of 5

RURAL - INDEPENDENT

| | |
|---|---|
| COBO PHARMACY<br>937 FLEMING STREET<br>KEY WEST, FL 33040 | January |
| GILBERT DRUGS<br>301 S CIRCLE<br>SEBRING, FL 33870 | February |
| GOLDEN PHARMACY, INC.<br>218 NORTH MAIN STREET<br>BLOUNTSTOWN, FL 32424 | March |
| JACKSON DRUG STORE<br>166 DOGWOOD STREET<br>MONTICELLO, FL 32344 | April |
| CARRABELLE MEDICAL PHARMACY<br>206 S. MERIDAN ST.<br>CARRABELLE, FL 32322 | May |
| FISHER PHCY<br>12 BALDWIN AVENUE<br>PO BOX 169<br>DEFUNIAK SPRINGS, FL 32433 | June |
| PERKINS CLINIC PHARMACY<br>2300 5TH AVE.<br>VERO BEACH, FL 32960 | July |
| BAY STREET PHARMACY<br>7746 BAY STREET, BOX 368<br>ROSELAND, FL 32957 | August |
| THE APOTHECARY<br>VILLAGE SQUARE<br>HWY 136A<br>DOWLING PARK, FL 32060 | September |
| HEARTLAND PHARMACY<br>6801 US HWY 27 NORTH<br>SEBRING, FL 33872 | January |
| PARAMORE'S PHARMACY<br>4314 5TH AVENUE<br>MARIANNA, FL 32446 | February |
| LAKE PLACID DRUG CO., INC.<br>208 E INTERLAKE BLVD<br>LAKE PLACID, FL 33852 | March |
| JACKSONS DRUG STORE<br>607 GRAND ST.<br>GREENVILLE, FL 32331 | April |

HHD144-0158

Enclosure B
Page 4 of 5

## RURAL - CHAIN

| Pharmacy | Month |
|---|---|
| RITE AID OF FLA. #2030<br>839 PINEWOOD DRIVE S.W.<br>LIVE OAK, FL  32060-4495 | May |
| WAL-MART #10-1205<br>1160 S. 6TH ST<br>MACCLENNY, FL  32063 | June |
| CITY DRUGS-CHIPLEY<br>400 SOUTH BLVD., WEST<br>CHIPLEY, FL  32428 | July |
| WAL-MART #10-0811<br>FL. HWY 70 EAST & TURNER<br>ARCADIA, FL  33821 | August |
| WALGREENS #01547<br>13415 U.S. 1<br>ROSELAND(SEBASTIAN)<br>SEBASTIAN, FL  32958 | September |
| WALGREENS 02777<br>2805 NORTH ROOSEVELT BLVD.<br>KEY WEST, FL  33040 | January |
| RITE AID PHARMACY # 3433<br>LAKE GROVE SHOPPING CENTER<br>919 N. SUMMIT HWY # 17<br>CRESCENT CITY, FL  32112 | February |
| RITE AID PHARMACY # 899<br>CENTENNIAL SQ S/C<br>412 E. NOBLE AVE.<br>WILLISTON, FL  32696 | March |
| PUBLIX PHARMACY # 7475<br>2685 N. FOREST RIDGE BLVD.<br>HERNANDO, FL  34442 | April |
| ECKERD DRUGS #258<br>1405 E. OAK STREET<br>ARCADIA, FL  33821 | May |
| WALGREENS #01018<br>4546 S SUNCOAST BLVD<br>HOMASASSA SPRINGS, FL  32646 | June |
| KASH N KARRY #702<br>1651 S.E. HIGHWAY 19<br>CRYSTAL RIVER, FL  32629 | July |

HHD144-0159

Enclosure B
Page 5 of 5

OTHER

MANATEE CO HLTH DEPT
410 6TH AVE EAST
(PHARMACY)
BRADENTON, FL  34208

ROCHE PROFESSIONAL SERVICE
1000 PARK CENTRE BLVD.
SUITE 128
MIAMI, FL  33169

GARDENS I.V. ASSOC., INC.
11211 PROSPERITY FARMS ROAD
SUITE C-211
PALM BEACH GARDENS, FL  33410

OWEN HEALTHCARE, INC.
3600 SOUTH HIGHLANDS AVE.
SEBRING, FL  33870

METHODIST REGIONAL PHARMACY
580 WEST 8TH ST.
JACKSONVILLE, FL  32209

CORAL MEDICAL EQUIPMENT SP
89015 OVERSEAS HIGHWAY
SUITE 3
TAVERNIER, FL  33070

APOPKA FAMILY HEALTH CTR PHARMACY
225 EAST 7TH STREET
(VETRANS HEALTH CARE ACT)
APOPKA, FL  32703

UNI-SCRIPT PHARMACEUTICAL
SYSTEM C
1145 S. TAMIAMI TRAIL
SARASOTA, FL  34237

PALM BCH CNTY HEALTH CARE DISTRICT
110 NORTH "F" ST
LAKE WORTH, FL  33460

PALM BCH CNTY HEALTH CARE DISTRICT
PBC COMMUNITH PHARMACY
38754 STATE ROAD 80
BELLE GLADE, FL  33430

HRS CENTRAL PHARMACY
2818 MAHAN DRIVE
TALLAHASSEE, FL  32308-5410

UNI-SCRIPT PHARMACEUTICAL
THE MEDICINE SHOPPE
3931 CENTRAL AVE
ST PETERSBURG, FL  33713

HHD144-0160    L