EXHIBIT 36

313

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - -x

IN RE: PHARMACEUTICAL INDUSTRY         : MDL NO. 1456

AVERAGE WHOLESALE PRICE LITIGATION     : CIVIL ACTION

THIS DOCUMENT RELATES TO:              : 01-CV-12257-PBS

United States of America ex rel.       :

Ven-a-Care of the Florida Keys,        :

Inc., v. Boehringer Ingelheim          :

Corp., et al., Civil Action No.        :

07-10248-PBS and United States of      :

America, ex rel. Ven-A-Care of the     : Hon. Patti B.

Florida Keys, Inc., v. Abbott          :   Saris

Laboratories, Inc., Civil Action       :

Nos. 06-11337-PBS and                  :

07-CV-11618-PBS                        :

- - - - - - - - - - - - - - - - - - - -x

(CROSS NOTICED CAPTIONS ON FOLLOWING PAGES)

Washington, D.C.

Tuesday, October 28, 2008

VOLUME II

PAUL CHESSER

1   A.   Correct.

2   Q.   And this is the reason you provided the

3   similar stratification for the 1994 audit, correct?

4   A.   Yes.

5   Q.   And you continued to stratify based on

6   this for this 1999 audit, is that right?

7   A.   Yes.

8   Q.   Now, last time you indicated -- let's step

9   back.  How -- when you received invoices from the

10  pharmacies that were ultimately selected, how did you

11  determine which drugs you would look at on those

12  invoices?

13  A.   We looked at every drug.

14  Q.   And every drug from those invoices that

15  you happen to receive would be included in the

16  analysis for the discount of AWP, correct?

17  A.   Yes.  Unless we at some point were unable

18  to identify an AWP.

19  Q.   And where did you acquire those AWPs?

20  A.   The State of Florida provided us with the

21  price -- I think they contracted with First DataBank.

22  Q.   So was this a computer program or was this

465

1   a book?

2       A.    It was an Access database file.

3       Q.    So this Access database file from First

4   DataBank, if you could find an AWP in that file that

5   corresponded to the line item on an invoice, you

6   would consider that or you would incorporate that

7   drug or that invoice into the study, correct?

8       A.    Yes.

9       Q.    Is it accurate that you didn't exclude any

10  particular types of drugs from the analysis that you

11  were performing?

12      A.    We didn't include any over the counter

13  products.

14      Q.    But if it was a legend drug or a

15  prescription drug, you would have included that in

16  this study, correct?

17      A.    And we had a price for it.

18      Q.    And if you had an AWP price for it,

19  correct?

20      A.    Correct.

21      Q.    And is it also accurate that you didn't

22  exclude any manufacturer's drugs in particular from

1   your analysis as long as you could find an AWP for
2   that drug, is that correct?
3        A.    That's correct.
4        Q.    Other than that First DataBank file, did
5   you look at any other sources for AWPs?
6        A.    I want to say we -- we had purchased some
7   Red Books, so we might have -- if we didn't find
8   something in First DataBank, we might have gone to
9   the Red Book.  We used the Red Book a lot.  If we had
10  questions about any cities as another reference
11  source.
12       Q.    So if I understand, to sum up everything
13  that you said, if you received an invoice from a
14  pharmacy provider, and it listed a number of drug
15  items that they purchased, as long as you could find
16  an AWP either from a First DataBank source from
17  Florida or a Red Book, you would include that
18  particular line item in your analysis for this
19  report, is that correct?
20       A.    Correct.
21       Q.    Now, it indicates later on in this third
22  paragraph of the scope section that you sampled the

1    nontraditional category of pharmacies, but excluded
2    them from the estimates, is that right?
3         A.    Yes.
4         Q.    Now, this nontraditional category would
5    include home health providers, is that correct?
6         A.    Yes.
7         Q.    And nursing homes, is that right?
8         A.    Yes.
9         Q.    And is it accurate that you excluded this
10   particular category based on input you received from
11   the states for the 1994 audit, is that right?
12        A.    That's correct.
13        Q.    Because they indicated to you that
14   nontraditional pharmacies could obtain prescription
15   drugs at greater discounts from AWP than normal
16   pharmacies, is that right?
17        A.    Yes.
18        Q.    Now let's flip to the second page of this.
19   And in particular, I'm going to jump down to the
20   paragraph that starts with, since some states.  Do
21   you see that?
22        A.    Yes.

