# EXHIBIT 40

**HP OfficeJet**
**Personal Printer/Fax/Copier**

**Fax Log Report** for
Ven-A-Care
305 292 1739
Nov-10-97   10:48 AM

| Identification | Result | Pages | Type | Date | Time | Duration | Diagnostic |
|---|---|---|---|---|---|---|---|
| 12155966987 | OK | 02 | Sent | Nov-10 | 10:47A | 00:01:00 | 002486030022 |

1.3.0   2.8


EXHIBIT
Dey 313
12/8/05

2303849

VAC MDL43712



# VEN-A-CARE
## OF THE FLORIDA KEYS, INC.
A Home I.V. and Nutritional Service

933 FLEMING ST.
KEY WEST, FLA 33040
(305) 292-1635
FAX: (305) 292-1739

## FAX TRANSMITTAL SHEET

### "PERSONAL AND CONFIDENTIAL"

TO: Mr Rob Vitto

AT: CIG - Audit

FAX NO: 215-596-6987

FROM: Zach

FAX NO: 305-292-1739

DATE: 11/10/97      TIME:

RE: Albuterol

PAGES TO FOLLOW INCLUDING COVER SHEET: 2

NOTE: FORWARD THIS FAX IMMEDIATELY TO THE ADDRESSEE, AS THE DOCUMENTS CONTAINED IN THIS FAX ARE PERSONAL AND CONFIDENTIAL!! IF YOU DO NOT RECEIVE THIS FAX IN ITS ENTIRETY, PLEASE CALL SALLY SMITH AT 305-292-1635.

2303850

VAC MDL43713





2303851

VAC MDL43714