EXHIBIT 42

08/25/1995  14:20    800-949-5732              PULMO DOSE SERVICES                      PAGE  01

*Care-free Solutions*

1201 Madison Street / P.O. Box 7847 / Paducah / KY 42002-7847


pulmo dose

AUGUST 25, 1995

CRITICARE OF FLORIDA KEYS
ATTN: ZACHARY BENTLY
933 FLEMING STREET
KEY WEST, FL  33040

502-444-0318
800-326-7569
Fax: 800-326-7570

Dear ZACHARY:

Following you will find the pharmacy price quote that you requested. The quote is based upon a minimum of 40 shipments per month. In addition to the price quote here are some of the services offered FREE OF CHARGE.

1. All packages will be shipped via UPS NEXT DAY delivery including Saturdays (where available) with computerized tracking available on our in house computer.

2. Complimentary Physician Office Use Medications via Dey Labs.

3. Patient Service - All patients will be contacted by a patient service representative every 3-4 weeks to check compliance.

4. Management Reports - Individualized reports to help the dealer monitor patient compliance, sales, and profitability.

| DRUG | PRICE |
|---|---|
| Albuterol  .083%    3cc | 0.55 per vial |
| Albuterol  .0417%   3cc | 0.50 per vial |
| Albuterol   .5%    20cc | 6.96 per bttl |
| Cromolyn Sodium    2cc | 0.46 per vial |
| Isoetharine (All sizes/All strgths) | 0.37 per vial |
| Metaproternol (All sizes/All strghts) | 0.42 per vial |
| Ipratropium Bromide .02% 2.5cc | 0.90 per vial |
| Acetylcysteine 10% & 20%   4cc | 2.61 per bttl |
| Acetylcysteine 10% & 20%  10cc | 5.66 per bttl |

If you have any questions please feel free to contact me at one of the above numbers.

Attorneys' Eyes Only

Sincerely,

Randy W. Durbin
Director of Services

R1-017858

TO: MARK Lavine    FROM: VENA CARE / Zach Bentley    DATE: 8/25/95  PAGES INCLUDING THIS PAGE: 1

VAC MDL 48643


EXHIBIT
Dey 303
12/8/08  SW

Transmit Confirmation Report

```
No.          :  004
Receiver     :  305 530 7139
Transmitter  :  VENACARE
Date         :      Aug 25,95    15:10
Time         :  00'48
Mode         :      Norm
Pages        :  01
Result       :  OK
```





Attorneys' Eyes Only

R1-017859

**VAC MDL 48644**