EXHIBIT 43

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - -

IN RE: PHARMACEUTICAL          : MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE     : CIVIL ACTION:

PRICE LITIGATION               : 01-CV-12257-PBS

                               :

THIS DOCUMENT RELATES TO       :

U.S. ex rel. Ven-A-Care of     :

the Florida Keys, Inc. v.      :

Abbott Laboratories, Inc.      :

No. 06-CV-11337-PBS            :

- - -

Videotaped deposition of ROBERT VITO was taken, pursuant to notice, at MORGAN LEWIS & BOCKIUS, LLP, 1701 Market Street, Philadelphia, Pennsylvania, on Tuesday, June 19, 2007, beginning at 9:10 a.m., before M. Kathleen Muino, Professional Shorthand Reporter, Notary Public; Michael Hunterton, Certified Legal Video Specialist, there being present:

1   BY MR. TORBORG:

2       Q.  And at the out -- at the outset --

3           MR. TORBORG:  I want to skip that one

4   too.  Let's go to the next two.

5   BY MR. TORBORG:

6       Q.  I'd like to start off by handing you a

7   couple of the reports that your office did.

8           THE WITNESS:  Thank you.  Thank you.

9           MR. TORBORG:  For the record, I've handed

10  Mr. Vito copies of Exhibit Abbott 030, which is the

11  June 1996 OIG report titled, Suppliers' Acquisition

12  Costs for Albuterol Sulfate; as well as Exhibit

13  Abbott 060, which is a June 1996 OIG report titled,

14  A Comparison of Albuterol Sulfate Prices.

15  BY MR. TORBORG:

16      Q.  Mr. Vito, I believe you'll tell me that

17  you're familiar with these reports and that they

18  were prepared under -- under your direction, in

19  your office.  Is that right?

20      **A.  Yes, sir.**

21      Q.  And just to try to orient ourselves to

22  the reports, if we go to Exhibit Abbott 030, the

```
 1   suppliers' acquisition --
 2        A.   Okay.
 3        Q.   -- report, to the purpose on -- under
 4   the Executive Summary.  In that report, you were
 5   examining suppliers' acquisition costs for
 6   albuterol sulfate and comparing it to Medicare
 7   allowances; is that right?
 8        A.   **Yes, we were getting the acquisition**
 9   **costs from suppliers and then comparing that to the**
10   **Medicare allowance.**
11        Q.   And then if we can go to the other
12   report --
13        A.   Okay.
14        Q.   -- A Comparison of Albuterol Sulfate
15   Prices, if we look under the Executive Summary,
16   under Purpose, the Purpose states: To assess the
17   appropriateness of the amount Medicare allows for
18   albuterol sulfate, a prescription inhalation drug
19   used in nebulizers.
20        And then under Background, the third
21   paragraph, the report states:  We surveyed
22   pharmaceutical buying groups, mail order
```

1   pharmacies, and retail pharmacy stores and compared
2   their prices for generic versions of albuterol
3   sulfate to the amount that Medicare allows.
4        Did I read that right?
5        A.   Yes.
6        Q.   And were you involved in these two
7   reports?
8        A.   Yes.
9        Q.   Now, both of these reports have a number
10  and a report 94 --
11       A.   Yes.
12       Q.   -- correct?  And --
13       A.   Yes.
14       Q.   -- what -- what does that signify?
15       A.   It's the -- when we start a job, we're
16  asked to give a -- get a CIN number, and this was
17  the number that they provided to us. Generally
18  speaking, it usually means that you started in '94;
19  however, the -- the conventions used by our office
20  did not always follow that -- that pattern.
21       Q.   Do you have any reason to believe that
22  these two reports here that bear a 94 number did

```
1    not follow that pattern?
2         A.   Well, they were both issued at the same
3    time, and they -- they have just one digit
4    difference, the 93 and the 92, so I -- I -- I -- I
5    don't know exactly the time frame that we did
6    these, but I am familiar with both of them.
7         Q.   And the 94 -- I understand some -- from
8    some prior testimony in the case that there was a
9    -- a fiscal year at OIG that started, I believe, on
10   October -- or -- or November 1st.
11        A.   The -- the -- the --
12        Q.   Can you tell me about that?  Like fiscal
13   year 1994 would --
14        A.   Would -- would start on October 1st.
15        Q.   October 1st.  Sorry, I was one month
16   off.  October 1st, nineteen-ninety --
17        A.   If -- if -- if you're in 1995, it would
18   start, I believe, in October of 1994, and then it
19   would end in September 30th, 1995.
20        Q.   Okay.  Got it.  So these reports, if the
21   convention holds, were started sometime be --
22   between what point and what point?
```

1    A.   I -- I believe they were probably -- I
2  don't -- I don't know the exact time frames on
3  them.  I'll try to locate that.  Usually I could
4  see that, if you give me a minute. Okay.  ...
5  requests.
6         Okay.  The -- I don't know exactly the
7  specific time frames that -- I -- I mean, are you
8  looking at the year we did the review or -- or --
9    Q.   When the --
10   A.   -- when it started?
11   Q.   -- report was initiated.
12   A.   I don't know specifically when it was
13 initiated.  I do know that it was signed out in
14 June of 1996, and it probably, depending upon how
15 long it takes the process to ease through our
16 headquarters, could be anywhere from six to eight
17 months beforehand or even longer when we started
18 the -- the review.
19   Q.   But the 94 in these reports, you
20 indicated, would signify what to you?
21   A.   It -- it -- it -- it signifies the year
22 in which you started the review.  At least, I mean,

272

1    that's generally the way it works. Sometimes we
2    could start a job now and they'll give us a number
3    that wouldn't say 07, it might say 06.
4        So, again, generally speaking, the conventions
5    would be if you were starting a job, then they
6    would give you -- if you started in '04, they would
7    give you an 04 number.
8        Q.   Would it be a fair inference to conclude
9    that this -- these two reports were started
10   sometime between October 1st, 1993 and September
11   30th, 1994?
12       A.   Not -- not -- no, not for certain on
13   that, because I -- I believe -- you're referring to
14   the fiscal year as it's defined by the department.
15   I -- I'm not sure at -- at this time that we used
16   that.  We might have used calendar years.
17       Q.   You're just not sure either way?
18       A.   I'm not sure.
19       Q.   Do you recall what led OIG to perform
20   these analyses on albuterol sulfate?
21            MR. NEAL:  I'll object to the form.
22            You can answer.