# EXHIBIT 44

953

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------x

IN RE:  PHARMACEUTICALS        )   MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE  )   Civil Action

PRICE LITIGATION            )   01-CV-12257-PBS

----------------------------)

THIS DOCUMENT RELATES TO:   )   Judge Patti

U.S. ex rel. Ven-A-Care     )    B. Saris

of the Florida Keys, Inc.   )

v. Abbott Laboratories,     )   Magistrate

Inc., et al,                )  Judge Marianne B.

No. 06-CV-11337-PBS         )   Bowler

----------------------------x

VOLUME FOUR

Continued Video Taped Deposition of ROBERT VITO,

was taken pursuant to notice at Morgan, Lewis, 1701

Market Street, Philadelphia, Pennsylvania, on.

Wednesday, February 6, 2008, beginning at 9:10 a.m.,

before Jeanne Christian, Court Reporter-Notary

Public, and Richard Kanzinger, Jr., Video Tape

Operator, there being present.

Vito, Robert - Vol. IV                              February 6, 2008

Philadelphia, PA

1016

1   1997, and there was also another change that

2   they made, I think based on some work where we

3   had shown that the -- that some of the generic

4   prices were higher than the brands.  I think

5   there were some changes, but other than that, I

6   don't remember, and I would suggest that you

7   talk to them.

8   BY MR. MERKL:

9   Q.    Well, the '97 change to 5 percent off AWP

10  was before this report, right?

11  **A.    That's correct.**

12  Q.    And even after that change, you told them

13  they were still paying seven times more, right?

14                    MR. AZORSKY:   Objection,

15  form.

16                    THE WITNESS:   We did in 2000,

17  yes.

18  BY MR. MERKL:

19  Q.    You can put that one aside.  I'm handing

20  the witness what we previously marked as Dey

21  Exhibit 17.  Dey Exhibit 17 is a memorandum,

22  dated November 8, 1995.

Vito, Robert - Vol. IV                                February 6, 2008

Philadelphia, PA

1017

1                    Could you take a look at

2    that, please?

3    A.       (Witness complies.)

4    Q.       Mr. Vito, this is a memo we got from your

5    counsel.  I believe it comes from the OIG

6    working files and the Albuterol reports.

7                    Does this look like the sort

8    of thing that would come from your Albuterol

9    working files?

10   A.       Yes, sir.

11   Q.       It says to Rob, Bob, Amy.  Can you tell me

12   who each of those persons were?

13   A.       Rob is, I believe, myself, Bob is Bob

14   Katz, Amy is Amy Sernyak.

15   Q.       And it is from Karen.  Who is Karen?

16   A.       Karen worked in our office for some -- for

17   a short period of time.

18   Q.       And can you describe for me what this

19   document is?

20   A.       It said:  There are three spread sheets

21   listing supplier prices for Albuterol Sulfate.

22   The suppliers' price listing are divided into

Vito, Robert - Vol. IV                                February 6, 2008

Philadelphia, PA

1018

1    three categories.

2    Q.    Well, do you recall getting this document?

3    A.    I don't recall, but I'm sure, it has my

4    name on it.

5    Q.    You have no reason to doubt you got it at

6    the time?

7    A.    Probably not.

8    Q.    And this is the sort of information that

9    you would use to put together to work on the

10   Albuterol reports we had just taken a look at?

11                   MR. AZORSKY:   Objection to

12   form.

13                   THE WITNESS:   Yes.

14   BY MR. MERKL:

15   Q.    And this document summarizes Albuterol

16   pricing information that the OIG had access to?

17   A.    I don't know if this is the final version

18   or not, but it is probably -- if it is, it is.

19   This is what we do when we get the information,

20   yes.

21   Q.    Well, it is a working document summarizing

22   pricing information?

Vito, Robert - Vol. IV                                    February 6, 2008
                        Philadelphia, PA

                                                                    1019

1    A.      Right, but I don't know if this was the

2    final one or if it was an intermittent one.

3    Multiple times, I look at things.  So I don't

4    know exactly, you know, what time in the review

5    this was.

6    Q.      And the three categories that it is broken

7    up into are three different types of -- I'm

8    sorry, three different sources that suppliers

9    acquire Albuterol from, right?

10   A.      Yes.

11   Q.      So you were looking at these three groups

12   to get pricing information?

13   A.      Yes.

14   Q.      And one of the -- and this document tells

15   you that you got pricing information from Dey

16   invoices, right?

17   A.      We have suppliers who look like they

18   purchased it from Dey, yes.

