# EXHIBIT 45

**Connecticut General Life Insurance Company**
a CIGNA company

**Medicare Administration**
P.O. Box 690
Nashville, TN 37202



| | |
|---|---|
| **DATE:** | Monday, February 13, 1995 |
| **TIME:** | 2:29:01 PM |
| **PAGES:** | 21 |
| | |
| **FAX TO:** | ROBERT VITO |
| **COMPANY:** | OIG |
| **VOICE NUMBER:** | |
| | |
| **FROM:** | ROBERT M. ZONE, MD |
| **COMPANY:** | CGLIC MEDICARE ADMIN |
| **VOICE:** | 1-615-782-4541 |
| **FAX:** | 1-615-242-8521 |
| | |
| **NOTE:** | |



EXHIBIT
Dey #47
2/6/08 9c

PENGAD 800-631-6989

From: ROBERT M. ... COLX MEDICARE ADMIN 1-615-242-3651   ... DMERC DATA BOOK   ... Monday, February 13, 1995 2:45:50 PM

July 19, 1993
REGION D

## DRAFT - NOT PUBLISHED

## DMERC REGIONAL MEDICAL REVIEW POLICY

SUBJECT:     Nebulizers

HCPCS CODES:

## Nebulizers

| | | |
|---|---|---|
| A4627 | - | Spacer, bag or reservoir, with or without mask, for use with metered dose inhaler |
| E0570 | - | Nebulizer with compressor |
| E0575 | - | Nebulizer, self-contained ultrasonic |
| E1375 | - | Nebulizer, portable with small compressor, with limited flow |

## Inhalation Drugs

| | | |
|---|---|---|
| A4610 | - | Medication supplies to be used in durable medical equipment, prescribed by a physician |
| J7610 | - | Acetylcysteine, 10%, per ml, inhalation solution administered through DME |
| J7615 | - | Acetylcysteine, 20%, per ml, inhalation solution administered through DME |
| J7620 | - | Albuterol sulfate, 0.083%, per ml, inhalation solution administered through DME |
| J7625 | - | Albuterol sulfate, 0.5%, per ml, inhalation solution administered through DME |
| J7630 | - | Cromolyn sodium, per 20 mg, inhalation solution administered through DME |
| J7640 | - | Epinephrine, 2.25%, per ml, inhalation solution administered through DME |
| J7650 | - | Isoetharine hydrochloride, 0.1%, per ml, inhalation solution administered through DME |
| J7651 | - | Isoetharine hydrochloride, 0.125%, per ml, inhalation solution administered through DME |
| J7652 | - | Isoetharine hydrochloride, 0.167%, per ml, inhalation solution administered through DME |
| J7653 | - | Isoetharine hydrochloride, 0.2%, per ml, inhalation solution administered through DME |
| J7654 | - | Isoetharine hydrochloride, 0.25%, per ml, inhalation solution administered through DME |
| J7655 | - | Isoetharine hydrochloride, 1.0%, per ml, inhalation solution administered through DME |
| J7660 | - | Isoetharine hydrochloride, 0.5%, per ml, inhalation solution administered |

1

HHD011-0312

|        |   | through DME |
|--------|---|-------------|
| J7665  | - | Isoetharine hydrochloride, 1.0%, per ml, inhalation solution administered through DME |
| J7670  | - | Metaproterenol sulfate, 0.4%, per ml, inhalation solution administered through DME |
| J7672  | - | Metaproterenol sulfate, 0.6%, per ml, inhalation solution administered through DME |
| J7675  | - | Metaproterenol sulfate, 5.0%, per ml, inhalation solution administered through DME |
| J7699  | - | NOC drugs, inhalation solution administered through DME |
| K0140  | - | Acetylcysteine, compounded, per mg, inhalation solution administered through DME |
| K0141  | - | Albuterol sulfate, compounded, per mg, inhalation solution administered through DME |
| K0142  | - | Cromolyn sodium, compounded, per mg, inhalation solution administered through DME |
| K0143  | - | Isoetharine hydrochloride, compounded, per mg, inhalation solution administered through DME |
| K0144  | - | Isoproterenol hydrochloride, compounded, per mg, inhalation solution administered through DME |
| K0145  | - | Metaproterenol, compounded, per mg, inhalation solution administered through DME |
| K0146  | - | Terbutaline, compounded, per mg, inhalation solution administered through DME |

<u>BENEFIT CATEGORY:</u>   Durable Medical Equipment

<u>REFERENCE:</u>   Coverage Issue Manual 60-9

<u>DEFINITION:</u>

A nebulizer consists of an air compressor which creates an airflow which aerosolizes a bronchodilator drug.

A spacer (A4627) is a reservoir which is attached to the metered dose inhaler (MDI) to facilitate delivery of a measured dose of medication.

Aerosolized medications used in conjunction with DME are drugs placed directly in a DME item to allow for a desired therapeutic effect.

A compounded bronchodilator drug is one that is not found in the latest Federal Drug Administration Approved Drug Products with Therapeutic Equivalent Evaluations (Orange Book).

<u>INDICATIONS:</u>

Nebulizers are covered for the delivery of drugs which are used primarily as bronchodilators to prevent or relieve <u>reversible</u> bronchospasm.

