# EXHIBIT BW



**DEPARTMENT OF HEALTH & HUMAN SERVICES**                    Office of Inspector General

# Memorandum

Date     AUG  4 1997

From     June Gibbs Brown     *June G Brown*
         Inspector General

Subject  Medicaid Pharmacy - Actual Acquisition Cost of Generic Prescription Drug Products
         (A-06-97-00011)

To       Bruce C. Vladeck
         Administrator
         Health Care Financing Administration

Attached are two copies of our final report on the consolidated results of our review of pharmacy acquisition cost for generic drugs reimbursed under the Medicaid prescription drug program. The report is in response to a request from your Medicaid Bureau that the Office of Inspector General (OIG) document the size of the difference between average wholesale price (AWP) and actual invoice prices paid by retail pharmacies to purchase drugs. Most States use AWP, minus a percentage discount which varies by State, as a basis for reimbursing pharmacies for drug prescriptions. Therefore, the objective of our review was to develop a nationwide estimate of the discount below AWP at which pharmacies purchase generic drugs. Estimates were also developed for the discount below AWP at which pharmacies purchase brand name drugs and those results were summarized and issued in a separate report.

We estimated that pharmacies pay an average of 42.5 percent less than AWP for drugs sold to Medicaid beneficiaries. This estimate combined the results for four categories of pharmacies, rural-chain, rural-independent, urban-chain, and urban-independent, and excluded the results obtained from non-traditional pharmacies. Through use of statistical sampling, we obtained pricing information from 314 pharmacies in 11 States and obtained 9,075 invoice prices for generic drug products. Unlike brand name drugs, where reimbursement is predominantly based on a discounted AWP, reimbursement of generic drugs is limited by Federal upper limit amounts that are established by the Health Care Financing Administration (HCFA). Taking the upper limits into consideration, we calculate that as much as $145.5 million could have been saved in Calendar Years 1994 and 1995 for 200 generic drugs with the greatest amount of Medicaid reimbursement in each year, if reimbursement had been based on the findings of this report.

We are recommending that HCFA work to ensure that States reimburse the ingredient portion of Medicaid drugs in a manner more consistent with the findings of this report. Additionally, we are recommending that HCFA study any of the other factors (for example, dispensing fees) which they believe could significantly impact pharmacy reimbursement.

Exhibit No. *Abbott*=158
Date 5/4/07
Jomanna DeRosa, CSR

HHD014-0443

Page 2 – Bruce C. Vladeck

We remain available to assist HCFA in implementing these recommendations. The HCFA Administrator responded to our draft report in a memorandum dated July 7, 1997. In that memorandum, HCFA agreed with the findings and recommendations of this report.

We would appreciate your views and the status of any further action taken or contemplated on our recommendations within the next 60 days. If you have any questions, please contact me or have your staff contact George M. Reeb, Assistant Inspector General for Health Care Financing Audits, at (410) 786-7104.

To facilitate identification, please refer to Common Identification Number A-06-97-00011 in all correspondence relating to this report.

Attachments

# Department of Health and Human Services

# OFFICE OF
# INSPECTOR GENERAL

## MEDICAID PHARMACY - ACTUAL
## ACQUISITION COST OF GENERIC
## PRESCRIPTION DRUG PRODUCTS



**JUNE GIBBS BROWN**
Inspector General

**AUGUST 1997**
A-06-97-00011

HHD014-0445      F

# SUMMARY

At the request of the Health Care Financing Administration (HCFA), the Office of Inspector General (OIG) conducted a nationwide review of pharmacy acquisition cost for generic drugs reimbursed under the Medicaid prescription drug program. Since most States reimburse pharmacies for Medicaid prescriptions using a formula which discounts the average wholesale price (AWP), the objective of our review was to develop a nationwide estimate of the discount below AWP at which pharmacies purchase generic drugs. Estimates for brand name drugs were also developed and those results were reported in a separate report.

To accomplish our objective, we selected a random sample of 11 States from a universe of 48 States and the District of Columbia. Arizona was excluded from the universe of States because the Medicaid drug program is a demonstration project using prepaid capitation financing and Tennessee was excluded because of a waiver received to implement a statewide managed care program for Medicaid. The sample States were California, Delaware, District of Columbia, Florida, Maryland, Missouri, Montana, Nebraska, New Jersey, North Carolina, and Virginia. We obtained pricing information from 314 pharmacies. Specifically, we obtained 9,075 invoice prices for generic drugs.

We estimated that, on average, actual acquisition cost of generic drugs was 42.5 percent below AWP. Unlike brand name drugs, where reimbursement is predominantly based on a discounted AWP, reimbursement of generic drugs can be limited by Federal upper limit amounts that are established by HCFA. Taking the upper limits into consideration, we calculated a savings of as much as $145.5 million in Calendar Years (CY) 1994 and 1995 for 200 generic drugs with the greatest amount of Medicaid reimbursement in each year, if reimbursement had been based on the findings of this report.

For the 11 States, we selected a sample of Medicaid pharmacy providers and obtained invoices of their drug purchases. The pharmacies were selected from each of five categories--rural-chain, rural-independent, urban-chain, urban-independent, and non-traditional pharmacies (nursing home pharmacies, hospital pharmacies, etc.). We excluded the non-traditional category from our overall estimates. We believed such pharmacies purchase drugs at substantially greater discounts than retail pharmacies, and including them would have inflated our percentages.

We compared each invoice drug price to AWP for that drug and calculated the percentage, if any, by which the invoice price was discounted below AWP. We then projected those differences to the universe of pharmacies in each category for each State and calculated an overall estimate for each State. Additionally, we projected the results from each State to estimate the nationwide difference between invoice price and AWP for each category.

We are recommending that HCFA work to ensure that States reimburse the ingredient portion of Medicaid drugs in a manner more consistent with the findings of this report. Additionally, we

i

HHD014-0446

are recommending that HCFA study any of the other factors (for example, dispensing fees) which they believe could significantly impact pharmacy reimbursement. We remain available to assist HCFA in implementing these recommendations.

The HCFA Administrator responded to our draft report in a memorandum dated July 7, 1997. The HCFA concurred with the findings and recommendations of this report. The HCFA hoped that this report would provide the necessary impetus for States to restructure their payment methodology for outpatient drugs. The full text of HCFA's comments is included in Appendix 3.

ii

# TABLE OF CONTENTS

|  | PAGE |
|---|---|
| INTRODUCTION | 1 |
| BACKGROUND | 1 |
| SCOPE | 2 |
| FINDINGS AND RECOMMENDATIONS | 4 |
| CONCLUSIONS AND RECOMMENDATIONS | 5 |

APPENDICES

    APPENDIX 1 - SAMPLE DESCRIPTION

    APPENDIX 2 - NATIONWIDE SAMPLE RESULTS

    APPENDIX 3 - HCFA'S COMMENTS

HHD014-0448

# INTRODUCTION

At HCFA's request, the OIG, Office of Audit Services (OAS) conducted a nationwide review of pharmacy acquisition cost for drugs reimbursed under the Medicaid prescription drug program. The objective of our review was to develop a nationwide estimate of the difference between actual acquisition cost of drugs by the retail pharmacy and AWP for generic drugs.

## BACKGROUND

Medicaid regulations provide for the reimbursement of drugs using two methods. If a drug is a multiple source (generic) drug, then reimbursement is based on the lower of the pharmacist's usual and customary charge to the general public or a Federal upper limit amount plus a dispensing fee. The Federal upper limit amounts are established by HCFA. If a drug is a single source (brand name) drug, or a generic drug for which an upper limit amount has not been established, then the reimbursement is the lower of the pharmacist's usual and customary charge to the general public or the estimated acquisition costs (EAC) plus a reasonable dispensing fee. The State agencies are responsible for determining the EAC and the dispensing fee.

The EAC for most States is calculated by using AWP for a drug less a discount percentage. The AWP is the price assigned to the drug by its manufacturer and is listed in either the **Red Book**, **Medispan** or the **Blue Book**--publications universally used in the pharmaceutical industry. Prior to 1984, most States used 100 percent of AWP for reimbursement of acquisition cost. However, the OIG issued a report in 1984 which stated that, on average, pharmacies purchased drugs for 15.9 percent below AWP. In 1989, the OIG issued a follow-up report which concluded that pharmacies were purchasing drugs at discounts of 15.5 percent below AWP. Both the 1984 and 1989 reports combined brand name and generic drugs in calculating the percentage discounts and included a comparison of 3,469 and 4,723 purchases, respectively.

In 1989, HCFA issued a revision to the State Medicaid Manual which pointed out that a preponderance of evidence demonstrated that AWP overstated prices that pharmacies actually paid for drugs by as much as 10 to 20 percent. The Manual issuance further provided that, absent valid documentation to the contrary, it would not be acceptable for a State to make reimbursements using AWP without a significant discount.

In November 1990, the Omnibus Budget Reconciliation Act of 1990 was passed which placed a 4-year moratorium on changes to States' reimbursement policies. The moratorium expired on December 31, 1994 and HCFA requested that we, once again, determine the difference between AWP and actual pharmacy acquisition cost.

An article in the June 10, 1996 issue of **Barron's** entitled, "*Hooked on Drugs,*" focused additional attention on AWP and its relationship to actual acquisition cost. **Barron's** compared

1

HHD014-0449

about 300 dose forms of the top 20 Medicare drugs and concluded that the true cost was 10 to 20 percent below AWP for brand name drugs and 60 to 85 percent below AWP for generic drugs. **Barron's** also reported that industry insiders joke that AWP really means "Ain't What's Paid".

## SCOPE

Our review was performed in accordance with generally accepted government auditing standards. The objective of our review was to develop a nationwide estimate of the difference between the actual invoice prices of generic prescription drugs to Medicaid pharmacy providers and AWP. Our objective did not require that we identify or review any internal control systems.

Our review was limited to ingredient acquisition costs and did not address other areas such as: the effect of Medicaid business as a contribution to other store sales; the cost to provide professional services other than dispensing a prescription such as therapeutic interventions, patient education, and physician consultation; and the cost of dispensing which includes costs for computers, multipart labels, containers, technical staff, transaction fees, Medicaid specific administrative costs, and general overhead.

To accomplish our objective, we designed a multistage sampling procedure (a detailed description of our sample design is included as **Appendix 1** to this report). State Medicaid agencies were designated as the primary units and Medicaid pharmacy providers as the secondary units. We selected a random sample of 11 States from a universe of 49 States including the District of Columbia. Arizona was excluded from the universe of States because the Medicaid drug program is a demonstration project using prepaid capitation financing and Tennessee was excluded because of a waiver received to implement a managed care program for Medicaid. The States selected were California, Delaware, District of Columbia, Florida, Maryland, Missouri, Montana, Nebraska, New Jersey, North Carolina and Virginia.

We obtained a listing of all Medicaid pharmacy providers from each sample State. The State Agencies were responsible for classifying each pharmacy as a chain, independent or non-traditional. For purposes of this review, a chain was defined as four or more pharmacies with common ownership. We determined whether each pharmacy was rural or urban by comparing the county location for each pharmacy to a December 31, 1992 listing of the metropolitan areas and their components. We selected a stratified random sample of 60 pharmacies from each State with 12 pharmacies selected from each of 5 strata--urban-chain, rural-chain, urban-independent, rural-independent, and non-traditional (nursing home pharmacies, hospital pharmacies, home IV, etc.) If a stratum had a universe of less than 12, we selected 100 percent of the pharmacies in that stratum. We included the non-traditional category so as to be able to exclude those pharmacies from our estimates. We believed that such pharmacies are able to purchase drugs at substantially greater discounts than a retail pharmacy and would inflate our estimate.

2

HHD014-0450

We requested, from each pharmacy selected, the largest invoice from each different source of supply for a specified month in CY 1994. We identified the sources of supply as wholesalers, chain warehouse distribution centers, and direct manufacturer purchases. Each pharmacy was initially assigned a month from January through September in order to provide a cross section of this 9-month time period. However, we permitted some pharmacies to provide invoices from October, November or December as invoices were not available from the earlier period.

We reviewed every line item on the invoices supplied by the sample pharmacies to ensure that invoices contained the information necessary for our review. We eliminated over-the-counter items. Some invoices did not include National Drug Codes (NDC), which was needed to obtain AWP for the drug. We attempted to obtain NDCs in those instances. We used the **1994 Red Book,** a nationally recognized reference for drug product and pricing information, to obtain NDCs or identify over-the-counter items. One prominent wholesaler, whose invoices contained that wholesaler's item numbers rather than NDCs, provided us with a listing that converted their item numbers to NDCs. If we were unable to identify the NDC for a drug, we eliminated the line item.

We obtained a listing from HCFA that indicated whether a drug is a brand name or generic drug. We used that listing to identify the generic drugs on the invoices. If a drug was not on the HCFA listing, we used the **Red Book** to determine whether the drug was a generic drug. We also obtained from HCFA a listing of the top 200 generic drugs in terms of the amount reimbursed by Medicaid for CY 1994 and for CY 1995. The listing also included the total units reimbursed for those drugs.

The State of Missouri provided us with a pricing file for the purpose of obtaining AWP for each drug. We compared the invoice drug price to AWP for each drug and calculated the percentage, if any, by which the invoice price was discounted below AWP. If a drug from an invoice was not on the pricing file, we eliminated that drug.

We involved State agency officials in planning the methodology for this review. A meeting was held in Richmond, Virginia, with HCFA officials and Medicaid pharmacy representatives from the sample States to collaboratively design our approach. A second meeting was also held in Richmond, Virginia involving HCFA officials and pharmacy representatives from the sample States to present the results of our review and discuss how best to present these results to the States.

We used OAS statistical software to calculate all estimates as well as to generate all random numbers. We obtained the total number of pharmacies in the universe and State reimbursement information from the September 1994 issue of **Pharmaceutical Benefits Under State Medical Assistance Programs.** We did not independently verify any information obtained from third

HHD014-0451

party sources.  Our review was conducted by the staff of the OAS Field Office in Little Rock, Arkansas with assistance from staff in our OAS Field Offices in Baton Rouge, Louisiana, Austin, Texas, and Oklahoma City, Oklahoma from September 1994 to September 1995.

# FINDINGS AND RECOMMENDATIONS

We estimated that pharmacies pay an average of 42.5 percent less than AWP for drugs sold to Medicaid beneficiaries.  The estimate combined all pharmacy categories except non-traditional pharmacies and was based on the comparison of AWP for 9,075 invoice prices received from 314 pharmacies in the 11 State sample.  The standard error for this estimate was .90 percent.

