# EXHIBIT EA

# PHARMACEUTICAL BENEFITS
## UNDER STATE MEDICAL ASSISTANCE PROGRAMS

# NOVEMBER 1997



EXHIBIT

Abbott 1113

7/25/08

PENGAD 800-631-6989

# NATIONAL PHARMACEUTICAL COUNCIL

## Ranking Based on Drug Payments

| State | 1996 Payments | 1996 Ranking | % of 1996 Total Medicaid Drug Payments | 1995 Payments | 1995 Ranking |
|---|---|---|---|---|---|
| California | $1,223,444,736 | 1 | 11.44% | $1,145,514,700 | 1 |
| New York | $907,083,895 | 2 | 8.48% | $819,359,316 | 2 |
| Texas | $667,743,192 | 3 | 6.24% | $578,661,512 | 3 |
| Florida | $658,291,958 | 4 | 6.15% | $556,864,923 | 4 |
| Pennsylvania | $536,797,657 | 5 | 5.02% | $543,774,387 | 5 |
| Ohio | $518,641,009 | 6 | 4.85% | $480,233,424 | 6 |
| Illinois | $446,214,047 | 7 | 4.17% | $440,883,001 | 7 |
| New Jersey | $374,015,636 | 8 | 3.50% | $344,176,481 | 8 |
| Michigan | $352,620,438 | 9 | 3.30% | $312,003,749 | 9 |
| North Carolina | $344,950,165 | 10 | 3.22% | $277,430,790 | 13 |
| Georgia | $319,230,386 | 11 | 2.98% | $288,511,672 | 12 |
| Massachusetts | $302,911,947 | 12 | 2.83% | $308,411,398 | 10 |
| Louisiana | $297,433,210 | 13 | 2.78% | $292,293,619 | 11 |
| Missouri | $281,700,005 | 14 | 2.63% | $259,657,651 | 14 |
| Kentucky | $272,539,525 | 15 | 2.55% | $251,745,610 | 15 |
| Indiana | $269,001,714 | 16 | 2.51% | $187,674,037 | 18 |
| Virginia | $221,421,619 | 17 | 2.07% | $213,182,924 | 16 |
| Wisconsin | $205,429,565 | 18 | 1.92% | $190,678,825 | 17 |
| Alabama | $203,811,076 | 19 | 1.91% | $178,667,753 | 19 |
| Mississippi | $176,758,960 | 20 | 1.65% | $162,743,883 | 20 |
| Washington | $172,652,369 | 21 | 1.61% | $161,555,588 | 21 |
| Maryland | $154,908,882 | 22 | 1.45% | $139,205,331 | 24 |
| Minnesota | $150,350,355 | 23 | 1.41% | $148,450,414 | 22 |
| Connecticut | $146,856,083 | 24 | 1.37% | $145,366,245 | 23 |
| South Carolina | $143,804,519 | 25 | 1.34% | $124,500,348 | 26 |
| West Virginia | $124,984,023 | 26 | 1.17% | $130,451,359 | 25 |
| Arkansas | $115,070,827 | 27 | 1.08% | $102,114,998 | 27 |
| Iowa | $111,346,007 | 28 | 1.04% | $97,382,501 | 29 |
| Oklahoma | $98,292,786 | 29 | 0.92% | $100,909,395 | 28 |
| Kansas | $90,754,656 | 30 | 0.85% | $81,455,408 | 31 |
| Maine | $83,822,289 | 31 | 0.78% | $63,906,058 | 33 |
| Colorado | $82,543,502 | 32 | 0.77% | $78,833,103 | 32 |
| Nebraska | $71,482,836 | 33 | 0.67% | $61,738,837 | 34 |
| Oregon | $67,013,699 | 34 | 0.63% | $82,647,757 | 30 |
| New Mexico | $61,171,361 | 35 | 0.57% | $50,545,800 | 35 |
| Utah | $48,149,414 | 36 | 0.45% | $44,397,971 | 37 |
| Rhode Island | $45,679,642 | 37 | 0.43% | $47,808,612 | 36 |
| New Hampshire | $42,310,704 | 38 | 0.40% | $34,099,265 | 38 |
| Idaho | $41,028,033 | 39 | 0.38% | $33,153,237 | 40 |
| Vermont | $36,539,101 | 40 | 0.34% | $33,658,620 | 39 |
| District of Columbia | $32,765,197 | 41 | 0.31% | $26,231,966 | 42 |
| Montana | $32,742,122 | 42 | 0.31% | $28,335,142 | 41 |
| Delaware | $27,743,076 | 43 | 0.26% | $21,458,681 | 45 |
| Hawaii | $26,854,246 | 44 | 0.25% | $24,802,573 | 43 |
| Nevada | $24,384,747 | 45 | 0.23% | $21,320,507 | 46 |
| South Dakota | $24,147,295 | 46 | 0.23% | $21,567,935 | 44 |
| Alaska | $21,661,213 | 47 | 0.20% | $18,469,364 | 48 |
| North Dakota | $20,904,298 | 48 | 0.20% | $19,711,865 | 47 |
| Wyoming | $13,635,463 | 49 | 0.13% | $11,884,713 | 49 |
| Arizona | $2,460,613 | 50 | 0.02% | $2,027,734 | 50 |
| Tennessee | $15,337 | 51 | 0.00% | $190,467 | 51 |

Source: HCFA, CMSO, HCFA-2082 Report.

