# EXHIBIT EW

**Bahr, Debra  (CHS DMS)**

| | |
|---|---|
| From: | DRAWBAUGH Thomas [Thomas.Drawbaugh@state.or.us] |
| Sent: | Monday, July 28, 2003 6:22 PM |
| To: | ABROWN@state.wy.us; asseyj@dhhs.state.sc.us; carmen.agoglia@dhs.state.nj.us; CHILDSA@dshs.wa.gov; Cody.C.Wiberg@state.mn.us; coleenl@govmail.state.nv.us; cynthia.denemark@eds.com; danpeterson@state.mt.us; dbovell@dchealth.com; dcampana@health.state.ak.us; dcoston@dhcfp.state.nv.us; Debra.Bahr@mail.state.ky.us; dhillblo@dhs.ca.gov; dima.ahram@state.co.us; dpreshinger@state.mt.us; DShepher@dmas.state.va.us; DWSwan@ahcccs.state.az.us; dyke.anderson@hhss.state.ne.us; ehawkins@dch.state.ga.us; GELLERT@michigan.gov; georgeoestreich@mail.medicaid.state.mo.us; haller@dhfs.state.wi.us; james.zakszewski@po.state.ct.us; jconcino@state.pa.us; jfine@dhmh.state.md.us; KittridS@idhw.state.id.us; LDonovan@medicaid.dhs.state.hi.us; leo.sullivan@state.tn.us; lgarner@dch.state.ga.us; lljones@medicaid.state.al.us; markp@dss.state.sd.us; martha.mcneill@hhsc.state.tx.us; mclifford@dhhs.state.nh.us; MHO@srskansas.org; Mmcneil@dmas.state.va.us; mrb01@health.state.ny.us; mshirley@fssa.state.in.us; mterrebo@dhh.state.la.us; neal.solomon@state.nm.us; NesserN@ohca.state.ok.us; paulw@wpgate1.ahs.state.vt.us; PAvarist@gw.dhs.state.ri.us; phjpc@medicaid.state.ms.us; pjeffrey@nt.dma.state.ma.us; pking@wvdhhr.org; rashley@utah.gov; reidr@odhs.state.oh.us; rhomar@missc.state.wy.us; Sharman.Leinwand@ncmail.net; sojoyb@state.nd.us; sparker2 @dhs.state.la.us; susanmccann@dmsmail.momed.com; suzette.bridges@medicaid.state.ar.us; wellsj@fdhc.state.fl.us; ANDERSON Jesse |
| Subject: | Re: Compounding fee |

We currently give them a $3.50 dispensing fee for each rebateable ingredient.
We are also looking into this to give a compound fee on top of one dispensing
fee. Please let me know what you find out.
Thanks

Thomas W. Drawbaugh
Pharmacy Program Manager
Oregon Dept. of Human Services
Office of Medical Assistance Programs
500 Summer St. NE, E-35
Salem, Or. 97301-1077
phone (503) 945-6492
Fax (503) 373-7689
thomas.drawbaugh@state.or.us

CONFIDENTIALITY NOTICE
If you have received this email in error, please notify the sender by e-mail
at the address shown. This e-mail transmission may contain confidential
information. This information is intended only for the the use of the
individual(s) or entity to whom it is intended even if addressed incorrectly.
Please delete it from your files if you are not the intended recipient. Thank
you.

>>> pking@wvdhhr.org 07/28/03 02:31PM >>>
Hi, all:
How much do you reimburse a pharmacy for componding a prescription (not
home IV)?  How do you handle the payment - as a higher than normal
dispsensing fee or as a professional service fee?
Thanks!

Peggy A. King, R.Ph.
Bureau for Medical Services
350 Capitol Street, Room 251
Charleston, WV  25301-3707
Phone: (304) 558-5963
Fax: (304) 558-1542

EXHIBIT
ABBOTT
1062

PENGAD 800-631-6989

1

**Bahr, Debra  (CHS DMS)**

| | |
|---|---|
| **From:** | Wiberg, Cody C [Cody.C.Wiberg@state.mn.us] |
| **Sent:** | Monday, July 28, 2003 5:37 PM |
| **To:** | 'Peggy King'; Del Swan; Etta Hawkins; lgarner@dch.state.ga.us; dbovell@dchealth.com; Dionne Coston; haller@dhfs.state.wi.us; mterrebo@dhh.state.la.us; mclifford@dhhs.state.nh.us; asseyj@dhhs.state.sc.us; jfine@dhmh.state.md.us; dhillblo@dhs.ca.gov; Susan Parker; carmen.agoglia@dhs.state.nj.us; DShepher@dmas.state.va.us; MaryAnn McNeil; susanmccann@dmsmail.momed.com; Siri Childs; markp@dss.state.sd.us; cynthia.denemark@eds.com; Jerry Wells; mshirley@fssa.state.in.us; coleenl@govmail.state.nv.us; Paula Avarista; dcampana@health.state.ak.us; mrb01@health.state.ny.us; martha.mcneill@hhsc.state.tx.us; dyke.anderson@hhss.state.ne.us; Shawna Kittridge; georgeoestreich@mail.medicaid.state.mo.us; Debra.Bahr@mail.state.ky.us; Lynn Donovan; Louise Jones; suzette.bridges@medicaid.state.ar.us; phjpc@medicaid.state.ms.us; GELLERT@michigan.gov; rhomar@missc.state.wy.us; Sharman.Leinwand@ncmail.net; pjeffrey@nt.dma.state.ma.us; reidr@odhs.state.oh.us; Nancy Nesser; james.zakszewskl@po.state.ct.us; Mary Obley; dima.ahram@state.co.us; Cody.C.Wiberg@state.mn.us; danpeterson@state.mt.us; dpreshinger@state.mt.us; sojoyb@state.nd.us; neal.solomon@state.nm.us; Jesse.Anderson@state.or.us; Thomas.Drawbaugh@state.or.us; jconcino@state.pa.us; leo.sullivan@state.tn.us; Antoinette Brown; rashley@utah.gov; paulw@wpgate1.ahs.state.vt.us |
| **Subject:** | RE: Compounding fee |

¶Minnesota does not pay pharmacies any additional amount for compounding a prescription. The reimbursement is AWP - 11.5% + $3.65 just as it is for almost all prescriptions. (Except for IV compounders which are paid at a higher rate).

> -----Original Message-----
> From: Peggy King [SMTP:pking@wvdhhr.org]
> Sent: Monday, July 28, 2003 4:28 PM
> To:     Del Swan; Etta Hawkins; lgarner@dch.state.ga.us;
> dbovell@dchealth.com; Dionne Coston; haller@dhfs.state.wi.us;
> mterrebo@dhh.state.la.us; mclifford@dhhs.state.nh.us;
> asseyj@dhhs.state.sc.us; jfine@dhmh.state.md.us; dhillblo@dhs.ca.gov;
> Susan Parker; carmen.agoglia@dhs.state.nj.us; DShepher@dmas.state.va.us;
> MaryAnn McNeil; susanmccann@dmsmail.momed.com; Siri Childs;
> markp@dss.state.sd.us; cynthia.denemark@eds.com; Jerry Wells;
> mshirley@fssa.state.in.us; coleenl@govmail.state.nv.us; Paula Avarista;
> dcampana@health.state.ak.us; mrb01@health.state.ny.us;
> martha.mcneill@hhsc.state.tx.us; dyke.anderson@hhss.state.ne.us; Shawna
> Kittridge; georgeoestreich@mail.medicaid.state.mo.us;
> Debra.Bahr@mail.state.ky.us; Lynn Donovan; Louise Jones;
> suzette.bridges@medicaid.state.ar.us; phjpc@medicaid.state.ms.us;
> GELLERT@michigan.gov; rhomar@missc.state.wy.us;
> Sharman.Leinwand@ncmail.net; pjeffrey@nt.dma.state.ma.us;
> reidr@odhs.state.oh.us; Nancy Nesser; james.zakszewskl@po.state.ct.us;
> Mary Obley; dima.ahram@state.co.us; Cody.C.Wiberg@state.mn.us;
> danpeterson@state.mt.us; dpreshinger@state.mt.us; sojoyb@state.nd.us;
> neal.solomon@state.nm.us; Jesse.Anderson@state.or.us;
> Thomas.Drawbaugh@state.or.us; jconcino@state.pa.us;
> leo.sullivan@state.tn.us; Antoinette Brown; rashley@utah.gov;
> paulw@wpgate1.ahs.state.vt.us
> Subject:   Compounding fee
>
> Hi, all:
> How much do you reimburse a pharmacy for componding a prescription (not
> home IV)?  How do you handle the payment - as a higher than normal
> dispsensing fee or as a professional service fee?
> Thanks!

1

**Bahr, Debra (CHS DMS)**

| | |
|---|---|
| From: | Judith Clark [PHJPC.REL.DOM@medicaid.state.ms.us] |
| Sent: | Monday, July 28, 2003 5:42 PM |
| To: | DWSwan@ahcccs.state.az.us; ehawkins@dch.state.ga.us; lgarner@dch.state.ga.us; dbovell@dchealth.com; dcoston@dhcfp.state.nv.us; haller@dhfs.state.wi.us; mterrebo@dhh.state.la.us; mclifford@dhhs.state.nh.us; asseyj@dhhs.state.sc.us; jfine@dhmh.state.md.us; dhillblo@dhs.ca.gov; sparker2@dhs.state.ia.us; carmen.agoglia@dhs.state.nj.us; DShepher@dmas.state.va.us; Mmcneil@dmas.state.va.us; susanmccann@dmsmail.momed.com; CHILDSA@dshs.wa.gov; markp@dss.state.sd.us; cynthia.denemark@eds.com; wellsj@fdhc.state.fl.us; mshirley@fssa.state.in.us; coleenl@govmail.state.nv.us; PAvarist@gw.dhs.state.ri.us; dcampana@health.state.ak.us; mrb01@health.state.ny.us; martha.mcneill@hhsc.state.tx.us; dyke.anderson@hhss.state.ne.us; KittridS@idhw.state.id.us; georgeoestreich@mail.medicaid.state.mo.us; Debra.Bahr@mail.state.ky.us; LDonovan@medicaid.dhs.state.hi.us; lljones@medicaid.state.al.us; suzette.bridges@medicaid.state.ar.us; GELLERT@michigan.gov; rhomar@missc.state.wy.us; Sharman.Leinwand@ncmail.net; pjeffrey@nt.dma.state.ma.us; reidr@odhs.state.oh.us; NesserN@ohca.state.ok.us; james.zakszewski@po.state.ct.us; MHO@srskansas.org; dima.ahram@state.co.us; Cody.C.Wiberg@state.mn.us; danpeterson@state.mt.us; dpreshinger@state.mt.us; sojoyb@state.nd.us; neal.solomon@state.nm.us; Jesse.Anderson@state.or.us; Thomas.Drawbaugh@state.or.us; jconcino@state.pa.us; leo.sullivan@state.tn.us; ABROWN@state.wy.us; rashley@utah.gov; paulw@wpgate1.ahs.state.vt.us; pking@wvdhhr.org |
| Subject: | RE: Compounding fee |

Ms: currently we do not pay for compounding other than TPNs. Future
plans (hopefully with executive approval) include establishing a
separate provider type for home health services with enhanced
reimbursement vs retail reimbursement. We have had multiple complaints
from home health vendors. Otherwise—AWP-12 + 3.91 fee

Judith Polk Clark, R.Ph.
Pharmacy Director
Division of Medicaid
State of Mississippi
telephone: 601-359-5253
fax: 601-359-9555
email: phjpc@medicaid.state.ms.us
Confidentiality Note: This message and all attachments are
confidential and/or proprietary to the Mississippi Division of Medicaid,
and the use, disclosure or distribution to anyone other than the
intended receiver without the prior written permission of the Division
of Medicaid is prohibited. The information contained and attached
herein is intended for the exclusive use of the individual or entity
name. If you are not the intended receiver, you are hereby notified
that any disclosure, copying, or distribution, by any means, is strictly
prohibited. If you have received this message in error, please notify
the sender by replying to the e-mail or contact the telephone number
above for instructions on how to delete or return the information
without additional disclosure. Thank you for your assistance in the
protection of confidential information.

>>> "Wiberg, Cody C" <Cody.C.Wiberg@state.mn.us> 07/28/03 04:36PM >>>
Minnesota does not pay pharmacies any additional amount for compounding
a
prescription. The reimbursement is AWP - 11.5% + $3.65 just as it is
for
almost all prescriptions. (Except for IV compounders which are paid at
a
higher rate).

1

## Bahr, Debra  (CHS DMS)

| | |
|---|---|
| **From:** | McNeill, Martha [Martha.McNeill@hhsc.state.tx.us] |
| **Sent:** | Monday, July 28, 2003 5:54 PM |
| **To:** | 'Peggy King'; Del Swan; Etta Hawkins; lgarner@dch.state.ga.us; dbovell@dchealth.com; Dionne Coston; haller@dhfs.state.wi.us; mterrebo@dhh.state.la.us; mclifford@dhhs.state.nh.us; asseyj@dhhs.state.sc.us; jfine@dhmh.state.md.us; dhillblo@dhs.ca.gov; Susan Parker; carmen.agoglia@dhs.state.nj.us; DShepher@dmas.state.va.us; MaryAnn McNeil; susanmccann@dmsmail.momed.com; Siri Childs; markp@dss.state.sd.us; cynthia.denemark@eds.com; Jerry Wells; mshirley@fssa.state.in.us; coleenl@govmail.state.nv.us; Paula Avarista; dcampana@health.state.ak.us; mrb01@health.state.ny.us; dyke.anderson@hhss.state.ne.us; Shawna Kittridge; georgeoestreich@mail.medicald.state.mo.us; Debra.Bahr@mail.state.ky.us; Lynn Donovan; Louise Jones; suzette.bridges@medicaid.state.ar.us; phjpc@medicaid.state.ms.us; GELLERT@michigan.gov; rhomar@missc.state.wy.us; Sharman.Leinwand@ncmail.net; pjeffrey@nt.dma.state.ma.us; reidr@odhs.state.oh.us; Nancy Nesser; james.zakszewski@po.state.ct.us; Mary Obley; dima.ahram@state.co.us; Cody.C.Wiberg@state.mn.us; danpeterson@state.mt.us; dpreshinger@state.mt.us; sojoyb@state.nd.us; neal.solomon@state.nm.us; Jesse.Anderson@state.or.us; Thomas.Drawbaugh@state.or.us; jconcino@state.pa.us; leo.sullivan@state.tn.us; Antolnette Brown; rashley@utah.gov; paulw@wpgate1.ahs.state.vt.us |
| **Subject:** | RE: Compounding fee |

Texas does not reimburse a compounding fee. Compound Rx's are paid up to 10 covered ingredients same as a single product Rx.

