# TAB 4

# In The Matter Of:

## *THE STATE OF TEXAS ex rel.  v.*
## *DEY, INC., ET AL.*

---

## *GREGG P. CIARELLI*
## *June 26, 2002*

---

*FREDERICKS-CARROLL REPORTING*

*Court Reporting-Video Services-Litigation Support*

*7719 WOOD HOLLOW DRIVE, SUITE 156*

*Austin, TX  78731*

*(512) 477-9911    FAX: (512) 345-1417*

*Original File 0626CIAR.AMI, 185 Pages*
*Min-U-Script® File ID: 0676467863*

**Word Index included with this Min-U-Script®**

Page 29

[1] regulations of the State of Texas Medicaid program.
[2]   A: I don't know that.
[3]   Q: Let me ask you a — a global question about
[4] persons located in Columbus, Ohio working for Roxane.
[5] First of all, to your knowledge, were there employees
[6] in and around — and when I say Columbus, I don't know
[7] if it was in a suburb or actually in Columbus, but does
[8] that bother you for me to just say Columbus area? Do
[9] you understand what I'm talking about?
[10]  A: Yes.
[11]  Q: Because I would not want to later on find out,
[12] well, that there were two or three locations around
[13] Columbus and I'm leaving some out because I didn't name
[14] them. Is that the situation or — what — what
[15] existed — or — in and around Columbus that belonged
[16] to BIPI or Roxane?
[17]  A: The Columbus location.
[18]  Q: One location?
[19]  A: There was — there's one location — physical
[20] location plant and then there's a — there was a
[21] marketing building in that same campus, and then
[22] there's a — I believe there's a manufacturing facility
[23] that was referred to as Oak Street somewhere in the
[24] city of Columbus.
[25]  Q: In your mind, is that all one unit or —

Page 30

[1]   A: Yes.
[2]   Q: Okay. So when I say Columbus, we're just
[3] talking about one unit. Right?
[4]   A: Yes.
[5]   Q: Okay.
[6]   A: Okay.
[7]   Q: Were there BIPI employees and Roxane employees
[8] in Columbus?
[9]   A: Roxane only.
[10]  Q: Roxane only? And were those persons in
[11] Columbus in one way or another all supervised or
[12] reporting to people in management at BIPI here in
[13] Danbury?
[14]  A: Some were and some were not.
[15]  Q: Who were the Roxane employees in Columbus who
[16] did not have any reporting responsibilities ultimately
[17] to somebody here in Danbury?
[18]  A: I don't know.
[19]  Q: Okay. Who do you — do you know who — all of
[20] the management level people who were in the Roxane unit
[21] in Columbus back in 1998?
[22]  A: Not all of them.
[23]  Q: Tell me the ones that you do know, please.
[24]  A: Ed Tupa. Judy Waterer. Gary Ellexson.
[25]  Q: Gary E-l-l —

Page 31

[1]   A: E-l-l-e-x-s-o-n. He was in charge of branded
[2] marketing. Judy was —
[3]   Q: Branded marketing?
[4]   A: Yeah.
[5]   Q: Judy was in charge of what?
[6]   A: Multisource marketing.
[7]   Q: And Ed Tupa?
[8]   A: He was in charge of sales and marketing.
[9]   Q: Did Gary and Judy report to Ed?
[10]  A: I believe so, yes.
[11]  Q: Who else in management —
[12]  A: John Powers.
[13]  Q: Who else?
[14]  A: Rich Feldman.
[15]  Q: Anyone else you can think of?
[16]  A: Not that I recall.
[17]  Q: I understand Ed Tupa is retired?
[18]  A: I believe so, yes.
[19]  Q: Judy Waterer is still with Roxane, but in
[20] Cleveland?
[21]  A: Yes.
[22]  Q: Gary Ellexson, where is he?
[23]  A: He works here at BIPI.
[24]  Q: Is he still a manager of branded marketing, or
[25] do you know?

