# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
| | MDL NO. 1456 |
| | Civil Action No. 01-12257-PBS |
| | Subcategory Case No. 03-10643-PBS |
| THIS DOCUMENT RELATES TO: | ) ) ) |
| | Judge Patti B. Saris |
| *The City of New York, et al.,* | ) ) ) |
| *v.* | ) ) |
| *Abbott Laboratories, et al.* | ) ) |

**DECLARATION OF LAUREN O. CASAZZA TRANSMITTING DEPOSITION TESTIMONY AND DOCUMENTS RELIED UPON IN SUPPORT OF DEFENDANT BOEHRINGER INGELHEIM ROXANE, INC.'S RESPONSE TO PLAINTIFFS' LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS AS TO BOEHRINGER INGELHEIM ROXANE, INC.**

I, the undersigned Lauren O. Casazza, submit this Declaration.  I have personal

knowledge of the following facts:

1.  I am a partner of the law firm Kirkland & Ellis LLP, counsel to Defendant Boehringer Ingelheim Roxane, Inc.

2.  Attached to this Declaration as Exhibit A is a true and correct copy of excerpts from the transcript of the deposition of Judy Waterer dated December 12, 2008.

3.  Attached to this Declaration as Exhibit B is a true and correct copy of excerpts from the transcript of the deposition of Judy Waterer dated May 9, 2007.

I declare under penalty of perjury under laws of the United States of America that the

foregoing is true and correct.

Dated:  June 29, 2009                  Respectfully submitted,

                                       /s/ Lauren O. Casazza
                                       Lauren O. Casazza
                                       KIRKLAND & ELLIS LLP
                                       Citigroup Center
                                       601 Lexington Avenue
                                       New York, NY 10022
                                       (212) 446-4800

                                       Helen E. Witt, P.C.
                                       Brian P. Kavanaugh
                                       KIRKLAND & ELLIS LLP
                                       300 N. LaSalle
                                       Chicago, IL 60654
                                       (312) 862-2000


                                       *Counsel for Defendant Boehringer Ingelheim Roxane,
                                       Inc.*


## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2009, I caused a true and correct copy of the foregoing to be
served on all counsel of record by electronic service pursuant to Case Management Order No. 2
entered by the Honorable Patti B. Saris in MDL 1456.



                            s/ Lauren O. Casazza
                            Lauren O. Casazza