# EXHIBIT A

1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

----------------------------X

In Re:  PHARMACEUTICAL           )

INDUSTRY AVERAGE WHOLESALE      )  MDL No. 1456

PRICE LITIGATION                 ) Civil Action No.

----------------------------X 01-12257-PBS

THIS DOCUMENT RELATES TO:     )

United States of America ex   )

rel. Ven-a-Care of the        )

Florida Keys, Inc., et al.    )

v. Boehringer Ingelheim       )

Corp., et al., Civil Action   )

No. 07-10248-PBS              )

----------------------------X

(CROSS-CAPTIONS APPEAR ON FOLLOWING PAGE)

VIDEOTAPED 30(b)(6) DEPOSITION OF ROXANE

LABORATORIES, INC., ROXANE LABORATORIES, INC.

n/k/a BOEHRINGER INGELHEIM ROXANE, INC.,

BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., and

BOEHRINGER INGELHEIM CORPORATION by JUDY WATERER

DECEMBER 12, 2008

Roxane Laboratories, Inc (Judy Waterer)                December 12, 2008

Chicago, IL

25

1      A.   I see where you're coming from.

2           MS. RIVERA:  Hold on.  Object to form.

3           Go ahead.

4    BY THE WITNESS:

5      A.   Again, I will say that the term AWP and

6    the numbers that Roxane reflected as AWP were

7    reflective AWP, and that is not understood in the

8    industry to be the term that you're trying to

9    define it as.  So if you're saying does AWP mean

10   something that it doesn't mean, the answer is no.

11          So in answer to your question -- I'm

12   trying to be as complete as I can.

13   BY MR. HENDERSON:

14     Q.   Okay.

15     A.   No, AWP does not mean -- I can't

16   remember the exact words that you used, but some

17   kind of actual average of prices to customers.

18   So the price that we reported did not mean that

19   definition.

20     Q.   Okay.  I wasn't asking you about the

21   meaning of AWP.

22     A.   Mm-hmm.

Roxane Laboratories, Inc (Judy Waterer)                    December 12, 2008
Chicago, IL

26

1        Q.    I understand Roxane did report numbers

2   --

3        A.    Mm-hmm.

4        Q.    -- it termed as AWPs to First DataBank,

5   Medi-Span and Red Book; is that correct?

6        A.    Yes.

7        Q.    Okay.  And my question to you is this:

8   Did those numbers that Roxane reported as AWPs,

9   did those numbers have any predictable

10  relationship to the prices that Roxane's drugs

11  were sold in the marketplace?

12       A.    Again, the answer is no.  But I must

13  say that it was not represented to be that.

14       Q.    I understand that.

15       A.    So trying to tie it to that.

16       Q.    Okay.

17       A.    So the answer is no, but it's almost --

18  the basis of the question is weird because it is

19  no, it didn't equal that, but nobody in the

20  industry thought it did.  So it -- it -- it

21  didn't make sense -- the question doesn't make

22  sense so it's why I can't just give you a

Roxane Laboratories, Inc (Judy Waterer)                    December 12, 2008
Chicago, IL

27

1  straight no.

2      Q.   Well, if I asked you whether the prices

3  that Roxane reported to publishers for

4  publication --

5      A.   Mm-hmm.

6      Q.   -- related to the price of eggs at the

7  local market, could you answer that question yes

8  or no?

9      A.   I would give you the same answer.  I

10 would say no, it does not report to the price of

11 eggs, and no reasonable person would think that

12 it would.

13     Q.   Okay.  When you use -- said that the

14 industry understood that to be the case, how have

15 you -- how have you determined what the industry

16 understood?

17     A.   I would have to say that the way we've

18 determined it is because we've never heard it

19 described as anything else.  In many, many, many

20 years in the industry, it's been AWP has had a

21 recognized definition or meaning that did not

22 mean it was an actual, some kind of calculated

Roxane Laboratories, Inc (Judy Waterer)                    December 12, 2008
Chicago, IL

28

1    average of prices in the marketplace.  It was so

2    I guess entrenched and established as a known

3    definition in the marketplace that you didn't

4    really think about it.  But if you were to think

5    about it, it wouldn't have made sense that

6    anybody would have thought that that's what it

7    was.  It wouldn't have been rational.

