## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

)
**In re: PHARMACEUTICAL INDUSTRY** )
**AVERAGE WHOLESALE PRICE LITIGATION** )
)   **MDL No. 1456**
)   **Master File No. 01-CV-12257-PBS**
)
**THIS DOCUMENT RELATES TO:** )   **Hon. Patti B. Saris**
)
*State of South Carolina v. Dey, L.P. f/k/a Dey* )
*Laboratories*, Case Nos. 1:07-CV-10290-PBS & 1:07- )
CV-10293-PBS )
)

### PROPOSED ORDER OF DISMISSAL

Pursuant to Rule 41(a) of the Rules of Civil Procedure, the State of South

Carolina (the "State") and Dey L.P. ("Dey") have filed a Stipulation of Dismissal as to the claims

asserted by the State against Dey in both *State of South Carolina, et al. v. Dey, L.P., f/k/a Dey*

*Laboratories* (Case No. 06-CP-40-4392) and *State of South Carolina, et al. v. Dey, L.P., f/k/a*

*Dey Laboratories* (Case No. 06-CP-40-4397). Upon due consideration of the Stipulation and the

papers on file in this action,

**IT IS HEREBY ORDERED** that, consistent with the terms of the April 14, 2009

Settlement Agreement and Release (the "Settlement Agreement") between the State and Dey, all

claims asserted on behalf of the State and/or its various agencies, departments and

instrumentalities against Dey concerning the Covered Conduct as defined in Paragraph 3 of the

Settlement Agreement shall be dismissed with prejudice, each party shall bear its own costs

except as otherwise provided for in the Settlement Agreement, and all rights of appeal waived.

- 1 -

Entered this 29 day of June, 2009.

Patti B. Saris, J.
United States District Court