# Exhibit A

## Federal Upper Limit System

Product Group : 892
Strengths : 60MG
Routes : ORAL
Ingredients : ISOSORBIDE MONONITRATE

Package Size : 100
Dosage : TABLET, EXTENDED RELEASE
Exclusion Code :

| Exc. CD | Direct Price | AWP | WAC | SRCE CD | NDC Number | Company Name | MDRI Date |
|---|---|---|---|---|---|---|---|
|  | 0.00000 | 1.17400 | 0.00000 | B | 59930/1549/01 | WARRICK PHARMACEUTICALS |  |
|  | 0.00000 | 1.17400 | 0.00000 | M | 59930/1549/01 | WARRICK PHARMACEUTICALS |  |
|  | 0.00000 | 1.17400 | 0.00000 | R | 59930/1549/01 | WARRICK PHARMACEUTICALS |  |
|  | 0.00000 | 1.26460 | 0.56250 | R | 62175/0119/37 | KREMERS URBAN C0. |  |
|  | 0.00000 | 1.35650 | 0.00000 | B | 58177/0238/04 | ETHEX CORPORATION |  |
|  | 0.00000 | 1.35900 | 0.00000 | M | 00228/2711/11 | PUREPAC PHARMACEUTICAL COMPANY |  |
|  | 0.00000 | 1.35900 | 0.49950 | B | 00228/2711/11 | PUREPAC PHARMACEUTICAL COMPANY |  |
|  | 0.00000 | 1.35900 | 0.49950 | R | 00228/2711/11 | PUREPAC PHARMACEUTICAL COMPANY |  |
|  | 0.00000 | 1.42080 | 0.56250 | B | 62175/0119/37 | KREMERS URBAN C0. |  |
|  | 0.00000 | 1.61450 | 0.00000 | M | 00085/4110/03 | SCHERING CORPORATION |  |
|  | 0.00000 | 1.61450 | 0.00000 | R | 00085/4110/03 | SCHERING CORPORATION |  |
|  | 0.00000 | 1.61450 | 1.34540 | B | 00085/4110/03 | SCHERING CORPORATION |  |
|  | 0.81540 | 1.26460 | 0.00000 | M | 62175/0119/37 | KREMERS URBAN C0. |  |

FULs Price : .7493
Percent Difference : 0.00
High Price : 1.61450

Prior FULs Price : .0000
Source Code : B
Low Price : .49950

8/21 – FUL looks ok – 2 WACs are less than nr price and another probably is because its dup is similar

.4995 (Purepac NDC) B
x 50
.7493 New FUL