# Exhibit B

| | |
|---|---|
| **From:** | Larry Reed |
| **To:** | Kim |
| **Date:** | 1/4/05 2:48PM |
| **Subject:** | Fwd: Neurontin |

could you try MDR again and see if AMPss are available?  Thanks.

>>> GAIL SEXTON 12/21/04 02:54PM >>>
Larry,
I e-mailed our contact with First Data Bank for current pricing on Neurontin, one of the OIG report's "high volume, not on FUL list drug" - I put together this Excel chart which looks like we cannot add Neurontin at this time, because FUL is higher than AWP (except for brand) - this is a prime example of "manual verification" which has made a drug ineligible.

This is just fyi - I will send you the OIG report with tracked changes by tomorrow -

Gail

Gail Sexton
Health Insurance Specialist
Disabled and Elderly Programs Group
Division of Pharmacy
7500 Security Blvd, M/S S2-14-26
Baltimore, MD  21244-1850
(410)-786-4583
FAX (410)-786-5882
E-MAIL:  gsexton@cms.hhs.gov

Any opinion [or response] expressed in this e-mail is informal and will not bind or obligate CMS.   In responding to this question [or, in issuing this response], we have relied solely on the facts and information presented to us.  We have not undertaken an independent investigation of the materials presented.  This response [or "opinion"] is limited to the facts and information presented.  We expect that all material facts have been fully, completely, and accurately presented.  The failure to disclose, or the misrepresentation of, any material facts or information may alter the [opinion or response].  This e-mail is applicable only to the Medicaid rebate statute, 42 U.S.C. Section 1396r-8, and it does not address any other federal, state, or local statute, rule, regulation or other directive that may be applicable to the requestor.

HHD175-1807      L

Maintain Drug Records                                                                    Read-Only



NDC Codes  [00071]  [0803]   [Select NDCs]

Drug Category:  [S - SINGLE SOURCE                    ▼]   [History]

Therapeutic Equiv. Code  [NR - NOT RATED                                    ▼]

DESI Indicator  [2 - SAFE AND EFFECTIVE OR NON-DESI DRUG  ▼]   [History]

FDA Approval Date:  [01/03/1994]

Market Date:  [01/10/1994]          New Market Date:  [04/01/1994]

Baseline AMP  [0.296813]          New Baseline AMP:  [.296813]

Unit Type:  [CAP - CAPSULE                  ▼]     Drug Type:  [1 - RX  ▼]

|   |        | NDC 3 | Term Date | U.P.P.S | Product Name |
|---|--------|-------|-----------|---------|--------------|
| 1 | Update | 24    |           | 1.000   | NEURONTIN 100MG  100's |
| 2 | Update | 40    |           | 1.000   | NEURONTIN 100MG UD  50's |

[View Pricing Information]        [Save]   [Exit]   [Clear]        [Add Package Size]

