Confidential

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | ) Civil Action No. 01-12257-PBS |

IN RE PHARMACEUTICAL INDUSTRY )
AVERAGE WHOLESALE PRICE )
LITIGATION )
)          MDL NO. 1456
)
THIS DOCUMENT RELATES TO:     )    Civil Action No. 01-12257-PBS
*The City of New York v. Abbott* )
*Laboratories, Inc., et al.* )
S.D.N.Y. Case No. 04-CV-06054 )
*County of Albany v. Abbott Laboratories,* )
*Inc., et al.* )
N.D.N.Y. Case No. 05-CV-0425 )
*County of Allegany v. Abbott Laboratories,* )
*Inc., et al.* )
W.D.N.Y. Case No. 05-CV-0236 )
*County of Broome v. Abbott Laboratories,* )
*Inc., et al.* )
N.D.N.Y. Case No. 05-CV-0456 )
*County of Cattaraugus v. Abbott* )
*Laboratories, Inc., et al.* )
W.D.N.Y. Case No. 05-CV-0256 )
*County of Cayuga v. Abbott Laboratories,* )
*Inc., et al.* )
N.D.N.Y. Case No. 05-CV-0423 )
*County of Chautauqua v. Abbott* )
*Laboratories, Inc., et al.* )
W.D.N.Y. Case No. 05-CV-0214 )
*County of Chemung v. Abbott* )
*Laboratories, Inc., et al.* )
W.D.N.Y. Case No. 05-CV-6744 )
*County of Chenango v. Abbott* )
*Laboratories, Inc., et al.* )
N.D.N.Y. Case No. 05-CV-0354 )
*County of Columbia v. Abbott* )
*Laboratories, Inc., et al.* )
N.D.N.Y. Case No. 05-CV-0867 )
*County of Cortland v. Abbott Laboratories,* )
*Inc., et al.* )
N.D.N.Y. Case No. 05-CV-0881 )
*County of Dutchess v. Abbott Laboratories,* )

*Inc., et al.* )
S.D.N.Y. Case No. 05-CV-6458 )
*County of Essex v. Abbott Laboratories,* )
*Inc., et al.* )
N.D.N.Y. Case No. 05-CV-0878 )
*County of Fulton v. Abbott Laboratories,* )
*Inc., et al.* )
N.D.N.Y. Case No. 05-CV-0519 )
*County of Genesee v. Abbott Laboratories,* )
*Inc., et al.* )
W.D.N.Y. Case No. 05-CV-00267 )
*County of Greene v. Abbott Laboratories,* )
*Inc., et al.* )
N.D.N.Y. Case No. 05-CV-0474 )
*County of Herkimer v. Abbott* )
*Laboratories, Inc., et al.* )
N.D.N.Y. Case No. 05-CV-00415 )
*County of Jefferson v. Abbott Laboratories,* )
*Inc., et al.* )
N.D.N.Y. Case No. 05-CV-0715 )
*County of Lewis v. Abbott Laboratories,* )
*Inc., et al.* )
N.D.N.Y. Case No. 05-CV-0839 )
*County of Madison v. Abbott Laboratories,* )
*Inc., et al.* )
N.D.N.Y. Case No. 05-CV-00714 )
*County of Monroe v. Abbott Laboratories,* )
*Inc., et al.* )
W.D.N.Y. Case No. 05-CV-6148 )
*County of Nassau v. Abbott Laboratories,* )
*Inc., et al.* )
E.D.N.Y. Case No. 04-CV-05126 )
*County of Niagara v. Abbott Laboratories,* )
*Inc., et al.* )
W.D.N.Y. Case No. 05-CV-06296 )
*County of Oneida v. Abbott Laboratories,* )
*Inc., et al.* )
N.D.N.Y. Case No. 05-CV-0489 )
*County of Onondaga v. Abbott* )
*Laboratories, Inc., et al.* )
N.D.N.Y. Case No. 05-CV-0088 )
*County of Ontario v. Abbott Laboratories,* )
*Inc., et al.* )
W.D.N.Y. Case No. 05-CV-6373 )
*County of Orange v. Abbott Laboratories,* )
*Inc., et al.* )

S.D.N.Y. Case No. 07-CV-2777                      )
*County of Orleans v. Abbott Laboratories,*       )
*Inc., et al.*                                    )
W.D.N.Y. Case No. 05-CV-6371                      )
*County of Putnam v. Abbott Laboratories,*        )
*Inc., et al.*                                    )
S.D.N.Y. Case No. 05-CV-04740                     )
*County of Rensselaer v. Abbott*                  )
*Laboratories, Inc., et al.*                      )
N.D.N.Y. Case No. 05-CV-00422                     )
*County of Rockland v. Abbott*                    )
*Laboratories, Inc., et al.*                      )
S.D.N.Y. Case No. 03-CV-7055                      )
*County of Schuyler v. Abbott Laboratories,*      )
*Inc., et al.*                                    )
W.D.N.Y. Case No. 05-CV-6387                      )
*County of Seneca v. Abbott Laboratories,*        )
*Inc., et al.*                                    )
W.D.N.Y. Case No. 05-CV-6370                      )
*County of St. Lawrence v. Abbott*                )
*Laboratories, Inc., et al.*                      )
N.D.N.Y. Case No. 05-CV-0479                      )
*County of Saratoga v. Abbott Laboratories,*      )
*Inc., et al.*                                    )
N.D.N.Y. Case No. 05-CV-0478                      )
*County of Steuben v. Abbott Laboratories,*       )
*Inc., et al.*                                    )
W.D.N.Y. Case No. 05-CV-6223                      )
*County of Suffolk v. Abbott Laboratories,*       )
*Inc., et al.*                                    )
E.D.N.Y. Case No. 03-CV-12257                     )
*County of Tompkins v. Abbott*                    )
*Laboratories, Inc., et al.*                      )
N.D.N.Y. Case No. 05-CV-0397                      )
*County of Ulster v. Abbott Laboratories,*        )
*Inc., et al.*                                    )
N.D.N.Y. Case No. 06-CV-0123                      )
*County of Warren v. Abbott Laboratories,*        )
*Inc., et al.*                                    )
N.D.N.Y. Case No. 05-CV-0468                      )
*County of Washington v. Abbott*                  )
*Laboratories, Inc., et al.*                      )
N.D.N.Y. Case No. 05-CV-0408                      )
*County of Wayne v. Abbott Laboratories,*         )
*Inc., et al.*                                    )
W.D.N.Y. Case No. 05-CV-06138                     )

_County of Westchester v. Abbott_ )
_Laboratories, Inc., et al._ )
S.D.N.Y. Case No. 03-CV-6178 )
_County of Wyoming v. Abbott_ )
_Laboratories, Inc., et al._ )
W.D.N.Y. Case No. 05-CV-6379 )
_County of Yates v. Abbott Laboratories,_ )
_Inc., et al._ )
W.D.N.Y. Case No. 05-CV-06172 )
)
)

# Affidavit of Dr. Sumanth Addanki

**June 30, 2009**

# I.   Introduction

## A.   Qualifications and Assignment

1.   I am an economist and a Senior Vice President at NERA Economic Consulting (NERA). I hold a Ph.D. degree in economics from Harvard University and have specialized in the study of industrial organization. My qualifications are summarized in Exhibit 1 and were set out more fully in the Report and two affidavits that I rendered in this matter in March, May and June of this year, respectively.[1]

2.   Counsel for the defendants in this matter asked me to review and respond to the declaration of Ms. Gaston in which she discusses the approach that she followed in setting Federal Upper Limits ("FULs").[2]

## B.   Information Relied Upon

3.   This report is based on my professional training and experience, including my experience working in other cases involving allegations of Average Wholesale Price ("AWP") and Wholesale Acquisition Cost ("WAC") manipulation.  My staff at NERA and I have reviewed various materials, including data from pricing compendia, public documents and court filings.  A list of the materials relied upon in preparing this affidavit is attached as Exhibit 2.[3]

---

[1]   See Expert Report of Dr. Sumanth Addanki, In re:  Pharmaceutical Industry Average Wholesale Price Litigation relating to The City of New York et al. v. Abbott Laboratories, Inc., et al., March 18, 2009 ("Addanki Report"); Affidavit of Dr. Sumanth Addanki, In re: Pharmaceutical Industry Average Wholesale Price Litigation relating to The City of New York et al. v. Abbott Laboratories, Inc., et al., May 15, 2009; Affidavit of Dr. Sumanth Addanki, In re: Pharmaceutical Industry Average Wholesale Price Litigation relating to The City of New York et al. v. Abbott Laboratories, Inc., et al., June 15, 2009.

[2]   Declaration of Susan E. Gaston, In re:  Pharmaceutical Industry Average Wholesale Price Litigation relating to The City of New York et al. v. Abbott Laboratories, Inc., et al., June 15, 2009 ("Gaston Declaration").

[3]   For completeness, this exhibit also includes materials relied upon in preparing my earlier report and affidavits.

### C.    Summary of Conclusions

4. Ms. Gaston states that it was her practice to base the FUL on the lowest WAC for which the resulting FUL would be higher than at least three WACs that were "valid and … nationally available", including the one used to set the FUL.[4]  Thus, Ms. Gaston's declaration confirms that CMS did not follow the regulation specifying how FULs would be set but, rather, exercised substantial discretion in setting the FULs, in order to ensure access.[5]

5. I have reviewed the FULs at issue in this matter in light of the rule of thumb that Ms. Gaston sets forth (i.e., the principle that at least three WACs were to be lower than the FUL).  I find that, given the published prices available on which FULs could have been based, the FULs actually set *cannot* for the most part be predicted by using this alternative rule. Overwhelmingly, the FULs actually set were either "too high" (i.e., lower WACs existed that could have been used to set a FUL that would have satisfied the "three WACs lower" condition) or "too low" (i.e., there were *not* three WACs below the FUL) or not based on a valid published price. Only 6 out of the 31 FULs were "just right," being based on a valid published price and neither "too high" nor "too low" under Ms. Gaston's rule, nor based on an invalid price.

---

[4]  Gaston Declaration, Paragraphs 4-5 ("still valid and …nationally available" …"If the lowest WAC resulted in a FUL that was higher than at least three published WACs (including the WAC used to calculate the FUL), I would use that WAC to set the FUL.  However, if the resulting FUL was not higher than at least three published WACs, I might use the next higher WAC.")

[5]  Gaston Declaration, Paragraphs 5 ("To the extent I exercised this discretion when setting a FUL, I did so in order to ensure access while also achieving cost savings for the Medicaid program as required by 42 C.F.R. § 447.332.")

## II.    Ms. Gaston's Declaration

6.    I compared Ms. Gaston's description of setting the FUL on the lowest WAC that produces a FUL with at least three WACs below it with the 31 FULs at issue in this matter.  Of the 23 FULs for which I found the lowest published price was not used to set the FUL (see exhibit 3 of my report), 20 of these FULs could still have had a lower FUL even if it should have been based on a lower published WAC and still had at least three WACs below it.[6]  See Exhibit 3.  In addition, there are four FULs that were set where there were not at least three lower WACs.  See Exhibit 4.  Thus, 24 FULs of the 31 at issue here, or roughly 77 percent, were either set too high or too low, if the "rule" were to have "at least three WACs" below the FUL.  In addition, as I noted in my report, the FUL for cefadroxil set in October 1996 was apparently based on an invalid price.  See Exhibit 5 for a summary.  So, only 6 of the 31 FULs, or 19 percent, are consistent with Ms. Gaston's rule.

7.    In her declaration, Ms. Gaston states that she would not consider prices if she "learned that the product was not nationally available", but does not define this concept.[7] However, lower-priced NDCs that were passed over by CMS had shares of national CMS reimbursement that were as high or higher than that of the NDC apparently used to set the FUL.  See Exhibits 6 through 11.  In setting the FUL for clonazepam in January 2000, CMS passed over several lower WACs, one for an NDC with nearly 50 percent of the national Medicaid reimbursement.  See Exhibit 6.  Much the same happened in the setting of the FUL for clonazepam in April 2001.  See Exhibit 7.  In April 2001, CMS also set a FUL for metoprolol, where there were several lower published prices available

---

[6]   Moreover, two of these FULs also appear to have been set based on a Direct Price ("DP"), and not a WAC.

[7]   Gaston Declaration, Paragraph 4.

with shares similar to or greater than the NDC on which the FUL was based.[8]  See

Exhibit 8.  Another FUL set in April 2001 was set for cefadroxil, where, again, there was

at least one lower WAC that accounted for a substantial portion of the market.  See

Exhibit 9.  In setting the FUL for albuterol 0.083% in April 2001, nine NDCs with lower

WACs were passed over, some with shares over 10 percent.  See Exhibit 10.  In setting

the FUL for the albuterol inhaler in June 1997, CMS passed over an NDC with more

than a 20 percent share of national Medicaid reimbursement.  See Exhibit 11.

Sumanth Addanki

6-30-09

Date

---

[8]  Ms. Gaston testified that she may have eliminated Caraco's NDC because it was either "too low" or not available nationwide (Deposition of Sue Gaston, March 19, 2008, p. 429).  However, if CMS reimbursement is any guide, Caraco was missing from only a few states' reimbursements, not unlike the two NDCs on which the FUL was apparently based.  In 2001, Caraco was not included in the reimbursement for Alaska, Colorado, Idaho, New Hampshire, Rhode Island, Utah, and Washington; URL was not included in the reimbursement for Alaska, Delaware, Hawaii, Idaho, Mississippi, New Hampshire, and Vermont; and Mutual was not included in the state reimbursement for Washington, DC and Delaware.

EXHIBIT 1

**NERA**
Economic Consulting

**Sumanth Addanki**
Senior Vice President

National Economic Research Associates, Inc.
50 Main Street
White Plains, New York 10606
+1 914 448 4000 Fax +1 914 448 4040
Direct dial: +1 914 448 4060
sumanth.addanki@nera.com
www.nera.com

# SUMANTH ADDANKI
## SENIOR VICE PRESIDENT

## Education

**Harvard University**
Ph.D., Economics, 1986

**Birla Institute of Technology and Science, India**
M.A. (Hons.), Economics, 1980

## Professional Experience

| | |
|---|---|
| | **NERA Economic Consulting** |
| 1986- | Senior Vice President (current position) |
| | **New York University, Robert F. Wagner Graduate School of Public Service** |
| 1997 | Adjunct Assistant Professor of Public and Health Administration |
| | **National Bureau of Economic Research Inc.** |
| 1981-1986 | Research Associate and Computer Manager |
| | **Harvard University** |
| 1981-1985 | Instructor in Economics, Teaching Fellow, and Assistant Head Tutor |
| | **National Council of Applied Economic Research, India** |
| 1980 | Research Associate |

## Honors and Professional Activities

Associate Editor, *Antitrust Magazine*, 2001 - 2002

Vice Chair, Economics Committee at Antitrust Section of ABA, 1999 - 2000

Danforth Center Award for Excellence in Teaching, Harvard University, 1983

**MMC** Marsh & McLennan Companies

Sumanth Addanki

## Testimony (2005 – 2009)

*Mitsubishi Chemical Corporation, Mitsubishi Tanabe Pharma Corporation, Encysive Pharmaceuticals Inc., Glaxo Group Limited, SmithKline Beecham plc, and SmithKline Beecham Corp., d/b/a GlaxoSmithKline v. Barr Laboratories, Inc. and Pliva-Hrvatska d.o.o.*, United States District Court for the Southern District of New York, CA No. 07 CV 11614 (Deposition Testimony) June 18, 19, 2009.

*In re Pharmaceutical Industry Average Wholesale Price Litigation:  The City of New York v. Abbott Laboratories, Inc., et al.,* United States District Court for the District of Massachusetts, MDL No. 1456, CA No. 01-12257-PBS (Deposition Testimony) November 2008 and April 2009

*State of Missouri, ex rel. Jeremiah W. (Jay) Nixon, Attorney General and Missouri Department of Social Services, Division of Medical Services v. Dey, Inc., et al and Warrick Pharmaceuticals Corporation, Schering-Plough Corporation, Schering Corporation,* In the Circuit Court of the City of St. Louis State of Missouri, Case No. 054-1216 Division: 2.  October 2008

*State of Wisconsin v. Amgen, Inc., Abbott Laboratories, AstraZeneca Pharmaceuticals, LP, AstraZeneca, LP, Aventis Pharmaceuticals, Inc. Baxter Healthcare Corporation, Ben Venue Laboratories, Inc.  et al.,* The Circuit Court for Dane County in the State of Wisconsin, Case No. 04-CV-1709 (Deposition Testimony) May 2008

*The Commonwealth of Massachusetts v. Mylan Laboratories, Inc. IVAX Corporation, Warrick Pharmaceutical Corporation, Watson Pharmaceuticals, Inc. Schein Pharmaceutical, Inc., Teva Pharmaceuticals USA, Inc., PAR Pharmaceutical, Inc., Purepac Pharmaceutical Co, and Roxane Laboratories, Inc.,* U.S. District for the District of Massachusetts, Civil Action No. 03-11865-PBS (Deposition Testimony).  April 2008

*Discover Financial Services,* et al. v. *Visa U.S.A. Inc.,* et al., U.S. District Court for the Southern District of New York, Civil Action No 04-CF-7844 (BSJ) (Deposition Testimony). December 2007.

*State of Alabama v. Abbott Laboratories, Inc., et al.*, In the Circuit Court of Montgomery County, Alabama, CV-05-219 (Deposition Testimony).  November 2007.

*Dynax Corporation v. Chemguard, Inc.*, U.S. District Court for the Southern District of New York, Index:  06-CIV-5143 (CM)(ECF CASE) (Deposition Testimony).  June 2007

*State of Colorado,* et al. v. *Warner Chilcott Holdings Company III, Ltd,* et al., U.S. District Court for the District of Columbia, Civil Action No 1:05CV02182 (CKK) (Deposition Testimony).  August 2007

*Novartis Corporation, Novartis Pharmaceuticals Corporation, and Novartis International AG v. Teva Pharmaceuticals USA, Inc.*, U.S. District Court for the District of New Jersey, Civil Action Nos. 04-4473 and 06-1130 (HAA)(MF) (Deposition Testimony).  February 2007

*In re Pharmaceutical Industry Average Wholesale Price Litigation (MDL 1456)*, U.S. District Court for the District of Massachusetts, Civil Action No. 01-12257-PBS.  December 2006

*Briant Chun-Hoon and Carlo Guglielmino v. McKee Foods Corporation, a Tennessee Corporation; and Does 1 through 100, inclusive,* U.S. District Court for the Northern District of California, Case No. C05-00620 VRW (Deposition Testimony).  March 2006

*XIOtech Corporation v. Compellent Technologies, Inc., Michael Markovich, Russell B. Taddiken, Scott A. Winslow, Kristofer M. Zuber,* District Court for the State of Minnesota, Fourth Judicial District, Court File No.: 04-5065 (Deposition Testimony).  March 2006

*Medtronic Minimed, Inc., v. Smiths Medical MD, Inc.,* U. S. District Court for the District of Delaware, Civil Action No. 03-776-KAJ (Deposition Testimony).  February 2006

## Papers and Publications (1999 – 2009)

"Patent Settlement Agreements" with Alan J. Daskin, Chapter 85, Volume 3, in *Issues in Competition Law and Policy*, published by American Bar Association, Section of Antitrust Law, August, 2008.

"Who Defines the Relevant Market—The Core Customer or Marginal One?" with Alan Daskin, *Antitrust Insights*, National Economic Research Associates, Inc., Summer 2008.

"*Schering-Plough* and the Antitrust Analysis of Patent Settlement Agreements in Pharmaceutical Markets," *Antitrust Insights*, National Economic Research Associates, Inc., 2005 and published in Economics of Antitrust: Complex Issues in a Dynamic Economy, Chapter 4, May 2007.

