**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>) MDL NO. 1456<br>) Civil Action No. 01-12257-PBS<br>) Subcategory Case No: 03-10643-PBS |
| THIS DOCUMENT RELATES TO: | )<br>)<br>) Judge Patti B. Saris |
| *The City of New York, et al.* | )<br>) |
| *v.* | ) |
| *Abbott Laboratories, et al.* | )<br>) |

**AFFIDAVIT OF KATHRYN B. ALLEN IN OPPOSITION TO DEFENDANTS' JOINT MOTION TO EXCLUDE THE PROFFERRED EXPERT REPORT AND TESTIMONY OF HARRIS DEVOR, C.P.A.**

Kathryn B. Allen, being duly sworn, deposes and says as follows:

1.  I am an associate at Kirby McInerney LLP and counsel for the City of New York and all New York Counties in MDL 1456, except Nassau and Orange. In this capacity, I am personally knowledgeable about the matters set forth herein. This affidavit is submitted in opposition to Defendants' Joint Motion to Exclude the Proffered Expert Report and Testimony of Harris Devor, C.P.A.

2.  Attached as Exhibit A is a true and complete copy of relevant excerpts of the Hearing Transcript from the May 16, 2007 Status Conference before the Honorable Patti B. Saris.

3.  Attached as Exhibit B is a true and complete copy of relevant excerpts of the transcript of the Deposition of Dr. Sumanth Addanki, taken November 20, 2008.

4.  Attached as Exhibit C is a true and complete copy of relevant excerpts of the transcript of the Deposition of Dr. Sumanth Addanki, taken April 22, 2009.

Dated:  June 30, 2009

_____
Kathryn B. Allen

Swore before me on this 30th day of
June, 2009

_____
Notary Public

JANICE E TOGAL
NOTARY PUBLIC
State of Texas
Comm. Exp. 05-27-2012

## CERTIFICATE OF SERVICE

I, James P. Carroll Jr., hereby certify that I caused a true and correct copy of the foregoing AFFIDAVIT OF KATHRYN B. ALLEN IN OPPOSITION TO DEFENDANTS' JOINT MOTION TO EXCLUDE THE PROFFERRED EXPERT REPORT AND TESTIMONY OF HARRIS DEVOR, C.P.A., to be served on counsel of record via electronic service pursuant to paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated:  June 30, 2009

_____/s/_____
James P. Carroll, Jr.
Kirby McInerney LLP
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 371-6600