# REPLY EXHIBIT A

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| THE COMMONWEALTH OF MASSACHUSETTS, | ) | |
| Plaintiff, | ) | C.A. NO. |
| v. | ) | 03-11865-PBS |
| MYLAN LABORATORIES, INC., BARR | ) | |
| LABORATORIES, INC., DURAMED | ) | |
| PHARMACEUTICALS, INC., IVAX CORPORATION, | ) | |
| WARRICK PHARMACEUTICALS CORPORATION, | ) | |
| WATSON PRAMACEUTICALS, INC., SCHEIN | ) | |
| PHARMACEUTICAL, INC., TEVA | ) | |
| PHARMACEUTICALS USA, INC., PAR | ) | |
| PHARMACEUTICAL, INC., | ) | |
| PUREPAC PHARMACEUTICAL CO., | ) | |
| AND ROXANE LABORATORIES, INC. | ) | |
| Defendants. | ) | |

_____

VIDEOTAPED DEPOSITION OF

ROBERT G. CUNARD

October 26, 2007

9:21 a.m.

Page 150

1  profitability was not acceptable at the pharmacy
2  level and it was requested that we lower our
3  pricing as a result of that.
4      MR. MULLIN:  It's now approximately 12:30.  I
5  think this is probably an appropriate point to take
6  a luncheon break.
7      MR. ESCOBAR:  Okay.
8      THE VIDEOGRAPHER:  12:33.  We're off the
9  record. This is the end of Tape No. 3.
10         (Whereupon, a recess was taken.)
11     THE VIDEOGRAPHER:  1:35.  Back on the record.
12 This is the beginning of Tape No. 4.
13     Q.  (By Mr. Mullin)  Mr. Cunard, I want to
14 show you again what's been marked in these
15 proceedings as Exhibit Cunard 003, which is the new
16 product plan summary.
17     And I'd ask you to just look at that and tell
18 me whether or not you wrote that.
19     A.  No, I did not.
20     Q.  Did you play any role at all in drafting
21 that?
22     MR. ESCOBAR:  Objection to the form.

Page 151

1      THE WITNESS:  Not that I recall.
2      Q.  (By Mr. Mullin)  Do you think you probably
3  did?
4      MR. ESCOBAR:  Objection to the form; calls for
5  speculation.
6      THE WITNESS:  Not that I recall.
7      Q.  (By Mr. Mullin)  And if you were looking
8  for similar documents with regard to other products
9  that were launched, where would you look?
10     A.  I would find the originator of this
11 document and search that person's files.
12     Q.  And where would you look for the
13 originator of the document?
14     A.  It's certainly not my expertise, but I'd
15 just look for an electronic copy or -- or see what
16 the author was on the document.
17     Q.  In showing you what was marked as Exhibit
18 Cunard 004 this morning which, I think, is the Jodi
19 Eichelberger e-mail that we were looking at,
20 looking on the -- the grid, the spread there, the
21 -- the table, on the right-hand side is the Pfizer
22 information.

Page 152

1      Do you see that?
2      A.  Yes.
3      Q.  And with regard to Pfizer, there's a
4  column that's headed "DP."  What -- what's your
5  understanding of DP?
6      A.  It's my understanding that that referred
7  to direct price.
8      Q.  And that would be a -- a contract price on
9  sales where the product was shipped directly to the
10 customers?
11     A.  I don't know.
12     Q.  Is it a term that you used when you worked
13 at Mylan?
14     MR. ESCOBAR:  The term "DP"?
15     MR. MULLIN:  I'm sorry?
16     MR. ESCOBAR:  The term "DP"?
17     MR. MULLIN:  Yes.
18     THE WITNESS:  Yes, we used direct price.  But
19 I believe this term "DP" is taken from the Red
20 Book, which -- which may have a different
21 definition than what internally we used.
22     Q.  (By Mr. Mullin)  And with regard to the

