# EXHIBIT A

**Kathryn Allen**

| | |
|---|---|
| **From:** | "Davidson, Kelly" <kjdavidson@ober.com> |
| **To:** | <jcicala@kmllp.com>; <kbale@kmllp.com> |
| **Cc:** | "Whitman, M. Hamilton Jr." <mhwhitman@ober.com> |
| **Sent:** | Friday, May 16, 2008 5:12 PM |
| **Attach:** | FUL_AMP_Information_(Wyeth_NY_Counties).XLS |
| **Subject:** | Wyeth AMP Production |

Dear Joanne and Kathryn,

Attached in Excel format is a spreadsheet containing the available AMP data from January 1, 1997, up through and including December 31, 2005, for the NDCs listed in my letter to Joanne dated March 5, 2008. We have Bates-stamped the entire spreadsheet as WYNY 0005674. A fourth production of documents from the files of Richard Truex was sent to your attention today as WYNY 0004674-0005673, which accounts for the apparent gap in bates numbering between Wyeth's third document production and the attached AMP spreadsheet.

Please note that the attached spreadsheet has been marked "Highly Confidential." We ask that it be treated in accordance with paragraph 4 of the Protective Order that governs this action.

Regards,

Kelly

<<FUL_AMP_Information_(Wyeth_NY_Counties).XLS>>

*Kelly J. Davidson*
kjdavidson@ober.com
410-347-7395 -- Direct Dial
443-263-7595 -- Direct Fax
410-547-0699 -- General Fax

OBER|KALER

*Attorneys at Law*
www.ober.com
120 East Baltimore Street
Baltimore, Maryland 21202

# EXHIBIT B

1

                IN THE UNITED STATES DISTRICT COURT

             FOR THE DISTRICT OF MASSACHUSETTS

                          ----

     IN RE PHARMACEUTICAL INDUSTRY  MDL No. 1456

     AVERAGE WHOLESALE PRICE          :Master File No.

     LITIGATION                      :01-12257-PBS

                                     :

     THIS DOCUMENT RELATES TO:       :

     CITY OF NEW YORK, et al.,       :

              v.                     :

     ABBOTT LABORATORIES, et al.     :


                      -----

               Thursday, June 19, 2008

                      -----

               Videotaped 30(b)(6) examination of

     WYETH (RICHARD TRUEX, Ph.D.), held in the offices

     of Reed Smith, 2500 One Liberty Place, 1650 Market

     Street, Philadelphia, PA  19103, commencing

     at 10:14 a.m., on the above date, before

     Mickey Dinter, Registered Professional Reporter and

     Notary Public for the Commonwealth of Pennsylvania.

30(b)(6) Wyeth (Truex, Ph.D., Richard)                    June 19, 2008

7 (Pages 22 to 25)

---

22

1      Q.  Because, as you testified already, I
2  believe different people set the prices on the
3  generic side and reported them, correct?
4      A.  That's correct.
5      Q.  Did you have any responsibility for
6  reporting Lorazepam prices to the pricing compendia
7  in the position you held when you first joined
8  Wyeth?
9      A.  No.
10     Q.  Is it fair to say your price reporting
11 responsibilities began in 1999?
12     A.  That's correct.
13     Q.  Did you continue to have price reporting
14 responsibilities for Lorazepam when you became
15 executive director of U.S. pricing?
16     A.  I did.
17     Q.  By you, I assume, it was someone who
18 reported to you?
19     A.  That's correct.  It wasn't me personally.
20     Q.  You and I are going to have to try not to
21 talk on top of each other.  We are both doing it,
22 so I will try to not cut you off and, please, try

---

23

1  to let me finish my question just so our record is
2  clear.
3      A.  Sure, absolutely.
4      Q.  Thank you.
5      A.  You're welcome.
6      Q.  As senior director of U.S. pricing, did
7  you also have responsibility for price reporting
8  for Ativan?
9      A.  Yes.
10     Q.  And did you continue to have price
11 reporting responsibilities for Ativan when you
12 became executive director of U.S. pricing?
13     A.  Yes.
14     Q.  But in your capacity of executive director
15 of U.S. pricing and in the context of Ativan, you
16 would also be involved in setting the prices for
17 Ativan, is that correct?
18     A.  That's correct.
19     Q.  Did you participate in the pricing
20 committee in connection with setting prices for
21 Ativan?
22     A.  I participated in a, in the pricing

---

24

1  committee.  The pricing committee was not involved
2  in setting prices for Ativan.
3      Q.  Thank you.
4         (Exhibit Truex 001, a Revised 30(b)(6)
5  Notice of Deposition of Wyeth, marked for
6  identification.)
7  BY MS. CICALA:
8      Q.  Dr. Truex, we have marked as Exhibit
9  Number 1, the Revised 30(b)(6) Notice of Deposition
10 of Wyeth that my client served in this case.  Have
11 you seen this particular document before?
12     A.  Yes, I have.
13     Q.  Is this the document you were referring to
14 when you made reference to a list of questions that
15 you were to address?
16     A.  Yes.
17     Q.  You understand that you have been
18 designated by Wyeth to testify on behalf of the
19 company on certain of the topics listed in Exhibit
20 1, is that correct?
21     A.  I understand that.
22     Q.  Your counsel has informed me that you have

---

25

1  been designated to testify on topics number 24
2  through 31.  Is that your understanding? Please
3  take a --
4      A.  I didn't focus on the numbers.  I was
5  supposed to testify.  I'm fine with that.
6      Q.  Okay.  Could you, please, review the
7  topics, 24 through 31, and then let me know if you
8  understand that you are here to address the subject
9  matters that are described in those topics?
10     A.  Yes.
11     Q.  And your counsel has also indicated that
12 you will be, you are here to testify with regard to
13 subjects 33, 34 and 35.  Could you, please, review
14 those and confirm for me that you have the same
15 understanding.
16     A.  I do.
17     Q.  Okay.  Can you describe for me who,
18 between the years 1997 through 2005, who was
19 responsible for determining the prices that Wyeth
20 would report to the publishing compendia for
21 Lorazepam?
22     A.  Who was responsible for establishing the

---