# EXHIBIT A

```
                UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF MASSACHUSETTS


IN RE PHARMACEUTICAL INDUSTRY) MDL No. 1456

AVERAGE WHOLEALE PRICE       ) Master File

LITIGATION                   ) No. 01-12257-PBS

_____) Judge Patti B. Saris

                             )

THIS DOCUMENT RELATES TO     )

City of New York, et al.     )

v.                           )

Abbott laboratories, et al.  )

_____)



        30(b)(6) DEPOSITION OF ETHEX (CHRIS KEITH)

              Taken on behalf of the Plaintiffs

                       June 24, 2008

                *** HIGHLY CONFIDENTIAL ***
```

1   2002.

2   Q.   Okay.  Thank you.  And for the record, if
3   you'll flip through this document, you'll see, Mr.
4   Keith, that the award appears to concern a number of
5   Ethex products, but among them is the Isosorbide
6   Mononitrate 60-milligram tablets that is the subject
7   of today's deposition.  If you would take a moment
8   just to confirm that for me.

9   A.   Yes.

10  Q.   And what is OptiSource?

11  A.   Excuse me.  It is a group of smaller
12  independent wholesalers that have kind of banded
13  together to form a single group to, you know, leverage
14  their purchasing power.  It's a source program among
15  probably 14 different wholesalers at the time.

16  Q.   Okay.  And so the prices -- the prices that
17  we see reflected in here would be available to all the
18  participating wholesalers; is that correct?

19  A.   That's correct.

20  Q.   And this particular deal with OptiSource was
21  agreed to; isn't that right?

22  A.   It appears to be, yes.