Exhibit A

 **Warrick**
PHARMACEUTICALS

DISTRIBUTED
_9/8  Chan_

**Memo**

| | |
|---|---|
| Date: | 8 September, 1998 |
| To: | D. Malanga, A. Manning, W. Gough, A. Graf, P. Hiley, L. Manfredi, J. Van Schaften, J. Sherman, B. Vines, D. K. Willoughby |
| CC: | H. Weintraub |
| From: | R. Kapur |
| Subject: | *Price Reports to Third Parties; AWP, WAC etc.* |

Please ensure that any price report, such as AWP and WAC, to third parties (*other than the pricing quoted to accounts to meet competition in the normal course of business*) is reviewed with Harvey Weintraub before any submissions are made to ensure uniformity in approach and the consistent application of the correct and appropriate criteria.  Harvey will coordinate any necessary internal reviews.

R. Kapur

RK/bv

EXHIBIT __62__
WIT: __Weintraub__
DATE: __9-20-06__
Cynthia Vohlken

S:\kapur\90898-1.doc

HIGHLY CONFIDENTIAL

RGX 0016763

Exhibit B

1

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA


STATE OF ALABAMA,            )
      Plaintiff,         )
                    )
VS.                         )      NO. CV-2005-0219-PR
                    )
ABBOTT LABORATORIES,        )
INC., et al,                )
      Defendants.        )


*******************************************************


IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA


ROBERT J. SWANSTON,           )    NO. CV 2022-004988
individually and on behalf    )
of himself and all others     )
similarly situated,           )
      Plaintiff,           )    (Assigned to the
                     )    Honorable Janet
VS.                           )    Barton)
                     )
TAP PHARMACEUTICAL PRODUCTS,  )
INC.; et al.,                 )
      Defendants.          )


*******************************************************

ORAL AND VIDEOTAPED DEPOSITION OF

HARVEY J. WEINTRAUB

September 18, 2006

Volume 1

*******************************************************

---

**2**

```
1           UNITED STATES DISTRICT COURT
               DISTRICT OF ARIZONA
2
   THE STATE OF ARIZONA      ) Cause No. 2:06-cv-00045-ROS
3  ex rel. TERRY GODDARD,    )
         Plaintiff,          )
4                            )
   VS.                       )
5                            )
   ABBOTT LABORATORIES;      )
6  et al.,                   )
         Defendants.         )
7
8  ********************************************************
9
       IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
10                  FIFTH DIVISION
11
   STATE OF ARKANSAS,        )
12                           )
   VS.                       ) CASE NO. CIV 2004-634
13                           )
   WARRICK PHARMACEUTICALS   )
14 CORPORATION; SCHERING-PLOUGH )
   CORPORATION; and SCHERING )
15 CORPORATION.              )
16
   ********************************************************
17
18 DOCKET NO. X07-CV-03-0083296S (CLD)
19 STATE OF CONNECTICUT      ) SUPERIOR COURT
                             ) COMPLEX LITIGATION DOCKET
20                           ) AT TOLLAND
   VS.                       )
21                           )
   DEY INC., ET AL           )
22                           )
23
   ********************************************************
24
25
```

---

**3**

```
1  IN THE COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR
                 LEON COUNTY, FLORIDA
2
   THE STATE OF FLORIDA      )
3  Ex rel.                   )
                             )
4    VEN-A-CARE OF THE       )  CIVIL ACTION NO.
   FLORIDA KEYS, INC.,       )  98-3032A
5    et al.,                 )
         Plaintiffs,         )
6                            )
   VS.                       )
7                            )
   BOEHRINGER INGELHEIM      )
8  CORPORATION; DEY, INC.; DEY, )
   L.P.; et al.,             )
9        Defendants.         )
10 ********************************************************
11     IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF HAWAI'I
12
13 STATE OF HAWAII,          ) CIVIL NO. 06-00437
         Plaintiff,          ) DAE/BMK
14                           )
   VS.                       )
15                           )
   ABBOTT LABORATORIES INC.; )
16 ALPHARMA USPD, INC.; et al., )
         Defendants.         )
17
18 ********************************************************
19     IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
          COUNTY DEPARTMENT, CHANCERY DIVISION
20
   THE PEOPLE OF THE STATE OF )
21 ILLINOIS,                 )
         Plaintiff,          )
22                           )
   VS.                       ) Case No. 05 CH 02474
23                           )
   ABBOTT LABORATORIES, et al., )
24       Defendants.         )
25 ********************************************************
```

---

**4**

```
1           COMMONWEALTH OF KENTUCKY
               FRANKLIN CIRCUIT COURT
2                  DIVISION TWO
3
   CIVIL ACTION NO. 03-CI-1135
4
   COMMONWEALTH OF KENTUCKY   )
5  ex rel. GREGORY D. STUMBO, )
   ATTORNEY GENERAL,          )
6        Plaintiff,           )
   VS.                        )
7                             )
   WARRICK PHARMACEUTICALS    )
8  CORP., et al.,             )
         Defendants.          )
9
   ********************************************************
10
       UNITED STATES DISTRICT COURT
11   FOR THE DISTRICT OF MASSACHUSETTS
12
   THE COMMONWEALTH OF        )
13 MASSACHUSETTS,             )
         Plaintiff,           )
14                            )
   VS.                        ) Case No. 03-CV-11865-PBX
15                            )
   MYLAN LABORATORIES,        )
16 INC., et al.,              )
         Defendants.          )
17
   ********************************************************
18
       UNITED STATES DISTRICT COURT
19      DISTRICT OF MASSACHUSETTS
20
   IN RE PHARMACEUTICAL       ) MDL No. 1456
21 INDUSTRY AVERAGE           ) Civil Action No. 01-12257-PBS
   WHOLESALE PRICE            ) Judge Patti B. Saris
22 LITIGATION                 ) Magistrate Judge
                              )  Marianne B. Bowler
23
   ********************************************************
24
25
```

---

**5**

```
1  IN THE CHANCERY COURT OF THE FIRST JUDICIAL DISTRICT
                 OF HINDS COUNTY, MISSISSIPPI
2
   STATE OF MISSISSIPPI,     )
3        Plaintiff,          )
                             )
4  VS.                       ) CIVIL ACTION NO:  G2005-2021
                             )
5  ABBOTT LABORATORIES,      )
6  INC., et al.,             )
         Defendant.          )
7
8  ********************************************************
9     IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                 STATE OF MISSOURI
10
11 STATE OF MISSOURI, ex rel. )
   JEREMIAH W. (JAY) NIXON,  )
12 Attorney General,         )
                             )
13 AND                       )
                             )  Case No: 054-1216
14 MISSOURI DEPARTMENT OF    )
   SOCIAL SERVICES, DIVISION OF )
15 MEDICAL SERVICES,         )  Division No. 31
         Plaintiff,          )
16                           )
17 VS.                       )
                             )
   DEY, INC., DEY, L.P., MERCK )
18 KGaA, et al.,             )
         Defendant.          )
19
20 ********************************************************
21
22
23
24
25
```

46

1      MR. ANDERSON:  I understand it.
2      MR. MOORE:  All right.
3           HARVEY J. WEINTRAUB,
4  having been previously duly sworn, testified as
5  follows:
6           EXAMINATION
7  BY MR. MOORE:
8      Q.  Okay.  Would you state your name for the
9  record, sir?
10     **A.  Harvey J. Weintraub.**
11     Q.  What is your home address?
12     **A.  34 Woodcrest Drive, Convent Station, New**
13  **Jersey.**
14     Q.  How old are you, Mr. Weintraub?
15     **A.  77.**
16     Q.  What's your date of birth?
17     **A.  May 21st, 1929.**
18     Q.  Are you currently employed?
19     **A.  I consult at the moment.**
20     Q.  Okay.  Who do you consult for currently?
21     **A.  Midland Healthcare.**
22     Q.  What is your position with Midland
23  Healthcare?
24     **A.  I advise on the sales and marketing.**
25     Q.  Do you also consult from time to time with

47

1  Schering and Warrick?
2      **A.  Yes, I do.**
3      Q.  All right.  And let's talk about Midland for
4  a moment.  What -- what are your duties, your
5  consulting duties with Midland?
6      **A.  To assist the chairman of the company with**
7  **his sales and marketing activity.**
8      Q.  What are the products sold by Midland?
9      **A.  At the moment we only have two.**
10     Q.  What are they?
11     **A.  One is a cough/cold product called NY-Tannic.**
12  **The second one is a sulfa drug and antibiotic.**
13     Q.  How long have you worked -- consulted for
14  Midland?
15     **A.  Since the beginning of 2005.**
16     Q.  Are you an owner of Midland Healthcare?
17     **A.  No.**
18     Q.  Where is Midland Healthcare located?
19     **A.  Sales offices are in Princeton, New Jersey**
20  **and the manufacturing facility is in Kansas City,**
21  **Kansas.**
22     Q.  Do you work full-time or part-time?
23     **A.  Primarily part-time.**
24     Q.  Do you work out of your home?
25     **A.  Out of my home.**

48

1      Q.  Since you've gone to work -- consulting for
2  Midland, you've continued to consult for Schering
3  Corp. and Warrick from time to time?
4      **A.  Yes.**
5      Q.  And consulting in what areas since you've
6  been working for Midland?
7      **A.  Primarily assisting in the institutional**
8  **memory.  I was there for a long period of time and I**
9  **don't do any sales and marketing activity at this**
10  **point anymore.**
11     Q.  All right.  So you no longer do any -- any
12  sales and marketing consulting for Warrick or Schering
13  or any related company?
14     **A.  No, I do not.**
15     Q.  What do you charge for your consulting
16  services to Midland?
17     **A.  $1500 a day.**
18     Q.  What do you charge for your consulting
19  activities with Schering and Warrick?
20     **A.  $1500 a day.**
21     Q.  Okay.  At one point in time you were a
22  consultant for Warrick on its business-related
23  matters; is that correct?
24     **A.  That is correct.**
25     Q.  Tell the jury what was the time period you

49

1  were a consultant for Warrick Pharmaceuticals.
2      **A.  From 1994 until the end of 2004 --**
3      Q.  Okay.
4      **A.  -- as a consultant.**
5      Q.  All right.  And when you quit consulting for
6  Warrick, that was when?  When did you stop consulting
7  for Warrick on its day-to-day business activities?
8      **A.  At the end of 2004.**
9      Q.  And then after that you started doing
10  business consulting for Midland Healthcare?
11     **A.  That is correct.**
12     Q.  And, Mr. Weintraub, before you went to work
13  as a consultant for Warrick Pharmaceuticals, and we're
14  going to go back into this in some detail, I'm just
15  trying to get a broad outline, you worked for Schering
16  Corporation, correct, sir?
17     **A.  That is correct.**
18     Q.  How many years did you work for Schering?
19     **A.  For 40 years.**
20     Q.  What's the time frame, just to get this in
21  perspective?
22     **A.  From 1953 until 1993.**
23     Q.  Are you married?
24     **A.  Yes, I am.**
25     Q.  How long have you been married?

74

1      A.  Well, I wouldn't characterize it as next.
2  When I was in the over-the-counter director of
3  marketing position, I was among those who made a
4  recommendation to buy a company and I was sent out to
5  run that company simultaneously while I was director
6  of marketing for over-the-counter products.  That was
7  the Emko Company.
8      Q.  All right.  What was the Emko Company?
9      A.  It had a topical contraceptive foam.
10     Q.  Does your CV show you as a vice-president of
11  Emko Company?
12     A.  Yes.  Simultaneously with the position of
13  director of marketing for over-the-counter products.
14     Q.  Okay.  Then what's your next position with
15  Schering Corp.?
16     A.  Then I moved into -- after we -- that
17  position I moved into the position of director of
18  marketing for prescription pharmacies.  I just want to
19  get the time frame correct.
20     Q.  Okay.  Thank you.
21     A.  And then I became a vice president for
22  marketing communications and services.
23     Q.  When was that?
24     A.  That was in 1980.
25     Q.  And was that a promotion?

75

1      A.  Yes, it was.
2      Q.  Describe that job for us, please, sir.
3      A.  I directed and controlled the advertising,
4  the sales promotion, the government affairs
5  department, the professional services department, the
6  medical education department and all the activities
7  that related to marketing products.
8      Q.  Both Schering prescription products and
9  over-the-counter products?
10     A.  For both.
11     Q.  For both.  And that was a national job?
12     A.  Yes, it was.
13     Q.  What was your next promotion within the
14  Schering organization?
15     A.  Vice-president for sales.
16     Q.  When did you become vice-president for sales?
17     A.  1981.
18     Q.  How long did you hold the position within
19  Schering of vice-president of sales?
20     A.  From 1981 until 1991.
21     Q.  And for that 10-year period that you were
22  vice-president of sales, describe for us in a short
23  way what was your job at Schering, Mr. Weintraub?
24     A.  I directed all of the sales operations for
25  Schering.  That was the sales force, which at the time

76

1  I came into it had about 800 or so people.  I directed
2  the over-the-counter sales force.  I established an
3  oncology sales force, a dermatology sales force.  I
4  had the areas that supported those sales forces, sales
5  training, field planning, trade sales, sales
6  administration, healthcare affairs, government
7  affairs, pharmacy affairs.  It was -- responsible for
8  all the sales and support activities for the sales
9  organization of Schering Corporation across the United
10 States.
11     Q.  Is it fair to say, Mr. Weintraub, that from
12  1953 to 1981 you rose from being a sales rep to being
13  the vice-president of Schering Corp. in charge of all
14  the sales reps; is that a fair statement?
15     A.  That is a fair statement.
16     Q.  What was your next position with Schering?
17     A.  I became vice-president for marketing and
18  sales services for Key Pharmaceuticals and Schering
19  Corporation.
20     Q.  And when was that?
21     A.  That was in 1991.
22     Q.  Was that a promotion, a lateral move or what?
23     A.  That was essentially a lateral move because I
24  was being prepared -- I was preparing to move out and
25  retire and it was part of a succession plan for my

77

1  position.
2      Q.  What was your job as marketing and sales
3  services for Key Pharmaceuticals and the others?
4      A.  I had all the support activities for the
5  sales organization, sales training, sales operations,
6  field force automation.  We were automating the field
7  force at that time.  We had to put it in a
8  computerized system, so I established that.  I did all
9  the -- supervised all the advertising activities and
10 the market research activities for those
11 organizations.
12     Q.  Mr. Weintraub, you then -- at some point you
13  retired from Schering Corp.?
14     A.  Yes, I did.
15     Q.  When did you retire?
16     A.  Officially I came off the payroll of Schering
17  Corporation in 1994, but in actuality I was out of the
18  sales activities jobs by the end of 1993.  I had
19  accumulated vacation time, which I had to be paid for,
20  so I didn't come off the payroll for a period of time.
21     Q.  Why did you retire from Schering?
22     A.  It was mandatory for vice-presidents and
23  those above who were in policy-making positions to
24  retire at age 65.
25     Q.  So you reached age 65 and it was a mandatory

82

1    A.  Yes.  I am.
2    Q.  Okay.  Was Proventil a brand drug?
3    A.  Yes, it was.
4    Q.  Is it still a brand drug of Schering?
5    A.  It is.
6    Q.  All right.  What is a brand drug?
7    A.  A brand drug is one which carries a brand
8    name, I hate to be redundant, but it carries a brand
9    name and is prescribed by brand and can only be
10   dispensed as written.
11   Q.  How did -- why was Proventil a brand drug of
12   Schering?  How did it have that status?
13   A.  It was a brand drug because Schering had
14   applied for an NDA on that drug and the FDA approved
15   it and a brand name was provided for it.
16   Q.  And so a jury understands what we're talking
17   about, during the time you were selling Proventil, and
18   even today, can any other company go out and sell
19   Proventil or is that just exclusive to Schering?
20   A.  The name Proventil is exclusive to Schering.
21   Q.  Then there is something called a generic
22   drug, correct, sir?
23   A.  That is correct.
24   Q.  Tell the jury what is a generic drug?
25   A.  The generic drug is a drug which consists of

83

1    the same chemical entity as that of the brand,
2    however, it can be substituted for the brand.
3    Q.  Is there a name for the generic version of
4    Proventil?
5    A.  Yes.
6    Q.  What is that?
7    A.  Albuterol.
8    Q.  Going back to Proventil for just a moment,
9    was it, in your view, a successful Schering product?
10   A.  Highly successful.
11   Q.  Why do you say that?
12   A.  It had sales that were very significant.
13   Q.  In the late '80s and early '90s how did the
14   Proventil sales compare, roughly, in volume of sales
15   with other Schering brand drugs?
16   A.  I believe it was our largest single dollar --
17   single product in terms of dollar volume.
18   Q.  When, to your recollection, and if you can
19   only give me a range, I'll accept that, was there --
20   did there first occur generic competition for any form
21   of the Schering Proventil products?
22   A.  I believe in the early 1990s.  I can't be
23   exactly sure of the date.
24   Q.  And do you recall which form of Proventil
25   received generic competition first?

