# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>CIVIL ACTION NO. 01-CV-12257-PBS<br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO: | |
| *State of Arizona v. Abbott Laboratories, Inc., et al.,* 06-CV-11069-PBS | |
| *State of Iowa v. Abbott Laboratories, Inc., et al.,* 07-CV-12141-PBS | |
| *City of New York, et al. v. Abbott Laboratories, Inc., et al.,* 03-CV-10643-PBS | |

## NOTICE OF FIRM REGISTRATION AS AN LLP AND NAME CHANGE

PLEASE TAKE NOTICE that Davis Polk & Wardwell has registered with the New York Secretary of State as a limited liability partnership, effective June 19, 2009, and has changed its firm name to Davis Polk & Wardwell LLP.

Dated:   New York, New York
         July 1, 2009

                                    Respectfully Submitted,

                                    By:   /s/ Kristi T. Prinzo
                                          D. Scott Wise (*admitted pro hac vice*)
                                          Kristi T. Prinzo (*admitted pro hac vice*)
                                          DAVIS POLK & WARDWELL LLP
                                          450 Lexington Avenue
                                          New York, New York  10017
                                          (212) 450-4000

                                          Katherine B. Schmeckpeper
                                        FOLEY HOAG LLP
                                        155 Seaport Boulevard
                                        Boston, MA  02210-2600
                                        Tel: (617) 832-1000

                                        *Attorneys for AstraZeneca Pharmaceuticals LP*
                                        *and AstraZeneca LP*

To:      All Parties and Counsel of Record

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered on July 1, 2009 to counsel for plaintiffs and to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, via LexisNexis File & Serve.

    /s/ Kristi T. Prinzo

Kristi T. Prinzo, Esq.
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York  10017
(212) 450-4000