UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____ )
                                               ) **MDL No. 1456**
**IN RE PHARMACEUTICAL INDUSTRY**              ) **Master File No. 01-12257-PBS**
**AVERAGE WHOLESALE PRICE LITIGATION**         ) Subcategory Case No. 06-11337
_____ )
                                               ) **Judge Patti B. Saris**
**THIS DOCUMENT RELATES TO:**                  )
*State of California, ex rel. Ven-A-Care v.*   )
*Abbott Laboratories, Inc., et al.*            )
Case No: 1:03-cv-11226-PBS                     )
_____ )

### STATUS REPORT-JULY 1, 2009

The undersigned counsel, on behalf of plaintiff STATE OF CALIFORNIA ("CALIFORNIA") hereby submits the attached Status Report to the Court in accordance with the Court's June 17, 2004 Procedural Order.

                                                    Respectfully submitted,

                                                    EDMUND G. BROWN JR.
                                                    Attorney General for the State of California

Dated: July 1, 2009                  By:   */s/ Nicholas N. Paul*
                                                    NICHOLAS N. PAUL
                                                    CA State Bar No: 190605
                                                    Supervising Deputy Attorney General
                                                    Bureau of Medi-Cal Fraud and Elder Abuse
                                                    Office of the Attorney General
                                                    San Diego, California 92108
                                                    Tel: (619) 688-6099
                                                    Fax: (619) 688-4200

                                      **Attorneys for Plaintiff,**
                                      **STATE OF CALIFORNIA**

## MDL 1456 Status Report
### State of California, *ex rel.* Ven-A-Care v. Abbott Laboratories Inc., *et al.*
### Case No.: 1:03-cv-11226-PBS

**First Amended Complaint in Intervention**

Plaintiffs filed a First Amended Complaint in Intervention (FAC), with redacted exhibits, on August 25, 2005 (No. 1679).  Plaintiffs also filed a motion for leave to file unredacted Exhibits under seal (Exhibits A-K and Exhibits M-R to the FAC) (Nos. 1680, 1703), which the Court granted via electronic order.

**Motions to Dismiss**

On January 17, 2006, Defendants filed a Joint Motion to Dismiss Plaintiffs' First Amended Complaint in Intervention (Nos. 2047, 2051).

On March 22, 2007, the Court denied in part and granted in part Defendants' joint motion to dismiss, and denied Abbott's individual motion to dismiss (No. 3948).

**Case Management Order (CMO)**

The Court entered Case Management Order 31 on August 1, 2007 (No. 4586).  Case Management Order 35 (No. 5664) was entered on November 4, 2008.  Pursuant to the Court's request, on February 20, 2009, the parties filed a Joint Motion for Entry of Proposed Amendment to Case Management Order No. 31.  [Docket No. 5920 (1:01-cv-12257); Docket No. 182 (1:06-cv-11337)].  The motion and amended CMO were granted by the Court on March 4, 2009.  [Docket No. 5942 (1:01-cv-12257) / Docket No. 186 (1:06-cv-11337)].

On April 27, 2009, Plaintiffs and Defendants Schering-Plough Corp. and Warrick Pharmaceuticals Corp. ("Warrick") filed a Joint Stipulation to Stay Discovery, based on the existence of a proposed settlement in principle between Plaintiffs and Warrick.  The proposed stipulation was approved by the Court and entered on April 29, 2009.

On June 26, 2009, the parties in *United States ex rel Ven-A-Care of the Florida Keys, Inc. v. Schering Corporation, et al.,* Civil Action No. 09-CV-10547, and *United States ex rel Ven-A-Care of the Florida Keys, Inc. v. Schering Corporation,* et al., Civil Action No. 00-10698, filed a Joint Motion for a Scheduling Conference to address issues pertaining to the settlement agreement, to which California is a party. The Court allowed the motion on June 30, 2009. The conference is scheduled for July 24, 2009.

**Alternative Dispute Resolution**

During the February 12, 2009 Status Conference, the Court directed the parties to mediate in April.  That mediation took place in late April.

On June 25, 2009, the parties attended a planning session with Eric Green to address possible renewed mediation efforts.

**Pending Matters**

On March 26, 2009, California filed a Motion for a Protective Order Regarding Defendants' Rule 30(b)(6) Deposition Topics.  [Docket 5976, 5977 (1:01-cv-12257) / Docket 192, 193 (1:06-cv-11337).  In turn, Defendants' filed their opposition on April 9, 2009 [Docket No. 6000 (1:01-cv-12257) / 1:06-cv-11337 (Docket No. 201)].  On April 17, 2009, Plaintiff's filed their Motion for Leave to File a Reply in Support of Its Motion for a Protective Order [Docket No. 6014 (1:01-cv-12257) / 1:06-cv-11337 (Docket No. 204)].

The motion has not been set for a hearing, and no order has been issued to date.

**CERTIFICATE OF SERVICE**

      I, Nicholas N. Paul, hereby certify that on July 1, 2009, I caused a true and correct copy of the foregoing, **Status Report-July 1, 2009**, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                      */s/ Nicholas N. Paul*
                                                      NICHOLAS N. PAUL