# Exhibit B

CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, <u>J. Michael McMahon,</u> Clerk of this Court, certify that

<u>     JOSHUA DOUGLAS WEEDMAN     </u>, Bar # <u>   JW1979   </u>

was duly admitted to practice in this Court on

<u>     JUNE 19th, 2007     </u>, and is in good standing

as a member of the Bar of this Court.

Dated at <u>500 Pearl Street  
New York, New York</u>   on   <u>JUNE 23rd, 2009</u>

<u>J. Michael McMahon</u>        by   <u>[signature]</u>
Clerk                                    Deputy Clerk