# EXHIBIT A

# (AFFIDAVIT OF ERNST R. BERNDT, Ph.D.)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL 1456 |
| THIS DOCUMENT RELATES TO:<br><br>THE CITY OF NEW YORK v. ABBOTT LABORATORIES, INC., et al, S.D.N.Y. 04-CV-06054<br><br>And Related County Cases Listed in the First Amended Consolidated Complaint. | Civil Action No. 01-Civ-12257-PBS<br><br>Judge Patti B. Saris<br><br>**AFFIDAVIT OF ERNST R. BERNDT, Ph.D.** |

City of Cambridge            )
                             : ss.
State of Massachusetts       )

Ernst R. Berndt, Ph.D., being duly sworn, deposes and says:

1.    I am the Louis E. Seley Professor in Applied Economics at the Sloan School of Management, Massachusetts Institute of Technology. I have been a Professor of Applied Economics at MIT since 1980. My qualifications are detailed in a report I previously submitted to this Court entitled "Report of Independent Expert Professor Ernst R. Berndt to Judge Patti B. Saris" dated February 9, 2005 ("2005 Report"). A copy of my Curriculum Vitae is attached as Exhibit A.

2.    I am currently engaged as an expert by counsel for the Johnson & Johnson Defendants. I am being paid by the Johnson & Johnson Defendants at my standard rate of $625 per hour, plus reasonable out of pocket expenses.

**EXHIBIT A**

3.     The Johnson & Johnson Defendants have asked me to provide the Court with an affidavit setting forth my opinions concerning an issue raised by the Motion for Partial Summary Judgment filed by defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK") in the New York Counties' AWP case ("GSK's Motion"). More specifically, I have been asked to identify whether certain types of rebates paid by manufacturers should be included in the net price calculations used to compare net prices with reported WACs under what the parties have called the "WAC List Price Test," as described in this Court's June 21, 2007 decision in *In re Pharm. Indus. Average Wholesale Price Litig.*, 491 F. Supp. 2d 20 (D. Mass. 2007) ("2007 Decision").

4.     As I understand the issue, GSK and the plaintiffs agree that the discounts and rebates that GSK pays to drug *purchasers* (*e.g.*, wholesalers, retail pharmacies and mail order pharmacies) should be included in the relevant net price calculations defined above, but disagree about whether rebates given to entities that *reimburse* providers for drugs (*e.g.*, insurers, PBMs, and other third-party payors) should be included in those net price calculations. GSK maintains that rebates to entities that *reimburse* providers for drugs, *i.e.*, "payors," should *not* be included in the net price calculations, whereas plaintiffs maintain that *all* manufacturer rebates (except rebates to Medicaid programs), *including* rebates to "payors," should be included in those calculations. For the reasons set forth in Section III below, I agree with GSK's position that the rebates it gives to the "payor" entities (including PBMs) that *reimburse* providers for drugs should *not* be included in the net price calculations performed under the WAC List Price Test (or, for that matter, under what the parties have called the "AWP Spread Test").

## I.      RECORD MATERIALS CONSIDERED

5.      In forming the opinions expressed herein, I have considered the following materials of

record:  (1) the 2007 Decision, and (2) the briefs, expert affidavits and exhibits filed by

both sides in connection with GSK's motion (which are listed in Exhibit B attached

hereto).

## II.     LIMITATIONS ON MY OPINION

6.      I have been instructed by counsel for the Johnson & Johnson Defendants to accept,

without comment, the findings of fact and conclusions of law set forth in the Court's

2007 Decision.  As a result, I offer no opinions in this affidavit concerning whether or not

liability should be imposed on drugs that fail to pass the WAC List Price Test or the

AWP Spread Test.[1]

7.      I have not reviewed or analyzed GSK's pricing data.  Accordingly, I offer no opinions in

this affidavit concerning the accuracy of the calculations performed either by Dr. Gaier

(GSK's expert) or Mr. Devor (the New York Counties' expert), although I do comment

on the categories of rebates that each expert included or excluded in his net price

calculations for purposes of applying the WAC List Price Test.

8.      The opinions expressed in this affidavit relate to brand name drugs such as those at issue

in GSK's Motion.  I offer no opinions in this affidavit concerning generic drugs.

---

[1] I am aware that the plaintiffs in Class 1 have appealed this Court's entry of judgment in favor of the Johnson & Johnson Defendants, and that AstraZeneca has appealed this Court's entry of judgment in favor of the plaintiffs in Classes 2 and 3.

## III.   MY OPINIONS

### A.   Background Concerning Pharmaceutical Sales and Reimbursement

9.   Brand pharmaceutical manufacturers typically sell self-administered, single-source drugs to wholesalers (or large retail pharmacy chains) at or about the published wholesale acquisition cost (WAC), which in most cases is 16.67% to 20% less than the published AWP.[2]  Brand pharmaceutical firms typically offer wholesalers a small "prompt pay" incentive for payments made within 30 days, as well as modest stocking and distribution allowances.

10.   When wholesalers sell brand-name drugs to retail pharmacies and mail order pharmacies, they typically add a modest mark-up to the price at which they purchased the drug from the manufacturer.  Accordingly, the price paid by retail and mail order pharmacies is usually fairly close to WAC.

11.   In some situations, brand pharmaceutical manufacturers may offer discounts or rebates to certain "downstream" providers that purchase the manufacturer's drugs from wholesalers. In the case of self-administered drugs, the downstream purchaser is typically a pharmacy. The vast majority of pharmacies are retail pharmacies (such as CVS or Walgreens).  Mail order pharmacies also purchase and dispense self-administered drugs.  Both types of pharmacies (along with physicians, hospitals and other entities that purchase and take physical possession of drugs) are commonly referred to as "providers," inasmuch as they take title to, and administer or dispense (*i.e.*, "provide") drugs to patients.

---

[2]  Put another way, the published AWP for brand-name drugs is typically 20% to 25% higher than the published WAC for the same drug.

12.     After a provider purchases a drug and administers or dispenses it to a patient, the provider

        typically seeks reimbursement from a "third-party payor" ("TPP"), such as a private

        insurance company or state Medicaid agency.  With limited exceptions, these TPPs do

        not themselves take title to or purchase drugs.  Rather, their function is to reimburse

        providers for the drugs that the providers acquired from wholesalers or manufacturers.  In

        simple terms, these payors "pay for" the drugs that the providers purchase and then

        administer or dispense to the patient.

13.     Pharmacy benefit managers, or "PBMs," are entities that are typically retained by private

        TPPs (such as insurance companies and employee health plans) to, among other things,

        administer reimbursement payments to providers such as retail pharmacies on behalf of

        their TPP clients.  The PBMs are typically provided with funds by their TPP clients to

        finance these reimbursements, and they typically reimburse providers who dispense

        brand-name drugs to the TPP's insureds or members according to a formula based on

        WAC or AWP.  In performing this reimbursement function, PBMs are simply doing, for

        their payor clients, what payors do -- that is, they are reimbursing the providers who

        dispense drugs to patients.

14.     PBMs may also negotiate with manufacturers for the payment of manufacturer rebates in

        exchange for placing the manufacturer's drugs on a formulary.  These rebates accrue to

        the benefit of the PBM's TPP clients.  As I stated in my 2005 Report, an estimated 70%

        to 90% of the rebates paid by manufacturers to PBMs are "passed on" to the PBM's TPP

        clients. 2005 Report at ¶¶ 158-60.  Large TPPs sometimes also have their own, internal,

        pharmacy benefit managers, which negotiate for manufacturer rebates that are paid

        directly to the TPPs.  When PBMs (whether or not they are owned by TPPs) perform

these reimbursement and rebate-negotiating functions, they are doing so for the benefit of their payor clients and, as such, are performing "payor" functions.

15.    Separately, PBMs sometimes also operate their own mail order pharmacies, which themselves purchase, take title to, and dispense drugs.  These PBM mail order pharmacy operations -- as opposed to the other operations of a typical PBM described above -- do not function like a payor but function more like a retail pharmacy provider, in that they typically purchase brand drugs from wholesalers at close to WAC and dispense them to patients, albeit via mail order.

16.    The relationships among manufacturers, wholesalers, providers and payors (and how PBMs act on behalf of payors) are discussed at length in my 2005 Report.  For present purposes, it is sufficient to note that when payors (including PBMs acting on behalf of payors) reimburse providers for brand-name drugs, they typically do so based on published WACs or AWPs, which typically are formulaically related to one another.  The reimbursement amount takes into account the provider's cost of acquiring the drug, as well as other factors relevant to the payor, such as ensuring access to an adequate provider network for their insureds or members.

### B.    My Interpretation of the Court's Liability Tests

17.    The opinions expressed in this affidavit are based, in part, on my understanding of the Court's reasons for adopting the WAC List Price Test and the AWP Spread Test.  Accordingly, at the outset, I explain my interpretation of those tests so that the Court may assess whether I have properly understood them.

18.   The WAC List Price Test was based on the Court's interpretation of Federal Trade
      Commission Pricing Guidelines, which state that a published list price will not be deemed
      fictitious so long as "substantial sales" are made at about that price.  Interpreting these
      guidelines, the Court concluded that "if more than 50 percent of all sales are made at or
      about the list price, the list price will not be deemed fictitious."  2007 Decision, 491 F.
      Supp. 2d at 105.  This test examines all sales to all drug purchasers (*e.g.*, to wholesalers
      and providers) and determines whether the majority of them were made at a net price that
      was within 5% of the published WAC.

19.   The AWP Spread Test was based on the Court's finding that certain payors perceived
      AWP as a signal for the net prices that providers paid for drugs.  In particular, the Court
      found that knowledgeable payors understood that, for brand-name drugs, published
      AWPs were generally 20% to 25% higher than reported WACs, and that there is typically
      some modest discounting by manufacturers below WAC.  2007 Decision, 491 F. Supp.
      2d at 40.  Thus, the Court concluded that, in general, there was no deception and no
      liability if the difference between a drug's average selling price and its published AWP
      was approximately 30% or less.  *Id.*, 491 F. Supp. 2d at 94.

20.   Essentially, I believe the Court intended both of its liability tests to distinguish between
      those published WACs and AWPs that, when used by *payors* as a metric for
      reimbursement to *providers*, constituted a reasonably reliable signal for the net prices that
      *providers* generally paid for the drugs, as opposed to those published WACs and AWPs
      that did not meet this criterion.  Published prices were deemed lawful as long as at least
      50% of sales to all drug purchasers were made at a net purchase price that was within 5%
      of the published WAC (the "WAC List Price Test") *or* as long as the average net

acquisition cost of the providers reimbursed by the relevant payors was within 30% of the published AWP (the "AWP Spread Test"). In other words, the tests provide that a manufacturer is not liable for published prices if either its WACs or AWPs are reasonably tethered to actual market prices paid, on a net basis, by providers that purchase and dispense drugs.

21.     The focus of both of the Court's liability tests is on the reported WAC or AWP on the one hand, and the net price paid by drug purchasers, on the other. With respect to the latter, the WAC List Price Test analyzes all sales to wholesalers and providers to determine if the majority of them were made at a net price that was within 5% of the published WAC. The AWP Spread Test focuses on the average net price paid just by providers in the classes of trade reimbursed by the relevant payors.

### C.     My Opinions Concerning How the Court's Liability Tests Should Be Applied

22.     As I understand it, the primary remaining dispute between the plaintiffs and GSK centers on whether the rebates that a brand manufacturer gives to payors (including PBMs when they are reimbursing on behalf of payors), as opposed to the discounts and rebates it gives to wholesalers and providers, should be included in the net price calculations used to measure whether 50% of sales are made within 5% of WAC (the WAC List Price Test).[3]

23.     In plaintiffs' view, failing to take account of rebates that manufacturers give to payors would "eviscerate the [WAC List Price Test] because it would allow GSK to exclude

---

[3] A related issue arises in calculating the average acquisition costs (or average selling prices) used to measure whether the spread between the provider's net acquisition cost and AWP exceeds 30%. I am advised by counsel, however, that GSK has not based its motion for partial summary judgment on the AWP Spread Test.

from its sales price calculations one of its largest categories of discounts paid *on the basis of sales*." Plaintiffs' Supplemental Memo. at 7-8 (emphasis in original). I understand that GSK counters that rebates given to *payors* (including PBMs that reimburse retail pharmacies on behalf of payors) have no impact on the net price paid by wholesalers or providers that purchase and dispense drugs -- which GSK maintains is the relevant comparator to the published WAC under the WAC List Price Test. Furthermore, GSK points out that while manufacturer rebates paid to *providers* may increase the difference between the provider's net acquisition cost and the payors' net cost of reimbursing for drugs (thereby *increasing* the gap or "spread", all other things being equal), rebates paid to PBMs and other *payors* have the exact opposite effect -- they serve to *narrow* the gap (or "spread") between the provider's net acquisition cost and the payors' net cost of reimbursing for drugs.[4]

24.     In my opinion, plaintiffs' position is inconsistent with the purpose of the WAC List Price Test and, if followed, would have the perverse effect of discouraging brand manufacturers from paying rebates to PBMs and other payors that serve to *reduce* the payors' cost of reimbursing for drugs, and, ultimately, the health care premiums paid by consumers. GSK's position, on the other hand, is consistent with the WAC List Price Test and its underlying rationale, as I understand it.

25.     I take it as a given that GSK is motivated to offer rebates to PBMs and other payors because it expects that these rebates will result in formulary placement and increased

---

[4] I understand that GSK also points out, I think correctly, that the "net revenue" *received* by a drug manufacturer for a particular drug -- which accounts for discounts, rebates to both purchasers and payors (including rebates to Medicaid), credits, returns and other adjustments -- is an accounting figure that in no way reflects the net price paid by any wholesaler or provider to acquire a brand manufacturer's drugs and, as such, is irrelevant under the Court's liability tests.

utilization for its drugs.  Economists generally regard this sort of competition which reduces the payors' cost of reimbursing for drugs as being beneficial.  The rebates that GSK gives to PBMs and other payors have the effect of reducing drug reimbursement costs.  All else being equal, such rebates reduce the cost of health care, and should be encouraged.

