**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| | MDL No.1456 |
| | Master File No. 01-CV-12257-PBS |
| | Subcategory No. 06-CV-11337-PBS |
| THIS DOCUMENT RELATES TO: *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation*, *et al.*, Civil Action No. 07-10248-PBS | ) ) ) ) ) ) ) |
| | Judge Patti B. Saris |
| | Magistrate Judge Marianne B. Bowler |
| | **Oral Argument Requested** |

**THE ROXANE DEFENDANTS' MOTION FOR
A FINDING OF SPOLIATION AND FOR SANCTIONS**

Pursuant to FED. R. CIV. P. 34 and 37 and the Court's inherent power to oversee discovery and prevent spoliation and litigation abuses, Defendants Boehringer Ingelheim Roxane, Inc., Roxane Laboratories, Inc., Boehringer Ingelheim Pharmaceuticals, Inc., and Boehringer Ingelheim Corporation (collectively, the "Roxane Defendants") respectfully request that this Court issue an order (1) finding that the United States has spoliated evidence in this case and that sanctions are warranted and (2) issuing appropriate sanctions. The grounds supporting the requested relief and recommended sanctions are set forth in the accompanying memorandum, as well as in the Abbott and Dey motions for spoliation of evidence and memoranda in support thereof, *see* Docket Nos. 6096-6097 and 6109-6110, respectively, which the Roxane Defendants hereby join.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(D), the Roxane Defendants request oral argument on the issues raised in this Motion, which they believe will assist the Court in deciding this Motion.

Dated: July 9, 2009

    /s/ John W. Reale
Helen E. Witt, P.C.
Anne M. Sidrys, P.C.
Eric T. Gortner
John W. Reale
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel for Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

        I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on July 9, 2009, a copy to LexisNexis File and Serve for posting and notification to all parties.

                                                     /s/ John W. Reale
                                                     John W. Reale