# Exhibit D

30(b)(6) Cigna (Helton, Carolyn)　　　　　　　　　　　　　March 13, 2008
　　　　　　　　　　　Nashville, TN

```
                                                           1

              UNITED STATES DISTRICT COURT

          FOR THE DISTRICT OF MASSACHUSETTS

     ------------------------x

     IN RE:  PHARMACEUTICAL  )MDL NO. 1456

     INDUSTRY AVERAGE        )

     WHOLESALE PRICE         )CIVIL ACTION:

     LITIGATION              )01-CV-12257-PBS

                             )

     THIS DOCUMENT RELATES TO)

     U.S. ex rel. Ven-A-Care )

     of the Florida Keys,    )

     Inc. v. Abbott          )

     Laboratories, Inc., et  )

     al. No. 06-CV-11337-PBS )

     ------------------------x

                           March 13, 2008



        VIDEOTAPED 30(b)(6) DEPOSITION OF

             CIGNA (CAROLYN HELTON)

        Taken on Behalf of the Defendants
```

### 42

1   Q    And by doing that, then you would come up
2   with the cost or the unit dosage?
3   **A    Correct.**
4   Q    Okay.  We can take a break for five
5   minutes if you'd like.  You can hold onto that.
6   We'll have a few more calculations, but I
7   promise not to get too obnoxious.
8          THE VIDEOGRAPHER:  We're going off
9   the record.  The time is 9:51.
10         (Recess.)
11         THE VIDEOGRAPHER:  Back on the
12  record.  The time is 10:00.
13  BY MS. GIULIANA:
14  Q    Okay.  So going back to the second page of
15  Exhibit 125.  If you can just explain to me how
16  it is that you calculated the median by using
17  the numbers in the cost/unit dosage column.
18  **A    Okay.  Once you determine the usage, then**
19  **you would see how many different actual items**
20  **that you have.  There's 11.  If you disregard**
21  **the one that says it was recalled, so the median**
22  **on that would have been the sixth.**

### 43

1   **So you would go from -- you have 40,**
2   **41, you had your first, your second, your third**
3   **is 42, your fourth is 43, fifth is 43, and your**
4   **sixth is 43.**
5   Q    Okay.
6   **A    So your sixth item in your array would**
7   **have been 43 cents.**
8   Q    Okay.  And would you do the actual array
9   on a separate worksheet or its's just something
10  that you could do in your head?
11  **A    It would depend on who was updating the --**
12  Q    Okay.  What was your practice?
13  **A    Usually I just use the actual sheet.**
14  Q    Meaning this sheet in front of us?
15  **A    Uh-huh.**
16  Q    And just counting from lowest to highest?
17  **A    And just doing the array.  If you get into**
18  **more than this, then yes, I would have put them**
19  **into something -- wrote all of them down and**
20  **then chose.**
21  Q    Okay.  And when you write them all down,
22  do you save those worksheets?

### 44

1   **A    No.**
2   Q    Okay.  Those just get tossed?
3   **A    Yes.**
4   Q    And if I wanted to check any of the
5   information that's contained in this worksheet,
6   how would I go about doing that?
7   **A    You would need to have the '94 annual, the**
8   **May 1994 Red Book and the August 1994 Red Books,**
9   **and look up the information in those Red Books**
10  **to verify that the price was pulled correctly,**
11  **and then determine the calculations.**
12  Q    And does Cigna maintain those -- those Red
13  Book updates?
14  **A    Not all of them.**
15  Q    Which ones does Cigna maintain?
16  **A    I am not exactly sure which ones that were**
17  **maintained.  Some of them -- I don't think we**
18  **had a '94 because the annual would have come out**
19  **prior to DMERC.  So the '94 we would have for**
20  **DME borrowed from our Part B side, and I don't**
21  **know what their retention is on that.  I don't**
22  **think they have them back that far.**

