# Exhibit E

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

MDL NO. 1456

CIVIL ACTION NO. 01-CV-12257-PBS

Judge Patti B. Saris

Magistrate Judge Marianne B. Bowler

IN RE:   PHARMACEUTICAL INDUSTRY

AVERAGE WHOLESALE PRICE LITIGATION

_____

THIS DOCUMENT RELATES TO:

U.S. Ex rel. Ven-A-Care of the

Florida Keys, Inc., v. Abbott

Laboratories, Inc., et al.,

No. 06-CV-11337-PBS

VOLUME I OF II

VIDEOTAPE 30(B)(6) DEPOSITION OF PALMETTO

(ROBIN KREUSH STONE)

Thursday, February 28, 2008

9:00 AM to 5:00 PM

Columbia, South Carolina

Reported by:   Jane G. LaPorte

Merit and Professional Certifications

110

1  Q.  Do you recognize that handwriting?
2  A.  Yes.
3  Q.  Whose handwriting is that?
4  A.  Mine.
5  Q.  Was this on the original document?  Or
6  did you add this?
7  A.  No.  This was on the original document,
8  that was in the folder.
9  Q.  And then are there -- if we go, for
10 example, to page 183, there's some handwritten
11 annotations on this document, as well, both the top
12 and on the side.
13     Were those annotations added for this
14 litigation?
15     Or were they part of the original
16 document?
17 A.  I believe they were part of the original
18 document.
19 Q.  Do you recognize the handwriting for
20 either of those notes?
21 A.  I want to think that might belong to
22 Schanell McClerkin, but I'm not positive.

111

1  Q.  If we go back to Bates Page ending 156,
2  this is a document titled:  Med B Drug Pricing Form
3  date 5/24/94.
4     Consultant is listed as AKT; do you know
5  who that is?
6  A.  That is Kristen Thomas, I believe, or
7  either Aimee Kornegay, but I don't know.  I want to
8  think it's Kristen Thomas.
9  Q.  Can you tell us what this page is?
10 A.  It is a drug array that was produced
11 for -- what appears to be the 1993/94 fee screen
12 year.
13 Q.  And can you tell, looking at the
14 document, how the price -- let me strike that --
15     The price calculated $18.66 on the right
16 side of the document; do you see that?
17 A.  Yes.
18 Q.  Is that the median AWP that was
19 calculated?
20 A.  Yes.
21 Q.  And can you tell, looking at the array,
22 how it was arrived at?

112

1  A.  That would have been based on the
2  average.
3  Q.  This is a situation where we have an even
4  number of drugs in the array, and you averaged the
5  two middle numbers?
6  A.  Correct.
7     MR. TORBORG:  Mark this as the next
8  exhibit.
9     (EXHIBIT ABBOTT 533 MARKED.)
10    MR. TORBORG:  For the record, what is
11 marked as Exhibit 533, is a cover page -- an excerpt
12 from the 1993 Red Book, bearing the Bates No.
13 RB03629, 04230 through 31.
14 A.  Uh-huh.
15 Q.  Ms. Stone, you are familiar with the Red
16 Book?
17 A.  Yes, I am.
18 Q.  When Palmetto calculated the AWP prices,
19 would it use hard copy of the annual book, monthly
20 updates, quarterly updates, all of those?  Or none
21 of those?
22 A.  I'm trying to recall.  And I think it

113

1  depended on, you know, receipt of the information.
2     What I recall is, that at one time we
3  used the annual -- at one time we used the annual,
4  plus I think monthly.
5     But I'm not positive if that was a
6  monthly publication.
7     And then I think later we used the
8  quarterly CD.
9  Q.  If we go to -- you see the column in the
10 array document that says the page number 585?
11 A.  Uh-huh.
12 Q.  If you go to the last page of the exhibit
13 that I just handed you, 533; is there a page number
14 at the top that says 585?
15 A.  Yes.
16 Q.  Does it -- does this allow you to infer
17 that this is the -- a copy of the page that the
18 consultant used to come up with the arrays?
19 A.  I would think so.
20 Q.  And do you see there that there is --
21 under Vancomycin HCL, you see that, at the top --
22 A.  Yes.

114

1  Q.  -- of the document, there is -- there is
2  a Abbott hospital version of the 500 milligrams, ten
3  each; you see that?
4  A.  (No response.)
5  Q.  Does that correspond to the one on the
6  page?
7  A.  Yes, it does.
8  Q.  And likewise, do the entries for Elkinson
9  and Harbor also correspond?
10 A.  Yes.
11 Q.  And then you see there's a section that
12 says: See Lycophin?
13 A.  Yeah.
14 Q.  There is an entry for Schein; does that
15 correspond for the entry on the array?
16 A.  Yes, it does.
17 Q.  Now, do you know why it is that there's
18 also one above that for Quad Pharm; do you see
19 that? PI-10-MI with diluent, 500 milligrams, ten
20 each, and then there is a price; do you see that?
21 A.  Yes, I do.
22 Q.  Do you know why that was not included

115

1  with the array?
2  A.  I want to say because of the added
3  description with diluent; but I'm not positive.
4  Q.  Do you know what that means: With
5  diluent?
6  A.  Yes. I do, now.
7  Q.  What does it mean?
8  A.  I said I do -- where it looks like they
9  have the powder for injection.
10    And this particular source says that it
11 is also including the diluent, which they use to
12 liquify the powder form of the drug.
13 Q.  And why would that mean it wouldn't be
14 included on the array?
15 A.  At that time, I'm not sure. I don't know
16 if maybe a decision -- where it was excluded
17 previously, and because it had the additional
18 description, it continued to be excluded; but I
19 don't know for certain.
20 Q.  If we go to the next array -- and the
21 document that you have your left hand on -- Abbott
22 Exhibit 532, does this appear to be another array

116

1  for Vancomycin in 1994?
2     MR. HENDERSON:  Objection.
3     MR. TORBORG:  What did I say wrong?
4     MR. HENDERSON:  You said: An array in
5  1994; and that's vague and ambiguous.
6     MR. TORBORG:  Okay.
7  Q.  Does it appear to be an array that was
8  calculated at some point during 1994?
9  A.  This 10157?
10 Q.  Yes.
11 A.  It has a date of September, 1994 on it.
12    So, it looks like they probably were
13 developing it at that time.
14    But the note in the bottom corner leads
15 me to believe that it's for 1995.
16 Q.  Now, this one, it indicates a price
17 implemented of $18.81, and a price calculated of
18 $14.69; is that right?
19 A.  Yes.
20 Q.  And was the $14.69, the average of the
21 two middle numbers in this even-numbered array?
22 A.  Without a calculator, I would say yes.

117

1  Q.  I have done the math, seems to work out.
2     And there is a note next to $18.81, that
3  says: Per C. Do you know what that means?
4  A.  I think it continues on the next page.
5  Q.  Per CMS use the HCFA media, not the true
6  media; is that right?
7  A.  Yes.
8  Q.  And is that along the lines of what we
9  talked about earlier today, about what the HCFA
10 median was -versus- the true median?
11 A.  Yes.
12 Q.  And can you explain that to us again.
13 A.  At one point in time, the HCFA median is
14 using the next highest number when you have an even
15 number; whereas, the true median would be the
16 average of the two middle numbers.
17 Q.  And because of the HCFA policy that was
18 in place at that time, instead of paying $14.69 per
19 500 milligrams of Vancomycin HCL, the program was
20 paying $18.81; is that right?
21 A.  That's correct.
22 Q.  And that increase had nothing to do with