# Exhibit F

                                                                    223

                        UNITED STATES DISTRICT COURT

                      FOR THE DISTRICT OF MASSACHUSETTS

                             MDL NO. 1456

                    CIVIL ACTION NO. 01-CV-12257-PBS

                         Judge Patti B. Saris

                  Magistrate Judge Marianne B. Bowler

IN RE:   PHARMACEUTICAL INDUSTRY

AVERAGE WHOLESALE PRICE LITIGATION

_____

THIS DOCUMENT RELATES TO:

U.S. Ex rel. Ven-A-Care of the

Florida Keys, Inc., v. Abbott

Laboratories, Inc., et al.,

No. 06-CV-11337-PBS

                           VOLUME II OF II

          VIDEOTAPE 30(B)(6) DEPOSITION OF PALMETTO

                       (ROBIN KREUSH STONE)

                    Friday, February 29, 2008

                        9:00 AM to 4:00 PM

                     Columbia, South Carolina

Reported by:   Jane G. LaPorte

                Merit and Professional Certifications

280

1 exception; is that correct?
2   A.   Yes.
3   Q.   Now, when you say retroactive to the
4 first day of the year, how does that affect claims
5 payments?
6   **A.   When the fees are put into the pricing**
7 **system, you only have one pricing bucket for the**
8 **current fee screen year.**
9        **So, when you enter the fee, anything that**
10 **is processed on or after the date of that fee being**
11 **entered, based on the dates of service for that**
12 **year, would price off of that new fee.**
13   Q.   So, theoretically, just to get an
14 explanation on this -- if a claim was -- if a
15 service was provided before the price change went
16 into effect, but the claim was paid after the price
17 change went into effect, then it would be paid at
18 the new price, not the price that was in effect when
19 the service was provided?
20   **A.   I'm not really sure at what point the**
21 **system plugged the fee.**
22        **I'm not sure if it plugs it when it first**

281

1 **enters the system, or when it reaches final.**
2   Q.   So you are not sure --
3        Just to clarify that answer, you're not
4 sure if a fee is assigned to a given claim when it
5 enters the system, when it's initially submitted, or
6 when it's actually paid; is that what your statement
7 is?
8   **A.   Right.**
9        MR. HECK: Let's move on to a new
10 document.
11        (EXHIBIT ROXANE 042 MARKED.)
12   Q.   If you would please take a moment to
13 review that.
14   **A.   Okay.**
15   Q.   Do you recognize this document?
16   **A.   Yes, I do.**
17   Q.   And what is it?
18   **A.   It is a letter in response to a CMS**
19 **request for information.**
20   Q.   This letter is dated December 1, 1999,
21 correct?
22   **A.   Yes.**

282

1   Q.   And it's signed by you, again?
2   **A.   Yes.**
3   Q.   Do you recall preparing this letter?
4   **A.   Yes.**
5   Q.   Now, at the time this letter was
6 prepared, the reimbursement formula had changed from
7 the previous document I showed you to -- it was now
8 95 percent of the median AWP; is that correct?
9   **A.   I believe so.**
10   Q.   Now, in this letter, as you said, you are
11 reporting your pricing information directly to HCFA;
12 is that correct?
13   **A.   Yes.**
14   Q.   And this is done pursuant to the Uniform
15 Drug Pricing Project; is that right?
16   **A.   Yes.**
17   Q.   What was the Uniform Drug Pricing
18 Project?
19   **A.   If I recall, I think that was where they**
20 **were trying to establish consistent practices among**
21 **all contractors in pricing drugs.**
22   Q.   Was it your understanding at the time,

283

1 that the different carriers were pricing
2 inconsistently?
3   **A.   I think --**
4        MR. WALKER: Object to the form.
5   Q.   You can answer.
6   **A.   I think, you know, the decisions used in**
7 **the sources between the contractors may have**
8 **differed.**
9   Q.   Do you know why it differed?
10   **A.   No.**
11   Q.   Do you recall other occasions, from 1996
12 to 2003, where you provided information like this to
13 HCFA for CMS?
14   **A.   I don't recall specifically, no.**
15   Q.   Do you know if there were other
16 instances, other than this, in which you gave them
17 information?
18   **A.   I don't recall if there was or not.**
19   Q.   Now, I'm going to direct your attention
20 to the first page under the bolded list number one,
21 where they ask you how you determine AWP.
22        It indicates here that: We are currently

284

1  using quarterly updates of the Micro Medex Red Book
2  for Windows CD and the Drug Topics Red Book monthly
3  publication; do you see that?
4     A.   Uh-huh.
5     Q.   What's the difference between those two
6  publications?
7     A.   Let's see.  Quarterly updates, the
8  quarterly updates -- the CD would come out
9  quarterly.
10        The monthly updates was a hard copy
11  publication.
12    Q.   And so, is it your understanding that you
13  were using both at the time?
14    A.   Yes.
15    Q.   So, how would that work in practice?
16  Would you -- would the person setting up an Excel
17  spreadsheet for a given J code, have the CD with
18  him -- him or her -- or the -- and the monthly
19  update in paper form, as well?
20    A.   If I recall, yes.
21    Q.   Do you recall occasions where the figures
22  reported on the quarterly CD and the monthly update

285

1  were different?
2     A.   Occasionally --
3     Q.   Okay.
4     A.   -- you would see that.
5     Q.   In those instances, which publication
6  would you use?
7     A.   Well, depending on the timing of the
8  updates, the quarterly CD.
9        And I can't recall, you know, exactly
10  when the timing was that we stopped using monthly.
11       If we had the quarterly, and then
12  monthly -- subsequent monthly updates came out -- we
13  would check that monthly for revised AWP.
14    Q.   So, would you use the most recent of the
15  sources?
16    A.   Yeah.
17    Q.   Now, you indicated that you stopped using
18  monthly at one point; is that right?
19    A.   I think so.  The drug updates over time,
20  I know are kind of confusing.
21       Because at one time we did monthly
22  updates, but I think that was prior to this relevant

286

1  period.
2     Q.   So, you would do monthly updates prior to
3  1996; is that correct?
4     A.   Sometimes.  At one point, we were doing
5  monthly.
6        But if I recall, the problem is -- I
7  can't recall exactly when the timing was that we
8  performed the updates.
9        What we did was the most current CD.  And
10  then any current hard copy monthly updates would be
11  referred to.
12    Q.   So, when you were using the monthly
13  updates, would you, or a member of your staff,
14  actually make the changes when you received the
15  updates?
16       Or would you wait until you made the
17  quarterly changes to the worksheets?
18    A.   I can't recall, but I think they would
19  look at them whenever they were doing the quarterly
20  updates.
21    Q.   And then -- okay -- so, they would wait
22  until the next quarterly update needed to be done

287

1  and then look at the monthly updates then?
2     A.   I think so.
3     Q.   Also, on that first page, the last
4  line -- the second-to-the-last line, it says:  The
5  calculated fees are manually loaded into our
6  Medicare pricing subsection APPL2; is that correct?
7     A.   Yes.
8     Q.   Now, could you just -- and this was
9  mentioned in the prior documents -- what is APPL2?
10    A.   It's just the acronym for the pricing
11  module that maintains our prices.
12    Q.   So, it would be like an Excel spreadsheet
13  system, basically, correct?
14    A.   No.  It's a mainframe --
15    Q.   So --
16    A.   -- file.
17    Q.   How would this Excel spreadsheet be
18  reconciled with this mainframe?
19    A.   Once they are entered, we go through a
20  quality control check.
21    Q.   So, were these Excel spreadsheets
22  uploaded into the system?