# Exhibit H

| UPDATE APPL/2 FILES FOR: | MED-B | | DMERC | | | UPDATED PRICE: | | |
|---|---|---|---|---|---|---|---|---|
| CODE: J 7645 | | | | | | EFFECTIVE DATE: | | |
| | | | | | | PREVIOUS PRICE: | | |
| NAME OF DRUG: | | | | | | | | |
| SOURCE: 95 Red Book 139 | | | | | | | | |
| MANUFACTURER | FORM | STRENGTH | SIZE | PRICE | PER DOSE PRICE | USE IN ARRAY | ARRAY | |
| Boehringer Ingelheim / Atrovent | | | | | | | | |
| | PKG | .08mg | 44g₂ | 35.27 | | | | |
| | Sol | .02% | 2.5ml 2ml/25 | 46.09 | .75 | | | |

EXHIBIT
Roxane 118
PENGAD 800-631-6989

AWP037-0471

F

J0743.XLS

| UPDATE APPL/2 FILES FOR: | | MED-B | | DMERC | X | | UPDATED PRICE: | |
|---|---|---|---|---|---|---|---|---|
| CODE: | | | | | | | EFFECTIVE DATE: | |
| | | | | | | | PREVIOUS PRICE: | |
| NAME OF DRUG:  Ipratropium Bromide 1vial/.2% in 2.5ml | | | | | 2.5 ml - 5ml | | | |
| SOURCE: | | *A,trovent* | | | 1 mg | | | |

| MANUFACTURER | FORM | STRENGTH | SIZE | PRICE | PER DOSE PRICE | USE IN ARRAY | ARRAY |
|---|---|---|---|---|---|---|---|
| 96 — 2.5 / 25 — 48.96 = 1.96 — 3.92 | | | | | | | |
| 95  25 — 25   46.69 — 1.87 — 38.74 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

AWP037-1638

IPRA.XLS

| UPDATE APPL/2 FILES FOR: | MED-B | | DMERC | X | | UPDATED PRICE: | _AC_ |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | EFFECTIVE DATE: | |
| CODE:  J7645 | | | | | | PREVIOUS PRICE: | .75 |
| | | | | | | | |
| NAME OF DRUG: Ipratropium bromide, 0.02%, per ml, inhalation solution administered through DME | | | | | | | |
| (Atrovent) | | | | | | | |
| SOURCE: | | | | | | | |

| MANUFACTURER | FORM | STRENGTH | SIZE | PRICE | PER DOSE PRICE | USE IN ARRAY | ARRAY |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | .25ml / 25 | | | | | | |
| | 25  25 | 48.96 | -78¢ | | | | |
| 96-139 | 2.5 | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

AWP036-0009

FL

J7645.XLS

HCPCS CODE: K0518

NAME OF DRUG: Ipratropium bromide, inhalation solution administered through DME,
unit dose form, per milligram

SOURCE: 97 Redbook Updates (see updates listed by product)

| | | | | EFFECTIVE DATE: | | 4/1/97 |
|---|---|---|---|---|---|---|
| | | | | K0518KO | $ | 3.52 |
| | | | | K0518KP | $ | 3.52 |
| | | | | K0518KQ | $ | 3.06 |

| MANUFACTURER/DISTRIBUTOR | FORM | STRENGTH | QUANTITY | AWP PRICE | PRICE PER MG | ARRAY ALL |
|---|---|---|---|---|---|---|
| Dey  (Redbook update Feb. 97 pg45) | SOL, IH | 0.02% | 2.5ml 25s | 44.10 | 3.53 | 3.53 |
| Dey  (Redbook update Feb. 97 pg45) | SOL, IH | 0.02% | 2.5ml 60s | 105.60 | 3.52 | 3.52 |
| Roxane (Redbook update March 97 pg43) | SOL, IH | 0.02% | 2.5ml 25s | 44.06 | 3.52 | 3.52 |
| Roxane (Redbook update March 97 pg43) | SOL, IH | 0.02% | 2.5ml 30s | 52.87 | 3.52 | 3.52 |
| | | | | | MEDIAN     $ | 3.52 |

Unit dose form: SOL. IH - 0.02%

Unit dose amt.: 0.5mg

Concentrate form:  Calculation Memo 3/5/97 Dr. Oleck

| KO & KP | $ | 3.52 |
|---|---|---|
| UD(mg) | x | 0.5 |
| | = | 1.76 |
| J7051 | - | 0.23 |
| | = | 1.53 |
| UD(mg) | ÷ | 0.5 |
| KQ | $ | 3.06 |

AWP036-0347

DMERC RegB 6/17/97K0518.XLS

**HCPCS CODE: K0518**

**NAME OF DRUG:** Ipratropium bromide, inhalation solution administered through DME, unit dose form, per milligram

**SOURCE:** 97 Redbook, pg352

**EFFECTIVE DATE:** 7/1/97

|  | Previous Price | Current Price |
|---|---|---|
| K0518KO | $ 3.52 | $ 3.52 |
| K0518KP | $ 3.52 | $ 3.52 |
| K0518KQ | $ 3.06 | $ 3.06 |

**STATUS:** No Change
Changed Fee = **
Source Deleted = ##

| MANUFACTURER/DISTRIBUTOR | FORM | STRENGTH | QUANTITY | AWP PRICE | PRICE PER MG | ARRAY ALL | STATUS |
|---|---|---|---|---|---|---|---|
| Dey | SOL, IH | 0.02% | 2.5ml 25s | 44.10 | 3.53 | 3.53 | |
| Dey | SOL, IH | 0.02% | 2.5ml 60s | 105.60 | 3.52 | 3.52 | |
| Roxane | SOL, IH | 0.02% | 2.5ml 25s | 44.06 | 3.52 | 3.52 | |
| Roxane | SOL, IH | 0.02% | 2.5ml 30s | 52.87 | 3.52 | 3.52 | |
| | | | | | | MEDIAN | $ 3.52 |

