UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>PROPOSED BMS SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## CLASS COUNSEL'S MOTION TO RESET DATE OF HEARING ON FORTHCOMING MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED BMS SETTLEMENT

During the Court's May 28, 2009, Status Conference in these actions, the Court tentatively set Friday, July 24, 2009, to hold a hearing on the forthcoming motion for preliminarily approval of a class-wide Proposed Settlement with defendant BMS. A mediation with Professor Eric Green has since been conducted on June 22, 2009 between Allocation Counsel for consumers and TPPs. At the end of that mediation, Allocation Counsel reached agreement on a proposed split of the settlement monies between consumers and TPPs.

Since the mediation, Class Counsel and counsel for BMS have been working to finalize a Settlement Agreement, Proposed Distribution Plan and Claims Process, and sundry documents related to implementing the Proposed Settlement, including proposed forms of notice, a notice plan, and relevant proposed orders. This process has taken longer than anticipated, and the parties will not be able to file the motion for preliminary approval in sufficient time for a July 24 hearing.

Accordingly, Class Counsel move the Court for an order resetting the hearing on preliminary approval of the BMS Proposed Settlement during the week of August 10, 2009. Class Counsel anticipate filing the motion for preliminary approval no later than August 4, 2009.

- 1 -

Both Class Counsel and counsel to BMS do not anticipate any further delays in filing the motion for preliminary approval.  BMS joins in this motion.

WHEREFORE, the Plaintiffs respectfully request the Court enter an Order resetting the preliminary approval hearing for the Proposed Settlement with BMS to the week of August 10, 2009.

DATED:  July 14, 2009.

By  /s/ Steve W. Berman
  Thomas M. Sobol (BBO#471770)
  Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

- 3 -

        Marc H. Edelson
        Hoffman & Edelson LLC
        45 West Court Street
        Doylestown, PA  18901
        Telephone: (215) 230-8043
        Facsimile: (215) 230-8735

        **CLASS COUNSEL**

- 4 -

## CERTIFICATE OF SERVICE

       I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing motion to be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on July 14, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

                        /s/ Steve W. Berman
                        Steve W. Berman