**Schedule 1**

**DOJ AWPs**

| # | DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---------|---------|---------|-------------|--------|--------------|-----------|
| 1. | HHC901-0788-0789 | XX/XX/XXXX | Memo-Options Memo | Outlining current policy and options re: Dealing with problems and issues arising from use of DOJ AWP data. | | Niemann, R. | Deliberative Process |
| 2. | HHD924-0009-0016 | 06/14/2000 | Draft Memorandum; Draft | Draft Options paper re: Using DOJ data for drug pricing. | Berenson, MD, Roberta A., Director | Admin; HCFA | Deliberative Process |
| 3. | HHC901-1023-1028 (withhold-Ing 1023-1028) | 02/03/1999 | Fax with Attachments | First Data Bank Statement Proposal, Government Draft Response and Comments re FDB Price Reports and Threatened Litigation | Stephens, Reed, Department of Justice | Niemann, Bob Riordan, Mary, HHS/OIG | Deliberative Process |
| 4. | HHD831-000001-000003* | | | | | | |
| 5. | HHD831-000004-000006* | | | | | | |
| 6. | HHD831-000007-000012* | | | | | | |
| 7. | HHD832-000008-000011* | | | | | | |
| 8. | HHD832-000032-000037* | | | | | | |
| 9. | HHD832-000012-000031* | | | | | | |
| 10. | HHD832-000038-000041* | | | | | | |

* The Government did not provide privilege log descriptions for the eight "Late Arrival" documents produced in redacted form after the close of discovery. Because the documents were produced in redacted form, Abbott can determine that the documents relate to the DOJ AWPs.

**Estimated Acquisition Cost/State Plan Approval**

| # | DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---------|---------|---------|-------------|--------|--------------|-----------|
| 11. | HHC903-0103-0110 (withholding 0105-0107) | 08/11/1988 | Memo | Drug Reimbursement Reform Regulations as applied to Maximum Allowable Cost (MAC) program, Pharmacists' Incentive Program (PhIP), and Competitive Program (CIP); state plan process | Rodler, Pete | | Deliberative Process |

| #   | DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|-----|---------|---------|---------|-------------|--------|--------------|-----------|
| 12. | HHC904-0603-0606 | | Draft memo | Subject: Determination of Medicaid Prescription Drug Estimated Acquisition Cost (EAC); Discussing generally, state plan amendment requests that propose to change reimbursement methodology and how to analyze these state plans. | Director, Family and Children's Health Program Group | Director, Center for Medicaid and State Operations | Deliberative Process |
| 13. | HHC902-0646-0651 (withhold-Ing 0048, 0050-0051) | 06/28/1990 | Memorandum with Attachments | Memorandum in response to request for clarification of HCFA policy relating to Estimated Acquisition Cost (EAC) and rebates from manufacturers. Memo clarifies the language in the regulation in light of the requesting party's initial understanding. | Abato, Rozann, DHHS/ Medicaid Bureau Acting Director | Associate Regional Administrator, Region II | Deliberative Process |

**Actual Acquisition Cost Proposal**

| #   | DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|-----|---------|---------|---------|-------------|--------|--------------|-----------|
| 14. | HHC902-0053-0055 | 04/26/1996 | Draft NPRM | Draft NPRM (BPD852PC.C, pp. C9-C11) on drug and biological pricing policy. Discusses potential affects of alternative reimbursement mechanisms. | | | Deliberative Process |
| 15. | HHC902-0035-0052 | 04/29/1996 | Draft NPRM | Draft NPRM (BPD852PB.B, pp. B12-B29) on drug and biological pricing policy. Discusses alternative reimbursement mechanisms and the pros and cons of such policies. (See also HHC902-00010004, HHC902-00190034, HHC902-00810085) | | | Deliberative Process |
| 16. | HHC902-0271-0310 | 1997-1998 | Draft Memoranda, Email, Handwritten Notes | Series of drafts, notes and emails discussing the pros and cons of an alternative reimbursement mechanism. | Niemann, Robert; Buto, Kathleen; Schumaker, Bernadette | Schumaker, Bernadette; Wynn, B. | Deliberative Process |

| #   | DOC NO.            | DOCDATE    | DOCTYPE           | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|-----|--------------------|------------|-------------------|-------------|--------|--------------|-----------|
| 17. | HHC902-0059-0062   | 02/20/1996 | Briefing Material | Briefing material for the Administrator discussing proposals, pros/cons and potential effects of changes in the following policies: independent physiological labs - physician supervision of diagnostic test, physician fee schedule payment areas, and alternative reimbursement mechanisms. | Administrator | | Deliberative Process |
| 18. | HHC902-0017-0018   | 04/01/1996 | Memo              | Outline of issues to be discussed at upcoming principal's meeting includes discussion of pros and cons of alternative reimbursement mechanisms. | Greenberg, George, ASPE | Boyd, Anna, Exec. Sec. | Deliberative Process |

