# EXHIBIT H

TO: Kevin Thurm
Deputy Secretary
COS _____
ES  _____

FR: Michael M. Hash
Deputy Administrator

RE: Medicare Payments for Drugs Using Department of Justice Data -- INFORMATION

The Health Care Financing Administration (HCFA) is moving ahead to implement revisions to Medicare payments for drugs by using new average wholesale price data compiled by the Department of Justice (DOJ). The purpose of this memo is to update you regarding our progress.

**Background**
By law, Medicare payment is based either on the lower of the billed charge or 95 percent of the average wholesale price (AWP). Medicare contractors obtain the AWP data from one of several sources, primarily the *Red Book*. For years, many analysts have believed that the drug manufacturers have artificially inflated the AWP data. In fact, earlier this year, DOJ compiled a new set of AWPs for 51 drugs as part of a lawsuit. In May 2000, these data were made available to State Medicaid programs, some of which have implemented them while others have not.

Following several inquiries from Congress, the Secretary announced in a letter to Congressman Bliley that HCFA would provide our contractors the DOJ data. The HCFA Administrator wrote a similar letter to Congressman Stark (attached). More specifically, the Secretary's letter indicated that HCFA, by the end of June, would send the DOJ data to carriers for them to use for their next quarterly update of Medicare drug allowances which will become effective October 1, 2000. We also indicated that we could not require carriers to use these new data. Finally, in an effort to ensure access and quality, the letter stated that HCFA would meet with physician groups to review the adequacy of the reduced payment rates for chemotherapy administration.

**Actions Taken**
*HCFA met with oncology physicians.* 14 of the 51 drugs on the DOJ list are oncology drugs. Oncology physicians indicate that drug mark-ups compensate for what they believe are inadequate Medicare payments for chemotherapy administration. About 67 percent of oncologists' Medicare revenues are from drugs and implementation of the DOJ data would result in a 7 percent reduction in their Medicare revenues. Therefore, we are reviewing our payment policies (e.g., payment for multiple "pushes" on the same day) for chemotherapy administration. However, any policy changes could not be implemented before January 1, 2001 (through the physician fee schedule final rule). Based on further analysis, these drugs represent about 17 percent of Medicare spending for drugs on the DOJ list and 26 percent of the savings. The reimbursement reductions for oncology drugs would average 75 percent. (Please see attached chart.)

HHD340-0031           F

REDACTED

HHD340-0032

We have already received letters from physicians and cancer patients that use of the DOJ data would limit access to cancer care and cause physicians to send patients to hospital outpatient departments for treatment. We believe that **REDACTED**

*Similarly, we have met with a hemophilia supplier.* We believe that their views reflect the views of the larger industry. Hemophilia drugs are furnished by suppliers to patients either in their home or through hemophilia centers. Medicare does not make payments to hemophilia centers or for suppliers to furnish drugs to home patients. As a result, suppliers use drug mark-ups to cover these costs. Suppliers argue that they will not be able to furnish services to Medicare patients if the DOJ data are implemented. The reduction for hemophilia drugs is about 30 percent. The three hemophilia drugs on the DOJ list represent about 5 percent of Medicare spending for drugs on the list and about 5 percent of the savings.

*We have also analyzed the other drugs.* Of the remaining 34 drugs, 2 are furnished by urologists (the largest being lupron), 4 are inhalation drugs furnished by durable medical equipment suppliers (the largest being albuterol), 2 are end-stage renal disease drugs (other than EPO) and 20 drugs are steroids, tranquilizers, antibiotics, impotence-related, AIDS-related, etc. 2 of the 51 drugs are not covered under the Medicare drug benefit (and thus not paid under the average wholesale price) and another 4 have no Medicare billing codes.

*Finally, we also have received a revised opinion from OGC indicating that HCFA can require carriers to use the DOJ data, even without rule making.* This is because the data is characterized by DOJ as more accurately reflecting average wholesale prices.

**Next Steps**                              **REDACTED**

HHD340-0033

Attachment: DOJ Drug List by Category

| Category | CY 1999 Data Medicare Spending | Savings from DOJ |
|---|---|---|
| Oncology | $298,218,671<br>17.1% | ($168,972,413)<br>26.4% |
| Hemophilia | $93,584,360<br>5.4% | ($29,659,941)<br>4.6% |
| Inhalation | $288,396,256<br>16.5% | ($190,203,823)<br>29.7% |
| Urology | $637,157,314<br>36.6% | ($132,072,913)<br>20.6% |
| ESRD | $306,404,809<br>17.6% | ($82,503,176)<br>12.9% |
| Misc | $119,464,591<br>6.9% | ($36,283,616)<br>5.7% |
|  | **$1,743,226,002** | **($639,695,882)** |

HHD340-0034   L