# EXHIBIT K

# Actual Acquisition Cost (AAC) Payment for Drugs

Under this method of payment, suppliers are required to submit their actual acquisition cost (AAC) for a drug. Medicare will allow the lower of this AAC, the charge to the patient, or a maximum payment allowance (MPA). The MPA is the the lower of the AWP for the drug or the twelve month median AAC of all claims for the drug.

### DEFINITIONS:

**Actual Acquisition Cost** - the supplier's cost based on the most economical package size in the supplier's inventory on the date of dispensing (DD); or, if less, the most economical package size purchased within 6 months of the DD. The supplier's cost is net of all discounts (other than any prompt pay discount, up to a maximum of two percent), rebates, free or discounted goods or services of any sort, or any other remuneration of any sort in cash or in kind. Where such reductions are not directly attributable to specific products, the supplier is responsible for imputing the appropriate net reduction. Examples:

> 1. a supplier receives one free bottle of shampoo for every $10 worth of other products ordered in total. If the supplier would have to pay $2 to buy a bottle of shampoo, then the supplier has received $12 worth of goods for $10. The supplier should bill for 83% ($10/$12) of the costs for the drugs included in the order.
>
> 2. a supplier receives one free bottle of covered drugs for every $10 worth of other products ordered in total. If the supplier would have to pay $2 to buy the bottle of drugs, then the supplier has received $12 worth of goods for $10. The supplier should bill for 83% ($10/$12) of the costs for the drugs included in the order. The supplier would consider the AAC of the free bottle of drugs as $1.66 (83% of $2).
>
> 3. a supplier receives rebates in the future (end of month, end of quarter, year-end, etc.). The supplier must discount his wholesaler's billed charges based on the expected net effect of the forthcoming rebate. The rebate is structured as 1% for the first $10,000, 2% for the second $10,000, etc. up to a maximum of 15% for amounts ordered in excess of $140,000. In January the supplier orders $3,000 worth of goods. His AAC is 99% of the billed charge. In February, the supplier orders $4,000 worth of goods. His AAC during this month is 98.5% of the billed charge ($2,000 x 99% plus $2,000 x 98% divided by $4,000). By November, the supplier has ordered $140,000 worth of goods. For the rest of the year, the supplier's AAC is 85% of the billed amount.

While it is true that it may be complicated for suppliers to figure out their AAC under some circumstances, unless we take a strong stance on the supplier's responsibility, there will be a program vulnerability that suppliers and wholesalers could collude and become endlessly devious in hiding discounts. The degree of complication is entirely a function of the supplier and wholesaler choice of discount arrangements. In other words, it is totally within their own control to make AAC complicated or simple.

**Maximum Payment Allowance (MPA)** - The MTS contractor will receive an AWP pricing file from HCFA on a quarterly basis. The MTS contractor will compute and update on a quarterly basis, the median AAC for the preceeding 4 quarters (e.g., on Jan 1, 1999, the median AAC is calculated and updated based on Oct 1997 - Sept 1998 data). The MPA will be the lower of the AWP or the median AAC.

HHC902-0005

RELEASED

Actual Acquisition Cost (AAC) Payment for Drugs ---

Under this method of payment, suppliers are required to submit their actual acquisition cost for drugs. Medicare will allow the lower of this AAC or a maximum payment allowance (MPA). The MPA is the the lower of the AWP or the twelve month running average allowed charge for all claims.

Definitions:

ACTUAL ACQUISITION COST - the supplier's cost based on the most economical package size in the supplier's inventory on the date of dispensing (DD); or, if less, the most economical package size purchased within 6 months of the DD. The supplier's cost is net of all discounts (other than any prompt pay discount, up to a maximum of two percent), rebates, free or discounted goods or services of any sort, or any other remuneration of any sort in cash or in kind. Where such reductions are not directly attributable to specific products, the supplier is responsible for imputing the appropriate net reduction. Examples:

1. a supplier receives one free bottle of shampoo for every $10 worth of other products ordered in total. If the supplier would have to pay $2 to buy a bottle of shampoo, then the supplier has received $12 worth of goods for $10. The supplier should bill for 83% ($10/$12) of the costs for the drugs included in the order.

