# EXHIBIT L

Amended CMS Privilege Log 2004 Production

| HHC901-10141014 | XX/XX/XXXX | Note | Discussion of using alternative data for calculation of AWP. | | | | | | DP Deliberative Process |
|---|---|---|---|---|---|---|---|---|---|
| HHC901-10161016 | XX/XX/XXXX | Note | Handwritten notes discussing the use of alternative data for calculation of AWP. | | | | | Reed, Cindy | DP Deliberative Process |
| HHC901-10181028 | 02/3/1999 | Fax with Attachments | First Data Bank Statement Proposal, Government Draft Response and Comments re FDB Price Reports and Threatened Litigation | Stephens, Reed, Department of Justice | | Neimann, Bob | | Riordan, Mary, HHS/OIG | DP Deliberative Process |
| HHC901-10291032 | 05/4/1999 | Fax with Attachments | Revised Version of First Databank Proposal | Riordan, Mary, DHHS/OIG | | Neimann, Bob HCFA; Reed, Larry, HCFA | | | DP Deliberative Process |
| HHC902-00010004 | XX/XX/XXXX | Draft proposal | Discussion of alternative reimbursement mechanisms for the Medicare Program's payment for drugs, and the pros and cons of such policies. (See also HHC902-00190034, HHC902-00350052, HHC902-00810085) | N/A | | N/A | | | DP Deliberative Process |
| HHC902-00050016 | 12/6/1995 | Draft proposal | Discussion of an alternative reimbursement mechanism for the Medicare Program's payment for drugs. | N/A | | N/A | (AWP) | | DP Deliberative Process |
| HHC902-00170018 | 04/1/1996 | Memo | Outline of issues to be discussed at upcoming principal's meeting. Includes discussion of pros and cons of alternative reimbursement mechanisms. | Greenberg, George,  ASPE | | Boyd, Anna, Exec Sec | | | DP Deliberative Process |
| HHC902-00190034 | 04/24/1996 | Note with Attachments | Legal Note to Barbara Chanoski regarding a discussion of alternative reimbursement mechanisms.  That discussion is attached and contains Leila Carp's handwritten comments on the discussion. (See also HHC902-00010004, HHC902-00350052, HHC902-00810085) | Leila Carp | OGC | Barbara Chanoski | | | DP Deliberative Process, AC Attorney-Client |

Amended CMS Privilege Log 2004 Production

| HHC902-05630573 | 02/28/1991 | Draft Memo with Attachments | Draft letter in response to congressional inquiry from James L. Oberstar's regarding a constituents question about a potential appeal process to contest reimbursement for purchase of brand name drugs.  Discussed the applicable law and advised Congressman Oberstar of how to inform his constituent.  [See HHC902-11351140] | N/A | | N/A | | Sizelove, Linda | DP Deliberative Process |
| HHC902-06460651 (Released 649) | 06/28/1990 | Memorandum with Attachments | Memorandum in response to request for clarification of HCFA policy relating to Estimated Acquisition Cost (EAC) and rebates from manufacturers.  Memo clarifies the language in the regulation in light of the requesting party's initial understanding. | Abato, Rozann, DHHS/ Medicaid Bureau | Acting Director | Associate Regional Administrator, Region II | | Rodler, Pete | DP Deliberative Process |
| HHC902-06680668 | 06/24/1992 | Note | Response to request for policy clarification on Tennessee's interpretation of usual and customary charges as applied to outpatient drug reimbursement.  Cites the relevant regulatory language and clarifies the Tennessee policy in question. | Salhus, Mary, DHHS/OGC | | Nye, Christine | | | AC Attorney-Client, DP Deliberative Process |
| HHC902-06690670 | 03/5/1992 | Note | Response to request for comments regarding a letter from the Associate Regional Administrator in Kansas City requesting clarification as to whether the State of Nebraska may lower dispensing fees of individual pharmacists who agree to accept a dispensing fee from an HMO or private insurance company which is lower than the state dispensing fee.  Cites the applicable statutes and regulations pertinent to resolving this issue, and explains OGC's advice. | Salhus, Mary, HHS/OGC | | Reed, Larry | | | DP Deliberative Process |
| HHC902-07040706 | 07/9/1993 | Memo and Attachments | Notifies about Medicaid drug federal upper limit changes.  Attachments details the MNPPB assignments and explains what changes were made. | Hickman, Bill | | | | | DP Deliberative Process |

