# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------- x
IN RE PHARMACEUTICAL INDUSTRY           :
AVERAGE WHOLESALE PRICE                 :
LITIGATION                              : MDL NO. 1456
                                        :
                                        : CIVIL ACTION: 01-CV-12257-PBS
------------------------------------- x
THIS DOCUMENT RELATES TO:               : Hon. Patti B. Saris
ALL ACTIONS                             :
                                        :
------------------------------------- x

## DECLARATION OF JOEL M. COHEN IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE

Joel M. Cohen, a partner with the firm of Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, hereby declares:

1. I am a member in good standing of the bars of the State of New York and the District of Columbia.

2. I have been admitted to practice in the U.S. District Courts for the Southern and Eastern Districts of New York, the Eastern District of Michigan and the District of Columbia, the U.S. Courts of Appeals for the Second, Ninth, Eleventh, Federal and DC Circuits, and the U.S. Supreme Court.

3. I am a member in good standing in the courts listed above.

4. I have not been suspended or disbarred in any jurisdiction and have never been the subject of a professional disciplinary proceeding.

5. Attached hereto as Exhibit B is a true and correct copy of my certificate of good standing from the State of New York.

6.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   July 15, 2009

By: _____
Joel M. Cohen

# EXHIBIT B



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **James Edward Pelzer**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Joel Murray Cohen** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 14 th day of **September 1994,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on May 18, 2009.

*James Edward Pelzer*
Clerk of the Court