

| | | |
|---|---|---|
| Lynn Donovan/MSB/Medicaid<br>02/09/2005 04:40 PM | To | Lynette Honbo/MSB/Medicaid, Kathleen Kang-Kaulupali/MSB/Medicaid@Medicaid, kalelei@hawaii.rr.com, kalelei@aloha.net |
| | cc | |
| | bcc | |
| | Subject | RE: Surveys of pharamcy dispensing and acquisition costs |

Interesting to know how CA changed the reimbursement rate for their providers after the survey was completed.

----- Forwarded by Lynn Donovan/MSB/Medicaid on 02/09/2005 04:37 PM -----



"Namba, Mike \(DHS--MB-PPS\)" <MNamba@dhs.ca.gov>

02/09/2005 02:08 PM

To: "Wiberg, Cody C" <Cody.C.Wiberg@state.mn.us>, "Antoinette Brown" <ABROWN@state.wy.us>, <LDonovan@medicaid.dhs.state.hi.us>
cc: <DWSwan@ahcccs.state.az.us>, <donna.bovell@dc.gov>, <ehawkins@dch.state.ga.us>, <jdubberly@dch.state.ga.us>, <coleenl@dhcfp.state.nv.us>, <vlangdon@dhcfp.state.nv.us>, <boushmc@dhfs.state.wi.us>, <MTERREBO@dhh.la.gov>, <RBroussa@dhh.la.gov>, <Mclifford@dhhs.state.nh.us>, <Asseyj@dhhs.state.sc.us>, <Sojourne@dhhs.state.sc.us>, <JFine@dhmh.state.md.us>, <PAvarista@dhs.ri.gov>, <sparker2@dhs.state.ia.us>, <Joseph.B.Martinez@dhs.state.nj.us>, <Javier.Menendez@dmas.virginia.gov>, <Rachel.Cain@dmas.virginia.gov>, <CHILDSA@dshs.wa.gov>, <George.L.Oestreich@dss.mo.gov>, <cynthia.denemark@eds.com>, <wellsj@fdhc.state.fl.us>, <Marc.Shirley@fssa.in.gov>, <michael.sharp@fssa.in.gov>, <David_Campana@health.state.ak.us>, <mrb01@health.state.ny.us>, <Leslie.Harper@hhsc.state.tx.us>, <Martha.McNeill@hhsc.state.tx.us>, <barbara.mart@hhss.ne.gov>, <dyke.anderson@hhss.ne.gov>, <gayfieli@idhw.state.id.us>, <dan.yeager@ky.gov>, <aidd2444@mail.idpa.state.il.us>, <Jude.E.Walsh@maine.gov>, <lljones@medicaid.state.al.us>, <Pamela.Ford@medicaid.state.ar.us>, <Suzette.Bridges@medicaid.state.ar.us>, <PHJPC.REL.DOM@medicaid.state.ms.us>, <PERRIG@michigan.gov>, <Melissa.Weeks@ncmail.net>, <Sharman.Leinwand@ncmail.net>, <tom.dandrea@ncmail.net>, <REIDR@odjfs.state.oh.us>, <NesserN@ohca.state.ok.us>, <james.zakszewski@po.state.ct.us>, <MHO@srskansas.org>, <martha.warner@state.co.us>, <Gary.Gilmore@state.ma.us>, <Paul.Jeffrey@state.ma.us>, <vic.vangel@state.ma.us>, <bruce.mcclenahan@state.me.us>, <danpeterson@state.mt.us>, <dpreshinger@state.mt.us>, <sojoyb@state.nd.us>, <CynthiaO.Wilson@state.nm.us>, <Neal.Solomon@state.nm.us>, <Thomas.Drawbaugh@state.or.us>, <c-tcathers@state.pa.us>, <Mark.Petersen@state.sd.us>, <Jeff.Stockard@state.tn.us>, "Roxanne Homar" <RHOMAR@state.wy.us>, <dparke@utah.gov>, <rashley@utah.gov>, <annr@wpgate1.ahs.state.vt.us>, <pking@wvdhhr.org>, <bennyridout@yahoo.com>
Subject: RE: Surveys of pharamcy dispensing and acquisition costs

About a year ago, California conducted a survey on dispensing fee and acquistion costs. The Department concluded that a reasonable dispensing fee was $7.25 and estimated acquisition cost was AWP -17%. As a result of this survey, California changed it's acquisition cost and dispensing fee from:

   (AWP - 10%) + $4.05

to

**(AWP - 17%) + $7.25.**

Legislation from our W & I code looks like this:

14105.45.  (a) For purposes of this section, the following definitions shall apply:

(4). "Estimated acquisition cost" means the department's best estimate of the price generally and currently paid by providers for a drug product sold by a particular manufacturer or principal labeler in a standard package.

