# EXHIBIT A

06/17/2009 WED 18:55   FAX 1 808 524 4591 Alston Hunt Floyd & Ing                    @002/003

## DECLARATION OF C. MICHAEL MOORE

I, C. Michael Moore, declare:

1.      I am an attorney admitted to practice *pro hac vice* before this Court and am one of the attorneys representing Defendants Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation in these cases.   In that capacity, I have personal knowledge of the facts stated in this Declaration, and I know these facts are true.

2.      On Thursday, June 11, 2009, I spoke to Michael Wingate-Hernandez, one of the attorneys representing the State of Hawai'i, concerning the depositions scheduled for the week of June 22, 2009, in Hawai'i. Mr. Wingate-Hernandez was in Honolulu for the depositions scheduled for the week of June 8, 2009.  He asked me if we should go forward with the deposition of Lynn Donovan on June 23, 2009.  I told him the deposition must go forward that week because of the Court's trial schedule and because I was prepared to take the deposition and was already in Hawai'i.  I also explained to him that I could not take the deposition in July 2009 due to prior commitments.  I also said that we had, I believed, another Hawai'i Medicaid witness, Angie Payne, scheduled to come to Honolulu at Defendants' expense the week of June 22, 2009.

3.      After discussing the situation, Mr. Wingate-Hernandez agreed the deposition of Ms. Donovan would go forward the week of June 22, 2009, but asked if we would move it to June 24, 2009, to facilitate his travel back to Honolulu  After checking with other defense counsel, we agreed to accommodate Mr. Wingate-Hernandez's schedule and agreed Ms. Donovan's deposition would proceed on June 24, 2009.  In addition, based on subsequent e-mail communications with Rick Eichor, another attorney representing the State, the parties agreed Ms. Payne's deposition would take place in Honolulu on June 26, 2009.

4.      I took the deposition of Ms. Donovan the first time she was deposed in this litigation, and I will be taking the lead again this time. I have spent a considerable amount of time preparing for her deposition and am currently in Hawai'i and planning to travel back to Honolulu on June 20, 2009, to make final preparations for the depositions of Ms. Donovan and

06/17/2009 WED 18:56   FAX 1 808 524 4591 Alston Hunt Floyd & Ing                          ☒003/003

Ms. Payne, I am not available to take these depositions on the dates in July proposed by the State's attorneys.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 17th day of June, 2009, at Lihu'e, Hawai'i.

C. MICHAEL MOORE

P.04     22:54   Jun 17 2009     Fax:8082455049     KAUAI MARRIOTT RESORT

# EXHIBIT B



Jun 17 2009
11:43AM

# Beasley Allen

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
——————— Attorneys at law ———————

| | | | | |
|---|---|---|---|---|
| JERE LOCKE BEASLEY | RICHARD D. MORRISON | | KENDALL C. DUNSON | NAVAN WARD, JR. |
| J. GREG ALLEN | C. GIBSON VANCE | 218 COMMERCE STREET | SCARLETTE M. TULEY | WESLEY CHADWICK COOK |
| MICHAEL J. CROW | J. P. SAWYER | POST OFFICE BOX 4160 | ROMAN ASHLEY SHAUL | CHRISTOPHER D. GLOVER |
| THOMAS J. METHVIN | C. LANCE GOULD | MONTGOMERY, ALABAMA | W. ROGER SMITH, III | JOHN E. TOMLINSON |
| J. COLE PORTIS | JOSEPH H. AUGHTMAN | 36103-4160 | P. LEIGH O'DELL | WILLIAM H. ROBERTSON, V |
| W. DANIEL MILES, III | DANA G. TAUNTON | (334) 269-2343 | D. MICHAEL ANDREWS | H. CLAY BARNETT, III |
| R. GRAHAM ESDALE, JR. | CLINTON C. CARTER | (800) 898-2034 | BENJAMIN L. LOCKLAR | CHRISTOPHER D. BOUTWELL |
| JULIA ANNE BEASLEY | BENJAMIN E. BAKER, JR. | FAX: (334) 954-7555 | LARRY A. GOLSTON, JR. | J. PARKER MILLER |
| RHON E. JONES | DAVID B. BYRNE, III | BEASLEYALLEN.COM | MELISSA A. PRICKETT | DANIELLE W. MASON |
| LABARRON N. BOONE | TED G. MEADOWS | | ALYCE ROBERTSON ADDISON | |
| ANDY D. BIRCHFIELD, JR. | FRANK WOODSON | | RUSSELL T. ABNEY | SOME ATTORNEYS ADMITTED IN: AZ, AR, DC, FL, GA, KY, LA, MN, MS, MI, NY, OH, OK, PA, SC, TN, TX, WV |

June 17, 2009

Mr. Mike Moore
**Sonnenschein Nath & Rosenthal LLP**
2000 McKinney Avenue, Suite 1900
Dallas, TX 75201-1858

> **Re:   *State of Hawaii v. Abbott Laboratories, Inc., et al.***
> **First Circuit Court, Civil No. 06-1-0720-04 EEH**

Dear Mike:

As I explained to you yesterday via voicemail message and email, the State cannot go forward with the depositions of Lynn Donovan and Angie Payne as previously scheduled for next week. Unfortunately, counsel for the State has developed unavoidable conflicts which require that these depositions be rescheduled. As I suggested to you, we can make these witnesses available for deposition during the week of July 13, 2009. As you are aware, there are two hearings that week for which defense counsel will be present in Honolulu anyway. I understand that you may have conflicts in July. Accordingly, I am willing to work with you to reschedule these depositions at our mutual convenience.

I am notifying all counsel of the postponement of these depositions via Lexis Nexis.

Thank you for your time and cooperation. If you have any questions or comments, please do not hesitate to contact me.

EXHIBIT K

With kindest regards,

**BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.**

CLINTON C. CARTER

CCC/mms
cc:     All Counsel of Record via Lexis Nexis

# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


CITIZENS FOR CONSUMER, et al . CIVIL ACTION NO. 01-12257-PBS
     Plaintiffs         .
                        .
         V.            . BOSTON, MASSACHUSETTS
                        . AUGUST 20, 2008
ABBOTT LABORATORIES, et al   .
     Defendants         .
. . . . . . . . . . . . . . . .

TRANSCRIPT OF MOTION HEARING
BEFORE THE HONORABLE MARIANNE B. BOWLER
UNITED STATES MAGISTRATE JUDGE


APPEARANCES:


For the United States:     Ana Maria Martinez, Esquire
                           Justin Dracut, Esquire
                           United States Attorney's
                           Office
                           99 N.E. 4th Street
                           Miami, FL 33132
                           305-961-9000
                           Ana.Maria.Martinez@usdoj.gov


For Ven-A-Care:           Ken Bresnick, Esquire


For Abbott Labs.:         Jason Winchester, Esquire
                           Jones Day
                           77 West Wacker Drive
                           Chicago, IL 60601-1692
                           312-782-3939


For Schering:            Kim Nemirow, Esquire
                           John T. Montgomery, Esquire
                           Ropes & Gray LLP
                           One International Place
                           Boston, MA 02110
                           617-951-7565
                           jmontgomery@ropesgray.com


For the City of New York and

*MARYANN V. YOUNG*
**Certified Court Transcriber**
**Wrentham, MA  02093**
**(508) 384-2003**

40

1          MS. CICALA:  This involves us as well, Your Honor.

2    Should we – what perhaps--

3          THE COURT:  All right, what about 5296?

4          MR. MONTGOMERY:  That's a motion for a protective

5    order, Your Honor.  I'm arguing that as well and--

6          MS. CICALA:  We're involved in--

7          THE COURT:  Okay.  Well let's--

8          MR. MONTGOMERY:  But perhaps--

9          MS. CICALA:  May I may a suggestion.

10          MR. MONTGOMERY:  Maybe we--

11          THE COURT:  Do we have other team members?

12          MR. MONTGOMERY:  Yeah.  If they have other staff I'll

13    confer and they can continue.

14          THE COURT:  All right, fine.

15          MS. ASNIS:  I believe, Your Honor, though that a

16    representative of the counties is necessary for this meet and

17    confer for purposes of the stipulations that may or may not be

18    required are satisfactory.

19          MS. CICALA:  I agree.  Aaron Hovan can participate.

20    I--

21          THE COURT:  Okay, we'll take a 20 minute break.  I'll

22    be back at 12:20.

23          MS. CICALA:  Thank you, Your Honor.

24          MS. ASNIS:  Thank you, Your Honor.

25          MR. MONTGOMERY:  Thank you.

41

1                                    RECESS

2          THE COURT:  Do we have a report?

3          MR. MONTGOMERY:  Your Honor, we conferred as you

4   suggested and subject to correction let me try to state where I

5   think we came out.  First, that it will be assumed or presumed

6   without prejudice to the state's right to raise the issue later

7   that this discovery is relevant.  That the state will make a

8   production of relevant documents to us as soon as reasonably

9   practical recognizing that there, you know, there is no easy

10  way to do this and that the state has resource limitations.

11  That after that good faith production that we will be permitted

12  to depose Mr. Butt in his capacity as both commissioner and as

13  a 30(b)(6) witness on all of the topics that we have

14  designated.  That the state and the counties will offer to us

15  proposed stipulations to limit the necessity to produce

16  documents that they consider to be particularly burdensome.

17  That we will meet and confer with respect to those

18  stipulations.  That we will defer the depositions of the other

19  two deponents until such time as we've had an actual chance to

20  review the documents.  It's certainly the defendants view that-

21  -

22          THE COURT:  What about affidavits from them?  Do you

23  want affidavits from them?

24          MR. MONTGOMERY:  Well, we would certainly like to

25  see, we would like a representation as to what the state has

42

1   done.  We do not find the assertion that they don't remember

2   any of the topics to be sufficient.  We think that after we get

3   the documents if there's a particularly rich record that we're

4   entitled to try to refresh their recollections.  But we are

5   agreed I think that we can defer until after we've seen the

6   documents and after the state has told us more about what we

7   can or cannot expect from those two witnesses.

8           We have agreed that--

9           THE COURT:  Do you want the commissioner before you

10  get documents?

11          MR. MONTGOMERY:  No.

12          THE COURT:  No.

13          MR. MONTGOMERY:  After.

14          THE COURT:  After, okay.

15          MR. MONTGOMERY:  We've agreed, you know, if it's

16  acceptable to Your Honor that the state and the counties will

17  file a report within 60 days with regard to their progress.

18  And though we didn't discuss this, we would request that the

19  Court set a further hearing at some point shortly after the

20  expiration of that 60-day period so that we're not unduly

21  delayed here.  If we don't--

22          THE COURT:  Do you want to pick a date now?

23          MR. MONTGOMERY:  If we don't – we would, Your Honor.

24  And if we don't need it of course we're not going to come in

25  and burden Your Honor.

# EXHIBIT D

Item: #22 

**From:**        "Hanley, Ray" <Ray.Hanley@medicaid.state.ar.us>
**To:**          "Partridge, Lee" <LPartridge@APHSA.ORG>, "Johnson, Kim" <KJohnson@aphsa.org>, "Smith, Vernon K." <vsmith@hlthmgt.com>, MASSACHUSETTS - Wendy Warring <Wendy.warring@state.ma.us>, ALABAMA - Michael Lewis <MLewis@medicaid.state.al.us>, ALASKA - Bob Labbe <Bob_labbe@health.state.ak.us>, ARIZONA - Phyllis Biedess <Pxbiedess@ahcccs.state.az.us>, CALIFORNIA - Gail Margolis <gmargoli@dhs.ca.gov>, COLORADO - Richard Allen <richard.allen@state.co.us>, CONNECTICUT - David Parella <david.parrella@po.state.ct.us>, DELAWARE - Philip Soule <jHagler@state.de.us>, DISTRICT OF COLUMBIA - Herbert Weldon <Hweldon-doh@dcgov.org>, FLORIDA - Bob Sharpe <sharpeb@fdhc.state.fl.us>, GEORGIA - Mark Trail <Mtrail@dch.state.ga.us>, HAWAII -- Aileen Hiramatsu <Ahiramatsu@medicaid.dhs.state.hi.us>, IDAHO - Joe Brunson <BrunsonJ@idhw.state.id.us>, ILLINOIS - Jackie Garner <directordpa@mail.idpa.state.il.us>, INDIANA - Melanie Bella <Mbella@fssa.state.in.us>, IOWA - Cathy Anderson <canders@dhs.state.ia.us>, KANSAS - Robert Day <rmd@srskansas.org>, KENTUCKY - Ellen Hesen <Ellen.Hesen@mail.state.ky.us>, LOUISIANA - Ben Bearden <bbearden@dhh.state.la.us>, MAINE - Eugene Gessow <eugene.gessow@state.me.us>, MARYLAND - Debbie Chang <dchang@dhmh.state.md.us>, WISCONSIN - Peggy Handrich <handrpl@dhfs.state.wi.us>, MICHIGAN - Bob Smedes <smedesb@state.mi.us>, MINNESOTA - Mary Kennedy <mary.kennedy@state.mn.us>, "MISSISSIPPI - Mrs. Rica Lewis Payton" <exrcc@Medicaid.state.ms.us>, MISSOURI - Gregory Vadner <victornine@aol.com>, MONTANA - Margaret Bullock <Mbullock@state.mt.us>, NEBRASKA -- Robert Seiffert <bob.seiffert@hhss.state.ne.us>, NEVADA - Chuck Duarte <Pmanning@govmail.state.nv.us>, NEW HAMPSHIRE - Lee Bezanson <lbezanso@dhhs.state.nh.us>, NEW JERSEY -- Deborah Bradley <dcbradley@dhs.state.nj.us>, NEW MEXICO - Robert Maruca <Robert.Maruca@state.nm.us>, NEW YORK - Kathryn Kuhmerker <KLK03@HEALTH.STATE.NY.US>, NORTH CAROLINA -- Nina Yeager <nina.yeager@ncmail.net>, NORTH DAKOTA - David Zentner <sozend@state.nd.us>, OHIO - Barbara Edwards <Medicald@odhs.state.oh.us>, "OKLAHOMA - Lynn V. Mitchell" <MitchelL@OHCA.state.ok.us>, OKLAHOMA - Mike Fogarty <Fogartym@ohca.state.ok.us>, OREGON - Lydia Lissman <Lydia.lissman@state.or.us>, PENNSYLVANIA - Peg Dierkers <PAMEDICAID@dpw.state.pa.us>, RHODE ISLAND - John Young <Jyoung@gw.dhs.state.ri.us>, SOUTH CAROLINA - Bill Prince <PrinceB@dhhs.state.sc.us>, SOUTH DAKOTA - Damian Prunty <Damian.Prunty@state.sd.us>, TENNESSEE - Mark Reynolds <mereynolds@mail.state.tn.us>, TEXAS - Linda Wertz <linda.wertz@hhsc.state.tx.us>, UTAH - Mike Deily <mdeily@doh.state.ut.us>, VERMONT - Paul Wallace-Brodeur <paulw@wpgate1.ahs.state.vt.us>, VIRGINIA -- Eric Bell <Bscott@dmas.state.va.us>, WASHINGTON - Jim Wilson <wilsojc@dshs.wa.gov>, WEST VIRGINIA -- Nancy Atkins <nancyatkins@wvdhhr.org>, "Johnson, Kim" <KJohnson@aphsa.org>, "Wiberg, Cody" <cody.c.wiberg@state.mn.us>, "Burch, Curtis" <Curtis.Burch@tdh.state.tx.us>, "Butt, Mark-Richard" <mrb01@health.state.ny.us>, "Duerr, Gary" <duerrg@idhw.state.id.us>, "Dunstan, Diane" <ddunstan@cms.hhs.gov>, "Parke, Duane" <hlhcf-1.dparke@state.ut.us>, "Reed, Larry" <LReed2@CMS.GOV>, "Reid, Bob" <reidr@odhs.state.oh.us>, "Shepherd, David" <dshepher@dmas.state.va.us>, "Wells, Jerry" <wellsj@fdhc.state.fl.us>
**Date:**        Sat, Feb 9, 2002  9:58 AM
**Subject:**     FW:Medicaid Pharmacy Article in Arkansas/discussion of lawsuit

We have obtained CMMS approval of a plan amendment to reduce pharmacy reimbursement effective March 1 to AWP minus 14%, generics (unless MACed) minus 25%, the fee stays at $5.51.  The changes are based on our Meyer & Stauffer survey.  The attached newspaper article will surprise none of you that this action is not winning us awards of merit with the providers. We announced the change in late November as a part of a broader series of actions due to revenue shortfall, but would have made a change in pharmacy regardless.  Strangely we got little protest and no counter proposal until after the feds approved the plan two weeks ago-in part because of the distraction of our proposal to bid nursing home pharmacy to a single vendor (we got no bids, so moot point on that).

