# Exhibit C-2

Page 332

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS


In re:  PHARMACEUTICAL        )   MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE    )   CIVIL ACTION

PRICE LITIGATION              )   01-CV-12257-PBS

_____   Volume II


                Continued Videotaped Rule 30(b)(6)

                Deposition of MICHAEL SELLERS, at

                77 West Wacker Drive, Chicago,

                Illinois, commencing at 9:00 a.m.

                On Monday, March 31, 2008, before

                Donna M. Kazaitis, RPR, CSR

                No. 084-003145.

Page 487

1   BY MS. ST. PETER-GRIFFITH:

2        Q.    We talked earlier at your first day of

3   deposition about communications that Abbott had

4   with state or federal Medicare and Medicaid

5   officials about its pricing.  And you testified

6   that Abbott did not have any communications with

7   state or federal Medicare or Medicaid officials

8   about questions concerning how Medicare or

9   Medicaid reimbursement worked, is that fair, other

10  than the individual questions raised by the

11  reimbursement staff?

12       MS. TABACCHI:  Object to the form,

13  beyond the scope of the Notice.

14       THE WITNESS:  I believe that's the case.

15  BY MS. ST. PETER-GRIFFITH:

16       Q.    Is there any other communication that

17  Abbott is aware of that it had with Medicare or

18  Medicaid officials concerning pricing of the

19  subject drugs or AWP related issues associated

20  with the subject drugs?

21       MS. TABACCHI:  Objection, beyond the

22  scope, object to the form.

Henderson Legal Services, Inc.

Page 488

1          THE WITNESS:  Other than the required

2   communication for the State of Texas, I'm not

3   aware of any communications with regard to price

4   or AWP.

5   BY MS. ST. PETER-GRIFFITH:

6       Q.      What information is Abbott aware of that

7   provides the basis for its statement that it never

8   provided false or misleading information to any

9   state or federal Medicare or Medicaid official?

10          MS. TABACCHI:  Object to the form,

11   beyond the scope of the Notice.

12              Can you refer me to what topic do

13   you think it falls within?

14          MS. ST. PETER-GRIFFITH:  Sure.  It falls

15   within Topic 12, Items 1, 2, or 3.

16          MS. TABACCHI:  It's my understanding

17   that those topics were withdrawn.

18          MS. ST. PETER-GRIFFITH:  That they were

19   withdrawn?

20          MS. TABACCHI:  Yes, based on the

21   communications and the correspondence back and

22   forth with you, I believe, on these topics that

30(b)(6) Abbott (Sellers, Michael) - Vol II                    March 31, 2008

Page 491

1                         back as requested.)

2              MS. TABACCHI:  I would object to that as

3      beyond the scope.

4              MS. ST. PETER-GRIFFITH:  Sub 3, Topic

5      12.

6              MS. TABACCHI:  It's my understanding

7      that that was withdrawn.  But we don't need to

8      spend more time today debating that.  I will

9      object as beyond the scope.

10     BY MS. ST. PETER-GRIFFITH:

11         Q.    Sir, if you can answer the question.

12         A.    It's not something that I'm prepared to

13     talk about.

14         Q.    Are there any other communications that

15     you're aware of with any state or federal Medicaid

16     or Medicare official concerning Abbott's pricing

17     its list prices or its AWPs?

18             MS. TABACCHI:  I assume you're

19     incorporating his first day of testimony?

20             MS. ST. PETER-GRIFFITH:  Yes, I am.  I'm

21     just trying to round out this topic.

22             MS. TABACCHI:  Sure.  I understand.

Page 492

1          THE WITNESS:  There were a number of

2    prices that were communicated to federal in terms

3    of AMP and in terms of 340(b) prices, in terms of

4    Federal Supply Schedule prices, and so on and so

5    forth.  But as far as list and AWP, no.

6    BY MS. ST. PETER-GRIFFITH:

7        Q.    For the period from 1991 through 2004,

8    what were the revenues for the Hospital Products

9    Division?

10          MS. TABACCHI:  We're switching topics

11    now?

12          MS. ST. PETER-GRIFFITH:  Yes.

13          MS. TABACCHI:  I'm going to object to

14    the form.

15          THE WITNESS:  I don't have those numbers

16    at my fingertips here.

17    BY MS. ST. PETER-GRIFFITH:

18        Q.    Can you give me any sense as to the

19    overall financial performance of Abbott's Hospital

20    Products Division from 1991 until the time of the

21    Hospira spin?

22          MS. TABACCHI:  Object to the form.  For