# Exhibit D-1

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:  PHARMACEUTICAL            ) | |
| INDUSTRY AVERAGE WHOLESALE        ) | |
| PRICE LITIGATION                  ) | MDL No. 1456 |
| -------------------------------)  | Civil Action |
| This document relates to:      )  | No. 01-12257-PBS |
| United States of America,      )  | |
| ex. rel. Ven-a-Care of the     )  | |
| Florida Keys, Inc.,            )  | Hon. Patti Saris |
|     vs.                        )  | |
| Abbott Laboratories, Inc.,     )  | Magistrate Judge |
| CIVIL ACTION NO. 06-11337-PBS  )  | Marianne Bowler |

            Videotaped 30(b)(6) deposition of DAVID S.
FISHMAN, called by the Plaintiffs for examination,
taken pursuant to notice, agreement and by the
provisions of the Rules of Civil Procedure for the
United States District Courts pertaining to the
taking of depositions, taken before DEBORAH HABIAN, a
Notary Public within and for the County of Cook,
State of Illinois, and a Certified Shorthand Reporter

Henderson Legal Services, Inc.
202-220-4158                          www.hendersonlegalservices.com
cdd3ff2a-b72b-4c68-8c9a-7da0ab93bbf3

1  believe it's a -- calling for a legal conclusion.
2          MS. ST. PETER-GRIFFITH:  Sir, you need to
3  answer the question.
4          MS. CITERA:  He's answered the question.
5          THE WITNESS:  I believe you're calling --
6          MS. ST. PETER-GRIFFITH:  He -- he hasn't
7  answered the question.
8          MS. CITERA:  He cannot -- I mean he's not here
9  to testify about what's legal or illegal.
10         MS. ST. PETER-GRIFFITH:  I'm not asking about
11 what --
12         MS. CITERA:  I think you are.
13         MS. ST. PETER-GRIFFITH:  I'm asking his
14 under -- Abbott's understanding.
15         MS. CITERA:  But that -- the premise of the
16 understanding is whether or not it violated the law,
17 and that's a legal conclusion.  He's not here to
18 testify about what's legal or illegal.
19
20 BY MS. ST. PETER-GRIFFITH:
21      Q.   Did Abbott undertake any initiative to
22 ascertain whether or not its practices in maintaining

1   spreads of a hundred to a thousand percent or more or
2   any excessive spread was permissible?
3          MS. CITERA:  Objection to the form, outside the
4   scope.
5          THE WITNESS:  To my knowledge, Abbott did not
6   make any inquiry regarding any spread regardless of
7   what the percent was.
8
9   BY MS. ST. PETER-GRIFFITH:
10         Q.   Did Abbott make any inquiry concerning
11  whether it was permissible to provide customers with
12  spread information or AWP information?
13         A.   Inquiry of whom?
14         MS. CITERA:  Objection.
15
16  BY MS. ST. PETER-GRIFFITH:
17         Q.   Inquiry of any state or federal Medicaid
18  or Medicare official.
19         MS. CITERA:  Objection to form, outside the
20  scope.
21         THE WITNESS:  Not to my knowledge, but I would
22  reiterate it was the practice not to do that.