# Exhibit D-2

Page 362

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------x

In re:  PHARMACEUTICAL INDUSTRY      )   MDL DOCKET NO.
                                     )
AVERAGE WHOLESALE PRICE              )   CIVIL ACTION
                                     )
LITIGATION.                          )   01CV12257-PBS

--------------------------------- x

VOLUME II

    The videotaped 30(b)(6) deposition of ABBOTT (DAVID FISHMAN), called by the United States for examination, taken pursuant to subpoena and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Rachel F. Gard, Certified Shorthand Reporter, at 77 West Wacker Drive, Suite 3500, Chicago, Illinois, commencing at 8:35 a.m. on the 20th day of March, A.D., 2008.

1   moment.

2       Q.   Did Abbott ever report to the government
3   the differences between its contract prices and its
4   list prices from 1993 through 2003 for the subject
5   drugs?

6       MS. CITERA:   Objection to the form, outside
7   the scope.

8   BY THE WITNESS:

9       A.   I don't know that they did that.

10      Q.   Sir, did Abbott understand that its
11  obligations under the False Claims Act and to
12  comply with the false claims were not just
13  obligations concerning what it -- concerning
14  knowing violations of the False Claims Act but also
15  reckless or inadvertent conduct in its price
16  reporting?

17      MS. CITERA:   Object to the form, outside the
18  scope. Also I'd caution you not to reveal any
19  privileged communications or analysis.

20  BY THE WITNESS:

21      A.   Without being able to recite the OIG
22  guidance in 2003, I would suggest that in 2003,