# Exhibit G



U.S. Department of Justice

Civil Division, Fraud Section

---

601 D Street, NW  
Washington, D.C. 20004

Telephone: (202) 305-9300  
Telecopier: (202) 616-3085

*Via Courier or Over-night Delivery*

February 23, 2009

David Torborg  
Jones Day  
51 Louisiana Ave., N.W.  
Washington, DC 20001-2113

Eric Gortner  
Kirkland & Ellis  
200 East Randolph Drive  
Chicago, Illinois 60601-6636

Neil Merkl  
Kelley Drye & Warren, LLP  
101 Park Avenue  
New York, NY 10178

    Re:    Average Wholesale Price Multi-District Litigation  
             MDL No. 1456/C.A. No. 01-12257-PBS (D. Mass.)

Dear Counsel:

Per your request, enclosed please find compact disc HHD331 containing spreadsheets associated with the 1994 OAS audit referenced by Mr. Chesser at deposition.

Thank you for your attention.

                            Very Truly Yours,

                                  /s/  
                            Claire Norsetter  
                         Paralegal Specialist  
                   Commercial Litigation Branch

Enclosures  
cc: George B. Henderson