UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) ) | Hon. Patti Saris |
| *United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc., and Hospira, Inc.* CIVIL ACTION NO. 06-11337-PBS | ) ) ) ) | |

## ORDER

Upon consideration of the Motion by the United States for Leave to Exceed Page Limit, it is, by the Court ORDERED:

That the Motion by the United States is GRANTED, and

That the United States has leave to file a 35 page brief captioned "Memorandum in Opposition to Defendants' Motions for a Finding of Spoliation and For Sanctions."

_____   _____
Date                                                        United States District Court