UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION _____ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| **THIS DOCUMENT RELATES TO:** | |
| *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation* Civil Action No. 09-CV-10547 _____ | |

MDL No. 1456
Master File No. 01-12257-PBS
Subcategory Case No. 06-11337

Judge Patti B. Saris

Magistrate Judge Marianne B. Bowler

**PROPOSED ORDER ON MOTION FOR LEAVE TO AMEND**

THIS CAUSE is before the Court upon the RELATOR'S MOTION FOR LEAVE TO AMEND, it is hereby ORDERED as follows:

1. The Motion is granted;

2. The Amended Complaint attached to the Relator's Motion as "Exhibit 1" is deemed filed.

ORDERED IN CHAMBERS at BOSTON, MASSACHUSETTS this ___ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE PATTI B. SARIS