UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) <br> PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> ) <br> _____ ) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> ) <br> *United States ex rel Ven-A-Care of the* ) <br> *Florida Keys, Inc. v. Schering Corporation,* ) <br> *Schering-Plough Corporation and* ) <br> *Warrick Pharmaceuticals Corporation* ) <br> Civil Action No. 09-CV-10547 ) <br> <br> *United States ex rel Ven-A-Care of the* ) <br> *Florida Keys, Inc.v. Schering Corporation,* ) <br> *Schering-Plough Corporation and* ) <br> *Warrick Pharmaceuticals Corporation* ) <br> Civil Action No. 00-10698 ) | MDL No. 1456 <br><br> Civil Action No. 01-12257-PBS <br><br> Subcategory No. 06-11337 <br><br><br> Hon. Patti B. Saris |

**COMMONWEALTH OF MASSACHUSETTS' MOTION
TO INTERVENE FOR THE LIMITED PURPOSE OF OBJECTING
TO THE VEN-A-CARE/SCHERING/WARRICK SETTLEMENT AGREEMENT**

Now comes the Commonwealth of Massachusetts (the "Commonwealth"), pursuant to Fed.R.Civ.P. 24, and moves to intervene in these two civil actions, for the limited purpose of objecting to the Settlement Agreement and Release (Dkt. No. 6173-2) and propsed Order Approving Settlement and Dismissal with Prejudice (Dkt. No. 6173-3) which the parties have filed in these cases.  A copy of the Commonwealth's Objections is attached as Exhibit A.

As set forth more fully in the Memorandum filed in support of this motion, the Commonwealth of Massachusetts has a civil action pending in this Court against Warrick Pharmaceuticals Corporation (C.A. No. 03-11865-PBS), which will be adversely effected if the Settlement Agreement and Release is approved and the proposed Order is entered.

The Commonwealth seeks to intervene as of right, or, in the alternative, as a matter of the Court's discretion.

                        Respectfully submitted,

                        Martha Coakley
                        Attorney General

                By:  /s/Peter A. Mullin
                      Peter A. Mullin (BBO# 360620)
                      K. Nathaniel Yeager (BBO# 630992)
                      Colleen A. McCarthy (BBO# 660581)
                      John H. Pina, III (BBO# 652247)
                      Gregory W. Matthews (BBO# 653316)
                      Robyn Pozza Dollar (BBO# 674480)
                      Assistant Attorneys General
                      One Ashburton Place
                      Boston, MA 02114
Dated:  July 22, 2009       (617) 963-2622

## L.R.7.1 (A)(2) Certification

     I here certify that I have conferred with counsel for Ven-A-Care of the Florida Keys, Inc. and Warrick Pharmaceuticals Corporation in a good faith effort to resolve or narrow the issues raised by this motion.

                      /s/Peter A. Mullin
                      Peter A. Mullin
                      Assistant Attorney General

## Certificate of Service

     I hereby certify I have caused a copy of the foregoing Motion to be served on counsel for each other party in these actions by filing it electronically in the Court's CM/ECF system, this 22nd day of July, 2009.

                      /s/Peter A. Mullin
                      Peter A. Mullin
                      Assistant Attorney General