# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | MDL No. 1456 |
| ) | Civil Action No. 01-12257-PBS |
| PHARMACEUTICAL INDUSTRY ) | Subcategory No. 06-11337 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | Hon. Patti B. Saris |
| ) | |
| _____ ) | |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | |
| ) | |
| *United States ex rel Ven-A-Care of the* ) | |
| *Florida Keys, Inc. v. Schering Corporation,* ) | |
| *Schering-Plough Corporation and* ) | |
| *Warrick Pharmaceuticals Corporation* ) | |
| Civil Action No. 09-CV-10547 ) | |

## CONSENT TO AMEND COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Defendants Schering Corporation, Schering-Plough Corporation, and Warrick Pharmaceuticals Corporation hereby consent to Plaintiff's Motion for Leave to Amend Complaint (Docket No. 6273) in the above-referenced action.

Respectfully submitted,

/s/ John T. Montgomery
John T. Montgomery
John P. Bueker
Ropes & Gray LLP
One International Place
Boston, MA  02110-2624
(617) 951-7000

Dated:  July 22, 2009

**CERTIFICATE OF SERVICE**

I hereby certify that on July 22, a true copy of the above Consent to Amend Complaint was served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

July 22, 2009 /s/ John P. Bueker
John P. Bueker