UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation, Inc., et al.,* CIVIL ACTION NO. 07-10248-PBS ) ) ) ) | Magistrate Judge Marianne B. Bowler |

**UNITED STATES' MOTION TO EXTEND TIME TO RESPOND TO
THE ROXANE DEFENDANTS' MOTION FOR A FINDING OF SPOLIATION**

Plaintiff United States of America moves for additional time, until August 20, 2009, to respond to the motion by defendants, Boehringer Ingelheim Roxane, Inc., Roxane Laboratories, Inc., Boehringer Ingelheim Pharmaceuticals, Inc., and Boehringer Ingelheim Corporation (collectively "Roxane"), for a Finding of Spoliation and For Sanctions (Master Document No. (MD #) 6254) Subcategory No. (Sub.# ) 274 ("Spoliation Motion").  As grounds therefor, Plaintiff states that on July 9, 2009, less than two weeks after filing two separate motions for summary judgment, plus a motion to dismiss (MD #6191, 6196, 6199), Roxane filed a fourth motion against the United States -- the Spoliation Motion, seeking a "finding of spoliation" and and order of sanctions.  (MD #6254)

In light of the substantial briefing in which plaintiffs have been engaged since June 26 in the three cases in which the United States has intervened, the serious nature of the relief sought by Roxane's Spoliation Motion, and counsels' plans for vacations following the summary judgment deadline of this Friday (July 24), the United States seeks to extend the deadline for

responding to the Spoliation Motion, and does not believe the 28-day extension will interfere with any potential hearing on the like motions filed by defendants Abbott Laboratories and Dey, Inc. (MD #6096 and 6109, respectively). Counsel for Roxane was unwilling to assent to an extension of the requested length.

WHEREFORE the United States asks that this Motion be granted and that the Court order that the United States have until August 20, 2009, to respond to Roxane's motion.

DATED this 23th day of July, 2009.          Respectfully submitted,

                                                    MICHAEL F. HERTZ
DEPUTY ASSISTANT ATTORNEY GENERAL

MICHAEL J. LOUCKS
ACTING UNITED STATES ATTORNEY

By:     /s/ Barbara Healy Smith
GEORGE B. HENDERSON, II
BARBARA HEALY SMITH
JAMES J. FAUCI
Assistant U.S. Attorneys
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3272

JOYCE R. BRANDA
DANIEL R. ANDERSON
LAURIE A. OBEREMBT
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
(202) 514-3345

## CERTIFICATE OF SERVICE

     I hereby certify that I have this day caused an electronic copy of the above UNITED STATES' MOTION TO EXTEND TIME TO RESPOND TO ROXANE'S MOTION FOR A FINDING OF SPOLIATION to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                /s James J. Fauci
                                                JAMES J. FAUCI
Dated: July 23, 2009                Assistant U.S. Attorney

## RULE 7.1 CERTIFICATION

     The undersigned counsel certifies pursuant to Local Rule 7.1(a)(2) that he has conferred with counsel for Relator and the Defendants on the issues raised in this motion, and the parties were unable to agree.

                                                /s/ James J. Fauci
                                                JAMES J. FAUCI
                                                Assistant U.S. Attorney
Dated: July 23, 2009                Department of Justice