

**STATE OF WISCONSIN
DEPARTMENT OF JUSTICE**

J.B. VAN HOLLEN
ATTORNEY GENERAL

Raymond P. Taffora
Deputy Attorney General

17 W. Main Street
P.O. Box 7857
Madison, WI 53707-7857
www.doj.state.wi.us

Frank D. Remington
Assistant Attorney General
remingtonfd@doj.state.wi.us
608/266-3542
FAX 608/261-7991

July 23, 2009

The Honorable Patti B. Saris
United States District Court
for the District of Massachusetts
Courtroom 19, 7th Floor
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    Motion for Leave to File *Amicus*

Dear Judge Saris:

    Enclosed for your consideration you will find the State of Wisconsin's motion for leave to file a brief *amicus curiae*. Because the State is seeking leave to file a brief, this office has not moved to practice in your Honor's court pro hac vice. If the court grants the State's motion, the appropriate papers will be filed. I apologize in advance if I have misunderstood the procedure for allowing the State of Wisconsin the opportunity to present its arguments to this Honorable Court.

    The Massachusetts Attorney General's office has graciously agreed to electronically file and serve these papers on behalf of the Wisconsin Attorney General.

Sincerely,

Frank D. Remington
Assistant Attorney General

FDR:gdt

c:    Counsel of Record via Massachusetts Attorney General

Enclosure

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: )<br>)<br>PHARMACEUTICAL INDUSTRY )<br>AVERAGE WHOLESALE PRICE )<br>LITIGATION )<br>)<br>_____)<br>)<br>**THIS DOCUMENT RELATES TO:** )<br>)<br>*United States ex rel Ven-A-Care of the* )<br>*Florida Keys, Inc. v. Schering Corporation,* )<br>*Schering-Plough Corporation and* )<br>*Warrick Pharmaceuticals Corporation* )<br>Civil Action No. 09-CV-10547 )<br>)<br>*United States ex rel Ven-A-Care of the* )<br>*Florida Keys, Inc. v. Schering Corporation,* )<br>*Schering-Plough Corporation and* )<br>*Warrick Pharmaceuticals Corporation* )<br>Civil Action No. 00-10698 | MDL No. 1457<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 06-11337<br><br>Hon. Patti B. Saris |

## MOTION FOR LEAVE TO FILE *AMICUS*

NOW COMES the State of Wisconsin by its Attorney General J.B. Van Hollen and move this court for permission to file a brief *amicus curiae* in opposition to the proposed "Order Approving Settlement And Dismissal With Prejudice of Schering-Plough Corporation, Schering Corporation and Warrick Pharmaceuticals Corporation."

As grounds for this motion, the State of Wisconsin's interests and grounds for allowing the submission of a brief *amicus curiae* at a later date are as follows:

1.      The State of Wisconsin is presently prosecuting Schering Plough Corporation and Warrick Pharmaceuticals Corporation in Dane County Circuit Court, Wisconsin, case no.

04-CV-1709 filed on June 3, 2004. Wisconsin has alleged that by publishing a price greater than the actual and truthful average of wholesale price, Schering and Warrick violated Wisconsin state statutes. Wisconsin law does not recognize or allow the publication of a price in excess of the actual price.[1] There is no safe harbor under Wisconsin law for prices that fall within what has been called the "thirty percent yardstick." Wisconsin is seeking as damages against all defendants all payments made by the Medicaid program in excess of what should have been paid had the defendant, including Schering and Warrick, reported truthful prices. Wisconsin also seeks injunctive relief on behalf of Wisconsin consumers.

2. In the following respects, the Proposed Order is directly contrary to Wisconsin's interests, inconsistent with Wisconsin law and conflicts with its prosecution of Schering and Warrick and the results obtained in Wisconsin's prosecution of Schering's and Warrick's co-defendant in a jury trial held in February 2009:

A. The Proposed Order appears to extinguish Wisconsin's five year long prosecution of Warrick and Schering for the federal share of the State's claim for damages to the Wisconsin Medicaid Program for less recover than what Wisconsin is seeking in state court.

B. Publishing a price for a brand drug within the formulaic range of up to 130% generally and currently paid by wholesalers violates Wisconsin law as alleged in Wisconsin's complaint and as proven at trial against Warrick's and Schering's co-defendant Pharmacia.

---

[1] Wis. Stat. §100.18(10)(b) provides: "It is deceptive to represent the price of any merchandise as a manufacturer's or wholesaler's price, or a price equal thereto, unless the price is not more than the price which retailers regularly pay for the merchandise. The effective date of this subsection shall be January 1, 1962."

C.   Proposed finding of fact numbers three and four are disputed by the State of Wisconsin. Wisconsin law, Wis. Stat. §49.49(4m) prohibits the publication of false prices regardless of "government knowledge." In February 2009, a jury returned a verdict against Pharmacia finding that the publication of a price in excess of its true and accurate price was deceptive and false and in violation of both §49.49(4m) and Wisconsin's consumer protection statute, §100.18.

D.   As to proposed finding of fact number 5, Wisconsin respectfully suggests that whether the WACs and the AWPs in Exhibit A are false, fraudulent, misleading, deceptive or unfair is a question to be answered by a jury and the state circuit court after hearing all of the evidence in Wisconsin's case. The proposed order contains sweeping language that appears intended to apply to the State of Wisconsin.

3.   Wisconsin respectfully requests the opportunity to file a brief *amicus curiae* to assist this Court understand the profound and deleterious implications to the sovereign State of Wisconsin resulting from the overbroad and sweeping verbiage in the proposed order. Wisconsin has been told that other states desire the opportunity to sign on to this brief in a consolidated effort to express the general opposition to the proposed order.

Dated this 23rd day of July, 2009.

                              Respectfully submitted,

                              J.B. VAN HOLLEN
                              Attorney General

                              FRANK D. REMINGTON
                              Assistant Attorney General
                              State Bar #1001131
                              Wisconsin Department of Justice
                              Post Office Box 7857
                              Madison, Wisconsin 53707-7857

                              Attorneys for the State of Wisconsin