# Exhibit B

| | |
|---|---|
| 05/20/2009 | Judge Patti B. Saris: Electronic ORDER entered re (6048) Motion to Seal in case 1:01-cv-12257-PBS and (50) Motion to Seal in case 1:03-cv-10643-PBS. Associated Cases: 1:01-cv-12257-PBS, 1:03-cv-10643-PBS. "Allowed with respect to all data from 2004 to the present. My general rule of thumb is that no prices that are more than five years old are properly classified as confidential. Certainly, the party seeking to seal stale data would have to show good cause for sealing."(Patch, Christine) (Entered: 05/21/2009) |