UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*, Civil Action No. 09-CV-10547, and<br><br>*United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*, Civil Action No. 00-CV-10698 | Judge Patti J. Saris |

**THE CITY OF NEW YORK AND NEW YORK COUNTIES' MOTION TO
INTERVENE FOR THE LIMITED PURPOSE OF OBJECTING TO THE
VEN-A-CARE/SCHERING/WARRICK PROPOSED SETTLEMENT**

The City of New York and New York Counties (hereinafter "the NY Counties"), by and through their attorneys of record, respectfully move pursuant to Rule 24 of the Federal Rules of Civil Procedure to intervene for the limited purpose of objecting to the proposed Settlement Agreement and Release and Order Approving Settlement and Dismissal with Prejudice between Schering-Plough Corporation, Schering Corporation, Warrick Pharmaceuticals Corporation and Ven-A-Care of the Florida Keys, Inc. [Dkt. No. 6173-2] (hereinafter "Schering/Warrick").

As set forth more fully in the Memorandum of Law filed in support of this motion, the NY Counties have a civil action pending in this Court against Schering/Warrick (03-cv-10643-

PBS) which will be adversely affected if the Settlement Agreement and Release is approved and the proposed Order is entered.  The NY Counties seek to intervene as of right, or, in the alternative, as a matter of the Court's discretion.


Dated:  July 23, 2009

Respectfully submitted,

**City of New York and New York Counties in MDL 1456 except Nassau and Orange by**

**KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

_____/s/ Joanne M. Cicala_____

By:    Joanne M. Cicala
       James P. Carroll, Jr.
       Jocelyn R. Normand
       Kathryn B. Allen

       Ross B. Brooks, Esq.
       MILBERG LLP
       One Pennsylvania Plaza
       New York, NY  10119
       (212) 594-5300
       *Special Counsel for the County of Nassau*

       Theresa A. Vitello, Esq.
       LEVY PHILLIPS &
       KONIGSBERG, LLP
       800 Third Avenue
       New York, NY  10022
       (212) 605-6205
       *Counsel for the County of Orange*

2

**Certification Pursuant to Local Rule 7.1**

The undersigned counsel certifies pursuant to Local Rule 7.1(a)(2) that she conferred with counsel for Schering/Warrick and Ven-a-Care on the issues raised in this motion and has not been able to reach agreement.

Dated:  July 23, 2009                                         /s/ Joanne M. Cicala
                                                                          Joanne M. Cicala

**CERTIFICATE OF SERVICE**

I, Jocelyn R. Normand, hereby certify that I caused a true and correct copy of the foregoing to be served on counsel of record via electronic service pursuant to paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated:  July 23, 2009

                                                                    /s/  Jocelyn R. Normand
                                                                   Jocelyn R. Normand
                                                                   Kirby McInerney LLP
                                                                   825 Third Avenue,16th Floor
                                                                   New York, NY 10022
                                                                   (212) 371-6600