# EXHIBIT A

# Exhibit A

**Comparison of the Schering Drugs Pled in NY County Civil Action and those released as part of the Settlement Agreement and Proposed Order**

| "Schering Covered Drugs" (Exhibit F to Settlement Agreement) | NY County Civil Action Drugs from Revised FACC |
|---|---|
| CEDAX | |
| CELESTONE SOLUSPAN | CELESTONE SOLUSPAN |
| CLARINEX | |
| CLARITIN | CLARITIN |
| CLARITIN D | CLARITIN-D |
| DIPROLENE | DIPROLENE |
| ELOCON | ELOCON |
| | ESTINYL |
| EULEXIN | EULEXIN |
| | GYNE-LOTRIMIN |
| FORADIL | |
| IMDUR | |
| IMDUR TABLET | IMDUR Tablet |
| INTRON A | INTRON A |
| K-DUR | K-DUR |
| LOTRIMIN | LOTRIMIN |
| LOTRISONE | LOTRISONE |
| NASONEX | NASONEX |
| NITRO-DUR | NITRO-DUR |
| NORMODYNE | NORMODYNE |
| PEG-INTRON | PEG-INTRON |
| | PERMITIL |
| PROVENTIL | PROVENTIL |
| REBETOL | |
| REBETRON | REBETRON |
| SEBIZON | |
| SOLGANAL | |
| TEMODAR | TEMODAR |
| THEO-DUR | THEO-DUR |
| | TRILAFON |
| TRINALIN | |
| VANCENASE | VANCENASE |
| VANCERIL | VANCERIL |