# EXHIBIT B

# Exhibit B

**Comparison of the Warrick Drugs Pled in NY County Civil Action and those released as part of the Settlement Agreement and Proposed Order**

| "Warrick Covered Drugs" (Exhibit E to Settlement Agreement) | NY County Civil Action Drugs from Revised FACC |
|---|---|
| ALBUTEROL SULFATE/ALBUTEROL | ALBUTEROL/ALBUTEROL SULFATE |
| AMOXICILLIN | |
| BETAMETHASONE | BETAMETHASONE |
| CAPTOPRIL | |
| CHOLESTRYAMINE | |
| CIMETIDINE | CIMETIDINE |
| CLORTRIMAZOLE | CLOTRIMAZOLE |
| CROMOLYN SODIUM | |
| FLURBIPROFEN | |
| GLYBURIDE | GLYBURIDE |
| GRISEOFULVIN | GRISEOFULVIN |
| ISMN | ISOSORBIDE MONONITRATE |
| LABETALOL HCL | LABETALOL HCL |
| MEXILETINE | |
| MOMETASONE FUROATE | |
| OXAPROZIN | OXAPROZIN |
| PERPHENAZINE | PERPHENAZINE |
| POTASSIUM CHLORIDE | POTASSIUM CHLORIDE |
| RIBAVIRIN | |
| SELEGILINE | |
| SODIUM CHLORIDE | SODIUM CHLORIDE |
| SULCRAFATE TABLETS | SUCRALFATE |
| THEOPHYLLINE | THEOPHYLLINE |