Addendum A

# Representative Spreads Between Reported AWPs and Average Price for Roxane's Indirect Sales to Pharmacy Class of Trade as Calculated by StoneTurn, LLC

| | 1997 | 1999 | 2001 | 2003 | 2005 |
|---|---|---|---|---|---|
| Ipratropium Bromide (00054-8402-11) | 121.1% | 241.2% | 402.6% | 517.4% | |
| Azathioprine (00054-4084-25) | | 95.6% | 288.0% | 398.3% | 589.6% |
| Sodium Polystyrene (00054-3805-63) | | 192.4% | 209.5% | 197.6% | 201.9% |
| Oramorph (00054-4793-25) | | 69.4% | 71.2% | | |
| Furosemide (00054-4299-31) | | 156.8% | 1411.9% | 615.5% | 629.8% |
| Hydromorphone (00054-4394-25) | | 241.1% | 314.3% | 327.2% | 318.9% |
| Ipratropium Bromide NOVAPLUS (00054-8404-11) | | 265.6% | 358.0% | 486.7% | |
| Roxanol (00054-3751-50) | | 21.6% | 316.1% | | |
| Diclofenac (00054-4222-25) | | 655.2% | 1069.6% | 847.3% | 930.4% |
| Roxicodone (00054-4665-25) | | | 102.0% | | |

Spreads listed above are representative examples from the Summaries A1 through A10 of the affidavit of Simon D. Platt.