# EXHIBIT A

**Exhibit A**

| Drug/Dosage | Source | NDC | DATE | FIRST DATABANK AWP | FIRST DATABANK WAC | WHOLESALER LIST PRICE TO RELATOR FROM MCKESSON, BERGEN OR AMERISOURCE | CONTRACT PRICE TO RELATOR | PRICE TO RELATOR FROM SPECIALTY WHOLESALER OR DISTRIBUTOR | AWP $ SPREAD | AWP % SPREAD | WAC $ SPREAD | WAC % SPREAD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abluterol Sulfate 0.083% 3mls, 25s | McKesson | 59930-1500-08 | 12/1/1994 | $30.25 | $24.75 | $15.79 | n/a | n/a | $14.46 | 91.58% | 8.96 | 56.74% |
| Abluterol Sulfate 0.083% 3mls, 25s | McKesson | 59930-1500-08 | 4/1/1995 | $30.25 | $24.75 | $15.79 | n/a | n/a | $14.46 | 91.58% | 8.96 | 56.74% |
| Abluterol Sulfate 0.083% 3mls, 25s | Pharmed | 59930-1500-08 | 6/1/1995 | $30.25 | $24.75 | n/a | n/a | $13.50 | $16.75 | 124.07% | $11.25 | 83.33% |
| Abluterol Sulfate 0.083% 3mls, 25s | McKesson | 59930-1500-08 | 4/1/1996 | $30.25 | $24.75 | $12.00 | n/a | n/a | $18.25 | 152.08% | 12.75 | 106.25% |
| Abluterol Sulfate 0.083% 3mls, 25s | Anda | 59930-1500-08 | 3/17/1997 | $30.25 | $24.75 | n/a | n/a | $7.50 | $22.75 | 303.33% | $17.25 | 230.00% |
| Abluterol Sulfate 0.083% 3mls, 25s | McKesson | 59930-1500-08 | 8/6/1997 | $30.25 | $24.75 | $10.53 | n/a | n/a | $19.72 | 187.27% | 14.22 | 135.04% |
| Abluterol Sulfate 0.083% 3mls, 25s | Harvard Drug Group | 59930-1500-08 | 12/22/1997 | $30.25 | $24.75 | n/a | n/a | $7.25 | $23.00 | 317.24% | $17.50 | 241.38% |
| Abluterol Sulfate 0.083% 3mls, 25s | JJ Balan | 59930-1500-08 | 11/17/1997 | $30.25 | $24.75 | n/a | n/a | $7.99 | $22.26 | 278.60% | $16.76 | 209.76% |
| Abluterol Sulfate 0.083% 3mls, 25s | Richie Pharmaceutical | 59930-1500-08 | 11/19/1997 | $30.25 | $24.75 | n/a | n/a | $8.69 | $21.56 | 248.10% | $16.06 | 184.81% |
| Abluterol Sulfate 0.083% 3mls, 25s | McKesson | 59930-1500-08 | 2/22/1998 | $30.25 | $24.75 | $10.53 | n/a | $7.49 | $22.76 | 303.87% | $17.26 | 230.44% |
| Abluterol Sulfate 0.083% 3mls, 25s | Richie Pharmaceutical | 59930-1500-08 | 1/16/1998 | $30.25 | $24.75 | n/a | n/a | $7.49 | $22.76 | 303.87% | $17.26 | 230.44% |
| Abluterol Sulfate 0.083% 3mls, 25s | Anda | 59930-1500-08 | 2/23/1998 | $30.25 | $24.75 | n/a | n/a | $6.95 | $23.30 | 335.25% | $17.80 | 256.12% |
| Abluterol Sulfate 0.083% 3mls, 25s | Bergen Brunswig | 59930-1500-08 | 12/17/1998 | $30.25 | $24.75 | $10.00 | n/a | n/a | $20.25 | 202.50% | 14.75 | 147.50% |
| Abluterol Sulfate 0.083% 3mls, 25s | McKesson | 59930-1500-08 | 3/17/1999 | $30.25 | $24.75 | $10.53 | n/a | n/a | $19.72 | 187.27% | 14.22 | 135.04% |
| Abluterol Sulfate 0.083% 3mls, 25s | Bergen Brunswig | 59930-1500-08 | 5/28/1999 | $30.25 | $24.75 | $10.00 | n/a | n/a | $20.25 | 202.50% | 14.75 | 147.50% |
