# EXHIBIT B

```
10/23/00                    M c K e s s o n     ECONOLINK System
10:38                        Facility: VENA CARE
Range: From - 59930-1500-08                    Selected By: NDC Code
       Thru - 59930-1500-08                    Sorted By: NDC Code
--------------------------------------------------------------------------------

Description: ALBUTEROL SOL .083 WAR 3MLX25@
Economost #: 3256211                           Subst Econo #:
    Local #:                                    Local Dept:
    Generic: 41681     ALBUTEROL SULFATE       Mica Dept: AA
Therapeutic: 121200    SYMPATHOMIMETIC (ADRENERGIC) A    Form: SOLUTION
        NDC: 59930-1500-08                     Mfg Unit: UNIT
        UPC: 3-59930-15008                     Strength: 0.83MG/ML
   Mfg Name: WARRICK PHARMACEUTICALS @         Sched: 6
 Alt Source:                                   Std Ord Min: 001
Alternate ID:                                  Size:      25.00
        AWP:       $30.25                      Order Unit: EA
AWP Last Updt: 04/20/00                        Case Qty: 00036
REG         Price:     $10.53   Qual Qty:    0    Price CD:
 "      Start Date: 00/00/00    End Date: 00/00/00   Last Update: 04/20/00
CNTR/SPCL Price:       $0.00    Qual Qty:    0    Price CD:
 "      Start Date: 00/00/00    End Date: 00/00/00   Last Update: 04/20/00
  Retail Price:         .00                    Reg Code:
   Retail Type:                                Reg Price:
 Rtl Base Cost:         .00                    A.W.P.:
 National Cost:         .00                    Profit %:            .00
  Sugg Retail:          .00                    Label Cnt:
     Zone Cust:                                Last Maint: 00/00/00
Reorder Quantity:                              Source Supply: 0000
 Reorder Point:         .00                    Inventory Cnts:     .000
ABC Velocity Ind:                              Physical Loc:
```