# EXHIBIT C

November 21, 2002

# SELECTED VENDOR ITEM LISTING

Report Selected for WRR
Report Selected for Customer # 119262
Report Selected for Products in the Alphabetic Range of A to A

| Item # | User Number | Description | NDC | | | Price | AWP | Cont | Vend |
|---|---|---|---|---|---|---|---|---|---|
| 2434835 | | ALBUTEROL | SWRR | IH | 17GM | 599301560001 | $3.75 | $21.41 | AMSL | WRR |
| 1630211 | | ALBUTEROL SULF .083% 3ML | SWRR | SL | 25 | 599301500008 | $3.50 | $30.25 | AMSL | WRR |
| 4560371 | | ALBUTEROL SULF .083% 3ML | SWRR | SL | 24 | 599301501701 | $3.50 | $29.04 | AMSL | WRR |
| 4560389 | | ALBUTEROL SULF .083% 3ML | SWRR | SL | 60 | 599301501702 | $8.33 | $72.60 | AMSL | WRR |
| 100834 | | ALBUTEROL SULF .5% | SWRR | SL | 20ML | 599301501504 | $2.80 | $14.99 | AMSL | WRR |
| 4560363 | | ALBUTEROL SULF .5% | SWRR | SL | 20ML | 599301501702 | $2.80 | $14.99 | AMSL | WRR |

