# EXHIBIT D



# Anda®

**SOLD TO:** 108343
VENACARE OF THE FL KEYS, INC
933 FLEMING ST
KEY WEST, FL 33040

**SHIP TO:** 108343
VENACARE OF THE FL KEYS, INC
933 FLEMING ST
KEY WEST, FL 33040

ANDA
2915 WESTON ROAD
WESTON, FL 33331
1-800-331-2632

RA0180733    CTN

# INVOICE NO. 2359069

WHITE LABEL WWHC18S1 / 8763

2302923

| ORDER NO. | QTY. | ITEM NO. | CS | DESCRIPTION | PURCHASE ORDER NO. | ORDER DATE | DEA NO. | EXP DATE | WH | SLMN | TERMS | A.W.P. | NDC | INVOICE DATE | DUE DATE | PAGE NO |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2158393 | | | | | | 3/13/00 | BV1037957 | 5/31/00 | 20 | 100 | N/10 EOM | | | 3/13/00 | 4/10/00 | 1 |

| QTY. | ITEM NO. | CS | DESCRIPTION | QTY. | UNIT | BRAND NAME | A.W.P. | NDC | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 314611 | | CATALOG (CONTROLS) | | | CATALOG (CONTROLS) | .00 | - | .00 | .00 |
| 0 | 302356 | | CATALOG (INJECTABLES) | | | CATALOG (INJECTABLES) | .00 | - | .00 | .00 |
| 0 | 313367 | | CATALOG (NON CONTROLS) | | | CATALOG (NON CONTROLS) | .00 | - | .00 | .00 |
| 1 | 301802 | | ALBUTEROL INHALATION 17G | KIT | SL | PROVENTIL | 21.41 | 59930-1560-01 | 2.58 | 2.58 |
| 1 | 300368 | | ALBUTEROL INHALAT SOL 0.083% | 25x3 | SL | PROVENTIL SOL | 30.25 | 59930-1500-08 | 5.25 | 5.25 |
| 1 | 300324 | | ALBUTEROL INHALAT SOL 0.5% | 20 ML | SL | PROVENTIL SOL | 14.99 | 59930-1515-04 | 3.69 | 3.69 |
| 1 | 302447 | | IPRATROPIUM INHALATION SOL.02% | 25 | SL | ATROVENT | 44.10 | 49502-0685-03 | 13.50 | 13.50 |
| 1 | 300846 | | ALBUTEROL INHALAT SOL 0.083% | .25x3 | SL | PROVENTIL SOL | 30.25 | 49502-0697-03 | 5.99 | 5.99 |
| 1 | 300848 | | ALBUTEROL INHALAT SOL 0.083% | .60x3 | SL | PROVENTIL SOL | 72.60 | 49502-0697-60 | 14.95 | 14.95 |
| 1 | 300658 | | ALBUTEROL INHALAT SOL 0.083% | 60x3 | SL | PROVENTIL SOL | 72.60 | 59930-1500-06 | 12.50 | 12.50 |
| 1 | 301800 | | ALBUTEROL INHALATION 17G | KIT | SL | VENTOLIN | 21.99 | 00172-4390-18 | 1.99 | 1.99 |
| 1 | 302115 | | IPRATROPIUM INHALATION SOL.02% | 25 | SL | ATROVENT | 44.06 | 00054-8402-11 | 12.95 | 12.95 |
| 1 | 301807 | | ALBUTEROL INHALATION 17G | KIT | SL | VENTOLIN | 21.70 | 49502-0303-17 | 2.90 | 2.90 |
| 1 | 314229 | | POTASSIUM CHLORIDE 750 MG | 1000 | TB | POTASSIUM CHLORIDE | 159.75 | 59772-6910-02 | 28.90 | 28.90 |
| 1 | 301973 | | ALBUTEROL INHALAT SOL 0.5% | 20 ML | SL | PROVENTIL SOL.*T* | 14.99 | 49502-0196-20 | 4.85 | 4.85 |
| 1 | 301995 | | CEFADROXIL 500 MG | 50 | CP | DURICEF | 161.00 | 00172-4058-48 | 42.90 | 42.90 |
| 1 | 154142 | | PANDA BEAR | | | | .00 | - | .00 | .00 |
| 1 | 302041 | | CEFADROXIL 500 MG | 100 | CP | DURICEF | 247.64 | 59772-7271-04 | 82.90 | 82.90 |
| 1 | 314227 | | POTASSIUM CHLORIDE 750 MG | 100 | TB | POTASSIUM CHLORIDE | 16.33 | 59772-6910-01 | 3.50 | 3.50 |

