# EXHIBIT E

# Exhibit E

| DRUG | NDC |
|---|---|
| Albuterol | 59930-1560-01 |
| Albuterol | 59930-1560-02 |
| Albuterol | 59930-1647-02 |
| Albuterol Sulfate | 59930-1500-06 |
| Albuterol Sulfate | 59930-1500-08 |
| Albuterol Sulfate | 59930-1510-05 |
| Albuterol Sulfate | 59930-1515-04 |
| Albuterol Sulfate | 59930-1517-01 |
| Albuterol Sulfate | 59930-1517-02 |
| Albuterol Sulfate | 59930-1520-01 |
| Albuterol Sulfate | 59930-1520-02 |
| Albuterol Sulfate | 59930-1530-01 |
| Albuterol Sulfate | 59930-1530-02 |
| Amoxicillin | 59930-1573-01 |
| Amoxicillin | 59930-1573-02 |
| Amoxicillin | 59930-1573-03 |
| Amoxicillin | 59930-1611-02 |
| Amoxicillin | 59930-1611-03 |
| Betamethasone | 59930-1575-01 |
| Betamethasone | 59930-1575-02 |
| Betamethasone | 59930-1575-03 |
| Captopril | 59930-1655-01 |
| Captopril | 59930-1655-03 |
| Captopril | 59930-1656-01 |
| Cholestryamine | 59930-1638-01 |
| Cholestryamine | 59930-1638-02 |

# Exhibit E

| DRUG | NDC |
|---|---|
| **Cimetidine** | **59930-1800-01** |
| **Cimetidine** | **59930-1801-01** |
| **Cimetidine** | **59930-1801-02** |
| **Cimetidine** | **59930-1801-03** |
| **Cimetidine** | **59930-1802-01** |
| **Cimetidine** | **59930-1802-02** |
| **Cimetidine** | **59930-1802-03** |
| **Cimetidine** | **59930-1803-01** |
| **Cimetidine** | **59930-1803-02** |
| **Clotrimazole** | **59930-1503-01** |
| **Clotrimazole** | **59930-1503-02** |
| **Clotrimazole** | **59930-1542-01** |
| **Clotrimazole** | **59930-1570-01** |
| **Clotrimazole** | **59930-1570-02** |
| **Clotrimazole** | **59930-1570-03** |
| **Clotrimazole** | **59930-1570-09** |
| **Cromolyn Sodium** | **59930-1509-01** |
| **Cromolyn Sodium** | **59930-1509-02** |
| **Flurbiprofen** | **59930-1771-01** |
| **Flurbiprofen** | **59930-1772-01** |
| **Glyburide** | **59930-1592-01** |
| **Glyburide** | **59930-1639-01** |
| **Glyburide** | **59930-1622-01** |
| **Glyburide** | **59930-1639-02** |
| **Glyburide** | **59930-1639-03** |
| **Griseofulvin** | **59930-1620-01** |

# Exhibit E

| DRUG | NDC |
|---|---|
| Griseofulvin | 59930-1621-01 |
| Griseofulvin | 59930-1624-01 |
| ISMN | 59930-1502-01 |
| ISMN | 59930-1549-01 |
| ISMN | 59930-1587-01 |
| ISMN | 59930-3094-01 |
| ISMN | 59930-3144-03 |
| ISMN | 59930-3605-01 |
| Labetalol HCL | 59930-1602-01 |
| Labetalol HCL | 59930-1602-02 |
| Labetalol HCL | 59930-1602-03 |
| Labetalol HCL | 59930-1602-04 |
| Labetalol HCL | 59930-1636-01 |
| Labetalol HCL | 59930-1636-02 |
| Labetalol HCL | 59930-1636-03 |
| Labetalol HCL | 59930-1636-04 |
| Labetalol HCL | 59930-1653-01 |
| Labetalol HCL | 59930-1653-02 |
| Labetalol HCL | 59930-1653-03 |
| Mexiletine | 59930-1686-01 |
| Mexiletine | 59930-1685-01 |
| Mexiletine | 59930-1687-01 |
| Mometasone Furoate | 59930-1526-01 |
| Mometasone Furoate | 59930-1526-02 |
| Mometasone Furoate | 59930-1547-03 |
| Oxaprozin | 59930-1508-01 |

# Exhibit E

| DRUG | NDC |
|---|---|
| Oxaprozin | 59930-1508-02 |
| Perphenazine | 59930-1600-01 |
| Perphenazine | 59930-1603-01 |
| Perphenazine | 59930-1605-01 |
| Perphenazine | 59930-1610-01 |
| Potassium Chloride | 59930-1714-01 |
| Potassium Chloride | 59930-1714-02 |
| Potassium Chloride | 59930-1714-03 |
| Potassium Chloride | 59930-1715-01 |
| Ribavirin | 59930-1523-01 |
| Ribavirin | 59930-1523-02 |
| Ribavirin | 59930-1523-03 |
| Ribavirin | 59930-1523-04 |
| Selegiline | 59930-1537-01 |
| Sodium Chloride | 59930-1609-01 |
| Sodium Chloride | 59930-1609-02 |
| Sulcrafate Tablets | 59930-1532-01 |
| Sulcrafate Tablets | 59930-1532-02 |
| Theophylline | 59930-1650-01 |
| Theophylline | 59930-1650-02 |
| Theophylline | 59930-1650-03 |
| Theophylline | 59930-1660-01 |
| Theophylline | 59930-1660-02 |
| Theophylline | 59930-1660-03 |
| Theophylline | 59930-1670-01 |
| Theophylline | 59930-1670-02 |

Exhibit E

| DRUG | NDC |
|---|---|
| Theophylline | 59930-1670-03 |
| Theophylline | 59930-1680-01 |