# EXHIBIT F

# Exhibit F

| DRUG | NDC |
|---|---|
| Cedax | 00085-0691-01 |
| Cedax | 00085-0691-02 |
| Cedax | 00085-0691-03 |
| Cedax | 00085-0777-01 |
| Cedax | 00085-0777-02 |
| Cedax | 00085-0777-03 |
| Cedax | 00085-0777-04 |
| Cedax | 00085-0834-01 |
| Cedax | 00085-0834-03 |
| Celestone Soluspan | 00085-0011-01 |
| Celestone Soluspan | 00085-0011-05 |
| Celestone Soluspan | 00085-0566-05 |
| Celestone Soluspan | 00085-0942-05 |
| Clarinex | 00085-1264-01 |
| Clarinex | 00085-1264-02 |
| Clarinex | 00085-1264-03 |
| Clarinex | 00085-1264-04 |
| Clarinex | 00085-1280-01 |
| Clarinex | 00085-1334-01 |
| Claritin | 00085-0458-01 |
| Claritin | 00085-0458-03 |
| Claritin | 00085-0458-04 |
| Claritin | 00085-0458-05 |
| Claritin | 00085-0458-06 |
| Claritin | 00085-0612-02 |
| Claritin | 00085-1128-02 |

# Exhibit F

| DRUG | NDC |
|---|---|
| Claritin | 00085-1223-01 |
| Claritin D | 00085-0635-01 |
| Claritin D | 00085-0635-04 |
| Claritin D | 00085-0635-05 |
| Claritin D | 00085-0640-01 |
| Claritin D | 00085-0640-02 |
| Claritin D | 00085-1233-01 |
| Claritin D | 00085-1233-02 |
| Diprolene | 00085-0517-01 |
| Diprolene | 00085-0517-02 |
| Diprolene | 00085-0517-04 |
| Diprolene | 00085-0575-02 |
| Diprolene | 00085-0575-03 |
| Diprolene | 00085-0575-05 |
| Diprolene | 00085-0634-01 |
| Diprolene | 00085-0634-02 |
| Diprolene | 00085-0634-03 |
| Diprolene | 00085-0962-01 |
| Diprolene | 00085-0962-02 |
| Diprosone | 00085-0475-06 |
| Diprosone | 00085-0853-02 |
| Diprosone | 00085-0853-03 |
| Elocon | 00085-0370-01 |
| Elocon | 00085-0370-02 |
| Elocon | 00085-0567-01 |
| Elocon | 00085-0567-02 |

# Exhibit F

| DRUG | NDC |
|---|---|
| Elocon | 00085-0854-01 |
| Elocon | 00085-0854-02 |
| Eulexin | 00085-0525-03 |
| Eulexin | 00085-0525-04 |
| Eulexin | 00085-0525-05 |
| Eulexin | 00085-0525-06 |
| Foradil | 00085-1401-01 |
| Foradil | 00085-1402-01 |
| Fulvicin | 00085-0496-03 |
| Fulvicin | 00085-0496-06 |
| IMDUR | 00085-1153-03 |
| IMDUR | 00085-1153-04 |
| IMDUR | 00085-4110-01 |
| IMDUR | 00085-4110-03 |
| IMDUR Tablet | 00085-3306-01 |
| IMDUR Tablet | 00085-3306-03 |
| Intron A | 00085-0120-02 |
| Intron A | 00085-0120-03 |
| Intron A | 00085-0120-04 |
| Intron A | 00085-0120-05 |
| Intron A | 00085-0285-02 |
| Intron A | 00085-0539-01 |
| Intron A | 00085-0571-02 |
| Intron A | 00085-0571-06 |
| Intron A | 00085-0647-03 |
| Intron A | 00085-0647-04 |

# Exhibit F

| DRUG | NDC |
|---|---|
| Intron A | 00085-0647-05 |
| Intron A | 00085-0689-01 |
| Intron A | 00085-0769-01 |
| Intron A | 00085-0923-01 |
| Intron A | 00085-0953-01 |
| Intron A | 00085-1110-01 |
| Intron A | 00085-1133-01 |
| Intron A | 00085-1168-01 |
| Intron A | 00085-1179-01 |
| Intron A | 00085-1179-02 |
| Intron A | 00085-1184-01 |
| Intron A | 00085-1184-02 |
| Intron A | 00085-1191-01 |
| Intron A | 00085-1191-02 |
| Intron A | 00085-1235-01 |
| Intron A | 00085-1242-01 |
| Intron A | 00085-1254-01 |
| K-Dur | 00085-0263-01 |
| K-Dur | 00085-0263-81 |
| K-Dur | 00085-0787-01 |
| K-Dur | 00085-0787-06 |
| K-Dur | 00085-0787-10 |
| K-Dur | 00085-0787-81 |
| Lotrimin | 00085-0182-02 |
| Lotrimin | 00085-0182-04 |
| Lotrimin | 00085-0613-02 |

