UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION  ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Subcategory No. 06-11337-PBS<br><br>Hon. Patti B. Saris |

**UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT**

The United States of America, through its undersigned counsel, hereby moves for partial summary judgment against the defendants Dey, Inc., Dey, L.P., and Dey L.P., Inc. (collectively, "Dey"). The United States moves for partial summary judgment that (1) Dey's reported AWPs for the Subject Drugs were false, and Dey's reported WACs for Dey's albuterol sulfate unit dose products (NDC Nos. 49502-697-03, 49502-697-33, and 49502-697-60) were false for the period June 1, 1995, through December 31, 1997; (2) Dey's reporting of false prices caused providers to submit false claims to State Medicaid programs and caused the State programs to submit false claims to the federal government for federal monies; (3) Dey's false prices for its ipratropium bromide products caused false claims to be submitted to the Medicare program; and (4) Dey "knowingly" reported false prices within the meaning of the False Claims Act, 31 U.S.C. § 3729(b).

The grounds for this motion are set forth in the accompanying United States' Consolidated Memorandum of Law in Support of Motion For Partial Summary Judgment and in Opposition to Defendants' Motion For Partial Summary Judgment and the United States' Common Memorandum of Law in Support of Cross-Motions for Partial Summary Judgment and in Opposition to the Defendants' Motions for Summary Judgment. The United States also submits a Local Rule 56.1 Statement of Undisputed Material Facts as to Dey, together with exhibits thereto, and a Local Rule 56.1 Statement of Undisputed Material Facts Common to All Defendants, together with exhibits thereto. Relator joins in this Motion.

Respectfully submitted,

| | |
|---|---|
| MICHAEL F. HERTZ<br>DEPUTY ASSISTANT ATTORNEY<br>GENERAL | MICHAEL K. LOUCKS<br>ACTING UNITED STATES<br>ATTORNEY |
| /s/ Laurie A. Oberembt | By: /s/ George B. Henderson, II |
| Joyce R. Branda<br>Daniel R. Anderson<br>Laurie A. Oberembt<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 514-3345 | George B. Henderson, II<br>Barbara Healy Smith<br>James J. Fauci<br>Assistant U.S. Attorneys<br>United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3272 |

        FOR THE RELATOR,

        James J. Breen
        Allison Warren Simon
        The Breen Law Firm, P.A.
        5755 Northpoint Parkway, Suite 260
        Alpharetta, GA 30022
        Tel.  (770) 740-000
        fax:  (954) 499-1173

        Gary Azorsky, Esq.
        Susan Schneider Thomas, Esq.
        Berger & Montague, P.C.
        1622 Locust St.
        Philadelphia, PA 19103
        (215) 875-3090

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused an electronic copy of the above "UNITED STATES' MOTION FOR PARTIAL SUMMARY JUDGMENT" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

        /s/ George B. Henderson, II
Dated: July 24, 2009        George B. Henderson, II