UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) |  MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Subcategory No. 06-11337-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO: | | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS; | | |

**DECLARATION OF MARK LAVINE SUBMITTING EXHIBITS IN SUPPORT OF UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION TO ABBOTT LABORATORIES INC.'S MOTION FOR SUMMARY JUDGMENT**

I, Mark Lavine, do hereby declare as follows:

1. I am an Assistant U.S. Attorney in the Office of the United States Attorney, Southern District of Florida. I am a member in good standing of the bar of this Court.

2. On behalf of the plaintiff United States of America, I am submitting with this declaration Exhibits in Support of United States' Memorandum of Law in Support of Cross-motion for Partial Summary Judgment and in Opposition to Abbott Laboratories Inc.'s Motion for Summary Judgment.

3. The exhibits listed on Attachments 1 and 2 to this Declaration are true and correct copies of the materials described therein and submitted with this declaration.

I swear under the penalties of perjury that the foregoing statements are true and correct.

_____
Mark Lavine
Assistant U.S. Attorney

Executed this 24th day of July, 2009