| **ATTACHMENT 1** |||
|---|---|---|
| # | EXHIBIT DESCRIPTION | Attachments |
| 1 | Pat Ormond Affidavit | A1-A45, B1-B6 |
| 2 | Ian Dew Affidavit | |
| 3 | 1990 Abbott Labs HPD Supplemental Price List ABT001443 | |
| 4 | 1991 Abbott Labs HPD Supplemental Price List ABT001400 | |
| 5 | 1992 Abbott Labs HPD Supplemental Price List ABT001353 | |
| 6 | 1993 Abbott Labs HPD Price Catalog ABT286-0859 | |
| 7 | 1994 Abbott Labs HPD Price Catalog ABT286-0900 | |
| 8 | 1995 Abbott Labs HPD Price Catalog ABT286-0943 | |
| 9 | 1996 Abbott Labs HPD Price Catalog ABT329-3240 | |
| 10 | 1997 Abbott Labs HPD Price Catalog ABT330-3372 | |
| 11 | 1998 Abbott Labs HPD Price Catalog ABT061-0165 | |
| 12A | 04/15/99 Cicerale Email to First-Data with 3 attachments (ABT015-0628);         APR419.TXT [section 1] | |
| 12B |         APR419.TXT [section 2]         (ABT015-0666); | |
| 12C |         APR419.xls         (ABT015-0700); | Excel Spreadsheet |
| 12D |         XXX.TXT         (ABT015-0741); | Text |
| 13 | 2001 Abbott Labs HPD Price Catalog ABT-DOJ 0410898 | |

| 14 | 2002 Abbott Labs HPD Price Catalog<br>ABT-DOJ 0410787 | |
|---|---|---|
| 15 | 04/15/94 Cicerale correspondence to Wyndy Jones, MEDI-SPAN<br>BMW032-0492 | |
| 16 | 09/15/94 Cicerale correspondence to Beth Radar First Data Bank<br>BMW039-0120 | |
| 17 | 12/07/95 Cicerale FAX to First Data, RedBook and Medi-Span<br>Subject: Abbott HPD Calcijex Price Changes<br>BMW007-1224 | |
| 18 | 01/16/96 Mitchell correspondence to Heggie RE: Medi Span File Attachment: MEDISPAN.DOC/AWP for Calcijex<br>BMW007-1241 | |
| 19 | 01/17/96 Cicerale Medi-Span (FAX) Subject: Calcijex AWP Price Change for Abbott Labs File Attachment: CAL117.TXT<br>BMW007-1247, Deposition Exhibit 933 | |
| 20 | 09/19/97 Heggie Fax to Red Book/Medical Economics re The New Calcijex AWPs<br>Redbook 00545 | |
| 21 | 11/30/98 Brown Fax to Roni Lane Red Book re The New Calcijex AWPs<br>ABT094-0567 | |
| 22 | 01/03/00 Brown Fax to Roni Lane Red Book re The New Calcijex AWPs<br>ABT094-0608 | |
| 23 | 01/04/01 Cicerale email to Kay Morgan Subject: Abbott Labs HPD Calcijex/Zemplar Price Changes<br>ABT-DOJ-E 0612711 | |
| 24A | 03/31/97 Cicerale E-Mail to First DataBank Subject: Abbott Laboratories HPD 4/7/97 Prices ABT-DOJ 0155768, Sellers 3-16-08 30(b)(6) Exhibit 6U | Exhibit 30(b)(6) Sellers 6U 3/16/08 |

