# ATTACHMENT 2

## Exhibits Cited in Opposition to Abbott's SOFs

C. Denemark Dep. (Delaware) 12/9/08 ……………………………… Exhibit USAbt-A

C. Denemark Dep. (Delaware) 12/10/08……………..…………….. Exhibit USAbt-B

S. Bridges Dep. (Arkansas) 12/10/08 ……………………..………….. Exhibit USAbt-C

A. Chapman Dep. (Colorado) 12/15/08…………………………..……Exhibit USAbt-D

J. Dubberly Dep. (Georgia) 12/15/08 ……………………....……… Exhibit USAbt-E

J. Parker Dep. (Illinois) 11/18/08 …………………………......… Exhibit USAbt-F

J. Fine Dep. (Maryland) 12/9/08……………………………………Exhibit USAbt-G

G. Cheloha Dep. (Nebraska) 12/3/08………………………...………. Exhibit USAbt-H

R. Stevens Dep. (New Mexico) 12/15/08 ………………………… Exhibit USAbt-I

A. Rugg Dep (Vermont) 12/15/08 …………………………...………. Exhibit USAbt-J

D. Campana Dep. (Alaska) 8/21/08  ……………………………… Exhibit USAbt-K

K. Gorospe Dep. (California) 12/3/08 ……………………………...… Exhibit USAbt-L

D. Hillblom Dep. (California) 9/23/08 ……………………………… Exhibit USAbt-M

S. McCann Dep. (Missouri) 11/7/07 …………………………......…… Exhibit USAbt-N

L. Farrand Dep. (New Hampshire) 10/28/08  ……………......……… Exhibit USAbt-O

M. Clifford Dep. (New Hampshire) 10/29/08 ………………......…… Exhibit USAbt-P

E. Vaccaro Dep. (New Jersey) 12/2/08 …………………………… Exhibit USAbt-Q

L. Weeks Dep. (North Carolina) 10/21/08 …………………………Exhibit USAbt-R

H. Tomlinson Dep. (Virginia) 11/3/08 ……………………………. Exhibit USAbt-S

M. Davis Dep. (Washington) 12/3/08 ..……………………….……Exhibit USAbt-T

A. Hautea-Wimpee Dep. (Washington) 11/24/08 ……...…………..Exhibit USAbt-U

L. Iverson Dep. (South Dakota) 12/15/08 ……………………….…Exhibit USAbt-V

S. Kramer Dep. (Michigan) 03/25/08 ………………………....… Exhibit USAbt-W

C.B. Ridout Dep. (North Carolina) 12/5/08 …..……………..….. Exhibit USAbt-X

J. Anderson Dep. (Oregon) 12/16/08 ……………………….…...…Exhibit USAbt-Y

R. Homar Dep. (Wyoming) 12/03/08 …………………………….. Exhibit USAbt-Z

J. Young Dep. (Rhode Island) 12/3/08 …………..………………… Exhibit USAbt-AA

1995 Blue Book …………………………………………………… Exhibit USAbt-AB