UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>GSK SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

### CLASS PLAINTIFFS' REPORT ON REMAINING GSK CONSUMER FUNDS

Class Plaintiffs submit this report in compliance with the GSK AWP Allocation Binding Mediation Decision [Docket No. 6171] to detail the proposed distribution of part of the $11.6 million remaining in the GSK consumer settlement fund. This report is required by Mediator Eric Green's June 22, 2009 decision, which was the result of a binding mediation required under the GSK Settlement Agreement.

The AWP Mediator instructed Class Plaintiffs to make additional distributions to all valid GSK consumer claimants in order to increase payments to these class members to a level commensurate with later AWP settlement consumer distributions; to issue checks under certain conditions to claimants who failed to sign their claim forms; to make the minimum distribution to claimants with defective claim forms with an opportunity to provide additional information resulting in additional payments; and to seek other methods of determining the potential claims of claimants with defective claim forms.

Attached hereto as Exhibit "1" is a Declaration from Ryan Walter of Rust Consulting, Inc. (formerly Complete Claims Solutions, LLC), the Court-appointed Claims Administrator for this case. The Declaration and the Chart attached as Exhibit A, set forth the steps necessary to accomplish each of the tasks mentioned above, the amount of the remaining funds that will be

distributed, the administrative costs of making such distribution and the timeframe necessary to accomplish the distribution.

The results of this effort will be that approximately 3,821 claimants will receive additional payments (representing a trebling of their out of pocket amounts for Class A drugs and a trebling of their recognized claim percentage of Class B drugs) totaling approximately $3.7 million.  In addition 6,430 claimants with defective claims will receive either a minimum payment of $100.00, or their actual claim amounts.  This will distribute a minimum of $640,000 in additional funds to these claimants in addition to funds paid as a result of any new claims that are generated by this process.  Further, additional claims information will be sought from CMS to specifically identify the drugs taken and potential claim amounts of those Class 1 Members with deficient claims.

All of the checks in known amounts will be issued within forty-five days of the Court's entry of an Order approving this procedure.  Research from CMS database and distribution of additional funds as a result of that process will take an additional 3.5 months to complete.

**WHEREFORE**, Class Plaintiffs respectfully request that this court enter an Order approving the Mediator Eric Green's decision of June 22, 2009 and approving the distribution mentioned herein.  A proposed form of Order is attached hereto for the Court's convenience.

DATED:  July 24, 2009                     By      /s/ Steve W. Berman
                                          Thomas M. Sobol (BBO#471770)
                                          Edward Notargiacomo (BBO#567636)
                                          Hagens Berman Sobol Shapiro LLP
                                          55 Cambridge Parkway, Suite 301
                                          Cambridge, MA  02142
                                          Telephone: (617) 482-3700
                                          Facsimile: (617) 482-3003

                                          **LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John A. Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735


**CO-LEAD COUNSEL FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **CLASS PLAINTIFFS' REPORT ON REMAINING GSK CONSUMER FUNDS**, to be delivered to all counsel of record by electronic July 24, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

 **/s/ Steve W. Berman**
Steve W. Berman