UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>GSK SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

## DECLARATION OF RYAN M. WALTER REGARDING THE DISTRIBUTION OF REMAINING FUNDS TO CONSUMERS

The undersigned, Ryan M. Walter, deposes and states that:

1.      I am a Project Manager at Rust Consulting, Inc. (formerly Complete Claim Solutions, LLC. ("CCS")).  CCS was appointed the Claims Administrator in the GlaxoSmithKline Settlement (the "Settlement") by Order Granting Preliminary Approval of the GlaxoSmithKline Settlement, Certifying Class for Purposes of Settlement, Directing Notice to the Class and Scheduling Fairness Hearing ("Preliminary Approval Order") dated November 15, 2006.  I am over 21 years of age and am not a party to the Action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      I submit this declaration in order to provide the Court and the parties with information about the administration of the Settlement Fund (the "Fund") with regard to the Consumer claims submitted to CCS and the distribution of remaining funds.

3.      There remains approximately $11,600,000.00 of the Fund originally allocated for distribution to the Consumer Class ("Remaining Amount").  CCS was requested by the MDL Mediator, Eric Green, to work with Class Counsel in order to distribute the remaining funds through several different courses of action.  Attached as Exhibit A is a chart detailing the different methods and the processes involved in completing the requested distribution to various groups of claimants.

2

4. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 24th day of July, 2009 in Palm Beach Gardens, Florida.

/s/ Ryan M. Walter
Ryan M. Walter

# **CERTIFICATE OF SERVICE**

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **DECLARATION OF RYAN M. WALTER REGARDING THE DISTRIBUTION OF REMAINING FUNDS TO CONSUMERS**, to be delivered to all counsel of record by electronic July 24, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

       **/s/ Steve W. Berman**
       Steve W. Berman

## EXHIBIT A

### Current Valid Claims

| Category | Description |
|---|---|
| Number of Claimants | 3,821 |
| Action To Be Taken | Increase total payments to valid claimants to three times their out-of-pocket expenses for Class A drugs and three times their original recognized claim amount for Class B drugs (netting out the amounts already paid). |
| Work Involved | • Calculate award amounts.<br>• Print and mail checks.<br>• Process returned checks and requests for reissue.<br>• Perform address trace and remail any undeliverable checks.<br>• Process administrative mail and telephone calls that result from mailing checks. |
| Payout To Class Members | Approximately $3,689,000.00 |
| Fees | Estimated professional fees and expenses - $15,000 |
| Time Period | Payments mailed within 30 days of receipt of Court approval |

### Valid Claims Without Signatures

| Category | Description |
|---|---|
| Number of Claimants | 42 |
| Action To Be Taken | Payment of the 42 otherwise valid claims submitted without signature. |
| Work Involved | • Draft and mail a detailed letter to claimants.<br>• Research each claimant's phone number and call the claimant in an effort to help them cure their deficiency.<br>• Print and mail checks to consumers who have either cured the deficiency or who provide adequate explanation for deficiency. |
| Payout | $11,569.05 (assuming all 42 claims paid) |
| Fees | No additional administrative fees |
| Time Period | Process complete and payments mailed within 45 days of Court approval |

### Current Invalid Claims

| Category | Description |
|---|---|
| Number of Claimants | Approximately 6,430 |
| Action To Be Taken | Send payment of the minimum amount of $100 to these claimants based on their existing claims in an effort to stimulate and obtain additional information that may result in a valid larger payment. |
| Work Involved | • Print and mail checks for $100 along with letter explaining the reason for the check and explaining how consumer may obtain additional money by filing a claim.<br>• Send claim forms as requested.<br>• Process undeliverable mail.<br>• Reissue checks.<br>• Send and process claim forms.<br>• Process mail and telephone calls that result from mailing to claimants. |
| Payout | $643,000 plus additional payments based on newly received claims. |
| Fees | Estimated professional fees and expenses - $25,000-$30,000. |
| Time Period | Process complete and payments mailed within 45 days of Court approval. |

1

**Obtain CMS Information and Make Payments to Class 1
Members Who May Be Entitled to More Than Minimum Payment**

| Category | Description |
|---|---|
| Number of Claimants | Up to 6,430 |
| Action To Be Taken | Obtain additional information from CMS on existing claims for which there is inadequate information or little or no information available to be able to pay such claims. |
| Work Involved | <ul><li>Create and submit a list of the ineligible claimants to CMS.</li><li>Receive and process data from CMS. Apply the data received to each corresponding claimant's record and recalculate totals to see if claimant has a recognized loss that warrants a check greater than $100.</li><li>Calculate recognized loss amounts for claimants.</li><li>Print and mail resulting checks.</li></ul> |
| Payout | Unknown |
| Fees | $15,000 |
| Time Period | 5 months from receipt of order of the Court |

2