# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: GSK SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS  Judge Patti B. Saris |

## [PROPOSED[ ORDER

1.      The June 22, 2009 decision of Mediator Eric Green [Docket No. 6171] as to the disposition of the money remaining in the GSK Consumer Settlement Pool is hereby approved.

2.      The distribution of certain funds in the GSK consumer pool in the amounts and manner provided on Exhibit "A" to the Plaintiffs' Report of July 24, 2009 is hereby approved. The fees payable to the claims administrator, Rust Consulting, Inc., identified in Exhibit A are also approved.

_____
Patti Saris, U.S.D.J.

001534-16  317883 V1

**CERTIFICATE OF SERVICE**

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **[PROPOSED] ORDER**, to be delivered to all counsel of record by electronic July 24, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.


  /s/ Steve W. Berman
Steve W. Berman