# Exhibit 2

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of Plaintiffs' Motion For Partial Summary Judgment
and In Opposition To Dey's Motion For Partial Summary Judgment

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---------------------------------X

IN RE PHARMACEUTICAL INDUSTRY     )

AVERAGE WHOLESALE PRICE LITIGATION)

---------------------------------X Volume 1

THIS DOCUMENT RELATES TO:         ) MDL NO. 1456

The City of New York, et al.,     ) Civil Action

   V.                             ) No. 01-12257-PBS

Abbott Laboratories, et al.       )

---------------------------------X

THIS DOCUMENT RELATES TO:         )

State of California, ex rel.      )

Ven-A-Care v. Abbott Laboratories,)

Inc., et al., Case No.            )

03-cv-11226-PBS                   )

---------------------------------X

THURSDAY, MAY 15, 2008

DEPOSITION OF DEY, L.P. AND DEY, INC.

BY PAMELA MARRS

Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

Registered Merit Reporter

Dey, L.P. and Dey, Inc. (Pamela Marrs)                                May 15, 2008
Napa, CA

Page 2

```
1     IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
2            IN AND FOR LEON COUNTY, FLORIDA
3     ------------------------------------X
4     THE STATE OF FLORIDA, ex rel.        )
5     VEN-A-CARE OF THE FLORIDA KEYS,      )
6     INC., a Florida corporation, by      )
7     and through its principal Officers   )
8     and directors, ZACHARY T. BENLEY     )
9     and T. MARK JONES,                   )
10              Plaintiffs,                )
11       Vs.                               ) Case No.
12    BOEHRINGER INGELHEIM CORPORATION,    ) 98-3032 A
13    et al.                               )
14              Defendants.                )
15    ------------------------------------X
16
17
18
19
20
21
22
```

Marrs, Pamela - May 15, 2008 09:32:00 a.m.

```
38:1   so I would assume so.
   2          But prior to the Medicaid Rebate
   3   Agreement coming in to place it wasn't something
   4   I had any visibility to.
   5   BY MR. AZORSKY:
   6      Q.   So it -- you do know then that Dey
   7   signed Medicaid rebate agreements with the
   8   Secretary of the Department of Health and Human
   9   Services that allows Dey's drugs to be covered
  10   under the Medicaid program; correct?
  11      A.   I do, yes.
  12      Q.   You've described for us the
  13   relationship between Dey, Inc., Dey LP, Inc., and
  14   Dey, LP.
  15          Can you tell us what Lipha is?
  16      A.   Lipha actually is the way it's
  17   pronounced.
  18          Lipha purchased Dey in 1987 -- no --
  19   1988 from a privately held group of investors.
  20          Lipha is a pharmaceutical company
  21   located in Leone, France.  It was subsequently
  22   purchased by -- at the time they bought Dey they
```

Marrs, Pamela - May 15, 2008 09:32:00 a.m.

```
39:1    were owned by Air Liqui, which is another French
   2    company in 1991.
   3            Lipha was then sold to Merck KGaA,
   4    which is a German chemical and pharmaceutical
   5    company.
   6            And in that -- in that acquisition of
   7    Merck buying Lipha they, obviously, inherited Dey
   8    in the transaction.
   9        Q.   And when did that transaction with
  10    Merck KGaA purchasing Lipha take place?
  11        A.   1991 -- as I recall.  I think it was
  12    around November.
  13            That's from memory.  It should be close
  14    to that time.
  15        Q.   And did there come a point in time that
  16    the ownership of Dey again changed hands?
  17        A.   Yes.  On October 2nd of 2007 Merck sold
  18    Dey to a company called Mylan -- M-y-l-a-n.
  19        Q.   And since that acquisition has Mylan
  20    kept Dey as a separate entity?
  21        A.   Well, from a legal structure
  22    standpoint, yes.
```

