# Exhibit 4

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of Plaintiffs' Motion For Partial Summary Judgment
and In Opposition To Dey's Motion For Partial Summary Judgment

# I N T E R
# O F F I C E



## DEY LABORATORIES
## MEMORANDUM

**TO:** Territory Account Managers  
Inside Sales Representatives  
National Account Managers  
Regional Sales Managers  
Contracts Department  
Dallas and Napa DC's

**CC:** M. Anderle  
D. Bronstein  
R. Mozak  
S. Schnars  
B. Tipton  
Marketing Dept.

**FROM:** Todd Galles

**DATE:** January 13, 1997

**RE:** Ipratropium Bromide Inhalation Solution Launch

---

It is finally launch time for **Ipratropium Bromide Inhalation Solution!!!** Orders are being received and Dallas will ship to large wholesalers, warehousing chains and major RGD's beginning February 1, 1997. Regional accounts and indirects will begin shipping February 15.

It's important to review your launch plan [remember your Regional meetings?], target lists, and training materials. You should insert some of the enclosed materials into your training manuals in the appropriate tabs.

<u>Materials enclosed with this mailing</u>:
1     set of trade letters
10    NIFS: whlsr-white for 25's
10    NIFS: whlsr-white for 60's
10    NIFS: chain-gold for 25's
10    NIFS: chain-gold for 60's
1     cheat sheet
5     price sheet: whslr-orange
5     price sheet: Hosp-blue
5     price sheet: Retail-gold
5     price sheet: AWP-white
10    ad slicks
200   sell sheets
5     Press Releases and PI's

Ipratropium Launch Memo
Page 2
January 13, 1997

| | |
|---|---|
| 5 | FDA letters |
| 1 | AWP Medicaid notification letter |
| 1 | WAC Medicaid notification letter |
| 1 | Pricing Database letter and contacts |
| 1 | set of packaging |
| 1 | set of literature drafts [from September meetings] |

<u>Please review this list and let me know if you did not receive something</u>.

As discussed in my voicemail, you should begin calling on customers per the direction of your Regional Manager. The ship date for the primary accounts like national wholesalers, warehousing chains, and major RGD's is February 1, 1997. Orders will be held and released on that date. Secondary regional accounts and indirects will be shipped on February 15, 1997. Your assistance in maintaining this staged launch is appreciated. Refer to your training manual for more information.

Special stocking allowances of 5%, 60 days are offered <u>only</u> to wholesalers and warehousing chains. Do <u>not</u> offer this incentive to any other customer class. The introductory deal and terms will be effective from February 1 through March 31, 1997 for direct orders ONLY. Separate invoices will be required during the introductory period. All orders will be shipped in case quantities (12 packs/case) ONLY.

The item description and pricing are listed below:

| NDC Order Number | Description | Strength | Size | Rating | Vials/Pack | Packs/Case | AWP | WAC |
|---|---|---|---|---|---|---|---|---|
| 49502-685-03 | Ipratropium Bromide Inhalation Solution | 0.02% | 2.5 mL | AN | 25 | 12 | $44.10 | $25.50 |
| 49502-685-60 | Ipratropium Bromide Inhalation Solution | 0.02% | 2.5 mL | AN | 60 | 12 | $105.60 | $60.90 |

You are receiving the Trade letters in advance of our customers. Do not copy and leave with customers, they will be mailed to them at the appropriate time in a schedule as follows:

| | | |
|---|---|---|
| 1. | Homecare | 1/13/97 |
| 2. | Wholesalers | 1/24/97 |
| 3. | Chains | 1/24/97 |
| 4. | RGD's | 1/24/97 |
| 5. | General Customer | 2/6/97 |

The following Pricing Databases have been informed regarding the launch of

Ipratropium Launch Memo
Page 3
January 13, 1997

Ipratropium: First Data Bank, Medispan, Red Book, and Facts and Comparisons.

Medicaid, State Formulary and Drug Utilization Review locations have been notified. **Action is required on your part**: Watch for a separate mailing and the <u>Medicaid Product Approval Record form and return to Gaye Lynn, no later than February 15, 1997.</u> A sample of both the AWP and WAC letters are attached. As you are aware, some states utilize one or the other for reimbursement calculations.

That's it for now. Call us if you have any questions. Good luck and good selling!

DL-TX-0093104

DEY057-2092