# Exhibit 5

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS


Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of Plaintiffs' Motion For Partial Summary Judgment
and In Opposition To Dey's Motion For Partial Summary Judgment

| I N T E R | DEY, L.P. |
|---|---|
| O F F I C E | MEMORANDUM |

**TO:**  Distribution

**FROM:**  Susan J. Schnars

**DATE:**  July 26, 2000

**RE:**  *New* Albuterol Inhalation Aerosol Kit & Refill
AWP / WAC Changes

---

We are in the process of announcing the availability of a *new* **Albuterol Inhalation Aerosol** 17g Kit & Refill from DEY. New NDC numbers have been assigned to these products (see below). Our existing 303 line has been discontinued.

As you know, the current aerosol products manufactured by Glaxo-Wellcome have been on back order recently and we have had to seek out a new manufacturer, Medeva Pharmaceuticals. The new products are AB rated to Ventolin and the packaging (quantity per carton/case) configurations remain unchanged at this time. Please note there are only minor changes to the carton appearance and carton/case dimensions. The actuator is also now blue with a detachable cap.

Due to the large quantity of backorders and limited product available, we have begun rolling out the new product as shipments arrive from the manufacturer. Only the kit is available at this time. We will advise you when the refill comes in.

The first "wave" of shipments went out the week of July 18. Letters were faxed and mailed to these customers as they were shipped. The general announcement letter is scheduled to arrive with customers on approximately August 1, 2000. The Pricing Databases were notified of the NDC number change. WAC and AWP pricing remains unchanged on the MDI at this time. Medicaid offices will receive notification both directly from DEY, as well as, on their upcoming reports from the pricing database to which they subscribe.

The following is detailed product information:

| Old NDC Number | New NDC Number | Description | Size/Strength | Units/Ctn |
|---|---|---|---|---|
| 49502-303-17 | 49502-333-17 | Albuterol Inhalation Aerosol 17 g (Kit) | 200 inhalations 90 mcg/puff | 1 |
| 49502-303-27 | 49502-333-27 | Albuterol Inhalation Aerosol 17 g (Refill) | 200 inhalations 90 mcg/puff | 1 |

DL-TX-0093570

DEY057-2459      F

*New* Albuterol Inhalation Aerosol Kit & Refill                    Page 2
AWP / WAC Changes Memorandum continued

Please refer to the attached customer letters for further details on the above changes.

Additionally note the WAC and AWP price changes on other items have been incorporated into the notification letters.  New Price Lists will be available shortly:

WAC Price List
- Albuterol Inhalation Aerosol NDC, UPC, and product number change.
- Addition of Curosurf® (see notation on price lists regarding special conditions of sale)
- WAC price increases for EasiVent™ Valved Holding Chamber and EasiVent™ Masks

AWP Price List
- Albuterol Inhalation Aerosol NDC, UPC, and product number change.
- Addition of Curosurf® (see notation on price lists regarding special conditions of sale)
- AWP price decrease for Acetylcysteine, Sodium Chloride, and Sterile Water products.
- AWP price increases for EasiVent™ Valved Holding Chamber and EasiVent™ Masks

Be sure to **DISCARD ALL OLD DEY PRICE LISTS when you receive the new ones**, as they are out of date and no longer valid.  Several attachments are enclosed for your review and use.  Thank you.

Attachment:
ANDA Approval Letter
Customer Letters (Dey Customer, Chain Pharmacy, Wholesaler)

Distributed to Sales Only:
Ad Slicks (Field Sales Only - to replace those in your Ad Slick Binders)
Copy of New & Old Carton Packaging (Field Sales Only)
Sample of New Blue Actuator with Cap (Field Sales Only)
Interim Stickers (for use on all literature pieces containing the MDI until revised literature is available)

M00-017

DL-TX-0093571

DEY057-2460

**Distribution:**

<u>Accounting - 6</u>
Jack Benner
Bill Dudley
Colleen Farley
Dennis Hooke
Don Stein
Lisa Wiley

<u>Contracts/ Marketing Services - 3</u>
Karen Clark
Russ Johnston
Steve Strom

<u>Distribution - 3</u>
Tom Gills
Rhonda Justice
Angel O'Halloran

<u>Executives - 6</u>
Imtiaz Chaudry
David Jones
Pam Marrs
Gary Michaud
Bob Mozak
Charles Rice

<u>Marketing -10</u>
Todd Galles
Glenn Garry
Eve Gmeiner
Diane Morrill
Laura Nielsen
Gretchen Pieper
Juvy Raguini
Yolanda Ramos
Susan Sandeen
Susan Schnars

<u>Materials/Purch. - 3</u>
Don Hume
Alan McCall
Ken Quirici

<u>MIS - 2</u>
Mark Moramarco
Gary Walker

<u>QA/QC - 2</u>
Mary Lou Freathy
Cal McGoogan

<u>Regulatory - 1</u>
Peggy Berry

<u>Sales - 180</u>
ASMs – 3
ISRs – 17
KAMs- 34
NAMs / McNams –11
TAMs – 100
RSMs – 15

