# Exhibit 2

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |

**DECLARATION OF IAN DEW**

I, Ian Dew, do hereby declare as follows:

1. I am a Senior Analyst and Partner at Steck Consulting, LLC in Washington, DC.

2. I have a B.A. in Mathematics and Psychology from the University of Virginia, an M.E. in Systems Engineering from the University of Virginia, and an M.S. in Environmental Science from the Johns Hopkins University. I am a senior member of IEEE and am a co-author of twelve peer-reviewed publications. I have more than 10 years experience analyzing large datasets including more than five years analyzing Medicare claims data.

3. Steck Consulting has provided technical support to Mark G. Duggan, Ph.D, who has provided expert reports concerning damages in connection with the above-captioned case.

**First DataBank Data**

4. On or about May 25, 2006, I received from the Department of Justice 11 CD ROMs containing what the Department told me was First DataBank ("FDB") NDDF data produced by FDB pursuant to a federal subpoena. When I attempted to use the data, I found that some of the data files were corrupt. I then contacted Attorney John Kern of the law firm Mannatt, Phelps and Phillips, who I understood to represent FDB, and requested that they send me replacement CDs. On or about February 8, 2007, I received by Federal Express from Mannatt, Phelps and Phillips replacement CDs containing FDB NDDF data.

5. On or about July 10, 2009 I sent to Patrick Ormond a subset of the FDB NDDF data consisting of drug price data referencing the 44 NDCs in the Abbott complaint.

**Average Prices Calculated by Dr. Duggan Based on Abbott's Transaction Data**

6. Based upon my personal knowledge of the work Dr. Duggan has performed in this case, I was able to identify and provide to Patrick Ormond on or about July 15, 2009, a copy of the average prices and the 95th percentile prices calculated by Dr. Duggan as part of his analysis of the transaction data produced by Abbott in this case. These prices are based on the indirect pharmacy weighted average price as charged by Abbott, or, when such a price was not supported by transaction data for that quarter, the higher of the average prices in the closest previous and subsequent quarters was used.

**Abbott List Price Sales**

7. I used the list prices summarized in Schedule B1 of the Appendix to the Declaration of Pat Ormond to identify the list price for each NDC on each day from 1991 through 2001. I then examined Abbott's Direct and Indirect transaction data produced in this case by Abbott for the NDCs at issue in this case and matched the list prices to transactions by specific transaction date.

8. The overall average percentage of packages sold at list price or higher in the direct data is 0.18%.

9. The highest percentage of packages in direct list price transactions was in the year 2001 for NDC 00074488750 (sterile water). Two transactions with Genentech, a pharmaceutical company (listed as class of trade M073, O.E.M. Health Related Industries), account for 89,400 of the 95,200 packages sold at list price in 2001 for this NDC (in which also the list price dropped from $2.59 to $0.98). The Genentech sales are 93.91% of the list price packages for that NDC and year. If the sales to Genentech are included, then the percentage of packages sold at list price is 4.78%, but if they are excluded the percentage of list price packages is 0.31%.

10. The next highest percentage of packages sold at list price is 2.17% for 0007479205 in 1991. All the remaining NDC-year percentages are less than 2%.

11. There are no transactions in the indirect data that match up with the list prices.

> I swear under the penalty of perjury that the foregoing statements are true and correct.
>
> _____
> Ian Dew

Executed this 23rd day of July, 2009