# Exhibit 12D

4/19/99 Direct/Wholesale changes          XXX.TXT

| List Nbr | 4/19 Dir | 4/19 Whls |
|----------|----------|-----------|
| 13006-01 | 6.95 | 6.95 |
| 13135-01 | 108.00 | 108.00 |
| 13145-01 | 126.39 | 126.39 |
| 13211-01 | 119.45 | 119.45 |
| 13236-01 | 57.51 | 57.51 |
| 13237-01 | 110.60 | 110.60 |
| 13241-01 | 12.64 | 12.64 |
| 13460-01 | 360.96 | 360.96 |
| 13501-01 | 12.64 | 12.64 |
| 13509-01 | 72.29 | 72.29 |
| 13540-01 | 131.00 | 131.00 |
| 13601-01 | 12.64 | 12.64 |
| 13609-01 | 144.59 | 144.59 |
| 13623-01 | 13.48 | 13.48 |
| 13641-01 | 157.08 | 157.08 |
| 13643-01 | 124.88 | 124.88 |
| 13701-01 | 15.80 | 15.80 |
| 13707-01 | 12.64 | 12.64 |
| 13840-01 | 12.64 | 12.64 |
| 13900-01 | 6,565.94 | 6,565.94 |
| 43303-02 | 158.88 | 158.88 |

TXABT
56787

CONFIDENTIAL

ABT-DOJ 0191171

ABT015-0741     L