# Exhibit 15



# ABBOTT

|  |  | Jerrie Cicerale |  |  |
|---|---|---|---|---|
| INTEROFFICE CORRESPPONDENCE | | 36G | AP30 | 42881 |

Wyndy Jones    MEDI-SPAN                              April 15, 1994

SUBJECT:  YOUR LIST FROM 4/6/94

Wyndy -- here is your list of items where you needed the current wholesale prices.

ITEMS FROM YOUR LIST OF WAC PRICES

| LIST | PKG | TRADE CASE | WHLS CASE |
|---|---|---|---|
| CC074 - | | | |
| 01083-05 | 6 | 514.08 | 423.06 |
| 01483-02 | 12 | 168.36 | 138.60 |
| 01507-03 | 12 | 876.12 | 454.08  454.80 |
| 01984-14 | 24 | 284.64 | 234.00 |
| 02102-05 | 25 | 21.00 | 20.50 |
| 02444-05 | 5 | 113.30 | 110.00 |
| 02445-05 | 5 | 113.30 | 110.00 |
| 02446-05 | 5 | 113.30 | 110.00 |
| 04320-01 | 10 | 24.70 | 21.80 |
| 04357-01 | 20 | 191.80 | 177.40 |
| 04732-03 | 25 | 103.00 | 93.75  95.50 |
| 04773-02 | 10 | 280.10 | 245.30 |
| 04774-02 | 10 | 285.80 | 277.50 |
| 04810-08 | 10 | 413.20 | 401.20 |
| → 04887-25 | 25 | 28.25 | 17.50 |
| 04888-25 | 25 | 31.75 | 19.00 |
| 04900-33 | 25 | 286.00 | 192.50 |
| 04902-33 | 25 | 381.25 | 254.25 |
| 04903-33 | 25 | 238.50 | 161.75 |
| 04904-33 | 25 | 229.25 | 156.00 |
| 04910-33 | 25 | 274.25 | 185.00 |
| 04911-33 | 25 | 282.25 | 190.50 |
| 04916-33 | 25 | 399.25 | 265.75 |
| 04921-33 | 25 | 275.50 | 186.00 |
| 04928-33 | 25 | 266.25 | 180.00 |
| 05534-33 | 25 | 289.50 | 267.50  275.50 |
| 06021-03 | 25 | 234.50 | 225.75 |
| 06480-02 | 24 | 371.52 | 294.48 |
| 06637-33 | 25 | 404.50 | 269.25 |
| 07041-01 | 10 | 122.40 | 108.00 |
| 07067-10 | 25 | 32.25 | 25.00 |
| 07074-26 | 24 | 361.44 | 350.80 |
| 07074-37 | 80 | 1204.00 | 1168.80 |
| 07075-14 | 24 | 361.44 | 350.80 |
| P 07075-26 | 24 | 361.44 | 350.80 |
| 07075-36 | 80 | 1204.00 | 1168.80 |
| P 07075-37 | 80 | 1204.00 | 1168.80 |
| 07132-02 | 24 | 270.72 | 181.44 |
| 07730-20 | 48 | 611.04 | 456.96 |
| 07730-37 | 80 | 1018.40 | 761.60 |
| S 07909-01 | 500 | 30.00 | 30.00 |

Handwritten annotations: "WATER FOR INJ USP 10ML FLIPTOP VIAL - STERILE"

RECEIVED APR 21 1994

RECVD ___ QC ___  
ENTRY E ___ QC ___  
CODE C ___ # TO CODE 46  
FILE ___

MFTR ABBOTT 405  
EFF DT 5-2-94  11/1/94 pg 87  4/4/94 * see DA Reg  
FMT ___ LAB ___ DLAB ___  
AWP A   WAC S   DF ___   DPPF 1.24   WAPF3 # 17181  
WAPF1 ___ WAPF2 ___  
PTY ___ SCEN H  TYPE H

ABBOTT                                                         BMW032-0492