# Exhibit 16

SEP 15 '94  02:33PM  CONTRACT MARKETING DEPT                               P.1

# ABBOTT

FROM: Jerrie Cicerale *Jerrie Cicerale*

**INTEROFFICE CORRESPPONDENCE**   DEPT.NO: 36G BLDG.   AP30 EXT. #2881

TO: Beth Radar     FIRST DATA BANK     DATE: September 15, 1994

SUBJECT: NEW SINCE 4/1/94 (YOUR FAX DATED 9/9)

Below are new HPD products for you to include in your files. Most of them were on the fax you sent me on 9/9. Also the noted items below were changed because of the way in which Abbott defines its saleable pack. The product actually did not change just the saleable pack size.

| LIST-TUC | INTRO DATE | DIRECT TRADE | WHOLESALE | PKG | DESCRIPTION |
|---|---|---|---|---|---|
| * 01186-12 | 07/01/94 | 129.20 | 96.30 | 10 | FENTANYL (0.05MG/ML) AND 2.5MG/ML DROPERIDOL 2ML |
| 01217-11 | 07/14/94 | 285.24 | 186.24 | 12 | METRONIDAZOLE 500MG INJECTION USP 100ML |
| 01505-03 | 03/25/94 | 875.12 | 454.08 | 12 | DEXTRAN-75 6% KIT / 0.9% SODIUM CHL INJ 500ML |
| 03093-08 | 08/30/94 | 434.10 | 434.10 | 10 | CONTINUOUS EPIDURAL 18G ANESTHESIA TRAY W/DRUGS |
| 03096-08 | 08/30/94 | 407.90 | 407.90 | 10 | CONTINUOUS EPIDURAL 18G ANESTHESIA TRAY W/DRUGS |
| 03097-08 | 08/30/94 | 367.70 | 367.70 | 10 | CONTINUOUS EPIDURAL 18G ANESTHESIA TRAY W/O DRUGS |
| 03098-08 | 08/05/94 | 480.00 | 480.00 | 10 | CONTINUOUS EPIDURAL 18G ANESTHESIA TRAY W/DRUGS |
| 03724-32 | 07/29/94 | 1296.48 | 806.40 | 12 | DOBUTAMINE IN 5% DEXTROSE INJ 1000MG, 250ML |
| * 03814-12 | 07/01/94 | 55.30 | 47.00 | 5 | MORPHINE SULF INJ USP 0.5MG/ML 10ML FLP (PRES FREE) |
| * 03815-12 | 07/01/94 | 58.95 | 54.50 | 5 | MORPHINE SULF INJ USP 1MG/ML 10ML FLP (PRES FREE) |
| * 03817-12 | 07/01/94 | 68.85 | 56.55 | 5 | MORPHINE SULF INJ USP 10MG/ML 10ML FLIPTOP VIAL |
| * 03819-12 | 07/01/94 | 89.50 | 64.40 | 5 | MORPHINE SULF INJ USP 15MG/ML 20ML FLIPTOP VIAL |
| * 04057-12 | 07/01/94 | 50.30 | 37.50 | 5 | MORPHINE SULF INJ USP 0.5MG/ML 10ML AMP(PRES FREE) |
| * 04058-12 | 07/01/94 | 53.60 | 40.00 | 5 | MORPHINE SULF INJ USP 1MG/ML 10ML AMP(PRESV FREE) |
| 06729-23 | 08/30/94 | 143.04 | 124.80 | 24 | MAGNESIUM SULFATE IN WATER FOR INJ 40MG/ML (100ML) |
| 06730-13 | 08/30/94 | 143.04 | 124.80 | 24 | MAGNESIUM SULFATE IN WATER FOR INJ 80MG/ML (50ML) |
| 06776-01 | 08/04/94 | 225.00 | 90.00 | 25 | LORAZEPAM INJ, USP 2MG/ML 1ML HYPAK SYRINGE |
| 06777-01 | 08/04/94 | 275.00 | 122.50 | 25 | LORAZEPAM INJ, USP 4MG/ML 2ML HYPAK SYRINGE * |
| 06778-01 | 08/04/94 | 200.00 | 75.00 | 25 | LORAZEPAM INJ, USP 2MG/ML 2ML FLIPTOP VIAL |
| 06779-01 | 08/04/94 | 225.00 | 95.00 | 25 | LORAZEPAM INJ, USP 4MG/ML 1ML FLIPTOP VIAL |
| 06780-01 | 08/04/94 | 1500.00 | 612.50 | 25 | LORAZEPAM INJ, USP 2MG/ML 10ML |

