# Exhibit 17

**Cicerale, Jerrie            AP**

| From: | Cicerale, Jerrie          AP |
|---|---|
| To: | FIRST DATA(FAX) |
| Subject: | ABBOTT HPD CALCIJEX PRICE CHANGE |
| Date: | Thursday, December 07, 1995 1:10PM |

Beth -- effective 12/31/95 the attached prices will apply to our two Calcijex items.

<<File Attachment: CAL95.TXT>>

I receive your yearly update report, since I send you our prices once a year and I send you adds and deletes during the year I don't feel the need to review the report. I believe we are current.

Have a happy holiday!!!!!!!!

Jerrie Cicerale
Abbott Laboratories
HPD

**ABT001101**

Page 1

AB 0006305
CONFIDENTIAL

CAL95.TXT

December 7, 1995        CALCIJEX PRICE INCREASE

Please change the following prices effective 12/31/95.

| NDC NUMBER | DESCRIPTION | CS RATE | TRADE PRICE 1/4 | WHLS PRICE 5 |
|---|---|---|---|---|
| 01200-01 | CALCIJEX CALCITRIOL INJ 1MCG/ML AMPUL | 1-1<br>2-19<br>20 + | 509.60<br>484.12<br>484.12 | 509.60<br>509.60<br>484.12 |
| 01210-01 | CALCIJEX CALCITRIOL INJ 2MCG/ML AMPUL | 1-1<br>2-19<br>20 + | 888.00<br>843.60<br>843.60 | 888.00<br>888.00<br>843.60 |

Page 1

ABT001102

AB 0006306
CONFIDENTIAL

ABBOTT LABS DOCS ABT000001-ABT003453 BMW007

BMW007-1225        L

**Cicerale, Jerrie          AP**

From:        Cicerale, Jerrie          AP
To:          'REDBOOK(FAX)'
Subject:     ABBOTT LABS CALCIJEX PRICE CHANGE
Date:        Thursday, December 07, 1995 12:36PM

Roni -- effective 12/31/95 the attached prices will apply to our two Calcijex items.

< <File Attachment: CAL95.TXT> >

Have a happy holiday!!!!!!!!

   Jerrie Cicerale
   Abbott Laboratories
   HPD

Page 1

**ABT001097**

AB 0006301
CONFIDENTIAL

CAL95.TXT

December 7, 1995        CALCIJEX PRICE INCREASE

Please change the following prices effective 12/31/95.

| NDC NUMBER | DESCRIPTION | CS RATE | TRADE PRICE 1/4 | WHLS PRICE 5 |
|---|---|---|---|---|
| 01200-01 | CALCIJEX CALCITRIOL INJ 1MCG/ML AMPUL | 1-1<br>2-19<br>20 + | 509.60<br>484.12<br>484.12 | 509.60<br>509.60<br>484.12 |
| 01210-01 | CALCIJEX CALCITRIOL INJ 2MCG/ML AMPUL | 1-1<br>2-19<br>20 + | 888.00<br>843.60<br>843.60 | 888.00<br>888.00<br>843.60 |

Page 1

**ABT001098**

AB 0006302
CONFIDENTIAL

**Cicerale, Jerrie          AP**

From:        Cicerale, Jerrie          AP
To:          MEDI-SPAN(FAX)
Subject:     ABBOTT HPD CALCIJEX PRICE CHANGES
Date:        Thursday, December 07, 1995 12:38PM

Michelle -- effective 12/31/95 the attached prices will apply to our two Calcijex items.

< <File Attachment: CAL95.TXT> >

Have a happy holiday!!!!!!!!

   Jerrie Cicerale
   Abbott Laboratories
   HPD

**ABT001099**

Page 1

AB 0006303
CONFIDENTIAL

ABBOTT LABS DOCS ABT000001-ABT003453 BMW007                              BMW007-1228        F

CAL95.TXT

December 7, 1995      CALCIJEX PRICE INCREASE

Please change the following prices effective 12/31/95.

| NDC NUMBER | DESCRIPTION | CS RATE | TRADE PRICE 1/4 | WHLS PRICE 5 |
|---|---|---|---|---|
| 01200-01 | CALCIJEX CALCITRIOL INJ 1MCG/ML AMPUL | 1-1<br>2-19<br>20 + | 509.60<br>484.12<br>484.12 | 509.60<br>509.60<br>484.12 |
| 01210-01 | CALCIJEX CALCITRIOL INJ 2MCG/ML AMPUL | 1-1<br>2-19<br>20 + | 888.00<br>843.60<br>843.60 | 888.00<br>888.00<br>843.60 |

Page 1

**ABT001100**

AB 0006304
CONFIDENTIAL

ABBOTT LABS DOCS ABT000001-ABT003453 BMW007

BMW007-1229