# Exhibit 18

Cicerale, Jerrie          AP

From:       Mitchell, Charlie          AP
To:         Heggie, Michael            AP
Cc:         Cicerale, Jerrie           AP; Mershimer, Loreen       AP
Subject:    RE: Medi Span
Date:       Tuesday, January 16, 1996 6:18PM

This should be OK - I see no issue from our perspective.

Do you understand why MediSpan reported an AWP last year different than the one we submitted? It would stand to reason they would use the number we gave them unless there is some complicating factor we don't fully understand. I'm concerned they may be accessing data from some other source (my department, one of the industry data bases, our wholesaler catalog, etc.) and even with this letter things might still get messed up. Another phone call to sort out this one issue might be time well spent.

Otherwise, this should be fine.

----------
From: Heggie, Michael          AP
To: Mitchell, Charlie          AP
Cc: Cicerale, Jerrie           AP; Mershimer, Loreen       AP
Subject: Medi Span
Date: Tue, Jan 16, 1996 12:08PM

Charlie I would like to change the way in which Medi Span reports the AWP for Calcijex and Jerrie asked that I inform someone in your area of what I was doing. I'll explain why and the history.

I have reported for the past several years the AWP for Calcijex to both Red Book and Blue Book/First Data Bank. I have not delt with Medi Span in the past as they have really been an insignificant reporting source for our drug. However, this year I spoke to Michelle Christopher at Medi Span just to cover that base. At that time(Dec. 8) I had the impression that she was going to report the AWP for Calcijex at the AWP I supplied to her. She did not do so.

The reason this is important is that dialysis clinics are paid by Medicare for Calcijex. The Medicare Intermediaries get their pricing from the published AWP's of the three reporting agencies. Medicare pays 80% of published AWP. We purposely set the AWP to be 125% of the published single case price. All other HPD products are reported with an AWP of 120% of list. If you work the math backwards from the dialysis providers side you get

$509.60 (list single case price) X 50 ampuls = $10.19 per amp
Medicare pays 80 % of AWP set by us at $637.00 or $12.74 per amp
$12.74 x .80 = $10.19   Customers are whole on their first go round with reimbursement.

We have done this for all of the years I have been involved, this is not something new and it is not a change in policy.

Just to be safe I will hold off from sending my memo to Medi Span until you have a chance to read this or if you wish to discuss this. The reason for the immediacy is that Texas BC and BS a major Intermediary for several chains has dropped the Red Book reporting system and gone to the Medi Span system and we need to clear this up with Medi Span so that the Texas Intermediary has the correct information in their reimbursement file.

<<File Attachment: MEDISPAN.DOC>>  <<File Attachment: MEDISPAN.DOC>>

**ABT001113**

Page 1

AB 0006317
CONFIDENTIAL

ABBOTT LABS DOCS ABT000001-ABT003453 BMW007                                        BMW007-1241

**Hospital Products Division**

Michael Heggie
Manager, Reimbursement
Abbott Renal Care;
Dept. R68, AP34
Abbott Park, IL 60064

January 16, 1996

Michelle Christopher
Pricing, Medi Span

Sent Via Fax Today Tuesday 16 January 1996

Dear Michelle,

As we discussed on the phone this morning, will you please change the AWP for the following two list numbers. I am sorry to have to ask you to do this but I thought I had cleared this up in our December conversation. At any rate thank you for your help with this matter.

AWP for NDC # 00074-1200-01   Effective Dec 31, 1995   $637.00
AWP for NDC # 00074-1210-01   Effective Dec 31, 1995   $1110.00

I know this is not the usual formula you use for Abbott Hospital ProductsDivision, however, this is the formula we use for these two products. These are the only two list numbers that are handled separately.

Again thnk you for your help.

Michael Heggie

cc:   Jerrie Cicerale
      Charlie Mitchell

**ABT001114**

AB 0006318
CONFIDENTIAL