# Exhibit 19

| | |
|---|---|
| Cicerale, Jerrie | AP |

**From:** Cicerale, Jerrie  AP
**To:** MEDI-SPAN(FAX)
**Subject:** CALCIJEX AWP PRICE CHANGE FOR ABBOTT LABS
**Date:** Wednesday, January 17, 1996 7:52AM

Michelle -- Please adjust the AWP price on the attached two Calcijex items. I know the normal calculation is 120% but these two should use 125%. If you have any questions please let me know. The attachment is from Michael Heggie.

<<File Attachment: CAL117.TXT>>

Thanks, Jerrie Cicerale
 Abbott Laboratories
 HPD Contract Marketing



DEPOSITION EXHIBIT 933

**ABT001117**

Page 1

AB 0006321
CONFIDENTIAL

ABBOTT LABS DOCS ABT000001-ABT003453 BMW007      BMW007-1247

CAL117.TXT

January 16, 1996

Michelle Christopher
Pricing, Medi Span

Sent Via Fax Today Tuesday 16 January 1996

Dear Michelle,

As we discussed on the phone this morning, will you please change the AWP for the following two list numbers. I am sorry to have to ask you to do this but I thought I had cleared th is up in our December conversation. At any rate thank you for your help with this matter.

AWP for NDC # 00074-1200-01     Effective Dec 31, 1995    $637.00
AWP for NDC # 00074-1210-01     Effective Dec 31, 1995    $1110.00

I know this is not the usual formula you use for Abbott Hospital ProductsDivision, however, this is the formula we use for these two products. These are the only two list numbers th at are handled separately.

Again thnk you for your help.

Michael Heggie

cc:    Jerrie Cicerale

Page 1

**ABT001118**

AB 0006322
CONFIDENTIAL

ABBOTT LABS DOCS ABT000001-ABT003453 BMW007                          BMW007-1248    L