# Exhibit 20



## Hospital Products Division

Michael Heggie, Manager
Reimbursement/Government Affairs
Dept. R69, AP34
Abbott Park, IL 60064
(847) 937-1784
e mail
michael.heggie@abbott.com



RECEIVED SEP 29 1997 RED BOOK PRICING

September 19, 1997

Roni Lane

Red Book/Medical Economics
Sent Via Fax

Done RL 9/30/97

Roni:

Would you please adjust the price of our product Calcijex NDC # 00074-1200-01

**The New AWP will be $1323.69 per case of 100**

Also we need to adjust the price on Calcijex NDC # 00074-1210-01.

**The new AWP will be $2419.83 per case of 100**

Will you please process these as quickly as possible.

Thanks Roni for all your help.

Sincerely,

Michael Heggie

*need eff. date 9/26/97 ply: michael*
*+ DIRP (TRADE)*
*WAC*
*9/29 voice mail*