# Exhibit 21

*[Page is rotated; content reads:]*

**ABBOTT**

Tena Brown
Reimbursement Specialist
Abbott Renal Care
1-800-457-9470
847-935-3684

Dept. R10, Bldg. AP34
200 Abbott Park Road
Abbott Park, IL 60064-3537

November 30, 1998

Sent Via Fax

Roni Lane
Red Book

Dear Roni,

Would you please adjust the price of our Calcijex NDC 00074-1200-01.

The New AWP will be $1350.16 per case of 100.

Also we need to adjust the price of Calcijex NDC # 00074-1210-01.

The New AWP will be $2467.59 per case of 100.

The effective date of the increase will be effective February 1, 1999.

Will you process this for inclusion prior to the December 2nd update deadline?

Thank you for all your help,

Sincerely,

Tena Brown

*[Stamp: RECEIVED NOV 30 1998 RED BOOK PRICING]*

*Handwritten: 11/30/98*

Nov. 30. 1998 12:21PM   ABBOTT RENAL CARE AP34   No.5657   P. 1/1

Confidential   Red Book 00567

ABT094-0567   F