# Exhibit 22

*Abbott Hospital Products*

# ABBOTT

Tena Brown
Reimbursement Specialist
Abbott Renal Care
1-800-457-9470
847-935-3684

Dept. R10, Bldg. AP34
200 Abbott Park Road
Abbott Park, IL  60064-3537

January 3, 2000

Sent Via Fax

Roni Lane
Red Book



RECEIVED JAN 11 2000 RED BOOK PRICING

Dear Roni,

Would you please adjust the price of our Calcijex NDC 00074-1200-01.

**The New AWP will be $ 1390.66 per case of 100**

Also we need to adjust the price of Calcijex NDC # 00074-1210-01.

**The New AWP will be $ 2542.02 per case of 100**

The effective date of the increase will be effective February 1, 2000.

Will you process this for inclusion prior to the next update?

Thank you for all your help,

Sincerely,

*Tena Brown*

Tena Brown

RL 1/11/00

Confidential                                    Red Book 00608

ABT094-0608