# Exhibit 23

| | |
|---|---|
| **From:** | Cicerale, Jerrie   APX |
| **Sent:** | Thursday, January 04, 2001 12:07 PM |
| **To:** | 'Kay Morgan' |
| **Cc:** | Magro, Amy  APX; Leone, Lynn E   APX; Rodriguez, Susan  APX; Cicerale, Jerrie   APX |
| **Subject:** | ABBOTT LABS HPD CALCIJEX/ZEMPLAR PRICE CHANGES |

**Attachments:**   CAL2101.TXT

Kay attached is new pricing for our Calcijex/Zemplar items.  Please make these prices effective 2/1/01.  You should calculate the AWP using the same percentage as our other HPD items.



CAL2101.TXT (4
KB)

Thanks,

*Jerrie Cicerale*

HPD Contract Marketing
(847) 937-2881
Email: jerrie.cicerale@abbott.com

1

ABT-DOJ-E 0612711

1/4/01

HPD price changes effective 2/1/01:

| LIST-TUC | EFFECTIVE | TRADE | WHOLESALE | PKG | MULT | DESCRIPTION |
|----------|-----------|-------|-----------|-----|------|-------------|
| 01658-01 | 2/1/01 | 2,306.94 | 2,306.94 | 100 | 1 | PARICALCITOL INJ (ZEMPLAR),5.0MCG/ML 1ML/2ML FLTOP |
| 01658-02 | 2/1/01 | 4,613.88 | 4,613.88 | 100 | 1 | PARICALCITOL INJ (ZEMPLAR),5.0MCG/ML 2ML FLIPTOP |
| 08110-31 | 2/1/01 | 1,211.55 | 1,211.55 | 100 | 1 | CALCIJEX CALCITRIOL INJ 1MCG/ML AMPUL |

ABT-DOJ-E 0612712