# Exhibit 24B

From:     Cicerale, Jerrie      AP
Sent:     Monday, March 31, 1997 12:43 PM
To:       MEDI-SPAN(FAX)
Subject:  ABBOTT LABORATORIES HPD 4/7/97 CHANGES

Connie -- attached are the 4/7/97 list price changes. When the catalog is published I will forward a copy to you.


APR797.TXT

If you need a disk with the price changes, give me a call and I will be happy to send it to you.

Thanks,    Jerrie Cicerale
           HPD Contract Marketing
           Abbott Laboratories

TXABT00944

1

CONFIDENTIAL

ABT-DOJ 0155802

| | |
|---|---|
| **From:** | Cicerale, Jerrie          AP |
| **Sent:** | Monday, March 31, 1997 1:43 PM |
| **To:** | 'REDBOOK(FAX)' |
| **Subject:** | ABBOTT LABORATORIES HPD 4-7-97 PRICES |
| **Attachments:** | APR797.TXT |

Roni  -- attached are the 4/7/97 list price changes.  When the catalog is published I will forward a copy to you.



APR797.TXT (143 KB)

Thanks,     Jerrie Cicerale
       HPD Contract Marketing
       Abbott Laboratories

1

Confidential                                                                                          ABT-DOJ-E 0602695