# Exhibit 25

**Unknown**

**From:** Cicerale, Jerrie    AP
**Sent:** Wednesday, March 25, 1998 10:07 AM
**To:** 'MEDI-SPAN(E-MAIL)'
**Subject:** ABBOTT LABORATORIES HPD PRICE CHANGES

Connie -- attached are some wholesale price changes effective 3/26/98.



PRICE5.TXT (4 KB)


Thanks, Jerrie Cicerale
       HPD Contract Marketing
       Abbott Laboratories, Inc

TXABT
56656

1

CONFIDENTIAL

ABT-DOJ 0191040

ABT015-0610    F

## Unknown

**From:** Cicerale, Jerrie    AP
**Sent:** Wednesday, March 25, 1998 10:08 AM
**To:** 'REDBOOK(FAX)'
**Subject:** ABBOTT LABORATORIES HPD CHANGES

Roni -- attached are some wholesale price changes effective 3/26/98.


PRICES.TXT (4 KB)

Thanks, Jerrie Cicerale
    HPD Contract Marketing
    Abbott Laboratories, Inc

TXABT
56654

CONFIDENTIAL

ABT-DOJ 0191038

ABT015-0608    F

**Unknown**

**From:** Cicerale, Jerrie    AP
**Sent:** Wednesday, March 25, 1998 10:09 AM
**To:** 'FIRST DATA(E-MAIL)'
**Subject:** ABBOTT LABORATORIES HPD CHANGES

Kathy -- attached are some wholesale price changes effective 3/26/98.



PRICES.TXT (4 KB)


Thanks, Jerrie Cicerale
        HPD Contract Marketing
        Abbott Laboratories, Inc

TXABT
56652

1

CONFIDENTIAL

ABT-DOJ 0191036

ABT015-0606    F