UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) |  MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Subcategory No. 06-11337-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS | |

**UNITED STATES' ASSENTED-TO MOTION FOR LEAVE
TO DEFER FILING CERTAIN PAPERS IN UNREDACTED FORM**

The United States respectfully requests leave to defer the filing of certain papers in unredacted form in support of the United States' cross-motion for partial summary judgment and opposition to the Dey defendants' motion for partial summary judgment. The United States makes this request to enable the United States and the Dey defendants additional time to resolve a potential dispute concerning whether the documents should be considered confidential. The United States proposes to defer by three business days–to and until July 29, 2009,–the filing of portions of Exhibit 19 (consisting of graphs and tables of average sales prices), and the entirety of Exhibit 101(consisting of certain Dey financial information) that the United States intends to submit in support of its motion. The deferral of the filing of these exhibits in unredacted form will allow Dey the necessary time to consider the materials and whether it will assert a continuing claim of confidentiality regarding the materials.

The undersigned is authorized to state that Dey assents to this motion.

        Respectfully submitted,

        MICHAEL F. HERTZ
        DEPUTY ASSISTANT ATTORNEY
         GENERAL

        MICHAEL J. SULLIVAN
        UNITED STATES ATTORNEY

By:   /s/ *George B. Henderson, II*
        GEORGE B. HENDERSON, II
        Assistant U.S. Attorney
        United States Courthouse
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3282

Dated: July 24, 2009

## CERTIFICATION

The undersigned counsel certifies pursuant to LR 7.1(A)(2) that counsel have conferred on the issue raised in this motion, and that Dey assents to this motion.

        /s/ *George B. Henderson, II*
        George B. Henderson, II

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused an electronic copy of the above "United States' Assented-to Motion for Leave to Defer Filing Certain Papers in Unredacted Form." to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: July 24, 2009        /s/ *George B. Henderson, II*
        George B. Henderson, II