UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| ———————————————— | ) ) | Subcategory No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO: | ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS; | ) ) ) ) | |

**UNITED STATES' NOTICE OF FILING EXHIBITS 26 TO 50 TO THE
DECLARATION OF MARK LAVINE
SUBMITTING EXHIBITS IN SUPPORT OF UNITED STATES' MEMORANDUM OF
LAW IN SUPPORT OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT,
AND IN OPPOSITION TO ABBOTT LABORATORIES INC.'S MOTION FOR
SUMMARY JUDGMENT**

The United States hereby gives notice of the filing of Exhibits 26 to 50 to the Declaration

of Mark Lavine Submitting Exhibits in Support of United States' Memorandum of Law in

Support of Cross-motion for Partial Summary Judgment and 56.1 Statement, and in Opposition

To Abbott Laboratories Inc.'s Motion for Summary Judgment and 56.1 Statement.

Respectfully submitted,

For the United States of America,

MICHAEL K. LOUCKS
ACTING UNITED STATES ATTORNEY

___s/ George Henderson_____
George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone: (617) 748-3398
Fax: (617) 748-3272

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

___/s Mark Lavine_____
Mark A. Lavine
Ann St. Peter-Griffith
Special Assistant U.S. Attorneys
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

MICHAEL F. HERTZ
DEPUTY ASSISTANT ATTORNEY
GENERAL

___/s  Gejaa Gobena_____
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Gejaa T. Gobena
Rebecca Ford
Elizabeth Strawn
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone:  (202) 307-1088
Fax: (202) 307-3852

Dated: July 24, 2009

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day caused an electronic copy of the above **UNITED STATES' NOTICE OF FILING EXHIBITS 26 TO 50 TO THE DECLARATION OF MARK LAVINE  SUBMITTING EXHIBITS IN SUPPORT OF UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT, AND IN OPPOSITION TO ABBOTT LABORATORIES INC.'S MOTION FOR SUMMARY JUDGMENT**" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                       /s/ Mark Lavine

Dated: July 24, 2009