# Exhibit 27

## Unknown

**From:** Cicerale, Jerrie       AP
**Sent:** Thursday, April 09, 1998 4:17 PM
**To:** 'REDBOOK(E-MAIL)'
**Subject:** ABBOTT LABORATORIES HPD LIST PRICE CHANGES

Roni -- attached are 4/13/98 list price changes. When the catalog is published I will forward a copy to you.

APR413.TXT (166 KB)

f you need some other type of file format give me a call and I will be happy to send it to you.

Thanks,   Jerrie Cicerale
          HPD Contract Marketing
          Abbott Laboratories Inc.

1

TXABT
56548

CONFIDENTIAL

ABT-DOJ 0190932

ABT015-0502      F