# Exhibit 29A

From: Cicerale, Jerrie    AP
Sent: Tuesday, November 24, 1998 7:38 AM
To: 'Suzanne George(First Databank)'
Subject: ABBOTT LABORATORIES HPD UPDATES

Suzanne -- attached are some HPD product additions and deletions.  Have a great holiday!


NEW.TXT


DELETES.TXT

Thanks,      Jerrie Cicerale
    HPD Contract Marketing
    Abbott Laboratories, Inc.



EXHIBIT
30 (b)(6)
Sellers  6  GG
3.16.08   JK

1

CA ABT005498

Confidential

ABT-DOJ0219706

11/24/98                                    New

| LIST-TUC | INTRO DATE | TRADE | WHOLESALE | PKG | MULT | DESCRIPTION |
|---|---|---|---|---|---|---|
| 01097-12 | 23MAR98 | 9.00 | 8.20 | 10 | 1 | CODEINE PHOSPHATE INJ USP 15MG 2ML CRPJ UBC |
| 01102-12 | 23MAR98 | 10.00 | 9.00 | 10 | 1 | CODEINE PHOSPHATE INJ USP 30MG 2ML CRPJ UBC |
| 01224-20 | 03NOV98 | 303.70 | 172.09 | 10 | 1 | SPINAL 22G QUINCKE ANESTHESIA TRAY W/DRUG W/O INTR |
| 01225-20 | 03NOV98 | 310.30 | 176.75 | 10 | 1 | SPINAL 25G QUINCKE ANESTHESIA TRAY W/DRUG W/INTROD |
| 01276-12 | 23MAR98 | 10.40 | 9.40 | 10 | 1 | FENTANYL CITRATE INJ USP 0.05MG/ML 2ML CRPJ UBC |
| 01276-15 | 26MAR98 | 17.40 | 15.70 | 10 | 1 | FENTANYL CITRATE INJ USP 0.05MG/ML 5ML CRPJ UBC |
| 01304-12 | 23MAR98 | 11.60 | 10.55 | 10 | 1 | HYDROMORPHONE HCL INJ USP 4MG/ML 1ML CRPJ UBC |
| 01312-12 | 23MAR98 | 10.40 | 9.40 | 10 | 1 | HYDROMORPHONE HCL INJ USP 2MG/ML 1ML CRPJ UBC |
| 01412-14 | 03AUG98 | 15.00 | 14.00 | 10 | 1 | BUMETANIDE INJ., USP ECT 0.25MG/ML 4ML CARPUJ |
| 01539-12 | 23MAR98 | 98.10 | 89.80 | 10 | 1 | LORAZEPAM INJ USP 4MG/ML 1ML CRPJ U-BLUNT CANNULA |
| 01985-12 | 23MAR98 | 85.50 | 77.33 | 10 | 1 | LORAZEPAM INJ USP 2MG/ML 1ML CRPJ U-BLUNT CANNULA |
| 02043-02 | 15MAY98 | 110.00 | 104.45 | 10 | 1 | DIPYRIDAMOLE INJ., 5MG/ML 2ML (UNI-NEST AMPUL) |
| 02102-32 | 21OCT98 | 55.00 | 10.68 | 25 | 4 | SODIUM CHL 0.9% INJ USP 10ML ALUER VIAL |
| 02173-02 | 30APR98 | 7.50 | 6.50 | 10 | 1 | METOCLOPRAMIDE INJ, USP |

Page 1

CA ABT005499

Confidential

ABT-DOJ0219707

|  |  | New |  |  |
|---|---|---|---|---|
| T |  |  |  | 5MG/ML, 2ML CARPUJEC |
| 02174-01 23MAR98 | 20.50 | 17.05 | 10 | 1 THIAMINE HCL INJ USP |
| 100MG/ML |  |  |  | 1ML CARPUJECT |
| 02285-05 04NOV98 | 59.04 | 30.12 | 12 | 1 METOPROLOL TARTRATE |
| INJ., USP, |  |  |  | 1MG/ML 5ML AMPUL |
| 04719-03 29APR98 | 1,613.50 | 1,053.00 | 50 | 1 DRUM-CARTRIDGE CATHE |
| TER |  |  |  |  |
| 04733-20 03NOV98 | 308.40 | 161.59 | 10 | 1 SPINAL 22G QUINCKE |
| W/O |  |  |  | W/LIDOCAINE,TETRACN, |
|  |  |  |  | INTROD |
| 04735-20 03NOV98 | 314.10 | 171.41 | 10 | 1 SPINAL 25G QUINCKE |
| NE |  |  |  | W/LIDOCAINE,TETRACAI |
|  |  |  |  | W/INTROD |
| 04769-20 03NOV98 | 454.20 | 345.60 | 10 | 1 EPIDURAL 18G CRAWFOR |
| D |  |  |  |  |
| UGS |  |  |  | ANESTHESIA TRAY W/DR |
| 04773-21 03NOV98 | 309.30 | 235.30 | 10 | 1 SPINAL 22G QUINCKE A |
| NESTHESIA |  |  |  |  |
|  |  |  |  | TRAY W/DRUGS/EPHEDRN |
| 04775-20 03NOV98 | 492.00 | 374.30 | 10 | 1 CONT EPIDURAL 18G HU |
| STEAD |  |  |  |  |
| UGS |  |  |  | ANESTHESIA TRAY W/DR |
| 04810-20 03NOV98 | 462.00 | 372.60 | 10 | 1 CONT EPID 18G HUSTEA |
| D |  |  |  |  |
| EST-DOSE |  |  |  | W/EPINEPHRINE,LIDC T |
| 04824-20 03NOV98 | 313.40 | 238.50 | 10 | 1 LUMBAR PUNCTURE TRAY |
| , ADULT, |  |  |  | 20G QUINCKE |
| 04825-20 03NOV98 | 313.40 | 238.50 | 10 | 1 LUMBAR PUNCTURE TRAY |
| , ADULT, |  |  |  | W/22G QUINCKE |
| 06138-22 19AUG98 | 283.92 | 176.64 | 24 | 1 SODIUM CHL 0.9% IRRI |
| GATION |  |  |  | USP, 250ML |
| 06139-22 19AUG98 | 274.80 | 170.88 | 24 | 1 WATER FOR IRRIGATION |
| USP, |  |  |  | 250ML - STERILE |
| 06141-22 19AUG98 | 480.24 | 298.80 | 24 | 1 PHYSIOSOL IRRIGATION |
| USP, |  |  |  | 250ML |
| 06142-36 19AUG98 | 210.78 | 131.13 | 9 | 1 GLYCINE 1.5% IRRIGAT |
| ION, |  |  |  | 1500ML |

