# Exhibit 29B

| | |
|---|---|
| From: | Cicerale, Jerrie   AP |
| Sent: | Tuesday, November 24, 1998 7:39 AM |
| To: | 'FIRST DATA(E-MAIL)' |
| Subject: | ABBOTT LABORATORIES HPD PRODUCT INFORMATION |

Kathy attached are some product adds and deletes for HPD. Have a great holiday!!!

 
NEW.TXT   DELETES.TXT

Thanks,    Jerrie Cicerale
    HPD Contract Marketing
    Abbott Laboratories, Inc.

1

CA ABT005503

Confidential

ABT-DOJ0219711

| Code | Price 1 | Price 2 | Qty | Description |
|---|---|---|---|---|
| | | New | | 5MG/ML, 2ML CARPUJEC |
| T | | | | |
| 02174-01 23MAR98 | 20.50 | 17.05 | 10 | 1 THIAMINE HCL INJ USP |
| 100MG/ML | | | | |
| 02285-05 04NOV98 | 59.04 | 30.12 | 12 | 1ML CARPUJECT<br>1 METOPROLOL TARTRATE |
| INJ., USP, | | | | |
| 04719-03 29APR98 | 1,613.50 | 1,053.00 | 50 | 1MG/ML 5ML AMPUL<br>1 DRUM-CARTRIDGE CATHE |
| TER | | | | |
| 04733-20 03NOV98 | 308.40 | 161.59 | 10 | 1 SPINAL 22G QUINCKE<br>W/LIDOCAINE,TETRACN, |
| W/O | | | | |
| 04735-20 03NOV98 | 314.10 | 171.41 | 10 | INTROD<br>1 SPINAL 25G QUINCKE<br>W/LIDOCAINE,TETRACAI |
| NE | | | | |
| 04769-20 03NOV98 | 454.20 | 345.60 | 10 | W/INTROD<br>1 EPIDURAL 18G CRAWFOR |
| D | | | | |
| UGS | | | | ANESTHESIA TRAY W/DR |
| 04773-21 03NOV98 | 309.30 | 235.30 | 10 | 1 SPINAL 22G QUINCKE A |
| NESTHESIA | | | | |
| 04775-20 03NOV98 | 492.00 | 374.30 | 10 | TRAY W/DRUGS/EPHEDRN<br>1 CONT EPIDURAL 18G HU |
| STEAD | | | | |
| UGS | | | | ANESTHESIA TRAY W/DR |
| 04810-20 03NOV98 | 462.00 | 372.60 | 10 | 1 CONT EPID 18G HUSTEA |
| D | | | | |
| EST-DOSE | | | | W/EPINEPHRINE,LIDC T |
| 04824-20 03NOV98 | 313.40 | 238.50 | 10 | 1 LUMBAR PUNCTURE TRAY |
| , ADULT, | | | | |
| 04825-20 03NOV98 | 313.40 | 238.50 | 10 | 20G QUINCKE<br>1 LUMBAR PUNCTURE TRAY |
| , ADULT, | | | | |
| 06138-22 19AUG98 | 283.92 | 176.64 | 24 | W/22G QUINCKE<br>1 SODIUM CHL 0.9% IRRI |
| GATION | | | | |
| 06139-22 19AUG98 | 274.80 | 170.88 | 24 | USP, 250ML<br>1 WATER FOR IRRIGATION |
| USP, | | | | |
| 06141-22 19AUG98 | 480.24 | 298.80 | 24 | 250ML - STERILE<br>1 PHYSIOSOL IRRIGATION |
| USP, | | | | |
| 06142-36 19AUG98 | 210.78 | 131.13 | 9 | 250ML<br>1 GLYCINE 1.5% IRRIGAT |
| ION, | | | | |
| | | | | 1500ML |

Page 2

Confidential

CA ABT005504

ABT-DOJ0219712

| | | New | | | |
|---|---|---|---|---|---|
| 06143-22 19AUG98 RIGATION | 433.44 | 240.24 | 24 | 1 | ACETIC ACID 0.25% IR USP, 250ML |
| 06144-36 19AUG98 RIGATION, | 250.02 | 182.88 | 9 | 1 | SORBITOL-MANNITOL IR 1500ML |
| 06147-36 19AUG98 IGATION | 177.93 | 110.61 | 9 | 1 | SODIUM CHL 0.45% IRR USP, 1500ML |
| 06892-03 17MAR98 L | 1,553.04 | 275.00 | 12 | 1 | LIPOSYN III 30% 500M |
| 07076-26 30SEP98 MEQ,100ML | 434.88 | 50.40 | 24 | 1 | POTASSIUM CHL INJ 30 FLEX CONTAINER(1:1) |
| 07077-14 30SEP98 CONTNR | 434.88 | 50.40 | 24 | 1 | POTASSIUM CHL INJ 20MEQ,50/100ML FLEX (1:1) |
| 07077-26 30SEP98 MEQ,100ML | 434.88 | 50.40 | 24 | 1 | POTASSIUM CHL INJ 40 FLEX CONTAINER(1:1) |
| 07138-36 19AUG98 GATION | 176.76 | 109.88 | 9 | 1 | SODIUM CHL 0.9% IRRI USP, 1500ML |
| 07139-36 19AUG98 USP, | 171.81 | 106.74 | 9 | 1 | WATER FOR IRRIGATION 1500ML - STERILE |
| 07530-01 30APR98 IDOL INJ, | 1,030.00 | 481.20 | 10 | 1 | IOPAMIDOL-250, IOPAM USP 51%, 150ML |
| 07530-23 30APR98 IDOL INJ, | 707.50 | 321.00 | 10 | 1 | IOPAMIDOL-250, IOPAM USP 51%, 100ML |
| 07530-72 30APR98 IDOL INJ, | 1,325.00 | 635.40 | 10 | 1 | IOPAMIDOL-250, IOPAM USP 51%, 200ML |
| 08284-20 13NOV98 EPINE AND | 448.80 | 341.30 | 10 | 1 | CONT EPIDURAL 17G W/ LIDOCAINE TEST DOSE |
| 11954-48 06OCT98 , PGBK | 180.00 | 180.00 | 48 | 1 | LS SEC SET CNV P PIN W/LOCKING BLUNT CANN -OL |
| 12237-01 08OCT98 E DEVICE | 2,435.00 | 2,435.00 | 1 | 1 | ABBOTT ACCLAIM ENCOR |
| 12239-01 26AUG98 CLAVE | 513.00 | 513.00 | 50 | 1 | LS EXTENSION SET W/2 PORTS, 2 SLIDE CLAMP S |
| 12240-01 21AUG98 ANT | 406.50 | 406.50 | 50 | 1 | LS 7INCH KINK RESIST |

Page 3

Confidential

CA ABT005505

ABT-DOJ0219713