# Exhibit 29C

| | |
|---|---|
| **From:** | Cicerale, Jerrie    AP |
| **Sent:** | Tuesday, November 24, 1998 7:36 AM |
| **To:** | 'REDBOOK(E-MAIL)' |
| **Cc:** | Adams, Harry   APX |
| **Subject:** | REDBOOK VERIFICATION KIT |
| **Attachments:** | NEW.TXT; DELETES.TXT |

Roni -- I will not be returning your verification package because I send you adds and deletes through the entire year.  I also send you our new catalog every year for your reference.  This letter should serve as your signoff for your next printing.  Below are some adds and deletes for your next update.

 

NEW.TXT (11 KB)  DELETES.TXT (9 KB)


Thanks,     Jerrie Cicerale
      HPD Contract Marketing
      Abbott Laboratories, Inc.

1

ABT-DOJ-E 1349429

**RECEIVED NOV 25 1998 RED BOOK PRICING**

```
Author : jerrie.cicerale@abbott.com (Cicerale; Jerrie AP) at INTERNET
Date:    11/24/98  7:35 AM
Priority: Normal
Receipt Requested
TO: Roni Lane at MeMail2
CC: ADAMSH@hpd.abbott.com at INTERNET
Subject: REDBOOK VERIFICATION KIT

Roni -- I will not be returning your verification package because I send you
adds and deletes through the entire year. I also send you our new catalog
every year for your reference. This letter should serve as your signoff
for your next printing. Below are some adds and deletes for your next
update.

<<NEW.TXT>>  <<DELETES.TXT>>

Thanks,   Jerrie Cicerale
          HPD Contract Marketing
          Abbott Laboratories, Inc.

11/24/98
```



| LIST-TUC  | INTRO DATE | TRADE  | WHOLESALE | PKG | MULT | DESCRIPTION |
|-----------|------------|--------|-----------|-----|------|-------------|
| 01097-12  | 23MAR98    | 9.00   | 8.20      | 10  | 1    | CODEINE PHOSPHATE INJ USP 15MG 2ML CRPJ UBC |
| 01102-12  | 23MAR98    | 10.00  | 9.00      | 10  | 1    | CODEINE PHOSPHATE INJ USP 30MG 2ML CRPJ UBC |
| 01224-20  | 03NOV98    | 303.70 | 172.09    | 10  | 1    | SPINAL 22G QUINCKE ANESTHESIA TRAY W/DRUG W/O INTR |
| 01225-20  | 03NOV98    | 310.30 | 176.75    | 10  | 1    | SPINAL 25G QUINCKE ANESTHESIA TRAY W/DRUG W/INTROD |
| 01276-12  | 23MAR98    | 10.40  | 9.40      | 10  | 1    | FENTANYL CITRATE INJ USP 0.05MG/ML 2ML CRPJ UBC |
| 01276-15  | 26MAR98    | 17.40  | 15.70     | 10  | 1    | FENTANYL CITRATE INJ USP 0.05MG/ML 5ML CRPJ UBC |
| 01304-12  | 23MAR98    | 11.60  | 10.55     | 10  | 1    | HYDROMORPHONE HCL INJ USP 4MG/ML 1ML CRPJ UBC |
| 01312-12  | 23MAR98    | 10.40  | 9.40      | 10  | 1    | HYDROMORPHONE HCL INJ USP 2MG/ML 1ML CRPJ UBC |

**Confidential**                                                    **Red Book 00568**