# Exhibit 37

1998 DRUG TOPICS®

Next Edition: April 1999

# RED BOOK®

THE PHARMACIST'S TRUSTED COMPANION FOR MORE THAN A CENTURY




## PHARMACY'S FUNDAMENTAL REFERENCE™

- **Emergency Information**
  *Poison Centers, Antidotes, Drug Information Centers*
- **Clinical Reference Guide**
  *Interactions, Lab Values, Conversions*
- **Reimbursement Information**
  *Medicaid Prices, AIDS Programs, PBMs*
- **Business Directory**
  *Manufacturers, Wholesalers, Retailers*
- **Product Identification Guide**
  *Over 1,000 Full-Color, Actual-Size Drug Photos*
- **Complete Rx Drug Listings**
  *All Forms, Strengths, Sizes, and Suppliers of Every Drug on the Market*
- **OTCs, Herbals, Nutritionals**
  *All Forms, Strengths, Sizes, and Suppliers; Thousands of Listings*
- **Home Care Reference**
  *Test Kits, Home Infusion, Patient Handouts*




*See our catalog insert: Section V.*




SPECTRUM

Spectrum Healthcare Products, Division of Spectrum Quality Products, In

1998 DRUG TOPICS®

Next Edition: April 1999

# RED BOOK®

THE PHARMACIST'S TRUSTED COMPANION FOR MORE THAN A CENTURY



## PHARMACY'S FUNDAMENTAL REFERENCE™

- **Emergency Information**
  *Poison Centers, Antidotes, Drug Information Centers*
- **Clinical Reference Guide**
  *Interactions, Lab Values, Conversions*
- **...rsement Information**
  *...l Prices, ...grams, PBMs*
- **...ss Directory**
  *...turers, Wholesa...*
- **...t Identificati...**
  *...000 Fu... ...olor, ...Size D... ...hotos*
- **...ete Rx Drug...**
  *...ns, Strengths, ...rs of Every Dru...*
- **...Herbals, ...**
  *...ms, Strengths, Sizes, ...ppliers; Thousan...*
- **Home Care Reference**
  *Test Kits, Home Infusion, Patient Handouts*

University of Mississippi Medical Center
Rowland Medical Library (MIS/MRM)

Title: 1998 Drug topics red book
Call # QV 772 D787 1998

Due: July 12, 2004

Patron: Irene Prager
ILL # 6277342
DOC #

LOANED TO: Florida Int Univ - N Campus
3000 N E 151 Street
N Miami FL 33181

ILL Office Hours 8:00 am – 5:00 pm
Phone: 601-984-1247
srobinson@rowland.umsmed.edu
DO NOT REMOVE LABEL




See our catalog insert: Section V.




SPECTRUM®

Spectrum Healthcare Products, Division of Spectrum Quality Products, Inc.
1-800 772-8786 • Fax: (800) 525-2299 • www.spectrumchemical.com • email: sales@spectrumchemical.com

**PHARMACY'S FUNDAMENTAL REFERENCE**™

# 1998 DRUG TOPICS® RED BOOK®

DATE DUE

| | |
|---|---|
| 4-2-04 ILL | |
| 1-12-04 ILL | |

BRODART, INC. Cat. No. 23-221

**102nd YEAR OF PUBLICATION**

***DIRECTORY SERVICES GROUP***

**Vice President of Directory Services:** ................Stephen B. Greenberg
**Director of Product Management:** ..................................David P. Reiss

**Senior Associate Product Manager:**......................Thomas B. Young
**Editor, Directory Services:**..........................................David W. Sifton
**Publisher, Drug Topics:** ...............................Harold E. Cohen, R. Ph.
**Editor:**.....................................................................Valentine Cardinale
**Managing Editor:**..............................................................Judy C. Chi
**Design Director:**..........................................................A. Michael Velthaus
**Advertising Sales Manager:** ...............................................Carol Jaxel
**Account Managers:** .....................................................Chris Colatriano
Cory Coleman
Mitch Halvorsen
Frank Karkowsky
Meg Schumaker
**National Sales Manager, Trade Group:**...........................Bill Gaffney
**Promotion Manager:**....................................................Donna R. Lynn
**Director, Professional Support Services:**........Mukesh Mehta, R.Ph.
**Senior Drug Information Specialist:** ............Thomas Fleming, R.Ph.
**Drug Information Specialist:** .......Maria Deutsch, M.S., R.Ph., C.D.E.
**Vice President of Production:** .....................................David A. Pitler
**Director of Print Purchasing:**....................................Marjorie A. Duffy
**Director of Production:**...............................................Carrie Williams
**Manager of Production:**..................................................Lydia Biagioli
**Senior Production Coordinator:**.................................Amy B. Brooks
**Electronic Publishing Coordinator:**....................Joanne M. Pearson
**Senior Digital Imaging Coordinator:** .......................Shawn W. Cahill
**Digital Imaging Coordinator:**..............................Frank J. McElroy, III
**Electronic Publishing Designer:** .......................Robert K. Grossman
**Director, Database and Applications Development:**..........................................David Gottlieb
**Project Manager:** .............................................................Tim Jackson
**Programmer/Analyst:**.........................................Kenneth A. Perlman
**Manager, Electronic Publishing:**....................................John Pirone
**Electronic Publishing Analyst:**...................................John Bocchino
**Database Supervisor:** .......................................................Lola Nannas
**Data Analysts:** .............................................................Carol Flanagan
Roni Lane
Kristine Lawton
Enid Olayan
Linda Panke
Rose Sarju
**Pharmaceutical Technician:**...........................................Margo Krych

Copyright © 1998 and published by Medical Economics Company, Inc. at Montvale, NJ 07645-1742. All rights reserved. None of the content of this publication may be reproduced, stored in a retrieval system, resold, redistributed, or transmitted in any form or by any means (electronic, mechanical, photocopying, recording, or otherwise) without the prior written permission of the publisher. RED BOOK® and Drug Topics® are registered trademarks used herein under license.

**Officers of Medical Economics:**
*President and Chief Executive Officer:* Curtis B. Allen; *Vice President, Human Resources:* Pamela M. Bilash; *Vice President and Chief Information Officer:* Steven M. Bressler; *Vice President, Finance, and Chief Financial Officer:* Thomas W. Ehardt; *Vice President, New Business Planning:* Linda G. Hope; *Executive Vice President, Magazine Publishing:* Thomas F. Rice; *Senior Vice President, Operations:* John R. Ware

MEDICAL ECONOMICS COMPANY

ROWLAND MEDICAL LIBRARY
UNIVERSITY OF MISSISSIPPI
MEDICAL CENTER JACKSON, MISSISSIPPI

ISBN: 1-56363-269-1
ISSN: 1072-1142

# KEY TO Rx PRODUCT LISTINGS

## How to Find an Rx Product

The layout of *Red Book* product listings allows for easier identification of Rx products, manufacturer names, generic cross-references, HCFA Federal Upper Limit prices for Medicaid reimbursement, and repackagers of pharmaceutical products. Products are listed alphabetically by their prevailing names, as explained below. (For information on how to locate and interpret OTC and non-drug product listings, refer to section 8.)

Product quantities now appear in National Council for Prescription Drug Programs (NCPDP) standard billing units (e.g., ea, ml, gm). Please see Section 4, "Drug Reimbursement Information," for an explanation of the NCPDP standard. A conversion table can be found in Section 2, "Clinical Reference Guide."

**Trademarked Name:** Detailed product information is available under the actual brand name rather than the generic name; i.e., "Valium" product information is listed under "Valium" rather than under diazepam. However, you will find a cross-reference under Roche, the manufacturer of Valium, in the diazepam listing.

**VALIUM (Roche Prod)**
**diazepam**
TAB, PO, 10 mg,
100s ea, C-IV .................. **00140-0006-01** 108.92 **AB**

**Generic Name:** In-depth product information on generic products can be found by locating the generic product name, under which the various manufacturers, suppliers, or distributors are listed alphabetically; i.e., diazepam features several dozen generic manufacturers. Manufacturers listed under their trademarked product name feature a cross-reference to that name.

**DIAZEPAM**
**HCFA**
TAB, PO, 2 mg, 100s ea ........................................ 2.09
**(Abbott Hosp)**
INJ, IJ (AMP)
5 mg/ml,
2 ml 10s, C-IV ........................ **00074-3210-01** 86.69 **AP**
**(Roche Prod)** *See VALIUM*

Single-ingredient generic names are spelled out in full. Multi-ingredient products (two or more) are listed in the alphabetical order of their ingredients using the standard abbreviations listed on the following pages.

### Drug Class Symbols

The following descriptive symbols indicate a product's status under the Controlled Substances Act of 1970. They apply to all entries under the product name or dosage form in which they appear. Use these symbols only as a guide. Check the manufacturer's label for definitive information.

**C-II** High Potential for Abuse. Prescriptions must be written in ink or typewritten and signed by the practitioner. Verbal prescriptions must be confirmed in writing within 72 hours and may be given only in a genuine emergency. No renewals.

**C-III** Some Potential for Abuse. Prescriptions may be oral or written. Up to 5 renewals are permitted within 6 months.

**C-IV** Low Potential for Abuse. Prescriptions may be oral or written. Up to 5 renewals are permitted within 6 months.

**C-V** Subject to State and Local Regulation. Abuse potential is low; a prescription may not be required.

**Rx** Prescription only; not a controlled substance.

## How to Read the Listings

The first line of an entry features the product or generic name. HCFA Federal Upper Limit price information is provided for all applicable multi-source product categories. The **HCFA** symbol can be found immediately following the generic product name. A complete listing of Federal Upper Limit prices appears in Section 8 (Third Party/Government Information).

Manufacturers are listed alphabetically within generic listings. Repackagers of products feature the **REPACK** symbol next to their names. For trade name listings, generic cross-references appear in lower case on the following line.

A three-letter abbreviation indicates the form of the drug; i.e., CAP indicates capsules, TAB indicates tablets, etc. For a key to additional abbreviations, refer to the table on the following page.

Route of administration, product descriptive information, strength, quantity, and drug class symbol (where applicable) appear next, followed by National Drug Code (NDC) number. The Average Wholesale Price (AWP), Direct Price (DP), and the Orange Book Code (OBC) complete the entry for each product. For more information on Orange Book Codes, refer to the next page.

Drug Class Symbol — NDC (National Drug Code) — DP (Direct Price)

**PRODUCT NAME (Manuf)**
**generic cross-reference**
TAB, PO, 100 mg, 100s ea, C-V .......... **00839-7713-06** 9.79 7.25 **AB**
1000s ea, C-V .............. **00839-7713-16** 93.96 69.60 **AB**
300 mg, 100s ea, C-V ........ **00839-7714-06** 23.69 17.55 **AB**

Route of Administration — Strength — Quantity — AWP (Average Wholesale Price)

Form — OBC (Orange Book Code)

All prices are current as of the date *Red Book* went to press. However, actual prices paid by retailers may vary, and all prices are subject to change without notice. The prices shown here are based on data obtained from manufacturers, distributors, and other suppliers. While great care has been exercised in compiling this information, the publisher of *Red Book* does not warrant its accuracy. Information may be supplemented by subscribing to the monthly *Red Book UPDATE*, ReadyPrice™, Red Book for Windows™, *Red Book* database services, or by obtaining prices published in catalogs or other printed materials disseminated by manufacturers or distributors.

### ROUTE OF ADMINISTRATION ABBREVIATIONS

Route of Administration (ROA) refers to the intake or application method of a product. The following abbreviations are used to indicate the ROA:

**BC** ............Buccal
**IH** ..............Inhalation
**IJ** ...............Injection
**IP** ...............Implantation
**IR** ...............Irrigation
**MM** ............Mucous Membrane
**NS** .............Nasal
**OP** ..............Ophthalmic
**OT** ..............Otic
**PO** ..............Oral
**RC** ..............Rectal
**SL** ...............Sublingual
**TD** ...............Transdermal
**TP** ...............Topical
**UR** ..............Urethral
**VG** ..............Vaginal

PROD/MFR | NDC | AWP | DP | OBC

**ACI-JEL (Ortho-McNeil Pharm)**
**acetic acid/oxyquin/ric acid**
GEL, VG (W/APPLICATOR)
85 gm .............. 00062-5421-01 28.20

**(Cheshire)**
REPACK
GEL, VG (W/APPLICATOR)
85 gm .............. 55175-1767-01 35.46

**(Phys Total Care)**
REPACK
GEL, VG (W/APPLICATOR)
90 gm .............. 54868-0377-00 32.21

**ACIDOPHILUS LACTOBACILLUS (Meridian Chemical)**
POW, 500 gm .......... 62991-2001-01 77.00
1000 gm .......... 62991-2001-02 118.80
2500 gm .......... 62991-2001-03 267.30

**ACIDULATED PHOSPHATE FLUORIDE (Morton Grove)**
**sodium fluoride**
SOL, PO (A.F.,S.F.,CHERRY-BANANA)
1 mg/5 ml, 500 ml.... 60432-0114-17 8.31

**ACITRETIN**
**(Roche Labs)** *See SORIATANE*

**ACLOVATE (Glaxo Derm)**
**alclometasone dipropionate**
SEE SECTION 7 FOR COLOR PHOTO
CRE, TP, 0.05%, 15 gm .... 00173-0401-00 12.95
45 gm .......... 00173-0401-01 26.98
60 gm .......... 00173-0401-06 34.16
OIN, TP, 0.05%, 15 gm .... 00173-0402-00 12.95
45 gm .......... 00173-0402-01 26.98
60 gm .......... 00173-0402-06 34.16

**(Allscrips)**
REPACK
CRE, TP, 0.05%, 15 gm .... 54569-2347-00 11.20
45 gm .......... 54569-2974-00 23.34
OIN, TP, 0.05%, 15 gm .... 54569-2542-00 11.77

**(Cheshire)**
REPACK
CRE, TP, 0.05%, 15 gm .... 55175-1482-05 18.73

**(Compumed)**
REPACK
CRE, TP, 0.05%, 15 gm .... 00403-3895-18 12.00

**(Phys Total Care)**
REPACK
CRE, TP, 0.05%, 15 gm .... 54868-0975-01 14.45
OIN, TP, 0.05%, 15 gm .... 54868-3336-00 13.16

**ACNIGEL (Ampharco)**
**benzoyl peroxide**
GEL, TP, 10%, 85.050 gm . 59015-0100-01 11.00

**ACONITE (Amend)**
TIN, (N.F., FLUID EXTRACT)
120 ml .............. 17317-0006-04 12.60
500 ml .............. 17317-0006-01 25.20

**ACRIFLAVINE (A-A Spectrum)**
SEE SECTION 6 FOR MFG CATALOG
POW, (NEUTRAL)
[illegible]

**ACRIFLAVINE HYDROCHLORIDE (A-A Spectrum)**
SEE SECTION 6 FOR MFG CATALOG
[illegible]

**(Amend)**
POW, (C.P.)
25 gm .............. 17317-0807-02 30.10
100 gm .............. 17317-0807-03 98.00

**ACRIFLAVINE NEUTRAL (Amend)**
**acriflavine**
POW, (C.P.)
25 gm .............. 17137-0008-02 25.20
100 gm .............. 17137-0008-03 84.00

**ACRIVASTINE/PSEUDOEPH**
**(Medeva)** *See SEMPREX-D*

**ACRYLAMIDE (Baker, J.T.)**
POW, (ULTRAPURE, BIOREAGENT)
100 gm .............. 10106-4081-00 32.95
500 gm .............. 10106-4081-01 107.95
2500 gm .............. 10106-4081-05 429.55
12000 gm .............. 10106-4081-07 1551.25

**ACTHAR GEL, H.P. (RPR)**
**corticotropin, repository**
INJ, IJ (VIAL)
80 u/ml, 5 ml ........ 00075-1350-01 47.98 BC

**(Allscrips)**
REPACK
INJ, IJ (VIAL)
40 u/ml, 5 ml ........ 54569-2332-00 14.79 BC
80 u/ml, 5 ml ........ 54569-3881-00 46.13 BC

**ACTHIB (Pasteur Merieux Conn)**
**diphtheria/haem b/pertussis/tetanus**
KIT, IJ (10 DOSE PKG,TAX INCL)
ea .................. 49281-0549-10 292.81 240.25

**(Pasteur Merieux Conn)**
**haemophilus b conjugate vaccine**
PDI, IJ (SDV W/DILUENT,TAX INCL)
5s ea .............. 49281-0545-05 98.00 79.15

**ACTHREL (Ferring)**
**corticorelin ovine triflutate**
PDI, IJ (S.D.V.)
0.1 mg, ea .......... 55566-0302-01 372.50

**ACTIBINE (Consolidated Midland)**
**yohimbine hydrochloride**
TAB, PO, 5 mg, 100s ea ... 00223-2391-01 27.50
1000s ea .......... 00223-2391-02 250.00

**ACTIFED W/CODEINE (Allscrips)**
REPACK
**codeine/pseudoeph/triprolidine**
SYR, PO
10 mg-30 mg-1.25 mg/5 ml,
480 ml, C-V ........ 54569-1317-00 47.92 AA

**ACTIGALL (Novartis Pharm.)**
**ursodiol**
CAP, PO, 300 mg, 100s ea . 57267-0153-30 251.94

**ACTIMMUNE (Genentech)**
**interferon gamma-1b**
INJ, IJ (VIAL)
3 million u/0.5 ml,
0.500 ml .......... 50242-0052-14 140.00
0.500 ml 12s ...... 50242-0052-23 1526.00

**ACTIS (VIVUS)**
**device**
DEV, ea .............. 62541-0210-01 11.25
6s ea .............. 62541-0210-06 67.50

**ACTISITE (P&G Company)**
**tetracycline hydrochloride**
IMP, IP (PERIODONTAL FIBER)
12.7 mg, 10s ea ...... 17314-4800-01 262.80 219.00

**ACTIVASE (Genentech)**
**alteplase, recombinant**
PDI, IJ (W/DILUENT)
50 mg, ea .......... 50242-0044-13 1375.00
100 mg, ea .......... 50242-0085-27 2750.00

**ACULAR (Allergan Inc)**
**ketorolac tromethamine**
SOL, OP, 0.5%, 3 ml ...... 00023-2181-03 22.08
5 ml .............. 00023-2181-05 37.09
10 ml .............. 00023-2181-10 67.04

**(Allscrips)**
REPACK
SOL, OP, 0.5%, 5 ml ...... 54569-4083-00 37.09

**(Cheshire)**
REPACK
SOL, OP, 0.5%, 5 ml ...... 55175-1208-05 44.18

**(Compumed)**
REPACK
SOL, OP, 0.5%, 5 ml ...... 00403-4635-18 27.70

**(Phys Total Care)**
REPACK
SOL, OP, 0.5%, 3 ml ...... 54868-3950-00 23.65

**ACULAR PF (Allergan Inc)**
**ketorolac tromethamine**
SOL, OP (P.F.)
0.5%, 0.400 ml 12s ... 00023-9055-04 30.00

**ACYCLOVIR (Allscrips)**
CAP, PO, 200 mg, 25s ea .. 54569-4482-00 25.89 EE
50s ea .......... 54569-4482-01 51.78 EE

**(Alpharma USPD)**
SUS, PO, 200 mg/5 ml,
480 ml .............. 00472-0082-16 83.26 AB

**(Apothecon)**
CAP, PO, 200 mg, 100s ea . 59772-4168-02 98.75 83.16 EE
TAB, PO, 400 mg, 100s ea . 59772-4165-02 189.61 159.67 EE
800 mg, 100s ea ..... 59772-4166-02 368.70 310.48 EE

**(Cheshire)**
CAP, PO, 200 mg, 25s ea .. 55175-5400-02 14.29 EE

*Electronic Drug Pricing and Clinical Information*
**RED BOOK**™
Database Services - (800) 722-3062

**(ESI Lederle Generics)**
CAP, PO, 200 mg, 100s ea . 59911-5831-03 97.70 AB
TAB, PO, 400 mg, 100s ea . 59911-3163-04 189.61 AB
800 mg, 100s ea ..... 59911-3164-04 368.70 AB

**(GSMS)**
TAB, PO (UNIT OF USE)
400 mg, 60s ea ...... 60429-0712-60 114.20 AB
180s ea .......... 60429-0712-18 341.84 AB
800 mg, 50s ea ...... 60429-0713-50 184.93 AB

**(Glaxo Wellcome)** *See ZOVIRAX*

**(Martec)**
CAP, PO, 200 mg, 100s ea . 52555-0682-01 99.00 AB

**(Meridian Chemical)**
POW, (U.S.P.)
25 gm .............. 62991-1004-01 110.00
100 gm .............. 62991-1004-02 330.00

**(Mova)**
CAP, PO, 200 mg, 100s ea . 55370-0557-07 92.25 AB
1000s ea .......... 55370-0557-09 904.05 AB
TAB, PO, 400 mg, 100s ea . 55370-0555-07 179.05 AB
1000s ea .......... 55370-0555-09 1754.69 AB
800 mg, 100s ea ..... 55370-0556-07 348.20 AB
500s ea .......... 55370-0556-08 1706.18 AB

**(Mylan)**
CAP, PO, 200 mg, 100s ea . 00378-2200-01 97.69 AB
500s ea .......... 00378-2200-05 478.68 AB
TAB, PO, 400 mg, 100s ea . 00378-1464-01 189.60 AB
800 mg, 100s ea ..... 00378-1468-01 368.68 AB

**novopharm** USA
1-800-426-0769
ACYCLOVIR CAPSULES & TABLETS
Compare to ZOVIRAX®

**(Novopharm)**
CAP, PO, 200 mg, 100s ea . 55953-0940-40 97.20 AB
500s ea .......... 55953-0940-70 461.70 AB
TAB, PO, 400 mg, 100s ea . 55953-0943-40 188.60 AB
500s ea .......... 55953-0943-70 895.85 AB
800 mg, 100s ea ..... 55953-0947-40 366.65 AB
500s ea .......... 55953-0947-70 1741.59 AB

**(PD-RX Pharm)**
CAP, PO, 200 mg, 10s ea .. 55289-0273-10 7.36 EE
25s ea .......... 55289-0273-25 16.08 EE
35s ea .......... 55289-0273-35 20.79 EE
50s ea .......... 55289-0273-50 27.85 EE
TAB, PO, 400 mg, 12s ea .. 55289-0274-12 23.79 EE
15s ea .......... 55289-0274-15 29.08 EE

**(Par)**
CAP, PO, 200 mg, 100s ea . 49884-0460-01 97.70 AB
500s ea .......... 49884-0460-05 488.50 AB
1000s ea .......... 49884-0460-10 977.00 AB
TAB, PO, 400 mg, 100s ea . 49884-0487-01 189.61 AB
500s ea .......... 49884-0487-05 948.05 AB
1000s ea .......... 49884-0487-10 1896.10 AB
800 mg, 100s ea ..... 49884-0474-01 368.70 AB
500s ea .......... 49884-0474-05 1843.50 AB
1000s ea .......... 49884-0474-10 3687.00 AB

Recommend SENOKOT® Laxatives When the Rx May Constipate
PURDUE FREDERICK

PROD/MFR NDC AWP DP OBC

**(Purepac)**
CAP, PO, 200 mg, 100s ea . **00228-2605-11** 97.70 AB
500s ea . . . . . . . . . . . **00228-2605-50** 464.08 AB
TAB, PO, 400 mg, 100s ea . **00228-2606-11** 189.61 AB
500s ea . . . . . . . . . . . **00228-2606-50** 900.60 AB
800 mg, 100s ea . . . . . **00228-2607-11** 368.65 AB
500s ea . . . . . . . . . . . **00228-2607-50** 1751.09 AB

**(Quality Care)**
CAP, PO, 200 mg, 25s ea . . **62682-1021-02** 12.90 EE

**(Roxane)**
CAP, PO, 200 mg, 100s ea . **00054-2080-25** 97.70 AB
(10X10)
200 mg, 100s ea UD . . **00054-8080-25** 111.29 AB

**(Schein)**
CAP, PO, 200 mg, 100s ea . **00364-2692-01** 97.70 AB
TAB, PO, 400 mg, 100s ea . **00364-2689-01** 189.60 AB
500s ea . . . . . . . . . . . **00364-2689-05** 900.60 AB
800 mg, 100s ea . . . . . **00364-2690-01** 368.65 AB

**(Teva)**
CAP, PO, 200 mg, 100s ea . **00093-0044-01** 97.70 AB

**(UDL)**
CAP, PO (10X10)
200 mg, 100s ea UD . . **51079-0878-20** 99.15 79.32 AB
TAB, PO, 400 mg,
100s ea UD . . . . . . . . **51079-0877-20** 194.40 155.52 AB
800 mg, 100s ea UD . . **51079-0878-20** 355.10 284.10 AB

**(Warner Chilcott Gen)**
CAP, PO, 200 mg, 100s ea . **00047-0446-24** 97.70 AB

**(Zenith Goldline)**
CAP, PO, 200 mg, 100s ea . **00172-4266-60** 95.53 AB
500s ea . . . . . . . . . . . **00172-4266-70** 453.78 AB
1000s ea . . . . . . . . . . **00172-4266-80** 862.18 AB
TAB, PO, 400 mg, 100s ea . **00172-4267-60** 185.40 AB
500s ea . . . . . . . . . . . **00172-4267-70** 880.64 AB
1000s ea . . . . . . . . . . **00172-4267-80** 1673.22 AB
800 mg, 100s ea . . . . . **00172-4268-60** 360.51 AB
500s ea . . . . . . . . . . . **00172-4268-70** 1712.42 AB

**ACYCLOVIR SODIUM (Abbott Hosp)**
PDI, IJ (VIAL)
500 mg, 10s ea . . . . . . **00074-1990-10** 443.89 373.80 AP
(VIAL, FLIPTOP)
500 mg, 10s ea . . . . . . **00074-4427-01** 950.00 800.00 AP
(VIAL)
1000 mg, 10s ea . . . . . **00074-1995-20** 887.67 747.51 AP
(VIAL, FLIPTOP)
1000 mg, 10s ea . . . . . **00074-4452-01** 1900.00 1600.00 AP

**(Bedford)**
PDI, IJ (S.D.V.)
500 mg, 10s ea . . . . . . **55390-0612-10** 528.00 AP
1000 mg, 10s ea . . . . . **55390-0613-20** 1056.00 AP

**(Fujisawa)**
PDI, IJ (VIAL)
500 mg, 10s ea . . . . . . **63323-0105-10** 565.10 EE
1000 mg, 10s ea . . . . . **63323-0110-20** 1130.50 AP

**(Gensia)**
PDI, IJ (VIAL)
500 mg, 10s ea . . . . **00703-8104-03** 441.87 AP
1000 mg, 10s ea . . . **00703-8105-03** 883.75 AP

**(Glaxo Wellcome)** *See ZOVIRAX*

**(Purepac)**
INJ, IJ (VIAL)
25 mg/ml,
20 ml 10s . . . . . . . . . . **61703-0311-21** 490.04
40 ml 10s . . . . . . . . . . **61703-0311-43** 954.00

**ADAGEN (Enzon)**
**pegademase bovine**
INJ, IJ (VIAL)
250 u/ml, 1,500 ml . . . **57665-0001-01** 2200.00

**ADALAT (Bayer Pharm)**
**nifedipine**
**SEE SECTION 7 FOR COLOR PHOTO**
CAP, PO, 10 mg, 100s ea . . **00026-8811-51** 50.16 AB
100s ea UD . . . . . . . . **00026-8811-48** 55.89 AB
300s ea . . . . . . . . . . . **00026-8811-18** 147.42 AB
20 mg, 100s ea . . . . . . **00026-8821-51** 90.27 AB
100s ea UD . . . . . . . . **00026-8821-48** 100.60 AB
300s ea . . . . . . . . . . . **00026-8821-18** 265.40 AB

**ADALAT CC (Bayer Pharm)**
**nifedipine**
**SEE SECTION 7 FOR COLOR PHOTO**
TER, PO, 30 mg, 100s ea . . **00026-8841-51** 95.51 BC
100s ea UD . . . . . . . . **00026-8841-48** 100.28 BC
1000s ea . . . . . . . . . . **00026-8841-54** 940.77 BC
5000s ea . . . . . . . . . . **00026-8841-72** 4703.83 BC
60 mg, 100s ea . . . . . . **00026-8851-51** 163.66 BC
100s ea UD . . . . . . . . **00026-8851-48** 171.64 BC
1000s ea . . . . . . . . . . **00026-8851-54** 1612.03 BC
5000s ea . . . . . . . . . . **00026-8851-72** 8060.22 BC
90 mg, 100s ea . . . . . . **00026-8861-51** 198.55 BC
100s ea UD . . . . . . . . **00026-8861-48** 208.49 BC

