# Exhibit 2

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

```
                    NO.  GV3-03079

THE STATE OF TEXAS              )   IN THE DISTRICT COURT
                                )
ex rel.                         )
   VEN-A-CARE OF THE            )
   FLORIDA KEYS, INC.,          )
      Plaintiff(s),             )
                                )
vs.                             )   TRAVIS COUNTY, TEXAS
                                )
ROXANE LABORATORIES, INC.,      )
BOEHRINGER INGELHEIM            )
PHARMACEUTICALS, INC., BEN      )
VENUE LABORATORIES, INC.,       )
and BOEHRINGER INGELHEIM        )
CORPORATION,                    )
      Defendant(s).             )   201ST JUDICIAL DISTRICT
```

**********************************************************
ORAL AND VIDEOTAPED DEPOSITION OF

SHELDON BERKLE

JANUARY 27TH, 2005

VOLUME 1 OF
**********************************************************

ORAL AND VIDEOTAPED DEPOSITION OF SHELDON BERKLE,

produced as a witness at the instance of the

Plaintiff(s), and duly sworn, was taken in the

above-styled and numbered cause on the 27th of January,

2005, from 9:01 a.m. to 5:15 p.m., before CAROLYN J.

FORD, Registered Professional Reporter and Notary

Public, State of Florida at Large, reported by machine

shorthand at the Doubletree Guest Suites, 12200 Tamiami

Trail North, Naples, Florida, pursuant to the Texas

Rules of Civil Procedure and the provisions attached

previously.

acaeb803-7901-11d9-9864-0040f48294eb

A P P E A R A N C E S

FOR THE PLAINTIFF(S):

    CYNTHIA O'KEEFFE, ESQ.
    Assistant Attorney General
    Office of the Attorney General
    State of Texas
    Post Office Box 12548  (78711-2548)
    300 W. 15th Street, 9th Floor
    Austin, Texas  78701

    JOSEPH V. CRAWFORD, ESQ.
    Wright & Greenhill, P.C.
    221 West 6th Street, Suite 1800
    Austin, Texas  78701-3495

FOR THE RELATOR:

    JAMES JOSEPH BREEN, ESQ.
    The Breen Law Firm, P.A.
    3562 Old Milton Parkway
    Alpharetta, Georgia  30005

FOR THE DEFENDANT(S):

    STEPHEN E. McCONNICO, ESQ.
    Scott, Douglass & McConnico, L.L.P.
    One American Center, Fifteenth Floor
    600 Congress Avenue
    Austin, Texas  78701

    PAUL J. COVAL, ESQ.
    Vorys, Sater, Seymore & Pease, L.L.P.
    52 East Gay Street
    Columbus, Ohio  43216

ALSO PRESENT:

    EDWARD MILLER, ESQ.
    Assistant General Counsel
    Chief Compliance Officer
    Boehinger Ingelheim Pharmaceuticals, Inc.

    Jana Dobin, Videographer

1    A    Correct.
2    Q    How about Mr. Miller?
3    A    Mr. Miller as well.
4    Q    And when did you first become aware that the case
5    you're here on today was even in existence?
6    A    Well, I was aware, again, not in detail, but that
7    there was something going on, you know, last maybe two,
8    three years ago.
9    Q    Okay.  And you were aware when you were the -- in
10   your last position at the U.S. Boehringer operations when
11   you were the vice president for sales and marketing?  Was
12   that your last position?
13   A    I was aware again in general terms keeping in
14   mind that I had responsibility for the branded business,
15   not the generic business.  So, again, I had a sort of top
16   ahead awareness but not a detailed awareness.
17   Q    But people that were responsible for the generic
18   business were reporting to you, weren't they?
19   A    No.  People who were involved with the generic
20   business were reporting to me.  The people responsible for
21   the generic business were not reporting to me.
22   Q    I see.  Was that a problem?
23   A    Is that a problem?  Not to me.
24   Q    When you were the -- well, who was the highest
25   ranking marketing and sales executive in the Boehringer

1   incidences.  I'm sure I came across some information at
2   some point in time.
3       Q   Let's go to the next page.  After -- the one
4   after the slide that talked about how you calculate the
5   pharmacy's profit, Roxicodone Reimbursement Model.  And
6   then you'll see in the left-hand side at the bottom it
7   says "profit calculator."
8       A   Yes.
9       Q   Now, why is Roxicodone being referred to as a
10  brand on this document, if you know?
11      A   Within the generic business they have two terms
12  they use for products.  One is basically the pure generic
13  name and in some instances they'll take a generic product,
14  a multisource product and apply a brand name.  So it's
15  basically in my interpretation it's referred to as a
16  branded generic which differentiates it from a branded
17  product.
18      Q   Is this an ethical drug?
19      A   Again, in my interpretation it's -- it's not in
20  the sense that it's a multisource generic drug.
21      Q   Is it a prescription drug?
22      A   As far as I know it is a prescription drug.
23      Q   I mean, you're a pharmacist.
24      A   Yes.
25      Q   If I, a lawyer, decide to sell somebody

1   A   Yes.
2   Q   -- in 2000?  And were you given notice by the
3   government itself?
4   A   Via legal department.
5   Q   Okay.
6       MR. BREEN:  I'm sorry.  The answer?
7       THE WITNESS:  Via legal department.
8   Q   [By Mr. McConnico]  So the first thing you knew
9   about any investigation was through the legal department?
10  A   Correct.
11  Q   And all of your communications about that
12  investigation were with who, your legal department?
13  A   With my legal department.
14  Q   Okay.  Now, we've had a lot of discussions here
15  today about generic and branded.  Tell the ladies and
16  gentlemen on the jury what a generic drug is.
17  A   A generic drug is basically a copy of a
18  originator drug that is already on the market.
19  Q   Okay.  And a branded drug is what?
20  A   A branded drug is a drug that has been researched
21  and developed by a given pharmaceutical entity or
22  otherwise and marketed as a sole source --
23  Q   By that company?
24  A   -- by that company.
25  Q   That company has the sole right to market and