# Exhibit 4

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

```
                      NO. GV3-03079

THE STATE OF TEXAS              ) IN THE DISTRICT COURT
                                )
ex rel.                         )
   VEN-A-CARE OF THE            )
   FLORIDA KEYS, INC.,          )
        Plaintiff(s),           )
                                )
VS.                             ) TRAVIS COUNTY, TEXAS
                                )
ROXANE LABORATORIES, INC.,      )
BOEHRINGER INGELHEIM            )
PHARMACEUTICALS, INC., BEN      )
VENUE LABORATORIES, INC. and    )
BOEHRINGER INGELHEIM            )
CORPORATION,                    )
        Defendant(s).           ) 201ST JUDICIAL DISTRICT
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF
CHRISTINE GEMMATO MARSH
March 2, 2005

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

   ORAL AND VIDEOTAPED DEPOSITION OF CHRISTINE

GEMMATO MARSH, produced as a witness at the instance

of the Plaintiff(s), and duly sworn, was taken in the

above-styled and numbered cause on the 2nd of March,

2005, from 9:02 a.m. to 4:17 p.m., before CYNTHIA

VOHLKEN, CSR in and for the State of Texas, reported

by machine shorthand, at The Ethan Allen Inn, 21 Lake

Avenue Extension, Danbury, Connecticut, pursuant to

the Texas Rules of Civil Procedure and the provisions

attached previously.

6b8634e3-8fcf-11d9-9864-0040f48294eb

```
 1                   A P P E A R A N C E S
 2     FOR THE PLAINTIFF(S):
 3           Mr. Patrick J. O'Connell
             Assistant Attorney General
 4           Office of the Attorney General
             State of Texas
 5           Post Office Box 12548  (78711-2548)
             300 W. 15th Street, 9th Floor
 6           Austin, Texas  78701
 7
       FOR THE RELATOR:
 8
             Mr. C. Jarrett Anderson
 9           Anderson LLC
             1300 Guadalupe, Suite 103
10           Austin, Texas  78703
11
       FOR THE DEFENDANT(S):
12
             Mr. Steven S. Wingard
13           Scott, Douglass & McConnico, L.L.P.
             One American Center, Fifteenth Floor
14           600 Congress Avenue
             Austin, Texas 78701
15
             -and-
16
             Mr. Paul Coval
17           Vorys, Sater, Seymore & Pease, LLP
             52 East Gay Street
18           Columbus, Ohio 43216
19           -and-
20           Ms. Sheila Anne Denton
             Senior Counsel, Legal Department
21           Boehringer Ingelheim Pharmaceuticals, Inc.
             900 Ridgebury Road
22           P.O. Box 368
             Ridgefield, Connecticut 06877-0368
23
24     ALSO PRESENT:
25           Mr. Brian Bobbitt, Videographer
```

```
                                                        Page 10
 1        Q.   In your role as executive director of
 2   contracts do you or people reporting to you process
 3   rebates for Roxane?
 4        A.   Yes.
 5        Q.   Has that always been the case since January
 6   of '01?
 7        A.   Yes.
 8        Q.   Prior to January of '01 did you have
 9   responsibilities or people reporting to you have
10   responsibilities for processing rebates for Roxane?
11        A.   No.
12        Q.   What was your job duties with Roxane prior to
13   January of '01?
14        A.   I was responsible for -- initially when I
15   started with Roxane I was the associate director of
16   contract operations for about two to three months.
17        Q.   What did that entail?
18        A.   The administration of contracts.
19        Q.   Can you explain generally what -- whether or
20   not administering contracts would involve processing
21   rebates?
22        A.   It did not.
23        Q.   Did it involve the administration of
24   chargebacks?
25        A.   It did not.
```

1  the term that you just used, credit memo through SAP.
2      Q.   And what's your basic understanding of a
3  credit memo?
4      A.   It's a credit given -- credit given to a
5  customer.  Those customers normally buy from us
6  direct, which is why they're issued a credit memo.
7      Q.   So typically customers that buy direct from
8  Roxane and are billed directly by Roxane would receive
9  a credit memo for their rebate and that would offset
10 the amount of money that they owed Roxane during that
11 current period?
12     A.   I don't exactly know.  That's handled at the
13 service center.  I don't know that it's an offset from
14 an invoice.  I don't know that, you know, precisely.
15 But I do know that they're issued credit memos because
16 they do have the ability to buy from us, so that's why
17 we issue them credit.
18     Q.   What types of customers typically buy direct
19 from Roxane?
20     A.   Chains, wholesalers.  Those are the majority
21 of customers that buy direct.
22     Q.   When you say chains, are you limiting that to
23 chain drug stores?
24     A.   Yes.
25     Q.   Are you limiting that further to chain drug

Page 68

1  stores that warehouse their own product?
2      A.   Yes.
3      Q.   Are there any other types of chains that
4  purchase directly from Roxane, such as home health
5  companies or nursing home companies?
6      A.   You know, not that I'm aware.
7      Q.   Are you generally familiar with the different
8  classes of trade that Roxane sells products to?
9      A.   Generally speaking, yes.
10     Q.   What are they?
11     A.   Retail, retailers, wholesalers, mail order
12 facilities.  That's the majority of who they would
13 sell direct to.  And then there's the government, VA,
14 but I don't know how -- I don't know -- I don't know
15 the percent of Roxane business that -- I don't really
16 know the direct sales.  Again, that's done over at the
17 service center.  I don't know the majority of their
18 sales that go direct, that we sell direct.
19     Q.   Do you know the different classes of trade
20 that Roxane considers indirect customers?
21     A.   Well, I mean, a customer classified as retail
22 could be an indirect customer because retail is a
23 broad definition and an indirect customer is a
24 customer that's attached to a contract that obviously
25 doesn't buy direct.