# Exhibit 7

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Edward J. DiPaola       CONFIDENTIAL       December 1, 2005
Danbury, CT

Page 1

SUPERIOR COURT

COMPLEX LITIGATION DOCKET AT TOLLAND

- - - - - - - - - - - - - - - x

| | |
|---|---|
| STATE OF CONNECTICUT | : |
| | : |
| vs. | : X07 |
| | : CV-03-0083296-S |
| DEY, INC., ROXANE | : (CLD) |
| LABORATORIES, INC., WARRICK | : |
| PHARMACEUTICALS CORP., | : |
| SCHERING-PLOUGH CORP. and | : |
| SCHERING CORPORATION | : |

- - - - - - - - - - - - - - - x

    Confidential deposition of EDWARD J. DiPAOLA, taken pursuant to the Connecticut Practice Book, before Melissa J. Kelly, RMR, CRR, Licensed Shorthand Reporter #00307, and Notary Public within and for the State of Connecticut, held at the Ethan Allen Inn, 21 Lake Avenue Extension, Danbury, Connecticut, on December 1, 2005, at 1:20 p.m.

Henderson Legal Services
(202) 220-4158

c3216cc3-0966-4e16-9edd-2ce612ad2c43

Edward J. DiPaola      CONFIDENTIAL      December 1, 2005
Danbury, CT

Page 2

1  A P P E A R A N C E S:

2

3  ON BEHALF OF THE PLAINTIFF:

4     DAVID S. NALVEN, ESQ.

5     HAGENS BERMAN SOBOL SHAPIRO LLP

6     One Main Street, Fourth Floor

7     Cambridge, Massachusetts  02142

8     (617) 482-3700 / (617) 482-3003 - Facsimile

9

10 ON BEHALF OF THE DEFENDANT ROXANE LABORATORIES, INC.:

11    HELEN E. WITT, ESQ.

12    KIRKLAND & ELLIS LLP

13    200 East Randolph Drive

14    Chicago, Illinois  60601

15    (312) 861-2148 / (312) 861-2200 - Facsimile

16

17    THEODORE J. TUCCI, ESQ.

18    ROBINSON & COLE LLP

19    280 Trumbull Street

20    Hartford, Connecticut  06103

21    (860) 275-8210 / (860) 275-8299 - Facsimile

22

c3216cc3-0966-4e16-9edd-2ce612ad2c43

Edward J. DiPaola          CONFIDENTIAL          December 1, 2005
                            Danbury, CT

Page 75

1   identifying a specific activity which we were talking
2   about, which is chargebacks on whose account these
3   end user pharmacy chargebacks were paid.
4          Is there another kind of activity that would
5   be -- that you could sort end purchasers by?
6          MR. TUCCI:  Object to the form.
7          THE WITNESS:  Not that I'm aware of.
8   BY MR. NALVEN:
9      Q.   So we're really talking about the chargeback
10  function?
11     A.   Yes, uh-huh.
12     Q.   Is there a mechanism to tie back a particular
13  chargeback request to a particular order number or
14  invoice number?
15     A.   I am not aware of any way to do that.
16     Q.   If a chargeback is paid as a percentage of
17  the purchase price, how does -- from an IT
18  perspective, how is the chargeback amount calculated?
19         MS. WITT:  Object to the form.
20         THE WITNESS:  Can you repeat the question.
21  BY MR. NALVEN:
22     Q.   When Roxane pays a chargeback to a wholesaler

c3216cc3-0966-4e16-9edd-2ce612ad2c43

Edward J. DiPaola           CONFIDENTIAL           December 1, 2005
                            Danbury, CT

Page 76

1   based on the wholesaler's resale to a contractor, is
2   the chargeback amount -- is the chargeback amount
3   ever based on a percentage of the sale price or is it
4   always based on the difference between the
5   wholesaler's price and the contract price?
6       A.   To the best of my knowledge, the chargeback
7   calculation is always based upon the difference
8   between a contract price and the WAC at the time the
9   sale was made by the wholesaler to the pharmacy to
10  the best of my knowledge.
11      Q.   So from an IT perspective, how does Roxane
12  verify the WAC price at the time that the sale was
13  made from the wholesaler to the retailer?
14      A.   The transaction for the chargeback claim is
15  provided to us by the wholesaler with their date of
16  sale from their facility to the retail facility or
17  hospital; and that date, I believe, is used to look
18  up the WAC price that was in effect on that date and
19  the contract price that that retail outlet belonged
20  to.  We make sure that that retail outlet was on the
21  contract at that day and that that product was on the
22  contract on that day.