# Exhibit 8

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
1:1              UNITED STATES DISTRICT COURT
  2            FOR THE DISTRICT OF MASSACHUSETTS
  3    - - - - - - - - - - - - - - - -
  4    IN RE:  PHARMACEUTICAL        ) MDL No. 1456
  5    INDUSTRY AVERAGE WHOLESALE    ) CIVIL ACTION
  6    PRICE LITIGATION              ) 01-CV-12257-PBS
  7                                  )
  8    THIS DOCUMENT RELATES TO      )
  9    THE CONSOLIDATED NEW YORK     ) Judge Patti B. Saris
 10    COUNTY ACTIONS, THE CALIFORNIA )
 11    ACTION, AND THE IOWA ACTION   )
 12    - - - - - - - - - - - - - - - -
 13       (cross captions appear on following pages)
 14       "HIGHLY CONFIDENTIAL-FOR ATTORNEYS' EYES ONLY"
 15              VIDEOTAPED DEPOSITION OF
 16           CARDINAL HEALTH (MATTHEW ERICK)
 17                    VOLUME I
 18              Tuesday, June 17, 2008 9:06 o'clock a.m.
 19              Jones Day 325 John H. McConnell Boulevard
 20              Suite 600 Columbus, Ohio 43215
 21                - - - SHAYNA M. GRIFFIN
 22         REGISTERED PROFESSIONAL REPORTER
```

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
 2:1              UNITED STATES DISTRICT COURT
   2            FOR THE DISTRICT OF MASSACHUSETTS
   3   - - - - - - - - - - - - - - - -
   4   IN RE:  PHARMACEUTICAL       ) MDL No. 1456
   5   INDUSTRY AVERAGE WHOLESALE   ) CIVIL ACTION
   6   PRICE LITIGATION             ) 01-CV-12257-PBS
   7   THIS DOCUMENT RELATES TO     )
   8   U.S. ex rel. Ven-a-Care of   ) Judge Patti B. Saris
   9   The Florida Keys, Inc.,      )
  10      v.                        ) Chief Magistrate
  11   Abbott Laboratories, Inc.,   ) Judge Marianne B. No. 06-CV-11337-PBS         ) Bowler
  12   - - - - - - - - - - - - - - - -
  13              UNITED STATES DISTRICT COURT
  14            FOR THE DISTRICT OF MASSACHUSETTS
  15   - - - - - - - - - - - - - - - -
  16   IN RE:  PHARMACEUTICAL       ) MDL NO. 1456
  17   INDUSTRY AVERAGE WHOLESALE   ) CIVIL ACTION
  18   PRICE LITIGATION             ) 01-CV-12257-PBS
  19                                ) Judge Patti B. Saris
  20   THIS DOCUMENT RELATES TO     ) Chief Magistrate
  21   ALL CASES IN MDL NO. 1456    ) Judge Marianne B.
  22   - - - - - - - - - - - - - - - -  Bowler
```

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
118:1   BY MR. CARROLL:
    2      Q.   What is the price?
    3      A.   That's a broad definition, so...
    4           MR. STEPHENS:  That's a broad question.
    5   BY MR. CARROLL:
    6      Q.   Are you familiar with the term
    7   "wholesale acquisition cost"?
    8      A.   Yes, I am.
    9      Q.   Also known as WAC.
   10      A.   Yes.
   11      Q.   How does Cardinal determine or
   12   negotiate its acquisition price?
   13           MR. KATZ:  Objection.
   14      A.   Our acquisition price meaning the price
   15   that we pay?
   16      Q.   Yes.
   17      A.   We negotiate through what we do
   18   straight from a this is what we pay.  Now, if
   19   you're talking WAC, that's different how it
   20   actually goes through our systems.  But we
   21   negotiate on the dead net level.
   22      Q.   And what does dead net level mean?
```

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
119:1        A.   That's actually our end of cost that we
    2   actually pay the manufacturer for that product.
    3   That's the discounts you had mentioned.
    4        Q.   So you negotiate the dead net level.
    5   When you initially purchase a generic drug, do
    6   you pay WAC?
    7        A.   Yes.
    8        Q.   And --
    9        A.   And let me just say, that's most of the
   10   time.  Sometimes we do buy from the net and then
   11   mark up.  But the majority of times, because of
   12   systems, we purchase at WAC.
   13        Q.   Purchase at WAC.
   14             And the majority of the time you
   15   purchase at WAC?  Is that what you just said?
   16        A.   For the systems.
   17        Q.   For the systems?
   18        A.   Yeah.  Our dead net is what we actually
   19   pay and negotiate.
   20        Q.   And does Cardinal negotiate with the
   21   manufacturer over what the WAC price is?
   22        A.   No.
```

