# Exhibit 9

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Tate, Kimbir Leeann - October 15, 2004 10:43:00 a.m.

```
1:1   CONFIDENTIAL - ATTORNEYS' EYES ONLY
  2                  IN THE UNITED STATES DISTRICT COURT
  3                       DISTRICT OF MASSACHUSETTS
  4
  5   IN RE PHARMACEUTICAL      ) MDL NO. 146 INDUSTRY AVERAGE        )
  6   WHOLESALE PRICE LITIGATION ) CIVIL ACTION: 01-CV-12257 PBS _____)
  7                              ) THIS DOCUMENT RELATES TO   )
  8   ALL CLASS ACTIONS          ) _____)
  9
 10
 11                             CONFIDENTIAL
 12           30(b)(6) DEPOSITION OF KIMBIR LEEANN TATE
 13                        ATTORNEYS' EYES ONLY
 14                      SAN FRANCISCO, CALIFORNIA
 15                          OCTOBER 15, 2004
 16
 17              30(b)(6) DEPOSITION OF KIMBIR LEEANN TATE,
 18   taken at 201 California Street, 17th Floor, San Francisco,
 19   California, on Friday, October 15, 2004, at 10:43 A.M.,
 20   before Michael Cundy, Certified Shorthand Reporter, in and
 21   for the State of California.
 22
```

Tate, Kimbir Leeann - October 15, 2004 10:43:00 a.m.

```
2:1

  2   APPEARANCES:

  3

  4   FOR THE MDL PLAINTIFF:

  5

  6             THE WEXLER FIRM, LLP

  7             BY:  JENNIFER FOUNTAIN CONNOLLY, ESQ.

  8             One North LaSalle Street, Suite 2000

  9             Chicago, Illinois 60602

 10             (312) 346-2222

 11   FOR THE COUNTY OF SUFFOLK:

 12   KIRBY, McINERNEY & SQUIRE, LLP

 13             BY:  JAMES P. CARROLL, ESQ. 830 Third Avenue

 14             New York, New York 10022 (212) 317-2300

 15   FOR SCHERING PLOUGH CORPORATION AND WARRICK PHARMACEUTICALS

 16   CORPORATION: ROPES & GRAY, LLP

 17             BY:  ERIC P. CHRISTOFFERSON, ESQ. One International Place

 18             Boston, Massachusetts 02110 (617) 951-7050

 19   FOR McKESSON CORPORATION: COOPER, WHITE & COOPER

 20             BY:  STEPHEN KAUS, ESQ. 201 California Street, 17th Floor

 21             San Francisco, California 94111 (415) 433-1900

 22   ALSO PRESENT:
```

Tate, Kimbir Leeann - October 15, 2004 10:43:00 a.m.

```
8:1            Is there any medical reason that would prohibit
  2    you from testifying truthfully or remembering fully today?
  3        A    No.
  4        Q    It's the case that you have been a paralegal at
  5    McKesson for 12 years?
  6        A    Yes.
  7        Q    Prior to becoming a paralegal, did you hold any
  8    other positions at McKesson?
  9        A    No.
 10        Q    I am going to hand you what was marked as
 11    Exhibit 1 yesterday.  I don't think I am going to mark it
 12    again, but I have new copies for everybody in case you need
 13    it.
 14             MR. KAUS:  So are you remarking all documents for
 15    each deposition?
 16             MS. CONNOLLY:  No.
 17             MR. KAUS:  Is that how you are doing it?
 18             MS. CONNOLLY:  Well, I want to continue the
 19    exhibits today as McKesson picking up where we left off
 20    yesterday.
 21             MR. KAUS:  Fine.  That is what I was going to
 22    suggest.
```

