# Exhibit 15

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



*experience does matter*

# CASE:  State of Alabama v. Abbott Laboratories, Inc., et al.
# DATE:  August 27, 2007

Enclosed is the Original of the transcript of the testimony of Patricia Kay Morgan along with the errata sheet in the above-titled case.  Please have the witness read the deposition and sign the signature page before a Notary Public.

After the signature page has been notarized, please return the original transcript and errata sheets to the custodial attorney within 30 days of receipt for proper filing.

Thank you for your attention to this matter and please feel free to contact us with any questions or concerns.


Sincerely,

Henderson Legal Services



Encl.

Henderson Legal Services
Phone: 202-220-4158
Fax: 202-220-4162
Website: www.hendersonlegalservices.com

Morgan, Patricia Kay                                      August 27, 2007
                                    Tampa, FL

Page 1

```
            IN THE CIRCUIT COURT OF

          MONTGOMERY COUNTY, ALABAMA
- - - - - - - - - - - - - - -x
STATE OF ALABAMA,              :

    Plaintiff,                 :

    vs.                        : Case No.: CV-05-219

ABBOTT LABORATORIES, INC.,     : Judge Charles Price

 et al.                        :

    Defendants.                :
- - - - - - - - - - - - - - -x

       UNITED STATES DISTRICT COURT

         DISTRICT OF MASSACHUSETTS
------------------------------X

In re: PHARMACEUTICAL          :

INDUSTRY AVERAGE WHOLESALE     : MDL No. 1456

PRICE LITIGATION               : Civil Action No.

                               : 01-12257-PBS

THIS DOCUMENT RELATES TO:      :

                               :

ALL ACTIONS                    :
------------------------------X

          DEPOSITION OF PATRICIA KAY MORGAN

                August 27, 2007
```

Morgan, Patricia Kay                                    August 27, 2007
                              Tampa, FL

Page 2

1              UNITED STATES DISTRICT COURT
2               DISTRICT OF MASSACHUSETTS
3    ------------------------------------X
4    THE COMMONWEALTH OF MASSACHUSETTS  : CIVIL ACTION NO.
5              Plaintiff,               : 03-CV-11865-PBS
6         v.                            :
7    MYLAN LABORATORIES, INC., et al.   :
8              Defendants.              :
9    ------------------------------------X
10
11              IN THE DISTRICT COURT
12              TRAVIS COUNTY, TEXAS
13              201ST JUDICIAL DISTRICT
14   - - - - - - - - - - - - - - - - - - x
15   THE STATE OF TEXAS, ex rel,         :
16   VEN-A-ACARE OF THE FLORIDA          :
17   KEYS, INC.                          :
18              Plaintiffs,              : CAUSE NO.
19        vs.                            : D-1-GV-07-001259
20   SANDOZ, INC. f/k/a GENEVA           :
21   PHARMACEUTICALS INC., et al.        :
22   - - - - - - - - - - - - - - - - - - x
23

Henderson Legal Services
202-220-4158

Morgan, Patricia Kay                                    August 27, 2007
                              Tampa, FL

Page 222

1     A.   Yes, I do.
2     Q.   Just so we're clear, what is a 1S
3  company?
4     MR. KERN:  Outside the scope.  Go ahead.
5     A.   On the table they're entered as 1 times S
6  meaning that you use the AWP that was supplied so
7  that when you keep SWP, the AWP -- the Blue Book
8  AWP field is populated with that price.
9     Q.   Did First DataBank ever disclose to its
10 customers -- Alabama Medicaid Agency, other state
11 agencies -- which companies were 1S companies and
12 which ones were not?
13    A.   Not to my knowledge.
14    Q.   Where is it that this information is kept
15 at First DataBank?
16    MR. KERN:  Vague and ambiguous, outside the
17 scope.
18    A.   During my tenure it's on the mainframe
19 computer in a table for that information.
20    Q.   Okay.  So if I wanted to find out which
21 companies that First DataBank knew were 1S
22 companies and which ones were not, how would I go
23 about doing that?