1    Q.   Okay.  It says, "since some states also
2  use wholesaler's acquisition costs in their
3  reimbursement methodology, we also compared the
4  invoice drug price to WAC for each drug for which WAC
5  was available on the pricing file."  Now, you're
6  referencing the Florida pricing file, is that right?
7    A.   Yes.
8    Q.   Now, if I recall from the 1994 audit, you
9  did not look at WAC pricing, is that right?
10   A.   That's correct.
11   Q.   Why did you examine WACs in this
12 particular audit?
13   A.   You know, I don't know if I know exactly.
14 It may have been because they were available on that
15 First DataBank file.  And since they were there, we
16 thought we might as well, or it may have been because
17 more states were using WAC.  I don't recall exactly.
18   Q.   Who made that decision?
19   A.   It would have been Bill Shrigley and Ben
20 Jackson and Gordon Sato and myself.
21   Q.   Did any state that used WAC request that
22 you look at WAC pricing for the purposes of this

469

1   audit?

2       A.   I don't recall that they did.

3       Q.   Okay.  Now let's move to the findings at

4   the bottom of this page.  It indicates, "we estimated

5   that the invoice price for generic drugs was a

6   national average of 65.93 percent below AWP."  Do you

7   see that ?

8       A.   Yes.

9       Q.   Now, the 1994 audit revealed an average

10  discount of 42.5 percent, is that right, for generic

11  drugs?

12      A.   Yes.

13      Q.   Now, this audit found an even greater

14  discrepancy between AWP and invoice prices, is that

15  right?

16      A.   Yes.

17      Q.   Now, so I understand this figure, we are

18  talking about the discount from AWP to get down to

19  the invoice price, is that right?

20      A.   Yes.

21      Q.   How -- what percentage of the AWP you

22  would have to subtract from that figure to get to an

616

1   Q.   Now, as the study went forward, by the
2   nature of the methodology that you used, there were
3   in each state, 60 pharmacies that became aware of the
4   study that OIG was doing, correct?
5       A.   Yes.
6   Q.   You indicated in your first day of
7   deposition that you received lots of calls from these
8   pharmacies, do you recall that?
9       A.   Sure.
10  Q.   Your name was in the letter, and your
11  telephone number, as I recall, that went to these
12  pharmacies, right?
13      A.   Correct.
14  Q.   When you spoke to these pharmacies, do you
15  have any recollection of specific conversations that
16  you had with any of these pharmacies?
17      A.   I don't know that I remember specific
18  conversations.  I do remember that -- a lot of
19  questions related to do we have to do this.
20  Q.   What was your answer to those who asked
21  whether you had to do this?
22      A.   I always told them we believed that they

1   did.

2       Q.   Do you recall any other topics that were
3   discussed in these -- in these conversations?
4            MR. DRAYCOTT:  Objection.
5            THE WITNESS:  No.  Not specifically.
6            BY MR. COOK:
7       Q.   Did any of the pharmacies ask you what it
8   was that OIG was doing?
9       A.   I don't recall that being -- I mean, my
10  recollection of the letter was pretty explanatory
11  when it came to the purpose of this.
12      Q.   If any of the pharmacies had asked you for
13  additional detail about what it is that you were
14  looking into, is that something that you would have
15  been free to share with the pharmacies?
16           MR. DRAYCOTT:  Objection.
17           THE WITNESS:  Sure.
18           BY MR. COOK:
19      Q.   I mean, there is nothing secret about the
20  fact that you were comparing average whole sale
21  prices to pharmacy acquisition costs, right?
22      A.   Correct.