19   Q.      Well, Roman I there says:  The only

20   manufacturer's invoice I have is Dey's, right?

21   A.      Yes, sir.

22   Q.      So this document tells you you actually

Vito, Robert - Vol. IV                    February 6, 2008
                    Philadelphia, PA

1020

1    had Dey's invoices in front of you, right?

2    **A.    From the manufacturer -- from the**

3    **supplier.**

4    Q.    Right.

5    **A.    Because we went to the supplier to get**

6    **that information.**

7    Q.    I'm not trying to suggest you went to

8    Dey.  I'm saying, you got a Dey invoice, but I

9    guess it came from a supplier of some kind,

10   right?

11   **A.    Yes.**

12   Q.    But it was a Dey invoice?

13   **A.    That's what it says, yes.**

14   Q.    And it also says the only manufacturer you

15   got an invoice from is Dey?

16   **A.    That's what it said.**

17   Q.    Do you know why that is?

18   **A.    I don't know why.**

19   Q.    Do you recall getting it from any other

20   manufacturers?

21   **A.    I don't recall.**

22   Q.    Well, if that is, in fact, true, it is

1021

1    fair to say then that these OIG reports about

2    Albuterol that we have been looking at reflect

3    Dey's pricing?

4                        MR. DRAYCOTT:  Objection.

5                        MR. AZORSKY:  Objection to

6    form.

7                        THE WITNESS:  I don't know --

8    I don't understand your question.

9    BY MR. MERKL:

10   Q.    What don't you understand?

11                       MR. WINGET-HERNANDEZ:

12   Objection, form.

13                       THE WITNESS:  Well, I think,

14   clearly, when they set the prices, the Dey

15   Laboratory product was included in that with all

16   the other products that met the characteristics

17   of zero point -- point zero three -- point 083

18   percent, so that's clearly -- you know, your

19   product was included, as many other products

20   were included when they tried to set the price

21   for the Medicare reimbursement.

22   BY MR. MERKL:

Vito, Robert - Vol. IV                        February 6, 2008

Philadelphia, PA

1022

1    Q.     All I'm saying is, the reports you wrote

2    that explain your findings about Albuterol

3    Sulfate, those reports were talking, at least in

4    part, about Dey prices, right?

5    **A.     Yes.**

6    Q.     Because it was based on information

7    gotten, perhaps, indirectly, from Dey via these

8    invoices, right?

9    **A.     From the invoices.**

10   Q.     From the Dey invoices, right?

11   **A.     Invoices from suppliers that indicated**

12   **that they got it from Dey.**

13   Q.     And if you go to the next page, at the

14   bottom, it has a few notes, okay?  It says:  Dey

15   charges different prices to different

16   customers.

17                    Do you remember that?

18   **A.     I do not remember that.**

19   Q.     Well, do you know, was that a common

20   phenomena among drug companies, that they charge

21   different prices to different customers?

22                    MR. DRAYCOTT:  Objection.

Vito, Robert - Vol. IV                                    February 6, 2008
                           Philadelphia, PA

                                                                    1023

 1                          THE WITNESS:   I don't know.

 2      I think you should ask the drug companies.   We

 3      are just getting the information.

 4      BY MR. MERKL:

 5      Q.     Yes, but you were writing reports and

 6      studying pricing.   You would have learned if

 7      companies charge different prices, wouldn't you?

 8                          MR. AZORSKY:   Objection to

 9      form.

10                          MR. DRAYCOTT:   I join in the

11      objection.

12                          THE WITNESS:   I -- we got the

13      pricing information and then analyzed the

14      pricing information.   Apparently, they said that

15      in this instance, they saw that the price varied

16      among customers.

17      BY MR. MERKL:

18      Q.     In fact, it says:   Price could vary as

19      much as 30 percent?   Do you see that?

20      **A.     Yes, I see that.**

21      Q.     Is that a big difference?

22                          MR. DRAYCOTT:   Objection.

Vito, Robert - Vol. IV                                    February 6, 2008
                        Philadelphia, PA

                                                                    1024

 1                          MR. AZORSKY:  Objection to

 2      form.

 3                          THE WITNESS:  You have to

 4      make the determination if you believe it is big

 5      or not.  I believe the number 30 is there.

 6      BY MR. MERKL:

 7      Q.    Is that consistent with what you found

 8      from looking at other companies' invoices?

 9                          MR. DRAYCOTT:  Objection.

10                          THE WITNESS:  I don't recall,

11      and I don't know if we actually did that type of

12      analysis.