Home use of nebulizers is covered for patients who have documented pulmonary function tests showing at a

2

least 12% improvement in FEV-1 or peak expiratory flow rate after medication use, and meet one of the following criteria:

1)  After appropriate repeated instruction, the patient does not respond to maximal therapy using an MDI with a spacer. Documentation will show no significant improvement in measured peak expiratory flow rates. Such therapy must have included appropriate combinations of inhaled beta agonists, steroids, and anticholenergics;

2)  The patient's pulmonary condition is very unstable and nebulizer use is expected to avoid a hospitalization. In these situations, revised certification supporting continued necessity will be required after 2 months.

The ultrasonic nebulizer (E0575) is covered only when the patient is a candidate for a nebulizer with compressor and:

(1)  has documented thick, tenacious secretions, and

(2)  has documented ineffective trials of optimized oral medications, compressor-nebulized bronchodilators, and aggressive respiratory therapy.

## COVERAGE AND PAYMENT RULES:

There is no medical necessity for the use of aerosol bronchodilators for diseases of the lung which do not cause reversible airway obstruction or lead to a significant sputum secretion problem.

Codes J7610-J7675 can only be billed for drugs found in the latest Federal Drug Administration Approved Drug Products with Therapeutic Equivalent Evaluations (Orange Book).

The vast majority of patients with medical indications for bronchodilator drugs can be treated with a metered dose inhaler of the bronchodilator drug instead of a compressed air nebulizer.

Medication administration systems used with nebulizers are accessories. Separate charges for replacement medication administration systems are not allowed since they are included in the payment for the equipment.

Spacers (A4627) are noncovered items since they are accessories to metered dose inhalers (MDIs). MDIs do not meet the definition of DME since they are disposable.

Kits and concentrates for use in cleaning respiratory equipment are not medically necessary.

The pricing of inhalation medication codes J7610 - J7675 is based upon milliliters of the concentration of the drug indicated by the code description (i.e. albuterol 5% solution). The pricing of inhalation medication codes (K0140 - K0146) is based upon milligrams of the drug. The amount billed should be the amount of the drug used prior to the addition of the diluent.

3

HHD011-0314

<u>CODING GUIDELINES:</u>

Code A4610 is not valid for claims submitted to the DMERC.  Use codes for inhalation drugs (J7610 -
J7699, K0140 - K0146).

<u>DOCUMENTATION:</u>

An order for the item which as been signed and dated by the ordering physician and a certificate of medical
necessity (CMN) which has been filled out, signed and dated by the ordering physician must be kept on file
by the supplier.  (See the Documentation section of the DMERC supplier manual for more information on
orders and CMN's.)  The CMN for nebulizers is DMERC 03.

The initial claim must include a copy of the CMN if filed hard copy.  If the claim is filed electronically, the
information on the CMN must be transcribed exactly into the GUO record.  (See the DMEPOS National
Standard Format Matrix for details.)  If additional medical necessity information is included, it must be
transcribed into the HAO record.

<u>EFFECTIVE DATE:</u>  Claims received by the DMERC on or after October 1, 1993.

4

HHD011-0315

From: ROBERT M. ZONE, MD COLIC MEDICARE ADMIN 1 415-242-8831     To: ROBERT VITO  BE OIG     Page 8 of 27 Monday, February 13, 1995 2:48:42 PM

December 9, 1994

## DMERC MEDICAL DRAFT POLICY FOR NOTICE AND COMMENT

SUBJECT:     Nebulizers

HCPCS CODES:

Equipment:

| | |
|---|---|
| E0565 - | Compressor, air power source, for equipment which is not self-contained or cylinder driven |
| E0570 - | Nebulizer with compressor |
| E0575 - | Nebulizer, ultrasonic |
| E0585 - | Nebulizer, with compressor and heater |
| E1375 - | Nebulizer, portable with small compressor, with limited flow |
| K0269 - | Aerosol compressor, adjustable pressure, light duty for intermittent use |
| K0270 - | Ultrasonic generator with small volume ultrasonic nebulizer |
| Kxxx1 - | Aerosol compressor, with internal battery, for use with small volume nebulizer |

ACCESSORIES:

| | |
|---|---|
| A4619 - | Face tent |
| A4621 - | Tracheostomy mask or collar |
| A4627 - | Spacer, bag or reservoir, with or without mask, for use with metered dose inhaler |
| K0168 - | Administration set, small volume nonfiltered pneumatic nebulizer, disposable |
| K0169 - | Small volume nonfiltered pneumatic nebulizer, disposable |
| K0170 - | Administration set, small volume nonfiltered pneumatic nebulizer, non-disposable |
| K0171 - | Administration set, small volume filtered pneumatic nebulizer |
| K0172 - | Large volume nebulizer, disposable, unfilled, used with heavy duty aerosol compressor |
| K0173 - | Large volume nebulizer, disposable, prefilled, used with aerosol compressor |
| K0174 - | Reservoir bottle, non-disposable, used with large volume ultrasonic nebulize |
| K0175 - | Corrugated tubing, disposable, used with large volume nebulizer, 100 feet |