The estimates by individual categories for generic drugs are summarized in the following table:

| Category | Point Estimate | Standard Error | Sample Pharmacies | Prices Compared |
|---|---|---|---|---|
| Rural-Chain | 47.5 | 1.63 | 73 | 2,963 |
| Rural-Independent | 47.4 | .93 | 78 | 1,798 |
| Urban-Chain | 37.6 | 2.82 | 72 | 2,634 |
| Urban-Independent | 46.7 | 2.44 | 91 | 1,680 |
| Non-Traditional | 57.7 | 1.98 | 59 | 1,262 |
| Overall (Exc. Non-Trad.) | 42.5 | .90 | 314 | 9,075 |

While the estimate of the discount below AWP of invoice price for generic drugs is significant, this difference is mitigated by Federal upper limit amounts for generic drugs.  Reimbursement for the ingredient cost, or EAC, of generic drugs is limited to the upper limit amounts established by HCFA.  The upper limit amounts are based on 150 percent of AWP for the lowest priced generic equivalent.  However, every generic drug does not have an upper limit established and in those cases, reimbursement of EAC is the same as reimbursement of EAC for brand name drugs.  The EAC for brand name drugs is predominantly based on a discounted AWP, with 10 percent being the most common discount.  Therefore, reimbursement of generic drugs which do not have upper limits is greatly in excess of the actual cost of the drug.

In order to assess the significance of the difference between what pharmacists pay for generic drugs and what Medicaid reimburses for those drugs, we calculated the difference for the 200 generic drugs with the most Medicaid reimbursement in CY 1994 and for the 200 with the most Medicaid reimbursement in CY 1995.  For 187 drugs with upper limit amounts, we multiplied Medicaid utilization by the difference between the upper limit (what Medicaid pays for EAC)

4

and AWP discounted by 42.5 percent (pharmacy cost per our review). For 213 drugs without upper limits, we multiplied Medicaid utilization by AWP discounted by the difference between 42.5 percent and the most commonly used discount of 10 percent. We used the AWP for each drug that was in effect January 1, 1994 and January 1, 1995, respectively. We also used the upper limit amount that was in effect January 1, 1994 or January 1, 1995.

The difference between what Medicaid reimburses for ingredient cost and our estimate of what pharmacies actually pay was $145.5 million for the 2-year period. The majority, $132.7 million, of the difference was attributable to the 213 drugs without upper limits established. Reimbursement for 112 of the 187 drugs with upper limits was $37.3 million more than the estimated cost and reimbursement for the remaining 75 drugs was $24.5 million less than estimated cost. The following table details the results of our calculations:

| | 1994 | 1995 | 1994 & 1995 | Difference between Reimbursement and Acq. Cost * | Total Reimbursement by Medicaid |
|---|---|---|---|---|---|
| Drugs without upper limits | 116 | 97 | 213 | $132,656 | $414,408 |
| Drugs with upper limits greater than cost | 54 | 58 | 112 | $37,304 | $153,725 |
| Drugs with upper limits less than cost | 30 | 45 | 75 | $(24,495) | $90,977 |
| Totals | 200 | 200 | 400 | $145,465 | $659,110 |

\* - Amounts in thousands

## CONCLUSIONS AND RECOMMENDATIONS

Based on our review, we have determined that there is a significant difference between pharmacy acquisition cost and AWP. We have also calculated that changing reimbursement policy consistent with the findings of our report could have resulted in savings of as much as $145.5 million in CY 1994 and CY 1995 for the 200 most reimbursed drugs in each year. We recognize that these calculations do not incorporate all the complexities of pharmacy reimbursement and that acquisition cost is just one factor in pharmacy reimbursement policy. We believe that any change to that policy should also consider the other factors discussed in the Scope section of our report. However, we also believe that the results of this report are significant enough to warrant a review of pharmacy reimbursement policy.

5

HHD014-0453

Therefore, we recommend that HCFA work to ensure that States reimburse the ingredient portion of Medicaid drugs in a manner more consistent with the findings of this report. Additionally, we recommend that HCFA study any of the other factors which they believe could significantly impact pharmacy reimbursement.

HCFA'S COMMENTS

The HCFA Administrator responded to our draft report in a memorandum dated July 7, 1997. The HCFA concurred with the findings and recommendations of this report. The HCFA hoped that this report would provide the necessary impetus for States to restructure their payment methodology for outpatient drugs. The full text of HCFA's comments is included in Appendix 3.

HHD014-0454

# APPENDICES

HHD014-0455

# SAMPLE DESCRIPTION

*Sample Objectives:*

Develop a nationwide estimate of the extent of the discount below average wholesale prices (AWP) of actual invoice prices to Medicaid pharmacies for generic drugs.

*Population:*

The primary sampling population was all States providing coverage of prescription drugs as an optional service under Section 1905 (a) (12) of the Social Security Act. Section 1903 (a) of the Act provides for Federal financial participation (FFP) in State expenditures for prescription drugs.

*Sampling Frame:*

The primary sampling frame was a listing of all States participating in the Medicaid prescription drug program except for Arizona and Tennessee. Arizona was excluded because the Medicaid drug program is a demonstration project using prepaid capitation financing and Tennessee was excluded because of a waiver received to implement a managed care program for Medicaid.

*Sample Design:*

A multistage sample was designed with States as the primary sample units and Medicaid pharmacy providers within those States as the secondary sample units. A simple random sample of States was selected for the primary sample and a stratified random sample of pharmacies was selected for the secondary sample. A sample of 12 pharmacies was selected from each of 5 strata. The 5 strata of pharmacies were rural-chain, rural-independent, urban-chain, urban-independent, and non-traditional (nursing home pharmacies, hospital pharmacies, home IV, etc.). Each pharmacy was assigned a month from 1994 for which to provide invoices. All pharmacies were initially assigned a month from January through September in a method designed to provide a cross section of the 9-month period. However, some pharmacies were permitted to submit invoices from October, November or December as invoices were not available for the month originally

1

assigned.  The largest invoice from each of four different sources of supply was requested.  The sources of supply were identified as wholesalers, chain warehouse distribution centers, and direct manufacturer purchases.  All invoice prices were compared to AWP.

*Sample Size:*

Eleven States were selected for review from our primary sampling frame.  Twelve pharmacies were selected from each stratum of our secondary sample frame.  A maximum of 60 pharmacies was selected from each State.  Some States did not have 12 pharmacies in all strata or have every strata.

*Source of Random Numbers:*

OAS statistical sampling software was used to generate the random numbers.

*Characteristics to be Measured:*

From our review of the pharmacy invoices we calculated the percentage of the discount below AWP of actual invoice prices for all drugs on the invoices submitted.

*Treatment of Missing Sample Items:*

No spare was substituted for a pharmacy that did not respond to our request or did not provide usable information.  If a pharmacy stratum had 12 or fewer pharmacies, we reviewed all of the pharmacies in that stratum.  If a pharmacy did not send an invoice for a particular type of supplier, we assumed that the pharmacy did not purchase drugs from that type of supplier during the month assigned to the pharmacy.

*Estimation Methodology:*

We used OAS statistical software for multistage variable sampling to project the percentage difference between actual invoice prices and AWP for each stratum, as well as an overall percent difference.

*Other Evidence:*

We obtained AWP from First DataBank.

2

HHD014-0457

APPENDIX 2

## NATIONWIDE SAMPLE RESULTS
## GENERIC NAME DRUGS

| NATIONWIDE | NUMBER OF CLAIMS USED | NUMBER OF SUPPLIERS | DRUGS NUMBER SURVEYED | AVERAGE ESTIMATED ACQUISITION | STANDARD ERROR | CONFIDENCE INTERVAL LOWER BOUND | CONFIDENCE INTERVAL UPPER BOUND |
|---|---|---|---|---|---|---|---|
| RURAL-CHAIN | 1,095 | 73 | 2,963 | 47.51 | 1.63 | 44.82 | 50.20 |
| RURAL-INDEPENDENT | 1,499 | 78 | 1,798 | 47.38 | 0.93 | 45.85 | 48.92 |
| URBAN-CHAIN | 8,194 | 72 | 2,634 | 37.61 | 2.82 | 32.97 | 42.26 |
| URBAN-INDEPENDENT | 6,242 | 91 | 1,680 | 46.72 | 2.44 | 42.70 | 50.73 |
| NON-TRADITIONAL | 2,026 | 59 | 1,262 | 57.70 | 1.98 | 54.43 | 60.96 |
| OVERALL (EXCL. NON-TRAD) | 17,030 | 314 | 9,075 | 42.45 | 0.90 | 40.97 | 43.93 |

3

HHD014-0458

APPENDIX 3
(PAGE 1 OF 2)

 **DEPARTMENT OF HEALTH & HUMAN SERVICES**

Health Care Financing Administration

The Administrator
Washington, D.C.   20201

JUL   7 1997

DATE:

TO:          June Gibbs Brown
             Inspector General

FROM:        Bruce C. Vladeck
             Administrator

SUBJECT:     Office of Inspector General (OIG) Draft Report: "Medicaid Pharmacy--
             Actual Acquisition Cost of Generic Prescription Drug Products,"
             (A-06-97-00011)


We reviewed the above-referenced report concerning the pharmacy acquisition cost for
generic drugs reimbursed under the Medicaid prescription drug program.

Our detailed comments are attached for your consideration.  Thank you for the
opportunity to review and comment on this report.

Attachment

HHD014-0459

<u>Health Care Financing Administration (HCFA) Comments on
Office of Inspector General (OIG) Draft Report Entitled:
"Medicaid Pharmacy--Actual Acquisition Cost of Generic Prescription Drug Products,"
(A-06-97-00011)</u>

<u>OIG Recommendation</u>

HCFA should work to ensure that states reimburse the ingredient portion of Medicaid drugs in a manner more consistent with the findings of this report. Additionally, HCFA should study any of the other factors it believes could significantly impact pharmacy reimbursement.

<u>HCFA Response</u>

We concur. The findings shown in the report confirm the belief shared by many states that the pharmacy's actual generic drug acquisition costs are much less than the prices paid by many states to the pharmacies. An increasing number of state outpatient drug programs are changing the basis for reimbursing ingredient costs from the average wholesale price to the lower of the wholesaler acquisition cost, the usual and customary charge, or the estimated acquisition cost, in order to be closer to the actual price paid by the pharmacy to acquire the drug. This report provides a monetary incentive for states to reassess their drug reimbursement methodology as they look for ways to stretch their operating budgets.

The report also recommends that HCFA study other factors that affect drug costs such as dispensing fees. Regional office personnel who function as drug rebate coordinators polled the states in their regions in both 1995 and 1996 to ascertain whether states are considering lowering the dispensing fee. Their findings indicate that states are beginning to consider reducing their dispensing fees only when the need for additional savings becomes critical. However, based on the number of states that are changing to capitated reimbursement arrangements, we believe the lowering of state dispensing fees is becoming less important.

We believe the findings in this report are significant and warrant the attention of all state Medicaid agencies. We intend to share this report with all state Medicaid agencies and hope this report will provide the necessary impetus for states to restructure their payment methodology for outpatient drugs.

# EXHIBIT BX

T        NE-O-10

Page No.  69                                    ID  NE-O-10
06/12/95

| DATE | INV TYPE | NDC | DESCRIPTION | IND | QTY | PRICE |
|------|----------|-----|-------------|-----|-----|-------|
| 04/25/94 | W | 00075135001 | HP ACTHAR GEL 80 USP 5 ML | N | 5.00 | 32.22 |
| 04/25/94 | W | 00517040125 | ATROPINE SULFATE .4MG 1ML VIAL | N | 25.00 | 5.35 |
| 04/25/94 | W | 00472001699 | AUROTO OTIC SOLUTION | N | 15.00 | 1.35 |
| 04/25/94 | W | 51079060520 | CEPHALEXIN 500 MG | N | 100.00 | 19.45 |
| 04/25/94 | W | 00081019892 | CORTISPORIN OTIC SUSPENSION (POLYMYXIN B | I | 10.00 | 14.42 |
| 04/25/94 | W | 00054817425 | DEXAMETHA 1.0MG TAB 1C | N | 100.00 | 18.99 |
| 04/25/94 | W | 00007365021 | DYAZIDE | I | 100.00 | 33.22 |
| 04/25/94 | W | 00548201600 | EPINEPHRINE INJECTION USP 1:10,000 | N | 25.00 | 32.16 |
| 04/25/94 | W | 00517560125 | HYDROXYZINE HCL 50MG 1ML VIAL | N | 25.00 | 5.61 |
| 04/25/94 | W | 00009005604 | MEDROL 4 MG CT | I | 21.00 | 9.31 |
| 04/25/94 | W | 00641149535 | PROMETHAZINE HYDROCHLORIDE INJECTION USP | N | 25.00 | 9.39 |

T  T                    T                          INVOICE TOTAL        181.47 ✓

| DATE | INV TYPE | NDC | DESCRIPTION | IND | QTY | PRICE |
|------|----------|-----|-------------|-----|-----|-------|
| 03/31/94 | M | 00074158603 | 5% SODIUM CHL INJ | N | 500.00 *12.00* | 15.06 |
| 03/31/94 | M | 00074797408 | GLYCINE 3000ML | N | 3000.00 *4.00* | 34.21 |
| 03/31/94 | M | 00074797307 | WATER 2000ML FLEX | N | 2000.00 *6.00* | 32.03 |
| 03/31/94 | M | 00074797208 | SOD CHL IRRG FLEX | N | 3000.00 *4.00* | 26.72 |
| 03/31/94 | M | 00074798437 | SODIUM CHL 0.9% INJ LIFECARE 100MLFILL | N | 80.00 | 135.31 |
| 03/31/94 | M | 00074798302 | 0.9% SOD CHL LC | N | 250.00 *24.00* | 17.27 |
| 03/31/94 | M | 00074798309 | 0.9% SOD CHL LC | N | 100 *12.00* | 14.26 |
| 03/31/94 | M | 00074798509 | 0.45% SOD CHL LC | N | 100 *12.00* | 15.25 |
| 03/31/94 | M | 00074792609 | 5% DEX-1/2 SOD LC | N | 100 *12.00* | 17.08 |
| 03/31/94 | M | 00074790209 | DEX SOD 20MEQ KCL | N | 100 *12.00* | 22.67 |
| 03/31/94 | M | 00074794109 | 5% DEX .9% SOD LC | N | 100 *12.00* | 17.40 |
| 03/31/94 | M | 00074792209 | 5% DEXTROSE LC | N | 100 *12.00* | 16.01 |
| 03/31/94 | M | 00074792202 | 5% DEXTROSE LC | N | 100 *24.00* | 17.84 |
| 03/31/94 | M | 00074792909 | 5% DEX AND LRS LC | N | 100 *12.00* | 19.22 |
| 03/31/94 | M | 00074795309 | LACTATED RINGERS | N | 100 *12.00* | 17.48 |
| 03/31/94 | M | 00074796509 | NORMOSOL-M DEX LC | N | 100 *12.00* | 26.28 |
| 03/31/94 | M | 00074159002 | STERILE WATER INJ | N | 250.00 *12.00* | 17.08 |
| 03/31/94 | M | 00074793132 | LIDOCN 0.4% 250ML | N | 250.00 *12.00* | 94.14 |