# EXHIBIT EB

| | |
|---|---|
| **From:** | Ian Dew <idew@steckconsulting.com> |
| **Sent:** | Monday, March 10, 2008 11:03 AM |
| **To:** | Kris Knerr <Kknerr@MSLC.COM> |
| **Subject:** | RE: State Medicaid claims |
| **Attach:** | 20080229 Steck AWP Claims.xls |



Kris,
We have data for those rows in the attached spreadsheet in which the entry
in column B are black. The states are listed in order of utilization of
relevant Abbott NDCs over the period 1991-2001. I don't expect we'll receive
data from additional states in time to produce it to Abbott.

We will be producing the CMS SMRF/MAX data, which covers all states (except
perhaps Arizona) in recent years. To the extent Professor Duggan uses that
data, it probably makes sense to prioritize methodologies in the order the
states are listed.


--

Ian M. Dew    Steck Consulting, LLC    v:202.887.0192    f:202.887.0193
1730 Rhode Island Ave, NW    Suite 507    Washington, DC 20036
PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT.
The information in this transmittal may be privileged and/or confidential.
It is intended only for the recipient(s) listed above. If you are neither
the intended recipient(s) nor a person responsible for the delivery of this
transmittal to the intended recipient(s), you are hereby notified that any
distribution or copying of this transmittal is prohibited. If you have
received this transmittal in error, please notify me at 202.887.0192.


-----Original Message-----
From: Kris Knerr [mailto:Kknerr@MSLC.COM]
Sent: Wednesday, March 05, 2008 12:31 PM
To: idew@steckconsulting.com
Subject: Re: State Medicaid claims

thanks

>>> <idew@steckconsulting.com> 3/5/2008 12:20 PM >>>
Kris,
I'm out of the office until Monday. If I have a copy of the list on my
laptop, I'll email it to you this pm.

Ian M Dew
Steck Consulting, LLC
202-887-0192


-----Original Message-----

**EXP USABT-DUG 147477**

From: "Kris Knerr" <Kknerr@MSLC.COM>
Subj: State Medicaid claims
Date: Wed Mar 5, 2008 10:16 am
Size: 233 bytes
To: "Ian Dew" <idew@steckconsulting.com>

Ian,

In yesterday's call, it was mentioned that we have Medicaid claims data for
about 15 states.  Can you send me a listing of states that we have data for
or expect to receive in time to utilize in the Abbott case?

Thanks,
Kris

EXP USABT-DUG 147478

Attorney Work Product
Privileged and Confidential

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | Steck Claims Data Inventory and Production Status | |
| 2 | | | | | | | Data Type | | | | | | | | | |
| 3 | | | | Claims | | | Aggregate Claims | | | | | | | | | |
| 4 | | | Medicaid | | | | Medicaid | | | Transactions | | | Date Range | | | |
| 5 | | | | | | | | | | | | | | | | |
| 6 | Abbott SDUD Rank | Data Source | NDC | Jcode | Formulary | Medicare | NDC | J Code | Medicare | Direct | Indirect | Other | First | Last | Documentation | Gaps |
| 7 | 1 | Florida | X | | | | | | | | | | 1993 | 2005 | yes | no |
| 8 | 1 | Florida | | X | | | | | | | | | | | yes | unknown |
| 9 | 2 | Illinois | X | | | | | | | | | | 1991 | 2007 | yes | no |
| 10 | 2 | Illinois | | X | | | | | | | | | 1997 | 2007 | yes | no |
| 11 | 3 | California | X | (Abbott, Dey, Roxane only) | | | | | | | | | 1994 | 2001 | yes | no |
| 12 | 4 | Indiana | X | (Abbott-only dataset) | | | | | | | | | 2000Q4 | 2001 | | |
| 13 | 4 | Indiana | | X | (Abbott-only dataset) | | | | | | | | 2000Q4 | 2001 | | |
| 14 | 5 | Kentucky | X | | | | | | | | | | 1995 | 2005 | no | no |
| 15 | 5 | Kentucky | | X | | | | | | | | | 1995 | 2005 | no | no |
| 16 | 5 | Kentucky | | | | X | | | | | | | 1993 | 2004 | no | no |
| 17 | 6 | Missouri | X | (Abbott and Roxane only) | | | | | | | | | 1998 | 2008 | yes | unknown |
| 18 | 7 | New York* | X | (Abbott, Dey, Roxane only) | | | | | | | | | 1993 | 2007 | yes | no |
| 19 | 8 | Ohio | X | (Abbott-only dataset) | | | | | | | | | 1990 | 2007 | yes | no |
| 20 | 8 | Ohio | X | | | | | | | | | | 2000 | 2005 | yes | unknown |
| 21 | 9 | New Jersey | X | | | | | | | | | | 1991 | 2008 | yes | no |
| 22 | 9 | New Jersey | | X | | | | | | | | | 1991 | 2008 | yes | no |
| 23 | 10 | Michigan | | | X | | | | | | | | | | | |
| 24 | 10 | Michigan | X | (see Note 1) | | | | | | | | | 2000 | 2006 | yes | no |
| 25 | 11 | Louisiana | X | | | | | | | | | | 1995 | 2007 | yes | no |
| 26 | 11 | Louisiana | | X | | | | | | | | | 1995 | 2007 | yes | no |
| 27 | 12 | North Carolina | X | | | | | | | | | | 2001 | 2007 | yes | unknown |
| 28 | 13 | Wisconsin | X | | | | | | | | | | 1992 | 2005 | yes | unknown |
| 29 | 13 | Wisconsin | X | (Senior care claims) | | | | | | | | | 2002 | 2005 | yes | unknown |
| 30 | 13 | Wisconsin | | X | | | | | | | | | 1992 | 2005 | yes | unknown |
| 31 | 14 | Washington | | | | | | | | | | | | | | |
| 32 | 15 | Pennsylvania | X | (MAMIS system claims) | | | | | | | | | 1998 | 2000? | | |
| 33 | 15 | Pennsylvania | X | (PROMISE system claims) | | | | | | | | | 2000 | 2007 | yes | unknown |
| 34 | 16 | Tennessee | | | | | | | | | | | | | | |
| 35 | 17 | Virginia | X | | | | | | | | | | | | | |
| 36 | 17 | Virginia | | X | | | | | | | | | | | | |
| 37 | 18 | Texas | | | | | | | | | | | 1996 | 2006 | yes | no |
| 38 | 18 | Texas | | | X | | | | | | | | 1974 | 2007 | yes | no |
| 39 | 19 | Georgia | | | | | | | | | | | | | | |
| 40 | 20 | Arkansas | | | | | | | | | | | | | | |