-----Original Message-----
From: Peggy King [mailto:pking@wvdhhr.org]
Sent: Monday, July 28, 2003 4:28 PM
To: Del Swan; Etta Hawkins; lgarner@dch.state.ga.us;
dbovell@dchealth.com; Dionne Coston; haller@dhfs.state.wi.us;
mterrebo@dhh.state.la.us; mclifford@dhhs.state.nh.us;
asseyj@dhhs.state.sc.us; jfine@dhmh.state.md.us; dhillblo@dhs.ca.gov;
Susan Parker; carmen.agoglia@dhs.state.nj.us; DShepher@dmas.state.va.us;
MaryAnn McNeil; susanmccann@dmsmail.momed.com; Siri Childs;
markp@dss.state.sd.us; cynthia.denemark@eds.com; Jerry Wells;
mshirley@fssa.state.in.us; coleenl@govmail.state.nv.us; Paula Avarista;
dcampana@health.state.ak.us; mrb01@health.state.ny.us; McNeill, Martha;
dyke.anderson@hhss.state.ne.us; Shawna Kittridge;
georgeoestreich@mail.medicald.state.mo.us; Debra.Bahr@mail.state.ky.us;
Lynn Donovan; Louise Jones; suzette.bridges@medicaid.state.ar.us;
phjpc@medicaid.state.ms.us; GELLERT@michigan.gov;
rhomar@missc.state.wy.us; Sharman.Leinwand@ncmail.net;
pjeffrey@nt.dma.state.ma.us; reidr@odhs.state.oh.us; Nancy Nesser;
james.zakszewski@po.state.ct.us; Mary Obley; dima.ahram@state.co.us;
Cody.C.Wiberg@state.mn.us; danpeterson@state.mt.us;
dpreshinger@state.mt.us; sojoyb@state.nd.us; neal.solomon@state.nm.us;
Jesse.Anderson@state.or.us; Thomas.Drawbaugh@state.or.us;
jconcino@state.pa.us; leo.sullivan@state.tn.us; Antoinette Brown;
rashley@utah.gov; paulw@wpgate1.ahs.state.vt.us
Subject: Compounding fee

Hi, all:
How much do you reimburse a pharmacy for componding a prescription (not
home IV)?  How do you handle the payment - as a higher than normal
dispsensing fee or as a professional service fee?
Thanks!

Peggy A. King, R.Ph.

1

## Bahr, Debra  (CHS DMS)

| | |
|---|---|
| **From:** | Concino, Joseph [jconcino@state.pa.us] |
| **Sent:** | Tuesday, July 29, 2003 8:09 AM |
| **To:** | 'Peggy King'; Del Swan; Etta Hawkins; lgarner@dch.state.ga.us; dbovell@dchealth.com; Dionne Coston; haller@dhfs.state.wi.us; mterrebo@dhh.state.la.us; mclifford@dhhs.state.nh.us; asseyj@dhhs.state.sc.us; jfine@dhmh.state.md.us; dhillblo@dhs.ca.gov; Susan Parker; carmen.agoglia@dhs.state.nj.us; DShepher@dmas.state.va.us; MaryAnn McNeil; susanmccann@dmsmail.momed.com; Siri Childs; markp@dss.state.sd.us; cynthia.denemark@eds.com; Jerry Wells; mshirley@fssa.state.in.us; coleenl@govmail.state.nv.us; Paula Avarista; dcampana@health.state.ak.us; mrb01@health.state.ny.us; martha.mcneill@hhsc.state.tx.us; dyke.anderson@hhss.state.ne.us; Shawna Kittridge; georgeoestreich@mail.medicaid.state.mo.us; Debra.Bahr@mail.state.ky.us; Lynn Donovan; Louise Jones; suzette.bridges@medicaid.state.ar.us; phjpc@medicaid.state.ms.us; GELLERT@michigan.gov; rhomar@missc.state.wy.us; Sharman.Leinwand@ncmall.net; pjeffrey@nt.dma.state.ma.us; reidr@odhs.state.oh.us; Nancy Nesser; james.zakszewski@po.state.ct.us; Mary Obley; dima.ahram@state.co.us; Cody.C.Wiberg@state.mn.us; danpeterson@state.mt.us; dpreshinger@state.mt.us; sojoyb@state.nd.us; neal.solomon@state.nm.us; Jesse.Anderson@state.or.us; Thomas.Drawbaugh@state.or.us; leo.sullivan@state.tn.us; Antoinette Brown; rashley@utah.gov; paulw@wpgate1.ahs.state.vt.us |
| **Subject:** | RE: Compounding fee |

In Pennsylvania, we pay pharmacies an extra $1.00 for compound prescriptions bring the total dispensing fee to $5.00 if the compound prescription involves the weighing out of at least 1 component.  Until we are able to accept on line compound claims which should be soon, pharmacists submit hard copy claims for payment.

——Original Message——
From: Peggy King [mailto:pking@wvdhhr.org]
Sent: Monday, July 28, 2003 5:28 PM
To: Del Swan; Etta Hawkins; lgarner@dch.state.ga.us;
dbovell@dchealth.com; Dionne Coston; haller@dhfs.state.wi.us;
mterrebo@dhh.state.la.us; mclifford@dhhs.state.nh.us;
asseyj@dhhs.state.sc.us; jfine@dhmh.state.md.us; dhillblo@dhs.ca.gov;
Susan Parker; carmen.agoglia@dhs.state.nj.us; DShepher@dmas.state.va.us;
MaryAnn McNeil; susanmccann@dmsmail.momed.com; Siri Childs;
markp@dss.state.sd.us; cynthia.denemark@eds.com; Jerry Wells;
mshirley@fssa.state.in.us; coleenl@govmail.state.nv.us; Paula Avarista;
dcampana@health.state.ak.us; mrb01@health.state.ny.us;
martha.mcneill@hhsc.state.tx.us; dyke.anderson@hhss.state.ne.us; Shawna
Kittridge; georgeoestreich@mail.medicaid.state.mo.us;
Debra.Bahr@mail.state.ky.us; Lynn Donovan; Louise Jones;
suzette.bridges@medicaid.state.ar.us; phjpc@medicaid.state.ms.us;
GELLERT@michigan.gov; rhomar@missc.state.wy.us;
Sharman.Leinwand@ncmail.net; pjeffrey@nt.dma.state.ma.us;
reidr@odhs.state.oh.us; Nancy Nesser; james.zakszewski@po.state.ct.us;
Mary Obley; dima.ahram@state.co.us; Cody.C.Wiberg@state.mn.us;
danpeterson@state.mt.us; dpreshinger@state.mt.us; sojoyb@state.nd.us;
neal.solomon@state.nm.us; Jesse.Anderson@state.or.us;
Thomas.Drawbaugh@state.or.us; Concino, Joseph; leo.sullivan@state.tn.us;
Antoinette Brown; rashley@utah.gov; paulw@wpgate1.ahs.state.vt.us
Subject: Compounding fee

Hi, all:
How much do you reimburse a pharmacy for componding a prescription (not
home IV)?  How do you handle the payment - as a higher than normal
dispsensing fee or as a professional service fee?
Thanks!

1

KYDMSPL_0111759

**Bahr, Debra  (CHS DMS)**

| | |
|---|---|
| **From:** | dyke.anderson@hhss.state.ne.us |
| **Sent:** | Tuesday, July 29, 2003 9:12 AM |
| **To:** | Peggy__King" <pking@wvdhhr.org@HHS.State.NE.US |
| **Cc:** | Antoinette Brown; asseyj@dhhs.state.sc.us; carmen.agoglia@dhs.state.nj.us; Siri Childs; Cody.C.Wiberg@state.mn.us; coleenl@govmail.state.nv.us; cynthia.denemark@eds.com; danpeterson@state.mt.us; dbovell@dchealth.com; dcampana@health.state.ak.us; Dionne Coston; Debra.Bahr@mail.state.ky.us; dhillblo@dhs.ca.gov; dima.ahram@state.co.us; dpreshinger@state.mt.us; DShepher@dmas.state.va.us; Del Swan; Etta Hawkins; GELLERT@michigan.gov; georgeoestreich@mall.medicaid.state.mo.us; haller@dhfs.state.wi.us; james.zakszewski@po.state.ct.us; jconcino@state.pa.us; Jesse.Anderson@state.or.us; jfine@dhmh.state.md.us; Shawna Kittridge; Lynn Donovan; leo.sullivan@state.tn.us; lgamer@dch.state.ga.us; Louise Jones; markp@dss.state.sd.us; martha.mcneill@hhsc.state.tx.us; mclifford@dhhs.state.nh.us; Mary Obley; MaryAnn McNeil; mrb01@health.state.ny.us; mshirley@fssa.state.in.us; mterrebo@dhh.state.la.us; neal.solomon@state.nm.us; Nancy Nesser; paulw@wpgate1.ahs.state.vt.us; Paula Avarista; phjpc@medicaid.state.ms.us; pjeffrey@nt.dma.state.ma.us; Peggy King; rashley@utah.gov; reidr@odhs.state.oh.us; rhomar@missc.state.wy.us; Sharman.Leinwand@ncmail.net; sojoyb@state.nd.us; Susan Parker; susanmccann@dmsmail.momed.com; suzette.bridges@medicaid.state.ar.us; Thomas.Drawbaugh@state.or.us; Jerry Wells |
| **Subject:** | RE: Compounding fee |

Nebraska Is the same as Missouri.

Dyke Anderson, RP
Pharmacy Consultant
Nebraska Medicaid Division
(402) 471-9379


"Oestreich, George
L"              To:    "Peggy King" <pking@wvdhhr.org>, "Del Swan"
<GOestrei@mail.dss.s          <DWSwan@ahcccs.state.az.us>, "Etta Hawkins"
tate.mo.us>          <ehawkins@dch.state.ga.us>, <lgarner@dch.state.ga.us>,
                     <dbovell@dchealth.com>, "Dionne Coston"
07/28/2003 05:20 PM          <dcoston@dhcfp.state.nv.us>, <haller@dhfs.state.wi.us>,
                     <mterrebo@dhh.state.la.us>,
                     <mclifford@dhhs.state.nh.us>,
                     <asseyj@dhhs.state.sc.us>, <jfine@dhmh.state.md.us>,
                     <dhillblo@dhs.ca.gov>, "Susan Parker"
                     <sparker2@dhs.state.ia.us>,
                     <carmen.agoglia@dhs.state.nj.us>,
                     <DShepher@dmas.state.va.us>, "MaryAnn McNeil"
                     <Mmcneil@dmas.state.va.us>,
                     <susanmccann@dmsmail.momed.com>, "Siri Childs"
                     <CHILDSA@dshs.wa.gov>, <markp@dss.state.sd.us>,
                     <cynthia.denemark@eds.com>, "Jerry Wells"
                     <wellsj@fdhc.state.fl.us>, <mshirley@fssa.state.in.us>,
                     <coleenl@govmail.state.nv.us>, "Paula Avarista"
                     <PAvarist@gw.dhs.state.ri.us>,
                     <dcampana@health.state.ak.us>,
                     <mrb01@health.state.ny.us>,
                     <martha.mcneill@hhsc.state.tx.us>,
                     <dyke.anderson@hhss.state.ne.us>, "Shawna Kittridge"
                     <KittridS@idhw.state.id.us>,

1

KYDMSPL_0111760

<georgeoestreich@mail.medicaid.state.mo.us>,
<Debra.Bahr@mail.state.ky.us>, "Lynn Donovan"
<LDonovan@medicaid.dhs.state.hi.us>, "Louise Jones"
<lljones@medicaid.state.al.us>,
<suzette.bridges@medicaid.state.ar.us>,
<phjpc@medicaid.state.ms.us>, <GELLERT@michigan.gov>,
<rhomar@missc.state.wy.us>,
<Sharman.Leinwand@ncmail.net>,
<pjeffrey@nt.dma.state.ma.us>,
<reidr@odhs.state.oh.us>, "Nancy Nesser"
<NesserN@ohca.state.ok.us>,
<james.zakszewski@po.state.ct.us>, "Mary Obley"
<MHO@srskansas.org>, <dima.ahram@state.co.us>,
<Cody.C.Wiberg@state.mn.us>, <danpeterson@state.mt.us>,
<dpreshinger@state.mt.us>, <sojoyb@state.nd.us>,
<neal.solomon@state.nm.us>,
<Jesse.Anderson@state.or.us>,
<Thomas.Drawbaugh@state.or.us>, <jconcino@state.pa.us>,
<leo.sullivan@state.tn.us>, "Antoinette Brown"
<ABROWN@state.wy.us>, <rashley@utah.gov>,
<paulw@wpgate1.ahs.state.vt.us>
cc:
Subject:  RE: Compounding fee


No differential in MO, same as any other RX!


George L. Oestreich, PharmD
Phone 573-751-6961
Fax 573-522-8514
email: goestrei@mail.dss.state.mo.us


-----Original Message-----
From: Peggy King [mailto:pking@wvdhhr.org]
Sent: Monday, July 28, 2003 4:28 PM
To: Del Swan; Etta Hawkins; lgarner@dch.state.ga.us;
dbovell@dchealth.com; Dionne Coston; haller@dhfs.state.wi.us;
mterrebo@dhh.state.la.us; mclifford@dhhs.state.nh.us;
asseyl@dhhs.state.sc.us; jfine@dhmh.state.md.us; dhillblo@dhs.ca.gov;
Susan Parker; carmen.agoglia@dhs.state.nj.us; DShepher@dmas.state.va.us;
MaryAnn McNeil; susanmccann@dmsmail.momed.com; Siri Childs;
markp@dss.state.sd.us; cynthia.denemark@eds.com; Jerry Wells;
mshirley@fssa.state.in.us; coleenl@govmail.state.nv.us; Paula Avarista;
dcampana@health.state.ak.us; mrb01@health.state.ny.us;
martha.mcneill@hhsc.state.tx.us; dyke.anderson@hhss.state.ne.us; Shawna
Kittridge; georgeoestreich@mail.medicaid.state.mo.us;
Debra.Bahr@mail.state.ky.us; Lynn Donovan; Louise Jones;
suzette.bridges@medicaid.state.ar.us; phjpc@medicaid.state.ms.us;
GELLERT@michigan.gov; rhomar@missc.state.wy.us;
Sharman.Leinwand@ncmail.net; pjeffrey@nt.dma.state.ma.us;
reidr@odhs.state.oh.us; Nancy Nesser; james.zakszewski@po.state.ct.us;
Mary Obley; dima.ahram@state.co.us; Cody.C.Wiberg@state.mn.us;
danpeterson@state.mt.us; dpreshinger@state.mt.us; sojoyb@state.nd.us;
neal.solomon@state.nm.us; Jesse.Anderson@state.or.us;
Thomas.Drawbaugh@state.or.us; jconcino@state.pa.us;
leo.sullivan@state.tn.us; Antoinette Brown; rashley@utah.gov;
paulw@wpgate1.ahs.state.vt.us
Subject: Compounding fee

2

## Bahr, Debra (CHS DMS)

| | |
|---|---|
| **From:** | Ahram, Dima [dima.ahram@state.co.us] |
| **Sent:** | Thursday, July 31, 2003 12:23 PM |
| **To:** | 'Peggy King'; Del Swan; Etta Hawkins; lgarner@dch.state.ga.us; dbovell@dchealth.com; Dionne Coston; haller@dhfs.state.wi.us; mterrebo@dhh.state.la.us; mclifford@dhhs.state.nh.us; asseyj@dhhs.state.sc.us; jfine@dhmh.state.md.us; dhillblo@dhs.ca.gov; Susan Parker; carmen.agoglia@dhs.state.nj.us; DShepher@dmas.state.va.us; MaryAnn McNeil; susanmccann@dmsmail.momed.com; Siri Childs; markp@dss.state.sd.us; cynthia.denemark@eds.com; Jerry Wells; mshirley@fssa.state.in.us; coleenl@govmail.state.nv.us; Paula Avarista; dcampana@health.state.ak.us; mrb01@health.state.ny.us; martha.mcneill@hhsc.state.tx.us; dyke.anderson@hhss.state.ne.us; Shawna Kittridge; georgeoestreich@mail.medicaid.state.mo.us; Debra.Bahr@mail.state.ky.us; Lynn Donovan; Louise Jones; suzette.bridges@medicaid.state.ar.us; phjpc@medicaid.state.ms.us; GELLERT@michigan.gov; rhomar@missc.state.wy.us; Sharman.Leinwand@ncmail.net; pjeffrey@nt.dma.state.ma.us; reidr@odhs.state.oh.us; Nancy Nesser; james.zakszewski@po.state.ct.us; Mary Obley; dima.ahram@state.co.us; Cody.C.Wiberg@state.mn.us; danpeterson@state.mt.us; dpreshinger@state.mt.us; sojoyb@state.nd.us; neal.solomon@state.nm.us; Jesse.Anderson@state.or.us; Thomas.Drawbaugh@state.or.us; jconcino@state.pa.us; leo.sullivan@state.tn.us; Antoinette Brown; rashley@utah.gov; paulw@wpgate1.ahs.state.vt.us |
| **Subject:** | RE: Compounding fee |

We pay same as any other Rx (AWP -13.5% for brand, AWP -35% for generic) plus a $4.00 dispensing fee.