Page 32

[1]   A: He's in charge of managed care. Managed care
[2] marketing.
[3]   Q: Managed care marketing? John Powers, what
[4] were his duties?
[5]   A: He was the director of contracting.
[6]   Q: And Mr. Feldman we talked to — we deposed
[7] yesterday. Do you have any regular ongoing dealings
[8] with Rich Feldman currently?
[9]   A: Currently? Not directly, no.
[10]  Q: Just see him occasionally, perhaps?
[11]  A: Yes.
[12]  Q: Okay. So back to — a little ways, and that
[13] is when you got promoted to be head of contracting and
[14] marketing controlling in October of 1998, your
[15] supervisor responsibilities were to calculate the
[16] statutory requirements to the states and federal
[17] governments under Medicaid. Right? Supervising that?
[18]  A: Yes.
[19]  Q: And paying invoices to the states for Medicaid
[20] rebates.
[21]  A: Yes.
[22]  Q: Now, insofar as those functions themselves —
[23] and — and I'm not trying to be mean to you; I'm just
[24] trying to find out — if — if people were to come in
[25] and give you a sheath of papers that contained the raw

Page 97

[1] Q: When did you graduate from high school?
[2] A: 1978.
[3] Q: So you went right to Temple?
[4] A: Yes.
[5] Q: So you graduated in '82 from Temple and you
[6] entered the MBA program when?
[7] A: '80 — sometime in '82. Summer of '82.
[8] Q: Did you go full-time or part-time?
[9] A: Part-time.
[10] Q: How long did it take you to get your MBA?
[11] A: Four years.
[12] Q: Four years. During that period of time, were
[13] you working?
[14] A: Yes.
[15] Q: Where?
[16] A: Nabisco.
[17] Q: Nabisco.
[18] A: Yes.
[19] Q: What division of Nabisco were you working in?
[20] A: The snack foods manufacturing operation in —
[21] in Philadelphia.
[22] Q: And you were a manager in the manufacturing
[23] process?
[24] A: No, I was a plant accountant.
[25] Q: Plant accountant?

Page 98

[1] A: Yes.
[2] Q: And who did you report to as a plant
[3] accountant?
[4] A: The plant controller.
[5] Q: And how long did you work for Nabisco as a
[6] plant accountant?
[7] A: About two years.
[8] Q: And then what did you do?
[9] A: Then I went to work as an accountant — a cost
[10] accountant at Standard Pressed Steel in Jenkintown.
[11] Q: Near Philadelphia?
[12] A: Yes.
[13] Q: Okay. And you were still getting your MBA at
[14] the time, working on it?
[15] A: Yes.
[16] Q: Okay. And how long were you with that
[17] company?
[18] A: A few years, about two years or so, two to
[19] three years.
[20] Q: What were your job duties?
[21] A: I was a cost accountant.
[22] Q: A cost accountant again? And how about after
[23] that?
[24] A: I went to a home health care company, Foster
[25] Medical.

Page 99

[1] Q: Where is Foster Medical located?
[2] A: In Conshohocken.
[3] Q: Where is that?
[4] A: Outside of Philadelphia.
[5] Q: How long did you work for Foster Medical?
[6] A: About three years.
[7] Q: What were your job — what was your job there?
[8] A: I was a financial analyst.
[9] Q: And how big was Foster?
[10] A: About 500 million in sales.
[11] Q: 500 million in sales annually?
[12] A: Yes.
[13] Q: Are they still in existence?
[14] A: I don't — I don't know.
[15] Q: Do you know if they were ever acquired or
[16] merged with another company?
[17] A: I don't know.
[18] Q: Do you know if Foster ever changed its name?
[19] A: I don't know.
[20] Q: Who did you report to at Foster?
[21] A: The controller.
[22] Q: Who was that?
[23] A: James Mattis.
[24] Q: James Mattis? Was he a certified public
[25] accountant?

Page 100

[1] A: Yes, he was.
[2] Q: Have you ever sat for the CPA examination?
[3] A: No, I have not.
[4] Q: Do you hold any professional licenses or
[5] certifications?
[6] A: No, I do not.
[7] Q: Have you ever?
[8] A: No.
[9] Q: Do you have any military service?
[10] A: No, I do not.
[11] Q: What were your job duties at Foster Medical?
[12] A: I was a field financial analyst. I worked
[13] with the — the individual regions of the country to
[14] help them with their operating budgets and explanations
[15] of their actual expenses.
[16] Q: This was what timeframe?
[17] A: Probably in the late '80s.
[18] Q: Late '80s? Was Foster Medical a Medicare
[19] provider?
[20] A: Yes, it was. I believe so.
[21] Q: Was Foster Medical a Medicaid provider in any
[22] states?
[23] A: I don't know.
[24] Q: Did you — as a financial analyst, did you
[25] analyze their revenues?