8         Q.   Well, when you say we thought of it in

9    this way, who are you speaking of?

10        A.   Basically everybody in the industry

11   that I ever had contact with.

12        Q.   And who is that?

13        A.   Customers and people that I worked

14   with.

15        Q.   Okay.  The -- have you understood -- do

16   you understand that AWP is used by many entities

17   in Medicaid and Medicare programs, among others,

18   for purposes of reimbursing pharmacists for

19   dispensing pharmaceuticals to beneficiaries of

20   certain insurance plans?

21        A.   I understand that AWP is one of -- is a

22   reference price that some reimbursers use for

Roxane Laboratories, Inc (Judy Waterer)                    December 12, 2008
Chicago, IL

29

1    some drugs to tie their pricing to.  But in my

2    experience, their reimbursement has always been

3    significantly less than AWP.

4              So going back to that, it would be

5    irrational if somebody is reimbursing a

6    pharmacist a percent off of AWP.  I've seen in

7    the industry, I've been told in the industry that

8    it can range anywhere from like 10 to 40 percent

9    off of AWP.  It would be irrational to think that

10   anybody doing that reimbursement would think that

11   that's the price that a customer paid for it,

12   that they would be willing to accept

13   reimbursement way below what their acquisition

14   cost was.  So if any -- when I say it's

15   irrational, they had to know that AWP was not an

16   acquisition cost.  If they believed it was an

17   acquisition cost, I would have to believe that

18   they would have set their pricing or their

19   reimbursement to be AWP plus some kind of fair

20   profit margin for the pharmacist that was

21   dispensing the product.

22        Q.   Do you understand -- do you have an

Henderson Legal Services, Inc.

Roxane Laboratories, Inc (Judy Waterer)                December 12, 2008
Chicago, IL

30

1    understanding, Ms. Waterer, as to whether or not

2    the Medicaid program as -- or the Medicaid -- let

3    me rephrase the question.

4            Do you have an understanding that state

5    Medicaid programs seek to determine to estimate

6    an acquisition cost as part of their methodology

7    for reimbursing pharmacists?

8        A.   No.  And if they wanted to get that, it

9    wouldn't be very difficult for them to have that

10   information.

11       Q.   Okay.  So it's your belief that states

12   do not seek to use estimated acquisition costs as

13   part of their reimbursement objective?

14       A.   I think that's not exactly what my

15   understanding of your question was.

16       Q.   Okay.

17       A.   Your question was do I have knowledge

18   that the states are trying to use acquisition

19   costs as the basis of their reimbursement.  I

20   don't have enough information or knowledge about

21   what the states are doing.  I sell products.  I

22   don't get reimbursed for products.  So I don't

Roxane Laboratories, Inc (Judy Waterer)                    December 12, 2008

Chicago, IL

33

1      A.    I don't deal with reimbursement.  Our

2  company does not deal with reimbursement.

3      Q.    So -- okay.  And if -- if average

4  wholesale prices have no -- is it your testimony

5  that average wholesale price is a term that has

6  no meaning other than something that people use

7  as a benchmark for payment?

8      A.    It's a reference price used in the

9  industry.  It's commonly used, our understanding

10  is by a number of different organizations to tie

11  their reimbursement to.

12      Q.    All right.  And is it -- is it your

13  view, Ms. Waterer, that Roxane or any other

14  company is free to report whatever figure they

15  wish as an average wholesale price?

16      A.    Wow.  I don't -- I don't -- I don't

17  even know how to respond to that.  I can tell you

18  how we do set our AWP and that we set it

19  consistent to the industry.  I don't think that

20  we're out there trying to come up with some kind

21  of low pricing or reinvent the term.  We know on

22  our multisource products that other companies use

Roxane Laboratories, Inc (Judy Waterer)                    December 12, 2008
Chicago, IL

34

1  the same type of pricing scenario that we do.

2  It's publicly available.  It's published.  And

3  it's virtually an industry standard on a generic

4  product that the AWP is typically set at 10

5  percent off of the brand's AWP at launch.  So I -

6  - I guess someone could set it wherever they

7  want, but I don't know that that happens in the

8  industry.