HHD175-1801     F

# Pricing Data Report

NDC Codes:  00071-0803          Unit Type:   CAPSULE

| Period | AMP | Best Price | Ind. | Flag | Rebate Amount |
|--------|-----|-----------|------|------|---------------|
| 3/2004 | 0.462407 | 0.444800 | 0 | N | 0.149700 |
| 2/2004 | 0.458765 | 0.423600 | 0 | N | 0.150200 |
| 1/2004 | 0.448705 | 0.423600 | 0 | N | 0.144800 |
| 4/2003 | 0.436037 | 0.411300 | 0 | N | 0.128400 |
| 3/2003 | 0.434895 | 0.411300 | 0 | N | 0.130200 |
| 2/2003 | 0.431637 | 0.411300 | 0 | N | 0.125400 |
| 1/2003 | 0.424430 | 0.399300 | 0 | N | 0.123800 |
| 4/2002 | 0.416308 | 0.399300 | 0 | N | 0.114200 |
| 3/2002 | 0.413146 | 0.379200 | 0 | N | 0.112800 |
| 2/2002 | 0.401611 | 0.371616 | 0 | N | 0.101700 |
| 1/2002 | 0.398866 | 0.371616 | 0 | N | 0.102800 |
| 4/2001 | 0.393251 | 0.371616 | 0 | N | 0.093100 |
| 3/2001 | 0.392018 | 0.371616 | 0 | N | 0.092300 |
| 2/2001 | 0.388286 | 0.361100 | 0 | N | 0.091600 |
| 1/2001 | 0.389726 | 0.350500 | 0 | N | 0.097700 |
| 4/2000 | 0.380667 | 0.350500 | 0 | N | 0.087900 |
| 3/2000 | 0.380210 | 0.350500 | 0 | N | 0.089996 |
| 2/2000 | 0.379675 | 0.346300 | 0 | N | 0.091800 |
| 1/2000 | 0.379734 | 0.337100 | 0 | N | 0.097715 |
| 4/1999 | 0.379968 | 0.337100 | 0 | N | 0.098791 |
| 3/1999 | 0.366266 | 0.322600 | 0 | N | 0.086448 |
| 2/1999 | 0.361669 | 0.322600 | 0 | N | 0.083576 |
| 1/1999 | 0.355926 | 0.322600 | 0 | N | 0.079184 |
| 4/1998 | 0.351468 | 0.322600 | 0 | N | 0.074658 |
| 3/1998 | 0.351070 | 0.307200 | 0 | N | 0.075410 |
| 2/1998 | 0.351288 | 0.307200 | 0 | N | 0.077274 |
| 1/1998 | 0.338605 | 0.294000 | 0 | N | 0.064490 |
| 4/1997 | 0.337381 | 0.294000 | 0 | N | 0.063283 |
| 3/1997 | 0.323202 | 0.294000 | 0 | N | 0.048804 |
| 2/1997 | 0.322850 | 0.294000 | 0 | N | 0.048978 |
| 1/1997 | 0.321275 | 0.294000 | 0 | N | 0.049988 |
| 4/1996 | 0.315971 | 0.294000 | 0 | N | 0.047712 |
| 3/1996 | 0.312198 | 0.294000 | 0 | N | 0.047142 |
| 2/1996 | 0.323369 | 0.294000 | 0 | N | 0.058245 |
| 1/1996 | 0.318400 | 0.294000 | 0 | N | 0.056962 |
| 4/1995 | 0.310538 | 0.294000 | 0 | N | 0.048828 |
| 3/1995 | 0.302206 | 0.294000 | 0 | N | 0.045935 |
| 2/1995 | 0.298620 | 0.294000 | 0 | N | 0.045390 |
| 1/1995 | 0.296831 | 0.294000 | 0 | N | 0.045118 |
| 4/1994 | 0.295462 | 0.294000 | 0 | N | 0.045501 |
| 3/1994 | 0.295993 | 0.294000 | 0 | N | 0.045583 |
| 2/1994 | 0.296813 | 0.294000 | 0 | N | 0.045700 |
| 1/1994 | 0.296434 | 0.294000 | 0 | N | 0.045651 |

Wednesday, January 05, 2005

HHD175-1802

## Maintain Drug Records

*Read-Only*

| | | |
|---|---|---|
| NDC Codes | 00071   0805   [Select NDCs] | |
| Drug Category: | S - SINGLE SOURCE ▼ | [History] |
| Therapeutic Equiv. Code | NR - NOT RATED ▼ | |
| DESI Indicator | 2 - SAFE AND EFFECTIVE OR NON-DESI DRUG ▼ | [History] |
| FDA Approval Date: | 01/03/1994 | |
| Market Date: | 01/10/1994 | New Market Date: 04/01/1994 |
| Baseline AMP | 0.737 | New Baseline AMP: .737000 |
| Unit Type: | CAP - CAPSULE ▼ | Drug Type: 1 - RX ▼ |

| | | NDC 3 | Term Date | U.P.P.S | Product Name | ▲ |
|---|---|---|---|---|---|---|
| 1 | Update | 24 | | 1.000 | NEURONTIN 300MG  100's | |
| 2 | Update | 40 | | 1.000 | NEURONTIN 300MG UD  50's | |
| | | | | | | ▼ |

[View Pricing Information]        [Save]   [Exit]   [Clear]        [Add Package Size]