"Economists Lend Insight Into Antitrust Risk,"*IFLR (International Financial Law Review), Mergers and Acquisitions* 2004, 2004.

"Market Definitions Using Econometrics: An Apparent Paradox Explained," *Antitrust Insights*, National Economic Research Associates, Inc., 2001.

"Presenting Complex Technical and Economic Evidence: Lessons From The Trenches," *Antitrust and Intellectual Property:  The Crossroads,* American Bar Association, 2000.

June 2009

Confidential

# Exhibit 2

## Case Materials

New York Counties v. Abbott Laboratories, Inc., et al.  Revised First Amended Consolidated Complaint. October 5, 2007 (including Exhibit B).

Rule 26 Statement of Harris L. Devor, In re:  Pharmaceutical Industry Average Wholesale Price Litigation relating to The City of New York, et al. v. Abbott Laboratories, Inc., et al.  September 30, 2008.

Declaration of Susan E. Gaston, In re:  Pharmaceutical Industry Average Wholesale Price Litigation relating to The City of New York, et al. v. Abbott Laboratories, Inc., et al.  June 15, 2009.

Depositions of Harris Devor and exhibits.

Depositions of Sue Gaston and exhibits.

Deposition of Gail Sexton and exhibits.

## Data

"Comprehensive Price History File."  2007 Wolters Kluwer Health (Medispan).

First DataBank (Alabama Production) Data and *NDDF (National Drug Data File)™ Documentation Manual* (Rev. April 2000).

Medicaid State Drug Utilization Data including "Definitions for State Drug Utilization Data Specifications", Centers for Medicare & Medicaid Services.

Medispan Inactive Dates.  2007 Wolters Kluwer Health (Medispan).

Mr. Devor's Electronic Work Files and Exhibits.

Red Book Advanced Data and *Red Book™ Drug Products and Pricing Developer's Guide Advanced* (January 2008).

## Public Knowledge Documents

Alpert, Bill.  "Hooked on Drugs:  Why Do Insurers Pay Such Outrageous Prices For Pharmaceuticals?" *Barron's*, June 10, 1996.

American Society of Clinical Oncology.  *Reform of the Medicare Payment Methods for Cancer Chemotherapy*.  May 2001.
http://www.asco.org/asco/downloads/MedicarePaymentReformASCOWhitePaper.pdf.

Congressional Budget Office.  *How Increased Competition from Generic Drugs has Affected Prices and Returns in the Pharmaceutical Industry*.  July 1998.
http://www.cbo.gov/ftpdoc.cfm?index=655&type=0&sequence=1.

Congressional Budget Office.  *How the Medicaid Rebate on Prescription Drugs Affects Pricing in the Pharmaceutical Industry*.  January 1996.  http://www.cbo.gov/ftpdoc.cfm?index=4750.

Congressional Budget Office.  *Medicaid's Reimbursements to Pharmacies for Prescription Drugs*.  December 2004.  http://www.cbo.gov/showdoc.cfm?index=6038&sequence=1.

Congressional Budget Office.  *Prices for Brand-Name Drugs Under Selected Federal Programs*.  June 2005.  http://www.cbo.gov/ftpdocs/64xx/doc6481/06-16-PrescriptDrug.pdf.

Congressional Budget Office.  *The Rebate Medicaid Receives on Brand-Name Prescription Drugs*.  June 21, 2005.  http://www.cbo.gov/ftpdocs/64xx/doc6493/06-21-MedicaidRebate.pdf.

Department of Health and Human Services, Office of Inspector General.  *Addition of Qualified Drugs to the Medicaid Federal Upper Limit List*.  December 2004.  (OEI-03-04-00320).

Department of Health and Human Services, Office of Inspector General.  *Are Medicare Allowances for Albuterol Sulfate Reasonable?*  August 1998.  (OEI-03-97-00292).

Department of Health and Human Services, Office of Inspector General.  *Comparing Drug Reimbursement:  Medicare and Department of Veterans Affairs*.  November 1998.  (OEI-03-97-00293).

Department of Health and Human Services, Office of Inspector General.  *A Comparison of Albuterol Sulfate Prices*.  June 1996.  (OEI-03-94-00392).

Department of Health and Human Services, Office of Inspector General.  *Cost of Dialysis-Related Drugs*.  October 1992.  (A-01-91-00526).

Department of Health and Human Services, Office of Inspector General.  *Deficit Reduction Act of 2005: Impact on the Medicaid Federal Upper Limit Program*.  June 2007.  (OEI-03-06-00400).

Department of Health and Human Services, Office of Inspector General.  *Determining Average Manufacturer Prices for Prescription Drugs Under the Deficit Reduction Act of 2005*.  May 2006.  (A-06-06-00063).

Department of Health and Human Services, Office of Inspector General.  *Excessive Medicare Payments for Prescription Drugs*.  December 1997.  (OEI-03-97-00290).

Department of Health and Human Services, Office of Inspector General.  *Excessive Medicare Reimbursement for Albuterol*.  March 2002.  (OEI-03-01-00410).

Department of Health and Human Services, Office of Inspector General. *The Impact of High-Priced*

Confidential

*Generic Drugs on Medicare and Medicaid.* July 1998. (OEI-03-97-00510).

Department of Health and Human Services, Office of Inspector General. *Infusion Therapy Services Provided in Skilled Nursing Facilities.* December 1999. (A-06-99-00058).

Department of Health and Human Services, Office of Inspector General. *Medicaid Pharmacy – Actual Acquisition Cost of Brand Name Prescription Drug Products.* August 2001. (A-06-00-00023).

Department of Health and Human Services, Office of Inspector General. *Medicaid Pharmacy – Actual Acquisition Cost of Generic Prescription Drug Products.* August 1997. (A-06-97-00011).

Department of Health and Human Services, Office of Inspector General. *Medicaid Pharmacy – Actual Acquisition Cost of Generic Prescription Drug Products.* March 2002. (A-06-01-00053).

Department of Health and Human Services, Office of Inspector General. *Medicaid Pharmacy – Actual Acquisition Cost of Prescription Drug Products for Brand Name Drugs.* April 1997. (A-06-96-00030).

Department of Health and Human Services, Office of Inspector General. *Medicaid Pharmacy – Additional Analyses of the Actual Acquisition Cost of Prescription Drug Products.* September 2002. (A-06-02-00041).

Department of Health and Human Services, Office of Inspector General. *Medicare Payments for Nebulizer Drugs.* February 1996. (OEI-03-94-00390).

Department of Health and Human Services, Office of Inspector General. *Medicare Reimbursement of Albuterol.* June 2000. (OEI-03-00-00311).

Department of Health and Human Services, Office of Inspector General. *Medicare Reimbursement of Prescription Drugs.* January 2001. (OEI-03-00-00310).

Department of Health and Human Services, Office of Inspector General. *Physicians' Costs for Chemotherapy Drugs.* November 1992. (A-02-91-01049).

Department of Health and Human Services, Office of Inspector General. *Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the California Department of Health Services.* May 1996. (A-06-95-00062).

Department of Health and Human Services, Office of Inspector General. *Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Florida Agency for Health Care Administration.* February 2002. (A-06-01-00002).

Department of Health and Human Services, Office of Inspector General. *Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Missouri Department of Social Services.* January 1997. (A-06-95-00067).

Department of Health and Human Services, Office of Inspector General. *Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Montana Department of Health and Human Services.* July 1996. (A-06-95-00068).

Department of Health and Human Services, Office of Inspector General. *Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Montana Department of Health and Human Services*. February 2002. (A-06-01-00005).

Department of Health and Human Services, Office of Inspector General. *Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Texas Health and Human Services Commission*. November 2001. (A-06-01-00001).

Department of Health and Human Services, Office of Inspector General. *Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Virginia Department of Medical Assistance Services*. November 1996. (A-06-95-00072).

Department of Health and Human Services, Office of Inspector General. *Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the West Virginia Department of Health and Human Resources*. December 2001. (A-06-01-00007).

Department of Health and Human Services, Office of Inspector General. *Semiannual Report, April 1, 1997 – September 30, 1997*.

Department of Health and Human Services, Office of Inspector General. *Suppliers' Acquisition Costs for Albuterol Sulfate*. June 1996. (OEI-03-94-00393).

Department of Health and Human Services, Office of Inspector General. *Update: Excessive Medicare Reimbursement For Albuterol*. January 2004. (OEI-03-03-00510).

Department of Health and Human Services, Office of Inspector General. *Use of Average Wholesale Prices in Reimbursing Pharmacies Participating in Medicaid and the Medicare Prescription Drug Program*. October 1989. (A-06-89-00037).

Department of Health and Human Services, Office of Audit. *Changes to the Medicaid Prescription Drug Program Could Save Millions*. 1984.

Department of Health, Education, and Welfare, Office of the Secretary. *U.S. Task Force on Prescription Drugs: The Drug Makers and The Drug Distributors*. December 1968.

Federal Register. November 15, 1974. Vol. 39, No. 222, 45 CFR Part 19. p. 40303.

Federal Register. July 31, 1975. Vol. 40, No. 148, 45 CFR Part 19. p. 32293.

Federal Register. August 20, 2003. Vol. 68, No. 161, 42 CFR Part 405. pp. 50428-50452.

Federal Register. January 7, 2004. Vol. 69, No. 4, 42 CFR Parts 405 and 414. pp. 1084-1132.

Gencarelli, Dawn M. "Average Wholesale Price for Prescription Drugs: Is There a More Appropriate Pricing Mechanism," *National Health Policy Forum Issue Brief No. 775*. George Washington University, June 7, 2002.

General Accounting Office. *Medicaid Changes in Drug Prices Paid by HMOs and Hospitals Since Enactment of Rebate Provisions*. January 1993. (GAO/HRD-93-43)

Confidential

General Accounting Office.  *Medicare:  Payments for Covered Outpatient Drugs Exceed Providers' Cost* (Report to Congressional Committees).  September 2001.  (GAO-01-1118).

General Accounting Office.  *Prescription Drugs:  Changes in Prices for Selected Drugs* (Report to Congressional Requesters).  August 1992.  (GAO/HRD-92-128).

Government Accountability Office.  *Medicaid Outpatient Prescription Drugs: Estimated 2007 Federal Upper Limits for Reimbursement Compared with Retail Pharmacy Acquisition Costs.*  December 22, 2006. (GAO-07-239R).

Government Accountability Office.  *Medicare Chemotherapy Payments: New Drug and Administration Fees Are Closer to Providers' Costs.*  December 1, 2004.  (GAO-05-142R).

Government Accountability Office.  *Prescription Drugs:  An Overview of Approaches to Negotiate Drug Prices Used by Other Countries and U.S. Private Payers and Federal Programs.*  January 11, 2007. (GAO-07-358T).

Gray, Tom.  "Construction Ahead."  *Homecare*, October 1, 2002. http://homecaremag.com/mag/medical_construction_ahead/.

Gumbhir, Ashok and Johnny Anderson.  *Reimbursement for Pharmaceutical Services in Missouri*.  Final Report submitted to Missouri Department of Social Services, Division of Medical Care, March 1991.

MASSPIRG.  "*Consumer Groups Charge Industry-Wide Price Manipulation - Over $800 Million in Illegal Profits from Medicare & Medicare Patients.*"  http://masspirg.org/MA.asp?id2=5310&id3=MA&.

Letter from Nancy-Ann Min DeParle, Department of Health and Human Services, Health Care Financing Administration, to Members of Congress.  September 8, 2000.

Pear, Robert. "Administration Plans Cuts in Some Drug Payments."  *The New York Times*, August 6, 2000.

Medicare Payment Advisory Commission (MedPAC).  *Report to the Congress: Variation and Innovation in Medicare*.  June 2003.

Rozek, Richard P. and Ruth Berkowitz.  "The Costs to the U.S. Health Care System of Extending Marketing Exclusivity for Taxol."  *Journal of Research in Pharmaceutical Economics*, Vol. 9(4) (1999): pp. 21-41.

Schondelmeyer, Stephen W. and Marian V. Wrobel.  *Medicaid and Medicare Drug Pricing:  Strategy to Determine Market Prices*.  Final Report submitted by Abt Associates Inc. to the Centers for Medicare and Medicaid Services, August 30, 2004.

Spears, James M. and Jeff Pearlman.  "Using Litigation to Regulate Drug Prices: The Assault on 'AWP'."  Washington Legal Foundation, Critical Legal Issues, Working Paper Series No. 107.  February 2002.

State of Utah, Department of Health, Division of Health Care Financing.  *Medicaid Pharmacy— Acquisition Cost of Generic Prescription Drug Products*.  February 1999.

Confidential

U.S. Congress.  House.  Committee on Energy and Commerce.  *Hearing: Medicaid and AWP Hearing: Medicaid Prescription Drug Reimbursement: Why the Government Pays Too Much*.  December 7, 2004.  http://globalag.igc.org/health/us/2004/toomuch.pdf.

U.S. Congress.  House.  Committee on Energy and Commerce, Subcommittee on Oversight and Investigations.  *Testimony of George Reeb, Assistant Inspector General, Centers for Medicare and Medicaid Audits, Office of Inspector General, U.S. Department of Health and Human Services*.  December 7, 2004.

U.S. Congress.  House.  Committee on Ways and Means, Subcommittee on Health.  *Testimony of George Reeb, Assistant Inspector General, Centers for Medicare and Medicaid Audits, Department of Health and Human Services*.  October 3, 2002.

U.S. Congress.  Senate.  Special Committee on Aging.  *CBO Testimony of Douglas Holtz-Eakin (Payments for Prescription Drugs Under Medicaid)*.  July 20, 2005.


**Miscellaneous**

42 CFR § 447.332.

American Medical Association.  "AMA Downloadable Resource Table:  Asthma."  ASTHMA Version 3.0 July 2007.  www.ama-assn.org/ama1/pub/upload/mm/370/astcodingspecs307_7.xls.

Centers for Medicare and Medicaid Services.  "[Sample] REBATE AGREEMENT Between The Secretary of Health and Human Services (hereinafter referred to as 'the Secretary') and The Manufacturer Identified in Section XI of this Agreement (hereinafter referred to as 'the Labeler')."  http://www.cms.hhs.gov/MedicaidDrugRebateProgram/downloads/rebateagreement.pdf.

Congressional Research Service (CRS).  "P.L. 110-275: The Medicare Improvements for Patients and Providers Act of 2008" (CRS Report for Congress).  July 23, 2008.  http://www.ohanet.org/finance/medicare/HR6331CMSSummarry.pdf.

Department of Health and Human Services, Health Care Financing Administration.  "Federal Upper Limit (FUL) Changes to  Transmittal No. 37."  Current as of August 20, 2008.

Department of Health and Human Services, Health Care Financing Administration.  "Federal Upper Limit Drug Changes to Transmittal No. 36 Dated April 2000 - Effective December 7, 2000".

Department of Health and Human Services, Health Care Financing Administration.  "State Medicaid Manual:  Part 6 - Payment for Services."  Transmittal Nos. 45-6 Thru Rev. 13 (Reprint Date August 1989), 14 (August 1989), 15 (September 1989), 16 (March 1990), 17 (April1990), 18 (July 1990), 19 (August 1991), 20 (March 1992), 21 (October 1992), 22 (April 1993), 23 (August 1993), 24 (October 1993), 25 (May 1994), 26 (October 1994), 27 (January 1995), 28 (May 1995), 29 (October 1995), 30 (June 1996), 31 (July 1996), 32 (November 1996), 33 (March 1997), 34 (July 1997), 35 (July 1998), 36 (April 2000), 36 (November 2000), and 37 (November 2001).

**Confidential**

FloridaInfusion, Nations Drug Pharmaceutical Distributor.  Product Search, Accessed February 6, 2009.
http://www.floridainfusion.com/awps.asp?keyword=capoten&searchfield=keyword.

National Association of Chain Drug Stores.  "Judge Grants AMP Rule Injunction."
http://www.nacds.org/wmspage.cfm?parm1=5557.

National Association of Chain Drug Stores & National Community Pharmacists Association.  "Frequently Asked Questions (FAQs) Lawsuit Filed by NACDS and NCPA Against CMS Challenging AMP Rule November 7, 2007."  November 6, 2007.  http://www.ncpanet.org/pdf/amp_ncpanacds-lawsuitfaq.pdf.

Rhode Island Medical Assistance Program, Provider Update Newsletter, Vol. 74.  December 1998.
http://www.dhs.state.ri.us/dhs/heacre/provsvcs/prvupdts/pu74.htm.

U.S. Food and Drug Administration, Center for Drug Evaluation and Research.  *Approved Drug Products with Therapeutic Equivalence Evaluations*.  11th Edition (1991) through 27th Edition (2007).

U.S. Food and Drug Administration, Center for Drug Evaluation and Research.  "National Drug Code Directory."  Current through December 3, 2008.  http://www.fda.gov/cder/ndc/database.