Page 153

1  Pfizer side of that column or table, the diff- --
2  if -- if DP means the contract price, essentially
3  it would be the pharmacy's revenue on the product?
4      MR. ESCOBAR:  Objection to the form; calls for
5  speculation.
6      THE WITNESS:  I don't know.
7      Q.  (By Mr. Mullin)  And if you compare the
8  two spread columns in that chart, essentially for
9  each product that's listed, the spread on the
10 Pfizer product is greater than the spread on the
11 Mylan product; is that right?
12     A.  Yes, that's what the numbers reflect.
13         (Whereupon, previously marked Exhibit
14 Cunard 007 was introduced for identification.)
15     Q.  (By Mr. Mullin)  All right.  Let me show
16 you a document that I've had marked as Exhibit
17 Cunard 007.
18     Again, I'd represent to you it's an e-mail
19 produced us by the Attorney General's Office of the
20 State of California who's represented to us that
21 they got it from Mylan, that it was also produced
22 to a Congressional committee, and that the

# REPLY EXHIBIT B

```
                     NO. D-1-GV-07-001259

   THE STATE OF TEXAS            ) IN THE DISTRICT COURT
                                 )
   ex rel.                       )
       VEN-A-CARE OF THE         )
       FLORIDA KEYS, INC.,       )
                                 )
          Plaintiffs,            )
                                 )
   VS.                           ) TRAVIS COUNTY, TEXAS
                                 )
   SANDOZ, INC. f/k/a GENEVA     )
   PHARMACEUTICALS, INC.,        )
   NOVARTIS PHARMACEUTICAL       )
   CORP., NOVARTIS AG, EON       )
   LABS, APOTHECON, INC.,        )
                                 )
   MYLAN PHARMACEUTICALS, INC.,  )
   MYLAN LABORATORIES, INC.,     )
   UDL LABORATORIES, INC.        )
                                 )
   TEVA PHARMACEUTICALS USA,     )
   INC., f/k/a LEMMON            )
   PHARMACEUTICALS, INC.,        )
   COPLEY PHARMACEUTICALS,       )
   INC., IVAX PHARMACEUTICALS,   )
   INC., SICOR PHARMACEUTICALS,  )
   INC., TEVA NOVOPHARM, INC.,   )
   and TEVA PHARMACEUTICAL       )
   INDUSTRIES, LTD.              )
          Defendants.            ) 201ST JUDICIAL DISTRICT


   *******************************************************

              ORAL AND VIDEOTAPED DEPOSITION OF

                    ROBERT GEORGE CUNARD

                     OCTOBER 30TH, 2008

   *******************************************************
```

1  that I want to say was in the 2004-2005 timeline when
2  it was started.
3      Q.   Who was the chairman?
4      A.   I believe Hal Korman, but I --I'm not
5  completely sure on that.
6      Q.   Did you ever serve in a leadership capacity
7  on the pricing committee?
8      A.   Well, it was a rather limited committee.  I
9  believe everyone there was a -- a leader, if you will.
10     Q.   Okay.  Did the pricing committee ever make
11 any decisions or recommendations regarding average
12 wholesale prices?
13     A.   Not that I recall.
14     Q.   How about wholesale acquisition costs?
15     A.   Yes.
16     Q.   How about direct prices?
17     A.   Yes.
18     Q.   How about prices that your group would, then,
19 give to Mr. Krinke for reporting to government
20 programs or First DataBank or Red Book?
21     A.   Yes.
22     Q.   So if there was ever any issues regarding the
23 correctness of how Mylan was going about setting and
24 reporting prices that were used by government
25 programs, would there have been a committee at Mylan

# REPLY EXHIBIT C

00001

1        STATE OF WISCONSIN CIRCUIT COURT

2             DANE COUNTY  Branch 9

3   ----------------------

4   STATE OF WISCONSIN,   )

5         Plaintiff, ) CASE NO. 04-CV-1709

6     vs.            )