84

1    A.  I believe it was the solution.
2    Q.  And explain for the jury, just in general
3    terms, Mr. Weintraub, just what happens.  Proventil
4    solution is an exclusive brand to Schering and then --
5    and then there comes a time when there is generic
6    competition.  Would you explain that for us, please?
7    A.  When the patent expires for a brand entity,
8    generics that get FDA approval as being equal to the
9    brand can come on the market and they can be
10   substituted for the brand.
11   Q.  Okay.  Mr. Weintraub, in 1993, approximately,
12   how many Proventil inhalers were being manufactured by
13   Schering on a yearly basis in the United States?
14   A.  I believe upwards of 20 million.
15   Q.  In 1993 who was the largest manufacturer and
16   seller of albuterol inhalers in the United States?
17   A.  I believe it was Schering Corporation.
18   Q.  Did Schering continue to sell Proventil brand
19   name products even after there was generic competition
20   for those products?
21   A.  Yes.
22   Q.  What generally happened in the marketplace
23   concerning a Proventil brand name product after there
24   was generic competition for that type of product, what
25   would you --

85

1    A.  The sales deteriorate very rapidly.
2    Q.  Has that what -- has that happened with
3    respect to Proventil?
4    A.  Yes.
5    Q.  Would you explain to the jury if you have
6    deteriorating sales of the brand why -- and generics
7    are being substituted, why are there still brands
8    being sold?
9    A.  Some physicians prefer to have the brand,
10   some patients prefer to have the brand.
11   Q.  During your 40 years -- approximate 40 years
12   of selling and marketing brand drugs and
13   over-the-counter drugs at Schering, did you ever sell
14   any generic drugs?
15   A.  Not at Schering.
16   Q.  Okay.  Why not?
17   A.  We didn't have any generic drugs.
18   Q.  So the whole time you were at Schering,
19   Schering did not sell generic drugs, correct?
20   A.  Except for the last year or so that I was at
21   Schering.
22   Q.  Okay.  Did you yourself, were you involved --
23   well, strike that.  We'll go on.
24       When did you first become involved with
25   a company called Warrick Pharmaceuticals?

86

1    A.  In early 1993.
2    Q.  How did you become involved?
3    A.  I was asked to set Warrick up as an entity
4    which would be able to operate and be prepared for the
5    day that Proventil inhaler got generic competition.
6    Q.  At the time you first became involved in
7    Warrick Pharmaceuticals, did the generic inhaler have
8    generic competition, the inhaler?
9    A.  No, it did not.
10   Q.  Was Warrick already -- well, let's back up a
11   minute.
12          Warrick Pharmaceuticals was a company
13   that was established or set up by Schering?
14   A.  I believe so.
15   Q.  And was Warrick already selling product under
16   the Warrick name when you first became involved with
17   Warrick?
18   A.  Yes, it was.
19   Q.  What products was it already selling?
20   A.  I believe it was already selling the
21   solution.  It may --
22   Q.  Go ahead.
23   A.  It may have been selling some of the other
24   products, also, in the Proventil line.
25   Q.  But in your view, coming into Warrick what

87

1    was your primary focus with Warrick?
2    A.  Coming into Warrick was to learn the generic
3    business and to, therefore, when I did that, get
4    Warrick operational so as to be able to function and
5    recoup the sales of -- that would be lost when the
6    Proventil inhaler got generic competition.
7    Q.  Why -- why was the Proventil inhaler -- why
8    was the albuterol inhaler important as compared with
9    the other albuterol products?
10   A.  It was the largest single dollar volume
11   product Schering had.
12   Q.  Okay.  What was your first position with
13   Warrick?
14   A.  I was vice-president in charge of Warrick.
15   Q.  While you were still working for Schering?
16   A.  Yes.
17   Q.  And then after you retired from Schering what
18   was your position with Warrick?
19   A.  I became a consultant.
20   Q.  Mr. Weintraub, when you became involved with
21   Warrick in 1993, did you have any generic drug selling
22   experience?
23   A.  No.
24   Q.  Did you need to learn about the generic drug
25   business?

88

1    A.  Most certainly.
2    Q.  Okay.  How did you go about doing that?
3    A.  I went around the country and talked to
4    friends of mine in the wholesale trade and in the
5    chain business and just had them tell me what they
6    knew about generics and how one had to operate on that
7    plane, a business that I had never been in before.
8    Q.  What did you learn to be the most significant
9    differences between selling brands and generics?
10   A.  In terms of selling them?
11   Q.  Yes, sir.  Well, let's -- let's back up.
12   Let's -- let's leave selling out for just a minute.
13   What did you -- let's make it more general.
14          What did you understand, based on your
15   investigation, to be the most significant difference
16   between brand drug products and generic drug products?
17   A.  Well, you say most significant, not
18   necessarily in order, but brand drugs tend to have
19   prices that are stable and go up over time.  They can
20   only be dispensed upon the prescription of a physician
21   and unless there's a generic equivalent to it, it must
22   be dispensed as written by the prescription.
23          Brand drugs are prescribed by
24   physicians, they're promoted by the pharmaceutical
25   companies to hundreds of thousands of physicians and

89

1    the prescriptions are filled in the drug stores that
2    receive those prescriptions.
3          Generic drugs are different in that
4    prices deteriorate very -- very rapidly, depending
5    upon the amount of competition for the drug.  They are
6    not promoted to the physician because the physician
7    has no choice in the generic drug as dispensed.  The
8    pharmacist has a choice.  And basically in this
9    country, there are probably 60 or 70 points of
10   purchase for the generics that account for probably 90
11   percent or more of the generic business.
12          Did I indicate that prices go down very
13   rapidly?
14   Q.  Yes, sir.
15   A.  That -- I guess one of the most important
16   differences is that a generic drug is stocked as only
17   one entity from any given manufacturer for that
18   particular chemical entity.  In other words, if
19   generic drug A is on the market and generic drug B and
20   C and D all the same, only one person in one
21   organization makes the choice as to which one will be
22   stocked.  The others are not stocked at all.
23   Q.  To try to further --
24   A.  Am I clear on that?
25   Q.  Yes, sir.  Let me -- let me ask you a few

154

1  account.
2    Q.  Did -- to your recollection, did anyone from
3  First DataBank ever respond to this request?
4    A.  I don't recall any response.
5    Q.  To your recollection, were you under the
6  impression that they had complied with this request?
7    A.  Yes.
8    Q.  Why?
9    A.  Because I would get the publication, the
10  written publication, periodically every two weeks or
11  every month, I can't remember how often they came out,
12  and I remember looking to see if they had complied.
13    Q.  Okay.  And what do you remember seeing when
14  you did look?
15    A.  Prices that came out to $1.21 per unit for
16  both package sizes.
17    Q.  All right.  What about direct price?
18    A.  I don't recall even looking for it, but I
19  don't think it was in there.
20    Q.  All right.  In the -- in the -- you received
21  the paper form of First DataBank, the booklets?
22    A.  That's the only form we got.
23    Q.  Did you ever receive the electronic
24  information?
25    A.  Not to my knowledge.

155

1    Q.  Did you have to pay more for the electronic
2  information?
3    A.  Yes.
4    Q.  Chose not to purchase it?
5    A.  That's correct.
6        (Exhibit 4 marked)
7    Q.  (BY MR. MOORE)  Mr. Weintraub, I've put in
8  front of you a document that's marked as Exhibit
9  Number 4.  Would you identify this for us, please,
10  sir, if you can?
11    A.  It's a letter that I wrote to a Kay Morgan at
12  First DataBank.
13    Q.  What's the date of the letter, sir?
14    A.  The date of the letter was July 16, 2002.
15    Q.  All right.  And is this a true and correct
16  copy of a letter that you sent Kay Morgan of First
17  DataBank on or about July 16th, 2002?
18    A.  Yes, it is.
19    Q.  And is your signature at the bottom?
20    A.  Yes, it is.
21    Q.  Describe the circumstances, Mr. Weintraub,
22  surrounding sending this letter to First DataBank in
23  2002.
24    A.  I don't recall the exact circumstances.  The
25  most I can recall was that there was a request that

156

1  came in from First DataBank for purposes that they
2  wanted to furnish WAC prices.  And I indicated that we
3  did not have WAC prices.  We had no published list.
4  At that point -- I can't remember if it was in the
5  same conversation or in a subsequent conversation they
6  said, "Well, send us your highest WAC prices for the
7  products involved."  So we sent them the highest WAC
8  prices, I believe.
9    Q.  What were your highest WAC -- what did you go
10  to to get your highest WAC prices?
11    A.  We had a price listing in Schering -- in
12  Warrick, rather, and that -- that became the source of
13  my information.
14    Q.  Now, there is a term here, I want to back up
15  just a minute, a term called "WAC," W-A-C.
16    A.  Yes.
17    Q.  What is your understanding of what -- what
18  those letters stand for, W-A-C?
19    A.  Wholesaler acquisition cost.
20    Q.  All right.  And what is your understanding of
21  what -- what price is being referred to when --
22  when -- when a WAC price is mentioned?
23    A.  An undiscounted invoice price.
24    Q.  To who?
25    A.  To the recipient, the wholesaler.

157

1    Q.  All right.  Now, you said that Warrick didn't
2  publish a list of WAC prices; is that true?
3    A.  That's correct.
4    Q.  All right.
5    A.  We didn't have WAC prices as such.
6    Q.  Did Warrick periodically publish sort of like
7  a quarterly listing or an annual listing of published
8  list WAC prices, did you do that?
9    A.  No, we did not.
10        MR. HEIDLAGE:  Objection.
11    Q.  (BY MR. MOORE)  Why not?
12    A.  We didn't have WAC prices.
13    Q.  Okay.
14    A.  And whatever prices we invoiced at were
15  different for each customer.
16    Q.  Did Warrick usually use the term "WAC" in its
17  business on a routine basis?
18    A.  Not usually.
19    Q.  Were there times that you would use the term
20  "WAC" in your business?
21    A.  Yes.
22    Q.  Explain to the jury why you might -- we might
23  find you using the acronym "WAC" in your business.
24    A.  Some wholesalers utilize the term "WAC" and
25  wanted their communications on the basis of WAC so

158

1  they -- we would make sure there was no
2  miscommunication.  And Cardinal, I believe, was one of
3  those.  They wanted -- they wanted everything as WAC
4  for their purposes to make sure we were on the same
5  page.
6      Q.  Looking at Exhibits -- look at Exhibit
7  2 and -- excuse me.  Look at Exhibit 3 and 4 together,
8  Mr. Weintraub.  Exhibit 3 is your letter to First
9  DataBank dated October 12th, 1993 when you lowered the
10  AWP on one of the 3 mL's, correct?
11      A.  That's correct.
12      Q.  And Exhibit 4 is a letter some nine years
13  later, July 16th, 2002, when you sent some pricing
14  information to First DataBank at their request; is
15  that true?
16      A.  That's correct.
17      Q.  All right.  In the interim, in that nine-year
18  interim, did First DataBank ask you for any pricing
19  information, direct prices or WACs or anything else?
20      A.  I can't recall any time.
21      Q.  Okay.
22      A.  They may have, but I can't recall.
23      Q.  Can you recall any time that First DataBank
24  asked you for some WAC pricing other than this event
25  that occurred in July of 2002?  Do you have a

159

1  recollection of any other time that First DataBank
2  asked you for that kind of information?
3      A.  I have no recollection of any of that.
4      Q.  Do you have a recollection of providing
5  direct prices to First DataBank from October of '93
6  until July of 2002?  Do you have a recollection of
7  that?
8      A.  I don't have a specific recollection.
9      Q.  Okay.
10          (Exhibit 5 marked)
11      Q.  (BY MR. MOORE)  Mr. Weintraub, I've handed
12  you a document which the court reporter has marked as
13  Exhibit 5.  Would you identify that, please?
14      A.  It is a communication from me to the State of
15  Texas indicating that the AWP for albuterol
16  solution .5 percent 20 mL would increase.  This letter
17  went out to all states, state Medicaid offices.
18      Q.  That was going to be my next question.
19  Let's -- let's take it one step at a time, please.
20          Exhibit 5 is a letter that you wrote to
21  the State of Texas announcing that an increase in your
22  AWP on the -- on this 20 mL bottle of solution that we
23  looked at, the bigger bottle, correct?
24          MR. HEUCK:  Objection, leading.
25      A.  Correct.