26.     Within a reimbursement system based on published WACs or AWPs, discounts and rebates given to payors are quite different from discounts and rebates given to wholesalers or providers.  In practice, rebates and discounts have no effect on the published WACs (or the published AWPs) for brand name manufacturers.  Thus, payors who choose to base their reimbursement formulae strictly on published WACs or AWPs (without changing the formulae to reflect market discounts or rebates) do not benefit from the discounts and rebates given to wholesalers or providers.  In such circumstances, only the wholesalers or providers benefit from the reduced price.

27.     On the other hand, when manufacturers offer rebates to PBMs and other payors, the payors -- and *not* the wholesalers and providers -- benefit from the rebates.  PBMs and other payors can and do use the rebates they receive from manufacturers to offset the costs they incur in reimbursing for drugs.  Thus, these rebates partially subsidize the reimbursement payments from the payor to the provider.  Again, in my opinion, such rebates are generally beneficial and should be encouraged.

28.     In addition, manufacturer rebates paid to PBMs and other payors have no effect on the net purchase price paid by any drug provider (with the arguable exception of rebates paid to PBMs that are related to purchases made by PBM-owned mail order pharmacies that

function as drug providers themselves).[5]  Such rebates reduce the manufacturer's net revenue, but they have no impact on the net price paid by the wholesaler or provider.

29.  According to plaintiffs, including PBM and other payor rebates in the WAC List Price Test is nevertheless appropriate, and would substantially increase the number of GSK drugs that fail the WAC List Price Test.  Plaintiffs' Supplemental Memo. at 3.  Thus, in plaintiffs' view, GSK should incur *greater* liability and damages under the WAC List Price Test because it give rebates to PBMs and other payors, even though these rebates *reduce* the payors' overall reimbursement costs and have no effect on the net price paid by wholesalers and providers.  In my judgment, the position advocated by the plaintiffs would defeat the purpose of WAC List Price Test.  I can only assume that manufacturers would be less likely to offer rebates to PBMs and other payors if they believed that such rebates would result in greater liability and damages under the Court's liability tests.

30.  As I interpret the Court's WAC List Price Test (as well as the AWP Spread Test), the intent was not to disadvantage payors by discouraging manufacturers from providing payors with rebates that effectively reduce the costs payors incur in reimbursing for drugs.  Accordingly, it is my opinion that rebates to PBMs and other payors should not be included in the net price calculations used to assess liability under these tests.

---

[5]  I have been advised that GSK's expert has, for purposes of GSK's motion, attempted to *include* all manufacturer rebates attributable to purchases by such PBM-owned mail order pharmacies in calculating the net price paid by providers under the WAC List Price Test, so the proper treatment of such rebates is not currently a matter of dispute between GSK and the plaintiffs.

Ernst R. Berndt, Ph.D.

Sworn to before me this
29th day of June, 2009

_____
Notary Public

MEREDITH FORDYCE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
May 13, 2016



EXHIBIT A

# CURRICULUM VITAE

*Ernst R. Berndt*
*Louis E. Seley Professor in Applied Economics*
*Alfred P. Sloan School of Management*
*Massachusetts Institute of Technology*

*Member, Affiliated Faculty of the Harvard-MIT*
*Division of Health Sciences and Technology*

*Director, National Bureau of Economic Research,*
*Program on Technological Progress and Productivity Measurement*

*Co-Director, MIT-Harvard Division of Health Sciences and Technology,*
*Biomedical Enterprise Program*

*19 June 2009*

## PERSONAL DATA

| M.I.T Address | Home Address | Other Address |
|---|---|---|
| Massachusetts Institute Of Technology A. P. Sloan School of Management 50 Memorial Dr., E52-452 Cambridge, MA 02142 (617) 253-2665 Fax (617)258-6855 | 43 Peacock Farm Road Lexington, MA 02421 (781) 862-2084 Fax (781) 862-1905 | National Bureau of Economic Research 1050 Massachusetts Ave., Cambridge, MA 02139 (617) 588-1420 Fax (617) 868-2742 |
| **Place and Date of Birth** | **Citizenship** | **E-mail Address** |
| Crespo, Entre Rios, Argentina 13 April 1946 | U.S. Citizen | eberndt@mit.edu berndt@rcn.com |

| | |
|---|---|
| **Education and Degrees:** | B.A. (Honors) - 1968<br>Department of Economics<br>Valparaiso University<br>Valparaiso, Indiana 46383 |
| | M.S. (1971) and Ph. D. (1972)<br>Department of Economics<br>The University of Wisconsin<br>Madison. Wisconsin 53706 |
| | Major Field - Public Finance<br>Minor Fields - Demography,<br>Econometrics |
| | D. Phil., Honorary (1991)<br>Uppsala University<br>Uppsala, Sweden |
| **Ph.D. Thesis Title:** | "The Economic Theory of Separability,<br>Substitution and Aggregation with an<br>Application to U.S. Manufacturing,<br>1929-1968" |
| **Thesis Committee:** | Laurits R. Christiansen, Chair<br>Arthur S. Goldberger<br>Charles E. Metcalf |
| **Academic Awards:** | Christ College Scholar, Valparaiso<br>University (1965-1968) |
| | National Science Foundation Trainee<br>(1969-1970) |
| | National Science Foundation Fellow<br>(1970-1971 and 1971-1972) |
| | Most Cited Economist Under Age 40<br>in 1985<br>Journal of Economic Perspectives<br>Vol. 3, No.4, Fall 1989, p. 143, and<br>The Journal of Economic Education<br>Vol. 20, No.4 Fall 1989, p. 413. |

**Academic Awards (continued):**          Elected Fellow, The Econometric
                                          Society, 1994

                                          Distinguished Alumnus Award,
                                          Valparaiso University, March 31, 1996

                                          Excellence Award in Mental Health Policy
                                          and Economics Research, International
                                          Center of Mental Health Policy and
                                          Economics, Venice, Italy, March 2003 for
                                          article published in the March 2002 issue of
                                          The Journal of Mental Health Policy and
                                          Economics (see item #123 in publications
                                          listed below)

                                          Listed in Who's Who in America

                                          MIT Technology and Policy Program,
                                          Faculty Appreciation Award, May 2006

**Current Positions:**                    Professor of Applied Economics, MIT
                                          July 1, 1980 - present

                                          Awarded Louis E. Seley Chaired
                                          Professorship in Applied Economics,
                                          February 1997

                                          Member. Affiliated Faculty of the Harvard-
                                          MIT Division of Health Sciences and
                                          Technology, May 2007 – present

                                          Director, National Bureau of
                                          Economic Research, Program on
                                          Productivity and Technological Change,
                                          2000 – present

                                          Co-Director, Biomedical Enterprise
                                          Program, Harvard-MIT Division of Health
                                          Sciences and Technology, September 2003
                                          – present

**Previous Positions Held:**

Research Economist
Office of Emergency Preparedness
Executive Office of the President
U.S. Government
Washington, D.C.
September 1971 - December 1972

Assistant Professor
Department of Economics
University of British Columbia
January 1973 - June 1976

Associate Professor
Department of Economics

University of British Columbia
June 1976 - June 1980

Visiting Scholar
Department of Economics
Massachusetts Institute of Technology
July 1977 - June 1978

Visiting Scholar
Department of Economics
Stanford University
January - August 1985

Visiting Scholar
Harvard Business School
July 1990 - June 1991

Area Head, Economics, Finance and
Accounting, MIT Sloan School,
July 1992 through June 1995

Visiting Professor of Applied Economics
Harvard Medical School, Division of
Health Care Policy and Research
July 1996- June 1997

Adjunct Professor of Applied Economics,
Harvard Medical School, Division of Health
Care Policy and Research, July 2001 – June
2005

Co-Director, MIT Center for Biomedical
Innovation, January 2005 – June 2008

**Other Professional Activities:**          Elected Member and Member,
Executive Committee
Conference on Income and Wealth
National Bureau of Economic Research
1978 – present

Panel Resource Group Member
U.S. National Academy of Sciences
National Research Council
Committee on Nuclear and Alternative
Energy Systems (CONAES)
March 1976 - May 1978

Associate Editor of the Book Review
Section, <u>Journal of The American
Statistical Association</u>
1977 – 1981

Editorial Advisory Board
<u>Resources and Energy, 1979-2005</u>

Member, Board of Editors
<u>Energy Journal</u>
1979 – 1988

Associate Editor
<u>Journal of Business Administration</u>
1982 – 1992

Program Co-Chairman
Second Annual Meeting of the
International Association of Energy
Economists
Churchill College, Cambridge University
Cambridge, England, June 22-24 1980

Research Associate
National Bureau of Economic Research
Productivity and Technical Change
Program, and Health Care Program
1980 - present

**Other Professional Activities (continued):**

Conference Co-Organizer (with Zvi Griliches), NBER Workshop on Measurement Issues, Investment, and Productivity
Summer 1983, 1984, 1986 - 1999; with others, 2000 - present

Associate Editor
Journal of Econometrics
April 1985 - February 1991

Associate Editor
Land Economics
April 1985 - February 1991

Member, Editorial Board
Journal of Economics and Management Strategy
February 1991 - December 1998

Member, Editorial Board
Economic Inquiry
September 1991 – June 1997

Member
Dean's Advisory Council
College of Business Administration
Valparaiso University
Valparaiso, Indiana
September 1985 – 2003

Conference Co-Organizer (with William Barnett and Halbert White)
Third Austin Symposium in Economics
University of Texas at Austin
May 22-23, 1986

Conference Co-Organizer (with W. Erwin Diewert and Jack Triplett)
Jubilee Anniversary of the NBER Conference on Research in Income and Wealth
Washington, D.C., May 12-13, 1988

**Other Professional Activities
(continued):**

Editor

<u>Journal of Productivity Analysis</u>
1987 – 1991

Member, Special Advisory Panel
National Science Foundation
Science and Technology Centers, 1988

Conference Co-Organizer (with Timothy
Bresnahan, Zvi Griliches, and Marylin
Manser), NBER Conference on Output
Measurement in the Service Sectors,
Charleston, South Carolina,
May 3-5, 1990

Conference Co-Organizer (with Peter
Englund, Bengt-Christer Ysander and
Lennart Hjarmalsson), Productivity
Growth in the Service Sectors, Uppsala,
Sweden, May 22-24, 1991

Member, Advisory Panel
National Science Foundation
Measurement Methods and Data
Improvement Programs, 1990

Economic Consultant and Academic
Affiliate
Analysis Group, Inc.
Boston, MA, 1985 - present

Member, Advisory Committee on
Service Statistics, Statistics Canada
Ottawa, Canada
December 1991 – February 2000

Member
Christ College, Alumni Advisory Board
Valparaiso University, Valparaiso, IN
January 1992 – March 2006

**Other Professional Activities
(Continued)**

Member, Committee of Visitors,
Program in Economics, National Science
Foundation, July 1992

Member, Research Consortium,
Financial Executives Research
Foundation, 1992 – 1995

Member, Editorial Board
<u>Southern Economic Journal</u>
July 1993 – June 1997

Conference Co-Organizer (with Thomas
W. Malone and Laurence C. Rosenberg)
"The Productivity Impacts of Information
Technology Investments," Charleston,
South Carolina, November 11-13, 1993

Member, External Review Committee,
Pennsylvania State University,
Department of Economics,
March-April, 1994

Appointed Representative of the
American Economic Association to the
U.S. Census Bureau Advisory Committee
1996 – 2000; co-chairman, 1999 - 2000

Member and Chair, National Bureau of
Economic Research, Human Subjects
Investigation Review Board, 1998 - present

Member, National Academy of Sciences
Panel on the Conceptual, Measurement and
Other Statistical Issues in Developing Cost-
of-Living Indexes, 1999 - 2001

Member and Chair, Federal Economic
Statistics Advisory Committee, 2000 –
2004; Member, 2000 - present

Member, American Economic Association,
Committee on Economic Statistics, 2002 –
2006

Panel Review Member, National Science Foundation, Program on Methodology, Measurement and Statistics, Spring 2003 – December 2004.

Intermittent Detail to the U.S. Food and Drug Administration, Office of the Commissioner, 5600 Fishers Lane, Rockville, MD 20857, October 1, 2003 – June 30, 2004.  Appointed Special Government Employee (uncompensated), U.S. Food and Drug Administration, Office of the Commissioner, January 23, 2006 – December 31, 2006; February 12, 2007 – December 31, 2007.

Editorial Board, <u>RAND Forum for Health Economics and Health Policy</u>, March 2004 – present

Member, Advisory Panel on Outpatient Drugs, U.S. Government Accountability Office, July 2004-September 2005

Member, Editorial Board, <u>Health Affairs</u>, October 2005-present

Member, External Visiting Committee, University of Pennsylvania, The Wharton School, Health Care Policy Program, April 2008

Advisory Committee Member, Social, Behavioral and Economics Directorate, National Science Foundation, May 2009 - present

*Publications (in chronological order)*

## ARTICLES/CHAPTERS/REPORTS:

1.  Berndt, Ernst R. and Laurits R. Christensen, "The Internal Structure of Functional Relationships: Separability, Substitution, and Aggregation," <u>Review of Economic Studies</u>, Vol. XL (3), July 1973, pp. 403-410.

2.  Berndt, Ernst R. and Laurits R. Christensen, "The Translog Function and the Substitution of Equipment, Structures, and Labor in U.S. Manufacturing, 1929-68," <u>Journal of Econometrics</u>, Vol. 1 (1), 1973, pp. 81-114.

3.  Berndt, Ernst R. and Dale W. Jorgenson, "Production Structure," Chapter 3, in Dale W. Jorgenson, Ernst R. Berndt, Laurits R. Christensen, and Edward A. Hudson, <u>U.S. Energy Resources and Economic Growth</u>, Final Report to the Ford Foundation Energy Policy Project, Washington, D.C., October 1973.