### 45

1   **For ours, I do have the other ones if**
2   **we received them.  Some Red Books, like one**
3   **month we might not have received the update.**
4   **For the annual, once we went to CD,**
5   **we dropped the annual.  So, again, if we needed**
6   **the annual itself, we would have borrowed it.**
7   Q    Okay.  Were you involved in collecting
8   documents that are responsive to this case?
9   **A    Yes.**
10  Q    And in collecting documents, did you
11  collect any of the Red Books or Red Book updates
12  that Cigna has?
13  **A    I gave some Red Book updates pages, but I**
14  **am not sure if they were -- they weren't**
15  **produced as part of my evidence, so I am not**
16  **sure.  We had the Red Books at the office and**
17  **were asked to provide certain pages.**
18  Q    Okay.
19  **A    So --**
20  Q    And if you can just look at the prices on
21  this page and tell me if the price for Dey Labs
22  is either at the median, below the median or

**Page 46**

1  above the median.
2  A   **For Dey it's below the median.**
3  Q   Okay. And it's below the median for what
4  time periods?
5  A   **August '94 through March '96.**
6  Q   Okay. If we could go to the third page of
7  Exhibit 125, if you could just tell me what this
8  page reflects.
9  A   **This is an update for albuterol that was**
10 **done on 3/28/96.**
11 Q   Okay. And who are the initials after the
12 '96 in the update column?
13 A   **It looks like ST to me.**
14 Q   Do you know who ST is?
15 A   **Stacey Thole.**
16 Q   Okay. So page 3 only covers one time
17 period, March of 1996; is that correct?
18 A   **March 28, '96.**
19 Q   And can you tell me, is Dey's AWP at,
20 below, or above the median?
21 A   **Dey is below the median.**
22 Q   And if you could go to the last page of

**Page 47**

1  Exhibit 125 and just tell me what this page
2  represents.
3  A   **This page represents the allowable for the**
4  **J7620 from 7/'96 through April '97.**
5  Q   Okay. And can you tell me, is Dey's AWP
6  at, above, or below the median?
7  A   **Below the median.**
8  Q   All right. In the event that the price
9  for Dey was something below 40 cents, let's say
10 if it was 10 cents, would that change have had
11 any effect on the median for this time period
12 covered by the last page of Exhibit 125?
13 A   **Considering the number of items that were**
14 **picked up, no.**
15 Q   And the reason for that is what?
16 A   **Because it's below the median.**
17 Q   All right. And will you agree with me,
18 Ms. Helton, that the drugs that are listed on
19 page 4 of Exhibit 125, that these are all
20 manufactured drugs? Correct?
21 A   **Correct.**
22 Q   Okay. And when I say manufactured, I mean

**Page 48**

1  it's a drug that's formulated for a patient by
2  an approved manufacturer such as the
3  manufacturers listed in this array; correct?
4  A   **Correct.**
5  Q   And under that definition, a manufactured
6  drug is different than a compounded drug;
7  correct?
8  A   **Correct.**
9  Q   Okay. A compounded drug unlike a
10 manufactured drug is a drug that's mixed
11 together by a pharmacist; correct?
12 A   **Oh --**
13 Q   Well, do you not know or --
14 A   **It depends on -- I'm not exactly sure what**
15 **the true definition of compounded drugs are. If**
16 **we're talking compounded drugs within the**
17 **policy, then a compounded drug would be one that**
18 **is mixed by the pharmacist.**
19 Q   Okay. And all of the -- all of the drugs
20 that are set forth in this array, none of them
21 are compounded drugs; right?
22 A   **Correct.**