Unit dose form: SOL. IH - 0.02%

Unit dose amt.: 0.5mg

Concentrate form:  Calculation Memo 3/5/97 Dr. Oleck

| KO & KP | $ 3.52 |
|---|---|
| UD(mg) x | 0.5 |
| = | 1.76 |
| J7051 - | 0.23 |
| = | 1.53 |
| UD(mg) + | 0.5 |
| KQ | $ 3.06 |

DMERC RegB
Revised 7/1/97
Quarterly Update

HCPCS CODE: **K0518**

NAME OF DRUG: **Ipratropium bromide, inhalation solution administered through DME,**
**unit dose form, per milligram**

SOURCE: 97 Redbook, pg352

| EFFECTIVE DATE: | | | | 1/1/98 |
|---|---|---|---|---|
| | | Previous Price | | Current Price |
| K0518KO | $ | 3.52 | $ | 3.52 |
| K0518KP | $ | 3.52 | $ | 3.52 |
| K0518KQ | $ | 3.06 | $ | 3.06 |

STATUS:  **No Change**
**Changed Fee = \*\***
**Source Deleted = ##**

| MANUFACTURER/DISTRIBUTOR | FORM | STRENGTH | QUANTITY | AWP PRICE | PRICE PER MG | ARRAY ALL | STATUS |
|---|---|---|---|---|---|---|---|
| Dey | SOL, IH | 0.02% | 2.5ml 30s | 52.80 | 3.52 | | \*\* |
| Dey | SOL, IH | 0.02% | 2.5ml 25s | 44.10 | 3.53 | 3.53 | |
| Dey | SOL, IH | 0.02% | 2.5ml 60s | 105.60 | 3.52 | 3.52 | |
| Roxane | SOL, IH | 0.02% | 2.5ml 25s | 44.06 | 3.52 | 3.52 | |
| Roxane | SOL, IH | 0.02% | 2.5ml 30s | 52.87 | 3.52 | 3.52 | |
| Roxane | SOL, IH | 0.02% | 2.5ml 60s | 105.74 | 3.52 | 3.52 | \*\* |
| | | | | | | MEDIAN | $      3.52 |

Unit dose form: SOL. IH - 0.02%
Unit dose amt.: 0.5mg
Concentrate form:  Calculation Memo 3/5/97 Dr. Oleck

| KO & KP | $ | 3.52 |
|---|---|---|
| UD(mg)  x | | 0.5 |
| = | | 1.76 |
| J7051  - | | 0.23 |
| = | | 1.53 |
| UD(mg)  ÷ | | 0.5 |
| KQ | $ | 3.06 |

AWP036-1767

DMERC RegB
Revised 1/1/98
Quarterly Update

**HCPCS CODE: K0518**

**NAME OF DRUG:  Ipratropium bromide, inhalation solution administered through DME,**
**unit dose form, per milligram**

**SOURCE:  97 Redbook, pg352**

| EFFECTIVE DATE: | | | | 1/1/98 |
|---|---|---|---|---|
| | Previous Price | | Current Price | |
| K0518KO | $ | 3.52 | $ | 3.52 |
| K0518KP | $ | 3.52 | $ | 3.52 |
| K0518KQ | $ | 3.06 | $ | 3.06 |

**STATUS:   No Change**
**Changed Fee = ***
**Source Deleted = ##**

| MANUFACTURER/DISTRIBUTOR | FORM | STRENGTH | QUANTITY | AWP PRICE | PRICE PER MG | ARRAY ALL | STATUS |
|---|---|---|---|---|---|---|---|
| Dey | SOL, IH | 0.02% | 2.5ml 30s | 52.80 | 3.52 | | ** |
| Dey | SOL, IH | 0.02% | 2.5ml 25s | 44.10 | 3.53 | 3.53 | |
| Dey | SOL, IH | 0.02% | 2.5ml 60s | 105.60 | 3.52 | 3.52 | |
| Roxane | SOL, IH | 0.02% | 2.5ml 25s | 44.06 | 3.52 | 3.52 | |
| Roxane | SOL, IH | 0.02% | 2.5ml 30s | 52.87 | 3.52 | 3.52 | |
| Roxane | SOL, IH | 0.02% | 2.5ml 60s | 105.74 | 3.52 | 3.52 | ** |
| | | | | | | MEDIAN | $ 3.52 |

Unit dose form: SOL. IH - 0.02%

Unit dose amt.: 0.5mg

Concentrate form:  Calculation Memo 3/5/97 Dr. Oleck

| KO & KP | $ | 3.52 |
|---|---|---|
| UD(mg) x | | 0.5 |
| = | | 1.76 |
| J7051 - | | 0.23 |
| = | | 1.53 |
| UD(mg) ÷ | | 0.5 |
| KQ | $ | 3.06 |

DMERC RegB
Revised4/1/98
Quarterly Update

**HCPCS CODE: K0518**

**NAME OF DRUG:** Ipratropium bromide, inhalation solution administered through DME,
unit dose form, per milligram

**SOURCE:** 98 Redbook, pg369

**EFFECTIVE DATE:** 7/1/98

| | Previous Price | Current Price | Current 95% |
|---|---|---|---|
| K0518KO | $ 3.52 | $ 3.52 | $ 3.34 |
| K0518KP | $ 3.52 | $ 3.52 | $ 3.34 |
| K0518KQ | $ 3.06 | $ 3.10 | $ 2.95 |