## OIG Entrance/Exit Conference Minutes

| #   | DOC NO.          | DOCDATE    | DOCTYPE                    | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|-----|------------------|------------|----------------------------|-------------|--------|--------------|-----------|
| 19. | HHD900-1065-1067 | 11/16/2000 | Notes                      | Entrance Conference Notes on "The Effect of More Accurate AWPs on Medicaid Drug Payments" | OEI Staff | | Deliberative Process |
| 20. | HHD900-1122      | 05/30/2000 | Notes                      | Exit Conference Notes on OEI Report 03-01-00010 (The Effect of More Accurate AWPs on Medicaid Drug Payments) | OEI Staff | | Deliberative Process |
| 21. | HHD900-2274      | 05/27/1998 | Notes                      | Notes from Exit Conference for OEI report 03-97-00293 (Comparing Drug Reimbursement: Medicare and Department of Veterans Affairs) | OEI Staff | | Deliberative Process |
| 22. | HHD911-0354-0354 | 05/28/1992 | Email                      | Entrance conference re pricing investigation | Ahem, Kitty | Schlesinger, Renee | Deliberative Process |
| 23. | HHD911-2013-2039 | XX/XX/XXXX | Memorandum with Attachment | Memorandum re exit conference for investigation on impact of high-priced generic drugs on the Medicare and Medicaid programs, with draft report attached | | | Deliberative Process |

3

| #   | DOC NO.                                          | DOCDATE    | DOCTYPE      | DESCRIPTION                                                                                                                                                                          | AUTHOR                    | DISTRIBUTION | PRIVILEGE            |
|-----|--------------------------------------------------|------------|--------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|---------------------------|--------------|----------------------|
| 24. | HHD926-0056-0061 (withholding 0059-0060)         | 03/16/1993 | Memorandum   | Entrance Conference memorandum related to New Audit: "Review of Medicare Part B Drug Payments" A-02-93-01020                                                                          | Streb, John A., Director  |              | Deliberative Process |
| 25. | HHC903-0599-0601                                 | 10/27/1994 | Memo         | Re: OIG Draft Report: "Medicare Part B Reimbursement to Providers for Drugs Used in Conjunction with DME" (a-06-0079); Additional comments refining/furthering concurrence with Administrator's memo | Steinhouse, Edward        |              | Deliberative Process |

### Other Documents Concerning Drug Payment Policy

| #   | DOC NO.                                          | DOCDATE    | DOCTYPE                          | DESCRIPTION                                                                                                                                                                                                         | AUTHOR          | DISTRIBUTION   | PRIVILEGE            |
|-----|--------------------------------------------------|------------|----------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|----------------|----------------------|
| 26. | HHD920-2223-2224                                 | XX/XX/XXXX | Notes                            | Handwritten notes re problems with AWP                                                                                                                                                                               |                 |                | Deliberative Process |
| 27. | HHC902-0187-0201                                 | 2001-2002  | List with Attachments            | Discussion of numerous alternative reimbursement mechanisms for Medicare-covered drugs. Includes handwritten notes listing and describing many of the possible alternative reimbursement mechanisms (i.e., brainstorming material.) | Greenburg, Alan |                | Deliberative Process |
| 28. | HHD954-0011-0012                                 | 05/09/2003 | E-Mail; Report                   | Dey/FDB Proposal with attachment                                                                                                                                                                                     | Mao, Andy       | Vito, Robert   | Deliberative Process |
| 29. | HHD929-0028-0029                                 | 07/25/2003 | Report                           | Report on AWP rule reform and possible impact it would have on payment to physicians                                                                                                                                  |                 |                | Deliberative Process |
| 30. | HHC904-0182-0191 (withholding 0187-0191)         | 11/7/2002  | Draft report and handwritten notes | Discussing Options for Obtaining Better Drug Pricing Data for Both Medicaid and Medicare to obtain AWP figures                                                                                                       |                 |                | Deliberative Process |
| 31. | HHD832-000001-000007*                            |            |                                  |                                                                                                                                                                                                                      |                 |                |                      |

4

**Carrier Documents**

|     | DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 32. | AWQ917-0167-0169 | | | | | | |
| 33. | AWQ917-0053-0064 | XX/XX/XXXX | Manual | Draft of Medicare Carriers Manual Part 3 – Claims Process, containing marganilia | Department of Health and Human Services Health Care Financing Administration | Neville, John C. | Deliberative Process |
| 34. | AWQ917-0114-0128 | 12/19/2000 | Email; Manual | Revised Draft Carriers Manual with attachment | Spruill, Frank C. | Durham, Maria; Suekoff, Jo; Stoogenke, Marvin; Neal, Gloria; McCrary, Martha; Ilawole, Florence; Devine, Judith; Cook, Mary; Westra, Linda; Kendall, Glenn; Mock, Karen; Diendorf, Patricia; Beck, Angel; Mattingly, Kristen; Knarr, Wendy; Spalding, Joanne | Deliberative Process |