2. a supplier receives one free bottle of covered drugs for every $10 worth of other products ordered in total. If the supplier would have to pay $2 to buy the bottle of drugs, then the supplier has received $12 worth of goods for $10. The supplier should bill for 83% ($10/$12) of the costs for the drugs included in the order. The supplier would consider the AAC of the free bottle of drugs as $1.66 (83% of $2).

3. a supplier receives rebates in the future (end of month, end of quarter, year-end, etc.). The supplier must discount his wholesaler's billed charges based on the expected net effect of the forthcoming rebate. The rebate is structured as 1% for the first $10,000, 2% for the second $10,000, etc. up to a maximum of 15% for amounts ordered in excess of $140,000. In January the supplier orders $3,000 worth of goods. His AAC is 99% of the billed charge. In February, the supplier orders $4,000 worth of goods. His AAC during this month is 98.5% of the billed charge ($2,000 x 99% plus $2,000 x 98% divided by $4,000). By November, the supplier has ordered $140,000 worth of goods. For the rest of the year, the supplier's AAC is 85% of the billed amount.

While it is true that it may be complicated for suppliers to figure out their AAC under some circumstances, unless we take a strong stance on the supplier's responsibility, it can be expected that suppliers and wholesalers will collude and become endlessly devious in hiding discounts.

MAXIMUM PAYMENT ALLOWANCE (MPA) - The MTS contractor will receive an AWP pricing file from HCFA on a quarterly basis. The MTS contractor will compute on a quarterly basis, the average allowed charge for the preceeding 12 months. The MPA will be the lower of the AWP or the average allowed charge.

HHC902-0006

RELEASED

BPD/BPO are now engaged in creating what I am calling an "enhanced HCPCS file" (EHF) for drugs. The file will have, for each HCPCS drug code, all the NDC codes of products which will be used to price that HCPCS code. BPD will take the basic responsibility to maintain the EHF. Some steps can be automated by BDMS, but the manual review steps will be done by BPD. BPD will develop, test and provide to BDMS a prototype program to compute prices.

Drug Pricing Quarterly Maintenance

Data tape received from BlueBook by BDMS
BDMS screens tape
1. find all deleted NDC codes
2. find all new NDC codes
3. match and remove deleted codes from enhanced HCPCS file (EHF)
4. prepare report of delete actions
5. filter out unneeded routes of administration from new codes list
6. send file of BlueBook records for filtered new codes to BPD
7. send revised EHF and report of delete actions to BPD
8. send file of BlueBook records for deleted codes (highlight codes not matched in EHF) to BPD

BPD Updates EHF
1. review new codes and manually match to existing HCPCS codes
2. send file of new NDC codes matched with HCPCS to BDMS
3. archive file of deleted codes and report of EHF delete actions

BDMS Updates Prices
1. update EHF with BPD file of matched new codes
2. run update
3. deliver new file to MTS

HHC902-0007

RELEASED

MTS System Requirements for Drug Pricing

1. Must be able to store prices for 1,000, five-digit, alpha-numeric HCPCS drug codes for use in processing claims.

2. Must be able, on a quarterly basis, for each drug code, to receive and incorporate the updated AWP price. HCFA will supply the prices. (note: this does not require HCFA to compute the prices. We could have another contractor do it)

3. Must be able, on a quarterly basis, for each drug code, to compute the average allowed charge for the preceding 12 months.

4. Must be able, on a quarterly basis, for each drug code, to compare the AWP to the average allowed charge, select the lower, and update the pricing file.

5. Must be able, as a future requirement, to convert from use of HCPCS codes to use of National Drug Codes (NDCs) - approximately 50,000, eleven-digit, all-numeric codes.

HHC902-0008

RELEASED

Actual Acquisition Cost (AAC) Payment for Drugs ---

Under this method of payment, suppliers are required to submit their actual acquisition cost for drugs. Medicare will allow the lower of this AAC or a maximum payment allowance (MPA). The MPA is the the lower of the AWP or the twelve month running average allowed charge for all claims.