Amended CMS Privilege Log 2004 Production

| HHC903-05870594 (Released 593-594) | 10/1/1993 | Draft | Medicare Carrier Manual on Infusion Pumps; covered and non-covered indications for treatment using infusion pumps; letter summarizing salient points in discussion with recommendation for a clarification to the Medicare coverage policy for infusion pumps | Schatz, Gordon S. | Reed, Smith, Shaw & McClay | Hummell, Anne Marie, Director | Division of Medical Services Coverage Policy, HCFA | Wren, Robert E.; Goetzke, Gary A. | DP Deliberative Process |
|---|---|---|---|---|---|---|---|---|---|
| HHC903-05950595 | 08/8/1995 | Proposed Criteria | Proposed Criteria for Medicare Coverage of IV Infusion Pump; basic requirement for administration of drug with respect to patient's condition | | | | | | DP Deliberative Process |
| HHC903-05960598 | 05/30/1995 | Fax cover sheet with short attached memo | Usage of Vancomycin CDC's determination of an effect on resistant strains | Oleck, Adrian M., M. D. | Adminastar Federal | Rutemueller, Walt | | Huges, Paul, M.D.; Zone, Robert M.D., Majors, Elizabeth; | DP Deliberative Process |
| HHC903-05990601 | 10/27/1994 | Memo | Re: OIG Draft Report: " Medicare Part B Reimbursement to Providers for Drugs Used in Conjunction with DME" (a-06-0079); Additional comments refining/furthering concurrence with Administrator's memo | Steinhouse, Edward | | Ault, Tom | | | DP Deliberative Process |
| HHC903-06060640 | 05/11/1990 | Memo and attached report | Response to a request from HCFA to the Public Health Service's Agency for Health Care Policy and Research to conduct an assessment on the safety and clinical effectiveness external insulin infusion pumps for the treatment of diabetes mellitus (Coverage Issue) | Holohan, Thomas V., M.D | Director, Office of Health Technology Assessment | | Director, BPD/HCFA; Clinton, J. Janette, Acting Administrator, AHCPR | | DP Deliberative Process |
| HHC903-06410649 | 04/5/1993 | Note with attached report | Review of issues surrounding current Medicare coverage and payment of services related to Home Drug Infusion Therapy; trends in utilization; overview of questions raised by current policies with some recommendations to approach certain issues; discussion of Medicare reimbursement/current payment methodology (Coverage Issue) | Collins, Dorothy Burk | | Buto, Kathy; Ault, Tom | | Booth, Chuck; Wren, Bob | DP Deliberative Process |
| HHC903-06500650 | 08/14/1996 | E-mail | Coverage of Insulin Infusion Pumps | Hoyer, T. | | Buto, K. | | Ault, T; Robinson, C.; Feinberg, L. | DP Deliberative Process |

**OIG PRIVILEGE LOG**

| DOC NO. | DOCDATE | DOCTYPE | DESCRIPTION | AUTHOR | DISTRIBUTION | PRIVILEGE |
|---|---|---|---|---|---|---|
| HHD954-00020004 | 05/06/2005 | Memorandum | Superseded comments on: OIL Final Report: Addition of Qualified Drugs to the Medicaid Federal Upper Limit List, (OEI-03-04-00320) | McClellan, Mark B. | Levinson, Daniel R. | Deliberative Process |
| HHD954-00050010 | 02/14/2002 | Memorandum | OIG Final Report: Comparing Prices for Antihemophilia Drug Products, OEI-03-02-00330 with attached summary table | Ragone, Linda M. | Grob, George;Robinson, Debra; Wright, Stuart; Davis, Tricia | Deliberative Process |
| HHD954-00110012 | 05/09/2003 | E-Mail; Report | Dey/FDB Proposal with attachment | Mao, Andy | Vito, Robert | Deliberative Process |
| HHD954-00130017 | 05/18/2007 | Report | Medicaid Prescription Drug Program | | | Deliberative Process |
| HHD954-00180020 | 05/18/2007 | Outline | Medicare Prescription Drug Payments Outline: Background, Recommendations, Work Underway, Well Planned, Work Proposed | | | Deliberative Process |
| HHD954-00210022 | 04/05/2002 | E-Mail | Request to release the TAP and Bayer data | Grob, George | Brandt, Kimberly; Morris, Lewis; Vito, Robert; Mangano, Michael | Deliberative Process |
| HHD954-00230030 | XX/XX/XXXX | Draft Report Excerpt | "Changes pages to add the fourth option to CMS-1229-P." - discussion of potential competitive acquisition program and average sales prices | | | Deliberative Process |
| HHD954-00310031 | 01/23/2003 | E-Mail | OMB CMS Comments -- top management document: requesting change to top management document | Sayer, Marcia | Walker, Andrea; Thomson, Mariann; Stein, Elise; Hapchuk, John; Davis, Tricia; Vito, Robert; Brandt, Kimberly; Robinson, Debra | Deliberative Process |
| HHD954-00320047 | XX/XX/2002 | Draft Report Excerpt | Appendix A- HHS FY 2002 Top Management Challenges Identified by the Office of Inspector General | | | Deliberative Process |
| HHD954-00480050 | 05/18/2007 | Draft Report Excerpt | Medicare Prescription Drug Payments Outline: Program, Problems, Recommendations, Moratorium on Reimbursement Deceases, Congressional Interest, Potential Savings | | | Deliberative Process |
| HHD954-00510053 | 05/18/2007 | Draft Report Excerpt | Medicare Prescription Drug Payments Outline: Program, Problems, Recommendations, Moratorium on Reimbursement Deceases, Congressional Interest, Potential Savings | | | Deliberative Process |
| HHD954-00540055 | 08/06/2003 | E-Mail | OIG Review/Clearance - CMS Proposed Rule - Payment Reform for Part B Drugs (CMS-1229-P) - Addition of a Fourth Option | Riordan, Mary | Vito, Robert; Jackson, Ben | Deliberative Process |
| HHD954-00560057 | 05/31/2002 | E-Mail | AWP.009 (commerce) - comments requested by Chuck Clapton, discussion of potential OIG comments/analysis | Revanna, Teresa L | Jackson, Ben; Riordan, Mary E; Vito, Robert | Deliberative Process |
| HHD954-00580063 | 01/14/2003 | E-Mail | New Stark proposal | Frisch, Linda | Vito, Robert | Deliberative Process |