(b) (1) Reimbursement to Medi-Cal pharmacy providers for legend and nonlegend drugs shall consist of the estimated acquisition cost of the drug plus a professional fee for dispensing.  The professional fee shall be seven dollars and twenty-five cents ($7.25) per dispensed prescription.  The professional fee for legend drugs dispensed to a beneficiary residing in a skilled nursing facility or intermediate care facility shall be eight dollars ($8) per dispensed prescription.  For purposes of this paragraph "skilled nursing facility" and "intermediate care facility" shall have the same meaning as defined in Division 5 (commencing with Section 70001) of Title 22 of the California Code of Regulations.

Mike M. Namba, Pharm.D., M.S.
Chief, Pharmacy Contract Unit B
California Department of Health Services
Pharmacy Policy & Contracting Section
Voice:    (916) 552-9552
FAX:      (916) 552-9563
mnamba@dhs.ca.gov

Mailing address:
P.O. Box 997417, MS 4604
Sacramento, CA   95899-7417

Physical address:
1501 Capitol Avenue, Suite 71.3041, MS 4604
Sacramento, CA   95814


-----Original Message-----
From: Wiberg, Cody C [mailto:Cody.C.Wiberg@state.mn.us]
Sent: Tuesday, February 08, 2005 1:28 PM
To: Antoinette Brown; LDonovan@medicaid.dhs.state.hi.us
Cc: DWSwan@ahcccs.state.az.us; donna.bovell@dc.gov;
ehawkins@dch.state.ga.us; jdubberly@dch.state.ga.us;
coleenl@dhcfp.state.nv.us; vlangdon@dhcfp.state.nv.us;
boushmc@dhfs.state.wi.us; MTERREBO@dhh.la.gov; RBroussa@dhh.la.gov;
Mclifford@dhhs.state.nh.us; Asseyj@dhhs.state.sc.us;
Sojourne@dhhs.state.sc.us; JFine@dhmh.state.md.us; Namba, Mike
(DHS--MB-PPS); PAvarista@dhs.ri.gov; sparker2@dhs.state.ia.us;
Joseph.B.Martinez@dhs.state.nj.us; Javier.Menendez@dmas.virginia.gov;
Rachel.Cain@dmas.virginia.gov; CHILDSA@dshs.wa.gov;
George.L.Oestreich@dss.mo.gov; cynthia.denemark@eds.com;

wellsj@fdhc.state.fl.us; Marc.Shirley@fssa.in.gov;
michael.sharp@fssa.in.gov; David_Campana@health.state.ak.us;
mrb01@health.state.ny.us; Leslie.Harper@hhsc.state.tx.us;
Martha.McNeill@hhsc.state.tx.us; barbara.mart@hhss.ne.gov;
dyke.anderson@hhss.ne.gov; gayfieli@idhw.state.id.us; dan.yeager@ky.gov;
aidd2444@mail.idpa.state.il.us; Jude.E.Walsh@maine.gov;
lljones@medicaid.state.al.us; Pamela.Ford@medicaid.state.ar.us;
Suzette.Bridges@medicaid.state.ar.us;
PHJPC.REL.DOM@medicaid.state.ms.us; PERRIG@michigan.gov;
Melissa.Weeks@ncmail.net; Sharman.Leinwand@ncmail.net;
tom.dandrea@ncmail.net; REIDR@odjfs.state.oh.us;
NesserN@ohca.state.ok.us; james.zakszewski@po.state.ct.us;
MHO@srskansas.org; martha.warner@state.co.us; Gary.Gilmore@state.ma.us;
Paul.Jeffrey@state.ma.us; vic.vangel@state.ma.us;
bruce.mcclenahan@state.me.us; Cody.C.Wiberg@state.mn.us;
danpeterson@state.mt.us; dpreshinger@state.mt.us; sojoyb@state.nd.us;
CynthiaO.Wilson@state.nm.us; Neal.Solomon@state.nm.us;
Thomas.Drawbaugh@state.or.us; c-tcathers@state.pa.us;
Mark.Petersen@state.sd.us; Jeff.Stockard@state.tn.us; Roxanne Homar;
dparke@utah.gov; rashley@utah.gov; annr@wpgate1.ahs.state.vt.us;
pking@wvdhhr.org; bennyridout@yahoo.com
Subject: Surveys of pharamcy dispensing and acquisition costs
Importance: High


Hi,

A brief questionnaire:

1. Have you recently conducted a cost of dispensing survey?

2. Have you recently (or ever) conducted a survey to better estimate what pharmacies actually pay for drugs? (i.e. - like the OIG surveys of a couple of years ago)?

If the answer is yes for either of the above, do you have any statutory language you can share with me?

Cody Wiberg, Pharm.D., R.Ph.
Pharmacy Program Manager
Minnesota Department of Human Services

HI_HI 000052838