At the legislative hearing detailed in the article there was ready

acknowledgement that Medicaid is now the most profitable of all third party payers for pharmacy and no dispute that even after the change it will remain at least as profitable.  The president of the Arkansas Pharmacist's Assoc. hit the issue even better than I could, from up scale college town 40 miles north of Little Rock, said 24% of his stores business is Medicaid---in response to a question from one of more supportive legislators the gentlemen acknowledged that yes, he accepts less than Medicaid payment levels from most of the other 76%---but that if he had to take same from Medicaid he would have to lay off an employee, and that one of his employees is his wife.  I'm not unsympathetic, these are good people working hard to make a living in a market place that has changed markedly with managed care and PBM's---but I'm also challenged by law to live within the Medicaid allotted budget.

The threat is now there will be a lawsuit alleging that if we reduce payments access will be compromised(seeking to make a federal reg violation) when some stores in the depressed areas of the Mississippi close.  What I expect to happen is they will find the most remote provider, bring him forward to say "yes, I will close if the new payment system is implemented".  As near as we can tell case law doesn't support this point based only on predictions a store(s) would close---we think there is a case in Illinois that supports this.  Truth is drug stores, and other businesses have been closing in the delta for years due to wholesale population shifts away from the area.

Any advice, case histories you might be familiar with would be much appreciated.

Ray

-----Original Message-----
From: Hanley, Ray
Sent: Friday, February 08, 2002 9:36 PM
To: Hanley, Ray
Subject:

Search Stories
</www.nwaonline.net/search_recent.bsp>
Contents                    Pharmacists Oppose Medicaid Cuts By Elizabeth Caldwell Arkansas News Bureau  LITTLE ROCK -- Pharmacies will close and Medicaid recipients will have difficulty getting prescription drugs under a plan designed to save the state money, lawmakers were told Thursday.  Also, two state senators took Department of Human Services officials to task for cutting services to poor people to balance the state's budget.  About 35 pharmacists attended a legislative Rules and Regulations Subcommittee on Thursday to protest reduced reimbursements for Medicaid prescriptions, set to take effect March 1.  The reductions were announced in November to help offset a $142 million budget shortfall, the largest in state history.  David Smith of Conway, president of the Arkansas Pharmacists Association, told the subcommittee that pharmacies will layoff employees and some businesses will close or quit participating in Medicaid.  "These people will not have access to care," Smith said. "You will see the ripple effect on the economy in these areas that are already economically depressed."  He said one pharmacy has said it will lay off two employees and another will lose $29,000, meaning another couple of layoffs. One Dermott pharmacy, that relies on Medicaid for half its business, will probably close; and another will lose

HHC014-0233

$15,000 on brand name drugs. A Portland pharmacy likely could close and the next closest pharmacy is 20 miles away, Smith said. "We're talking about health care of our public. We cannot close our eyes to these people," Smith said. Ray Hanley, DHS' Medicaid director, said recent surveys show that the pharmacies will still be able to make a profit with the reduced reimbursement amounts. One reason for the high cost of the program is that physicians are prescribing high cost brand name drugs when generics would do. Hanley said the department has been working with physicians for three years to encourage them to change their prescription habits. Richard Beck, the association's executive vice president and chief executive officer, said Hanley hasn't done enough. He said DHS should require physicians to get prior approval to use many brand name drugs. He said the state could save $2 million a year if it required physicians to switch to the generic for Prozac, a common antidepressant. Beck and Smith also said the state should raise the reimbursement on generic drugs as an incentive for physicians and pharmacists to switch from name brands. Sens. Terry Smith, D-Hot Springs, and Jodie Mahony, D-El Dorado, criticized Hanley for the way the department has responded to the budget shortfall. Smith asked Hanley if he had followed a 1997 directive from Gov. Mike Huckabee that requires state agencies to determine if a proposed policy change would affect families. Hanley said he had not, but said the cuts were "not inconsistent" with the Huckabee directive. "If we overspend and pay for things that are not medically necessary, that more than anything else, makes it harder to adhere to things like this and provide later services that are necessary," Hanley said. Mahony called DHS "totally irresponsible" for actions it has taken, or not taken, in dealing with the budget cuts. He said Hanley was "discouraging use of generic drugs" for not making it more difficult for physicians to prescribe brand names. Mahony also said DHS should have advocated for Huckabee to call a special legislative session to deal with the Medicaid cuts. Several legislators have said there are millions of dollars sitting in accounts that could be appropriated for Medicaid.

FRONT PAGE <littlerock.bsp>  News <lr_news.bsp>  Opinion <lr_opinion.bsp>  John Brummett <lr_op_brummett.bsp>  Dennis Byrd <lr_op_byrd.bsp>  David J. Sanders <lr_op_sanders.bsp>  Dr. David Lipschitz <lr_op_lipschitz.bsp>  William J. Crowe, Jr. <lr_op_crowe.bsp>  Jack Moseley <lr_op_moseley.bsp>  Wesley Brown <lr_op_brown.bsp>  Harville's Cartoons <lr_cartoon.bsp>  Washington D.C. Bureau <lr_DCnews.bsp>  About the Bureau <lr_about.bsp>

Content Partners
The Morning News < <http://www.nwaonline.net/> http://www.nwaonline.net/>  Southwest Times-Record < <http://www.swtimes.com/> http://www.swtimes.com/>  Pine Bluff Commercial < <http://www.pbcommercial.com/> http://www.pbcommercial.com/>  Arkansas Times < <http://www.arktimes.com/> http://www.arktimes.com/>  The Benton Courier < <http://www.bentoncourier.com/> http://www.bentoncourier.com/>  The Jonesboro Sun < <http://www.jonesborosun.com/> http://www.jonesborosun.com/>  Log Cabin Democrat < <http://www.thecabin.net/> http://www.thecabin.net/>

Online Partners
NWAonline.net < <http://www.nwaonline.net/> http://www.nwaonline.net/>  FOIArkansas < <http://www.foiarkansas.com/> http://www.foiarkansas.com/>  OutdoorArkansas < <http://www.outdoorarkansas.com/> http://www.outdoorarkansas.com/>  RazorbackCentral < <http://www.razorbackcentral.com/> http://www.razorbackcentral.com/>

HHC014-0234

Information
Contact Us <lr_about.bsp>   About the Bureau <lr_about.bsp>

HHC014-0235      L

# EXHIBIT E



# National Medicaid Pharmacy Administrators' Association

## 16th Annual Meeting

## August 2 –4, 2002
## San Francisco, CA

WAC + 9% ✦ AWP-10%

WAC+10% ||

WAC+ 9% ||

WAC+ 5% |

WAC + 12% |

HI_HI 000002643



# Welcome to the 16th Annual National Medicaid Pharmacy Administrators' Association Meeting

Welcome to San Francisco! Thank you for taking time from your busy schedules to attend the National Medicaid Pharmacy Administrators' Association Meeting. I hope you will find the meeting both fun and informative!

A special thanks to our friends in industry! The generous unrestricted educational grants received from the following companies provides Medicaid Pharmacy Administrators the opportunity to network with fellow professionals, explore new ideas, and make plans for the future:

**Bristol-Myers Squibb**
**Fujisawa** *Jim Turner*
**Genentech** *- Rene Black*
**Pharmacia** *- Jim McFadden*
**TAP** *- Jim ~~Turner~~ Knox*

The meeting agenda includes a Napa Valley tour on Saturday. If you have any free time during your stay in San Francisco, you may wish to visit Fisherman's Wharf, Pier 39, Ghirardelli Square, Chinatown, The Cannery, North Beach, The Golden Gate Bridge, or Alcatraz. The San Francisco Convention and Visitors Bureau has a Visitor Information Center, which is open 9 a.m. – 5 p.m. Monday – Friday, and 9 a.m. – 3 p.m. Saturday – Sunday. The telephone number for the Visitor Information Center is (415) 283-0177.

Have a wonderful time in San Francisco!

Sincerely,

*Shannon Whalen*

Shannon Whalen
2002 Chairman

HI_HI 000002644

SPONSORS

HI_HI 000002645

# SPECIAL THANKS
## TO THE 2002 SPONSORS
## OF NMPAA:

*BRISTOL-MYERS SQUIBB*

*FUJISAWA HEALTHCARE*

*GENENTECH*

*PHARMACIA*

*TAP PHARMACEUTICALS*

HI_HI 000002646

AGENDA

HI_HI 000002647

## NATIONAL MEDICAID PHARMACY ADMINISTRATORS' ASSOCIATION MEETING

## AGENDA

### Friday, August 2

| | |
|---|---|
| 1:00 p.m. | Business Meeting |
| 2:30 p.m. – 2:45 p.m. | Break |
| 2:45 p.m. – 5:00 p.m. | State Reports |
| 5:30 p.m. – 7:00 p.m. | Reception |
| 7:00 p.m. | Dinner |

### Saturday, August 3

| | |
|---|---|
| 7:30 a.m. – 8:30 a.m. | Breakfast |
| 8:30 a.m. – 10:30 a.m. | Kay Morgan<br>First Data Bank |
| 10:30 a.m. – 10:45 a.m. | Break |
| 11:00 a.m. | Depart for Lunch, BioTechnology Tour, Napa Valley Tour, and offsite Dinner |

## Sunday, August 4

| | |
|---|---|
| 7:30 a.m. – 8:30 a.m. | Breakfast |
| 8:30 a.m. – 9:30 a.m. | Patsy McElroy, NCPDP |
| 9:30 a.m. – 9:45 a.m. | Break |
| 9:45 a.m. – 11:45 a.m. | Donna Boswell<br>Legislative Update |
| 12:00 p.m. | Closing |

HI_HI 000002649

**STATES REPORTS**

HI_HI 000002650

## STATE REPORT: NMPAA 2002

## STATE:  ALABAMA
### (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population:       2001—797,068 Total Medicaid Enrollees
   Fee for Service MA population:        2001—465,236 Total Pharm. Recipients
   Managed Care MA population:           N/A

2. Annual spent on MA Drug Program:      $385,168,230
3. Total # Paid Pharmacy MA Claims:          9,719,394

4. Pricing Format (e.g. AWP-10%):        WAC + 9.2%, AWP – 10%, DIR, SMAC, FUL
   Dispensing Fee(s):                    $5.40

   _____
   _____
   _____

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy
   Benefit Carved-in or Out; does State use PCCM?): _____
   _____
   _____

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion,
   Pilot Program, or PBM Contract: N/A_____
   _____
   _____

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within
   Medicaid, Including Prior Authorization or Use of PBMs: N/A_____
   _____
   _____
   _____

8. Status of Disease State Management Programs:  Asthma Disease Management
   just beginning_____
   _____
   _____

9. Total Rebates Paid Since Inception of OBRA '90: $371,047,502 – (10/93 – 9/01)____
   Total Rebates Paid in 2001:           $ 76,713,500_____

10. Are Rebates Directed into State General Fund or Medicaid? Medicaid_____

11. Other issues SPECIFIC to State: N/A_____
    _____

# STATE REPORT: NMPAA 2002

## STATE:ALASKA
### (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population: <u>93,219</u>
   Fee for Service MA population: <u>100%</u>
   Managed Care MA population: _____

2. Annual spent on MA Drug Program: <u>$69,186,228</u>

3. Total # Paid Pharmacy MA Claims: _____

4. Pricing Format (e.g. AWP-10%): <u>AWP – 5%</u>
   Dispensing Fee(s): _____

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): <u>N/A</u>

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: _____

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: <u>We began a Prior Authoriaztion Program for Oxycontin, Oxycodone, Duragesic and Stadol NS.</u>

8. Status of Disease State Management Programs: <u>N/A</u>

9. Total Rebates Paid Since Inception of OBRA '90: _____
   Total Rebates Paid in 2001: <u>$12,240,395</u>

10. Are Rebates Directed into State General Fund or Medicaid? <u>Medicaid</u>

11. Other issues <u>SPECIFIC</u> to State: <u>N/A</u>

HI_HI 000002654

# STATE REPORT: NMPAA 2002

## STATE: ARIZONA (7/1/2001 –6/30/2002)
## (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population:      787,573
   Fee for Service MA population:       87,917
   Managed Care MA population:       699,656

2. Annual spent on MA Drug Program:    Data not available

3. Total # Paid Pharmacy MA Claims:    Data not available

4. Pricing Format (e.g. AWP-10%):    Managed care health plans: Formula based on
   Dispensing Fee(s):    discount from AWP plus dispensing fee.
   Pricing is negotiated between individual pharmacy network and health plans or
   their designated PBM.
   FFS Members: AWP – 15% + $2.00 dispensing fee

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy
Benefit Carved-in or Out; does State use PCCM?): Managed care health plans design
their own individual prescription durg and pharmacy benefit program to meet the needs
of their enrolled members. Health plans are all at full financial risk for providing
pharmacy benefits to their members.

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion,
Pilot Program, or PBM Contract: Existing model has been in place since inception of
AHCCCS in 1982.

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within
Medicaid, Including Prior Authorization or Use of PBMs: The pharmacy benefit for both
managed care health plans and FFS incorporates a variety of management tools
including formularies, prior authorization, preferred drug lists, disease management
programs, etc. However, none are mandated by law or regulation.