| Abluterol Sulfate 0.083% 3mls, 25s | JJ Balan | 59930-1500-08 | 1999-2000 Catal | $30.25 | $24.75 | n/a | n/a | $5.99 | $24.26 | 405.01% | $18.76 | 313.19% |
| Abluterol Sulfate 0.083% 3mls, 25s | JJ Balan | 59930-1500-08 | 2/29/2000 | $30.25 | $24.75 | n/a | n/a | $5.49 | $24.76 | 451.00% | $19.26 | 350.82% |
| Abluterol Sulfate 0.083% 3mls, 25s | Anda | 59930-1500-08 | 3/13/2000 | $30.25 | $24.75 | n/a | n/a | $5.25 | $25.00 | 476.19% | $19.50 | 371.43% |
| Abluterol Sulfate 0.083% 3mls, 25s | McKesson | 59930-1500-08 | 8/31/2000 | $30.25 | $24.75 | $10.53 | n/a | n/a | $19.72 | 187.27% | 14.22 | 135.04% |
| Abluterol Sulfate 0.083% 3mls, 25s | JJ Balan | 59930-1500-08 | 5/11/2000 | $30.25 | $24.75 | n/a | n/a | $4.99 | $25.26 | 506.21% | $19.76 | 395.99% |
| Abluterol Sulfate 0.083% 3mls, 25s | McKesson | 59930-1500-08 | 6/19/2001 | $30.25 | $24.75 | $10.53 | n/a | n/a | $19.72 | 187.27% | 14.22 | 135.04% |
| Abluterol Sulfate 0.083% 3mls, 25s | McKesson | 59930-1500-08 | 4/20/2001 | $30.25 | $24.75 | $10.52 | n/a | n/a | $19.73 | 187.55% | 14.23 | 135.27% |
| Abluterol Sulfate 0.083% 3mls, 25s | Anda | 59930-1500-08 | 5/21/2001 | $30.25 | $24.75 | n/a | n/a | $4.10 | $26.15 | 637.80% | $20.65 | 503.66% |
| Abluterol Sulfate 0.083% 3mls, 25s | JJ Balan | 59930-1500-08 | 7/6/2001 | $30.25 | $24.75 | n/a | n/a | $4.09 | $26.16 | 639.61% | $20.66 | 505.13% |
| Abluterol Sulfate 0.083% 3mls, 25s | McKesson | 59930-1500-08 | 1/28/2002 | $30.25 | $24.75 | $10.53 | n/a | n/a | $19.72 | 187.27% | 14.22 | 135.04% |
| Abluterol Sulfate 0.083% 3mls, 25s | Amerisource | 59930-1500-08 | 12/16/2002 | $30.25 | $24.75 | n/a | $3.50 | n/a | $17.66 | 504.57% | $12.31 | 351.71% |
| Abluterol Sulfate 0.083% 3mls, 25s | McKesson | 59930-1500-08 | 5/8/2002 | $30.25 | $24.75 | $5.35 | n/a | n/a | $24.90 | 465.42% | 19.40 | 362.62% |
| Abluterol Sulfate 0.083% 3mls, 25s | McKesson | 59930-1500-08 | 5/8/2002 | $30.25 | $24.75 | $5.79 | n/a | n/a | $24.46 | 422.45% | 18.96 | 327.46% |
| Abluterol Sulfate 0.083% 3mls, 25s | Amerisource | 59930-1500-08 | 4/8/2003 | $30.25 | $24.75 | n/a | $3.50 | n/a | $17.66 | 504.57% | $12.31 | 351.71% |
| Abluterol Sulfate 0.083% 3mls, 25s | Anda | 59930-1500-08 | 3/27/2003 | $30.25 | $24.75 | n/a | n/a | $3.50 | $26.75 | 764.29% | $21.25 | 607.14% |
| Abluterol Sulfate 0.083% 3mls, 25s | Amerisource | 59930-1500-08 | 11/5/2004 | $30.25 | $24.75 | n/a | $3.50 | n/a | $17.66 | 504.57% | $12.31 | 351.71% |
| Abluterol Sulfate 0.083% 3mls, 25s | Amerisource | 59930-1500-08 | 4/13/2005 | $30.25 | $24.75 | n/a | $3.50 | n/a | $17.66 | 504.57% | $12.31 | 351.71% |
|  |  |  |  |  |  |  |  |  |  |  |  |  |