NOW ORDER VIA THE INTERNET @ WWW.ANDANET.COM

LINE TOTAL: 19    TOTAL AWP: 973.66    TOTAL GOODS: 239.35
TOTAL DISCOUNT: 11.93CR

1,2,3,3R,4,5 NEXT TO THE ITEM NUMBER DENOTES THAT
THE PRODUCT IS A SCHEDULE (I,II,III,III REPORTABLE
IV,V) DRUG

REMIT TO: P.O. BOX 930219
ATLANTA, GA 31193-0219

PLEASE PAY THIS → 227.42

VAC MDL43248



**Quality Pharmaceuticals & Home Care Products the SAME DAY you need them.**

| COMPARE TO | COLOR | ITEM DESCRIPTION | PACKAGE SIZE | SELLING PRICE |
|---|---|---|---|---|
| PROVENTIL |  | ALBUTEROL 0.083% 3ml     WARRICK | 25 | 5.99 |
| PROVENTIL |  | ALBUTEROL 0.083% 3ml(DEY-LUTE) | 25 | 6.69 |
| PROVENTIL |  | ALBUTEROL 0.083%.3ml    WARRICK | 60 | 18.59 |
| PROVENTIL |  | ALBUTEROL 0.083%.3ml(DEY-LUTE) | 60 | 17.99 |
| PROVENTIL |  | ALBUTEROL 0.5% SOLUTION    DEY | 20ml. | 5.19 |
| PROVENTIL |  | ALBUTEROL 0.5% SOLUTN. HI-TECH | 20ml. | 3.69 |
| PROVENTIL |  | ALBUTEROL 0.5% SOLUTN. WARRICK | 20ml. | 4.59 |
| PROVENTIL |  | Albuterol Inh. Spray Refil*War | 17gm | 2.89 |
| PROVENTIL |  | Albuterol Inh. Spray*Kit*Warck | Kit | 2.79 |
| PROVENTIL | WHITE/RND | ALBUTEROL SULFATE 2 TAB SIDMAK | 100 | 1.39 |
| PROVENTIL | WHITE RND | ALBUTEROL SULFATE 2 TAB WARRIC | 100 | 1.39 |
| PROVENTIL | WHITE/RND | ALBUTEROL SULFATE 2 TAB.SIDMAK | 500 | 5.19 |
| PROVENTIL | WHITE RND | ALBUTEROL SULFATE 2 TAB.WARRIC | 500 | 4.79 |
| PROVENTIL | WHITE RND. | ALBUTEROL SULFATE 4 TAB NOVOPH | 100 | 1.99 |
| PROVENTIL | WHITE RND. | ALBUTEROL SULFATE 4 TAB SIDMAK | 100 | 2.29 |
| PROVENTIL | WHITE RND | ALBUTEROL SULFATE 4 TAB WARRIC | 100 | 1.79 |
| PROVENTIL | WHITE RND. | ALBUTEROL SULFATE 4 TAB.SIDMAK | 500 | 7.29 |
| PROVENTIL | WHITE RND | ALBUTEROL SULFATE 4 TAB.WARRIC | 500 | 5.99 |
| PROVENTIL | STRAWBERRY | ALBUTEROL SULFATE SYRUP   BARRE | PINT | 2.49 |
| PROVENTIL |  | ALBUTEROL SULFATE SYRUP WARRCK | PINT | 2.69 |
| PROVERA | WHITE | MEDROXY. 2.5 (CYCRIN) LEDERLE | 100 | 9.49 |
| PROVERA | WHITE RND. | MEDROXY. 2.5 TABS       BARR | 100 | 7.29 |
| PROVERA | WHITE RND. | MEDROXY. 5 TABS         BARR | 100 | 8.99 |