# Exhibit F

| DRUG | NDC |
|---|---|
| Lotrimin | 00085-0613-03 |
| Lotrimin | 00085-0613-04 |
| Lotrimin | 00085-0613-05 |
| Lotrimin | 00085-0707-02 |
| Lotrisone | 00085-0809-01 |
| Lotrisone | 00085-0924-01 |
| Lotrisone | 00085-0924-02 |
| Nasonex | 00085-1197-01 |
| Nasonex | 00085-1288-01 |
| Nitro-Dur | 00085-0819-30 |
| Nitro-Dur | 00085-0819-35 |
| Nitro-Dur | 00085-3305-10 |
| Nitro-Dur | 00085-3305-30 |
| Nitro-Dur | 00085-3305-35 |
| Nitro-Dur | 00085-3310-30 |
| Nitro-Dur | 00085-3310-35 |
| Nitro-Dur | 00085-3315-30 |
| Nitro-Dur | 00085-3315-35 |
| Nitro-Dur | 00085-3320-30 |
| Nitro-Dur | 00085-3320-35 |
| Nitro-Dur | 00085-3330-30 |
| Nitro-Dur | 00085-3330-35 |
| Normodyne | 00085-0244-04 |
| Normodyne | 00085-0244-05 |
| Normodyne | 00085-0244-07 |
| Normodyne | 00085-0244-08 |

# Exhibit F

| DRUG | NDC |
|---|---|
| **Normodyne** | **00085-0362-08** |
| **Normodyne** | **00085-0438-03** |
| **Normodyne** | **00085-0438-05** |
| **Normodyne** | **00085-0752-04** |
| **Normodyne** | **00085-0752-05** |
| **Normodyne** | **00085-0752-07** |
| **Normodyne** | **00085-0752-08** |
| **Peg-Intron** | **00085-1279-01** |
| **Peg-Intron** | **00085-1291-01** |
| **Peg-Intron** | **00085-1297-01** |
| **Peg-Intron** | **00085-1297-02** |
| **Peg-Intron** | **00085-1304-01** |
| **Peg-Intron** | **00085-1316-01** |
| **Peg-Intron** | **00085-1368-01** |
| **Peg-Intron** | **00085-1370-01** |
| **Peg-Intron** | **00085-1370-02** |
| **Proventil** | **00085-0208-02** |
| **Proventil** | **00085-0209-01** |
| **Proventil** | **00085-0252-02** |
| **Proventil** | **00085-0252-03** |
| **Proventil** | **00085-0315-02** |
| **Proventil** | **00085-0431-02** |
| **Proventil** | **00085-0431-03** |
| **Proventil** | **00085-0431-04** |
| **Proventil** | **00085-0573-02** |
| **Proventil** | **00085-0573-03** |

# Exhibit F

| DRUG | NDC |
|---|---|
| Proventil | 00085-0614-02 |
| Proventil | 00085-0614-03 |
| Proventil | 00085-1132-01 |
| Proventil | 00085-1336-01 |
| Proventil | 00085-1806-01 |
| Rebetol | 00085-1194-03 |
| Rebetol | 00085-1327-04 |
| Rebetol | 00085-1351-05 |
| Rebetol | 00085-1385-07 |
| Rebetron | 00085-1236-01 |
| Rebetron | 00085-1236-02 |
| Rebetron | 00085-1236-03 |
| Rebetron | 00085-1241-01 |
| Rebetron | 00085-1241-02 |
| Rebetron | 00085-1241-03 |
| Rebetron | 00085-1258-01 |
| Rebetron | 00085-1258-02 |
| Rebetron | 00085-1258-03 |
| Sebizon | 00085-0600-05 |
| Solganal | 00085-0460-03 |
| Temodar | 00085-1244-01 |
| Temodar | 00085-1244-02 |
| Temodar | 00085-1248-01 |
| Temodar | 00085-1248-02 |
| Temodar | 00085-1252-01 |
| Temodar | 00085-1252-02 |

# Exhibit F

| DRUG | NDC |
|---|---|
| Temodar | 00085-1259-01 |
| Temodar | 00085-1259-02 |
| Theo-Dur | 00085-0381-01 |
| Theo-Dur | 00085-0487-01 |
| Theo-Dur | 00085-0487-05 |
| Theo-Dur | 00085-0487-10 |
| Theo-Dur | 00085-0487-81 |
| Theo-Dur | 00085-0584-01 |
| Theo-Dur | 00085-0584-05 |
| Theo-Dur | 00085-0584-10 |
| Theo-Dur | 00085-0584-50 |
| Theo-Dur | 00085-0584-81 |
| Theo-Dur | 00085-0620-01 |
| Theo-Dur | 00085-0806-01 |
| Theo-Dur | 00085-0806-81 |
| Theo-Dur | 00085-0875-01 |
| Theo-Dur | 00085-0928-01 |
| Theo-Dur | 00085-0933-01 |
| Theo-Dur | 00085-0933-05 |
| Theo-Dur | 00085-0933-10 |
| Theo-Dur | 00085-0933-50 |
| Theo-Dur | 00085-0933-81 |
| Trinalin | 00085-0703-04 |
| Vancenase | 00085-0041-06 |
| Vancenase | 00085-0041-11 |
| Vancenase | 00085-0259-02 |

## Exhibit F

| DRUG | NDC |
|---|---|
| Vancenase | 00085-0649-02 |
| Vancenase | 00085-1049-01 |
| Vanceril | 00085-0736-04 |
| Vanceril | 00085-1112-01 |
| Vanceril | 00085-1112-03 |