| | | |
|---|---|---|
| 24B | 03/31/97 Cicerale E-Mail to Medi-Span and RedBook<br>Subject: Abbott Laboratories HPD 4/7/97 Changes<br>ABT-DOJ 0155802 | |
| 24C | 04/02/97 Cicerale E-Mail to First Data (Kathy)<br>Subject: Abbott Laboratories HPD 4/7/97 Direct Prices<br>ABT-DOJ 0219565, Sellers 3-16-08 30(b)(6) Exhibit 6V | Exhibit 30(b)(6) Sellers 6V 3/16/08 |
| 24D | 04/02/97 Cicerale E-Mail to First Data (Kathy)<br>Subject: Abbott Laboratories HPD 4/7/97<br>ABT013-2775-2808,  04/07/05 Deposition Exhibit 10 | |
| 25 | 03/25/98 Cicerale E-Mail/Fax to Medi-Span, RedBook, and First Data<br>Subject: Abbott Laboratories HPD Changes<br>ABT015-0610 | |
| 26 | 04/09/98 Cicerale E-Mail to First Data<br>Subject: Abbott Laboratories HPD List Price Change<br>ABT-DOJ 0156177 - ABT-DOJ 0156203 | Exhibit 30(b)(6) Sellers 6DD 3/16/08 |
| 27 | 04/09/98 Cicerale E-Mail to RedBook<br>Subject: Abbott Laboratories HPD List Price Changes<br>ABT015-0502 | |
| 28 | 04/09/98 Cicerale E-Mail to Medi-Span<br>Subject: Abbott Laboratories HPD List Price Changes<br>ABT015-0554 | |
| 29A | 11/24/98 Cicerale E-mail to First Databank<br>Subject: Abbott Laboratories HPD Updates<br>ABT-DOJ0219706 | Exhibit 30(b)(6) Sellers 6GG 3/16/08 |
| 29B | 11/24/98 Cicerale E-Mail to First Data<br>Subject: Abbott Laboratories HPD Product Information<br>ABT-DOJ0219711 | |

| | | |
|---|---|---|
| 29C | 11/24/98 Cicerale E-Mail to RedBook<br>Subject: RedBook Verification Kit<br>ABT-DOJ-E 1349429 | |
| 30 | 1991 RedBook Excerpts | |
| 31 | 1992 RedBook Excerpts | |
| 32 | 1993 RedBook Excerpts | |
| 33 | 1994 RedBook Excerpts | |
| 34 | 1995 RedBook Excerpts | |
| 35 | 1996 RedBook Excerpts | Exhibit Minne 006 11/18/08 |
| 36 | 1997 RedBook Excerpts | |
| 37 | 1998 RedBook Excerpts | |
| 38 | 1999 RedBook Excerpts | |
| 39 | 2000 RedBook Excerpts | |
| 40A | 2001 RedBook Excerpts | Exhibit Minne 010 11/18/08 |
| 40B | 2002 RedBook Excerpts | Exhibit Minnie 010 11/18/08 |
| 41 | 2/24/99 Cicerale E-Mail to Roni Lane<br>Subject: Abbott Labs HPD Product Information<br>ABT094-0576 | |
| 42A | 04/02/99 Cicerale E-Mail to RedBook<br>Subject: Products For Abbott Labs (HPD)<br>ABT015-0746 | |
| 42B | 04/02/99 Cicerale E-Mail to Medi-Span<br>Subject: New Products Abbott Labs<br>ABT015-0742 | |
| 43A | 08/02/99 Cicerale E-Mail to First-DataBank<br>Subject: (First-DataBank) Abbott Laboratories HPD Price Changes<br>ABT015-0620 | |
| 43B | 08/02/99 Cicerale E-Mail to Redbook<br>Subject: (RedBook) Abbott Laboratories HPD Price Changes<br>ABT015-0616 | |