Marrs, Pamela - May 15, 2008 09:32:00 a.m.

```
40:1              Is that what you mean or did you mean
   2    something else?
   3         Q.   Well, let's start with that.
   4              From a legal structure standpoint is
   5    Dey considered, for instance, a wholly-owned
   6    subsidiary?
   7         A.   Yes, it is.
   8         Q.   And has -- has Dey and Mylan merged any
   9    aspects of its operations, for instance, its
  10    sales, its marketing, or even its executive or
  11    financial functions?
  12              MR. DOYLE:  Objection as to form.
  13              THE WITNESS:  Nothing has been merged.
  14              There have been some integration
  15    activities where there has been an attempt to
  16    realize some synergies in certain areas, but
  17    they've been relatively minor.
  18              The only -- you know, the only thing
  19    that -- I'm not sure if you -- what do you
  20    consider "merged," I guess?
  21              I don't consider this merged, but they
  22    do represent our products with certain customers.
```

```
41:1      Q.   So certain of the marketing functions?
   2      A.   Sales, not marketing.
   3      Q.   Sales?
   4      A.   They have.
   5      Q.   Overlapped or been integrated?
   6      A.   Two of our Sales Reps were relieved of
   7   their responsibilities, and they were
   8   transitioned to Mylan about the time of the
   9   acquisition.  We also produce a product for them.
  10           I'm not sure if this is what you're
  11   asking.  Maybe you could ask more specific
  12   questions.
  13      Q.   I'd actually like to focus on the time
  14   period right now before the Mylan acquisition of
  15   Dey.
  16      A.   Okay.
  17      Q.   And I'd like to run through from the
  18   early nineties through that acquisition by Mylan,
  19   the various presidents and CEOs of Dey, so that I
  20   can understand who was the titular head of the
  21   company during each period.
  22      A.   Okay.
```

Marrs, Pamela - May 15, 2008 09:32:00 a.m.

```
42:1         Q.   I understand that Jean-Pierre Termier
    2   was the CEO/President of Dey at one time?
    3        A.   He was.
    4        Q.   Do you know when?
    5        A.   He was the President when I was hired
    6   in 1989, and he went back to France in 1992.
    7        Q.   Before becoming -- first of all, was he
    8   the President, or the CEO, or both?
    9             What was his title?
   10        A.   I don't recall if -- I think he was
   11   President and CEO, but I don't recall if it was
   12   both or not.
   13        Q.   Okay.  Before becoming President of
   14   Dey, Mr. Termier was with Lipha, correct, in
   15   France?
   16        A.   Yes, but he sort of had an interm step,
   17   which was he was at a company which is now called
   18   Nitrogen, then called Lipha Tech.
   19             Lipha Tech was another company owned by
   20   Lipha located in Milwaukee, and they sold not
   21   pharmaceutical products, but inoculants and rat
   22   poison, rogenicides, and he had -- he played a
```

Marrs, Pamela - May 15, 2008 09:32:00 a.m.

```
43:1   role in that company.
   2            I don't know if he was officially
   3   President or not.  I think he was.  And at the
   4   same time he was serving at that company he was
   5   also in the U.S. looking for an acquisition for
   6   Lipha in the pharmaceutical industry.
   7        Q.   So in 1988 Lipha bought Dey and
   8   installed Termier as its President; is that fair
   9   to say?
  10        A.   That's true.
  11            MR. DOYLE:  Objection as to form.
  12            THE WITNESS:  He -- he was instrumental
  13   in the acquisition, and then he later became
  14   President when the acquisition was complete.
  15   BY MR. AZORSKY:
  16        Q.   And then, when he retired from Dey in
  17   1992, he returned to France and worked once again
  18   directly for Lipha; is that correct?
  19        A.   He didn't retire from Dey.  He went
  20   back and worked for Lipha, and then he
  21   subsequently retired.
  22        Q.   Well, he -- let me rephrase that then.
```

Marrs, Pamela - May 15, 2008 09:32:00 a.m.

```
44:1             He resigned as President of Dey and
   2     returned to work with Lipha in France; is that
   3     correct?
   4         A.   I don't know if I'd use the word
   5     "resigned."
   6             You know, his -- his tour of duty was -
   7     - I don't know the exact circumstances.
   8             I know that, you know, he went back and
   9     worked with Lipha.  I don't know the
  10     circumstances.
  11         Q.   Well, at the time he went back to work
  12     for Lipha someone else became President and CEO
  13     of Dey; right?
  14         A.   That's correct.
  15         Q.   And that was Charles Rice?
  16         A.   That's correct.
  17         Q.   And before that, during Termier's
  18     presidency, Mr. Rice held what position?
  19         A.   He held various roles.
  20             Just right before Jean-Pierre left
  21     Charles was, I believe, Chief Operating Officer
  22     and prior to that VP of -- I don't know if it was
```