<u>Napa Sales - 6</u>
Cindy Daulong
Steve Desrosiers
Bill Pouw
Steve Robertson
Willia Tate
Alan Witten

<u>Training - 2</u>
Jack Stevens
Robert Meier

DL-TX-0093572

DEY057-2461



DEY, L.P.
2751 Napa Valley  Corporate Drive
Napa, CA 94558
TEL (707) 224-3200 FAX (707) 224-8918

July 18, 2000

Dear DEY Customer:

Beginning July 18, 2000, DEY will be changing the NDC number and begin shipping a new **DEY Albuterol Inhalation Aerosol**, 17g Metered Dose Inhaler Kit and Refill. They should be cross-referenced to our existing 303 line which is being discontinued.

The new products are AB rated, and pricing remains unchanged at this time.  The following is detailed product information:

| Old NDC Number | New NDC Number | Description | Size/Strength | Units/Ctn |
|----------------|----------------|-------------|---------------|-----------|
| 49502-303-17 | 49502-333-17 | Albuterol Inhalation Aerosol 17 g (Kit) | 200 inhalations 90 mcg/puff | 1 |
| 49502-303-27 | 49502-333-27 | Albuterol Inhalation Aerosol 17 g (Refill) | 200 inhalations 90 mcg/puff | 1 |

If you need additional information, please feel free to contact your DEY Representative at 800-755-5560.  You may place an order by calling your local distributor or our Order Department at 800-527-4278.

Sincerely,

Susan J. Schnars
Assistant Product Manager II

**DL-TX-0093573**

C9-303-00

*A Lipha Americas Company*

*An Associate of Merck KGaA, Darmstadt, Germany*



DEY, L.P.
2751 Napa Valley  Corporate Drive
Napa, CA 94558
TEL (707) 224-3200 FAX (707) 224-8918

July 18, 2000

Dear Wholesaler:

Beginning July 18, 2000, DEY will be changing the NDC number and begin shipping a new **DEY Albuterol Inhalation Aerosol**, 17g Metered Dose Inhaler Kit and Refill.  They should be cross-referenced to our existing 303 line which is being discontinued.

A new item fact sheet for these new products is enclosed for your convenience.  The WAC price on these products remain unchanged.  The following is detailed product information:

| Old NDC Number | New NDC Number | Description | Size/Strength | Units/Ctn |
|---|---|---|---|---|
| 49502-303-17 | **49502-333-17** | Albuterol Inhalation Aerosol 17 g (Kit) | 200 inhalations 90 mcg/puff | 1 |
| 49502-303-27 | **49502-333-27** | Albuterol Inhalation Aerosol 17 g (Refill) | 200 inhalations 90 mcg/puff | 1 |

**If new wholesaler order numbers are needed, please assign them.  Notify Steve Desrosiers of changes at 800-755-5560 ext. 4740, or fax the information to him at 888-617-7877.**

**Additionally,  note there have been WAC price changes to the EasiVent™ Valved Holding Chambers and EasiVent™ Masks.  Replace your fact sheets with the revised ones enclosed.  These changes are effective August 1, 2000.**

If you need additional information, please feel free to contact your DEY Representative at 800-755-5560.  You may place an order by calling our Order Department at 800-527-4278.

Sincerely,

Susan J. Schnars
Assistant Product Manager II

**DL-TX-0093574**

C9-304-00

*A Lipha Americas Company*

*An Associate of Merck KGaA, Darmstadt, Germany*

DEY057-2463



**DEY, L.P.**
2751 Napa Valley  Corporate Drive
Napa, CA 94558
TEL (707) 224-3200 FAX (707) 224-8918

July 15, 2000

Dear Chain Pharmacy:

Starting July 15, 2000, DEY will be changing the NDC number and begin shipping a new DEY **Albuterol Inhalation Aerosol**, 17g Metered Dose Inhaler Kit and Refill. They should be cross-referenced to our 303 existing line which is being discontinued.  Pricing remains unchanged at this time.

A new item fact sheet is enclosed for your convenience.  The following is detailed product information:

| Old NDC Number | New NDC Number | Description | Size/Strength | Units/Ctn |
|---|---|---|---|---|
| 49502-303-17 | **49502-333-17** | Albuterol Inhalation Aerosol 17 g (Kit) | 200 inhalations 90 mcg/puff | 1 |
| 49502-303-27 | **49502-333-27** | Albuterol Inhalation Aerosol 17 g (Refill) | 200 inhalations 90 mcg/puff | 1 |

If you need additional information, please feel free to contact your DEY Representative at 800-755-5560.  You may place an order by calling your local distributor or our Order Department at 800-527-4278.

Sincerely,

Susan J. Schnars
Assistant Product Manager II

C9-305-00

**DL-TX-0093575**

*A Lipha Americas Company*

*An Associate of Merck KGaA, Darmstadt, Germany*

DEY057-2464