FDB 000114



```
                                                                  PAGE 2
                                                                  NEW NDC ITEMS
                                                                  9/15/94

     LIST-TUC  INTRO DATE   TRADE   WHOLESALE   PKG  DESCRIPTION
     --------  ----------   ------  ---------   ---------------------------------
     06781-01  08/04/94     2000.00   750.00    25  LORAZEPAM INJ, USP 4MG/ML 10ML
                                                    FLIPTOP VIAL
     07620-03  04/14/94     144.36    108.00    18  HEPARIN SOD 1000 USP UNITS IN
                                                    0.9% SOD CHL 500ML
   * 09093-32  07/01/94      30.90     19.30    10  FENTANYL CITRATE INJ
                                                    (0.05MG/ML) 2ML AMPUL
     09093-35  07/01/94      56.80     35.30    10  FENTANYL CITRATE INJ
                                                    (0.05MG/ML) 5ML AMPUL
     09093-36  07/01/94      54.40     33.75     5  FENTANYL CITRATE INJ
                                                    (0.05MG/ML) 10ML AMPUL
   * 09093-38  07/01/94     106.75     66.25     5  FENTANYL CITRATE INJ
                                                    (0.05MG/ML) 20ML AMPUL
   * 09094-22  07/01/94     155.00    127.50    25  FENTANYL CITRATE INJ
                                                    (0.05MG/ML) 2ML FLIPTOP
     09094-25  07/01/94     283.50    233.50    25  FENTANYL CITRATE INJ
                                                    (0.05MG/ML) 5ML FLIPTOP
     09094-28  07/01/94     272.00    259.00    25  FENTANYL CITRATE INJ
                                                    (0.05MG/ML) 10ML FLIPTOP
     09094-31  07/01/94     533.75    508.25    25  FENTANYL CITRATE INJ
                                                    (0.05MG/ML) 20ML FLIPTOP
   * 09094-61  07/01/94    1334.25    496.25    25  FENTANYL CITRATE INJ
                                                    (0.05MG/ML) 50ML FLIPTOP
   * 09095-12  07/01/94     487.25    300.75    25  FENTANYL CITRATE INJ USP
                                                    50MCG/ML 2ML ABBOJECT SYR
     11046-08  08/30/94     346.90    346.90    10  CONTINUOUS EPIDURAL 18G
                                                    ANESTHESIA TRAY W/DRUGS
                                                    END W/O STYLET
     11826-08  09/08/94     415.50    415.50    10  CONTINUOUS EPIDURAL 17G
                                                    ANESTHESIA TRAY W/DRUGS
     15600-08  05/03/94     381.01    381.01    10  CONT EPID 18G
                                                    W/LIDOCAINE/EPINE
                                                    TEST-DOSE/SOD CHL
     A1176-01  04/06/94     289.88    289.88     1  ADRIAMYCIN PFS (DOXORUBICIN
                                                    HCL) 75MG VIAL
     K5090-16  08/24/94     375.00    375.00    25  TAZICEF (CEFTAZIDIME) 1G/15ML
                                                    ADD-VANTAGE VIAL
     K5091-11  08/24/94     300.00    300.00    10  TAZICEF (CEFTAZIDIME) 2G/21ML
                                                    ADD-VANTAGE VIAL
     K6025-07  08/01/94      34.00     27.40    10  BACTOCILL (OXACILLIN SOD)
                                                    1G/21ML ADD-VANTAGE VIAL
     K6028-07  08/01/94      53.00     27.40    10  BACTOCILL (OXACILLIN SOD)
                                                    2G/21ML ADD-VANTAGE VIAL
     K6372-07  08/01/94      30.50     24.40    10  NALLPEN (NAFCILLIN SOD)
                                                    1G/21ML ADD-VANTAGE VIAL
     K6374-07  08/01/94      56.00     44.90    10  NALLPEN (NAFCILLIN SOD)
                                                    2G/21ML ADD-VANTAGE VIAL
     K6552-07  08/01/94      96.00     80.50    10  TICAR (TICARCILLIN DISODIUM)
                                                    3G/21ML ADD-VANTAGE
     K6610-07  08/01/94      18.50     15.00    10  TOTACILLIN-N(AMPICILLIN
                                                    SOD)1G/21ML ADD-VANTAGE VL
     K6612-07  08/01/94      28.50     22.90    10  TOTACILLIN-N(AMPICILLIN
                                                    SOD)2G/21ML ADD-VANTAGE VL
```