Page 2

CA ABT005500

Confidential

ABT-DOJ0219708

| | | New | | | |
|---|---|---|---|---|---|
| 06143-22 19AUG98 RIGATION | 433.44 | 240.24 | 24 | 1 ACETIC ACID 0.25% IR | USP, 250ML |
| 06144-36 19AUG98 RIGATION, | 250.02 | 182.88 | 9 | 1 SORBITOL-MANNITOL IR | 1500ML |
| 06147-36 19AUG98 IGATION | 177.93 | 110.61 | 9 | 1 SODIUM CHL 0.45% IRR | USP, 1500ML |
| 06892-03 17MAR98 L | 1,553.04 | 275.00 | 12 | 1 LIPOSYN III 30% 500M | |
| 07076-26 30SEP98 MEQ,100ML | 434.88 | 50.40 | 24 | 1 POTASSIUM CHL INJ 30 | FLEX CONTAINER(1:1) |
| 07077-14 30SEP98 CONTNR | 434.88 | 50.40 | 24 | 1 POTASSIUM CHL INJ 20MEQ,50/100ML FLEX | (1:1) |
| 07077-26 30SEP98 MEQ,100ML | 434.88 | 50.40 | 24 | 1 POTASSIUM CHL INJ 40 | FLEX CONTAINER(1:1) |
| 07138-36 19AUG98 GATION | 176.76 | 109.88 | 9 | 1 SODIUM CHL 0.9% IRRI | USP, 1500ML |
| 07139-36 19AUG98 USP, | 171.81 | 106.74 | 9 | 1 WATER FOR IRRIGATION | 1500ML - STERILE |
| 07530-01 30APR98 IDOL INJ, | 1,030.00 | 481.20 | 10 | 1 IOPAMIDOL-250, IOPAM | USP 51%, 150ML |
| 07530-23 30APR98 IDOL INJ, | 707.50 | 321.00 | 10 | 1 IOPAMIDOL-250, IOPAM | USP 51%, 100ML |
| 07530-72 30APR98 IDOL INJ, | 1,325.00 | 635.40 | 10 | 1 IOPAMIDOL-250, IOPAM | USP 51%, 200ML |
| 08284-20 13NOV98 EPINE AND | 448.80 | 341.30 | 10 | 1 CONT EPIDURAL 17G W/ | LIDOCAINE TEST DOSE |
| 11954-48 06OCT98 , PGBK -OL | 180.00 | 180.00 | 48 | 1 LS SEC SET CNV P PIN | W/LOCKING BLUNT CANN |
| 12237-01 08OCT98 E DEVICE | 2,435.00 | 2,435.00 | 1 | 1 ABBOTT ACCLAIM ENCOR | |
| 12239-01 26AUG98 CLAVE S | 513.00 | 513.00 | 50 | 1 LS EXTENSION SET W/2 | PORTS, 2 SLIDE CLAMP |
| 12240-01 21AUG98 ANT | 406.50 | 406.50 | 50 | 1 LS 7INCH KINK RESIST | |

Page 3

Confidential

CA ABT005501

ABT-DOJ0219709

|  |  | New |  |  |  |
|---|---|---|---|---|---|
| E |  |  |  |  | EXTENSION SET W/CLAV |
| 12241-01 18NOV98 NCH | 406.50 | 406.50 | 50 | 1 | LS EXTENSION SET, 8I |
| 43056-01 16MAR98 INER /INT | 441.00 | 441.00 | 50 | 1 | W/REMOVABLE CLAVE RECEPTAL 1000 DISP L |
| 43505-02 16MAR98 T FIXTURE | 92.35 | 83.76 | 1 | 1 | NON-MECHANICAL VALVE EZE-VAC QUICK CONNEC |

Page 4

CA ABT005502

Confidential

ABT-DOJ0219710