**(Allscrips)**
REPACK
TER, PO, 30 mg, 30s ea . . . **54569-3891-00** 30.08 BC
60 mg, 30s ea . . . . . . . . **54569-3892-00** 51.55 BC
90 mg, 30s ea . . . . . . . . **54569-3893-00** 62.55 BC

**(Cheshire)**
REPACK
TER, PO, 30 mg, 30s ea . . . **55175-5085-03** 37.13 BC
60 mg, 30s ea . . . . . . . . **55175-5086-03** 51.71 BC

**(Phys Total Care)**
REPACK
TER, PO, 30 mg, 30s ea . . . **54868-2868-01** 38.01 BC
60s ea . . . . . . . . . . . . **54868-2868-00** 74.69 BC
100s ea . . . . . . . . . . . **54868-2868-02** 116.13 BC
60 mg, 30s ea . . . . . . . **54868-2869-03** 64.18 BC
60s ea . . . . . . . . . . . . **54868-2869-00** 127.03 BC
100s ea . . . . . . . . . . . **54868-2869-01** 199.19 BC
90 mg, 30s ea . . . . . . . . **54868-2870-00** 75.00 BC

**ADAPALENE**
**(Galderma)** *See DIFFERIN*

**ADAPIN (Lotus Biochemical)**
**doxepin hydrochloride**
CAP, PO, 10 mg, 100s ea . . **59417-0301-71** 28.31 23.60 AB
25 mg, 100s ea . . . . . . **59417-0302-71** 36.52 30.44 AB
50 mg, 100s ea . . . . . . **59417-0303-71** 51.42 42.85 AB

**ADBEON (Forest Pharm)**
**betamethasone sodium phosphate**
INJ, IJ, 3 mg/ml, 5 ml . . . . **00785-9860-05** 16.50 EE

**ADC INFANT W/FLUORIDE (R.I.D.)**
**sod fl/vit a/vit c/vit d**
LIQ, PO (DROPS, A.F.)
0.25 mg/ml, 50 ml . . . . **54807-0851-50** 9.50
(DROPS,A.F.)
0.5 mg/ml, 50 ml . . . . . **54807-0850-50** 10.00

**ADDERALL (Shire Richwood)**
**amphetamine & dextroamphetamine mixture**
TAB, PO, 5 mg,
100s ea, C-II . . . . . . . **58521-0031-01** 31.25
10 mg,
100s ea, C-II . . . . . . . **58521-0032-01** 55.08
20 mg,
100s ea, C-II . . . . . . . **58521-0033-01** 94.38
30 mg,
100s ea, C-II . . . . . . . **58521-0034-01** 123.13

**(Phys Total Care)**
REPACK
TAB, PO, 10 mg,
100s ea, C-II . . . . . . . **54868-3674-00** 61.59

**ADEFLOR M (Kenwood)**
**sod fl/vit, multi**
CTB, PO, 1 mg, 100s ea . . . **00482-0115-01** 28.02

**ADENO-JEC (Hauser,A.F.)**
**adenosine phosphate**
INJ, IJ (M.D.V.)
25 mg/ml, 10 ml . . . . . **52637-0690-10** 4.98

**ADENOCARD (Fujisawa)**
**adenosine**
INJ, IJ (S.D.V.,P.F.)
3 mg/ml, 2 ml . . . . . . . . **00469-0872-02** 28.80
(SRN,LUER-TIP,P.F.)
3 mg/ml, 2 ml . . . . . . . . **00469-7234-12** 32.37
5 ml . . . . . . . . . . . . . . . **00469-7234-14** 63.42

**(Allscrips)**
REPACK
INJ, IJ (S.D.V.)
3 mg/ml, 2 ml . . . . . . . . **54569-3745-00** 28.80

**(Compumed)**
REPACK
INJ, IJ, 3 mg/ml, 2 ml . . . . . **00403-4653-10** 27.85

**ADENOSCAN (Fujisawa)**
**adenosine**
INJ, IJ (S.D.V.,P.F.)
3 mg/ml, 20 ml . . . . . . . **00469-0871-20** 155.00
30 ml . . . . . . . . . . . . . . **00469-0871-30** 223.75

**ADENOSINE (A-A Spectrum)**
**SEE SECTION 6 FOR MFG CATALOG**
POW, 5 gm . . . . . . . . . . **49452-0130-01** [illegible]
25 gm . . . . . . . . . . . . . **49452-0130-02** 43.60
100 gm . . . . . . . . . . . . **49452-0130-03** [illegible]

**(Fujisawa)** *See ADENOCARD*

**(Fujisawa)** *See ADENOSCAN*

**ADENOSINE PHOSPHATE (Consolidated Midland)**
INJ, IJ (VIAL)
25 mg/ml, 10 ml . . . . . **00223-7717-10** 11.95

**(Hauser,A.F.)** *See ADENO-JEC*

**(Legere)** *See MY-O-DEN*

**(McGuff)**
INJ, IJ (M.D.V.)
25 mg/ml, 10 ml . . . . . **49072-0011-10** 7.19

**(Merit)**
INJ, IJ, 25 mg/ml, 10 ml . . . **30727-0382-70** 17.85

**(Steris)**
INJ, IJ (VIAL)
25 mg/ml, 10 ml . . . . . **00402-0887-10** 9.35

**ADENOSINE-5-MONOPHOSPHATE (Medisca)**
**adenosine phosphate**
POW, 5 gm . . . . . . . . . . . . **38779-0556-15** 18.00
25 gm . . . . . . . . . . . . . . **38779-0556-25** 42.30
100 gm . . . . . . . . . . . . . **38779-0556-10** 152.10

**(Meridian Chemical)**
POW, 10 gm . . . . . . . . . . . **62991-1170-01** 30.00
25 gm . . . . . . . . . . . . . . **62991-1170-02** 60.00
100 gm . . . . . . . . . . . . . **62991-1170-03** 185.00

**ADENOSINE-5-TRIPHOSPHATE DISODIUM (A-A Spectrum)**
**adenosine triphosphate**
**SEE SECTION 6 FOR MFG CATALOG**
CRY, 5 gm . . . . . . . . . . . **49452-0145-01** 14.50
25 gm . . . . . . . . . . . . . . **49452-0145-02** [illegible]
100 gm . . . . . . . . . . . . . **49452-0145-03** 172.20

**ADEXOL (Dayton)**
**dexbromphen/gg/pseudoeph sulf**
LIQ, PO (A.F., D.F., S.F.)
1 mg-200 mg-30 mg/5 ml,
120 ml . . . . . . . . . . . . **52041-0047-33** 7.00

**ADEXOL-DM (Dayton)**
**dexbromphen/dm/gg/pseudoeph sulf**
LIQ, PO (A.F., D.F., S.F.)
120 ml . . . . . . . . . . . . . **52041-0048-33** 7.00

**ADIPEX-P (Gate)**
**phentermine hydrochloride**
**SEE SECTION 7 FOR COLOR PHOTO**
CAP, PO, 37.5 mg,
100s ea, C-IV . . . . . . **57844-0019-01** 110.70 AA
TAB, PO, 37.5 mg,
100s ea, C-IV . . . . . . **57844-0009-01** 108.75 AA
400s ea, C-IV . . . . . . **57844-0009-26** 413.36 AA
1000s ea, C-IV . . . . . **57844-0009-10** 889.95 AA

**(Allscrips)**
REPACK
TAB, PO, 37.5 mg,
7s ea, C-IV . . . . . . . . . **54569-1718-02** 7.61 AA
14s ea, C-IV . . . . . . . . **54569-1718-01** 15.23 AA
30s ea, C-IV . . . . . . . . **54569-1718-00** 32.63 AA

**(Compumed)**
REPACK
TAB, PO, 37.5 mg,
7s ea, C-IV . . . . . . . . . **00403-0001-07** 5.75 AA
14s ea, C-IV . . . . . . . . **00403-0001-14** 10.20 AA
28s ea, C-IV . . . . . . . . **00403-0001-28** 18.50 AA

**(Phys Total Care)**
REPACK
TAB, PO, 37.5 mg,
30s ea, C-IV . . . . . . . . **54868-0479-01** 38.61 AA

**(Quality Care)**
REPACK
TAB, PO, 37.5 mg,
7s ea, C-IV . . . . . . . . . **60346-0344-07** 18.19 AA
14s ea, C-IV . . . . . . . . **60346-0344-14** 27.60 AA

**ADIPIC ACID (A-A Spectrum)**
**SEE SECTION 6 FOR MFG CATALOG**
POW (F.C.C.)
25 gm . . . . . . . . . . . . . . **49452-0150-03** 7.50
500 gm . . . . . . . . . . . . . **49452-0150-01** 29.80
3000 gm . . . . . . . . . . . . **49452-0150-02** 57.50

**ADIPOST (Jones Medical)**
**phendimetrazine tartrate**
CER, PO, 105 mg,
100s ea, C-III . . . . . . **52604-0470-01** 79.98 EE

**(Compumed)**
REPACK
CER, PO, 105 mg,
14s ea, C-III . . . . . . . **00403-0003-14** 7.00 EE

RED BOOK™ Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll-free: **(800) 722-3062**


| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **AK-TRACIN (Akorn)** | | | | |
| **bacitracin** | | | | |
| OIN, OP, 500 u/gm, | | | | |
| 3.500 gm | 17478-0233-35 | 4.55 | | AT |
| **AK-TROL (Akorn)** | | | | |
| **dexameth/neo sulf/polymyx** | | | | |
| OIN, OP, 1 mg-3.5 mg-10,000 u/gm, | | | | |
| 3.500 gm | 17478-0240-35 | 8.20 | | AT |
| SUS, OP, 1 mg-3.5 mg-10,000 u/ml, | | | | |
| 5 ml | 17478-0239-10 | 9.00 | | AT |
| **(Phys Total Care)** | | | | |
| REPACK | | | | |
| OIN, OP, 1 mg-3.5 mg-10,000 u/gm, | | | | |
| 4 gm | 54868-2943-00 | 6.11 | | EE |
| **AKARPINE (Akorn)** | | | | |
| **pilocarpine hydrochloride** | | | | |
| SOL, OP, 1%, 15 ml | 17478-0223-12 | 6.56 | | |
| 2%, 15 ml | 17478-0224-12 | 6.56 | | |
| 4%, 15 ml | 17478-0226-12 | 8.16 | | |
| **AKBETA (Akorn)** | | | | |
| **levobunolol hydrochloride** | | | | |
| SOL, OP, 0.25%, 5 ml | 17478-0286-10 | 13.37 | | AT |
| 10 ml | 17478-0286-11 | 26.60 | | AT |
| 0.5%, 5 ml | 17478-0287-10 | 16.80 | | AT |
| 10 ml | 17478-0287-11 | 31.50 | | AT |
| 15 ml | 17478-0287-12 | 46.20 | | AT |
| **AKINETON (Phys Total Care)** | | | | |
| REPACK | | | | |
| **biperiden hydrochloride** | | | | |
| TAB, PO, 2 mg, 100s ea | 54868-2432-00 | 21.05 | | |
| **AKINETON HCL (Knoll Labs)** | | | | |
| **biperiden hydrochloride** | | | | |
| **SEE SECTION 7 FOR COLOR PHOTO** | | | | |
| TAB, PO, 2 mg, 100s ea | 00044-0120-02 | 29.76 | 24.80 | |
| 1000s ea | 00044-0120-04 | 220.23 | 183.52 | |
| **AKNE-MYCIN (Hermal)** | | | | |
| **erythromycin** | | | | |
| OIN, TP, 2%, 25 gm | 48017-3501-01 | 19.94 | | |
| SOL, TP, 2%, 60 ml | 48017-9211-05 | 4.93 | | AT |
| **AKPRO (Akorn)** | | | | |
| **dipivefrin hydrochloride** | | | | |
| SOL, OP, 0.1%, 5 ml | 17478-0295-10 | 13.28 | | AT |
| 10 ml | 17478-0295-11 | 24.00 | | AT |
| 15 ml | 17478-0295-12 | 35.28 | | AT |
| **AKTOB (Akorn)** | | | | |
| **tobramycin** | | | | |
| SOL, OP, 0.3%, 5 ml | 17478-0290-10 | 14.25 | | AT |
| **ALA-CORT (Del-Ray)** | | | | |
| **hydrocortisone** | | | | |
| CRE, TP, 1%, 30 gm | 00316-0126-01 | 6.71 | | AT |
| 90 gm | 00316-0126-03 | 11.18 | | AT |
| LOT, TP, 1%, 120 ml | 00316-0131-04 | 13.88 | | AT |
| **ALA-QUIN (Del-Ray)** | | | | |
| **clioquinol/hc** | | | | |
| CRE, TP, 3%-0.5%, 30 gm | 00316-0123-01 | 7.05 | | |
| **ALA-SCALP HP (Del-Ray)** | | | | |
| **hydrocortisone** | | | | |
| LOT, TP, 2%, 30 ml | 00316-0140-01 | 7.71 | | |
| **ALA-TET (Del-Ray)** | | | | |
| **tetracycline hydrochloride** | | | | |
| CAP, PO, 250 mg, 100s ea | 00316-0142-01 | 14.60 | | EE |
| **ALAGESIC (Poly)** | | | | |
| **apap/butal/caff** | | | | |
| CAP, PO, 325 mg-50 mg-40 mg, | | | | |
| 100s ea | 50991-0302-01 | 29.16 | | EE |
| **L-ALANINE (A-A Spectrum)** | | | | |
| **alanine** | | | | |
| **SEE SECTION 6 FOR MFG CATALOG** | | | | |
| POW, (U.S.P.) | | | | |
| 100 gm | 49452-0212-02 | 29.50 | | |
| 1000 gm | 49452-0212-03 | 195.00 | | |
| **BETA ALANINE (Amend)** | | | | |
| **alanine** | | | | |
| POW, (C.P.) | | | | |
| 200 gm | 17317-0809-05 | 25.00 | | |
| 1000 gm | 17317-0809-06 | 60.00 | | |
| **DL-ALANINE (Amend)** | | | | |
| **alanine** | | | | |
| POW, (C.P.) | | | | |
| 100 gm | 17317-0723-03 | 18.20 | | |
| 1000 gm | 17317-0723-06 | 75.60 | | |
| **L-ALANINE (Amend)** | | | | |
| **alanine** | | | | |
| POW, (C.P.) | | | | |
| 25 gm | 17317-1856-02 | 16.80 | | |
| 100 gm | 17317-1856-03 | 49.00 | | |
| **ALATROFLOXACIN MESYLATE** | | | | |
| **(Pfizer U.S.P.G.)** *See TROVAN IV* | | | | |
| **ALBA PROTOPET (Amend)** | | | | |
| **petrolatum** | | | | |
| POW, (U.S.P.) | | | | |
| 454 gm | 17317-1048-01 | 4.20 | | |
| 3178 gm | 17317-1048-06 | 18.20 | | |
| 16344 gm | 17317-1048-08 | 75.60 | | |
| **ALBALON (Allergan Inc)** | | | | |
| **naphazoline hydrochloride** | | | | |
| SOL, OP, 0.1%, 15 ml | 11980-0154-15 | 16.41 | | AT |
| **(Allscrips)** | | | | |
| REPACK | | | | |
| SOL, OP, 0.1%, 15 ml | 54569-1176-00 | 16.41 | | AT |
| **ALBAMYCIN (Pharmacia/Upjohn)** | | | | |
| **novobiocin sodium** | | | | |
| CAP, PO, 250 mg, 100s ea | 00009-0101-02 | 225.80 | 180.64 | |
| **ALBENDAZOLE (Medisca)** | | | | |
| POW, 25 gm | 38779-0772-25 | 35.15 | | |
| 100 gm | 38779-0772-10 | 119.70 | | |
| 500 gm | 38779-0772-50 | 538.00 | | |
| **(SK Beecham Pharm)** *See ALBENZA* | | | | |
| **ALBENZA (SK Beecham Pharm)** | | | | |
| **albendazole** | | | | |
| TAB, PO, 200 mg, 112s ea | 00007-5500-40 | 101.80 | | |
| **ALBUMARC (Amer Red Cross)** | | | | |
| **albumin, human** | | | | |
| INJ, IJ, 5%, 250 ml | 52769-0450-25 | 65.00 | | |
| 500 ml | 52769-0450-50 | 130.00 | | |
| 25%, 50 ml | 52769-0451-05 | 65.00 | | |
| 100 ml | 52769-0451-10 | 130.00 | | |
| **ALBUMIN BOVINE FRACTION V (A-A Spectrum)** | | | | |
| **albumin bovine** | | | | |
| **SEE SECTION 6 FOR MFG CATALOG** | | | | |
| POW, (LYOPHILIZED) | | | | |
| 10 gm | 49452-0223-01 | 29.50 | | |
| 100 gm | 49452-0223-02 | 124.75 | | |
| **ALBUMIN EGG SPRAY (Amend)** | | | | |
| **albumin, egg** | | | | |
| PDW, (DRIED) | | | | |
| 120 gm | 17317-0724-04 | 12.00 | | |
| 454 gm | 17317-0724-01 | 35.00 | | |
| **ALBUMIN, EGG (A-A Spectrum)** | | | | |
| **SEE SECTION 6 FOR MFG CATALOG** | | | | |
| PDW, 100 gm | 49452-0220-01 | 11.05 | | |
| 500 gm | 49452-0220-02 | 33.80 | | |
| **ALBUMIN, HUMAN** | | | | |
| **(Alpha Therapeutic)** *See ALBUTEIN* | | | | |
| **(Amer Red Cross)** *See ALBUMARC* | | | | |
| **(Amer Red Cross)** | | | | |
| INJ, IJ, 25%, 50 ml | 52769-0251-05 | 65.00 | | |
| 100 ml | 52769-0251-10 | 130.00 | | |
| **(Baxter Biotech)** *See BUMINATE* | | | | |
| **(Bayer Pharm)** *See PLASBUMIN-25* | | | | |
| **(Bayer Pharm)** *See PLASBUMIN-5* | | | | |
| **(Centeon)** *See ALBUMINAR-25* | | | | |
| **(Centeon)** *See ALBUMINAR-5* | | | | |
| **(Immuno-U.S.)** | | | | |
| INJ, IJ, 5%, 50 ml | 54129-0218-05 | 32.00 | | |
| (W/ADMIN. SET) | | | | |
| 5%, 250 ml | 54129-0218-25 | 75.00 | | |
| 25%, 20 ml | 54129-0228-02 | 32.00 | | |
| (W/ADMIN. SET) | | | | |
| 25%, 50 ml | 54129-0228-05 | 75.00 | | |
| 100 ml | 54129-0228-10 | 150.00 | | |
| **(Mallinckrodt Med)** *See ALBUNEX* | | | | |
| **ALBUMINAR-25 (Centeon)** | | | | |
| **albumin, human** | | | | |
| INJ, IJ, 25%, 20 ml | 00053-7680-01 | 40.00 | | |
| (W/ADMIN. SET) | | | | |
| 25%, 50 ml | 00053-7680-02 | 90.00 | | |
| 100 ml | 00053-7680-03 | 180.00 | | |
| **ALBUMINAR-5 (Centeon)** | | | | |
| **albumin, human** | | | | |
| INJ, IJ, 5%, 50 ml | 00053-7670-06 | 40.00 | | |
| 250 ml | 00053-7670-01 | 90.00 | | |
| 500 ml | 00053-7670-02 | 180.00 | | |
| 1000 ml | 00053-7670-03 | 360.00 | | |
| **ALBUNEX (Mallinckrodt Med)** | | | | |
| **albumin, human** | | | | |
| INJ, IJ (SONICATED) | | | | |
| 5%, 10 ml | 00019-2703-10 | 83.00 | | |
| 20 ml | 00019-2703-20 | 150.00 | | |
| **ALBUTEIN (Alpha Therapeutic)** | | | | |
| **albumin, human** | | | | |
| INJ, IJ, 5%, 250 ml | 49669-5211-01 | 90.00 | | |
| 500 ml | 49669-5211-02 | 180.00 | | |
| 25%, 20 ml | 49669-5213-01 | 36.00 | | |
| 50 ml | 49669-5213-02 | 90.00 | | |
| 100 ml | 49669-5213-03 | 180.00 | | |
| **ALBUTEROL (A-A Spectrum)** | | | | |
| **SEE SECTION 6 FOR MFG CATALOG** | | | | |
| POW, (U.S.P.) [illegible] | | | | |
| [illegible] | [illegible] | [illegible] | | |
| [illegible] | [illegible] | [illegible] | | |
| 100 gm | [illegible] | [illegible] | | |
| **(Allen & Hanburys)** *See VENTOLIN* | | | | |
| **(Allscrips)** | | | | |
| ARD, IH, 0.09 mg/inh, | | | | |
| 17 gm | 54569-4245-00 | 21.41 | | EE |
| **(Alpharma USPD)** | | | | |
| ARD, IH, 0.09 mg/inh, | | | | |
| 17 gm | 00472-1264-78 | 21.50 | | AB |
| ARO, IH (REFILL) | | | | |
| 0.09 mg/inh, 17 gm | 00472-1264-63 | 20.00 | | AB |
| **(Apothecon)** | | | | |
| ARD, IH, 0.09 mg/inh, | | | | |
| 17 gm | 59772-6175-02 | 21.43 | 18.04 | EE |
| ARO, IH (REFILL) | | | | |
| 0.09 mg/inh, 17 gm | 59772-6175-01 | 19.75 | 16.63 | EE |
| **(Cheshire)** | | | | |
| ARD, IH, 0.09 mg/inh, | | | | |
| 17 gm | 55175-2575-01 | 22.00 | | EE |
| **(Compumed)** | | | | |
| ARD, IH, 0.09 mg/inh, | | | | |
| 17 gm | 00403-1772-18 | 12.50 | | EE |
| **(Dey)** | | | | |
| ARD, IH, 0.09 mg/inh, | | | | |
| 17 gm | 49502-0303-17 | 21.70 | | AB |
| ARO, IH (REFILL) | | | | |
| 0.09 mg/inh, 17 gm | 49502-0303-27 | 19.79 | | AB |
| **(Geneva)** | | | | |
| ARD, IH, 0.09 mg/inh, | | | | |
| 17 gm | 00781-7502-87 | 22.73 | | EE |
| ARO, IH (REFILL) | | | | |
| 0.09 mg/inh, 17 gm | 00781-7502-88 | 20.96 | | EE |
| **(Major)** | | | | |
| ARD, IH, 0.09 mg/inh, | | | | |
| 17 gm | 00904-5078-34 | 22.95 | | EE |
| ARO, IH (REFILL) | | | | |
| 0.09 mg/inh, 17 gm | 00904-5079-34 | 21.50 | | EE |
| 17 gm | 00904-5079-68 | 19.76 | | EE |
| **(Martec)** | | | | |
| ARD, IH, 0.09 mg/inh, | | | | |
| 17 gm | 52555-0594-17 | 22.48 | | EE |
| ARO, IH (REFILL) | | | | |
| 0.09 mg/inh, 17 gm | 52555-0594-18 | 20.78 | | EE |
| **(Medisca)** | | | | |
| POW, (U.S.P.) | | | | |
| 10 gm | 38779-0184-01 | 19.00 | | |
| 25 gm | 38779-0184-25 | 38.00 | | |
| 100 gm | 38779-0184-10 | 123.00 | | |
| 500 gm | 38779-0184-50 | 563.50 | | |
| **(Novopharm)** | | | | |
| ARD, IH, 0.09 mg/inh, | | | | |
| 17 gm | 55953-0051-53 | 21.41 | | EE |
| ARO, IH (REFILL) | | | | |
| 0.09 mg/inh, 17 gm | 55953-0051-01 | 19.79 | | EE |
| **(Pharma Pac)** | | | | |
| ARO, IH, 0.09 mg/inh, | | | | |
| 17 gm | 52959-1421-03 | 22.55 | | EE |
| **(Phys Total Care)** | | | | |
| ARD, IH, 0.09 mg/inh, | | | | |
| 17 gm | 54868-3709-00 | 10.86 | | EE |
| ARO, IH (REFILL) | | | | |
| 0.09 mg/inh, 17 gm | 54868-3739-00 | 18.86 | | EE |
| **(Qualitest)** | | | | |
| ARD, IH, 0.09 mg/inh, | | | | |
| 17 gm | 00603-1004-75 | 21.37 | | EE |
| ARO, IH (REFILL) | | | | |
| 0.09 mg/inh, 17 gm | 00603-1004-99 | 19.72 | | EE |
| **(Rugby)** | | | | |
| ARD, IH, 0.09 mg/inh, | | | | |
| 17 gm | 00536-0416-12 | 21.44 | | BN |
| 17 gm | 00536-1216-12 | 21.44 | | AB |
| ARO, IH (REFILL) | | | | |
| 0.09 mg/inh, 17 gm | 00536-0416-13 | 19.76 | | BN |

RED BOOK™ Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll-free: **(800) 722-3062**
ReadyPrice

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Schein)** | | | | |
| ARO, IH, 0.09 mg/inh, | | | | |
| 17 gm | 00364-2632-98 | 21.45 | | BN |
| ARO, IH (REFILL) | | | | |
| 0.09 mg/inh, 17 gm | 00364-2632-17 | 19.75 | | BN |
| **(Schering)** *See PROVENTIL* | | | | |
| **(Schering)** *See PROVENTIL* | | | | |
| **(Sidmak)** | | | | |
| ARO, IH, 0.09 mg/inh, | | | | |
| 17 gm | 50111-0801-31 | 21.50 | | AB |
| ARO, IH (REFILL) | | | | |
| 0.09 mg/inh, 17 gm | 50111-0801-32 | 20.00 | | AB |
| **(Stratus)** *See RESPIROL* | | | | |
| **(URL)** | | | | |
| ARO, IH, 0.09 mg/inh, | | | | |
| 17 gm | 00677-1549-70 | 22.00 | | BN |
| ARO, IH (REFILL) | | | | |
| 0.09 mg/inh, 17 gm | 00677-1549-71 | 20.24 | | BN |
| **(Warner Chilcott Gen)** | | | | |
| ARO, IH, 0.09 mg/inh, | | | | |
| 17 gm | 00047-2997-11 | 22.95 | 19.13 | AB |
| **(Warrick)** | | | | |
| ARO, IH, 0.09 mg/inh, | | | | |
| 17 gm | 59930-1560-01 | 21.41 | | BN |
| ARO, IH (REFILL) | | | | |
| 0.09 mg/inh, 17 gm | 59930-1560-02 | 19.79 | | BN |
| **(Zenith Goldline)** | | | | |
| ARO, IH, 0.09 mg/inh, | | | | |
| 17 gm | 00172-4390-18 | 21.99 | | AB |
| ARO, IH (REFILL) | | | | |
| 0.09 mg/inh, 17 gm | 00172-4390-19 | 19.76 | | AB |