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
245:1              MR. GALLAGHER:  Object --
   2         A.    That's not the right calculation, but
   3    if you did it that way --
   4              MR. CARROLL:  Why don't we take a break
   5    before I go into another area.
   6              THE WITNESS:  Sure.
   7              MR. CARROLL:  And then we'll just keep
   8    moving.  You can switch the thing.
   9              THE VIDEOGRAPHER:  Off the record at
  10    1408.
  11              (Recess taken.)
  12              THE VIDEOGRAPHER:  This is the
  13    beginning of Volume 1, Tape 4, in the 17th of
  14    June, 2008, deposition of Matthew Erick.  The
  15    time is now 1424. We are back on the record.
  16              Counsel, you may proceed.
  17    BY MR. CARROLL:
  18         Q.   Okay.  Mr. Erick, we've discussed --
  19    I'd like to focus your attention on the
  20    manufacturer customer contract where Cardinal is
  21    servicing the contract, that scenario.
  22              Now, in that scenario, the contract
```

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
246:1    price is determined by the manufacturer; is that
   2     correct?
   3         A.   The --
   4              MR. GALLAGHER:  Objection to the form
   5     of the question.
   6         A.   It's between -- my understanding
   7     between the customer and the manufacturer, that
   8     price is negotiated.
   9         Q.   Thank you for clarifying.
  10         A.   Uh-huh.
  11         Q.   And does Cardinal have any input on
  12     that negotiated price?
  13         A.   Not on an indirect contract.
  14         Q.   So on an indirect contract, Cardinal is
  15     honoring a price that's been negotiated between a
  16     manufacturer and a customer; is that correct?
  17         A.   That's correct.
  18         Q.   And does Cardinal change that price in
  19     any manner to the customer?
  20         A.   No.
  21         Q.   And I believe you testified that in
  22     that situation of an indirect contract, Cardinal
```

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
247:1   receives typically generally a five percent
    2   rebate. Is that correct?
    3       A.   Distributing --
    4            MS. SMITH-KLOCEK:  Objection to form.
    5            MR. STEPHENS:  Go ahead.
    6       A.   For distributing the product.
    7       Q.   Right.
    8            And who pays the five percent rebate?
    9       A.   The manufacturer --
   10            MR. GALLAGHER:  Object to the form of
   11   the question.
   12            MS. SMITH-KLOCEK:  Objection to form.
   13   It misstates prior testimony.
   14       A.   Manufacturer.
   15       Q.   All right.  And the five percent rebate
   16   is paid by the manufacturer to Cardinal --
   17            MS. SMITH-KLOCEK:  Same objection.
   18   BY MR. CARROLL:
   19       Q.   -- based on the contract price?
   20       A.   Of that customer, yes.
   21       Q.   Yes.  Okay.
   22            Cardinal doesn't mark up that contract
```

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
248:1   price, does it?
   2            MR. STEPHENS:  Objection.  Leading.
   3       A.   The indirect contract is between the
   4   customer, manufacturer, and we honor that
   5   agreement cost.  So no markup.
   6       Q.   No markup.
   7            And typically, that contract price --
   8   or strike that.
   9            When that contract price is below WAC,
  10   Cardinal receives the chargeback for the
  11   difference between the contract price and the
  12   WAC; is that correct?
  13       A.   Yes.
  14       Q.   Okay.  Now, we touched on this earlier
  15   briefly, but when -- does -- I believe you
  16   testified that in the chargeback scenario -- in
  17   the indirect chargeback scenario, Cardinal
  18   batches the chargeback. Is that accurate?
  19       A.   We normally batch chargebacks in
  20   general.
  21       Q.   In general.  Okay.
  22       A.   Yeah.
```