Tate, Kimbir Leeann - October 15, 2004 10:43:00 a.m.

```
11:1      Q    And is EDI a type of database?  Do you know?
   2      A    No.  It is just a term for having data
   3      electronically transmitted from one point to another point.
   4      Q    Do you have any idea how long those notices of WAC
   5      prices are maintained in either paper or electronic form at
   6      McKesson?
   7      A    I believe the paper records -- it really depends
   8      on who is getting the records.  The records will go to the
   9      appropriate person on Greg's staff, whoever works with that
  10      manufacturer.  Most people keep them about three months but
  11      not longer than that.
  12           If it is electronic data, I think it is stored on
  13      the system maybe 60 days.
  14      Q    And then for that electronic data that is not
  15      stored for longer than 60 days or approximately 60 days,
  16      are there any sort of backup tapes where older data is
  17      maintained?
  18      A    No.
  19      Q    And is that the case for both price announcements
  20      for brand drugs as well as generic drugs?
  21      A    Yes.
  22      Q    Yesterday Mr. Yonko also testified that McKesson
```

Tate, Kimbir Leeann - October 15, 2004 10:43:00 a.m.

```
12:1    submits invoices or credit memos to the manufacturers in
   2    order to obtain chargebacks from them?
   3        A    Yes.
   4        Q    Can you tell me in what form those invoices are
   5    submitted?
   6        A    First, I would like to kind of change the
   7    terminology that Greg used, because I don't think Greg is
   8    as familiar with the chargeback maintenance system as I am.
   9    Okay?
  10        Q    That is fine.
  11        A    So I want to be clear about what I am describing
  12    to you.
  13        Q    Sure.
  14        A    Maybe the thing to do is to describe the process
  15    that we submit chargebacks --
  16        Q    I would be happy if you did that.
  17        A    -- and how the database works.
  18             So basically, you know, the manufacturer will make
  19    a contract with our customers, and when that happens, we
  20    will honor that price, and usually, that price is below our
  21    acquisition cost or WAC, and in order to be made whole, we
  22    have to submit the difference between what we charge the
```

Tate, Kimbir Leeann - October 15, 2004 10:43:00 a.m.

```
13:1   customer and what we paid for it.
   2         When that happens, at the time of billing, we
   3   submit a credit memo.  It goes to Carrollton, which is
   4   where the contract maintenance database is, and actually,
   5   it is really all at the same time because the information
   6   gets submitted and the database just kind of takes care of
   7   everything.
   8         So what ends up happening is we submit to the
   9   manufacturers what's called a PO for the credit memos, and
  10   within that PO, there could be thousands, thousands of line
  11   items or -- you know, because it is a PO for all of their
  12   drugs.  We don't separate them out by here are the POs for
  13   this drug, here are the POs for that drug, here are the POs
  14   for this customer.  It is by manufacturer, and that is
  15   transmitted electronically.
  16         The manufacturer adjudicates it.
  17         We either get paid or they deny it, and if we get
  18   paid, we get paid, and we are not too much worried about
  19   it.  If they deny it, then we get the information back from
  20   the manufacturer, and we have to go back to the customer
  21   and either figure out, you know, if they weren't a part of
  22   the contract -- you know, we have to do all of the
```

Tate, Kimbir Leeann - October 15, 2004 10:43:00 a.m.

```
14:1    adjudication for the denial, and sometimes it is just maybe
   2    a wrong number, contract lead number, or something like
   3    that, but it just goes through the system like that.
   4            So within the charge-back database, while the
   5    information is in there, it is stored by manufacturer, not
   6    by product, or by customer, because if a customer calls,
   7    you know, we have to look at the customer number, and
   8    within that, you can see what chargebacks we have submitted
   9    on behalf of a customer, but with the POs, again, to get to
  10    kind of the product line item detail, you have to go
  11    through every PO and drill down line item and read every
  12    invoice within a PO; so it is a much different process than
  13    Greg described yesterday, I think.
  14        Q   So in other words, if we wanted data for, for
  15    example, the top five McKesson customers, that would be
  16    possible but it would not be broken down by drug, referring
  17    to charge-back data?
  18        A   If you want to -- chargeback information for the
  19    top five customers?
  20            MR. KAUS:  For how far back, as far as the part
  21    parameters?
  22            MS. CONNOLLY:  That is one of my questions is how
```