13      BY MR. MERKL:

14      Q.    Now, the first spread sheet that's

15      attached is Supplier Prices for Albuterol

16      Sulfate Purchased From a Manufacturer.

17                          So that would be -- supplier

18      is a pharmacy or a doctor, who pays -- is that

19      what you mean by supplier here?

20      **A.    The supplier is like the name of the**

21      **company there, like Accurate Medical,**

22      **Respi-Flow, those are the suppliers that**

Vito, Robert - Vol. IV                    February 6, 2008
                    Philadelphia, PA

1025

1   **provided the drug and billed the Medicare**

2   **program.**

3   Q.    And in the right-hand column, you see

4   reading down, it says 14.00, 12.67, 11 -- those

5   were all the different prices these different

6   suppliers paid for Dey drugs, right?

7   **A.    I believe -- well, if there are all from**

8   **Dey, then that would be the case.**

9   Q.    Well, the cover memo says the only

10  invoices from a manufacturer were Dey, right?

11  **A.    Well, if that's the case.  Again, I don't**

12  **remember offhand, but it says that, so if that's**

13  **the case, then these would be all the product**

14  **that was -- it would be the Dey product.**

15  Q.    In any case, what it tells us is that the

16  prices on all the invoices were all different,

17  right?

18  **A.    Well, they are different prices.**

19  Q.    AWP -- well, let's go to the next one.  It

20  is Supplier Prices For Albuterol Sulfate

21  Purchased From a Wholesaler.

22              Do you see that?

Vito, Robert - Vol. IV                                    February 6, 2008

Philadelphia, PA

1026

1    **A.      Yes, sir.**

2    Q.      And again, if you look at the price per

3    milliliter on invoice column, again, these

4    providers are paying all different prices,

5    right?  There is no single price, right?

6    **A.      There are different prices.**

7    Q.      And this range is a lot more, it goes from

8    like 13 cents to 25 cents, right?

9                       MR. AZORSKY:  Objection to

10   form.

11                      THE WITNESS:  I don't know

12   exactly what the ranges are, but it does --

13   there are different prices in there.

14   BY MR. MERKL:

15   Q.      If you look, it says, top right-hand

16   corner, 13 cents, the first one there.  It says,

17   supplier, Health Meds for Smith, CA 16 there, do

18   you see that one?  13 cents, right?

19   **A.      I do see that.**

20   Q.      And under that, it says 25 cents, two

21   under that?

22   **A.      Yes.**

Vito, Robert - Vol. IV                                February 6, 2008

Philadelphia, PA

1027

1    Q.    For Komoto Pharmacies?

2    **A.    Yes.**

3    Q.    So when you buy from a wholesaler,

4    depending on what wholesaler you buy, you could

5    pay almost double what you would -- if you got

6    it somewhere else, right?

7    **A.    I don't know their buying practices or how**

8    **they negotiate.  You had better ask them.**

9    Q.    I guess all I'm asking you is what this

10   report tells us.  And this report tells us that

11   OIG knew that depending on what wholesaler you

12   bought it from, you could pay almost double for

13   Albuterol in 1996, right?

14   **A.    I don't --**

15                  MR. AZORSKY:   Objection,

16   form.

17                  MR. DRAYCOTT:   I join in the

18   objection.

19                  THE WITNESS:   I don't -- I

20   didn't do that analysis right now, so I don't

21   know that I could give that to you, but I do say

22   that prices varied.

Vito, Robert - Vol. IV                                    February 6, 2008

Philadelphia, PA

1028

1    BY MR. MERKL:

2    Q.    Now, again, if we look the summary page, I

3    guess it says:  Purchase from a wholesaler,

4    supplier prices for Albuterol -- it is kind of a

5    summary page.  It is at HHD 011-0925?

6    **A.    Yes, sir.**

7    Q.    There is an average, 18 cents, and then

8    under that says, high, 31 cents; low, 13 cents.

9                         So that's the range of prices

10   that you found on invoices from wholesalers to

11   suppliers, right, 31 cents to 13?

12   **A.    Yes, that's what that says, I believe,**

13   **yes.**

14   Q.    So, again, depending on what wholesaler

15   you bought from, you could pay anywhere from 13

16   cents to 31 cents for the same Albuterol, right?

17   **A.    I'm not certain that's the -- I'm not**

18   **certain that that is the only case.  It could be**

19   **that you might even get a different price from**

20   **the same wholesaler.  I'm not sure.  I didn't --**

21   **to look at this, I would have to look at every**

22   **wholesaler, and then look at the prices to see**