1

HHD011-0316

| | | |
|---|---|---|
| K0176 - | Corrugated tubing, non-disposable, used with large volume nebulizer, 10 feet | |
| K0177 - | Water collection device, used with large volume nebulizer | |
| K0178 - | Filter, disposable, used with aerosol compressor | |
| K0179 - | Filter, non-disposable, used with aerosol compressor or ultrasonic generator | |
| K0180 - | Aerosol mask, used with DME nebulizer | |
| K0181 - | Dome and mouthpiece, used with small volume ultrasonic nebulizer | |
| E0580 - | Nebulizer, durable, glass or autoclavable plastic, bottle type, for use with regulator or flowmeter | |
| E1372 - | Immersion external heater for nebulizer | |

## Inhalation Drugs

| | |
|---|---|
| A4323 - | Sterile saline irrigation solution, 1000 ml |
| A4610 - | Medication supplies to be used in durable medical equipment, prescribed by a physician |
| K0283 - | Saline solution, per 10 ml, metered dose dispenser, for use with inhalation drugs |
| J2545  - | Pentamidine, for aerosol inhaler for pneumocystis carinii pneumonia treatment for prophylaxis |
| J7051  - | Sterile saline or water, up to 5 cc |
| J7699  - | NOC drugs, inhalation solution administered through DME |
| K0182 - | Water, distilled, 1000 ml, used with large volume nebulizer |
| Kxxx2 - | Acetylcysteine, inhalation solution administered through DME, NDA numbered concentrated form, per gram |
| Kxxx3 - | Acetylcysteine, inhalation solution administered through DME, NDA numbered unit dose form, per gram |
| Kxxx4 - | Acetylcysteine, inhalation solution administered through DME, compounded from NDA numbered source, per gram |
| Kxxx5 - | Acetylcysteine, inhalation solution administered through DME, compounded from non-NDA numbered source, per gram |
| Kxxx6 - | Albuterol, inhalation solution administered through DME, NDA numbered concentrated form, per milligram |
| Kxxx7 - | Albuterol, inhalation solution administered through DME, NDA numbered unit dose form, per milligram |
| Kxxx8 - | Albuterol, inhalation solution administered through DME, compounded from NDA numbered source, per milligram |
| Kxxx9 - | Albuterol, inhalation solution administered through DME, compounded from non-NDA numbered source, per milligram |

2

HHD011-0317

| | |
|---|---|
| Kxx12 - | Atropine, inhalation solution administered through DME, compounded from NDA numbered source, per milligram |
| Kxx13 - | Atropine, inhalation solution administered through DME, compounded from non-NDA numbered source, per milligram |
| Kxx14 - | Bitolterol mesylate, inhalation solution administered through DME, NDA numbered concentrated form, per milligram |
| Kxx16 - | Bitolterol mesylate, inhalation solution administered through DME, compounded from NDA numbered source, per milligram |
| Kxx19 - | Cromolyn sodium, inhalation solution administered through DME, NDA numbered unit dose form, per milligram |
| Kxx20 - | Cromolyn sodium, inhalation solution administered through DME, compounded from NDA numbered source, per milligram |
| Kxx21 - | Cromolyn sodium, inhalation solution administered through DME, compounded from non-NDA numbered source, per milligram |
| Kxx22 - | Dornase alpha, inhalation solution administered through DME, NDA numbered unit dose form, per milligram |
| Kxx25 - | Epinephrine, inhalation solution administered through DME, compounded from NDA numbered source, per milligram |
| Kxx26 - | Epinephrine, inhalation solution administered through DME, compounded from non-NDA numbered source, per milligram |
| Kxx29 - | Glycopyrrolate, inhalation solution administered through DME, compounded from NDA numbered source, per milligram |
| Kxx30 - | Glycopyrrolate, inhalation solution administered through DME, compounded from non-NDA numbered source, per milligram |
| Kxx32 - | Ipratropium bromide, inhalation solution administered through DME, NDA numbered unit dose form, per milligram |
| Kxx35 - | Isoetharine HCL, inhalation solution administered through DME, NDA numbered concentrated form, per milligram |
| Kxx36 - | Isoetharine HCL, inhalation solution administered through DME, NDA numbered unit dose form, per milligram |
| Kxx37 - | Isoetharine HCL, inhalation solution administered through DME, compounded from NDA numbered source, per milligram |
| Kxx38 - | Isoetharine HCL, inhalation solution administered through DME, compounded from non-NDA numbered source, per milligram |
| Kxx39 - | Isoproterenol HCL, inhalation solution administered through DME, NDA numbered concentrated form, per milligram |
| Kxx40 - | Isoproterenol HCL, inhalation solution administered through DME, NDA numbered unit dose form, per milligram |
| Kxx41 - | Isoproterenol HCL, inhalation solution administered through DME, compounded from NDA numbered source, per milligram |
| Kxx42 - | Isoproterenol HCL, inhalation solution administered through DME, compounded from non-NDA numbered source, per milligram |
| Kxx43 - | Metaproterenol sulfate, inhalation solution administered through DME, NDA numbered concentrated form, per milligram |

HHD011-0318

| | |
|---|---|
| Kxx44 - | Metaproterenol sulfate, inhalation solution administered through DME, NDA numbered unit dose form, per milligram |
| Kxx45 - | Metaproterenol sulfate, inhalation solution administered through DME, compounded from NDA numbered source, per milligram |
| Kxx46 - | Metaproterenol sulfate, inhalation solution administered through DME, compounded from non-NDA numbered source, per milligram |
| Kxx49 - | Terbutaline sulfate, inhalation solution administered through DME, compounded from NDA numbered source, per milligram |
| Kxx50 - | Terbutaline sulfate, inhalation solution administered through DME, compounded from non-NDA numbered source, per milligram |
| Kxx51 - | Compounding fee, for preparation of one unit dose of an inhalation solution |
| Q0132 - | Dispensing fee for covered drug administered through DME nebulizer |

**BENEFIT CATEGORY:**   Durable Medical Equipment

**REFERENCE:**   Coverage Issue Manual 60-9

**DEFINITIONS:**

Equipment:

Code E0565 describes an aerosol compressor which can be set for pressures above 30 psi at a flow of 6-8 L/m and is capable of continuous operation.