T  T                    T                          INVOICE TOTAL        550.17 ✓

                                                   PHARMACY TOTAL       731.64 ✓

*T — Traced to invoice and each ID number, date, invoice type, drug name and quantity was correct unless changed. 6-14-95 (BS)*

*✓ — Verified math accuracy of invoice total and amounts agreed. 6-14-95 (BS)*

*6-15-95 (SLD)*

HHD015-1492        F

Enclosure C

# Confidential

## Pharmacy Information Form

Pharmacy Name: *Box Butt General Hospital*

Address: *2101 Box Butt Ave*

*Alliance, Ne 69301*

Phone Number: *(308) 762-3327*

Contact Person: *Sue Rolfe, R.R.*

### Type of Pharmacy
(Check Appropriate Block(s))

| | |
|---|---|
| Independent Retail Pharmacy | ☐ |
| Chain (four or more stores) Pharmacy | ☐ |
| Other: | |
|     Nursing Home Pharmacy | ☐ |
|     Hospital Outpatient Pharmacy | ☐ |
|     Home I.V. Pharmacy | ☐ |
|     Mail Order Pharmacy | ☐ |
|     County Public Health Unit Pharmacy | ☐ |
|     Public Health Entity | ☐ |

*Inpatient Hospital Pharmacy X*

ABB[...]    COLO[...]    *Add a "O" to all NDC's*

**B**

5  H033194    HOSPITAL PRODUCTS DIVISION                    DUPLICATE
                ABBOTT LABORATORIES                    PAGE    1
**THANK YOU FOR YOUR ORDER**    FARMERS BRANCH TX   75244

| INVOICE DATE | INVOI | | NET 30 | | PURCHASE ORDER NO. | | ORD. LOC. | ORDER DATE | M.C. |
|---|---|---|---|---|---|---|---|---|---|
| 03/31/94 | 643 | | | | 033194 | | DAL | 03/31/94 | 1B |

| CUSTOMER NO. | | PLEASE USE YOUR CUSTOMER NUMBER WHEN REORDERING | CUSTOMER NO. | CLASS | DEA REG. NO. | TERRITORY |
|---|---|---|---|---|---|---|
| 1475042 | | REFERENCE NO. 74782852-01A | 14750426 | M026 | AB7062146 | MBU03 |

SOLD TO
BOX BUTTE GEN HOSP/PHCY
OWEN HLTHCR 4704/BX 810
2101 BOX BUTTE AVENUE
ALLIANCE NE  69301

ISSUE DATE 03/31/94
SHIP LOC. AUC

SHIP TO
BOX BUTTE GEN HOSP/PHCY
OWEN HLTHCR 4704/BX 810
2101 BOX BUTTE AVENUE
ALLIANCE NE  69301

ITEMS CODED # SUBJECT TO DRUG ABUSE CONTROL

| LINE | LOCATION | QUANTITY | SIZE DESC. | NDC/NHRIC LIST SIZE | INV. SIZE | PRODUCT DESCRIPTION | SP. CD. | CONTRACT DEAL NO. | TAX | UNIT PRICE | M | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 1 | 12/500 C 1 | 0074- 1586-03 84511DM | 03 | 5% SODIUM CHL INJ | | F295173265BE | | 15.06 C | | 15.06 |
| 2 | | 2 | 4/3000 C 2 | 0074- 7974-08 86023JT | 08 | GLYCINE 3000ML | | F295173265BE | | 34.21 C | | 68.42 |
| 3 | | 1 | 6/2000 C 1 | 0074- 7973-07 82611JT | 07 | WATER 2000ML FLEX | | F295173265BE | | 32.03 C | | 32.03 |
| 4 | | 2 | 4/3000 C 2 | 0074- 7972-08 85248JT | 08 | SOD CHL IRRG FLEX | | F295173265BE | | 26.72 C | | 53.44 |
| 5 | | 1 | CS/80 C 1 | 0074- 7984-37 86908JT | 37 | 0.9% SODCHL 100ML | | F295173265BE | | 135.31 C | | 135.31 |
| 6 | | 1 | 24/250 C 1 | 0074- 7983-02 86930JT | 62 | 0.9% SOD CHL LC | | F295173265BE | | 17.27 C | | 17.27 |
| 7 | | 1 | 12/1M C 1 | 0074- 7983-09 85290JT | 39 | 0.9% SOD CHL LC | | F295173265BE | | 14.26 C | | 14.26 |
| 8 | | 1 | 12/1M C 1 | 0074- 7985-09 86002JT | 39 | 0.45% SOD CHL LC | | F295173265BE | | 15.25 C | | 15.25 |
| 9 | | 2 | 12/1M C 2 | 0074- 7926-09 86988JT | 39 | 5% DEX-1/2 SOD LC | | F295173265BE | | 17.08 C | | 34.16 |
| 10 | | 1 | 12/1M C 1 | 0074- 7902-09 86974JT | 39 | DEX SOD 20MEQ KCL | | F295173265BE | | 22.67 C | | 22.67 |
| 11 | | 1 | 12/1M C 1 | 0074- 7941-09 85291JT | 39 | 5% DEX .9% SOD LC | | F295173265BE | | 17.40 C | | 17.40 |
| 12 | | 1 | 12/1M C 1 | 0074- 7922-09 85309JT | 39 | 5% DEXTROSE LC | | F295173265BE | | 16.01 C | | 16.01 |
| 13 | | 1 | 24/250 C | 0074- 7922-02 | 62 | 5% DEXTROSE LC | | F295173265BE | | 17.84 C | | 17.84 |

...ries, of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded ...of the Federal Food, Drug and Cosmetic Act, or the Insecticide Act of 1910, as amended, or within the meaning ...ate or municipal law in which the definitions of adulteration and misbranding are substantially the same as those ...al Food, Drug and Cosmetic Act, as said laws are effective as of the date of this invoice, and are not adulterated ...provision of section 404 or 505 of said Federal Food, Drug and Cosmetic Act, be introduced into interstate ...certifies that the products covered by this invoice have been produced in compliance with the applicable Standards Act of 1938, as amended, and regulations issued thereunder.

PLEASE REMIT PAYMENT TO:

ABBOTT LABORATORIES
P.O. BOX 92679

CHICAGO, IL  60675-2679

PRINTED ON RECYCLED PAPER

HHD015-1497

# ABBOTT LABORATORIES

**Health Care World Wide**

COLORADO WHOLESALE LICENSE NO. W-35   H033194   HOSPITAL PRODUCTS DIVISION

FEDERAL I.D. NO. 36-069-8440   ABBOTT LABORATORIES

**THANK YOU FOR YOUR ORDER**   FARMERS BRANCH TX 75244

DUPLICATE

PAGE 1

| INVOICE DATE | INVOICE NUMBER | T.C. | TERMS | | PURCHASE ORDER NO. | ORD. NO. | ORDER DATE | M.C. |
|---|---|---|---|---|---|---|---|---|
| 03/31/94 | 64301715 | 04 | 1% 15 DAYS NET 30 | | 033194 | DAL | 03/31/94 | 1B |

| | CUSTOMER NO. | CLASS | DEA REG. NO. | | | CUSTOMER NO. | CLASS | DEA REG. NO. | TERRITORY |
|---|---|---|---|---|---|---|---|---|---|
| | 14750426 | M026 | AB7062146 | | | 14750426 | M026 | AB7062146 | MBU03 |

**PLEASE USE YOUR CUSTOMER NUMBER WHEN REORDERING**

REFERENCE NO.
74782852-01A

ISSUE DATE
03/31/94

SHIP LOC.
AUC

SOLD TO:
BOX BUTTE GEN HOSP/PHCY
OWEN HLTHCR 4704/BX 810
2101 BOX BUTTE AVENUE
ALLIANCE NE 69301

SHIP TO:
BOX BUTTE GEN HOSP/PHCY
OWEN HLTHCR 4704/BX 810
2101 BOX BUTTE AVENUE
ALLIANCE NE 69301

ITEMS CODED # SUBJECT TO DRUG ABUSE CONTROL

| LINE | LOCATION | QUANTITY | LT DESC. | NDC/NHRIC LIST SIZE | INV. SIZE | PRODUCT DESCRIPTION | SP. CD. | CONTRACT DEAL NO. | TAX | UNIT PRICE | M | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ** | 1 | 12/500 C 1 | 0074- 1586-03 84511DM | 03 | 5% SODIUM CHL INJ | | F295173265BE | | 15.06 | | 15.06 |
| 2 | | 2 | 4/3000 C 2 | 0074- 7974-08 86023JT | 08 | GLYCINE 3000ML | | F295173265BE | | 34.21 | | 68.42 |
| 3 | | 1 | 6/2000 C 1 | 0074- 7973-07 82611JT | 07 | WATER 2000ML FLEX | | F295173265BE | | 32.03 | | 32.03 |
| 4 | | 2 | 4/3000 C 2 | 0074- 7972-08 85248JT | 08 | SOD CHL IRRG FLEX | | F295173265BE | | 26.72 | | 53.44 |
| 5 | | 1 | CS/80 C 1 | 0074- 7984-37 86908JT | 37 | 0.9% SODCHL 100ML | | F295173265BE | | 135.31 | | 135.31 |
| 6 | | 1 | 24/250 C 1 | 0074- 7983-02 86930JT | 62 | 0.9% SOD CHL LC | | F295173265BE | | 17.27 | | 17.27 |
| 7 | | 1 | 12/1M C 1 | 0074- 7983-09 85290JT | 39 | 0.9% SOD CHL LC | | F295173265BE | | 14.26 | | 14.26 |
| 8 | | 1 | 12/1M C 1 | 0074- 7985-09 86002JT | 39 | 0.45% SOD CHL LC | | F295173265BE | | 15.25 | | 15.25 |
| 9 | | 2 | 12/1M C 2 | 0074- 7926-09 86988JT | 39 | 5% DEX-1/2 SOD LC | | F295173265BE | | 17.08 | | 34.16 |
| 10 | | 1 | 12/1M C 1 | 0074- 7902-09 86974JT | 39 | DEX SOD 20MEQ KCL | | F295173265BE | | 22.67 | | 22.67 |
| 11 | | 1 | 12/1M C 1 | 0074- 7941-09 85291JT | 39 | 5% DEX .9% SOD LC | | F295173265BE | | 17.40 | | 17.40 |
| 12 | | 1 | 12/1M C 1 | 0074- 7922-09 85309JT | 39 | 5% DEXTROSE LC | | F295173265BE | | 16.01 | | 16.01 |
| 13 | | 1 | 24/250 | 0074- 7922-02 | 62 | 5% DEXTROSE LC | | F295173265BE | | 17.84 | | 17.84 |

...ries, of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded ... of the Federal Food, Drug and Cosmetic Act, or the Insecticide Act, of 1910, as amended, or within the meaning ... ate or municipal law in which the definitions of adulteration and misbranding are substantially the same as those ... al Food, Drug and Cosmetic Act, as said laws are effective as of the date of this invoice, and are not articles ... provision of section 404 or 505 of said Federal Food, Drug and Cosmetic Act, be introduced into interstate ... certifies that the products covered by this invoice have been produced in compliance with the applicable ... Standards Act of 1938, as amended, and regulations issued thereunder.

**PLEASE REMIT PAYMENT TO:**

ABBOTT LABORATORIES
P.O. BOX 92679

CHICAGO, IL 60675-2679

HHD015-1498

# ABBOTT LABORATORIES

Health Care World Wide
COLORADO WHOLESALE LICENSE NO. W-35   H033194   HOSPITAL PRODUCTS DIVISION
FEDERAL I.D. NO. 36-069-8440                                ABBOTT LABORATORIES
THANK YOU FOR YOUR ORDER                                FARMERS BRANCH TX  75244

DUPLICATE
PAGE  2
END

| INVOICE DATE | INVOICE NUMBER | T.C. | TERMS | PURCHASE ORDER NO. | ORD. LOC. | ORDER DATE | M.C. |
|---|---|---|---|---|---|---|---|
| 03/31/94 | 64301715 | 04 | 1% 15 DAYS NET 30 | 033194 | DAL | 03/31/94 | 1B |

| | CUSTOMER NO. | CLASS | DEA REG. NO. | | CUSTOMER NO. | CLASS | DEA REG. NO. | TERRITORY |
|---|---|---|---|---|---|---|---|---|
| S O L D  T O | 14750426 | M026 | AB7062146 | S H I P  T O | 14750426 | M026 | AB7062146 | MBU03 |

PLEASE USE YOUR CUSTOMER NUMBER WHEN REORDERING

REFERENCE NO.
74782852-01A
ISSUE DATE
03/31/94
SHIP LOC.
AUC

SOLD TO:
BOX BUTTE GEN HOSP/PHCY
OWEN HLTHCR 4704/BX 810
2101 BOX BUTTE AVENUE
ALLIANCE NE  69301

SHIP TO:
BOX BUTTE GEN HOSP/PHCY
OWEN HLTHCR 4704/BX 810
2101 BOX BUTTE AVENUE
ALLIANCE NE  69301

ITEMS CODED # SUBJECT TO DRUG ABUSE CONTROL

| LINE | LOCATION | QUANTITY | SIZE DESC. | NDC/NHRIC LIST SIZE | INV. SIZE | PRODUCT DESCRIPTION | SP. CD. | CONTRACT DEAL NO. | TAX | UNIT PRICE | M | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | | 2 | C   1 12/1M C   2 | 86015JT 0074- 7929-09 86009JT | 39 | 5% DEX AND LRS LC | | F295173265BE | | 19.22 | C | 38.44 |
| 15 | | 2 | 12/1M C   2 | 0074- 7953-09 85294JT | 39 | LACTATED RINGERS | | F295173265BE | | 17.48 | C | 34.96 |
| 16 | | 1 | 12/1M C   1 | 0074- 7965-09 83929FW | 39 | NORMOSOL-M DEX LC | | F295173265BE | | 26.28 | C | 26.28 |
| 17 | | 2 | 12/250 C   2 | 0074- 1590-02 84528DM | 02 | STERILE WATER INJ | | F295173265BE | | 11.94 | C | 23.88 |
| 18 | | 1 | 3/40 C   1 | 0074- 4612-04 83257H1 | 04 | EXTENT CONNECT | | F295173265BE | | 120.35 | C | 120.35 |
| 19 | | 1 | 2/60 C   1 | 0074- 5396-02 80243H1 | 02 | SHORT LUER MALE | | F295173265BE | | 81.67 | C | 81.67 |
| 21 | | 1 | 12/250 C   1 | 0074- 7931-32 81157FJ | 32 | LIDOCN 0.4% 250ML | | F295173265BE | | 94.14 | C | 94.14 |
| | | | | | | | | | SUBTOTAL | | 878.84 |
| | | | | | | | | | TOTAL | | 878.84 |

FOLLOWING ITEM(S) SCHEDULED TO BE SHIPPED

| 20 | | 1 | CS/12 | 0074- 7809-22 | 22 | DOPMN 400MG 250ML | | SHIP FROM  FARM BR TX |

MAUREEN          308-762-3327
SHIPPED VIA: NEBRASKA TRANSPTCO          NEBT

EMS          00

...ories, of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded ...ing of the Federal Food, Drug and Cosmetic Act, or the Insecticide Act, of 1910, as amended, or within the meaning ...tate or municipal law in which the definitions of adulteration and misbranding are substantially the same as those ...ral Food, Drug and Cosmetic Act, as said laws are effective as of the date of this invoice, and are not articles ...he provision of section 404 or 505 of said Federal Food, Drug and Cosmetic Act, be introduced into interstate ...ries certifies that the products covered by this invoice have been produced in compliance with the applicable ... Standards Act of 1938, as amended, and regulations issued thereunder.