as of 6/19/2008

EXP USABT-DUG 147479

Attorney Work Product
Privileged and Confidential

| | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | More years possible | M&S methodology | Provided for defendants or ETA | Last action | Next Action | Priority |
| 7 | unknown | yes | 20071127 | produced | analyze | |
| 8 | unknown | no | ? | loaded | convert/canonicalize | low? |
| 9 | no | yes | 20071127 | produced | analyze | |
| 10 | no | no | 20071127 | produced | analyze | |
| 11 | no | yes | 20071002 (Abbott) | produced Abbott | subset Dey/Roxane | |
| 12 | | yes | 20080303 | canonicalized | produce Abbott | |
| 13 | | no | 20080303 | canonicalized | produce Abbott | |
| 14 | no | yes | 20071210 | produced | analyze | |
| 15 | no | no | 20071210 | produced | analyze | |
| 16 | no | - | 20071210 | produced | analyze | |
| 17 | unknown | yes | 20080218 (Abbott) | produced Abbott | produce Roxane | |
| 18 | no | yes | 20071002 (Abbott) | produced Abbott | subset Dey/Roxane | |
| 19 | no | yes | 20071219 | produced Abbott | analyze | |
| 20 | no | yes | 20080303 | subsetted | produce Dey/Roxane | |
| 21 | no | yes | 20080303 | subsetted | produce | |
| 22 | no | yes | 20080303 | subsetted | produce | |
| 23 | | - | 20071016 (Abbott) & 20071127 (Dey/Roxane) | produced | analyze | |
| 24 | no | yes | 20071127 | produced | analyze | |
| 25 | no | yes | 20071210 | produced | analyze | |
| 26 | no | no | 20071210 | produced | analyze | |
| 27 | no | yes | 20071016 (Abbott) | produced Abbott | subset Dey/Roxane | |
| 28 | no | yes | 20080218 (Abbott) | produced Abbott | produce Dey/Roxane | |
| 29 | no | yes | 20080218 (Abbott) | produced Abbott | produce Dey/Roxane | |
| 30 | no | no | 20080218 (Abbott) | produced Abbott | produce Dey/Roxane | |
| 31 | | yes | | | | |
| 32 | | yes | 20080310 | canonicalized | produce | |
| 33 | yes | yes | 20080310 | canonicalized | produce | |
| 34 | | yes | ? | | | |
| 35 | | yes | ? | loaded | clarify issues | |
| 36 | | no | ? | loaded | clarify issues | |
| 37 | yes? | no | 20080218 (Abbott) | produced (Abbott) | produce Dey/Roxane | |
| 38 | no | - | ? | loaded | canonicalize | |
| 39 | | yes | ? | | | |
| 40 | | yes | ? | | | |