-----Original Message-----
From: Peggy King [mailto:pking@wvdhhr.org]
Sent: Monday, July 28, 2003 3:28 PM
To: Del Swan; Etta Hawkins; lgarner@dch.state.ga.us; dbovell@dchealth.com; Dionne Coston; haller@dhfs.state.wi.us; mterrebo@dhh.state.la.us; mclifford@dhhs.state.nh.us; asseyj@dhhs.state.sc.us; jfine@dhmh.state.md.us; dhillblo@dhs.ca.gov; Susan Parker; carmen.agoglia@dhs.state.nj.us; DShepher@dmas.state.va.us; MaryAnn McNeil; susanmccann@dmsmail.momed.com; Siri Childs; markp@dss.state.sd.us; cynthia.denemark@eds.com; Jerry Wells; mshirley@fssa.state.in.us; coleenl@govmail.state.nv.us; Paula Avarista; dcampana@health.state.ak.us; mrb01@health.state.ny.us; martha.mcneill@hhsc.state.tx.us; dyke.anderson@hhss.state.ne.us; Shawna Kittridge; georgeoestreich@mail.medicaid.state.mo.us; Debra.Bahr@mail.state.ky.us; Lynn Donovan; Louise Jones; suzette.bridges@medicaid.state.ar.us; phjpc@medicaid.state.ms.us; GELLERT@michigan.gov; rhomar@missc.state.wy.us; Sharman.Leinwand@ncmail.net; pjeffrey@nt.dma.state.ma.us; reidr@odhs.state.oh.us; Nancy Nesser; james.zakszewski@po.state.ct.us; Mary Obley; dima.ahram@state.co.us; Cody.C.Wiberg@state.mn.us; danpeterson@state.mt.us; dpreshinger@state.mt.us; sojoyb@state.nd.us; neal.solomon@state.nm.us; Jesse.Anderson@state.or.us; Thomas.Drawbaugh@state.or.us; jconcino@state.pa.us; leo.sullivan@state.tn.us; Antoinette Brown; rashley@utah.gov; paulw@wpgate1.ahs.state.vt.us
Subject: Compounding fee

Hi, all:
How much do you reimburse a pharmacy for componding a prescription (not home IV)? How do you handle the payment - as a higher than normal dispsensing fee or as a professional service fee?
Thanks!

KYDMSPL_0111762

viewitem [https://www.lextranet.com/lcs-search/prodDocs/viewitem_lcs?docID=2015296eDocID=2015296table ID=14841



## Bahr, Debra (CHS DMS)

| | |
|---|---|
| **From:** | Kittridge, Shawna - Medicaid [KittridS@idhw.state.id.us] |
| **Sent:** | Saturday, May 31, 2003 12:28 PM |
| **To:** | Dionne A. Coston; wellsj@fdhc.state.fl.us; Asseyj@dhhs.state.sc.us; carmen.agoglia@dhs.state.nj.us; childsa@dshs.wa.gov; Cody.C.Wiberg@state.mn.us; Cynthia.denemark.EDS.INET@EDS.COM; danpeterson@state.mt.us; Debra.Bahr@mail.state.ky.us; dhillblo@dhs.ca.gov; Dima.Ahram@state.co.us; donna.bovell@dc.gov; DShepher@dmas.state.va.us; DWSwan@ahcccs.state.az.us; dyke.anderson@hhss.state.ne.us; ehawkins@dch.state.ga.us; GeorgeOestreich@mail.medicaid.state.mo.us; haller@dhfs.state.wi.us; James.zakszewski@po.state.ct.us; jconcino@state.pa.us; Jfine@dhmh.state.md.us; ldonovan@medicaid.dhs.state.hi.us; leo.sullivan@state.tn.us; lgarner@dch.state.ga.us; Mark.Petersen@state.sd.us; martha.mcneill@hhsc.state.tx.us; mclifford@dhhs.state.nh.us; MHO@srskansas.org; mlhazel@insightbb.com; mrb01@health.state.ny.us; MShirley@fssa.state.in.us; MTERREBO@dhh.state.la.us; Neal.Solomon@state.nm.us; NesserN@ohca.state.ok.us; Paul.Jeffrey@state.ma.us; PAULW@wpgate1.ahs.state.vt.us; PAvarist@gw.dhs.state.ri.us; PHJPC.REL.DOM@medicaid.state.ms.us; pking@wvdhhr.org; rashley@utah.gov; reldr@odjfs.state.oh.us; Sharman.Leinwand@ncmail.net; Sojourne@dhhs.state.sc.us; sojoyb@state.nd.us; sparker2@dhs.state.ia.us; Suzette.Bridges@medicaid.state.ar.us; Thomas.Drawbaugh@state.or.us |

**Subject:** RE: Compounds

Responses from Idaho:

1. With HIPAA and NCPDP 5.1 we have revised our compound payment structure to include payment for each NDC (if they have rebate agreement) cost, one dispensing fee for the compound and a compounding fee (based on route of administration and therapeutic class). For example a chemotherapy IV with 2 ingredients would get:
   a) Ingredient cost (lower of AWP – 12%, SMAC or FUL) for ingredient A
   b) Ingredient cost (lower of AWP – 12%, SMAC or FUL) for ingredient B
   c) Dispensing fee - $4.94
   d) Compounding fee $12.00 (higher because of IV route and Chemo therapeutic class)

   A topical cream with 2 ingredients would receive a, b, and c above plus $5.00 for topical route and no chemo. The compounding fee is to cover pharmacist/tech compounding time and supplies required instead of paying a dispensing fee for each ingredient in the compound.

2. We are not utilizing S-codes

Shawna

-----Original Message-----
**From:** Dionne A. Coston [mailto:dcoston@dhcfp.state.nv.us]
**Sent:** Tuesday, May 20, 2003 8:54 AM
**To:** wellsj@fdhc.state.fl.us; Asseyj@dhhs.state.sc.us; carmen.agoglia@dhs.state.nj.us; childsa@dshs.wa.gov; Cody.C.Wiberg@state.mn.us; Cynthia.denemark.EDS.INET@EDS.COM; danpeterson@state.mt.us; Debra.Bahr@mail.state.ky.us; dhillblo@dhs.ca.gov; Dima.Ahram@state.co.us; Dionne A. Coston; donna.bovell@dc.gov; DShepher@dmas.state.va.us; DWSwan@ahcccs.state.az.us; dyke.anderson@hhss.state.ne.us; ehawkins@dch.state.ga.us; GeorgeOestreich@mail.medicaid.state.mo.us; haller@dhfs.state.wi.us; James.zakszewski@po.state.ct.us; jconcino@state.pa.us; Jfine@dhmh.state.md.us; Kittridge, Shawna - Medicaid; ldonovan@medicaid.dhs.state.hi.us; leo.sullivan@state.tn.us; lgarner@dch.state.ga.us; Mark.Petersen@state.sd.us; martha.mcneill@hhsc.state.tx.us; mclifford@dhhs.state.nh.us; MHO@srskansas.org; mlhazel@insightbb.com; mrb01@health.state.ny.us; MShirley@fssa.state.in.us; MTERREBO@dhh.state.la.us; Neal.Solomon@state.nm.us; NesserN@ohca.state.ok.us;

6/2/2003

Paul.Jeffrey@state.ma.us; PAULW@wpgate1.ahs.state.vt.us; PAvarist@gw.dhs.state.ri.us;
PHJPC.REL.DOM@medicaid.state.ms.us; pking@wvdhhr.org; rashley@utah.gov; reidr@odjfs.state.oh.us;
Sharman.Leinwand@ncmail.net; Sojourne@dhhs.state.sc.us; sojoyb@state.nd.us;
sparker2@dhs.state.la.us; Suzette.Bridges@medicaid.state.ar.us; Thomas.Drawbaugh@state.or.us
**Subject:** Compounds

Hi All,
I have two questions today:
1. Do any of your states allow extra compensation for the compounding of drugs?  If you do, do you limit
the amount?  We allow an extra $0.23/min but have no limit (this does not apply to IV's).  We now have a
pharmacy that has charged us for 10hrs of compound time on a Ribavirin based item!
2.  Has your state been getting pressure from your IV providers to go to the S-code billing format?  We
have been and we had a conference with CMS yesterday who stated that these codes are not the
recommendation of CMS, that these claims should go on the HCFA 1500, but that as the S-codes are
temporary, they do not advise we go to those.

Thanks, DAC

*Dionne Coston, RN*
*Nevada Medicaid*
*1100 E William St*
*Carson City, Nv 89701*
*Phone 775-684-3775*
*Fax     775-684-3762*

The information contained in this email may be privileged, confidential or otherwise protected from disclosure.  All persons
are advised that they may face penalties under state and federal law for sharing this information with unauthorized
individuals.  If you received this email in error, please reply to the sender that you have received this information in error.
Also, please delete this email after replying to the sender.

6/2/2003

## Bahr, Debra  (CHS DMS)

| | |
|---|---|
| **From:** | Rita Hallett [haller@dhfs.state.wi.us] |
| **Sent:** | Tuesday, May 27, 2003 10:40 AM |
| **To:** | DWSwan@ahcccs.state.az.us; donna.bovell@dc.gov; ehawkins@dch.state.ga.us; lgarner@dch.state.ga.us; dcoston@dhcfp.state.nv.us; MTERREBO@dhh.state.la.us; mclifford@dhhs.state.nh.us; Asseyj@dhhs.state.sc.us; Sojourne@dhhs.state.sc.us; Jfine@dhmh.state.md.us; dhillblo@dhs.ca.gov; sparker2@dhs.state.ia.us; carmen.agoglia@dhs.state.nj.us; DShepher@dmas.state.va.us; childsa@dshs.wa.gov; Cynthia.denemark.EDS.INET@EDS.COM; wellsj@fdhc.state.fl.us; MShirley@fssa.state.in.us; PAvarist@gw.dhs.state.ri.us; mrb01@health.state.ny.us; martha.mcneill@hhsc.state.tx.us; dyke.anderson@hhss.state.ne.us; kittrlds@ldhw.state.ld.us; mlhazel@insightbb.com; GeorgeOestreich@mail.medicaid.state.mo.us; Debra.Bahr@mail.state.ky.us; ldonovan@medicaid.dhs.state.hi.us; Suzette.Bridges@medicaid.state.ar.us; PHJPC.REL.DOM@medicaid.state.ms.us; Sharman.Leinwand@ncmail.net; reidr@odjfs.state.oh.us; NesserN@ohca.state.ok.us; james.zakszewski@po.state.ct.us; MHO@srskansas.org; Dima.Ahram@state.co.us; Paul.Jeffrey@state.ma.us; Cody.C.Wiberg@state.mn.us; danpeterson@state.mt.us; sojoyb@state.nd.us; Neal.Solomon@state.nm.us; Thomas.Drawbaugh@state.or.us; jconcino@state.pa.us; Mark.Petersen@state.sd.us; leo.sullivan@state.tn.us; rashley@utah.gov; PAULW@wpgate1.ahs.state.vt.us; pking@wvdhhr.org |
| **Subject:** | Re: Compounds |

Wisconsin reimburses for compounding of drugs by using the level service field.  This is on claim type 5.1.  We pay:
1 -- 5 minutes equals Level 11
6 --15 minutes = Lsvel 12
16 -- 30 minutes equals Level 13
31 -- 60 minutes equals Level 14
Anything more than 60 minutes requires prior authorization

We do not use S codes.

>>> "Dionne A. Coston" <dcoston@dhcfp.state.nv.us> 05/20/03 09:53AM
>>>
Hi All,

I have two questions today:

1.  Do any of your states allow extra compensation for the compounding
of drugs?  If you do, do you limit the amount?  We allow an extra
$0.23/min but have no limit (this does not apply to IV's).  We now
have
a pharmacy that has charged us for 10hrs of compound time on a
Ribavirin
based item!

2.  Has your state been getting pressure from your IV providers to go
to
the S-code billing format?  We have been and we had a conference with
CMS yesterday who stated that these codes are not the recommendation
of
CMS, that these claims should go on the HCFA 1500, but that as the
S-codes are temporary, they do not advise we go to those.