9      Q.   You said that it's the industry

10 standard to set AWP at 10 percent off the brand.

11 Are you referring to the AWP of the brand

12 product?

13     A.   Yes, that that is a common formula that

14 we see lots of people -- it's very common to see

15 that when you launch a product, that that's where

16 the pricing ends up.

17     Q.   Okay.  Is that how Roxane typically

18 sets the AWP for its generic drugs?

19     A.   When we launch a new generic drug, our

20 most common thing to do is take 10 percent of the

21 brand's AWP at launch.  There are instances when

22 that does not occur.

Henderson Legal Services, Inc.

Roxane Laboratories, Inc (Judy Waterer)                    December 12, 2008
Chicago, IL

35

1      Q.   And is that true regardless of where

2    Roxane sets its launch prices at which it sells

3    to customers?

4         MS. RIVERA:  Hold on.  Hold on.  I'm

5    going to object.  I mean, how Roxane sets its

6    prices and its practices for setting its prices

7    is not one of the topics that Ms. Waterer is here

8    to talk about.  One of your topics is how the

9    industry sets prices for generic drugs and

10   Roxane's understanding of how the industry sets

11   prices.  She's testified on numerous occasions

12   how Roxane goes about setting its prices and what

13   its methodologies are for that.  So I'll give you

14   a little leeway on some of the basic questions,

15   but I don't want to go down a whole long line of

16   questioning about what Roxane's specific

17   practices are for how they set their prices

18   because it's not part of what we're here to talk

19   about today.

20        MR. HENDERSON:  Fair enough.  And I'll

21   try to avoid repeating prior questioning.  At the

22   same time, I'm not limited by the topics.  They

Roxane Laboratories, Inc (Judy Waterer)                    December 12, 2008
Chicago, IL

93

1          Q.    Okay.  Do you have any knowledge,

2     first-hand knowledge about how companies who sell

3     loraz- -- al -- I'm sorry -- alprazolam set their

4     AWPs at the time of launch?

5          A.    No.

6          Q.    What about isosorbide, does Roxane sell

7     that?

8          A.    That doesn't sound familiar.

9          Q.    Do you have any knowledge about how

10    companies that sell generic isosorbide set their

11    AWPs at the time of launch?

12         A.    No, I would have no reason to look into

13    it.

14         Q.    And with regard to the industry

15    practice about setting AWPs at the time of

16    launch, are there other individuals at Roxane who

17    you know to share your belief about that industry

18    practice?

19         A.    I believe if you talk to anybody in

20    sales or marketing at Roxane, they would say the

21    same thing.  I haven't had that discussion with

22    them, but it's common knowledge.

Roxane Laboratories, Inc (Judy Waterer)          December 12, 2008

Chicago, IL

94

1          Q.    Okay.  But you have not had any

2     specific discussions with others on that topic?

3          A.    Not that I recall.

4          Q.    Do you have -- we've covered -- I'm

5     going to move on to topic No. 4.  And part of

6     that we've covered.

7                MS. RIVERA:  I was going to say.

8                MR. HENDERSON:  Quite a bit of it we've

9     covered.

10    BY MR. HENDERSON:

11         Q.    There is a second piece to that topic

12    regarding any industry practice concerning

13    subsequently changing or not changing the

14    reported or published AWP after the time of

15    launch.

16         A.    Mm-hmm.

17         Q.    And do you have an understanding about

18    any practice, industry practice about the

19    changing or not changing the AWP after the time

20    of launch?

21         A.    After the time of launch?

22         Q.    Yes.

Henderson Legal Services, Inc.

Roxane Laboratories, Inc (Judy Waterer)                    December 12, 2008
Chicago, IL

95

1        A.   For a generic product, a competitive

2   generic product?

3        Q.   Yes.

4        A.   It's typically not changed.

5        Q.   Okay.  Now I'll ask you questions about

6   how do you know that?

7        A.   Same way we know that AWP is typically

8   set at 10 percent, because we don't notice that

9   it changes and nobody brings it to our attention

10   that it changes.  And quite frankly, if our

11   pricing -- if everybody else changed and we

12   didn't, eventually a customer would bring it to

13   our attention based on what happened with

14   Furosemide.  So we have no reason to believe that

15   we're not still in line with the industry.