HHD175-1803

# Pricing Data Report

NDC Codes:    00071-0805        Unit Type:    CAPSULE

| Period | AMP | Best Price | Ind. | Flag | Rebate Amount |
|--------|-----|-----------|------|------|---------------|
| 3/2004 | 1.154796 | 1.112000 | 0 | N | 0.379400 |
| 2/2004 | 1.149373 | 1.059000 | 0 | N | 0.384700 |
| 1/2004 | 1.122016 | 1.059000 | 0 | N | 0.368700 |
| 4/2003 | 1.089210 | 1.028200 | 0 | N | 0.326400 |
| 3/2003 | 1.087253 | 1.028200 | 0 | N | 0.331700 |
| 2/2003 | 1.080529 | 1.007636 | 0 | N | 0.321400 |
| 1/2003 | 1.063361 | 0.998300 | 0 | N | 0.318200 |
| 4/2002 | 1.037638 | 0.998300 | 0 | N | 0.288100 |
| 3/2002 | 1.031075 | 0.948000 | 0 | N | 0.286000 |
| 2/2002 | 1.002592 | 0.929040 | 0 | N | 0.258800 |
| 1/2002 | 0.994483 | 0.929040 | 0 | N | 0.259900 |
| 4/2001 | 0.978796 | 0.929040 | 0 | N | 0.233900 |
| 3/2001 | 0.976966 | 0.929040 | 0 | N | 0.233300 |
| 2/2001 | 0.967133 | 0.902800 | 0 | N | 0.231000 |
| 1/2001 | 0.967520 | 0.876500 | 0 | N | 0.242400 |
| 4/2000 | 0.949689 | 0.876500 | 0 | N | 0.223412 |
| 3/2000 | 0.947230 | 0.876500 | 0 | N | 0.227091 |
| 2/2000 | 0.947124 | 0.865900 | 0 | N | 0.232977 |
| 1/2000 | 0.948098 | 0.842800 | 0 | N | 0.248617 |
| 4/1999 | 0.948096 | 0.842800 | 0 | N | 0.250618 |
| 3/1999 | 0.915441 | 0.806400 | 0 | N | 0.221544 |
| 2/1999 | 0.903236 | 0.806400 | 0 | N | 0.213504 |
| 1/1999 | 0.890047 | 0.806400 | 0 | N | 0.203831 |
| 4/1998 | 0.877895 | 0.806400 | 0 | N | 0.191346 |
| 3/1998 | 0.877006 | 0.768100 | 0 | N | 0.193327 |
| 2/1998 | 0.876800 | 0.768100 | 0 | N | 0.197095 |
| 1/1998 | 0.845282 | 0.735000 | 0 | N | 0.165324 |
| 4/1997 | 0.825375 | 0.735000 | 0 | N | 0.142912 |
| 3/1997 | 0.807165 | 0.735000 | 0 | N | 0.126458 |
| 2/1997 | 0.804558 | 0.735000 | 0 | N | 0.124959 |
| 1/1997 | 0.801000 | 0.735000 | 0 | N | 0.127874 |
| 4/1996 | 0.771522 | 0.735000 | 0 | N | 0.116500 |
| 3/1996 | 0.775693 | 0.735000 | 0 | N | 0.117130 |
| 2/1996 | 0.807481 | 0.735000 | 0 | N | 0.149853 |
| 1/1996 | 0.797085 | 0.735000 | 0 | N | 0.148902 |
| 4/1995 | 0.772990 | 0.735000 | 0 | N | 0.123444 |
| 3/1995 | 0.771848 | 0.735000 | 0 | N | 0.125633 |
| 2/1995 | 0.737173 | 0.735000 | 0 | N | 0.112050 |
| 1/1995 | 0.736703 | 0.735000 | 0 | N | 0.111979 |
| 4/1994 | 0.736684 | 0.735000 | 0 | N | 0.113449 |
| 3/1994 | 0.736538 | 0.735000 | 0 | N | 0.113427 |
| 2/1994 | 0.737000 | 0.735000 | 0 | N | 0.113500 |
| 1/1994 | 0.735990 | 0.735000 | 0 | N | 0.113342 |

Thursday, January 06, 2005

Page 1   of   1

# Maintain Drug Records

NDC Codes [00071] [0806] [Select NDCs]

Drug Category: [S - SINGLE SOURCE ▼] [History]

Therapeutic Equiv. Code [NR - NOT RATED ▼]

DESI Indicator [2 - SAFE AND EFFECTIVE OR NON-DESI DRUG ▼] [History]

FDA Approval Date: [01/03/1994]

Market Date: [01/10/1994]          New Market Date: [04/01/1994]

Baseline AMP: [0.88689]          New Baseline AMP: [.886890]

Unit Type: [CAP - CAPSULE ▼]          Drug Type: [1 - RX ▼]

| | | NDC 3 | Term Date | U.P.P.S | Product Name |
|---|---|---|---|---|---|
| 1 | Update | 24 | | 1.000 | NEURONTIN 400MG 100's |
| 2 | Update | 40 | | 1.000 | NEURONTIN 400MG UD 50's |