Confidential

**Exhibit 3**

**FULs for which a Lower FUL, with at Least Three Lower WACs, Could Have Been Selected at the Time the FUL was Set[1]**
**Using Published Compendia WACs[2] for Therapeutically Equivalent NDCs of the Package Size Used to Set the FUL[3]**
**Federal Upper Limits: 1997 - 2005**

| GCN | Description[4] | Current Month[5] | Start Date | End Date[6] | Actual FUL | Alternative FUL[7] | Lower WACs[8] |
|------|----------------|---------|---------|---------|---------|---------|---------|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| | | | | | ---------------------(Dollars)--------------------- | | |
| 005037 | Albuterol 0.09 mg/inh, aerosol, metered, inhalation, 17 gm | Jan 2000 | 12/07/00 | 12/07/00 | $  0.3490 | $  0.3309 | $  0.2835 |
| | | | | | | | 0.2794 |
| | | | | | | | 0.2412 |
| | | | | | | | 0.2206 |
| 005039 | Albuterol Sulfate Eq 0.083% base, Solution, Inhalation, 3 ml | Apr 2001 | 01/22/02 | 05/07/05 | 0.1450 | 0.1150 | 0.1067 |
| | | | | | | | 0.0967 |
| | | | | | | | 0.0933 |
| | | | | | | | 0.0900 |
| | | | | | | | 0.0891 |
| | | | | | | | 0.0886 |
| | | | | | | | 0.0800 |
| | | | | | | | 0.0800 |
| | | | | | | | 0.0800 |
| | | | | | | | 0.0769 |
| | | | | | | | 0.0767 |
| 005039 | Albuterol Sulfate Eq 0.083% Base, Solution, Inhalation, 3 ml | | 05/08/05 | | 0.1150 | 0.0627 | 0.0573 |
| | | | | | | | 0.0507 |
| | | | | | | | 0.0507 |
| | | | | | | | 0.0507 |
| | | | | | | | 0.0419 |
| | | | | | | | 0.0418 |
| 048262 | Cefadroxil Eq 500 mg base, Capsule, Oral, 50 | Apr 2001 | 01/22/02 | 03/10/03 | 3.0789 | 2.9325 [9] | 2.4400 |
| | | | | | | | 2.1233 |
| | | | | | | | 2.1233 |
| | | | | | | | 1.9550 |
| | | | | | | | 0.8499 |
| 004560 | Clonazepam 0.5 mg, Tablet, Oral 100 | Jun 1997 | 10/01/97 | 08/31/98 | 0.8702 | 0.8190 | 0.6999 |
| | | | | | | | 0.6683 |
| | | | | | | | 0.5661 |
| | | | | | | | 0.5460 |
| | | | | | | | 0.5460 |
| 004560 | Clonazepam 0.5 mg, Tablet, Oral, 100 | Jan 2000 | 12/07/00 | 01/21/02 | 0.2760 | 0.2003 | 0.1840 |
| | | | | | | | 0.1774 |
| | | | | | | | 0.1738 |
| | | | | | | | 0.1635 |
| | | | | | | | 0.1335 |
| | | | | | | | 0.0931 |
| 004560 | Clonazepam 0.5 mg, Tablet, Oral, 100 | Apr 2001 | 01/22/02 | | 0.2455 | 0.2453 | 0.2018 |
| | | | | | | | 0.1841 |
| | | | | | | | 0.1840 |
| | | | | | | | 0.1774 |
| | | | | | | | 0.1738 |
| | | | | | | | 0.1738 |
| | | | | | | | 0.1700 |

Confidential

**Exhibit 3**

**FULs for which a Lower FUL, with at Least Three Lower WACs, Could Have Been Selected at the Time the FUL was Set[1]**
**Using Published Compendia WACs[2] for Therapeutically Equivalent NDCs of the Package Size Used to Set the FUL[3]**
**Federal Upper Limits: 1997 - 2005**

| GCN | Description[4] | Current Month[5] | Start Date | End Date[6] | Actual FUL | Alternative FUL[7] | Lower WACs[8] |
|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| | | | | | ----------------------------(Dollars)---------------------------- | | |
| | | | | | | | 0.1637 |
| | | | | | | | 0.1635 |
| | | | | | | | 0.0931 |
| | | | | | | | 0.0799 |
| 000386 | Enalapril Maleate 20 mg, Tablet, Oral, 100 | | 08/24/03 | | 0.9150 | 0.2475 | 0.1700 |
| | | | | | | | 0.1650 |
| | | | | | | | 0.1650 |
| 003758 | Lorazepam 1 mg, Tablet, Oral 100 | Jan 1994 | 07/01/94 | 09/30/97 | 0.0207 | 0.0182 | 0.0173 |
| | | | | | | | 0.0165 |
| | | | | | | | 0.0152 |
| | | | | | | | 0.0149 |
| | | | | | | | 0.0138 |
| | | | | | | | 0.0135 |
| | | | | | | | 0.0122 |
| | | | | | | | 0.0121 |
| 003758 | Lorazepam 1 mg, Tablet, Oral 100 | Jun 1997 | 10/01/97 | 02/11/98 | 0.0203 | 0.0182 | 0.0180 |
| | | | | | | | 0.0175 |
| | | | | | | | 0.0174 |
| | | | | | | | 0.0173 |
| | | | | | | | 0.0170 |
| | | | | | | | 0.0165 |
| | | | | | | | 0.0161 |
| | | | | | | | 0.0156 |
| | | | | | | | 0.0152 |
| | | | | | | | 0.0140 |
| | | | | | | | 0.0135 |
| | | | | | | | 0.0134 |
| | | | | | | | 0.0121 |
| 003758 | Lorazepam 1 mg, Tablet, Oral 100 | Apr 1998 | 09/01/98 | 12/06/00 | 0.6684 | 0.0182 | 0.0175 |
| | | | | | | | 0.0161 |
| | | | | | | | 0.0156 |
| | | | | | | | 0.0152 |
| | | | | | | | 0.0135 |
| | | | | | | | 0.0121 |
| 003758 | Lorazepam 1 mg, Tablet, Oral, 100 | Jan 2000 | 12/07/00 | | 0.5718 | 0.3299 | 0.2199 |
| | | | | | | | 0.0135 |
| | | | | | | | 0.0121 |
| 005131 | Metoprolol 100 mg, Tablet, Oral 100 | Oct 1996 | 01/01/97 | 09/30/97 | 0.1185 | 0.1161 | 0.1150 |
| | | | | | | | 0.1150 |
| | | | | | | | 0.1140 |
| | | | | | | | 0.1100 |
| | | | | | | | 0.1088 |
| | | | | | | | 0.1022 |
| | | | | | | | 0.0988 |

Confidential

**Exhibit 3**

**FULs for which a Lower FUL, with at Least Three Lower WACs, Could Have Been Selected at the Time the FUL was Set[1]**
**Using Published Compendia WACs[2] for Therapeutically Equivalent NDCs of the Package Size Used to Set the FUL[3]**
**Federal Upper Limits: 1997 - 2005**

| GCN | Description[4] | Current Month[5] | Start Date | End Date[6] | Actual FUL | Alternative FUL[7] | Lower WACs[8] |
|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| | | | | | --------------------------------(Dollars)-------------------------------- | | |
| | | | | | | | 0.0971 |
| | | | | | | | 0.0971 |
| | | | | | | | 0.0886 |
| | | | | | | | 0.0860 |
| | | | | | | | 0.0774 |
| 005131 | Metoprolol 100 mg, Tablet, Oral 100 | Jun 1997 | 10/01/97 | 08/31/98 | 0.1161 | 0.0878 | 0.0860 |
| | | | | | | | 0.0800 |
| | | | | | | | 0.0800 |
| | | | | | | | 0.0783 |
| | | | | | | | 0.0783 |
| | | | | | | | 0.0750 |
| | | | | | | | 0.0609 |
| | | | | | | | 0.0585 |
| 005131 | Metoprolol 100 mg, Tablet, Oral 100 | Apr 1998 | 09/01/98 | 12/06/00 | 0.0878 | 0.0675 | 0.0609 |
| | | | | | | | 0.0609 |
| | | | | | | | 0.0609 |
| | | | | | | | 0.0609 |
| | | | | | | | 0.0450 |
| 005131 | Metoprolol 100 mg, Tablet, Oral, 100 | Jan 2000 | 12/07/00 | 01/21/02 | 0.1290 | 0.0854 | 0.0725 |
| | | | | | | | 0.0609 |
| | | | | | | | 0.0609 |
| | | | | | | | 0.0609 |
| | | | | | | | 0.0569 |
| 005131 | Metoprolol 100 mg, Tablet, Oral, 100 | Apr 2001 | 01/22/02 | 10/27/04 | 0.0914 | 0.0690 | 0.0618 |
| | | | | | | | 0.0609 |
| | | | | | | | 0.0609 |
| | | | | | | | 0.0569 |
| | | | | | | | 0.0544 |
| | | | | | | | 0.0544 |
| | | | | | | | 0.0460 |
| 011673 | Ranitidine Eq 150 mg Base, Tablet, Oral, 100 | | 09/24/98 | 09/21/99 | 0.5914 [10] | 0.4950 | 0.4880 |
| | | | | | | | 0.3685 |
| | | | | | | | 0.3450 |
| | | | | | | | 0.3300 |
| | | | | | | | 0.2135 |
| 011673 | Ranitidine Eq 150 mg Base, Tablet, Oral, 100 | Jan 2000 | 12/07/00 | 01/21/02 | 0.3410 | 0.2633 | 0.2548 |
| | | | | | | | 0.2275 |
| | | | | | | | 0.2135 |
| | | | | | | | 0.1755 |
| | | | | | | | 0.0521 |
| 011673 | Ranitidine Eq 150 mg Base, Tablet, Oral, 100 | Apr 2001 | 01/22/02 | 05/07/05 | 0.3411 | 0.2633 | 0.2275 |
| | | | | | | | 0.2275 |
| | | | | | | | 0.2275 |

Confidential

**Exhibit  3**

**FULs for which a Lower FUL, with at Least Three Lower WACs, Could Have Been Selected at the Time the FUL was Set[1]**
**Using  Published  Compendia  WACs[2]  for  Therapeutically  Equivalent  NDCs  of  the  Package  Size  Used  to  Set  the  FUL[3]**
**Federal  Upper  Limits:  1997 - 2005**

| GCN | Description[4] | Current Month[5] | Start Date | End Date[6] | Actual FUL | Alternative FUL[7] | Lower WACs[8] |
|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| | | | | | ------------------------------(Dollars)------------------------------ | | |
| | | | | | | | 0.2275 |
| | | | | | | | 0.2135 |
| | | | | | | | 0.1755 |
| | | | | | | | 0.0725 |

Notes:   - Analysis of each GCN includes:  (1) products explicitly identified by the First DataBank (FDB) variable "GCN Sequence Number" as belonging to the GCN;
(2) any similarly described products (based on name, strength, and dosage form) not listed in FDB that appear in Medispan or Red Book and not exclusively in
another GCN in FDB at the NDC-9 level.  In addition, following a review of online sources for NDCs that do not appear in FDB at the NDC-11 or NDC-9 level
(355 NDCs in total), seven NDCs were dropped from the analysis (52493084701, 52493084717, 54977069501, 54977070601, 57362011601, 63874074917, and
51655027924), as either they were described as albuterol inhaler refills and not as albuterol inhalers or discrepancies in their descriptions were resolved such
that they were confirmed to be outside the GCN.

- Some NDCs are reported under different GCNs in the FDB annual product description files at the NDC-11 level (15 NDCs) and, if the NDC does not appear
in FDB at the 11-digit level, at the NDC-9 level (9 NDCs).  In addition, some NDCs appear under different Package IDs in Red Book (6 NDCs).  These
differences, generally, are time dependent.  With respect to FDB, any descriptive values (e.g., therapeutical equivalency rating or obsolete date) reported for an
NDC while it is listed under a GCN other than those at issue are excluded from the analysis, as are any price postings that correspond to the time period when
the NDC appears to correspond to another product and was listed under a different GCN.  With respect to Red Book, the Package ID represents a unique
identifier by which an NDC's product description, package size, therapeutical equivalence rating, deactivation/reactivation dates, and prices are reported.
Package IDs, and all associated data, that correspond to a drug name other than those at issue are excluded.

- For all compendia, postings of zero invalidate the previously posted price.  For Red Book, postings are treated as active through the price deactivation date or
until the next posting.  Deactivation dates that fall before the date of the posting are replaced with the date of the posting (2 instances in total for WAC postings).
Finally, deactivation dates that occur on or after the date of a subsequent posting are replaced with the date immediately preceding the date of the next posting
(3 instances in total for WAC postings).

- No postings are available from Medispan after August 3, 2007 and from FDB after February 1, 2007.  Although postings are available in Red Book as late as
April 2009, they are not used after June 9, 2008, the date the data were acquired.  FULs analyzed are those for which any portion of their effective life falls
within the period 1997 to 2005; however, the analysis extends over the full effective life of these FULs.

[1] For each of the above FULs, a lower FUL, with at least three lower WACs, could have been selected at the time the FUL was set.  The lower WACs, which
include the basis for the alternative FUL, do not include duplicate postings, such as two WACs for the same NDC for which the difference between the two prices
is equal to zero when rounded to four decimals.  Nor does this count include duplicate postings for the same product, as occurs when the NDC for a product
changes.  Also see Note 2 for additional qualifications concerning the time period of the WACs.

[2] WACs are based on published compendia WACs reported by Medispan, FDB, and Red Book.  Each WAC must be active (i.e., the price has not been deactivated
by obsolescence, a subsequent price posting, or otherwise) for the entire month specified in the CMS transmittal as the month during which prices analyzed to
set the FUL were current (See Note 5).  Obsolescence, generally, is determined with reference to the FDB "Obsolete Date", the FDB "HCFA Termination
Date", the Medispan "Inactive Date", and the Red Book "NDC Discontinuation Date" (collectively, the "end dates").  WACs are only analyzed during the period
prior to the earliest of the four end dates.  However, any postings on or after the earliest end date are treated as a reactivation of the NDC and such postings
are analyzed until the next end date.  Postings after the second, third, or fourth end date are treated in the same manner.  Similarly, the Red Book "Reactivation
Date" can reactivate the most recent set of active prices for an NDC, assuming the date falls on or after the discontinuation date and the NDC is not already
currently active.  Finally, 33 NDCs among the nine GCNs, for which the FDB Obsolete Date exhibited stark inconsistencies across annual files, were examined
separately, using price posting activity and CMS reimbursement.

[3] An NDC is considered therapeutically equivalent if it was found to have an "A" rating in the available copies of the FDA's *Approved Drug Products with
Therapeutic Equivalence Evaluations* (i.e., the Orange Book) or, if such information was not available, was "A" rated by either the FDB variable "Expanded
Orange Book Code" or the Red Book variable "Orange Book Code".  Since the ratings in the Orange Book are reported by drug application number, the FDA's
National Drug Code Directory was used to link each application number to an NDC.  An NDC is considered to be of the same package size as that used to set
the FUL if the package size indicated in the CMS transmittal matches either the FDB variable "Package Size", the Red Book variables "Total Quantity - Actual"
or "Standard Quantity - Actual", or the Medispan implied package size (the mean ratio between the package and unit prices, rounded to one decimal).  Data
from each of the three pricing compendia are considered publicly available as of the date of the first AWP, WAC, or Direct Price posting reported by each
compendium for the relevant NDC.  For FDB descriptive data, contemporaneous data are used from the appropriate annual file and any changes across these
files are recognized as of the beginning of the year of the file in which the change appears.  Changes across editions of the Orange Book are recognized as of
the publication date of the edition in which the change appears, or April 30th (based on a survey of the different publication dates that were observable (1991 -

Confidential

**Exhibit 3**

**FULs for which a Lower FUL, with at Least Three Lower WACs, Could Have Been Selected at the Time the FUL was Set[1]
Using Published Compendia WACs[2] for Therapeutically Equivalent NDCs of the Package Size Used to Set the FUL[3]
Federal Upper Limits: 1997 - 2005**

| GCN | Description[4] | Current Month[5] | Start Date | End Date[6] | Actual FUL | Alternative FUL[7] | Lower WACs[8] |
|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) ---------(Dollars)--------- (g) | | (h) |

05/23/91; 1993 - 04/22/93; 1994 - 06/16/94; 1996 - 05/29/96; 2001 - 04/02/01; 2002 - 04/16/02; 2003 - 03/18/03; 2007 - 05/21/07)) if the publication date was unavailable.  The package size and therapeutical equivalence requirements must both be met as of the beginning of the FUL current month.

[4]  Product descriptions are taken from the CMS transmittal in which the FUL is reported.  The package size used to set the FUL for each GCN is indicated by the value at the end of each description and remains constant for all 9 GCNs except for cefadroxil, which changed from 100 to 50 as of the January 22, 2002 FUL.

[5]  CMS transmittals typically indicate the month as of which prices analyzed to set the FUL were current, i.e., the "current month".  Where the current month was not available, the period considered was the three-month period preceding the relevant FUL's effective date.

[6]  Missing end dates indicate FULs that were still in effect as of June 9, 2008, according to Red Book and CMS transmittals.

[7]  The "Alternative FUL" is based on the lowest WAC for which the implied FUL is greater than at least 3 WACs.  The implied FUL is calculated by multiplying the WAC by 1.5 and rounding to four decimals.

[8]  WACs are displayed rounded to four decimals.

[9]  Although the specified FUL was set on the basis of a package size of 50, by far the most commonly used package size is 100.  Hence the alternative FUL is based on a package size of 100.

[10]  This is the only FUL in the table that does not appear in one of the CMS transmittals cited below.  However, the FUL is published by both Medispan and FDB.  In addition, a provider update, published by the Rhode Island Medical Assistance Program in December 1998, notified pharmacy providers that, effective immediately, "Ranitidine HCL, 150mg, tablet, $0.5914/each" had been added to the FUL list.  The product description in the table is based on the description listed in the CMS transmittals for the subsequent FUL.

Sources:   - American Medical Association, *AMA Downloadable Resource Table:  Asthma* , ASTHMA Version 3.0 July 2007,
            <www.ama-assn.org/ama1/pub/upload/mm/370/astcodingspecs307_7.xls>.
         - "Comprehensive Price History File," 2007 Wolters Kluwer Health (Medispan).
         - Department of Health and Human Services, Health Care Financing Administration, "Federal Upper Limit (FUL) Changes to Transmittal No. 37," Current as of
           August 20, 2008.
         - Department of Health and Human Services, Health Care Financing Administration, "Federal Upper Limit Drug Changes to Transmittal No. 36 Dated April 2000 -
           Effective December 7, 2000".
         - Department of Health and Human Services, Health Care Financing Administration, "State Medicaid Manual:  Part 6 - Payment for Services," Transmittal Nos.
           45-6 Thru Rev. 13 (Reprint Date August 1989), 14 (August 1989), 15 (September 1989), 16 (March 1990), 17 (April 1990), 18 (July 1990), 19 (August 1991), 20
           (March 1992), 21 (October 1992), 22 (April 1993), 23 (August 1993), 24 (October 1993), 25 (May 1994), 26 (October 1994), 27 (January 1995), 28 (May 1995),
           29 (October 1995), 30 (June 1996), 31 (July 1996), 32 (November 1996), 33 (March 1997), 34 (July 1997), 35 (July 1998), 36 (April 2000), 36 (November 2000),
           and 37 (November 2001).
         - First DataBank (Alabama Production) Data and *NDDF (National Drug Data File)™ Documentation Manual*  (Rev. April 2000).
         - FloridaInfusion, Nations Drug, Accessed February 6, 2009 <http://www.floridainfusion.com/awps.asp?keyword=capoten&searchfield=keyword>.
         - Medicaid State Drug Utilization Data including "Definitions for State Drug Utilization Data Specifications", Centers for Medicare & Medicaid Services.
         - Medispan Inactive Dates, 2007 Wolters Kluwer Health (Medispan).
         - Red Book Advanced Data and *Red Book™ Drug Products and Pricing Developer's Guide Advanced*  (January 2008).
         - Rhode Island Medical Assistance Program, Provider Update Newsletter, Vol. 74, December 1998, <http://www.dhs.state.ri.us/dhs/heacre/provsvcs/prvupdts/pu74.htm>.
         - U.S. Food and Drug Administration, Center for Drug Evaluation and Research, *Approved Drug Products with Therapeutic Equivalence Evaluations* , 11th
           Edition - 27th Edition.
         - U.S. Food and Drug Administration, Center for Drug Evaluation and Research, *National Drug Code Directory* , <http://www.fda.gov/cder/ndc/database/>.

Confidential

**Exhibit 4**

**FULs for which at Least Three Lower WACs Could Not Be Identified at the Time the FUL was Set[1]**

**Using Published Compendia WACs[2] for Therapeutically Equivalent NDCs of the Package Size Used to Set the FUL[3]**

**Federal Upper Limits: 1997 - 2005**

| | | | | | | Lower WACs | |
| GCN | Description[4] | Current Month[5] | Start Date | End Date[6] | FUL | WACs[7] | Active for Entire Period[8] |
|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) |
| 005037 | Albuterol 0.09 mg, Aerosol, Metered, Inhalation, 17 gm | | 05/08/05 | 04/09/06 | $ 0.3088 | $ 0.2912 | N |
| | | | | | | 0.2059 | Y |
| 004560 | Clonazepam 0.5 mg, Tablet, Oral 100 | Apr 1998 | 09/01/98 | 12/06/00 | 0.4146 [9] | 0.4044 [10] | N |
| | | | | | | 0.2369 | N |
| 017297 | Isosorbide MN 60 mg, Tablet, Extended Release, Oral, 100 | Apr 2001 | 01/22/02 | 07/20/05 | 0.7492 | 0.5625 | Y |
| | | | | | | 0.4995 | Y |
| 017297 | Isosorbide MN 60 mg, Tablet, Extended Release, Oral, 100 | | 07/21/05 | | 0.2025 | 0.0525 | Y |

Notes: - Analysis of each GCN includes: (1) products explicitly identified by the First DataBank (FDB) variable "GCN Sequence Number" as belonging to the GCN; (2) any similarly described products (based on name, strength, and dosage form) not listed in FDB that appear in Medispan or Red Book and not exclusively in another GCN in FDB at the NDC-9 level. Finally, following a review of online sources for NDCs that do not appear in FDB at the NDC-11 or NDC-9 level (355 NDCs in total), seven NDCs were dropped from the analysis (52493084701, 52493084717, 54977069501, 54977070601, 57362011601, 63874074917, and 51655027924), as either they were described as albuterol inhaler refills and not as albuterol inhalers or discrepancies in their descriptions were resolved such that they were confirmed to be outside the GCN.