7   AMGEN INC., et al.,   )

8         Defendants. )

9   ----------------------

10      (CAPTIONS CONTINUED ON FOLLOWING PAGES)

11      Videotape Deposition of Joseph Duda, R.Ph.

12            Wednesday, April 16, 2008

13   a witness herein, taken on behalf of the

14   plaintiffs in the above-entitled cause of action

15   pursuant to notice and the Wisconsin and Kentucky

16   Rules of Civil Procedure by and before Tammie

17   Puls, Registered Professional Reporter and

18   Notary Public within and for the State of

19   West Virginia at the offices of Streski Reporting

20   & Video Service, WesMon Center IV, 829 Fairmont

21   Road, Suite 101, Morgantown, West Virginia 26501,

22   commencing at 8:52 a.m.

00144

1        MR. ESCOBAR:  Objection to the form.

2     A.  I disagree.

3   BY MR. BARNHILL:

4     Q.  You can produce direct prices -- you're

5   the keeper of both the direct price -- when you

6   were head of contracts and pricing, you were the

7   keeper of both the average wholesale price and

8   the direct price; is that correct?

9        MR. ESCOBAR:  Objection to the form.

10  BY MR. BARNHILL:

11    Q.  You knew both?

12    A.  I knew the -- the -- repeat the

13  question.

14    Q.  When you were head of contracts and

15  pricing, you knew both the average wholesale

16  price and the direct prices; is that correct?

17    A.  I had a reference where I could look at

18  the two prices, yes.

19    Q.  And when Mylan contracted with Rite

20  Aid, the direct price was always lower, always,

21  every time, lower than the published average

22  wholesale price of Mylan's product; is that

# REPLY EXHIBIT D

0001

 1   IN THE UNITED STATES DISTRICT COURT FOR THE

 2          DISTRICT OF MASSACHUSETTS

 3        CIVIL ACTION NO. 03-CV-11865-PBS

 4   -----------------------------X

 5   THE COMMONWEALTH OF       )

 6   MASSACHUSETTS,            )    VIDEOTAPED

 7         Plaintiff,    )  DEPOSITION UPON

 8         v.       )  ORAL EXAMINATION

 9   MYLAN LABORATORIES, INC.,   )    OF

10   et al.,              )  BRIAN ROMAN

11         Defendants.    )    30(b)(6)

12   -----------------------------X

13          C O N F I D E N T I A L

14          FOR ATTORNEYS' EYES ONLY

15      T R A N S C R I P T  of the stenographic

16   notes of G. DONAVICH, a Certified Shorthand

17   Reporter and Notary Public of the State of

18   Pennsylvania taken at the offices of AKF

19   Reporters, Inc., Court Reporting & VideoTech

20   Services, AKF Building, 436 Boulevard of the

21   Allies, Pittsburgh, Pennsylvania, on Thursday,

22   August 2, 2007, commencing at 9:14 a.m.

0129

1       MR. ESCOBAR:  Objection to the form.

2       THE WITNESS:  Mylan does not sell its

3   products to its customers at AWP.

4       MR. MULLIN:  And it never has.  Is that

5   correct?

6       MR. ESCOBAR:  Objection to the form.

7       THE WITNESS:  It's hard for me to be

8   categorical.  We've been in business for 45

9   years, and as I said, now we sell 170 different

10  drugs; but by and large, no, AWP is not a price

11  at which Mylan sells or has sold its drugs to its

12  customers.

13      MR. MULLIN:  And certainly Mylan has

14  never understood that AWP represented a price

15  that Mylan was selling its product for.  Correct?

16      MR. ESCOBAR:  Objection to the form.

17      THE WITNESS:  I don't think Mylan

18  understood that AWP was a price that Mylan was

19  selling its products to its customers or ever

20  represented it to be that.

21      MR. MULLIN:  I want to focus on pricing

22  authority that set transaction prices with