160

1      Q.  (BY MR. MOORE)  Okay.  What's the date of the
2  letter?
3      A.  The letter is dated February 23rd, 1995.
4      Q.  Would it be fair to say based on your
5  procedures that a letter like this would have gone out
6  to all the states at about that time?
7      A.  Yes.
8      Q.  Okay.  Why were you raising the AWP on the 20
9  mL bottle of solution in February of 1995?
10      A.  Because I raised the price uniformly for this
11  product across the country and I came out of the brand
12  industry and it was the practice in the brand industry
13  to raise the AWPs when you raised a price for a
14  product uniformly and consequently I raised the price,
15  the AWP.
16      Q.  Why were you taking a price increase on the
17  20 milliliter bottle of albuterol solution in 1995?
18      A.  The major competitor that we had for that
19  product had its product removed from the market by the
20  FDA.  We were virtually the only 20 mL manufacturer
21  and supplier in the country at that time.  This gave
22  us a chance to recoup the monies lost because the
23  price had deteriorated from the time we came out with
24  the product to this level and we thought this would
25  help recoup some of the monies on this product and we

161

1  had the opportunity to do so.
2      Q.  Was there or was there not an actual price
3  increase on the 20 mL product to your customers in
4  1995?
5      A.  There was a significant price increase.
6      Q.  Okay.  And you said that you took the AWP up
7  because based on your experience in the branded
8  business?
9      A.  That's right.  I had 40 years' experience on
10  the brand side and that's what you did.
11      Q.  What happens in the brand side when an AWP --
12  when an actual brand price goes up, what generally
13  happens with the AWP, based on your experience?
14      A.  The AWP goes up in proportion to the increase
15  on the price of the product.
16      Q.  Is that what you were thinking here when you
17  did this in 1995?
18      A.  Yes, it was.
19      Q.  When you took this price increase,
20  Mr. Weintraub, and raised the AWP in 1995, were you in
21  any way trying to manipulate or increase third-party
22  reimbursement for your customers by doing this?
23          MR. HEIDLAGE:  Objection.
24      A.  No.  It was just the practice that I followed
25  routinely when I was on the brand side of the business

418

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA


STATE OF ALABAMA,          )
        Plaintiff,         )
                           )
VS.                        )     NO. CV-2005-0219-PR
                           )
ABBOTT LABORATORIES,       )
INC., et al,               )
        Defendants.        )


*********************************************************


IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA


ROBERT J. SWANSTON,            )    NO. CV 2022-004988
individually and on behalf     )
of himself and all others      )
similarly situated,            )
        Plaintiff,             )    (Assigned to the
                               )    Honorable Janet
VS.                            )    Barton)
                               )
TAP PHARMACEUTICAL PRODUCTS,   )
INC.; et al.,                  )
        Defendants.            )


*********************************************************

ORAL AND VIDEOTAPED DEPOSITION OF

HARVEY J. WEINTRAUB

September 20, 2006

Volume 3

*********************************************************

419

```
1              UNITED STATES DISTRICT COURT
                    DISTRICT OF ARIZONA
2
     THE STATE OF ARIZONA      )  Cause No. 2:06-cv-00045-ROS
3    ex rel. TERRY GODDARD,    )
          Plaintiff,           )
4                              )
     VS.                       )
5                              )
     ABBOTT LABORATORIES;      )
6    et al.,                   )
          Defendants.          )
7
8    *****************************************************
9
        IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
10                      FIFTH DIVISION
11
     STATE OF ARKANSAS,        )
12                             )  CASE NO. CIV 2004-634
     VS.                       )
13                             )
     WARRICK PHARMACEUTICALS   )
14   CORPORATION; SCHERING-PLOUGH )
     CORPORATION; and SCHERING )
15   CORPORATION.              )
16
     *****************************************************
17
18   DOCKET NO. X07-CV-03-0083296S (CLD)
19   STATE OF CONNECTICUT    )  SUPERIOR COURT
                             )  COMPLEX LITIGATION DOCKET
20                           )  AT TOLLAND
     VS.                     )
21                           )
     DEY INC., ET AL         )
22                           )
23
     *****************************************************
24
25
```

420

```
1    IN THE COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR
                    LEON COUNTY, FLORIDA
2
     THE STATE OF FLORIDA      )
3    Ex rel.                   )
                               )
4      VEN-A-CARE OF THE       )  CIVIL ACTION NO.
       FLORIDA KEYS, INC.,     )  98-3032A
5      et al.,                 )
             Plaintiffs,       )
6                              )
     VS.                       )
7                              )
     BOEHRINGER INGELHEIM      )
8    CORPORATION; DEY, INC.; DEY, )
     L.P.; et al.,             )
9         Defendants.          )
10   *****************************************************
11      IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF HAWAII
12
13   STATE OF HAWAII,         )  CIVIL NO. 06-00437
          Plaintiff,          )  DAE/BMK
14                            )
     VS.                      )
15                            )
     ABBOTT LABORATORIES INC.; )
16   ALPHARMA USPD, INC.; et al., )
          Defendants.         )
17
18   *****************************************************
19      IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
            COUNTY DEPARTMENT, CHANCERY DIVISION
20
21   THE PEOPLE OF THE STATE OF )
     ILLINOIS.                 )
22        Plaintiff,           )
                               )
23   VS.                       )  Case No. 05 CH 02474
                               )
24   ABBOTT LABORATORIES, et al., )
          Defendants.          )
25
```

421

```
1           COMMONWEALTH OF KENTUCKY
                FRANKLIN CIRCUIT COURT
2                   DIVISION TWO
3
            CIVIL ACTION NO. 03-CI-1135
4
     COMMONWEALTH OF KENTUCKY    )
5    ex rel. GREGORY D. STUMBO,  )
     ATTORNEY GENERAL,           )
6         Plaintiff,             )
                                 )
7    VS.                         )
                                 )
8    WARRICK PHARMACEUTICALS     )
     CORP., et al.,              )
9         Defendants.            )
10   *****************************************************
11      UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
12
13   THE COMMONWEALTH OF        )
     MASSACHUSETTS,             )
14        Plaintiff,            )
                               )
15   VS.                        )  Case No. 03-CV-11865-PBX
                               )
16   MYLAN LABORATORIES,        )
     INC., et al.,              )
17        Defendants.           )
18
19   *****************************************************
20      UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
21
22   IN RE PHARMACEUTICAL       )  MDL No. 1456
     INDUSTRY AVERAGE          )  Civil Action No. 01-12257-PBS
23   WHOLESALE PRICE           )  Judge Patti B. Saris
     LITIGATION                )  Magistrate Judge
24                             )  Marianne B. Bowler
25
```

422

```
1    IN THE CHANCERY COURT OF THE FIRST JUDICIAL DISTRICT
                  OF HINDS COUNTY, MISSISSIPPI
2
3    STATE OF MISSISSIPPI,    )
          Plaintiff,          )
4                             )
     VS.                      )  CIVIL ACTION NO:  G2005-2021
5                             )
     ABBOTT LABORATORIES,     )
6    INC., et al.,            )
          Defendant.          )
7
8    *****************************************************
9       IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                  STATE OF MISSOURI
10
11   STATE OF MISSOURI, ex rel.  )
     JEREMIAH W. (JAY) NIXON,    )
12   Attorney General,           )
                                 )
13   AND                         )
                                 )  Case No: 054-1216
14   MISSOURI DEPARTMENT OF      )
     SOCIAL SERVICES, DIVISION OF )
15   MEDICAL SERVICES,           )  Division No. 31
          Plaintiff,             )
16                               )
     VS.                         )
17                               )
     DEY, INC., DEY, L.P., MERCK  )
18   KGaA, et al.,               )
          Defendant.            )
19
20   *****************************************************
21
22
23
24
25
```

423

```
 1            SUPERIOR COURT OF NEW JERSEY
                  UNION COUNTY
 2            LAW DIVISION
              DOCKET NO.: UNN-L-2329-04
 3
    CLIFFSIDE NURSING HOME, INC.,    )
 4  on behalf of itself and all      )
    other similarly situated, as     )
 5  defined herein,                  )
            Plaintiffs,              )
 6                                   )  Civil Action
    VS.                              )
 7                                   )
    DEY, INC., WARRICK              )
 8  PHARMACEUTICALS CORPORATION,     )
    et al.,                          )
 9          Defendants.             )
10  *******************************************************
11            SUPERIOR COURT OF NEW JERSEY
                  MONMOUTH COUNTY
12            LAW DIVISION
              DOCKET NO.: MON-L-3136-06
13
    INTERNATIONAL UNION OF          )
14  OPERATING ENGINEERS,            )
    LOCAL 68 WELFARE FUND,          )  Civil Action
15          Plaintiffs,             )
                                    )
16  VS.                             )
                                    )
17  ASTRAZENECA, PLC, et al.,       )
            Defendant.              )
18
    *******************************************************
19
    STATE OF NEW YORK
20  SUPREME COURT : COUNTY OF ERIE
21
    THE COUNTY OF ERIE,             )
22          Plaintiff,              )
                                    )
23  VS.                             )  Index No. 12005-2439
                                    )
24  ABBOTT LABORATORIES,            )
    INC. ET AL.,                    )
25          Defendants.             )
```

424

```
 1  STATE OF NEW YORK
    SUPREME COURT          COUNTY OF OSWEGO
 2
 3  THE COUNTY OF OSWEGO,    )
            Plaintiff,       )
 4                           )
      -against-              )  Index No. 06-0697
 5                           )
    ABBOTT LABORATORIES,     )
 6  INC., AGOURON            )
    PHARMACEUTICALS, INC.,   )
 7  ET AL.,                  )
            Defendants.      )
 8
 9  *******************************************************
10  STATE OF NEW YORK
    SUPREME COURT          COUNTY OF SCHENECTADY
11
12  THE COUNTY OF OSWEGO,    )
            Plaintiff,       )
13                           )
      -against-              )  Index No. 2006-886
14                           )
    ABBOTT LABORATORIES,     )
15  INC., AGOURON            )
    PHARMACEUTICALS, INC.,   )
16  ET AL.,                  )
            Defendants.      )
17
18  *******************************************************
19            COUNTY OF COMMON PLEAS
              HAMILTON COUNTY, OHIO
20
    STATE OF OHIO,          )  Case No. A0402047
21          Plaintiff,      )
                            )  Judge Myers
22    -vs-                  )
                            )
23  DEY, INC., et al.,      )
            Defendant.      )
24
25
```

425

```
 1      IN THE COMMONWEALTH COURT OF PENNSYLVANIA
 2
    COMMONWEALTH OF PENNSYLVANIA  )
 3  by Thomas W. Corbett, Jr.,    )
    in his capacity as Attorney   )
 4  General of the Commonwealth   )
    of Pennsylvania,              )  No. 212 MD 2004
 5          Plaintiff,            )
                                  )
 6  VS.                           )
                                  )
 7  TAP PHARMACEUTICAL PRODUCTS,  )
    INC., et al.,                 )
 8          Defendant.            )
 9
    *******************************************************
10
11  STATE OF SOUTH CAROLINA  IN THE COURT OF COMMON PLEAS
12  COUNTY OF RICHLAND       FOR THE FIFTH JUDICIAL CIRCUIT
13  STATE OF SOUTH CAROLINA,      )
    and HENRY D. McMASTER,        )
14  In His Official Capacity as   )
    Attorney General for the      )  Civil Action No.
15  State of South Carolina,      )  06-CP-40-4390
            Plaintiff,            )
16                                )
    VS.                           )
17                                )
    WARRICK PHARMACEUTICALS       )
18  CORPORATION, SCHERING-PLOUGH  )
    CORPORATION, and SCHERING     )
19  CORPORATION,                  )
            Defendants.           )
20
21  *******************************************************
22
23
24
25
```

426

```
 1  STATE OF SOUTH CAROLINA  IN THE COURT OF COMMON PLEAS
 2  COUNTY OF RICHLAND       FOR THE FIFTH JUDICIAL CIRCUIT
 3  STATE OF SOUTH CAROLINA,      )
    and HENRY D. McMASTER,        )
 4  In His Official Capacity as   )
    Attorney General for the      )  Civil Action No.
 5  State of South Carolina,      )  06-CP-40-4399
            Plaintiff,            )
 6                                )
    VS.                           )
 7                                )
    WARRICK PHARMACEUTICALS       )
 8  CORPORATION, SCHERING-PLOUGH  )
    CORPORATION, and SCHERING     )
 9  CORPORATION,                  )
            Defendants.           )
10
11  *******************************************************
12  STATE OF WISCONSIN  CIRCUIT COURT      DANE COUNTY
                          BRANCH 7
13
14  STATE OF WISCONSIN,     )
            Plaintiff,      )
15                          )
    VS.                     )  Case NO. 04-CV-1709
16                          )
    AMGEN, INC., et al.,    )
17          Defendants.     )
18  *******************************************************
19
20
21
22
23
24
25
```

559

1    Q.  Did you report WACs to the pricing services
2  and the Medicaid programs in connection with the
3  launch of the 17-gram inhaler and refill?
4    **A.  I would have to look at the documents.  I**
5  **know we reported AWP.  I don't know what else we**
6  **reported.**
7    Q.  Do you recall that in those form letters that
8  were sent under your authorization to the Medicaid
9  programs at the launch of the inhaler and refill that
10 Warrick reported what it styled as direct wholesale
11 price?
12         MR. MOORE:  Object to the form of the
13 question.  No foundation.
14   **A.  I would have to look at the document.**
15   Q.  (BY MR. ANDERSON)  Did Warrick use direct
16 wholesale synonymously with WAC?
17         MR. MOORE:  Object to the form of the
18 question.  It's asked and answered.  It's repetitive
19 and it's a waste of time in the limited time we have
20 in this deposition.
21         MR. HEUCK:  Object to the sidebar.
22         MR. MOORE:  It's just an objection,
23 Counsel.
24         MR. ANDERSON:  "Object, form," Mike, and
25 stop all of the filibustering.  And allow this witness

560

1  to answer the questions.
2         MR. MOORE:  I have --
3         MR. ANDERSON:  Just "object, form."
4  It's two words.  That's it.
5         MR. MOORE:  I'm not going to have a
6  debate with you and don't -- you don't instruct me
7  what to do.  I'm going to do what I'm going to do to
8  represent my client --
9         MR. ANDERSON:  Well, I would ask you --
10        MR. MOORE:  -- and I don't need your
11 instructions, so just --
12        MR. ANDERSON:  I would ask you --
13        MR. MOORE:  -- keep them to yourself.
14        MR. ANDERSON:  I would ask you to follow
15 the rules, please.
16        MR. MOORE:  I do not need your
17 instructions and I'm following the rules, so ...
18        MR. ANDERSON:  I disagree.
19   Q.  (BY MR. ANDERSON)  Mr. Weintraub --
20        MR. MOORE:  Well, we disagree on a lot
21 of things.
22   Q.  (BY MR. ANDERSON)  Mr. Weintraub, in
23 reporting direct wholesale prices at the launch of the
24 inhaler, were you using that synonymously with WAC?
25        MR. MOORE:  Objection, asked and

561

1  answered, repetitive.
2    **A.  I have to see the document.  I have to see**
3  **the document, see the context in which it was being**
4  **listed.**
5    Q.  (BY MR. ANDERSON)  Reading from the first
6  paragraph, Mr. Weintraub, of Exhibit 62.  "Please
7  ensure that any price report, such as AWP and WAC, to
8  third parties (other than the pricing quoted to
9  accounts to meet competition in the normal course of
10 business) is reviewed with Harvey Weintraub before any
11 submissions are made to ensure uniformity and approach
12 and the consistent application of the correct and
13 appropriate criteria."
14        Did I read that correctly?
15   **A.  Yes, you did.**
16   Q.  Does -- do you agree, sir, that you were in
17 charge of ensuring that Warrick's submission of AWP
18 and WAC prices to third parties were correct and
19 appropriate?
20   **A.  I --**
21        MR. MOORE:  Object -- go ahead.
22   **A.  I -- as this document says, I was given**
23 **responsibility to ensure uniformity and approach and**
24 **consistent application of the correct and appropriate**
25 **criteria.**

562

1    Q.  (BY MR. ANDERSON)  What were the correct and
2  appropriate criteria?
3    **A.  Well, if we were submitting -- in this case**
4  **it would say "WAC."  I wanted to make sure that the**
5  **WAC was consistent with our direct price, and so on.**
6  **I wanted to make sure that whatever was submitted was**
7  **correct in terms of what was being requested by the**
8  **third-party organization in terms of how they defined**
9  **that request.**
10   Q.  What did you do to go about understanding
11 what the Medicaid programs were seeking from you?
12        MR. MOORE:  Object to the form.  Asked
13 and answered.
14   **A.  Medicaid programs in general never came to**
15 **me, that I recall, seeking anything.  All they did was**
16 **ask for, in general, when we launched a product, what**
17 **the NDC code was, what the AWP was, who the**
18 **manufacturer was, and that's in general what was**
19 **supplied to the Medicaid people.  In general they**
20 **never came to us for any -- in general for any**
21 **specific information.**
22   Q.  (BY MR. ANDERSON)  Mr. Weintraub, did you do
23 anything to ascertain the proper criteria in
24 submitting AWP and WAC prices to third parties,
25 including First DataBank and Medicaid programs?