4.  Berndt, Ernst R., "Forecasting North American Energy Demand: Issues and Problems," in Peter H. Pearse, ed., <u>The Mackenzie Pipeline: Arctic Gas and Canadian Energy Policy</u>, Toronto: McClelland and Stewart, 1974, pp. 71-79.

5.  Berndt, Ernst R. and David O. Wood, "An Economic Interpretation of the Energy-GNP Ratio," in Michael S. Macrakis, ed., <u>Energy: Demand Conservation and Institutional Problems</u>, Cambridge: MIT Press, 1974.

6.  Berndt, Ernst R. and Laurits R. Christensen, "Testing for the Existence of a Consistent Aggregate Index of Labor Inputs," <u>American Economic Review</u>, June 1974, Vol. 64, No. 3, pp. 391-404.

7.  Berndt, Ernst R., Bronwyn H. Hall, Robert E. Hall, and Jerry A. Hausman, "Estimation and Inference in Nonlinear Structural Models," <u>Annals of Economic and Social Measurement</u>, Vol. 3, No. 4, October 1974, pp. 653-665. Reprinted in Herman Bierens and A. Ronald Gallant, eds., <u>Nonlinear Models</u>, Cheltenham: Edward Elgar Publishing, Ltd., 1996.

8.  Berndt, Ernst R. and David O. Wood, "Technology, Prices and the Derived Demand for Energy," <u>Review of Economics and Statistics</u>, Vol. 57, No. 3, August 1975, pp. 259-268.

9.  Berndt, Ernst R. and N. Eugene Savin, "Estimation and Hypothesis Testing in Singular Equation Systems with Autoregressive Disturbances, <u>Econometrica</u>, Vol. 43, No. 5-6, September-November 1975, pp. 937-957.

10.  Berndt, Ernst R., "Reconciling Alternative Estimates of the Elasticity of Substitution," <u>Review of Economics and Statistics</u>, Vol. 58, No. 1, February 1976, pp. 59-68.

11.  Berndt, Ernst R. and G. Campbell Watkins, "Demand for Natural Gas: Residential and Commercial Markets in Ontario and British Columbia," Canadian Journal of Economics, Vol. 10, No. 1, February 1977, pp. 97-111.

12.  Jonathan R. Kesselman, Samuel H. Williamson and Ernst R. Berndt, "Tax Credits for Employment Rather than Investment," American Economic Review, Vol. 67, No. 3, June 1977, pp. 339-349.

13.  Berndt, Ernst R. and N. Eugene Savin, "Conflict Among Criteria for Testing Hypotheses in the Multivariate Linear Regression Model," Econometrica, Vol. 45, No. 5, July 1977, pp. 1263-1278. Reprinted in Omar F. Hamouda and J.C.R. Rowley, eds., Foundations of Probability, Econometrics and Economic Games, Cheltenham: Edward Elgar Publishing Ltd., 1996.

14.  Berndt, Ernst R., "Canadian Energy Demand and Economic Growth," in G. Campbell Watkins and Michael Walker, eds., Oil in the Seventies: Essays on Energy Policy, Vancouver: The Fraser Institute, 1977, pp. 45-84.

15.  Berndt, Ernst R., Masako N. Darrough, and W. Erwin Diewert, "Flexible Functional Forms and Expenditure Distributions: An Application to Canadian Consumer Demand Functions," International Economic Review, Vol. 18, No. 3, October 1977, pp. 651-676.

16.  Berndt, Ernst R., Melvyn A. Fuss and Leonard Waverman, "Dynamic Models of the Industrial Demand for Energy," Palo Alto: Electric Power Research Institute, November 1977, Report EA-580, 137 pp.

17.  Berndt, Ernst R., "Aggregate Energy, Efficiency, and Productivity Measurement," Annual Review of Energy, Vol. 3, 1978, pp. 225-273.

18.  Berndt, Ernst R. and Dale W. Jorgenson, "How Energy, and Its Cost, Enter the `Productivity Equation,'" Spectrum, Publication of the Institute for Electrical and Electronic Engineers, October 1978, pp. 50-52.

19.  Berndt, Ernst R. and David O. Wood, "Engineering and Econometric Interpretations of Energy-Capital Complementarity," American Economic Review, Vol. 69, No. 3, June 1979, pp. 342-354.

20.  Berndt, Ernst R., Alan J. Cox, and Peter H. Pearse, "Estimation of Logging Costs and Timber Supply Curves from Forestry Inventory Data," The Forestry Chronicle, August 1979, pp. 144-147.

21.  Berndt, Ernst R., Karen Chant Sharp, and G. Campbell Watkins, "Utility Bond Rates and Tax Normalization," Journal of Finance, Vol. 34, No. 5, December 1979, pp. 1211-1220.

22. Berndt, Ernst R. and Mohammed S. Khaled, "Parametric Productivity Measurement and Choice Among Flexible Functional Forms," Journal of Political Economy, Vol. 87, No. 6, December 1979, pp. 1120-1245.

23. Berndt, Ernst R. and Catherine J. Morrison, "Income Redistribution and Employment Effects of Rising Energy Prices," Resources and Energy, Vol. 2, No. 2, June 1979, pp. 131-150.

24. Berndt, Ernst R. and Catherine J. Morrison, "Energy, Capital, and Productivity," Chapter 9 in Joy Dunkerley, ed., International Energy Strategies: Proceedings of the 1979 IAEE/RFF Conference, Cambridge: Oelgeschlaeger, Gunn, and Hain, Publishers, Inc., 1980, pp. 79-99.

25. Berndt, Ernst R., Thomas H. McCurdy, and David E. Rose, "On Testing Theories of Financial Intermediary Portfolio Selection," Review of Economic Studies, Vol. 47, October 1980, pp. 861-873.

26. Berndt, Ernst R., Jonathan R. Kesselman, and G. Campbell Watkins, "Tax Normalization, Regulation and Economic Efficiency," Journal of Business Administration, Special Resource Policy Issue, Vol. II, No. 1, Fall 1980, pp. 171-183. Reprinted in Peter N. Nemetz, ed., Energy Crisis: Policy Response, Montreal: The Institute for Research on Public Policy, 1981, pp. 171-183.

27. Berndt, Ernst R., Gerry May, and G. Campbell Watkins, "An Econometric Model of Alberta Electricity Demand," in William T. Ziemba, Sandra L. Schwartz, and E. Koenigsberg, eds., Energy Policy Modelling: U.S. and Canadian Experiences, Hingham, Massachusetts: Martinus-Nijhoff Press, Social Science Division, Vol. 1, 1980, pp. 103-116.

28. Berndt, Ernst R., "Energy Price Increases and the Productivity Slowdown in United States Manufacturing," in The Decline in Productivity Growth, Proceedings of a Conference held in June 1980, Boston: The Federal Reserve Bank of Boston, Conference Series No. 22, pp. 60-89.

29. Berndt, Ernst R., Melvyn A. Fuss, and Leonard Waverman, Dynamic Adjustment Models of Industrial Energy Demand: Empirical Analysis for U.S. Manufacturing, 1947-1974, Research Project 683-1, Final Report, Palo Alto: Electric Power Research Institute, November 1980, 179 pp.

30. Berndt, Ernst R. and Catherine J. Morrison, "Capacity Utilization Measures: Underlying Economic Theory and an Alternative Approach," Presented at the 1980 Annual Meetings of the American Economic Association, Denver 1980, American Economic Review, Vol. 71, No. 2, May 1981, pp. 48-51.

31. Berndt, Ernst R. and Barry C. Field, "An Introductory Review of the Economics of Natural Resource Substitution," Chapter 1 in Ernst R. Berndt and Barry C. Field, eds., Modeling and Measuring Natural Resource Substitution, Cambridge: MIT Press, December 1981, pp. 1-14.

32.  Berndt, Ernst R., Catherine J. Morrison, and G. Campbell Watkins, "Energy Substitution and Capital Utilization in a Dynamic Context," invited paper presented at the National Science Foundation Conference on Natural Resource Substitution, Key Biscayne, Florida, December 13-14, 1979.   Retitled "Dynamic Models of Energy Demand: An Assessment and Comparison," Chapter 12 in Ernst R. Berndt and Barry C. Field, eds., <u>Modeling and Measuring Natural Resource Substitution</u>, Cambridge: MIT Press, December 1981, pp. 259-289.

33.  Morrison, Catherine J. and Ernst R. Berndt, "Short Run Labor Productivity in a Dynamic Model," <u>Journal of Econometrics</u>, Vol. 16, No. 3, December 1981, pp. 339-365.

34.  Berndt, Ernst R., "Modeling the Simultaneous Demand for Factors of Production," in Zmira Hornstein, Joseph W. Grice, and Alfred P. Webb, eds., <u>The Economics of the Labour Market</u>, London: Her Majesty's Stationery Office, 1981, pp. 127-142.

35.  Berndt, Ernst R. and G. Campbell Watkins, <u>Energy Prices and Productivity Trends in the Canadian Manufacturing Sector, 1957-76: Some Exploratory Results</u>, Ottawa, Economic Council of Canada, 1981, 42 pp.

36.  Berndt, Ernst R. and David O. Wood, "Engineering and Econometric Interpretations of Energy-Capital Complementarity: Reply," <u>American Economic Review</u>, Vol. 71, No. 5, December 1981, pp. 1105-1110.

37.  Berndt, Ernst R. and David O. Wood, "The Specification and Measurement of Technical Change in U.S. Manufacturing," Chapter 7 in John R. Moroney, ed., <u>Advances in the Economics of Energy and Resources</u>, Vol. 4, Greenwich, Connecticut: JAI Press, 1982, pp 199-221.

38.  Berndt, Ernst R. and David O. Wood, "Concavity and the Specification of Technical Progress in U.S. Manufacturing," in J. Fericelli and J.-B. Lesourd, eds., <u>Econometrie et crise de l'energie</u>, Economica, Paris, Summer 1983.

39.  Berndt, Ernst R. and G. Campbell Watkins, "Energy-Output Coefficients: Complex Realities Behind Simple Ratios," <u>The Energy Journal</u>, Vol. 4, No. 2, April 1983, pp. 105-120.

40.  Berndt, Ernst R., German Botero, Enrique de Alba, and Ricardo Samaniego, "Econometric Models of Energy Demand in the Transportation and Residential Sectors of Mexico," Chapter 3 in Edgar Ortiz, ed., <u>Current Economic and Financial Issues of the North American and Caribbean Countries</u>, Villa Obregon/San Angel, Mexico: North American Economics and Finance Association, 1983, pp. 20-27.

41. Berndt, Ernst R., David O. Wood, and Michael Manove, <u>A Review of the Energy Productivity Center's `Least-Cost Energy Strategy' Study</u>, Palo Alto: Electric Power Research Institute, EPRI EA-2753, Project 1484, Final Report, March 1983.

42. Berndt, Ernst R. and G. Campbell Watkins, "An Investigation of the Relationship Between Energy and the Other Production Inputs in Canadian Manufacturing," study conducted by DataMetrics Limited for Energy, Mines, and Resources Canada, Industrial Energy Division, Supply and Services Contract No. OSQ82-00025, <u>Industry Series</u>, Publication No. 12, January 1983.

43. Berndt, Ernst R., "Quality Adjustment, Hedonics, and Modern Empirical Demand Analysis," in W. Erwin Diewert and Claude Montemarquette, eds., <u>Price Level Measurement</u>, Proceedings from a Conference Sponsored by Statistics Canada, Ottawa: Minister of Supply and Services Canada, pp. 817-863, October 1983.

44. Berndt, Ernst R. and G. Campbell Watkins, "The Demand for Heavy Oil Derived from Asphalt," Chapter 18 in Ragaei El Mallakh, ed., <u>Heavy Versus Light Oil: Technical Issues and Economic Considerations</u>, Boulder, Colorado: International Research Center for Energy and Economic Development, 1983, pp. 251-267.

45. Berndt, Ernst R., "Modeling the Aggregate Demand for Electricity: Simplicity vs. Virtuosity," Chapter 7 in John Moroney, ed., <u>Advances in the Economics of Energy and Resources</u>, Vol. 5, Greenwich, Connecticut: JAI Press, 1984, pp. 141-152.

46. Berndt, Ernst R. and Ricardo Samaniego, "Residential Electricity Demand in Mexico: A Model Distinguishing Access from Consumption," <u>Land Economics</u>, Vol. 60, No. 3, August 1984, pp. 268-277.

47. Berndt, Ernst R. and German Botero, "Energy Demand in the Transportation Sector of Mexico," <u>Journal of Development Economics</u>, Vol. 17, No. 2, June 1985.

48. Berndt, Ernst R., "From Technocracy to Net Energy Analysis: Engineers, Economists and Recurring Energy Theories of Value," Chapter 12 in Anthony D. Scott, ed., <u>Progress in Natural Resource Economics</u>, Oxford: Clarendon Press, 1985, pp. 337-367.

49. Berndt, Ernst R., "Electrification, Embodied Technical Progress, and Labor Productivity Growth in U.S. Manufacturing, 1889-1939," in Sam Schurr and Sidney Sonenblum, eds., <u>Electricity Use, Productive Efficiency and Economic Growth</u>, Palo Alto, California: Electric Power Research Institute, 1986, pp. 93-114.

50.  Berndt, Ernst R. and David O. Wood, "Energy Price Shocks and Productivity Growth in U.S. and U.K. Manufacturing," <u>Oxford Review of Economic Policy</u>, Vol. 2, No. 3, Autumn 1986, pp. 1-31.

51.  Berndt, Ernst R. and G. Campbell Watkins, "Modeling Energy Demand: The Choice Between Input and Output Energy Measures," <u>The Energy Journal</u>, Vol. 7, No. 2, April 1986, pp. 69-79.

52.  Berndt, Ernst R. and David O. Wood, "Energy Price Shocks and Productivity Growth: A Survey," in Richard Gordon, Henry Jacoby, and Martin Zimmerman, eds., <u>The Analysis of Energy Markets</u>, Festschrift in Honor of Morris A. Adelman, Cambridge, Massachusetts, MIT Press, 1987, pp. 305-342.