**Page 49**

1  Q   But if a pharmacist submits a claim for a
2  compounded form of albuterol at the 0.083
3  percent strength, they would bill that claim
4  under this J-Code J7620; correct?
5       MR. HENDERSON: Objection.
6       THE WITNESS: I honestly do not know
7  based on the policies that were in place and the
8  time frames. Different -- the policy has
9  different guidelines for compound drugs, and the
10 coding to use for such depending on your dates.
11 BY MS. GIULIANA:
12 Q   Let's go back to the second page of
13 Exhibit 125. And just again remind me which
14 dates are covered by this array.
15 A   **August '94 -- August -- August 17, '94,**
16 **through March 8, '96.**
17 Q   Okay. I'd like to mark as Exhibit 126 a
18 document with the fax cover sheet to Rob Vito
19 from Pam Kelly, the Bates No. HHD011-0221,
20 attaching what appears to be a nebulizer
21 medications policy from 1995 for Region D.
22      MR. HENDERSON: This is same as

**146**

1  her superior?
2  **A   She was mine.**
3  Q   Now, I'd like you to walk me through --
4  approximately when was this document prepared?
5  **A   I honestly don't know.**
6  Q   Do you have any ballpark or idea of when
7  this was prepared?
8  **A   Because it's talking about October '99, I**
9  **would say the end of '99 -- end of '99 through**
10 **possibly the first quarter of 2000.**
11 Q   Okay.  Now, if you would, I'd like you to
12 walk through the exact process you used when you
13 would come up with a reimbursement level
14 starting with the very beginning, with the Red
15 Book, if you wouldn't mind.
16 **A   Okay.  The first thing when we're doing**
17 **the drug is to look at the code, the description**
18 **of the code, and what the unit is.**
19      **Then we would go to Red Book to find**
20 **the items that met the description of the code.**
21 **We would -- if we were working from the hard**
22 **copy, you have to go to the generic name of the**

**147**

1  **drug first, find all of the products that meet,**
2  **we would fill out or take the AWP from the Red**
3  **Book, pull that back to our array.**
4  Q   Okay.  I'm sorry.  Let me stop you there
5  real quick.
6  **A   Okay.**
7  Q   You indicated that you would use the paper
8  Red Book at times.  And would you also use an
9  electronic version of the Red Book at times?
10 **A   We went to the electronic version, I**
11 **believe, in 1999.**
12 Q   Do you know when in 1999 you started using
13 the electronic version?
14 **A   I do not.  I was trying to look in here**
15 **because I thought it actually --**
16 Q   If you don't recall, that's fine.
17 **A   I don't recall.**
18 Q   Okay.  And when you switched to the
19 electronic version of Red Book, did you maintain
20 the old paper copies of the Red Book that you
21 would use?
22 **A   Yes.**

**148**

1  Q   Do you know if you searched for those
2  documents for this litigation?
3  **A   We did not produce the Red Books.**
4  Q   Okay.  But you still maintain them at
5  Cigna?
6  **A   The ones that we have, yes.**
7  Q   Okay.  Okay.
8  **A   If -- based on the subscription.  I may**
9  **have missed one or two, and then when we went to**
10 **the electronic, we didn't get the annuals.**
11      MR. HECK:  Counsel, we would request
12 that these Red Book materials be produced.  You
13 can think it over if you want, but I'm just
14 making the request on the record.
15      MR. HENDERSON:  So noted.
16      MR. HECK:  Okay.
17      MR. HENDERSON:  I doubt we'll agree
18 to it.
19 BY MR. HECK:
20 Q   So when you switched to the electronic
21 version, in what form would that electronic
22 version of the Red Book come?

**149**

1  **A   It was on a CD.**
2  Q   Would you ever print versions of the CD in
3  hard copy form?
4  **A   We would print specific -- individual**
5  **pages.**
6  Q   Okay.  Would you -- did you maintain those
7  pages as quarters progressed?
8  **A   I am not sure that we maintained all of**
9  **them.**
10 Q   Okay.  Now, you indicated that you would
11 look at the code and find the description and
12 then go to the Red Book.
13      Who specifically -- would you
14 perform this function yourself, or would someone
15 on your staff perform this function?
16 **A   It could be either myself or one of the**
17 **other pricing analysts.**
18 Q   And around the time this document was
19 produced in late '99 or early 2000, how many
20 other pricing analysts were there with you?
21 **A   In '99 this would have been me.**
22 Q   It would just have been you?