**STATUS:** No Change
Changed Fee = **
Source Deleted = ##

| MANUFACTURER/DISTRIBUTOR | FORM | STRENGTH | QUANTITY | AWP PRICE | PRICE PER MG | ARRAY ALL | STATUS |
|---|---|---|---|---|---|---|---|
| Dey | SOL, IH | 0.02% | 2.5ml 30s | 52.80 | 3.52 | | |
| Dey | SOL, IH | 0.02% | 2.5ml 25s | 44.10 | 3.53 | 3.53 | |
| Dey | SOL, IH | 0.02% | 2.5ml 60s | 105.60 | 3.52 | 3.52 | |
| Compumed | SOL, IH | 0.02% | 2.5ml 25s | 40.30 | 3.22 | 3.22 | ** |
| Roxane | SOL, IH | 0.02% | 2.5ml 25s | 44.06 | 3.52 | 3.52 | |
| Roxane | SOL, IH | 0.02% | 2.5ml 30s | 52.87 | 3.52 | 3.52 | |
| Roxane | SOL, IH | 0.02% | 2.5ml 60s | 105.74 | 3.52 | 3.52 | |
| | | | | | | MEDIAN | $ 3.52 |

Unit dose form: SOL. IH - 0.02%

Unit dose amt.: 0.5mg

Concentrate form: Calculation Memo 3/5/97 Dr. Oleck

| K0518KO & KP | $ 3.52 |
|---|---|
| UD(mg) x | 0.5 |
| = | 1.76 |
| J7051 - | 0.21 |
| = | 1.55 |
| UD(mg) ÷ | 0.5 |
| K0518KQ | $ 3.10 |

AWP036-2131

HCPCS CODE: K0518

NAME OF DRUG: Ipratropium bromide, inhalation solution administered through DME,
unit dose form, per milligram

SOURCE: 98 Redbook, pg369

**EFFECTIVE DATE:** 7/1/98

| | Previous Price | Current Price | Current 95% |
|---|---|---|---|
| K0518KO | $ 3.52 | $ 3.52 | $ 3.34 |
| K0518KP | $ 3.52 | $ 3.52 | $ 3.34 |
| K0518KQ | $ 3.06 | $ 3.08 | $ 2.93 |

**STATUS:** No Change
Changed Fee = **
Source Deleted = ##

| MANUFACTURER/DISTRIBUTOR | FORM | STRENGTH | QUANTITY | AWP PRICE | PRICE PER MG | ARRAY ALL | STATUS |
|---|---|---|---|---|---|---|---|
| Dey | SOL, IH | 0.02% | 2.5ml 30s | 52.80 | 3.52 | | |
| Dey | SOL, IH | 0.02% | 2.5ml 25s | 44.10 | 3.53 | 3.53 | |
| Dey | SOL, IH | 0.02% | 2.5ml 60s | 105.60 | 3.52 | 3.52 | |
| Compumed | SOL, IH | 0.02% | 2.5ml 25s | 40.30 | 3.22 | 3.22 | ** |
| Roxane | SOL, IH | 0.02% | 2.5ml 25s | 44.06 | 3.52 | 3.52 | |
| Roxane | SOL, IH | 0.02% | 2.5ml 30s | 52.87 | 3.52 | 3.52 | |
| Roxane | SOL, IH | 0.02% | 2.5ml 60s | 105.74 | 3.52 | 3.52 | |
| | | | | | | MEDIAN | $ 3.52 |

Unit dose form: SOL. IH - 0.02%
Unit dose amt.: 0.5mg
Concentrate form: Calculation Memo 3/5/97 Dr. Oleck

| K0518KO & KP | $ 3.52 |
|---|---|
| UD(mg)  x | 0.5 |
| = | 1.76 |
| J7051  - | 0.22 |
| = | 1.54 |
| UD(mg)  ÷ | 0.5 |
| K0518KQ | $ 3.08 |

AWP036-2316

HCPCS CODE: K0518

NAME OF DRUG:  Ipratropium bromide, inhalation solution administered through DME,
              unit dose form, per milligram

SOURCE: 98 Redbook, pg369

| | Previous Price | Current Price | Current 95% |
|---|---|---|---|
| EFFECTIVE DATE: | | 7/1/98 | |
| K0518KO | $ 3.52 | $ 3.52 | $ 3.34 |
| K0518KP | $ 3.52 | $ 3.52 | $ 3.34 |
| K0518KQ | $ 3.06 | $ 3.14 | $ 2.98 |

STATUS:   No Change
          Changed Fee = **
          Source Deleted = ##

| MANUFACTURER/DISTRIBUTOR | FORM | STRENGTH | QUANTITY | AWP PRICE | PRICE PER MG | ARRAY ALL | STATUS |
|---|---|---|---|---|---|---|---|
| Dey | SOL, IH | 0.02% | 2.5ml 30s | 52.80 | 3.52 | | |
| Dey | SOL, IH | 0.02% | 2.5ml 25s | 44.10 | 3.53 | 3.53 | |
| Dey | SOL, IH | 0.02% | 2.5ml 60s | 105.60 | 3.52 | 3.52 | |
| Compumed | SOL, IH | 0.02% | 2.5ml 25s | 40.30 | 3.22 | 3.22 | ** |
| Roxane | SOL, IH | 0.02% | 2.5ml 25s | 44.06 | 3.52 | 3.52 | |
| Roxane | SOL, IH | 0.02% | 2.5ml 30s | 52.87 | 3.52 | 3.52 | |
| Roxane | SOL, IH | 0.02% | 2.5ml 60s | 105.74 | 3.52 | 3.52 | |
| | | | | | | MEDIAN | $ 3.52 |