Definitions:

ACTUAL ACQUISITION COST - the supplier's cost based on the most economical package size in the supplier's inventory on the date of dispensing (DD); or, if less, the most economical package size purchased within 6 months of the DD. The supplier's cost is net of all discounts (other than any prompt pay discount, up to a maximum of two percent), rebates, free or discounted goods or services of any sort, or any other remuneration of any sort in cash or in kind. Where such reductions are not directly attributable to specific products, the supplier is responsible for imputing the appropriate net reduction. Examples:

>   1. a supplier receives one free bottle of shampoo for every $10 worth of other products ordered in total. If the supplier would have to pay $2 to buy a bottle of shampoo, then the supplier has received $12 worth of goods for $10. The supplier should bill for 83% ($10/$12) of the costs for the drugs included in the order.
>
>   2. a supplier receives one free bottle of covered drugs for every $10 worth of other products ordered in total. If the supplier would have to pay $2 to buy the bottle of drugs, then the supplier has received $12 worth of goods for $10. The supplier should bill for 83% ($10/$12) of the costs for the drugs included in the order. The supplier would consider the AAC of the free bottle of drugs as $1.66 (83% of $2).
>
>   3. a supplier receives rebates in the future (end of month, end of quarter, year-end, etc.). The supplier must discount his wholesaler's billed charges based on the expected net effect of the forthcoming rebate. The rebate is structured as 1% for the first $10,000, 2% for the second $10,000, etc. up to a maximum of 15% for amounts ordered in excess of $140,000. In January the supplier orders $3,000 worth of goods. His AAC is 99% of the billed charge. In February, the supplier orders $4,000 worth of goods. His AAC during this month is 98.5% of the billed charge ($2,000 x 99% plus $2,000 x 98% divided by $4,000). By November, the supplier has ordered $140,000 worth of goods. For the rest of the year, the supplier's AAC is 85% of the billed amount.

While it is true that it may be complicated for suppliers to figure out their AAC under some circumstances, unless we take a strong stance on the supplier's responsibility, it can be expected that suppliers and wholesalers will collude and become endlessly devious in hiding discounts.

MAXIMUM PAYMENT ALLOWANCE (MPA) - The MTS contractor will receive an AWP pricing file from HCFA on a quarterly basis. The MTS contractor will compute on a quarterly basis, the average allowed charge for the preceeding 12 months. The MPA will be the lower of the AWP or the average allowed charge.

HHC902-0009

RELEASED

BPD/BPO are now engaged in creating what I am calling an "enhanced HCPCS file" (EHF) for drugs. The file will have, for each HCPCS drug code, all the NDC codes of products which will be used to price that HCPCS code. BPD will take the basic responsibility to maintain the EHF. Some steps can be automated by BDMS, but the manual review steps will be done by BPD. BPD will develop, test and provide to BDMS a prototype program to compute prices.

Drug Pricing Quarterly Maintenance

Data tape received from BlueBook by BDMS
BDMS screens tape
1. find all deleted NDC codes
2. find all new NDC codes
3. match and remove deleted codes from enhanced HCPCS file (EHF)
4. prepare report of delete actions
5. filter out unneeded routes of administration from new codes list
6. send file of BlueBook records for filtered new codes to BPD
7. send revised EHF and report of delete actions to BPD
8. send file of BlueBook records for deleted codes (highlight codes not matched in EHF) to BPD

BPD Updates EHF
1. review new codes and manually match to existing HCPCS codes
2. send file of new NDC codes matched with HCPCS to BDMS
3. archive file of deleted codes and report of EHF delete actions

BDMS Updates Prices
1. update EHF with BPD file of matched new codes
2. run update
3. deliver new file to MTS

HHC902-0010

RELEASED

MTS System Requirements for Drug Pricing

1. Must be able to store prices for 1,000, five-digit, alpha-numeric HCPCS drug codes for use in processing claims.

2. Must be able, on a quarterly basis, for each drug code, to receive and incorporate the updated AWP price. HCFA will supply the prices. (note: this does not require HCFA to compute the prices. We could have another contractor do it)

3. Must be able, on a quarterly basis, for each drug code, to compute the average allowed charge for the preceding 12 months.

4. Must be able, on a quarterly basis, for each drug code, to compare the AWP to the average allowed charge, select the lower, and update the pricing file.

5. Must be able, as a future requirement, to convert from use of HCPCS codes to use of National Drug Codes (NDCs) - approximately 50,000, eleven-digit, all-numeric codes.