8. Status of Disease State Management Programs: None are mandated by AHCCCS.
Most of the managed care health plans have incorporated some disease management
programs.

9. Total Rebates Paid Since Inception of OBRA '90: AHCCCS is waived from
participation in the Medicaid Drug Rebate program. Most of the managed care health
plans have some form of negotiated drug rebate either directly with pharmaceutical
manufacturers or through a PBM.

10. Are Rebates Directed into State General Fund or Medicaid? See #9

11. Other issues SPECIFIC to State: N/A

HI_HI 000002655

# STATE REPORT: NMPAA 2002

## STATE: CONNECTICUT
### (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population:      333,000
   Fee for Service MA population:        93,000
   Managed Care MA population:          240,000

2. Annual spent on MA Drug Program:   $ 343 million

3. Total # Paid Pharmacy MA Claims:    5.6 million

4. Pricing Format (e.g. AWP-10%):      AWP – 12%
   Dispensing Fee(s):                  $4.10

   _____

   _____

   _____

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): Carved-in, no PCCM

   _____

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: ConPACE (CT's Rx program for the elderly/disabled) 1115 waiver submitted to CMS & in negotiations.

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: Found out 2 DAYS AGO: state MAC (with supplemental rebates, P & T committee, preferred drug list), voluntary mail order, pharmaceutical purchasing iniative, cut dispensing fee.

8. Status of Disease State Management Programs: decided Diabetes would be the first last year, no other changes

9. Total Rebates Paid Since Inception of OBRA '90: $ 373 million
   Total Rebates Paid in 2001:          $ 78 million

10. Are Rebates Directed into State General Fund or Medicaid? Medicaid rebates returned to Medicaid; ConnPACE to General Fund.

11. Other issues SPECIFIC to State: dispensing fee decreases to $3.85 on 9/1/02. ACS began Retro-DUR 4/1/02, Prior Auth contract with ACS pending.

## STATE REPORT: NMPAA 2002

## STATE: GEORGIA FY 2001
### (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population:    <u>1,535,961 – eligibles</u>
    Fee for Service MA population:    <u>415,640 – FFS eligibles</u>
    Managed Care MA population:    <u>1,120,321 – GBHC eligibles</u>

2. Annual spent on MA Drug Program:    <u>$676,880,217</u>

3. Total # Paid Pharmacy MA Claims:    <u>16,125,897</u>

4. Pricing Format (e.g. AWP-10%):    <u>AWP – 10%*</u>
    Dispensing Fee(s):    <u>$4.63 for-profit pharmacies and $4.33 for non-profit pharmacies*  *Georgia has a most favored pricing law so pharmacies must pass along the lowest reimbursement they accept from any other payer to GA Medicaid.</u>

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): <u>Georgia does not have a Medicaid HMO, but we do have a CHIP program – PCCM model and traditional FFS Medicaid.</u>

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: <u>PBM contract</u>

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: <u>no state laws required to be passed for any iniatives implemented in FY01 for Medicaid.</u>

8. Status of Disease State Management Programs: <u>various disease management efforts under development or consideration</u>

9. Total Rebates Paid Since Inception of OBRA '90: <u>Data archived and not available by deadline. Total Rebates Paid in 2001: $152,378,351.58</u>

10. Are Rebates Directed into State General Fund or Medicaid? <u>Medicaid</u>

11. Other issues <u>SPECIFIC</u> to State: <u>N/A</u>

HI_HI 000002657

# STATE REPORT: NMPAA 2002

## STATE: HAWAII
### (For State Fiscal Year 2002—unless otherwise specified)

1.  Total Medicaid (MA) population:     **161,000**
    Fee for Service MA population:      **36,000**
    Managed Care MA population:        **125,000**

2.  Annual spent on MA Drug Program:   **$ 72.8 million-Calendar Year 2001**

3.  Total # Paid Pharmacy MA Claims:   **1,482,000-Calendar Year 2001**

4.  Pricing Format (e.g. AWP-10%):     **AWP – 10.5%, FUL, State Mac, usual & customary**

    Dispensing Fee(s):                 **$4.67**

5.  Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): **Mainly carved-in. A few items are carved out: protease inhibitors, Synergis, Rebetron, etc.**

6.  New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: **Dept. plans to apply for a 1115 waiver to include seniors who meet income criteria into Medicaid for drug cost assistance only.**

7.  New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: **None**

8.  Status of Disease State Management Programs:  **Just starting**

9.  Total Rebates Paid Since Inception of OBRA '90: **Not available**
    Total Rebates Paid in 2001: **Not available**

10. Are Rebates Directed into State General Fund or Medicaid? **Medicaid since 3Q 01**

11. Other issues SPECIFIC to State: **N/A**

HI_HI 000002658

## STATE REPORT: NMPAA 2002

### STATE: IDAHO
### (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population:     122,787 Average eligible per month SFY01
   Fee for Service MA population:      122,787 Average eligible per month SFY01
   Managed Care MA population:         0

2. Annual spent on MA Drug Program:    $99,326,161 SFY01

3. Total # Paid Pharmacy MA Claims:     1,984,977 SFY01

4. Pricing Format (e.g. AWP-10%):      AWP – 12%
   Dispensing Fee(s):                  $4.94

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): All pharmacy benefits are fee-for-service. Idaho does use PCCM – Healthy Connections with approximately a 30% enrollment.

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: No

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: Early refill (75% -2/02), PA of COX II, PPI, non sedating antihistamines (5/02), tightening of quantity limits—requiring PA to override (rule being written).

8. Status of Disease State Management Programs: Asthma and Diabetes Disease Management programs in in development. Projected implementation date is 4th Quarter of 2002.

9. Total Rebates Paid Since Inception of OBRA '90: $68,281,101 through SFY 01
   Total Rebates Paid in 2001:              $17,269,205 SFY 01

10. Are Rebates Directed into State General Fund or Medicaid? Medicaid

11. Other issues SPECIFIC to State: (1) 2002 Legislative direction to PA all Rxs/client >4/month beginning 4/01. Program placed on hold 4/5/01. (2) Began PA on Cox II inhibitors, PPI, and non sedating antihistamines 5/02. (3) Allocation of cyberformance data mining technology from Heritage to support DUR program and lock-in program, as well as other new intitiatives.

HI_HI 000002659

# STATE REPORT: NMPAA 2002

## STATE: ILLINOIS
### (For State Fiscal Year 2002—unless otherwise specified)

1.  Total Medicaid (MA) population:     1,927,595
    Fee for Service MA population:     1,459,459
    Managed Care MA population:     468,136

2.  Annual spent on MA Drug Program:     $967,151,575.00

3.  Total # Paid Pharmacy MA Claims:     22,528,018

4.  Pricing Format (e.g. AWP-10%):     FY02= Brand: AWP – 11% and Generic: AWP – 20%. FY03=Brand: AWP – 12% and Generic: AWP – 25%
    Dispensing Fee(s):     FY02=Brand: $4.00 and Generic: $5.10. FY03=Brand: $3.40 and Generic: $4.60

5.  Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): Pharmacy is NOT carved out of managed care. Managed care entities must operate a formulary that is no more restrictive than the Department's benefit. This includes a requirement that they may only put prior authorization on drugs our regular program has on prior authorization.

6.  New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: Have an operating 1115 B Waiver making our Senior's Program Title XIX matchable. Have begun including the net cost of drugs as a larger component of the decision making process for which drugs require prior authorization Net cost is measured after considering any supplemental rebates offered by each manufacturer.

7.  New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: None

8.  Status of Disease State Management Programs: Couple of pilots going. No results to report.

9.  Total Rebates Paid Since Inception of OBRA '90: $1,084,816,985.07
    Total Rebates Paid in 2001:     $ 159,937,834.00 (FY02)

10. Are Rebates Directed into State General Fund or Medicaid? Special Medicaid fund which can only be spent to reimburse pharmacies.

11. Other issues SPECIFIC to State: Increasing federal FFP match rate.

HI_HI 000002660

# STATE REPORT: NMPAA 2002

# STATE: IOWA
## (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population:    <u>220,116* (*monthly ave. of people eligible)</u>
   Fee for Service MA population:    <u>102,188</u>
   Managed Care MA population:    <u>117,928</u>

2. Annual spent on MA Drug Program:  <u>$225,322,393</u>

3. Total # Paid Pharmacy MA Claims:    <u>5,037,219</u>

4. Pricing Format (e.g. AWP-10%):    <u>AWP – 10%</u>
   Dispensing Fee(s):    <u>$5.17</u>

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): <u>Pharmacy benefits are carved-out.</u>

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: <u>State MAC</u>

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: <u>N/A</u>

8. Status of Disease State Management Programs: <u>N/A</u>

9. Total Rebates Paid Since Inception of OBRA '90: <u>$ 238.5 million</u>
   Total Rebates Paid in 2001: <u>$ 45,341,315</u>

10. Are Rebates Directed into State General Fund or Medicaid? <u>Medicaid</u>

11. Other issues SPECIFIC to State: <u>N/A</u>

HI_HI 000002661

# STATE REPORT: NMPAA 2002

## STATE: KANSAS
### (For State Fiscal Year 2002—unless otherwise specified)

1. **Total Medicaid (MA) population:**        183,788
   **Fee for Service MA population:**        44,194
   **Managed Care MA population:**        11,981

2. **Annual spent on MA Drug Program:**   $188,582,079

3. **Total # Paid Pharmacy MA Claims:**   3 to 4 million per year

4. **Pricing Format (e.g. AWP-10%):**   AWP – 10%, AWP – 30% blood fraction
   products, and AWP – 50% large volume parenterals. Also MAC pricing
   **Dispensing Fee(s):**        $4.50

5. **Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy
   Benefit Carved-in or Out; does State use PCCM?):** PCCM fee for service and benefit
   carved-in for managed care

6. **New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion,
   Pilot Program, or PBM Contract:** No

7. **New State Laws or Regulations Impacting Access to Pharmaceuticals Within
   Medicaid, Including Prior Authorization or Use of PBMs** No

8. **Status of Disease State Management Programs:** None

9. **Total Rebates Paid Since Inception of OBRA '90:** Unavailable
   **Total Rebates Paid in 2001:** FY 2001: $35,280,317 FY 2001: $42,467,334

10. **Are Rebates Directed into State General Fund or Medicaid?** State General Funds

11. **Other issues SPECIFIC to State:** No

# STATE REPORT: NMPAA 2002

## STATE: MARYLAND FY 2001
### (For State Fiscal Year 2002—unless otherwise specified)

1. **Total Medicaid (MA) population:**      581,000
   **Fee for Service MA population:**      137,000
   **Managed Care MA population:**      444,000

2. **Annual spent on MA Drug Program:**   $ 270 million

3. **Total # Paid Pharmacy MA Claims:**    4.5 million

4. **Pricing Format (e.g. AWP-10%):**      WAC + 10
   **Dispensing Fee(s):**      $4.21 retail & $5.25 NH

5. **Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?):** Carved-in except Mental Health

6. **New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract:** Expand Senior Program

7. **New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs:** 10 prescription limit per month

8. **Status of Disease State Management Programs:** No Program

9. **Total Rebates Paid Since Inception of OBRA '90:** $ 363 million
   **Total Rebates Paid in 2001:**      $  50 million

10. **Are Rebates Directed into State General Fund or Medicaid?** Medicaid

11. **Other issues SPECIFIC to State:** N/A

HI_HI 000002663

## STATE REPORT: NMPAA 2002

## STATE: MASSACHUSETTS
### (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population:    947,948 (Ave. number of members enrolled)
   Fee for Service MA population:    784,755 (Ave. number of members enrolled)
   Managed Care MA population:    163,193 (Ave. number of members enrolled)

2. Annual spent on MA Drug Program:    Approximately $769 million

3. Total # Paid Pharmacy MA Claims:    Approximately 14.9 million

4. Pricing Format (e.g. AWP-10%):    WAC + 10%
   Dispensing Fee(s):    $3.00

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): Pharmacy is carved-in to MCO benefit. State uses a PCC (primary care physician) program that, unlike the MCO's, is fee for service.

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: 1115 Waiver Expansion to include HIV infected individuals how are <200% FPL.

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: New Oct. '01 pharmacy regulations that expand access to certain pharmaceuticals; OTC's, Topical Acne Preparations, ADHD drugs, while tightening restrictions on other products, such as: Erectile Dysfunction, Obesity, Multi-Source Brand Drugs. In addition, prescriptions will now be valid for 1-year or 11 refills when applicable. Quantity limits are 30 – 90 days where appropriate.

8. Status of Disease State Management Programs:  State does not engage in DSM. The State does employ Treatment Guidelines.

9. Total Rebates Paid Since Inception of OBRA '90: $914,457,082
   Total Rebates Paid in 2001:    $161,958,511

10. Are Rebates Directed into State General Fund or Medicaid? Medicaid

11. Other issues SPECIFIC to State: N/A

HI_HI 000002664

## STATE REPORT: NMPAA 2002

## STATE: MISSOURI
### (For State Fiscal Year 2002—unless otherwise specified)

1.  Total Medicaid (MA) population:        818,109
    Fee for Service MA population:        472,238
    Managed Care MA population:        345,871

2.  Annual spent on MA Drug Program:    $708,180,772

3.  Total # Paid Pharmacy MA Claims:    14,008,569

4.  Pricing Format (e.g. AWP-10%):    Federal Upper Limit
    Dispensing Fee(s):        $8.04 Dispensing Fee: $8.19 Nursing home

5.  Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): Protease inhibitors are carved out. All other Pharmacy benefits are the responsibility of the MC+ Health Plans.

6.  New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: Pharmacy Provider Tax and Enhanced Dispensing Fee; Prior Authorization of New Drugs; Disease Management Program.

7.  New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: Prior Authorization of New Drugs; Elimination of over-the-counter coverage (except insulin); Dose Optimization; Early Refill Edits; 31 Day Maximum Supply.

8.  Status of Disease State Management Programs:  We are currently in the final stages of awarding a contract.

9.  Total Rebates Paid Since Inception of OBRA '90: $764,825,819.31
    Total Rebates Paid in 2001:        $105,871,972.93
10. Are Rebates Directed into State General Fund or Medicaid? Medicaid

11. Other issues SPECIFIC to State: Pharmacy Provider Tax and Enhanced Dispensing Fee; Prior Authorization of New Drugs; Disease Management Programs; Elimination of over-the-counter Coverage (except Insulin); Dose Optimization; Early Refill Edits; 31 day Maximum Supply.

HI_HI 000002665

# STATE REPORT: NMPAA 2002

## STATE: MONTANA
### (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population:      162,136
   Fee for Service MA population:      N/A
   Managed Care MA population:      N/A

2. Annual spent on MA Drug Program:   $69,503,391.04 (through May 2002)

3. Total # Paid Pharmacy MA Claims:   902,473

4. Pricing Format (e.g. AWP-10%):      Lesser of : 1) Estimated Acquisition Cost (EAC) plus dispensing fee. 2) Federal upper limit (FUL)/maximum allowable cost (MAC) of the drug plus dispensing fee; or 3) Provider's usual and customary charge. *EAC is currently AWP less 15% (effective July 1, 2002)
   Dispensing Fee(s):      Dispensing fee is maximum $4.70 for in-state pharmacies and maximum $3.50 for out-of-state pharmacies

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): The pharmacy benefit within managed care is carved out.