| Abluterol Sulfate 0.083% 3mls, 60s | McKesson | 59930-1500-06 | 12/1/1994 | $72.60 | $59.40 | $46.26 | n/a | n/a | $26.34 | 56.94% | 13.14 | 28.40% |
| Abluterol Sulfate 0.083% 3mls, 60s | McKesson | 59930-1500-06 | 4/1/1995 | $72.60 | $59.40 | $37.89 | n/a | n/a | $34.71 | 91.61% | 21.51 | 56.77% |
| Abluterol Sulfate 0.083% 3mls, 60s | Pharmed | 59930-1500-06 | 6/1/1995 | $72.60 | $59.40 | n/a | n/a | $32.50 | $40.10 | 123.38% | $26.90 | 82.77% |
| Abluterol Sulfate 0.083% 3mls, 60s | McKesson | 59930-1500-06 | 4/1/1996 | $72.60 | $59.40 | $28.80 | n/a | n/a | $43.80 | 152.08% | 30.60 | 106.25% |
| Abluterol Sulfate 0.083% 3mls, 60s | McKesson | 59930-1500-06 | 8/6/1997 | $72.60 | $59.40 | $25.26 | n/a | n/a | $47.34 | 187.41% | $34.14 | 135.15% |
| Abluterol Sulfate 0.083% 3mls, 60s | Anda | 59930-1500-06 | 3/17/1997 | $72.60 | $59.40 | n/a | n/a | $18.25 | $54.35 | 297.81% | $41.15 | 225.48% |
| Abluterol Sulfate 0.083% 3mls, 60s | Harvard Drug Group | 59930-1500-06 | 12/22/1997 | $72.60 | $59.40 | n/a | n/a | $16.89 | $55.71 | 329.84% | $42.51 | 251.69% |

**Exhibit A**

| Drug/Dosage | Source | NDC | DATE | FIRST DATABANK AWP | FIRST DATABANK WAC | WHOLESALER LIST PRICE TO RELATOR FROM MCKESSON, BERGEN OR AMERISOURCE | CONTRACT PRICE TO RELATOR | PRICE TO RELATOR FROM SPECIALTY WHOLESALER OR DISTRIBUTOR | AWP $ SPREAD | AWP % SPREAD | WAC $ SPREAD | WAC % SPREAD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Abluterol Sulfate 0.083% 3mls, 60s | JJ Balan | 59930-1500-06 | 11/17/1997 | $72.60 | $59.40 | n/a | n/a | $18.99 | $53.61 | 282.31% | $40.41 | 212.80% |
| Abluterol Sulfate 0.083% 3mls, 60s | Richie Pharmaceutical | 59930-1500-06 | 11/19/1997 | $72.60 | $59.40 | n/a | n/a | 18.99 | $53.61 | 282.31% | $40.41 | 212.80% |
| Abluterol Sulfate 0.083% 3mls, 60s | McKesson | 59930-1500-06 | 2/22/1998 | $72.60 | $59.40 | $25.26 | n/a | n/a | $47.34 | 187.41% | $34.14 | 135.15% |
| Abluterol Sulfate 0.083% 3mls, 60s | Anda | 59930-1500-06 | 2/23/1998 | $72.60 | $59.40 | n/a | n/a | $16.50 | $56.10 | 340.00% | $42.90 | 260.00% |
| Abluterol Sulfate 0.083% 3mls, 60s | Bergen Brunswig | 59930-1500-06 | 12/17/1998 | $72.60 | $59.40 | $24.00 | n/a | n/a | $48.60 | 202.50% | $35.40 | 147.50% |
| Abluterol Sulfate 0.083% 3mls, 60s | McKesson | 59930-1500-06 | 3/17/1999 | $72.60 | $59.40 | $25.26 | n/a | n/a | $47.34 | 187.41% | $34.14 | 135.15% |
| Abluterol Sulfate 0.083% 3mls, 60s | Bergen Brunswig | 59930-1500-06 | 5/28/1999 | $72.60 | $59.40 | $24.00 | n/a | n/a | $48.60 | 202.50% | $35.40 | 147.50% |
| Abluterol Sulfate 0.083% 3mls, 60s | JJ Balan | 59930-1500-06 | 1999-2000 Catal | $72.60 | $59.40 | n/a | n/a | $18.59 | $54.01 | 290.53% | $40.81 | 219.53% |