| PROVERA | LT. PURPLE | MEDROXY. 5 TABS(CYCRIN)LEDERL | 100 | 13.99 |
| PROVERA | WHITE RND. | MEDROXY. 10 TABS        BARR | 100 | 6.79 |
| PROVERA | PEACH OVAL | MEDROXY. 10 TABS (CYCRIN)LEDER | 100 | 9.69 |
| PROVERA | WHITE/RND | MEDROXY. 10 TABS.     ROSEMONT | 250 | 15.99 |
| PSORCON |  | DIFLORASONE DIACETATE .05% CRM | 15gm. | 17.99 |
| PSORCON |  | DIFLORASONE DIACETATE .05%.CRM | 30gm. | 24.79 |
| PSORCON |  | DIFLORASONE DIACETATE..05% CRM | 60gm. | 43.99 |
| PSORCON |  | DIFLORASONE.DIACETATE .05% ONT | 15gm. | 17.99 |
| PSORCON |  | DIFLORASONE.DIACETATE .05%.ONT | 30gm. | 24.79 |
| PSORCON |  | DIFLORASONE.DIACETATE..05% ONT | 60gm. | 43.99 |
| PURALUBE |  | PETROLATUM OPTH OINT(PURALUBE) | 1/8oz | 1.29 |
| PYRAZINAMIDE 500mg. | WHITE RND. | PYRAZINAMIDE 500mg. TABS | 100 | 69.99 |
| PYRIDIUM | MAROON RND | PYRIDATE 100 TABS | 100 | 7.59 |
| PYRIDIUM | MAROON RND | PYRIDATE 100 TABS | 1000 | 64.49 |
| PYRIDIUM | MAROON RND | PYRIDATE 200 TABS    AMIDE | 100 | 13.19 |
| QUESTRAN |  | CHOLESTYRAMINE CAN     APOTH | 42Dose | 17.39 |
| QUESTRAN | ORANGE | CHOLESTYRAMINE CAN     COPLEY | 42Dose | 17.39 |
| QUESTRAN | ORANGE | CHOLESTYRAMINE PACKETS   EON | 60 | 33.99 |
| QUESTRAN |  | CHOLESTYRAMINE PACKETS   APOTH | 60 | 25.99 |
| QUESTRAN LITE | ORANGE | CHOLESTYRAMINE *LITE* CAN  EON | 42Dose | 21.89 |
| QUESTRAN LITE |  | CHOLESTYRAMINE *LITE* CAN APOT | 42Dose | 17.39 |
| QUESTRAN LITE |  | CHOLESTYRAMINE *LITE* PKTS APO | 60 | 25.99 |
| QUESTRAN LITE | ORANGE | CHOLESTYRAMINE *LITE* PKTS EON | 60 | 33.99 |
| QUIBRON | COLORLESS | THEOLATE LIQUID | PINT | 3.49 |
| QUINAGLUTE DURATABS | WHITE | QUINITIME 5gr. TD TABS   MUTUAL | 100 | 26.49 |
| QUINAGLUTE DURATABS | WHITE | QUINITIME 5gr. TD TABS   SCHEIN | 100 | 24.99 |
| QUINAGLUTE DURATABS | WHITE | QUINITIME 5gr. TD TABS   MUTUAL | 250 | 62.99 |
| QUINAGLUTE DURATABS | WHITE | QUINITIME 5gr. TD TABS   SCHEIN | 250 | 61.99 |
| QUINAGLUTE DURATABS | WHITE | QUINITIME 5gr. TD TABS. MUTUAL | 500 | 117.99 |
| QUINAGLUTE DURATABS | WHITE | QUINITIME 5gr. TD TABS. SCHEIN | 500 | 112.99 |