| 43C | 08/02/99 Cicerale E-Mail to Medi-Span<br>Subject: (Medi-Span) Abbott Laboratories HPD Price Changes<br>ABT015-0612 | |
| --- | --- | --- |
| 44A | 12/29/99 Factora E-Mail to Cicerale<br>Subject: Abbott Hospital Report<br>(First DataBank as of 12/29/99) Section A | Exhibit Sellers 30(b)(6) 6 S 3/16/08 |
| 44B | 12/29/99 Factora E-Mail to Cicerale<br>Subject: Abbott Hospital Report<br>(First DataBank as of 12/29/99) Section B | Exhibit Sellers 30(b)(6) 6 S 3/16/08 |
| 44C | 12/29/99 Factora E-Mail to Cicerale<br>Subject: Abbott Hospital Report<br>(First DataBank as of 12/29/99) Section C | Exhibit Sellers 30(b)(6) 6 S 3/16/08 |
| 45A | 05/15/00 Cicerale E-Mail to RedBook<br>Subject: HPD Price Changes Effective 5/15/00 | |
| 45B | 05/15/00 Cicerale E-Mail to Kay Morgan<br>Subject: HPD Price Changes Effective 5/15/00 | |
| 46 | 05/22/00 Latz E-Mail to Sellers<br>Subject: FW: Medicaid AWP Listing from First Data Bank | Exhibit Sellers 30(b)(6) 6 JJ 3/16/08 |
| 47A | 01/31/01 Cicerale E-Mail to Kay Morgan<br>Subject: Abbott Labs Wholesale Price Change | Exhibit Sellers 30(b)(6) 6 LL 3/16/08 |
| 47B | 01/31/01 Cicerale E-Mail to RedBook<br>Subject: Abbott Labs Wholesale Price Change | |
| 48A | 02/01/01 Cicerale E-Mail to Kay Morgan<br>Subject: Abbott Labs Wholesale Price Change | Exhibit Sellers 4/12/07 |
| 48B | 02/01/01 Adams E-Mail to Cicerale<br>Subject: Abbott Labs Wholesale Price Change | |
| 48C | 06/18/01 Morgan E-Mail to Cicerale<br>Subject: Re: Confirmation of Direct and Wholesale Prices for 04332-01<br><br>06/19/01 Lane E-Mail to Cicerale<br>Subject: Re: Price Confirmation (4332-01) | |
| 49 | 06/05/01 Adams E-Mail to Chronis<br>Subject: Abbott Laboratories HPD Price Changes (5/7/01) | Exhibits Sellers 30(b)(6) 6A, 3/16/08 |

| | | |
|---|---|---|
| 50 | 05/07/02 Cicerale E-Mail to Morgan Subject: Abbott Labs HPD 5/7/02 Price Changes | |
| 51A | 09/15/95 Red Book Product Listing Verification Section A | |
| 51B | 09/15/95 Red Book Product Listing Verification Section B | |
| 51C | 09/15/95 Red Book Product Listing Verification Section C | |
| 51D | 09/15/95 Red Book Product Listing Verification Section D | |
| 51E | 09/15/95 Red Book Product Listing Verification Section E | |
| 52A | 09/27/96 Red Book Product Listing Verification Section A | |
| 52B | 09/27/96 Red Book Product Listing Verification Section B | |
| 52C | 09/27/96 Red Book Product Listing Verification Section C | |
| 52D | 09/27/96 Red Book Product Listing Verification Section D | |
| 52E | 09/27/96 Red Book Product Listing Verification Section E | |
| 53A | Stamp dated 12/17/02 RedBook Product Listing Verification Section A | |
| 53B | Stamp dated 12/17/02 RedBook Product Listing Verification Section B | |