Marrs, Pamela - May 15, 2008 09:32:00 a.m.

```
45:1   called Operations or exactly what the title was,
   2   but it was an operational role.
   3           When he began his career with Dey, I
   4   believe he was VP of Quality, and I -- you know,
   5   I don't know all of his different positions over
   6   time.
   7           But he came in specializing in Quality,
   8   broadened his job to include Operations and
   9   Manufacturing and Engineering Departments, and
  10   then eventually became COO prior to CEO.
  11           His tenure as COO was relatively short.
  12   It was -- you know, it was a planned replacement
  13   for Jean-Pierre when he was promoted to Chief
  14   Operating Officer, as I recall.
  15      Q.   What were Mr. Rice's responsibilities
  16   or duties as Chief Operating Officer?
  17      A.   He was -- responsible for quality,
  18   engineering, manufacturing.
  19           I believe at that time he was also
  20   given responsibility for R&D.
  21           I don't recall if he had sales and
  22   marketing at the time or not.  We'd have to
```

Marrs, Pamela - May 15, 2008 09:32:00 a.m.

```
130:1   be reported to the pricing compendia at the time
    2   a generic product was launched, it was Dey's
    3   practice to set AWP at or near 10 percent below
    4   the brand AWP; is that correct?
    5        A.   It's my understanding that that was the
    6   guidance that was given to us by First DataBank.
    7   Ed Edelstein had a conversation or maybe it was a
    8   memo, I don't recall which, with Bob Mozak, and
    9   that was the guidance that was given in terms of
   10   how to establish an AWP for a generic product at
   11   launch.
   12        Q.   Do you know exactly what Mr. Edelstein
   13   said to anyone at Dey in that regard?
   14             MR. DOYLE:  Objection as to form.
   15             THE WITNESS:  I don't know exactly.
   16             I've seen it -- I've heard it referred
   17   to with Bob when he was at Dey.
   18             I've seen it referred to in a
   19   deposition, but -- I didn't personally have the
   20   conversation or see the document, if there was
   21   one, issued by First DataBank.
   22   BY MR. AZORSKY:
```

```
131:1      Q.   And you were --
    2      A.   That's always been my understanding
    3   from -- from what Bob said back in the days when
    4   he actually was still working at Dey.
    5      Q.   And you weren't personally present
    6   during that conversation; correct?
    7      A.   I was not personally present.
    8      Q.   My question was, though, whether it was
    9   Dey's practice to set AWP at the time of the
   10   launch of a generic product at or near 10 percent
   11   below the brand AWP.
   12      A.   It's my understanding that based on the
   13   advice from First DataBank that's how we
   14   established the AWP on launch.
   15      Q.   Well, regardless of whether it was on
   16   advice from anyone, is that, in fact, what Dey
   17   did, it set AWP at approximately at or about 10
   18   percent below the brand AWP?
   19      A.   It's my general understanding.
   20           I'd have to go back and actually do the
   21   calculations to make sure that that is correct
   22   and it wasn't 12, or 13, or 15 percent, but
```

Marrs, Pamela - May 15, 2008 09:32:00 a.m.

```
132:1    throughout my time in preparing for various
    2    depositions that's what I've always been told by
    3    -- Bob specifically, but, you know, I've heard it
    4    from other people as well.
    5        Q.   And has it historically been typically
    6    the case that Dey does not change the AWP once
    7    it's been set at the time of launch of a new
    8    product?
    9        A.   For generic products, that's correct.
   10             It's, again, my understanding that
   11    that's an industry practice, that AWP is not
   12    changed.
   13             For the brands the AWP does change over
   14    time as price increases are implemented for the
   15    brand products, because with brand products
   16    prices tend to go up, not down.
   17             The AWP is raised a corresponding
   18    amount.
   19        Q.   And when you say "it's industry
   20    practice," what -- what source are you drawing
   21    upon to understand the industry practice with
   22    respect to setting or changing AWP?
```

Marrs, Pamela - May 15, 2008 09:32:00 a.m.

```
133:1         A.   Again, I'm just going back to
     2   conversations with internal people that, you
     3   know, that was our understanding of what was
     4   expected in the -- in the industry.
     5         Q.   Okay.
     6         A.   And, in fact, we had a situation once
     7   where First DataBank actually lowered our AWP and
     8   customers called and complained and basically
     9   threatened not to buy our product.
    10         Q.   So the way it works is that Dey
    11   determines a suggested AWP before the launch of a
    12   new product; correct?
    13         A.   Dey reports a -- an AWP for a product
    14   before it's launched to the reporting services,
    15   yes.
    16         Q.   And the reporting services publish the
    17   AWPs that are reported to it by Dey; correct?
    18              MR. DOYLE:   Objection.  Objection as to
    19   form.
    20              THE WITNESS:   And let me make one
    21   correction.
    22              We actually recently have stopped
```