*do Not add*

FDB 000115



```
                                                      PAGE 3
                                                   NEW NDC ITEMS
                                                      9/15/94


    NEW NDC    REPLACED THIS NDC
    --------   -----------------
    01186-12   01186 02  ✓
    03814-12   03814 02
    03815-12   03815 02  -
    03817-12   03817 02  -
    03819-12   03819 02  -
    04057-12   04057 02  -
    04058-12   04058 02
    09093-32   09093 22  -  —?
    09093-35   09093 25  -
    09093-36   09093 26  ⎫
    09093-38   09093 28  ⎬ RepNDC's?
    09094-22   09094 12  ⎭
    09094-25   09094 15
    09094-28   09094 18
    09094-31   09094 21
    09094-61   09094 51
    09095-12   09095 02
```

Abbott
OCT 25 1994
KW Not
10-25-94

These items are not printed in our catalog because they are not sold to everyone only restricted customers.

ML 4/4/94
w/ipi

```
LIST-TUC   INTRO DATE   TRADE      WHOLESALE   PKG  DESCRIPTION
--------   ----------   -----      ---------   ---  -----------
04360-05   16OCT86      775.44     607.92       6   AMINOSYN 10% (pH6) 1000ML
06022-02   17SEP90      154.80     132.50      10   MORPHINE SULFATE INJ USP
                                                    (2MG/ML) PCA VIAL
06431-02   04JAN85       86.50      80.00      25   PENTOTHAL 1GM IN 50ML     CS request
                                                    CONTAINER BULK
06431-03   20NOV84      192.24     171.72      12   PENTOTHAL 5GM IN 250ML    CS request
07982-54   10JUL91      190.56     125.52      24   DEXTROSE 5% INJ USP LIFECARE
                                                    500ML
07983-54   10JUL91      187.68     123.60      24   SODIUM CHLORIDE 0.9% INJ USP
                                                    LIFECARE 500ML
                                                    CONTAINER BULK
```

Be. — these were on your FAX but they are not new items and are included in our 4/94 catalog.  ??

alt 4/4/94

```
LIST-TUC   INTRO DATE   TRADE      WHOLESALE   PKG  DESCRIPTION
--------   ----------   -----      ---------   ---  -----------
01736-48   11OCT90      162.24        NA       48   NITROGLYCERIN DISTAL MICROB
                                                    PATIENT LINE 60 INCH
01984-14   01OCT93      284.64     234.00      24   TOBRAMYCIN SULF 80MG IN 0.9%
                                                    SODIUM CHL INJ 50ML
04320-01   05OCT93       24.70      21.80      10   EPINEPHRINE INJ USP 1:10,000
                                                    10ML FLIPTOP VIAL
                                                    CONTAINER BULK
07074-26   07SEP93      361.44     350.80      24   POTASSIUM CHL INJ 10MEQ, 100ML
                                                    (1:1)
07074-37   07SEP93    1,204.00   1,168.80      80   POTASSIUM CHL INJ 10MEQ, 100ML
```

FDB 000116

HEARST FDB                                                           BMW039-0122



4/4/94

| | | | | | |
|---|---|---|---|---|---|
| 07075-14 | 07SEP93 | 361.44 | 350.80 | 24 | POTASSIUM CHL INJ 10MEQ, 50ML (4:1) |
| 07075-26 | 07SEP93 | 361.44 | 350.80 | 24 | POTASSIUM CHL INJ 20MEQ, 100ML (1:1) |
| 07075-36 | 07SEP93 | 1,204.00 | 1,168.80 | 80 | POTASSIUM CHL INJ 10MEQ, 50ML (1:1) |
| 07075-37 | 07SEP93 | 1,204.00 | 1,168.80 | 80 | POTASSIUM CHL INJ 20MEQ, 100ML (4:1) |
| 07909-01 | 12SEP80 | 30.00 | NA | 500 | FERRULES |
| 07909-02 | 13JUL90 | 34.02 | NA | 1 | NUTRIMIX-MACRO FERRULES FOR CRIMPER(BOX/200) |
| 07909-03 | 20MAY92 | 66.19 | NA | 1 | FERRULES FOR PART-FILL HEAVY DEX FLX CONT(BOX/180) |

FDB 000117