**ALBUTEROL SULFATE**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| HCFA | | | | |
| SOL, IH, 0.083%, 3 ml | | 0.60 | | |
| 0.5%, 17 ml | | 7.47 | | |
| SYR, PO, 2 mg/5 ml, | | | | |
| 480 ml | | 5.33 | | |
| TAB, PO, 2 mg, 100s ea | | 2.67 | | |
| 4 mg, 100s ea | | 3.78 | | |
| **([illegible] Spectrum)** | | | | |
| SEE SECTION [illegible] FOR MFG CATALOG | | | | |
| [illegible] | | | | |
| [illegible] gm | 49452-0226-01 | [illegible] | | |
| [illegible] gm | 49452-0226-02 | 35.55 | | |
| 100 gm | 49452-0226-03 | 121.60 | | |
| **(Allen & Hanburys)** *See VENTOLIN* | | | | |
| **(Allen & Hanburys)** *See VENTOLIN NEBULES* | | | | |
| **(Allen & Hanburys)** *See VENTOLIN ROTACAPS* | | | | |
| **(Allscrips)** | | | | |
| SOL, IH, 0.083%, | | | | |
| 3 ml 25s UD | 54569-3899-00 | 31.69 | | EE |
| 0.5%, 20 ml | 54569-3900-00 | 14.99 | | EE |
| SYR, PO, 2 mg/5 ml, | | | | |
| 118.250 ml | 54569-3700-01 | 6.98 | | EE |
| 473 ml | 54569-3700-00 | 27.94 | | EE |
| TAB, PO, 2 mg, 6s ea | 54569-3409-03 | 1.50 | | EE |
| 12s ea | 54569-3409-02 | 2.99 | | EE |
| 30s ea | 54569-3409-08 | 8.48 | | EE |
| 90s ea | 54569-3409-01 | 22.77 | | EE |
| 4 mg, 30s ea | 54569-2874-00 | 11.65 | | EE |
| 60s ea | 54569-2874-01 | 23.29 | | EE |
| **(Alpharma USPD)** | | | | |
| SOL, IH (P.F.) | | | | |
| 0.083%, 3 ml 25s | 00472-0831-23 | 31.73 | | AN |
| SYR, PO, 2 mg/5 ml, 480 ml | 00472-0825-16 | 26.85 | | AA |
| **(Astra USA)** | | | | |
| SOL, IH, 0.083%, | | | | |
| 3 ml 25s UD | 00186-1491-04 | 32.75 | | AN |
| 3 ml 60s UD | 00186-1491-17 | 78.80 | | AN |
| 0.5%, 20 ml | 00186-1490-01 | 13.20 | | AN |
| **(Cheshire)** | | | | |
| SOL, IH, 0.083%, 3 ml 25s | 55175-4417-01 | 35.47 | | AN |
| SYR, PO, 2 mg/5 ml, 120 ml | 55175-1213-00 | 11.30 | | EE |
| TAB, PO, 2 mg, 20s ea | 55175-2210-02 | 4.00 | | EE |
| 30s ea | 55175-2210-03 | 5.60 | | EE |
| 4 mg, 100s ea | 55175-2211-01 | 12.39 | | EE |
| **(Compumed)** | | | | |
| SOL, IH, 0.5%, 20 ml | 00403-4672-18 | 11.95 | | EE |
| SYR, PO, 2 mg/5 ml, 120 ml | 00403-2254-84 | 4.90 | | EE |
| 180 ml | 00403-2254-86 | 7.35 | | EE |
| 240 ml | 00403-2254-88 | 9.80 | | EE |
| TAB, PO, 4 mg, 10s ea | 00403-1778-10 | 2.75 | | EE |
| **(Dey)** | | | | |
| SOL, IH, 0.083%, | | | | |
| 3 ml 25s UD | 49502-0697-03 | 30.25 | | AN |
| 3 ml 30s UD | 49502-0697-33 | 36.30 | | AN |
| 3 ml 60s UD | 49502-0697-60 | 72.60 | | AN |
| 0.5%, 20 ml | 49502-0196-20 | 14.99 | | AN |
| **(ESI Lederle Generics)** | | | | |
| TAB, PO, 2 mg, 100s ea | 00005-3062-43 | 26.29 | | AB |
| 500s ea | 00005-3062-31 | 124.86 | | AB |
| 4 mg, 100s ea | 00005-3063-43 | 39.46 | | AB |
| 500s ea | 00005-3063-31 | 186.69 | | AB |
| **(Gallipot)** | | | | |
| POW, (U.S.P./N.F.) | | | | |
| 5 gm | 51552-0044-05 | 17.25 | | |
| (U.S.P.) | | | | |
| 25 gm | 51552-0044-25 | 48.30 | | |
| (U.S.P./N.F.) | | | | |
| 100 gm | 51552-0044-10 | 164.45 | | |
| 1000 gm | 51552-0044-01 | 1380.00 | | |
| **(Geneva)** | | | | |
| SYR, PO, 2 mg/5 ml, 480 ml | 00781-6067-16 | 27.92 | | AA |
| TAB, PO, 2 mg, 100s ea | 00781-1671-01 | 28.05 | | AB |
| 4 mg, 100s ea | 00781-1672-01 | 41.30 | | AB |
| **(Heartland)** | | | | |
| TAB, PO, 2 mg, 30s ea UD | 61392-0567-30 | 8.10 | | AB |
| 30s ea UD | 61392-0567-39 | 8.10 | | AB |
| 31s ea UD | 61392-0567-31 | 8.37 | | AB |
| 32s ea UD | 61392-0567-32 | 8.64 | | AB |
| 45s ea UD | 61392-0567-45 | 12.15 | | AB |
| 60s ea UD | 61392-0567-60 | 16.20 | | AB |
| 90s ea UD | 61392-0567-90 | 24.30 | | AB |
| 500s ea UD | 61392-0567-51 | 135.00 | | AB |
| 2000s ea UD | 61392-0567-54 | 540.00 | | AB |
| 3000s ea UD | 61392-0567-56 | 810.00 | | AB |
| 10000s ea UD | 61392-0567-91 | 2700.00 | | AB |
| 4 mg, 30s ea UD | 61392-0570-30 | 11.87 | | AB |
| (BLISTER PACK) | | | | |
| 4 mg, 30s ea | 61392-0570-39 | 11.87 | | AB |
| 31s ea UD | 61392-0570-31 | 12.26 | | AB |
| 32s ea UD | 61392-0570-32 | 12.66 | | AB |
| 45s ea UD | 61392-0570-45 | 17.80 | | AB |
| 60s ea UD | 61392-0570-60 | 23.73 | | AB |
| 90s ea UD | 61392-0570-90 | 35.60 | | AB |
| 500s ea UD | 61392-0570-51 | 197.78 | | AB |
| 2000s ea UD | 61392-0570-54 | 791.10 | | AB |
| 3000s ea UD | 61392-0570-56 | 1186.65 | | AB |
| 10000s ea UD | 61392-0570-91 | 3955.50 | | AB |
| **(Major)** | | | | |
| SOL, IH, 0.083%, 3 ml 25s | 00904-7731-17 | 31.25 | | AN |
| 0.5%, 20 ml | 00904-7658-55 | 14.95 | | AN |
| SYR, PO, 2 mg/5 ml, 480 ml | 00904-7681-16 | 27.90 | | AA |
| TAB, PO, 2 mg, 100s ea | 00904-2876-60 | 24.90 | | AB |
| 500s ea | 00904-2876-40 | 112.90 | | AB |
| 4 mg, 100s ea | 00904-2877-60 | 35.30 | | AB |
| 500s ea | 00904-2877-40 | 164.60 | | AB |
| **(Martec)** | | | | |
| TAB, PO, 2 mg, 100s ea | 52555-0491-01 | 27.90 | | AB |
| 500s ea | 52555-0491-05 | 119.02 | | AB |
| 4 mg, 100s ea | 52555-0492-01 | 41.35 | | AB |
| 500s ea | 52555-0492-05 | 150.58 | | AB |
| **(Medeva)** *See AIRET* | | | | |
| **(Medirex)** | | | | |
| TAB, PO (UNIT OF USE) | | | | |
| 4 mg, 30s ea UD | 57480-0423-06 | 9.00 | | AB |
| (10X10) | | | | |
| 4 mg, 100s ea UD | 57480-0423-01 | 43.50 | | AB |
| **(Medisca)** | | | | |
| POW, (U.S.P.) | | | | |
| 10 gm | 38779-0185-01 | 19.00 | | |
| 25 gm | 38779-0185-25 | 38.00 | | |
| 100 gm | 38779-0185-10 | 123.00 | | |
| 500 gm | 38779-0185-50 | 563.50 | | |
| **(Meridian Chemical)** | | | | |
| POW, (U.S.P.) | | | | |
| 25 gm | 62991-1006-01 | 88.00 | | |
| 100 gm | 62991-1006-02 | 264.80 | | |
| 500 gm | 62991-1006-03 | 990.00 | | |
| **(Moore, H.L.)** | | | | |
| SOL, IH, 0.083%, 3 ml 25s | 00839-7860-18 | 30.50 | 22.59 | AN |
| 0.5%, 20 ml | 00839-7861-97 | 16.48 | 12.21 | AN |
| SYR, PO, 2 mg/5 ml, 480 ml | 00839-7859-69 | 26.26 | 19.45 | EE |
| TAB, PO, 2 mg, 100s ea | 00839-7611-06 | 24.50 | 18.15 | AB |
| 500s ea | 00839-7611-12 | 117.59 | 87.10 | AB |
| **(Mova)** | | | | |
| TAB, PO, 2 mg, 100s ea | 55370-0111-07 | 23.50 | | AB |
| 500s ea | 55370-0111-08 | 112.00 | | AB |
| 4 mg, 100s ea | 55370-0112-07 | 35.00 | | AB |
| 500s ea | 55370-0112-08 | 168.00 | | AB |

Electronic Drug Pricing and Clinical Information
RED BOOK™
Database Services - (800) 722-3062

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Muro)** *See VOLMAX* | | | | |
| **(Mutual)** | | | | |
| TAB, PO, 2 mg, 100s ea | 53489-0176-01 | 26.50 | | AB |
| 500s ea | 53489-0176-05 | 120.22 | | AB |
| 4 mg, 100s ea | 53489-0177-01 | 39.45 | | AB |
| 500s ea | 53489-0177-05 | 181.32 | | AB |
| **(Mylan)** | | | | |
| TAB, PO, 2 mg, 100s ea | 00378-0255-01 | 28.25 | | AB |
| 500s ea | 00378-0255-05 | 134.40 | | AB |
| 4 mg, 100s ea | 00378-0572-01 | 41.50 | | AB |
| 500s ea | 00378-0572-05 | 200.50 | | AB |
| **(Nephron)** | | | | |
| SOL, IH, 0.083%, | | | | |
| 3 ml 30s UD | 00487-9501-03 | 37.07 | | AN |
| **(Novopharm)** | | | | |
| TAB, PO, 2 mg, 100s ea | 55953-0480-40 | 23.50 | | AB |
| 500s ea | 55953-0480-70 | 112.00 | | AB |
| 4 mg, 100s ea | 55953-0499-40 | 35.00 | | AB |
| 500s ea | 55953-0499-70 | 168.00 | | AB |
| **(PD-RX Pharm)** | | | | |
| SYR, PO, 2 mg/5 ml, 120 ml | 55289-0039-04 | 10.74 | | AA |
| TAB, PO, 2 mg, 20s ea | 55289-0363-20 | 6.72 | | AB |
| 30s ea | 55289-0363-30 | 8.55 | | AB |
| 4 mg, 30s ea | 55289-0045-30 | 10.05 | | AB |
| **(Paddock)** | | | | |
| POW, (U.S.P.) | | | | |
| 25 gm | 00574-0512-25 | 54.11 | | |
| 100 gm | 00574-0512-01 | 192.38 | | |
| **(Parmed)** | | | | |
| TAB, PO, 2 mg, 100s ea | 00349-8994-01 | 24.90 | | AB |
| 500s ea | 00349-8994-05 | 122.00 | | AB |
| 4 mg, 100s ea | 00349-8995-01 | 41.30 | | AB |
| 500s ea | 00349-8995-05 | 182.00 | | AB |
| **(Pharma Pac)** | | | | |
| SYR, PO, 2 mg/5 ml, 120 ml | 52959-1411-03 | 19.97 | | EE |
| 480 ml | 52959-1411-16 | 76.02 | | EE |
| **(Phys Total Care)** | | | | |
| SOL, IH, 0.5%, 20 ml | 54868-3407-00 | 21.44 | | EE |
| 25 ml | 54868-2472-01 | 20.54 | | EE |
| SYR, PO, 2 mg/5 ml, 480 ml | 54868-2887-00 | 8.24 | | EE |
| TAB, PO, 2 mg, 30s ea | 54868-1073-03 | 2.73 | | EE |
| 50s ea | 54868-1073-06 | 3.67 | | EE |
| 60s ea | 54868-1073-04 | 4.13 | | EE |
| 100s ea | 54868-1073-02 | 5.32 | | EE |
| 120s ea | 54868-1073-05 | 6.92 | | EE |
| 4 mg, 30s ea | 54868-1074-03 | 2.98 | | EE |
| 60s ea | 54868-1074-07 | 4.62 | | EE |
| 100s ea | 54868-1074-05 | 6.15 | | EE |
| 120s ea | 54868-1074-06 | 7.91 | | EE |
| **(Qualitest)** | | | | |
| SOL, IH, 0.083%, 3 ml 25s | 00603-1005-40 | 30.42 | | AN |
| 0.5%, 20 ml | 00603-1006-43 | 12.50 | | AN |
| SYR, PO, 2 mg/5 ml, 480 ml | 00603-1007-58 | 24.75 | | AA |
| TAB, PO, 2 mg, 100s ea | 00603-2093-21 | 23.60 | | AB |
| 500s ea | 00603-2093-28 | 96.85 | | AB |
| 4 mg, 100s ea | 00603-2094-21 | 35.16 | | AB |
| 500s ea | 00603-2094-28 | 144.00 | | AB |
| **(Quality Care)** | | | | |
| SYR, PO, 2 mg/5 ml, 60 ml | 60346-0672-31 | 5.66 | | EE |
| 120 ml | 60346-0672-04 | 8.49 | | EE |
| TAB, PO, 4 mg, 28s ea | 60346-0285-28 | 6.50 | | EE |
| 30s ea | 60346-0285-30 | 6.20 | | EE |
| **(Raway)** | | | | |
| TAB, PO, 2 mg, 100s ea UD | 00686-0657-20 | 7.55 | | AB |
| 4 mg, 100s ea UD | 00686-0658-20 | 8.00 | | AB |
| **(Rugby)** | | | | |
| SOL, IH, 0.083%, 3 ml 25s | 00536-2677-04 | 32.50 | | AN |
| 0.5%, 20 ml | 00536-2675-73 | 13.95 | | AN |
| SYR, PO, 2 mg/5 ml, 480 ml | 00536-0415-85 | 26.00 | | AA |
| TAB, PO, 4 mg, 500s ea | 00536-3009-05 | 187.00 | | AB |
| **(Schein)** | | | | |
| SOL, IH, 0.5%, 20 ml | 00364-2530-55 | 13.91 | | AN |
| SYR, PO, 2 mg/5 ml, 480 ml | 00364-2522-16 | 26.00 | | AA |
| TAB, PO, 2 mg, 100s ea | 00364-2438-01 | 26.00 | | AB |
| 4 mg, 100s ea | 00364-2439-01 | 37.60 | | AB |
| **(Schering)** *See PROVENTIL* | | | | |

Recommend SENOKOT® Laxatives When the Rx May Constipate
PURDUE FREDERICK

PROD/MFR | NDC | AWP | DP | OBC

(Schering) See *PROVENTIL*
(Schering) See *PROVENTIL HFA*
(Schering) See *PROVENTIL REPETABS*






**(Sidmak)**
TAB, PO, 2 mg, 100s ea ... **50111-0491-01** 25.50 **AB**
500s ea ........... **50111-0491-02** 122.00 **AB**
4 mg, 100s ea ........ **50111-0492-01** 38.00 **AB**
500s ea ........... **50111-0492-02** 182.00 **AB**

**(Southwood)**
SOL, IH, 0.5%, 20 ml ...... **58016-6404-20** 15.53 **EE**
SYR, PO, 2 mg/5 ml, 90 ml **58016-0328-18** 13.53 **EE**
100 ml ........... **58016-0328-20** 15.50 **EE**
120 ml ........... **58016-0328-24** 18.29 **EE**
240 ml ........... **58016-0328-48** 27.05 **EE**
TAB, PO, 2 mg, 12s ea .... **58016-0473-12** 4.34 **EE**
15s ea ........... **58016-0473-15** 5.42 **EE**
20s ea ........... **58016-0473-20** 7.23 **EE**
24s ea ........... **58016-0473-24** 8.68 **EE**
100s ea ........... **58016-0473-00** 36.17 **EE**
4 mg, 12s ea ........ **58016-0603-12** 6.47 **EE**
15s ea ........... **58016-0603-15** 8.09 **EE**
20s ea ........... **58016-0603-20** 10.79 **EE**
24s ea ........... **58016-0603-24** 12.94 **EE**
100s ea ........... **58016-0603-00** 53.95 **EE**

**(Teva)**
SYR, PO, 2 mg/5 ml, 480 ml **00093-0661-16** 27.92 **AA**
TAB, PO, 2 mg, 100s ea ... **00332-2226-09** 25.00 **AB**
100s ea ........... **00093-0665-01** 28.05 **AB**
500s ea ........... **00093-2226-05** 134.19 **AB**
500s ea ........... **00093-0665-05** 134.19 **AB**
4 mg, 100s ea ........ **00332-2228-09** 37.50 **AB**
100s ea ........... **00093-0666-01** 39.55 **AB**
500s ea ........... **00332-2228-13** 180.00 **AB**
500s ea ........... **00093-0666-05** 197.00 **AB**

**(UDL)**
TAB, PO (10X10)
2 mg, 100s ea UD .... **51079-0657-20** 28.32 21.24 **AB**
4 mg, 100s ea UD .... **51079-0658-20** 43.08 32.31 **AB**

**(URL)**
SOL, IH, 0.083%, 3 ml 25s **00677-1522-72** 32.00 **AN**
0.5%, 20 ml ......... **00677-1521-22** 13.95 **AN**
SYR, PO, 2 mg/5 ml, 480 ml **00677-1505-33** 27.70 **AA**
TAB, PO, 2 mg, 100s ea ... **00677-1359-01** 26.50 **AB**
500s ea ........... **00677-1359-05** 120.22 **AB**
4 mg, 100s ea ........ **00677-1360-01** 39.45 **AB**
500s ea ........... **00677-1360-05** 181.32 **AB**

**(Warner Chilcott Gen)**
TAB, PO, 2 mg, 100s ea ... **00047-0956-24** 28.25 **AB**
4 mg, 100s ea ........ **00047-0957-24** 41.50 **AB**

**(Warrick)**
SOL, IH, 0.083%,
3 ml 25s UD ....... **59930-1500-06** 30.25 **AN**
3 ml 60s ........... **59930-1500-06** 72.60 **AN**
0.5%, 20 ml ......... **59930-1515-04** 14.99 **AN**
SYR, PO, 2 mg/5 ml, 480 ml **59930-1510-05** 24.75 **AA**
TAB, PO, 2 mg, 100s ea ... **59930-1520-01** 23.65 **AB**
500s ea ........... **59930-1520-02** 112.25 **AB**
4 mg, 100s ea ........ **59930-1530-01** 35.20 **AB**
500s ea ........... **59930-1530-02** 168.25 **AB**

**(Watson)**
SYR, PO, 2 mg/5 ml, 480 ml **52544-0419-16** 26.38 **AA**

**(Xactdose)**
SYR, PO (10X10)
2 mg/5 ml,
5 ml 100s UD ...... **50962-0402-05** 120.00 107.60 **AA**

**(Zenith Goldline)**
SOL, IH, 0.083%, 3 ml 25s **00182-8010-24** 30.25 **AN**
3 ml 60s ........... **00182-8010-26** 72.60 **AN**
0.5%, 20 ml ......... **00182-6014-65** 14.40 **AN**
SYR, PO, 2 mg/5 ml, 480 ml **00182-6015-40** 27.92 **AA**
TAB, PO, 4 mg, 100s ea ... **00182-1012-01** 41.50 **AB**

**ALBUTEROL SULFATE/IPRATROPIUM BROMIDE**
**(Boehr Ingelheim)** See *COMBIVENT*

**ALCAINE (Alcon Ophthalmic)**
**proparacaine hydrochloride**
SOL, OP, 0.5%, 15 ml ..... **00998-0016-15** 15.00 **AT**

**(Allscrips)**
REPACK
SOL, OP, 0.5%, 15 ml ..... **54569-4368-00** 14.38 **AT**

**(Cheshire)**
REPACK
SOL, OP, 0.5%, 15 ml ..... **55175-1815-01** 15.10 **AT**

**ALCLOMETASONE DIPROPIONATE**
**(Glaxo Derm)** See *ACLOVATE*

**ALCOHOL (Humco)**
**alcohol, ethyl**
LIQ, 480 ml ............. **00395-0037-16** 3.16
3840 ml ............. **00395-0037-28** 20.03
19200 ml ............. **00395-0037-75** 80.69

**ALCOHOL 50% (Humco)**
**alcohol, isopropyl**
LIQ, (N.F.)
480 ml ............. **00395-1245-16** 0.69
(WINTERGREEN)
480 ml ............. **00395-1246-16** 0.84

**ALCOHOL 70% (Humco)**
**alcohol, ethyl**
LIQ, (U.S.P.)
480 ml ............. **00395-0040-16** 0.97

**(Humco)**
**alcohol, isopropyl**
(N.F.)
480 ml ............. **00395-1249-16** 0.55
(WINTERGREEN)
480 ml ............. **00395-1250-16** 0.68
(N.F.)
3840 ml ............. **00395-1249-28** 6.95
3840 ml 4s .......... **00395-1249-04** 27.80
3840 ml ............. **00395-1259-28** 10.04

**ALCOHOL 91% (Humco)**
**alcohol, isopropyl**
LIQ, (U.S.P.)
120 ml ............. **00395-1242-94** 1.41
480 ml ............. **00395-1242-16** 1.48

**ALCOHOL 99% (Humco)**
**alcohol, isopropyl**
LIQ, (N.F.)
480 ml ............. **00395-1243-16** 1.61
3840 ml ............. **00395-1243-28** 11.24
19200 ml ............. **00395-1243-75** 72.35

**ALCOHOL BENZYL (A-A Spectrum)**
**alcohol, benzyl**
**SEE SECTION 6 FOR MFG CATALOG**
LIQ, (N.F.)
500 ml ............. **49452-1020-01** 17.75
4000 ml ............. **49452-1020-02** 79.80
20000 ml ............. **49452-1020-03** 245.00

**(Amend)**
LIQ, (N.F.)
500 ml ............. **17317-0056-01** 18.90
3840 ml ............. **17317-0066-06** 84.00
19200 ml ............. **17317-0056-04** 252.00

**(Baker, J.T.)**
LIQ, (REAGENT)
500 ml ............. **10106-9050-01** 58.20
(N.F.)
4000 ml ............. **10106-9040-03** 155.52

**(Gallipot)**
SOL, (U.S.P./N.F.)
480 ml ............. **51552-0242-16** 36.34
3840 ml ............. **51552-0242-01** 112.93

**(Integra)**
LIQ, (N.F.)
500 ml ............. **05324-5165-50** 31.37
4000 ml ............. **05324-5165-65** 107.75

**(Mallinckrodt Lab)**
LIQ, 500 ml ............. **00406-1816-04** 28.69

**(Meridian Chemical)**
LIQ, (N.F.)
500 ml ............. **62991-1318-01** 20.00

[illegible]

**1-BUTANOL (Baker, J.T.)**
**alcohol, butyl**
LIQ, (A.C.S., REAGENT)
500 ml ............. **10106-9054-01** 29.95
(PHOTREX)
500 ml ............. **10106-9189-01** 51.75
(A.C.S., REAGENT)
4000 ml ............. **10106-9054-03** 116.80
4000 ml ............. **10106-9054-33** 127.80
20000 ml ............. **10106-9054-07** 234.00

**TERT-BUTYL ALCOHOL (Baker, J.T.)**
**alcohol, butyl**
LIQ, (A.C.S., REAGENT)
500 ml ............. **10106-9056-01** 40.30
4000 ml ............. **10106-9056-05** 121.90
20000 ml ............. **10106-9056-07** 268.85

**ALCOHOL CETOSTEARYL (A-A Spectrum)**
**alcohol, cetostearyl**
**SEE SECTION 6 FOR MFG CATALOG**
OIN, (N.F.)
500 gm ............. **49452-1977-01** [illegible]
2500 gm ............. **49452-1977-02** 79.60

**ALCOHOL CETYL (A-A Spectrum)**
**alcohol, cetyl**
**SEE SECTION 6 FOR MFG CATALOG**
LIQ, (N.F.)
500 gm ............. **49452-1888-01** 8.96
2500 gm ............. **49452-1888-02** 28.50

**(Amend)**
FLA, (N.F.)
500 gm ............. **17317-0011-01** 9.10
2270 gm ............. **17317-0011-05** 30.10
11350 gm ............. **17317-0011-08** 140.00

**(Gallipot)**
POW, (U.S.P./N.F.)
100 gm ............. **51552-0227-99** 8.22
454 gm ............. **51552-0227-16** 22.43

**(Integra)**
POW, (N.F.)
500 gm ............. **05324-5009-45** 19.60
2500 gm ............. **05324-5009-60** 66.06

**(Medisca)**
POW, (N.F.)
500 gm ............. **38779-0618-50** 9.50
2500 gm ............. **38779-0618-54** 36.10

**(Meridian Chemical)**
POW, (N.F.)
500 gm ............. **62991-1181-01** 9.00
2500 gm ............. **62991-1181-02** 38.00

**ALCOHOL D-PANTHENOL (Amend)**
**dexpanthenol**
LIQ, (U.S.P.)
100 ml ............. **17317-2408-03** 25.20
1000 ml ............. **17317-2408-06** 112.00
5000 ml ............. **17317-2408-04** 88.20

**ALCOHOL DODECYL (A-A Spectrum)**
**alcohol, dodecyl**
**SEE SECTION 6 FOR MFG CATALOG**
POW, 100 gm ............. **49452-2870-03** 12.45
500 gm ............. **49452-2870-01** 29.70
3000 gm ............. **49452-2870-02** 74.80

**ALCOHOL DEHYDRATED (Amer Regent)**
**alcohol, ethyl**
INJ, IJ (AMP, P.F.)
1 ml 10s ............. **00517-8571-10** 81.25
5 ml 10s ............. **00517-8575-10** 368.75

**ALCOHOL DENATURED (A-A Spectrum)**
**alcohol, ethyl**
**SEE SECTION 6 FOR MFG CATALOG**
LIQ, (REAGENT, A.C.S.)
500 ml ............. **49452-0235-01** 18.95
4000 ml ............. **49452-0235-02** 64.75

**ALCOHOL ETHYL ANHYDROUS 190 PROOF (A-A Spectrum)**
**alcohol, ethyl**
**SEE SECTION 6 FOR MFG CATALOG**
LIQ, (U.S.P.)
100 ml ............. **49452-2849-06** 10.00
500 ml ............. **49452-2849-01** 32.50
1000 ml ............. **49452-2849-02** 54.60
4000 ml ............. **49452-2849-03** 154.80

RED BOOK™ Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll-free: (800) 722-3062
ReadyPrice