A nebulizer with compressor (E0570) is an aerosol compressor which delivers a fixed, low pressure and is used with a small volume nebulizer.  It is AC powered and may be DC powered as well.

A portable compressor (Kxxx1)is an aerosol compressor which delivers a fixed, low pressure and is used with a small volume nebulizer.  It must have internal battery power and often also has AC and DC power options. (See E1375 under Coding Guidelines.)

A light duty adjustable pressure compressor (K0269) is a pneumatic aerosol compressor which can be set for pressures above 30 psi at a flow of 6-8 L/m, but is capable only of intermittent operation.

Code K0270 describes an ultrasonic generator used with a small volume nebulizer which is capable only of intermittent operation.

Code E0575 describes a large volume ultrasonic nebulizer system which is capable of continuous operation.

Accessories:

4

HHD011-0319

Code K0168, K0170, and K0171 include the lid, jar, baffles, tubing, T-piece and mouthpiece. In addition, code K0171 includes a filter.

Code K0169 includes only the lid, jar and baffles.

Code K0177 describes a device to collect water condensation which is placed in line with the corrugated tubing used with a large volume nebulizer.

Code A4627 describes a spacer or reservoir which is used with a metered dose inhaler (MDI) to facilitate delivery of the medication.

<u>Inhalation Drugs:</u>

A "non-NDA numbered source" drug is one that is not found in the latest <u>Federal Drug Administration Approved Drug Products with Therapeutic Equivalent Evaluations</u> (Orange Book).

## COVERAGE AND PAYMENT RULES:

A small volume nebulizer and related compressor/generator is covered when:
   (a) it is medically necessary to administer covered bronchodilator drugs (see additional criteria below), or

   (b) it is medically necessary to administer gentamicin, tobramycin, amikacin, or dornase alfa to a patient with cystic fibrosis (ICD-9-CM code 277.00) or

   (c) it is medically necessary to administer pentamidine to patients with AIDS (ICD 9 CM code 042.0 - 042.9), or

   (d) it is medically necessary to administer mucolytics (other than dornase alfa) for persistent thick or tenacious pulmonary secretions (ICD-9-CM code 786.4).

Other uses of nebulizers will be considered individually on a case by case basis, to determine their medical necessity.

If none of the drugs used with a nebulizer are covered, the nebulizer and its accessories/supplies will be denied as noncovered.

A large volume nebulizer and related compressor/generator is covered when it is medically necessary to deliver humidity to patients with thick, tenacious secretions, when found in patients with cystic fibrosis (ICD-9-CM code 277.00), bronchiectasis (ICD-9-CM code 494 or 748.61), and tracheostomy patients (ICD-9-CM code V44.0 or V55.0).

5

HHD011-0320

The vast majority of patients who require inhaled bronchodilator therapy (Beta-agonists, anticholinergics, inhaled steroids or cromolyn sodium) can be treated with a metered dose inhaler (MDI) instead of a small volume nebulizer.  With adequate time and effort, the patient can usually be trained in the effective use of an MDI. Most often, several training sessions result in improved use of and results obtained with the MDI.  Usually the patient's coordination with inhaling the MDI-delivered aerosolized medication improves with practice, while he/she is receiving progressively greater clinical and pharmacologic effect from its continued use.  Unless the patient is having an acute episode of respiratory distress, most clinical situations present the opportunity for elective introduction of aerosolized medications to a patient who will ultimately benefit from their use, but in whom their optimal administration is neither urgent nor emergent.  Therefore, the use of such a time trial with repeated coaching by the physician and practice by the patient results in adequate delivery of medication by the MDI, without representing increased risk to the patient.  The use of a spacer or reservoir in conjunction with the MDI can facilitate administration of the drug to many patients who may prove incapable of correctly using the MDI alone.

A small volume nebulizer, used for bronchodilator therapy (as listed above), is covered for a patient who meets: a) criterion (1) and b) criterion (2) or (3) or (4) or (5):

> (1) The patient undergoes baseline pulmonary function testing (PFT) including measurement of peak expiratory flow rate, mid-expiratory flow rate (FEF 25%-75%), forced expiratory volume, and inspriatory flow.  This PFT should include pre- and post-bronchodilator administration.)

> (2) After repeated instruction (on different occasions) in the use of an MDI with a spacer, the patient does not respond to maximal bronchodilator therapy (as listed above), measured both clinically and objectively (using at least, follow-up measurements of peak expiratory flow rate).

> (3) The patient is mentally or physically incapable of holding or compressing the MDI.