PLEASE REMIT PAYMENT TO:

1C2C

ABBOTT LABORATORIES
P.O. BOX 92679

CHICAGO, IL  60675-2679

HHD015-1499

PRINTED ON RECYCLED PAPER

NC-O-4

Page No.  5

05/23/95

ID  NC-O-04

| DATE | INV TYPE | NDC | DESCRIPTION | IND | QTY | PRICE |
|------|----------|-----|-------------|-----|-----|-------|
| 07/19/94 | M | 00074978903 | LIPOSYN II 20% | I | 12.00 | 108.54 |
| 07/19/94 | M | 00074109005 | AMINSYN 2 10 1000 | I | 6.00 | 56.10 |
| 07/19/94 | M | 00074799009 | STERILE WATER LC | N | 12.00 | 9.84 |
| 07/19/94 | M | 00074711807 | STER WATER BULK | N | 6.00 | 9.84 |
| 07/19/94 | M | 00074798309 | 0.9% SOD CHL LC | N | 12.00 | 9.74 |
| 07/19/94 | M | 00074978603 | LIPOSYN II 10% | I | 12.00 | 59.09 |
| 07/19/94 | M | 00074196607 | SOD CHL INJ 30ML | N | 100.00 | 4.50 |
| 07/19/94 | M | 00074108803 | AMINSYN 2 8.5 500 | I | 12.00 | 51.98 |
| | | | | | INVOICE TOTAL | 309.63 |

| 07/15/94 | W | 00186183935 | MVI PEDICATRIC MULTIVITAMINS FOR INFUSIO | S | 25.00 | 153.39 |
| 07/15/94 | W | 00469138003 | PEDTRACE 4 3ML IN 6.5ML SDVIAL | N | 2.00 25.00 | 33.15 |
| 07/15/94 | W | 39769005310 | SELE-PAK 40MCG/ML | N | 25.00 | 35.70 |
| | | | | | INVOICE TOTAL | 222.24 |
| | | | | | PHARMACY TOTAL | 531.87 |

T - Traced to invoice and each ID number,
date, invoice type, drug name and quantity
was correct unless changed.
5-24-95 CSG

✓ - Verified math accuracy of invoices'
4 - totals and amounts agreed.
5-24-95 CSG
6-16-95

HHD015-1136     F

# ABBOTT LABORATORIES

Health Care World Wide
COLORADO WHOLESALE LICENSE NO. W-35
FEDERAL I.D. NO. 36-069-8440

0071594   HOMECARE DIVISION
ABBOTT LABORATORIES
STONE MOUNTAIN GA 30083

**THANK YOU FOR YOUR ORDER**

DUPLICATE
PAGE   1
END

| INVOICE DATE | INVOICE NUMBER | T.C. | TERMS | PURCHASE ORDER NO. | ORD. LOC. | ORDER DATE | M.C. |
|---|---|---|---|---|---|---|---|
| 07/19/94 | I6100949 | 15 | 1% 15 DAYS, NET 90 FROM DOI   9380 | | ATL | 07/15/94 | 1B |

| CUSTOMER NO. | CLASS | DEA REG. NO. | | CUSTOMER NO. | CLASS | DEA REG. NO. | TERRITORY |
|---|---|---|---|---|---|---|---|
| 11429198 | P040 | | PLEASE USE YOUR CUSTOMER NUMBER WHEN REORDERING | 11429191 | P040 | | AHK03 |

REFERENCE NO.
75229095-01A
ISSUE DATE
07/18/94
SHIP LOC.
RNC

SOLD TO:
HEALTHINFUSION INC
SUITE 200
3363 VILLAGE DRIVE
FAYETTEVILLE NC  28304

SHIP TO:
HEALTHINFUSION INC
SUITE 200
3363 VILLAGE DRIVE
FAYETTEVILLE NC  28304

ITEMS CODED # SUBJECT TO DRUG ABUSE CONTROL

| LINE | LOCATION | QUANTITY | SIZE DESC. | NDC/NHRIC LIST SIZE | INV. SIZE | PRODUCT DESCRIPTION | SP. CD. | CONTRACT DEAL NO. | TAX | | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 2 | 12/500 | 00074- 9789-03 | 03 | LIPOSYN II 20% | | 0000125529 | | C | 217.08 |
| | | C  2 | | 89364DE | | | | | | | |
| 2 | | 3 | 6X1000 | 00074- 1090-05 | 05 | AMINSYN 2 10 1000 | | 0000125529 | | C | 168.30 |
| | | C  3 | | 88906DM | | | | | | | |
| 4 | | 1 | 12/1M | 00074- 7990-09 | 39 | STERILE WATER LC | | 0000125529 | | C | 9.84 |
| | | C  1 | | 88548FW | | | | | | | |
| 5 | | 3 | CS/6 | 00074- 7118-07 | 07 | STER WATER BULK | | 0000125529 | | C | 29.52 |
| | | C  3 | | 88005FJ | | | | | | | |
| 6 | | 3 | 12/1M | 00074- 7983-09 | 39 | 0.9% SOD CHL LC | | 0000125529 | | C | 29.22 |
| | | C  3 | | 90719FW | | | | | | | |
| 7 | | 1 | 12/500 | 00074- 9786-03 | 03 | LIPOSYN II 10% | | 0000125529 | | C | 59.09 |
| | | C  1 | | 89366DE | | | | | | | |
| 8 | | 4 | PKG/25 | 00074- 1966-07 | 73 | SOD CHL INJ 30ML | | 0000125462 | | C | 18.00 |
| | | C  1 | | 90419DK | | | | | | | |

SUBTOTAL   531.05
TOTAL   531.05

VALERIE   910-483-6525
SHIPPED VIA: ESTES EXPRESS LINE   EXLA

EQJ LMB   00

Abbott Laboratories, of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, or the Insecticide Act, of 1910, as amended, or within the meaning of applicable state or municipal law in which the definitions of adulteration and misbranding are substantially the same as those of the Federal Food, Drug and Cosmetic Act, as said laws are effective as of the date of this invoice, and are not articles under the provision of section 404 or 505 of said Federal Food, Drug and Cosmetic Act, be introduced into interstate Laboratories certifies that the products covered by this invoice have been produced in compliance with the applicable Fair Labor Standards Act of 1938, as amended, and regulations issued thereunder.

PLEASE REMIT PAYMENT TO
28C8

ABBOTT LABORATORIES
P.O. BOX 100997
ATLANTA, GA  30384-0997

HHD015-1138

Health Care World Wide
COLORADO WHOLESALE LICENSE NO. W-35   0071594   HOMECARE DIVISION
FEDERAL I.D. NO. 36-069-8440                          ABBOTT LABORATORIES
SHIPPER DEA#: PA0020709   THANK YOU FOR YOUR ORDER   STONE MOUNTAIN GA   30083

DUPLICATE
PAGE 1
END

| INVOICE DATE | INVOICE NUMBER | T.C. | TERMS | PURCHASE ORDER NO. | ORD. LOC. | ORDER DATE | M.C. |
|---|---|---|---|---|---|---|---|
| 07/18/94 | 37106734 | 15 | 1% 15 DAYS, NET 90 FROM DOI | 9380 | ATL | 07/15/94 | 1B |

| CUSTOMER NO. | CLASS | DEA REG. NO. | | CUSTOMER NO. | CLASS | DEA REG. NO. | TERRITORY |
|---|---|---|---|---|---|---|---|
| 11429198 | P040 | | PLEASE USE YOUR CUSTOMER NUMBER WHEN REORDERING | 11429198 | P040 | | AHK03 |

REFERENCE NO.
75229095-02A
ISSUE DATE
07/18/94
SHIP LOC.
ATL

**SOLD TO**
HEALTHINFUSION INC
SUITE 200
3363 VILLAGE DRIVE
FAYETTEVILLE NC  28304

**SHIP TO**
HEALTHINFUSION INC
SUITE 200
3363 VILLAGE DRIVE
FAYETTEVILLE NC  28304

ITEMS CODED # SUBJECT TO DRUG ABUSE CONTROL

| LINE | LOCATION | QUANTITY | SIZE DESC. | NDC/NHRIC LIST SIZE | INV. SIZE | PRODUCT DESCRIPTION | SP. CD. | CONTRACT DEAL NO. | TAX | | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | 2 | 12X500 | 0074- 1088-03 | 03 | AMINSYN 2 8.5 500 | | 0000125529 | | | 103.96 |
| | | C  2 | | 87837DM | | | | | | | |
| | | | | | | | | SUBTOTAL | | | 103.96 |
| | | | | | | | | TOTAL | | | 103.96 |
| | | | | FOLLOWING ITEM(S) SCHEDULED TO BE SHIPPED | | | | | | | |
| 1 | | 2 | 12/500 | 0074- 9789-03 | 03 | LIPOSYN II 20% | | SHIP FROM  RALEIGH NC | | | |
| 2 | | 3 | 6X1000 | 0074- 1090-05 | 05 | AMINSYN 2 10 1000 | | SHIP FROM  RALEIGH NC | | | |
| 4 | | 1 | 12/1M | 0074- 7990-09 | 39 | STERILE WATER LC | | SHIP FROM  RALEIGH NC | | | |
| 5 | | 3 | CS/6 | 0074- 7118-07 | 07 | STER WATER BULK | | SHIP FROM  RALEIGH NC | | | |
| 6 | | 3 | 12/1M | 0074- 7983-09 | 39 | 0.9% SOD CHL LC | | SHIP FROM  RALEIGH NC | | | |
| 7 | | 1 | 12/500 | 0074- 9786-03 | 03 | LIPOSYN II 10% | | SHIP FROM  RALEIGH NC | | | |
| 8 | | 4 | PKG/25 | 0074- 1966-07 | 73 | SOD CHL INJ 30ML | | SHIP FROM  RALEIGH NC | | | |

VALERIE   910-483-6525
SHIPPED VIA:  UNITED PARCEL SERVICE         UPSN

EQJ LMB   00

*no packing slip akilabel*

Abbott Laboratories, of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, or the Insecticide Act, of 1910, as amended, or within the meaning of applicable state or municipal law in which the definitions of adulteration and misbranding are substantially the same as those in the Federal Food, Drug and Cosmetic Act, as said laws are effective as of the date of this invoice, and are not articles which under the provision of section 404 or 505 of said Federal Food, Drug and Cosmetic Act, be introduced into interstate commerce. Abbott Laboratories certifies that the products covered by this invoice have been produced in compliance with the applicable requirements of the Fair Labor Standards Act of 1938, as amended, and regulations issued thereunder.

PLEASE REMIT
PAYMENT TO:
28C8

ABBOTT LABORATORIES
P.O. BOX 100997

ATLANTA, GA  30384-0997

HHD015-1139

PRINTED ON RECYCLED PAPER

MEDICAL SPECIALTIES CO., INC
58 NORFOLK AVE
SOUTH EASTON    MA  02375

**DO NOT USE**

## INVOICE

FOR ALL INQUIRIES CONCERNING THIS ORDER
PLEASE CALL (508) 238-8590
FAX (508) 238-8573

INVOICE NUMBER

3010369-02

HES174            919-483-6502

BILL TO: HEALTHINFUSION
3363 VILLAGE DRIVE
SUITE #200
FAYETTEVILLE   NC  28304

SHIP TO: HEALTHINFUSION
3363 VILLAGE DRIVE
SUITE #200
FAYETTEVILLE   NC  28304

CUSTOMER P.O. NO.   AMANDA9389

| 3010369-02 | 322 | 07/22/94 | 383 | AMANDA9389 | 07/26/94 |
|---|---|---|---|---|---|

|  |  |  | FRT. | PKG.NO. |
|---|---|---|---|---|
| ** UFS ONLY ** |  |  | F | 1 |



| 20 | 16 | 4 |  | DRESS SOFKIC | BX | 5.57 | 22.28 |
| 22 |  | 22 |  | 22G X 3/4" | EA | 2.25 | 49.50 |
| 3 |  | 3 |  | 1" | BX | 13.98 | 41.94 |
| 1 |  | 1 |  | 00 PVP TRIPLE | CS | 60.24 | 60.24 |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* - STATE TAX APPLICABLE      C - CONSIDER COMPLETE
+ - FED./OTHER TAX APPLICABLE  D - DIRECT SHIPMENT
+ - STATE & FEDERAL TAX APPL.  F - FACTORY MINIMUM
B - BALANCE BACK ORDERED

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 0.00 |

| SUB TOTAL | 173.96 |
|---|---|
| MISC. CHARGE |  |
| HANDLING FEE |  |
| FREIGHT TOTAL | 0.00 |
| FED./OTHER TAX |  |
| STATE TAX |  |
| PAYMENT REC'D. |  |