as of 6/19/2008

EXP USABT-DUG 147480

Attorney Work Product
Privileged and Confidential

|  | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Data Type | | | | | | | | | |
| | | | | | Claims | | Aggregate Claims | | | | | | | | | |
| | | | | | Medicaid | | Medicaid | | | Transactions | | | Date Range | | | |
| | Abbott SDUD Rank | Data Source | NDC | Jcode | Formulary | Medicare | NDC | J Code | Medicare | Direct | Indirect | Other | First | Last | Documentation | Gaps |
| 41 | 21 | Maryland | | | | | | | | | | | | | | |
| 42 | 22 | Alabama | | | | | | | | | | | | | | |
| 43 | 23 | South Carolina | | | | | | | | | | | | | | |
| 44 | 24 | Colorado | | | | | | | | | | | | | | |
| 45 | 25 | Minnesota | | | | | | | | | | | | | | |
| 46 | 26 | Connecticut | X | | | | | | | | | | 1991 | 2006 | yes | no |
| 47 | 27 | Mississippi | | | | | | | | | | | | | | |
| 48 | 28 | Oregon | | | | | | | | | | | | | | |
| 49 | 29 | Utah | X | | | | • | | | | | | 1998 | 2007 | partial | unknown |
| 50 | 29 | Utah | | | X | | | | | | | | 1964 | 2007 | partial | unknown |
| 51 | 30 | Oklahoma | | | | | | | | | | | | | | |
| 52 | 31 | Massachusetts | | | | | | | | | | | 1996 | 2008 | | |
| 53 | 32 | Iowa | | | | | | | | | | | | | | |
| 54 | 33 | Kansas | | | | | | | | | | | | | | |
| 55 | 34 | Nebraska | | | | | | | | | | | | | | |
| 56 | 35 | West Virginia | | | | | | | | | | | | | | |
| 57 | 36 | Nevada | | | | | | | | | | | | | | |
| 58 | 37 | South Dakota | | | | | | | | | | | | | | |
| 59 | 38 | Montana | | | | | | | | | | | | | | |
| 60 | 39 | Idaho | | | | | | | | | | | | | | |
| 61 | 40 | Hawaii | X | | | | | | | | | | 2001 | 2006 | no | unknown |
| 62 | 40 | Hawaii | | | X | | | | | | | | | | no | unknown |
| 63 | 41 | Rhode Island | | | | | | | | | | | | | | |
| 64 | 42 | Delaware | X | | | | | | | | | | sample | | | |
| 65 | 43 | Maine | | | | | | | | | | | | | | |
| 66 | 44 | North Dakota | | | | | | | | | | | | | | |
| 67 | 45 | Wyoming | | | | | | | | | | | | | | |
| 68 | 46 | New Hampshire | | | | | | | | | | | | | | |
| 69 | 47 | Vermont | | | | | | | | | | | | | | |
| 70 | 48 | New Mexico | | | | | | | | | | | | | | |
| 71 | 49 | District of Columbia | | | | | | | | | | | | | | |
| 72 | 50 | Alaska | X | (two datasets) | | | | | | | | | 1996 | 2003/2006 | no | unknown |
| 73 | 51 | CMS MSIS | X | | | | | | | | | | 1999 | 2004 | yes | yes |
| 74 | 51 | CMS SMRF/MAX | X | | | | | | | | | | 1991 | 2003 | yes | no |
| 75 | 51 | CMS SDUD | | | | | X | | | | | | | | | |
| 76 | 51 | CMS NCH | | | | Carrier | | | | | | | 1991 | 2005 | yes | unknown |

as of 6/19/2008

**EXP USABT-DUG 147481**

Attorney Work Product
Privileged and Confidential

| | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | More years possible | M&S methodology | Provided for defendants or ETA | Last action | Next Action | Priority |
| 41 | | yes | ? | | | |
| 42 | | yes | ? | | | |
| 43 | | yes | ? | | | |
| 44 | | no | ? | | | |
| 45 | | yes | ? | | | |
| 46 | no | yes | 20080218 (Abbott) | produced Abbott | produce Dey/Roxane | |
| 47 | | no | ? | | | |
| 48 | | yes | ? | | | |
| 49 | no | no | 20080310 | canonicalized | subset | |
| 50 | no | - | 20080310 | canonicalized | subset | |
| 51 | | no | ? | | | |
| 52 | | yes | 20080317 | canonicalized | subset | |
| 53 | | no | ? | | | |
| 54 | | yes | ? | | | |
| 55 | | no | ? | | | |
| 56 | | yes | ? | | | |
| 57 | | yes | ? | | | |
| 58 | | no | ? | | | |
| 59 | | yes | ? | | | |
| 60 | | no | ? | | | |
| 61 | yes | no | 20080317 | loaded | canonicalize | |
| 62 | unknown | - | 20080317 | loaded | canonicalize | |
| 63 | | no | ? | | | |
| 64 | | no | ? | | | |
| 65 | | yes | ? | | | |
| 66 | | no | ? | | | |
| 67 | | no | ? | | | |
| 68 | | yes | ? | | | |
| 69 | | no | ? | | | |
| 70 | | yes | ? | | | |
| 71 | | no | ? | | | |
| 72 | unknown | no | 20080317 | loaded | canonicalize | |
| 73 | yes | - | 20080317 | loaded | convert/canonicalize | priority 2 |
| 74 | no | - | 20080317 | loaded | convert/canonicalize | priority 1 |
| 75 | | - | N/A | | | |
| 76 | no | - | 20071210 & 20080218 (Abbott) | produced | analyze & reproduce Dey/Roxane | |

**EXP USABT-DUG 147482**

*Attorney Work Product*
*Privileged and Confidential*

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | | Data Type | | | | | | | | | | | | | |
| 4 | | | Claims | | | | Aggregate Claims | | | Transactions | | | Date Range | | | |
| 5 | | | Medicaid | | | | Medicaid | | | | | | | | | |
| 6 | Abbott SDUD Rank | Data Source | NDC | Jcode | Formulary | Medicare | NDC | J Code | Medicare | Direct | Indirect | Other | First | Last | Documentation | Gaps |
| 77 | 51 | CMS NCH | | | | DME | | | | | | | 1991 | 2005 | yes | unknown |
| 78 | 51 | CMS NCH | | | | Outpatient | | | | | | | 1991 | 2005 | yes | unknown |
| 79 | 51 | CMS PSPS | | | | | | | X | | | | 1991 | 2004 | yes | no |
| 80 | 51 | Cardinal | | | | | | | | | X | | 1995 | 2005 | in transcript | unknown |
| 81 | 51 | McKesson | | | | | | | | | X | | ? | ? | in transcript | unknown |
| 82 | 51 | Redbook | | | X | | | | | | | | 1998 | 2002 | no | yes |
| 83 | 51 | First DataBank | | | X | | | | | | | | 1994 | 2004 | yes | no |