Thanks, DAC

1

Dionne Coston, RN

Nevada Medicaid

1100 E William St

Carson City, Nv 89701

Phone 775-684-3775

Fax    775-684-3762

2

KYDMSPL_0111766

## Bahr, Debra  (CHS DMS)

**From:** GeorgeOestreich@mail.medicaid.state.mo.us
**Sent:** Tuesday, May 27, 2003 10:51 AM
**To:** Rita Hallett
**Cc:** Asseyj@dhhs.state.sc.us; carmen.agoglia@dhs.state.nj.us; childsa@dshs.wa.gov;
Cody.C.Wiberg@state.mn.us; Cynthia.denemark.EDS.INET@EDS.COM;
danpeterson@state.mt.us; dcoston@dhcfp.state.nv.us; Debra.Bahr@mail.state.ky.us;
dhillblo@dhs.ca.gov; Dima.Ahram@state.co.us; donna.bovell@dc.gov;
DShepher@dmas.state.va.us; DWSwan@ahcccs.state.az.us;
dyke.anderson@hhss.state.ne.us; ehawkins@dch.state.ga.us;
james.zakszewski@po.state.ct.us; jconcino@state.pa.us; Jfine@dhmh.state.md.us;
kittrids@idhw.state.id.us; ldonovan@medicaid.dhs.state.hi.us; leo.sullivan@state.tn.us;
lgarner@dch.state.ga.us; Mark.Petersen@state.sd.us; martha.mcneill@hhsc.state.tx.us;
mclifford@dhhs.state.nh.us; MHO@srskansas.org; mlhazel@insightbb.com; mrb01
@health.state.ny.us; MShirley@fssa.state.in.us; MTERREBO@dhh.state.la.us;
Neal.Solomon@state.nm.us; NesserN@ohca.state.ok.us; PAULW@wpgate1.ahs.state.vt.us;
Paul.Jeffrey@state.ma.us; PAvarist@gw.dhs.state.ri.us;
PHJPC.REL.DOM@medicaid.state.ms.us; pking@wvdhhr.org; rashley@utah.gov;
reidr@odjfs.state.oh.us; Sharman.Leinwand@ncmail.net; Sojourne@dhhs.state.sc.us;
sojoyb@state.nd.us; sparker2@dhs.state.ia.us; Suzette.Bridges@medicaid.state.ar.us;
Thomas.Drawbaugh@state.or.us; wellsj@fdhc.state.fl.us
**Subject:** Re: Compounds

no additional fee, currently only pay for the most expensive legend drug,
will cover all drugs 10/1 with NDCDP 5.1, still no fee differential

George L. Oestreich, BSP, RPh, MPA, PharmD
Director, DMS Pharmacy Program
Phone (573) 751-6961
Fax (573) 522-8514
Email: georgeoestreich@mail.medicaid.state.mo.us

*************************************************************************

CONFIDENTIALITY NOTICE:  This e-mail is intended only for its addressee and
may contain information that is legally privileged, confidential, or
otherwise protected from disclosure pursuant to DSS Communications Policy
3-404.  If you have received this communication in error, please notify me
immediately by e-mail and delete the original message.
*************************************************************************

      "Rita Hallett"
      <haller@dhfs.stat     To:     <DWSwan@ahcccs.state.az.us>, <donna.bovell@dc.gov>,
      e.wi.us>         <ehawkins@dch.state.ga.us>, <lgarner@dch.state.ga.us>,
<dcoston@dhcfp.state.nv.us>,
               <MTERREBO@dhh.state.la.us>, <mclifford@dhhs.state.nh.us>,
<Asseyj@dhhs.state.sc.us>,
      05/27/2003 09:38     <Sojourne@dhhs.state.sc.us>, <Jfine@dhmh.state.md.us>, <dhillblo@dhs.ca.gov>,
      AM         <sparker2@dhs.state.ia.us>, <carmen.agoglia@dhs.state.nj.us>,
      <DShepher@dmas.state.va.us>, <childsa@dshs.wa.gov>,
      <Cynthia.denemark.EDS.INET@EDS.COM>, <wellsj@fdhc.state.fl.us>,
      <MShirley@fssa.state.in.us>, <PAvarist@gw.dhs.state.ri.us>,
      <mrb01@health.state.ny.us>, <martha.mcneill@hhsc.state.tx.us>,
      <dyke.anderson@hhss.state.ne.us>, <kittrids@idhw.state.id.us>,
      <mlhazel@insightbb.com>, <GeorgeOestreich@mail.medicaid.state.mo.us>,

1

**Bahr, Debra  (CHS DMS)**

| | |
|---|---|
| **From:** | Bridges, Suzette [Suzette.Bridges@medicaid.state.ar.us] |
| **Sent:** | Thursday, December 26, 2002 10:52 AM |
| **To:** | Rachel Broussard; ADURSlnc@communities.msn.com; ehawkins@dch.state.ga.us; rowlarm@dhfs.state.wi.us; M J TERREBONNE; asseyj@dhhs.state.sc.us; sojourne@dhhs.state.sc.us; dhillblo@dhs.ca.gov; cdtepper@dhs.state.nj.us; dshepher@dmas.state.va.us; rashley@doh.state.ut.us; childsa@dshs.wa.gov; cynthia.denemark@eds.com; wellsj@fdhc.state.fl.us; mshirley@fssa.state.in.us; coleenl@govmail.state.nv.us; david_campana@health.state.ak.us; duerrg@idhw.state.id.us; kittrids@idhw.state.id.us; aidd2958@mail.idpa.state.il.us; debra.bahr@mail.ky.us; lljones@medicaid.state.al.us; phrrm@medicaid.state.ms.us; ggilmore@nt.dma.state.ma.us; reidr@odjfs.state.oh.us; nessem@ohca.state.ok.us; james.zakszewski@po.state.ct.us; allen.chapman@state.co.us; ed.bauer@state.me.us; kenyonj@state.mi.us; cody.c.wiberg@state.mn.us; smarr@state.mt.us; sojoyb@state.nd.us; neal.solomon@state.nm.us; Thomas.Drawbaugh@state.or.us; jconcino@state.pa.us; mark.petersen@state.sd.us; rhomar@state.wy.us; swhale@state.wy.us; martha.mcneill@tdh.state.tx.us; pking@wvdhhr.org |
| **Subject:** | RE: Compound Prescriptions |

Currently we reimburse each drug as a separate RX. Once we go live with version 5.1, the max allowable will be calculated for each payable NDC, and the reimbursement will be determined. It will pay as one claim with one disp. fee.  What we are trying to decide now is the possibility of a compounding fee, but we have not determined how or what at this point.

-----Original Message-----
From: Rachel Broussard [mailto:RBroussa@dhh.state.la.us]
Sent: Thursday, December 19, 2002 3:27 PM
To: ADURSlnc@communities.msn.com; ehawkins@dch.state.ga.us;
rowlarm@dhfs.state.wi.us; M J TERREBONNE; asseyj@dhhs.state.sc.us;
sojourne@dhhs.state.sc.us; dhillblo@dhs.ca.gov;
cdtepper@dhs.state.nj.us; dshepher@dmas.state.va.us;
rashley@doh.state.ut.us; childsa@dshs.wa.gov; cynthia.denemark@eds.com;
wellsj@fdhc.state.fl.us; mshirley@fssa.state.in.us;
coleenl@govmail.state.nv.us; david_campana@health.state.ak.us;
duerrg@idhw.state.id.us; kittrids@idhw.state.id.us;
aidd2958@mail.idpa.state.il.us; debra.bahr@mail.state.ky.us;
lljones@medicaid.state.al.us; Bridges, Suzette;
phrrm@medicaid.state.ms.us; ggilmore@nt.dma.state.ma.us;
reidr@odjfs.state.oh.us; nessern@ohca.state.ok.us;
james.zakszewski@po.state.ct.us; allen.chapman@state.co.us;
ed.bauer@state.me.us; kenyonj@state.mi.us; cody.c.wiberg@state.mn.us;
smarr@state.mt.us; sojoyb@state.nd.us; neal.solomon@state.nm.us;
Thomas.Drawbaugh@state.or.us; jconcino@state.pa.us;
mark.petersen@state.sd.us; rhomar@state.wy.us; swhale@state.wy.us;
martha.mcneill@tdh.state.tx.us; pking@wvdhhr.org
Subject: Compound Prescriptions

We are interested in information regarding policy and reimbursement of compound prescriptions. Are other states reimbursing pharmacy providers for compound prescriptions? If so, what is your policy for reimbursing compounds? What is your reimbursement methodology  and do you reimburse a compound fee?

Thank you in advance for your help.

Rachel Broussard, RPh
Louisiana Medicaid
Pharmacy Benefits Management Unit

1

225-342-9768
225-342-1980 (fax)

2

KYDMSPL_0111769

## Bahr, Debra  (CHS DMS)

**From:** Nancy Nesser [NesserN@ohca.state.ok.us]
**Sent:** Friday, December 20, 2002 5:19 PM
**To:** Rachel Broussard; ADURSInc@communities.msn.com; ehawkins@dch.state.ga.us; rowlarm@dhfs.state.wi.us; M J TERREBONNE; asseyj@dhhs.state.sc.us; sojourne@dhhs.state.sc.us; dhillblo@dhs.ca.gov; cdtepper@dhs.state.nj.us; dshepher@dmas.state.va.us; rashley@doh.state.ut.us; childsa@dshs.wa.gov; cynthia.denemark@eds.com; wellsj@fdhc.state.fl.us; mshirley@fssa.state.in.us; coleenl@govmail.state.nv.us; david_campana@health.state.ak.us; duerrg@idhw.state.id.us; kittrids@idhw.state.id.us; aidd2958@mail.idpa.state.il.us; debra.bahr@mail.state.ky.us; lljones@medicaid.state.al.us; suzette.bridges@medicaid.state.ar.us; phrrm@medicaid.state.ms.us; ggilmore@nt.dma.state.ma.us; reidr@odjfs.state.oh.us; james.zakszewski@po.state.ct.us; allen.chapman@state.co.us; ed.bauer@state.me.us; kenyonj@state.mi.us; cody.c.wiberg@state.mn.us; smarr@state.mt.us; sojoyb@state.nd.us; neal.solomon@state.nm.us; Thomas.Drawbaugh@state.or.us; jconcino@state.pa.us; mark.petersen@state.sd.us; rhomar@state.wy.us; swhale@state.wy.us; martha.mcneill@tdh.state.tx.us; pking@wvdhhr.org
**Subject:** RE: Compound Prescriptions

Oklahoma pays for compound prescriptions by reimbursing for each compensable NDC at the appropriate EAC, SMAC, FUL or U&C rate.  We add one dispensing fee (maximum $4.15).

As of yesterday, we started accepting NCPDP 5.1 compound Rx transactions.  I was surprised that we had almost 100 compound claims submitted in one day.

We are still working on how best to reimburse for OTC items that we would not cover as individual items, such as simple syrup, lotions, creams, or OTC combinations with one Rx drug.  Presently, if there are any ingredients submitted in the compound that are not covered, the entire prescription is not covered.  I believe the best solution would be to cover these items in the compound claims only and continue to exclude them from single ingredient pharmacy claims.  The other solution is to pay for the compensable items and disregard the non-compensable items within the compound.

As an aside, we brought up our new EDS system yesterday, moving from our 20 year old Unisys system.  The transition was remarkably painless, of course, there was a ton of calls to the help desk, but as far as major crises, there was only one, our copays were not being communicated to the pharmacies in the field that they were expecting and that was corrected before noon.

Happy holidays to all of you!
Nancy Nesser

Disclaimer - 12/20/2002 4:19 PM
This message contains confidential information and is intended only for Nancy Nesser.  If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

1

KYDMSPL_0111770

## Bahr, Debra (DMS) (CHRDMS1)

| | |
|---|---|
| **From:** | Marvin Hazelwood [AIDD2958@mail.idpa.state.il.us] |
| **Sent:** | Saturday, April 14, 2001 1:06 PM |
| **To:** | NMPAAtalk@listbot.com |
| **Subject:** | Re: [NMPAA-talk] Compound Drugs |

National Medicaid Pharmacy Administrators

———————— ListBot Sponsor ————————
Start Your Own FREE Email List at http://www.listbot.com/links/joinlb

Cynthia:
Sorry, this email got by me. We require that each ingredient be billed separately and reimbursement is limited to products from rebating manufacturers. We pay a dispensing fee for each ingredient and no compounding fee. We claim rebates on each ingredient. Let me know if you have any questions.
Marvin

>>> "Denemark, Cynthia" <cynthia.denemark@eds.com> 12/27/00 02:53PM >>>
National Medicaid Pharmacy Administrators

Does your program use a variable format for compound drugs?

If so, do you price at the ingredient level and invoice for the rebates?

To unsubscribe, write to NMPAAtalk-unsubscribe@listbot.com

To unsubscribe, write to NMPAAtalk-unsubscribe@listbot.com

1

KYDMSPL_0111771

## Bahr, Debra  (DMS)  (CHRDMS1)

| | |
|---|---|
| **From:** | Karen Braman [KSB@srskansas.org] |
| **Sent:** | Wednesday, December 27, 2000 4:01 PM |
| **To:** | NMPAAtalk@listbot.com |
| **Subject:** | Re: [NMPAA-talk] Compound Drugs |

National Medicaid Pharmacy Administrators

Kansas:

1) Yes
2 Yes

>>> cynthia.denemark@eds.com 12/27/00 02:53PM >>>
National Medicaid Pharmacy Administrators

Does your program use a variable format for compound drugs?

If so, do you price at the ingredient level and invoice for the rebates?

To unsubscribe, write to NMPAAtalk-unsubscribe@listbot.com

To unsubscribe, write to NMPAAtalk-unsubscribe@listbot.com

1

KYDMSPL_0111772

## Bahr, Debra  (DMS)  (CHRDMS1)

| | |
|---|---|
| **From:** | Denemark, Cynthia [cynthia.denemark@eds.com] |
| **Sent:** | Wednesday, December 27, 2000 3:53 PM |
| **To:** | 'NMPAA' |
| **Subject:** | [NMPAA-talk] Compound Drugs |

National Medicaid Pharmacy Administrators

Does your program use a variable format for compound drugs?

If so, do you price at the ingredient level and invoice for the rebates?

To unsubscribe, write to NMPAAtalk-unsubscribe@listbot.com

1

## Bahr, Debra  (DMS)  (CHRDMS1)

| | |
|---|---|
| **From:** | Carl D Tepper [cdtepper@dhs.state.nj.us] |
| **Sent:** | Wednesday, December 27, 2000 4:29 PM |
| **To:** | National Medicaid Pharmacy Administrators |
| **Subject:** | Re: [NMPAA-talk] Compound Drugs |



**Card for Carl D Tepper**

National Medicaid Pharmacy Administrators

NJ:     NO

"Denemark, Cynthia" wrote:
>
> National Medicaid Pharmacy Administrators
>
> Does your program use a variable format for compound drugs?
>
> If so, do you price at the ingredient level and invoice for the rebates?
>
>
> To unsubscribe, write to NMPAAtalk-unsubscribe@listbot.com


To unsubscribe, write to NMPAAtalk-unsubscribe@listbot.com

1

KYDMSPL_0111774

**Bahr, Debra  (DMS)  (CHRDMS1)**

| | |
|---|---|
| **From:** | Campana, David [David_Campana@health.state.ak.us] |
| **Sent:** | Thursday, December 28, 2000 1:24 PM |
| **To:** | National Medicaid Pharmacy Administrators |
| **Subject:** | RE: [NMPAA-talk] Compound Drugs |

National Medicaid Pharmacy Administrators

Nationa Medicaid Pharmacy Administrators

Alaska does not currently use a variable format for compound drugs, nor do
we invoice for rebates, yet.

Dave

-----Original Message-----
From: Denemark, Cynthia [mailto:cynthia.denemark@eds.com]
Sent: Wednesday, December 27, 2000 11:53 AM
To: 'NMPAA'
Subject: [NMPAA-talk] Compound Drugs

National Medicaid Pharmacy Administrators

Does your program use a variable format for compound drugs?

If so, do you price at the ingredient level and invoice for the rebates?

To unsubscribe, write to NMPAAtalk-unsubscribe@listbot.com

To unsubscribe, write to NMPAAtalk-unsubscribe@listbot.com

1

KYDMSPL_0111775

## Bahr, Debra (DMS) (CHRDMS1)

**From:**        Peggy King [pking@wvdhhr.org]
**Sent:**        Sunday, December 31, 2000 4:49 PM
**To:**          NMPAAtalk@listbot.com
**Subject:**     Re: [NMPAA-talk] Compound Drugs

National Medicaid Pharmacy Administrators

WV gives an extra $1.00 for a compounded prescription, like ointments, suspensions, etc.  We have more reimbursment for compounded IV prescriptions for qualified pharmacies.