16        Q.   And do you know -- do you have any

17   understanding as to why that practice exists to

18   the extent you know about it?

19        A.   I haven't really questioned it.  But

20   based on what happened with Furosemide, it's

21   pretty clear if your pricing gets out of line

22   with everyone else in the industry that you can

Roxane Laboratories, Inc (Judy Waterer)                    December 12, 2008
Chicago, IL

96

1  be disadvantaged or advantaged relative to your

2  competition.

3      Q.   There have been occasions when AWP's

4  own generic products have increased; is that

5  correct?

6      A.   Generic products in general?

7      Q.   In your experience.

8      A.   I'm not sure what you're asking.

9          MS. RIVERA:  Object to form.

10          THE WITNESS:  Are you asking Roxane

11  products?

12  BY MR. HENDERSON:

13      Q.   Yes, let's stick to Roxane products for

14  now?

15      A.   There are quite a few times when AWPs

16  increase on our Roxane product line, yes.

17      Q.   Okay.  Are those exceptions to the

18  general practice that you just stated to me?

19      A.   Generally they're not an exception.

20  What I had stated to you before, I very clearly

21  designated that that was for a competitive

22  generic product in that we have products that

137

1      A.   I be- -- yes -- or as a -- the question

2   was my understanding?

3      Q.   Yes.

4      A.   So it's specific to my understanding.

5      Q.   Okay.  Is it fair to say that informs

6   the company's understanding, as well?

7      A.   It's a part of it.  I'm not the only

8   employee in the company.

9      Q.   Okay.

10          MR. HENDERSON:  Let's see.  We got

11   started a little late so I think we'll run a

12   little bit later.  I'll go ahead and start topic

13   No. 5.

14          MS. RIVERA:  Okay.

15   BY MR. HENDERSON:

16      Q.   Just take a minute to read topic No. 5

17   to yourself.  There are two parts to this topic.

18   One relates to AWP prices and the other relates

19   to WACs.  I'll start with the AWPs, AWP part of

20   this topic.

21      A.   Okay.

22      Q.   Does Roxane have any belief regarding

Roxane Laboratories, Inc (Judy Waterer)                December 12, 2008
Chicago, IL

138

1    whether the United States government approved of

2    or acquiesced in Roxane's practice of causing the

3    publication of AWPs that were higher than the

4    actual average of wholesale prices at which date

5    Roxane's drugs were sold in the marketplace?

6         A.    First of all, I have to break that down

7    a little further, in that there's an implication

8    that Roxane caused something to be published.  We

9    provide pricing.  Somebody else publishes it.  We

10   don't require them to publish it.  We don't ask

11   them to publish it.  We're not compensating for

12   them to publish it.  So I'm not comfortable with

13   the clause that says we cause it to be published.

14          Then the other part is, is it our

15   understanding that the U.S. government approved

16   of or acquiesced that the AWP was higher than the

17   average actual wholesale price, if we're going to

18   take that.  The simple fact that the government

19   bases its reimbursement on that and that the

20   government would have every reason to know that

21   that price was not defined in the industry or in

22   any general practice as some kind of an actual

Roxane Laboratories, Inc (Judy Waterer)                    December 12, 2008
Chicago, IL

139

1    average of wholesale prices, I don't even know to

2    whom those prices would be.

3            So I would have to say based on the

4    fact that the government uses it, continues to

5    use it, it's a generally understood term and that

6    since they use it and they absolutely have to

7    understand what the term is, that they know very

8    well that it's a price that is not some kind of

9    defined actual average wholesale price to some

10   undefined other person.  So that's why we believe

11   that the government would know that.

12       Q.   Okay.  You said that you're not

13   comfortable with the piece of this topic

14   suggesting that Roxane caused the publication of

15   certain AWPs.  Has Roxane -- Roxane has reported

16   AWPs to the publishers, First DataBank and Red

17   Book and Medi-Span; is that correct?

18       A.   Yes.

19       Q.   Has Roxane had an expectation that the

20   AWPs it reported to those publishers would be the

21   AWPs that got published?

22       A.   It was Roxane's understanding that the

Henderson Legal Services, Inc.