[View Pricing Information]     [Save]     [Exit]     [Clear]          [Add Package Size]

# Pricing Data Report

NDC Codes:   00071-0806          Unit Type:   CAPSULE

| Period | AMP | Best Price | Ind. | Flag | Rebate Amount |
|--------|-----|-----------|------|------|---------------|
| 3/2004 | 1.392202 | 1.334200 | 0 | N | 0.459500 |
| 2/2004 | 1.372894 | 1.270700 | 0 | N | 0.451100 |
| 1/2004 | 1.342656 | 1.270700 | 0 | N | 0.435000 |
| 4/2003 | 1.305484 | 1.233700 | 0 | N | 0.386800 |
| 3/2003 | 1.302974 | 1.233700 | 0 | N | 0.392900 |
| 2/2003 | 1.293019 | 1.209026 | 0 | N | 0.378400 |
| 1/2003 | 1.271073 | 1.197800 | 0 | N | 0.373100 |
| 4/2002 | 1.243694 | 1.197800 | 0 | N | 0.341000 |
| 3/2002 | 1.235573 | 1.137500 | 0 | N | 0.338200 |
| 2/2002 | 1.201443 | 1.114750 | 0 | N | 0.305600 |
| 1/2002 | 1.191325 | 1.114750 | 0 | N | 0.306600 |
| 4/2001 | 1.173491 | 1.114750 | 0 | N | 0.276400 |
| 3/2001 | 1.171545 | 1.114750 | 0 | N | 0.276000 |
| 2/2001 | 1.158785 | 1.083300 | 0 | N | 0.272100 |
| 1/2001 | 1.159959 | 1.051700 | 0 | N | 0.286800 |
| 4/2000 | 1.138894 | 1.051700 | 0 | N | 0.264313 |
| 3/2000 | 1.137031 | 1.051700 | 0 | N | 0.270001 |
| 2/2000 | 1.137263 | 1.039000 | 0 | N | 0.277498 |
| 1/2000 | 1.137291 | 1.011400 | 0 | N | 0.295003 |
| 4/1999 | 1.137785 | 1.011400 | 0 | N | 0.297982 |
| 3/1999 | 1.098177 | 0.967800 | 0 | N | 0.262636 |
| 2/1999 | 1.083491 | 0.967800 | 0 | N | 0.252962 |
| 1/1999 | 1.066778 | 0.967800 | 0 | N | 0.240353 |
| 4/1998 | 1.052563 | 0.967800 | 0 | N | 0.225799 |
| 3/1998 | 1.052018 | 0.921700 | 0 | N | 0.228787 |
| 2/1998 | 1.051925 | 0.921700 | 0 | N | 0.233500 |
| 1/1998 | 1.014473 | 0.882000 | 0 | N | 0.195815 |
| 4/1997 | 0.990362 | 0.882000 | 0 | N | 0.168666 |
| 3/1997 | 0.969223 | 0.882000 | 0 | N | 0.149757 |
| 2/1997 | 0.968189 | 0.882000 | 0 | N | 0.150375 |
| 1/1997 | 0.960365 | 0.882000 | 0 | N | 0.149804 |
| 4/1996 | 0.927887 | 0.882000 | 0 | N | 0.140111 |
| 3/1996 | 0.933447 | 0.882000 | 0 | N | 0.140950 |
| 2/1996 | 0.968235 | 0.882000 | 0 | N | 0.176335 |
| 1/1996 | 0.953298 | 0.882000 | 0 | N | 0.172398 |
| 4/1995 | 0.926949 | 0.882000 | 0 | N | 0.144805 |
| 3/1995 | 0.922304 | 0.882000 | 0 | N | 0.143671 |
| 2/1995 | 0.883882 | 0.882000 | 0 | N | 0.134350 |
| 1/1995 | 0.883809 | 0.882000 | 0 | N | 0.134339 |
| 4/1994 | 0.883354 | 0.882000 | 0 | N | 0.136037 |
| 3/1994 | 0.884005 | 0.882000 | 0 | N | 0.136137 |
| 2/1994 | 0.886890 | 0.882000 | 0 | N | 0.136600 |
| 1/1994 | 0.882934 | 0.882000 | 0 | N | 0.135972 |

Thursday, January 06, 2005

HHD175-1806