- Some NDCs are reported under different GCNs in the FDB annual product description files at the NDC-11 level (15 NDCs) and, if the NDC does not appear in FDB at the 11-digit level, at the NDC-9 level (9 NDCs). In addition, some NDCs appear under different Package IDs in Red Book (6 NDCs). These differences, generally, are time dependent. With respect to FDB, any descriptive values (e.g., therapeutical equivalency rating or obsolete date) reported for an NDC while it is listed under a GCN other than those at issue are excluded from the analysis, as are any price postings that correspond to the time period when the NDC appears to correspond to another product and was listed under a different GCN. With respect to Red Book, the Package ID represents a unique identifier by which an NDC's product description, package size, therapeutical equivalency rating, deactivation/reactivation dates, and prices are reported. Package IDs, and all associated data, that correspond to a drug name other than those at issue are excluded.

- For all compendia, postings of zero invalidate the previously posted price. For Red Book, postings are treated as active through the price deactivation date or until the next posting. Deactivation dates that fall before the date of the posting are replaced with the date of the posting (3 instances in total for WAC and Direct Price postings). Finally, deactivation dates that occur on or after the date of a subsequent posting are replaced with the date immediately preceding the date of the next posting (3 instances in total for WAC and Direct Price postings).

- No postings are available from Medispan after August 3, 2007 and from FDB after February 1, 2007. Although postings are available in Red Book as late as April 2009, they are not used after June 9, 2008, the date the data were acquired. FULs analyzed are those for which any portion of their effective life falls within the period 1997 to 2005; however, the analysis extends over the full effective life of these FULs.

[1] There were less than three lower WACs, for each of the above FULs, simultaneously available at any given point in time during the month specified in the CMS transmittal as the month during which prices analyzed to set the FUL were current, i.e., the "current month" (also see Note 5). Duplicate postings for the same NDC, such as two WACs for which the difference between the two prices is equal to zero when rounded to four decimals, are only counted once. Similarly, duplicate postings for the same product, as occurs when the NDC for a product changes and a duplicate posting is reported for each NDC, are also only counted once.

[2] WACs are based on published compendia prices reported by Medispan, FDB, and Red Book. Each WAC must be active (i.e., the price has not been deactivated by obsolescence, a subsequent price posting, or otherwise) for at least part of the current month. Obsolescence, generally, is determined with reference to the FDB "Obsolete Date", the FDB "HCFA Termination Date", the Medispan "Inactive Date", and the Red Book "NDC Discontinuation Date" (collectively, the "end dates"). WACs are only analyzed during the period prior to the earliest of the four end dates. However, any postings on or after the earliest end date are treated as a reactivation of the NDC and such postings are analyzed until the next end date. Postings after the second, third, or fourth end date are treated in the same manner. Similarly, the Red Book "Reactivation Date" can reactivate the most recent set of active prices for an NDC, assuming the date falls on or after the discontinuation date and the NDC is not already currently active. Finally, 33 NDCs among the nine GCNs, for which the FDB Obsolete Date exhibited stark inconsistencies across annual files, were examined separately, using price posting activity and CMS reimbursement.

Confidential

**Exhibit 4**

**FULs for which at Least Three Lower WACs Could Not Be Identified at the Time the FUL was Set[1]**

**Using Published Compendia WACs[2] for Therapeutically Equivalent NDCs of the Package Size Used to Set the FUL[3]**

**Federal Upper Limits: 1997 - 2005**

[3] An NDC is considered therapeutically equivalent if it was found to have an "A" rating in the available copies of the FDA's *Approved Drug Products with Therapeutic Equivalence Evaluations* (i.e., the Orange Book) or, if such information was not available, was "A" rated by either the FDB variable "Expanded Orange Book Code" or the Red Book variable "Orange Book Code". Since the ratings in the Orange Book are reported by drug application number, the FDA's National Drug Code Directory was used to link each application number to an NDC. An NDC is considered to be of the same package size as that used to set the FUL if the package size indicated in the CMS transmittal matches either the FDB variable "Package Size", the Red Book variables "Total Quantity - Actual" or "Standard Quantity - Actual", or the Medispan implied package size (the mean ratio between the package and unit prices, rounded to one decimal). Data from each of the three pricing compendia are considered publicly available as of the date of the first AWP, WAC, or Direct Price posting reported by each compendium for the relevant NDC. For FDB descriptive data, contemporaneous data are used from the appropriate annual file and any changes across these files are recognized as of the beginning of the year of the file in which the change appears. Changes across editions of the Orange Book are recognized as of the publication date of the edition in which the change appears, or April 30th (based on a survey of the different publication dates that were observable (1991 - 05/23/91; 1993 - 04/22/93; 1994 - 06/16/94; 1996 - 05/29/96; 2001 - 04/02/01; 2002 - 04/16/02; 2003 - 03/18/03; 2007 - 05/21/07)) if the publication date was unavailable. The package size and therapeutical equivalence requirements must both be met as of the beginning of the FUL current month.

[4] Product descriptions are taken from the CMS transmittal in which the FUL is reported. The package size used to set the FUL for each GCN is indicated by the value at the end of each description and remains constant for all 9 GCNs except for cefadroxil, which changed from 100 to 50 as of the January 22, 2002 FUL.

[5] CMS transmittals typically indicate the month as of which prices analyzed to set the FUL were current, i.e., the "current month". Where the current month was not available, the period concerned was the three-month period preceding the relevant FUL's effective date.

[6] Missing end dates indicate FULs that were still in effect as of June 9, 2008, according to Red Book and CMS transmittals.

[7] WACs are displayed rounded to four decimals.

[8] "Active for Entire Period" indicates whether the listed WAC(s) were active for the entire current month, or for the entire three month period preceding the FUL effective date if the current month was not specified in the CMS transmittal.

[9] If Direct Prices can be used interchangeably with WACs, when searching for three lower WACs, a third lower price can be found for this FUL. In particular, a Direct Price of $0.25170 is reported for NDC 00093083201 on April 30, 1998. This is the same NDC for which the listed WAC of $0.2369 is reported.

[10] The listed WAC was replaced with a WAC of $0.26320 on April 8, 1998. Hence although the listed WAC was only in effect for part of the current month, the underlying NDC had a WAC lower than the FUL for the entire current month.

Sources:   - American Medical Association, *AMA Downloadable Resource Table: Asthma* , ASTHMA Version 3.0 July 2007,
    &lt;www.ama-assn.org/ama1/pub/upload/mm/370/astcodingspecs307_7.xls&gt;.
- "Comprehensive Price History File," 2007 Wolters Kluwer Health (Medispan).
- Department of Health and Human Services, Health Care Financing Administration, "Federal Upper Limit (FUL) Changes to Transmittal No. 37," Current as of August 20, 2008.
- Department of Health and Human Services, Health Care Financing Administration, "Federal Upper Limit Drug Changes to Transmittal No. 36 Dated April 2000 - Effective December 7, 2000".
- Department of Health and Human Services, Health Care Financing Administration, "State Medicaid Manual: Part 6 - Payment for Services," Transmittal Nos. 45-6 Thru Rev. 13 (Reprint Date August 1989), 14 (August 1989), 15 (September 1989), 16 (March 1990), 17 (April 1990), 18 (July 1990), 19 (August 1991), 20 (March 1992), 21 (October 1992), 22 (April 1993), 23 (August 1993), 24 (October 1993), 25 (May 1994), 26 (October 1994), 27 (January 1995), 28 (May 1995), 29 (October 1995), 30 (June 1996), 31 (July 1996), 32 (November 1996), 33 (March 1997), 34 (July 1997), 35 (July 1998), 36 (April 2000), 36 (November 2000), and 37 (November 2001).
- First DataBank (Alabama Production) Data and *NDDF (National Drug Data File)™ Documentation Manual* (Rev. April 2000).
- FloridaInfusion, Nations Drug, Accessed February 6, 2009 &lt;http://www.floridainfusion.com/awps.asp?keyword=capoten&searchfield=keyword&gt;.
- Medicaid State Drug Utilization Data including "Definitions for State Drug Utilization Data Specifications", Centers for Medicare & Medicaid Services.
- Medispan Inactive Dates, 2007 Wolters Kluwer Health (Medispan).
- Red Book Advanced Data and *Red Book™ Drug Products and Pricing Developer's Guide Advanced* (January 2008).
- Rhode Island Medical Assistance Program, Provider Update Newsletter, Vol. 74, December 1998, &lt;http://www.dhs.state.ri.us/dhs/heacre/provsvcs/prvupdts/pu74.htm&gt;.
- U.S. Food and Drug Administration, Center for Drug Evaluation and Research, *Approved Drug Products with Therapeutic Equivalence Evaluations* , 11th Edition - 27th Edition.
- U.S. Food and Drug Administration, Center for Drug Evaluation and Research, *National Drug Code Directory* , &lt;http://www.fda.gov/cder/ndc/database/&gt;.

Confidential

Exhibit  5
## Summary  of Nonconformities with  Ms. Gaston's  Rule
### Federal  Upper  Limits:  1997 - 2005

|  | GCN | Description | FDB<br>FUL | Current<br>Month | Start<br>Date | End<br>Date | Nonconformity with<br>Gaston Declaration [1] |
|---|---|---|---|---|---|---|---|
|  | (a) | (b) | (c) | (d) | (e) | (f) | (g) |
|  | 005037 | Albuterol 0.09 mg/inh, Aerosol, Metered, Inhalation, 17 gm |  |  |  |  |  |
| (1) |  |  | $  0.4394 | Jun 1997 | 10/01/97 | 12/06/00 | None |
| (2) |  |  | 0.3490 | Jan 2000 | 12/07/00 | 12/07/00 | Too High |
| (3) |  |  | 0.8823 |  | 03/11/03 | 05/07/05 | None |
| (4) |  |  | 0.3088 |  | 05/08/05 | 04/09/06 | Too Low |
|  | 005039 | Albuterol Sulfate EQ 0.083% Base, Solution, Inhalation, 3 ml |  |  |  |  |  |
| (5) |  |  | 0.1990 | Jun 1997 | 10/01/97 | 12/06/00 | None |
| (6) |  |  | 0.1450 | Apr 2001 | 01/22/02 | 05/07/05 | Too High |
| (7) |  |  | 0.1150 |  | 05/08/05 |  | Too High |
|  | 048262 | Cefadroxil 500 mg, Capsule, Oral, 50 |  |  |  |  |  |
| (8) |  |  | 2.7672 | Oct 1996 | 01/01/97 | 08/31/98 | Invalid Price |
| (9) |  |  | 3.0789 | Apr 2001 | 01/22/02 | 03/10/03 | Too High |
| (10) |  |  | 2.4837 |  | 03/11/03 |  | None |
|  | 004560 | Clonazepam 0.5 mg, Tablet, Oral, 100 |  |  |  |  |  |
| (11) |  |  | 0.8702 | Jun 1997 | 10/01/97 | 08/31/98 | Too High |
| (12) |  |  | 0.4146 | Apr 1998 | 09/01/98 | 12/06/00 | Too Low |
| (13) |  |  | 0.2760 | Jan 2000 | 12/07/00 | 01/21/02 | Too High |
| (14) |  |  | 0.2455 | Apr 2001 | 01/22/02 |  | Too High |
|  | 000386 | Enalapril Maleate 20 mg, Tablet, Oral, 100 |  |  |  |  |  |
| (15) |  |  | 0.9150 |  | 08/24/03 |  | Too High |
|  | 017297 | Isosorbide MN 60 mg, Tablet, Extended Release, Oral, 100 |  |  |  |  |  |
| (16) |  |  | 0.7492 | Apr 2001 | 01/22/02 | 07/20/05 | Too Low |
| (17) |  |  | 0.2025 |  | 07/21/05 |  | Too Low |
|  | 003758 | Lorazepam 1 mg, Tablet, Oral, 100 |  |  |  |  |  |
| (18) |  |  | 0.0207 | Jan 1994 | 07/01/94 | 09/30/97 | Too High |
| (19) |  |  | 0.0203 | Jun 1997 | 10/01/97 | 02/11/98 | Too High |
| (20) |  |  | 0.6684 | Apr 1998 | 09/01/98 | 12/06/00 | Too High |
| (21) |  |  | 0.5718 | Jan 2000 | 12/07/00 |  | Too High |
|  | 005131 | Metoprolol 100 mg, Tablet, Oral, 100 |  |  |  |  |  |
| (22) |  |  | 0.1185 | Oct 1996 | 01/01/97 | 09/30/97 | Too High |
| (23) |  |  | 0.1161 | Jun 1997 | 10/01/97 | 08/31/98 | Too High |
| (24) |  |  | 0.0878 | Apr 1998 | 09/01/98 | 12/06/00 | Too High |
| (25) |  |  | 0.1290 | Jan 2000 | 12/07/00 | 01/21/02 | Too High |
| (26) |  |  | 0.0914 | Apr 2001 | 01/22/02 | 10/27/04 | Too High |
| (27) |  |  | 0.0690 |  | 10/28/04 |  | None |
|  | 011673 | Ranitidine EQ 150 mg Base, Tablet, Oral, 100 |  |  |  |  |  |
| (28) |  |  | 0.5914 |  | 09/24/98 | 09/21/99 | Too High |
| (29) |  |  | 0.3410 | Jan 2000 | 12/07/00 | 01/21/02 | Too High |
| (30) |  |  | 0.3411 | Apr 2001 | 01/22/02 | 05/07/05 | Too High |
| (31) |  |  | 0.1088 |  | 05/08/05 |  | None |

Notes:   - For information on the descriptions and dates for the FULs provided and relevant sources, see notes and sources to Exhibits 3-5 of the Addanki Report.
            - Periods where no FUL was available are not listed separately.

[1] For "Too High" see Exhibit 3; for "Too Low" see Exhibit 4; for "Invalid Price" see note 13 to Exhibit 5 of the Addanki Report.  See also Gaston Declaration, Paragraph 5.

Sources:   - Declaration of Susan E. Gaston, In re:  Pharmaceutical Industry Average Wholesale Price Litigation relating to The City of New York, et al. v. Abbott Laboratories, Inc., et al., June 15, 2009 ("Gaston Declaration").
            - Expert Report of Dr. Sumanth Addanki, In re: Pharmaceutical Industry Average Wholesale Price Litigation relating to The City of New York, et al. v. Abbott Laboratories, Inc et al., March 18, 2009 ("Addanki Report").

Confidential

**Exhibit 6**

**Share of Total Units Reimbursed by Medicaid Nationally for Clonazepam 0.5 mg Tablet (GCN 004560)[1]**

**FUL: $0.2760, Effective 12/07/00 to 01/21/02, Set Using a Package Size of 100 and Data Current as of January 2000[2]**

**1999q1 - 2001q4**

| | "TE&PS" Lower Than Candidates[3] |
| | "TE&PS" Matching Candidates[3] |

| Implied FUL[4] | Published WAC[5] | Package Size[6] | NDC | Red Book Company Name[7] | 1999q1 | 1999q2 | 1999q3 | 1999q4 | 2000q1 | 2000q2 | 2000q3 | 2000q4 | 2001q1 | 2001q2 | 2001q3 | 2001q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | (Percent) | | | | | | | |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) | (n) | (o) | (p) | (q) |
| | 0.5179 | 28 | 64019010503 | | % | % | % | % | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % | % | % | % |
| | | 30 | 00615045665 | Vangard Labs, Inc. | | | 0.0 | 0.0 | | | | | | | 0.0 | |
| | 0.5179 | 56 | 64019010506 | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| | 0.6403 | 90 | 60429052490 | Golden State Med. Supply, Inc. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | | | | | |
| 0.1397; 0.1484 | 0.0931 | 100 | 00093083201 | Teva Pharmaceuticals USA | 56.2 | 54.1 | 52.2 | 49.5 | 48.1 | 45.8 | 43.6 | 42.4 | 42.4 | 41.8 | 41.1 | 40.0 |
| 0.2003 | 0.1335 | 100 | 55953002740 | Teva Pharmaceuticals USA | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 |
| 0.2453 | 0.1635 | 100 | 55953002741 | Teva Pharmaceuticals USA | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 0.2607 | 0.1738 | 100 | 51079088120 | UDL Laboratories, Inc. | 0.3 | 0.3 | 0.3 | 0.4 | 0.3 | 0.4 | 0.3 | 0.4 | 0.5 | 0.4 | 0.4 | 0.4 |
| 0.2661 | 0.1774 | 100 | 51079088121 | UDL Laboratories, Inc. | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| 0.2760 | 0.1840 | 100 | 00378191001 | Mylan Pharmaceuticals, Inc. | 0.0 | 0.1 | 0.1 | 0.2 | 0.3 | 0.6 | 1.0 | 1.0 | 1.3 | 1.7 | 1.9 | 2.2 |
| | 0.2046 | 100 | 00228300311 | Actavis Elizabeth LLC | 16.3 | 15.8 | 16.2 | 16.2 | 16.6 | 16.8 | 17.0 | 16.7 | 16.6 | 16.8 | 16.7 | 16.7 |
| | 0.2414 | 100 | 00904534260 | Major Pharmaceuticals | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 |
| | 0.5699 | 100 | 62269035324 | Geneva Pharmaceuticals, Inc. | 2.2 | 2.5 | 2.6 | 2.4 | 1.9 | 2.0 | 1.9 | 1.9 | 1.7 | 1.6 | 1.2 | 0.7 |
| | 0.6321[8] | 100 | 00004006801 | Roche Laboratories | 7.1 | 6.5 | 5.0 | 5.0 | 4.8 | 3.8 | 3.6 | 3.6 | 3.5 | 3.4 | 3.4 | 3.3 |
| | 0.6321[9] | 100 | 00004006845 | Roche Laboratories* | 0.0 | 0.0 | 0.0 | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | 100 | 00004006850 | Roche Laboratories | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.1 | 0.0 | 0.1 | 0.1 | 0.0 | 0.0 |
| | | 100 | 00185006301 | Sandoz | 1.6 | 1.6 | 1.5 | 1.6 | 1.6 | 1.5 | 1.4 | 1.4 | 1.3 | 1.3 | 1.5 | 1.8 |
| | | 100 | 49884049501 | Par Pharmaceutical, Inc. | | 0.0 | 0.0 | 0.1 | 0.5 | 1.4 | 1.8 | 2.1 | 1.9 | 0.3 | 0.1 | 0.1 |
| | | 100 | 52544074601 | Watson Pharma, Inc.* | 1.7 | 2.0 | 3.0 | 3.9 | 4.2 | 4.8 | 5.0 | 4.6 | 4.1 | 5.3 | 5.7 | 5.5 |
| | | 100 | 62037095201 | Andrx Pharmaceuticals, Inc. | 0.6 | 0.8 | 0.8 | 0.9 | 0.8 | 0.6 | 0.6 | 0.5 | 0.5 | 0.4 | 0.3 | 0.2 |
| | | 310 | 00615045653 | Vangard Labs, Inc. | 0.1 | 0.2 | 0.3 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.1 | 0.1 | 0.2 | 0.2 |
| | | 310 | 00615045663 | Vangard Labs, Inc. | 0.3 | 0.4 | 0.3 | 0.4 | 0.3 | 0.4 | 0.3 | 0.3 | 0.1 | 0.1 | 0.1 | 0.1 |
| | 0.0885 | 500 | 00093083205 | Teva Pharmaceuticals USA | 1.0 | 1.3 | 1.9 | 2.0 | 2.3 | 2.5 | 2.7 | 2.9 | 3.0 | 3.9 | 4.4 | 4.4 |
| | 0.1268 | 500 | 55953002770 | Teva Pharmaceuticals USA | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | 0.1805 | 500 | 00228300350 | Actavis Elizabeth LLC | 5.2 | 6.3 | 6.4 | 7.2 | 7.4 | 7.2 | 7.5 | 7.7 | 8.2 | 8.7 | 8.8 | 9.4 |
| | 0.2199 | 500 | 00904534240 | Major Pharmaceuticals | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.2 | 0.1 |
| | 0.5258 | 500 | 62269035329 | Geneva Pharmaceuticals, Inc. | 0.5 | 0.7 | 0.9 | 1.2 | 1.3 | 1.4 | 1.5 | 1.6 | 1.5 | 1.6 | 1.3 | 0.7 |
| | | 500 | 00185006305 | Sandoz | 2.3 | 2.0 | 2.1 | 2.0 | 1.6 | 1.3 | 1.2 | 1.4 | 1.3 | 1.3 | 1.4 | 2.1 |
| | | 500 | 52544074605 | Watson Pharma, Inc.* | 0.1 | 0.3 | 0.5 | 0.6 | 0.7 | 1.4 | 1.7 | 1.8 | 1.9 | 2.0 | 2.4 | 2.6 |
| | | 500 | 62037095205 | Andrx Pharmaceuticals, Inc. | 1.8 | 2.2 | 2.4 | 2.4 | 2.4 | 2.8 | 3.1 | 3.2 | 3.2 | 2.1 | 1.6 | 1.9 |
| | | 750 | 63739026301 | McKesson Packaging Services | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 |
| | | 750 | 63739026303 | McKesson Packaging Services | | | | | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| | 0.0838 | 1,000 | 00093083210 | Teva Pharmaceuticals USA | 0.8 | 1.4 | 1.7 | 2.0 | 2.3 | 2.6 | 2.7 | 3.0 | 3.3 | 3.4 | 3.2 | 3.1 |
| | 0.1202 | 1,000 | 55953002780 | Teva Pharmaceuticals USA | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | 0.1750 | 1,000 | 00378191010 | Mylan Pharmaceuticals, Inc. | 0.0 | 0.0 | 0.0 | 0.2 | 0.4 | 0.7 | 1.1 | 1.3 | 1.7 | 1.9 | 2.2 | 2.7 |
| | | 1,000 | 00185006310 | Sandoz | 1.6 | 1.3 | 1.5 | 1.5 | 1.5 | 1.5 | 1.4 | 1.5 | 1.5 | 1.5 | 1.5 | 1.6 |
| | | 1,000 | 00615045643 | Vangard Labs, Inc. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | | | |
| | | | | **Total:** | **100.0 %** | **100.0 %** | **100.0 %** | **100.0 %** | **100.0 %** | **100.0 %** | **100.0 %** | **100.0 %** | **100.0 %** | **100.0 %** | **100.0 %** | **100.0 %** |