563

1          MR. MOORE:  Object to form.  Asked and
2    answered.  And you're asking him for a legal
3    conclusion.
4          **A.  I would not have reviewed the several**
5    **thousand third-party programs in the Medicaid.  I**
6    **would take them one by one if they got -- if I got a**
7    **request for them and ascertain what the appropriate**
8    **criteria would be.**
9          Q.  (BY MR. ANDERSON)  Well, when you were
10   provided with this responsibility set forth in Exhibit
11   62 by Mr. Kapur, at that point had you ascertained
12   what the correct and appropriate criteria for
13   submitting AWP and WAC prices was?
14         MR. MOORE:  Objection, form.
15         **A.  No.  That would depend upon the requesting**
16   **party, what it was they were asking for.**
17         Q.  (BY MR. ANDERSON)  And what steps did you
18   take to understand that?
19         **A.  I would have found -- I would have looked at**
20   **the request and seen what it was asking for.**
21         Q.  Did you review any Medicaid laws, rules or
22   regulations pertaining to pharmaceutical
23   reimbursement?
24         **A.  I did not.**
25         MR. MOORE:  Objection -- excuse me, sir,

564

1    please.
2          Objection, asked and answered.
3          **A.  I did not.**
4          Q.  (BY MR. ANDERSON)  Mr. Weintraub, you stated
5    that you would like to look at the form that you sent
6    to the Medicaid programs at the launch of the inhaler
7    and refill.
8          **A.  Yes.**
9          Q.  This is an extra copy I have of a document
10   that was marked yesterday as an exhibit.  It's the
11   letter that you sent --
12         MR. MOORE:  What exhibit number is it?
13         MR. ANDERSON:  We'll find that for you,
14   Mike.
15         MR. MOORE:  Yeah.
16         Q.  (BY MR. ANDERSON)  Do you recognize that --
17         MR. MOORE:  I don't want him to refer to
18   it unless you tell -- if it's already marked as an
19   exhibit --
20         MR. ANDERSON:  Well, we're short on
21   time, Mike.
22         MR. MOORE:  Okay.
23         MR. ANDERSON:  Find the exhibit.
24         MR. MOORE:  No, no.  If you're going to
25   ask him about something that's already been marked as

565

1    an exhibit and it's going to be in the record,
2    shouldn't we refer to the exhibit number?
3          Q.  (BY MR. ANDERSON)  Mr. Weintraub, do you
4    recognize that as an example of the form letters you
5    sent out to the Medicare program?
6          MR. MOORE:  Objection, form.
7          Can we show him the exhibit?
8          Q.  (BY MR. ANDERSON)  It was marked as Exhibit
9    33 yesterday, Mr. Weintraub.
10         **A.  That would be in the pile.  I'll let you work**
11   **through it.**
12         MR. MOORE:  Thank you.
13         Q.  (BY MR. ANDERSON)  Do you recognize that as
14   the form letter that was sent out under your
15   authorization to all the Medicaid programs when you
16   launched the inhaler and refill?
17         **A.  Yes.**
18         Q.  And do you see there prices of 16.06 and
19   14.80 --
20         **A.  Yes.**
21         Q.  -- listed as direct wholesale?
22         **A.  Yes.**
23         Q.  And did you intend those prices to be
24   utilized by the Medicaid programs in setting the
25   reimbursement on your Warrick products?

566

1          MR. MOORE:  Objection, asked and
2    answered.  Repetitive from yesterday or the day
3    before.
4          **A.  My intent was to inform them of what our**
5    **direct wholesale price would be going out.  How they**
6    **utilized it, I really don't know.**
7          Q.  (BY MR. ANDERSON)  Did you intend for those
8    direct wholesale prices to be utilized as WAC prices?
9          MR. MOORE:  Objection, asked and
10   answered, repetitive.  I object to the form.
11         **A.  How they utilized it, I don't know.  All I**
12   **know is this was our direct price to the wholesaler.**
13   **It was our invoice price.**
14         Q.  (BY MR. ANDERSON)  I'm asking about your
15   intent, sir.
16         **A.  Our intent was that this -- we were providing**
17   **them information as to what our going-out price was**
18   **expected to be.  That's all that was intended for.**
19         Q.  Your going-out price to what class of trade?
20         MR. MOORE:  Objection.  Excuse me.
21   Objection, asked and answered.  Repetitive.
22         **A.  It says -- it says wholesale.**
23         Q.  (BY MR. ANDERSON)  So your national
24   wholesalers you expected to pay $16.06 at launch?
25         MR. MOORE:  Objection --

583

1      **A.  No, I do not.**
2      Q.  Do you recognize the handwriting on the first
3  page of the document?
4      **A.  No, I do not.**
5      Q.  Do you recognize the name Janice Brennan?
6      **A.  Yes, I do.**
7      Q.  Does Janice Brennan perform work on behalf of
8  Warrick?
9      **A.  She performs certain types of data**
10 **submissions to various agencies on behalf of all of**
11 **the units of Schering Corporation.**
12     Q.  Including Warrick?
13     **A.  Including Warrick.**
14         MR. MOORE:  Jarrett, is there a date on
15  this or is it just a bad copy or --
16     Q.  (BY MR. ANDERSON)  Mr. Weintraub, could you
17  flip to the second page of Exhibit 68?  Does that
18  appear to be a letter from First DataBank to
19  Ms. Janice Brennan?
20     **A.  It would appear to be.**
21     Q.  Then flipping to the next page.  Do you see
22  there in the footer a copyright, quote, 1998
23  Medi-Span?
24     **A.  Yes.**
25     Q.  Do you know, Mr. Weintraub, whether or not

584

1  Janice Brennan or others kept files pertaining to
2  Warrick drugs from pricing services?
3      **A.  I don't know that.  I don't know what she**
4  **kept or didn't keep.**
5      Q.  Did you communicate from time to time with
6  Ms. Brennan about how she was to report prices to the
7  pricing services?
8      **A.  No, I did not.**
9      Q.  Did Ms. Brennan ever notify you that the
10  pricing services wanted accurate, up-to-date
11  information?
12         MR. MOORE:  Object to the form.
13     **A.  To my knowledge Ms. Brennan and I never spoke**
14  **about pricing services.**
15     Q.  (BY MR. ANDERSON)  At all?
16     **A.  To my knowledge I cannot recall doing so**
17  **specifically.  It certainly was not a routine.**
18         **(Exhibit 69 marked)**
19     Q.  (BY MR. ANDERSON)  Mr. Weintraub, please
20  review what's been marked as Exhibit 69, a two-page
21  exhibit Bates labeled RGX 0190087 and 88.
22     **A.  69.  Where is 68?  Is that the one I had?**
23  **Yes.  Okay.**
24     Q.  Does the first page of Exhibit 69 appear to
25  be a letter from First DataBank dated December 1998?

585

1      **A.  Yes, it does.**
2      Q.  Do you see there on the first paragraph it
3  states, "I have enclosed a printout that reflects your
4  product line as it is presently listed by First
5  DataBank"?
6         MR. MOORE:  I object --
7      **A.  Yeah.**
8         MR. MOORE:  I object to the form.  There
9  is no foundation.
10     **A.  I see that.**
11     Q.  (BY MR. ANDERSON)  Did I read that correctly?
12     **A.  Yes, you did.**
13         MR. MOORE:  Same objection.
14     Q.  (BY MR. ANDERSON)  Do you know,
15  Mr. Weintraub, whether or not from time to time First
16  DataBank sent printouts or other reports in electronic
17  form to Schering and Warrick personnel notifying them
18  of the prices being published on Warrick products?
19         MR. MOORE:  Objection, form.  No
20  foundation as it relates to this document, Exhibit 69.
21     **A.  I think I've referred to the fact that**
22  **Warrick personnel, people I was working with in the**
23  **Warrick setup, did not receive electronic reports from**
24  **First DataBank.  All we got was published reports.  If**
25  **there were other sections of Schering Corporation that**

586

1  got them, I was not aware of that.
2      Q.  Do you believe, Mr. Weintraub, that if
3  Schering personnel such as Janice Brennan were
4  receiving pricing reports regarding the Warrick label
5  from First DataBank that they should have forwarded
6  those on to you and others at Warrick?
7         MR. MOORE:  Objection, form.
8      **A.  I don't -- I don't know that she should have.**
9      Q.  (BY MR. ANDERSON)  Do you believe, sir, that
10  if Janice Brennan was working on behalf of Warrick,
11  that if she received pricing reports from the pricing
12  services such as First DataBank, that she had a duty
13  to check with you or others at Warrick to make sure
14  that the request from the pricing services was
15  answered?
16         MR. MOORE:  Objection, form, no
17  foundation.  You're asking him for a legal conclusion.
18     **A.  That's a very broad question.  I believe that**
19  **she would answer whatever questions they are.  If she**
20  **needed information for it, she probably would have**
21  **come to us.**
22     Q.  (BY MR. ANDERSON)  Do you see there in the
23  second paragraph of the first page of Exhibit 69, sir,
24  beginning with the word "Your," and I'll read this
25  language.  "Your assistance in verifying the accuracy

603

1  If we are going to talk about the exhibit, let's get
2  it out and look at it.
3      Q.  (BY MR. ANDERSON)  Compare, if you could,
4  Mr. Weintraub, Exhibit 4 with what's now been marked
5  as Exhibit 73.
6      A.  Yes.
7      Q.  Does Exhibit 4 reflect a bcc to Janice
8  Brennan?
9      A.  No, it does not.
10     Q.  Why, Mr. Weintraub, did you bcc Janice
11 Brennan on your letter to Kay Morgan in July of 2002
12 regarding the WAC prices on albuterol solution
13 products?
14     A.  I cannot remember.  It may -- it may have
15 been, but I can't be sure about that, that the request
16 came through Janice Brennan.  I'm not sure.
17     Q.  Is that because Janice Brennan was
18 interfacing with the pricing services on behalf of
19 Warrick over the years?
20         MR. MOORE:  Objection, form.
21     A.  I don't know to what extent she interfaced
22 with the pricing services.  Our interface was merely
23 in submitting prices -- submitting AWPs on our
24 products as we launched them.
25     Q.  (BY MR. ANDERSON)  Mr. Weintraub, in looking

604

1  at the NDC numbers of these albuterol solution
2  products, isn't it true that those are different
3  products than the albuterol solution products that
4  Warrick had marketed in years prior to 2002?
5      A.  I would have to take a look at them.
6      Q.  Well, you remember, don't you, sir, that
7  you-all stopped supplying the nonsterile solution
8  products and started supplying the sterile solutions?
9      A.  That's correct.
10     Q.  And that happened in 2002, right?
11     A.  I can't remember the exact year.
12     Q.  Okay.  And in fact, you changed your package
13 sizes, too.  You went from a glass bottle that was
14 dangerous when opened and you went to a plastic
15 bottle, right?
16         MR. MOORE:  I object to the form of the
17 question.
18         MR. ANDERSON:  I'll rephrase.
19         MR. MOORE:  There's no foundation --
20         MR. ANDERSON:  I'll rephrase.
21         MR. MOORE:  -- for that.
22     Q.  (BY MR. ANDERSON)  Mr. Weintraub, isn't it
23 true that you switched your package size of the
24 albuterol solutions from a glass container to plastic
25 vials?

605

1      A.  Yes.
2      Q.  Okay.  And is the reason that you needed to
3  report these WAC prices to Kay Morgan because you were
4  listing for the first time these new albuterol sulfate
5  solutions with First DataBank?
6      A.  I don't know that.  It appears to me that
7  she's requested WAC pricing and we're answering a
8  request, a direct request.  I don't know that that was
9  the reason that we were doing this, other than her --
10 answering her request.
11     Q.  And is it true that, in fact, Warrick
12 provided WAC pricing?
13         MR. MOORE:  Objection, form.  Asked and
14 answered.
15     A.  I think the document is pretty clear about
16 the fact that I said, "You requested WAC pricing."  I
17 told her that we have a range of prices at which we
18 sell products at any given time and you disclosed that
19 our highest would be sufficient for your purposes.
20 Whatever purposes she was using them for, I don't
21 know.
22     Q.  (BY MR. ANDERSON)  Well, you knew, didn't
23 you, Mr. Weintraub, that Medicaid officials used WAC
24 pricing in setting reimbursement?
25         MR. MOORE:  Objection, form.