53.  Berndt, Ernst R. and Dieter M. Hesse, "Measuring and Assessing Capacity Utilization in the Manufacturing Sectors of Nine OECD Countries, <u>European Economic Review</u>, Vol. 30, No. 5, October 1986, pp. 961-989.

54.  Berndt, Ernst R. and Melvyn A. Fuss, "Productivity Measurement with Adjustments for Variations in Capacity Utilization and Other Forms of Temporary Equilibrium, <u>Journal of Econometrics</u>, Vol. 33, No. 1/2, October/November 1986, pp. 7-29.

55.  Berndt, Ernst R. and Melvyn A. Fuss, "Editors' Introduction," <u>Journal of Econometrics</u>, Vol. 33, No. 1/2, October/November 1986, pp. 1-5.

56.  Berndt, Ernst R. and David O. Wood, "Interindustry Differences in the Effects of Energy Price-Induced Capital Utilization Changes on Multifactor Productivity Measurement," in John Moroney, ed., <u>Advances in the Economics of Energy and Resources</u>, Vol. 6, Greenwich, Connecticut: JAI Press, 1987, pp. 87-123.

57.  Berndt, Ernst R. and David O. Wood, "Demand Module," in MIT Model Analysis Group, <u>A Review of the State-Level Advanced Utility Simulation Model</u>, Palo Alto, California: Electric Power Research Institute, December 1987.

58.  Berndt, Ernst R., "Envelope Consistent Functional Separability," in William A. Barnett, Ernst R. Berndt, and Halbert L. White, eds., <u>Dynamic Econometric Modeling</u>, Cambridge: Cambridge University Press, 1988, pp. 27-41.

59.  Berndt, Ernst R., Michael J. Harper, and David O. Wood, "Rates of Return and Capital Aggregation Using Alternative Rental Prices," in Dale W. Jorgenson and Ralph Landau, eds., <u>Technology and Capital Formation</u>, Cambridge, Massachusetts: MIT Press, 1989, pp. 331-372.

60. Berndt, Ernst R. and Paul E. Greenberg, "Canadian Energy Demand After the Oil Shocks," in G. Campbell Watkins, ed., Petro Markets: Probing the Economics of Continental Energy, Vancouver, British Columbia: The Fraser Institute, 1989, pp. 69-103.

61. Berndt, Ernst R., Shunseke Mori, Takamitsu Sawa, and David O. Wood, "Energy Price Shocks and Productivity Growth in the Japanese and U.S. Manufacturing Sectors," in Charles R. Hulten, ed., Productivity Growth in Japan and the United States, Chicago: University of Chicago Press for the National Bureau of Economic Research, 1990, pp. 173-198.

62. Berndt, Ernst R. and Jack E. Triplett, "Editors' Introduction," in Ernst R. Berndt and Jack E. Triplett, eds., Fifty Years of Economic Measurement: The Jubilee of the Conference on Research in Income and Wealth, Chicago: University of Chicago Press for the National Bureau of Economic Research, 1990, pp. 1-8.

63. Berndt, Ernst R., "Energy Use, Technical Change and Productivity Growth: A Survey of Economic Issues, Journal of Productivity Analysis, Vol. 2, No. 1, 1991, pp. 67-83.

64. Watkins, G. Campbell and Ernst R. Berndt, "Dynamic Models of Input Demands: A Comparison Under Different Formulations of Adjustment Costs," in John R. Moroney, ed., Advances in the Economics of Energy and Resources, Vol. 7, Greenwich, CT: JAI Press, 1991, pp. 161-190.

65. Friedlaender, Ann F., Ernst R. Berndt and Gerard McCullough, "Governance Structure, Managerial Characteristics, and Firm Performance in the Deregulated Rail Industry," Brookings Papers on Economic Activity: Microeconomics 1992, 95-169.

66. Vellturo, Christopher A., Ernst R. Berndt, Ann F. Friedlaender, Judy Shaw-Er Wang Chiang and Mark H. Showalter, "Deregulation, Mergers, and Cost Savings in Class I U.S. Railroads, 1974-1986," Journal of Economics and Management Strategy, Vol. 1, No. 2, Summer 1992, pp. 339-370.

67. Berndt, Ernst R. and Bengt Hansson, "Measuring the Contribution of Public Infrastructure Capital in Sweden," Scandinavian Journal of Economics, Vol. 94, Supplement, 1992, pp. S151-S168. Reprinted as Chapter 20 in Roger Stough, Roger Vickerman, Kenneth Button and Peter Nijkamp, eds., Classics in Transport Analysis: Transport Infrastructure, Cheltenham UK: Edward Elgar Publishing, 2002, pp. 329-346.

68. Berndt, Ernst R., Ann F. Friedlaender, Judy Shaw-Er Wang Chiang and Christopher A. Vellturo, "Cost Effects of Mergers and Deregulation in the U.S. Rail Industry," Journal of Productivity Analysis, Vol. 4, No. 2, 1993, pp. 127-144.

69. Silk, Alvin J. and Ernst R. Berndt, "Scale and Scope Effects on Advertising

Agency Costs," <u>Marketing Science</u>, Vol. 12, No. 1, Winter 1993, pp. 53-72.

70. Berndt, Ernst R. and Zvi Griliches, "Price Indexes for Microcomputers: An Exploratory Study," Chapter 2 in Murray F. Foss, Marilyn E. Manser and Allan H. Young, eds., <u>Price Measurements and their Uses</u>, Studies in Income and Wealth, Vol. 57, Chicago: University of Chicago Press for the National Bureau of Economic Research, 1993, pp. 63-93.

71. Berndt, Ernst R., Mark H. Showalter, and Jeffrey M. Wooldridge, "A Theoretical and Empirical Investigation of the Box-Cox Model and a Nonlinear Least Squares Alternative," <u>Econometric Reviews</u>, Vol. 12, No. 1, March 1993, pp. 65-102.

72. Berndt, Ernst R., Charles Kolstad and Jong-Kun Lee, "Measuring the Energy Efficiency and Productivity Impacts of Embodied Technical Progress," <u>Energy Journal</u>, Vol. 14, No. 1, March 1993, pp. 33-55.

73. Friedlaender, Ann F., Ernst R. Berndt, Judy Shaw-Er Wang Chiang, Mark H. Showalter and Christopher A. Vellturo, "Rail Costs and Capital Adjustments in a Quasi-Regulated Environment," <u>Journal of Transport Economics and Policy</u>, Vol. 27, No. 2, May 1993, pp. 131-152.

74. Berndt, Ernst R., Zvi Griliches and Joshua G. Rosett, "Auditing the Producer Price Index: Micro Evidence from Prescription Pharmaceutical Preparations, <u>Journal of Business and Economic Statistics</u>, Vol. 11, No. 3, July 1993, pp. 251-264.

75. Greenberg, Paul E., Laura E. Stiglin, Stan N. Finkelstein and Ernst R. Berndt, "The Economic Burden of Depression in 1990," <u>Journal of Clinical Psychiatry</u>, Vol. 54, No. 11, November 1993, pp. 405-418.

76. Greenberg, Paul E., Laura E. Stiglin, Stan N. Finkelstein and Ernst R. Berndt, "Depression: A Neglected Major Illness," <u>Journal of Clinical Psychiatry</u>, Vol. 54, No. 11, November 1993, pp. 419-424.

77. Silk, Alvin J. and Ernst R. Berndt, "Costs, Institutional Mobility Barriers, and Market Structure: Advertising Agencies as Multiproduct Firms," <u>Journal of Economics and Management Strategy</u>, Vol. 3, No. 3, Fall 1994, pp. 437-480.

78. Berndt, Ernst R. and Catherine J. Morrison, "High-Tech Capital Formation and Economic Performance in U.S. Manufacturing Industries: An Exploratory Analysis," <u>Journal of Econometrics</u>, Vol. 65, No. 1, January 1995, pp. 9-43.

79. Berndt, Ernst R., Linda T. Bui, David H. Reiley and Glen L. Urban, "Information, Marketing and Pricing in the U.S. Anti-Ulcer Drug Market," <u>American Economic Review</u>, Vol. 85, No. 2, May 1995, pp. 100-105.

80. Berndt, Ernst R. and Thomas W. Malone, eds., "Information Technology and

the Productivity Paradox," <u>Economics of Innovation and New Technology</u>, Special Double Issue, Vol. 3, Nos. 3/4, Spring 1995, pp. 177-182.

81. Greenberg, Paul E., Stan N. Finkelstein and Ernst R. Berndt, "Economic Consequences of Illness in the Workplace," <u>Sloan Management Review</u>, Summer 1995, pp. 26-38.

82. Berndt, Ernst R., Zvi Griliches and Neal Rappaport, "Econometric Estimates of Price Indexes for Personal Computers in the 1990's," <u>Journal of Econometrics</u>, Vol. 68, No. 1, July 1995, pp. 243-268.  Reprinted in Shane M. Greenstein, ed., <u>Computing</u>, Cheltenham UK and Northampton MA USA: Edward Elgar Publishing, 2006, pp. 3-28.

83. Berndt, Ernst R. and Paul E. Greenberg, "An Updated and Extended Study of the Price Growth of Prescription Pharmaceutical Preparations," in Robert B. Helms, ed., <u>Competitive Strategies in the Pharmaceutical Industry</u>, Washington, DC: American Enterprise Institute, 1995, pp. 35-48.

84. Berndt, Ernst R., Michael Doane and Roy G. Epstein, "Electric Utility Rates and the Evaluation of Management Performance", <u>The Electricity Journal</u>, Vol. 8, No. 7, August/September 1995, pp. 69-77.

85. Greenberg, Paul E., Stan N. Finkelstein and Ernst R. Berndt, "Calculating the Workplace Cost of Chronic Disease," <u>Business & Health: Medical Economics</u>, September 1995, pp. 27-30.

86. Greenberg, Paul E., Ronald C. Kessler, Tara L. Nells, Stan N. Finkelstein and Ernst R. Berndt, "Depression in the Workplace: An Economic Perspective," ch. 16 in J. P. Feighner and W. F. Boyers, editors, <u>Selective Seratonin Reuptake Inhibitors</u>, Chichester, UK: John Wiley and Sons, 1996, pp. 327-363.

87. Finkelstein, Stan N., Ernst R. Berndt, Paul E. Greenberg, Rod A. Parsley, James M. Russell, Martin B. Keller and the Chronic Depression Study Group, "Improvement in Subjective Work Performance After Treatment of Chronic Depression: Some Preliminary Results," <u>Psychopharmacology Bulletin</u>, Vol. 32, No. 1, Spring 1996, pp. 33-40.

88. Berndt, Ernst R., Roy Epstein and Michael Doane, "System Average Rates of U.S. Investor-Owned Electric Utilities: A Statistical Benchmark Study," <u>The Energy Journal</u>, Vol. 17, No. 3, June 1996, pp. 1-21.

89. Berndt, Ernst R., Iain M. Cockburn and Zvi Griliches, "Pharmaceutical Innovations and Market Dynamics: Tracking Effects on Price Indexes for Antidepressant Drugs," <u>Brookings Papers on Economic Activity: Microeconomics</u>, 1996:2, pp. 133-188.

90. Berndt, Ernst R., Richard G. Frank and Thomas G. McGuire, "Alternative Insurance Arrangements and the Treatment of Depression: What Are The

Facts?," <u>American Journal of Managed Care</u>, Vol. 3, No. 2, February 1997, pp. 135-143.

91.  Berndt, Ernst R., Stan N. Finkelstein and Paul E. Greenberg, "The Next Phase of Managed Care: Targeting Investments in Employee Health," <u>On Managed Care</u>, Vol. 2, No. 11, November 1997, pp. 7-8.

92.  Berndt, Ernst R., Linda T. Bui, David H. Reiley and Glen L. Urban, "The Roles of Marketing, Product Quality and Price Competition in the Growth and Composition of the U.S. Anti-Ulcer Drug Industry," chapter 7 in Timothy F. Bresnahan and Robert J. Gordon, eds., <u>The Economics of New Products</u>, Studies in Income and Wealth, Volume 58, Chicago: University of Chicago Press for the National Bureau of Economic Research, 1997, pp. 277-322.

93.  Greenberg, Paul E., Stan N. Finkelstein, Ernst R. Berndt, Andrew M. Baker and James M. Russell, "Workplace Illness: Calculating Return on Investment from Reducing Workplace Illness," <u>Drug Benefit Trends</u>, March 1998, pp. 44-47.

94.  Richard G. Frank, Susan H. Busch, and Ernst R. Berndt, "Measuring Prices and Quantities of Treatments for Depression," <u>American Economic Review</u>, Vol. 88, No. 2, May 1998, pp. 106-111.

95.  Berndt, Ernst R., Stan N. Finkelstein, Paul E. Greenberg, Robert H. Howland, Alison Keith, A. John Rush, James Russell and Martin B. Keller, "Workplace Performance Effects from Chronic Depression and Its Treatment," <u>Journal of Health Economics</u>, Vol. 17, No. 5, Fall 1998, pp. 511-535.

96.  Berndt, Ernst R., Iain M. Cockburn, Douglas L. Cocks, Arnold M. Epstein, M.D., and Zvi Griliches, "Is Price Inflation Different for the Elderly?  An Empirical Analysis of Prescription Drugs," ch. 2 in Alan Garber, ed., <u>Frontiers in Health Policy Research</u>, Cambridge, MA: MIT Press for the National Bureau of Economic Research, Vol. 1, 1998, pp. 33-75.

97.  Berndt, Ernst R., Iain M. Cockburn, Douglas L. Cocks, Arnold Epstein and Zvi Griliches, "Prescription Drug Prices for the Elderly," <u>Monthly Labor Review</u>, Vol. 121, No. 9, September 1998, pp. 23-34.