Unit dose form: SOL. IH - 0.02%
Unit dose amt.: 0.5mg
Concentrate form: Calculation Memo 3/5/97 Dr. Oleck

| K0518KO & KP | $ | 3.52 |
|---|---|---|
| UD(mg) x | | 0.5 |
| = | | 1.76 |
| J7051 - | | 0.19 |
| = | | 1.57 |
| UD(mg) ÷ | | 0.5 |
| K0518KQ | $ | 3.14 |

AWP036-2045

HCPCS CODE: K0518

NAME OF DRUG: Ipratropium bromide, inhalation solution administered through DME,
unit dose form, per milligram

SOURCE: 98 Redbook, pg369

EFFECTIVE DATE:     10/1/98

| | Previous Price | Current Price | Current 95% |
|---|---|---|---|
| K0518KO | $ 3.52 | $ 3.52 | $ 3.34 |
| K0518KP | $ 3.52 | $ 3.52 | $ 3.34 |
| K0518KQ | $ 3.08 | $ 3.14 | $ 2.98 |

STATUS:     No Change
Changed Fee = **
Source Deleted = ##

| MANUFACTURER/DISTRIBUTOR | FORM | STRENGTH | QUANTITY | AWP PRICE | PRICE PER MG | ARRAY ALL | STATUS |
|---|---|---|---|---|---|---|---|
| Dey | SOL, IH (PF) | 0.02% | 2.5ml 30s | 52.80 | 3.52 | | |
| Dey | SOL, IH | 0.02% | 2.5ml 25s | 44.10 | 3.53 | 3.53 | |
| Dey | SOL, IH | 0.02% | 2.5ml 60s | 105.60 | 3.52 | 3.52 | |
| Compumed | SOL, IH | 0.02% | 2.5ml 25s | 40.30 | 3.22 | 3.22 | ** |
| Roxane | SOL, IH | 0.02% | 2.5ml 25s | 44.06 | 3.52 | 3.52 | |
| Roxane | SOL, IH | 0.02% | 2.5ml 30s | 52.87 | 3.52 | 3.52 | |
| Roxane | SOL, IH | 0.02% | 2.5ml 60s | 105.74 | 3.52 | 3.52 | |
| | | | | | | MEDIAN $ | 3.52 |

Unit dose form: SOL, IH - 0.02%
Unit dose amt.: 0.5mg
Concentrate form: Calculation Memo 3/5/97 Dr. Oleck

| K0518KO & KP | $ 3.52 |
|---|---|
| UD(mg) x | 0.5 |
| = | 1.76 |
| J7051 - | 0.19 |
| = | 1.57 |
| UD(mg) ÷ | 0.5 |
| K0518KQ | $ 3.14 |

K0518.XLS
DMERC RegB
10/1/98 Quarterly Update
(5% HCFA Cut)

**HCPCS CODE: K0518**

**NAME OF DRUG: Ipratropium bromide, inhalation solution administered through DME,**
**unit dose form, per milligram**

**SOURCE: April 99 Redbook Database**

EFFECTIVE DATE:    7/1/99

| | Previous Price | Current Price | Current 95% |
|---|---|---|---|
| K0518KO | $  3.52 | $  3.52 | $  3.34 |
| K0518KP | $  3.52 | $  3.52 | $  3.34 |
| K0518KQ | $  3.14 | $  3.20 | $  3.04 |

STATUS:    No Change
Changed Fee = **
Source Deleted = ##

| MANUFACTURER/DISTRIBUTOR | FORM | STRENGTH | QUANTITY | AWP PRICE | PRICE PER MG | ARRAY ALL | STATUS |
|---|---|---|---|---|---|---|---|
| Dey | SOL, IH | 0.02% | 2.5ml 30s | 52.80 | 3.52 | 3.52 | |
| Dey | SOL, IH | 0.02% | 2.5ml 25s | 44.10 | 3.53 | 3.53 | |
| Dey | SOL, IH | 0.02% | 2.5ml 60s | 105.60 | 3.52 | 3.52 | |
| Compumed | SOL, IH | 0.02% | 2.5ml 25s | 40.30 | | | ## |
| Roxane | SOL, IH | 0.02% | 2.5ml 25s | 44.06 | 3.52 | 3.52 | |
| Roxane | SOL, IH | 0.02% | 2.5ml 30s | 52.87 | 3.52 | 3.52 | |
| Roxane | SOL, IH | 0.02% | 2.5ml 60s | 105.74 | 3.52 | 3.52 | |
| Phys Total Care | SOL, IH | 0.02% | 2.5ml 60s | 53.95 | 1.80 | 1.80 | |
| Phys Total Care | SOL, IH | 0.02% | 2.5ml 25s | 26.31 | 2.10 | 2.10 | |
| | | | | | | MEDIAN | $  3.52 |
| **BRAND NAMES:** | | | | | | | |
| Atrovent/Boehr Ingelheim | SOL, IH | 0.02% | 2.5ml 25s | 58.40 | 4.67 | | |
| Atrovent/Compumed | SOL, IH | 0.02% | 2.5ml 25s | 49.95 | 4.00 | | |