HHC902-0011

RELEASED

Drug Issues

Actual Acquisition Cost (AAC) Payment for Drugs ---

Under this method of payment, suppliers are required to submit their actual acquisition cost for drugs. Medicare will allow the lower of this AAC or a maximum payment allowance (MPA). The MPA is the the lower of the AWP or the twelve month running average allowed charge for all claims.

Definitions:

ACTUAL ACQUISITION COST - the supplier's cost based on the most economical package size in the supplier's inventory on the date of dispensing (DD); or, if less, the most economical package size purchased within 6 months of the DD. The supplier's cost is net of all discounts (other than any prompt pay discount, up to a maximum of two percent), rebates, free or discounted goods or services of any sort, or any other remuneration of any sort in cash or in kind. Where such reductions are not directly attributable to specific products, the supplier is responsible for imputing the appropriate net reduction. Examples:

1. a supplier receives one free bottle of shampoo for every $10 worth of other products ordered in total. If the supplier would have to pay $2 to buy a bottle of shampoo, then the supplier has received $12 worth of goods for $10. The supplier should bill for 83% ($10/$12) of the costs for the drugs included in the order.

2. a supplier receives one free bottle of covered drugs for every $10 worth of other products ordered in total. If the supplier would have to pay $2 to buy the bottle of drugs, then the supplier has received $12 worth of goods for $10. The supplier should bill for 83% ($10/$12) of the costs for the drugs included in the order. The supplier would consider the AAC of the free bottle of drugs as $1.66 (83% of $2).

3. a supplier receives rebates in the future (end of month, end of quarter, year-end, etc.). The supplier must discount his wholesaler's billed charges based on the expected net effect of the forthcoming rebate. The rebate is structured as 1% for the first $10,000, 2% for the second $10,000, etc. up to a maximum of 15% for amounts ordered in excess of $140,000. In January the supplier orders $3,000 worth of goods. His AAC is 99% of the billed charge. In February, the supplier orders $4,000 worth of goods. His AAC during this month is 98.5% of the billed charge ($2,000 x 99% plus $2,000 x 98% divided by $4,000). By November, the supplier has ordered $140,000 worth of goods. For the rest of the year, the supplier's AAC is 85% of the billed amount.

While it is true that it may be complicated for suppliers to figure out their AAC under some circumstances, unless we take a strong stance on the supplier's responsibility, it can be expected that suppliers and wholesalers will collude and become endlessly devious in hiding discounts.

MAXIMUM PAYMENT ALLOWANCE (MPA) - The MTS contractor will receive an AWP pricing file from HCFA on a quarterly basis. The MTS contractor will compute on a quarterly basis, the average allowed charge for the preceeding 12 months. The MPA will be the lower of the AWP or the average allowed charge.

HHC902-0012

RELEASED

December 6, 1995

BPD/BPO are now engaged in creating what I am calling an "enhanced HCPCS file" (EHF) for drugs. The file will have, for each HCPCS drug code, all the NDC codes of products which will be used to price that HCPCS code. BPD will take the basic responsibility to maintain the EHF. Some steps can be automated by BDMS, but the manual review steps will be done by BPD. BPD will develop, test and provide to BDMS a prototype program to compute prices.

Drug Pricing Quarterly Maintenance

Data tape received from BlueBook by BDMS
BDMS screens tape
1. find all deleted NDC codes
2. find all new NDC codes
3. match and remove deleted codes from enhanced HCPCS file (EHF)
4. prepare report of delete actions
5. filter out unneeded routes of administration from new codes list
6. send file of BlueBook records for filtered new codes to BPD
7. send revised EHF and report of delete actions to BPD
8. send file of BlueBook records for deleted codes (highlight codes not matched in EHF) to BPD

BPD Updates EHF
1. review new codes and manually match to existing HCPCS codes
2. send file of new NDC codes matched with HCPCS to BDMS
3. archive file of deleted codes and report of EHF delete actions

BDMS Updates Prices
1. update EHF with BPD file of matched new codes
2. run update
3. deliver new file to MTS

HHC902-0013

RELEASED

## MTS System Requirements for Drug Pricing

1. Must be able to store prices for 1,000, five-digit, alpha-numeric HCPCS drug codes for use in processing claims.

2. Must be able, on a quarterly basis, for each drug code, to receive and incorporate the updated AWP price. HCFA will supply the prices. (note: this does not require HCFA to compute the prices. We could have another contractor do it)

3. Must be able, on a quarterly basis, for each drug code, to compute the average allowed charge for the preceding 12 months.