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: Initiatives include changes to reimbursement (effective July 1); changes to cost sharing (effective April 1, 2002); pursuit of waivers; pharmacy case management model.

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: N/A

8. Status of Disease State Management Programs: We are not currently pursuing any disease state management programs.

9. Total Rebates Paid Since Inception of OBRA '90: $83,573,602
   Total Rebates Paid in 2001:      $12,750,802

10. Are Rebates Directed into State General Fund or Medicaid? Rebates collected are directed into the state general fund.

11. Other issues SPECIFIC to State: N/A

HI_HI 000002666

## STATE REPORT: NMPAA 2002

## STATE: NEVADA
### (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population:     <u>141,000</u>
     Fee for Service MA population:     <u>93,000</u>
     Managed Care MA population:     <u>48,000</u>

2. Annual spent on MA Drug Program:     <u>$ 60 million</u>

3. Total # Paid Pharmacy MA Claims:     <u>1,417,414</u>

4. Pricing Format (e.g. AWP-10%):     <u>AWP – 10.% + dispensing fee (may change)</u>
     Dispensing Fee(s):     <u>$4.76</u>

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): <u>Anti-retrovirals are carved-our of managed care, revert to FFS. State is in the process of submitting and RFP for PCCM</u>

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: <u>Implementation of POS early 2003</u>

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: <u>PA is not a state regulation, however implemented PA on PPI, COX2, and viagra effective 7/1/02 and no grandfathering.</u>

8. Status of Disease State Management Programs: <u>Working on provider & recipient outreach programs.</u>

9. Total Rebates Paid Since Inception of OBRA '90: <u>$56,315,380</u>
     Total Rebates Paid in 2001:     <u>$ 18,416,742</u>

10. Are Rebates Directed into State General Fund or Medicaid? <u>State General Fund</u>

11. Other issues SPECIFIC to State: <u>Had a public hearing on 7/8/02 to increase to AWP – 15% + $4.76</u>

HI_HI 000002667

# STATE REPORT: NMPAA 2002

## STATE: NEW HAMPSHIRE
### (For State Fiscal Year 2002—unless otherwise specified)

1.  Total Medicaid (MA) population:       <u>110,232</u>
    Fee for Service MA population:      <u>N/A</u>
    Managed Care MA population:      <u>8,797</u>

2.  Annual spent on MA Drug Program:     <u>$ 87,999,033.70</u>

3.  Total # Paid Pharmacy MA Claims:     <u>1,919,114</u>

4.  Pricing Format (e.g. AWP-10%):     <u>Lesser of AWP – 12%, FUL, or State MAC</u>
    Dispensing Fee(s):    <u>$2.50</u>

5.  Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): <u>Pharmacy Benefit is carved-out of managed care.</u>

6.  New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: <u>NH implemented a PBM contract with First Health on November 3, 2001.</u>

7.  New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: <u>New Administrative Rules. New 570 to allow Prior Authorization and Lock in.</u>

8.  Status of Disease State Management Programs: <u>In the process of developing a DSM program with First Health.</u>

9.  Total Rebates Paid Since Inception of OBRA '90: <u>$77,511,415.27</u>
    Total Rebates Paid in 2001:      <u>$10,863,978.66</u>

10. Are Rebates Directed into State General Fund or Medicaid? <u>General Fund.</u>

11. Other issues SPECIFIC to State: <u>N/A</u>

HI_HI 000002668

# STATE REPORT: NMPAA 2002

## STATE: NORTH DAKOTA
Data from current biennium (through June 30 – SFY 2002

## (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population:      47,788
   Fee for Service MA population:      47,788
   Managed Care MA population:      N/A

2. Annual spent on MA Drug Program:   $37,237,493

3. Total # Paid Pharmacy MA Claims:   1,071,983

4. Pricing Format (e.g. AWP-10%):   AWP – 12%
   Dispensing Fee(s):   $4.60

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): N/A _____ _____ _____

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: None _____

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: None _____

8. Status of Disease State Management Programs: Identifying patients with asthma and diabetes to be managed by 6 pharmacists in the state. _____

9. Total Rebates Paid Since Inception of OBRA '90: $54,776,363.15
   Total Rebates Paid in 2001:        $ 9,951,023.00
10. Are Rebates Directed into State General Fund or Medicaid? Medicaid _____

11. Other issues SPECIFIC to State: Current budget shortfall for Medicaid is $18 million.

HI_HI 000002669

# STATE REPORT: NMPAA 2002

## STATE: OHIO SFY 2001
## (For State Fiscal Year 2002—unless otherwise specified)

1. **Total Medicaid (MA) population:**       1.4 million
    **Fee for Service MA population:**       1.1 million
    **Managed Care MA population:**       0.3 million

2. **Annual spent on MA Drug Program:**   $ 1,112,356

3. **Total # Paid Pharmacy MA Claims:**   25,170,558
4. **Pricing Format (e.g. AWP-10%):**       WAC + 9%
    **Dispensing Fee(s):**       $3.70

5. **Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?):** Carved-in. State uses First Health for POS and PA.

6. **New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract:** In process: A state plan amendment to allow for a preferred drug list and supplemental rebates.

7. **New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs:** In process, see #6.

8. **Status of Disease State Management Programs:** None.

9. **Total Rebates Paid Since Inception of OBRA '90:** Not readily available
    **Total Rebates Paid in 2001:**       $245,436,770 SFY 2001

10. **Are Rebates Directed into State General Fund or Medicaid?** General Fund

11. **Other issues SPECIFIC to State:** We've always had a large PA program. Approximately 26,000 claims/year via PA.

HI_HI 000002670

## STATE REPORT: NMPAA 2002

### STATE: OKLAHOMA
(For State Fiscal Year 2001 – July 1, 2000 to June 30, 2001)

## (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population:        Average monthly enrollment of 432,922
   Fee for Service MA population:          Average monthly enrollment 141,650
   Managed Care MA population:
      Capitated HMO:                       Average monthly enrollment 163,103
      PCP/CM (FFS RX):                     Average monthly enrollment 128,169

2. Annual spent on MA Drug Program:       $ 202,094,418.00

3. Total # Paid Pharmacy MA Claims:       4,383,471
4. Pricing Format (e.g. AWP-10%):         AWP – 10.5% (currently AWP – 12%)
   Dispensing Fee(s):

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): Oklahoma has two managed care options. SoonerCare Plus is a capitated HMO system that includes pharmacy benefits provided by the HMO. SoonerCare Choice is a PCP/CM system with pharmacy benefits provided by and equal to the Fee for Service pharmacy benefit.

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: N/A

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: Oklahoma continues to expand the Product Based Prior Authorization program. This program is much like a preferred drug list but is confined to therapeutic categories that the DUR Board approves based on clinical and economic analysis. In January 2000, the program started with the Anti-Ulcer and NSAID categories. In the Fall of 2001, the DUR Board approved the addition of ACE Inhibitors, Calcium Channel Blockers and their combination products to the PBPA Program. These changes were made in April 2002. During the 2002 Legislative Session, a bill was passed that requires the state Medicaid agency to study the feasibility of disease management in the Medicaid population.

8. Status of Disease State Management Programs: Disease Management is not coordinated through the pharmacy department. One program for pediatric asthmatics was conducted during FY 01-02 and an asthma collaboration with the Indial Health Service clinics has just begun in Spring of 2002.

9. Total Rebates Paid Since Inception of OBRA '90: $231,721,956.00
   Total Rebates Paid in 2001:                      $  40,032,307.00

10. Are Rebates Directed into State General Fund or Medicaid? Medicaid
11. N/A

HI_HI 000002671

## STATE REPORT: NMPAA 2002

## STATE: OREGON
### (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population:     356,002
   Fee for Service MA population:     152,728
   Managed Care MA population:     203,274

2. Annual spent on MA Drug Program:     $ 225,489,467

3. Total # Paid Pharmacy MA Claims:     4,340,264
4. Pricing Format (e.g. AWP-10%):     AWP – 13%
   Dispensing Fee(s):     $3.50, $3.80 NF

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): MCO's capitation includes the pharmacy benefit except for Standard therapeutic class 7 & 11 which are paid for FFS. Oregon also utilizes a PCCM program and the pharmacy benefit is also paid FFS.

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: New expansion proposal recently submitted to CMS under an 1115 and HIFA waiver. A new reduced "commercial type" benefit package is proposed for the new eligibles. As for the mandatory Medicaid eligible populations, Oregon is implementing a $2 generic, $3 Brand drug copay effective 8/1/02. Effective 3/1/02 implemented a State MAC which has saved the state approx $1 millon per month on our drug expenditures. Also implementing a "preferred drug list" type of formulary effective 8/1/02, restricting clients to a single pharmacy, limits the initial dispensing of maintenanced med's to 15 days supply.

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: SB 819 which allows the agency to develop a preferred drug list.

8. Status of Disease State Management Programs: Oregon is currently in the process of designing a program case management of asthmas, diabetes, CHF and high utilizers

9. Total Rebates Paid Since Inception of OBRA '90: $179,399,117.01
   Total Rebates Paid in 2001:     50,419,520.20

10. Are Rebates Directed into State General Fund or Medicaid? General Fund

11. Other issues SPECIFIC to State: N/A.

HI_HI 000002672

# STATE REPORT: NMPAA 2002

## STATE: RHODE ISLAND
### (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population:    172,190 ( figures are for 6-02)
    Fee for Service MA population:    48,192
    Managed Care MA population:    130,199

2. Annual spent on MA Drug Program:    SFY 2001 $101,041,334
    SFY 2002 $120,952,122

3. Total # Paid Pharmacy MA Claims:    2.5 million

4. Pricing Format (e.g. AWP-10%):    WAC + 5%
    Dispensing Fee(s):    $3.40 ambulatory, $2.85 Nursing Facility

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): carved-in

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: 1115 Pharmacy Waiver in development

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: Expansion of PA Program through on-line system 11-02. Adding PPIs and COX IIs

8. Status of Disease State Management Programs:  Connect CARRE presently enrolled 40 recipients. 35 recipients in review process. Developing program for CHF.

9. Total Rebates Paid Since Inception of OBRA '90: since SFY 1995, $115 million
    Total Rebates Paid in 2001:    SFY 2001, $22.6 million

10. Are Rebates Directed into State General Fund or Medicaid? General Fund
11. Other issues SPECIFIC to State: Pro DUR Alerts now deny. Pharmacist intervention required for override. Switching to NCDPDP 5.1 processing 11/02.

HI_HI 000002673

## STATE REPORT: NMPAA 2002

## STATE: SOUTH CAROLINA
### (For State Fiscal Year July 2001 – June 2002)

## (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population:  689,153
   Fee for Service MA population:  653,068
   Managed Care MA population:  36,085

2. Annual spent on MA Drug Program:  $ 427,707,138 (before rebates deducted)

3. Total # Paid Pharmacy MA Claims:  8,195,237
4. Pricing Format (e.g. AWP-10%):  AWP less 10%
   Dispensing Fee(s):  $4.05

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): For Medicaid Managed Care the Pharmacy Benefit is Carved-in. South Carolina uses a PBM to adjudicate pharmacy claims, administer our Prior Approval (PA) process and to develop and maintain our SC MAC list.

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: A 1115 waiver is pending to convert and expand our current state only prescriptions program for seniors to a Medicaid matched program. rebates.

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs 34-day maximum supply per Rx; PA of PPIs and COX 2s; expanded SC MAC List.

8. Status of Disease State Management Programs:  Limited, but looking to expand.

9. Total Rebates Paid Since Inception of OBRA '90: $449,768,481 approximately
   Total Rebates Paid in 2001:            $102,196,236

10. Are Rebates Directed into State General Fund or Medicaid? Medicaid Pharmacy Program.

11. Other issues SPECIFIC to State: N/A.

# STATE REPORT: NMPAA 2002

## STATE: SOUTH DAKOTA
## (For State Fiscal Year 2002—unless otherwise specified)

1.  Total Medicaid (MA) population:      87,000
     Fee for Service MA population:      87,000
     Managed Care MA population:

2.  Annual spent on MA Drug Program:   $ 58,290,728

3.  Total # Paid Pharmacy MA Claims:    1,200,000

4.  Pricing Format (e.g. AWP-10%):      AWP – 10.5%
     Dispensing Fee(s):                 $4.75 + 0.80 for unit dose

5.  Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): No Managed Care.

6.  New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: In process: Nothing for sure at this time.

7.  New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: None.

8.  Status of Disease State Management Programs: None.

9.  Total Rebates Paid Since Inception of OBRA '90: $41,000,000
     Total Rebates Paid in 2001:             $ 12,753,091

10.  Are Rebates Directed into State General Fund or Medicaid? Medicaid

11.  Other issues SPECIFIC to State: N/A

HI_HI 000002675

# STATE REPORT: NMPAA 2002

# STATE: TEXAS
## (For State Fiscal Year 2002—unless otherwise specified)

1.  **Total Medicaid (MA) population:**      2 million +
    **Fee for Service MA population:**      66.65%
    **Managed Care MA population:**      33.35%

2.  **Annual spent on MA Drug Program:**   $ 1,331,661,273

3.  **Total # Paid Pharmacy MA Claims:**   27,904,381

4.  **Pricing Format (e.g. AWP-10%):**   EAC=AWP – 15% or WAC + 12%
    **Dispensing Fee(s):**   (EAC+ $5.27 divided by 0.980= amount paid +
    0.15 delivery service.

5.  **Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?):** Pharmacy Benefit Carved-out

6.  **New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract:** None.

7.  **New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs:** None.

8.  **Status of Disease State Management Programs:** Physician based diabetes pilot program in Bexar.

9.  **Total Rebates Paid Since Inception of OBRA '90:** $1,631,268,847.73 (+89 pre OBRA from Syntex)
    **Total Rebates Paid in 2001:**      $ 268,269,745.51

10. **Are Rebates Directed into State General Fund or Medicaid?** Medicaid

11. **Other issues SPECIFIC to State:** N/A

HI_HI 000002676

# STATE REPORT: NMPAA 2002

## STATE: UTAH
### (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population:      275,000 eligible  – 190,000 recipients
   Fee for Service MA population:      169,000
   Managed Care MA population:      having managed care by 2003

2. Annual spent on MA Drug Program:   $ 135 million in FY 2002 just over

3. Total # Paid Pharmacy MA Claims:   N/A

4. Pricing Format (e.g. AWP-10%):      AWP – 12%
   Dispensing Fee(s):      $3.90 urban $4.40 rural

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): carved-out.

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: Two new Medicaid programs, non traditional and Primary Care with different benefits.

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: Nursing home return goods law.