| Abluterol Sulfate 0.083% 3mls, 60s | JJ Balan | 59930-1500-06 | 2/29/2000 | $72.60 | $59.40 | n/a | n/a | $14.49 | $58.11 | 401.04% | $44.91 | 309.94% |
| Abluterol Sulfate 0.083% 3mls, 60s | Anda | 59930-1500-06 | 3/13/2000 | $72.60 | $59.40 | n/a | n/a | $12.50 | $60.10 | 480.80% | $46.90 | 375.20% |
| Abluterol Sulfate 0.083% 3mls, 60s | McKesson | 59930-1500-06 | 8/31/2000 | $72.60 | $59.40 | $25.26 | n/a | n/a | $47.34 | 187.41% | $34.14 | 135.15% |
| Abluterol Sulfate 0.083% 3mls, 60s | McKesson | 59930-1500-06 | 4/20/2001 | $72.60 | $59.40 | $25.26 | n/a | n/a | $47.34 | 187.41% | $34.14 | 135.15% |
| Abluterol Sulfate 0.083% 3mls, 60s | Anda | 59930-1500-06 | 5/21/2001 | $72.60 | $59.40 | n/a | n/a | $9.95 | $62.65 | 629.65% | $49.45 | 496.98% |
| Abluterol Sulfate 0.083% 3mls, 60s | McKesson | 59930-1500-06 | 5/8/2002 | $72.60 | $59.40 | $12.34 | n/a | n/a | $60.26 | 488.33% | $47.06 | 381.36% |
| | | | | | | | | | | | | |
| Albuterol Solution 0.5%, 20mls | McKesson | 59930-1515-04 | 12/1/1994 | $12.50 | $9.60 | $7.89 | n/a | n/a | $4.61 | 58.43% | $1.71 | 21.67% |
| Albuterol Solution 0.5%, 20mls | McKesson | 59930-1515-04 | 4/1/1995 | $13.95 | $7.95 | $7.89 | n/a | n/a | $6.06 | 76.81% | $0.06 | 0.76% |
| Albuterol Solution 0.5%, 20mls | Pharmed | 59930-1515-04 | 6/1/1995 | $13.95 | $9.00 | n/a | n/a | $6.68 | $7.27 | 108.83% | $2.32 | 34.73% |
| Albuterol Solution 0.5%, 20mls | McKesson | 59930-1515-04 | 4/1/1996 | $14.99 | $9.00 | $9.95 | n/a | n/a | $5.04 | 50.65% | -$0.95 | -9.55% |
| Albuterol Solution 0.5%, 20mls | McKesson | 59930-1515-04 | 8/6/1997 | $14.99 | $9.00 | $5.79 | n/a | n/a | $9.20 | 158.89% | $3.21 | 55.44% |
| Albuterol Solution 0.5%, 20mls | Richie Pharmaceutical | 59930-1515-04 | 11/19/1997 | $14.99 | $9.00 | n/a | n/a | $6.29 | $8.70 | 138.31% | $2.71 | 43.08% |
| Albuterol Solution 0.5%, 20mls | Anda | 59930-1515-04 | 3/17/1997 | $14.99 | $9.00 | n/a | n/a | $4.95 | $10.04 | 202.83% | $4.05 | 81.82% |
| Albuterol Solution 0.5%, 20mls | McKesson | 59930-1515-04 | 2/22/1998 | $14.99 | $9.00 | $5.79 | n/a | n/a | $9.20 | 158.89% | $3.21 | 55.44% |
| Albuterol Solution 0.5%, 20mls | VIP | 59930-1515-04 | 7/19/1998 | $14.99 | $9.00 | n/a | n/a | $4.75 | $10.24 | 215.58% | $4.25 | 89.47% |
| Albuterol Solution 0.5%, 20mls | Richie Pharmaceutical | 59930-1515-04 | 1/16/1998 | $14.99 | $9.00 | n/a | n/a | $5.29 | $9.70 | 183.36% | $3.71 | 70.13% |
| Albuterol Solution 0.5%, 20mls | Bergen Brunswig | 59930-1515-04 | 12/17/1998 | $14.99 | $9.00 | n/a | n/a | $5.50 | $9.49 | 172.55% | $3.50 | 63.64% |
| Albuterol Solution 0.5%, 20mls | McKesson | 59930-1515-04 | 3/17/1999 | $14.99 | $9.00 | $5.79 | n/a | n/a | $9.20 | 158.89% | $3.21 | 55.44% |