PAGE 35          3502142

# J.J. BALAN INC.

P.O. BOX 349012
5725 FOSTER AVENUE • BROOKLYN, NY 11234
(718) 251-8663 • 800 JJBALAN • FAX: 888 FAXBALAN
DEA. NO. PJ0169967 • N.Y State Board Pharmacy No. 30-4081

**Invoice No:** B66214  1
**Invoice Date:** 02/29/00

**SOLD TO:**
VENACARE OF THE FL KEYS INC
933 FLEMING STREET
KEY WEST, FL  33040

| DEA NUMBER | STATE BOARD NO. | SLSM NO | YOUR PURCHASE ORDER NO. | SHIP VIA | WEIGHT COLL/PPD | ACCOUNT NO. | TERMS |
|---|---|---|---|---|---|---|---|
| BV1037957 | PH0009972 | LL | NEW | Fedex Exp. | *** | 377401 | *c.o.d. less 2%* |

| QTY ORD | QTY SHIP | UNIT | PICK SEQ | ITEM NO. | ✓ | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | EA | 13 | 2819-22 | | 20ml  ALBUTEROL 0.5% SOLUTN.  WARRICK | 4.59 | 4.59 |
| | | | | | | NDC#59930-1519-4  AWP-  14.99 | | |
| 1 | 1 | EA | 13 | 3448-22 | | 20ml.  ALBUTEROL 0.5% SOLUTION  DEY | 5.19 | 5.19 |
| | | | | | | NDC#49502-105-01  AWP-  14.99 | | |
| 1 | 1 | EA | 13 | 2442-25 | | 25  ALBUTEROL 0.083% 3ml (DEY-LUTE) | 6.69 | 6.69 |
| | | | | | | NDC#49502-697-03  AWP-  30.25 | | |
| 1 | 1 | EA | 13 | 2442-66 | | 60  ALBUTEROL 0.083% 3ml (DEY-LUTE) | 17.99 | 17.99 |
| | | | | | | NDC#49502-697-60  AWP-  72.60 | | |
| 1 | 1 | EA | 13 | 2821-25 | | 25  ALBUTEROL 0.083% 3ml  WARRICK | $5.49 | 5.49 |
| | | | | | | NDC#59930-1500-B  AWP-  30.25 | | |
| 1 | 1 | EA | 13 | 2821-66 | | 60  ALBUTEROL 0.083% 3ml  WARRICK | 14.49 | 14.49 |
| | | | | | | NDC#59930-1500-6  AWP-  72.60 | | |
| 1 | 1 | EA | 13 | 2883-20 | | 120  CROMOLYN SOD. SOL. 2ml.  DEY | 31.99 | 31.99 |
| | | | | | | NDC#49502-689-12  AWP-  84.00 | | |
| 1 | 1 | EA | 13 | 2883-66 | | 60  CROMOLYN SOD. SOL. 2ml  DEY | 16.49 | 16.49 |
| | | | | | | NDC#49502-689-02  AWP-  42.00 | | |
| 1 | 1 | EA | 13 | 3272-93 | | 17gm  Albuterol Inh. Spray Refil*War | 2.49 | 2.49 |
| | | | | | | NDC#59930-1560-2  AWP-  19.79 | | |
| 1 | 1 | EA | 13 | 3746-20 | | 120  CROMOLYN SOD. SOL. 2ml  ARCOLA | 33.99 | 33.99 |
| | | | | | | NDC#0070-9996-12  AWP-  84.12 | | |
| 1 | 1 | EA | 13 | 3746-66 | | 60  CROMOLYN SOD. SOL. 2ml  ARCOLA | 17.99 | 17.99 |
| | | | | | | NDC#0070-9996-06  AWP-  42.06 | | |
| 1 | 1 | EA | 13 | 4744-66 | | 60  CROMOLYN SOD. SOL. 2ml  ALPHRM | $15.49 | 15.49 |
| | | | | | | NDC#0427-0750-60  AWP-  49.72 | | |

**EVERYDAY WE OFFER NEW DAILY SALES! Ask Lisa Ext#204**

SUB TOTAL  172.88
DISCOUNT  3.46CR

1701532

All shortages & claims must be reported within 24 hours
PICKER'S INITIALS  PICKER'S INITIALS  CHECKER'S INITIALS  # PIECES  PACKER'S INITIALS

NO RETURNS AFTER 60 DAYS
INVOICE

**TOTAL  $169.42**

VAC MDL
38625

R2-037553

# J.J. BALAN INC.
## The Generic Drug & Homecare Expert

P. 1

**DAILY SPECIAL** 12 / __ / 01

TO: Luis                FAX#: 305-292-1739

FROM: Carol             EXT: 204

| ITEM | SIZE | MFC. | PRICE | ORDER |
|---|---|---|---|---|
| Apap #3, #4 | 1000/500 | Our | 98.99 | * |
| Glyburide 5 | 1000 | Greer | 86.99 | * Today Only |
| Nifedipine xl 30/60 | 300 | Mylan | 30mg 219.14 | 60mg 347.12 |
| Nifedipine 90mg | 100 | Mylan | 169.99 | |
| Phentermine 37.5mg | 100 | Amid | 69.99 | * Today only |
| Relafen 500, 750mg | 100 | Teva | 500mg 92.98 | 750mg 104.98 |
| Vicodin Es | 500 | Mal/west | mal 22.99 | west 28.99 |
| Prozac 10, 20, 40 | 100/100/30 | Barr/Genpharm | 162.99 / 169.99 / 109.94 |
| Amox Caps 500mg | 500 | Ranbaxy | 18.79 | |
| Triamt HCT 37.5/6.25 | 1000 | Bare | 47.19 | * |
| Albuterol Sol 3ml | 25 | Warrick | 3.99 | * - 35¢ rebate |

IN N.Y. CITY
(718) 251-8663

24 HOUR FAX NUMBER
(888) FAX BALAN
3 2 9 - 2 2 5 2

ALL OTHER CUSTOMERS
(800) J.J. BALAN
5 5 2 2 5 2 6

http://WWW.JJBALAN.COM

J.J. BALAN
P.O. BOX 349012
5725 Foster Avenue
Brooklyn, N.Y. 11234

3502013

VAC MDL
3192

R2-002017

Albuterol inh kits   Warrick
17gm   59930-1560-01   72 × 3.49
                              − 25 reb
                              ─────
                                3.24

Albuterol unit dose   Warrick
25's   59930-1500-08   4.79
                       − 35 reb
                       ─────
                        4.44

Ipratropium 2.5ml   Roxane
25's   00054-8402-11   10.29

Albuterol syrup
pint   00472-0825-16   Alpharma/
                        8.99 Roxane

Albuterol 0.5% SO   Warrick
20mL   59930-1515-04   3.79
                       − 35 reb
                       ─────
                        3.44

3502037

VAC MDL
3216

R2-002041