| 53C | Stamp dated 12/17/02 RedBook Product Listing Verification Section C | |
|---|---|---|
| 54A | 3/27/96 Cicerale Fax to First Data<br>Subject: Abbott Labs HPD 4/1/96 Price Changes<br>Section A | Exhibit Sellers 30(b)(6) 6 G 3/16/08<br>HPD 4/1/96 Trade Price Changes (missing some pages on attachment) |
| 54B | 3/27/96 Cicerale Fax to Medi-Span, RedBook, First Data<br>Subject: Abbott Labs HPD 4/1/96 Price Changes<br>Section B | Same as 54A with complete attachment |
| 54C | 3/27/96 Cicerale Fax to Medi-Span, RedBook, First Data<br>Subject: Abbott Labs HPD 4/1/96 Price Changes<br>Section C | |
| 54D | 3/27/96 Cicerale Fax to Medi-Span, RedBook, First Data<br>Subject: Abbott Labs HPD 4/1/96 Price Changes<br>Section D | |
| 54E | 3/27/96 Cicerale Fax to Medi-Span, RedBook, First Data<br>Subject: Abbott Labs HPD 4/1/96 Price Changes<br>Section E | |
| 54F | 3/27/96 Cicerale Fax to Medi-Span, RedBook, First Data<br>Subject: Abbott Labs HPD 4/1/96 Price Changes<br>Section F | |
| 55 | 3/13/95 Contract Marketing Dept. Vancomycin List Price, Rx link acquisition price, Rx link customer price, old awp, awp/gram, awp as % of list, Suggested list price, Estimated awp/Manufacturers AWP prices | |

| 56 | 3/28/95 Cicerale correspondence to Medi-Span, First Data Bank & Medical Economics Data/RedBook<br>Subject: Abbott Labs HPD Catalog Increase (Vanco) | |
|---|---|---|
| 57 | 5/5/95 Cicerale correspondence to Medi-Span, First Data, & Medical Economics Data/RedBook<br>Subject: List Price Change (Vanco) | |
| 58 | 5/30/95 Cicerale correspondence to Medi-Span, First Data, & Medical Economics Data/RedBook<br>Subject: List Price Change (Vanco) | |
| 59 | State Medicaid Agency Regional Bulletin, No. 94-25, dated<br>September 6, 1994, HHC006-429) | |
| 60 | Payments for Covered Outpatient Drugs Exceed Providers' Costs,<br>GAO-01-1118, Sept 21, 2001 | |
| 61 | March 17, 2000 Memo from Defendants Arguing Against Intervention | |
| 62 | Sept. 1, 2000 Daniel Reidy Letter on behalf of Abbott in joining in<br>the Defendants' | |
| 63 | HHS-OIG Subpoenas in 1997-2000 | |
| 64 | August 28, 2000 from Chris Cook to Mark Lavine and Linda Hiller | |
| 65 | November 3, 1999 Letter from Reed Stephens to Dan Reidy referencing a<br>presentation by the Government to Abbott | |
| 66 | Congressman Stark's letter to Mr. White | |
| 67 | May 26, 1994 Memo re Current Red Book AWPs, ABT006333, Kipperman 3-7-07 Deposition Ex. 480 | |
| 68 | March 26, 1998 Letter from Dennis Walker to Susan Rhodus, Sellers 30-31-08 30(b)(6) Ex. 11, ABT 277679 | |