Case 1:01-cv-12257-PBS Document 6305-17 Filed 07/24/09 Page 11 of 20



| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Consolidated Midland)** | | | | |
| INJ, IJ (AMP) | | | | |
| 0.4 mg/ml, | | | | |
| 1 ml 25s | 00223-7193-25 | 15.00 | | |
| (VIAL) | | | | |
| 0.4 mg/ml, | | | | |
| 1 ml 25s | 00223-7191-25 | 16.25 | | |
| 1 ml 100s | 00223-7192-00 | 45.75 | | |
| 1 mg/ml, 1 ml 25s | 00223-7206-01 | 16.25 | | |
| OIN, OP, 1%, 3.500 gm | 00223-4105-03 | 2.75 | | |
| SOL, OP, 1%, 15 ml | 00223-6101-15 | 3.00 | | |
| **(Elkins-Sinn)** | | | | |
| INJ, IJ (VIAL, DOSETTE) | | | | |
| 0.4 mg/ml, | | | | |
| 1 ml 25s | 00641-0320-25 | 9.23 | 7.38 | |
| (M.D.V.) | | | | |
| 0.4 mg/ml, | | | | |
| 20 ml 10s | 00641-2210-43 | 8.36 | 6.69 | |
| (AMP, DOSETTE) | | | | |
| 0.8 mg/ml, | | | | |
| 1 ml 25s | 00641-1380-35 | 8.89 | 7.11 | |
| (VIAL, DOSETTE) | | | | |
| 1 mg/ml, 1 ml 25s | 00641-0330-25 | 9.23 | 7.38 | |
| **(Fougera)** | | | | |
| OIN, OP, 1%, 3.500 gm | 00168-0065-38 | 2.88 | | |
| SOL, OP, 1%, 15 ml | 00168-0172-15 | 3.35 | | |
| **(Fujisawa)** | | | | |
| INJ, IJ (M.D.V.) | | | | |
| 0.4 mg/ml, 1 ml | 00469-1234-25 | 1.12 | | |
| 20 ml | 00469-0234-25 | 1.33 | | |
| 0.5 mg/ml, 1 ml | 00469-0243-25 | 1.33 | | |
| 1 mg/ml, 1 ml | 00469-0246-25 | 1.12 | | |
| **(Hope)** *See SAL-TROPINE* | | | | |
| **(Integra)** | | | | |
| POW, (U.S.P.) | | | | |
| 5 gm | 05324-5175-15 | 19.27 | | |
| 25 gm | 05324-5175-25 | 65.03 | | |
| **(Lilly)** | | | | |
| INJ, IJ (VIAL) | | | | |
| 0.4 mg/ml, 20 ml | 00002-1675-01 | 5.34 | | |
| **(Major)** | | | | |
| SOL, OP, 1%, 15 ml | 00904-0824-35 | 5.50 | | |
| **(Martec)** | | | | |
| SOL, OP, 1%, 5 ml | 52555-0992-05 | 3.16 | | |
| 15 ml | 52555-0992-10 | 3.80 | | |
| **(Meridian Chemical)** | | | | |
| POW, (U.S.P.) | | | | |
| 5 gm | 62991-1012-01 | 30.80 | | |
| 10 gm | 62991-1012-02 | 57.20 | | |
| 25 gm | 62991-1012-03 | 83.60 | | |
| 100 gm | 62991-1012-04 | 268.40 | | |
| **(Ocumed)** *See OCU-TROPINE* | | | | |
| **(Ohmeda)** | | | | |
| INJ, IJ (S.D.V.) | | | | |
| 0.4 mg/ml, | | | | |
| 1 ml 25s | 10019-0250-12 | 22.50 | | |
| (M.D.V.) | | | | |
| 0.4 mg/ml, | | | | |
| 20 ml 10s | 10019-0250-20 | 13.80 | | |
| (S.D.V.) | | | | |
| 1 mg/ml, 1 ml 25s | 10019-0251-12 | 22.50 | | |
| **(Optopics)** *See ATROSULF-1* | | | | |
| **(Paco)** | | | | |
| SOL, OP, 1%, 5 ml | 52967-0503-35 | 1.60 | 1.10 | |
| 15 ml | 52967-0503-45 | 1.95 | 1.25 | |
| **(Phys Total Care)** | | | | |
| INJ, IJ (SRN, 21GX1-1/2") | | | | |
| 0.1 mg/ml, 10 ml | 54868-0006-00 | 5.41 | | |
| (VIAL) | | | | |
| 0.4 mg/ml, 20 ml | 54868-0740-00 | 9.61 | | |
| (S.D.V.) | | | | |
| 1 mg/ml, 1 ml 25s | 54868-3893-00 | 21.69 | | |
| **(Qualitest)** | | | | |
| OIN, OP, 1%, 0.125 gm | 00603-7071-70 | 3.30 | | |
| SOL, OP, 1%, 15 ml | 00603-7072-41 | 3.25 | | |
| **(Raway)** | | | | |
| INJ, IJ (AMP) | | | | |
| 0.4 mg/ml, | | | | |
| 0.500 ml 100s | 00686-0805-25 | 95.00 | | |
| (VIAL) | | | | |
| 1 mg/ml, 1 ml 100s | 00686-1010-25 | 83.00 | | |
| OIN, OP, 1%, 3.500 gm | 00686-0825-55 | 2.75 | | |
| SOL, OP, 1%, 15 ml | 00686-0750-06 | 3.60 | | |
| **(Schein)** | | | | |
| OIN, OP, 1%, 3.500 gm | 00364-7142-70 | 3.02 | | |
| SOL, OP, 1%, 15 ml | 00364-7128-72 | 3.84 | | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Sidmak)** | | | | |
| SOL, OP, 1%, 15 ml | 50111-0817-20 | 3.50 | | |
| **(Steris)** | | | | |
| SOL, OP, 1%, 15 ml | 00402-0796-15 | 3.84 | | |
| **(Zenith Goldline)** | | | | |
| SOL, OP, 1%, 15 ml | 00182-7064-64 | 2.50 | | |
| **ATROPINE SULFATE MONOHYDRATE (Gallipot)** | | | | |
| **atropine sulfate** | | | | |
| POW, (U.S.P./N.F.) | | | | |
| 5 gm | 51552-0156-05 | 16.68 | | |
| 25 gm | 51552-0156-25 | 62.33 | | |
| **(Medisca)** | | | | |
| POW, (U.S.P., MICRONIZED) | | | | |
| 10 gm | 38779-0014-01 | 23.75 | | |
| 25 gm | 38779-0014-25 | 34.20 | | |
| 100 gm | 38779-0014-10 | 123.10 | | |
| **ATROPINE-CARE (Akorn)** | | | | |
| **atropine sulfate** | | | | |
| SOL, OP, 1%, 2 ml | 17478-0214-20 | 4.05 | | |
| 5 ml | 17478-0214-10 | 4.70 | | |
| 15 ml | 17478-0214-12 | 5.71 | | |
| **ATROPISOL (Ciba Ophth)** | | | | |
| **atropine sulfate** | | | | |
| SOL, OP (DROPPERETTES) | | | | |
| 1%, 1 ml 12s | 58768-0705-12 | 30.83 | | |
| 5 ml | 58768-0705-05 | 8.56 | | |
| **ATROSULF-1 (Optopics)** | | | | |
| **atropine sulfate** | | | | |
| SOL, OP, 1%, 15 ml | 52238-0913-16 | 3.10 | | |



IPRATROPIUM BROMIDE
Inhalation Solution
25's, 30's, & 60's
Sterile-filled Unit-Dose


| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **ATROVENT (Boehr Ingelheim)** | | | | |
| **ipratropium bromide** | | | | |
| **SEE SECTION 7 FOR COLOR PHOTO** | | | | |
| ARO, IH, 0.018 mg/inh, | | | | |
| 14 gm | 00597-0082-14 | 31.48 | | |
| ARO, IH (REFILL) | | | | |
| 0.018 mg/inh, | | | | |
| 14 gm | 00597-0082-18 | 28.79 | | |
| SOL, IH (VIAL) | | | | |
| 0.02%, | | | | |
| 2.500 ml 25s UD | 00597-0080-62 | 51.43 | | AN |
| SPR, NS, 0.03%, 30 ml | 00597-0081-30 | 34.78 | | |
| 0.06%, 15 ml | 00597-0086-76 | 29.81 | | |
| **(Allscrips)** REPACK | | | | |
| ARO, IH, 0.018 mg/inh, | | | | |
| 14 gm | 54569-1006-00 | 31.48 | | |
| SPR, NS, 0.03%, 30 ml | 54569-4420-00 | 34.78 | | |
| 0.06%, 15 ml | 54569-4421-00 | 29.81 | | |
| **(Cheshire)** REPACK | | | | |
| ARO, IH, 0.018 mg/inh, | | | | |
| 14 gm | 55175-1382-01 | 39.85 | | |
| **(Compumed)** REPACK | | | | |
| SOL, IH, 0.02%, | | | | |
| 2.500 ml 25s UD | 00403-0645-18 | 49.95 | | AN |
| **(Phys Total Care)** REPACK | | | | |
| ARO, IH, 0.018 mg/inh, | | | | |
| 14 gm | 54868-1439-01 | 37.61 | | |
| **ATTAPULGITE (Meridian Chemical)** | | | | |
| POW, (ACTIVATED COLLODIAL) | | | | |
| 500 gm | 62991-1177-01 | 37.40 | | |
| **ATTENUVAX (Merck)** | | | | |
| **rubeola virus vaccine** | | | | |
| PDI, IJ (SDV W/DILUENT,TAX INCL) | | | | |
| ea | 00006-4709-00 | 15.45 | 12.51 | |
| (SDV W/DILUENT,TAX INCL) | | | | |
| 10s ea | 00006-4589-00 | 124.15 | 100.82 | |
| **(Compumed)** REPACK | | | | |
| PDI, IJ (SDV,W/DILUENT,TAX INCL) | | | | |
| ea | 00403-4201-18 | 22.25 | | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **ATUSS DM (Atley)** | | | | |
| **cpm/dm/phenyleph** | | | | |
| LIQ, PO (A.F., STRAWBERRY) | | | | |
| 2 mg-15 mg-5 mg/5 ml, | | | | |
| 473 ml | 59702-0015-16 | 29.38 | | |
| **ATUSS EX (Atley)** | | | | |
| **gg/hydrocodone** | | | | |
| SYR, PO (A.F., S.F., CHERRY) | | | | |
| 100 mg-5 mg/5 ml, | | | | |
| 473 ml, C-III | 59702-0005-16 | 38.75 | | |
| **ATUSS G (Atley)** | | | | |
| **gg/hydrocodone/phenyleph** | | | | |
| SYR, PO, 100 mg-2 mg-10 mg/5 ml, | | | | |
| 480 ml, C-III | 59702-0002-16 | 26.25 | | |
| **ATUSS HD (Atley)** | | | | |
| **cpm/hydrocodone/phenyleph** | | | | |
| SYR, PO (A.F., CHERRY) | | | | |
| 2 mg-2.5 mg-5 mg/5 ml, | | | | |
| 480 ml, C-III | 59702-0025-16 | 27.50 | | |
| **ATUSS MS (Atley)** | | | | |
| **cpm/hydrocodone/phenyleph** | | | | |
| SYR, PO (ORANGE/TANGERINE, A.F.) | | | | |
| 2 mg-5 mg-5 mg/5 ml, | | | | |
| 473 ml, C-III | 59702-0552-16 | 26.25 | | |
| **AUGMENTIN (SK Beecham Pharm)** | | | | |
| **amoxicillin/clavulanate** | | | | |
| CTB, PO (LEMON-LIME) | | | | |
| 125 mg-31.25 mg, | | | | |
| 30s ea | 00029-6073-47 | 32.00 | | |
| (CHERRY-BANANA) | | | | |
| 200 mg-28.5 mg, | | | | |
| 20s ea | 00029-6071-12 | 30.95 | | |
| (LEMON-LIME) | | | | |
| 250 mg-62.5 mg, | | | | |
| 30s ea | 00029-6074-47 | 61.00 | | |
| (CHERRY-BANANA) | | | | |
| 400 mg-57 mg, | | | | |
| 20s ea | 00029-6072-12 | 58.95 | | |
| PDR, PO (BANANA) | | | | |
| 125 mg-31.25 mg/5 ml, | | | | |
| 75 ml | 00029-6085-39 | 16.30 | | |
| 100 ml | 00029-6085-23 | 21.80 | | |
| 150 ml | 00029-6085-22 | 32.00 | | |
| (ORANGE-RASPBERRY) | | | | |
| 200 mg-28.5 mg/5 ml, | | | | |
| 50 ml | 00029-6087-29 | 15.80 | | |
| 75 ml | 00029-6087-39 | 21.05 | | |
| 100 ml | 00029-6087-51 | 30.95 | | |
| (ORANGE) | | | | |
| 250 mg-62.5 mg/5 ml, | | | | |
| 75 ml | 00029-6090-39 | 31.10 | | |
| 100 ml | 00029-6090-23 | 41.50 | | |
| 150 ml | 00029-6090-22 | 61.00 | | |
| (ORANGE-RASPBERRY) | | | | |
| 400 mg-57 mg/5 ml, | | | | |
| 50 ml | 00029-6092-29 | 30.10 | | |
| 75 ml | 00029-6092-39 | 40.10 | | |
| 100 ml | 00029-6092-51 | 58.95 | | |
| TAB, PO, 250 mg-125 mg, | | | | |
| 30s ea | 00029-6075-27 | 66.00 | | |
| (INSTIT. USE) | | | | |
| 250 mg-125 mg, | | | | |
| 100s ea | 00029-6075-31 | 212.80 | | |
| 500 mg-125 mg, | | | | |
| 20s ea | 00029-6080-12 | 64.75 | | |
| (10X10, INSTIT. USE) | | | | |
| 500 mg-125 mg, | | | | |
| 100s ea UD | 00029-6080-31 | 331.90 | | |
| 875 mg-125 mg, | | | | |
| 20s ea | 00029-6086-12 | 86.45 | | |
| (10X10, INSTIT. USE) | | | | |
| 875 mg-125 mg, | | | | |
| 100s ea UD | 00029-6086-21 | 443.00 | | |
| **(Allscrips)** REPACK | | | | |
| CTB, PO, 125 mg-31.25 mg, | | | | |
| 20s ea | 54569-0298-00 | 18.27 | | |
| 30s ea | 54569-0298-01 | 30.20 | | |
| 200 mg-28.5 mg, | | | | |
| 20s ea | 54569-4337-00 | 30.95 | | |
| 250 mg-62.5 mg, | | | | |
| 2s ea | 54569-0121-08 | 3.84 | | |
| 15s ea | 54569-0121-03 | 28.77 | | |
| 30s ea | 54569-0121-01 | 57.55 | | |
| 400 mg-57 mg, | | | | |
| 20s ea | 54569-4338-00 | 58.95 | | |
| PDR, PO, 125 mg-31.25 mg/5 ml, | | | | |
| 75 ml | 54569-1019-00 | 15.40 | | |
| 150 ml | 54569-0137-00 | 32.00 | | |
| 200 mg-28.5 mg/5 ml, | | | | |
| 100 ml | 54569-4352-00 | 30.95 | | |

RED BOOK™ Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll-free: (800) 722-3062


| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **AVENTYL HCL (Lilly)** | | | | |
| **nortriptyline hydrochloride** | | | | |
| CAP, PO, 10 mg, 100s ea | 00002-0817-02 | 46.78 | | BD |
| 500s ea | 00002-0817-03 | 221.75 | | BD |
| 25 mg, 100s ea | 00002-0819-02 | 93.38 | | BD |
| 500s ea | 00002-0819-03 | 443.77 | | BD |
| SOL, PO, 10 mg/5 ml, | | | | |
| 473 ml | 00002-2468-05 | 49.37 | | AA |
| **AVITA (Penederm)** | | | | |
| **tretinoin** | | | | |
| CRE, TP, 0.025%, 20 gm | 25074-0141-02 | 27.12 | | AB |
| 45 gm | 25074-0141-03 | 50.03 | | AB |
| **AVOCADO OIL (Amend)** | | | | |
| OIL, (REFINED) | | | | |
| 120 ml | 17317-1290-04 | 7.00 | | |
| 500 ml | 17317-1290-01 | 16.80 | | |
| 3840 ml | 17317-1290-06 | 110.00 | | |
| 19200 ml | 17317-1290-08 | 399.00 | | |
| **AVONEX (Biogen)** | | | | |
| **interferon beta-1a** | | | | |
| KIT, IJ (S.D.V.) | | | | |
| 30 mcg, 4s ea | 59627-0001-03 | 852.00 | | |
| **AXID PULVULES (Lilly)** | | | | |
| **nizatidine** | | | | |
| CAP, PO (BLISTER PACK) | | | | |
| 150 mg, ea UD | 00002-3144-01 | 1.63 | | |
| 31s ea UD | 00002-3144-81 | 50.42 | | |
| 60s ea | 00002-3144-60 | 96.00 | | |
| (10X10) | | | | |
| 150 mg, 100s ea UD | 00002-3144-33 | 164.55 | | |
| 500s ea | 00002-3144-03 | 800.00 | | |
| (20X31 BLISTER) | | | | |
| 150 mg, 620s ea UD | 00002-3144-82 | 1008.44 | | |
| 300 mg, 30s ea | 00002-3145-30 | 92.87 | | |
| **(Allscrips)** REPACK | | | | |
| CAP, PO, 150 mg, 20s ea | 54569-2605-00 | 32.00 | | |
| 30s ea | 54569-2605-01 | 49.37 | | |
| 60s ea | 54569-2605-02 | 96.00 | | |
| 300 mg, 30s ea | 54569-2144-00 | 89.30 | | |
| **(Cheshire)** REPACK | | | | |
| CAP, PO 150 mg, 10s ea | 55175-2820-01 | 25.60 | | |
| **(Compumed)** REPACK | | | | |
| CAP, PO, 150 mg, 30s ea | 00403-3509-30 | 44.28 | | |
| 60s ea | 00403-3509-60 | 80.95 | | |
| **(Heartland)** REPACK | | | | |
| CAP, PO, 150 mg, | | | | |
| 30s ea UD | 61392-0357-30 | 46.56 | | |
| 60s ea UD | 61392-0357-60 | 93.12 | | |
| 90s ea UD | 61392-0357-90 | 139.68 | | |
| 500s ea UD | 61392-0357-51 | 776.00 | | |
| 2000s ea UD | 61392-0357-54 | 3104.00 | | |
| 3000s ea UD | 61392-0357-56 | 4656.00 | | |
| 10000s ea UD | 61392-0357-91 | 15520.00 | | |
| 300 mg, 30s ea UD | 61392-0358-30 | 88.86 | | |
| 60s ea UD | 61392-0358-60 | 177.72 | | |
| 90s ea UD | 61392-0358-90 | 266.58 | | |
| 500s ea UD | 61392-0358-51 | 1481.00 | | |
| 2000s ea UD | 61392-0358-54 | 5924.00 | | |
| 3000s ea UD | 61392-0358-56 | 8886.00 | | |
| 10000s ea UD | 61392-0358-91 | 29620.00 | | |
| **(PD-RX Pharm)** REPACK | | | | |
| CAP, PO, 150 mg, 20s ea | 55289-0637-20 | 46.50 | | |
| **(Pharma Pac)** REPACK | | | | |
| CAP, PO, 150 mg, 50s ea | 52959-0366-50 | 94.90 | | |
| 60s ea | 52959-0366-60 | 114.14 | | |
| **(Phys Total Care)** REPACK | | | | |
| CAP, PO, 150 mg, 60s ea | 54868-1130-01 | 113.53 | | |
| 120s ea | 54868-1130-02 | 214.51 | | |
| 300 mg, 30s ea | 54868-1131-01 | 110.44 | | |
| **(Quality Care)** REPACK | | | | |
| CAP, PO, 150 mg, 14s ea | 60346-0585-14 | 35.44 | | |
| 30s ea | 60346-0585-30 | 57.78 | | |
| 60s ea | 60346-0585-60 | 118.71 | | |
| **AXOCET (Savage)** | | | | |
| **apap/butal** | | | | |
| **SEE SECTION 7 FOR COLOR PHOTO** | | | | |
| CAP, PO, 650 mg-50 mg, | | | | |
| 100s ea | 00281-0198-17 | 46.85 | | AB |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **AYGESTIN (ESI Lederle Generics)** | | | | |
| **norethindrone acetate** | | | | |
| TAB, PO, 5 mg, 50s ea | 59911-5894-01 | 57.59 | | AB |
| **AZACTAM (B/M Squibb U.S. Phar)** | | | | |
| **aztreonam** | | | | |
| INJ, IJ (PREMIXED VIAFLEX PLUS) | | | | |
| 1 gm/50 ml, | | | | |
| 50 ml 24s | 00003-2230-51 | 451.96 | 361.57 | |
| 2 gm/50 ml, | | | | |
| 50 ml 24s | 00003-2240-51 | 838.33 | 670.66 | |
| PDI, IJ (15 ML VIAL) | | | | |
| 500 mg, ea | 00003-2550-10 | 8.45 | 6.76 | |
| (100 ML BOTTLE) | | | | |
| 1 gm, ea | 00003-2560-20 | 16.98 | 13.58 | |
| (15 ML VIAL) | | | | |
| 1 gm, ea | 00003-2560-10 | 16.15 | 12.92 | |
| (100 ML BOTTLE) | | | | |
| 2 gm, ea | 00003-2570-20 | 34.00 | 27.20 | |
| (30 ML VIAL) | | | | |
| 2 gm, ea | 00003-2570-10 | 32.24 | 25.79 | |
| **AZATADINE MALEATE** | | | | |
| **(Key)** *See OPTIMINE* | | | | |
| **(Medisca)** | | | | |
| POW, (U.S.P.) | | | | |
| 1 gm | 38779-0478-11 | 180.00 | | |
| 5 gm | 38779-0478-15 | 675.00 | | |
| **AZATADINE/PSEUDOEPH SULF** | | | | |
| **(Key)** *See TRINALIN REPETABS* | | | | |
| **AZATHIOPRINE** | | | | |
| **(Glaxo Wellcome)** *See IMURAN* | | | | |
| **(Medisca)** | | | | |
| POW, (U.S.P.) | | | | |
| 1 gm | 38779-0312-11 | 9.00 | | |
| 5 gm | 38779-0312-15 | 38.70 | | |
| 25 gm | 38779-0312-25 | 165.60 | | |
| **(Roxane)** | | | | |
| TAB, PO, 50 mg, 100s ea | 00054-4084-25 | 116.63 | | AB |
| (10X10) | | | | |
| 50 mg, 100s ea UD | 00054-8084-25 | 128.31 | | AB |
| **AZATHIOPRINE SODIUM (Bedford)** | | | | |
| PDI, IJ (S.D.V., PF., U.S.P.) | | | | |
| 100 mg, ea | 55390-0600-20 | 81.60 | | AP |
| **(Glaxo Wellcome)** *See IMURAN* | | | | |
| **AZELAIC ACID** | | | | |
| **(Allergan Inc)** *See AZELEX* | | | | |
| **(Gallipot)** | | | | |
| POW, 100 gm | 51552-0112-99 | 35.65 | | |
| **AZELASTINE HYDROCHLORIDE** | | | | |
| **(Wallace)** *See ASTELIN* | | | | |
| **AZELEX (Allergan Inc)** | | | | |
| **azelaic acid** | | | | |
| CRE, TP, 20%, 30 gm | 00023-8694-30 | 30.33 | | |
| **AZITHROMYCIN DIHYDRATE** | | | | |
| **(Pfizer U.S.P.G.)** *See ZITHROMAX* | | | | |
| **(Pfizer U.S.P.G.)** *See ZITHROMAX Z-PAK* | | | | |
| **AZMACORT (RPR)** | | | | |
| **triamcinolone acetonide** | | | | |
| ARO, IH, 100 mcg/inh, | | | | |
| 20 gm | 00075-0060-37 | 47.28 | | |
| **(Allscrips)** REPACK | | | | |
| ARO, IH, 100 mcg/inh, | | | | |
| 20 gm | 54569-0053-00 | 47.28 | | |
| **(Cheshire)** REPACK | | | | |
| ARO, IH, 100 mcg/inh, | | | | |
| 20 gm | 55175-2753-01 | 47.35 | | |
| **(Pharma Pac)** REPACK | | | | |
| ARO, IH, 100 mcg/inh, | | | | |
| 20 gm | 52959-1375-03 | 47.65 | | |
| **(Phys Total Care)** REPACK | | | | |
| ARO, IH, 100 mcg/inh, | | | | |
| 20 gm | 54868-1268-01 | 54.07 | | |
| **AZO-SULFISOXAZOLE (Quality Care)** | | | | |
| **phenazopyr/sulfisoxazole** | | | | |
| TAB, PO, 50 mg-500 mg, | | | | |
| 40s ea | 60346-0582-40 | 10.95 | | |
| **AZODICARBONAMIDE (A-A Spectrum)** | | | | |
| **SEE SECTION 6 FOR MFG CATALOG** | | | | |
| POW, (F.C.C.) | | | | |
| 125 gm | 49452-0785-03 | 19.50 | | |
| 500 gm | 49452-0785-01 | 58.20 | | |
| 2500 gm | 49452-0785-02 | 173.25 | | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **AZOSULFAMIDE (Medisca)** | | | | |
| POW, (U.S.P.) | | | | |
| 25 gm | 38779-0788-25 | 23.40 | | |
| 100 gm | 38779-0788-10 | 70.20 | | |
| 500 gm | 38779-0788-50 | 315.90 | | |
| 1000 gm | 38779-0788-00 | 505.00 | | |
| **AZTREONAM** | | | | |
| **(B/M Squibb U.S. Phar)** *See AZACTAM* | | | | |
| **AZULFIDINE (Pharmacia/Upjohn)** | | | | |
| **sulfasalazine** | | | | |
| TAB, PO, 500 mg, 100s ea | 00013-0101-01 | 25.10 | 20.08 | AB |
| 100s ea UD | 00013-0101-11 | 28.08 | 22.46 | AB |
| 300s ea | 00013-0101-20 | 67.80 | 54.24 | AB |
| **AZULFIDINE ENTABS (Pharmacia/Upjohn)** | | | | |
| **sulfasalazine** | | | | |
| ECT, PO, 500 mg, 100s ea | 00013-0102-01 | 30.08 | 24.06 | |
| 300s ea | 00013-0102-20 | 86.08 | 68.86 | |

BELLADONNA & OPIUM SUPPOSITORIES C
• Box of 12 or 20
Call Toll Free: 1-800-328-5113
Paddock Laboratories, Inc.