> (4) FEV-1 is less than one liter, and/or inspiratory flow is less than 30 liters/minute.

> (5) The patient's pulmonary condition is unstable and either a) a pulmonologist advises use of a nebulizer rather than an MDI to avoid hospitalization, or (b) the treating physician decides (without using a pulmonology consultation) and based on results of pulmonary function testing and the patient's unstable clinical condition, that it is medically imperative to forego an MDI trial, and immediately resort to use of a nebulizer.  (See Documentation Section below.)

If the treating physician feels that his patient requires a nebulizer without meeting the above set of criteria, his/her written documentation sent in with the claim for the nebulizer will receive individual medical necessity consideration.

6

HHD011-0321

Because there is no proven medical benefit to nebulizing particles to diameters smaller than achievable with a pneumatic model, when a small volume ultrasonic nebulizer (K0270) is ordered, it will be reimbursed at the least costly alternative of a pneumatic compressor (E0570).

Similarly, a large volume ultrasonic nebulizer (E0575) offers no proven clinical advantage over a heavy duty pneumatic compressor (E0565), and the former will likewise be reimbursed at the level of the latter.

If a large volume nebulizer and related compressor/generator is used predominantly to provide room humidification (i.e., aerosol therapy is not administered through a face tent or trach collar), it will be denied as non-covered.

The internal battery feature of a portable compressor (Kxxx1) is rarely medically necessary. If a portable compressor is provided without accompanying documentation which justifies its medical necessity, and the coverage criteria for code E0570 are met, payment will be based on the allowance for the least costly medically necessary alternative, E0570. Extra medical necessity documentation will always be considered in rare instances where the physician strongly believes a portable compressor (Kxxx1) is indicated.

Accessories:

A large volume pneumatic nebulizer (E0580, K0172, K0173) and distilled water (K0182) are not separately payable and should not be separately billed, when used for patients with rented home oxygen equipment. Payment for these accessories and supplies are included in the rental allowance for the oxygen equipment. In the absence of oxygen equipment, disposable large volume nebulizers (K0172 and K0173) do not meet the definition of DME, and therefore will be denied as non-covered. Durable unfilled nebulizers (E0580) filled with distilled water (K0182) by the patient/caregiver is an acceptable alternative.

Spacers (A4627) are noncovered items since they are accessories to metered dose inhalers (MDIs) and MDIs do not meet the definition of DME since they are disposable.

See Attachment 1 for which accessories are to be included (bundled) with the initial rental of nebulizer equipment.

Kits and concentrates for use in cleaning respiratory equipment will be denied as non-covered.

Accessories are separately payable if the related aerosol compressor or ultrasonic generator is medically necessary. The following table lists the compressor/generator which is related to the accessories described:

7

From: ROBERT M. ZONE, MD, DDC/C MEDICARE AGMIN 14 (6-362-6820)    To: ROBERT VITO -SE DHG    Page 15 PAGE  Monday, February 13, 1996 2:59:23 PM

| Compressor/Generator | Related Accessories |
|---|---|
| E0565 | K0175, K0176, K0177, K0179, K0180, K0182, A4619, A4621, E0580, E1372 |
| E0570 | K0168, K0169, K0170, K0178, K0180, A4621 |
| E0575 | K0174, K0175, K0176, K0177, K0179, K0180, K0182, A4619, A4621 |
| K0269 | K0171, K0179 |
| K0270 | K0179, K0181 |
| Kxxx1 | K0168, K0169, K0170, K0178, K0180, A4621 |

The following table lists the usual maximum frequency of replacement for accessories. The medical necessity for more frequent replacement would have to accompany the claim

| Accessory/supply | Usual maximum replacement |
|---|---|
| A4619 | One/2 months |
| A4621 | One/2 months |
| E0580 | One/3 years |
| E1372 | One/3 years |
| K0168 | One/month |
| K0169 | One/month (in addition to K0168) |
| K0170 | One/year |
| K0171 | One/treatment |
| K0174 | One/year |
| K0175 | One unit (100 ft.) / 2 months |
| K0176 | One/year |
| K0177 | One/month |
| K0178 | Two/month |
| K0179 | One/3 months |
| K0180 | One/2 months |
| K0181 | One/year |

## Inhalation Drugs and Solutions

While Medicare may reimburse the use of certain aerosolized medications via nebulizers that lack FDA approval for this route of administration, nebulizer administration of some aerosolized medications, are not generally accepted medical practice, and will be denied as not medically necessary.

8

HHD011-0323

From: ROBERT M. ZENE, MD DC/UC MEDICARE ADAM    1-416-342-8521    To: ROBERT VITO d: UG    Monday, February 19, 1996 2:57:13 PM

For all inhalation drugs and solutions, claims for dispensed quantities greater than would be reasonable based on usual suggested dosing guidelines, must be accompanied by medical necessity documentation justifying these unexpected quantities. The supplier is responsible for assessing how much inhalation solution a patient is actually using. Considering this information, the supplier is responsible for assuring that the patient usually has no more than one month's supply on hand at any time.