NET TERMS: INV   30     DUE: 08/25/94

REMIT TO: MEDICAL SPECIALTIES CO., INC.
P.O. BOX 6121
BOSTON, MA 02212-6121

TOTAL AMT DUE

REMITTANCE COPY

HHD015-1140

MEDICAL SPECIALTIES CO., INC
58 NORFOLK AVE
SOUTH EASTON   MA  02375

# INVOICE

FOR ALL INQUIRIES CONCERNING THIS ORDER
PLEASE CALL (508) 238-8590
FAX (508) 238-8573

INVOICE NUMBER

HE5174

919-483-6502

3010369-01

**BILL TO:**
HEALTHINFUSION
3363 VILLAGE DRIVE
SUITE #200
FAYETTEVILLE   NC  28304

**SHIP TO:**
HEALTHINFUSION
3363 VILLAGE DRIVE
SUITE #200
FAYETTEVILLE   NC  28304
AMANDA9389

CUSTOMER P.O. NO.



| 3010369-01 | 322 | 07/22/94 | 383 | AMANDA9389 | 07/25/94 |

| ** UPS ONLY ** | | RPS | | P | 1 |

1                    1                                              171.18

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* - STATE TAX APPLICABLE          C - CONSIDER COMPLETE
# - FED./OTHER TAX APPLICABLE     D - DIRECT SHIPMENT
+ - STATE & FEDERAL TAX APPL.     F - FACTORY MINIMUM
B - BALANCE BACK ORDERED

| SUB TOTAL | 171.18 |
|---|---|
| MISC. CHARGE | |
| HANDLING FEE | |
| FREIGHT TOTAL | 0.00 |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT REC'D. | 0.00 |

|  | 0.00 | 0.00 |

NET TERMS: INV  30      DUE: 08/21/94

REMIT TO ▶ MEDICAL SPECIALTIES CO., INC.
P.O. BOX 6121
BOSTON, MA 02212-6121  ▶

**TOTAL INVOICE**
171.18

HHD015-1141

MEDICAL SPECIALTIES CO., INC
58 NORFOLK AVE
SOUTH EASTON   MA   02375

# INVOICE

FOR ALL INQUIRIES CONCERNING THIS ORDER
PLEASE CALL (508) 238-8590
FAX (508) 238-8573

HE5174

919-483 6502

3010369-04

**BILL TO:**
HEALTHINFUSION
3363 VILLAGE DRIVE
SUITE #200
FAYETTEVILLE   NC   28304

**SHIP TO:**
HEALTHINFUSION
3363 VILLAGE DRIVE
SUITE #200
FAYETTEVILLE   NC   28304
AMANDA9389

CUSTOMER P.O. NO.

| 3010369-04 | 322 | 07/22/94 | 383 | AMANDA9389 | 08/04/94 |
|---|---|---|---|---|---|

| UFS | | F | 1 |
|---|---|---|---|

*** THIS IS YOUR INVOICE ***

| CODE EXPLANATION | | | |
|---|---|---|---|
| * - STATE TAX APPLICABLE | C - CONSIDER COMPLETE | | |
| # - FED/OTHER TAX APPLICABLE | D - DIRECT SHIPMENT | 0.00 | 0.00 |
| + - STATE & FEDERAL TAX APPL. | F - FACTORY MINIMUM | | |
| B - BALANCE BACK ORDERED | | | |

NET TERMS: INV   30   DUE: 09/03/94
*** ORDER COMPLETED ***

| SUB TOTAL | 89.12 |
|---|---|
| HANDLING FEE | |
| FREIGHT TOTAL | 0.00 |
| FED/OTHER TAX | |
| STATE TAX | |
| PAYMENT REC'D. | 0.00 |

**REMIT TO ▶**  MEDICAL SPECIALTIES CO., INC.
P.O. BOX 6121
BOSTON, MA 02212-6121  ▶

REMITTANCE COPY

# Bergen Brunswig Drug Company

**YOUR PARTNER IN PRODUCTIVITY**

BBC RALEIGH DIVISION
8605 EBENEZER CHURCH ROAD
RALEIGH           NC 27613
            -        DEA# RD0185187

**INVOI**

| DAY | DIV |
|-----|-----|
| FRI | 057 |

**S/H/I/P**
HEALTH INFUSION        51
TRACY BROWN
3363 VILLAGE DRIVE SUITE 200
FAYETTEVILLE      NC 28304

* * * * DUPLICATE * *

| PLEASE REMIT TO: |
|---|

BERGEN BRUNSWIG CORP.

P O BOX 31187
RALEIGH          NC 27622

**B/I/L/L**
HEALTH INFUSION CORP
TRACY BROWN
3363 VILLAGE DRIVE SUITE 200
FAYETTEVILLE      NC 28304

| INVOICE NO. | INV DATE |
|---|---|
| 057-241136 | 07/15/94 |
| ACCOUNT NO. | CUST DEA # |
| 057-073163 | BH3412208 |

| QTY | DESCRIPTION | CL | CD | ITEM NO | AWP | COST | INV RATE | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| | PURCHASE ORDER NO. - 9379 | | | | | | | | |
| | ORDER DATE 07/14/94  TIME  5.41.26 PM | | | | | | | | |
| | * * * PICKING NUMBER - 215447 * * * | | | | | | | | |
| 1 | VANCOMYCIN     1GM F/T FTV     10 | RX | Q | 156-372 | 60.44 | 67.98 | 2.00 | 69.34 | 69.34 |

| BC - BEHIND THE COUNTER | C4 - CONTROLLED SUBSTANCE – CLASS 4 | HB - HEALTH AND BEAUTY AIDS | RX - PRESCRIPTION DRUGS | CD | B - BEST PRICE | N - NET ITEM | R - PROGRAM PRICE | W - WHOLESALE TAX |
| C2 - CONTROLLED SUBSTANCE – CLASS 2 | C5 - CONTROLLED SUBSTANCE – CLASS 5 | MS - MEDICAL SUPPLIES | | | E - FREE GOODS | P - PRICE CHANGE | S - SPECIAL PRICE | Z - SUPERNET ITEM |
| C3 - CONTROLLED SUBSTANCE – CLASS 3 | GM - GENERAL MERCHANDISE | OT - OVER THE COUNTER MEDICATION | | | F - TAX FREE TO CONSUMER | Q - CONTRACT ITEM | T - RETAIL TAX | |

C11 PURCHASES 1ST THRU 15TH DUE BY 25TH OF SAME MONTH;
16TH THRU EOM DUE BY 10TH OF FOLLOWING MONTH.

69.34
DUE 07/25/94

D-18

TERMS OF SALE AND CLAIMS ON REVERSE SIDE

HHD015-1147

Page No.  62

06/12/95

ID  NC-O-05

| DATE | INV TYPE | NDC | DESCRIPTION | IND | QTY | PRICE |
|------|----------|-----|-------------|-----|-----|-------|
| 08/19/94 | W | 00069265041 | Procardia XL (Nifedipine) Extended Relea | S | 100.00 | 106.25 |
| 08/19/94 | W | 00003056902 | PROLIXIN | I | 1.00 | 15.46 |
| 08/19/94 | W | 00536422220 | PROMETH 25MG | N | 100.00 | 1.20 |
| 08/19/94 | W | 00641149535 | PROMETHAZINE HYDROCHLORIDE INJECTION USP | N | 25.00 | 9.20 |
| 08/19/94 | W | 00364075601 | Propranolol Tabs | N | 100.00 | 0.69 |
| 08/19/94 | W | 50458043001 | PROPULSID U.D. | S | 100.00 | 55.35 |
| 08/19/94 | W | 00006007228 | PROSCAR 5MG TABLET 100UD | S | 100.00 | 151.78 |
| 08/19/94 | W | 50458033006 | RISPERDAL 3MG | S | 60.00 | 198.67 |
| 08/19/94 | W | 00031789011 | ROBINUL INJECTABLE VIALS NDA-17-558 | I | 25.00 | 5.54 |
| 08/19/94 | W | 00004196405 | ROCEPHIN ADD-VANTAGE 1GM (CEFTRIAXONE SO | S | 10.00 | 245.26 |
| 08/19/94 | W | 00004196401 | ROCEPHIN 1 GM 10 X 10 ML VIAL (CEFTRIAXO | S | 10.00 | 242.22 |
| 08/19/94 | W | 00081085695 | SEPTRA (TRIMETHOPRIM | N | 10.00 | 10.07 |
| 08/19/94 | W | 00173046700 | SEREVENT INHALATION AEROSOL 60 DOSE | S | 6.50 | 25.11 |
| 08/19/94 | W | 00074488825 | SODIUM CHL 0.9% INJ USP 10ML FLIPTOP VIA | N | 25.00 | 4.78 |
| 08/19/94 | W | 00074488825 | SODIUM CHL 0.9% INJ USP 10ML FLIPTOP VIA | N | 25.00 | 4.78 |
| 08/19/94 | W | 00009011313 | SOLU-MEDROL S.P. 40 MG AOV | I | 25.00 | 18.62 |
| 08/19/94 | W | 00781159913 | SPIRONOLACTONE 25MG | N | 100.00 | 3.94 |
| 08/19/94 | W | 00048210070 | SSD (1% SILVER SULFADIAZINE) CREAM 400 G | I | 400.00 | 10.57 |
| 08/19/94 | W | 00048113003 | SYNTHROID (LEVOTHYROXINE SODIUM) TABLETS | N | 100.00 | 20.08 |
| 08/19/94 | W | 00002729110 | TAZIDIME | N | 10.00 | 177.24 |
| 08/19/94 | W | 58887005232 | TEGRETOL (CARBAMAZEPINE) | I | 100.00 | 10.19 |
| 08/19/94 | W | 00641061025 | THIAMINE HYDROCHLORIDE INJECTION USP | N | 25.00 | 13.01 |
| 08/19/94 | W | 00053710001 | THROMBINAR | B | 1.00 | 2.52 |
| 08/19/94 | W | 00033043153 | TICLID 250MG (TICLOPIDINE HCL) | S | 100.00 | 114.48 |
| 08/19/94 | W | 00029657140 | TIMENTIN (TICARCILLIN | S | 10.00 | 102.86 |
| 08/19/94 | W | 00003272510 | TOBRAMYCIN SULFATE INJECTION 40 MG/ML | N | 25.00 | 70.20 |
| 08/19/94 | W | 00033244450 | TORADOL IM (TUBEX) (KETOROLAC TROMETHAMI | S | 10.00 | 67.51 |
| 08/19/94 | W | 00033243450 | TORADOL IM (TUBEX) (KETOROLAC TROMETHAMI | S | 10.00 | 64.38 |
| 08/19/94 | W | 57267090230 | TRANSDERM NITRO (NITROGLYCERIN) | N | 100.00 | 0.01 |
| 08/19/94 | W | 00083434504 | TRANSDERM SCOP (SCOPOLAMINE) | S | 2.00 | 37.68 |
| 08/19/94 | W | 23317030115 | TRIAMCINOLONE ACETONIDE 0.1% CREAM | N | 15.00 | 0.81 |
| 08/19/94 | W | 51079027261 | TRIAMCINOLONE ACETON | N | 15.00 | 0.87 |
| 08/19/94 | W | 00003173745 | TRIMOX 125 | N | 150.00 | 1.26 |
| 08/19/94 | W | 00003010151 | TRIMOX 250 | N | 100.00 | 8.08 |
| 08/19/94 | W | 00031173845 | TRIMOX 250 | N | 150.00 | 1.68 |
| 08/19/94 | W | 00049003283 | Unasyn (Ampicillin Sodium/sulbactam sodi | S | 10.00 | 99.68 |
| 08/19/94 | W | 00049003183 | Unasyn (Ampicillin Sodium/sulbactam sodi | S | 10.00 | 54.28 |
| 08/19/94 | W | 00034700480 | UNIPHYL 400MG TABLETS | N | 100.00 | 52.46 |
| 08/19/94 | W | 00074653501 | VANCOMYCIN HCH 1GMADDVANTAGE VIAL STERIL | N | 10.00 | 60.39 |
| 08/19/94 | W | 00074653501 | VANCOMYCIN HCH 1GMADDVANTAGE VIAL STERIL | N | 10.00 | 60.39 |
| 08/19/94 | W | 00074653401 | VANCOMYCIN HCL 500MG ADDVANTAGE VIALSTER | N | 10.00 | 30.20 |
| 08/19/94 | W | 00006071268 | VASOTEC 5MG TABLET 100 | S | 100.00 | 63.41 |
| 08/19/94 | W | 00006071228 | VASOTEC 5MG TABLET 100UD | S | 100.00 | 66.05 |
| 08/19/94 | W | 00006071368 | VASOTEC 10MG TABLET 100 | S | 100.00 | 66.59 |
| 08/19/94 | W | 00006071328 | VASOTEC 10MG TABLET 100UD | S | 100.00 | 69.22 |
| 08/19/94 | W | 00006001428 | VASOTEC 2.5MG TABLET 100UD | S | 100.00 | 52.55 |
| 08/19/94 | W | 00074488720 | WATER INJ 20ML | N | 25.00 | 6.17 |
| 08/19/94 | W | 00008012101 | WYDASE LYOPHILIZED NDA-60-343 | S | 1.00 | 5.31 |
| 08/19/94 | W | 00186035601 | 10% XYLOCAINE ORAL SPRAY (LIDOCAINE) | S | 30.00 | 27.99 |
| 08/19/94 | W | 00186061101 | XYLOCAINE 2% SOLUTION | I | 10.00 | 13.39 |
| 08/19/94 | W | 00173034442 | ZANTAC TABLET 150MG 60'S BOTTLE | S | 60.00 | 61.76 |
| 08/19/94 | W | 00173036238 | ZANTAC INJECTION 25MG/ML 2ML 10'S | S | 10.00 | 22.61 |
| 08/19/94 | W | 00005323423 | ZIAC BISOPROLOL FUMARATE/HYDROCHLORTHIAZ | S | 100.00 | 67.97 |
| 08/19/94 | W | 00173044200 | ZOFRAN INJECTION MULTI DOSE 20ML VIAL | S | 20.00 | 172.30 |