as of 6/19/2008

**EXP USABT-DUG 147483**

Attorney Work Product
Privileged and Confidential

| | Q | R | S | T | U | V |
|---|---|---|---|---|---|---|
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | More years possible | M&S methodology | Provided for defendants or ETA | Last action | Next Action | Priority |
| 77 | no | - | 20071210 & 20080218 (Abbott) | produced | analyze & reproduce Dey/Roxane | |
| 78 | no | - | 20071210 & 20080218 (Abbott) | produced | analyze & reproduce Dey/Roxane | |
| 79 | unknown | - | 20071104 | produced | N/A | |
| 80 | no | - | 20080317 | subsetted | produce | |
| 81 | no | - | 20080317 | loaded | canonicalize | |
| 82 | yes | - | no need to produce | | download | |
| 83 | unknown | - | 20071104 | produced | N/A | |

as of 6/19/2008

**EXP USABT-DUG 147484**

# EXHIBIT EC

EXHIBIT
Abbott  1117
7/25/08    JW
PENGAD 800-631-

**From:** Trovalli, Mark [mtrovalli@state.pa.us]
**Sent:** Thursday, March 01, 2007 1:54 PM
**To:** Ormond, Patrick (USAMA); Ruben Steck; idew@steckconsulting.com; Shifflett, Jere I.; Long, Robert (OMAP)
**Cc:** Patterson, Sandra K; Harrison, David (OMAP); Thomas, Kimberley (OLC)
**Subject:** US DOJ Pharmacy

All:

Thanks for participating in this morning's call on the US DOJ pharmacy data request. Below is a file note of the highlights and action items/follow-ups that I took from the discussion. Please let me know if you disagree, or if I missed anything.

Thanks...

- Mark Trovalli


**Conference Call with US Dept of Justice,**
**Steck Consulting, DPW- BIS, and DPW-OMAP**
**Re: Release of DPW Pharmacy Data**
**9:30 AM EST, March 1, 2007**

**Participants:**

Ruben Steck, Ian Dew – Steck Consulting
Pat Ormond – US. Attorney's Office, Boston, MA. (US. DOJ)
Jere Shifflet - DPW- BIS
Bob Long, Mark Trovalli – DPW-OMAP


**Agenda Topics and Discussion:**

**Compound Drugs:**

Per Ruben Steck, compound drug claims are to be included in the data file for the US DOJ. We determined that they are included in the test data file and are identifiable as claim type 'Q'. Ruben Steck has some questions about the appearance and content of the compound drug claims data, but said that he would prefer to review the test data file first before discussing it further. We agree that the test data would be provided and a call would be scheduled at a later time to discuss this further.

**Action items:**
Ruben and Ian will review the test data file and send us their questions about compound drug billings and any other aspect of the test data.
Mark will contact OMAP's Director of Pharmacy to notify her of the possibility of participating in a future call to discuss compound drug claims.


**Internal Order Number:**

This field was requested by Pat Ormond in order to help tie the detailed claims level data back to the summarized, Federal CMS 64 report. The field is part of the larger 39-character account code, and is available in the DPW pharmacy data, but only for the post-PROMISe (March 2004 and later) data. Regarding availability for this field in the older, MAMIS data, we agreed to invite Josh Naylor (Comptroller's Office) to a future call to discuss further. We could not comment on the availability of the data under MAMIS or whether it could be discerned from other available data fields.

**Action item:**

EXP USABT-DUG 003190

Mark will coordinate with Josh Naylor to participate in a future call to discuss the CMS 64 Report.


**Protecting Health Information - De-identifying ID Numbers:**

Pat Ormond and Ruben Steck explained that their only need for a recipient identifier was to be able to tie adjustments back to original claims.  We had misinterpreted or misunderstood this previously.  DPW had thought the reason was to be able to tie all claims and adjustments together for a specific individual.  Thus, we had been pursuing ways of de-identifying the id numbers, while still retaining the capability to group the data by individual.

DPW explained that other claim–identifying fields (ICNs) can be used to link adjustments to original claims.  We reached the conclusion that the test data file needs to be re-created without any recipient identifiers, except the PROMISe system-assigned key (SAK) which may be useful to DPW if any specific claim level questions must be researched.  This should be within guidelines received from the Office of Legal Counsel about protecting the data.

**Action Items:**
Mark will contact DPW's OLC (Kimberley Thomas) about the new approach.
Jere will re-create the test data with revisions to eliminate all recipient identifiers except the SAK and provide it to Mark.
Mark will forward the test data file to Steck Consulting.


If no other issues arise, Mark will contact Ruben, Ian, and Pat within a few business days about sending the revised test data.  We will proceed with scheduling another call to discuss the CMS 64.  If all parties are ready to discuss specific test data file questions on this call, we will do so, otherwise a second call will be scheduled.


Mark Trovalli
(717) 772-7842
mtrovalli@state.pa.us

# EXHIBIT ED

STATE PLAN UNDER TITLE XIX OF THE SOCIAL SECURITY ACT          ATTACHMENT 4.19-B
STATE:   COMMONWEALTH OF PENNSYLVANIA                          Page 1

METHODS AND STANDARDS FOR ESTABLISHING PAYMENT RATES-OTHER TYPES OF CARE

| SERVICE | LIMITATIONS |
|---|---|
| 1. Individual Practitioners, i.e., Physicians, Dentists, Chiropractors, Optometrists, Podiatrists | State Agency Fee Schedule Based on Established Criteria* |
| 2. Prescribed Drugs | Usual and customary charge to the general public. - |

The pharmacy's lowest net charge a medical assistance recipient would pay for a prescription as a non-medicaid patient at the time of dispensing for the same quantity and strength of a particular drug or product, including all applicable discounts, such as special rates to nursing home residents, senior citizens, or other such discounts extended to a particular group of patients.  This lowest net price shall not apply to special in-store rates or discounts extended to charitable organizations, religious groups, store employees and their families, nonprofit organizations, members of the medical profession, or other similar non-medicaid groups.