<<< cdtepper@dhs.state.nj.us 12/27  4:28p >>>
National Medicaid Pharmacy Administrators

NJ:     NO

"Denemark, Cynthia" wrote:
>
> National Medicaid Pharmacy Administrators
>
> Does your program use a variable format for compound drugs?
>
> If so, do you price at the ingredient level and invoice for the rebates?
>
>
> To unsubscribe, write to NMPAAtalk-unsubscribe@listbot.com


To unsubscribe, write to NMPAAtalk-unsubscribe@listbot.com


To unsubscribe, write to NMPAAtalk-unsubscribe@listbot.com

1

**Bahr, Debra (DMS) (CHRDMS1)**

| | |
|---|---|
| **From:** | Peggy King [pking@wvdhhr.org] |
| **Sent:** | Wednesday, January 17, 2001 12:27 PM |
| **To:** | NMPAAtalk@listbot.com |
| **Subject:** | [NMPAA-talk] Home Infusion Services |

National Medicaid Pharmacy Administrators

Hi, all:
I have been approached by a large home infusion pharmacy to discuss our current reimbursement for their services. They are accepting the fact of the new Medicaid AWP, but want to be properly compensated for their other services--- delivery to rural areas, case management, etc. We currently give them a compounding fee which must be prior authorized, but uses bogus NDCs fro reimbursement depending on what they do. According to what I have been told, my bogus NDCs will not be allowed when HIPAA takes effect. I am looking for an alternative method for which to reimburse these providers a fair price. Has anyone out there have something that works or in process of designing something that you can share? Thank you.
Peggy King
WV Medicaid

To unsubscribe, write to NMPAAtalk-unsubscribe@listbot.com

1

**Bahr, Debra (DMS) (CHRDMS1)**

| | |
|---|---|
| **From:** | Wiberg, Cody C [Cody.C.Wiberg@state.mn.us] |
| **Sent:** | Wednesday, January 17, 2001 1:02 PM |
| **To:** | 'National Medicaid Pharmacy Administrators' |
| **Subject:** | RE: [NMPAA-talk] Home Infusion Services |

National Medicaid Pharmacy Administrators

Minnesota is not currently using the new Medicaid "AWPs". We pay for infusion drugs that do not require compounding at AWP - 9% + $3.65. For those that do require compounding, we pay:

AWP - 9% + $8.00 per bag for most drugs
AWP - 9% + $14.00 per bag for chemotherapy drugs
AWP - 9% + $30.00 for a liter TPN
AWP - 9% + $44.00 for TPN > 1 liter

However, we will soon begin a thorough examination of the way we reimburse for home infusion. We are strongly leaning towards a bundling arrangement. It will probably be at least several months before we complete the review.

Cody Wiberg, Pharm.D., R.Ph.
Pharmacy Program Manager
Minnesota Department of Human Services

(651) 296-8515
(651) 282-6744 (FAX)


> -----Original Message-----
> From: Peggy King [SMTP:pking@wvdhhr.org]
> Sent: Wednesday, January 17, 2001 11:27 AM
> To:    NMPAAtalk@listbot.com
> Subject:   [NMPAA-talk] Home Infusion Services
>
> National Medicaid Pharmacy Administrators
>
> Hi, all:
> I have been approached by a large home infusion pharmacy to discuss our
> current reimbursement for their services.  They are accepting the fact of
> the new Medicaid AWP, but want to be properly compensated for their other
> services— delivery to rural areas, case management, etc. We currently
> give them a compounding fee which must be prior authorized, but uses bogus
> NDCs fro reimbursement depending on what they do.  According to what I
> have been told, my bogus NDCs will not be allowed when HIPAA takes effect.
> I am looking for an alternative method for which to reimburse these
> providers a fair price.  Has anyone out there have something that works or
> In process of designing something that you can share?
> Thank you.
> Peggy King
> WV Medicaid
>
>
> _____
> To unsubscribe, write to NMPAAtalk-unsubscribe@listbot.com


_____
To unsubscribe, write to NMPAAtalk-unsubscribe@listbot.com

1

KYDMSPL_0111778

## Bahr, Debra  (DMS)  (CHRDMS1)

**From:**           Campana, David [David_Campana@health.state.ak.us]
**Sent:**           Wednesday, January 17, 2001 1:46 PM
**To:**             National Medicaid Pharmacy Administrators
**Subject:**        RE: [NMPAA-talk] Home Infusion Services

National Medicaid Pharmacy Administrators

I met with several infusion providers just yesterday regarding improved
reimbursement for infusion therapy services including compounding, clinical
time and nursing.  We implemented the DOJ AWP's in May, since then we have
removed our discount of 5% off the DOJ AWP.

We currently generously reimburse infusion therapy at AWP-5% or DOJ AWP +
$10 for every 15 minutes spent compounding + our highest dispensing fee of
$11.46.  And the Alaska Infusion Providers are still crying.  They say they
can't stay in business with the above reimbursement, especially after the
effect of the DOJ AWP's.

I don't understand why they are crying so much when most other states
reimburse much less.  Maybe, it is because our providers are all single
proprietors rather than large infusion therapy companies.

I will be working on this issue over the next few months along with writing
an RFP and all other duties.  Job security!!!

While I am on this subject, what are other states policies on number of
ambulatory infusion pumps allowed per day and the reimbursement amount per
pump?

Dave

-----Original Message-----
From: Peggy King [mailto:pking@wvdhhr.org]
Sent: Wednesday, January 17, 2001 8:27 AM
To: NMPAAtalk@listbot.com
Subject: [NMPAA-talk] Home Infusion Services

National Medicaid Pharmacy Administrators

Hi, all:
I have been approached by a large home infusion pharmacy to discuss our
current reimbursement for their services.  They are accepting the fact of
the new Medicaid AWP, but want to be properly compensated for their other
services— delivery to rural areas, case management, etc.  We currently
give them a compounding fee which must be prior authorized, but uses bogus
NDCs fro reimbursement depending on what they do.  According to what I have
been told, my bogus NDCs will not be allowed when HIPAA takes effect.  I am
looking for an alternative method for which to reimburse these providers a
fair price.  Has anyone out there have something that works or in process of
designing something that you can share?
Thank you.
Peggy King
WV Medicaid

To unsubscribe, write to NMPAAtalk-unsubscribe@listbot.com

To unsubscribe, write to NMPAAtalk-unsubscribe@listbot.com

1

## Bahr, Debra  (DMS)  (CHRDMS1)

**From:**          Wiberg, Cody C [Cody.C.Wiberg@state.mn.us]
**Sent:**          Wednesday, January 17, 2001 1:52 PM
**To:**            'National Medicaid Pharmacy Administrators'
**Subject:**       RE: [NMPAA-talk] Home Infusion Services


National Medicaid Pharmacy Administrators

It's the overhead Dave - must cost a lot to deliver the infusions by dog
sled. :-)

Cody

> ——Original Message——
> From: Campana, David [SMTP:David_Campana@health.state.ak.us]
> Sent: Wednesday, January 17, 2001 12:46 PM
> To:    National Medicaid Pharmacy Administrators
> Subject:.  RE: [NMPAA-talk] Home Infusion Services
>
> National Medicaid Pharmacy Administrators
>
> I met with several infusion providers just yesterday regarding improved
> reimbursement for infusion therapy services including compounding,
> clinical
> time and nursing.  We implemented the DOJ AWP's in May, since then we have
> removed our discount of 5% off the DOJ AWP.
>
> We currently generously reimburse infusion therapy at AWP-5% or DOJ AWP +
> $10 for every 15 minutes spent compounding + our highest dispensing fee of
> $11.46.  And the Alaska Infusion Providers are still crying.  They say
> they
> can't stay in business with the above reimbursement, especially after the
> effect of the DOJ AWP's.
>
> I don't understand why they are crying so much when most other states
> reimburse much less.  Maybe, it is because our providers are all single
> proprietors rather than large infusion therapy companies.
>
> I will be working on this issue over the next few months along with
> writing
> an RFP and all other duties.  Job security!!!
>
> While I am on this subject, what are other states policies on number of
> ambulatory infusion pumps allowed per day and the reimbursement amount per
> pump?
>
> Dave
>
> ——Original Message——
> From: Peggy King [mailto:pking@wvdhhr.org]
> Sent: Wednesday, January 17, 2001 8:27 AM
'> To: NMPAAtalk@listbot.com
'> Subject: [NMPAA-talk] Home Infusion Services
>
>
> National Medicaid Pharmacy Administrators
>
> Hi, all:
> I have been approached by a large home infusion pharmacy to discuss our
> current reimbursement for their services.  They are accepting the fact of
> the new Medicaid AWP, but want to be properly compensated for their other
> services— delivery to rural areas, case management, etc.  We currently
> give them a compounding fee which must be prior authorized, but uses bogus
> NDCs fro reimbursement depending on what they do.  According to what I
> have
> been told, my bogus NDCs will not be allowed when HIPAA takes effect.  I
> am

1

> looking for an alternative method for which to reimburse these providers a
> fair price.  Has anyone out there have something that works or in process
> of
> designing something that you can share?
> Thank you.
> Peggy King
> WV Medicaid
>
>
>
> To unsubscribe, write to NMPAAtalk-unsubscribe@listbot.com
>
>
>
> To unsubscribe, write to NMPAAtalk-unsubscribe@listbot.com


To unsubscribe, write to NMPAAtalk-unsubscribe@listbot.com

2

KYDMSPL_0111781

## Bahr, D bra (DMS) (CHRDMS1)

From:           Reinke, Mary Beth [Mary.Beth.Reinke@state.mn.us]
Sent:           Tuesday, March 21, 2000 6:25 PM
To:             'ADURS 2000'
Subject:        RE: [ADURS-2000] Dispensing fee/formula for compounded IVmeds.


Thanks.  What is "cost" in Wisconsin?  In MN, we pay AWP-9%.  [J codes in MD
offices are paid at AWP].

> ——Original Message——
> From: Michael Mergener [SMTP:MergeMA@dhfs.state.wi.us]
> Sent: Tuesday, March 21, 2000 4:34 PM
> To:   ADURS2000@listbot.com
> Subject:   Re: [ADURS-2000] Dispensing fee/formula for compounded
> IVmeds.
>
>
>
> Reimbursement now includes reimursement for the cost of the individual
> ingredients and a dispensing fee.
>
> The dispensing fee policy is as follows:
>
> Billing for compounded drugs also includes time spent preparing the
> compound drugs.
> Providers must indicate the time (in minutes) to compound the prescription
> by using a
> level of service (LOS).  The maximum LOS for preparing a compound drug is
> level 13 (30 minutes).
> Providers may indicate LOS codes 14 and 15 to indicate that compounding
> the drug took more than 30 minutes,
> but they will only be reimbursed for up to 30 minutes. Wisconsin Medicaid
> notes the time indicated and, as a
> result, is better able to price the compound drug when an unusual amount
> of time is
> required to prepare the compound drug. In calculating LOS, do not include
> non-professional
> staff time, set-up time, or clean-up time in this total.
>
> level 11=up to 5 minute;  Fee=$9.45
> leve1 12=6 to 15 minutes;  Fee=$14.68
> level 13=16 to 30 minutes;  Fee=$22.16
> level 14=31-60 minutes;  Fee capped at $22.16
> level 15=over 60 minutes;  Fee capped at $22.16
>
> >>> Mary.Beth.Reinke@state.mn.us 03/16/00 04:21PM >>>
> ADURS 2000
>
> In Minnesota, we have not revised the fee/formula for years. What does
> your
> state pay for IV compounded drugs?  Thanks.
>
> Mary Beth
>
> Mary Beth Reinke, Pharm.D. M.S.A.
> DUR Coordinator
> Extension 51239
>
>
> _____
>
> To unsubscribe, write to ADURS2000-unsubscribe@listbot.com
>
>
> _____
>
> To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

**Bahr, Debra  (DMS)  (CHRDMS1)**

| | |
|---|---|
| **From:** | Ronald D. Graham [Ronald-Graham@ouhsc.edu] |
| **Sent:** | Monday, March 20, 2000 12:18 PM |
| **To:** | 'ADURS 2000' |
| **Subject:** | RE: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

ADURS 2000

In Oklahoma, the pharmacist submits the primary (most costly) ingredient first in the compounded formula.  The prescription is paid at AWP - 10.5% + $4.15 fee.  The total metric quantity is sent by on-line adjudication or manual claim process.  For IV meds, basically the primary drug's metric quantity and dispensing fee is billed and then the diluent is billed separately without a fee.  Thanks,rg.

> ——Original Message——
> From: Reinke, Mary Beth [SMTP:Mary.Beth.Reinke@state.mn.us]
> Sent:  Thursday, March 16, 2000 4:21 PM
> To:   'ADURS_2000'
> Subject:   [ADURS-2000] Dispensing fee/formula for compounded IV meds.
>
> ADURS 2000
>
> In Minnesota, we have not revised the fee/formula for years. What does
> your
> state pay for IV compounded drugs?  Thanks.
>
> Mary Beth
>
> Mary Beth Reinke, Pharm.D. M.S.A.
> DUR Coordinator
> Extension 51239
>
>
>.
> To unsubscribe, write to ADURS2000-unsubscribe@listbot.com


To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

**Bahr, Debra  (DMS)  (CHRDMS1)**

| | |
|---|---|
| From: | Duerr, Gary [DuerrGP@mmis.state.id.us] |
| Sent: | Monday, March 20, 2000 10:38 AM |
| To: | 'ADURS 2000' |
| Subject: | RE: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

Idaho:  AWP - 11% + $4.94 dispensing fee + $5.00 per 15 minutes for compounding time

——Original Message——
From: Reinke, Mary Beth [ <mailto:Mary.Beth.Reinke@state.mn.us>]
Sent: Thursday, March 16, 2000 3:21 PM
To: 'ADURS_2000'
Subject: [ADURS-2000] Dispensing fee/formula for compounded IV meds.


ADURS 2000

In Minnesota, we have not revised the fee/formula for years. What does your
state pay for IV compounded drugs?  Thanks.

Mary Beth

Mary Beth Reinke, Pharm.D. M.S.A.
DUR Coordinator
Extension 51239


To unsubscribe, write to ADURS2000-unsubscribe@listbot.com


To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

**Bahr, Debra  (DMS)  (CHRDMS1)**

| | |
|---|---|
| **From:** | Campana, David [DCampana@health.state.ak.us] |
| **Sent:** | Thursday, March 16, 2000 6:19 PM |
| **To:** | ADURS 2000 |
| **Subject:** | RE: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

ADURS 2000

Alaska Medicaid pays awp-5% for each drug + $10 for each 15 min period to compound + $11.46 disp fee, our highest dispensing fee.  These compounds are reviewed manually by myself a pharmacist for accuracy of time and dollar amount billed.  I receive approx 100 per week to price.

Dave

——Original Message——
From: Reinke, Mary Beth [mailto:Mary.Beth.Reinke@state.mn.us]
Sent: Thursday, March 16, 2000 1:21 PM
To: 'ADURS_2000'
Subject: [ADURS-2000] Dispensing fee/formula for compounded IV meds.

ADURS 2000

In Minnesota, we have not revised the fee/formula for years. What does your state pay for IV compounded drugs?  Thanks.

Mary Beth

Mary Beth Reinke, Pharm.D. M.S.A.
DUR Coordinator
Extension 51239

---

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

---

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

## Bahr, Debra (DMS) (CHRDMS1)

**From:**        Denemark, Cynthia [cynthia.denemark@eds.com]
**Sent:**         Friday, March 17, 2000 7:32 AM
**To:**            'ADURS 2000'
**Subject:**     RE: [ADURS-2000] Dispensing fee/formula for compounded IV meds.