202-220-4158                    www.hendersonlegalservices.com

Roxane Laboratories, Inc (Judy Waterer)                    December 12, 2008
Chicago, IL

140

1    different pricing compendia reported AWPs.

2        Q.    Is it -- was it -- has it been Roxane's

3    understanding that the different publishing

4    compendia would report the AWPs that Roxane --

5    I'm sorry.  Let me state that again.

6            Has it been your understanding as a

7    representative of Roxane that the AWPs that

8    Roxane reported to the publishers would be, in

9    fact, published by them?

10       A.    That was our understanding, yes.

11       Q.    And has Roxane reported its AWPs with

12   the expectation that those would be the AWPs that

13   would be published?

14       A.    Yes.

15       Q.    And with regard to the government

16   knowledge, what -- are there -- are there any

17   documents that you believe show that the

18   government has approved or acquiesced in the

19   practice of having AWPs published that are higher

20   than any actual market prices?

21       A.    Okay.  I don't believe that the

22   government has ever told us that they approve or

Roxane Laboratories, Inc (Judy Waterer)                    December 12, 2008
Chicago, IL

169

1          A.    My --

2          Q.    -- information for purposes of

3     determining reimbursement?

4          A.    My understanding of the confidentiality

5     restrictions surrounding AMP are that the

6     pharmaceutical manufacturers do not want that

7     shared with customers or competitors.  Beyond

8     that, I'm not aware of any confidentiality

9     agreements.

10              In addition to that, the states would

11    very, very easily be able to calculate AMP

12    literally on the back of an envelope if they

13    wanted to.  They get their rebate percent and

14    they know how many units they sold.  So if

15    they're getting --

16         Q.    I think I'm asking about the

17    confidentiality issue, if the --

18         A.    To my knowledge, there's nothing that

19    prohibits the Federal Government from sharing it

20    with a state.  The only thing that to my

21    knowledge I'm aware of has to do with the fact

22    that if it's shared, it has to be in such a

Roxane Laboratories, Inc (Judy Waterer)                    December 12, 2008
Chicago, IL

170

1    manner that it would maintain confidentiality in

2    terms of protecting our companies from disclosing

3    confidential information to competitors and

4    customers.

5         Q.   When did you -- let me start with you

6    personally --

7         A.   Mm-hmm.

8         Q.   -- but also in your capacity as a

9    designee of Roxane.

10             When did you -- when, if at any time,

11   did you form the belief that AMP data is

12   something that states could use for determining

13   reimbursement?

14             MS. RIVERA:  Object to form.

15   BY THE WITNESS:

16        A.   I wasn't suggesting that states use it.

17   What I was saying is that they would have access

18   to that information, either directly if the

19   government chose to share it with them under a

20   confidentiality agreement or indirectly by doing

21   a simple calculation on the rebates that they get

22   every quarter from us.

Roxane Laboratories, Inc (Judy Waterer)                    December 12, 2008
Chicago, IL

171

1    BY MR. HENDERSON:

2         Q.   Well, if they have access to it but

3    can't use it, how would that substitute for --

4    how would that provide them with information

5    about acquisition costs to use for purposes of

6    reimbursement?

7              MS. RIVERA:   Object to form.

8    BY THE WITNESS:

9         A.   I don't understand what about can't use

10   it.  What they can't do is share it with

11   competitors --

12   BY MR. HENDERSON:

13        Q.   Okay.

14        A.   -- or share it with our other

15   customers.

16        Q.   But you do think they could use it for

17   purposes of determining reimbursement?

18        A.   I think that --

19             MS. RIVERA:   Object to form.

20   BY THE WITNESS:

21        A.   -- they could use whatever information

22   they choose to to set their reimbursement

Roxane Laboratories, Inc (Judy Waterer)                    December 12, 2008
Chicago, IL

240

1                          SIGNATURE OF THE WITNESS

2

3

4

5

6

7

8

9                                          _____

10                                             JUDY WATERER

11

12      Subscribed and sworn to and before me

13      this _____ day of _____, 20____.

14

15

16      _____

17              Notary Public

18

19

20

21

22