Notes: - Shares are displayed rounded to one decimal. Hence, values of "0.0" correspond to NDCs for which the quarterly share was less than 0.05 percent. Missing values correspond to quarters for which Medicaid reimbursement was not reported in the CMS data

Confidential

**Exhibit 6**

**Share of Total Units Reimbursed by Medicaid Nationally for Clonazepam 0.5 mg Tablet (GCN 004560)[1]**

**FUL: $0.2760, Effective 12/07/00 to 01/21/02, Set Using a Package Size of 100 and Data Current as of January 2000[2]**

**1999q1 - 2001q4**

for the specified NDC.

- Table includes all NDCs identified as belonging to the GCN (see Note 1) for which Medicaid reimbursement was reported by CMS for the selected period.

[1] Shares are calculated as the total units reimbursed nationally by Medicaid for the specified NDC relative to the total units reimbursed across all NDCs identified as belonging to the GCN. NDCs identified as belonging to the GCN include: (1) products explicitly identified by the First DataBank ("FDB") variable "GCN Sequence Number" as belonging to the GCN; (2) any similarly described products (based on name, strength, and dosage form) not listed in FDB that appear in Medispan or Red Book and not exclusively in another GCN in FDB at the NDC-9 level. Finally, following a review of online sources for NDCs that do not appear in FDB at the NDC-11 or NDC-9 level (355 NDCs in total, across all 9 GCNs), seven NDCs were dropped from the analysis (52493084701, 52493084717, 54977069501, 54977070601, 57362011601, 63874074917, and 51655027924), as either they were described as albuterol inhaler refills and not as albuterol inhalers or discrepancies in their descriptions were resolved such that they were confirmed to be outside the GCN.

[2] The FUL, the month during which data used to set the FUL was current (i.e., the "current month"), the package size used to set the FUL, and the beginning of the FUL effective period are based on data reported in the CMS transmittals. The end of the FUL effective period is based on data reported in FDB and Red Book.

[3] Lower than and matching candidates are based on published compendia prices tabulated in Exhibits 3 and 5, respectively, of the Report of Dr. Sumanth Addanki. Selected candidates correspond to the narrowest set of requirements (i.e., therapeutical equivalence and package size) for which published compendia prices were identified in Exhibits 3 and 5. Records for which multiple NDCs are identified correspond to instances where lower than or matching candidates with reimbursement during the relevant period are reported for two or more NDCs corresponding to the same product, as occurs when the NDC for a product changes.

[4] The implied FUL is calculated by multiplying the published compendia price by 1.5 and rounding to four decimals. The implied FUL is only populated for NDCs identified as matching or lower than candidates.

[5] The "Published WAC", which is displayed rounded to four decimals, is based on compendia WACs reported by Medispan, FDB, and Red Book. Unless noted otherwise, WACs must be active (i.e., the price has not been deactivated by obsolescence, a subsequent price posting, or otherwise) for the entire current month. NDCs with multiple WACs listed correspond to products for which different WACs were reported by the compendia. NDCs with a missing WAC correspond to products for which there was no active WAC at any point during the current month. Obsolescence, generally, is determined with reference to the FDB "HCFA Termination Date", the FDB "Obsolete Date", the Medispan "Inactive Date", and the Red Book "NDC Discontinuation Date" (collectively, the "end dates"). WACs are only analyzed during the period prior to the earliest of the four end dates. However, any postings on or after the earliest end date are treated as a reactivation of the NDC and such postings are analyzed until the next end date. Postings after the second, third, or fourth end date are treated in the same manner. Similarly, the Red Book "Reactivation Date" can reactivate the most recent set of active prices for an NDC, assuming the date falls on or after the discontinuation date and the NDC is not already currently active. Finally, 33 NDCs among all nine GCNs, for which the FDB Obsolete Date exhibited stark inconsistencies across annual files, were examined separately, using price posting activity and CMS reimbursement.

[6] The package size is based on the FDB variable "Package Size". If unavailable, the package size is based on the most common value observed across the Medispan implied package size (the mean ratio between the package and unit prices, rounded to one decimal) and the Red Book variables "Total Quantity - Actual" and "Standard Quantity - Actual".

[7] Company names with an asterisk correspond to NDCs for which Red Book data are unavailable. In such instances the company name is based on NDCs with the same labeler code.

[8] The specified WAC was only active for part of the current month. A WAC of $0.61660 was posted by all three pricing compendia on January 14, 1998 and was replaced with a WAC of $0.63210 on January 19, 2000.

[9] The specified WAC was only active for part of the current month. A WAC of $0.61660 was posted by FDB on January 14, 1998 and was replaced with a WAC of $0.63210 on January 19, 2000.

Sources:  - American Medical Association, *AMA Downloadable Resource Table: Asthma*, ASTHMA Version 3.0 July 2007, <http://www.ama-assn.org/ama1/pub/upload/mm/370/astcodingspecs307_7.xls>.
- "Comprehensive Price History File," 2007 Wolters Kluwer Health (Medispan).
- Department of Health and Human Services, Health Care Financing Administration, "State Medicaid Manual: Part 6 - Payment for Services," Transmittal No. 36 (November 2000).
- First DataBank (Alabama Production) Data and *NDDF (National Drug Data File)™ Documentation Manual* (Rev. April 2000).
- FloridaInfusion, Nations Drug, Accessed February 6, 2008 <http://www.floridainfusion.com/awps.asp?keyword=capoten&searchfield=keyword>.
- Medicaid State Drug Utilization Data including "Definitions for State Drug Utilization Data Specifications", Centers for Medicare & Medicaid Services.
- Medispan Inactive Dates, 2007 Wolters Kluwer Health (Medispan).
- Red Book Advanced Data and *Red Book™ Drug Products and Pricing Developer's Guide Advanced* (January 2008).
- U.S. Food and Drug Administration, Center for Drug Evaluation and Research, *Approved Drug Products with Therapeutic Equivalence Evaluations*, 11th Edition - 27th Edition.
- U.S. Food and Drug Administration, Center for Drug Evaluation and Research, *National Drug Code Directory*, <http://www.fda.gov/cder/ndc/database/>.

Confidential

**Exhibit 7**
**Share of Total Units Reimbursed by Medicaid Nationally for Clonazepam 0.5 mg Tablet (GCN 004560)[1]**
**FUL: $0.2455, Effective 01/22/02 to at Least 06/09/08, Set Using a Package Size of 100 and Data Current as of April 2001[2]**
**2000q1 - 2002q4**

"TE&PS" Lower Than Candidates[3]
"TE&PS" Matching Candidates[3]

| Implied FUL[4] | Published WAC[5] | Package Size[6] | NDC | Red Book Company Name[7] | 2000q1 | 2000q2 | 2000q3 | 2000q4 | 2001q1 | 2001q2 | 2001q3 | 2001q4 | 2002q1 | 2002q2 | 2002q3 | 2002q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) | (n) | (o) | (p) | (q) |
| | | | | | ------(Percent)------ | | | | | | | | | | | |
| | 0.5179 | 28 | 64019010503 | | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % | % | % | % | % | % | % | % |
| | | 30 | 00615046565 | Vanguard Labs, Inc. | | | | | | | 0.0 | | | 0.0 | | |
| | 0.5179 | 56 | 64019010506 | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | | | |
| | 0.2111; 0.6403 | 90 | 60429052490 | Golden State Med. Supply, Inc. | 0.0 | | | | | | | | | | | |
| 0.1199 | 0.0799 | 100 | 00904534260 | Major Pharmaceuticals | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 0.1397; 0.1484 | 0.0931 | 100 | 00093083201 | Teva Pharmaceuticals USA | 48.1 | 45.8 | 43.6 | 42.4 | 42.4 | 41.8 | 41.1 | 40.0 | 38.6 | 36.9 | 35.7 | 35.4 |
| | 0.1335 ˣ | 100 | 55953002740 | Teva Pharmaceuticals USA | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 0.2453 | 0.1635 | 100 | 55953002741 | Teva Pharmaceuticals USA | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| 0.2456 | 0.1637 | 100 | 00228300311 | Actavis Elizabeth LLC | 16.6 | 16.8 | 17.0 | 16.7 | 16.6 | 16.8 | 16.7 | 16.7 | 16.8 | 17.2 | 16.7 | 11.3 |
| | 0.1738 | 100 | 51079088120 | UDL Laboratories, Inc. | 0.3 | 0.4 | 0.3 | 0.4 | 0.5 | 0.4 | 0.4 | 0.4 | 0.4 | 0.4 | 0.3 | 0.4 |
| | 0.1774 | 100 | 51079088121 | UDL Laboratories, Inc. | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| | 0.1840 | 100 | 00378191001 | Mylan Pharmaceuticals, Inc. | 0.3 | 0.6 | 1.0 | 1.0 | 1.3 | 1.7 | 1.9 | 2.2 | 2.7 | 3.3 | 3.2 | 3.1 |
| | 0.1841 | 100 | 49884049501 | Par Pharmaceutical, Inc. | 0.5 | 1.4 | 1.8 | 2.1 | 1.9 | 0.3 | 0.1 | 0.1 | 0.0 | 0.1 | 0.0 | 0.1 |
| | 0.2018 | 100 | 00591074601 | Watson Labs | | | | | | | | | 0.1 | 2.1 | 4.1 | 4.1 |
| | 0.7064 | 100 | 00004006801 | Roche Laboratories | 4.8 | 3.8 | 3.6 | 3.6 | 3.5 | 3.4 | 3.4 | 3.3 | 2.8 | 2.7 | 2.6 | 1.9 |
| | 0.7064 | 100 | 00004006845 | Roche Laboratories* | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | |
| | | 100 | 00004006850 | Roche Laboratories* | 0.1 | 0.0 | 0.1 | 0.0 | 0.0 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | | |
| | | 100 | 00185006301 | Sandoz | 1.6 | 1.5 | 1.4 | 1.4 | 1.3 | 1.3 | 1.5 | 1.8 | 1.7 | 1.7 | 1.5 | 2.3 |
| | | 100 | 52544074601 | Watson Pharma, Inc.* | 4.2 | 4.8 | 5.0 | 4.6 | 4.1 | 5.3 | 5.7 | 5.5 | 5.9 | 3.3 | 1.6 | 0.6 |
| | | 100 | 57664027308 | Caraco Pharm. Labs., Ltd. | | | | | | | | | 0.0 | 0.1 | 0.1 | 0.2 |
| | | 100 | 62037095201 | Andrx Pharmaceuticals, Inc. | 0.8 | 0.6 | 0.6 | 0.5 | 0.5 | 0.4 | 0.3 | 0.2 | 0.3 | 0.3 | 0.2 | 0.2 |
| | | 100 | 62269035324 | Geneva Pharmaceuticals, Inc. | 1.9 | 2.0 | 1.9 | 1.9 | 1.7 | 1.6 | 1.2 | 0.7 | 0.5 | 0.3 | 0.2 | 0.1 |
| | | 310 | 00615045653 | Vanguard Labs, Inc. | 0.2 | 0.2 | 0.3 | 0.3 | 0.1 | 0.1 | 0.2 | 0.1 | 0.0 | 0.1 | 0.0 | 0.1 |
| | | 310 | 00615045662 | Vanguard Labs, Inc. | 0.3 | 0.4 | 0.3 | 0.3 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| | 0.0660 | 500 | 00904534240 | Major Pharmaceuticals | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 |
| | 0.0885 | 500 | 00093083205 | Teva Pharmaceuticals USA | 2.3 | 2.5 | 2.7 | 2.9 | 3.0 | 3.9 | 4.4 | 4.4 | 4.3 | 4.2 | 4.3 | 5.0 |
| | 0.1268 ᵛ | 500 | 55953002770 | Teva Pharmaceuticals USA | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | 0.1637 | 500 | 00228300350 | Actavis Elizabeth LLC | 7.4 | 7.2 | 7.5 | 7.7 | 8.2 | 8.7 | 8.8 | 9.4 | 9.4 | 9.7 | 10.3 | 15.5 |
| | 0.1917 | 500 | 00591074605 | Watson Labs | | | | | | | | | | 0.4 | 1.8 | 2.4 |
| | 0.1917 | 500 | 52544074605 | Watson Pharma, Inc.* | 0.7 | 1.4 | 1.7 | 1.8 | 1.9 | 2.0 | 2.4 | 2.6 | 2.9 | 3.0 | 2.2 | 1.3 |
| | 0.5258 | 500 | 62269035329 | Geneva Pharmaceuticals, Inc. | 1.3 | 1.4 | 1.5 | 1.6 | 1.5 | 1.6 | 1.3 | 0.7 | 0.5 | 0.3 | 0.3 | 0.2 |
| | | 500 | 00185006305 | Sandoz | 1.6 | 1.3 | 1.2 | 1.4 | 1.4 | 1.3 | 1.3 | 1.4 | 2.1 | 2.4 | 2.2 | 2.3 |
| | | 500 | 57664027313 | Caraco Pharm. Labs., Ltd. | | | | | | | | | 0.0 | 0.1 | 0.4 | |
| | | 500 | 62037095205 | Andrx Pharmaceuticals, Inc. | 2.4 | 2.8 | 3.1 | 3.2 | 3.2 | 2.1 | 1.6 | 1.9 | 1.9 | 2.1 | 2.0 | 1.3 |
| | | 750 | 63739026301 | McKesson Packaging Services | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| | | 750 | 63739026303 | McKesson Packaging Services | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 |
| | 0.0838 | 1,000 | 00093083210 | Teva Pharmaceuticals USA | 2.3 | 2.6 | 2.7 | 3.0 | 3.3 | 3.4 | 3.2 | 3.1 | 3.1 | 3.2 | 3.7 | 3.9 |
| | 0.1202 | 1,000 | 55953002780 | Teva Pharmaceuticals USA | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | 0.1750 | 1,000 | 00378191010 | Mylan Pharmaceuticals, Inc. | 0.4 | 0.7 | 1.1 | 1.3 | 1.7 | 1.9 | 2.2 | 2.7 | 3.3 | 4.1 | 4.4 | 4.1 |
| | | 1,000 | 00185006310 | Sandoz | 1.5 | 1.5 | 1.4 | 1.5 | 1.5 | 1.5 | 1.5 | 1.6 | 1.7 | 1.8 | 1.9 | 2.1 |
| | | 1,000 | 00615045643 | Vanguard Labs, Inc. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | | | |
| | | 1,000 | 57664027318 | Caraco Pharm. Labs., Ltd. | | | | | | | | | | 0.0 | 0.3 | 0.8 |
| | | | | **Total:** | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |

Confidential

**Exhibit 7**

**Share of Total Units Reimbursed by Medicaid Nationally for Clonazepam 0.5 mg Tablet (GCN 004560)[1]**

**FUL: $0.2455, Effective 01/22/02 to at Least 06/09/08, Set Using a Package Size of 100 and Data Current as of April 2001[2]**

**2000q1 - 2002q4**

Notes: - Shares are displayed rounded to one decimal. Hence, values of "0.0" correspond to NDCs for which the quarterly share was less than 0.05 percent. Missing values correspond to quarters for which Medicaid reimbursement was not reported in the CMS data for the specified NDC.
- Table includes all NDCs identified as belonging to the GCN (see Note 1) for which Medicaid reimbursement was reported by CMS for the selected period.

[1] Shares are calculated as the total units reimbursed nationally by Medicaid for the specified NDC relative to the total units reimbursed across all NDCs identified as belonging to the GCN. NDCs identified as belonging to the GCN include: (1) products explicitly identified by the First DataBank ("FDB") variable "GCN Sequence Number" as belonging to the GCN; (2) any similarly described products (based on name, strength, and dosage form) not listed in FDB that appear in Medispan or Red Book and not exclusively in another GCN in FDB at the NDC-9 level. Finally, following a review of online sources for NDCs that do not appear in FDB at the NDC-11 or NDC-9 level (355 NDCs in total, across all 9 GCNs), seven NDCs were dropped from the analysis (52493084701, 52493084717, 54977069501, 54977070601, 57362011601, 63874074917, and 51655027924), as either they were described as albuterol inhaler refills and not as albuterol inhalers or discrepancies in their descriptions were resolved such that they were considered to be outside the GCN.

[2] The FUL, the month during which data used to set the FUL was current (i.e., the "current month"), the package size used to set the FUL, and the beginning of the FUL effective period are based on data reported in the CMS transmittals. The end of the FUL effective period is based on data reported in FDB and Red Book.

[3] Lower than and matching candidates are based on published compendia prices tabulated in Exhibits 3 and 5, respectively, of the Report of Dr. Sumanth Addanki. Selected candidates correspond to the narrowest set of requirements (i.e., therapeutical equivalence and package size) for which published compendia prices were identified in Exhibits 3 and 5. Records for which multiple NDCs are identified correspond to instances where lower than or matching candidates with reimbursement during the relevant period are reported for two or more NDCs corresponding to the same product, as occurs when the NDC for a product changes.

[4] The implied FUL is calculated by multiplying the published compendia price by 1.5 and rounding to four decimals. The implied FUL is only populated for NDCs identified as matching or lower than candidates.