606

1      A.  I don't know --
2          MR. MOORE:  Excuse me, Mr. Weintraub.
3          Objection, form, asked and answered.
4  It's argumentative.
5      A.  I don't know how the Medicaid people use
6  their pricing.
7      Q.  (BY MR. ANDERSON)  Mr. Weintraub --
8      A.  There are all sorts of pricing available to
9  them.  It was their option to use it in any way they
10 wanted.
11         MR. ANDERSON:  I object --
12         MR. MOORE:  Jarrett, I think we're about
13 done --
14         MR. ANDERSON:  -- to the latter part as
15 nonresponsive.
16         MR. MOORE:  -- for today.
17         MR. ANDERSON:  I've got a couple more
18 questions.
19     Q.  (BY MR. ANDERSON)  Mr. Weintraub, where did
20 you look to find these highest WAC prices on the
21 albuterol solutions?
22     A.  I can't recall specifically.  I probably
23 looked at the price list, but I can't be certain of
24 that.
25     Q.  And when you say "price list," you mean the

619

IN THE CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA


STATE OF ALABAMA,            )
        Plaintiff,           )
                             )
VS.                          )      NO. CV-2005-0219-PR
                             )
ABBOTT LABORATORIES,         )
INC., et al,                 )
        Defendants.          )


*********************************************************


IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA


ROBERT J. SWANSTON,          )      NO. CV 2022-004988
individually and on behalf   )
of himself and all others    )
similarly situated,          )
        Plaintiff,           )      (Assigned to the
                             )      Honorable Janet
VS.                          )      Barton)
                             )
TAP PHARMACEUTICAL PRODUCTS, )
INC.; et al.,                )
        Defendants.          )


*********************************************************

ORAL AND VIDEOTAPED DEPOSITION OF

HARVEY J. WEINTRAUB

September 21, 2006

Volume 4

*********************************************************

620

```
 1          UNITED STATES DISTRICT COURT
               DISTRICT OF ARIZONA
 2
    THE STATE OF ARIZONA    ) Cause No. 2:06-cv-00045-ROS
 3  ex rel. TERRY GODDARD,  )
         Plaintiff,         )
 4                          )
    VS.                     )
 5                          )
    ABBOTT LABORATORIES;    )
 6  et al.,                 )
         Defendants.        )
 7  ****************************************************
 8
 9      IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
              FIFTH DIVISION
10
11  STATE OF ARKANSAS,      )
12                          ) CASE NO. CIV 2004-634
    VS.                     )
13                          )
    WARRICK PHARMACEUTICALS )
14  CORPORATION; SCHERING-PLOUGH )
    CORPORATION; and SCHERING    )
15  CORPORATION.            )
16  ****************************************************
17
18  DOCKET NO. X07-CV-03-0083296S (CLD)
19  STATE OF CONNECTICUT    ) SUPERIOR COURT
                            ) COMPLEX LITIGATION DOCKET
20                          ) AT TOLLAND
    VS.                     )
21                          )
    DEY INC., ET AL         )
22                          )
23  ****************************************************
24
25
```

621

```
 1  IN THE COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR
                 LEON COUNTY, FLORIDA
 2
    THE STATE OF FLORIDA    )
 3  Ex rel.                 )
                            )
 4   VEN-A-CARE OF THE      ) CIVIL ACTION NO.
     FLORIDA KEYS, INC.,    ) 98-3032A
 5   et al.,                )
         Plaintiffs,        )
 6                          )
    VS.                     )
 7                          )
    BOEHRINGER INGELHEIM    )
 8  CORPORATION; DEY, INC.; DEY, )
    L.P.; et al.,           )
 9       Defendants.        )
10  ****************************************************
11     IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF HAWAII
12
13  STATE OF HAWAII,        ) CIVIL NO. 06-00437
         Plaintiff,         ) DAE/BMK
14                          )
    VS.                     )
15                          )
    ABBOTT LABORATORIES INC.; )
16  ALPHARMA USPD, INC.; et al., )
         Defendants.        )
17
18  ****************************************************
19     IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
          COUNTY DEPARTMENT, CHANCERY DIVISION
20
21  THE PEOPLE OF THE STATE OF  )
    ILLINOIS,               )
22       Plaintiff,         )
                            )
23  VS.                     ) Case No. 05 CH 02474
                            )
24  ABBOTT LABORATORIES, et al., )
         Defendants.        )
25
```

622

```
 1         COMMONWEALTH OF KENTUCKY
              FRANKLIN CIRCUIT COURT
 2                DIVISION TWO
 3          CIVIL ACTION NO. 03-CI-1135
 4
    COMMONWEALTH OF KENTUCKY    )
 5  ex rel. GREGORY D. STUMBO,  )
    ATTORNEY GENERAL,       )
 6       Plaintiff,         )
    VS.                     )
 7                          )
    WARRICK PHARMACEUTICALS )
 8  CORP., et al.,          )
         Defendants.        )
 9
10  ****************************************************
11     UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MASSACHUSETTS
12
13  THE COMMONWEALTH OF     )
    MASSACHUSETTS,          )
14       Plaintiff,         )
                            )
15  VS.                     ) Case No. 03-CV-11865-PBX
                            )
16  MYLAN LABORATORIES,     )
17  INC., et al.,           )
         Defendants.        )
18
19  ****************************************************
20     UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
21
22  IN RE PHARMACEUTICAL    ) MDL No. 1456
    INDUSTRY AVERAGE        ) Civil Action No. 01-12257-PBS
23  WHOLESALE PRICE         ) Judge Patti B. Saris
    LITIGATION              ) Magistrate Judge
24                          ) Marianne B. Bowler
25
```

623

```
 1  IN THE CHANCERY COURT OF THE FIRST JUDICIAL DISTRICT
              OF HINDS COUNTY, MISSISSIPPI
 2
 3  STATE OF MISSISSIPPI,   )
         Plaintiff,         )
 4                          )
    VS.                     ) CIVIL ACTION NO: G2005-2021
 5                          )
    ABBOTT LABORATORIES,    )
 6  INC., et al.,           )
         Defendant.         )
 7
 8  ****************************************************
 9     IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                STATE OF MISSOURI
10
11  STATE OF MISSOURI, ex rel.  )
    JEREMIAH W. (JAY) NIXON,    )
12  Attorney General,       )
                            )
13  AND                     )
                            ) Case No: 054-1216
14  MISSOURI DEPARTMENT OF  )
    SOCIAL SERVICES, DIVISION OF )
15  MEDICAL SERVICES,       ) Division No. 31
         Plaintiff,         )
16                          )
    VS.                     )
17                          )
    DEY, INC., DEY, L.P., MERCK )
18  KGaA, et al.,           )
         Defendant.         )
19
20  ****************************************************
21
22
23
24
25
```

624

```
 1              SUPERIOR COURT OF NEW JERSEY
                    UNION COUNTY
 2              LAW DIVISION
                DOCKET NO.:  UNN-L-2329-04
 3
 4  CLIFFSIDE NURSING HOME, INC.,    )
    on behalf of itself and all      )
 5  other similarly situated, as     )
    defined herein,                  )
       Plaintiffs,                   )
 6                                   )   Civil Action
    VS.                             )
 7                                  )
    DEY, INC., WARRICK             )
 8  PHARMACEUTICALS CORPORATION,    )
    et al.,                         )
 9     Defendants.                  )
10  ******************************************************
11              SUPERIOR COURT OF NEW JERSEY
                    MONMOUTH COUNTY
12              LAW DIVISION
                DOCKET NO.:  MON-L-3136-06
13
14  INTERNATIONAL UNION OF         )
    OPERATING ENGINEERS,           )
    LOCAL 68 WELFARE FUND,         )   Civil Action
15     Plaintiffs,                 )
                                   )
16  VS.                           )
                                   )
17  ASTRAZENECA, PLC, et al.,     )
       Defendant.                  )
18
19  ******************************************************
20  STATE OF NEW YORK
    SUPREME COURT : COUNTY OF ERIE
21
22  THE COUNTY OF ERIE,          )
       Plaintiff,                 )
23                               )
    VS.                          )   Index No. 12005-2439
24                               )
    ABBOTT LABORATORIES,         )
25  INC. ET AL.,                 )
       Defendants.               )
```

625

```
 1  STATE OF NEW YORK
    SUPREME COURT          COUNTY OF OSWEGO
 2
 3  THE COUNTY OF OSWEGO,       )
       Plaintiff,               )
 4                             )
     -against-                 )   Index No. 06-0697
 5                             )
    ABBOTT LABORATORIES,       )
 6  INC., AGOURON              )
    PHARMACEUTICALS, INC.,     )
 7  ET AL.,                    )
       Defendants.             )
 8
 9  ******************************************************
10  STATE OF NEW YORK
    SUPREME COURT          COUNTY OF SCHENECTADY
11
12  THE COUNTY OF OSWEGO,      )
       Plaintiff,              )
13                            )
     -against-                )   Index No. 2006-886
14                            )
    ABBOTT LABORATORIES,      )
15  INC., AGOURON             )
    PHARMACEUTICALS, INC.,    )
16  ET AL.,                   )
       Defendants.            )
17
18  ******************************************************
19          COUNTY OF COMMON PLEAS
             HAMILTON COUNTY, OHIO
20
21  STATE OF OHIO,         )   Case No. A0402047
       Plaintiff,          )
22                        )   Judge Myers
     -vs-                  )
23  DEY, INC., et al.,    )
       Defendant.         )
24
25
```

626

```
 1      IN THE COMMONWEALTH COURT OF PENNSYLVANIA
 2
    COMMONWEALTH OF PENNSYLVANIA  )
 3  by Thomas W. Corbett, Jr.,    )
    in his capacity as Attorney   )
 4  General of the Commonwealth   )
    of Pennsylvania,              )   No. 212 MD 2004
 5     Plaintiff,                 )
                                  )
 6  VS.                          )
                                  )
 7  TAP PHARMACEUTICAL PRODUCTS,  )
    INC., et al.,                 )
 8     Defendant.                 )
 9
    ******************************************************
10
11  STATE OF SOUTH CAROLINA  IN THE COURT OF COMMON PLEAS
12  COUNTY OF RICHLAND       FOR THE FIFTH JUDICIAL CIRCUIT
13  STATE OF SOUTH CAROLINA,      )
    and HENRY D. McMASTER,        )
14  In His Official Capacity as   )
    Attorney General for the      )   Civil Action No.
15  State of South Carolina,      )   06-CP-40-4390
       Plaintiff,                 )
16                               )
    VS.                          )
17                               )
    WARRICK PHARMACEUTICALS      )
18  CORPORATION, SCHERING-PLOUGH )
    CORPORATION, and SCHERING    )
19  CORPORATION,                 )
       Defendants.               )
20
21  ******************************************************
22
23
24
25
```

627

```
 1  STATE OF SOUTH CAROLINA  IN THE COURT OF COMMON PLEAS
 2  COUNTY OF RICHLAND       FOR THE FIFTH JUDICIAL CIRCUIT
 3  STATE OF SOUTH CAROLINA,      )
    and HENRY D. McMASTER,        )
 4  In His Official Capacity as   )
    Attorney General for the      )   Civil Action No.
 5  State of South Carolina,      )   06-CP-40-4399
       Plaintiff,                 )
 6                               )
    VS.                          )
 7                               )
    WARRICK PHARMACEUTICALS      )
 8  CORPORATION, SCHERING-PLOUGH )
    CORPORATION, and SCHERING    )
 9  CORPORATION,                 )
       Defendants.               )
10
11  ******************************************************
12  STATE OF WISCONSIN  CIRCUIT COURT      DANE COUNTY
                        BRANCH 7
13
14  STATE OF WISCONSIN,      )
       Plaintiff,            )
15                          )
    VS.                     )   Case NO. 04-CV-1709
16                          )
    AMGEN, INC., et al.,    )
17     Defendants.          )
18  ******************************************************
19
20
21
22
23
24
25
```

748

1  Warrick?
2      **A.  I was the first one that was a Warrick**
3  **employee as far as the sales or operations were**
4  **concerned.  Subsequently Mr. Gough -- I pulled in**
5  **Mr. Gough.  Mr. Kapur came in later on during the**
6  **year.  And we may have had an administrative aide or**
7  **two.  That was -- and I can't recall when I got**
8  **Mr. Sherman, in what year it was, 1994, 1995.**
9      Q.  Your -- your experience and your knowledge
10  and your skills that you obtained in the previous 40
11  years at Schering were essentially the main reason why
12  you were tasked to start up this generic business
13  which Schering had never been involved in before;
14  isn't that right?
15      **A.  I don't know what was in the minds of the**
16  **people who appointed me.  My assumption is that they**
17  **thought I was capable of getting it functioning to the**
18  **degree that they wanted.**
19      Q.  And --
20          MR. MOORE:  Michael, when you get to a
21  stopping --
22      Q.  (BY MR. WINGET-HERNANDEZ) -- with the time
23  that you --
24          MR. MOORE:  Excuse me.  Just let me --
25  when you get to a stopping point, let's take a break.

749

1  We have been at it about an hour now.  Take five
2  minutes.
3          MR. WINGET-HERNANDEZ:  We just took a
4  break.
5          MR. MOORE:  No, we didn't take a break.
6  We just all sat here while they changed the tape.  I
7  would like to take a break when you get to a stopping
8  point.
9          MR. HEIDLAGE:  Mr. Moore, could you
10  speak up a little bit, please?
11          MR. MOORE:  I'm sorry.  I apologize.
12  I'm usually not -- that's usually not a problem.
13          MR. WINGET-HERNANDEZ:  He just wants a
14  break.
15          MR. MOORE:  I have a lot of problems,
16  but that's usually not one of them.  I would like to
17  take a short break when you get to a stopping point.
18          MR. WINGET-HERNANDEZ:  All right.
19          MR. MOORE:  Please.
20          MR. WINGET-HERNANDEZ:  All right.
21      Q.  (BY MR. WINGET-HERNANDEZ) When you came to
22  work at -- when you were assigned to do the -- to
23  start up Warrick Pharmaceuticals, did you have at your
24  disposal all of the resources of Schering Corporation?
25          MR. MOORE:  Object to form.

750

1      **A.  Yes.**
2      Q.  (BY MR. WINGET-HERNANDEZ)  In fact, all of
3  the systems that have been put into place, all of the
4  manual systems, all the filing systems, all the
5  business reports, all the computer systems, all of
6  those systems were your -- at your disposal for
7  beginning the Warrick start-up operation, weren't
8  they?
9      **A.  They were at my disposal.  Many of them were**
10  **not capable of handling what was going to be required**
11  **for Warrick.  It was a different business.**
12      Q.  In any case, if there were business systems
13  or filing systems or personnel who were accomplishing
14  particular kinds of business tasks, your decision not
15  to use them in the start-up of Warrick or in the
16  prosecution of Warrick's business was a deliberate
17  one?
18          MR. MOORE:  Object to the form of the
19  question.
20      **A.  For the most part it was deliberate.  In**
21  **other cases they may not have had -- they may not have**
22  **had the outage to give me what I required.**
23          **MR. WINGET-HERNANDEZ:  Go ahead and take**
24  **your break, Mike, please.**
25          THE VIDEOGRAPHER:  Stand by.  The time

751

1  is 11:43 a.m.  We are off the record.
2          (Recess from 11:43 to 11:53)
3          THE VIDEOGRAPHER:  Stand by.  The time
4  is 11:53 a.m.  We are back on the record.
5      Q.  (BY MR. WINGET-HERNANDEZ) Mr. Weintraub,
6  it's true that you -- that -- that you provided for
7  the entire time that you worked at Warrick or for
8  Warrick as a consultant AWP prices to the states,
9  correct?
10      **A.  That is correct.**
11      Q.  Do you remember any of the AWP prices for any
12  of Warrick's albuterol solutions?
13      **A.  As a result of the testimony here and being**
14  **shown some documents I remember a 13.95 price.  I**
15  **remember a 14.99 price.  I remember $1.21 price for 3**
16  **mL.  I remember those.**
17      Q.  Okay.  Can you -- can you tell us what the
18  AWP prices were for the albuterol three by 25's
19  throughout the life of those products -- of that
20  product?
21      **A.  The three by 25's?**
22      Q.  Yes.
23      **A.  I would have to look at it, but I -- I would**
24  **have to look at them.  I think it's $30.25, but I may**
25  **be wrong.**

Exhibit C



*State of Maryland*

PROGRAM SYSTEMS & OPERATIONS ADMINISTRATION
## DEPARTMENT OF HEALTH AND MENTAL HYGIENE

Parris N. Glendening
Governor

201 WEST PRESTON STREET
BALTIMORE, MARYLAND 21201
PHONE: 410 -225- _____

Martin P. Wasserman, M.D., J.D.
Secretary
Joseph E. Davis
Director

July 26, 1996

Dear Drug Manufacturer:

We are currently reviewing pricing information of products covered
by the Maryland Medicaid and Pharmacy Assistance Programs to
determine our accuracy of reimbursement.