98.  Cockburn, Iain M., Howard L. Bailit, Ernst R. Berndt and Stan N. Finkelstein, "Costing Out Care: Antihistamines and the Workplace," <u>Business and Health</u>, Vol. 17, No. 3, March 1999, pp. 49 - 50.

99.  Russell, James M., Ernst R. Berndt, Robert M. Miceli and Salvatore Colucci, "Course and Cost of  Treatment for Depression with Fluoxetine, Paroxetine and Sertraline," <u>American Journal of Managed Care</u>, Vol. 5, No. 5, May 1999, pp. 597-606.

100. Greenberg, Paul E., Tamar Sisitsky, Ronald C. Kessler, Stan N. Finkelstein, Ernst R. Berndt, Jonathan R. T. Davidson, James C. Ballenger and Abby J.

Fyer, "The Economic Burden of Anxiety Disorders in the 1990's," Journal of Clinical Psychiatry, 60:7, July 1999, pp. 427-435.

101. Triplett, Jack E. and Ernst R. Berndt, "Introduction: New Developments in Measuring Medical Care," ch. 1 in Jack E. Triplett, ed., Measuring the Prices of Medical Treatments, Washington, D.C.: Brookings Institution Press, 1999, pp. 1-33.

102. Frank, Richard G., Ernst R. Berndt and Susan H. Busch, "Price Indexes for the Treatment of Depression," in Jack E. Triplett, ed., Measuring the Prices of Medical Treatments, Washington, D.C.: Brookings Institution Press, 1999, pp. 72-102.

103. Cockburn, Iain M., Howard L. Bailit, Ernst R. Berndt and Stan N. Finkelstein, "Loss of Work Productivity Due to Illness and Medical Treatment", Journal of Occupational and Environmental Medicine, Vol 41, No. 11, November 1999, pp. 948-953.

104. Cremieux, Pierre-Yves, Stan N. Finkelstein, Ernst R. Berndt, Jeffrey Crawford and Mitchell B. Slavin, "Cost-Effectiveness, Quality-Adjusted Life Years, and Supportive Care: Recombinant Human Erythropoietin as Treatment of Cancer-Associated Anemia," Pharmacoeconomics, November 1999, Vol. 16, No. 5 (Part 1), pp. 459-472.

105. Berndt, Ernst R., James M. Russell, Robert M. Miceli, Salvatore Colucci, Yikand Xu, and Amy N. Grudzinski, "Comparing SSRI Treatment Costs for Depression Using Retrospective Claims Data: The Role of Non-Random Selection and Skewed Data," Value in Health, Vol. 3, No. 3, May/June 2000, pp. 208-221.

106. Berndt, Ernst R., Lorrin Koran, Stan N. Finkelstein, Alan Gelenberg, Susan G. Kornstein, Ivan M. Miller, Michael Thase, George Trapp and Martin B. Keller, "Lost Human Capital from Early-Onset Chronic Depression," American Journal of Psychiatry, 157:6, June 2000, pp. 940-947.

107. Berndt, Ernst R., Howard L. Bailit, Martin B. Keller, Jason C. Verner and Stan N. Finkelstein, "Health Care Use and At-Work Productivity Among Employees With Mental Disorders," Health Affairs, Vol. 19, No. 4, July/August 2000, pp. 244-256.

108. Berndt, Ernst R, ed., "Research on Price Index Measurement: Agendas for the Next Twenty Years," Journal of Economic and Social Measurement, 26 (2000), pp. 1-32.

109. Berndt, Ernst R., David Cutler, Richard G. Frank, Zvi Griliches, Joseph P. Newhouse and Jack E. Triplett, "Medical Care Prices and Output," chapter 3, Vol. 1A, in Joseph P. Newhouse and Anthony C. Culyer, eds., Handbook of Health Economics, Amsterdam: Elsevier Science B.V., 2000, pp.119-180.

110. Berndt, Ernst R., "On the Economic Impacts of Medical Treatments: Work Productivity and Functioning," Estudios de Economia, Vol. 27, No. 2., December 2000, pp 181-198.

111. Berndt, Ernst R., "Reducing the Societal Costs of Depression: Opportunities in the Millennium," in Ann Dawson and Andre Tyler, editors, Depression: Social and Economic Timebomb, London: BMJ Publishing Group for the World Health Organization, 2001, pp. 131-141.

112. Berndt, Ernst R., "The U.S. Pharmaceutical Industry: Why Significant Growth in Times of Cost Containment?'" Health Affairs, Vol. 20, No. 2, March/April 2001, pp. 100-114.   Reprinted in John K. Iglehart, ed., The Value of Rx Innovation: A Primer from Health Affairs, Millwood, VA: Project HOPE, 2001, pp. 90-104.

113. Cutler, David M. and Ernst R. Berndt, "Introduction," in David M. Cutler and Ernst R. Berndt, eds., Medical Care Output and Productivity, Studies in Income and Wealth, Vol. 62, Chicago: University of Chicago Press for the National Bureau of Economic Research, 2001, pp. 1-11.

114. Berndt, Ernst R., Susan H. Busch and Richard G. Frank, "Price Indexes for Acute Phase Treatment of Depression," chapter 12 in David Cutler and Ernst R. Berndt, eds., Medical Output and Productivity, Chicago: University of Chicago Press for the National Bureau of Economic Research, 2001, pp. 463-505.

115. Berndt, Ernst R., David Cutler, Richard G. Frank, Zvi Griliches, Joseph P. Newhouse and Jack E. Triplett, "Price Indexes for Medical Care Goods and Services: An Overview of Measurement Issues," chapter 4 in David Cutler and Ernst R. Berndt, eds., Medical Output and Productivity, Chicago: University of Chicago Press for the National Bureau of Economic Research, 2001, pp. 141-198.

116. Berndt, Ernst R. and Neal J. Rappaport, "Price and Quality of Desktop and Mobile Personal Computers: A Quarter Century Historical Overview," American Economic Review, Vol. 91, No. 2, May 2001, 268-273.

117. Busch, Susan H., Ernst R. Berndt and Richard G. Frank, "Creating Price Indexes for Measuring Productivity in Mental Health Care," ch. 5 in Alan M. Garber, editor, Frontiers in Health Policy Research, Vol. 4, Cambridge, MA: MIT Press for the National Bureau of Economic Research, 2001, pp. 115-147.

118. Silk, Alvin J., Lisa R. Klein and Ernst R. Berndt, "The Emerging Position of the Internet as an Advertising Medium," Netnomics, Vol. 3, 2001, pp. 129-148.

119. Ellerman, A. Denny, Thomas M. Stoker and Ernst R. Berndt, "Sources of Productivity Growth in the American Coal Industry," in Charles R. Hulten, Edwin M. Dean, and Michael J. Harper, eds., New Developments in Productivity Analysis, Studies in Income and Wealth, Vol. 63, Chicago:

University of Chicago Press for the National Bureau of Economic Research, 2001, pp. 373-414.

120. Rosenthal, Meredith B., Ernst R. Berndt, Julie M. Donohue, Richard G. Frank and Arnold M. Epstein, "Promotion of Prescription Drugs to Consumers," New England Journal of Medicine, Vol. 346, No. 7, February 14, 2002, pp. 498-505.

121. Berndt, Ernst R., Anupa Bir, Susan H. Busch, Richard G. Frank and Sharon-Lise T. Normand, "The Medical Treatment of Depression, 1991-1996: Productive Inefficiency, Expected Outcome Variations, and Price Indexes," Journal of Health Economics, Vol. 21, No. 3, May 2002, pp. 373-396.

122. Silk, Alvin J., Lisa R. Klein and Ernst R. Berndt, "Intermedia Substitutability in the U.S. National Advertising Market," Review of Industrial Organization, Vol. 20, No. 4, June 2002, pp. 323-348.

123. Berndt, Ernst R., Ashoke Bhattacharjya, David Mishol, Almudena Arcelus and Thomas Lasky, "An Analysis of the Diffusion of New Antidepressants: Variety, Quality, and Marketing Efforts," The Journal of Mental Health Policy and Economics, Vol. 5, No. 1, March 2002, pp. 3-17. Given the "Excellence Award in Mental Health Policy and Economics Research" by I.C.M.P.E., Venice, March 2003.

124. Keller, Martin B. and Ernst R. Berndt, "Depression Treatment: A Life-Long Commitment?", Psychopharmacology Bulletin, Vol. 36, Supplement 2, Summer 2002, pp. 1-9.

125. Crown, William H., Davina Ling and Ernst R. Berndt, "Measuring the Costs and Benefits of Pharmaceutical Expenditures," Expert Review of Pharmacoeconomics Outcomes Research, 2 (5), 2002: 89-97.

126. Wan, George J., William H. Crown, Ernst R. Berndt, Stan N. Finkelstein and Davina Ling, "Healthcare Expenditures in Patients Treated with Venlaxafine or Selective Serotonin Reuptake Inhibitors for Depression and Anxiety," International Journal of Clinical Practice, 56(6), 2002: 434-439.

127. Berndt, Ernst R. and William H. Crown, "Labor Force Activity in Cancer Patients with Anemia," Quality of Life in Oncology, September 2002.

128. Berndt, Ernst R., "Pharmaceuticals in U.S. Health Care: Determinants of Quantity and Price," Journal of Economic Perspectives, Vol. 16, No. 4, Fall 2002, pp. 45-66.

129. Ling, Davina C., Ernst R. Berndt and Margaret K. Kyle, "Deregulating Direct-to-Consumer Marketing of Prescription Drugs: Effects on Prescription and Over-the-Counter Product Sales," Journal of Law and Economics, Vol. 14, October 2002, pp. 691-723.

130. Crown, William H., Stan N. Finkelstein, Ernst R. Berndt, Davina C. Y. Ling, Amy W. Poret and A. John Rush, "The Impact of Treatment-Resistant Depression on Healthcare Utilization and Costs," Journal of Clinical Psychiatry, 63(11) 2002: 963-971.

131. Berndt, Ernst R., Margaret Kyle and Davina Ling, "The Long Shadow of Patent Expiration: Generic Entry and Rx to OTC Switches," Chapter 8 in Robert C. Feenstra and Matthew D. Shapiro, eds., Scanner Data and Price Indexes, NBER Series on the Conference on Research in Income and Wealth, Vol. 61, Chicago: University of Chicago Press for the National Bureau of Economic Research, 2003, pp. 229-267.

132. Lerner, Debra, Benjamin C. Amick III, Jennifer C. Lee, Ted Rooney, William H. Rogers, Hong Chang and Ernst R. Berndt, "The Relationship of Employee-Reported Work Limitations to Work Productivity," Medical Care, 41(5), May 2003, pp. 649-659.

133. Berndt, Ernst R., Robert S. Pindyck and Pierre Azoulay, "Consumption Externalities and Diffusion in Pharmaceutical Markets: Antiulcer Drugs," Journal of Industrial Economics, Vol. 51, No. 2, June 2003, pp. 243-270.

134. Rosenthal, Meredith B., Ernst R. Berndt, Julie M. Donohue, Arnold M. Epstein and Richard G. Frank, "Demand Effects of Recent Changes in Prescription Drug Promotion," Ch. 1 in Alan M. Garber, ed., Frontiers in Health Policy Research, Vol. 6, Cambridge, MA: MIT Press for the National Bureau of Economic Research, June 2003, pp. 1-26.

135. Berndt, Ernst R., "Unique Issues Raised by Drug Benefit Design," Health Affairs, 23(1), January/February 2004, pp. 103-106.

136. Pomerantz, Jay M., Stan N. Finkelstein, Ernst R. Berndt, Amy W. Poret, Leon E. Walker, Robert C. Alber, Vidya Kadiyam, Mitali Das, David T. Boss and Thomas H. Ebert, "Prescriber Intent, Off-Label Usage, and Early Discontinuation of Antidepressants," Journal of Clinical Psychiatry, Vol. 65, No. 3, March 2004, pp. 395-404.

137. Silk, Alvin J. and Ernst R. Berndt, "Cost Economies in the Global Advertising and Marketing Services Business," Chapter 11 in John Quelch and Rohit Deshpande, eds., The Global Market: Developing a Strategy to Manage Across Borders, San Francisco: Jossey Bass, 2004, pp. 217-257.

138. Crown, William H., Ernst R. Berndt, Onur Baser, Stan N. Finkelstein, Whitney P. Witt, Jonathan Maguire and Kenan E. Haver, "Benefit Plan Design, and Prescription Drug Utilization Among Asthmatics: Do Patient Copayments Matter?" Chapter 4 in David M. Cutler and Alan M. Garber, eds., Frontiers in Health Policy, Vol. 7, Cambridge, MA: MIT Press for the NBER, 2004, pp. 95-127.

139. Lerner, Debra, David A. Adler, Hong Chang, Ernst R. Berndt, Julie T. Irish, Leueen Lapitsky, Maggie Y. Hood, John Reed and William H. Rogers, "The Clinical and Occupational Correlates of Work Productivity Loss Among Employed Patients with Depression," Journal of Occupational and Environmental Medicine, 46:6 (supplement), June 2004, pp. 546-555.

140. Frank, Richard G., Ernst R. Berndt, Alisa Busch, and Anthony F. Lehman, "Quality-Constant Prices for the Ongoing Treatment of Schizophrenia: An Exploratory Study," Quarterly Review of Economics and Finance, Vol. 44, No. 3, July 2004, pp. 390-409.

141. Silk, Alvin J. and Ernst R. Berndt, "Holding Company Cost Economies in the Global Advertising and Marketing Services Business," Review of Marketing Science, Vol. 2, Issue 1, Article 5, posted 15 June 2004, http://www.bepress.com/romsjournal/vol2/iss1/art5.

142. Berndt, Ernst R. and Tamar Sisitsky, "Economic Impacts of Anxiety Disorders: A Review," Mental Fitness: The Science of Mental Wellness Vol. 3, No. 1, 2004, pp. 30-34.