Unit dose form: SOL, IH - 0.02%
Unit dose amt.: 0.5mg
Concentrate form: Calculation Memo 3/5/97 Dr. Oleck

| K0518KO & KP | $ | 3.52 |
|---|---|---|
| UD(mg)  x | | 0.5 |
| = | | 1.76 |
| J7051  - | | 0.16 |
| = | | 1.6 |
| UD(mg)  ÷ | | 0.5 |
| K0518KQ | $ | 3.20 |

K0518
DMERC RegB
7/1/99 Quarterly Update
(5% HCFA Cut)

AWP039-1229

F

HCPCS CODE: J7644 (K0518 3/31/00)

NAME OF DRUG: Ipratropium bromide, inhalation solution administered through DME, unit dose form, per milligram

SOURCE: Jan 2000 Redbook Database

**EFFECTIVE DATE:**     4/1/2000

| | Previous Price | Current Price | Current 95% |
|---|---|---|---|
| J7644KO | $ 3.52 | $ 3.52 | $ 3.34 |
| J7644KP | $ 3.52 | $ 3.52 | $ 3.34 |
| J7644KQ | $ 3.14 | $ 3.08 | $ 2.93 |

**STATUS:**     No Change
Changed Fee = **
Source Deleted = ##

| MANUFACTURER/DISTRIBUTOR | FORM | STRENGTH | QUANTITY | AWP PRICE | PRICE PER MG | ARRAY ALL | STATUS |
|---|---|---|---|---|---|---|---|
| Dey | SOL, IH | 0.02% | 2.5ml 30s | 52.80 | 3.52 | 3.52 | |
| Dey | SOL, IH | 0.02% | 2.5ml 25s | 44.10 | 3.53 | 3.53 | |
| Dey | SOL, IH | 0.02% | 2.5ml 60s | 105.60 | 3.52 | 3.52 | |
| Alpharma USPD | SOL, IH | 0.02% | 2.5ml 60s | 118.80 | 3.96 | 3.96 | ** |
| Roxane | SOL, IH | 0.02% | 2.5ml 25s | 44.06 | 3.52 | 3.52 | |
| Roxane | SOL, IH | 0.02% | 2.5ml 30s | 52.87 | 3.52 | 3.52 | |
| Roxane | SOL, IH | 0.02% | 2.5ml 60s | 105.74 | 3.52 | 3.52 | |
| Phys Total Care | SOL, IH | 0.02% | 2.5ml 60s | 53.95 | 1.80 | 1.80 | |
| Phys Total Care | SOL, IH | 0.02% | 2.5ml 25s | 26.31 | 2.10 | 2.10 | |
| | | | | | | MEDIAN | $ 3.52 |
| BRAND NAMES: | | | | | | | |
| Atrovent/Boehr Ingelheim | SOL, IH | 0.02% | 2.5ml 25s | 60.74 | 4.86 | | |
| Atrovent/Compumed | SOL, IH | 0.02% | 2.5ml 25s | 49.95 | 4.00 | | |

Unit dose form: SOL. IH - 0.02%
Unit dose amt.: 0.5mg
Concentrate form: Calculation Memo 3/5/97 Dr. Oleck

| J7644KO & KP | $ | 3.52 |
|---|---|---|
| UD(mg) x | | 0.5 |
| = | | 1.76 |
| J7051 - | | 0.22 |
| = | | 1.54 |
| UD(mg) ÷ | | 0.5 |
| J7644KQ | $ | 3.08 |

J7644 K0518.xls
DMERC RegB
7/1/99 Quarterly Update
(5% HCFA Cut)

AWP033-0436

April 00

**HCPCS CODE: J7644 (K0518 3/31/00)**

**NAME OF DRUG:** Ipratropium bromide, inhalation solution administered through D unit dose form, per milligram

**SOURCE:** Jan 2000 Redbook Database

| MANUFACTURER/DISTRIBUTOR | FORM | STRENGTH | QUANTITY | AWP PRICE |
|---|---|---|---|---|
| Dey | SOL, IH | 0.02% | 2.5ml 30s | 52.80 |
| Dey | SOL, IH | 0.02% | 2.5ml 25s | 44.10 |
| Dey | SOL, IH | 0.02% | 2.5ml 60s | 105.60 |
| Alpharma USPD | SOL, IH | 0.02% | 2.5ml 60s | 118.80 |
| Alpharma USPD | SOL, IH | 0.02% | 2.5ml 25s | 56.50 |
| Alpharma USPD | SOL, IH | 0.02% | 2.5ml 30s | 67.80 |
| Roxane | SOL, IH | 0.02% | 2.5ml 25s | 44.06 |
| Roxane | SOL, IH | 0.02% | 2.5ml 30s | 52.80 |
| Roxane | SOL, IH | 0.02% | 2.5ml 60s | 105.74 |
| Zeinith Goldline | SOL, IH | 0.02% | 2.5ml 25s | 44.10 |
| Zeinith Goldline | SOL, IH | 0.02% | 2.5ml 60s | 118.75 |
| Phys Total Care | SOL, IH | 0.02% | 2.5ml 60s | 53.95 |
| Phys Total Care | SOL, IH | 0.02% | 2.5ml 25s | 26.31 |
| **BRAND NAMES:** | | | | |
| Atrovent/Boehr Ingelheim | SOL, IH | 0.02% | 2.5ml 25s | 63.72 |
| Atrovent/Compumed | SOL, IH | 0.02% | 2.5ml 25s | 49.95 |
| Ipratropium Bromide-Novaplus/Roxane | SOL, IH | 0.02% | 2.5ml 25s | 44.06 |
| Ipratropium Bromide-Novaplus/Roxane | SOL, IH | 0.02% | 2.5ml 30s | 52.87 |
| Ipratropium Bromide-Novaplus/Roxane | SOL, IH | 0.02% | 2.5ml 60s | 105.74 |