4. Must be able, on a quarterly basis, for each drug code, to compare the AWP to the average allowed charge, select the lower, and update the pricing file.

5. Must be able, as a future requirement, to convert from use of HCPCS codes to use of National Drug Codes (NDCs) - approximately 50,000, eleven-digit, all-numeric codes.

HHC902-0014

RELEASED

Actual Acquisition Cost (AAC) Payment for Drugs ---

Under this method of payment, suppliers are required to submit their actual acquisition cost for drugs. Medicare will allow the lower of this AAC or a maximum payment allowance (MPA). The MPA is the the lower of the AWP or the twelve month running average allowed charge for all claims.

Definitions:

ACTUAL ACQUISITION COST - the supplier's cost based on the most economical package size in the supplier's inventory on the date of dispensing (DD); or, if less, the most economical package size purchased within 6 months of the DD. The supplier's cost is net of all discounts (other than any prompt pay discount, up to a maximum of two percent), rebates, free or discounted goods or services of any sort, or any other remuneration of any sort in cash or in kind. Where such reductions are not directly attributable to specific products, the supplier is responsible for imputing the appropriate net reduction. Examples:

> 1. a supplier receives one free bottle of shampoo for every $10 worth of other products ordered in total. If the supplier would have to pay $2 to buy a bottle of shampoo, then the supplier has received $12 worth of goods for $10. The supplier should bill for 83% ($10/$12) of the costs for the drugs included in the order.

> 2. a supplier receives one free bottle of covered drugs for every $10 worth of other products ordered in total. If the supplier would have to pay $2 to buy the bottle of drugs, then the supplier has received $12 worth of goods for $10. The supplier should bill for 83% ($10/$12) of the costs for the drugs included in the order. The supplier would consider the AAC of the free bottle of drugs as $1.66 (83% of $2).

> 3. a supplier receives rebates in the future (end of month, end of quarter, year-end, etc.). The supplier must discount his wholesaler's billed charges based on the expected net effect of the forthcoming rebate. The rebate is structured as 1% for the first $10,000, 2% for the second $10,000, etc. up to a maximum of 15% for amounts ordered in excess of $140,000. In January the supplier orders $3,000 worth of goods. His AAC is 99% of the billed charge. In February, the supplier orders $4,000 worth of goods. His AAC during this month is 98.5% of the billed charge ($2,000 x 99% plus $2,000 x 98% divided by $4,000). By November, the supplier has ordered $140,000 worth of goods. For the rest of the year, the supplier's AAC is 85% of the billed amount.

While it is true that it may be complicated for suppliers to figure out their AAC under some circumstances, unless we take a strong stance on the supplier's responsibility, it can be expected that suppliers and wholesalers will collude and become endlessly devious in hiding discounts.

MAXIMUM PAYMENT ALLOWANCE (MPA) - The MTS contractor will receive an AWP pricing file from HCFA on a quarterly basis. The MTS contractor will compute on a quarterly basis, the average allowed charge for the preceeding 12 months. The MPA will be the lower of the AWP or the average allowed charge.

HHC902-0015

RELEASED

## MTS System Requirements for Drug Pricing

1. Must be able to store prices for 1,000, five-digit, alpha-numeric HCPCS drug codes for use in processing claims.

2. Must be able, on a quarterly basis, for each drug code, to receive and incorporate the updated AWP price. HCFA will supply the prices. (note: this does not require HCFA to compute the prices. We could have another contractor do it)

3. Must be able, on a quarterly basis, for each drug code, to compute the average allowed charge for the preceding 12 months.

4. Must be able, on a quarterly basis, for each drug code, to compare the AWP to the average allowed charge, select the lower, and update the pricing file.

5. Must be able, as a future requirement, to convert from use of HCPCS codes to use of National Drug Codes (NDCs) - approximately 50,000, eleven-digit, all-numeric codes.

HHC902-0016

RELEASED