8. Status of Disease State Management Programs:  None with Medicaid.

9. Total Rebates Paid Since Inception of OBRA '90: $N/A
   Total Rebates Paid in 2001: $125 million program, $29 million rebate(2001 Calendar Year.

10. Are Rebates Directed into State General Fund or Medicaid? General Fund.

11. Other issues SPECIFIC to State:  7 Rx limit, PCN program with 4 Rx limit

HI_HI 000002677

# STATE REPORT: NMPAA 2002

## STATE: WEST VIRGINIA
## (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population: <u>259,009</u>
   Fee for Service MA population: <u>127,778</u>
   Managed Care MA population: <u>131,231</u>

2. Annual spent on MA Drug Program: <u>$ 241,058,041</u>

3. Total # Paid Pharmacy MA Claims: <u>6,128,570</u>

4. Pricing Format (e.g. AWP-10%): <u>AWP – 12%</u>
   Dispensing Fee(s): <u>$3.90 (4.90 compounds)</u>
   <u>($5.19-$41.03 for home infusion compounding)</u>

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): <u>Carved-Out; Yes for PCCM</u>

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: <u>RFP ready for release for fiscal agent; RFP will soon be released for Retro-DUR; State pland amendment sent for PDL.</u>

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: <u>House Bill 4666 passed into law to authorize a preferred drug list with supplemental rebates.</u>

8. Status of Disease State Management Programs: <u>Diabetes program implemented 10/01.</u>

9. Total Rebates Paid Since Inception of OBRA '90: <u>$256,173,735</u>
   Total Rebates Paid in 2001: <u>$ 44,602,150</u>

10. Are Rebates Directed into State General Fund or Medicaid? <u>Medicaid</u>

11. Other issues <u>SPECIFIC</u> to State: <u>Cost containment initiatives – reduction of pharmacy reimbursement, development of state MAC program.</u>

# STATE REPORT: NMPAA 2002

## STATE: WISCONSIN
(July 1, 2001 – June 30, 2002 )

## (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population:     584,388 to May 31, 2002
   Fee for Service MA population:      269,433
   Managed Care MA population:        314,955 (AFDC/Related SCHIP (XXI),
   SSI/Related.

2. Annual spent on MA Drug Program:   $ 390,119,126 to May 31, 2002

3. Total # Paid Pharmacy MA Claims:   7,778,848 to May 31, 2002

4. Pricing Format (e.g. AWP-10%):     AWP – 10% to 6/30/2001: AWP – 11.2% from
   7/01/2002.
   Dispensing Fee(s):                  $4.88 to $40.01

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): Carved-in. No PCCM.

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: Senior Care (65 or older)

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: None.

8. Status of Disease State Management Programs: Targeted interventions done internally.

9. Total Rebates Paid Since Inception of OBRA '90: $490,437,037 (Records available from 1192 to May 31, 2002)
   Total Rebates Paid in 2001:         $ 89,590,400

10. Are Rebates Directed into State General Fund or Medicaid? Medicaid

11. Other issues SPECIFIC to State: N/A

HI_HI 000002679

## STATE REPORT: NMPAA 2002

## STATE: WYOMING
### (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population:   51,949 (15,750 pharmacy recipients)
   Fee for Service MA population:   51,949
   Managed Care MA population:   N/A

2. Annual spent on MA Drug Program:   $ 35,003,033

3. Total # Paid Pharmacy MA Claims:   667,556

4. Pricing Format (e.g. AWP-10%):   AWP – 11%
   Dispensing Fee(s):   $5.00

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): No Managed Care.

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: PA program, implementation date September 1, 2002.

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: None.

8. Status of Disease State Management Programs: Considering implementation of Disease Management Program, no formal program at this time.

9. Total Rebates Paid Since Inception of OBRA '90: $34,222,636 (documented since 1992.
   Total Rebates Paid in 2001:   $ 5,761,286 (first 3 Qtrs.)

10. Are Rebates Directed into State General Fund or Medicaid? Medicaid

11. Other issues SPECIFIC to State: N/A

HI_HI 000002680

# STATE REPORT: NMPAA 2002

## STATE: DELAWARE
### (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population:   119,188
   Fee for Service MA population:   27,808
   Managed Care MA population:   91,380

2. Annual spent on MA Drug Program:  $ 93,743,272

3. Total # Paid Pharmacy MA Claims:  1,683,215

4. Pricing Format (e.g. AWP-10%):  AWP – 12.9%
   Dispensing Fee(s):  $3.65

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): Carved-out.

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: Breast and Cervical Cancer Expansion.

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: All Brand product require PA if a generic is available. Delaware has significantly expanded other drugs that require authorization.

8. Status of Disease State Management Programs: Several initiatives are in various stages of development.

9. Total Rebates Paid Since Inception of OBRA '90: $ 84 million
   Total Rebates Paid in 2001:  $18,252,000

10. Are Rebates Directed into State General Fund or Medicaid? Medicaid

11. Other issues SPECIFIC to State: Implement NCPDP 5.1 including compound prescriptions.

HI_HI 000002681

## STATE REPORT: NMPAA 2002

## STATE: MISSISSIPPI
### (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population:     <u>600,000</u>
   Fee for Service MA population:     <u>600,000</u>
   Managed Care MA population:     <u>0</u>

2. Annual spent on MA Drug Program:   <u>$ 465 million</u>

3. Total # Paid Pharmacy MA Claims:   <u>9 million</u>

4. Pricing Format (e.g. AWP-10%):     <u>AWP – 10.%</u>
   Dispensing Fee(s):     <u>$4.91</u>

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): <u>N/A</u>

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: <u>PBM contract services</u>

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: <u>House Bill 1200, Senate Bill 2189.</u>

8. Status of Disease State Management Programs: <u>RFP issued.</u>

9. Total Rebates Paid Since Inception of OBRA '90: <u>DKA</u>
   Total Rebates Paid in 2001:     <u>DKA</u>

10. Are Rebates Directed into State General Fund or Medicaid? <u>Medicaid</u>

11. Other issues SPECIFIC to State: <u>N/A</u>

HI_HI 000002682

## STATE REPORT: NMPAA 2002

## STATE: NEW YORK
### (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population:    2,892,000
   Fee for Service MA population:   2,162,000
   Managed Care MA population:    730,000

2. Annual spent on MA Drug Program:  $ 2,971,000,000

3. Total # Paid Pharmacy MA Claims:  54,678,000

4. Pricing Format (e.g. AWP-10%):  AWP – 10%
   Dispensing Fee(s):  $4.50 Brand, $5.50 generic
                                    $ 3.50      4.50

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): Pharmacy services are currently carved-out of managed care.

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: (1) Mandatory generic program, (2) Voice interactive telephone prior authorization, (3) Expansion of EPIC (senior drug program), (4) NewFamily Health Plus (federal waiver).

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: As of 10/1/02: No "A" rated brands dispensed unless (1) specifically exempted or (2) prescribers obtain prio authorization number.

8. Status of Disease State Management Programs: Active disease management plans for asthma, diabetes and smoking cessation.

9. Total Rebates Paid Since Inception of OBRA '90: $2,397,000,000
   Total Rebates Paid in 2001:     $  500,000,000

10. Are Rebates Directed into State General Fund or Medicaid? Medicaid

11. Other issues SPECIFIC to State: N/A

HI_HI 000002683

# STATE REPORT: NMPAA 2002

## STATE: NORTH CAROLINA—SFY 2001
## (For State Fiscal Year 2002—unless otherwise specified)

1. Total Medicaid (MA) population:     1,354,593
   Fee for Service MA population:        684,593
   Managed Care MA population:           670,000

2. Annual spent on MA Drug Program:  $931,725,857

3. Total # Paid Pharmacy MA Claims:    17,428,527

4. Pricing Format (e.g. AWP-10%):    AWP – 10%
   Dispensing Fee(s):                $5.60 generics, $4.00 Brand (changed SFY 02)

5. Parameters of Pharmacy Benefit Within Medicaid Managed Care (e.g.: Is Pharmacy Benefit Carved-in or Out; does State use PCCM?): Carved-out in Access (PCCM) and MC contracts.

6. New Medicaid Initiatives by State Including Sect. 1115 Waiver, Waiver Expansion, Pilot Program, or PBM Contract: No new initiatives. Currently PBM for PA. Anticipate PDL development.

7. New State Laws or Regulations Impacting Access to Pharmaceuticals Within Medicaid, Including Prior Authorization or Use of PBMs: PBM – help desk for PA.

8. Status of Disease State Management Programs: Asthma, Diabetes.

9. Total Rebates Paid Since Inception of OBRA '90: $756,126,118
   Total Rebates Paid in 2001:               $170,299,323

10. Are Rebates Directed into State General Fund or Medicaid? Medicaid

11. Other issues SPECIFIC to State: N/A

HI_HI 000002684

SPEAKERS

HI_HI 000002685

# KAY MORGAN

## Manager, Product Knowledge Base Services
## First DataBank

Kay Morgan joined First DataBank as the Manager of Product Knowledge Base Services in April of 1999. In her present position, Kay is responsible for the acquisition and maintenance of product and pricing information for the NDDF, MDDB, and PIF databases. She is also responsible for the databases editorial policies for defining package size, billing unit, generic status and many other fields of interest to the NCPDP membership.

Prior to joining First DataBank, Kay was employed by Abbott Laboratories for more than 20 years in various positions. These included Research & Development, Product Information, Third Party Reimbursement, Marketing, Trade Relations, Managed Care, and Customer Service Operations. Kay was instrumental in increasing Abbott support for NCPDP and manufacturer awareness of the standards set by NCPDP.

Kay has a B.S. in Pharmacy from the University of Missouri in Kansas City and serves on the Dean's Advisory Panel. She has also been named one of the Outstanding Women in Pharmacy.

HI_HI 000002686

**Pricing Methodologies: Sources and Definition**

---

## Objectives

- NCPDP Standard for Formatting NDCs

- NCPDP Billing Units and Exceptions

- NDDF Pricing Data Elements

- NDDF Generic Indicators

---

## National Drug Code (NDC)

- Title XIX –Required Tracking System for Drugs
- NDC Consists of 10 Digits
  - 4-4-2
  - 5-3-2
  - 5-4-1
- 1st - 4 or 5 is Labeler Code – FDA Assigned
- 2nd -3 or 4 is Product Identifier
- 3rd - 1 or 2 is Package Size

---

Copyright 1994 - First DataBank, The Hearst Corporation

## NDC Continued

- NCPDP Set NDC # at 11 Digits

- Add 0 to 10 for Standardization

- Set Methodology for Adding 0

---

## NDC Continued

| | | |
|---|---|---|
| 4-4-2 | 0 is in First Position | 04-4-2 |
| 5-3-2 | 0 is in the Sixth Position | 5-03-2 |
| 5-4-1 | 0 is in the Tenth Position | 5-4-01 |

Applies to NDC's ONLY

---

## Non- NDCs

- UPC – Universal Code Council
  - 5-5 Format
  - 0 in 6th Position: 5-05
- HRI – FDA Assigned Labeler Code
  - 4-6 Format
  - 0 in 1st Position: 04-4-2
- PIN Number – Supplier Created
  - 0 May Not Exist

Copyright 1994 - First DataBank, The Hearst Corporation

2

HI_HI 000002688

### File Has All NDCs?
- Field Name is "NDC"

- NDC Format Indicator (NDCFI)
  - Indicates Format for Number in NDC Field
  - 7 Values

There is an Indicator on the file
to show if UPC, NDC
Format Indicator - 4,5,6 = UPC
                    1,2,3 = NDC
OTCs may have UPC - FDA does not
require they have NDCs

### Billing Units
- NCPDP Standard Requires:
  - Each
  - Milliliter (mL)
  - Gram (Gm)
- NCPDP Rounding:
  - Ounces
    - 1 ounce = 30 mL or 30 gm unless stated on label

### What Is a 1?
- 1 Tablet or 1 Bottle of 100 Tablet
  - NCPDP – 1 Tablet
  - CMS – Either 1 Tablet or 1 Bottle

- RESULT – 100 Fold Difference In Rebate Claim

Copyright 1994 - First DataBank, The Hearst Corporation

3

HI_HI 000002689

## What Is an ML?

- Majority of Liquids Labeled in Ounces
  - Determine mL by multiplying by 30 unless on specific mL on label
  - Manufacturer reports exact conversion (29.57)

- RESULT – 0.5 mL discrepancy for each ounce

## Powders For Reconstitution

- Injectable
  - 1 each - not number of mLs after reconstitution
- Oral
  - Number of mLs after reconstitution
  - Further Dilution with another diluent irrelevant

## Issues With Package Size

- Some have reported bottle size
  - 100 mL bottle - after reconstitution 75 mL
  - 3 mL bottle - contained 2.5 mL
  - Result
    - Under payment to pharmacy
    - Discrepancies in rebate claims
- Patches
  - 1 patch not 1 box

Copyright 1994 - First DataBank, The Hearst Corporation

4

HI_HI 000002690

### Issues With Package Size
- Birth Control Pills
  - # of Tablets not 1 package
  - Result is 21 or 28 fold discrepancy
- Ointments
  - # of grams not one tube
- Never in terms of Dose

Antihemophilic – variable potency
                 – billing per unit

\* Proleukin – mg

\* Novo seven – mcg

### Determining Package Size
- Think in terms of Dispensable Units
- Not Saleable Units
  - 10 bottles is not an NCPDP Billing Unit
- Use of NCPDP Billing Unit Standard for Package Sizes Minimizes:
  - Under/Overpayment on claims
  - Rebate Discrepancies

### NDDF™ Pricing Information
- Average Wholesale Price (AWP)
- BaseLine Price (BLP)
- Customized Pricing
- Direct Price
- HCFA Federal Upper Limits Price
- Historical Pricing
- Medicaid Billing Data



Copyright 1994 - First DataBank, The Hearst Corporation

5

HI_HI 000002691

**GCN/GCNSEQNO**
- Groups Products by
  - Active Ingredient
  - Dosage Form
  - Route of Administration
  - Strength
- Candidates for Substitution

---

**It's Not the Money**
- Most Dynamic Fields on Data On Databases

- Most Excitement as It Affects Payment
  Patient
  Pharmacist
  Physician
  Payer

---

*Direct ≠ WAC*
*Abbott only one left*

**Pricing Information Sources**
- WHN (WAC) - Manufacturer/Supplier — *from manufacturer*
- Direct – Manufacturer/Supplier
- AWP – Wholesaler Survey
- SWP – Manufacturer/Supplier — *suggested wholesale price - from manufacturer*
- Medicaid AWPs – DoJ
- HCFA Upper Limit – CMS
- Baseline Price – FDB Formula

*no wholesalers are responding*

Copyright 1994 - First DataBank, The Hearst Corporation

6

HI_HI 000002692

## Price Update Frequency
- Daily for Master File
- Customers Chose
  - Daily
  - Weekly
  - Monthly
  - Semi-Monthly
  - Bi-Monthly
  - Quarterly

## AWP
- Average Wholesale Price
- Published Price from Wholesaler to Retail
- Ain't What's Paid
- Benchmark for Reimbursement
- National/Standard AWP Does Not Exist