| Albuterol Solution 0.5%, 20mls | Bergen Brunswig | 59930-1515-04 | 5/28/1999 | $14.99 | $9.00 | $5.50 | n/a | n/a | $9.49 | 172.55% | $3.50 | 63.64% |
| Albuterol Solution 0.5%, 20mls | JJ Balan | 59930-1515-04 | 1999-2000 Catal | $14.99 | $9.00 | n/a | n/a | $4.59 | $10.40 | 226.58% | $4.41 | 96.08% |
| Albuterol Solution 0.5%, 20mls | JJ Balan | 59930-1515-04 | 2/29/2000 | $14.99 | $9.00 | n/a | n/a | $4.59 | $10.40 | 226.58% | $4.41 | 96.08% |
| Albuterol Solution 0.5%, 20mls | Anda | 59930-1515-04 | 3/13/2000 | $14.99 | $9.00 | n/a | n/a | $3.69 | $11.30 | 306.23% | $5.31 | 143.90% |
| Albuterol Solution 0.5%, 20mls | McKesson | 59930-1515-04 | 8/31/2000 | $14.99 | $9.00 | $5.79 | n/a | n/a | $9.20 | 158.89% | $3.21 | 55.44% |
| Albuterol Solution 0.5%, 20mls | McKesson | 59930-1515-04 | 2/22/2001 | $14.99 | $9.00 | $5.79 | n/a | n/a | $9.20 | 158.89% | $3.21 | 55.44% |
| Albuterol Solution 0.5%, 20mls | Anda | 59930-1515-04 | 5/21/2001 | $14.99 | $9.00 | n/a | n/a | $2.95 | $12.04 | 408.14% | $6.05 | 205.08% |
| Albuterol Solution 0.5%, 20mls | JJ Balan | 59930-1515-04 | 12/7/2001 | $14.99 | $9.00 | n/a | n/a | $3.44 | $11.55 | 335.76% | $5.56 | 161.63% |
| Albuterol Solution 0.5%, 20mls | JJ Balan | 59930-1515-04 | 1/31/2001 | $14.99 | $9.00 | n/a | n/a | $3.79 | $11.20 | 295.51% | $5.21 | 137.47% |
| Albuterol Solution 0.5%, 20mls | McKesson | 59930-1515-04 | 5/8/2002 | $14.99 | $9.00 | $3.93 | n/a | n/a | $11.06 | 281.42% | $5.07 | 129.01% |
| Albuterol Solution 0.5%, 20mls | Amerisource | 59930-1515-04 | 12/16/2002 | $14.99 | $9.00 | n/a | $2.80 | n/a | $17.66 | 630.71% | $12.31 | 439.64% |

**Exhibit A**

| Drug/Dosage | Source | NDC | DATE | FIRST DATABANK AWP | FIRST DATABANK WAC | WHOLESALER LIST PRICE TO RELATOR FROM MCKESSON, BERGEN OR AMERISOURCE | CONTRACT PRICE TO RELATOR | PRICE TO RELATOR FROM SPECIALTY WHOLESALER OR DISTRIBUTOR | AWP $ SPREAD | AWP % SPREAD | WAC $ SPREAD | WAC % SPREAD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Albuterol Solution 0.5%, 20mls | Amerisource | 59930-1515-04 | 4/8/2003 | $14.99 | $9.00 | n/a | $2.80 | n/a | $17.66 | 630.71% | $12.31 | 439.64% |
| Albuterol Solution 0.5%, 20mls | McKesson | 59930-1515-04 | 2003 | $14.99 | $9.00 | $4.04 | n/a | n/a | $10.95 | 271.04% | $4.96 | 122.77% |
| Albuterol Solution 0.5%, 20mls | Anda | 59930-1515-04 | 3/27/2003 | $14.99 | $9.00 | n/a | n/a | $2.75 | $12.24 | 445.09% | $6.25 | 227.27% |
| Albuterol Solution 0.5%, 20mls | Amerisource | 59930-1515-04 | 11/5/2004 | $14.99 | $9.00 | n/a | $2.80 | n/a | $17.66 | 630.71% | $12.31 | 439.64% |
| Albuterol Solution 0.5%, 20mls | Amerisource | 59930-1515-04 | 4/13/2005 | $14.99 | $9.00 | n/a | $2.80 | n/a | $17.66 | 630.71% | $12.31 | 439.64% |