Case 1:01-cv-12257-PBS   Document 6299-3   Filed 07/24/09   Page 9 of 11

| 69 | Abbott Policy for List Price Adjustments, Sellers 30-31-08 30(b)(6) Ex. 15, TXABT 674741 | |
|---|---|---|
| 70 | Updating Attached backgrounder on Vancomycin, Sellers 30-31-08 30(b)(6) Ex. 27, ABT-DOJ-E 0396008 | |
| 71 | Vancomycin Draft, November 13, 2000, Sellers 30(b)(6) 30-31-08 Ex. 28, TXABT-E 0621602 | |
| 72 | October 23, 2001 email from Mike Sellers re Vancomycin, Sellers 30(b)(6) Ex. 29, ABT-DOJ 0233994 | |
| 73 | March 7, 2001 Interoffice Correspondence from Mike Sellers, Sellers 03-31-08 30(b)(6) Ex. 33, TXABT 674736 | |
| 74 | 01/18/01 Catalog Price Adjustment Memorandum, Sellers 03-31-08 30(b)(6) Ex. 34 | |
| 75 | Undated memo re unexpected action by First DataBank with regard to AWPs, Sellers 03-31-08 30(b)(6) Ex. 35, TXABT 674744 | |
| 76 | May 1, 2001 Interoffice Correspondence from Mike Sellers, Sellers 03-31-08 30(b)(6) Ex. 36 | |
| 77 | September 26, 1996 Memorandum from Michael Heggie, Manager, Reimbursement, Heggie 05/17/07 Ex. 789, ABT-DOJ 0142329 | |
| 78 | October 26, 1994 Memorandum from Michael Heggie, Manager, Reimbursement, Heggie 05/17/07 Ex. 790, ABT-DOJ 0142335 | |
| 79 | January 12, 1995 letter from Michael Heggie to Al Beachley, Heggie 05/17/07 Ex. 792, ABT214133 | |
| 80 | February 9, 1995 letter from Michael Heggie to Al Beachley, Heggie 05/17/07 Ex. 795 | |
| 81 | February 24, 1995 Letter from Michael Heggie to Mike Keough, Heggie 05/17/07 Ex. 796, ABT214131 | |
| 82 | September 30, 1999 Letter from Department of Justice to Daniel Reidy, Gonzalez 6/3/08 Ex. 4 | |

| | | |
|---|---|---|
| 83 | June 14, 1991 Interoffice Correspondence from Donald Robertson to Kris Kringel, Robertson 9/13/07 Ex. 2, ABT212056 | |
| 84 | Quarterly Medicaid PHS/AMP & Best Price Report, Patel 6/13/07 Ex. 991, ABT AWP/MDL 172726 | |
| 85 | Tap Pharmaceuticals v. United States, Complaint for Declaratory and Injunctive Relief, April 10, 1997, District of South Carolina | |
| 86 | 04/04/97 Brief in Opposition to Defendants Mot to Dismiss, Tap Pharmaceuticals v. United States, District of South Carolina, TAPAWPDOJ 001540 | |
| 87 | Rick Gonzalez Work History, Gonzalez 6/3/08 Ex. 1 | |
| 88 | 30(b)(6) Abbott (Sellers, Michael) 031608 Deposition pages 1 to 331 | |
| 89 | 30(b)(6) Abbott (Sellers, Michael) Deposition - Vol II 033108 pages 332 to 668 | |
| 90 | 30(b)(6) Abbott (Fishman, David S) 031208 Deposition pages 1 to 361 | |
| 91 | 30(b)(6) Abbott (Fishman, David) - Deposition Vol II 032008 pages 362 to 709 | |
| 92 | Composite Exhibit of Home Infusion Dunning Letters to Rosamaria Casteneda and "The Parents of Abraham Osuna" seeking $11,965.57 balance denied by Illinois Medicaid, ABT-DOJ 0385100 | |
| 93 | Composite Exhibit of Home Infusion Dunning Letters to Karen Allen a/k/a Karen Buesking seeking $30,513.22 owed to Home Infusion Partner "Midwest Home Infusion, ABT-DOJ 0377371 | |
| 94 | 9.28.01 Letter to Reidy and Savage Re-Side Letter Agreement with Abbott Laboratories | |

| 95 | Excerpt of Transcript of Testimony of Mark Haberberger, May 6, 2004, in US V. McKenzie, CR-01-10350-DPW, pages 110 to 134 | |
| --- | --- | --- |
| 96 | Transcript of Deposition of Red Book through Gail Luka, June 14, 2007 | |
| 97 | 12/20/96 Rieger Interoffice Correspondence RE: Medicare Working Group ABT-DOJ 233008, Ex. Plaintiff's 1121, RMJ 7/12/07 | |
| 98 | Excerpt of Transcript of Deposition of P. Loreen Mershimer Dep. 8.23.07, page 43 | |
| 99 | Transcript of 12/4/2008 hearing before Magistrate Judge Bowler | |