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **B & O SUPPRETTES 15A (Polymedica Pharma)** | | | | |
| **bell alk/opium alk** | | | | |
| SUP, RC, 16.2 mg-30 mg, | | | | |
| 12s ea UD, C-II | 61451-5015-07 | 33.75 | | |
| (INSTIT. USE) | | | | |
| 16.2 mg-30 mg, | | | | |
| 144s ea UD, C-II | 61451-5015-08 | 300.00 | | |
| **B & O SUPPRETTES 16A (Polymedica Pharma)** | | | | |
| **bell alk/opium alk** | | | | |
| SUP, RC, 16.2 mg-60 mg, | | | | |
| 12s ea UD, C-II | 61451-5016-07 | 36.25 | | |
| (INSTIT. USE) | | | | |
| 16.2 mg-60 mg, | | | | |
| 144s ea UD, C-II | 61451-5016-08 | 325.00 | | |
| **B-C W/FOLIC ACID PLUS (Geneva)** | | | | |
| **folic acid/vit b comp/vit c** | | | | |
| TAB, PO, 100s ea | 00781-1102-01 | 18.22 | | |
| **B-COMPLEX PLUS (URL)** | | | | |
| **min, multi/vit, multi** | | | | |
| TAB, PO, 100s ea | 00677-1604-01 | 16.03 | | |
| **B-D ALLERGIST TRAY (BD Consumer)** | | | | |
| **needles, hypodermic/syringes** | | | | |
| KIT, (26GX1/2,1CC,INTRADERMAL) | | | | |
| 1000s ea | 08290-3055-30 | 99.00 | | |
| (26GX1/2.1CC.REG. BEVEL) | | | | |
| 1000s ea | 08290-3055-37 | 99.00 | | |
| (26GX3/8,1CC,INTRADERMAL) | | | | |
| 1000s ea | 08290-3055-39 | 99.00 | | |
| (27GX1/2,1/2CC,REG BEVEL) | | | | |
| 1000s ea | 08290-3055-35 | 99.00 | | |
| (27GX1/2,1CC,REG. BEVEL) | | | | |
| 1000s ea | 08290-3055-40 | 99.00 | | |
| (27GX3/8,1/2CC) | | | | |
| 1000s ea | 08290-3055-36 | 99.00 | | |
| (27GX3/8,1CC,INTRADERMAL) | | | | |
| 1000s ea | 08290-3055-41 | 99.00 | | |
| (27GX3/8,1CC,REG. BEVEL) | | | | |
| 1000s ea | 08290-3055-42 | 99.00 | | |
| **B-D ALLERGIST W/DETACHABLE NEEDLE (BD Consumer)** | | | | |
| **needles, hypodermic/syringes** | | | | |
| SRN, (26GX1/2, 1CC) | | | | |
| 100s ea | 08290-3055-28 | 17.03 | | |
| (26GX3/8, 1CC) | | | | |
| 100s ea | 08290-3055-29 | 17.03 | | |
| (27GX1/2, 1CC, REG BEVEL) | | | | |
| 100s ea | 08290-3055-20 | 17.03 | | |
| **B-D ALLERGY SYRINGE (BD Consumer)** | | | | |
| **needles, hypodermic/syringes** | | | | |
| SRN, (28GX1/2, 1CC) | | | | |
| 100s ea | 08290-3055-00 | 19.58 | | |

RED BOOK Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll-free: (800) 722-3062
ReadyPrice

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **COLREX COMPOUND (Numark)** | | | | |
| **apap/cpm/codeine/phenyleph** | | | | |
| CAP, PO, 100s ea, C-III | 55499-0840-01 | 31.51 | | |
| **COLY-MYCIN M (Parke-Davis)** | | | | |
| **colistimethate sodium** | | | | |
| PDI, IJ, 150 mg, ea | 00071-4145-01 | 35.55 | | |
| **COLY-MYCIN S OTIC (Parke-Davis)** | | | | |
| **colistin/hc ace/neo sulf/thonzonium bromide** | | | | |
| SUS, OT, 5 ml | 00071-3141-35 | 15.25 | | |
| 10 ml | 00071-3141-36 | 23.40 | | |
| **(Allscrips)** REPACK | | | | |
| SUS, OT, 3 mg-10 mg-3.3 mg/ml, 10 ml | 54569-2182-00 | 23.40 | | |
| **(Southwood)** REPACK | | | | |
| SUS, OT, 5 ml | 58016-6105-05 | 13.96 | | |
| **COLYTE (Schwarz)** | | | | |
| **peg/pot cl/sod bicarb/sod cl/sod sulf** | | | | |
| PDR, PO, 3784.960 ml | 00091-4401-49 | 9.60 | | AA |
| 4000 ml | 00091-4401-23 | 15.40 | | AA |
| **(Allscrips)** REPACK | | | | |
| PDR, PO, 3840 ml | 54569-2846-00 | 9.46 | | AA |
| **COLYTE FLAVORED (Schwarz)** | | | | |
| **peg/pot cl/sod bicarb/sod cl/sod sulf** | | | | |
| PDR, PO (PINEAPPLE) 3784.960 ml | 00091-4403-13 | 10.85 | | AA |
| 4000 ml | 00091-4403-05 | 17.43 | | AA |
| **COLYTROL (Lex)** | | | | |
| **atr sulf/hyoscy/scop** | | | | |
| LIQ, PO (A.F.,S.F.,ANISE) 118 ml | 49523-0168-04 | 6.00 | | |
| TAB, PO, 100s ea | 49523-0169-10 | 16.00 | | |
| **COMBIPRES (Boehr Ingelheim)** | | | | |
| **chlorthalidone/clonidine hcl** | | | | |
| **SEE SECTION 7 FOR COLOR PHOTO** | | | | |
| TAB, PO, 15 mg-0.1 mg, 100s ea | 00597-0008-01 | 77.27 | | AB |
| 15 mg-0.2 mg, 100s ea | 00597-0009-01 | 103.38 | | AB |
| 15 mg-0.3 mg, 100s ea | 00597-0010-01 | 124.67 | | AB |
| **COMBIVENT (Boehr Ingelheim)** | | | | |
| **albuterol sulfate/ipratropium bromide** | | | | |
| **SEE SECTION 7 FOR COLOR PHOTO** | | | | |
| ARD, IH, 0.09 mg-0.018 mg/inh, 14.700 gm | 00597-0013-14 | 35.52 | | |
| **COMBIVIR (Glaxo Wellcome)** | | | | |
| **lamivudine/zidovudine** | | | | |
| **SEE SECTION 7 FOR COLOR PHOTO** | | | | |
| TAB, PO, 150 mg-300 mg, 60s ea | 00173-0595-00 | 517.13 | | |
| **COMHIST (Roberts Pharm)** | | | | |
| **cpm/phenyleph/phenyltol** | | | | |
| TAB, PO, 2 mg-10 mg-25 mg, 100s ea | 54092-0066-01 | 66.13 | | |
| **COMHIST LA (Roberts Pharm)** | | | | |
| **cpm/phenyleph/phenyltol** | | | | |
| CER, PO, 4 mg-20 mg-50 mg, 100s ea | 54092-0065-01 | 94.33 | | |
| **COMPAT PEDI-PEG (Novartis Nutr)** | | | | |
| **device** | | | | |
| KIT, (15 FR, PULL) ea | 00212-8400-92 | 130.74 | 108.95 | |
| **COMPAZINE (SK Beecham Pharm)** | | | | |
| **prochlorperazine** | | | | |
| SUP, RC, 2.5 mg, 12s ea | 00007-3360-03 | 28.10 | | |
| 5 mg, 12s ea | 00007-3361-03 | 31.25 | | |
| 25 mg, 12s ea | 00007-3362-03 | 38.70 | | AB |
| **(Allscrips)** REPACK | | | | |
| SUP, RC, 25 mg, 3s ea | 54569-0353-02 | 9.68 | | AB |
| 6s ea | 54569-0353-01 | 19.35 | | AB |
| 12s ea | 54569-0353-00 | 38.70 | | AB |
| **(Compumed)** REPACK | | | | |
| SUP, RC, 25 mg, 12s ea | 00403-0633-12 | 27.60 | | AB |
| **(Pharma Pac)** REPACK | | | | |
| SUP, RC, 25 mg, 12s ea | 52959-1065-00 | 41.13 | | AB |
| **(Phys Total Care)** REPACK | | | | |
| SUP, RC, 25 mg, 6s ea | 54868-0622-02 | 21.62 | | AB |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Quality Care)** REPACK | | | | |
| SUP, RC, 25 mg, 2s ea | 60346-0493-02 | 14.31 | | AB |
| 3s ea | 60346-0493-03 | 18.58 | | AB |
| 6s ea | 60346-0493-06 | 29.35 | | AB |
| 12s ea | 60346-0493-12 | 50.17 | | AB |
| **(Southwood)** REPACK | | | | |
| SUP, RC, 2.5 mg, 12s ea | 58016-3213-01 | 24.90 | | |
| 5 mg, 12s ea | 58016-3222-12 | 27.70 | | |
| 25 mg, 12s ea | 58016-3016-12 | 34.00 | | AB |
| **(SK Beecham Pharm)** | | | | |
| **prochlorperazine edisylate** | | | | |
| INJ, IJ (VIAL) 5 mg/ml, 2 ml 25s | 00007-3352-16 | 201.70 | | AP |
| 10 ml | 00007-3343-01 | 39.10 | | AP |
| SYR, PO, 5 mg/5 ml, 120 ml | 00007-3363-44 | 21.40 | | |
| **(Allscrips)** REPACK | | | | |
| INJ, IJ (VIAL) 5 mg/ml, 10 ml | 54569-1879-01 | 39.10 | | AP |
| **(Compumed)** REPACK | | | | |
| INJ, IJ, 5 mg/ml, 10 ml | 00403-2857-18 | 33.80 | | AP |
| **(SK Beecham Pharm)** | | | | |
| **prochlorperazine maleate** | | | | |
| TAB, PO, 5 mg, 100s ea | 00007-3366-20 | 62.90 | | AB |
| (INSTIT. USE) 5 mg, 100s ea | 00007-3366-21 | 65.55 | | AB |
| 10 mg, 100s ea | 00007-3367-20 | 94.50 | | AB |
| (INSTIT. USE) 10 mg, 100s ea | 00007-3367-21 | 97.25 | | AB |
| **(Allscrips)** REPACK | | | | |
| TAB, PO, 5 mg, 3s ea | 54569-0352-02 | 1.97 | | AB |
| 12s ea | 54569-0352-03 | 7.87 | | AB |
| 30s ea | 54569-0352-00 | 19.67 | | AB |
| 10 mg, 10s ea | 54569-0351-01 | 9.73 | | AB |
| 30s ea | 54569-0351-00 | 29.18 | | AB |
| **(Compumed)** REPACK | | | | |
| TAB, PO, 5 mg, 20s ea | 00403-0637-20 | 12.20 | | AB |
| 10 mg, 10s ea | 00403-0635-10 | 10.30 | | AB |
| 20s ea | 00403-0635-20 | 16.15 | | AB |
| **(PD-RX Pharm)** REPACK | | | | |
| TAB, PO, 5 mg, 25s ea UD | 55289-0113-97 | 24.25 | | AB |
| 10 mg, 4s ea | 55289-0033-04 | 7.53 | | AB |
| 10s ea | 55289-0033-10 | 13.80 | | AB |
| 25s ea UD | 55289-0033-97 | 33.01 | | AB |
| **(Pharma Pac)** REPACK | | | | |
| TAB, PO, 10 mg, 15s ea | 52959-0391-15 | 12.12 | | AB |
| **(Phys Total Care)** REPACK | | | | |
| TAB, PO, 5 mg, 30s ea | 54868-1284-02 | 22.49 | | AB |
| 10 mg, 20s ea | 54868-1081-02 | 22.52 | | AB |
| **(Quality Care)** REPACK | | | | |
| TAB, PO, 5 mg, 4s ea | 60346-0271-04 | 7.28 | | AB |
| 12s ea | 60346-0271-12 | 16.33 | | AB |
| 15s ea | 60346-0271-15 | 18.08 | | AB |
| 10 mg, 10s ea | 60346-0860-10 | 18.08 | | AB |
| 15s ea | 60346-0860-15 | 23.51 | | AB |
| 25s ea UD | 60346-0860-25 | 37.09 | | AB |
| 30s ea | 60346-0860-30 | 42.00 | | AB |
| **(Southwood)** REPACK | | | | |
| TAB, PO, 10 mg, 8s ea | 58016-0343-08 | 9.36 | | AB |
| 10s ea | 58016-0343-10 | 11.54 | | AB |
| 12s ea | 58016-0343-12 | 13.65 | | AB |
| **COMPAZINE SPANSULE (SK Beecham Pharm)** | | | | |
| **prochlorperazine maleate** | | | | |
| CER, PO, 10 mg, 50s ea | 00007-3344-15 | 57.65 | | |
| 15 mg, 50s ea | 00007-3346-15 | 85.70 | | |
| **(Compumed)** REPACK | | | | |
| CER, PO, 15 mg, 10s ea | 00403-2441-10 | 16.60 | | |
| **(Quality Care)** REPACK | | | | |
| CER, PO, 10 mg, 10s ea | 60346-0434-10 | 19.87 | | |
| **COMTUSSIN HC (Econolab)** | | | | |
| **cpm/hydrocodone/phenyleph** | | | | |
| SYR, PO, 2 mg-2.5 mg-5 mg/5 ml, 480 ml, C-III | 55053-0810-16 | 27.95 | | |

Electronic Drug Pricing and Clinical Information
RED BOOK™
Database Services - (800) 722-3062

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Rugby)** | | | | |
| SYR, PO (S.F.) 2 mg-2.5 mg-5 mg/5 ml, 480 ml, C-III | 00536-2901-85 | 29.43 | | |
| **(Allscrips)** REPACK | | | | |
| SYR, PO (S.F.) 2 mg-2.5 mg-5 mg/5 ml, 480 ml, C-III | 54569-4204-00 | 29.42 | | |
| **COMVAX (Merck)** | | | | |
| **haem b/hepatitis b, recombinant** | | | | |
| INJ, IJ (SDV W/DILUENT,TAX INCL) 0.500 ml | 00006-4843-00 | 47.88 | 38.60 | |
| 0.500 ml 10s | 00006-4898-00 | 452.93 | 365.24 | |
| **CONDYLOX (Oclassen)** | | | | |
| **podofilox** | | | | |
| GEL, TP, 0.5%, 3.500 gm | 55515-0102-01 | 56.64 | | |
| SOL, TP, 0.5%, 3.500 ml | 55515-0101-01 | 62.30 | | |
| **(Phys Total Care)** REPACK | | | | |
| SOL, TP, 0.5%, 4 ml | 54868-3649-00 | 62.28 | | |
| **CONGESS JR (Fleming)** | | | | |
| **gg/pseudoeph** | | | | |
| CER, PO, 125 mg-60 mg, 100s ea | 00256-0174-01 | 28.00 | | |
| **CONGESS SR (Fleming)** | | | | |
| **gg/pseudoeph** | | | | |
| CER, PO, 250 mg-120 mg, 100s ea | 00256-0173-01 | 30.00 | | |
| **CONGO RED (A-A Spectrum)** | | | | |
| **SEE SECTION 8 FOR MFG CATALOG** | | | | |
| POW, (C.I. 22120) 10 gm | 49452-0107-01 | 12.95 | | |
| 25 gm | 49452-0107-02 | 22.50 | | |
| 500 gm | 49452-0107-03 | 87.75 | | |
| **CONRAY (Mallinckrodt Med)** | | | | |
| **iothalamate meglumine** | | | | |
| INJ, IJ (VIAL) 60%, 30 ml | 00019-0953-13 | 6.06 | | |
| (SRN,ULTRAJECT,PREFILLED) 60%, 50 ml | 00019-0953-75 | 10.23 | | |
| (VIAL) 60%, 50 ml | 00019-0953-15 | 9.19 | | |
| 100 ml | 00019-0953-09 | 19.90 | | |
| (VIAL) 60%, 100 ml | 00019-0953-03 | 18.08 | | |
| (SRN,ULTRAJECT,PREFILLED) 60%, 125 ml | 00019-0953-81 | 24.15 | | |
| 150 ml | 00019-0953-11 | 25.85 | | |
| 200 ml | 00019-0953-12 | 31.82 | | |
| **CONRAY-30 (Mallinckrodt Med)** | | | | |
| **iothalamate meglumine** | | | | |
| INJ, IJ (VIAL) 30%, 50 ml | 00019-0952-15 | 4.36 | | |
| 150 ml | 00019-0952-11 | 13.07 | | |
| 300 ml | 00019-0952-01 | 26.08 | | |
| **CONRAY-400 (Mallinckrodt Med)** | | | | |
| **iothalamate sodium** | | | | |
| INJ, IJ (SRN,ULTRAJECT,PREFILLED) 66.8%, 50 ml | 00019-0954-75 | 13.05 | | |
| (VIAL) 66.8%, 50 ml | 00019-0954-15 | 12.29 | | |
| **CONRAY-43 (Mallinckrodt Med)** | | | | |
| **iothalamate meglumine** | | | | |
| INJ, IJ (SRN,ULTRAJECT,PREFILLED) 43%, 50 ml | 00019-3183-75 | 8.36 | | |
| (VIAL) 43%, 50 ml | 00019-3183-15 | 7.22 | | |
| 100 ml | 00019-3183-07 | 13.78 | | |
| 150 ml | 00019-3183-08 | 14.61 | | |
| 200 ml | 00019-3183-11 | 19.51 | | |
| 250 ml | 00019-3183-09 | 21.05 | | |

Recommend SENOKOT® Laxatives When the Rx May Constipate
PURDUE FREDERICK A4134

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Pharm-Tech)** See *PROPADE* | | | | |
| **(Pharmacist's Choice)** See *HISTADE* | | | | |
| **(Qualitest)** See *OR-PHEN-ADE* | | | | |
| **(SK Beecham Pharm)** See *ORNADE SPANSULES* | | | | |
| **(Southwood)** | | | | |
| CER, PO, 12 mg-75 mg. | | | | |
| 12s ea | 58016-0423-12 | 10.20 | | EE |
| 15s ea | 58016-0423-15 | 12.75 | | EE |
| 20s ea | 58016-0423-20 | 17.00 | | EE |
| 30s ea | 58016-0423-30 | 25.50 | | EE |
| 50s ea | 58016-0423-50 | 42.55 | | EE |
| **CPM/PPA/PSEUDOEPH** | | | | |
| **(Truxton)** See *COTOFED* | | | | |
| **CPM/PSEUDOEPH (Allscrips)** | | | | |
| CER, PO, 8 mg-120 mg. | | | | |
| 20s ea | 54569-4122-00 | 6.06 | | |
| **(Alphagen)** See *D-AMINE-SR* | | | | |
| **(Amer Urological)** See *DURALEX* | | | | |
| **(Cheshire)** See *DECONGEST SR* | | | | |
| **(Compumed)** | | | | |
| CER, PO, 8 mg-120 mg. | | | | |
| 14s ea | 00403-0758-14 | 2.90 | | |
| 20s ea | 00403-0758-20 | 3.25 | | |
| 100s ea | 00403-0758-01 | 3.60 | | |
| **(Dura)** See *DURA-TAP/PD* | | | | |
| **(EconoMed)** See *RINADE-B.I.D.* | | | | |
| **(Econolab)** See *COLFED-A* | | | | |
| **(Econolab)** See *DYNAFED-ER PEDIATRIC* | | | | |
| **(Eon)** | | | | |
| CER, PO, 8 mg-120 mg. | | | | |
| 100s ea | 00185-1304-01 | 27.25 | | |
| 1000s ea | 00185-1304-10 | 111.63 | | |
| **(Ferndale)** See *KRONOFED-A* | | | | |
| **(Ferndale)** See *KRONOFED-A-JR* | | | | |
| **(Geneva)** See *PSEUDO-CHLOR* | | | | |
| **(Glenwood)** See *KLERIS!-D* | | | | |
| **(Hoechst Marion)** See *NOVAFED A* | | | | |
| **(Iomed Labs)** See *DECONOMED S R* | | | | |
| **(Ion)** See *RESCON* | | | | |
| **(Ion)** See *RESCON JR* | | | | |
| **(Ion)** See *RESCON-ED* | | | | |
| **(Kenwood)** See *DECONAMINE* | | | | |
| **(Kenwood)** See *DECONAMINE SR* | | | | |
| **(Kremers Urban)** | | | | |
| CER, PO, 8 mg-120 mg. | | | | |
| 100s ea | 62175-0120-37 | 27.95 | | |
| **(MCR/Amer Pharm, Inc.)** See *TIME-HIST* | | | | |
| **(Major)** See *PSEUDOCHLOR* | | | | |
| **(Med-Tek)** See *MED-HIST* | | | | |
| **(Medeva)** See *ATROHIST PEDIATRIC* | | | | |
| **(Merz)** See *ANAMINE* | | | | |
| **(Merz)** See *ANAMINE TD* | | | | |
| **(Moore,H.L.)** | | | | |
| CER, PO, 8 mg-120 mg. | | | | |
| 100s ea | 00839-7178-06 | 14.18 | 10.50 | |
| **(Numark)** See *HISTALET* | | | | |
| **(Oxypure)** See *COPHENE NO 2* | | | | |
| **(PD-RX Pharm)** See *CHLORFED-A* | | | | |
| **(Parmed)** See *COLFED-A* | | | | |
| **(Pecos)** See *DECONGESTANT SR* | | | | |
| **(Pharm-Tech)** See *ISOPHEN-DF* | | | | |
| **(Pharm-Tech)** See *SUPHENAMINE-SR* | | | | |
| **(Pharma Pac)** | | | | |
| CER, PO, 8 mg-120 mg. | | | | |
| 20s ea | 52959-0198-20 | 7.02 | | |
| **(Phys Total Care)** See *CHLOR/PSEUDO* | | | | |
| **(Qualitest)** See *DE-CONGESTINE* | | | | |
| **(Quality Care)** | | | | |
| CER, PO, 8 mg-120 mg. | | | | |
| 6s ea | 60346-0698-06 | 4.35 | | |
| 12s ea | 60346-0698-12 | 5.85 | | |
| 20s ea | 60346-0698-20 | 7.50 | | |
| **(Roberts Pharm)** See *CHLORAFED TIMECELLES* | | | | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **(Rugby)** See *CHLORDRINE SR* | | | | |
| **(Salix Pharm)** See *HISTEX* | | | | |
| **(Savage)** See *BREXIN LA* | | | | |
| **(Schwarz)** See *CODIMAL-L.A.* | | | | |
| **(Schwarz)** See *CODIMAL-L.A. HALF* | | | | |
| **(Schwarz)** See *FEDAHIST GYROCAPS* | | | | |
| **(Seatrace)** See *ND CLEAR* | | | | |
| **(Southwood)** | | | | |
| CER, PO, 8 mg-120 mg. | | | | |
| 10s ea | 58016-0413-10 | 6.84 | | |
| 15s ea | 58016-0413-15 | 10.25 | | |
| 20s ea | 58016-0413-20 | 13.67 | | |
| 30s ea | 58016-0413-30 | 20.51 | | |
| TER, PO, 8 mg-120 mg. | | | | |
| 6s ea | 58016-0416-06 | 4.10 | | |
| 12s ea | 58016-0413-12 | 8.20 | | |
| 14s ea | 58016-0413-14 | 9.57 | | |
| 21s ea | 58016-0413-21 | 14.36 | | |
| 24s ea | 58016-0413-24 | 16.41 | | |
| 28s ea | 58016-0413-28 | 19.14 | | |
| 40s ea | 58016-0413-40 | 27.31 | | |
| 100s ea | 58016-0413-00 | 68.36 | | |
| **(Stewart-Jackson)** See *CLORFED* | | | | |
| **(Truxton)** See *PSEUDOCOT-C* | | | | |
| **(URL)** | | | | |
| CER, PO, 8 mg-120 mg. | | | | |
| 100s ea | 00677-1086-01 | 17.75 | | |
| **(Zenith Goldline)** See *CHLORPHEDRIN SR* | | | | |
| **CRANBERRY CONCENTRATE (A-A Spectrum)** | | | | |
| **cranberry** | | | | |
| **SEE SECTION 6 FOR MFG CATALOG** | | | | |
| POW, (MIN. 30 MESH; KOSHER) | | | | |
| 500 gm | 49452-2232-01 | 37.50 | | |
| 2500 gm | 49452-2232-02 | 102.00 | | |
| **CRANTEX (Econolab)** | | | | |
| **gg/phenyleph/ppa** | | | | |
| LIQ, PO, 100 mg-5 mg-20 mg/5 ml. | | | | |
| 480 ml | 55053-0650-16 | 14.00 | | |
| **(Moore,H.L.)** | | | | |
| LIQ, PO, 100 mg-5 mg-20 mg/5 ml. | | | | |
| 480 ml | 00839-7562-69 | 14.61 | 10.82 | |
| **CRATAEGUS COMPOUND (Weleda)** | | | | |
| **homeopathic product** | | | | |
| LIQ, PO, 50 ml | 55946-0213-15 | 7.95 | | |
| **CREATINE MONOHYDRATE (A-A Spectrum)** | | | | |
| **creatine** | | | | |
| **SEE SECTION 6 FOR MFG CATALOG** | | | | |
| POW, 25 gm | 49452-2334-01 | 8.60 | | |
| 100 gm | 49452-2334-02 | 21.95 | | |
| 500 gm | 49452-2334-03 | 85.00 | | |
| **(Bio-Tech Pharm)** | | | | |
| POW, 454 gm | 53191-0175-01 | 78.00 | | |
| **(Gallipot)** | | | | |
| POW, 100 gm | 51552-0489-99 | 28.06 | | |
| 1000 gm | 51552-0489-01 | 224.25 | | |
| **(Meridian Chemical)** | | | | |
| POW, 500 gm | 62991-1230-01 | 77.00 | | |
| 1000 gm | 62991-1230-02 | 149.60 | | |
| **CREON 10 (Solvay)** | | | | |
| **pancrelipase** | | | | |
| ECC, PO (MINIMICROSPHERES) | | | | |
| 100s ea | 00032-1210-01 | 56.72 | | |
| 250s ea | 00032-1210-07 | 139.00 | | |
| **CREON 20 (Solvay)** | | | | |
| **pancrelipase** | | | | |
| ECC, PO (MINIMICROSPHERES) | | | | |
| 100s ea | 00032-1220-01 | 108.50 | | |
| 250s ea | 00032-1220-07 | 265.80 | | |
| **(Phys Total Care)** | | | | |
| **REPACK** | | | | |
| ECC, PO 50s ea | 54868-3475-00 | 49.52 | | |
| 100s ea | 54868-3475-01 | 97.27 | | |
| **CREON 5 (Solvay)** | | | | |
| **pancrelipase** | | | | |
| ECC, PO (MINIMICROSPHERES) | | | | |
| 100s ea | 00032-1205-01 | 36.33 | | |
| ECT, PO, 250s ea | 00032-1205-07 | 89.01 | | |
| **CRESYL ACETATE** | | | | |
| **(Recsei)** See *CRESYLATE* | | | | |
| **CRESYLATE (Recsei)** | | | | |
| **cresyl acetate** | | | | |
| SOL, OT, 25%, 15 ml | 10952-0035-13 | 8.50 | | |
| 480 ml | 10952-0035-17 | 140.00 | | |

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **CRINONE (Wyeth-Ayerst)** | | | | |
| **progesterone** | | | | |
| GEL, VG (S.D. APPLICATOR) | | | | |
| 4%, 2.600 gm | 00008-0907-01 | 5.00 | 4.00 | |
| (6 S.D. APPLICATORS) | | | | |
| 4%, 15.600 gm | 00008-0907-02 | 30.00 | 24.00 | |
| (3 X 6 S.D. APPLICATORS) | | | | |
| 4%, 46.800 gm | 00008-0907-03 | 90.00 | 72.00 | |
| (S.D. APPLICATOR) | | | | |
| 8%, 2.600 gm | 00008-0908-01 | 10.00 | 8.00 | |
| (6 S.D. APPLICATORS) | | | | |
| 8%, 15.600 gm | 00008-0908-02 | 60.00 | 48.00 | |
| (3 X 6 S.D. APPLICATORS) | | | | |
| 8%, 46.800 gm | 00008-0908-03 | 180.00 | 144.00 | |
| **CRIXIVAN (Merck)** | | | | |
| **indinavir sulfate** | | | | |
| **SEE SECTION 7 FOR COLOR PHOTO** | | | | |
| CAP, PO (UNIT OF USE) | | | | |
| 200 mg, 270s ea | 00006-0571-42 | 337.50 | 270.00 | |
| 360s ea | 00006-0571-43 | 450.00 | 360.00 | |
| 400 mg, 90s ea | 00006-0573-54 | 225.00 | 180.00 | |
| 180s ea | 00006-0573-62 | 450.00 | 360.00 | |
| **(Pharma Pac)** | | | | |
| **REPACK** | | | | |
| CAP, PO, 400 mg, 12s ea | 52959-0507-12 | 41.45 | | |
| **CROLOM (Bausch&Lomb Pharm)** | | | | |
| **cromolyn sodium** | | | | |
| SOL, OP, 4%, 10 ml | 24208-0300-10 | 40.52 | | AT |
| **(Allscrips)** | | | | |
| **REPACK** | | | | |
| SOL, OP, 4%, 10 ml | 54569-4060-00 | 40.52 | | AT |
| **CROMOLYN SODIUM (Arcola)** | | | | |
| SOL, IH, 10 mg/ml, | | | | |
| 2 ml 60s | 00070-9996-06 | 42.06 | | AN |
| 2 ml 120s | 00070-9996-12 | 84.12 | | AN |
| **(Bausch&Lomb Pharm)** See *CROLOM* | | | | |
| **(Dey)** | | | | |
| SOL, IH, 10 mg/ml, | | | | |
| 2 ml 60s UD | 49502-0689-02 | 42.00 | | AN |
| 2 ml 120s UD | 49502-0689-12 | 84.00 | | AN |
| **(Gallipot)** | | | | |
| POW, (U.S.P.) | | | | |
| 5 gm | 51552-0423-05 | 28.75 | | |
| 25 gm | 51552-0423-25 | 95.58 | | |
| 100 gm | 51552-0423-99 | 264.50 | | |
| **(Medeva)** See *GASTROCROM* | | | | |
| **(Medisca)** | | | | |
| POW, (U.S.P.) | | | | |
| 25 gm | 38779-0301-25 | 89.00 | | |
| 100 gm | 38779-0301-10 | 253.00 | | |
| 500 gm | 38779-0301-50 | 1140.00 | | |
| 1000 gm | 38779-0301-00 | 2050.00 | | |
| **(Meridian Chemical)** | | | | |
| POW, (U.S.P.) | | | | |
| 25 gm | 62991-1038-01 | 180.40 | | |
| 100 gm | 62991-1038-02 | 506.00 | | |
| **(RPR)** See *INTAL* | | | | |
| **(RPR)** See *INTAL INHALER* | | | | |
| **CROSCARMELLOSE SODIUM (A-A Spectrum)** | | | | |
| **SEE SECTION 6 FOR MFG CATALOG** | | | | |
| POW, (N.F.) | | | | |
| 500 gm | 49452-2337-01 | 34.50 | | |
| 2500 gm | 49452-2337-02 | 98.75 | | |
| **CROTAMITON** | | | | |
| **(Westwood-Squibb)** See *EURAX* | | | | |
| **CROTON OIL (A-A Spectrum)** | | | | |
| **SEE SECTION 6 FOR MFG CATALOG** | | | | |
| OIL, 10 gm | 49452-2349-04 | 38.10 | | |
| 25 gm | 49452-2349-01 | 67.60 | | |
| 100 gm | 49452-2349-02 | 185.00 | | |
| **(Amend)** | | | | |
| OIL, 100 ml | 17317-0823-04 | 190.00 | | |
| **(Gallipot)** | | | | |
| OIL, 10 gm | 51552-0224-10 | 51.75 | | |
| 25 gm | 51552-0224-25 | 91.43 | | |
| 100 ml | 51552-0224-99 | 287.50 | | |
| **CRYSTODIGIN (Lilly)** | | | | |
| **digitoxin** | | | | |
| TAB, PO, 0.1 mg, 100s ea | 00002-1060-02 | 5.57 | | |
| **CUPFERRON (Baker, J.T.)** | | | | |
| CRY, (A.C.S., REAGENT) | | | | |
| 125 gm | 10106-1760-04 | 96.20 | | |
| 500 gm | 10106-1760-01 | 297.60 | | |