The following table represents the usual maximum milligrams/month that would be reasonably billed for each nebulized drug. Claims for more than these amounts should be accompanied by extra documentation justifying their medical necessity:

    Acetylcysteine for Inhalation Solution: 130 grams/month
    Albuterol sulfate for Inhalation Solution: 325 mg/month
    Bitolterol for Inhalation Solution: 130 mg/month
    Cromolyn Sodium for Inhalation Solution: 2,600 mg/month
    Dornase alpha for Inhalation Solution: 80 mg/month
    Epinephrine for Inhalation Solution: 650 mg/month
    Glycopyrrolate for Inhalation Solution: 78 mg/month
    Ipratropium bromide for Inhalation Solution: 65 mg/month
    Isoetharine for Inhalation Solution: 650 mg/month
    Isoproterenol for Inhalation Solution: 325 mg/month
    Metaproterenol for Inhalation Solution: 1300 mg/month
    Pentamidine for Inhalation Solution: 300 mg/month
    Terbutaline for Inhalation Solution: 65 mg/month
    Sterile saline or water, up to 5cc/unit (J7051): 130 units/month
    Saline solution, metered dose, 10 ml/unit (K0283): 50 units/month
    Sterile saline solution, 1000 ml/unit (A4323): 1 unit/month

    Distilled water, 1000 ml/unit (K0182): 18 units/month

When an "NDA numbered concentrated form" of an inhalation drug is dispensed, separate saline solution (J7051, K0283, and A4323) used to dilute it will be separately reimbursed. If an NDA-numbered unit dose form of the drug, or an inhalation solution compounded from either an NDA-numbered or non-NDA numbered source is dispensed, the saline is not reimbursed separately (see Bundling Table, Attachment 1).

Dornase alfa (Pulmozyme) is covered for patients with cystic fibrosis (277.00) who have a history of 2 respiratory infections requiring parenteral antibiotics during the year prior to initiation of dornase alfa and have a forced vital capacity equal to or greater than 40% of predicted value.

The pricing of compounded inhalation solutions is based on the price per milligram of the formulation used to compound the solution. In addition, a compounding fee (Kxx51) is payable for preparation of each unit dose vial which includes a covered drug or drugs. This

9

HHD011-0324

compounding fee includes saline diluent (up to 10 ml.), vial, labeling, labor, and other expenses of compounding.

A monthly dispensing fee (Q0132) for each covered drug or combination of drugs in unit dose preparation used in a nebulizer will be paid, in addition to payment for the drug or drugs, to the entity that is permitted by State law to dispense the drug. This dispensing fee will be based on the drug dispensed, and not on the number of unit dose vials dispensed. Also, if two or more drugs are compounded in a single unit dose vial, only one dispensing fee will be paid.) The fee will be paid regardless of whether the nebulizer is rented or owned.

Aerosol compressors and ultrasonic generators will be grandfathered according to the provisions of the general DMERC Grandfathering policy, Sections A and B. In addition, equipment which was initially approved by the DMERC will be handled similarly. Accessories and supplies will be grandfathered if the equipment had been approved by the local carrier or the DMERC. However, even though coverage is grandfathered, the frequency parameters listed in the policy will be applied. Also, coding for inhalation drugs and resulting reimbursement will be according to the DMERC policy.

## CODING GUIDELINES:

Code E1375 is not valid for claim submission to the DMERC. Use code E0570 or Kxxx1 instead.

Codes J7610 - J7675, describing drugs used in nebulizers, are no longer valid for submission to the DMERC. Use the appropriate K codes instead.

Code XX001 (sterile saline) should not be billed to the DMERC. Use code J7051 instead.

For pentamidine inhalation solution (J2545), 1 unit of service is 300 mg. For codes Kxxx6 - Kxx50, a unit of service is one mg. For codes Kxxx2 - Kxxx5, a unit of service one gram. The total number of milligrams (or grams) dispensed are to be billed, regardless of the final concentration of solution dispensed.

A compounded inhalation solution is one that is not found in the latest edition of the Federal Drug Administration Approved Drug Products with Therapeutic Equivalent Evaluations ("Orange Book"). When the drug is compounded from an NDA numbered source, the appropriate K code indicating use of the NDA numbered source should be used. When the drug is compounded from a substance that is not an NDA numbered source, the K codes indicating use of a non-NDA numbered source should be used.

For example, if the pharmacist takes a 20 ml. bottle of NDA numbered source of albuterol 0.5% (containing 100 mg. of albuterol) and prepares 40 unit dose bottles each containing 4 ml. of a 0.0625% solution (each containing 2.5 mg. of albuterol) or 40 unit dose bottles each containing 3 ml. of a 0.083% solution (each containing 2.5 mg. of albuterol), this would be

10

HHD011-0325

billed as Kxxx8, 100 units (for the drug) plus Kxx51, 40 units (the compounding fee for preparing the 40 unit doses). One unit of Q0132 would be billed, which would represent the dispensing fee for the albuterol for the entire month.

If the pharmacist uses a non-NDA numbered source to compound unit dose bottles, this would be billed with K codes indicating use of a non-NDA numbered source. The compounding fee and dispensing fee would be billed the same as with the solution made from an NDA numbered source described above. As an example, if the pharmacist prepares 40 unit dose vials, each containing 2.5 mg of a non-NDA numbered source of albuterol 0.5%, plus 1 mg. of a non-NDA numbered source of glycopyrrolate, this would be billed as Kxxx9, 100 units, plus Kxx30, 40 units, plus Kxx51, 40 units, plus only one unit of Q0132, (which would represent the entire month's dispensing fee for both drugs.)