HHD015-1151

# INVOICE

**Bergen Brunswig Drug Company**
YOUR PARTNER IN PRODUCTIVITY

BBDC - CHARLOTTE
11107-P SOUTH COMMERCE BLVD
CHARLOTTE   NC 28273
704 587-6600   DEA# RD0185478

PLEASE REMIT TO:
BERGEN BRUNSWIG CORP.
P.O. BOX 411489
CHARLOTTE   NC 28241-1189

GASTON MEM HOSPITAL PHARMACY
P.O. BOX 1747
2525 COURT DRIVE
GASTONIA   NC 28053-1747

* * * ORIGINAL * * *

DAY 077  DW 03  RTE 010  FRI

INVOICE DATE  08/19/96
INVOICE NO.  077-127166
ACCOUNT NO.  077-075408  AG3171939
CUST DEA#

| QTY | DESCRIPTION | | CL | CD | ITEM NO | UPC/NDC | AWP | UNIT PRICE | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 6 | TRIAMCINOLONE 0.1% | CRM | 15GM | RX | ZT939-660 | | .81 | | 4.86 |
| 1 | TRIAMCINOLONE .025% | CRM | 15GM | RX | QT023-705 | | 1.09 | | 1.74 |
| 1 | TRIMOX 125MG | SUS | 150ML | RX | QT064-386 | | 1.35 | | 1.26 |
| 1 | TRIMOX 250MG | CAP UD | 100 | RX | QT064-451 | | 10.22 | | 8.08 |
| 2 | TRIMOX 250MG | SUS | 150ML | RX | QT064-402 | | 2.02 | | 3.45 |
| 6 | UNASYN ADDVAN 3.0GM | ADV | 10 | RX | T 333-104 | | 123.80 | | 598.08 |
| 4 | UNASYN VL 1.5GM | ADV | 10 | RX | T 347-070 | | 67.41 | | 212.12 |
| 1 | UNIPHYL 400MG | TAB | 100 | RX | T 011-734 | | 62.54 | | 52.46 |
| 1 | VANCOMYCIN 1GM | ADV | 10 | RX | QT151-845 | | 144.38 | | 60.39 |
| 1 | VANCOMYCIN 1GM | ADV | 10 | RX | QT151-845 | | 144.38 | | 301.95 |
| 8 | VANCOMYCIN 500MG | ADV | 10 | RX | QT151-381 | | 72.25 | | 241.60 |
| 1 | VASOTEC 5MG | TAB | 100 | RX | QT092-619 | | 91.18 | | 63.41 |
| 1 | VASOTEC 5MG | TAB UD | 100 | RX | QT092-601 | | 94.98 | | 66.05 |
| 1 | VASOTEC 10MG | TAB | 100 | RX | QT092-627 | | 95.74 | | 66.09 |
| 1 | VASOTEC 10MG | TAB UD | 100 | RX | QT092-726 | | 99.53 | | 69.59 |
| 1 | VASOTEC 2.5MG | TAB UD | 100 | RX | QT092-304 | | 75.55 | | 52.05 |
| 2 | WATER ST | FTV | 25X20ML | RX | QT162-149 | | 22.50 | | 12.14 |
| 12 | HYDASE LYOPH 150UN | VL | 1ML | RX | T 140-061 | | 6.60 | | 63.72 |
| 1 | XYLOCAINE 10% ORAL | AER | 30ML | RX | QC560-839 | | 42.69 | | 55.38 |
| 10 | XYLOCAINE 100MG | PFS | 10X5ML | RX | QC560-169 | | 20.75 | | 133.90 |
| 2 | ZANTAC 150MG | TAB | 60 | RX | T 18-403 | | 95.66 | | 128.28 |
| 3 | ZANTAC 50MG/2ML | VL | 10X2ML | RX | T 18-098 | | 39.92 | | 22.09 |
| 1 | ZIAC 5MG | TAB | 100 | RX | T 101-527 | | 84.41 | | 67.97 |

TERMS OF SALE AND CLAIMS ON REVERSE SIDE

HHD015-1163

ID  NE-O-11

| DATE | INV TYPE | NDC | DESCRIPTION | IND | QTY | PRICE |
|------|----------|-----|-------------|-----|-----|-------|
| 05/04/94 | W | 00277017401 | RESPAIRE-60 SR CAPSULES | N | 100.00 | 26.18 |
| 05/04/94 | W | 00062057546 | RETIN-A GEL .01% 45 GM TUBE | S | 45.00 | 35.56 |
| 05/04/94 | W | 00031740994 | ROBAXIN INJ VIAL NDA-11-790 | I | 25.00 | 31.69 |
| 05/04/94 | W | 00074578216 | RONDEC SYRUP CARBINO | N | 480.00 | 25.82 |
| 05/04/94 | W | 00044502202 | RYTHMOL | S | 100.00 | 67.24 |
| 05/04/94 | W | 00078018103 | SANDOSTATIN AMPS .1MG | S | 20.00 | 133.24 |
| 05/04/94 | W | 00078018425 | SANDOSTATIN MULTI-DOSE VIAL 1000MCG/ML | S | 5.00 | 352.96 |
| 05/04/94 | W | 00050030000 | SLO-BID | N | 100.00 | 6.27 |
| 05/04/94 | W | 00074196607 | SOD CHL INJ 30ML | N | 25.00 | 5.38 |
| 05/04/94 | W | 00603576621 | SPIRONOLACTONE 25MG TAB | N | 100.00 | 3.37 |
| 05/04/94 | W | 00005389840 | SUPRAX ORAL SUSP 50ML | S | 50.00 | 22.34 |
| 05/04/94 | W | 00008413201 | SURMONTIL 25MG CAP NDA-16-792 | I | 100.00 | 45.19 |
| 05/04/94 | W | 00008415801 | SURMONTIL 100MG CAP NDA-16-792 | I | 100.00 | 107.50 |
| 05/04/94 | W | 00173043200 | TEMOVATE SCALP APPLICATION 25ML | S | 25.00 | 16.48 |
| 05/04/94 | W | 00310010110 | TENORMIN 100MG 100TB BTL | S | 100.00 | 104.88 |
| 05/04/94 | W | 00008034101 | TET DIP TOXOID | G | 10.00 | 19.33 |
| 05/04/94 | W | 00065064705 | TOBRADEX | S | 5.00 | 15.53 |
| 05/04/94 | W | 00074459201 | TRACE METALS 5ML | N | 25.00 | 34.46 |
| 05/04/94 | W | 00168000680 | TRIAM ACET 0.1% OINT 80G | N | 80.00 | 1.99 |
| 05/04/94 | W | 00590009066 | TRIDIL | B | 20.00 | 26.16 |
| 05/04/94 | W | 00574722210 | TRIMETHOBENZAMIDE SUPPOSITORIES | N | 10.00 | 2.02 |
| 05/04/94 | W | 11793752201 | TUBERSOL | B | 1.00 | 9.36 |
| 05/04/94 | W | 11793752202 | TUBERSOL | B | 5.00 | 19.21 |
| 05/04/94 | W | 00074653301 | VANCOMYCIN 1GM FT | N | 10.00 | 135.81 |
| 05/04/94 | W | 00074433201 | VANCOMYCIN 500MG | N | 10.00 | 68.41 |
| 05/04/94 | W | 00006071228 | VASOTEC 5MG TABLET 100UD | S | 100.00 | 66.08 |
| 05/04/94 | W | 00006071368 | VASOTEC 10MG TABLET 100 | S | 100.00 | 66.62 |
| 05/04/94 | W | 00006071328 | VASOTEC 10MG TABLET 100UD | S | 100.00 | 69.24 |
| 05/04/94 | W | 00015309520 | VEPESID | S | 5.00 | 84.40 |
| 05/04/94 | W | 00186023503 | XYLOCAINE 4% SOLUTION | I | 10.00 | 43.36 |
| 05/04/94 | W | 00186024213 | XYLOCAINE HCL 2% SOLUTION | I | 10.00 | 15.14 |
| 05/04/94 | W | 00186012501 | XYLOCAINE HCL 2% W/EPINEPHRINE 1:100,000 | I | 20.00 | 1.96 |
| 05/04/94 | W | 00173036238 | ZANTAC INJECTION 25MG/ML 2ML 10'S | S | 10.00 | 20.93 |
| 05/04/94 | W | 00173044200 | ZOFRAN INJECTION MULTI DOSE 20ML VIAL | S | 20.00 | 172.22 |

|  | INVOICE TOTAL | 9070.99 |
|--|---------------|---------|
|  | PHARMACY TOTAL | 9070.99 |

*T- Traced to invoice and each ID number, Date, invoice type, Drug name and quantity was correct unless changed. 6-14-95 CBM*

*V- Verified math accuracy of invoices' totals and amounts agreed. 6-14-95 CBM*

HHD015-1503

Enclosure C

# Confidential

## Pharmacy Information Form

**Pharmacy Name:** <u>Regional West Medical Center Hospital Pharmacy</u>

**Address:** <u>4021 Avenue B</u>

<u>Scottsbluff</u>

<u>NE  69361</u>

**Phone Number:** <u>(308)  630-1264</u>

**Contact Person:** <u>Donald Graham R.Ph.</u>

### Type of Pharmacy
### (Check Appropriate Block(s))

| | |
|---|---|
| Independent Retail Pharmacy | ☐ |
| Chain (four or more stores) Pharmacy | ☐ |
| Other: | |
|     Nursing Home Pharmacy | ☐ |
|     Hospital Outpatient Pharmacy | ☒ (Inclusive with Inpatient) |
|     Home I.V. Pharmacy | ☐ |
|     Mail Order Pharmacy | ☐ |
|     County Public Health Unit Pharmacy | ☐ |
|     Public Health Entity | ☐ |

***WE USE THE PRIME VENDOR CONCEPT AND AS A RESULT HAVE ONLY A SINGLE DISTRIBUTOR

HHD015-1504

# Invoice

**∭whitmire**
*Distribution Corporation*

WHITMIRE DIST CORP- DENVER
4770 (U) FOREST STREET
DENVER, CO   80216
(303)355-2731
DEA# RW0192017  05/31/94

REMIT TO: WHITMIRE DIST CORP- DENVER
DENVER, CO  80216-3410

PAGE : 10

ALL CLAIMS FOR DAMAGE OR
SHORTAGES MUST BE REPORT-
ED WITHIN 48 HOURS. INVOICE
NUMBER REQUIRED.

| BILLING ADDRESS | | SHIPPING ADDRESS | |
|---|---|---|---|
| ▲ REGIONAL WEST MEDICAL CENTER | | ▲ REGIONAL WEST MEDICAL CENTER | |
| ATTN: PHARMACY DEPT. | | ATTN: PHARMACY DEPT | |
| 4021 AVENUE B | | 4021 AVENUE B | SAT BO |
| SCOTTSBLUFF | NE 69361 | SCOTTSBLUFF | NE 69361 A6001 |

| INVOICE DATE | MACE NUMBER | CUSTOMER ACCT NO | CUSTOMER P.O. NO. | CUSTOMER REF NO | SPECIAL INSTRUCTIONS |
|---|---|---|---|---|---|
| 05/04/94 | 572183 | 211133 | 9589 | AW3981239 05/31/96 | WE-TU DUE NXT WE DUE DATE 05/17/94 |

SAT BO
A6001
0095 5954 ****CHANGE****

| QUANTITY | UNIT | DESCRIPTION | ITEM NUMBER | CLASS | SUGGESTED RETAIL | UNIT PRICE | EXTENSION | % DISCOUNT | CODE | DISC. AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | EA | TRIAMCINOLONE ACETON OINT 0.1 % 80 GM NDC# 00016806680 | 126039 | L | 5.10 | 1.99 | 5.97 | | B | |
| 1 | EA | TRIDIL VIAL 5MG/ML 20X10 ML NDC# 00059000956 | 116181 | L | 225.00 | 26.16 | 26.16 | | B | |
| 1 | EA | TRIMETHOBENZAMIDE SUPP 200MG 10 NDC# 00057472210 | 859133 | L | 5.85 | 2.02 | 2.02 | | B | |
| 4 | EA | TUBERSOL 10 TEST MDV 5TU 1 ML NDC# 01179375201 | 445940 | L | 11.17 | 9.36 | 37.44 | | B | |
| 20 | EA | TUBERSOL 50 TEST MDV 5TU 5 ML NDC# 01179375202 | 445959 | L | 22.91 | 19.21 | 384.20 | | B | |
| 6 | EA | VANCOMYCIN FLPTP VIAL 1GM 10X25 ML NDC# 00074653301 | 604712 | L | 516.06 | 135.81 | 814.86 | | B | |
| 6 | EA | VANCOMYCIN FLPTP VIAL 500MG 10X10 ML NDC# 00074433201 | 604704 | L | 259.85 | 68.41 | 410.46 | | B | |
| 1 | EA | VASOTEC TABS 5 MG 100 NDC# 00006071228 | 368431 | L | 91.87 | 66.08 | 66.08 | | B | |
| 4 | EA | VASOTEC TABS 10 MG 100 NDC# 00006071368 | 368458 | L | 92.62 | 66.62 | 266.48 | | B | |
| 1 | EA | VASOTEC TABS 10 MG 100 UD NDC# 00006071328 | 368466 | L | 96.27 | 69.24 | 69.24 | | B | |
| 10 | EA | VEPESID NON RTN VHA+ VIAL 20MG/ 5 ML NDC# 00015309530 | 868434 | L | 131.03 | 84.40 | 844.00 | | B | |
| 1 | EA | XYLOCAINE AMPS 4% 10X5 ML NDC# 00186023503 | 007366 | L | 56.60 | 43.36 | 43.36 | | B | |