Method of Payment

(a)   The Department will pay a pharmacy for a compensable legend and nonlegend drug by deducting the copayment amount, if applicable, from the lowest of the following amounts:

    (1) The estimated acquisition cost (EAC) for the drug, multiplied by the number of units dispensed, plus the current dispensing fee.

    (2) The State MAC for the drug, multiplied by the number of units dispensed, plus the current dispensing fee.

    (3) The provider's usual and customary charge to the general public.

(b)   For purposes of medical assistance payment to pharmacies, the prescription dispensing fee is $4.00.

(c)   The Department will pay a pharmacy for a compensable compounded prescription at the lower of the cost of all ingredients plus a $5.00 Dispensing fee or the provider's usual and customary charge to the general public.  A compounded prescription, for the purposes of medical assistance payment, is one which is prepared in the pharmacy by combining two or more ingredients and involves the weighing of at least one solid ingredient which shall be a compensable item or a legend drug in a therapeutic amount.

TN# 95-22
Supersedes
TN# 91-27          Approval Date  5/7/96          Effective Date: October 1, 1995

DEPOSITION
EXHIBIT
Abbott
322

HHC007-0979

STATE PLAN UNDER TITLE XIX OF THE SOCIAL SECURITY ACT      ATTACHMENT 4.19-B
STATE:    COMMONWEALTH OF PENNSYLVANIA                Page 2

       METHODS AND STANDARDS FOR ESTABLISHING PAYMENT RATES-OTHER TYPES OF CARE

SERVICE
LIMITATIONS

2.   Prescribed Drugs              Drug Cost Determination
      (continued)

                                 (a)    The Department will base its drug cost for compensable legend and nonlegend drugs on the lower of:

                                     (1)   The EAC established by the Department as the current AWP found in the Department's pricing service for the most common package size of that product minus 10 percent.

                                     (2)    The State MAC established by the Department.

                                   (b)   The Department will update the EAC for individual drugs on a monthly basis as the AWP appears in the Department's pricing service.

                                   (c)   The Department will determine the State MAC by one of the following methods:

                                     (1)   For multisource drugs not classified as HCFA multisource drugs, the Department will set the State MAC at the BaseLine Price for that multisource drug entity as determined and provided by the Department's pricing service.

                                     (2)   For drugs classified as HCFA multisource drugs, the Department will set the State MAC at the federal upper limit established for that drug.

                                   (d)   The Department will update the State MAC as follows:

                                     (1)    The Department will apply the federal upper limits for HCFA multisource drugs to be effective on the date established by HCFA.

                                     (2)    The Department will apply the recomputed BaseLine Price for multisource drugs not classified as HCFA multisource drugs every 6 months.

---

TN#  95-22
Supersedes
TN#  91-12       Approval Date **MAY 0 7 1996**       Effective Date: October 1, 1995

HHC007-0980

# EXHIBIT EE

## BaseLine Price™ (BLP™)

### Preface

The Pharmaceutical industry has grown at an alarming rate during the past 10 years. During this period, reimbursement by private and public insurance for drug products has become a major factor. Influencing these reimbursements are average wholesale prices as determined by First DataBank (FDB). These prices have recently become the subject of controversy as selected manufacturers inflate their prices, and pharmacy providers dispense products with inflated Average Wholesale Prices (AWP's) in an effort to maximize their profits.

Third party payors have tried to develop Maximum Allowable Cost programs and Average Generic Pricing methodologies to hedge inflated AWP's, but a consistent, nationally recognized, mechanical pricing methodology which would be fair to third party payors and their providers has yet to be developed. First DataBank has developed the first standardized pricing methodology which takes all of these factors into account.

First DataBank has developed a fair and recognizable price, that avoids controversy, eliminates arbitrary and subjective decisions, and utilizes a statistical model. First DataBank's specification defines what is better termed a "BaseLine Price"™ (BLP™). The baseline concept involves all prices, shows the current market price and reflects changes in the market as they occur. The specification and the analysis behind the design is presented in this document. A standardized "BaseLine Price"™ (BLP™) should bypass controversy, and deal with a dynamic and rapidly growing market in a manner which provides equity to both the third party plans and their providers and ultimately to the consumer.

Copyright (C) February 1994 - The Hearst Corporation

TX-D & W - 012887

273

DEPOSITION
EXHIBIT
Abbott
323

TX-ABT_00013723

<u>Overview</u>

First DataBank, through its "National Drug Data File"™ (NDDF™) service, has been assisting third party plans, both private and public, to develop Maximum Allowable Cost (MAC), Estimated Acquisition Cost (EAC), and most recently Average Generic Price (AGP) programs for over ten years. Because of this experience, the healthcare benefits administration industry relies on First DataBank as a leader in the development and maintenance of such pricing methods. It is this relationship which initiated First DataBank's development of the "BaseLine Price"™.

All these (MAC, EAC, AGP, etc.) pricing methods have the same three basic structural components:

- Selection of drug products to be included in the pricing calculations.

- Generation of a unique price that is to represent a particular drug product grouping.