Delaware pays the ingredient cost plus one dispensing fee of $3.65. Last year an analysis of claim data indicated a substantial savings of money by allowing compounds to be put through via POS with each ingredient being submitted separately, and receiving a dispensing fee. The increase revenue makes up for the additional dispensing fee. I had no problem with giving the pharmacists additional reimbursement for the effort of compounding. The compound drugs can then be more efficiently monitored for DUR issues as well.

——Original Message——
From: Campana, David [mailto:DCampana@health.state.ak.us]
Sent: Thursday, March 16, 2000 6:19 PM
To: ADURS 2000
Subject: RE: [ADURS-2000] Dispensing fee/formula for compounded IV meds.


ADURS 2000

Alaska Medicaid pays awp-5% for each drug + $10 for each 15 min period to compound + $11.46 disp fee, our highest dispensing fee. These compounds are reviewed manually by myself a pharmacist for accuracy of time and dollar amount billed. I receive approx 100 per week to price.

Dave

——Original Message——
From: Reinke, Mary Beth [mailto:Mary.Beth.Reinke@state.mn.us]
Sent: Thursday, March 16, 2000 1:21 PM
To: 'ADURS_2000'
Subject: [ADURS-2000] Dispensing fee/formula for compounded IV meds.


ADURS 2000

In Minnesota, we have not revised the fee/formula for years. What does your state pay for IV compounded drugs? Thanks.

Mary Beth

Mary Beth Reinke, Pharm.D. M.S.A.
DUR Coordinator
Extension 51239

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

**Bahr, Debra (DMS) (CHRDMS1)**

| | |
|---|---|
| **From:** | Caroline Sojourner [SOJOURNE@dhhs.state.sc.us] |
| **Sent:** | Friday, March 17, 2000 7:56 AM |
| **To:** | ADURS2000@listbot.com |
| **Subject:** | Re: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

SOUTH CAROLINA
IV compounded drugs (which includes each product in the total compound) are paid at the same rate as other pharmaceuticals. Currently, the Medicaid reimbursement formula is: AWP minus 13% plus dispensing fee of $4.05.

>>> "Reinke, Mary Beth" <Mary.Beth.Reinke@state.mn.us> 03/16/00 05:21PM >>>
ADURS 2000

In Minnesota, we have not revised the fee/formula for years. What does your state pay for IV compounded drugs?  Thanks.

Mary Beth

Mary Beth Reinke, Pharm.D. M.S.A.
DUR Coordinator
Extension 51239

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

KYDMSPL_0111787

**Bahr, Debra (DMS) (CHRDMS1)**

| | |
|---|---|
| From: | PClifford@dhhs.state.nh.us |
| Sent: | Friday, March 17, 2000 8:38 AM |
| To: | ADURS 2000 |
| Subject: | Re: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

In NH all compounds are manually priced by me.  The formula for IV
compounds is;
    AWP - 12%
    perdiem fee of $10.50 for each day supply
    plus a $2.50 dispensing fee

"Reinke, Mary Beth" <Mary.Beth.Reinke@state.mn.us> on 03/16/2000 05:21:25
PM

Please respond to "ADURS 2000" <ADURS2000@listbot.com>

To:  'ADURS_2000' <ADURS2000@listbot.com>
cc:
Subject:  [ADURS-2000] Dispensing fee/formula for compounded IV meds.

ADURS 2000

In Minnesota, we have not revised the fee/formula for years. What does your
state pay for IV compounded drugs?  Thanks.

Mary Beth

Mary Beth Reinke, Pharm.D. M.S.A.
DUR Coordinator
Extension 51239

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

**Bahr, Debra (DMS) (CHRDMS1)**

| | |
|---|---|
| **From:** | Cheryl Clarke [cclarke@iarx.org] |
| **Sent:** | Friday, March 17, 2000 9:57 AM |
| **To:** | ADURS 2000 |
| **Subject:** | RE: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

The same as any prescription medication
Cheryl Clarke, R.Ph.
Project Coordinator
Iowa Medicaid DUR Commission
8515 Douglas Avenue, Suite 16
Des Moines IA 50322
515.270/0713
515.270/2979 (fax)

——Original Message——
From: Reinke, Mary Beth [mailto:Mary.Beth.Reinke@state.mn.us]
Sent: Thursday, March 16, 2000 4:21 PM
To: 'ADURS_2000'
Subject: [ADURS-2000] Dispensing fee/formula for compounded IV meds.

ADURS 2000

In Minnesota, we have not revised the fee/formula for years. What does your
state pay for IV compounded drugs? Thanks.

Mary Beth

Mary Beth Reinke, Pharm.D. M.S.A.
DUR Coordinator
Extension 51239

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

KYDMSPL_0111789

## Bahr, Debra (DMS) (CHRDMS1)

| | |
|---|---|
| **From:** | Burch, Curtis (vdp) [Curtis.Burch@tdh.state.tx.us] |
| **Sent:** | Friday, March 17, 2000 9:59 AM |
| **To:** | 'ADURS 2000'; Burch, Curtis (vdp) |
| **Subject:** | RE: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

Texas pays the lower of: 1. usual and customary or 2. cost of ingredients ( lower of AWP-15% or WAC +12% or direct price) plus a dispensing expense (fee) of $5.27 plus 2% of the total cost including fee.

———Original Message———
From:   Reinke, Mary Beth
[mailto:Mary.Beth.Reinke@state.mn.us]
Sent:   Thursday, March 16, 2000 4:21 PM
To: Curtis.Burch@tdhex.tdh.state.tx.us
Subject:[ADURS-2000] Dispensing fee/formula for compounded IV meds.

ADURS 2000

In Minnesota, we have not revised the fee/formula for years. What does your
state pay for IV compounded drugs?  Thanks.

Mary Beth

Mary Beth Reinke, Pharm.D. M.S.A.
DUR Coordinator
Extension 51239

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

**Bahr, Debra  (DMS)  (CHRDMS1)**

| | |
|---|---|
| **From:** | Paula Avarista [PAvarist@gw.dhs.state.ri.us] |
| **Sent:** | Friday, March 17, 2000 10:24 AM |
| **To:** | ADURS2000@listbot.com |
| **Subject:** | Re: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

We encourage the pharmacy to bill each drug individually and pay a disp fee for each one.  This helps us get a rebate on the drug and compensates for not paying any compunding fee.

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

KYDMSPL_0111791

Bahr, Debra (DMS) (CHRDMS1)

| | |
|---|---|
| **From:** | Marianne Rollings [mrolling@dmas.state.va.us] |
| **Sent:** | Friday, March 17, 2000 11:31 AM |
| **To:** | ADURS2000@listbot.com; Mary.Beth.Reinke@state.mn.us |
| **Subject:** | Re: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

We are in the process of switching our payment methodology. In home IV infusions, we pay for basic ingredients and services by therapeutic category as a "service day rate". The "service day rate" is inclusive of everything except the active ingredient. It is billed on a HCFA 1500. Since the specifics are lengthy, I refer you to our pharmacy provider manual (which is also in the midst of a major rewrite). It may be accessed at http://www.cns.state.va.us/dmas on the Net. Use the search function to access service day rate and it will take you to Chapter IV. The active ingredient is charged on our usual pharmacy claim form or by POS or electronic media. We pay that at our usual rate of the lesser of AWP-9%, MAC or VaMAC for the ingredient + once-a-month $4.25 dispensing fee (per NDC) OR the pharmacy-submitted U&C charge.

This formula was worked out over 2 years of meetings with the provider community, pharmacy & DME sections of the agency. These meetings were precipitated by a need for easier billings for home health care agencies providing DME. When implemented, we realized that nursing home IV pharmacy services had not been addressed - because the DME is included in the NH per diem. That is currently being remedied and we will shortly be allowing all non-hospital IV services to be billed using the service day rate.

Our former method provided only reimbursement for ingredient costs as noted above plus 1 dispensing fee per month. These were submitted on a paper form using a dummy number, which did not allow us to capture rebates on the ingredients. The current pricing does not gain us rebates on the basic package of diluents, etc., but we feel the trade-off in ease of billing and adjudication is worth the loss.

Hope this helps.

Marianne

>>> Mary.Beth.Reinke@state.mn.us 03/16/00 05:21PM >>>
ADURS 2000

In Minnesota, we have not revised the fee/formula for years. What does your state pay for IV compounded drugs? Thanks.

Mary Beth

Mary Beth Reinke, Pharm.D. M.S.A.
DUR Coordinator
Extension 51239

---

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

---

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

## Bahr, Debra  (DMS)  (CHRDMS1)

| | |
|---|---|
| **From:** | ALLY@npharm.org |
| **Sent:** | Friday, March 17, 2000 8:22 AM |
| **To:** | adurs2000@listbot.com |
| **Subject:** | (Fwd) (Fwd) Re: [ADURS-2000] Dispensing fee/formula for compou |

Hey all,

I forwarded the request to John Franklin, RP, the clinical pharmacist
at the State to better answer your questions, here's his response.

Ally

—— Forwarded Message Follows ——
From: john.franklin@hhss.state.ne.us
Organization:  nebraska pharmacist
Subject:    (Fwd) Re: [ADURS-2000] Dispensing fee/formula for compound I
To: adurs2000@listbot.com
Cc:       Ally@npharm.org
Date:     Fri, 17 Mar 2000 11:39:58 -0600

The pharmacy program for Nebraska Medicaid pays for IV compounded meds and
hydrations.  TPN's and other nutritions must go through the nutritions
program.  Our formula is AWP-8.71% for all drugs as a general rule.  We do
have a SMAC/FUL program that supercedes the above formula.  An example of
this is Ancef, we pay a SMAC of $1.35/gm and Vanco is $6.50/gm. Growth
Hormone we Smac at $33/mg or $11/unit.  Thanks, jf.—— Forwarded by John
Franklin/HHSS/NEBRLN on 03/17/00 11:28 AM ——

|   |   |   |
|---|---|---|
| ALLY@npharm.o rg | To: | John Franklin/HHSS/NEBRLN@NEBRLN |
|  | cc: |  |
| 03/17/00 03:01 AM | Subject: | (Fwd) Re: [ADURS-2000] Dispensing fee/formula for compounded I |

John,
You'd be best able to answer this, can you handle it for me??

Thanks

Ally

—— Forwarded Message Follows ——
Reply-to:   "ADURS 2000" <ADURS2000@listbot.com>
Organization:  nebraska pharmacist
Organization:  nebraska pharmacist
Subject:    Re: [ADURS-2000] Dispensing fee/formula for compounded IV
meds.
To: "ADURS 2000" <ADURS2000@listbot.com>
Cc:
From: PClifford@dhhs.state.nh.us
Date:     Fri, 17 Mar 2000 08:38:18 -0500

In NH all compounds are manually priced by me.  The formula for IV
compounds is;
    AWP - 12%
    perdiem fee of $10.50 for each day supply

1

**Bahr, Debra (DMS) (CHRDMS1)**

| | |
|---|---|
| From: | Melwyn WENDT [MWENDT@dhh.state.la.us] |
| Sent: | Friday, March 17, 2000 4:46 PM |
| To: | ADURS2000@listbot.com |
| Subject: | Re: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

IN Louisiana, we allow the same dispensing fee for all prescriptions
A maximum of $5.77 or a provider's usual and customary fee

Melwyn B. Wendt
Pharmaceutical Consultant
225-219-4154  Fax 225-219-4293

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

KYDMSPL_0111794

**Bahr, Debra (DMS) (CHRDMS1)**

| | |
|---|---|
| **From:** | MARY Sandusky [SANDUSKYM@state.ml.us] |
| **Sent:** | Monday, March 20, 2000 9:47 AM |
| **To:** | ADURS2000@listbot.com |
| **Subject:** | Re: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

ADURS 2000

Michigan pays for the 3 components for an IV compound. We will pay 1. active ingredient 2. diluent and 3. vehicle. All have a dispensing fee of $3.72 + 7.50 compound fee, therefore providing a dispensing fee of 11.22 x 3 for a compounded IV. Drugs are reimbursed at AWP - 13.1 for less than 4 stores and AWP-15.1%.

>>> Mary.Beth.Reinke@state.mn.us 03/16/00 05:21PM >>>
ADURS 2000

In Minnesota, we have not revised the fee/formula for years. What does your state pay for IV compounded drugs? Thanks.

Mary Beth

Mary Beth Reinke, Pharm.D. M.S.A.
DUR Coordinator
Extension 51239

---

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

---

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

**Bahr, Debra (DMS) (CHRDMS1)**

| | |
|---|---|
| From: | Reinke, Mary Beth [Mary.Beth.Reinke@state.mn.us] |
| Sent: | Tuesday, March 21, 2000 6:25 PM |
| To: | 'ADURS 2000' |
| Subject: | RE: [ADURS-2000] Dispensing fee/formula for compounded IVmeds. |

Thanks. What is "cost" in Wisconsin? In MN, we pay AWP-9%. [J codes in MD offices are paid at AWP].

> -----Original Message-----
> From: Michael Mergener [SMTP:MergeMA@dhfs.state.wi.us]
> Sent: Tuesday, March 21, 2000 4:34 PM
> To:    ADURS2000@listbot.com
> Subject:   Re: [ADURS-2000] Dispensing fee/formula for compounded
> IVmeds.
>
>
>
> Reimbursement now includes reimursement for the cost of the individual
> ingredients and a dispensing fee.
>
> The dispensing fee policy is as follows:
>
> Billing for compounded drugs also includes time spent preparing the
> compound drugs.
> Providers must indicate the time (in minutes) to compound the prescription
> by using a
> level of service (LOS). The maximum LOS for preparing a compound drug is
> level 13 (30 minutes).
> Providers may indicate LOS codes 14 and 15 to indicate that compounding
> the drug took more than 30 minutes,
> but they will only be reimbursed for up to 30 minutes. Wisconsin Medicaid
> notes the time indicated and, as a
> result, is better able to price the compound drug when an unusual amount
> of time is
> required to prepare the compound drug. In calculating LOS, do not include
> non-professional
> staff time, set-up time, or clean-up time in this total.
>
> level 11=up to 5 minute; Fee=$9.45
> level 12=6 to 15 minutes; Fee=$14.68
> level 13=16 to 30 minutes; Fee=$22.16
> level 14=31-60 minutes; Fee capped at $22.16
> level 15=over 60 minutes; Fee capped at $22.16
>
> >>> Mary.Beth.Reinke@state.mn.us 03/16/00 04:21PM >>>
> ADURS 2000
>
> In Minnesota, we have not revised the fee/formula for years. What does
> your
> state pay for IV compounded drugs? Thanks.
>
> Mary Beth
>
> Mary Beth Reinke, Pharm.D. M.S.A.
> DUR Coordinator
> Extension 51239
>
>
>
> To unsubscribe, write to ADURS2000-unsubscribe@listbot.com
>
>
>
> To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

**Bahr, Debra  (DMS)  (CHRDMS1)**

| | |
|---|---|
| **From:** | Ronald D. Graham [Ronald-Graham@ouhsc.edu] |
| **Sent:** | Monday, March 20, 2000 12:18 PM |
| **To:** | 'ADURS 2000' |
| **Subject:** | RE: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

ADURS 2000

In Oklahoma, the pharmacist submits the primary (most costly) ingredient first in the compounded formula.  The prescription is paid at AWP - 10.5% + $4.15 fee.  The total metric quantity is sent by on-line adjudication or manual claim process.  For IV meds, basically the primary drug's metric quantity and dispensing fee is billed and then the diluent is billed separately without a fee.  Thanks,rg.