[5] The "Published WAC", which is displayed rounded to four decimals, is based on compendia WACs reported by Medispan, FDB, and Red Book. Unless noted otherwise, WACs must be active (i.e., the price has not been deactivated by obsolescence, a subsequent price posting, or otherwise) for the entire current month. NDCs with multiple WACs listed correspond to products for which different WACs were reported by the compendia. NDCs with a missing WAC correspond to products for which there was no active WAC at any point during the current month. Obsolescence, generally, is determined with reference to the FDB "Obsolete Date", the FDB "HCFA Termination Date", the Medispan "Inactive Date", and the Red Book "NDC Discontinuation Date" (collectively, the "end dates"). WACs are only analyzed during the period prior to the earliest of the four end dates. However, any postings on or after the earliest end date are treated as a reactivation of the NDC and such postings are analyzed until the next end date. Postings after the second, third, or fourth end date are treated in the same manner. Similarly, the Red Book "Reactivation Date" can reactivate the most recent set of active prices for an NDC, assuming the date falls on or after the discontinuation date and the NDC is not already currently active. Finally, 33 NDCs among all nine GCNs, for which the FDB Obsolete Date exhibited stark inconsistencies across annual files, were examined separately, using price posting activity and CMS reimbursement.

[6] The package size is based on the FDB variable "Package Size". If unavailable, the package size is based on the most common value observed across the Medispan implied package size (the mean ratio between the package and unit prices, rounded to one decimal) and the Red Book variables "Total Quantity - Actual" and "Standard Quantity - Actual".

[7] Company names with an asterisk correspond to NDCs for which Red Book data are unavailable. In such instances the company name is based on NDCs with the same labeler code.

[8] The specified WAC was only active for part of the current month, as the NDC was declared inactive by Medispan and obsolete by FDB on April 4, 2001, and reported as discontinued by Red Book on April 9, 2001.

[9] The specified WAC was only active for part of the current month, as the NDC was reported as discontinued by Red Book on April 30, 2001.

Sources: - American Medical Association, *AMA Downloadable Resource Table: Asthma*, ASTHMA Version 3.0 July 2007, <http://www.ama-assn.org/ama1/pub/upload/mm/370/astcodingspecs307_7.xls>.
- "Comprehensive Price History File," 2007 Wolters Kluwer Health (Medispan).
- Department of Health and Human Services, Health Care Financing Administration, "State Medicaid Manual: Part 6 - Payment for Services," Transmittal No. 37 (November 2001).
- First DataBank (Alabama Production) Data and *NDDF (National Drug Data File)™ Documentation Manual* (Rev. April 2000).
- FloridaInfusion, Nations Drug, Accessed February 6, 2009 <http://www.floridainfusion.com/awps.asp?keyword=capoten&searchfield=keyword>.
- Medicaid State Drug Utilization Data including "Definitions for State Drug Utilization Data Specifications," Centers for Medicare & Medicaid Services.
- Medispan Inactive Dates, 2007 Wolters Kluwer Health (Medispan).
- Red Book Advanced Data and *Red Book™ Drug Products and Pricing Developer's Guide Advanced* (January 2008).
- U.S. Food and Drug Administration, Center for Drug Evaluation and Research, *Approved Drug Products with Therapeutic Equivalence Evaluations*, 11th Edition - 27th Edition.
- U.S. Food and Drug Administration, Center for Drug Evaluation and Research, *National Drug Code Directory*, <http://www.fda.gov/cder/ndc/database/>.

Confidential

**Exhibit 8**

**Share of Total Units Reimbursed by Medicaid Nationally for Metoprolol 100 mg Tablet (GCN 005131)[1]**

**FUL: $0.0914, Effective 01/22/02 to 10/27/04, Set Using a Package Size of 100 and Data Current as of April 2001[2]**

**2000q1 - 2002q4**

Legend: ▨ "TE&PS" Lower Than Candidates[3]  ▧ "TE&PS" Matching Candidates[3]

| Implied FUL[4] | Published WAC[5] | Package Size[6] | NDC | Red Book Company Name[7] | 2000q1 | 2000q2 | 2000q3 | 2000q4 | 2001q1 | 2001q2 | 2001q3 | 2001q4 | 2002q1 | 2002q2 | 2002q3 | 2002q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) | (n) | (o) | (p) | (q) |
| | | | | | | | | | | (Percent) | | | | | | |
| | 0.1576 | 25 | 51079080219 | UDL Laboratories, Inc. | % | 0.0 % | 0.0 % | % | % | % | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % |
| 0.0690 | 0.0460 | 100 | 00591046301 | Watson Labs | | | | | | | | | | 0.3 | 0.8 | 1.0 |
| 0.0816 | 0.0544 | 100 | 00781122801 | Sandoz | 8.9 | 9.1 | 9.2 | 8.7 | 9.3 | 9.5 | 8.7 | 6.6 | 4.0 | 2.8 | 2.1 | 1.9 |
| 0.0816 | 0.0544 | 100 | 00781137201 | Geneva Pharmaceuticals, Inc. | 6.6 | 5.3 | 4.2 | 3.9 | 3.3 | 2.3 | 1.9 | 1.6 | 1.2 | 1.0 | 0.4 | 0.1 |
| 0.0854 | 0.0569 | 100 | 57664016708 | Caraco Pharm. Labs., Ltd. | 0.8 | 1.0 | 1.1 | 1.0 | 0.9 | 0.9 | 1.2 | 1.5 | 2.0 | 2.6 | 3.0 | 3.6 |
| 0.0914 | 0.0609 | 100 | 53489036701 | Mutual Pharm. Co., Inc. | 2.1 | 2.0 | 2.4 | 2.4 | 2.3 | 2.3 | 2.5 | 2.6 | 2.7 | 2.6 | 2.7 | 2.8 |
| | 0.0618 | 100 | 00904794760 | Major Pharmaceuticals | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| | 0.0725 | 100 | 00378004701 | Mylan Pharmaceuticals, Inc. | 23.9 | 24.5 | 24.8 | 25.7 | 25.9 | 25.9 | 26.1 | 26.9 | 28.0 | 28.0 | 27.0 | 25.9 |
| 0.0914 | 0.0609; 0.0860 | 100 | 00677148301 | United Research Labs, Inc. | 0.8 | 0.7 | 0.7 | 0.7 | 0.6 | 0.6 | 0.6 | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 |
| | 0.0988 [8] | 100 | 00093073401 | Teva Pharmaceuticals USA | 4.5 | 4.4 | 3.9 | 3.7 | 4.5 | 4.6 | 4.9 | 7.1 | 11.7 | 13.3 | 14.8 | 15.7 |
| | 0.1133 | 100 | 51079080220 | UDL Laboratories, Inc. | 0.7 | 1.0 | 1.0 | 1.0 | 0.9 | 1.0 | 1.0 | 1.1 | 1.2 | 1.1 | 1.1 | 1.2 |
| | 0.1213 | 100 | 57480080301 | Medirex, Inc. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | |
| | 0.1560 [9] | 100 | 55953073440 | Teva Pharmaceuticals USA | 4.2 | 4.3 | 4.0 | 3.6 | 2.6 | 2.1 | 1.6 | 1.3 | 0.9 | 0.7 | 0.6 | 0.5 |
| | 0.1695 | 100 | 00904777361 | Major Pharmaceuticals | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.1 | 0.1 | 0.0 | 0.0 |
| | 0.3180; 0.3562 | 100 | 00781122813 | Geneva Pharmaceuticals, Inc. | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 | 0.0 |
| | 0.5232 | 100 | 59772369302 | Geneva Pharmaceuticals, Inc. | 6.2 | 6.2 | 6.4 | 6.3 | 6.0 | 6.3 | 6.6 | 5.2 | 2.1 | 1.4 | 1.1 | 0.8 |
| | 0.9605 | 100 | 00028007101 | Novartis Pharm | 2.4 | 2.1 | 1.9 | 1.8 | 1.7 | 1.7 | 1.6 | 1.5 | 1.3 | 1.2 | 1.1 | 0.9 |
| | 1.0081 | 100 | 00028007161 | Novartis Pharm | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | 100 | 00028007165 | Novartis Pharm | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| | | 100 | 00047095524 | Warner Chilcott, Gen Prods Div | 0.0 | | | | | | | | | | | |
| | | 100 | 00182196701 | Ivax Pharmaceuticals, Inc. | 0.1 | 0.0 | | 0.0 | 0.0 | | | | | | | |
| | | 100 | 00182198801 | Ivax Pharmaceuticals, Inc. | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | | | | |
| | | 100 | 00228255510 | Purepac Pharmaceutical Co. | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | | | | |
| | | 100 | 00364256101 | Schein Pharmaceutical, Inc. | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | | | | 0.0 | 0.0 |
| | | 100 | 00536560501 | Rugby Laboratories, Inc. | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| | | 100 | 00536563901 | Rugby Laboratories, Inc. | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | |
| | | 100 | 00603462821 | Qualitest Pharmaceuticals | 0.4 | 0.4 | 0.3 | 0.3 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 |
| | | 100 | 00781137213 | Geneva Pharmaceuticals, Inc. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | | | | | |
| | | 100 | 00904777360 | Major Pharmaceuticals | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 |
| | | 100 | 00904782160 | Major Pharmaceuticals | 0.0 | 0.0 | 0.0 | | | | | | 0.0 | 0.0 | 0.0 | 0.0 |
| | | 100 | 49884041301 | Par Pharmaceutical, Inc. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | | |
| | | 100 | 50111085601 | Sidmak Laboratories Inc. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 |
| | | 100 | 50752030905 | Geneva Pharmaceuticals, Inc. | | | 0.0 | 0.0 | | 0.0 | | | | | | |
| | | 100 | 52544046301 | Watson Pharma, Inc.* | 1.1 | 1.3 | 1.5 | 1.6 | 1.5 | 1.7 | 1.8 | 1.6 | 1.4 | 1.2 | 0.8 | 0.5 |
| | | 100 | 52555050001 | Martec Pharmaceutical, Inc. | 0.0 | 0.0 | | | | | | | | | | |
| | | 100 | 62939222101 | Brightstone Pharma Inc. | 0.0 | 0.0 | | | | | | | | | | |
| | | 100 | 64376050301 | Boca Pharmacal, Inc. | 0.0 | 0.0 | | 0.0 | 0.0 | | | 0.0 | 0.0 | | | 0.0 |
| | | 310 | 00615355353 | Vangard Labs, Inc. | | | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | 310 | 00615355363 | Vangard Labs, Inc. | | | | | | | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | 500 | 00228255550 | Purepac Pharmaceutical Co. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | 500 | 55953073470 | Teva Pharmaceuticals USA | 0.6 | 0.5 | 0.5 | 0.6 | 0.4 | 0.3 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| | | 750 | 63739017401 | McKesson Packaging Services | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | |
| | | 750 | 63739017403 | McKesson Packaging Services | | | | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.3 | 0.0 | |

Confidential

**Exhibit 8**

**Share of Total Units Reimbursed by Medicaid Nationally for Metoprolol 100 mg Tablet (GCN 005131)[1]**

**FUL: $0.0914, Effective 01/22/02 to 10/27/04, Set Using a Package Size of 100 and Data Current as of April 2001[2]**

**2000q1 - 2002q4**

<span style="background-color:yellow">"TE&PS" Lower Than Candidates[3]</span>

<span style="background-color:lightblue">"TE&PS" Matching Candidates[3]</span>

| Implied FUL[4] | Published WAC[5] | Package Size[6] | NDC | Red Book Company Name[7] | 2000q1 | 2000q2 | 2000q3 | 2000q4 | 2001q1 | 2001q2 | 2001q3 | 2001q4 | 2002q1 | 2002q2 | 2002q3 | 2002q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) | (n) | (o) | (p) | (q) |
| | | | | | | | | | | | (Percent) | | | | | |
| | 0.0394 | 1,000 | 00591046310 | Watson Labs | | | | | | | | | | 0.0 | 0.4 | 0.5 |
| | 0.0474 | 1,000 | 00781122810 | Sandoz | 5.3 | 5.7 | 6.2 | 6.7 | 7.7 | 8.5 | 8.2 | 5.4 | 3.6 | 2.6 | 2.2 | 1.6 |
| | 0.0474 | 1,000 | 00781137210 | Geneva Pharmaceuticals Inc. | 1.1 | 0.7 | 0.7 | 0.6 | 0.6 | 0.4 | 0.3 | 0.2 | 0.1 | 0.1 | 0.0 | 0.0 |
| | 0.0499 | 1,000 | 57664016718 | Caraco Pharm. Labs., Ltd. | 2.1 | 2.6 | 2.7 | 2.7 | 2.5 | 2.8 | 3.2 | 4.4 | 5.9 | 7.2 | 8.5 | 10.2 |
| | 0.0520 | 1,000 | 00904794780 | Major Pharmaceuticals | 0.2 | 0.2 | 0.3 | 0.2 | 0.2 | 0.1 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 |
| | 0.0535 | 1,000 | 53489036710 | Mutual Pharm. Co., Inc. | 1.1 | 1.1 | 1.2 | 1.2 | 1.3 | 1.4 | 1.5 | 1.6 | 1.7 | 1.6 | 1.5 | 1.6 |
| | 0.0625 | 1,000 | 00378004710 | Mylan Pharmaceuticals, Inc. | 6.9 | 8.7 | 10.0 | 10.6 | 10.9 | 11.4 | 12.2 | 13.0 | 13.9 | 14.3 | 14.5 | 13.3 |
| | 0.0535; 0.0791 | 1,000 | 00677148310 | United Research Labs, Inc. | 0.3 | 0.3 | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.3 | 0.3 | 0.3 | 0.4 |
| | 0.0938 [10] | 1,000 | 00093073410 | Teva Pharmaceuticals USA | 8.7 | 8.2 | 8.3 | 8.3 | 8.7 | 8.8 | 9.2 | 11.3 | 12.5 | 12.6 | 13.0 | 13.9 |
| | 0.5178 | 1,000 | 59772369305 | Geneva Pharmaceuticals, Inc. | 4.4 | 2.6 | 1.7 | 1.7 | 1.9 | 2.1 | 1.9 | 2.0 | 1.6 | 1.1 | 0.9 | 0.6 |
| | 0.9507 | 1,000 | 00028007110 | Novartis Pharm | 0.1 | 0.1 | 0.1 | 0.0 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 | 0.0 |
| | | 1,000 | 00182196710 | Ivax Pharmaceuticals, Inc. | | | 0.0 | | | | | | | | | |
| | | 1,000 | 00182198810 | Ivax Pharmaceuticals, Inc. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | 0.0 |
| | | 1,000 | 00228255596 | Purepac Pharmaceutical Co. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | | |
| | | 1,000 | 00364256102 | Schein Pharmaceutical, Inc. | 0.0 | 0.0 | | | | | | | | 0.0 | | |
| | | 1,000 | 00603462832 | Qualitest Pharmaceuticals | 0.2 | 0.2 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 |
| | | 1,000 | 00904777380 | Major Pharmaceuticals | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | 0.0 |
| | | 1,000 | 00904782180 | Major Pharmaceuticals | 0.0 | | | | | | | | | 0.0 | | |
| | | 1,000 | 49884041310 | Par Pharmaceutical, Inc. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | | | | |
| | | 1,000 | 50111085603 | Sidmak Laboratories Inc. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | | | |
| | | 1,000 | 52544046310 | Watson Pharma, Inc.* | 0.9 | 1.0 | 1.1 | 1.3 | 1.4 | 1.4 | 1.5 | 1.3 | 1.3 | 1.3 | 0.8 | 0.7 |
| | | 1,000 | 55953073480 | Teva Pharmaceuticals USA | 4.5 | 4.7 | 4.5 | 4.0 | 3.1 | 2.4 | 1.8 | 1.2 | 0.8 | 0.7 | 0.6 | 0.5 |
| | | 1,000 | 64376050310 | Boca Pharmacal, Inc. | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | | | **Total:** | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |

Notes:  - Shares are displayed rounded to one decimal. Hence, values of "0.0" correspond to NDCs for which the quarterly share was less than 0.05 percent. Missing values correspond to quarters for which Medicaid reimbursement was not reported in the CMS data for the specified NDC.

- Table includes all NDCs identified as belonging to the GCN (see Note 1) for which Medicaid reimbursement was reported by CMS for the selected period.

[1] Shares are calculated as the total units reimbursed nationally by Medicaid for the specified NDC relative to the total units reimbursed across all NDCs identified as belonging to the GCN. NDCs identified as belonging to the GCN include: (1) products explicitly identified by the First DataBank ("FDB") variable "GCN Sequence Number" as belonging to the GCN; (2) any similarly described products (based on name, strength, and dosage form) not listed in FDB that appear in Medispan or Red Book and not exclusively in another GCN in FDB at the NDC-9 level. Finally, following a review of online sources for NDCs that do not appear in FDB at the NDC-11 or NDC-9 level (355 NDCs in total, across all 9 GCNs), seven NDCs were dropped from the analysis (52493084701, 52493084717, 54977069501, 54977070601, 57362011601, 63874074917, and 51655027924), as either they were described as albuterol inhaler refills and not as albuterol inhalers or discrepancies in their descriptions were resolved such that they were confirmed to be outside the GCN.

[2] The FUL, the month during which data used to set the FUL was current (i.e., the "current month"), the package size used to set the FUL, and the beginning of the FUL effective period are based on data reported in the CMS transmittals. The end of the FUL effective period is based on data reported in FDB and Red Book.

[3] Lower than and matching candidates are based on published compendia prices tabulated in Exhibits 3 and 5, respectively, of the Report of Dr. Sumanth Addanki. Selected candidates correspond to the narrowest set of requirements (i.e., therapeutical equivalence and package size) for which published compendia prices were identified in Exhibits 3 and 5. Records for which multiple NDCs are identified correspond to instances where lower than or matching candidates with reimbursement during the relevant period are reported for two or more NDCs corresponding to the same product, as occurs when the NDC for a product changes.

[4] The implied FUL is calculated by multiplying the published compendia price by 1.5 and rounding to four decimals. The implied FUL is only populated for NDCs that are matching or lower than candidates.

[5] The "Published WAC", which is displayed rounded to four decimals, is based on compendia WACs reported by Medispan, FDB, and Red Book. Unless noted otherwise, WACs must be active (i.e., the price has not been deactivated by obsolescence,

Confidential

**Exhibit 8**

**Share of Total Units Reimbursed by Medicaid Nationally for Metoprolol 100 mg Tablet (GCN 005131)[1]**

**FUL: $0.0914, Effective 01/22/02 to 10/27/04, Set Using a Package Size of 100 and Data Current as of April 2001[2]**

**2000q1 - 2002q4**



| Implied FUL[4] | Published WAC[5] | Package Size[6] | NDC | Red Book Company Name[7] | 2000q1 | 2000q2 | 2000q3 | 2000q4 | 2001q1 | 2001q2 | 2001q3 | 2001q4 | 2002q1 | 2002q2 | 2002q3 | 2002q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | -----(Percent)----- | | | | |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) | (n) | (o) | (p) | (q) |

a subsequent price posting, or otherwise) for the entire current month.  NDCs with multiple WACs listed correspond to products for which different WACs were reported by the compendia.  NDCs with a missing WAC correspond to products for which there was no active WAC at any point during the current month.  Obsolescence, generally, is determined with reference to the FDB "Obsolete Date", the FDB "HCFA Termination Date", the Medispan "Inactive Date", and the Red Book "NDC Discontinuation Date" (collectively, the "end dates").  WACs are only analyzed during the period prior to the earliest of the four end dates.  However, any postings on or after the earliest end date are treated as a reactivation of the NDC and such postings are analyzed until the next end date.  Postings after the second, third, or fourth end date are treated in the same manner.  Similarly, the Red Book "Reactivation Date" can reactivate the most recent set of active prices for an NDC, assuming the date falls on or after the discontinuation date and the NDC is not already currently active.  Finally, 33 NDCs among all nine GCNs, for which the FDB Obsolete Date exhibited stark inconsistencies across annual files, were examined separately, using price posting activity and CMS reimbursement.