To conduct an accurate and thorough review, we are requesting the
following information for the product(s) indicated:

**PRODUCT**
ALBUTEROL

**NDC**
59930  1560 01

Price for ( 01/02/96 )   :

**Acquisition/Suggested Price Source:**                     **Package Size:**

| | | |
|---|---|---|
| Wholesale Acquisition Cost | 15.45 | 17 Gram vantti (complte |
| Direct Price (if available) | 15.45 | " |
| Distributor Price (generics) | 15.45 | " |
| Average Wholesale Price | 21.49 | " |

Please return the requested information within 30 days to:

Division of Pharmacy Services
Program Systems & Operations Administration
P.O. Box 2158
Baltimore, Md 21203

If you have any questions or concerns regarding this matter, please
contact Ms. Kim Howell at (410) 767-6028.

Sincerely,

*Joseph E. Davis*

Joseph E. Davis, Director

Weintraub
DEPOSITION
EXHIBIT
739
DLC-2737.3

CONFIDENTIAL
WPX0006891

TDD FOR DISABLED: Maryland Relay Service 1-800-735-2258

EXHIBIT   63
WIT: Weintraub
DATE: 9-20-06
Cynthia Vohlken

Exhibit D



## Warrick
### PHARMACEUTICALS

7500 North Natchez Avenue, Niles, Illinois 60714-3804    Telephone 1 800 547-3869

CONFIDENTIAL

December 30, 1995

Mr. Michael Neff
Chief, Medi-Cal Contracting Section
California Dept. of Health Services
714 P St., Room 1786
Sacramento  CA   95814

Dear Mr. Neff:

Please be informed that Warrick Pharmaceuticals, a unit of Schering-Plough Corporation, is pleased to announce the availability of Albuterol, USP Inhalation Aerosol, a generic to Proventil (R) Inhalation Aerosol, and rated A. Product Information for package sizes and pricing information is as follows:

| PRODUCT | Pkg. Size | NDC 59930- | AWP | Direct Wholesale |
|---|---|---|---|---|
| Albuterol, USP Inhalation Aerosol | 17 g Canister | 1560-1 | $21.41 | $16.06 |
| Albuterol, USP Inhalation Aerosol (Refill) | 17 g (Refill) | 1560-2 | $19.79 | $14.80 |

**Please be advised that Warrick does not sell direct to retail pharmacies.**   Enclosed please find the following: Package Insert and FDA Approval Letter. See  **INDICATIONS** section of package insert for **Indications/Use.** This product is being marketed under the Proventil NDA 17-559. This information is being provided in the event it is required for reimbursement purposes. If you require any additional information, please feel free to contact me at 908-629-3604.

Sincerely,

CALIFORNIA

Phyllis T. Sinoradzki, M.A.E.
Executive Assistant

0800853

WP00001629A

EXHIBIT  33
WIT: _Weintraub_
DATE: _9-19-06_
Cynthia Vohlken

Exhibit E



## Warrick
PHARMACEUTICALS

12125 Moya Boulevard, Reno, Nevada 89506-2600 • Telephone 1 800 547-3869

July 16, 2002

Kay Morgan
Manager, Editorial Services
First Data Bank, Inc.
1111 Bayhill Drive
San Bruno, California  94066-3027

Dear Kay,

You've requested Warrick's WAC pricing for Albuterol Sulfate Inhalation Solutions.  In our conversation earlier this week, I told you that Warrick has a range of prices at which it sells its products at any given time, and you said that disclosing our highest WAC would be sufficient for your purposes.  Please be informed that our highest WAC price for each of the Albuterol Sulfate Inhalation Solutions, as of  7/15/02, is as follows:

|  |  |  | NDC # | Highest WAC Price |
|---|---|---|---|---|
| Albuterol Sulfate Solution | 0.083% | 24 x 3 mL | 59930-1517-1 | $11.16 |
| Albuterol Sulfate Solution | 0.083% | 60 x 3 mL | 59930-1517-2 | $27.98 |
| Albuterol Sulfate Solution | 0.5% | 20 mL | 59930-1647-2 | $ 8.04 |

Sincerely,

Harvey Weintraub

cc:   Lynette Guillory
bcc:   Janice Brennan

HW/dc
S:/Warrick/Harvey/Morgan Ltr 7-9-02.doc

WP 0024231A
CONFIDENTIAL

EXHIBIT  73
WIT: Weintraub
DATE: 9-20-06
Cynthia Vohlken

Highly Confidential

RGXA 0085145

Exhibit F



**Warrick**
PHARMACEUTICALS

*Pricing Service*

12125 Moya Boulevard, Reno, Nevada 89506-2600 • Telephone 1 800 547-3869

June 11, 2002

Ms. Linda Panke
Medical Economics Company
5 Paragon Drive
Montvale, NJ 07645-1742

Dear Ms. Panke:

Please be informed that the Food and Drug Administration requires that as of May 27, 2002, all manufacturers of albuterol sulfate inhalation solution may only ship sterile product. (Non-sterile product in the trade prior to May 27 can continue to be sold.) Accordingly, Warrick Pharmaceuticals Albuterol Sulfate Inhalation Solution, the generic equivalent to Proventil Solution, will be shipped by Warrick only as a sterile product after May 27 with new NDC's. Product information for package sizes and pricing information is as follows:

| Product | Strength | NDC 59930- | Pkg Size | AWP |
|---|---|---|---|---|
| Albuterol Sulfate Inhalation Solution Sterile | 0.083% | 1517-1 | 24 x3 mL | $29.04 |
| Albuterol Sulfate Inhalation Solution Sterile | 0.083% | 1517-2 | 60 x 3 mL | $72.60 |
| Albuterol Sulfate Solution for Inhalation Sterile | 0.5% | 1647-2 | 20 mL | $14.99 |

*The pricing of all Warrick products, which are generic, varies from day to day according to market conditions. Warrick Pharmaceuticals does not suggest prices for wholesalers to charge retail pharmacies. The identified price is not the market price or Warrick's estimate of wholesale prices to pharmacies.

The AWP per 3 mL unit ($1.21) remains unchanged from the previously available product.

This product is rated AN.

If you require any additional information, please feel free to contact me at  (908) 653-2560.

Sincerely,

B. Michael Kennedy
Director, Managed Care Financial Services

Cc: C. Wessel

S:dv:ProductLaunch\pricingservices.docbv

EXHIBIT  75
WIT: _Weintraub_
DATE: _9-21-06_
Cynthia Vohlken

HIGHLY CONFIDENTIAL

RGX 0258301

PRICING SERVICE LISTING

| Title | Address1 |
|---|---|
| Ms. Bernacchi | Ms. Terri Bernacchi<br>Innovative Health Strategies, Inc.<br>633 W. Wisconsin Avenue, Suite 1009<br>Milwaukee, WI 53203 |
| Ms. Panke | Ms. Linda Panke<br>Medical Economics Company<br>5 Paragon Drive<br>Montvale, NJ 07645-1742 |
| Mr. Johnson | Mr. Kent T. Johnson<br>PCS Health Systems<br>5701 Green Valley Road<br>Minneapolis, MN 55437 |
| Ms. Morgan | Ms. Kay Morgan<br>Manager, Editorial Services<br>Price Alert/First Data Bank<br>1111 Bayhill Drive, #350<br>San Bruno, CA 94066 |
| Ms. Jones | Ms. Lynn D. Jones<br>Pharmaceutical Industry Relations<br>Representative<br>ScriptPro<br>5828 Reeds Road<br>Mission, KS 66202 |
| Ms. Guillory | Ms. Lynette Guillory<br>Price Alert/First Data Bank<br>1111 Bayhill Drive<br>San Bruno, CA 94066<br><br>fax=650-827-4578<br>phone=650-246-2859 |
| Ms. Moore | Ms. Laura L. Moore, Rph<br>Micromedex<br>6200 South Syracuse Way<br>Suite 300<br>Greenwood, CO 80111-4740 |

X:\Price Reporting for Medicaid\ADDRESSES\Pricing Service Address Master for Mail Merge.doc

HIGHLY CONFIDENTIAL

STATE MEDICAID AGENCY LISTING

| Print | Title | Address1 |
|---|---|---|
| | Mr. Lewis | Mr. Michael Lewis<br>Commissioner<br>Alabama Medicaid Agency<br>501 Dexter Avenue<br>P.O. Box 5624<br>Montgomery, AL 36103-5624 |
| | Mr. Labbe | Mr. Bob Labbe<br>Director<br>Div. of Medical Assistance-Dept of Health and<br>Social Services<br>PO Box 110660<br>Juneau, AK 99811 |
| | Ms. Biedess | Ms. Phyllis Biedess<br>Director<br>Arizona Health Care Cost Containment System<br>801 E. Jefferson<br>Phoenix, AZ 85034 |
| | Mr. Hanley | Mr. Ray Hanley<br>Director<br>Division of Medical Services<br>Department of Human Resources<br>P.O. Box 1437,Slot 1100<br>103 E. 7th Street<br>Little Rock, AR 72203 |
| | Ms. Margolis | Ms. Gail Margolis<br>Director<br>Medical Care Services<br>Department of Health Services<br>714 "P" Street, Room 1253<br>Sacramento, CA 95814 |
| | Ms. Reinertson | Ms. Karen Reinertson<br>Executive Director<br>Office of Medical Assistance<br>Department of Health Care Policy & Financing<br>1575 Sherman St<br>Denver, CO 80203-1714 |
| | Mr. Parella | Mr. David Parrella<br>Director<br>Medical Care Administration<br>Deparment of Social Services<br>25 Sigourney Street<br>Hartford, CT 06106 |

HIGHLY CONFIDENTIAL

RGX 0258303

STATE MEDICAID AGENCY LISTING

| Print | Title | Address1 |
|---|---|---|
| | Mr. Soule | Mr. Philip P. Soule<br>Sr. Deputy Director<br>Medical Services<br>Department of Health and Social Services<br>P.O. Box 906, Lewis Building<br>New Castle, DE 19720 |
| | Mr. Weldon | Mr. Herbert H. Weldon<br>Jr. Deputy Director<br>Medical Assistance Administration<br>Department of Health<br>825 North Capitol Street NE<br>Suite 5135<br>Washington, DC 20002 |
| | Mr. Sharpe | Mr. Bob Sharpe<br>Deputy Secretary<br>Agency for Health Care Administration<br>2727 Mahan Drive, Building 3<br>Tallahassee, FL 32308 |
| | Mr. Trail | Mr. Mark Trail<br>Acting Director<br>Department of Medical Assistance<br>2 Peachtree St., 40th Floor<br>Atlanta, GA 30303 |
| | Ms. Hiramatsu | Ms. Aileen Hiramatsu<br>Med-Quest Division Administrator<br>Department of Human Services<br>P.O. Box 339<br>Fed. Ex (601 Kamokila Blvd., Room 518<br>Kapolei, HI 96707)<br>Honolulu, HI 96809-0339 |
| | Mr. Brunson | Mr. Joe Brunson<br>Administrator<br>Department of Health and Welfare<br>Division of Medicaid<br>3380 Americana Terrace, Suite 230<br>Boise, ID 83706 |
| | Ms. Garner | Ms. Jackie Garner<br>Medicaid Director<br>Medical Programs<br>Illinois Department of Public Aid<br>201 S. Grand Avenue, East<br>Springfield, IL 62763-0001 |

HIGHLY CONFIDENTIAL

RGX 0258304

STATE MEDICAID AGENCY LISTING

| Print | Title | Address1 |
|---|---|---|
| | Ms. Bella | Ms. Melanie Bella<br>Director<br>Medicaid Policy & Planning<br>Family & Social Services Administration<br>402 W. Washington Street, Room W382<br>Indianapolis, IN 46204-2739 |
| | Ms. Parker | Ms. Susan Parker<br>Pharmacy Consultant<br>Department Human Services<br>1305 E Walnut Avenue<br>Hoover Bldg – 5th Floor<br>Des Moines, IA 50319 |
| | Mr. Day | Mr. Robert Day<br>Medicaid Director<br>Director of Medical Policy<br>Department of Social and Rehabilitation<br>Services<br>915 SW Harrison, 5th Floor<br>Topeka, KS 66612 |
| | Mr. Robinson | Mr. Mike Robinson<br>Commissioner<br>Department of Medicaid Services<br>275 East Main Street, 6 West<br>Frankfort, KY 40621 |
| | Mr. Bearden | Mr. Ben A. Bearden<br>Director<br>Bureau of Health Services<br>Financing<br>Department of Health and Hospitals<br>1201 Capitol Access Road<br>P.O. Box 91030<br>Baton Rouge, LA 70821-9030 |
| | Mr. Gessow | Mr. Eugene Gessow<br>Director<br>Bureau of Medical Services<br>Department of Human Services<br>Statehouse Station #11<br>Building 205, 3rd Floor<br>Augusta, ME 04333 |
| | Ms. Chang | Ms. Debbie Chang<br>Deputy Secretary of Health Care Financing<br>Department of Health and Mental Hygiene<br>201 West Preston Street<br>Baltimore, MD 21201 |

HIGHLY CONFIDENTIAL                                      RGX 0258305

STATE MEDICAID AGENCY LISTING

| Print | Title | Address1 |
|---|---|---|
| | Ms. Warring | Ms. Wendy Warring<br>Commissioner<br>Division of Medical Assistance<br>600 Washington Street<br>Boston, MA 02111 |
| | Ms. Gellert | Ms. Doris Gellert<br>Deputy Director<br>Department of Community Health<br>400 South Pine<br>Lansing, MI 48933 |
| | Ms. Kennedy | Ms. Mary Kennedy<br>Medicaid Director<br>Assistant Commissioner for Health Care<br>Department of Human Services<br>444 Lafayette Rd<br>St. Paul, MN 55155-3852 |
| | Ms. Lewis-Payton | Ms. Rica Lewis-Payton<br>Medicaid Director<br>Division of Medicaid<br>Office of the Governor<br>239 North Lamar Street<br>Jackson, MS 39201-1399 |
| | Mr. Vadner | Mr. Greg Vadner<br>Director<br>Division of Medical Services<br>Department of Social Services<br>615 Howerton Court<br>P.O. Box 6500<br>Jefferson City, MO 65102 |
| | Mr. Chappuis | Mr. John Chappuis<br>Deputy Director<br>Dept. of Public Health & Human Services<br>1400 Broadway<br>Helena, MT 59601 |
| | Mr. Seiffert | Mr. Bob Seiffert<br>Administrator<br>Medical Services Division<br>Department of Health & Human Services<br>P.O. Box 95026<br>301 Centennial Mall South, 5th Floor<br>Lincoln, NE 68509 |