143. Berndt, Ernst R., "Changes In The Costs of Treating Mental Health Disorders: An Overview Of Recent Research Findings", PharmacoEconomics, Vol. 22 – Supplement 2, 2004, pp. 37-50.

144. Lerner, Debra, David A. Adler, Hong Chang, Leueen Lapitsky, Maggie Y. Hood, Carla Perrisinotto, John Reed, Thomas J. McLaughlin, Ernst R. Berndt and William H. Rogers, "Unemployment, Job Retention and Productivity Loss Among Employees with Depression," Psychiatric Services, 2004, 55:1371-1378.

145. Donohue, Julie M., Ernst R. Berndt, Meredith Rosenthal, Arnold M. Epstein and Richard G. Frank, "Effects of Pharmaceutical Promotion on Adherence to Guideline Treatment of Depression," Medical Care, 42(12):1176-1185, December 2004.

146. Pransky, Glenn S., Ernst R. Berndt, Stanley N. Finkelstein, S. Verma and Ashwini Agrawal, "Performance Decrements Resulting from Illness in the Workplace: The Effect of Headaches," Journal of Occupational and Environmental Medicine, 47(1), January 2005, pp. 34-40.

147. Berndt, Ernst R., "To Inform or Persuade?  Direct-to-Consumer Advertising of Prescription Drugs," *Perspective*, New England Journal of Medicine, 352:4, January 27, 2005, pp. 325-328.

148. Lyman, Gary H. Ernst R. Berndt, Joel D. Kallich, M. Haim Erder, William H. Crown, Stacey R. Long, Howard Lee, Xue Song, and Stan N. Finkelstein, "The Economic Burden of Anemia in Cancer Patients Receiving Chemotherapy", Value In Health, Vol. 8, No. 2, February 2005, pp. 149-156.

149. Berndt, Ernst R., William H. Crown, Joel D. Kallich, Stacey R. Long, Xue Song, and Gary H. Lyman, "The Impact of Anaemia and its Treatment on Employee Disability and Medical Costs", PharmacoEconomics, 23(2), February 2005, pp. 183-192.

150. Berndt, Ernst R. and John A. Hurvitz, "Vaccine Advance-Purchase Agreements for Low-Income Countries: Practical Issues," Health Affairs, Vol. 24, No. 3, May/June 2005, pp. 653-665.

151. Stoker, Thomas M., Ernst R. Berndt, A. Denny Ellerman, and Susanne M. Schennach, "Panel Data Analysis of U.S. Coal Productivity," Journal of Econometrics, Vol. 127, No. 2, August 2005, pp. 131-164.

152. Berndt, Ernst R., Joel Kallich, Anne McDermott, Xiao Xu, Howard Lee and John Glaspy, "Reductions in Anaemia and Fatigue are Associated with Improvements in Productivity in Cancer Patients Receiving Chemotherapy," Pharmacoeconomics, 2005:23(5), pp. 505-514.

153. Berndt, Ernst R., Adrian H. B. Gottschalk, Tomas J. Philipson and Matthew W. Strobeck, "Industry Funding of the FDA: Effects of PDUFA on Approval Times and Withdrawal Rates", Nature Reviews: Drug Discovery, Vol. 4, No. 7, July 2005, pp. 545-554.

154. Berndt, Ernst R., Adrian H. B. Gottschalk, Tomas Philipson and Matthew W. Strobeck, "Assessing the Impacts of the Prescription Drug User Fee Acts (PDUFA) on the FDA Approval Process", in David M. Cutler and Alan M. Garber, eds., Forum for Health Economics and Policy, Vol. 8 (Frontiers in Health Policy, Article 2. http://www.bepress.com/fhep/8/2.)

155. Silk, Alvin J. and Ernst R. Berndt, "Holding Companies: Size-Related Cost Economies", Admap, September 2005, pp. 51-53.

155. Berndt, Ernst R., "The Boskin Commission After A Decade: After-life or Requiem?", International Productivity Monitor, No. 12, Spring 2006, pp. 61-73.

156. Philipson, Tomas A., Ernst R. Berndt, Adrian H. B. Gottschalk and Matthew W. Strobeck, "How Safe Is Too Safe?  Public Safety Versus Innovation at the FDA", Milken Institute Review, Vol. 8, No. 2, Second Quarter 2006, pp. 38-45.

157. Pransky, Glenn, Stan Finkelstein, Ernst Berndt, Margaret Kyle, Joan Mackell and Dan Tortorice, "Objective and Self-Report Work Performance Measures: A Comparative Analysis", International Journal of Productivity and Performance Management, 55(5):390-399, 2006.

158. Berndt, Ernst R., Iain M. Cockburn and Karen A. Grepin, "The Impact of Incremental Innovation on Biopharmaceuticals: Drug Utilization in Original

and Supplemental Indications", <u>PharmacoEconomics,</u> 2006 24 Suppl. 2:69-86.

159. Berndt, Ernst R., Adrian H. B. Gottschalk and Matthew W. Strobeck, "Opportunities for Improving the Drug Development Process: Results from a Survey of Industry and the FDA," chapter 4 in Adam B. Jaffe, Josh Lerner and Scott Stern, eds., <u>Innovation Policy and the Economy</u>, Vol. 6, 2006, pp. 91-121.

160. Berndt, Ernst R., Rachel Glennerster, Michael R. Kremer, Jean Lee, Ruth Levine, Georg Weizsäcker and Heidi Williams, "Advance Market Commitments for Vaccines Against Neglected Diseases: Estimating Costs and Effectiveness", <u>Health Economics,</u> published online on October 2, 2006, http://www.3.interscience.wiley.com/cgi-bin/abstract/113385484/ABSTRACT. Print hard copy version in <u>Health Economics</u>, 16(5):491-511, May 2007.

161. David M. Cutler, Genia Long, Ernst R. Berndt, Jimmy Royer, Andrée-Anne Fournier, Alicia Sasser and Pierre Cremieux, "The Value of Antihypertensive Drugs: A Perspective on Medical Innovation", <u>Health Affairs</u>, 26(1):97-110, January/February 2007.

162. Trusheim, Mark R., Ernst R. Berndt and Frank L. Douglas, "Stratified Medicine: Strategic and Economic Implications of Combining Drugs and Clinical Biomarkers", <u>Nature Reviews: Drug Discovery</u>, Vol. 6, No. 4, April 2007:287-293.

163. Berndt, Ernst R., Richard Mortimer, Ashoke Bhattacharjya, Andrew Parece and Edward Tuttle, "Authorized Generic Drugs, Price Competition and Consumers' Welfare", <u>Health Affairs</u>, 26(3):790-799, May/June 2007.

164. Long, Genia, David M. Cutler and Ernst R. Berndt, "Antihypertensive Drugs: A Perspective on the Value of Improved Blood Pressure Control in the USA", <u>European Heart Journal</u>, Supplements (2007) 9 (Supplement B), B19-B22.

165. Berndt, Ernst R., "The United States' Experience with Direct-to-Consumer Advertising of Prescription Drugs: What Have We Learned?", ch. 9 in Frank A. Sloan and Chee-Ruey Hsieh, eds., <u>Pharmaceutical Innovation: Incentives, Competition, and Cost-Benefit Analysis in International Perspective,</u> Cambridge, England: Cambridge University Press, 2007, pp. 174-195.

166. Berndt, Ernst R., Patricia M. Danzon and Gregory B. Kruse, "Dynamic Competition in Pharmaceuticals: Cross-National Evidence from New Drug Diffusion", <u>Managerial and Decision Economics</u>, 28:231-250, 2007.

167. Berndt, Ernst R., "A Primer on the Economics of the Re-Importation of Prescription Drugs," <u>Managerial and Decision Economics</u>, 28:415-435, 2007.

168. Berndt, Ernst R. and Richard G. Frank, "Medicare Part D and Prescription Drug Prices", <u>Survey of Current Business</u>, 87(6):59-71, June 2007.

169. Abel, Jaison R., Ernst R. Berndt and Alan G.White, "Price Indexes for Microsoft's Personal Computer Software Products", ch. 9 in Ernst R. Berndt and Charles M. Hulten, eds., <u>Hard-to-Measure Goods and Services: Essays in Honor of Zvi Griliches</u>, National Bureau of Economic Research, Studies in Income and Wealth, Vol. 67, Chicago: University of Chicago Press for the National Bureau of Economic Research, 2007, pp. 269-289.

170. Graham, James B. and Ernst R. Berndt, "The December Effect in FDA Drug Approvals: Assessing the Submissions Echo Hypothesis," <u>Drug Information Journal, 41(5):653-659, 2007</u>.

171. Berndt, Ernst R., Alisa B. Busch, Richard G. Frank and Sharon-Lise Normand, "Real Output in Mental Health Care During the 1990s", <u>Forum for Health Economics and Policy</u>, 2007. Avaialble online at <u>http://www.bepress.com/fhep/9/1/5</u>.

172. Chwelos, Paul D., Ernst R. Berndt and Iain Cockburn, "Faster, Smaller, Cheaper: An Hedonic Price Analysis of PDAs," <u>Applied Economics,</u> published online November 27, 2007 DOI:10.1080/00036840600993924. Hard copy published November 2008, 40(22):2839-2856.

173. Thiers, Fabio A., Ernst R. Berndt and Anthony J. Sinskey, "Trends in the Globalization of Clinical Trials," <u>Nature Reviews: Drug Discovery,</u> Advance Online Publication, published online 2 November 2007; doi:10.1038/nrd2441. Hard copy in <u>Nature Reviews: Drug Discovery</u>, 7(1):13-14, January 2008.

174. Ling, Davina C., Ernst R. Berndt and Richard G. Frank, "Economic Incentives and Contracts: The Use of Psychotropic Medications", <u>Contemporary Economic Policy</u>, 26(1):49-72, January 2008.

175. Philipson, Tomas, Ernst R. Berndt, Adrian H. B. Gottschalk and Eric Sun, "Cost-Benefit Analysis of the FDA: The Case of the Prescription Drug User Fee Acts," <u>Journal of Public Economics</u>, 92:1306-1325, 2008.

176. Berndt, Ernst R. and Julie M. Donohue, "Direct-to-Consumer Advertising in Health Care: An Overview of Economic Issues", in Frank A. Sloan and Hershel Kasper, eds., <u>Incentives and Choice in Health Care</u>, Cambridge, MA: The MIT Press, 2008, 131-162.

177. Huskamp, Haiden A., Julie M. Donohue, Catherine Koss, Ernst R. Berndt and Richard G. Frank, "Generic Entry, Reformulations, and Promotion of SSRIs," <u>PharmacoEconomics</u>, 2008, 26(7):603-16.

178. Conti, Rena, Ernst R. Berndt and Richard G. Frank, "Early Retirement and DI/SSI Applications: Exploring the Impact of Depression in David M. Cutler and David A. Wise, eds., <u>Health In Older Ages: The Causes and Consequences of Declining Disability Among the Elderly</u>, Chicago: University of Chicago Press, 2008, 381-408.

179. Aitken, Murray L., Ernst R. Berndt and David M. Cutler, "Prescription Drug Spending Trends in the U.S.: Looking Beyond the Turning Point", Health Affairs – Web Exclusive, 28 (1-2):W151-W160, 2009.  Published online December 16, 2008; 10.1377/hlthaff.28.1.w151.

## REVIEWS/COMMENTS/EDITORIALS

1. Berndt, Ernst R., "Review" of British Columbia's Energy Outlook, 1976-1991, Vancouver: British Columbia Energy Commission, Canadian Public Policy, Vol. 4, No. 1, Winter 1978, pp. 128-29.

2. Berndt, Ernst R., Review of Energy and Economic Myths: Institutional and Analytical Economic Essays by Nicholas Georgescu-Roegen, New York: Pergamon Press, 1976, 380 pp., Canadian Journal of Agricultural Economics, Vol. 26, No. 3, November 1978, pp. 76-79.

3. Berndt, Ernst R., "Comment on Gollop and Jorgenson," in John W. Kendrick and Beatrice N. Vaccara, eds., New Developments in Productivity Measurement and Analysis, Studies in Income and Wealth, Vol. 44, Chicago: University of Chicago Press for National Bureau of Economic Research, 1980, pp. 124-136.

4. Berndt, Ernst R., "Review" of Energy Modeling and Simulation, A. S. Kydes, ed., Amsterdam: North-Holland Publishing Company, 1983, 405 pp., Journal of the American Statistical Association, December 1985, pp. 1063-1064.

5. Berndt, Ernst R., "Review" of Ryuzo Sato and Gilbert S. Suzawa, Research and Productivity: Endogenous Technical Change, Boston: Auburn House Publishing Company, 1983, 199 pp., Journal of Economic Literature, Vol. 24, March 1986, pp. 124-126.

6. Berndt, Ernst R., "Comment on Bronwyn Hall," Brookings Papers on Economic Activity, Microeconomics, 1990, pp. 125-129.

7. Berndt, Ernst R., "Comment on Charles R. Hulten, 'The Measurement of Capital,'" in Ernst R. Berndt and Jack E. Triplett, eds., Fifty Years of Economic Measurement, Chicago: University of Chicago Press for the National Bureau of Economic Research, 1991, pp. 152-158.

8. Berndt, Ernst R., "Comment on Martin Neil Baily and Alan M. Garber, 'Health Care Productivity'", Brookings Papers on Economic Activity: Microeconomics 1997, 1997, pp. 203-209.

9. Berndt, Ernst, R., "Comment on Patricia M. Danzon and Allison Percy, 'The Effects of Price Regulation on Productivity in Pharmaceuticals'" in Alan Heston and Robert E. Lipsey, eds., International and Interarea Comparisons of

<u>Income, Output, and Prices</u>, Chicago, IL:  University of Chicago Press for The National Bureau of Economic Research, 1999, pp. 416-418.

10.  Berndt, Ernst R., Editorial: "International Pharmaceutical Price Comparisons: What Have We Learned, and What Does It Mean?," <u>Journal of Health Economics</u>, Vol. 19, No. 2, March 2000, pp 283-287.