Unit dose form: SOL. IH - 0.02%

Unit dose amt.: 0.5mg

Concentrate form: Calculation Memo 3/5/97 Dr. Oleck

AWP033-0434

ME,

| EFFECTIVE DATE: | | Previous Price | Current Price |
|---|---|---|---|
| | | 4/1/2000 | |
| J7644KO | | $ 3.52 | $ 3.52 |
| J7644KP | | $ 3.52 | $ 3.52 |
| J7644KQ | | $ 3.14 | $ 3.08 |

STATUS:
No Change
Changed Fee = **
Source Deleted = ##

| PRICE PER MG | ARRAY ALL | STATUS |
|---|---|---|
| 3.52 | 3.52 | |
| 3.53 | 3.53 | |
| 3.52 | 3.52 | |
| 3.96 | 3.96 | |
| 4.52 | 4.52 | |
| 4.52 | 4.52 ** | |
| 4.52 | 4.52 ** | |
| 3.96 | 3.96 ** | |
| 3.52 | 3.53 | |
| 3.52 | 3.52 | |
| 3.53 | 3.96 | |
| 3.52 | 1.80 | |
| 3.96 | 2.10 | |
| 1.80 | | |
| 2.10 | | |
| **MEDIAN** | **$ 3.52** | |
| 5.10 | | |
| 4.00 | | |
| 3.52 | 3.52 | |
| 3.52 | 3.52 | |
| 3.52 | 3.52 | |

| J7644KO & KP | $ 3.52 |
|---|---|
| UD(mg) x | 0.5 |
| J7051 = | 1.76 |
| UD(mg) ÷ | 0.22 |
| UD(mg) = | 1.54 |
| | 0.5 |
| J7644KQ | $ 3.08 |

AWP033-0435

July 00

HCPCS CODE: J7644 (K0518 3/31/00)

NAME OF DRUG: Ipratropium bromide, inhalation solution administered through D unit dose form, per milligram

SOURCE: April 2000 Redbook Database

| MANUFACTURER/DISTRIBUTOR | FORM | STRENGTH | QUANTITY | AWP PRICE |
|---|---|---|---|---|
| Dey | SOL, IH | 0.02% | 2.5ml 30s | 52.80 |
| Dey | SOL, IH | 0.02% | 2.5ml 25s | 44.10 |
| Dey | SOL, IH | 0.02% | 2.5ml 60s | 105.60 |
| Alpharma USPD | SOL, IH | 0.02% | 2.5ml 60s | 118.80 |
| Alpharma USPD | SOL, IH | 0.02% | 2.5ml 25s | 56.50 |
| Alpharma USPD | SOL, IH | 0.02% | 2.5ml 30s | 67.80 |
| Roxane | SOL, IH | 0.02% | 2.5ml 25s | 44.06 |
| Roxane | SOL, IH | 0.02% | 2.5ml 30s | 52.80 |
| Roxane | SOL, IH | 0.02% | 2.5ml 60s | 105.74 |
| Zenith Goldline | SOL, IH | 0.02% | 2.5ml 25s | 44.10 |
| Zenith Goldline | SOL, IH | 0.02% | 2.5ml 60s | 118.75 |
| Phys Total Care | SOL, IH | 0.02% | 2.5ml 60s | 53.95 |
| Phys Total Care | SOL, IH | 0.02% | 2.5ml 25s | 26.31 |
| **BRAND NAMES:** | | | | |
| Atrovent/Boehr Ingelheim | SOL, IH | 0.02% | 2.5ml 25s | 63.72 |
| Atrovent/Compumed | SOL, IH | 0.02% | 2.5ml 25s | 49.95 |
| Ipratropium Bromide-Novaplus/Roxane | SOL, IH | 0.02% | 2.5ml 25s | 44.06 |
| Ipratropium Bromide-Novaplus/Roxane | SOL, IH | 0.02% | 2.5ml 30s | 52.87 |
| Ipratropium Bromide-Novaplus/Roxane | SOL, IH | 0.02% | 2.5ml 60s | 105.74 |

Unit dose form: SOL, IH - 0.02%

Unit dose amt.: 0.5mg

Concentrate form:  Calculation Memo 3/5/97 Dr. Oleck

AWP033-0372

July 00

| EFFECTIVE DATE: | | 4/1/2000 | |
|---|---|---|---|
| | | Previous Price | Current Price |
| | | | |
| STATUS: | | No Change | |
| | | Changed Fee = ** | |
| | | Source Deleted = ## | |
| J7644KO | | $ 3.52 | $ 3.52 |
| J7644KP | | $ 3.52 | $ 3.52 |
| J7644KQ | | $ 3.14 | $ 3.08 |

| PRICE PER MG | ARRAY ALL | STATUS |
|---|---|---|
| | MEDIAN | $ 3.52 |
| 3.52 | 3.52 | |
| 3.53 | 3.53 | |
| 3.52 | 3.52 | |
| 3.96 | 3.96 | ** |
| 4.52 | 4.52 | ** |
| 4.52 | 4.52 | |
| 3.96 | 3.96 | |
| 3.53 | 3.53 | |
| 3.52 | 3.52 | |
| 3.52 | 3.52 | |
| 3.96 | 3.96 | |
| 1.80 | 1.80 | |
| 2.10 | 2.10 | |
| 4.00 | | |
| 5.10 | | |

| J7644KO & KP | $ | 3.52 |
|---|---|---|
| UD(mg) x | | 0.5 |
| UD(mg) = | | 1.76 |
| J7051 - | | 0.22 |
| | | 1.54 |
| J7644KQ | | |
| UD(mg) ÷ | | 0.5 |
| | $ | 3.08 |