## BBAWP/AWP
*only national wholesalers*
- AWP Unit
  - Survey Wholesalers for Mark-up
  - Confirm Mark-ups Periodically
  - Update When notified by Labeler
  - Most Commonly Used

*across product line — labeler code*



Forward buying - wholesaler buy up before price ↑
Markup applied to WAC/WHN Price
Mck, Bergin, Cardinal

20% Markup
25% Markup
Suggested WP

80% of the WACs populated on whole database

Copyright 1994 - First DataBank, The Hearst Corporation

7

HI_HI 000002693

AWP - %
or                   } whichever is lower
WAC + %

multisource

### WHN/WAC Price

- Wholesale Acquisition Cost
- Provided by Manufacturer
- Published Price from Manufacturer to Wholesaler
- Used by Some Payers
- > 80% Populated on Commercially Available Drugs

Brand. S. Source products -
pretty close
Generics - vary
Volume buying discounts

legitimate
* WAC pricing for multisource -
Major

### HCFA FUL Price

- HCFA (Health Care Financing Administration) FFP (Federal Financial Participation)
- FUL (Federal Upper Limit) AKA MAC
- Updated When Notified By CMS (HCFA)

3 suppliers - use lowest WAC
× 150%

### Medicaid AWP

- New Data Element
- Can Be Used by Medicaid for Reimbursing on Select Products
- Prices Given to FDB by DoJ
- FDB Surveys List of Wholesalers Provided by DoJ Every 6 Months for Price Updates
- No Wholesaler Has Responded

Copyright 1994 - First DataBank, The Hearst Corporation

8

HI_HI 000002694

**DIR/DP**
- Direct Price
- Provided by Manufacturer
- Price from Manufacturer to Non-wholesale Customers
- Least Populated of All Pricing Fields

---

**Suggested Wholesale Price (SWP)**
- Suggested Wholesale Price
- Provided by Manufacturer
- May or May Not Agree with Surveyed AWP
- May Be Higher or Lower than Surveyed AWP

*manufacturers*
- a lot don't provide this any more

---

**BaseLine Price  (BLP)**
- Statistical Analysis Applied to Calculate a Mean Average Price for Multi-source Products
- Must Be at Least 3 Active Generic Sources
- Based on Most Common Package Size
- Updated Monthly

---

Copyright 1994 - First DataBank, The Hearst Corporation

9

## Customized Pricing Fields

- FDB Will Work with Customers to Develop Custom Pricing Fields
- Algorithms
- MACs
- Additional Fees for Customized Fields

## Orange Book Code

- Used in Conjunction with Formulary Development
- Reports FDA Orange Book Rating
- No Orange Book Rating, the Value is "Z" on NDDF
- Includes AB1, AB2 and AB3

*to show did not forget to populate field*

## Generic Classification Indicators

- Six Different Indicators

- Customized to Customer's Specifications

- Define Brand/Generic

Copyright 1994 - First DataBank, The Hearst Corporation

*10*

HI_HI 000002696

**Generic Indicator  (GI)**
- Differentiates Single-source from Multiple-source Drugs
- Based on GCN/GCNSEQNO
- Two Values Only
  - Single-source
  - Multiple-source

---

**Generic Price Indicator (GPI)**
- Distinguishes Products Based on Price
- Most Common Package Size is the Standard
- Products with Highest AWPs = Brand
- Products with  Lower  AWPs = Generic

Branded generic - standard deviations

Haloperidol - 2 suppliers - generic
   # 1 supplier of 10mg tablets left → single source now

Vutids - 2 suppliers left
        - both same price (very low)

---

**Generic Price Indicator (GPI)**
- Excludes Non-drug items
- Excludes Patent Protected/Cross-licensed Products
- Independent of:
  - Name
  - Innovator Status
  - Labeler

FDB can do algorithm to determine "generics"

Copyright 1994 - First DataBank, The Hearst Corporation

11

HI_HI 000002697

**Generic Price Indicator (GPI)**

- Evaluated when AWPs change
- Very Dynamic
- Constant Review Necessary to Maintain Proper Values
- 4 Values

**Generic Manufacturer Indicator (GMI)**

Specifies Product by Manufacturer Strategy:
- Brand Manufacturer
- Generic Manufacturer
- Niche (Alternative) Manufacturer

**Generic Therapeutic Drug Indicator (GTI)**

Specifies product as:
- Innovator
- Orange Book "A" rated
- Orange Book "B" rated
- Product not listed in Orange Book

*Orange Book codes*

HI_HI 000002698

## Generic Named Drug Indicator GNI)

Specifies Product as:
- Brand-named Product
- Generic Name Only
- Alternative Product

*FDB*
*Generic*
*Indicator*

## Generic Spread Indicator (GSI)

Specifies Product Based on Spread:
- Brand (< 25%)
- Generic (= or > 25%)
- Alternative (Generic Manufacturer and < 25%)
- Spread Not Provided

*Can use to flag generics*

## Innovator Indicator  (INNOV)

- Identifies the Original Product for a Particular Generic Code Number (GCN)
- Customer May Elect to Use in Conjunction with Formulary Development
- Many Plans Pay for Innovator

*Morris target now → brands all dropping*
*out of the market*

Copyright 1994 - First DataBank, The Hearst Corporation

*13*

HI_HI 000002699

**Summary**

- Data – Each File Customized for Each Customer
- Many Options for Pricing
- Many Options for Brand/Generic
- Why Our Customers Have Questions

_____
_____
_____
_____
_____
_____
_____

**Brand/Generic Indicators**



_____
_____
_____
_____
_____
_____

Copyright 1994 - First DataBank, The Hearst Corporation

14

HI_HI 000002700

# NOTES

AMP - CMS chose this figure - not to be released to the States

Can request special file from FDB to see what fields available - not currently getting

FULs - based on WAC (150% x WAC) - from FDB

Mark up going to 25% → 90% now - waiting to finish - then ↑ discount from AWP

HI_HI 000002701

# NOTES

HI_HI 000002702

# NOTES

HI_HI 000002703

# NOTES

# PATSY McELROY

## Standards Development Advisor
### National Council for Prescription Drug Programs

Patsy McElroy is the Standards Development Advisor for the National Council for Prescription Drug Programs (NCPDP). Prior to joining the staff of the NCPDP last year, she was employed for twenty-five years by the Texas Department of Health Medicaid Prescription Drug Program as the Director of the Electronic Claims Management System.

Ms McElroy holds a BS Degree in Education and taught in the public school system for five years. At NCPDP, she serves a a business resource to the membership and public on the NCPDP Standards, provides liaison support to thee Work Groups, and is responsible for the balloting process.

**NCPDP**

# NCPDP Telecommunication Version 5.1

Patsy McElroy
NCPDP
August 4, 2002

---

**NCPDP**

## NCPDP the Organization

The National Council for Prescription Drug Programs (NCPDP) is an ANSI-accredited standards development organization representing the pharmacy industry. We are a membership driven organization that was named in HIPAA regulations.

---

**NCPDP**

## What NCPDP Documents Do I Need for HIPAA?

- Telecommunication Standard Version 5.1
  - Telecommunication Specifications
  - Telecommunications Implementation Guide
  - Data Dictionary of September 1999
  - Version 5 Editorial Document
    - Version 7.0 of May 2002
- Batch Standard Version 1.1
  - Batch Standard
  - Batch Implementation Guide

Presentation Title

1

HI_HI 000002706



## What Is The Purpose Of The Version 5 Editorial Document?

- Provides a consolidated reference point for clarifications
- Addresses editorial changes made to the
  - **Telecommunication Specifications**
  - **Telecommunication Implementation Guide**
  - **Data Dictionary**

## Version 5 Changes

- Segments Added
  - Replaced the Sections
  - New Segments added by functionality
  - Data elements grouped into logical segments
  - Data elements sorted by order of importance within each segment

## Version 5 Changes

- The Transaction Count field (109-A9) has replaced the embedded iterations in previous versions found in the Transaction Code (103-A3)
- The Transaction Count field will be present on every transaction request and response
- Old Transaction Codes deleted and new codes added

Presentation Title

2

HI_HI 000002707

**NCPDP**

| 101-A1 | Bin Number | 610006 | |
| 102-A2 | Version/Release Number | 51 | 5.1 Transaction Format |
| 103-A3 | Transaction Code | B1 | Rx billing |
| 104-A4 | Processor Control Number | 1234567890 | |
| 109-A9 | Transaction Count | 2 | two occurrences |
| 202-B2 | Service Provider ID Qualifier | 07 | NCPDP Provider ID |
| 201-B1 | Service Provider ID | 4363530000000 | |
| 401-D1 | Date of Service | 19970920 | 9/20/97 |
| 110-AK | Software Vendor/Certification Id | 987650000 | |

---

**NCPDP**

## Version 5 Changes

- All of the $ fields were increased in size
  - Old size maximum was $9,999.99
  - New size maximum is $999,999.99
- Change to Quantity fields
  - Only metric decimal quantity supported
  - Increased from 9(5)v999 to 9(7)v999
- Field Qualifiers were added
  - NDC Number x(12) changed to Product /Service ID x(19) with a qualifier

 NDC, UPC

---

**NCPDP**

## Counts

- A Count : Used to designate the number of repetitions to follow when a data field or a group of data fields can repeat and have a mandatory data field which appears at the beginning of each logical set/grouping
  Example: Compound Segment
  **Count = 5** means that 5 ingredients will be reported (each begins with the Compound Product ID Qualifier Field)

---

Presentation Title

3

HI_HI 000002708



## Multiple Transactions

- Transmissions Support One To Four Transactions
  - This includes Reversals
- Except
  - Eligibility, Prior Authorization, And Billing For Multiple Ingredients (Compounds)
    - These Transactions Only Allow One Transaction Per Transmission

4 transactions / transmission

4 reversals /   "



## Version 5.1 Enhancements

- True Service Claims
  - Claim can be submitted for service without having to have an associated Rx
  - Service Claim can refer to an Rx
- Enhanced Coordination of Benefits
  - Secondary/Tertiary can see primary reject codes
  - Secondary/Tertiary can see all primary payments (both Rx and Service Claims)

TPL

Cognitive service - does not have to be related to a prescription number

## Version 5.1 Enhancements

- Expanded DUR Capability
  - Ability for Provider to respond to multiple alerts (Reason for Service Codes) in one transaction
  - Ability for Providers to send PPS codes and supporting info on the claim
- Partial Fill Capability
  - Pharmacy can report the dispensing of an initial partial fill and in a separate transaction report the dispensing of the remaining quantity without
    - Additional dispensing fee
    - Additional refill number
    - False DUR warnings

Rx can do the partial fill - what actually filled + then bill remainder ✱ Dis fee paid - front or back end?

Presentation Title

5

HI_HI 000002710

NCPDP

## Where Do I Find Answers To Questions About NCPDP Telecommunication Specifications Version 5?

---

NCPDP

## What Transactions Are Supported And For What Business Purposes?

- Specifications
  - Transaction Discussion
    - Section 6
  - Transaction Types
    - Section 7
- Implementation Guide
  - Special Considerations - Transactions, Segments, and Fields
    - Section 4

---

NCPDP

## What Fields Changed?

- Data Dictionary
  - Old Field Name Cross Reference
    - Section V
  - New Field Name Cross Reference
    - Section VI
  - Deleted Data Elements Not Supported in Version 5
    - Section VII of Data Dictionary

Presentation Title

6

HI_HI 000002711

 NCPDP

## Which Fields Are Allowed In Which Segments?

- Implementation Guide
  - Request and Response Quick Reference
    - Section 5 of Implementation

 NCPDP

## Where Do The Segments Belong?

- Implementation Guide
  - Segment Usage Matrix
    - Section 3
- Specifications
  - Transmission Request Diagrams
    - Section 10
  - Transmission Response Diagrams
    - Section 12

NCPDP

## What Are The Valid Responses For Each Transmission?

- Specifications
  - Transmission Response Discussion
    - Section 11
- Implementation Guide
  - Response Segment Matrices
    - Section 3
  - Response Transactions
    - Section 4
- Version 5 Editorial
  - Response Segment Discussion

Presentation Title

7

HI_HI 000002712



**NCPDP**

## Count Fields – Diagrammed
## Compound Segment

| | |
|---|---|
| *Segment Identification | 10 |
| ~Compound Ingred. Component Count | 2 |
| >Compound Prod Id Qualifier | 03 |
| >Compound Prod. ID | 00005000401 |
| >Compound Ingred. Quantity | 30 |
| >Compound Ingred. Drug Cost | 45.11 |
| | |
| >Compound Prod Id Qualifier | 03 |
| >Compound Prod. ID | 00005000651 |
| >Compound Ingred. Quantity | 02 |
| >Compound Ingred. Drug Cost | 19.78 |

---

**NCPDP**

## Counter Fields

- Counter:  Used to designate the repetition number when a group of fields repeat and do not have mandatory data fields which can delineate the beginning of a new logical set/grouping

  Example:  DUR/PPS Segment

  **DUR/PPS Code Counter = 1 (to designate the 1st occurrence within the segment)**

  **DUR/PPS Code Counter = 2 (to designate the 2nd occurrence within the segment)**

---

**NCPDP**

## Counter Fields – Diagrammed

**DUR/PPS Segment**

| | |
|---|---|
| *Segment Identification | 08 |
| ~DUR/PPS Code Counter | 1 |
| > Reason for Service Code | PS |
| >Professional Service Code | DE |
| >Result of Service Code | 1K |
| ~ DUR/PPS Code Counter | 2 |
| >DUR Co-Agent ID Qualifier | 03 |
| >DUR Co-Agent ID | 0005000401 |

---

Presentation Title

4

HI_HI 000002709



## Recommended Use Of Dollar Fields And Calculated Amounts

- Implementation Guide
  - Special Considerations - Transactions, Segments, and Fields
    - Section 4
  - Frequently Asked Questions
    - Section 8
- Version 5 Editorial
  - Request Segment Discussion
    - Pricing Segment
  - Response Segment Discussion
    - Response Pricing Segment
  - Pricing Guidelines



## Explain The Syntax Rules For Version 5

- Specifications
  - Document Conventions
    - Section 8
- Implementation Guide
  - Generally Accepted and Common Practices
    - Section 2
- Version 5 Editorial
  - Transmission/Transaction Syntax

## What Has Changed In Version 5.2, 5.3, et cetera?

- Specifications
  - Appendix A
    - Section 13
- Implementation Guide
  - Version Changes
    - Section 9
- Data Dictionary
  - Version Modifications
    - Section M

Presentation Title

8

HI_HI 000002713



## Privacy Regulations
## Telecommunication 5.1 and Batch 1.1



### Privacy Regulations – Response to Commenter Page 82617

Response: We make an exception to the minimum necessary disclosure provision of this rule for the required and situational data elements of the standard transactions adopted in the Transactions Rule, because those elements were agreed to through the ANSI-accredited consensus development process. The minimum necessary requirements do apply to optional elements in such standard transactions, because industry consensus has not resulted in precise and unambiguous situation specific language to describe their usage. This is particularly relevant to the NCPDP standards for retail pharmacy transactions referenced by these commenters, in which the current standard leaves most fields optional.