*RED BOOK™ Database Services...*
*Put the Power of RED BOOK on Your Computer. For information call toll-free* **(800) 722-3062**



PROD/MFR NDC AWP DP OBC

**DEXASOL (Ocusoft)**
dexamethasone sodium phosphate
SOL OP. 0.1%, 5 ml .. 54799-0525-05 4.95 3.95 AT

**DEXASONE (Legere)**
dexamethasone sodium phosphate
INJ IJ (VIAL)
4 mg/ml, 5 ml .. 25332-0010-05 5.95 EE
10 mg/ml, 5 ml .. 25332-0113-02 14.95 EE

**DEXASONE L.A. (Legere)**
dexamethasone acetate
INJ IJ (VIAL)
8 mg/ml 5 ml .. 25332-0011-05 21.95 EE

**DEXASPORIN (URL)**
dexameth/neo sulf/polymyx
SUS OP. 1 mg-3.5 mg-10.000 u/ml,
5 ml .. 00677-0900-20 7.37 AT

**(Phys Total Care)**
REPACK
SUS. OP 1 mg-3.5 mg-10.000 u/ml,
5 ml .. 54868-1070-01 9.35 AT

**(Southwood)**
REPACK
SUS OP. 1 mg-3.5 mg-10.000 u/ml
5 ml .. 58016-6041-05 18.95 AT

**DEXBROMPHEN/DM/GG/PSEUDOEPH SULF**
**(Dayton)** *See ADEXOL-DM*

**DEXBROMPHEN/GG/PSEUDOEPH SULF**
**(Dayton)** *See ADEXOL*

**DEXBROMPHEN/PSEUDOEPH SULF**
**(Geneva)** *See DISOBROM*
**(Iomed Labs)** *See DRIXOMED*
**(Major)** *See DEXAPHEN SA*
**(Pharmacist's Choice)** *See PHARMADRINE*
**(Qualitest)** *See DREXOPHED SR*

**DEXCHLORPHEN/GG/PSEUDOEPH SULF**
**(Schering)** *See POLARAMINE EXPECTORANT*

**DEXCHLORPHENIRAMINE MALEATE (Amide)**
TER, PO 4 mg, 100s ea .. 52152-0014-02 42.95
6 mg, 100s ea .. 52152-0015-02 59.95

**(Morton Grove)**
SYR PO (ORANGE)
2 mg/5 ml, 120 ml .. 60432-0539-16 16.49 AA
3840 ml .. 60432-0539-28 98.70 AA

**(Pecos)**
TER, PO, 6 mg, 100s ea .. 59879-0504-01 39.95

**(Pharmacist's Choice)**
TER, PO 4 mg, 100s ea .. 54979-0156-01 29.50
6 mg, 100s ea .. 54979-0157-01 40.95
1000s ea .. 54979-0157-10 368.55

**(Qualitest)**
TER, PO, 4 mg, 100s ea .. 00603-3198-21 34.50
6 mg, 100s ea .. 00603-3199-21 44.25

**(Rugby)**
TER, PO, 4 mg, 100s ea .. 00536-3578-01 47.85
6 mg, 100s ea .. 00536-3590-01 63.90

**(Schein)**
TER, PO 4 mg, 100s ea .. 00364-0585-01 37.50
6 mg, 100s ea .. 00364-0586-01 52.25

**(Schering)** *See POLARAMINE*
**(Schering)** *See POLARAMINE REPETABS*

**(URL)**
TER, PO, 6 mg, 100s ea .. 00677-0669-01 57.10

**(Zenith Goldline)**
TER, PO 4 mg, 100s ea .. 00182-1014-01 48.00
6 mg, 100s ea .. 00182-1015-01 63.90

**DEXEDRINE (SK Beecham Pharm)**
dextroamphetamine sulfate
CER, PO (SPANSULE)
5 mg, 50s ea, C-II .. 00007-3512-15 25.40
10 mg,
50s ea, C-II .. 00007-3513-15 31.65
15 mg,
50s ea, C-II .. 00007-3514-15 40.45
TAB, PO, 5 mg,
100s ea, C-II .. 00007-3519-20 23.40 AA

**(Phys Total Care)**
REPACK
CER, PO (SPANSULE)
5 mg, 50s ea, C-II .. 54868-3402-00 29.69
100s ea, C-II .. 54868-3402-01 57.02
10 mg,
50s ea, C-II .. 54868-3811-00 33.52
TAB, PO, 5 mg,
50s ea, C-II .. 54868-3403-00 14.41 AA
100s ea, C-II .. 54868-3403-01 26.46 AA

PROD/MFR NDC AWP DP OBC

**DEXFERRUM (Amer Regent)**
iron dextran
INJ, IJ (S.D.V.)
50 mg/ml, 2 ml 10s .. 00517-0234-10 377.05 BP

**DEXOL (Legere)**
dexpanthenol
INJ, IJ 250 mg/ml
10 ml .. 25332-0107-10 12.95

**DEXONE 0.75 (Solvay)**
dexamethasone
TAB PO, 0.75 mg
100s ea .. 00032-3210-01 12.61 BP

**DEXONE 1.5 (Solvay)**
dexamethasone
TAB, PO, 1.5 mg, 100s ea. 00032-3215-01 25.19 BP

**DEXONE 4 (Solvay)**
dexamethasone
TAB, PO, 4 mg, 100s ea .. 00032-3220-01 54.12 BP

**DEXONE LA (Keene)**
dexamethasone acetate
INJ IJ (VIAL)
8 mg/ml, 5 ml .. 00588-5344-75 12.50 BP

**DEXPANTHENOL (Amer Regent)**
INJ IJ (S.D.V.)
250 mg/ml,
2 ml 25s .. 00517-0131-25 101.50

**(Consolidated Midland)**
INJ IJ (VIAL)
250 mg/ml, 10 ml .. 00223-8235-10 5.00
INJ IJ (VIAL)
250 mg/ml, 10 ml .. 00223-7414-10 6.00

**(Legere)** *See DEXOL*

**(McGuff)**
INJ IJ (M.D.V.)
250 mg/ml, 30 ml .. 49072-0161-30 7.09

**(Merit)** *See D-PAN*
**(Savage)** *See ILOPAN*

**(Schein)**
INJ, IJ (S.D.V.)
250 mg/ml,
2 ml 25s .. 00364-2179-48 131.25
(M.D.V.)
250 mg/ml 10 ml .. 00364-2179-54 5.50

**(Steris)**
INJ, IJ, 250 mg/ml, 30 ml 00402-0260-30 8.45

**(Torrance)**
INJ, IJ (VIAL)
250 mg/ml, 30 ml .. 00389-0260-10 6.75

**DL-PANTHENOL (Amend)**
dexpanthenol
POW (U.S.P.)
100 gm .. 17317-0880-03 17.50
1000 gm .. 17317-0880-06 60.20
5000 gm .. 17317-0880-05 245.00

**DEXRAZOXANE**
**(Pharmacia/Upjohn)** *See ZINECARD*

**DEXTRAN (Abbott Hosp)**
INJ, IJ (VIAL, TEARTOP, HM)
32%, 100 ml 5s .. 00074-8085-01 202.11 170.20

**DEXTRAN 1**
**(Medisan Pharm)** *See PROMIT*

**DEXTRAN 150000 (A-A Spectrum)**
dextran
SEE SECTION 6 FOR MFG CATALOG
POW, 100 gm .. 49452-2475-01 34.10
1000 gm .. 49452-2475-02 249.50

**DEXTRAN 20000 (A-A Spectrum)**
dextran
SEE SECTION 6 FOR MFG CATALOG
POW, 100 gm .. 49452-2472-01 37.80
1000 gm .. 49452-2472-02 198.40

**DEXTRAN 250000 (A-A Spectrum)**
dextran
SEE SECTION 6 FOR MFG CATALOG
POW, 100 gm .. 49452-2476-01 34.10
1000 gm .. 49452-2476-02 249.50

**DEXTRAN 40/DEXTROSE**
**(Abbott Hosp)** *See LMD W/5% DEXTROSE*
**(Baxter)** *See GENTRAN 40 W/DEXTROSE*

**(McGaw)**
INJ, IJ (GLASS CONTAINER)
10%-5%, 500 ml .. 00264-1962-10 141.69

**(Medisan Pharm)** *See RHEOMACRODEX*

PROD/MFR NDC AWP DP OBC

*Electronic Drug Pricing and Clinical Information*
**RED BOOK**™
Database Services - (800) 722-3062

**DEXTRAN 40/SOD CL**
**(Abbott Hosp)** *See LMD W/0.9% SODIUM CHLORIDE*
**(Baxter)** *See GENTRAN 40 W/SODIUM CHLORIDE*

**(McGaw)**
INJ, IJ, 10%-0.9%, 500 ml 00264-1963-10 142.38

**(Medisan Pharm)** *See RHEOMACRODEX*

**DEXTRAN 40000 (A-A Spectrum)**
dextran
SEE SECTION 6 FOR MFG CATALOG
POW, 100 gm .. 49452-2469-01 39.25
1000 gm .. 49452-2469-02 249.50

**DEXTRAN 500000 (A-A Spectrum)**
dextran
SEE SECTION 6 FOR MFG CATALOG
POW, 100 gm .. 49452-2477-01 34.10
1000 gm .. 49452-2477-02 249.50

**DEXTRAN 70/DEXTROSE (Abbott Hosp)**
INJ, IJ, 6%-5%, 500 ml 12s 00074-1507-03 1181.47 994.92

**(Medisan Pharm)** *See HYSKON*

**DEXTRAN 70/SOD CL**
**(Baxter)** *See GENTRAN 70 W/SODIUM CHLORIDE*

**(McGaw)**
INJ, IJ (GLASS CONTAINER)
6%-0.9%, 500 ml .. 00264-1960-10 52.98

**(Medisan Pharm)** *See MACRODEX*

**DEXTRAN 70000 (A-A Spectrum)**
dextran
SEE SECTION 6 FOR MFG CATALOG
POW, 100 gm .. 49452-2471-01 39.25
1000 gm .. 49452-2471-02 249.50

**DEXTRAN 75/SOD CL (Abbott Hosp)**
INJ, IJ, 6%-0.9%,
500 ml 12s .. 00074-1505-03 1181.47 994.92

**DEXTRAN 75000 (A-A Spectrum)**
dextran
SEE SECTION 6 FOR MFG CATALOG
POW, 100 gm .. 49452-2474-01 39.25
1000 gm .. 49452-2474-02 249.50

**DEXTRAN SULFATE SODIUM (A-A Spectrum)**
dextran sulfate
SEE SECTION 6 FOR MFG CATALOG
POW, (AV. M.W. 12,000)
25 gm .. 49452-2478-04 49.50
(AV. M.W. 40,000)
25 gm .. 49452-2482-01 49.50
(AV. M.W. 8,000)
25 gm .. 49452-2481-01 49.50
(AV. M.W. 12,000)
100 gm .. 49452-2478-01 174.80
(AV. M.W. 40,000)
100 gm .. 49452-2482-02 174.80
(AV. M.W. 8,000)
100 gm .. 49452-2481-02 174.80

**DEXTRAN SULFATE SODIUM HEAVY (A-A Spectrum)**
dextran sulfate
SEE SECTION 6 FOR MFG CATALOG
POW, (AV. M.W. 500,000/HEAVY)
25 gm .. 49452-2483-01 49.50
100 gm .. 49452-2483-02 174.80

**DEXTRAN SULFATE SODIUM LIGHT (A-A Spectrum)**
dextran sulfate
SEE SECTION 6 FOR MFG CATALOG
POW, (AV. M.W. 500,000/LIGHT)
25 gm .. 49452-2479-01 49.50
100 gm .. 49452-2479-02 174.80

**DEXTROAMPHETAMINE SULFATE**
**(SK Beecham Pharm)** *See DEXEDRINE*
**(Shire Richwood)** *See DEXTROSTAT*

**DEXTROMETHORPHAN (A-A Spectrum)**
SEE SECTION 6 FOR MFG CATALOG
POW, (U.S.P.)
10 gm .. 49452-2495-01 19.80
25 gm .. 49452-2495-02 55.75
100 gm .. 49452-2495-03 99.50

*Recommend*
**SENOKOT® Laxatives When the Rx May Constipate**
PURDUE FREDERICK
A4134

Case 1:01-cv-12257-PBS Document 6305-17 Filed 07/24/09 Page 16 of 20



| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| **DEXTROMETHORPHAN HBR MONOHYDRATE** | | | | |
| **(Medisca)** | | | | |
| **dextromethorphan hydrobromide** | | | | |
| POW, (U.S.P.) | | | | |
| 10 gm | **38779-0355-01** | 16.15 | | |
| 25 gm | **38779-0355-25** | 34.00 | | |
| 100 gm | **38779-0355-10** | 79 00 | | |
| **DEXTROMETHORPHAN HYDROBROMIDE** | | | | |
| **(A-A Spectrum)** | | | | |
| **SEE SECTION 6 FOR MFR CATALOG** | | | | |
| POW, (MONOHYDRATE, U.S.P.) | | | | |
| 10 gm | **49452-2500-01** | 15.80 | | |
| 25 gm | **49452-2500-02** | 32.25 | | |
| 100 gm | **49452-2500-03** | 88.50 | | |
| **(Amend)** | | | | |
| POW, (U.S.P.) | | | | |
| 10 gm | **17317-0136-01** | 17.15 | | |
| 25 gm | **17317-0136-02** | 34.30 | | |
| 100 gm | **17317-0136-03** | 105 00 | | |
| **(Gallipot)** | | | | |
| POW, (U.S.P./N.F.) | | | | |
| 10 gm | **51552-0121-10** | 22.43 | | |
| 25 gm | **51552-0121-25** | 39.33 | | |
| 100 gm | **51552-0121-99** | 113.56 | | |
| **(Integra)** | | | | |
| POW, (U.S.P.) | | | | |
| 10 gm | **05324-5213-20** | 22.44 | | |
| 25 gm | **05324-5213-25** | 46.76 | | |
| 100 gm | **05324-5213-35** | 113 49 | | |
| **(Meridian Chemical)** | | | | |
| POW, (U.S.P.) | | | | |
| 10 gm | **62991-1042-01** | 35.20 | | |
| 25 gm | **62991-1042-02** | 79.20 | | |
| 100 gm | **62991-1042-03** | 198.00 | | |
| 500 gm | **62991-1042-04** | 825.00 | | |
| **DEXTROSE (Abbott Hosp)** | | | | |
| INJ, IJ, 2.5%, 1000 ml 6s | **00074-1508-05** | 86.50 | 72 84 | |
| (LIFECARE, QUAD PACK) | | | | |
| 5%, 25 ml 48s | **00074-7923-20** | 832.20 | 700.80 | **AP** |
| (50/150 ML PART FILL) | | | | |
| 5%, 50 ml 12s | **00074-1523-01** | 217.74 | 183.36 | **AP** |
| (100 ML PRESS,PNTOP VIAL) | | | | |
| 5%, 50 ml 25s | **00074-1495-01** | 110 14 | 92.75 | **AP** |
| (ADD-VANTAGE, LIFECARE) | | | | |
| 5%, 50 ml 48s | **00074-7100-13** | 608 76 | 512 64 | **AP** |
| (LIFECARE) | | | | |
| 5%, 50 ml 80s | **00074-7923-36** | 903.45 | 760 80 | **AP** |
| (100/150 ML PART FILL) | | | | |
| 5%, 100 ml 12s | **00074-1523-11** | 217 74 | 183 36 | **AP** |
| (VIAL, 150 ML PRESS PNTP) | | | | |
| 5%, 100 ml 25s | **00074-1494-01** | 114 00 | 96 00 | **AP** |
| (ADD-VANTAGE, LIFECARE) | | | | |
| 5%, 100 ml 48s | **00074-7100-23** | 608.76 | 512 64 | **AP** |
| (LIFECARE) | | | | |
| 5%, 100 ml 80s | **00074-7923-37** | 903.45 | 760.80 | **AP** |
| 150 ml 12s | **00074-1522-01** | 135.80 | 114.36 | **AP** |
| (LIFECARE) | | | | |
| 5%, 150 ml 32s | **00074-7922-61** | 342.76 | 288.64 | **AP** |
| 250 ml 12s | **00074-1522-02** | 135 80 | 114 36 | **AP** |
| (ADD-VANTAGE) | | | | |
| 5%, 250 ml 24s | **00074-7100-02** | 368 79 | 310 56 | **AP** |
| (LIFECARE/PLASTIC) | | | | |
| 5%, 250 ml 24s | **00074-7922-02** | 257.07 | 216 48 | **AP** |
| 500 ml 12s | **00074-1522-03** | 135.80 | 114 36 | **AP** |
| (LIFECARE/PLASTIC) | | | | |
| 5%, 500 ml 24s | **00074-7922-03** | 257.07 | 216 48 | **AP** |
| (W/5% ALCOHOL) | | | | |
| 5%, 1000 ml 6s | **00074-1500-05** | 115 00 | 96 34 | **AP** |
| (LIFECARE/PLASTIC) | | | | |
| 5%, 1000 ml 12s | **00074-7922-09** | 150.20 | 126 48 | **AP** |
| (AMP) | | | | |
| 10%, 3 ml 100s | **00074-1202-03** | 511 61 | 430.83 | **EE** |
| 5 ml 25s | **00074-4089-02** | 76.59 | 64.50 | **AP** |
| (LIFECARE) | | | | |
| 10%, 250 ml 24s | **00074-7930-02** | 313.22 | 263 76 | **AP** |
| (1000 ML CONTAINER) | | | | |
| 10%, 500 ml 6s | **00074-5641-25** | 136.66 | 115 08 | **AP** |
| 500 ml 12s | **00074-7938-19** | 330.89 | 278.64 | **AP** |
| (LIFECARE) | | | | |
| 10%, 500 ml 24s | **00074-7930-03** | 295.26 | 248.64 | **AP** |
| 1000 ml 12s | **00074-7930-09** | 172.43 | 145.20 | **AP** |
| (1000 ML CONTAINER) | | | | |
| 20%, 500 ml 6s | **00074-5642-25** | 157.96 | 133.02 | **AP** |
| 500 ml 12s | **00074-1535-03** | 212 47 | 178 92 | **AP** |
| (1000 ML CONTAINER) | | | | |
| 20%, 500 ml 12s | **00074-7935-19** | 382.33 | 321.96 | **AP** |
| (ABBOJECT, INFANT) | | | | |
| 25%, 10 ml 10s | **00074-7898-18** | 138 82 | 116.90 | |
| (VIAL, 1000 ML CONTAINER) | | | | |
| 30%, 500 ml 6s | **00074-5823-25** | 177.34 | 149.34 | **AP** |
| (1000 ML CONTAINER) | | | | |
| 30%, 500 ml 12s | **00074-8004-15** | 428 36 | 360.72 | **AP** |
| 40%, 500 ml 6s | **00074-5644-25** | 196.51 | 165.48 | **AP** |
| 500 ml 12s | **00074-7937-19** | 471.11 | 396.72 | **AP** |
| (ABBOJECT, 18GX1-1/2) | | | | |
| 50%, 50 ml 10s | **00074-4902-22** | 192.97 | 162.50 | **AP** |
| (LIFESHIELD, 18GX1-1/2) | | | | |
| 50%, 50 ml 10s | **00074-4902-34** | 207.58 | 174.80 | **AP** |
| (VIAL, FLIPTOP, ADDITIVE) | | | | |
| 50%, 50 ml 25s | **00074-6648-02** | 116 67 | 98.25 | **AP** |
| (1000 ML CONTAINER) | | | | |
| 50%, 500 ml 6s | **00074-5645-25** | 202.56 | 170.58 | **AP** |
| 500 ml 12s | **00074-1536-03** | 274 03 | 230.76 | **AP** |
| (1000 ML CONTAINER) | | | | |
| 50%, 500 ml 12s | **00074-7936-19** | 489.77 | 412.44 | **AP** |
| 1000 ml 6s | **00074-1518-05** | 195.44 | 164.58 | **AP** |
| (2000 ML CONTAINER) | | | | |
| 50%, 1000 ml 6s | **00074-7936-17** | 460.35 | 387.66 | **AP** |
| (BULK PACKAGE) | | | | |
| 50%, 2000 ml 6s | **00074-7119-07** | 364.94 | 307.32 | **AP** |
| (1000 ML CONTAINER) | | | | |
| 60%, 500 ml 6s | **00074-5646-25** | 225.58 | 189.96 | **AP** |
| 500 ml 12s | **00074-8005-15** | 484.07 | 407 64 | **AP** |
| (100 ML PRSSRZD PINTOP) | | | | |
| 70%, 70 ml 25s | **00074-1489-01** | 216.42 | 182.25 | **AP** |
| (1000 ML CONTAINER) | | | | |
| 70%, 500 ml 6s | **00074-5647-25** | 251.94 | 212 16 | **AP** |
| 500 ml 12s | **00074-7918-19** | 609.33 | 513.12 | **AP** |
| 1000 ml 6s | **00074-1519-05** | 242.11 | 203.88 | **AP** |
| (BULK PACKAGE) | | | | |
| 70%, 2000 ml 6s | **00074-7120-07** | 433 27 | 364 86 | **AP** |
| **(Allscrips)** | | | | |
| INJ, IJ (SRN) | | | | |
| 50%, 50 ml | **54569-1991-01** | 6.54 | | **EE** |
| 50 ml 10s | **54569-1991-00** | 65.43 | | **EE** |
| **(Astra USA)** | | | | |
| INJ, IJ (SRN PREFILL,19GX15/16") | | | | |
| 50%, 50 ml 10s | **00186-0654-01** | 65 43 | | **EE** |
| **(Baxter)** | | | | |
| INJ, IJ, 2.5%, 1000 ml 6s | **00338-0812-04** | 74.74 | | |
| (QUAD PACK, MINI-BAG) | | | | |
| 5%, 25 ml 48s | **00338-0017-10** | 542.88 | | **AP** |
| (MINI-BAG PLUS) | | | | |
| 5%, 50 ml 80s | **00338-0551-11** | 1150 00 | | **AP** |
| (MULTI PACK, MINI-BAG) | | | | |
| 5%, 50 ml 96s | **00338-0017-31** | 928.51 | | **AP** |
| (QUAD PACK, MINI-BAG) | | | | |
| 5%, 50 ml 96s | **00338-0017-11** | 928.51 | | **AP** |
| (SINGLE PACK MINI BAG) | | | | |
| 5%, 50 ml 96s | **00338-0017-41** | 928.51 | | **AP** |
| (MINI-BAG PLUS) | | | | |
| 5%, 100 ml 80s | 00338-0551-18 | 1160.00 | | **AP** |
| (MULTI PACK, MINI-BAG) | | | | |
| 5%, 100 ml 96s | **00338-0017-38** | 928.51 | | **AP** |
| (QUAD PACK, MINI-BAG) | | | | |
| 5%, 100 ml 96s | **00338-0017-18** | 928.51 | | **AP** |
| (SINGLE PACK MINI-BAG) | | | | |
| 5%, 100 ml 96s | **00338-0017-48** | 928 51 | | **AP** |
| 150 ml 12s | **00330-0015-01** | 60.60 | | **AP** |
| 150 ml 36s | **00338-0017-01** | 333.08 | | **AP** |
| 250 ml 12s | **00338-0016-02** | 117.50 | | **AP** |
| 250 ml 36s | **00338-0017-02** | 333.08 | | **AP** |
| 500 ml 12s | **00338-0016-03** | 117 50 | | **AP** |
| 500 ml 24s | **00338-0017-03** | 222.05 | | **AP** |
| 1000 ml 12s | **00338-0017-04** | 129.73 | | **AP** |
| 10%, 250 ml 36s | **00338-0023-02** | 382.76 | | **AP** |
| (UNDERFILL-VIAFLEX) | | | | |
| 10%, 500 ml 12s | **00338-0023-12** | 124 08 | | **AP** |
| 500 ml 24s | **00338-0023-03** | 255 17 | | **AP** |
| 1000 ml 12s | **00338-0023-04** | 148 90 | | **AP** |
| (UNDERFILLED GLASS) | | | | |
| 20%, 500 ml 6s | **00338-0030-13** | 66.06 | | **AP** |
| (GLASS UNDERFILL) | | | | |
| 30%, 500 ml 6s | **00338-0646-13** | 73.98 | | **AP** |
| 40%, 500 ml 6s | **00338-0702-13** | 82.26 | | **AP** |
| 50%, 50 ml 100s | **00338-0035-65** | 208 00 | | **AP** |
| (GLASS CONTAINER) | | | | |
| 50%, 500 ml 6s | **00338-0036-13** | 84.66 | | **AP** |
| 2000 ml 6s | **00338-0035-06** | 235.32 | | **AP** |
| (GLASS UNDERFILL) | | | | |
| 60%, 500 ml 6s | **00338-0645-13** | 94.08 | | **AP** |
| 70%, 1000 ml 6s | **00338-0038-04** | 209.16 | | **AP** |
| (GLASS FULL FILL) | | | | |
| 70%, 1000 ml 6s | **00338-0348-04** | 99 00 | | **AP** |
| 2000 ml 6s | **00338-0034-06** | 280.38 | | **AP** |
| **(Clintec)** | | | | |
| INJ, IJ (UNDERFILLED VIAFLEX) | | | | |
| 10%, 500 ml 16s | **00338-0023-13** | 381.12 | | **AP** |
| 1000 ml 10s | **00338-0023-34** | 476.64 | | **AP** |
| (FULL FILL) | | | | |
| 20%, 500 ml 12s | **00338-0030-03** | 183.60 | | **AP** |
| (VIAFLEX UNDERFILLED) | | | | |
| 20%, 500 ml 16s | **00338-0711-13** | 440 25 | | **AP** |
| 1000 ml 10s | **00338-0711-34** | 550.40 | | **AP** |
| 30%, 500 ml 16s | **00338-0713-13** | 444.14 | | **AP** |
| 1000 ml 10s | **00338-0713-34** | 555.20 | | **AP** |
| 40%, 500 ml 16s | **00338-0715-13** | 542.79 | | **AP** |
| 1000 ml 10s | **00338-0715-34** | 678.40 | | **AP** |
| (GLASS FULL FILL) | | | | |
| 50%, 500 ml 12s | **00338-0036-03** | 314.92 | | **AP** |
| (UNDERFILLED VIAFLEX) | | | | |
| 50%, 500 ml 16s | **00338-0031-13** | 564.09 | | **AP** |
| 1000 ml 10s | **00338-0031-34** | 705.20 | | **AP** |
| (BULK PACKAGE) | | | | |
| 50%, 2000 ml 6s | **00338-0031-06** | 331.00 | | **AP** |
| (GLASS UNDERFILLED) | | | | |
| 60%, 500 ml 6s | **00338-0648-13** | 194.83 | | **EE** |
| (GLASS UNDERFILL) | | | | |
| 70%, 500 ml 6s | **00338-0032-13** | 217.50 | | **EE** |
| (BULK PACKAGE) | | | | |
| 70%, 2000 ml 6s | **00338-0719-06** | 374.26 | | **EE** |
| **(Compumed)** | | | | |
| INJ, IJ, 5%, 1000 ml | **00403-4877-18** | 3.90 | | **EE** |
| **(Consolidated Midland)** | | | | |
| SOL, PO, 50%, 50 ml 25s | **00223-7420-50** | 75.00 | | |
| **(McGaw)** | | | | |
| INJ, IJ (100 ML PAB) | | | | |
| 5%, 25 ml | **00264-1510-36** | 16.48 | | **AP** |
| 50 ml | **00264-1510-31** | 10.94 | | **AP** |
| (150 ML GLASS W/STOPPER) | | | | |
| 5%, 100 ml | **00264-1102-55** | 10.79 | | **AP** |
| (150 ML PAB) | | | | |
| 5%, 100 ml | **00264-1510-32** | 11.05 | | **AP** |
| (250ML, GLASS CONT) | | | | |
| 5%, 150 ml | **00264-1110-23** | 11 11 | | **AP** |
| (EXCEL) | | | | |
| 5%, 250 ml | **00264-7510-20** | 11.38 | | **AP** |
| 500 ml | **00264-7510-10** | 11 38 | | **AP** |
| (GLASS CONTAINER) | | | | |
| 5%, 500 ml | **00264-1107-55** | 10 71 | | **AP** |
| (EXCEL) | | | | |
| 5%, 1000 ml | **00264-7510-00** | 12 65 | | **AP** |
| (GLASS CONTAINER) | | | | |
| 5%, 1000 ml | **00264-1100-55** | 12.05 | | **AP** |
| (EXCEL) | | | | |
| 10%, 250 ml | **00264-7520-20** | 12.36 | | **AP** |
| (1000 ML AIR TUBE) | | | | |
| 10%, 500 ml | **00264-1120-81** | 21.39 | | **AP** |
| (EXCEL) | | | | |
| 10%, 500 ml | **00264-7520-10** | 12.24 | | **AP** |
| (GLASS CONTAINER) | | | | |
| 10%, 500 ml | **00264-1120-10** | 12.34 | | **AP** |
| 500 ml | **00264-1201-55** | 12.34 | | **AP** |
| (EXCEL) | | | | |
| 10%, 1000 ml | **00264-7520-00** | 14 21 | | **AP** |
| (GLASS CONTAINER) | | | | |
| 10%, 1000 ml | **00264-1120-00** | 16.31 | | **AP** |
| 1000 ml | **00264-1200-55** | 16 31 | | **AP** |
| (GLASS W/SOLID STOPPER) | | | | |
| 10%, 1000 ml | **00264-1207-55** | 20.76 | | **AP** |
| (1000 ML AIR TUBE) | | | | |
| 20%, 500 ml | **00264-1125-01** | 24.76 | | **AP** |
| (AIR TUBE) | | | | |
| 20%, 500 ml | **00264-1125-10** | 16.65 | | **AP** |
| (GLASS W/SOLID STOPPER) | | | | |
| 20%, 500 ml | **00264-1251-55** | 16.16 | | **AP** |
| 1000 ml | **00264-1250-55** | 24 04 | | **AP** |
| (1000 ML AIR TUBE) | | | | |
| 30%, 500 ml | **00264-1124-01** | 29 11 | | **AP** |
| (GLASS W/SOLID STOPPER) | | | | |
| 30%, 1000 ml | **00264-1240-55** | 28.26 | | **AP** |
| (1000 ML AIR TUBE) | | | | |
| 40%, 500 ml | **00264-1126-01** | 32 03 | | **AP** |
| (GLASS W/SOLID STOPPER) | | | | |
| 40%, 1000 ml | **00264-1260-55** | 31.09 | | **AP** |
| (GLASS CONTAINER) | | | | |
| 50%, 500 ml | **00264-1128-01** | 31 79 | | **AP** |
| (1000ML GLASS W/STOPPER) | | | | |
| 50%, 500 ml | **00264-1280-55** | 29.89 | | **AP** |
| (GLASS W/SOLID STOPPER) | | | | |
| 50%, 500 ml | **00264-1281-55** | 32 19 | | **AP** |
| (W/STERILE WATER) | | | | |
| 50%, 1000 ml | **00264-1128-00** | 30 79 | | **AP** |
| (W/SOLID STOPPER, GLASS) | | | | |
| 50%, 2000 ml | **00264-1285-55** | 60.39 | | **AP** |
| (1000 ML AIR TUBE) | | | | |
| 60%, 500 ml | **00264-1127-01** | 35.39 | | **AP** |
| (GLASS W/SOLID STOPPER) | | | | |
| 60%, 1000 ml | **00264-1270-55** | 30 71 | | **AP** |
| 70%, 250 ml | **00264-1290-55** | 24.57 | | **AP** |
| (GLASS CONTAINER, 1000ML) | | | | |
| 70%, 500 ml | **00264-1292-55** | 79.29 | | **AP** |
| 500 ml | **00264-1290-50** | 40.28 | | **AP** |
| (GLASS W/AIR TUBE) | | | | |
| 70%, 2000 ml | **00264-1129-50** | 84.11 | | **AP** |