There is no separate billing for the saline, whether or not an NDA numbered source or a non-NDA numbered source is used in the compounding of inhalation drugs.

Attachment 1 is a table which defines bundling guidelines for billing of saline diluent with the various inhalation drug and equipment codes.

Code A4610 is not valid for claims submitted to the DMERC. Use codes for inhalation drugs (J2545, Kxxx2 - Kxx50).

Code E0585 is not valid for claim submission to the DMERC. Use a combination of codes E0565, E0580, and E1372 instead.

## DOCUMENTATION:

A Certificate of Medical Necessity (CMN 12.01) for a nebulizer which is completed, signed and dated by the ordering physician, must be kept on file by the supplier. (CMN 12.01 must be available for DMERC inspection until such time as the DMERCs request submission of this CMN with the claims.) Any physician letters or documentation required to accompany the CMN must similarly be kept on file and be available for DMERC inspection. The physician must see to it that the patient's medical record contains information which supports the medical necessity of the item ordered, according to the policy above.

If a small volume nebulizer is being ordered using criterion 5(b) under Coverage and Payment Rules above (without first attempting MDI use and in the absence of a pulmonology consult), a letter from the treating physician must be kept on file by the supplier to be available to the DMERC when requested, indicating PFT results and describing the patient's unstable condition which precluded a trial of MDI use (with spacer if necessary) before ordering the nebulizer. (See question #8 in question set below.)

If a small volume nebulizer used for other than the administration of bronchodilator therapy is being ordered, the claim for the nebulizer, or the inhalation medication being administered

11

HHD011-0326

through it, must include an ICD-9-Diagnosis code describing one of the conditions for coverage mentioned in the policy.

When billing for quantities of nebulized inhalation drugs or nebulizer accessories and supplies greater than those described in the policy as the usual maximum amounts, the claim must include documentation supporting the medical necessity for the higher utilization.

Refer to the Documentation section of the Supplier Manual for more information on orders, medical records, and supplier documentation.

## EFFECTIVE DATE:

12

HHD011-0327

## ATTACHMENT 1: BUNDLING TABLE FOR INHALATION DRUGS, COMPOUNDING FEE AND NEBULIZER ACCESSORIES

A column II code is included in the allowance for the corresponding column I code when provided at the same time.

| Column I | Column II |
| --- | --- |
| Kxxx3 | J7051, A4323, K0283 |
| Kxxx4 | J7051, A4323, K0283 |
| Kxxx5 | J7051, A4323, K0283 |
| Kxxx7 | J7051, A4323, K0283 |
| Kxxx8 | J7051, A4323, K0283 |
| Kxxx9 | J7051, A4323, K0283 |
| Kxx12 | J7051, A4323, K0283 |
| Kxx13 | J7051, A4323, K0283 |
| Kxx16 | J7051, A4323, K0283 |
| Kxx19 | J7051, A4323, K0283 |
| Kxx20 | J7051, A4323, K0283 |
| Kxx21 | J7051, A4323, K0283 |
| Kxx22 | J7051, A4323, K0283 |
| Kxx25 | J7051, A4323, K0283 |
| Kxx26 | J7051, A4323, K0283 |
| Kxx29 | J7051, A4323, K0283 |
| Kxx30 | J7051, A4323, K0283 |
| Kxx32 | J7051, A4323, K0283 |
| Kxx36 | J7051, A4323, K0283 |
| Kxx37 | J7051, A4323, K0283 |
| Kxx38 | J7051, A4323, K0283 |
| Kxx40 | J7051, A4323, K0283 |
| Kxx41 | J7051, A4323, K0283 |
| Kxx42 | J7051, A4323, K0283 |
| Kxx44 | J7051, A4323, K0283 |
| Kxx45 | J7051, A4323, K0283 |
| Kxx46 | J7051, A4323, K0283 |
| Kxx49 | J7051, A4323, K0283 |
| Kxx50 | J7051, A4323, K0283 |
| E0570 | K0168, K0178, K0179 |
| E0575 | K0176, k0180, A4619, A4621, K0178, K0179 |
| K0270 | K0181, K0178, K0179 |
| Kxxx1 | K0168, K0178, K0179 |

13

## QUESTION SET FOR NEBULIZERS:

1) If a small volume nebulizer is being prescribed, is it for the administration of:
    a) bronchodilator medication
    b) gentamicin, tobramycin, or amikacin
    c) dornase alfa to a patient with cystic fibrosis
    d) pentamidine in the treatment of AIDS
    e) mucolytics for persistent thick or tenacious pulmonary secretions
    f) other...please specify?

Questions 2-8 are to be answered if a nebulizer is being prescribed to administer aerosolized bronchodilator therapy:

2) Has pulmonary function testing (PFT) been performed, including peak expiratory flow rate, mid-expiratory flow rate (FEF 25%-75%), forced expiratory volume, and a measure of inspiratory flow (including pre- and post- bronchodilator testing)?

3) Has the patient had repeated instruction (on different occasions) in the use of a measured dose inhaler (MDI), with a spacer.

4) Has the patient responded sufficiently (in your clinical judgment) to a therapeutic trial of MDI- and orally administered bronchodilator therapy.