INVOICE TOTAL
CONTINUED

CODES  B = BID
S = SPECIAL
NR = NON-REBATEABLE

| ID | DATE | TYPE INV. | NDC | B/G | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|
| VA-O-3 | 06/30/94 | W | 00074488825 | G | SOD CHL FTV  0.9% 10ML ABB  25 | 250 | 1.36 | |
| VA-O-3 | 06/30/94 | W | 00015321430 | B | DEPOT PARAPLATN SDV 150MG 20ML | 1 | 189.60 | |
| VA-O-3 | 06/30/94 | W | 00071425940 | B | BENADRYL SYR 50MG 1ML        10 | 10 | 14.21 | |
| VA-O-3 | 06/30/94 | W | 00364246533 | G | CEFAZOL VL  1GM 10ML SCHE   10 | 10 | 13.07 | |
| VA-O-3 | 06/30/94 | W | 00641039525 | G | GENTAMIC VL 80MG 2ML E/S    25 | 25 | 7.60 | |
| VA O-3 | 06/30/94 | W | 00641233113 | C | GENTAMIC MDV 80MG 20ML E/S  10 | 10 | 8.41 | |
| VA-O-3 | 06/30/94 | W | 00074653301 | G | VANCOMY FTV 1GM   ABB 6533-01& | 10 | 65.85 | |
| VA-O-3 | 06/30/94 | W | 00364246693 | G | CEFAZOL PBV 10GM 1CML SCHE  10 | 1000 | 105.86 | |
| VA-O-3 | 06/30/94 | W | 00074196607 | G | SOD CHL BAC FTV .9% 30ML AB 25 | 750 | 4.56 | |
| VA-O-3 | 06/30/94 | W | 00364653056 | G | DIPHENHYD VL 300MG  SCHE  30ML | 30 | 2.68 | |
| VA-O-3 | 06/30/94 | W | 00268030101 | B | EPIPEN 0.3MG AUTO-INJECTOR | 0.3 | 24.92 | |
| VA-O-3 | 06/30/94 | W | 00074115278 | G | HEPAR L/S FTV 3MU 30ML ABB  25 | 750 | 9.92 | |
| VA-O-3 | 06/30/94 | W | 00205464694 | G | LEUCOVOR VL        IMM  100MG | 100 | 4.81 | |
| VA-O-3 | 06/30/94 | W | 00205464577 | G | LEUCOVOR VL 350MG    IMM     1 | 1 | 20.01 | |
| VA-O-3 | 06/30/94 | W | 00074488820 | G | SOD CHL FTV  0.9% 20ML  ABB 25 | 500 | 5.57 | |
| VA-O-3 | 06/30/94 | W | 00173044200 | B | ZOFRAN MDV 40MG            20ML | 20 | 181.30 | |
| VA-O-3 | 06/30/94 | W | 00268030201 | B | EPIPEN JR 0.15MG AUTO INJECTOR | 0.15 | 24.92 | |
| VA-O-3 | 06/30/94 | W | 55513034810 | B | NEUPOGEN SDV 480MCG 1.6ML   10 | 10 | 1862.91 | |
| VA-O-3 | 06/30/94 | W | 00186119935 | B | M.V.I. 12 SDV UNIT-VIAL    CT25 | 250 | 31.15 | |
| VA-O-3 | 06/30/94 | W | 00186119935 | B | M.V.I. 12 SDV UNIT-VIAL    CT25 | 250 | 31.15 | |
| VA-O-3 | 06/30/94 | W | 00186119935 | B | M.V.I. 12 SDV UNIT-VIAL    CT25 | 250 | 31.15 | |
| VA-O-3 | 06/30/94 | W | 00186119935 | B | M.V.I. 12 SDV UNIT-VIAL    CT25 | 250 | 31.15 | |
| VA-O-3 | 06/30/94 | W | 00548652400 | G | CALC GLUC VL 10% 100ML IMS  12 | 1200 | 23.70 | |
| VA-O-3 | 06/30/94 | W | 00074339702 | B | CENOLATE AMP 1MMG 2ML ABB   10 | 200 | 50.65 | |
| VA-O-3 | 06/30/94 | W | 00074405101 | G | CLINDAMY VL  600MG 4ML ABB  25 | 100 | 43.46 | |
| VA-O-3 | 06/30/94 | W | 00074419701 | G | CLINDAMY VL  9000MG   ABB 60ML | 60 | 22.59 | |
| VA-O-3 | 06/30/94 | W | 00033290348 | B | CYTOVENE PWD VIAL 500MG     25 | 25 | 734.43 | |
| VA-O-3 | 06/30/94 | W | 00268030101 | B | EPIPEN 0.3MG AUTO-INJECTOR | 0.3 | 24.92 | |
| VA-O-3 | 06/30/94 | W | 00186190601 | B | FOSCAVIR VL 24MG ASTR 500ML 12 | 6000 | 1404.87 | |
| VA-O-3 | 06/30/94 | W | 00074115178 | G | HEPAR L/S FTV 3CU 30ML ABB  25 | 750 | 6.87 | |
| VA-O-3 | 06/30/94 | W | 00074115270 | G | HEPAR L/S FTV 1CU 10ML ABB  25 | 250 | 9.92 | |
| VA-O-3 | 06/30/94 | W | 00205464577 | G | LEUCOVOR VL 350MG    IMM     1 | 1 | 20.01 | |
| VA-O-3 | 06/30/94 | W | 00517821025 | G | MULTITRACE 5 CONC 10ML A/K  25 | 250 | 42.55 | |
| VA-O-3 | 06/30/94 | W | 55513034710 | B | NEUPOGEN SDV 300MCG 1ML     10 | 10 | 1170.02 | |
| VA-O-3 | 06/30/94 | W | 55513034810 | B | NEUPOGEN SDV 480MCG 1.6ML   10 | 16 | 1862.91 | |
| VA-O-3 | 06/30/94 | W | 58178002050 | B | NEUTREXIN VIAL 25MG        50 | 50 | 1722.10 | |
| VA-O-3 | 06/30/94 | W | 00015321530 | B | DEPOT PARAPLATN SDV 450MG 1CML | 100 | 568.82 | |
| VA-O-3 | 06/30/94 | W | 00015321330 | B | PARAPLATIN SDV 50MG       10ML | 10 | 63.21 | |

HHD015-2519

F

| ID | DATE | TYPE INV. | NDC | B/G | DESCRIPTION | | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| VA-O-3 *T* | 06/30/94 *t* W *t* | | 00003073531 *t* ∞ | G | PENICIL-G POT VL 20MU   SQ   10 *t* | | 10 *t* | 34.41 *t* | |
| VA-O-3 | 06/30/94 | W | 00074665305 | G | POT CHL FTV 40MEQ 20ML ABB   25 | | 500 ✓ | 5.07 | |
| VA-O-3 | 06/30/94 | W | 00074729501 | G | POT PHOS FTV 45MMP 15ML ABB   25 | | 375 ✓ | 8.47 | |
| VA-O-3 | 06/30/94 | W | 59676031001 | B | DEPOT PROCRIT VL 10000U 1ML   6 | | 6 *t* | 519.67 | |
| VA-O-3 | 06/30/94 | W | 59676030301 | B | DEPOT PROCRIT VL  3000U 1ML   6 | | 6 ↓ | 164.11 | |
| VA-O-3 | 06/30/94 | W | 00074329905 | G | SOD ACE FTV 1CMEQ 50ML ABB   25 | | 1250 ✓ | 21.53 | |
| VA-O-3 | 06/30/94 | W | 00074329906 | G | SOD ACE FTV 2CMEQ 1CML ABB   25 | | 2500 ✓ | 43.05 | |
| VA-O-3 | 06/30/94 | W | 00074196607 | G | SOD CHL BAC FTV .9% 30ML AB 25 | | 750 ✓ | 4.56 | |
| VA-O-3 | 06/30/94 | W | 00074488825 | G | SOD CHL FTV  0.9% 10ML ABB   25 | | 250 ✓ | 4.36 | |
| VA-O-3 | 06/30/94 | W | 00074114101 | G | SOD CHL FTV 23.4% 50ML ABB   25 | | 1250 ✓ | 12.66 | |
| VA-O-3 | 06/30/94 | W | 00074113002 | G | SOD CHL SOL 23.4% 250ML ABB 12 | | 3000 ✓ | 30.39 | |
| VA-O-3 | 06/30/94 | W | 00074653301 | G | VANCOMY FTV 1GM   ABB 6533-01& | * 10's | 10 *t* | 65.85 | |
| VA-O-3 | 06/30/94 | W | 00074650901 | G | VANCOMYCIN VIAL 5GM BULK ABB 1 | | 1 ↓ | 32.29 | |
| VA-O-3 | 06/30/94 | W | 00517611025 | G | ZINC SUL SDV 10MG 10ML   A/R 25 | | 250 ✓ | 7.98 | |
| VA-O-3 | 06/30/94 | W | 00173044200 | B | ZOFRAN MDV 40MG           20ML | | 20 *t* | 181.30 | 11581.89 ✓ |

℞ = see p. 1

T = Traced to envelope
t = traced to invoice
∞ = verified to mckesson data file by DESCRIPTION
* = additional data added from invoice
X = erroneous entry; correction as shown
✓ = verified calculation

} URC 4/25/95

NOTE: all changes/corrections made to file Ø315. WQL.   URC 4/25/95

HHD015-2520

089755

**FoxMeyer**

SHIP TO ►   JUL 26 1994

DEA NO. RF0105890

4501 CAROLINA AVE-F
RICHMOND, VA  23222
PHONE (804) 226-2000

SOLD TO ►  CAREMARK RANCH 005C
TO 12 CONCORD WAY STE000
CHILLY   VA 22021

125-001

| DATE |
| JUL 27 1994 |
| AP |

COPY TO CUSTOMER SERVICE
ORIG #1 COPY W/MERCHANDISE

CLOSED FOR JULY 4TH-NO MON DELIVERIES-REG DELIVERIES ON TUES

AME937   BC145269E/06/30/94      003285  6C-97213

| #= | DEPT | ITEM NO | NDC/UPC NO | QTY | U/S | DESCRIPTION | CODE | DEA | LIST/RETAIL | UNIT COST | -0-P | EXT MDSE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 103 | 8/1 | 013000 | 00074400000ED | 6CT | SODIUM CHL INJ .9% USP | 02%X10ML | PO | | .49 | 4.30 | 64.4 | 34.4 |
| 2 | 103 | 23/1 | 725408 | 00015321430 | 10EA | PARAPLATIN INJ 150MG SDV | 18 | P | 225.51 | 189.60 | 15.9 | 1896.4 |
| 3 | 103 | 43/1 | 065045 | 00074125940 | 15CT | BENADRYL DISP STRN 50MG 10X1ML | | P | 1.69 | 14.21 | 15.9 | 213.1 |
| 3 | 103 | 25/1 | 106294 | 00064246533 | 4CT | CEFAZOLIN INJ 1GM SCH 10X10ML | | PO | 5.70 | 13.07 | 77.9 | 52.2 |
| 3 | 103 | 24/1 | 024281 | 00641039525 | 2CT | GENTAMICIN INJ 40MG/ML E8 25X2ML | | PO | 1.04 | 7.60 | 70.0 | 15.2 |
| 3 | 103 | 21/1 | 315010 | 00641233143 | 3CT | GENTAMICIN INJ40MG VL E8 10X20ML | | PO | 10.41 | 8.41 | 91.9 | 25.2 |
| 3 | 103 | 25/1 | 377820 | 00074853201 | 1CT | VANCOMYCIN 1GM FLIP-TP VIAL | 18 | PO | 17.73 | 65.85 | 62.9 | 65.85 |
| 4 | 103 | 26/1 | 480577 | 00064246693 | 4CT | CEFAZOLIN INJ 10GM SCH 10X100ML | | PO | 50.00 | 105.86 | 81.8 | 423.4 |
| 4 | 103 | 7/1 | 031930 | 00074190607 | 1CT | SODIUM CHL INJ .9% BACT 20X30ML | | PO | .55 | 4.56 | 64.8 | 4.5 |
| 5 | 103 | 44/1 | 154393 | 00364453056 | 30EA | DIPHENHYDRAMINE INJ10MG SCH30ML | | PO | 4.75 | 2.68 | 43.6 | 80.4 |
| 5 | 103 | 51/1 | 525725 | 00260030201 | 6EA | EPIPEN AUTO INJECTOR 3MG | | P | 29.54 | 24.92 | 15.6 | 149.52 |
| 5 | 103 | 7/1 | 200212 | 00074113270 | 1CT | HEPARIN LOK FLSH 100U ADRN30ML | | PO | .83 | 9.82 | 57.3 | 9.82 |
| 5 | 103 | 44/1 | 539312 | 00205464694 | 30EA | LEUCOVORIN CALC INJ100MG VL LED | | PO | 39.41 | 4.81 | 87.8 | 144.30 |
| 5 | 103 | 44/1 | 533257 | 00205464577 | 30EA | LEUCOVORIN CALC INJ50MG LED 18 | | PO | 127.94 | 20.61 | 85.5 | 1000.50 |
| 5 | 103 | 9/1 | 447235 | 00074400880 | 1CT | SODIUM CHL .9% VL AMB 25X500ML | | PO | .68 | 5.57 | 67.2 | 5.57 |
| 5 | 103 | 46/1 | 516305 | 00173044200 | 30EA | ZOFRAN INJ GLX 20ML | | PO | 214.05 | 161.30 | 15.6 | 2086.00 |
| 6 | 103 | 51/1 | 580403 | 00260030201 | 15EA | EPIPEN AUTO INJCTR JR .15MG | | P | 29.54 | 24.92 | 15.6 | 373.80 |
| 7 | 103 | 59/1 | 343707 | 55513034010 | 2CT | NEUPOGEN 300MCG/ML VL AMG | | P | R 225.00 | 1862.04 | 17.6 | 3725.82 |
| 9 | 103 | 44/1 | 705040 | 00186119935 | 10CT | M V I-12 UNIT VIAL SDV AST | | PO | R 2.60 | 31.19 | 53.2 | 311.90 |
| 10 | 103 | 44/1 | 705040 | 00186119935 | 10CT | M V I-12 UNIT VIAL SDV AST | | PO | R 2.60 | 31.19 | 53.2 | 311.50 |