- Maintenance of these prices and the association to the drug product groups (to be defined later). The following specification is discussed and followed in this same basic structure. First DataBank introduces decision points within each group followed by the selected methodology and reasoning behind the method. The specification is straight forward, considering that all decisions must be objective and avoid controversy.

The following is a list of NDDF™ terms used in the "BaseLine Price"™ discussion:

Copyright (C) February 1994 • The Hearst Corporation

274

TX-D & W - 012888

TX-ABT_00013724

| Term | Definition |
|------|-----------|
| Inactive Labeler | Labeler is no longer in business. |
| Manufacturers/Labeler | These two terms are used interchangeably in this specification and both refer to the "final" labeler and marketer of the drug product. |
| Obsolete Date | The most accurate estimated date a product was discontinued or became obsolete. Its presence means that the product is no longer manufactured or available. |
| Package Size Specific | Part of the definition of "identical products" is package size specificity. |
| Product Group | Related drug products grouped together for the calculation of a "BaseLine Price"™. See the subsection entitled "Generation" for a complete definition of First DataBank's Product Group. |

Copyright (C) February 1994 - The Hearst Corporation

TX-D & W - 012889

TX-ABT_00013725

Appendix Q

### Selection

The selection of drug products and their source of pricing data comes from First DataBank's National Drug Data File™ (NDDF™). The NDDF consists of more than 135,000 drug products which are identified by a unique number referred to as the National Drug Code (NDC). The NDDF's 135,000 NDCs represent more than 1,200 labelers, 4,000 formulations, 8,000 drug entities and 12,000 similarly packaged drug entities.

It is from this vast array of data, the only complete source of drug information available, that "BaseLine Price"™ has been developed. Careful consideration has been given to the selection of drug products, their packaging, and the intended market for the product.

The selection of products in the "BaseLine Price"™ calculations must take into account regional availability and pricing. To arrive at a number which can be used as a national "BaseLine Price"™ and deal with regionalization is not practical or worthwhile. There are many manufacturers who only distribute locally, so their prices when included must be factored. First DataBank's analysis concludes that regional availability is not an issue since the NDDF contains the largest possible set of products. It is important to preserve the largest selection of products for each drug group to lessen any impact of regional or limited distribution. For these reasons, regionalization and distribution of products have been intentionally disregarded.

Although FDB's efforts are geared toward maximizing the set of available products, careful analysis must still be made to make sure products are in current distribution and are valid for the purposes of determining BaseLine Prices.

A manufacturer is considered inactive and all associated products excluded from the "BaseLine Price"™ calculations when all of the following occur:

-    FDB does not receive any information, written or otherwise, from a manufacturer within a six month period.
-    FDB is unable to contact the manufacturer by phone.
-    FDB sends a letter via registered mail, and the U.S. Postal service is unable to deliver the letter.

Obsolete products are deselected since their availability is limited, and the manufacturer has discontinued them.

276

**TX-D & W - 012890**

Products packaged as unit dose have been excluded since they are usually priced higher, and would skew the "BaseLine" determination.

Institutional and repackaged products for specialized use and groups would also skew the "BaseLine Price"™. Therefore, they have been eliminated from the "BaseLine Price"™ calculations.

In addition, First DataBank's BLP Pharmaceutical Panel concludes that the "BaseLine Price"™ should be restricted to certain routes of administration, excluding routes not typically a part of third party reimbursement. First DataBank has selected the following routes of administration for inclusion:

- Dental
- Injection
- Mucous Membrane
- Nasal
- Ophthalmic
- Oral (by mouth)
- Otic
- Rectal
- Topical
- Transdermal
- Vaginal

"BaseLine Pricing" only entails multiple source drug products, with all single source product groups excluded from the "BaseLine Price"™ calculations. The last selection factor is introduced here, since it has relevance, but will be discussed in more detail in the subsection entitled "Generation".

Since the selection is concerned and, in fact, based on the premise of a "large set", minimum requirements have been established to determine whether a product group will have a "BaseLine Price"™. First DataBank requires at least three products (different manufacturers/labelers) within a product group before a "BaseLine Price"™ is determined.

Copyright (C) February 1994 - The Hearst Corporation

TX-D & W - 012891

.277

TX-ABT_00013727

**Appendix Q**                                                           **NDDF User Manual**

Generation

The generation of a "BaseLine Price"™ employs the use of a set of drugs
from First DataBank's National Drug Data File™ which meet the
selection criteria. These selected products are then separated into
"Product Groups", and through arithmetic calculations a "BaseLine
Price"™ is determined.

First DataBank, through its experience and in an effort to derive an
equitable "BaseLine Price"™, has grouped products on the basis of
composition (ingredient and drug strength equivalency), dosage form,
route of administration and package size.

First DataBank uses its Generic Code Number (GCN) to identify unique
products (composition, strength, dosage form and route). The GCN is
used in combination with the package size as the method of product
grouping. The inclusion of package size has eliminated the shortcomings
offered by non-specific package size pricing methods.

The arithmetic calculation used is both consistent and deals with the
varying price distributions that exist from one product group to another.
The calculation determines large price clusters, excludes individual
prices, seemingly outside the market, and computes a "BaseLine Price"™
from the cluster.

In a normal distribution, the best "BaseLine Price"™ would be the mean
average price. This is the result of summing all individual prices for the
product group and dividing by the number of products summed.

Often prices are not distributed evenly, there are clusters of similar
prices along with one or two prices well outside the cluster. Prices well
outside the cluster may be highly inflated, and if used to calculate the
mean price would weight the "BaseLine Price"™ unfairly.