> -----Original Message-----
> From: Reinke, Mary Beth [SMTP:Mary.Beth.Reinke@state.mn.us]
> Sent: Thursday, March 16, 2000 4:21 PM
> To:   'ADURS 2000'
> Subject:   [ADURS-2000] Dispensing fee/formula for compounded IV meds.
>
> ADURS 2000
>
> In Minnesota, we have not revised the fee/formula for years. What does
> your
> state pay for IV compounded drugs?  Thanks.
>
> Mary Beth
>
> Mary Beth Reinke, Pharm.D. M.S.A.
> DUR Coordinator
> Extension 51239
>
>
>
> To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

KYDMSPL_0111797

**Bahr, Debra  (DMS)  (CHRDMS1)**

| | |
|---|---|
| **From:** | Duerr, Gary [DuerrGP@mmis.state.id.us] |
| **Sent:** | Monday, March 20, 2000 10:38 AM |
| **To:** | 'ADURS 2000'. |
| **Subject:** | RE: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

Idaho:  AWP - 11% + $4.94 dispensing fee + $5.00 per 15 minutes for compounding time

——-Original Message——
From: Reinke, Mary Beth [ <mailto:Mary.Beth.Reinke@state.mn.us>]
Sent: Thursday, March 16, 2000 3:21 PM
To: 'ADURS_2000'
Subject: [ADURS-2000] Dispensing fee/formula for compounded IV meds.

ADURS 2000

In Minnesota, we have not revised the fee/formula for years. What does your state pay for IV compounded drugs?  Thanks.

Mary Beth

Mary Beth Reinke, Pharm.D. M.S.A.
DUR Coordinator
Extension 51239

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

KYDMSPL_0111798

**Bahr, Debra  (DMS)  (CHRDMS1)**

| | |
|---|---|
| **From:** | Campana, David [DCampana@health.state.ak.us] |
| **Sent:** | Thursday, March 16, 2000 6:19 PM |
| **To:** | ADURS 2000 |
| **Subject:** | RE: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

ADURS 2000

Alaska Medicaid pays awp-5% for each drug + $10 for each 15 min period to
compound + $11.46 disp fee, our highest dispensing fee.  These compounds are
reviewed manually by myself a pharmacist for accuracy of time and dollar
amount billed.  I receive approx 100 per week to price.

Dave

——Original Message——
From: Reinke, Mary Beth [mailto:Mary.Beth.Reinke@state.mn.us]
Sent: Thursday, March 16, 2000 1:21 PM
To: 'ADURS_2000'
Subject: [ADURS-2000] Dispensing fee/formula for compounded IV meds.

ADURS 2000

In Minnesota, we have not revised the fee/formula for years. What does your
state pay for IV compounded drugs?  Thanks.

Mary Beth

Mary Beth Reinke, Pharm.D. M.S.A.
DUR Coordinator
Extension 51239

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

**Bahr, Debra  (DMS)  (CHRDMS1)**

| | |
|---|---|
| **From:** | Denemark, Cynthia [cynthia.denemark@eds.com] |
| **Sent:** | Friday, March 17, 2000 7:32 AM |
| **To:** | 'ADURS 2000' |
| **Subject:** | RE: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

Delaware pays the ingredient cost plus one dispensing fee of $3.65.  Last year an analysis of claim data indicated a substantial savings of money by allowing compounds to be put through via POS with each ingredient being submitted separately, and receiving a dispensing fee.  The increase revenue makes up for the additional dispensing fee.  I had no problem with giving the pharmacists additional reimbursement for the effort of compounding.  The compound drugs can then be more efficiently monitored for DUR issues as well.

——Original Message——
From: Campana, David [mailto:DCampana@health.state.ak.us]
Sent: Thursday, March 16, 2000 6:19 PM
To: ADURS 2000
Subject: RE: [ADURS-2000] Dispensing fee/formula for compounded IV meds.


ADURS 2000

Alaska Medicaid pays awp-5% for each drug + $10 for each 15 min period to compound + $11.46 disp fee, our highest dispensing fee.  These compounds are reviewed manually by myself a pharmacist for accuracy of time and dollar amount billed.  I receive approx 100 per week to price.

Dave

——Original Message——
From: Reinke, Mary Beth [mailto:Mary.Beth.Reinke@state.mn.us]
Sent: Thursday, March 16, 2000 1:21 PM
To: 'ADURS_2000'
Subject: [ADURS-2000] Dispensing fee/formula for compounded IV meds.


ADURS 2000

In Minnesota, we have not revised the fee/formula for years. What does your state pay for IV compounded drugs?  Thanks.

Mary Beth

Mary Beth Reinke, Pharm.D. M.S.A.
DUR Coordinator
Extension 51239

---

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

---

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

---

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

KYDMSPL_0111800

**Bahr, Debra  (DMS)  (CHRDMS1)**

| | |
|---|---|
| **From:** | Caroline Sojourner [SOJOURNE@dhhs.state.sc.us] |
| **Sent:** | Friday, March 17, 2000 7:56 AM |
| **To:** | ADURS2000@listbot.com |
| **Subject:** | Re: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

SOUTH CAROLINA
IV compounded drugs (which includes each product in the total compound) are paid at the same rate as other pharmaceuticals.  Currently, the Medicaid reimbursement formula is:   AWP minus 13% plus dispensing fee of $4.05.

>>> "Reinke, Mary Beth" <Mary.Beth.Reinke@state.mn.us> 03/16/00 05:21PM >>>
ADURS 2000

In Minnesota, we have not revised the fee/formula for years. What does your
state pay for IV compounded drugs?  Thanks.

Mary Beth

Mary Beth Reinke, Pharm.D. M.S.A.
DUR Coordinator
Extension 51239

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

**Bahr, Debra  (DMS)  (CHRDMS1)**

| | |
|---|---|
| **From:** | PClifford@dhhs.state.nh.us |
| **Sent:** | Friday, March 17, 2000 8:38 AM |
| **To:** | ADURS 2000 |
| **Subject:** | Re: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

In NH all compounds are manually priced by me.  The formula for IV
compounds is;
   AWP - 12%
   perdiem fee of $10.50 for each day supply
   plus a $2.50 dispensing fee

"Reinke, Mary Beth" <Mary.Beth.Reinke@state.mn.us> on 03/16/2000 05:21:25
PM

Please respond to "ADURS 2000" <ADURS2000@listbot.com>

To:  'ADURS_2000' <ADURS2000@listbot.com>
cc:
Subject:  [ADURS-2000] Dispensing fee/formula for compounded IV meds.

ADURS 2000

In Minnesota, we have not revised the fee/formula for years. What does your
state pay for IV compounded drugs?  Thanks.

Mary Beth

Mary Beth Reinke, Pharm.D. M.S.A.
DUR Coordinator
Extension 51239

---

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

---

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

KYDMSPL_0111802

**Bahr, Debra (DMS) (CHRDMS1)**

| | |
|---|---|
| **From:** | Cheryl Clarke [cclarke@iarx.org] |
| **Sent:** | Friday, March 17, 2000 9:57 AM |
| **To:** | ADURS 2000 |
| **Subject:** | RE: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

The same as any prescription medication
Cheryl Clarke, R.Ph.
Project Coordinator
Iowa Medicaid DUR Commission
8515 Douglas Avenue, Suite 16
Des Moines IA 50322
515.270/0713
515.270/2979 (fax)

-----Original Message-----
From: Reinke, Mary Beth [mailto:Mary.Beth.Reinke@state.mn.us]
Sent: Thursday, March 16, 2000 4:21 PM
To: 'ADURS_2000'
Subject: [ADURS-2000] Dispensing fee/formula for compounded IV meds.

ADURS 2000

In Minnesota, we have not revised the fee/formula for years. What does your
state pay for IV compounded drugs? Thanks.

Mary Beth

Mary Beth Reinke, Pharm.D. M.S.A.
DUR Coordinator
Extension 51239

---

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

---

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

KYDMSPL_0111803

**Bahr, Debra (DMS) (CHRDMS1)**

| | |
|---|---|
| **From:** | Burch, Curtis (vdp) [Curtis.Burch@tdh.state.tx.us] |
| **Sent:** | Friday, March 17, 2000 9:59 AM |
| **To:** | 'ADURS 2000'; Burch, Curtis (vdp) |
| **Subject:** | RE: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

Texas pays the lower of: 1. usual and customary or 2. cost of ingredients (
lower of AWP-15% or WAC +12% or direct price) plus a dispensing expense
(fee) of $5.27 plus 2% of the total cost including fee.

-----Original Message-----
From:   Reinke, Mary Beth
[mailto:Mary.Beth.Reinke@state.mn.us]
Sent:   Thursday, March 16, 2000 4:21 PM
To: Curtis.Burch@tdhex.tdh.state.tx.us
Subject:[ADURS-2000] Dispensing fee/formula for
compounded IV meds.

ADURS 2000

In Minnesota, we have not revised the fee/formula for years.
What does your
state pay for IV compounded drugs?  Thanks.

Mary Beth

Mary Beth Reinke, Pharm.D. M.S.A.
DUR Coordinator
Extension 51239

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

KYDMSPL_0111804

**Bahr, Debra  (DMS)  (CHRDMS1)**

| | |
|---|---|
| From: | Paula Avarista [PAvarist@gw.dhs.state.ri.us] |
| Sent: | Friday, March 17, 2000 10:24 AM |
| To: | ADURS2000@listbot.com |
| Subject: | Re: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

We encourage the pharmacy to bill each drug individually and pay a disp fee for each one.  This helps us get a rebate on the drug and compensates for not paying any compunding fee.

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

KYDMSPL_0111805

**Bahr, Debra (DMS) (CHRDMS1)**

| | |
|---|---|
| **From:** | Marianne Rollings [mrolling@dmas.state.va.us] |
| **Sent:** | Friday, March 17, 2000 11:31 AM |
| **To:** | ADURS2000@listbot.com; Mary.Beth.Reinke@state.mn.us |
| **Subject:** | Re: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

We are in the process of switching our payment methodology. In home IV infusions, we pay for basic ingredients and services by therapeutic category as a "service day rate". The "service day rate" is inclusive of everything except the active ingredient. It is billed on a HCFA 1500. Since the specifics are lengthy, I refer you to our pharmacy provider manual (which is also in the midst of a major rewrite). It may be accessed at http://www.cns.state.va.us/dmas on the Net. Use the search function to access service day rate and it will take you to Chapter IV. The active ingredient is charged on our usual pharmacy claim form or by POS or electronic media. We pay that at our usual rate of the lesser of AWP-9%, MAC or VaMAC for the ingredient + once-a-month $4.25 dispensing fee (per NDC) OR the pharmacy-submitted U&C charge.

This formula was worked out over 2 years of meetings with the provider community, pharmacy & DME sections of the agency. These meetings were precipitated by a need for easier billings for home health care agencies providing DME. When implemented, we realized that nursing home IV pharmacy services had not been addressed – because the DME is included in the NH per diem. That is currently being remedied and we will shortly be allowing all non-hospital IV services to be billed using the service day rate.

Our former method provided only reimbursement for ingredient costs as noted above plus 1 dispensing fee per month. These were submitted on a paper form using a dummy number, which did not allow us to capture rebates on the ingredients. The current pricing does not gain us rebates on the basic package of diluents, etc., but we feel the trade-off in ease of billing and adjudication is worth the loss.

Hope this helps.

Marianne

>>> Mary.Beth.Reinke@state.mn.us 03/16/00 05:21PM >>>
ADURS 2000

In Minnesota, we have not revised the fee/formula for years. What does your state pay for IV compounded drugs? Thanks.

Mary Beth

Mary Beth Reinke, Pharm.D. M.S.A.
DUR Coordinator
Extension 51239

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

KYDMSPL_0111806

**Bahr, Debra  (DMS)  (CHRDMS1)**

| | |
|---|---|
| **From:** | ALLY@npharm.org |
| **Sent:** | Friday, March 17, 2000 8:22 AM |
| **To:** | adurs2000@listbot.com |
| **Subject:** | (Fwd) (Fwd) Re: [ADURS-2000] Dispensing fee/formula for compou |

Hey all,

I forwarded the request to John Franklin, RP, the clinical pharmacist
at the State to better answer your questions, here's his response.

Ally

—— Forwarded Message Follows ——
From: john.franklin@hhss.state.ne.us
Organization:  nebraska pharmacist
Subject:      (Fwd) Re: [ADURS-2000] Dispensing fee/formula for compounded I
To: adurs2000@listbot.com
Cc:          Ally@npharm.org
Date:      Fri, 17 Mar 2000 11:39:58 -0600

The pharmacy program for Nebraska Medicaid pays for IV compounded meds and
hydrations.  TPN's and other nutritions must go through the nutritions
program.  Our formula is AWP-8.71% for all drugs as a general rule.  We do
have a SMAC/FUL program that supercedes the above formula.  An example of
this is Ancef, we pay a SMAC of $1.35/gm and Vanco is $6.50/gm.  Growth
Hormone we Smac at $33/mg or $11/unit.  Thanks, jf.—— Forwarded by John
Franklin/HHSS/NEBRLN on 03/17/00 11:28 AM ——

          ALLY@npharm.o
          rg                 To:     John Franklin/HHSS/NEBRLN@NEBRLN
                             cc:
          03/17/00          Subject:    (Fwd) Re: [ADURS-2000]
          03:01 AM           Dispensing fee/formula for compounded I

John,
You'd be best able to answer this, can you handle it for me??

Thanks

Ally

—— Forwarded Message Follows ——
Reply-to:    "ADURS 2000" <ADURS2000@listbot.com>
Organization:  nebraska pharmacist
Organization:  nebraska pharmacist
Subject:      Re: [ADURS-2000] Dispensing fee/formula for compounded IV
meds.
To: "ADURS 2000" <ADURS2000@listbot.com>
Cc:
From: PClifford@dhhs.state.nh.us
Date:      Fri, 17 Mar 2000 08:38:18 -0500

In NH all compounds are manually priced by me.  The formula for IV
compounds is;
     AWP - 12%
     perdiem fee of $10.50 for each day supply

1

KYDMSPL_0111807

**Bahr, Debra (DMS) (CHRDMS1)**

| | |
|---|---|
| **From:** | Melwyn WENDT [MWENDT@dhh.state.la.us] |
| **Sent:** | Friday, March 17, 2000 4:46 PM |
| **To:** | ADURS2000@listbot.com |
| **Subject:** | Re: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

IN Louisiana, we allow the same dispensing fee for all prescriptions
A maximum of $5.77 or a provider's usual and customary fee

Melwyn B. Wendt
Pharmaceutical Consultant
225-219-4154  Fax 225-219-4293

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

## Bahr, Debra (DMS) (CHRDMS1)

| | |
|---|---|
| **From:** | MARY Sandusky [SANDUSKYM@state.mi.us] |
| **Sent:** | Monday, March 20, 2000 9:47 AM |
| **To:** | ADURS2000@listbot.com |
| **Subject:** | Re: [ADURS-2000] Dispensing fee/formula for compounded IV meds. |

ADURS 2000

Michigan pays for the 3 components for an IV compound. We will pay 1. active ingredient 2. diluent and 3. vehicle. All have a dispensing fee of $3.72 + 7.50 compound fee, therefore providing a dispensing fee of 11.22 x 3 for a compounded IV. Drugs are reimbursed at AWP – 13.1 for less than 4 stores and AWP-15.1%.