[6] The package size is based on the FDB variable "Package Size".  If unavailable, the package size is based on the most common value observed across the Medispan implied package size (the mean ratio between the package and unit prices, rounded to one decimal) and the Red Book variables "Total Quantity - Actual" and "Standard Quantity - Actual".

[7] Company names with an asterisk correspond to NDCs for which Red Book data are unavailable.  In such instances the company name is based on NDCs with the same labeler code.

[8] The specified WAC was only active for part of the current month.  A WAC of $0.09880 was posted by FDB on August 11, 1995, and was replaced with a WAC of $0.07940 on April 30, 2001.  The latter WAC was also reported by Medispan, but not until April 30, 2001.

[9] The specified WAC was only active for part of the current month, as the NDC was declared inactive by Medispan and obsolete by FDB on April 4, 2001, and reported as discontinued by Red Book on April 9, 2001.

[10] The specified WAC was only active for part of the current month.  A WAC of $0.09382 was posted by FDB on August 11, 1995, and was replaced with a WAC of $0.07250 on April 30, 2001.  The latter WAC was also reported by Medispan, but not until April 30, 2001.

Sources:  - American Medical Association, *AMA Downloadable Resource Table: Asthma*, ASTHMA Version 3.0 July 2007, <http://www.ama-assn.org/ama1/pub/upload/mm/370/astcodingspecs307_7.xls>.
- "Comprehensive Price History File," 2007 Wolters Kluwer Health (Medispan).
- Department of Health and Human Services, Health Care Financing Administration, "State Medicaid Manual:  Part 6 - Payment for Services," Transmittal No. 37 (November 2001).
- First DataBank (Alabama Production) Data and *NDDF (National Drug Data File)™ Documentation Manual* (Rev. April 2000).
- FloridaInfusion, Nations Drug, Accessed February 6, 2009 <http://www.floridainfusion.com/awps.asp?keyword=capoten&searchfield=keyword>.
- Medicaid State Drug Utilization Data including "Definitions for State Drug Utilization Data Specifications", Centers for Medicare & Medicaid Services.
- Medispan Inactive Dates, 2007 Wolters Kluwer Health (Medispan).
- Red Book Advanced Data and *Red Book™ Drug Products and Pricing Developer's Guide Advanced* (January 2008).
- U.S. Food and Drug Administration, Center for Drug Evaluation and Research, *Approved Drug Products with Therapeutic Equivalence Evaluations*, 11th Edition - 27th Edition.
- U.S. Food and Drug Administration, Center for Drug Evaluation and Research, *National Drug Code Directory*, <http://www.fda.gov/cder/ndc/database/>.

Confidential

**Exhibit 9**

**Share of Total Units Reimbursed by Medicaid Nationally for Cefadroxil 500 mg Capsule (GCN 048262)[1]**

**FUL: $3.0789, Effective 01/22/02 to 03/10/03, Set Using a Package Size of 50 and Data Current as of April 2001[2]**

**2000Q1 - 2002Q4**

- 🟨 "TE Only" Lower Than Candidates[3]
- 🟦 "TE&PS" Matching Candidates[3]

| Implied FUL[4] | Published WAC[5] | Package Size[6] | NDC | Red Book Company Name[7] | 2000q1 | 2000q2 | 2000q3 | 2000q4 | 2001q1 | 2001q2 | 2001q3 | 2001q4 | 2002q1 | 2002q2 | 2002q3 | 2002q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) | (n) | (o) | (p) | (q) |
| | | | | | | | | | | (Percent) | | | | | | |
| | 2.2292 | 20 | 00087078407 | Bristol-Myers Squibb US Md Grp | 0.1 % | 0.1 % | 0.1 % | 0.1 % | 0.0 % | 0.0 % | 0.1 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % |
| | 2.2292 | 24 | 00172405843 | Teva Pharmaceuticals USA | 1.4 | 1.3 | 1.5 | 1.5 | 1.7 | 1.4 | 1.4 | 1.4 | 1.6 | 1.4 | 1.4 | 1.5 |
| | | 24 | 00087078441 | Bristol-Myers Squibb US Md Grp* | | | | | | | | | 0.0 | | | |
| 3.0789 | 2.0526 | 50 | 00172405848 | Teva Pharmaceuticals USA | 6.3 | 6.2 | 5.6 | 5.7 | 5.7 | 5.5 | 5.4 | 5.8 | 5.4 | 6.2 | 6.5 | 7.0 |
| | 2.2388 | 50 | 00555058210 | Barr Laboratories, Inc. | 0.2 | 1.6 | 6.0 | 7.2 | 7.3 | 8.3 | 8.2 | 8.6 | 7.9 | 8.2 | 8.6 | 8.2 |
| | 2.2388 | 50 | 63304058250 | Ranbaxy Pharmaceuticals, Inc. | 0.1 | 0.2 | 0.3 | 0.5 | 0.6 | 0.7 | 0.9 | 0.9 | 1.1 | 0.9 | 0.8 | 0.8 |
| | 2.5760 | 50 | 59772721103 | Sandoz | 15.7 | 16.7 | 9.7 | 8.5 | 8.3 | 8.4 | 8.4 | 8.2 | 7.6 | 7.0 | 6.7 | 6.1 |
| | 3.9286 | 50 | 00087078446 | Warner Chilcott Laboratories | 0.6 | 0.5 | 0.4 | 0.4 | 0.5 | 0.5 | 0.5 | 0.5 | 0.4 | 0.3 | 0.3 | 0.3 |
| | | 50 | 00015727150 | Bristol-Myers Squibb US Md Grp | | | | | | 0.0 | | | | | | |
| | | 50 | 00904787851 | Major Pharmaceuticals | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | 0.0 | | 0.0 | |
| 1.2749 | 0.8499 | 100 | 00904787860 | Major Pharmaceuticals* | 0.2 | 0.3 | 0.3 | 0.2 | 0.1 | 0.1 | 0.2 | 0.3 | 0.2 | 0.3 | 0.3 | 0.3 |
| 2.9325 | 1.9550 | 100 | 00172405860 | Teva Pharmaceuticals USA | 39.0 | 35.6 | 37.6 | 37.0 | 37.7 | 37.8 | 37.6 | 38.4 | 37.4 | 41.2 | 42.5 | 43.8 |
| | 2.1233 | 100 | 00555058202 | Barr Laboratories, Inc. | 2.4 | 3.2 | 3.3 | 3.2 | 3.3 | 3.1 | 3.3 | 3.5 | 3.6 | 3.9 | 3.8 | 3.6 |
| | 2.1233 | 100 | 63304058201 | Ranbaxy Pharmaceuticals, Inc. | 2.1 | 2.5 | 3.2 | 4.1 | 4.0 | 4.4 | 5.3 | 5.0 | 5.7 | 5.2 | 4.5 | 5.6 |
| | 2.4400 | 100 | 59772721104 | Geneva Pharmaceuticals, Inc. | 28.8 | 29.2 | 29.2 | 28.8 | 28.1 | 27.7 | 27.1 | 26.2 | 26.5 | 24.5 | 23.9 | 22.3 |
| | | 100 | 00087078442 | Bristol-Myers Squibb US Md Grp | 1.4 | 0.7 | 0.7 | 0.6 | 0.5 | 0.5 | 0.4 | 0.2 | 1.2 | 0.2 | 0.2 | 0.1 |
| | | 100 | 00087078444 | Bristol-Myers Squibb US Md Grp | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | | 0.0 | 0.0 | 0.0 | | |
| | | 100 | 00182189601 | Ivax Pharmaceuticals, Inc.* | 0.0 | | | | | | | | | | | |
| | | 100 | 00536021901 | Rugby Laboratories, Inc.* | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | | 0.0 | 0.1 | | |
| | | 100 | 00904545060 | Major Pharmaceuticals | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | | 0.0 | | 0.0 | 0.0 |
| | | 100 | 59772727107 | Geneva Pharmaceuticals, Inc. | 1.6 | 1.8 | 1.7 | 1.8 | 1.8 | 1.5 | 1.2 | 1.0 | 1.1 | 0.6 | 0.4 | 0.4 |
| | | 500 | 00172405870 | Ivax Pharmaceuticals, Inc. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 | 0.0 |
| | | | | Total: | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |

Notes: - Shares are displayed rounded to one decimal. Hence, values of "0.0" correspond to NDCs for which the quarterly share was less than 0.05 percent. Missing values correspond to quarters for which Medicaid reimbursement was not reported in the CMS data for the specified NDC.

- Table includes all NDCs identified as belonging to the GCN (see Note 1) for which Medicaid reimbursement was reported by CMS for the selected period.

[1] Shares are calculated as the total units reimbursed nationally by Medicaid for the specified NDC relative to the total units reimbursed across all NDCs identified as belonging to the GCN. NDCs identified as belonging to the GCN include: (1) products explicitly identified by the First DataBank ("FDB") variable "GCN Sequence Number" as belonging to the GCN; (2) any similarly described products (based on name, strength, and dosage form) not listed in FDB that appear in Medispan or Red Book and not exclusively in another GCN in FDB at the NDC-9 level. Finally, following a review of online sources for NDCs that do not appear in FDB at the NDC-11 or NDC-9 level (355 NDCs in total, across all 9 GCNs), seven NDCs were dropped from the analysis (52493084701, 52493084717, 54977069501, 54977070601, 57362011601, 63874074917, and 51655027924), as either they were described as albuterol inhaler refills and not as albuterol inhalers or discrepancies in their descriptions were resolved such that they were confirmed to be outside the GCN.

[2] The FUL, the month during which data used to set the FUL was current (i.e., the "current month"), the package size used to set the FUL, and the beginning of the FUL effective period are based on data reported in the CMS transmittals. The end of the FUL effective period is based on data reported in FDB and Red Book.

[3] Lower than and matching candidates are based on published compendia prices tabulated in Exhibits 3 and 5, respectively, of the Report of Dr. Sumanth Addanki. Selected candidates correspond to the narrowest set of requirements (i.e., therapeutical equivalence and package size) for which published compendia prices were identified in Exhibits 3 and 5. Records for which multiple NDCs are identified correspond to instances where lower than or matching candidates with reimbursement during the relevant period are reported for two or more NDCs corresponding to the same product, as occurs when the NDC for a product changes.

[4] The implied FUL is calculated by multiplying the published compendia price by 1.5 and rounding to four decimals. The implied FUL is only populated for NDCs identified as matching or lower than candidates.

[5] The "Published WAC", which is displayed rounded to four decimals, is based on compendia WACs reported by Medispan, FDB, and Red Book. Unless noted otherwise, WACs must be active (i.e., the price has not been deactivated by obsolescence, a subsequent price posting, or otherwise) for the entire current month. NDCs with multiple WACs listed correspond to products for which different WACs were reported by the compendia. NDCs with a missing WAC correspond to products for which

Confidential

**Exhibit 9**

**Share of Total Units Reimbursed by Medicaid Nationally for Cefadroxil 500 mg Capsule (GCN 048262)[1]**

**FUL:  $3.0789, Effective 01/22/02 to 03/10/03, Set Using a Package Size of 50 and Data Current as of April 2001[2]**

**2000Q1 - 2002Q4**

there was no active WAC at any point during the current month.  Obsolescence, generally, is determined with reference to the FDB "Obsolete Date", the FDB "HCFA Termination Date", the Medispan "Inactive Date", and the Red Book "NDC Discontinuation Date" (collectively, the "end dates").  WACs are only analyzed during the period prior to the earliest of the four end dates.  However, any postings on or after the earliest end date are treated as a reactivation of the NDC and such postings are analyzed until the next end date.  Postings after the second, third, or fourth end date are treated in the same manner.  Similarly, the Red Book "Reactivation Date" can reactivate the most recent set of active prices for an NDC, assuming the date falls on or after the discontinuation date and the NDC is not already currently active.  Finally, 33 NDCs among all nine GCNs, for which the FDB Obsolete Date exhibited stark inconsistencies across annual files, were examined separately, using price posting activity and CMS reimbursement.

[6] The package size is based on the FDB variable "Package Size".  If unavailable, the package size is based on the most common value observed across the Medispan implied package size (the mean ratio between the package and unit prices, rounded to one decimal) and the Red Book variables "Total Quantity - Actual" and "Standard Quantity - Actual".

[7] Company names with an asterisk correspond to NDCs for which Red Book data are unavailable.  In such instances the company name is based on NDCs with the same labeler code.

Sources:  - American Medical Association, *AMA Downloadable Resource Table:  Asthma* , ASTHMA Version 3.0 July 2007, <http://www.ama-assn.org/ama1/pub/upload/mm/370/astcodingspecs307_7.xls>.
- "Comprehensive Price History File," 2007 Wolters Kluwer Health (Medispan).
- Department of Health and Human Services, Health Care Financing Administration, "State Medicaid Manual:  Part 6 - Payment for Services," Transmittal No. 37 (November 2001).
- First DataBank (Alabama Production) Data and *NDDF (National Drug Data File)™ Documentation Manual* (Rev. April 2000).
- FloridaInfusion, Nations Drug, Accessed February 6, 2009 <http://www.floridainfusion.com/awps.asp?keyword=capoten&searchfield=keyword>.
- Medicaid State Drug Utilization Data including "Definitions for State Drug Utilization Data Specifications", Centers for Medicare & Medicaid Services.
- Medispan Inactive Dates, 2007 Wolters Kluwer Health (Medispan).
- Red Book Advanced Data and *Red Book™ Drug Products and Pricing Developer's Guide Advanced* (January 2008).
- U.S. Food and Drug Administration, Center for Drug Evaluation and Research, *Approved Drug Products with Therapeutic Equivalence Evaluations* , 11th Edition - 27th Edition.
- U.S. Food and Drug Administration, Center for Drug Evaluation and Research, *National Drug Code Directory* , <http://www.fda.gov/cder/ndc/database/>.

Confidential

**Exhibit 10**

**Share of Total Units Reimbursed by Medicaid Nationally for Albuterol Sulfate 0.083% Solution (GCN 005039)[1]**

**FUL: $0.1450, Effective 01/22/02 to 05/07/05, Set Using a Package Size of 3 and Data Current as of April 2001[2]**

**2000q1 - 2002q4**

- ▨ "TE&PS" Lower Than Candidates[3]
- ▨ "TE&PS" Matching Candidates[3]

| Implied FUL[4] | Published WAC[5] | Package Size[6] | NDC | Red Book Company Name[7] | 2000q1 | 2000q2 | 2000q3 | 2000q4 | 2001q1 | 2001q2 | 2001q3 | 2001q4 | 2002q1 | 2002q2 | 2002q3 | 2002q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) | (n) | (o) | (p) | (q) |
| 0.1150 | 0.0767; 0.1067 | 3 | 50383074225 | Hi-Tech Pharmacal Co., Inc. | 0.3 | 0.3 | 0.3 | 0.2 | 0.3 | 0.6 | 0.6 | 0.5 | 0.4 | 0.3 | 0.2 | 0.2 |
| 0.1154 | 0.0769 | 3 | 60432009406 | Morton Grove Pharm., Inc. | % | % | % | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.4 % | 0.5 % | 0.4 % | 0.4 % | 0.4 % |
| 0.1200 | 0.0800 | 3 | 49502069703 | Dey, L.P. | 27.4 | 28.8 | 27.8 | 26.3 | 27.2 | 27.4 | 27.1 | 24.9 | 24.7 | 24.9 | 25.9 | 25.8 |
| 0.1200 | 0.0800 | 3 | 49502069733 | Dey, L.P. | 2.0 | 2.0 | 1.9 | 1.9 | 1.8 | 1.9 | 2.1 | 2.0 | 1.9 | 2.1 | 2.8 | 2.9 |
| 0.1200 | 0.0800 | 3 | 49502069008 | Dey, L.P. | 11.4 | 12.4 | 11.8 | 11.4 | 11.9 | 12.1 | 12.3 | 11.6 | 11.8 | 11.8 | 11.3 | 10.8 |
| | 0.0833 [8] | 3 | 66794000130 | RxElite Holdings, Inc. | | | | | | | | | | 0.0 | 0.1 | 0.2 |
| | 0.0833 [8] | 3 | 66794000160 | RxElite Holdings, Inc. | | | | | | | | | | 0.0 | 0.5 | 1.4 |
| 0.1329 | 0.0886 | 3 | 00472083160 | Actavis Mid Atlantic LLC | 0.0 | 0.1 | 0.2 | 0.2 | 2.2 | 4.6 | 6.4 | 7.9 | 8.4 | 9.0 | 8.6 | 9.1 |
| 0.1337 | 0.0891 | 3 | 00172640549 | Teva Pharmaceuticals USA | 0.0 | 0.1 | 0.3 | 0.3 | 0.4 | 0.5 | 0.7 | 1.0 | 1.4 | 1.9 | 2.3 | 2.7 |
| 0.1350 | 0.0900 | 3 | 00172640544 | Teva Pharmaceuticals USA | 0.0 | 0.2 | 3.1 | 4.9 | 5.3 | 5.0 | 5.4 | 6.2 | 6.2 | 6.4 | 6.7 | 8.0 |
| 0.1400 | 0.0933 | 3 | 00472083130 | Actavis Mid Atlantic LLC | 0.5 | 0.6 | 0.7 | 0.6 | 0.5 | 0.6 | 0.6 | 0.5 | 0.5 | 0.5 | 0.7 | 0.6 |
| 0.1450 | 0.0967 | 3 | 00472083123 | Actavis Mid Atlantic LLC | 2.0 | 1.8 | 1.9 | 2.6 | 3.0 | 3.8 | 4.3 | 5.0 | 5.0 | 4.7 | 4.3 | 4.4 |
| | 0.1252; 0.2953 | 3 | 00904773117 | Major Pharmaceuticals | 0.1 | 0.1 | 0.2 | 0.1 | 0.2 | 0.3 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| | 0.1500 | 3 | 00487950103 | Nephron Pharmaceuticals Corp. | 1.2 | 1.2 | 0.5 | 0.5 | 0.7 | 0.9 | 0.8 | 0.7 | 0.6 | 0.1 | 0.1 | 0.1 |
| | 0.1500 | 3 | 00487950125 | Nephron Pharmaceuticals Corp. | | | | | | | | | | | | 0.0 |
| | 0.1500 | 3 | 00487950160 | Nephron Pharmaceuticals Corp. | 1.4 | 1.8 | 2.3 | 2.0 | 2.2 | 2.5 | 2.7 | 2.1 | 1.9 | 2.6 | 2.6 | 2.2 |
| | 0.3300 | 3 | 55930150006 | Warrick Pharmaceuticals* | 5.4 | 5.0 | 5.5 | 5.3 | 5.5 | 5.1 | 4.9 | 5.0 | 5.0 | 5.0 | 5.0 | 3.5 |
| | 0.3300 | 3 | 55930150008 | Warrick Pharmaceuticals* | 46.6 | 44.1 | 42.2 | 42.2 | 37.6 | 33.6 | 30.9 | 30.9 | 30.5 | 29.4 | 27.5 | 21.4 |
| | 0.5424 | 3 | 00085020901 | Schering Corporation* | 0.7 | 0.7 | 0.7 | 0.6 | 0.5 | 0.5 | 0.5 | 0.4 | 0.3 | 0.3 | 0.2 | 0.1 |
| | | 3 | 00054806311 | Roxane Laboratories, Inc. | | | | | | | 0.1 | 0.1 | 0.2 | 0.1 | 0.1 | 0.1 |
| | | 3 | 00054806313 | Roxane Laboratories, Inc. | | | | | | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.2 | 0.1 |
| | | 3 | 00054806321 | Roxane Laboratories, Inc. | | | | | | | 0.0 | 0.1 | 0.2 | 0.1 | 0.2 | 0.2 |
| | | 3 | 00085180601 | Schering Corporation | | | | | | | | | | | | 0.0 |
| | | 3 | 00173041900 | Allen & Hanburys | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | |
| | | 3 | 00182801024 | Ivax Pharmaceuticals, Inc. | 0.4 | 0.3 | 0.3 | 0.3 | 0.2 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | 3 | 00182801026 | Ivax Pharmaceuticals, Inc. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | 3 | 00186149104 | AstraZeneca LP | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | 3 | 00186149117 | AstraZeneca LP | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | 0.0 | 0.0 |
| | | 3 | 00487950101 | Nephron Pharmaceuticals Corp. | | | | | | | | | | 0.0 | 0.0 | 0.0 |
| | | 3 | 00536267704 | Rugby Laboratories, Inc. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | 3 | 00603100540 | Qualitest Pharmaceuticals | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| | | 3 | 00677152272 | United Research Labs, Inc. | 0.1 | 0.0 | 0.1 | 0.1 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.0 | 0.0 |
| | | 3 | 00781915093 | Geneva Pharmaceuticals, Inc. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | | |
| | | 3 | 38245066917 | Copley Pharmaceutical, Inc. | 0.0 | | | 0.0 | 0.0 | | 0.0 | 0.0 | 0.0 | | | 0.0 |
| | | 3 | 53014007525 | Celltech Pharmaceuticals, Inc. | 0.2 | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| | | 3 | 53014007560 | Celltech Pharmaceuticals, Inc. | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | | |
| | | 3 | 55930151701 | Warrick Pharmaceuticals | | | | | | | | | | | 0.1 | 5.0 |
| | | 3 | 55930151702 | Warrick Pharmaceuticals | | | | | | | | | | | | 0.0 |
| | | 3 | 65271000205 | Aslung Pharmaceutical, L.P. | | | | | | | | | | 0.0 | 0.1 | 0.1 |
| | | 3 | 65271000206 | Aslung Pharmaceutical, L.P. | | | | | | | | | | 0.0 | 0.0 | 0.1 |
| | | 3 | 66794000125 | RxElite Holdings, Inc. | | | | | | | | | | | 0.0 | 0.7 |
| | | | | **Total:** | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |

Confidential

**Exhibit 10**

**Share of Total Units Reimbursed by Medicaid Nationally for Albuterol Sulfate 0.083% Solution (GCN 005039)[1]**

**FUL: $0.1450, Effective 01/22/02 to 05/07/05, Set Using a Package Size of 3 and Data Current as of April 2001[2]**

**2000q1 - 2002q4**

Notes: - Shares are displayed rounded to one decimal. Hence, values of "0.0" correspond to NDCs for which the quarterly share was less than 0.05 percent. Missing values correspond to quarters for which Medicaid reimbursement was not reported in the CMS data for the specified NDC.