HIGHLY CONFIDENTIAL

RGX 0258306

STATE MEDICAID AGENCY LISTING

| Print | Title | Address1 |
|---|---|---|
| | Mr. Duarte | Mr. Chuck Duarte<br>Administrator<br>Division of Health Care Financing and Policy<br>1100 E. Williams<br>Suite 116<br>Carson City, NV 89710 |
| | Ms. Real | Ms. Lori Real<br>Medicaid Director<br>Health Policy & Medicaid<br>Department of Health and Human Services<br>Office of the Commissioner<br>129 Pleasant Street<br>Concord, NH 03301-6521 |
| | Ms. Plant | Ms. Kathryn Plant<br>Director<br>Div. Medical Assistance & Health Services<br>Department of Human Services<br>P.O. BOX 712<br>Trenton, NJ 08625-0712 |
| | Mr. Maruca | Mr. Robert Maruca<br>Director<br>Medical Assistance Division<br>Department of Human Services<br>2025 South Pacheco<br>Sante Fe, NM 87504 |
| | Ms. Kuhmerker | Ms. Kathryn Kuhmerker<br>Deputy Commissioner<br>Office of Medicaid Management<br>Department of Health<br>Empire State Plaza<br>Room 1466, Corning Tower Building<br>Albany, NY 12237 |
| | Ms. Yeager | Ms. Nina Yeager<br>Director<br>Div. of Medical Assistance<br>Department of Health & Human Services<br>1985 Umstead Drive, 2517 Mail Service Center<br>Raleigh, NC 27699-2517 |
| | Mr. Zentner | Mr. David Zentner<br>Director Medical Services<br>Dept. of Human Services<br>600 East Boulevard Avenue<br>Bismarck, ND 58505-0261 |

HIGHLY CONFIDENTIAL

RGX 0258307

STATE MEDICAID AGENCY LISTING

| Print | Title | Address1 |
|---|---|---|
| | Ms. Edwards | Ms. Barbara Edwards<br>Deputy Director<br>Office of Medicaid<br>Department of Human Services<br>30 E. Broad Street, 31st Floor<br>Columbus, OH 43266-0423 |
| | Mr. Fogarty | Mr. Mike Fogarty<br>CEO<br>Oklahoma Health Care Authority<br>4545 N. Lincoln Blvd, Suite 124<br>Oklahoma City, OK 73105 |
| | Ms. Thorne | Ms. Jean Thorne<br>Director<br>Office of Medical Assistance Programs<br>Department of Human Resources<br>500 Summer Street<br>Salem, OR 97310-1014 |
| | Ms. Dierkers | Ms. Peg J. Dierkers<br>Ph.D. Deputy Secretary<br>Department of Public Welfare<br>Health and Welfare Building RM 515<br>Commonwealth Avenue & Forster Street<br>Harrisburg, PA 17120 |
| | Mr. Young | Mr. John Young<br>C.P.M., Associate Director<br>Division of Health Care Quality<br>Department of Human Services<br>600 New London Avenue<br>Cranston, RI 02920 |
| | Mr. Prince | Mr. Bill Prince<br>Medicaid Director<br>Department of Health & Human Services<br>P.O. Box 8206<br>Columbia, SC 29202-8206 |
| | Mr. Prunty | Mr. Damian Prunty<br>Administrator<br>Medical Services<br>Department of Social Services<br>Kneip Building<br>700 Governors Drive<br>Pierre, SD 57501-2291 |

HIGHLY CONFIDENTIAL

RGX 0258308

STATE MEDICAID AGENCY LISTING

| Print | Title | Address1 |
|-------|-------|----------|
| | Mr. Martins | Mr. Manny Martins<br>TennCare Director<br>Department of Finance & Administration<br>729 Church Street<br>Nashville, TN 37247-6501 |
| | Ms. Wertz | Ms. Linda Wertz<br>Deputy Commissioner<br>Medicaid and CHIP<br>Health and Human Services Commission<br>4900 North Lamar Street, Fourth Floor<br>P.O. Box 13247<br>Austin, TX 78711 (78751 FedEx) |
| | Mr. Betit | Mr. Rod Betit<br>Executive Director<br>Department of Health<br>P.O. Box 141000<br>Salt Lake City, UT 84114-1000 |
| | Mr. Wallace-Brodeur | Mr. Paul Wallace-Brodeur<br>Director<br>Office of Health Access<br>Department of Social Welfare<br>Agency of Human Services<br>103 South Main Street<br>Waterbury, VT 05676 |
| | Mr. Finnerty | Mr. Patrick Finnerty<br>Director<br>Department of Medical Assistance Services<br>600 E. Broad Street - Suite 1300<br>Richmond, VA 23219 |
| | Mr. Porter | Mr. Doug Porter<br>Assistant Secretary<br>Medical Assistance Administration<br>Department of Social & Health Services<br>PO Box 45080<br>Olympia, WA 98504-5080 |
| | Ms. Leitch | Ms. Kathy Leitch<br>Assistant Secretary<br>Aging and Adult Services Administration<br>P.O. Box 45050<br>Olympia, WA 98504-5050 |

HIGHLY CONFIDENTIAL

RGX 0258309

STATE MEDICAID AGENCY LISTING

| Print | Title | Address1 |
|---|---|---|
| | Ms. Atkins | Ms. Nancy Atkins<br>Commissioner<br>Bureau of Medical Services<br>Dept. of Health and H.R.<br>350 Capitol Street – Room 251<br>Charleston, WV 25301-3706 |
| | Ms. Handrich | Ms. Peggy Handrich<br>Administrator<br>Division of Health Care Financing<br>Department of Health and Family Services<br>1 West Wilson Street – Room 350<br>P.O. Box 309<br>Madison, WI 53701-0309 |
| | Ms. Oleske | Ms. Iris Oleske<br>State Medicaid Agent<br>Health Care Access & Resource Division<br>154 Hathaway Building<br>2300 Capitol Avenue<br>Cheyenne, WY 82002 |

HIGHLY CONFIDENTIAL

RGX 0258310

Exhibit G

(A59930) WARRICK PHARM

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1999, THE HEARST CORPORATION

PAGE 1

| NDC | PRODUCT DESCRIPTION | PACK SIZE | WHLSLST | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 59930-1500-06 RX | ALBUTEROL .83MG/ML SOLUTION 60'S, U-D | 3.0 ML | $59.40 | $0.00 | $72.60 | 93/10/12 |
| | date of change: __/__/__ | | | | | 93/10/11 |
| 59930-1500-08 RX | ALBUTEROL .83MG/ML SOLUTION 25'S, U-D | 3.0 ML | $24.75 | $0.00 | $30.25 | |
| | date of change: __/__/__ | | | | | 99/01/16 |
| 59930-1502-01 RX | ISOSORBIDE NN 30MG TAB SA | 100.0 EA | $0.00 | $0.00 | $111.56 | |
| | date of change: __/__/__ | | | | | 93/08/01 |
| 59930-1510-05 RX | ALBUTEROL SULF 2MG/5ML SYRP | 480.0 ML | $19.00 | $0.00 | $24.75 | |
| | date of change: __/__/__ | | | | | 95/09/22 |
| 59930-1515-04 RX | ALBUTEROL 5MG/ML SOLUTION | 20.0 ML | $9.00 | $0.00 | $14.59 | |
| | date of change: __/__/__ | | | | | 94/06/15 |
| 59930-1520-01 RX | ALBUTEROL SULFATE 2MG TAB | 100.0 EA | $2.50 | $0.00 | $23.65 | |
| | date of change: __/__/__ | | | | | 94/06/15 |
| 59930-1520-02 RX | ALBUTEROL SULFATE 2MG TAB | 500.0 EA | $8.50 | $0.00 | $112.25 | |
| | date of change: __/__/__ | | | | | 94/06/15 |
| 59930-1530-01 RX | ALBUTEROL SULFATE 4MG TAB | 100.0 EA | $4.50 | $0.00 | $35.20 | |
| | date of change: __/__/__ | | | | | 94/06/15 |
| 59930-1530-02 RX | ALBUTEROL SULFATE 4MG TAB | 500.0 EA | $15.00 | $0.00 | $168.25 | |
| | date of change: __/__/__ | | | | | 96/11/13 |
| 59930-1537-01 RX | SELEGILINE HCL 5MG TABLET | 60.0 EA | $102.04 | $0.00 | $122.45 | |
| | date of change: __/__/__ | | | | | |

CONFIDENTIAL

RGX 0190075

EXHIBIT  71
WIT: Weintraub
DATE: 9-20-06
Cynthia Vohlken

03/02/99  TUE 15:21 FAX 415 827 4578       FIRST DATA BANK                      ☑003

(A59930) WARRICK PHARM

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1999, THE HEARST CORPORATION

PAGE  2

| NDC | PRODUCT DESCRIPTION | PACK SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 59930-1537-02 RX | SELEGILINE HCL 5MG TABLET | 500.0 EA | $841.80 | $0.00 | $1010.20 | 95/11/13 |
| | | | | | | date of change: __/__/__ |
| 59930-1537-03 RX | SELEGILINE HCL 5MG TABLET | 1000.0 EA | $1666.60 | $0.00 | $2000.00 | 95/11/13 |
| | | | | | | date of change: __/__/__ |
| 59930-1549-01 RX | ISOSORBIDE MN 60MG TAB SA | 100.0 EA | $0.00 | $0.00 | $117.40 | 98/11/09 |
| | | | | | | date of change: __/__/__ |
| 59930-1560-01 RX | ALBUTEROL 90MCG INHALER | 17.0 GM | $16.06 | $0.00 | $21.41 | 96/01/02 |
| | | | | | | date of change: __/__/__ |
| 59930-1560-02 RX | ALBUTEROL 90MCG INH REFILL | 17.0 GM | $14.80 | $0.00 | $19.79 | 96/01/02 |
| | | | | | | date of change: __/__/__ |
| 59930-1570-01 RX | CLOTRIMAZOLE 1% CREAM | 15.0 GM | $6.25 | $0.00 | $7.85 | 94/01/01 |
| | | | | | | date of change: __/__/__ |
| 59930-1570-02 RX | CLOTRIMAZOLE 1% CREAM | 30.0 GM | $10.50 | $0.00 | $13.40 | 94/01/01 |
| | | | | | | date of change: __/__/__ |
| 59930-1570-03 RX | CLOTRIMAZOLE 1% CREAM | 45.0 GM | $12.75 | $0.00 | $16.25 | 94/01/01 |
| | | | | | | date of change: __/__/__ |
| 59930-1570-09 RX | CLOTRIMAZOLE 1% CREAM 2 X 45GM TUBES | 90.0 GM | $17.50 | $0.00 | $22.25 | 94/01/01 |
| | | | | | | date of change: __/__/__ |
| 59930-1573-01 RX | AMOXICILLIN 125MG TAB CHEW | 60.0 EA | $0.00 | $0.00 | $7.85 | 97/07/02 |
| | | | | | | date of change: __/__/__ |

CONFIDENTIAL

(A59930) WARRICK PHARM

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1959, THE HEARST CORPORATION

PAGE 3

| NDC | PRODUCT DESCRIPTION | PACK SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 59930-1573-02 RX | AMOXICILLIN 125MG TAB CHEW | 100.0 EA | $0.00 | $0.00 | $11.00 | 97/07/02 |
| | | | | | date of change:___/___/___ | |
| 59930-1573-03 RX | AMOXICILLIN 125MG TAB CHEW | 500.0 EA | $0.00 | $0.00 | $52.25 | 97/07/02 |
| | | | | | date of change:___/___/___ | |
| 59930-1573-01 RX | BETAMETHASONE DP 0.05% OINT AUGMENTED | 15.0 GM | $15.50 | $0.00 | $21.47 | 95/10/25 |
| | | | | | date of change:___/___/___ | |
| 59930-1575-02 RX | BETAMETHASONE DP 0.05% OINT AUGMENTED | 45.0 GM | $31.65 | $0.00 | $43.20 | 95/10/25 |
| | | | | | date of change:___/___/___ | |
| 59930-1575-03 RX | BETAMETHASONE DP 0.05% OINT AUGMENTED | 50.0 GM | $0.00 | $0.00 | $51.30 | 96/09/12 |
| | | | | | date of change:___/___/___ | |
| 59930-1592-01 RX | GLYBURIDE 1.25MG TABLET | 100.0 EA | $9.25 | $0.00 | $38.35 | 95/11/01 |
| | | | | | date of change:___/___/___ | |
| 59930-1600-01 RX | PERPHENAZINE 2MG TABLET | 100.0 EA | $20.50 | $0.00 | $46.00 | 95/11/16 |
| | | | | | date of change:___/___/___ | |
| 59930-1602-01 RX | LABETALOL HCL 100MG TABLET | 100.0 EA | $0.00 | $0.00 | $48.01 | 98/08/04 |
| | | | | | date of change:___/___/___ | |
| 59930-1602-02 RX | LABETALOL HCL 100MG TABLET | 500.0 EA | $0.00 | $0.00 | $227.78 | 98/08/04 |
| | | | | | date of change:___/___/___ | |
| 59930-1602-03 RX | LABETALOL HCL 100MG TABLET | 1000.0 EA | $0.00 | $0.00 | $421.86 | 98/08/04 |
| | | | | | date of change:___/___/___ | |

CONFIDENTIAL

RGX 0190077

(A59930) WARRICK PHARM

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1999, THE HEARST CORPORATION

PAGE 4

| NDC | PRODUCT DESCRIPTION | PACK SIZE | WHLNET | DIR | AMP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 59930-1602-04 RX | LABETALOL HCL 100MG TABLET U-D | 100.0 EA | $0.00 | $0.00 | $50.99 | 98/08/04 |
| | | | | | | date of change: __/__/__ |
| 59930-1603-01 RX | PERPHENAZINE 4MG TABLET | 100.0 EA | $26.00 | $0.00 | $65.00 | 95/11/16 |
| | | | | | | date of change: __/__/__ |
| 59930-1605-01 RX | PERPHENAZINE 8MG TABLET | 100.0 EA | $34.00 | $0.00 | $78.00 | 95/11/16 |
| | | | | | | date of change: __/__/__ |
| 59930-1609-01 OTC | SODIUM CHLORIDE 0.9% AMPULE 100'S, U-D | 3.0 ML | $0.00 | $0.00 | $24.00 | 98/01/13 |
| | | | | | | date of change: __/__/__ |
| 59930-1609-02 OTC | SODIUM CHLORIDE 0.9% AMPULE 100'S, U-D | 5.0 ML | $0.00 | $0.00 | $24.00 | 98/01/13 |
| | | | | | | date of change: __/__/__ |
| 59930-1610-01 RX | PERPHENAZINE 16MG TABLET | 100.0 EA | $46.00 | $0.00 | $108.00 | 95/11/16 |
| | | | | | | date of change: __/__/__ |
| 59930-1611-01 RX | AMOXICILLIN 250MG TAB CHEW | 60.0 EA | $0.00 | $0.00 | $11.75 | 97/07/02 |
| | | | | | | date of change: __/__/__ |
| 59930-1611-02 RX | AMOXICILLIN 250MG TAB CHEW | 100.0 EA | $0.00 | $0.00 | $22.85 | 97/07/02 |
| | | | | | | date of change: __/__/__ |
| 59930-1611-03 RX | AMOXICILLIN 250MG TAB CHEW | 500.0 EA | $0.00 | $0.00 | $108.50 | 57/07/02 |
| | | | | | | date of change: __/__/__ |
| 59930-1620-01 RX Color: WHITE | GRISEOFULVIN ULTRA 125MG TB | 100.0 EA | $24.95 | $0.00 | $33.11 | 94/12/21 |
| | | | | | | date of change: __/__/__ |