11.  Berndt, Ernst R., "To Inform or Persuade?  Direct-to-Consumer Advertising of Prescription Drugs," *Perspective*, <u>New England Journal of Medicine</u>, 352:4, January 27, 2005, pp. 325-328.

12.  Berndt, Ernst R., Book Review: Fran Hawthorne, *Inside the FDA: The Business and Politics Behind the Drugs We Take and the Food We Eat*, Hoboken, NJ: John Wiley & Sons, 2005, <u>New England Journal of Medicine</u>, 353:11, September 15, 2005, p. 1188.

13.  Berndt, Ernst R., "Collaborate to Compete?", Final Word, <u>BioPharm International</u>, 18(9), September 2005, p. 82.

## BOOKS/EDITED VOLUMES/MONOGRAPHS

1.  Berndt, Ernst R., <u>Instructor's Manual for Principles of Economics</u>, by Donald A. Nichols and Clark W. Reynolds, New York: Holt, Rinehart, and Winston, Inc., 1971, 145 pp.

2.  Berndt, Ernst R. and Barry C. Field, eds., <u>Modeling and Measuring Natural Resource Substitution</u>, Cambridge: MIT Press, December 1981, 314 pp.

3.  Berndt, Ernst R. and Melvyn A. Fuss, eds., <u>The Econometrics of Temporary Equilibrium</u>, Special Issue of the <u>Journal of Econometrics</u>, Vol. 33, No. 1/2, October/November 1986, 310 pp.

4.  Berndt, Ernst R., William A. Barnett, and Halbert L. White, eds., <u>Dynamic Econometric Modeling</u>, Cambridge: Cambridge University Press, 1988, 357 pp.

5.  Berndt, Ernst R. and Jack E. Triplett, eds., <u>Fifty Years of Economic Measurement:  The Jubilee of the Conference on Research in Income and Wealth</u>, Chicago: University of Chicago Press for the National Bureau of Economic Research, 1990, 454 pp.

6.  Berndt, Ernst R., <u>The Practice of Econometrics: Classic and Contemporary</u>, Reading, Massachusetts: Addison-Wesley Publishing Company, 1991, 702 pp. Russian edition, Moscow: Addison-Wesley Publishing Company, 2005.

7.  Berndt, Ernst R., <u>Instructors Resource Guide to Accompany The Practice of Econometrics: Classic and Contemporary</u>, Reading, Massachusetts: Addison-Wesley Publishing Company, 1991, 209 pp.

8.  Berndt, Ernst R., Peter Englund and Lennart Hjalmarsson, eds., <u>Productivity Concepts and Measurement Problems: Welfare, Quality and Productivity in the Service Industries</u>, Supplement, <u>Scandinavian Journal of Economics</u>, Vol. 94, 1992, 269pp.

9.  Griliches, Zvi, ed., assisted by Ernst R. Berndt, Timothy F. Bresnahan and Marilyn E. Manser, <u>Output Measurement in the Service Sectors</u>, Studies in Income and Wealth, Volume 56, Chicago: University of Chicago Press for the National Bureau of Economic Research, 1992, 560 pp.

10. Berndt, Ernst R., <u>Uniform Pharmaceutical Pricing: An Economic Analysis</u>, Washington DC: AEI Press, American Enterprise Institute for Public Policy Research, 1994.

11. Cutler, David M. and Ernst R. Berndt, eds., <u>Medical Care Output and Productivity</u>, Studies in Income and Wealth, Vol. 62, Chicago: University of Chicago Press for the National Bureau of Economic Research, 2001, 611 pp.

12. Frank, Richard G., Ernst R. Berndt, Julie M. Donohue, Arnold M. Epstein and Meredith B. Rosenthal, <u>Trends in Direct-to-Consumer Advertising of Prescription Drugs</u>, Menlo Park, CA: Henry J. Kaiser Family Foundation, Publication #3162, February 2002.

13. Berndt, Ernst R. and Charles R. Hulten, eds., <u>Hard-to-Measure Goods and Services: Essays in Honor of Zvi Griliches,</u> National Bureau of Economic Research, Studies in Income and Wealth, Vol. 67, Chicago: University of Chicago Press for the National Bureau of Economic Research, 2007, 606 pp.

14. Berndt, Ernst R., Rena N. Denoncourt and Anjli C. Warner, <u>U.S. Markets for Vaccines: Characteristics, Case Studies, and Controversies.</u> Washington DC: AEI Press for the American Enterprise Institute, 2009, 236 pp.

## PUBLISHED ABSTRACTS FOR VARIOUS MEDICAL SOCIETY MEETINGS

1.  Russell, James M., Andrew M. Baker and Ernst R. Berndt, "Economic Impact of Improved Work Performance After Treatment of Chronic Depression," presented at American Society of Health System Pharmacists, 1996.

2.  Russell, James M., Stan N. Finkelstein, Ernst R. Berndt and Paul E. Greenberg, "Economic Impact of Improved Work Performance After Treatment of Chronic Depression," abstract, <u>European</u> <u>Neuropsychopharmacology</u> 6 (Supp. 3): 128, June 1996.

3.  Russell, James M., Paul E. Greenberg, Rodney A. Parsley and Martin B. Keller, "Improvement in Subjective Work Performance After Treatment of Chronic Depression: Some Preliminary Results," Abstract, Poster Session, <u>New</u>

Research Program and Abstracts, American Psychiatric Association, 1997 150th Annual Meeting.

4.  Russell, James M., Stan N. Finkelstein, Paul E. Greenberg, Ernst R. Berndt and Martin B. Keller, "Economic Benefits of Improved Work Performance After Treatment of Chronic Depression," abstract, American Psychopathologic Association, 1997.

5.  Russell, James M., Ernst R. Berndt, Robert J. Miceli and Salvatore Colucci, "Course and Cost of Treatment with SSRIs: A Cost Identification Analysis," abstract, New Clinical Drug Evaluation Unit Program, 38th Annual Meeting Abstracts 181, 1998.

6.  Berndt, Ernst R., Lorrin M. Koran, Stan L. Finkelstein, Alan J. Gelenberg, Ivan W. Miller, George Trapp and Martin B. Keller, "Lost Human Capital from Early-Onset Chronic Depression," Abstract NR244 from Poster Session, New Research Program and Abstracts, American Psychiatric Association, 1998 Annual Meeting, Toronto, Canada, June 2, 1998, p. 129.

7.  Russell, James M., Ernst R. Berndt, Robert Miceli and Salvatore Colucci, "Course and Cost of Treatment with SSRIs," Abstract NR585 from Poster Session, New Research Program and Abstracts, American Psychiatric Association, 1998 Annual Meeting, Toronto, Canada, June 3, 1998, p. 225.

8.  Birnbaum, Howard, Paul E. Greenberg, Stan N. Finkelstein, Ernst R. Berndt, K. Otto, A.B. Montgomery, J. Kylstra and B. Ramsey, "Analysis of Hospitalization and IV Anti-Pseudomonal Antibiotic Use in Cystic Fibrosis Patients on Tobramycin Solution for Inhalation (TOBI), Abstract from Poster Session, Twelfth Annual North American Cystic Fibrosis Meetings, Montreal, Quebec, Canada, October 15-18, 1998.

9.  Russell, James M., Ernst R. Berndt, Robert Miceli, Salvatore Colucci and Amy N. Grudzinski, "Course and Cost of Depression Treatment with Fluoxetine, Paroxetine and Sertraline," Abstract from Poster Session, European Congress of Neuropsychopharmacology, Paris, France, November 1, 1998.

10. Finkelstein, Stan N., Ernst R. Berndt, Alan Gelenberg, James Kocsis, Lorrin M. Koran, Robert Miceli, Ivan W. Miller, James M. Russell, Jason Verner, and Martin B. Keller, "Functional and Symptomatic Response During Two Years of Sertraline Therapy for Chronic Depression," Abstract from Poster Session, Poster Board No. 86, American College of Neuropsychopharmacology, 37oth Annual Meetings, Los Croabas, Puerto Rico, December 16, 1998.

11. Cockburn, Iain M., Ernst R. Berndt, Stan N. Finkelstein and Howard L. Bailit, "Loss of Productivity Due to Illness and Medical Treatment: Objective Measurement, " Abstract from Poster Session, Poster Board No. 968, 55th Annual Meetings of the American Academy of Asthma, Allergy and Immunology, Orlando, Florida, March 2, 1999.

12. Russell, James M., Ernst R. Berndt, Robert J. Miceli, Salvatore Colucci and Amy N. Grudzinski, "Making Valid Inferences from Claims Data: A Comparison of SSRI Treatment Costs," abstract, <u>European College of Neuropsychopharmacology</u>, 12th Congress, 1999.

13. Russell, James M., William H. Crown, Lorrin M. Koran, Susan G. Kornstein, James H. Kocsis, David L. Dunner, Francis E. Borian, Ernst R. Berndt and Stan N. Finkelstein, "Economic Aspects of Nefazodone, CBASP, and Their Combination for the Treatment of Chronic Depression," abstract, <u>New Clinical Drug Evaluation Unit Program</u>, 40th Annual Meeting, 2000.

14. Russell, James M., Ernst R. Berndt, Robert J. Miceli, Salvatore V. Colucci and Amy N. Grudzinski, "Making Valid Inferences from Claims Data: A Comparison of SSRI Treatment Costs", <u>Abstract from Poster Session NR523, New Research Program and Abstracts, American Psychiatric Association</u>, 1999 Annual Meetings, Washington DC, May 19, 1999, p. 214.

15. Russell, James M., William H. Crown, Bruce A. Arnow, Jan A. Blalock, David L. Dunner, Robert M. A. Hirschfeld, James H. Kocsis, Lorrin M. Koran, Susan G. Kornstein, Rachel Manber, John C. Markowitz, A. John Rush, Michael E. Thase, Madhukar H. Trivedi, Ernst R. Berndt, Stan N. Finkelstein and Frances E. Borian, "Economic Aspects of Nefazadone, CBASP, and Their Combination for the Treatment of Chronic Depression," abstract, <u>Collegium Internationale Neuro-Psychopharmacologium</u>, XXII[nd] Congress, 2000.

16. Crown, William H., George J. Wan, Ernst R. Berndt, Stan N. Finkelstein and Davina Ling, "Healthcare Expenditures Among Patients Treated for Depression With or Without Anxiety," poster presented at Sixth Annual Meetings of the International Society for Pharmacoeconomics and Outcomes Research, Arlington, VA, May 22, 2001.

17. Ling, Davina C. Y., Stan N. Finkelstein, Ernst R. Berndt, Amy S. White and William H. Crown, "Healthcare Utilization in Patients with Treatment-Resistant Depression," poster presented at the 46th Annual NCDEU Meetings, Phoenix, AZ, May 30-31, 2001.

18. Finkelstein, Stan N., William H. Crown, Davina C. Y. Ling, Ernst R. Berndt and Amy S. White, "Costs and Health Care Utilization in Patients with Treatment-Resistant Depression," Annual Meetings of the Association for Health Services Research, Atlanta, GA, June 10, 2001.

19. Finkelstein, S., E. Berndt, G. Pransky and J. Mackell, "Evaluation of Migraine in the Workplace," poster presented at International Headache Research Seminar (IHRS), Copenhagen, Denmark, 11/30-12/03/01.

20. Lyman, Gary H., Ernst R. Berndt, William H. Crown, Joel Kallich, M. Haim Erder and Stan N. Finkelstein, "Anemia is a Predictor of High Cost in Patients

Recently Diagnosed with Cancer". Poster presented at the 14[th] MASCC/ISOO International Symposium, Supportive Care in Cancer, Boston, MA, June 23-26, 2002. Also appeared in abstract form, retitled "The Economic Burden of Anemia in Cancer Patients Receiving Chemotherapy," in the Proceedings of the 38[th] Annual Meeting of the American Society of Clinical Oncology, Orlando, Florida, May18-21, 2002.

21. Berndt, Ernst R., William H. Crown, Stan N. Finkelstein, Joel Kallich, M. Haim Erder and Gary H. Lyman, "Estimating the Impact of Cancer and Anemia on Workplace Absence in Employee Cancer Patients and Employee Caregivers of Patients with Cancer." Poster presented at the 14th MASCC/ISOO International Symposium, Supportive Care in Cancer, Boston, MA, June 23-26, 2002.

22. Witt, Whitney P., William H. Crown, Jon Maguire, Ernst R. Berndt and Stan N. Finkelstein, "Asthma in the Family: Determining Family-Level Psychological Morbidity, Medical Services Use, and Healthcare Expenditures." Poster presentation at the 130th Annual Meeting of the American Public Health Association, November 9-13, 2002, Philadelphia, PA.

23. Witt, Whitney P., William H. Crown, Jon Maguire, Ernst R. Berndt and Stan N. Finkelstein, "Pharmacy Benefit Plan Design, Prescription Drug Utilization, and Healthcare Use Among Asthmatics." Poster presentation at the 130th Annual Meeting of the American Public Health Association, November 9-13, 2002, Philadelphia, PA.

24. Berndt, Ernst R., Joel Kallich, Xiao Xu, M. Haim Erder, Howard Lee and John Glaspy, "Reductions in Anemia and Fatigue Are Associated with Improvements in Productivity." Poster presentation at the 44th Annual Meeting of the American Society of Hematology, December 9, 2002, Philadelphia, PA.

25. Pransky, Glenn, Stan N. Finkelstein, Ernst R. Berndt, Margaret K. Kyle, Joan M. Mackell and Dan Tortorice, "Measuring Health Impacts on Work Performance: Comparing Subjective and Objective Reports." Presentation at the International Society for Pharmacoeconomics and Outcomes Research Fifth Annual European Congress, de Doelen Congress Center, Rotterdam, The Netherlands, December 4, 2002.

## BUSINESS CASE STUDIES / CONTINUING MEDICAL EDUCATION MONOGRAPHS

1. King, Charles III, Alvin J. Silk, Lisa R. Klein and Ernst R. Berndt, "Pepcid AC(A): Racing to the OTC Market," Boston, MA: Harvard Business School, Case Study N9-500-073, February 4, 2000, 15 pp.