Page 2

AWP033-0373

Oct 00

**HCPCS CODE: J7644 (K0518 3/31/00)**

**NAME OF DRUG:  Ipratropium bromide, inhalation solution administered through D unit dose form, per milligram**

**SOURCE:  July 2000 Redbook Database**

| MANUFACTURER/DISTRIBUTOR | FORM | STRENGTH | QUANTITY | AWP PRICE |
|---|---|---|---|---|
| Dey | SOL, IH | 0.02% | 2.5ml 30s | 52.80 |
| Dey | SOL, IH | 0.02% | 2.5ml 25s | 44.10 |
| Dey | SOL, IH | 0.02% | 2.5ml 60s | 105.60 |
| Alpharma USPD | SOL, IH | 0.02% | 2.5ml 60s | 118.80 |
| Alpharma USPD | SOL, IH | 0.02% | 2.5ml 25s | 56.50 |
| Alpharma USPD | SOL, IH | 0.02% | 2.5ml 30s | 67.80 |
| Roxane | SOL, IH | 0.02% | 2.5ml 25s | 44.06 |
| Roxane | SOL, IH | 0.02% | 2.5ml 30s | 52.80 |
| Roxane | SOL, IH | 0.02% | 2.5ml 60s | 105.74 |
| Zeinth Goldline | SOL, IH | 0.02% | 2.5ml 25s | 44.10 |
| Zeinth Goldline | SOL, IH | 0.02% | 2.5ml 60s | 118.75 |
| Phys Total Care | SOL, IH | 0.02% | 2.5ml 60s | 53.95 |
| Phys Total Care | SOL, IH | 0.02% | 2.5ml 25s | 26.31 |

**BRAND NAMES:**

| | FORM | STRENGTH | QUANTITY | AWP PRICE |
|---|---|---|---|---|
| Atrovent/Boehr Ingelheim | SOL, IH | 0.02% | 2.5ml 25s | 63.72 |
| Atrovent/Compumed | SOL, IH | 0.02% | 2.5ml 25s | 49.95 |
| Ipratropium Bromide-Novaplus/Roxane | SOL, IH | 0.02% | 2.5ml 25s | 44.06 |
| Ipratropium Bromide-Novaplus/Roxane | SOL, IH | 0.02% | 2.5ml 30s | 52.87 |
| Ipratropium Bromide-Novaplus/Roxane | SOL, IH | 0.02% | 2.5ml 60s | 105.74 |

Unit dose form: SOL. IH - 0.02%

Unit dose amt.: 0.5mg

Concentrate form:  Calculation Memo 3/5/97 Dr. Oleck

AWP033-0268

**EFFECTIVE DATE:** 4/1/2000

| | Previous Price | Current Price |
|---|---|---|
| J7644KO | $ 3.52 | $ 3.52 |
| J7644KP | $ 3.52 | $ 3.52 |
| J7644KQ | $ 3.14 | $ 3.08 |

**STATUS:**
No Change
Changed Fee = **
Source Deleted = ##

| PRICE PER MG | ARRAY ALL | STATUS |
|---|---|---|
| 3.52 | 3.52 | |
| 3.53 | 3.53 | |
| 3.52 | 3.52 | |
| 3.96 | 3.96 | |
| 4.52 | 4.52 | ** |
| 4.52 | 4.52 | ** |
| 3.52 | 3.52 | ** |
| 3.52 | 3.52 | |
| 3.52 | 3.52 | |
| 3.53 | 3.53 | |
| 3.96 | 3.96 | |
| 3.96 | 3.96 | |
| 1.80 | 1.80 | |
| 2.10 | 2.10 | |
| 2.10 | 2.10 | |
| MEDIAN | $ 3.52 | $ 3.52 |
| 5.10 | | |
| 4.00 | | |
| 3.52 | 3.52 | |
| 3.52 | 3.52 | |
| 3.52 | 3.52 | |
| 3.52 | 3.52 | |

| J7644KO & KP | $ | 3.52 |
|---|---|---|
| UD(mg) x | | 0.5 |
| UD(mg) = | | 1.76 |
| J7051 - | | 0.22 |
| UD(mg) ÷ | | 1.54 |
| J7644KQ = | | 0.5 |
| | $ | 3.08 |

AWP033-0269

Jan 01

# HCPCS CODE: J7644 (K0518 3/31/00)

## NAME OF DRUG: Ipratropium bromide, inhalation solution administered through D unit dose form, per milligram

SOURCE: OCT 2000 Redbook Database

| MANUFACTURER/DISTRIBUTOR | FORM | STRENGTH | QUANTITY | AWP PRICE |
|---|---|---|---|---|
| Dey | SOL, IH | 0.02% | 2.5ml 30s | 52.80 |
| Dey | SOL, IH | 0.02% | 2.5ml 25s | 44.10 |
| Dey | SOL, IH | 0.02% | 2.5ml 60s | 105.60 |
| Alpharma USPD | SOL, IH | 0.02% | 2.5ml 60s | 118.80 |
| Alpharma USPD | SOL, IH | 0.02% | 2.5ml 25s | 56.50 |
| Alpharma USPD | SOL, IH | 0.02% | 2.5ml 30s | 67.80 |
| Roxane | SOL, IH | 0.02% | 2.5ml 25s | 44.06 |
| Roxane | SOL, IH | 0.02% | 2.5ml 30s | 52.80 |
| Roxane | SOL, IH | 0.02% | 2.5ml 60s | 105.74 |
| Zenith Goldline | SOL, IH | 0.02% | 2.5ml 25s | 44.10 |
| Zenith Goldline | SOL, IH | 0.02% | 2.5ml 60s | 118.75 |
| Phys Total Care | SOL, IH | 0.02% | 2.5ml 60s | 53.95 |
| Phys Total Care | SOL, IH | 0.02% | 2.5ml 25s | 26.31 |