### Privacy Regulations - Standards for Electronic Transactions Page 82545

We clarify that under Sec. 164.502(b)(2)(v), covered entities are not required to apply the minimum necessary standard to the required or situational data elements specified in the implementation guides for HIPAA administrative simplification standard transactions in the Transactions Rule. The standard does apply for uses or disclosures in standard transactions that are made at the option of the covered entity.

Presentation Title

9

HI_HI 000002714



### What Were The Next Steps After the Privacy Regulations Were Released?

- Optional fields do not show industry consensus - rectify
- Could not "add" to the Version 5 documents
- Therefore, creation of a Protocol document "Consensus"

### What Is The Protocol Document?

- Each transaction supported in Version 5.1 (or Batch 1.1) is defined by segments and fields
- Each segment and field that was defined as "optional" has been changed to "situational" with situations defined for the usage
- The document supports HIPAA named and NON HIPAA named transactions -- the document is for any implementation of Version 5.1 or Batch 1.1

### Why Is The Protocol Document Important?

- For the HIPAA named transactions, to become exempt from the minimum necessary requirements, situations must be defined for segments and fields
- For the HIPAA named transactions, once the situations are established, if they are not followed, this will be a violation of the transaction set final rule and penalties will be established in a separate Enforcement Final Rule
- Pharmacy industry participants must verify their business cases are reflected in the situations defined, otherwise they will be unable to use the field/segment for purposes not covered under the situation

HI_HI 000002715



### How Is The Protocol Document Used?

- First, apply the situations to the segments and fields
- Second, apply the privacy regulations against the Protocol document – if the field/segment is used in the situation named, the minimum necessary rules do not apply
- (Do not apply the Privacy regulations to the fields and segments first, then apply the situations.)

*Example: fields needed + defined.*
*incentive on Reversal - restock "incentive"*
*+ fee on the response.*



### Next Steps (Near Term)

- Continue to review/revise/create the situations for the segments and fields
- Ballot the Protocol document via NCPDP's consensus process
- Submit the document via an FAQ to the Office of Civil Rights to be recognized as meeting the minimum necessary requirements
- Submit a request to the Designated Standards Maintenance Organization (DSMO) Change Request System (CRS)

### Next Steps (Long Term)

- Incorporate the Protocol document information into a next version of the Telecommunication and Batch Standard
- Ballot the next version of the Standards
- When appropriate, submit the next version of the Telecommunication and Batch Standards through the Designated Standards Maintenance Organization (DSMO) Change Request System (CRS) for inclusion in the next versions named by Transactions and Code Sets regulations

Presentation Title

11

HI_HI 000002716

NCPDP

## Thank You

Patsy McElroy
**pmcelroy@ncpdp.org**
(480) 477-1000 Ext. 124

Presentation Title

12

HI_HI 000002717

# **NOTES**

PAs — NCPDP - accommodate clinically based PA
    - submit PA request electronically + then fax the
      PA form over

HI_HI 000002718

# NOTES

HI_HI 000002719

# NOTES

HI_HI 000002720

# NOTES

# DONNA A. BOSWELL

| | |
|---|---|
| **Practice Groups:** | **Health**<br>**Internet Law Group**<br>**Privacy** |
| **Areas of Concentration:** | **Third Party Coverage and Payments for Pharmaceuticals**<br><br>**Price Control Laws for Pharmaceuticals**<br><br>**Medicare and State Health Care Programs**<br><br>**State and Federal Confidentiality Legislation**<br><br>**Access to Care in Managed Care Organizations.** |

**Ms. Boswell is a partner in the Health Group, resident in the Washington, D.C. office of Hogan & Hartson L.L.P. Her practice focuses on providing strategic advice to research companies, health Internet companies, and manufacturers of new technologies concerning compliance with the federal pharmaceutical pricing and rebate statutes, federal and state confidentiality laws, and the business impact of government and private payers' coverage, coding, and reimbursement systems. She also has represented clients' interests in administrative proceedings before various agencies, has drafted comprehensive legislation as well as amendments of existing laws for groups of providers, physicians and manufacturers, and has spoken to legal, business and government personnel concerning the federal pharmaceutical pricing statutes and confidentiality legislation as well as health care, Medicaid, and Medicare reform legislation.**

HI_HI 000002722

Before joining Hogan and Hartson, Ms. Boswell was a college professor at Wesleyan University, teaching psychology and philosophy of science. She also served as a legislative assistant in the United States Senate as a Congressional Fellow of the American Association for the Advancement of Science and the Society for Research in Child Development. Ms. Boswell received her undergraduate training at Wake Forest University and earned her Ph.D. in psychology from Pennsylvania State University. She received her J.D. from the University of Pennsylvania where she served as executive Editor to the Law Review.

Ms. Boswell is a member of the District of Columbia, Maryland and Pennsylvania Bars and is a member of the American Health Lawyers Association and Sigma Xi, The Scientific Research Society of North America.

**Publications:**    Boswell, Donna and Marcy Wilder. <u>"HIPPA and the Federal Privacy Standards for Health Information."</u> *Hogan & Hartson LLP Focus on Medical Privacy (June 2001).*

# **NOTES**

House Passed Medicare Drug Benefit

"Actuarially equivalent" benefit designs by PDPs + M+C plans

Beneficiary Cost. sharing                                    WAC-2%

- $35 / month premium
- $250 deductible /year.
- 80% of first $1000 after deductible
  50% of next $1000 (which is $950)
- copay capped for "low-income" (< 200%) at $2.00 for
  multiple source; $5 for non preferred
- after beneficiary spends $3,800 out-of-pocket (cat plan-discount rates)

Senate — defeated 4 bills

Reimportation from Canada      } legislation
Patents for Brands — addressed } passed

Cost of Care
Medicaid · 18%
Medicare – 17%
Out of pocket – 15%
Private Insur – 34%
Other Public < 12%
Other Public = 5

Consumers = 15%   Breakdown
  Hospitals 3. 15%
  MDs + clinics – 12%
  Nursing home + home health – 25%
→ Rx drugs - (32%)

State + Local funding
Hosp 12%
MDs – 6%
LTC + Home Health – 18%
→ Drugs – 9.27%

Pharmacy Plus Program – "Budget Neutral" – will not work for States

HI_HI 000002724

## NOTES

PhRMA Sint

- Do not use medicaid beneficiaries as hostages in your budget battle

① Pay CMS rebates

② Pay supplemental rebates or will burden medicaid recipient access

③ Pay rebates + will favor your drug

Alternatives for managing outlays of Prescription

① Use PAs –
    target hi cost cases
    – manage clinical + non-clinical needs of chronic dx
    – tackle drugs where OUK has shown misuse

out of CMS rebate →
② Negotiate rebates f/a specific drugs to meet of pat population
    CMS should allow States to negotiate own rates
③ If you create formularies or preferred drug list for medicaid,
    follow the law
    If you create                                      follow the law
⑥ – Financial incentives f/a beneficiary cost – sharing but need to fix
    the law

                                    medicaid
Pharmacy Plus – convert seniors into waiver program
            → "budget neutral" issue
            – Can we include "Savings" f/from medicare shifts
            – Fed match (regular) rate                    in services (?)


Jerry + Florida – opting out – asked but Secretary denied

Secretary can allow the State to negotiate "instead of" with
manufacturers
– must share match with CMS + States will still get FFP
    (rebates)

# NOTES

HI_HI 000002726

# NOTES

HI_HI 000002727

CONTACT
INFORMATION

HI_HI 000002728

# NMPAA 2002: CONTACT INFORMATION

ALABAMA
Louise F. Jones
Pharmacy Program Manager
Alabama Medicaid Agency
501 Dexter Avenue
Montgomery, AL  36104
334-242-5039 (O)
334-353-7014 (FAX)
lljones@medicaid.state.al.us

ALASKA
Dave Campana, R. Ph.
Pharmacy Program Manager
Division of Medical Assistance
4501 Business Park Blvd., Suite 24
Anchorage, AK  99503
907-334-2425 (O)
907-561-1684(FAX)
David_Campana@health.state.ak.us

ARIZONA
Del W. Swan
Clinical Services Management  Administrator
AHCCCS
701 East Jefferson, Mail Drop 7300
Phoenix, AZ  85034
602-417-4726 (O)
602-417-4855 (FAX)
dwswan@ahcccs.state.az.us

ARKANSAS
Suzette Bridges
DMS Pharmacy Unit
700 Main Street, S415
Little Rock, AR  72201
501-683-4120 (O)
501-683-4124 (FAX)
Suzette.Bridges@medicaid.state.ar.us

CALIFORNIA
Douglas Hillblom, Pharm. D.
Chief
Medi-Cal Contracting Section
714 P Street, Room 1540
Sacramento, CA  95814
916-654-0542 (O)
916-654-0513 (FAX)
dhillblo@dhs.ca.gov

HI_HI 000002729

| | |
|---|---|
| COLORADO | Dima Ahram, R. Ph.<br>1575 Sherman Street<br>5th Floor<br>Denver, CO 80203<br>303-866-3176 (O) |
| CONNECTICUT | James Zakszewski<br>State of Connecticut<br>Department of Social Services<br>25 Sigourney Street<br>11th Floor—Pharmacy Unit<br>Hartford, CT 06106-5033<br>860-424-5150 Option 3 (O)<br>860-424-5206 (FAX)<br>james.zakszewski@state.ct.us |
| DISTRICT OF COLUMBIA | Donna Bovel, R. Ph.<br>Pharmacist Consultant<br>Commission of Health Care Finance<br>2100 M. L. King Jr. Ave. SE, Suite 302<br>Washington, D. C.<br>202-698-2043(O) |
| DELAWARE | Cynthia Denemark<br>248 Chapman Road<br>Suite 100<br>Newark, DE 19702<br>302-453-8453 (O)<br>302-454-7603 (FAX)<br>Cynthia.denemark@EDS.com |
| FLORIDA | Jerry Wells<br>Medicaid Pharmacy Services<br>Florida Agency for Health Care Administration<br>2727 Mahan Drive<br>Tallahassee, FL 32308-540<br>850-487-4441 (O)<br>wellsj@fdhc.state.fl.us |

GEORGIA

Lori Garner
Department of Community Health
Medicaid Division
#2 Peachtree Street, 37th Floor
Atlanta, GA  3030
404-657-7239 (O)
404-656-8366 (FAX)
lgarner@dch.state.ga.us

HAWAII

Lynn S. Donovan, R. Ph.
Pharmacy Consultant
Medical Standards Branch
Med-QUEST Division
Department of Human Services
P. O. Box 700190
Kapolei, HI  96709-0190
808-692-8116 (O)
808-692-8131 (FAX)
ldonovan@medicaid.dhs.state.hi.us

IDAHO

Shawna Kittridge, R. Ph., MHS
Pharmacy Services Specialist
Idaho Division of Medicaid
Bureau of Care Management
3380 Americana Terrace
Suite 140
Boise, ID  83720-0036
208-364-1956 (()
208-364-1864 (FAX)
kittrids@idhw.state.id.us

ILLINOIS

Marvin L. Hazelwood
Manager, Pharmacy and Ancillary Services
IL Dept. of Public Aid—Medical Programs
Bureau of Comprehensive Health Services
1001 N. Walnut Street
Springfield, IL  62703
217-524-7112 (O)
217-524-7194 (FAX)
aidd2958@mail.idpa.state.il.us

HI_HI 000002731

INDIANA

Marc Shirley, R. Ph.
Pharmacy Program Director
Indiana Medicaid
Indiana State Gov't. Center
South—Room W-382
402 West Washington Street
Indianapolis, IN 46204-2739
317-232-4343 (O)
317-232-7382 (FAX)
mshirley@fssa.state.in.us

IOWA

Susan Parker, Pharm. D.
Pharmacy Consultant
Dept. of Human Services
Bureau Long Term Care
1305 E. Walnut Street
Hoover Building, 5th Floor
Des Moines, IA 50319
515-281-3002 (O)
515-281-8512 (FAX)
sparker.2@dhs.state.ia.us

KANSAS

Mary Obley
915 SW Harrison Avenue
Room 651 South
Topeka, KS 66612-1570
785-296-3981 (O)
785-296-3670 (FAX)
MHO@srskansas.org

KENTUCKY

Debra Bahr, R. Ph
CHR Building, 6E
275 East Main Street
Frankfort, KY 40621
Debra.Bahr@mail.state.ky.us

LOUISIANA

M. J. Terrebonne
Pharmacy Director
Louisiana Dept. of Health and Hospitals
P. O. Box 91030
Baton Rouge, LA 70821
225-342-9768 (O)
225-342-1980 (FAX)
MTERREBO@state.la.us

HI_HI 000002732

MAINE

Edward W. Bauer III, BS, Pharm. D., CGP
Director of Pharmacy
Dept. of Human Services
Bureau of Medical Services
11 State House Station
Augusta, ME  04333-0011
207-287-4018 (O)
207-287-8601 (FAX)
ed.bauer@state.me.us

*[handwritten note: axwife → Walnut Creek daughter (3lyor) - near him has grand daughter accident last semester of Rx school ..]*

MARYLAND

Joe Fine, R. Ph.
8704 Groffs Mill Drive
Owings Millls, MD  21117
410-767-5397 (O)
410-333-5027 (FAX)
Jfine@dhmh.state.md.us

MASSACHUSETTS

Paul Jeffrey
Director of Pharmacy
Mass. Division of Medical Assistance
600 Washington Street, Room 5333
Boston, MA  02111
617-210-5431 (O)
617-210-5865 (FAX)
pjeffrey@nt.dma.state.ma.us

MICHIGAN

James Kenyon, R. Ph.
Capitol Commons Center
Review and Evaluation Division
400 South Pine Street
Lansing, MI  48909
KENYONJ@michigan.gov

MINNESOTA

Cody Wiberg, Pharm. D., R. Ph.
1011 College Avenue
Red Wing, MN  55066
651-296-8515 (O)
651-296-6744 (FAX)
Cody.C.Wiberg@state.mn.us

HI_HI 000002733

MISSISSIPPI

Rickey R. Mallory, R. Ph.
Director, Pharmacy Bureau
Mississippi Division of Medicaid
Robert E. Lee Building, Suite 801
239 N. Lamar St.
Jackson, MS  39201-1399

MISSOURI

George L.Oestreich
Director, Pharmacy Program
2023 St. Mary's Blvd.
Jefferson City, MO  65102-6500
573-751-6961 (O)
573-526-4650 (FAX)
georgeoestreich@mail.medicaid.state.mo.us

MONTANA

Duane Preshinger
Acute Section Supervisor
State of Montana
1400 Broadway
P. O. Box 202951
Helena, MT  59620-2951
406-444-4144 (O)
406-444-1861 (FAX)
dpreshinger@state.mt.us