RED BOOK™ Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll-free: **(800) 722-3062**
ReadyPrice

PROD/MFR NDC AWP DP OBC

**(McGuff)**
SOL, PO (S.D.V.)
50%, 50 ml . 49072-0165-50 2.09

**(Phys Total Care)**
INJ, IJ, 5%, 500 ml ..... 54868-0296-01 6.00 EE
(18GX1-1/2")
50% 50 ml ....... 54868-3703-00 7.64 EE

**(Solopak Labs)**
INJ, IJ (VIAL)
10%, 17 ml 25s . 39769-0158-17 47.00 AP

**DEXTROSE 2.5%/LACTATED RINGERS (McGaw)**
**dextrose/lact ringer's**
INJ, IJ (1/2 STR LACTATED,EXCEL)
250 ml ..... 00264-7759-20 17.61

**DEXTROSE 5%/LACTATED RINGERS (McGaw)**
**dextrose/lact ringer's**
INJ, IJ (EXCEL)
250 ml ........ 00264-7751-20 12.05 AP
500 ml ........ 00264-7751-10 12.56 AP
(GLASS)
500 ml ..... 00264-3511-55 12.46 AP
(EXCEL)
1000 ml 00264-7751-00 14.93 AP
(GLASS)
1000 ml .. 00264-3510-55 14.99 AP

**DEXTROSE 5%/RINGERS (McGaw)**
**dextrose/ringer's**
INJ, IJ (EXCEL)
1000 ml ........ 00264-7781-00 16.53 AP

**DEXTROSE ANHYDROUS (A-A Spectrum)**
**dextrose**
**SEE SECTION 6 FOR MFG CATALOG**
GRA, (U.S.P.)
500 gm............. 49452-2510-01 7.25
2500 gm............. 49452-2510-02 22.50
12000 gm ........... 49452-2510-03 76.75

**(Amend)**
GRA, (A.C.S., REAGENT)
500 gm ........ 17317-1506-05 17.50
2500 gm 17317-1506-04 42.00
12000 gm ...... 17317-1506-08 100.80
POW, (U.S.P.)
454 gm ....... 17317-0137-01 9.10
2270 gm ....... 17317-0137-05 26.95
11350 gm . . 17317-0137-08 78.75

**(Baker, J.T.)**
POW, (U.S.P.)
500 gm . . 10106-1919-01 15.83
2500 gm . . 10106-1919-05 40.73

**(Integra)**
GRA, (U.S.P.)
500 gm ..... 05324-5214-45 20.48
2500 gm . . 05324-5214-60 46.43

**(Mallinckrodt Lab)**
GRA, (U.S.P.)
500 gm ...... 00406-4908-04 29.64
2500 gm ..... 00406-4908-06 75.47

**(Meridian Chemical)**
POW, (U.S.P.)
500 gm . 62991-2023-01 9.00
2500 gm ......... 62991-2023-02 29.00

**(Paddock)**
POW, (U.S.P.)
454 gm ......... 00574-0575-16 9.79

**DEXTROSE HYDROUS (Humco)**
**dextrose**
POW, (U.S.P.)
454 gm............. 00395-0725-01 10.44

**DEXTROSE HYDROUS MONOHYDRATE (Amend)**
**dextrose**
POW, (U.S.P.)
500 gm ....... 17317-0138-01 9.10
2270 gm ...... 17317-0138-05 26.95
11350 gm ...... 17317-0138-08 78.75

**DEXTROSE MONOHYDRATE (A-A Spectrum)**
**dextrose**
**SEE SECTION 6 FOR MFG CATALOG**
POW, (U.S.P.)
500 gm........... 49452-2520-01 7.25
2500 gm........... 49452-2520-02 22.50
12000 gm ......... 49452-2520-03 76.75

**(Baker, J.T.)**
POW, (U.S.P.)
500 gm ......... 10106-1912-01 11.47
2500 gm ......... 10106-1912-05 95.76

PROD/MFR NDC AWP DP OBC

**(Gallipot)**
POW, (U.S.P.)
454 gm 51552-0123-16 19.38

**(Integra)**
POW, (U.S.P.)
500 gm .. 05324-5215-45 23.30
2500 gm ... 05324-5215-60 49.86

**(Mallinckrodt Lab)**
POW, (U.S.P.)
500 gm . 00406-8834-03 34.45

**(Medisca)**
POW, (U.S.P.)
500 gm 38779-0642-50 7.60
2500 gm ..... 38779-0642-54 23.75

**DEXTROSE/DOBUTAMINE (Abbott Hosp)**
INJ, IJ, 5%-100 mg/100 ml,
250 ml 12s .. 00074-2346-32 840.61 707.88 AP
500 ml 12s 00074-2346-34 1594.86 1343.04 AP
5%-200 mg/100 ml,
250 ml 12s . 00074-2347-32 1554.82 1309.32 AP
5%-400 mg/100 ml,
250 ml 12s . 00074-3724-32 1681.22 1415.76 AP
5%-50 mg/100 ml,
500 ml 12s .. 00074-2345-34 880.65 741.60 AP

**(Baxter)**
INJ, IJ, 5%-100 mg/100 ml,
250 ml 18s . 00338-1073-02 894.96 AP
500 ml 12s . 00338-1073-03 1032.84 AP
500 ml 12s ... 00338-1071-03 596.64 AP
5%-200 mg/100 ml,
250 ml 18s . 00338-1075-02 1549.26 AP
5%-400 mg/100 ml,
250 ml 18s .. 00338-1077-02 2617.56 AP

**(McGaw)**
INJ, IJ (LIFECARE BAG)
5%-100 mg/100 ml,
250 ml ... 00264-9823-56 43.13 EE
250 ml . 00264-9823-58 75.13 EE
500 ml . . 00264-9823-57 75.13 EE
5%-400 mg/100 ml,
250 ml . 00264-9823-59 126.88 EE
5%-50 mg/100 ml
500 ml .... 00264-9823-55 43.13 EE

**DEXTROSE/DOPAMINE (Abbott Hosp)**
INJ, IJ (LIFECARE)
5%-100 mg/100 ml,
500 ml 12s .... 00074-7809-24 579.26 487.80
5%-160 mg/100 ml
250 ml 12s . 00074-4142-02 481.94 405.84 AP
(LIFECARE)
5%-160 mg/100 ml
250 ml 12s . 00074-7809-22 400.00 336.84 AP
500 ml 12s . 00074-4142-03 714.50 601.68
5%-320 mg/100 ml
250 ml 12s 00074-4155-02 720.62 606.84 AP
(LIFECARE)
5% 320 mg/100 ml
250 ml 12s ... 00074-7810-22 591.66 498.24 AP
5%-80 mg/100 ml
250 ml 12s ... 00074-7808-22 319.20 268.80 AP
500 ml 12s 00074-4141-03 541.93 456.36 AP
(LIFECARE)
5%-80 mg/100 ml,
500 ml 12s . 00074-7808-24 447.45 376.80 AP

**(Baxter)**
INJ, IJ, 5%-160 mg/100 ml,
250 ml 18s 00338-1007-02 510.84 AP
500 ml 12s .. 00338-1007-03 517.68 AP
5%-320 mg/100 ml,
250 ml 18s ...... 00338-1009-02 776.52 AP
(PRE-MIX IN D5W)
5%-80 mg/100 ml,
250 ml 18s . 00338-1005-02 347.33 AP
500 ml 12s .. 00338-1005-03 340.56 AP

**(McGaw)**
INJ, IJ (GLASS CONTAINER)
5%-160 mg/100 ml,
250 ml .... 00264-5148-20 30.64 AP
500 ml ..... 00264-5148-10 47.03 AP
5%-320 mg/100 ml,
250 ml ..... 00264-5149-20 47.03 AP
5%-80 mg/100 ml,
250 ml .... 00264-5144-20 21.11 AP
500 ml . 00264-5144-10 29.75 AP

**DEXTROSE/ELECT**
**(Abbott Hosp)** *See IONOSOL B/5% DEXTROSE*
**(Abbott Hosp)** *See IONOSOL MB/5% DEXTROSE*
**(Abbott Hosp)** *See IONOSOL T/5% DEXTROSE*

PROD/MFR NDC AWP DP OBC

RED BOOK™ for Windows
See Special Offer Inside Back Cover or Call (800) 722-3062

**(Abbott Hosp)** *See NORMOSOL-M W/5% DEXTROSE*
**(Abbott Hosp)** *See NORMOSOL-R W/5% DEXTROSE*
**(Baxter)** *See DEXTROSE-ELECTROLYTE 48*
**(Baxter)** *See DEXTROSE-ELECTROLYTE 75*
**(Baxter)** *See PLASMA-LYTE 148 W/DEXTROSE*
**(Baxter)** *See PLASMA-LYTE 56 W/DEXTROSE*
**(Baxter)** *See PLASMA-LYTE M*
**(Baxter)** *See PLASMA-LYTE R W/DEXTROSE*
**(Fresenius)** *See INPERSOL*
**(McGaw)** *See DIALYTE*
**(McGaw)** *See ISOLYTE H W/DEXTROSE*
**(McGaw)** *See ISOLYTE M W/DEXTROSE*
**(McGaw)** *See ISOLYTE P W/DEXTROSE*
**(McGaw)** *See ISOLYTE R W/DEXTROSE*
**(McGaw)** *See ISOLYTE S W/DEXTROSE*
**(Orphan Med)** *See ELLIOTS B*

**DEXTROSE/ELECTROLYTE 48 (Baxter)**
**dextrose/elect**
INJ, IJ, 250 ml 36s ... 00338-0143-02 396.36
500 ml 24s .... 00338-0143-03 264.24
1000 ml 12s . 00338-0143-04 167.40

**DEXTROSE/ELECTROLYTE 75 (Baxter)**
**dextrose/elect**
INJ, IJ, 250 ml 36s. 00338-0141-02 490.68
500 ml 24s .. 00338-0141-03 327.12
1000 ml 12s .... 00338-0141-04 165.72

**DEXTROSE/EPI HCL/LIDO HCL/TETRA**
**(Abbott Hosp)** *See SPINAL-22 ANESTHESIA TRAY*
**(Abbott Hosp)** *See SPINAL-25 ANESTHESIA TRAY*
**(Abbott Hosp)** *See SPINAL-26 ANESTHESIA TRAY*

**DEXTROSE/HEPARIN (Abbott Hosp)**
INJ, IJ, 5%-10,000 u/100 ml,
100 ml 24s . 00074-7793-23 377.06 317.52 AP
200 ml 24s . 00074-7793-12 314.36 264.72 AP
250 ml 24s . 00074-7793-62 314.36 264.72 AP
5%-4000 u/100ml,
500 ml 24s ... 00074-7760-03 306.09 257.76 AP
5%-5000 u/100 ml,
200 ml 24s 00074-7794-12 314.36 264.72 AP
250 ml 24s . 00074-7794-62 314.36 264.72 AP
500 ml 24s .... 00074-7761-03 353.69 297.84 AP

**(Baxter)**
INJ, IJ, 5%-10,000 u/100 ml,
250 ml 18s ... 00338-0451-02 178.92 AP
5%-4000 u/100ml
500 ml 12s . 00338-0449-03 110.45 AP
500 ml 18s . 00338-0549-03 165.60 AP
5%-5000 u/100 ml
500 ml 12s .... 00338-0450-03 119.23 AP

**(McGaw)**
INJ, IJ (EXCEL)
5%-10,000 u/100 ml,
250 ml ..... 00264-9587-20 26.08 AP
5%-4000 u/100ml,
500 ml ..... 00264-9567-10 24.59 AP
5%-5000 u/100 ml
500 ml ..... 00264-9577-10 24.93 AP
500 ml 10s ..... 00264-5577-10 205.20 AP

**DEXTROSE/LACT RINGER'S**
**(Baxter)** *See LACTATED RINGER S/DEXTROSE 5%*
**(McGaw)** *See DEXTROSE 2.5%/LACTATED RINGERS*
**(McGaw)** *See DEXTROSE 5%/LACTATED RINGERS*

**DEXTROSE/LACT RINGER'S/POT CL (Baxter)**
INJ, IJ (5% DEXTROSE & LAC-RING)
1000 ml 12s ....... 00338-0811-04 232.22 AP
1000 ml 12s ...... 00338-0815-04 232.22 AP

Recommend SENOKOT® Laxatives When the Rx May Constipate
PURDUE FREDERICK
A4134

PROD/MFR NDC AWP DP OBC

**DEXTROSE/LIDO HCL (Abbott Hosp)**
INJ, IJ (LIFECARE)
5%-0.2%,
500 ml 24s . . . 00074-7916-24 494.76 416.64 AP
5%-0.4%, 250 ml 12s 00074-7931-32 247.38 208.32 AP
500 ml 24s ........ 00074-7931-24 638.12 537.36 AP
5%-0.8%, 250 ml 12s 00074-7939-32 319.06 268.68 AP
(AMP)
7.5%-5%, 2 ml 25s... 00074-4712-01 152.30 128.25 AP

**(Baxter)**
INJ, IJ, 5%-0.2%,
500 ml 18s . ...... 00338-0407-03 317.03 AP
5%-0.4%, 250 ml 24s 00338-0409-02 423.08 AP
500 ml 18s ........ 00338-0409-03 409.32 AP
5%-0.8%, 250 ml 24s 00338-0411-02 545.76 AP
500 ml 18s ...... 00338-0411-03 467.07 AP

**(McGaw)**
INJ, IJ (EXCEL)
5%-0.2%, 16.720 ml.. 00264-9592-10 19.79 AP
5%-0.4%, 250 ml .... 00264-9594-20 22.81 AP
500 ml ........... 00264-9594-10 24.80 AP
5%-0.8%, 250 ml .... 00264-9598-20 24.51 AP
500 ml ........... 00264-9598-10 26.12 AP

**DEXTROSE/LIDO HCL/TETRA**
**(Abbott Hosp)** See *SPINAL-22 ANESTHESIA TRAY*
**(Abbott Hosp)** See *SPINAL-25 ANESTHESIA TRAY*

**DEXTROSE/MG SULF (Abbott Hosp)**
INJ, IJ (PLASTIC CONTAINER)
5%-1 gm/100 ml,
100 ml 24s . . . . 00074-6727-23 410.12 345.36
1000 ml 12s . . . . 00074-6727-09 122.69 103.32
5%-2 gm/100 ml,
500 ml 24s . . . . 00074-6728-03 244.53 205.92
1000 ml 12s . ..... 00074-6728-09 154.61 130.20

**DEXTROSE/MILRINONE**
**(Sanofi Pharm)** See *PRIMACOR*

**DEXTROSE/MORPHINE (Abbott Hosp)**
INJ, IJ (PREMIX)
5%-100 mg/100 ml,
100 ml, C-II........ 00074-6062-11 26.10 21.98
250 ml, C-II ...... 00074-6062-02 34.18 28.78
500 ml, C-II... ... 00074-6062-03 48.66 40.98
5%-20 mg/100 ml,
250 ml, C-II . . 00074-6063-02 18.19 15.32
500 ml, C-II...... 00074-6063-03 25.96 21.86

**DEXTROSE/NITROGLYCERIN (Abbott Hosp)**
INJ, IJ, 5%-10 mg/100 ml,
250 ml 12s ... .. 00074-1483-02 229.28 193.08 AP
500 ml 12s ..... 00074-1483-03 229.28 193.08 AP
5%-20 mg/100 ml,
250 ml 12s ... ... 00074-1482-02 229.28 193.08 AP
5%-40 mg/100 ml,
250 ml 12s ..... 00074-1484-02 258.92 218.04 AP
500 ml 12s . . . 00074-1484-03 321.48 270.72 AP

**(Baxter)**
INJ, IJ, 5%-10 mg/100 ml,
250 ml 12s . .... 00338-1047-02 192.08 AP
5%-20 mg/100 ml,
250 ml 12s . . 00338-1049-02 196.13 AP
5%-40 mg/100 ml,
250 ml 12s . . . 00338-1051-02 208.47 AP

**(McGaw)**
INJ, IJ (LIFECARE BAG)
5%-10 mg/100 ml,
250 ml . . . . . . 00264-9823-51 12.19 EE
500 ml ........ . 00264-9823-52 12.19 EE
5%-20 mg/100 ml,
250 ml ....... . 00264-9823-83 11.25 EE
5%-40 mg/100 ml,
250 ml ..... . 00264-9823-53 11.44 EE
500 ml ..... ..... 00264-9823-54 18.50 EE

**DEXTROSE/POT CL (Abbott Hosp)**
INJ, IJ (LIFECARE)
5%-0.15%,
1000 ml 12s .. . 00074-7905-09 235.55 198.36 AP
5%-0.224%,
1000 ml 12s ..... 00074-7996-09 235.55 198.36 AP
(LIFECARE)
5%-0.3%,
1000 ml 12s .. .. 00074-7906-09 235.55 198.36 AP

**(Baxter)**
INJ, IJ, 5%-0.075%,
1000 ml 12s . . . . 00338-0681-04 201.46 AP
5%-0.15%, 500 ml 12s 00338-0683-03 79.92 AP
1000 ml 12s . .... 00338-0683-04 201.46 AP
5%-0.224%,
1000 ml 12s .... 00338-0685-04 201.46 AP
5%-0.3%, 500 ml 24s 00338-0687-03 273.36 AP
1000 ml 12s . .. 00338-0687-04 201.46 AP

**(McGaw)**
INJ, IJ (EXCEL)
5%-0.15%, 1000 ml .. 00264-7625-00 19.74 AP
5%-0.3%, 1000 ml ... 00264-7628-00 18.70 AP

**DEXTROSE/POT CL/SOD CL (Abbott Hosp)**
INJ, IJ, 5%-0.075%-0.45%,
1000 ml 12s .... . 00074-7993-09 235.55 198.36 AP
5%-0.15%-0.2%,
500 ml 24s .... ... 00074-7901-03 724.19 609.84 AP
1000 ml 12s ....... 00074-7901-09 235.55 198.36 AP
5%-0.15%-0.45%,
500 ml 24s ........ 00074-7902-03 724.19 609.84 AP
1000 ml 12s ....... 00074-7902-09 235.55 198.36 AP
5%-0.15%-0.9%,
1000 ml 12s ....... 00074-7107-09 322.91 271.92 AP
5%-0.22%-0.2%,
1000 ml 12s ...... 00074-7991-09 235.55 198.36
5%-0.22%-0.45%,
1000 ml 12s ....... 00074-7903-09 235.55 198.36
5%-0.3%-0.2%,
1000 ml 12s ..... 00074-7992-09 235.55 198.36 AP
5%-0.3%-0.45%,
1000 ml 12s ..... 00074-7904-09 235.55 198.36 AP
5%-0.075%-0.2%,
1000 ml 12s . . 00074-7997-09 235.55 198.36 AP
5%-0.15%-0.3%,
500 ml 24s ...... 00074-7998-03 724.19 609.84 AP
1000 ml 12s . . . 00074-7998-09 224.44 189.00 AP
5%-0.22%-0.3%,
1000 ml 12s . . 00074-7806-09 235.55 198.36
5%-0.3%-0.3%,
1000 ml 12s . .. 00074-7105-09 322.91 271.92 AP
5%-0.3%-0.9%,
1000 ml 12s . ..... 00074-7109-09 322.91 271.92 AP

**(Baxter)**
INJ, IJ, 5%-0.075%-0.45%,
1000 ml 12s ....... 00338-0669-04 201.46 AP
5%-0.15% 0.2%,
500 ml 18s ... ... 00338-0663-03 273.36 AP
1000 ml 12s ....... 00338-0663-04 201.46 AP
5%-0.15%-0.45%,
500 ml 18s ........ 00338-0671-03 273.36 AP
1000 ml 12s . ..... 00338-0671-04 201.46 AP
5%-0.15%-0.9%,
1000 ml 12s ....... 00338-0803-04 201.46 AP
5%-0.22%-0.2%,
500 ml 12s .. . 00338-0665-03 170.78
1000 ml 12s ... ... 00338-0665-04 201.46
5%-0.22%-0.45%,
1000 ml 12s .... 00338-0673-04 201.46
5%-0.3%-0.2%,
1000 ml 12s . . . 00338-0667-04 201.46 AP
5%-0.3%-0.45%,
1000 ml 12s . . . 00338-0675-04 201.46 AP
5%-0.075%-0.2%,
1000 ml 12s . . . 00338-0661-04 201.46 AP
5%-0.15%-0.3%,
500 ml 24s . .. 00338-0603-03 273.36 AP
1000 ml 12s ....... 00338-0603-04 201.46 AP
5%-0.22%-0.3%,
1000 ml 12s . . . . 00338-0605-04 201.46
5%-0.3%-0.3%,
1000 ml 12s . .. 00338-0607-04 201.46 AP
5%-0.3%-0.9%,
1000 ml 12s .. ... 00338-0807-04 201.46 AP

**(McGaw)**
INJ, IJ (EXCEL)
5%-0.075%-0.45%,
1000 ml ... .. ... 00264-7634-00 18.74 AP
10%-0.15%-0.2%,
250 ml . . ... 00264-7663-20 11.66
5%-0.15%-0.2%,
250 ml ......... 00264-7645-20 18.70 AP
500 ml . . . . ... 00264-7645-10 18.85 AP
1000 ml ........ 00264-7645-00 19.00 AP
5%-0.15%-0.45%,
1000 ml ......... 00264-7635-00 19.26 AP
5%-0.15%-0.9%,
1000 ml . ... . 00264-7652-00 25.01 AP
5%-0.22%-0.2%,
1000 ml ...... . 00264-7646-00 18.06
5%-0.22%-0.45%,
1000 ml .. .. 00264-7636-00 19.30
5%-0.3%-0.2%,
1000 ml ... ... 00264-7648-00 17.80 AP
5%-0.3%-0.45%,
1000 ml ..... . 00264-7638-00 19.30 AP
5%-0.075%-0.2%,
1000 ml . . 00264-7644-00 18.70 AP
5%-0.15%-0.3%,
1000 ml . . . . ... 00264-7855-00 18.01 AP

**DEXTROSE/RINGER'S (Abbott Hosp)**
INJ, IJ (1/2 STRENGTH LACT RING)
1000 ml 6s .......... 00074-1521-05 112.58 94.80
INJ, IJ, 500 ml 24s...... 00074-7929-03 310.08 261.12 AP
(LIFECARE/PLASTIC)
500 ml 24s ......... 00074-7933-03 318.06 267.84 AP
(LIFECARE)
1000 ml 12s ....... 00074-7929-09 187.10 157.56 AP
(LIFECARE/PLASTIC)
1000 ml 12s .... . 00074-7933-09 207.20 174.48 AP

**(Baxter)**
INJ, IJ, 500 ml 12s..... 00338-0120-03 146.41
INJ, IJ, 500 ml 24s...... 00338-0111-03 274.75 AP
1000 ml 12s . ...... 00338-0111-04 179.14 AP

**(McGaw)** See *DEXTROSE 5%/RINGERS*

**DEXTROSE/SOD CL (Abbott Hosp)**
INJ, IJ (LIFECARE)
2.5%-0.45%,
500 ml 24s ..... .. 00074-7940-03 267.62 225.36 AP
1000 ml 12s ... .. 00074-7940-09 156.75 132.00 AP
(LIFECARE/PLASTIC)
5%-0.225%,
250 ml 24s ..... 00074-7924-02 276.17 232.56
500 ml 24s ...... 00074-7924-03 276.17 232.56
1000 ml 12s ....... 00074-7924-09 164.02 138.12
5%-0.3%, 250 ml 24s 00074-7925-02 276.17 232.56
500 ml 24s ..... 00074-7925-03 276.17 232.56
1000 ml 12s . .. . 00074-7925-09 164.02 138.12
5%-0.45%, 250 ml 24s 00074-7926-02 276.17 232.56 AP
500 ml 24s ........ 00074-7926-03 276.17 232.56 AP
1000 ml 12s . ...... 00074-7926-09 164.02 138.12 AP
5%-0.9%, 250 ml 24s 00074-7941-02 276.17 232.56 AP
500 ml 24s . .. 00074-7941-03 276.17 232.56 AP
1000 ml 12s . . . . 00074-7941-09 164.02 138.12 AP
10%-0.9%, 1000 ml 6s 00074-1534-05 104.31 87.84 AP