5) Is the patient mentally or physically incapable of holding and compressing an MDI?

6) Does the patient's PFT indicate an FEV-1 of less than 1 liter, or an inspiratory flow of less than 30 L/m?

7) If the answers to questions #3-6 are "No", and the nebulizer is being prescribed to avoid imminent hospitalization, has the patient been referred to a pulmonologist?

8) If the answers to questions #3-6 are "No", and a pulmonologist has not been consulted, have you given a letter to the supplier of the nebulizer describing the PFT results and the patient's unstable condition which precludes an attempt at first using a metered dose inhaler (with spacer if necessary), before resorting to use of the nebulizer.

9) If a large volume nebulizer is being prescribed, is it to deliver humidity to patients with thick, tenacious secretions?

10) If a large volume nebulizer is being prescribed, is the patient using a face tent or tracheostomy collar?

14

HHD011-0329

# DMERC REGION D ALLOWABLES
## NEBULIZER MEDICATIONS

| HCPCS CODE | DESCRIPTION | ALLOWABLE |
|:---:|:---|:---|
| J7610 | ACETYLCYSTEINE 10% SOLUTION (Not Unit Dose) | $1.25/ml |
| J7615 | ACETYLCYSTEINE 20% SOLUTION (Not Unit Dose) | $1.29/ml |
| J7620 | ALBUTEROL SULFATE 0.083% (Pre-mixed/Unit Dose) | $0.43/ml |
| J7625 | ALBUTEROL SULFATE 0.5% STOCK SOLUTION (Not Unit Dose) | $0.66/ml |
| J7630 | CROMOLYN SODIUM (INTAL) 20 MG/2ml (Unit Dose) | $0.70/20 mg |
| J7640 | EPINEPHRINE 2.25% | $0.78/ml |
| J7650 | ISOETHARINE HYDROCHLORIDE 0.1% | $0.37/ml |
| J7651 | ISOETHARINE HYDROCHLORIDE 0.125% (Unit Dose) | $0.23/ml |
| J7652 | ISOETHARINE HYDROCHLORIDE 0.167% (Unit Dose) | $0.31/ml |
| J7653 | ISOETHARINE HYDROCHLORIDE 0.2% (Unit Dose) | $0.37/ml |
| J7654 | ISOETHARINE HYDROCHLORIDE 0.25% (Unit Dose) | $0.40/ml |
| J7655 | ISOETHARINE HYDROCHLORIDE 1.0% (STOCK SOLUTION) (Not Unit Dose) | $0.55/ml |
| J7660 | ISOPROTERENOL HYDROCHLORIDE 0.5% (STOCK SOLUTION) (Not Unit Dose) | $0.22/ml |
| J7665 | ISOPROTERENOL HYDROCHLORIDE 1.0% (Not Unit Dose) | $2.33/ml |
| J7670 | METAPROTERENOL SULFATE 0.4% (PREMIXED/Unit Dose) | $1.05/2.5 ml |
| J7672 | METAPROTERENOL SULFATE 0.6% (PREMIXED/Unit Dose) | $1.05/2.5 ml |
| J7675 | METAPROTERENOL SULFATE 5.0% STOCK SOLUTION (Not Unit Dose) | $1.41/ml |

HHD011-0330

From: ROBERT M. ZINK, MD DEL CO MEDICARE ADMIN (216-252-0821)   To: ROBERT M ZINK MD   Page 22 of 23   Monday, February 23, 1998 3:04:28 PM



SEND PAYMENT TO:
**DEY LABORATORIES**
DEPT. #01524
SAN FRANCISCO CA 94139-

DEY LABORATORIES
10248 MILLER ROAD
DALLAS TEXAS /5238
PHONE (214) 349-7375

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 166383 | 1 | 6/10/94 | 6/09/94 | UDY | | DESTIN | 18 30 MAY 94 | Cust Contact: | SCOTT |
| 1717 | | HOUSE ACCOUNT | | | | | | Usr Contact: | EVERETT |

| 57703 | 1690 | 1284 | 0 CH | ALBUTEROL SULF 0.083% 3ML 25'S | 15513D550 | 12.000 | 15408.00 |
|---|---|---|---|---|---|---|---|
| | 0 | 336 | 0 CH | ** EXPIRATION DATE 9510 ** ALBUTEROL SULF 0.083% 3ML 25'S | 15519H561 | 12.000 | 2752.00 |
| 65912 | 60 | 60 | 0 CR | ** EXPIRATION DATE 9510 ** CROMOLYN SODIUM 20MG/2ML 120'S | 15511B347 | 60.000 | 3600.00 |
| 69902 | 30 | 0 | 30 CH | ** EXPIRATION DATE 9511 ** CROMOLYN SODIUM 20MG/2ML 60'S | | | |

TOTAL DUE                    20,800.00

SHIP VIA BEST IN TYPE

BATCH # 788

ENTRY # 19

VENDOR # 4027

ACCT # 6000600

SHIPPED FROM TEXAS                    **CUSTOMER ORIGINAL**

HHD011-0332        L

LINCARE      0294030001
             0294030186

COMPOUNDED    DRUGS
        FROM

N.P. TOTAL CARE
  TAMPA, FL

HHD011-0331