#= Not listed in 1994 Red Book

009738

**Foxmeyer**

DEA NO. RF0185896

4501 CAROLINA AVE-F
RICHMOND, VA.   23222
PHONE (804) 228-2000

CAREMARK BRANCH 006C
3701 CONCORD PKY STE800
CHANTILLY    VA 22021

125-001

COPY TO CUSTOMER SERVICE
ORIG &1 COPY W/MERCHANDISE

CLOSED FOR JULY 4TH-NO MON DELIVERIES-REG DELIVERIES ON TUES

AME037  BC1452692 06/30/94          003223  6C-07213

| SEQ NO | DEPT | ITEM NO | NDC/UPC NO | QTY U/S | DESCRIPTION | CODE | DEA | LIST/RETAIL | UNIT COST | G.P.% | EXTENDED A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 103 | | 705048 00106119935 | 10CT | M V I 12 UNIT VIAL SDV   AST 258 PO | R | | 3.44 | 31.15 | 53.8 | 311.54 |
| •• | 103 | | 091504 00548652400 | 20CT | CALCIUM GLUC VL 10X IMS 12X100ML PO | | | 6.06 | 23.70 | 71.2 | 474.06 |
| •• | 103 | | 603190 00074339702 | 1CS | CENOLATE AMP 1GM   100X1ML PO | R | | 62.50 | 50.65 | 19.0 | 50.65 |
| •• | 103 | | 401552 00074405101 | 2CT | CLINDAMYCIN 600MG SDV ADD 25X4ML PO | | | 4.40 | 43.40 | 61.2 | 706.42 |
| •• | 103 | | 332346 00374417701 | 15EA | CLINDAMYCIN 9GM VL   ADD 60ML PO | | | 59.57 | 22.59 | 62.1 | 338.85 |
| •• | 103 | | 300650 00933290340 | 40CT | CYTOVENE INJ 500MG STER PWD 25B P | | | 34.01 | 734.43 | 15.6 | 29377.20 |
| •• | 103 | | 535755 00060030101 | 24EA | EPIPEN AUTO INJECTOR   3MG P | | | 27.24 | 34.98 | 15.6 | 595.68 |
| •• | 103 | | 315119 00106190601 | 4CS | FOSCAVIR IV 24MG/ML AST 12X500ML PO | | | 1751.10 | 1404.87 | 19.8 | 5619.48 |
| •• | 103 | | 526608 00074115170 | 10CT | HEPARIN LCK FLSH SOL 10U 25X30ML PO | | | .00 | 8.87 | 55.7 | 88.70 |
| •• | 103 | | 202212 00074115170 | 10CT | HEPARIN LCK FLSH 100U ADD25 PO | | | .93 | 9.98 | 57.3 | 130.00 |
| •• | 103 | | 533857 00005404577 | 100EA | LEUCOVORIN CALC INJ350MG LED 10 PO | | | 137.94 | 20.01 | 62.5 | 2001.00 |
| •• | 103 | | 535540 00517021025 | 12CT | MULTITRACE 5 CONC MDV AR 25X10ML PO | | | 6.00 | 42.55 | 71.6 | 510.60 |
| •• | 103 | | 341529 55513024710 | 40CT | NEUPOGEN 300MCG/ML   10X1ML P | R | | 141.00 | 1170.02 | 17.040 | 800.00 |
| •• | 103 | | 343707 55513024810 | 8CT | NEUPOGEN 300MCG/ML VL   10X1.6ML P | R | | 806.00 | 1080.01 | 17.6 | 14040.20 |
| •• | 103 | | 491225 58170002050 | 1CS | NEUTREXIN INJ   25MG   2X25S P | | | 2125.00 | 1722.10 | 19.0 | 1722.10 |
| •• | 103 | | 725416 00015321530 | 10EA | PARAPLATIN INJ   450MG SDV   16 P | | | 676.54 | 568.62 | 15.9 | 5686.20 |
| •• | 103 | | 725390 00015321330 | 20EA | PARAPLATIN INJ   50MG SDV   16 P | | | 75.19 | 63.21 | 15.9 | 1264.20 |
| •• | 103 | | 071707 00003073531 | 9CT | PENICIL G POT   INJ5000MU 00100 PO | | | 7.58 | 34.41 | 54.6 | 172.05 |
| •• | 103 | | 150530 00074465305 | 20CT | POTASS CHL INJ 40MEQ VL 25X20ML PO | | | .03 | 5.07 | 75.6 | 101.40 |
| •• | 103 | | 339754 00074729501 | 20CT | POTASS PHOS 45MM FLIPTOP 25X10ML PO | | | 1.39 | 9.47 | 75.6 | 189.40 |
| •• | 103 | | 487001 57076071001 | 10CT | PROCRIT 10000U/ML VL   4X1ML PO | R | | 114.05 | 819.67 | 24.1 | 3214.72 |

HHD015-2522

089755

DEA NO. RF01858

FoxMeyer

4501 CAROLINA AVE-F
RICHMOND, VA   23222
PHONE (804) 226-2800

CAREMARK BRANCH 006C
3701 CONCORD PKY-ST0000
CHANTILLY     VA 22021

125-001

COPY TO CUSTOMER SERVICE
ORIG BY COPY W/MERCHANDISE

CLOSED FOR JULY 4TH-NO MON DELIVERIES-REG DELIVERIES ON TUES

AME037  DC1452092 06/30/94        003223  6C-07213

| DEPT. | ITEM NO | NDC/UPC NO | QTY | U/S | DESCRIPTION | CODE | DEA | LST/RETAIL | UNIT COST | G.P.% | EXTEND |
|---|---|---|---|---|---|---|---|---|---|---|---|
| •• 103 | 34/1 | 405896 | 59070030301 | 8CT | PROCRIT 3000U/ML VL | 6X1ML P0 | R | 35.02 | 164.11 | 24.1 | 1312 |
| •• 103 | 4/1 | 009274 | 00074329905 | 5CT | SODIUM ACETATE 2MEQ/ML 25X50ML P0 | | | 4.11 | 21.53 | 79.1 | 107 |
| •• 103 | 5/1 | 009522 | 00074329906 | 10CT | SODIUM ACETATE 2MEQ/ML 25X100ML P0 | | | 3.83 | 43.05 | 55.0 | 430 |
| •• 103 | 6/1 | 031930 | 00074105607 | 12CT | SODIUM CHL INJ .9% BACT 25X30ML P0 | | | .55 | 4.56 | 46.8 | 54. |
| •• 103 | 5/1 | 013880 | 00074400025 | 32CT | SODIUM CHL INJ .9% USP 25X10ML P0 | | | .49 | 4.24 | 64.4 | 135. |
| •• 103 | 6/1 | 070645 | 00074114101 | 10CT | SODIUM CHL 23.4 XFLTP ADD25X50ML P0 | | | 2.03 | 12.66 | 82.1 | 126. |
| •• 103 | 7/1 | 319517 | 00074113002 | 2CS | SODIUM CHL 23.4% ADD12X250ML P0 | | | 93.60 | 30.39 | 67.5 | 60. |
| •• 103 | 37/1 | 377020 | 00074053301 | 10CT | VANCOMYCIN 1GM FLIPTP VIAL 10S P0 | | | 17.73 | 65.05 | 62.9 | 650. |
| •• 103 | 39/1 | 013342 | 00074050901 | 100EA | VANCOMYCIN 5GM BLK VL ADD 10 P0 | | | 53.62 | 32.29 | 40.0 | 3229. |
| •• 103 | 15/1 | 454900 | 00517611025 | 4CT | ZINC SUL INJ AR 25X10ML P0 | | | 2.65 | 7.98 | 88.0 | 31.1 |
| •• 103 | 14/1 | 310303 | 00173044200 | 40EA | ZOFRAN INJ BLK 20ML P0 | | | 214.05 | 181.30 | 15.4 | 7253. |
| | | | | | 480001 VIRGINIA ST TAX | .00 RX | • | | | | .0 |
| | | | | | 480143 HENRICO CO TAX | .00 RX | • | | | | .0 |

HHD015-2523

EXHIBIT BY

W/P Reference _CF-1B_

_Callie_ _04/05/01_
Prepared by                    Date

_R. Chun_ _4.5.4_
Reviewed by                    Date

**Medicaid Pharmacy Actual Acquisition Cost**
**CIN:  A-06-00-00023**
**Documentation of Prior Audit Kick-off Conference**

Purpose:      To document the prior audit kick-off conference, in which discussions were held concerning non-traditional pharmacies

Source:       HHS generated/prior audit workpapers





Exhibit: Abbott 581
Wit: S. Nevens
Date: 3/12/08
Rptr: FJ

1/3

CIN AC: 04-00070

C F CF-18

A-06-00-00023

**RECORD OF DISCUSSION**

**DATE:**   August 30-31, 1994

**PLACE:**   Radisson Hotel, Richmond, Virginia

**PARTICIPANTS:**

OIG

George Reeb, AIGA, HCFAD
Ben Jackson, Audit Manager
Gordon Sato, Audit Manager
Bill Shrigley, Senior Auditor
Paul Chesser, Auditor

HCFA

Dave McNally
Mike Keogh

Medicaid Pharmacy Reps.

Susan McCann, Missouri
Susan McCleod, Florida
Donna Bovell, D.C.
David Shepherd, Virginia
Elizabeth Miller, Virginia
Joe Fine, Maryland
Allen Fung, California
Ed Vaccaro, New Jersey
Cindy Denemark, Delaware
Benny Ridout, North Carolina
Terry Krantz, Montana

**PURPOSE:**

To discuss and plan our natiowide review of the difference
between the invoice price for drugs and AWP, for Medicaid
pharmacy providers.

**COMMENTS:**

We informed the States that they were 1 of 12 randomly selected
States to be used to develop a nationwide estimate of the
difference between invoice price of drugs and AWP.  We stated
that HCFA had requested us to perform this review as the
moratorium on pharmacy reimbursement would expire on December,
31, 1994.  We further explained that we would be requesting the
largest invoice for a designated month from 48 pharmacies in each
State, with 12 pharmacies being selected from 4 categories of
pharmacies -- Rural-Chain, Rural-Independent, Urban-Chain, and
Urban-Independent.  We indicated that each State would receive a
report showing the results for their State and that the combined
results would be reported to HCFA.

The State officials expressed concern that our review was limited
to one aspect of pharmacy reimbursement.  They said that any
effort to lower the reimbursement for acquisition cost should
also include some review of dispensing fees.  They stated that we
should include a fifth category of pharmacies to include non-

2/3

CF-10
CF-18

A-06- 0 0 - 0 0 0 2 5

traditional retail pharmacies such as hospitals, home IV, nursing
homes, physicians etc...  The State officials believed that these
pharmacies purchased at substantially bigger discounts than
traditional retail pharmacies* They also stated that we should
request the largest invoice from each different type of supplier
rather than just the largest invoice.

We agreed to add the fifth category of pharmacies.  We also
agreed to request the largest invoice from each different type of
supplier.  We decided that the types of suppliers would be
identified as; 1) wholesaler, 2) chain warehouse, 3)
manufacturer, and 4) generic distributors.  Additionally, we
determined together, that for the purposes of this review, chain
pharmacies would include all pharmacies with four or more stores.
We also composed the letter to be sent to each pharmacy
requesting the invoices.

The State officials agreed to provide us with a listing of the
pharmacy providers in their State.  The listing would identify
the pharmacies as chain, independent or other (non-traditional).
We would determine whether the pharmacy was rural or urban by
comparing the county location of the pharmacy to an MSA listing.

We agreed to meet upon the completion of the review to discuss
the reporting of our results.

\* _The State officials believed that including
the non-traditional pharmacies would
overstate the estimate of the difference.
We agreed to exclude the non-traditional
pharmacies from the overall estimates. Most
state want to were interested in
seeing what the non-traditional paid
for drugs so we decided to establish
an estimate for them_ P Ubing
12-4-95

3/3

# EXHIBIT BZ

Jackson, Milton B                                    December 12, 2008

Washington, DC

Page 1

                    UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - -

IN RE:  PHARMACEUTICAL        )  MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE    )  CIVIL ACTION

PRICE LITIGATION              )  01-CV-12257-PBS

- - - - - - - - - - - - - - -

THIS DOCUMENT RELATES TO:     )

U.S. ex rel. Ven-A-Care of    )  Judge Patti B. Saris

the Florida Keys, Inc. v.     )

Boehringer Ingelheim Corp.,   )  Chief Magistrate

et al., Civil Action No.      )  Judge Marianne B.

07-10248-PBS                  )  Bowler

- - - - - - - - - - - - - - -

         (Cross captions appear on following pages)


     Videotaped deposition of MILTON B. "BEN" JACKSON


                    Washington, D.C.

               Friday, December 12, 2008

                    9:00 a.m.

3b292ebc-0451-432b-a513-4690e63a2144

Jackson, Milton B                                    December 12, 2008
                        Washington, DC

Page 394

1  is going after at all.  I have not seen it.
2      Q.  You were not consulted --
3      A.  No.
4      Q.  -- at all?
5      A.  Absolutely not.
6      Q.  Even though you were one of the leading
7  people at OIG during the 1990s in this area no
8  one even asked you whether you thought this
9  lawsuit had any merit, right?
10         MR. AZORSKY:  Objection, form.
11     A.  No.  But they wouldn't.
12     Q.  Why wouldn't they want to hear what
13  people who were there thought before they filed a
14  lawsuit?
15     A.  That's a good question.  I mean, I
16  think our reports kind of speak for themselves.
17  I mean, the thoughts are in the reports, the
18  writing of the reports.  So, I mean, it's there.
19  It is what it is.
20     Q.  What do you mean by that?
21     A.  Well, it's documented in these reports.
22  I mean, we've got, what, eleven state reports in

Page 395

1  one batch and we've got eight in the next.  We've
2  got four roll-up reports and we've got follow-up
3  reports to those.  So, I mean, it's pretty well
4  documented what the findings were, right?  So --
5      Q.  And the findings are that states are
6  paying more than acquisition cost, particularly
7  for generic drugs, right?
8         MR. AZORSKY:  Objection to form.
9         MR. DRAYCOTT:  Objection.
10     A.  Yes.
11     Q.  And yet now the government is trying to
12  recover from pharmaceutical manufacturers for
13  that same amount, right?
14         MR. AZORSKY:  Objection to form.
15     A.  I don't know what they're trying to
16  recover, sir.  Like I said, I've not privy to any
17  of that information.
18     Q.  If you accept my representation to you
19  that that's what they're doing, does that seem a
20  little odd to you?
21         MR. DRAYCOTT:  Objection.
22         MR. AZORSKY:  Objection to form.

Page 396

1      A.  I'm not going to answer that question.
2      Q.  Now, there are procedures at OIG that
3  someone like yourself have to follow if they
4  become aware of fraud on the Medicaid program or
5  the Medicare program, correct?
6      A.  Correct.
7      Q.  What are those procedures?
8      A.  From an audit perspective or from --
9      Q.  If you become aware of a fraud on the
10  Medicare and Medicaid program in your work what
11  are you to do?
12     A.  If I come across what I believe to be a
13  fraudulent situation we are instructed to stop
14  the audit and report our findings to an OI
15  investigator.
16     Q.  Now, starting in 1994 the OIG team was
17  looking at thousands of invoices for drugs,
18  correct?
19     A.  Mm-hmm.  That's correct.
20     Q.  And they were comparing invoice price
21  to AWP, right?
22     A.  That's correct.

Page 397

1      Q.  And on average OIG found that in the
2  first round nationally the difference was about
3  42 and a half percent for generic drugs, correct?
4      A.  Right.
5      Q.  And there would be instances where the
6  difference was larger, right?
7      A.  (Nods head).
8      Q.  You were aware of that?
9      A.  Yes.
10     Q.  There would be instances where the
11  difference was smaller, AWP minus 20, say, for
12  some generic drugs, right?
13     A.  Correct.
14     Q.  And you became aware of instances where
15  there were drugs where the AWP was several times
16  higher than the invoice price, right?
17     A.  Correct.
18     Q.  And did you ever report any fraud as
19  required under your guidelines?
20     A.  No.
21         MR. AZORSKY:  Objection to form.
22         MR. TORBORG:  I have no further

100  (Pages 394 to 397)

3b292ebc-0451-432b-a513-4690e63a2144