First DataBank has chosen a widely accepted statistical method to
determine such variances with the use of standard deviation. The
standard deviation is essentially an average of the difference between
each price and the mean price. In a statistical calculation, it is the
square root of the sum of the square of the difference between each price
and the mean average, divided by the number of prices, minus one.

Copyright (C) February 1994 - The Hearst Corporation

TX-D & W - 012892

TX-ABT_00013728

**NDDF User Manual**                                            **Appendix Q**

Std. Dev. = SQRT $((SUM(xi - m)^2) / (n - 1))$

xi = Individual price in group being calculated

m = Mean average of group.

n = Number of prices in group.

A standard deviation is calculated and used to test the individual prices within the group. The test identifies those prices outside one standard deviation of the mean, which are then excluded, and identifies those within one standard deviation, which are used to recalculate the mean price. The exclusion removes inflated and unrealistically low prices.

The recalculated mean average is the "BaseLine Price"™.

The selection of an adequate price sampling within a product group, and then the generation of an average, which can be used as a "BaseLine Price"™ is only two-thirds of the equation. The resultant "BaseLine Price"™ must then be assigned to the individual products (NDCs) within the product group, must be updated, and must have some effective period that applies to it. These are all maintenance considerations, and are as important as the "BaseLine Price"™ itself.

Once the "BaseLine Price"™ has been determined, First DataBank assigns the price to all products within the defined product group. These products would include those selected and those not selected, with three exceptions: 1) Institutional products; 2) Repackaged products; and 3) Unit Dose products. These three groups were not included initially because they were not considered a part of the reimbursement picture, and thus it would be inappropriate for them to have a "BaseLine Price"™.

The mechanics of assigning the "BaseLine Price"™ is First DataBank's responsibility and is not a part of this specification.

The frequency with which "BaseLine Prices" are calculated is an important issue. A "BaseLine Price"™ would be inaccurate and favor third party payors if it were updated too infrequently, once a year or once a quarter. If the "BaseLine Price"™ was recalculated every time a price within the product group changed (daily or weekly), then the administration and use of the "BaseLine Price"™ would be almost impossible.

Copyright (C) February 1994 - The Hearst Corporation

**TX-D & W - 012893**

279

TX-ABT_00013729

The intent is to have a consistent "BaseLine Price"™ which follows the marketplace. First DataBank updates the "BaseLine Price"™ once a month, the most efficient and equitable frequency for all. The frequency allows a true reflection of changes within the marketplace and is applied at a manageable pulse rate.

Since the price first takes effect at the time it has been calculated, the effective date must be the date it was calculated. The price is in effect until it changes, at which time a new price is put into effect on the date it is calculated.

First DataBank has chosen to maintain 24 price histories. This guarantees at least two years of historical data for all product groups. These histories are vital in order to provide a chronology of market changes over the course of an extended period of time.

Future prices is an important factor that has not yet been discussed. They are concerned with the generation of a "BaseLine Price"™, but they are not an issue until dealing with maintenance. First DataBank prides itself, and goes to great lengths to obtain prices in advance of their effect. However, including future prices in the "BaseLine Price"™ calculations would be an error. First DataBank disregards future prices using only prices that are in effect at the time of the "BaseLine Price"™ calculation.

Copyright (C) February 1994 - The Hearst Corporation

TX-D & W - 012894

TX-ABT_00013730

### Conclusion

The above specification and discussion was developed with a great deal
of thought and based on years of experience. Many decisions were made,
and First DataBank has discussed them at length with its subscribers
and FDB's User Advisory Board and then arrived at a chosen
methodology. The total of all of these decisions has resulted in the final
definition of First DataBank's "BaseLine Price"™. It is First DataBank's
hope that the time and effort has resulted in a "BaseLine Price"™
methodology which accurately reflects the market, and can be used as a
benchmark by most third party plans, with the endorsement and
acceptance by pharmacy providers.

This document is the first release of the "BaseLine Price"™ specification
and has been designed as a firm starting point for evaluation and
application. FDB fully expects refinement and adjustments as a result of
the widespread application of "BaseLine Prices". Any changes and future
releases of the BLP specification will be firmly grounded in a consensus
of user experience.

Copyright (C) February 1994 - The Hearst Corporation

TX-D & W - 012895

TX-ABT_00013731

**Appendix Q** · **NDDF User Manual**

<u>BaseLine Price Definition</u>

Selection:

Select from First DataBank's National Drug Data File™,

- Exclude all obsolete products.
- Exclude all institutional products.
- Exclude all repackaged products.
- Exclude all products from inactive manufacturers.
- Exclude unit dose products
- Exclude single source products
- Include the following routes:
    - Dental
    - Injection
    - Mucous Membrane
    - Nasal
    - Ophthalmic
    - Oral (by mouth)
    - Otic
    - Rectal
    - Topical
    - Transdermal
    - Vaginal

Generation:

Calculate the mean average for the product group. Calculate the standard deviation. Recalculate the mean average using only the prices within one standard deviation of the original mean. The recalculated mean would be the "BaseLine Price"™.

Maintenance:

New "BaseLine Prices" will be determined once every month. History will be maintained and all price changes will be effective at the date of the calculation. Future prices will be disregarded in "BaseLine Price"™ calculations.

Copyright (C) February 1994 - The Hearst Corporation

**TX-D & W - 012896**

TX-ABT_00013732