>>> Mary.Beth.Reinke@state.mn.us 03/16/00 05:21PM >>>
ADURS 2000

In Minnesota, we have not revised the fee/formula for years. What does your state pay for IV compounded drugs? Thanks.

Mary Beth

Mary Beth Reinke, Pharm.D. M.S.A.
DUR Coordinator
Extension 51239

---

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

---

To unsubscribe, write to ADURS2000-unsubscribe@listbot.com

1

KYDMSPL_0111809

# EXHIBIT EX

JMM   _____
MCFCA  _____
PSOA  _____
AAG   _____

## TITLE 10 DEPARTMENT OF HEALTH AND MENTAL HYGIENE

### Subtitle 09  MEDICAL CARE PROGRAMS

#### Authority: Health-General Article, §§2-104(b), 15-103 and 15-105,

#### Annotated Code of Maryland

### NOTICE OF PROPOSED ACTION

The Secretary of Health and Mental Hygiene is proposing amendments to

Regulations .01, .02, .03, .04, .05, and .07 under COMAR 10.09.03 Pharmacy

Services.  These amendments are to become effective on or about July 1, 1995.

### STATEMENT OF PURPOSE

The proposed action revises the Maryland Medical Assistance Program's

Pharmacy Professional fee.  The main purpose of this amendment is to eliminate the two

tiered dispensing fee system based on the allowed cost of the ingredients of a

prescription. The Program will instead have a system which pays one fee for

compounded prescriptions for home intravenous therapy (CPHIT) and a fee for all other

prescriptions. This will enable the Program to more closely reimburse the actual expense

of the compounding since much more expense is involved in compounding this type of

prescription.   These amendments will also define CPHIT, require certain licensure for

CPHIT providers, change the time required for record retention to 6 years for **all**

Pharmacy Services providers, allow coverage for medical supplies used in the

preparation of CPHIT, allow a certain length of time that prescriptions for CPHIT are valid, and sets the dispensing fee at $4.66 for prescriptions other than CPHIT, and $7.70 for CPHIT prescriptions.

## ESTIMATE OF ECONOMIC IMPACT

The amendments will save $1.86 million.  Of this $1.0 million will be state funds.

## OPPORTUNITY FOR PUBLIC COMMENT

Written comments, which are preferred, may be sent to Michele Phinney, Regulations Coordinator, O'Conor Building, Room 538, 201 West Preston Street, Baltimore, Maryland  21201.  These comments must be received not later than                    , 1994.

Estimate of Economic Impact                    7/91

I. Summary of Economic Impact.

(See Attached)

II. Types of
Economic Impacts.

| | Revenue (+)<br>Expense (-) | Magnitude |
|---|---|---|
| A. On issuing agency: | (+) | $1,863,211<br>($1,043,826  GF)<br>($   819,385  FF) |
| B. On other State or local agencies: | None | |

| | Benefit (+)<br>Cost (-) | Magnitude |
|---|---|---|
| C. On regulated industries or trade groups: | (−) | $1,863,211<br>($1,043,826   GF)<br>($   819,385   FF) |
| D. On other industries or trade groups: | None | |
| E. Direct and indirect effects on public: | None | |

III. Assumptions. (Identified by Impact Letter and Number from Section II.)

(See Attached)

ESTIMATE OF ECONOMIC IMPACT

I.    Summary of Economic Impact.

Lowering the pharmacy dispensing fee $0.41 to $4.6 while increasing the compounded

prescriptions for home intravenous therapy (CPHIT) dispensing fee $2.63 to $7.70 will result

in a $1.86 million savings.  This will come from pharmacy providers of non CPHIT.

III.   Assumption.

    A.    It is assumed that there will be 4,953,147 prescriptions in FY 96 with

        4,356,504 in Federal Medicaid and 596,643 in State Pharmacy Assistance.

        Based on FY 94 utilization patterns 5,186 of these prescriptions will be for

        CPHIT and will include payment for 62,910 fees.  Prescriptions that are non

        CPHIT will amount to 4,947,961 (4,953,147 minus 5,186).  $165,453 more

        will be spent by increasing the fee $2.63 (62,910 times $2.63) for CPHIT.

        $2,028,664 will be saved by decreasing the fee $0.41 for non CPHIT

        (4,947,961 times $0.41).  The net savings will be $1,863,211.  Pro-rating this

        gives a savings of $1,043,826 in General Funds and $819,384 in Federal

        Funds.

    B.    None

    C.    Pharmacy providers of non CPHIT will receive decreased revenue by this

        amount.

    D.    None

    E.    None

# EXHIBIT EY

94-113B

DEPARTMENT OF HEALTH                     Health Care Financing
  & HUMAN SERVICES                     Administration
Refer to:  CO2                           105 W. Adams, 15th Floor
                                         Chicago, IL   60603-6201


April 6, 1994


**Identical Letter - All Region V Carriers**

Subject:   Pricing for Injectable Drugs--ACTION
          DUE DATE:  Various dates beginning May 20, 1994

This letter summarizes the instructions for calculating
reimbursement for injectable drugs which were discussed in our
conference call of March 31.

There are two methodologies to be followed for pricing drugs; the
actual acquisition cost (AAC) is to be calculated for a sample of
15 codes identified in a memorandum from the Office of Payment
Policy dated March 15, 1994.  For all injectable drugs, the median
of the Average Wholesale Price (AWP) is to be calculated using the
instructions contained in this letter.  (For the 15-code sample of
drugs, both the AAC and AWP are to be calculated; the lower of the
two is used for pricing.)

<u>Calculation of the AAC</u>

The instructions for calculating the AAC contained in the March 15
memo represent the minimum required action by the carrier.  For
example, you may increase the number of physicians sampled, you may
require additional documentation from physicians, or you may expand
your survey to additional drug codes.

<u>Due Date for AAC Calculation</u>

The calculation of the AAC and a report of your results should be
completed and reported to our office by **June 6, 1994.**

<u>Reporting Results of AAC Calculation</u>

If the AAC is lower than the AWP for any of the sampled codes, you
should advise the physician community in your bulletin of the
change in the method of calculating reimbursement for those drugs
and the new reimbursement level and limiting charge implications.
Where applicable, the AAC should be loaded for payment 30 days
after notice is published.  If you do not implement the AAC by
August 1, 1994, you must report to us the reason for the delay.

AWP037-0001       F

Page 2

Calculation of the AWP

For the calculation of the AWP, we have created a Lotus 1-2-3 file listing all the injectable drug codes, the description, and the dosage. We excluded the drugs used with durable medical equipment and the miscellaneous codes. The file has been sorted alphabetically (to get all like drugs grouped together) and then divided into seven parts. Each carrier in the region will be responsible for calculating and updating the AWP for the drugs on their segment of the data base.

In calculating the AWP, the generic form of the drug, if available, must be used for pricing. If the drug is only available as a brand name, the brand name price can be used. If there are multiple sources for the generic drug or if a single source has the drug available in different package sizes/prices, use the price for the smallest unit of packaging that includes the dosage described by the code. For example, if the drug is available in a single package containing one unit dose, that price would be used. If there are several sources for the same, small package size, the prices for all sources should be arrayed and the median selected as the AWP.

Reporting Results of AWP Calculation

After the AWP has been calculated, during either the annual or quarterly update, the results should be entered in the Lotus 1-2-3 file and sent electronically to the Regional Office. We will combine the individual worksheets into one complete worksheet for all drugs and transmit that file to all carriers in the region. The new pricing should be implemented by the dates shown below.

Due Dates for AWP Calculations

The Red Book is the most commonly used source for AWP information. Since the annual Red Book update is published during April or May of each year, the calculation of the annual update of AWP for drugs must be completed within 30 days after the Red Book is published, but not later than May 20. The new fees must be transmitted to the Regional Office by that date. We will consolidate and return the complete files to you by May 25. The new fees should be effective June 1. The AWP will be updated quarterly, with revisions effective September 1, December 1, and March 1. Again, your worksheet should be sent to us 10 days before the effective date and we will return the completed file within 5 days. (If the Red Book update is delayed beyond May 1, we can revise the due date and effective date.)

**AWP037-0001A**

Page 3

A general notice should be included in your next bulletin advising physicians of this update schedule. Changes to the AWP for specific codes should be included in the bulletin published as close to the effective date of the update as possible. Although many carriers have an extended lead time for their bulletins, bulletin space should be "reserved" or a separate stuffer printed so that the updated fees are disclosed in a timely manner.

If you have any questions concerning these instructions, please contact Alice Wiley at (312) 353-9851.

Sincerely,

/s/

Stephen P. Arney, Chief
Carrier Operations Branch
Division of Medicare

Enclosure

AWP037-0002

# EXHIBIT EZ

DRAFT

**ORIGINAL ARRAY (Per Carrier Array Documents)**

## Med B Drug Pricing Form

| DATE: | 9/13/1999 | GENERIC NAME | Infusion, Normal Saline Solution | | |
|---|---|---|---|---|---|
| ANALYST: | Debroah | BRAND NAME | | | |
| SOURCE: | 7/99 Redbook CD | GEN. or BRAND? | Generic | MEDIAN: | $3.00 |
| UPDATE: | Dec-99 | STRENGTH | 250 cc | PREVIOUS MEDIAN: | $2.88 |

| COMPANY | PAGE | STRENGTH | QUANTITY | NDC# | AWP | 1 cc | 250 cc |
|---|---|---|---|---|---|---|---|
| Abbot | 7/99 Redbook CD | 0.9% | 250 ml, 12s | 00074-1583-02 | 141.08 | 0.04703 | 11.76 |
| | 7/99 Redbook CD | 0.9% | 250 ml, 24s | 00074-7983-02 | 278.73 | 0.04646 | 11.61 |
| | 7/99 Redbook CD | 0.9% | 500 ml, 24s | 00074-7983-03 | 278.73 | 0.02323 | 5.81 |
| | 7/99 Redbook CD | 0.9% | 1000 ml, 12s | 00074-7983-09 | 151.19 | 0.01260 | 3.15 |
| Compumed | 7/99 Redbook CD | 0.9% | 500 ml | 00403-5171-18 | 3.40 | 0.00680 | 1.70 |
| | 7/99 Redbook CD | 0.9% | 1000 ml | 00403-5037-18 | 5.00 | 0.00500 | 1.25 |
| McGaw | 7/99 Redbook CD | 0.9% | 500 ml | 00264-4001-55 | 11.95 | 0.02390 | 5.98 |
| | 7/99 Redbook CD | 0.9% | 1000 ml | 00264-4000-55 | 11.34 | 0.01134 | 2.84 |
| Phys Total Care | 7/99 Redbook CD | 0.9% | 500 ml | 54868-0710-01 | 2.30 | 0.00460 | 1.15 |
| | 7/99 Redbook CD | 0.9% | 1000 ml | 54868-0710-00 | 2.30 | 0.00230 | 0.58 |
| | | | | | | | |
| | | | | | | Medicare Allowance: | $2.85 |

- Calculating an allowance based on the nomenclature of the code (250 cc) produces a fee that is higher than 1000 cc.
Vials were excluded from the calculation because of the availability of only very small vial sizes. Several of the smaller
vials would have to be purchased to administer 250 cc or 1000 cc to the patient. Plastic and glass containers were cheaper
and also large enough to prevent several purchases. Therefore, we limited our sources to containers consisting of 250 cc,
500 cc, and 1000 cc.
- To insure price reasonability and consistency for drugs J7030, J7040 and J7050, The pricing unit used the same sources for
all three codes and calculated the price for 1cc in each code. Then, we multiplied that 1cc price by total dosage in each code.
- Redbook names this drug as SODIUM CHLORIDE.

**REVISED ARRAY**

## Med B Drug Pricing Form

| DATE: | 9/13/1999 | GENERIC NAME | Infusion, Normal Saline Solution | | |
|---|---|---|---|---|---|
| ANALYST: | Debroah | BRAND NAME | | | |
| SOURCE: | 7/99 Redbook CD | GEN. or BRAND? | Generic | MEDIAN: | $3.00 |
| UPDATE: | Dec-99 | STRENGTH | 250 cc | PREVIOUS MEDIAN: | $2.88 |

| COMPANY | PAGE | STRENGTH | QUANTITY | NDC# | AWP | 1 cc | 250 cc |
|---|---|---|---|---|---|---|---|
| Abbot | 7/99 Redbook CD | 0.9% | 250 ml, 12s | 00074-1583-02 | 141.08 | 0.04703 | 11.76 |
| | 7/99 Redbook CD | 0.9% | 250 ml, 24s | 00074-7983-02 | 278.73 | 0.04646 | 11.61 |
| | 7/99 Redbook CD | 0.9% | 500 ml, 24s | 00074-7983-03 | 278.73 | 0.02323 | 5.81 |
| | 7/99 Redbook CD | 0.9% | 1000 ml, 12s | 00074-7983-09 | 151.19 | 0.01260 | 3.15 |
| Compumed | 7/99 Redbook CD | 0.9% | 500 ml | 00403-5171-18 | 3.40 | 0.00680 | 1.70 |
| | 7/99 Redbook CD | 0.9% | 1000 ml | 00403-5037-18 | 5.00 | 0.00500 | 1.25 |
| McGaw | 7/99 Redbook CD | 0.9% | 500 ml | 00264-4001-55 | 11.95 | 0.02390 | 5.98 |
| | 7/99 Redbook CD | 0.9% | 1000 ml | 00264-4000-55 | 11.34 | 0.01134 | 2.84 |
| Phys Total Care | 7/99 Redbook CD | 0.9% | 500 ml | 54868-0710-01 | 2.30 | 0.00460 | 1.15 |
| | 7/99 Redbook CD | 0.9% | 1000 ml | 54868-0710-00 | 2.30 | 0.00230 | 0.58 |
| | | | | | | | |
| | | | | | | Medicare Allowance: | $2.85 |

- Calculating an allowance based on the nomenclature of the code (250 cc) produces a fee that is higher than 1000 cc.
Vials were excluded from the calculation because of the availability of only very small vial sizes. Several of the smaller
vials would have to be purchased to administer 250 cc or 1000 cc to the patient. Plastic and glass containers were cheaper
and also large enough to prevent several purchases. Therefore, we limited our sources to containers consisting of 250 cc,
500 cc, and 1000 cc.
- To insure price reasonability and consistency for drugs J7030, J7040 and J7050, The pricing unit used the same sources for
all three codes and calculated the price for 1cc in each code. Then, we multiplied that 1cc price by total dosage in each code.
- Redbook names this drug as SODIUM CHLORIDE.

**NOTES:**

1.  Source: Electronic arrays, AWPCD107\AWP042-0343\Electronic Pricing Files for subpoena\1999\Part B Drugs\Calculations\ J7000s_12_1_99.xls
and AWQ028\nonPrivDATA\Item 1 Drug Files (Pricing Information)\1999 Drug Files\J7000s_12_1_99.zip\ J7000s_12_1_99.
2.  According to the carrier array document, the Medicare allowance ("Medicare Allowance") is calcuated in cell H22 of the original array and cell H53 of
the revised array and is 95% of the median of the "250 cc" values.

File: ARRAYS_PALMETTO_J7050.xls
Tab: 1999 Q4