- Table includes all NDCs identified as belonging to the GCN (see Note 1) for which Medicaid reimbursement was reported by CMS for the selected period.

[1] Shares are calculated as the total units reimbursed nationally by Medicaid for the specified NDC relative to the total units reimbursed across all NDCs identified as belonging to the GCN. NDCs identified as belonging to the GCN include: (1) products explicitly identified by the First DataBank ("FDB") variable "GCN Sequence Number" as belonging to the GCN; (2) any similarly described products (based on name, strength, and dosage form) not listed in FDB that appear in Medispan or Red Book and not exclusively in another GCN in FDB at the NDC-9 level. Finally, following a review of online sources for NDCs that do not appear in FDB at the NDC-11 or NDC-9 level (355 NDCs in total, across all 9 GCNs), seven NDCs were dropped from the analysis (52493084701, 52493084717, 54977069501, 54977070601, 57362011601, 63874074917, and 51655027924), as either they were described as albuterol inhaler refills and not as albuterol inhalers or discrepancies in their descriptions were resolved such that they were confirmed to be outside the GCN.

[2] The FUL, the month during which data used to set the FUL was current (i.e., the "current month"), the package size used to set the FUL, and the beginning of the FUL effective period are based on data reported in the CMS transmittals. The end of the FUL effective period is based on data reported in FDB and Red Book.

[3] Lower than and matching candidates are based on published compendia prices tabulated in Exhibits 3 and 5, respectively, of the Report of Dr. Sumanth Addanki. Selected candidates correspond to the narrowest set of requirements (i.e., therapeutic equivalence and package size) for which published compendia prices were identified in Exhibits 3 and 5. Records for which multiple NDCs are identified correspond to instances where lower than or matching candidates with reimbursement during the relevant period are reported for two or more NDCs corresponding to the same product, as occurs when the NDC for a product changes.

[4] The implied FUL is calculated by multiplying the published compendia price by 1.5 and rounding to four decimals. The implied FUL is only populated for NDCs identified as matching or lower than candidates.

[5] The "Published WAC", which is displayed rounded to four decimals, is based on compendia WACs reported by Medispan, FDB, and Red Book. Unless noted otherwise, WACs must be active (i.e., the price has not been deactivated by obsolescence, a subsequent price posting, or otherwise) for the entire current month. NDCs with multiple WACs listed correspond to products for which different WACs were reported by the compendia. NDCs with a missing WAC correspond to products for which there was no active WAC at any point during the current month. Obsolescence, generally, is determined with reference to the FDB "Obsolete Date", the FDB "HCFA Termination Date", the Medispan "Inactive Date", and the Red Book "NDC Discontinuation Date" (collectively, the "end dates"). WACs are only analyzed during the period prior to the earliest of the four end dates. However, any postings on or after the earliest end date are treated as a reactivation of the NDC and such postings are analyzed until the next end date. Postings after the second, third, or fourth end date are treated in the same manner. Similarly, the Red Book "Reactivation Date" can reactivate the most recent set of active prices for an NDC, assuming the date falls on or after the discontinuation date and the NDC is not already currently active. Finally, 33 NDCs among all nine GCNs, for which the FDB Obsolete Date exhibited stark inconsistencies across annual files, were examined separately, using price posting activity and CMS reimbursement.

[6] The package size is based on the FDB variable "Package Size". If unavailable, the package size is based on the most common value observed across the Medispan implied package size (the mean ratio between the package and unit prices, rounded to one decimal) and the Red Book variables "Total Quantity - Actual" and "Standard Quantity - Actual".

[7] Company names with an asterisk correspond to NDCs for which Red Book data are unavailable. In such instances the company name is based on NDCs with the same labeler code.

[8] The specified WAC was only active for part of the current month, as it was posted by FDB on April 15, 2001.

Sources: - American Medical Association, *AMA Downloadable Resource Table: Asthma*, ASTHMA Version 3.0 July 2007, <http://www.ama-assn.org/ama1/pub/upload/mm/370/astcodingspecs307_7.xls>.

- "Comprehensive Price History File," 2007 Wolters Kluwer Health (Medispan).

- Department of Health and Human Services, Health Care Financing Administration, "State Medicaid Manual: Part 6 - Payment for Services," Transmittal No. 37 (November 2001).

- First DataBank (Alabama Production) Data and *NDDF (National Drug Data File)™ Documentation Manual* (Rev. April 2000).

- FloridaInfusion, Nations Drug, Accessed February 6, 2009 <http://www.floridainfusion.com/awps.asp?keyword=capoten&searchfield=keyword>.

- Medicaid State Drug Utilization Data including "Definitions for State Drug Utilization Data Specifications", Centers for Medicare & Medicaid Services.

- Medispan Inactive Dates, 2007 Wolters Kluwer Health (Medispan).

- Red Book Advanced Data and *Red Book™ Drug Products and Pricing Developer's Guide Advanced* (January 2008).

- U.S. Food and Drug Administration, Center for Drug Evaluation and Research, *Approved Drug Products with Therapeutic Equivalence Evaluations*, 11th Edition - 27th Edition.

- U.S. Food and Drug Administration, Center for Drug Evaluation and Research, *National Drug Code Directory*, <http://www.fda.gov/cder/ndc/database/>.

Confidential

**Exhibit 11**

**Share of Total Units Reimbursed by Medicaid Nationally for Albuterol 90 mcg Inhaler (GCN 005037)[1]**

**FUL: $0.4394, Effective 10/01/97 to 12/06/00, Set Using a Package Size of 17 and Data Current as of June 1997[2,3]**

**1996q1 - 1998q4**

<span style="background-color:yellow">    </span> "TE&PS" Lower Than Candidates[4]

<span style="background-color:lightblue">    </span> "PS Only" Matching Candidates[4]

| Implied FUL[5] | Published WAC[6] | Package Size[7] | NDC | Red Book Company Name[8] | 1996q1 | 1996q2 | 1996q3 | 1996q4 | 1997q1 | 1997q2 | 1997q3 | 1997q4 | 1998q1 | 1998q2 | 1998q3 | 1998q4 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | (Percent) | | | | | | |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) | (n) | (o) | (p) | (q) |
| | 1.7853 | 6.8 | 00173046300 | Glaxo SmithKline Pharm. | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % | 0.0 % |
| | 0.2100; 0.7529 | 17.0 | 52555059417 | Martec Pharmaceutical, Inc. | 0.0 | 0.2 | 0.4 | 0.5 | 0.6 | 0.7 | 0.7 | 0.8 | 0.7 | 0.9 | 0.6 | 0.7 |
| 0.3309 | 0.2206; 0.3265 | 17.0 | 00172439018 | Teva Pharmaceuticals USA | 7.0 | 19.8 | 23.7 | 23.8 | 23.3 | 24.0 | 22.5 | 18.7 | 14.6 | 14.2 | 13.7 | 13.0 |
| 0.4394 | 0.2929; 0.9453 | 17.0 | 00603100475 | Qualitest Pharmaceuticals | 0.2 | 0.6 | 0.8 | 0.9 | 1.0 | 0.8 | 0.8 | 0.9 | 0.7 | 0.8 | 0.7 | 0.8 |
| | 0.3947 | 17.0 | 00781750287 | Geneva Pharmaceuticals, Inc. | 0.0 | 0.1 | 0.2 | 0.2 | 0.2 | 0.2 | 0.3 | 0.6 | 0.4 | 0.4 | 0.3 | 0.3 |
| | 0.4118 | 17.0 | 00364263298 | Schein Pharmaceutical, Inc. | 0.3 | 1.1 | 2.5 | 1.4 | 1.3 | 1.2 | 1.1 | 1.1 | 0.9 | 0.9 | 0.9 | 0.9 |
| | 0.4706 | 17.0 | 50111080131 | Pliva, Inc. | | | 0.0 | 0.9 | 1.4 | 1.8 | 2.8 | 4.0 | 4.3 | 3.5 | 2.2 | 2.5 |
| | 0.5047 | 17.0 | 00536041612 | Rugby Laboratories, Inc. | 0.4 | 1.1 | 1.1 | 0.9 | 0.9 | 0.8 | 1.0 | 0.8 | 0.7 | 0.7 | 0.6 | 0.6 |
| | 0.5047 | 17.0 | 00536121612 | Rugby Laboratories, Inc. | | 0.0 | 0.1 | 0.1 | 0.1 | 0.2 | 0.2 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 |
| | 0.7588 | 17.0 | 49502030317 | Dey, L.P.* | 1.0 | 4.5 | 6.1 | 6.5 | 6.7 | 7.6 | 7.4 | 7.1 | 7.0 | 7.8 | 7.3 | 6.6 |
| | 0.8018 | 17.0 | 00677154970 | United Research Labs, Inc. | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.1 | 0.2 | 0.1 |
| | 0.8971 | 17.0 | 55953005153 | Novopharm USA Inc. | 0.1 | 1.4 | 2.9 | 4.4 | 4.3 | 6.5 | 8.3 | 8.0 | 6.7 | 5.7 | 5.3 | 5.0 |
| | 0.9394; 1.0153 | 17.0 | 00904507834 | Major Pharmaceuticals | 0.1 | 0.4 | 0.4 | 0.6 | 0.5 | 0.5 | 0.5 | 0.6 | 0.5 | 0.7 | 0.6 | 0.6 |
| | 0.9447 | 17.0 | 59930156001 | Warrick Pharmaceuticals | 4.0 | 14.7 | 20.6 | 27.7 | 31.5 | 28.5 | 30.0 | 32.9 | 38.4 | 38.2 | 42.5 | 46.2 |
| | 1.0082 | 17.0 | 59772617502 | Apothecon Products | | | 0.0 | 0.5 | 1.7 | 3.0 | 4.5 | 7.1 | 8.9 | 10.8 | 12.2 | 11.2 |
| | 1.1253 | 17.0 | 00047299711 | Warner Chilcott, Gen Prods Div | | | | 0.1 | 0.3 | 0.7 | 1.0 | 1.3 | 1.5 | 1.5 | 1.4 | 1.5 |
| | 1.2988 | 17.0 | 00085061402 | Schering Corporation | 56.3 | 33.3 | 24.3 | 18.0 | 14.9 | 13.4 | 10.3 | 8.1 | 6.7 | 6.6 | 6.2 | 5.3 |
| | 1.2988 | 17.0 | 00173032188 | Glaxo SmithKline Pharm. | 30.1 | 21.6 | 15.6 | 12.2 | 10.0 | 8.8 | 7.6 | 5.4 | 4.2 | 4.4 | 4.0 | 3.8 |
| | | 17.0 | 00472126478 | Alpharma USPD | | | | | | | | | 1.5 | 2.7 | 2.2 | 1.0 | 0.8 |
| | | 17.0 | 00839760807 | Moore, H.L. Drug Exchange Inc. | 0.2 | 1.0 | 1.2 | 1.3 | 1.3 | 1.2 | 1.0 | 0.8 | 0.7 | 0.5 | 0.1 | 0.1 |
| | | | | Total: | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % | 100.0 % |

Notes: - Shares are displayed rounded to one decimal. Hence, values of "0.0" correspond to NDCs for which the quarterly share was less than 0.05 percent. Missing values correspond to quarters for which Medicaid reimbursement was not reported in the CMS data for the specified NDC.

- Table includes all NDCs identified as belonging to the GCN (see Note 1) for which Medicaid reimbursement was reported by CMS for the selected period.

[1] Shares are calculated as the total units reimbursed nationally by Medicaid for the specified NDC relative to the total units reimbursed across all NDCs identified as belonging to the GCN. NDCs identified as belonging to the GCN include: (1) products explicitly identified by the First DataBank ("FDB") variable "GCN Sequence Number" as belonging to the GCN; (2) any similarly described products (based on name, strength, and dosage form) not listed in FDB that appear in Medispan or Red Book and not exclusively in another GCN in FDB at the NDC-9 level. Finally, following a review of online sources for NDCs that do not appear in FDB at the NDC-11 or NDC-9 level (355 NDCs in total, across all 9 GCNs), seven NDCs were dropped from the analysis (52493084711, 52493084717, 54977069501, 54977070601, 57362011601, 63874074917, and 51655027924), as either they were described as albuterol inhaler refills and not as albuterol inhalers or discrepancies in their descriptions were resolved such that they were confirmed to be outside the GCN.

[2] The FUL, the month during which data used to set the FUL was current (i.e., the "current month"), the package size used to set the FUL, and the beginning of the FUL effective period are based on data reported in the CMS transmittals. The end of the FUL effective period is based on data reported in FDB and Red Book.

[3] While the FUL was reported in a later transmittal, the month during which data used to set the FUL was current is based on an earlier transmittal that reported the FUL for the albuterol inhaler refill, as the FULs for the refill and the inhaler have the same value and appear to have been posted in FDB simultaneously at a time consistent with the earlier transmittal.

[4] Lower than and matching candidates are based on published compendia prices tabulated in Exhibits 3 and 5, respectively, of the Report of Dr. Sumanth Addanki. Selected candidates correspond to the narrowest set of requirements (i.e., therapeutical equivalence and package size) for which published compendia prices were identified in Exhibits 3 and 5. Records for which multiple NDCs are identified correspond to instances where lower than or matching candidates with reimbursement during the relevant period are reported for two or more NDCs corresponding to the same product, as occurs when the NDC for a product changes.

[5] The implied FUL is calculated by multiplying the published compendia price by 1.5 and rounding to four decimals. The implied FUL is only populated for NDCs identified as matching or lower than candidates.

[6] The "Published WAC", which is displayed rounded to four decimals, is based on compendia WACs reported by Medispan, FDB, and Red Book. Unless noted otherwise, WACs must be active (i.e., the price has not been deactivated by obsolescence, a subsequent price posting, or otherwise) for the entire current month. NDCs with multiple WACs listed correspond to products for which different WACs were reported by the compendia. NDCs with a missing WAC correspond to products for which there was no active WAC at any point during the current month. Obsolescence, generally, is determined with reference to the FDB "Obsolete Date", the FDB "HCFA Termination Date", the Medispan "Inactive Date", and the Red Book "NDC

Confidential

**Exhibit 11**

**Share of Total Units Reimbursed by Medicaid Nationally for Albuterol 90 mcg Inhaler (GCN 005037)[1]**

**FUL: $0.4394, Effective 10/01/97 to 12/06/00, Set Using a Package Size of 17 and Data Current as of June 1997[2,3]**

**1996q1 - 1998q4**

Discontinuation Date" (collectively, the "end dates").  WACs are only analyzed during the period prior to the earliest of the four end dates.  However, any postings on or after the earliest end date are treated as a reactivation of the NDC and such
postings are analyzed until the next end date.  Postings after the second, third, or fourth end date are treated in the same manner.  Similarly, the Red Book "Reactivation Date" can reactivate the most recent set of active prices for an NDC, assuming the
date falls on or after the discontinuation date and the NDC is not already currently active.  Finally, 33 NDCs among all nine GCNs, for which the FDB Obsolete Date exhibited stark inconsistencies across annual files, were examined separately, using
price posting activity and CMS reimbursement.

[7] The package size is based on the FDB variable "Package Size".  If unavailable, the package size is based on the most common value observed across the Medispan implied package size (the mean ratio between the package and unit prices, rounded to one
decimal) and the Red Book variables "Total Quantity - Actual" and "Standard Quantity - Actual".

[8] Company names with an asterisk correspond to NDCs for which Red Book data are unavailable.  In such instances the company name is based on NDCs with the same labeler code.

Sources:  - American Medical Association, *AMA Downloadable Resource Table:  Asthma* , ASTHMA Version 3.0 July 2007, <http://www.ama-assn.org/ama1/pub/upload/mm/370/astcodingspecs307_7.xls>.

  - "Comprehensive Price History File," 2007 Wolters Kluwer Health (Medispan).

  - Department of Health and Human Services, Health Care Financing Administration, "State Medicaid Manual:  Part 6 - Payment for Services," Transmittal Nos. 34 (July 1997) and 35 (July 1998).

  - First DataBank (Alabama Production) Data and *NDDF (National Drug Data File)™ Documentation Manual*  (Rev. April 2000).

  - FloridaInfusion, Nations Drug, Accessed February 6, 2009 <http://www.floridainfusion.com/awps.asp?keyword=capoten&searchfield=keyword>.

  - Medicaid State Drug Utilization Data including "Definitions for State Drug Utilization Data Specifications", Centers for Medicare & Medicaid Services.

  - Medispan Inactive Dates, 2007 Wolters Kluwer Health (Medispan).

  - Red Book Advanced Data and *Red Book™ Drug Products and Pricing Developer's Guide Advanced*  (January 2008).

  - U.S. Food and Drug Administration, Center for Drug Evaluation and Research, *Approved Drug Products with Therapeutic Equivalence Evaluations* , 11th Edition - 27th Edition.

  - U.S. Food and Drug Administration, Center for Drug Evaluation and Research, *National Drug Code Directory* , <http://www.fda.gov/cder/ndc/database/>.