CONFIDENTIAL

RGX 0190078

(A59930) WARRICK PHARM

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1999, THE HEARST CORPORATION

PAGE 5

| NDC | PRODUCT DESCRIPTION | PACK SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 59930-1621-01<br>RX<br>Color:<br>WHITE | GRISEOFULVIN ULTRA 250MG TB | 100.0 EA | $48.75 | $0.00 | $64.96 | 94/12/21 |
| | | | | | date of change:___/___/___ | |
| 59930-1622-01<br>RX | GLYBURIDE 2.5MG TABLET | 100.0 EA | $13.60 | $0.00 | $30.60 | 95/11/01 |
| | | | | | date of change:___/___/___ | |
| 59930-1624-01<br>RX<br>Color:<br>OFF-WHITE | GRISEOFULVIN ULTRA 330MG TB | 100.0 EA | $61.85 | $0.00 | $82.47 | 94/12/21 |
| | Shape:<br>OVAL-SCORED | | | | | |
| | | | | | date of change:___/___/___ | |
| 59930-1636-01<br>RX | LABETALOL HCL 200MG TABLET | 100.0 EA | $0.00 | $0.00 | $58.10 | 98/08/04 |
| | | | | | date of change:___/___/___ | |
| 59930-1636-02<br>RX | LABETALOL HCL 200MG TABLET | 500.0 EA | $0.00 | $0.00 | $323.53 | 98/08/04 |
| | | | | | date of change:___/___/___ | |
| 59930-1636-03<br>RX | LABETALOL HCL 200MG TABLET | 1000.0 EA | $0.00 | $0.00 | $614.41 | 98/08/04 |
| | | | | | date of change:___/___/___ | |
| 59930-1636-04<br>RX | LABETALOL HCL 200MG TABLET<br>U-D | 100.0 EA | $0.00 | $0.00 | $71.07 | 98/08/04 |
| | | | | | date of change:___/___/___ | |
| 59930-1638-01<br>RX | CHOLESTYRAMINE LIGHT PACKET | 60.0 EA | $0.00 | $0.00 | $82.12 | 98/01/19 |
| | | | | | date of change:___/___/___ | |
| 59930-1638-02<br>RX | CHOLESTYRAMINE LIGHT POWDER | 231.0 GM | $0.00 | $0.00 | $35.67 | 98/02/10 |
| | | | | | date of change:___/___/___ | |
| 59930-1639-01<br>RX | GLYBURIDE 5MG TABLET | 100.0 EA | $20.30 | $0.00 | $53.00 | 95/11/01 |
| | | | | | date of change:___/___/___ | |

CONFIDENTIAL

03/02/99   TUE 15:22 FAX 415 827 4578          FIRST DATA BANK                                    ☑007

(A59930) WARRICK PHARM

PAGE    6

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1999, THE HEARST CORPORATION

| NDC | PRODUCT DESCRIPTION | PACK SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 59930-1639-02 RX | GLYBURIDE 5MG TABLET | 500.0 EA | $96.45 | $0.00 | $228.00 | 95/11/01 |
| | | | | | date of change: __/__/__ | |
| 59930-1639-03 RX | GLYBURIDE 5MG TABLET | 1000.0 EA | $182.70 | $0.00 | $440.00 | 95/11/01 |
| | | | | | date of change: __/__/__ | |
| 59930-1650-01 RX | THEOPHYLLINE 100MG TAB SA | 100.0 EA | $4.25 | $0.00 | $11.70 | 94/07/01 |
| | | | | | date of change: __/__/__ | |
| 59930-1650-02 RX | THEOPHYLLINE 100MG TAB SA | 500.0 EA | $19.00 | $0.00 | $38.00 | 94/07/01 |
| | | | | | date of change: __/__/__ | |
| 59930-1651-01 RX | LABETALOL HCL 300MG TABLET | 100.0 EA | $0.00 | $0.00 | $90.61 | 98/08/04 |
| | | | | | date of change: __/__/__ | |
| 59930-1651-02 RX | LABETALOL HCL 300MG TABLET | 500.0 EA | $0.00 | $0.00 | $430.23 | 98/08/04 |
| | | | | | date of change: __/__/__ | |
| 59930-1653-03 RX | LABETALOL HCL 300MG TABLET U-D | 100.0 EA | $0.00 | $0.00 | $93.59 | 98/08/04 |
| | | | | | date of change: __/__/__ | |
| 59930-1655-01 RX | CAPTOPRIL 12.5MG TABLET | 100.0 EA | $0.00 | $0.00 | $59.13 | 96/02/14 |
| | | | | | date of change: __/__/__ | |
| 59930-1655-02 RX | CAPTOPRIL 12.5MG TABLET | 500.0 EA | $0.00 | $0.00 | $280.88 | 96/02/14 |
| | | | | | date of change: __/__/__ | |
| 59930-1655-03 RX | CAPTOPRIL 12.5MG TABLET | 1000.0 EA | $0.00 | $0.00 | $533.67 | 96/02/14 |
| | | | | | date of change: __/__/__ | |

CONFIDENTIAL

RGX 0190080

(A59930) WARRICK PHARM

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1999, THE HEARST CORPORATION

PAGE 7

| NDC | PRODUCT DESCRIPTION | PACK SIZE | INHANX | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 59930-1656-01 RX | CAPTOPRIL 25MG TABLET | 100.0 EA | $0.00 | $0.00 | $63.93 | 96/02/14 |
| | | | | | date of change: __/__/__ | |
| 59930-1656-02 RX | CAPTOPRIL 25MG TABLET | 500.0 EA | $0.00 | $0.00 | $303.66 | 96/02/14 |
| | | | | | date of change: __/__/__ | |
| 59930-1656-03 RX | CAPTOPRIL 25MG TABLET | 1000.0 EA | $0.00 | $0.00 | $576.95 | 96/02/14 |
| | | | | | date of change: __/__/__ | |
| 59930-1657-01 RX | CAPTOPRIL 50MG TABLET | 100.0 EA | $0.00 | $0.00 | $109.62 | 96/02/14 |
| | | | | | date of change: __/__/__ | |
| 59930-1657-02 RX | CAPTOPRIL 50MG TABLET | 500.0 EA | $0.00 | $0.00 | $520.71 | 96/02/14 |
| | | | | | date of change: __/__/__ | |
| 59930-1657-03 RX | CAPTOPRIL 50MG TABLET | 1000.0 EA | $0.00 | $0.00 | $985.36 | 96/02/14 |
| | | | | | date of change: __/__/__ | |
| 59930-1658-01 RX | CAPTOPRIL 100MG TABLET | 100.0 EA | $0.00 | $0.00 | $149.98 | 96/02/14 |
| | | | | | date of change: __/__/__ | |
| 59930-1658-02 RX | CAPTOPRIL 100MG TABLET | 500.0 EA | $0.00 | $0.00 | $693.40 | 96/02/14 |
| | | | | | date of change: __/__/__ | |
| 59930-1658-03 RX | CAPTOPRIL 100MG TABLET | 1000.0 EA | $0.00 | $0.00 | $1317.45 | 96/02/14 |
| | | | | | date of change: __/__/__ | |
| 59930-1660-01 RX | THEOPHYLLINE 200MG TAB SA | 100.0 EA | $6.25 | $0.00 | $19.00 | 94/07/01 |
| | | | | | date of change: __/__/__ | |

CONFIDENTIAL

(A59930) WARRICK PHARM

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1999, THE HEARST CORPORATION

PAGE  8

| NDC | PRODUCT DESCRIPTION | PACK SIZE | WHLEST | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 59930-1660-02 RX | THEOPHYLLINE 200MG TAB SA | 500.0 EA | $28.75 | $0.00 | $82.00 | 94/07/01 |
| | | | | | date of change: ___/___/___ | |
| 59930-1660-03 RX | THEOPHYLLINE 200MG TAB SA | 1000.0 EA | $52.50 | $0.00 | $155.00 | 94/07/01 |
| | | | | | date of change: ___/___/___ | |
| 59930-1670-01 RX | THEOPHYLLINE 300MG TAB SA | 100.0 EA | $8.00 | $0.00 | $22.00 | 94/07/01 |
| | | | | | date of change: ___/___/___ | |
| 59930-1670-02 RX | THEOPHYLLINE 300MG TAB SA | 500.0 EA | $34.75 | $0.00 | $99.00 | 94/07/01 |
| | | | | | date of change: ___/___/___ | |
| 59930-1670-03 RX | THEOPHYLLINE 300MG TAB SA | 1000.0 EA | $64.50 | $0.00 | $190.00 | 94/07/01 |
| | | | | | date of change: ___/___/___ | |
| 59930-1680-01 RX | THEOPHYLLINE 450MG TAB SA | 100.0 EA | $23.12 | $0.00 | $27.75 | 94/07/01 |
| | | | | | date of change: ___/___/___ | |
| 59930-1685-01 RX | MEXILETINE 150MG CAPSULE | 100.0 EA | $54.35 | $0.00 | $69.24 | 95/11/01 |
| | | | | | date of change: ___/___/___ | |
| 59930-1686-01 RX | MEXILETINE 200MG CAPSULE | 100.0 EA | $64.75 | $0.00 | $82.22 | 95/11/01 |
| | | | | | date of change: ___/___/___ | |
| 59930-1687-01 RX | MEXILETINE 250MG CAPSULE | 100.0 EA | $75.30 | $0.00 | $95.66 | 95/11/01 |
| | | | | | date of change: ___/___/___ | |
| 59930-1771-01 RX | FLURBIPROFEN 50MG TABLET | 100.0 EA | $42.25 | $0.00 | $48.02 | 95/06/20 |
| | | | | | date of change: ___/___/___ | |

CONFIDENTIAL

RGX 0190082

03/02/99   TUE 15:22 FAX 415 827 4578          FIRST DATA BANK                                    @010

(A59931) WARRICK PHARM

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1999, THE HEARST CORPORATION

PAGE  9

| NDC | PRODUCT DESCRIPTION | PACK SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 59930-1772-01 RX | FLURBIPROFEN 100MG TABLET | 100.0 EA | $65.00 | $0.00 | $107.58 | 95/06/20 |
| | | | | | date of change:___/___/___ | |
| 59930-1772-02 XX | FLURBIPROFEN 100MG TABLET | 500.0 EA | $292.59 | $0.00 | $521.76 | 95/06/20 |
| | | | | | date of change:___/___/___ | |
| 59930-1800-01 RX | CIMETIDINE 200MG TABLET | 100.0 EA | $47.32 | $0.00 | $79.92 | 95/06/07 |
| | | | | | date of change:___/___/___ | |
| 59930-1800-02 RX | CIMETIDINE 200MG TABLET | 500.0 EA | $212.94 | $0.00 | $399.50 | 95/06/07 |
| | | | | | date of change:___/___/___ | |
| 59930-1800-03 RX | CIMETIDINE 200MG TABLET | 1000.0 EA | $402.22 | $0.00 | $799.20 | 95/06/07 |
| | | | | | date of change:___/___/___ | |
| 59930-1801-01 RX | CIMETIDINE 300MG TABLET | 100.0 EA | $49.53 | $0.00 | $83.65 | 95/06/07 |
| | | | | | date of change:___/___/___ | |
| 59930-1801-02 RX | CIMETIDINE 300MG TABLET | 500.0 EA | $222.89 | $0.00 | $418.26 | 95/06/07 |
| | | | | | date of change:___/___/___ | |
| 59930-1801-03 RX | CIMETIDINE 300MG TABLET | 1000.0 EA | $421.00 | $0.00 | $836.52 | 95/06/07 |
| | | | | | date of change:___/___/___ | |
| 59930-1802-01 RX | CIMETIDINE 400MG TABLET | 100.0 EA | $82.17 | $0.00 | $138.82 | 95/06/07 |
| | | | | | date of change:___/___/___ | |
| 59930-1802-02 RX | CIMETIDINE 400MG TABLET | 500.0 EA | $169.77 | $0.00 | $694.10 | 95/06/07 |
| | | | | | date of change:___/___/___ | |

CONFIDENTIAL

RGX 0190083

03/02/99  TUE 15:23 FAX 415 827 4578      FIRST DATA BANK                                    ☒011

(A59930) WARRICK PHARM

NATIONAL DRUG DATA FILE PRODUCT UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1999, THE HEARST CORPORATION

PAGE   10

| NDC | PRODUCT DESCRIPTION | PACK SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 59930-1802-03 RX | CIMETIDINE 400MG TABLET | 1000.0 EA | $698.45 | $0.00 | $1388.20 | 95/06/07 |
| | | | | | date of change:__/__/__ | |
| 59930-1803-01 RX | CIMETIDINE 800MG TABLET | 100.0 EA | $145.64 | $0.00 | $246.01 | 95/06/07 |
| | | | | | date of change:__/__/__ | |
| 59930-1803-02 RX | CIMETIDINE 800MG TABLET | 500.0 EA | $655.38 | $0.00 | $1230.05 | 95/06/07 |
| | | | | | date of change:__/__/__ | |
| 59930-1803-03 RX | CIMETIDINE 800MG TABLET | 1000.0 EA | $1237.94 | $0.00 | $2460.10 | 95/06/07 |
| | | | | | date of change:__/__/__ | |

CONFIDENTIAL

RGX 0190084

Exhibit H

*F. Inhaler (Finance).*

**WARRICK PHARMACEUTICALS**                                    **MEMO**

| | |
|---|---|
| TO: | R. Bucko |
| FROM: | D. Reich |
| SUBJECT: | Warrick Inhaler Invoicing |
| REFERENCE: | |

DATE:   December 11, 1995

COPIES:   Distribution

In the event that the Warrick generic albuterol inhaler is launched, Warrick will guarantee its accounts a launch price equal to the prevailing market price 30 days post-launch in order for Warrick to be competitive in the marketplace. Warrick will invoice each account at an initial price, and then issue credits as the price erodes on all units purchased during the first 30 days. After 30 days, Warrick will guarantee price protection on further price declines on only those units remaining in inventory at the account.

We expect that the price 30 days post-launch could erode as much as 50% from the *initial* launch price of $14-$15/unit. We also could sell as many as 1,500,000-3,000,000 units in the first 30 days. Consequently, in the event that the inhaler is launched, the appropriate accrual should be set up to accommodate this decline.

Please call me or Ray Kapur if you have questions.

D. Reich

DR:dr

cc.   Y. Cagnina
     E. Desimone
     P. Hiley
     R. Kapur
     K. McCormick-Rutar
     E. Smith
     B. Smyth
     H. Weintraub

RECEIVED
DEC 11 1995
R. KAPUR

CONFIDENTIAL
WPX0007678



Weintraub
DEPOSITION
EXHIBIT
131