2. Marmar, Charles R. and Ernst R. Berndt, Health Economics of Posttraumatic Stress Disorder: Strategies for Managed Care, Glen Ellen, VA: National

Association of Managed Care Physicians, February 2001, 60 pp.

## FORTHCOMING PUBLICATIONS

1. White, Alan G., Jaison R. Abel, Ernst R. Berndt and Cory W. Monroe, "Hedonic Price Indexes for Personal Computer Operating Systems and Productivity Suites", Cambridge MA: National Bureau of Economic Research, Working Paper No. 10427, April 2004. Revised December 2005. Forthcoming (to be published in 2009) in Annales d'Economie et de Statistique, Special Issue in Memory of Zvi Griliches, No. 79/80, 2005, 21 pp.

2. Berndt, Ernst R. "Zvi Griliches", in Steven N. Durlauf and Lawrence E. Blume, eds., The New Palgrave Dictionary of Economics, Second Edition, six volumes, Palgrave Macmillan (Basingstoke and New York), forthcoming 2009.

3. Berndt, Ernst R., "Comment on Xue Song, William D. Marder, Robert Houchens, Jonathan E. Conklin and Ralph Bradley, 'Can a Disease-Based Price Index Improve the Estimation of the Medical CPI?'" Forthcoming in W. Erwin Diewert, John Greenlees and Charles M. Hulten, eds., Price Index Concepts and Measurements, Chicago: University of Chicago Press for the National Bureau of Economic Research, 2009.

4. Karen N. Eggleston, Nilay D. Shah, Steven A. Smith, Amy E. Wagie, Arthur R. Williams, Jerome H. Grossman, Ernst R. Berndt, Kirsten Hall Long, Ritesh Banerjee and Joseph P. Newhouse, "Assessing the Net Value of Health Care for Patients with Type 2 Diabetes, 1997-2005," forthcoming, Annals of Internal Medicine.

## OTHER COMPLETED PAPERS

1. Berndt, Ernst R. and Laurits R. Christensen, "The Specification of Technology in U.S. Manufacturing," Discussion Paper 73-17, University of British Columbia, Department of Economics, October 1973.

2. Berndt, Ernst R. and Terence J. Wales, "Determinants of Wage Rates for Married Women: Results from Panel Data," Discussion Paper 74-05, University of British Columbia, March 1974.

3. Berndt, Ernst R. and Terence J. Wales, "Labour Supply and Fertility Behaviour of Married Women: An Empirical Analysis," Discussion Paper 74-27, University of British Columbia, Department of Economics, December 1974, 50 pp., paper presented at the 1975 Meetings of the Population Association of America, Seattle, April 1975.

4. Berndt, Ernst R. and David O. Wood, "Technical Change, Tax Policy, and the

Derived Demand for Energy," xerolithed paper, University of British Columbia, Department of Economics, August 1975.

5. Berndt, Ernst R. and Dale W. Jorgenson, "Energy, Intermediate Goods, and Production in an Inter-Industry Econometric Model of the U.S., 1947-1971," paper presented at the World Congress of the Econometric Society, Toronto, August 1975.

6. Berndt, Ernst R. and David O. Wood, "Consistent Projections of Energy Demand and Aggregate Economic Growth: A Review of Issues and Empirical Studies," MIT Energy Laboratory Working Paper No. MIT-EL 77-024WP, June 1977.

7. Berndt, Ernst R., "The Demand for Electricity: Comment and Further Results," University of British Columbia Resources Paper 28, August 1978, 23 pp.

8. Berridt, Ernst R., Melvyn A. Fuss, and Leonard Waverman, "A Dynamic Model of Costs of Adjustment and Interrelated Factor Demands, with an Empirical Application to Energy Demand in U.S. Manufacturing," University of British Columbia Discussion Paper 79-30, August 1979, 47 pp.

9. Berndt, Ernst R., Robert B. Hirsh, and David O. Wood, "An Intercountry Translog Model of Energy Substitution Responses: Comment," MIT Energy Laboratory Working Paper No. MIT-EL 81-039WP, June 1981, 26 pp.

10. Berndt, Ernst R., "Electrification, Energy Quality, and Productivity Growth in U.S. Manufacturing," MIT Sloan School Working Paper No. 1421-83, March 1983.

11. Berndt, Ernst R. and David O. Wood, "Energy Price Changes and the Induced Revaluation of Durable Capital in U.S. Manufacturing," paper presented at the 1983 National Bureau of Economic Research Summer Workshop on Investment and Productivity, July 26, 1983, MIT Sloan School Working Paper No. 1455-83. Revised in January, March 1984.

12. Berndt, Ernst R., Catherine J. Morrison, and David O. Wood, "The Modeling, Interpretation and Measurement of Capacity Utilization," U.S. Department of Commerce, Bureau of the Census, Technical Notes, Contract Requisition No. 63-3-2, May 1983.

13. Berndt, Ernst R. and Dean Amel, "Depreciation in the Swedish Automobile Market: An Integration of Hedonic and Latent Variable Approaches," MIT Energy Laboratory Working Paper No. MIT-EL 86-007WP, March 1986.

14. Berndt, Ernst R. and Melvyn A. Fuss," Economic Capacity Utilization and Productivity Measurement for Multiproduct Firms with Multiple Quasi-Fixed Inputs," Cambridge, Massachusetts: NBER Working Paper 2932, April 1989.

15. Berndt, Ernst R., Ann F. Friedlaender, and Judy Shaw-Er Wang Chiang,

"Interdependent Pricing and Markup Behavior: An Empirical Analysis of GM, Ford, and Chrysler," Cambridge, Massachusetts: MIT Center for Energy Policy Research Working Paper MIT-CEPR 90-016WP, June 1990. Also issued as National Bureau of Economic Research, Working Paper No. 3396, June 1990.

16. Morrison, Catherine J. and Ernst R. Berndt, "Assessing the Productivity of Information Technology Equipment in U.S. Manufacturing Industries," Cambridge, MA: National Bureau of Economic Research, Working Paper No. 3582, January 1991.

17. Berndt, Ernst R. and Alvin J. Silk, "Consistency Requirements and the Specification of Asymmetric Attraction Models of Aggregate Market Share," paper presented at the TIMS Marketing Science Conference, London, 14 July 1992. Revised 31 August 1992.

18. Keith, Alison M. and Ernst R. Berndt, "A Primer on Issues in the Measurement of Price Change and Price Impact: An Application to Pharmaceuticals", Working Paper, MIT Program on the Pharmaceutical Industry, October 1994.

19. Silk, Alvin J., Lisa R. Klein and Ernst R. Berndt, "Restructuring in the U.S. Advertising Media Industry", Boston, MA: Harvard Business School, Division of Research, Working Paper 99-126, April 27, 1999.

19. Finkelstein, Stan N., Iain M. Cockburn, Howard L. Bailit, Jason Verner, Kenneth Haver and Ernst R. Berndt, "Lost Work Productivity and Absenteeism Among Parents of Children with Asthma," Cambridge, MA: MIT Program on the Pharmaceutical Industry, Working Paper 57-00, November 2000.

20. Frank, Richard G., Ernst R. Berndt, Julie M. Donohue, and Meredith B. Rosenthal, "Determinants and Effects of Direct-to-Consumer Advertising of Prescription Drugs: A Research Agenda," report prepared for the U.S. Department of Health and Human Services, Conference on Assessing the Impact of Direct-to-Consumer Advertising on Health Care Use, Costs and Outcomes, Washington D.C., May 16, 2001, 28 pp.

21. Russell, James M., Ernst R. Berndt, William H. Crown, Stan Finkelstein, Robert M. A. Hirschfeld, David L. Dunner, Daniel N. Klein, Madhukar H. Trivedi, Michael E. Thase, John Markowitz, Susan G. Kornstein, Bruce Arnow, Janice A. Blalock, Gabor Keitner, Lorrin M. Koran, James H. Kocsis, Davina C. Y. Ling, Rachel Manber, Ivan Miller, Amy White Poret, Frances E. Borian, and Martin B. Keller, "Cost Effectiveness of Nefazadone, Cognitive Behavioral Analysis System of Psychotherapy and Their Combination for the Treatment of Chronic Forms of Major Depression," MIT Sloan School, April 2002.

22. Marder, William D., Ernst R. Berndt, Larry Levitt and Joseph P. Newhouse, "A New Tool for Tracking Private Health Expenditures," Cambridge, MA: The MedStat Group, July 11, 2002.

23. Berndt, Ernst R. and Neal J. Rappaport, "Hedonics for Personal Computers: A Reexamination of Selected Econometric Issues," MIT Sloan School of Management, Draft Manuscript, 18 July 2002.  Revised August 2003.

24. Witt, Whitney; William H. Crown, Jon Maguire, Ernst R. Berndt and Stan N. Finkelstein, "Asthma in the Family: Determining Family-Level Medical Services Use and Healthcare Expenditures," Cambridge, MA: The MedStat Group, unpublished manuscript, September 2002.

25. Ling, Davina Y.C., Richard G. Frank and Ernst R. Berndt, "Behavioral Health Carve-outs and Psychotropic Drug Spending in Medicaid Populations," Boston, MA: Harvard Medical School, unpublished manuscript, May 2003.

26. Ling, Davina Y.C., Ernst R. Berndt and Richard G. Frank, "General Purpose Technologies, Technology-Skill Complementarity, and the Diffusion of New Psychotropic Medications Among Medicaid Populations," Boston, MA: Harvard Medical School, unpublished manuscript, September 2003.

27. Kallich, Joel D., Deborah Dobrez, Yonggang Zhao, Xiao Xu  and Ernst R. Berndt, "Mapping the Functional Assessment of Cancer Therapy (FACT) Fatigue Subscale to the EQ-5D Utility in an Anemic Oncology Sample," manuscript, Version 3, March 2005.

28. Berndt, Berndt, Ernst R., Iain M. Cockburn and Fabio Thiers, "Intellectual Property Rights and the Globalization of Clinical Trials for New Medicines", paper presented at the European Policy for Intellectual Property, First Annual Conference, Munich, Germany, September 7-8, 2006.  Revised May 2007, and retitled, "The Globalization of Clinical Trials: Where Are The Trials Going and Why?.

29. Dere, Melissa E., Ernst R. Berndt, Ilisa B. G. Bernstein, Mark R. Trusheim and Frank L. Douglas, "Changes in the Characteristics of Pivotal Clinical Trials in Support of Approved New Drug Applications for Antibiotics", MIT Center for Biomedical Innovation, draft manuscript, November 2006.

30. Bonfrer, André, Ernst R. Berndt and Alvin J. Silk, "Can Demand Theory Account for Anomalies in Estimates of Cross-Price Elasticities?", Cambridge, MA: National Bureau of Economic Research, Working Paper No. 12756, December 2006.

31. Ernst R. Berndt, Ilisa B.G. Bernstein, Melissa E. Dere, H. Sharon Lin, John S. MacNeil, Fabio A. Thiers, Mark R. Trusheim and Frank L. Douglas, "Characteristics of Clinical Trials Submitted in Support of Approved New Drug Applications:  Examination of Variability Across Therapeutic Class and Time Trends," draft manuscript, September 15, 2007.

32. Mohammad Arzaghi, Ernst R. Berndt, James C. Davis and Alvin J. Silk, "Economic Factors Underlying the Unbundling of Advertising Agency

Services", Cambridge, MA:  National Bureau of Economic Research, Working Paper No. 14345, September 2008.

33. Marisa Elena Domino, Ernst R. Berndt, and Richard G. Frank, "The Diffusion of Antipsychotic Medications: Does the Close-Knittedness of Physician Networks Matter?", paper presented at 2009 Annual Meetings of the American Economic Association, San Francisco, California, January 4, 2009.

**Exhibit B**

| Document Date | Description |
|---|---|
| 11/24/2008 | Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline's ("GSK's") Memorandum of Law in Support of Its Motion for Partial Summary Judgment in the New York County Cases |
| 11/24/2008 | Statement of Undisputed Material Facts in Support of Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline's ("GSK's") Motion for Partial Summary Judgment in the New York County Cases, including the Affidavits of Frederick G. Herold and Eric M. Gaier, Ph.D. and all accompanying exhibits |
| 02/11/2009 | Plaintiffs' Memorandum of Law in Opposition to SmithKline Beecham Corporation, d/ba/ GlaxoSmithKline's (GSK's) Motion for Partial Summary Judgment |
| 02/11/2009 | Affidavit of Joanne M. Cicala, and all accompanying exhibits |
| 02/11/2009 | Affidavit of Harris L. Devor and all accompanying exhibits |
| 02/11/2009 | Plaintiffs' Response to Statement of Undisputed Material Facts in Support of Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline's (GSK's) Motion for Summary Judgment in the New York Counties Cases and all accompanying exhibits |
| 03/04/2009 | Reply Brief of Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK") in Support of Its Motion for Partial Summary Judgment in the New York County Cases |
| 03/04/2009 | Supplemental Affidavit of Eric M. Gaier, Ph.D. and all accompanying exhibits |
| 03/18/2009 | Plaintiffs' Sur-Reply Memorandum of Law in Opposition to SmithKline Beecham Corporation, d/b/a GlaxoSmithKline's (GSK's) Motion for Partial Summary Judgment |
| 03/18/2009 | Affidavit of Joanne M. Cicala and all accompanying exhibits |
| 0318/2009 | Supplemental Affidavit of Harris L. Devor and all accompanying exhibits |
| 06/16/2009 | Plaintiffs' Supplemental Memorandum of Law in Opposition to SmithKline Beecham Corporation, d/b/a GlaxoSmithKline's (GSK's) Motion for Partial Summary Judgment |
| 06/16/2009 | Supplemental Affidavit of Joanne M. Cicala and all accompanying exhibits |
| 06/16/2009 | Second Supplemental Affidavit of Harris Devor and all accompanying exhibits |