## BRAND NAMES:

| | | | | |
|---|---|---|---|---|
| Atrovent/Boehr Ingelheim | SOL, IH | 0.02% | 2.5ml 25s | 63.72 |
| Atrovent/Compumed | SOL, IH | 0.02% | 2.5ml 25s | 49.95 |
| Ipratropium Bromide-Novaplus/Roxane | SOL, IH | 0.02% | 2.5ml 25s | 44.06 |
| Ipratropium Bromide-Novaplus/Roxane | SOL, IH | 0.02% | 2.5ml 30s | 52.87 |
| Ipratropium Bromide-Novaplus/Roxane | SOL, IH | 0.02% | 2.5ml 60s | 105.74 |

Unit dose form: SOL, IH - 0.02%

Unit dose amt.: 0.5mg

Concentrate form:  Calculation Memo 3/5/97 Dr. Oleck

AWP033-1128

| EFFECTIVE DATE: | 4/1/2000 | | Jan 01 |
|---|---|---|---|
| | Previous Price | Current Price | |
| ME, | | | |
| J7644KO | $ 3.52 | $ 3.52 | |
| J7644KP | $ 3.52 | $ 3.52 | |
| J7644KQ | $ 3.14 | $ 3.08 | |

STATUS:
No Change
Changed Fee = **
Source Deleted = ##

| PRICE PER MG | ARRAY ALL | STATUS |
|---|---|---|
| MEDIAN | $ 3.52 | |
| | 3.52 | |
| | 3.53 | |
| | 3.52 | |
| | 3.96 | |
| | 4.52 | ** |
| | 4.52 | ** |
| | 4.52 | |
| | 3.52 | |
| | 3.52 | |
| | 3.52 | |
| | 3.53 | |
| | 3.53 | |
| | 3.96 | |
| | 3.96 | |
| | 1.80 | |
| | 2.10 | |

| | | |
|---|---|---|
| | 5.10 | |
| | 4.00 | |
| | 3.52 | |
| | 3.52 | |
| | 3.52 | |
| | 3.52 | |

| J7644KO & KP | $ | 3.52 |
|---|---|---|
| UD(mg) x | | 0.5 |
| = | | 1.76 |
| J7051 - | | 0.22 |
| = | | 1.54 |
| UD(mg) ÷ | | 0.5 |
| J7644KQ | $ | 3.08 |

AWP033-1129

April 01

**HCPCS CODE: J7644 (K0518 3/31/00)**

**NAME OF DRUG:** Ipratropium bromide, inhalation solution administered through D unit dose form, per milligram

**SOURCE: Jan 2001 Redbook Database**

| MANUFACTURER/DISTRIBUTOR | FORM | STRENGTH | QUANTITY | AWP PRICE |
|---|---|---|---|---|
| Dey | SOL, IH | 0.02% | 2.5ml 30s | 52.80 |
| Dey | SOL, IH | 0.02% | 2.5ml 25s | 44.10 |
| Dey | SOL, IH | 0.02% | 2.5ml 60s | 105.60 |
| Alpharma USPD | SOL, IH | 0.02% | 2.5ml 60s | 118.80 |
| Alpharma USPD | SOL, IH | 0.02% | 2.5ml 25s | 56.50 |
| Alpharma USPD | SOL, IH | 0.02% | 2.5ml 30s | 87.80 |
| Roxane | SOL, IH | 0.02% | 2.5ml 25s | 44.06 |
| Roxane | SOL, IH | 0.02% | 2.5ml 30s | 52.80 |
| Roxane | SOL, IH | 0.02% | 2.5ml 60s | 105.74 |
| Zeinith Goldine | SOL, IH | 0.02% | 2.5ml 25s | 44.10 |
| Zeinith Goldine | SOL, IH | 0.02% | 2.5ml 60s | 118.75 |
| Phys Total Care | SOL, IH | 0.02% | 2.5ml 60s | 53.95 |
| Phys Total Care | SOL, IH | 0.02% | 2.5ml 25s | 26.31 |

**BRAND NAMES:**

| | | | | |
|---|---|---|---|---|
| Atrovent/Boehr Ingleheim | SOL, IH | 0.02% | 2.5ml 25s | 63.72 |
| Atrovent/Compumed | SOL, IH | 0.02% | 2.5ml 60s | 105.74 |
| Ipratropium Bromide-Novaplus/Roxane | SOL, IH | 0.02% | 2.5ml 25s | 49.95 |
| Ipratropium Bromide-Novaplus/Roxane | SOL, IH | 0.02% | 2.5ml 25s | 44.06 |
| Ipratropium Bromide-Novaplus/Roxane | SOL, IH | 0.02% | 2.5ml 30s | 52.87 |
| Ipratropium Bromide-Novaplus/Roxane | SOL, IH | 0.02% | 2.5ml 60s | 105.74 |

Unit dose form: SOL, IH - 0.02%

Unit dose amt.: 0.5mg

Concentrate form: Calculation Memo 3/5/97 Dr. Oleck

Page 1

AWP033-0987