NEBRASKA

Dyke Anderson, R. Ph.
Medicaid Division
P. O. Box 95026
Lincoln, NE  68509-5026

NEVADA

Coleen Lawrence, BA
Nevada Medicaid
1100 E. William Street
Suite 217
Carson City, NV  89701
775-684-3749 (O)
coleenl@govmail.state.nv.us

NEW HAMPSHIRE (Peg)

Margaret  Clifford
Pharmacy Services Administrator
Medicaid Administrative Services
6 Hazen Drive
Concord, NH  03301
603-271-4210 (O)
603-271-8701 (FAX)
Mclifford@dhhs.state.nh.us

*husband - Dan
Contractn.*

HI_HI 000002734

| | |
|---|---|
| NEW JERSEY | Carl Tepper, R. Ph<br>Chief, Pharmaceutical Services<br>Department of Human Services<br>Div. of Medical Assistance & Health Services<br>P. O. Box 712, Bldg. 11-A<br>Trenton, NJ  08625--0712 |
| NEW MEXICO | Neal Solomon, R. Ph.<br>Drug Program Administrator<br>Medical Assistance Division<br>P. O. Box 2348<br>Santa Fe, NM  87504-2348<br>505-827-3174 (O)<br>505-827-3185 (FAX)<br>neal.Solomon@state.nm.us |
| NEW YORK | Mark-Richard Butt, MS, R. Ph.<br>Director, Pharmacy Policy ad Operations<br>Office of Medicaid Management<br>99 Washington Ave., Suite 606<br>Albany, NY  12210-2806<br>518-473-8269 (O)<br>518-473-5508 (FAX)<br>mrb01@health.state.ny.us |
| NORTH CAROLINA | Sharman Leinwand, MPH, R. Ph.<br>1985 Umstead Drive<br>2511 Mail Service Center<br>Raleigh, NC  27699-2511<br>919-857-4034 (O)<br>919-733-2796 (FAX)<br>Sharman.Leinwand@ncmail.net |
| NORTH DAKOTA | Brendan Joyce, Pharm. D.<br>Administrator, Pharmacy Services<br>North Dakota Department of Human Services<br>600 E. Blvd. Ave., Dept. 325<br>Bismark, ND  58505-0250<br>701-328-4023 (O)<br>701-328-1544 (FAX)<br>sojoyb@state.nd.us |

HI_HI 000002735

OHIO

Robert P. Reid
Pharmacy Program Administrator
Ohio Dept. of Job & Family Services
30 E. Broad Street—27th Floor
Columbus, OH  43215-34714
614-466-6420 (O)
614-466-2908 (FAX)
reidr@odjfs.state.oh.us

OKLAHOMA

Nancy Nesser
3321 NW 16th
Oklahoma City, OK  73107
405-522-7325 (O)
405-530-3235 (FAX)
NesserN@ohca.state.ok.us

OREGON

Jesse S. Anderson
State Plan Coordinator
Office of Medical Assistance Programs
500 Summer Street NE, E-35
Salem, OR  97301-1077
503-945-6492 (O)
503-373-7689 (FAX)
Jesse.Anderson@state.or.us

PENNSYLVANIA

Joseph E. Concino
Supervisor
Pharmacy Services Section
P. O. Box 8046
Harrisburg, PA  17105
717-772-6341 (O)
jconcino@state.pa.us

RHODE ISLAND

Paula Avarista, R. Ph.
Chief of Pharmacy
Department of Human Services
600 New London Avenue
Cranston, RI  02920
401-462-6390 (O)
401-462-6336 (FAX)
Pavarist@gw.dhs.state.ri.us

HI_HI 000002736

SOUTH CAROLINA

Caroline Sojourner
104 Walnut Court
Columbia, SC  29212
803-898-2872 (O)
803-898-4517 (FAX)
sojourne@dhhs.state.sc.us

*[handwritten note in box:] 14 yoa daughter started high school plays violin 8/5/02 tennis*

James M. Assey, R. Ph., Division Director
Division of Health Services-12th Floor
SC Dept. of Health & Human Services
P. O. Box 8026
Columbia, SC  29202-8206
808-898-2875 (O)
asseyj@dhhs.state.sc.us

SOUTH DAKOTA

Mark Petersen, R. Ph.
700 Governors Drive
Pierre, SD  57501
605-773-3498 (O)
605-773-5246 (FAX)
Mark.Petersen@state.sd.us

TENNESSEE

Leo Sullivan
TennCare Pharmacy Director
729 Church Street
Nashville, TN  37247-6501
615-741-8155 (O)
leo.Sullivan@state.tn.us

TEXAS

Martha McNeill, R. Ph.
Director Product & Prescriber Management
Texas Vendor Drug Program
Medicaid/CHIP
4504 Chiappero Trail
Austin, TX  78731
512-338-6965 (O)
512-338-6462 (FAX)
Martha.mcneill@hhsc.state.tx.us

HI_HI 000002737

UTAH
RaeDell Ashley, R. Ph.
Pharmacy Director, Program Manager
Utah Medicaid
Bureau Coverage & Reimbursement Policy
Health Care Financing
288 N 1460 W
Salt Lake City, UT  84117-3102
801-538-6495 (O)
801-538-6099 (FAX)
rashley@utah.gov

VERMONT
Paul Wallace Brodeur, R. N.
103 South Main Street
Waterbury, VT  05671-1201
802-241-3985 (O)
802-241-2897 (FAX)

VIRGINIA
David Shepherd
dshepher@dmas.state.va.us

WEST VIRGINIA
Peggy King
Bureau for Medical Services
350 Capitol Street, Room 251
Charleston, WV  25301-3707
304-558-5963 (O)
304-558-1542 (FAX)
pking@wvdhhr.org

*+Coworker - Vicky*

WASHINGTON
Siri A. Childs
Pharmacy Research Specialist
Medical Assistance Administration
805 Plum Street, Bldg. 6
P. O. Box 45506
Olympia, WA  98504-5506
360-725-1564 (O)
360-586-2262 (FAX)
childsa@dshs.wa.gov

WISCONSIN

Roma Rowlands, R. Ph.
Pharmacy Practices Consultant
Wisconsin Medicaid
Division of Health Care Financing
One West Wilson Street, P. O. Box 309
Madison, WI  53711
608-266-3753 (O)
608-267-3380 (FAX)
rowlarm@dhfs.state.wi.us

*garįfts*
*Taiwan + Nagano (Jan)*

WYOMING

Shannon Whalen, R. Ph.
Medicaid Pharmacy Program Manager
2424 Pioneer Avenue, Suite 100
Cheyenne, WY  82002
307-777-6016 (O)
307-777-8623 (FAX)
swhale@state.wy.us

*Susan Data Analyst.*
*Susan Malm*
*smalm@state.wy.us*

HI_HI 000002739

pg. 1                                    8/2/02



THE RITZ-CARLTON®

<u>Utah</u>
Highest use clients - School of Pharmacy review - $289,000/yr
                      - 200 reviews/year
                      - prescribers → did not supp't hit etc, pursuit's these
                      - do face-to-face with prescribers

<u>Texas</u> - signed Heritage Info Systems
Martha              ↓
         prescribers access patient drug profiles via Internet

<u>Lori - Georgia</u>
- certain therapeutic categories → retrospective mail out of
  Rx profiles to MDs

<u>Siri - WA</u>
   - prescribers can call ACS clinical Rxs to get profiles → part of

   Therapeutic Consultation Service
   3 ways: fax, email, regular-mail - prescriber can request profile

Contract w/ Hippocrates → info available via palm pilot

<u>Mass - Paul</u>
- pharmacy chains pulling out → Rx reimb:  WAC  - 2% + $3.00
   Walgreens, Brooks  (50% ~        dropped              disp. fee
        CVS       threatened to pull out)
                       nothing official yet

- rate not changed right away → chasing (emergency)

HI_HI 000002740

→ can get FPP          pg. 2                    8/2/02

THE RITZ-CARLTON®

→ both R_x + LTCs to pay tax

- Laser tax → would help pay dispensing fees - non Medicaid/R_x → will
  medicare pass on cost to customers
- Medicaid Copay = $2.00 (from 50¢)
      Mass
- Pharmaceutical lobby → how Medicaid save $ → reduce rate to pharmacies

- Preferred drug list → implemented yesterday

                    (ER) mainly, Chospitalization
Florida → shared savings with aethna OSM program
   - most companies know can't show "value added" savings →
     BMS wrote a check right up front
   - others think can save after second year → dm + think will
     actually reach designated goals →
     medication compliance, ER reset, med errors

Maryland:
Outpatient chospital - disproportionate share hospital → should
  charge cost of drug (340B) → revenue code - don't know
  what drug            `UB92
- Offering to pay back Medicaid $100,000/qtr.

Utah
have 10 - 340B providers
providers - supposed to bill cost              AWP- 31%
   - bill Medicaid rates - but take away 31% off
     (AWP-12%)      subtract another 1% off payment

   - "means test" to be 340B provider
   - pricing changes during the contract period →
                                  qualify for
                                  340B pricing
Mass-
- carve out drugs @ lower capitation rate → cheaper drug costs
- 2 plans - 340B entities → disproportionate share h

HI_HI 000002741

<u>Pg. 3</u>                                    8/2/02

THE RITZ-CARLTON®

Jacobs → Delaware
NDC        single source → Roma in Wisconsin

FDB → each qtr go back — look at % of claims —

Data Niche - do we ~~give~~ give them the Rx number?

<u>HIPAA</u>
Supplies - 837          } may be able to switch around?
~~Ins~~ Insulin - NCPDP 5.1

Roma - Wisconsin
    lockin program → saved a lot of $
                    - both pharm + MD · lock in
                    - show reduction ~~in~~ overall

Pay pharmacy monthly fee for lock in - presently pay mo

WY, want (Pharm) - Wyoming
Pharmacy card manager - Pharmacist → to manage lockin program

<u>Oregon</u> - evidence based, preferred drug list on the Internet - NSAIDs
        AHRQ
    - federally funded, nationally accredited
    - pharmacoeconomic evaluation
    - should pay more for a certain drug or not?
    - sometimes - no evidence to choose 1 product over another
    - working on next 5 classes:
        ACE I
    - not sponsored by pharm. industry
* - meeting sponsored in Oregon in Oct → Drug Costs

HI_HI 000002742

pg. 4

THE RITZ-CARLTON®

New York

Prescriber does telephone PA - prompted → if okay → PA number
given → put on Rx so claim can process
Sustiva + A rated Brands - 6 (original + 5 refills)
one at a time

Siri - WA

- ~~lows~~ lows the 4 brand limit / saved a lot of money.
  a lot of ~~ino~~ inappropriate use - drugs below the radar

HI_HI 000002743

pg #1          8/8/02
                 #1

THE RITZ-CARLTON®

Roma - Wisconsin
                                    - as soon as I ageneric, SMAc it
- going to Taiwan - vacation              (new?)
        + Nagano - husband Bob, publisher trip - she's tagalong
                        university professor
- after meeting - visiting with her son + granddaughter for a few days

Dave - Alaska
    - wife going to WMPAA
    - used to have red hair (just a red beard now)

Caroline - South Carolina        has SMAcs - how determined?
- 14 yrs daughter - "prone to fainting spells"
- fell around May this year - cut lip severely + dislodged several teeth
- beginner's permit around Dec this year
- just remodeled house - extensive termite damage
- husband is 15 years older
- used to own her own pharmacy
- native S Carolina - has family there
- brother-in-law is a dentist
- treasurer of NMPAA (AMPAA)
- doesn't drink wine
- First Heath - claims + rebates (doing as well as can be expected)

HI_HI 000002744



pg # 2                    8/5/02

Susan - Wyoming

THE RITZ-CARLTON®

- Shannon's Pharmacy Data Analyst

- she & Shannon planned NMPAA meeting - meals, she picked the chocolate
covered strawberries

- had breakfast with them Friday morning at the hotel

Benny Rideout → (was N. Carolina)

- retired in Dec. last year

- consultant for several drug companies now

- raised $ for the NMPAA ~~meeting~~ meeting

- involved with autistic children - had met with Israeli prime minister Rabin
(was assassinated a month later)

Joe - Maryland

- car accident happened last semester of pharmacy school - spinal cord
(mid 1970's)                                              injury

- wife divorced him shortly after accident - took 5 month old daughter &
moved to Walnut Creek, CA   (felt strange being so close after all these
years)

- is Jewish - attends synagogue

- has been with Maryland Medicard - 30 years

- has daughter contacted him a few months ago - lives in Maryland
now & has reunited; has a granddaughter - scared to ride with
him in his wheel chair yet - runs alongside

- WMPAA meeting a religious time for ~~him~~ him but going anyway

HI_HI 000002745

THE RITZ-CARLTON®

pg #3                    8/5/02

- not good with paperwork - better at being a manager
- responsible for TPL statewide
- has staff to handle every day stuff
- loves to read books - has a book prop so can eat + read
- has own condo, takes the train - gets around whenever
- reads a book a week
- loves movies too - saw Windtalkers, Pearl Harbor

Jerry Wells - Florida
- lives on Gulf of Mexico - 165 ft of waterfront - rents out boat slips - covers his taxes
- divorced then remarried → each had 2 kids - built new house on the property - didn't buy any more lots - too bad (lot next door over $200,000) wasn't afford it now
- sold his rental properties this year - looking for some tax shelter

Peggy - W. Virginia
- bought a "healthy back" purse in Napa Valley - Yountsville
- bought an "oil + vinegar" decantor at Rutherford Hill Winery - likely her daughter will end up with it
- works with "Vicky"
- contract out for bid - will ACS win?

HI_HI 000002746

pg #4        8/5/02

THE RITZ-CARLTON®

<u>Neal - New Mexico</u>

- wife - Wanda - nurse - does screening of 6 different problems
  native american
  on children - like PKU, thyroid        Navajo from CA
  Wanda
- would like to work with CDC - ~~bio terrism~~ bio terrorism

- Wanda will be at NMPAA

- celebrated her birthday (?) in Chinatown during NMPAA

- sent Pena Nuts to me + Kathleen

- live outside Santa Fe

- Omnicaid a mess right now (ACS MMIS); PDCS going okay

Peggy - New Hampshire
  - have First Health - really like pharmaco economic (gabledown
    presentation → guy died → have assigned some others        fees ACS)

- use Delaware [Clthink] for Jcode cross walk

- husband ⚅ Don - a contractor

- own a duplex with another couple and have own house

HI_HI 000002747

pg #5

Martha - Texas

- daughter works for PR firm in CA (San Francisco area?)
- her fiancée moved there + then she accepted a job there recently
- her son + daughter-in-law just finished an extended honeymoon in Italy → really liked it here - fit right in + accepted her son as their own
- she is an attorney who flies all over + her son jumps on a plane + joins her wherever/whenever he can

_____

Raedelle - Utah
- she + her sister do a lot together
- her son - has a long distance relationship (married?) with a lady in Paris. He visits several times during the year.

_____

HI_HI 000002748