**(Baxter)**
INJ, IJ, 2.5%-0.45%,
500 ml 24s .. . 00338-0073-03 230.98 AP
1000 ml 12s .... 00338-0073-04 135.50 AP
5%-0.2%, 250 ml 36s 00338-0077-02 357.69 AP
500 ml 24s .... 00338-0077-03 238.46 AP
1000 ml 12s . .. . 00338-0077-04 141.70 AP
5%-0.33%, 250 ml 36s 00338-0081-02 357.69 AP
500 ml 24s ..... 00338-0081-03 238.46 AP
1000 ml 12s ....... 00338-0081-04 141.70 AP
5%-0.45%, 250 ml 36s 00338-0085-02 357.69 AP
500 ml 24s ... 00338-0085-03 238.46 AP
1000 ml 12s . .. . 00338-0085-04 141.70 AP
5%-0.9%, 250 ml 36s 00338-0089-02 357.69 AP
500 ml 24s ..... 00338-0089-03 238.46 AP
1000 ml 12s .... . 00338-0089-04 141.70 AP
10%-0.2%, 250 ml 12s 00338-0640-02 73.06
10%-0.9%, 500 ml 24s 00338-0095-03 316.05 AP
1000 ml 12s .. 00338-0095-04 176.88 AP

**(McGaw)**
INJ, IJ (EXCEL)
2.5%-0.45%, 500 ml. 00264-7605-10 12.61 AP
1000 ml . . . . 00264-7605-00 12.99 AP
(GLASS CONTAINER)
5%-0.11%, 500 ml . . 00264-2171-55 12.49
(EXCEL)
5%-0.2%, 250 ml .. 00264-7616-20 11.07 AP
500 ml . . ..... 00264-7616-10 11.07 AP
1000 ml ... 00264-7616-00 13.15 AP
5%-0.33%, 250 ml ... 00264-7614-20 10.99 AP
500 ml ..... . 00264-7614-10 10.99 AP
1000 ml ... ... 00264-7614-00 12.46 AP
5%-0.45%, 250 ml 00264-7612-20 11.01 AP
500 ml ... . .. 00264-7612-10 11.34 AP
1000 ml ..... 00264-7612-00 13.15 AP
5%-0.9%, 250 ml .... 00264-7610-20 10.99 AP
500 ml ... .. .. 00264-7610-10 11.32 AP
1000 ml ... .. 00264-7610-00 13.15 AP
10%-0.2%, 250 ml .. 00264-7623-20 12.29
10%-0.45%, 1000 ml 00264-7622-00 15.89
(GLASS CONTAINER)
10%-0.45%, 1000 ml 00264-2220-55 19.45
(EXCEL)
10%-0.9%, 1000 ml .. 00264-7620-00 16.31 AP

**DEXTROSE/THEO (Abbott Hosp)**
INJ, IJ, 5%-160 mg/100 ml
250 ml 24s ...... 00074-7666-62 371.93 313.20 AP
500 ml 24s ... 00074-7666-03 402.99 339.36 AP
5%-200 mg/100 ml,
100 ml 24s ...... 00074-7668-23 348.84 293.76 AP
5%-200 mg/50 ml,
50 ml 24s...... 00074-7677-13 348.84 293.76 AP
5%-320 mg/100 ml,
250 ml 24s .... .. 00074-7705-62 451.16 379.92 AP
5%-40 mg/100 ml,
1000 ml 12s .. 00074-7662-09 210.62 177.36 AP

RED BOOK™ Database Services...
Put the Power of RED BOOK on Your Computer. For information call toll-free: **(800) 722-3062**



| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| 5%-400 mg/100 ml, | | | | |
| 100 ml 24s | 00074-7677-23 | 359.39 | 302.64 | AP |
| 5%-80 mg/100 ml, | | | | |
| 500 ml 24s | 00074-7665-03 | 371.93 | 313.20 | AP |
| 1000 ml 12s | 00074-7665-09 | 402.99 | 339.36 | AP |
| **(Baxter)** | | | | |
| INJ, IJ 5%-160 mg/100 ml | | | | |
| 250 ml 24s | 00338-0441-02 | 242.64 | | AP |
| 500 ml 18s | 00338-0441-03 | 197.28 | | AP |
| 5%-200 mg/100 ml | | | | |
| 100 ml 24s | 00338-0443-48 | 227.52 | | AP |
| 5%-200 mg/50 ml, | | | | |
| 50 ml 24s | 00338-0445-41 | 226.80 | | AP |
| 5%-320 mg/100 ml, | | | | |
| 250 ml 24s | 00338-0444-02 | 203.04 | | AP |
| 5%-40 mg/100 ml | | | | |
| 1000 ml 12s | 00338-0437-04 | 137.40 | | AP |
| 5%-400 mg/100 ml, | | | | |
| 100 ml 24s | 00338-0445-48 | 234.48 | | AP |
| 5%-80 mg/100 ml, | | | | |
| 500 ml 18s | 00338-0439-03 | 181.98 | | AP |
| 1000 ml 12s | 00338-0439-04 | 166.17 | | AP |
| **(McGaw)** | | | | |
| INJ, IJ (EXCEL) | | | | |
| 5%-160 mg/100 ml | | | | |
| 250 ml | 00264-9558-20 | 14.20 | | AP |
| 500 ml | 00264-9558-10 | 16.21 | | AP |
| 5%-80 mg/100 ml | | | | |
| 500 ml | 00264-9554-10 | 15.16 | | AP |
| 1000 ml | 00264-9554-00 | 17.67 | | AP |

**DEXTROSE/VANCOMYCIN**
**(Baxter)** *See VANCOCIN HCL*

**DEXTROSTAT (Shire Richwood)**
**dextroamphetamine sulfate**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| TAB, PO, 5 mg, | | | | |
| 100s ea, C-II | 58521-0451-01 | 18.30 | | AA |
| 500s ea, C-II | 58521-0451-05 | 87.00 | | AA |
| 1000s ea, C-II | 58521-0451-10 | 174.00 | | AA |
| 10 mg | | | | |
| 100s ea, C-II | 58521-0452-01 | 35.00 | | |
| 500s ea, C-II | 58521-0452-05 | 175.00 | | |

**DEZOCINE**
**(Astra USA)** *See DALGAN*

**DHC PLUS (Purdue Frederick)**
**apap/caff/dihydrocodeine**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| CAP, PO, 356.4 mg-30 mg-16 mg, | | | | |
| 100s ea, C-III | 00034-8000-80 | 58.02 | | AA |
| **(Cheshire)** REPACK | | | | |
| CAP, PO, 356.4 mg-30 mg-16 mg, | | | | |
| 25s ea, C-III | 55175-2107-05 | 21.07 | | AA |
| **(Phys Total Care)** REPACK | | | | |
| CAP, PO, 356.4 mg-30 mg-16 mg, | | | | |
| 30s ea, C-III | 54868-2775-00 | 19.20 | | AA |

**DEHYDROEPIANDROSTERONE-3-ACETATE**
**(A-A Spectrum)**
**dehydroepiandrosterone**
**SEE SECTION 6 FOR MFG CATALOG**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| POW, 1 gm | 49452-2446-01 | 7.50 | | |
| 5 gm | 49452-2446-02 | 21.80 | | |
| 25 gm | 49452-2446-03 | 84.75 | | |
| 100 gm | 49452-2446-04 | 195.00 | | |
| 1000 gm | 49452-2446-05 | 1095.00 | | |

**DHT (Roxane)**
**dihydrotachysterol**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| TAB, PO, 0.125 mg | | | | |
| 50s ea | 00054-4190-19 | 47.01 | | |
| (10X10) | | | | |
| 0.125 mg, | | | | |
| 100s ea UD | 00054-8172-25 | 96.61 | | |
| 0.2 mg, 100s ea | 00054-4189-25 | 95.50 | | |
| (10X10) | | | | |
| 0.2 mg, 100s ea UD | 00054-8182-25 | 109.13 | | |
| 0.4 mg, 50s ea | 00054-4191-19 | 85.71 | | |

**DHT INTENSOL (Roxane)**
**dihydrotachysterol**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| CNT, PO, 0.2 mg/ml, | | | | |
| 30 ml | 00054-3170-44 | 35.26 | | |

**DIABETA (Hoechst Marion)**
**glyburide**
**SEE SECTION 7 FOR COLOR PHOTO**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| TAB, PO (PEACH) | | | | |
| 1.25 mg, 50s ea | 00039-0053-05 | 9.12 | | BX |
| 2.5 mg, 100s ea | 00039-0051-10 | 35.64 | | BX |
| 100s ea UD | 00039-0051-11 | 35.64 | | BX |
| 500s ea | 00039-0051-50 | 152.40 | | BX |
| 5 mg, 100s ea | 00039-0052-10 | 65.46 | | BX |
| 100s ea UD | 00039-0052-11 | 65.46 | | BX |
| 500s ea | 00039-0052-50 | 274.32 | | BX |
| 1000s ea | 00039-0052-70 | 490.74 | | BX |
| **(Allscrips)** REPACK | | | | |
| TAB, PO, 2.5 mg, 30s ea | 54569-0204-00 | 10.39 | | BX |
| 100s ea | 54569-0204-01 | 32.10 | | BX |
| 5 mg, 3s ea | 54569-0200-04 | 1.77 | | BX |
| 6s ea | 54569-0200-05 | 3.53 | | BX |
| 30s ea | 54569-0200-00 | 19.64 | | BX |
| 60s ea | 54569-0200-03 | 38.12 | | BX |
| 90s ea | 54569-8556-01 | 53.01 | | BX |
| 100s ea | 54569-0200-02 | 63.54 | | BX |
| 180s ea | 54569-8556-00 | 106.02 | | BX |
| 270s ea | 54569-8556-03 | 159.03 | | BX |
| 360s ea | 54569-8556-02 | 212.04 | | BX |
| **(Compumed)** REPACK | | | | |
| TAB, PO, 2.5 mg, 100s ea | 00403-4221-01 | 33.80 | | BX |
| 5 mg, 30s ea | 00403-0049-30 | 21.10 | | BX |
| 100s ea | 00403-0049-01 | 55.25 | | BX |
| **(PD-RX Pharm)** REPACK | | | | |
| TAB, PO, 5 mg, 60s ea | 55289-0614-60 | 46.69 | | BX |
| 100s ea | 55289-0614-01 | 77.62 | | BX |
| **(Phys Total Care)** REPACK | | | | |
| TAB, PO, 2.5 mg, 30s ea | 54868-0373-01 | 13.40 | | BX |
| 100s ea | 54868-0373-02 | 41.91 | | BX |
| 5 mg, 30s ea | 54868-0996-02 | 23.60 | | BX |
| 100s ea | 54868-0996-01 | 75.93 | | BX |
| **(Quality Care)** REPACK | | | | |
| TAB, PO, 2.5 mg, 30s ea | 60346-0890-30 | 21.37 | | BX |
| 5 mg, 30s ea | 60346-0730-30 | 29.99 | | BX |
| 60s ea | 60346-0730-60 | 47.48 | | BX |
| **(Southwood)** REPACK | | | | |
| TAB, PO, 5 mg, 10s ea | 58016-0977-10 | 12.41 | | BX |
| 12s ea | 58016-0977-12 | 13.49 | | BX |
| 14s ea | 58016-0977-14 | 14.57 | | BX |
| 15s ea | 58016-0977-15 | 16.11 | | BX |
| 28s ea | 58016-0977-28 | 24.14 | | BX |
| 40s ea | 58016-0977-40 | 30.62 | | BX |
| 60s ea | 58016-0977-60 | 41.44 | | BX |

**DIABINESE (Pfizer U.S.P.G.)**
**chlorpropamide**
**SEE SECTION 7 FOR COLOR PHOTO**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| TAB, PO, 100 mg, 100s ea | 00069-3930-66 | 38.84 | 32.70 | AB |
| 250 mg, 100s ea | 00069-3940-66 | 82.06 | 69.10 | AB |
| 250s ea | 00069-3940-71 | 198.95 | 167.54 | AB |
| 1000s ea | 00069-3940-82 | 787.35 | 663.03 | AB |
| **(Allscrips)** REPACK | | | | |
| TAB, PO, 250 mg, 30s ea | 54569-0202-00 | 23.27 | | AB |
| **(Cheshire)** REPACK | | | | |
| TAB, PO, 250 mg, 30s ea | 55175-3857-00 | 32.05 | | AB |
| 45s ea | 55175-3857-05 | 45.46 | | AB |
| **(Phys Total Care)** REPACK | | | | |
| TAB, PO, 250 mg, 100s ea | 54868-0880-01 | 75.37 | | AB |

**DIALYTE (McGaw)**
**dextrose/elect**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| SOL, TP (W/DEX 1.5%) | | | | |
| 2000 ml | 00264-2721-50 | 22.30 | | |
| (W/DEX 2.5%) | | | | |
| 2000 ml | 00264-2723-50 | 22.30 | | |
| (W/DEX 4.25%) | | | | |
| 2000 ml | 00264-2726-50 | 22.35 | | |
| (W/DEX 2.5%) | | | | |
| 4000 ml | 00264-2723-70 | 25.51 | | |
| (W/DEX 4.25%) | | | | |
| 4000 ml | 00264-2726-70 | 25.58 | | |

**DIALYVITE (Hillestad)**
**folic acid/vit b comp/vit c**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| TAB, PO, 100s ea | 10542-0810-10 | 9.60 | | |

**DIAMINE DC (Major)**
**brompheniramine/codeine/ppa**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| SYR, PO, 2 mg-10 mg-12.5 mg/5 ml, | | | | |
| 120 ml, C-V | 00904-0716-20 | 4.25 | | AA |

Electronic Drug Pricing and Clinical Information
RED BOOK™
Database Services - (800) 722-3062

**DIAMOX (Storz/Lederle)**
**acetazolamide**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| TAB, PO, 125 mg, 100s ea | 57706-0754-23 | 32.83 | 26.26 | AB |
| 250 mg, 100s ea | 57706-0755-23 | 42.34 | 33.87 | AB |
| (10X10) | | | | |
| 250 mg, 100s ea UD | 57706-0755-60 | 49.03 | 39.22 | AB |
| 1000s ea | 57706-0755-34 | 402.11 | 321.69 | AB |
| **(Allscrips)** REPACK | | | | |
| TAB, PO, 250 mg, 30s ea | 54569-0541-00 | 14.71 | | AB |
| 100s ea | 54569-0541-01 | 42.34 | | AB |

**DIAMOX SEQUELS (Storz/Lederle)**
**acetazolamide**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| CER, PO, 500 mg, 100s ea | 57706-0753-23 | 105.16 | 84.13 | |
| **(Allscrips)** REPACK | | | | |
| CER, PO, 500 mg, 14s ea | 54569-0542-02 | 13.48 | | |
| 30s ea | 54569-0542-00 | 31.55 | | |
| 60s ea | 54569-0542-01 | 57.78 | | |
| **(Compumed)** REPACK | | | | |
| CER, PO, 500 mg, 2s ea | 00403-0055-22 | 3.75 | | |
| **(Southwood)** REPACK | | | | |
| CER, PO, 500 mg, 100s ea | 58016-0946-00 | 106.69 | | |

**DIAMOX SODIUM (Storz/Lederle)**
**acetazolamide sodium**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| PDI, IJ, 500 mg, ea | 57706-0762-96 | 36.59 | 29.27 | AP |

**DIAPHRAGM**
**(Ortho-McNeil Pharm)** *See ORTHO ALL-FLEX DIAPHRAGM*
**(Ortho-McNeil Pharm)** *See ORTHO COIL SPRING DIAPHRAGM*
**(Ortho-McNeil Pharm)** *See ORTHO FLAT SPRING DIAPHRAGM*

**DIASTASE OF MALT (Amend)**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| POW, (U.S.P.) | | | | |
| 100 gm | 17317-0258-03 | 15.05 | | |
| 500 gm | 17317-0258-05 | 55.00 | | |

**DIASTAT (Athena)**
**diazepam**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| GEL, RC (2 PREFILLED APPLICATORS) | | | | |
| 5 mg/ml, | | | | |
| 4 gm, C-IV | 59075-0653-20 | 156.00 | | |
| 6 gm, C-IV | 59075-0654-20 | 156.00 | | |
| 8 gm, C-IV | 59075-0655-20 | 156.00 | | |

**DIASTAT PEDIATRIC (Athena)**
**diazepam**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| GEL, RC (PREFILLED APPLICATORS) | | | | |
| 5 mg/ml, | | | | |
| 1 gm 2s, C-IV | 59075-0650-20 | 156.00 | | |
| 2 gm 2s, C-IV | 59075-0651-20 | 156.00 | | |
| 4 gm 2s, C-IV | 59075-0652-20 | 156.00 | | |

**DIATRIZOATE MEG/DIATRIZOATE SOD**
**(Bracco Diag)** *See GASTROGRAFIN*
**(Bracco Diag)** *See RENO-CAL-76*
**(Bracco Diag)** *See RENOGRAFIN-60*
**(Bracco Diag)** *See RENOGRAFIN-76*
**(Bracco Diag)** *See RENOVIST*
**(Bracco Diag)** *See RENOVIST II*
**(Mallinckrodt Med)** *See MD-76*
**(Mallinckrodt Med)** *See MD-GASTROVIEW*
**(Nycomed)** *See HYPAQUE-76*

**DIATRIZOATE MEG/IODIPAMIDE MEG**
**(Bracco Diag)** *See SINOGRAFIN*

**DIATRIZOATE MEGLUMINE**
**(Bracco Diag)** *See CYSTOGRAFIN*
**(Bracco Diag)** *See CYSTOGRAFIN-DILUTE*
**(Bracco Diag)**

| PROD/MFR | NDC | AWP | DP | OBC |
|---|---|---|---|---|
| INJ, IJ (VIAL) | | | | |
| 76%, 50 ml 25s | 00003-0832-60 | 642.29 | 513.83 | |

Recommend SENOKOT® Laxatives When the Rx May Constipate
PURDUE FREDERICK

PROD/MFR NDC AWP DP OBC

Venoglobulin-S 5% 10%
Immune Globulin Intravenous (Human)
SOLVENT DETERGENT TREATED
alpha® THERAPEUTIC CORPORATION 800-421-0008

**GAMMAGARD S/D** (Baxter Biotech)
**globulin, immune**
PDI, IJ, 0.5 gm, ea ....... 00944-2620-01 54.92
2.5 gm, ea .......... 00944-2620-02 184.25
5 gm, ea ............ 00944-2620-03 368.50
10 gm, ea ........... 00944-2620-04 737.00

**GAMMAR-PI.V.** (Centeon)
**globulin, immune**
PDI, IJ (W/DILUENT)
1 gm, ea ............ 00053-7486-01 75.00
2.5 gm, ea ......... 00053-7486-02 187.50
5 gm, ea ........... 00053-7486-05 375.00
(BULK PACKAGE)
5 gm, 6s ea ......... 00053-7486-06 2250.00
(W/DILUENT)
10 gm, ea. ........ 00053-7486-10 750.00

**GANCICLOVIR**
**(Chiron Vision)** *See VITRASERT*
**(Roche Labs)** *See CYTOVENE*

**GANCICLOVIR SODIUM**
**(Roche Labs)** *See CYTOVENE IV*

**GANI-TUSS NR** (Cypress Pharm)
**codeine/gg**
LIQ, PO (A.F., S.F., RASPBERRY)
10 mg-100 mg/5 ml,
480 ml, C-V ........ 60258-0261-16 39.95

**GANI-TUSS-DM NR** (Cypress Pharm)
**dm/gg**
LIQ, PO (A.F., S.F., RASPBERRY)
10 mg-100 mg/5 ml,
480 ml ......... 60258-0262-16 39.95

**GANIDIN NR** (Cypress Pharm)
**guaifenesin**
LIQ, PO (A.F.D.F.S.F, RASPBERRY)
100 mg/5 ml,
480 ml .......... 60258-0256-16 36.95

**GANITE** (Solopak Labs)
**gallium nitrate**
INJ, IJ (S.D.V.)
25 mg/ml, 20 ml ..... 39769-0342-20 152.46

**GANTANOL** (Roche Labs)
**sulfamethoxazole**
TAB, PO, 500 mg, 100s ea . 00004-0010-01 53.12 AB

**(Allscrips)**
REPACK
TAB, PO, 500 mg, 24s ea .. 54569-2688-00 12.19 AB

**GANTRISIN PEDIATRIC** (Roche Labs)
**sulfisoxazole acetyl**
SUS, PO, 500 mg/5 ml,
480 ml ........... 00004-1003-28 42.22

**(Allscrips)**
REPACK
SUS, PO, 500 mg/5 ml,
120 ml ........... 54569-0079-00 11.88
240 ml ........... 54569-4013-01 20.90
480 ml ........... 54569-4013-00 41.81

**(PD-RX Pharm)**
REPACK
SUS, PO, 500 mg/5 ml,
118 ml ........... 55289-0399-04 21.33
240 ml ........... 55289-0399-08 32.48

**(Phys Total Care)**
REPACK
SUS, PO, 500 mg/5 ml,
120 ml ........... 54868-1888-00 14.29

**(Quality Care)**
REPACK
SUS, PO, 500 mg/5 ml,
120 ml ........... 60346-0640-04 22.20
240 ml ........... 00346-0640-88 35.39

**(Southwood)**
REPACK
SUS, PO, 500 mg/5 ml,
120 ml .......... 58016-7027-04 10.09

PROD/MFR NDC AWP DP OBC

**GARAMYCIN** (Schering)
**gentamicin sulfate**
CRE, TP, 0.1%, 15 gm. . . 00085-0008-05 19.92 AT
INJ, IJ (VIAL)
40 mg/ml, 2 ml 25s... 00085-0069-04 124.91 AP
OIN, OP, 3 mg/gm,
3.500 gm .......... 00085-0151-05 18.02 AT
TP, 0.1%, 15 gm........ 00085-0343-05 19.92 AT
SOL, OP, 3 mg/ml, 5 ml ... 00085-0899-05 18.02 AT

**(Allscrips)**
REPACK
OIN, OP, 3 mg/gm,
3.500 gm ......... 54569-4029-00 17.33 AT
SOL, OP, 3 mg/ml, 5 ml .. 54569-0866-00 17.33 AT

**(Compumed)**
REPACK
SOL, OP, 3 mg/ml, 5 ml ... 00403-0955-18 15.89 AT

**(Pharma Pac)**
REPACK
OIN, OP 3 mg/gm,
3.500 gm .......... 52959-1195-00 21.66 AT
SOL, OP, 3 mg/ml, 5 ml ... 52959-1164-00 19.69 AT

**(Southwood)**
REPACK
OIN, OP, 3 mg/gm,
3.500 gm ........ 58016-6433-00 21.64 AT
SOL, OP, 3 mg/ml, 5 ml .. 58016-6441-05 21.64 AT

**GARCINIA CAMBOGIA EXTRACT** (A-A Spectrum)
**garcinia cambogia**
SEE SECTION 6 FOR MFG CATALOG
POW, 100 gm .......... 49452-3244-01 24.50
500 gm .......... 49452-3244-02 66.85

**GARLIC** (A-A Spectrum)
SEE SECTION 6 FOR MFG CATALOG
POW, (EXTRACT 100:1, ODORLESS)
25 gm .......... 49452-3247-01 23.50
100 gm .......... 49452-3247-02 64.75

**GARLIC OIL** (A-A Spectrum)
**garlic**
SEE SECTION 6 FOR MFG CATALOG
OIL (FOOD)
25 ml .......... 49452-3245-01 15.75
100 ml .......... 49452-3245-02 34.50
500 ml .......... 49452-3245-03 122.45

**GASTROCROM** (Medeva)
**cromolyn sodium**
CNT, PO (AMP)
100 mg/5 ml,
5 ml 96s.......... 53014-0678-70 103.52

**GASTROGRAFIN** (Bracco Diag)
**diatrizoate meg/diatrizoate sod**
SOL, PO, 66%-10%,
120 ml 12s ........ 00003-0445-40 511.54 409.23 AA

**GASTROMARK** (Mallinckrodt Med)
**ferumoxsil**
SUS, PO, 300 ml ....... 00019-1120-06 25.00

**GASTROSED** (Roberts/Hauck)
**hyoscyamine sulfate**
LIQ, PO (DROPS)
0.125 mg/ml, 15 ml... 59441-0447-15 12.52

**GEL-KAM** (Colgate Oral)
**stannous fluoride**
SOL, TP (CINNAMON)
0.63%, 300 ml ....... 00126-2312-02 15.12
(MINT)
0.63%, 300 ml ..... 00126-2310-02 15.12

**(Compumed)**
REPACK
SOL, TP, 0.63%, 75 ml 4s . 00403-4803-18 17.30

**GEL-KAM DENTINBLOC** (Colgate Oral)
**hydrogen fl/sod fl/stannous fl**
SWA, TP, 0.14%-1.09%-0.4%,
12s ea UD ......... 00126-2381-12 11.40

**GELATIN** (A-A Spectrum)
SEE SECTION 6 FOR MFG CATALOG
[illegible]

**(Amend)**
POW, (N.F., 175 BLOOM)
125 gm...... ....... 17317-0181-04 6.30
454 gm............. 17317-0181-01 12.60
2270 gm............ 17317-0181-05 45.50
11350 gm .......... 17317-0181-08 140.00

PROD/MFR NDC AWP DP OBC

Electronic Drug Pricing and Clinical Information
RED BOOK™
Database Services - (800) 722-3062

**(Baker, J.T.)**
POW, (N.F.)
500 gm.... ...10106-2124-01 24.26
2500 gm.. .....10106-2124-05 145.08

**(Gallipot)**
POW, (U.S.P.N.F.)
120 gm ......... 51552-0095-04 6.10
454 gm ....... 51552-0095-16 22.71

**(Integra)**
POW, (N.F.)
500 gm........... 05324-5104-45 28.37
2500 gm. ....... 05324-5104-60 81.85

**(Pharmacia/Upjohn)** *See GELFILM*
**(Pharmacia/Upjohn)** *See GELFILM OPHTHALMIC*
**(Pharmacia/Upjohn)** *See GELFOAM*

**GELATIN SPONGE**
**(Pharmacia/Upjohn)** *See GELFOAM*

**GELFILM** (Pharmacia/Upjohn)
**gelatin**
ACC, (100X125MM)
ea.................. 00009-0283-01 187.78 150.22

**GELFILM OPHTHALMIC** (Pharmacia/Upjohn)
**gelatin**
ACC, (25X50MM)
6s ea........... ....00009-0297-01 112.68 90.14

**GELFOAM** (Pharmacia/Upjohn)
**gelatin**
POW, TP, 1 gm ........... 00009-0433-01 44.79 35.83

**(Pharmacia/Upjohn)**
**gelatin sponge**
SPG, TP (SIZE 2CM)
ea......... .... 00009-0364-01 34.15 27.32
(SIZE 12-3 MM)
4s ea ............ 00009-0301-01 25.26 20.21
(18CM CONE)
6s ea.......... ... 00009-0457-01 507.83 406.26
(SIZE 100)
6s ea...... ... .. ... 00009-0342-01 179.84 143.87
6s ea.............. 00009-0353-01 179.50 143.60
(SIZE 200)
6s ea................ 00009-0349-01 308.11 246.49
(SIZE 50)
6s ea...... .. ...... 00009-0323-01 80.20 64.16
(SIZE 6CM)
6s ea.......... 00009-0371-01 482.64 386.11
(SIZE 12-7 MM)
12s ea.............. 00009-0315-03 71.71 57.37
(SIZE 4)
15s ea.............. 00009-0396-01 26.48 21.18

**GELHIST PEDIATRIC** (Econolab)
**cpm tan/phenyleph tan/pyril tan**
SUS, PO, 2 mg-5 mg-12.5 mg/5 ml,
120 ml ........... 55053-0930-04 13.95
480 ml ........... 55053-0930-16 54.95

**GELLAN GUM** (A-A Spectrum)
SEE SECTION 6 FOR MFG CATALOG
POW, 225 gm .......... 49452-3256-01 18.75
500 gm .......... 49452-3256-02 56.25
2500 gm .......... 49452-3256-03 196.80

**GEMCITABINE HYDROCHLORIDE**
**(Lilly)** *See GEMZAR*

**GEMFIBROZIL**
HCFA
TAB, PO, 600 mg, 60s ea... ...... ............... 10.80

**(Allscrips)**
TAB, PO, 600 mg, 6s ea ... 54569-3695-01 5.73 AB
60s ea............. 54569-3695-00 64.85 AB
90s ea............ 54569-8511-01 86.02 AB
180s ea........... 54569-8016-00 172.05 AB
180s ea........... 54569-0511-00 172.05 AB

**(Apothecon)**
TAB, PO, 600 mg, 60s ea .. 62269-0320-60 56.64 49.68 EE
500s ea........... 62269-0320-29 472.32 414.32 EE

Recommend SENOKOT® Laxatives When the Rx May Constipate
PURDUE FREDERICK