# Exhibit 16

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



*experience does matter*

# CASE:  Commonwealth of Massachusetts v. Mylan Laboratories, et al.
# DATE:  November 30, 2007

Enclosed is the Original of the transcript of the testimony of **Patricia Kay Morgan** along with the errata sheet in the above-titled case.  Please have the witness read the deposition and sign the signature page before a Notary Public.

After the signature page has been notarized, please return the original transcript and errata sheets to the custodial attorney within 30 days of receipt for proper filing.

Thank you for your attention to this matter and please feel free to contact us with any questions or concerns.


Sincerely,

Henderson Legal Services



Encl.

Henderson Legal Services
Phone: 202-220-4158
Fax: 202-220-4162
Website: www.hendersonlegalservices.com

Morgan, Patricia Kay                                          November 30, 2007
                                    Tampa, FL

Page 1

          UNITED STATES DISTRICT COURT

       FOR THE DISTRICT OF MASSACHUSETTS


THE COMMONWEALTH OF MASSACHUSETTS,

          Plaintiff,

vs.                               CIVIL ACTION NO.

MYLAN LABORATORIES INC.;          03-CV-11865-PBS

BARR LABORATORIES, INC.;

DURAMED PHARMACEUTICALS, INC.;

IVAX CORPORATION; WARRICK

PHARMACEUTICALS CORPORATION;

WATSON PHARMACEUTICALS, INC.;

SCHEIN PHARMACEUTICALS, INC.;

TEVA PHARMACEUTICALS USA, INC.;

PAR PHARMACEUTICAL, INC.;

DEY, INC.; ETHEX CORPORATION;

PUREPAC PHARMACEUTICAL CO.; and

ROXANE LABORATORIES,

          Defendants.
_____/

     VIDEOTAPED DEPOSITION OF PATRICIA KAY MORGAN

          Taken on Behalf of the Defendant


              Henderson Legal Services, Inc.
202-220-4158                         www.hendersonlegalservices.com

22dcb7e8-9601-417a-ba2a-732366a3ecec

Morgan, Patricia Kay                                November 30, 2007
                              Tampa, FL

```
                                                          Page 2
 1

 2        VIDEOTAPED DEPOSITION OF PATRICIA KAY MORGAN

 3             Taken on Behalf of the Defendant

 4

 5

 6     DATE TAKEN:          November 30, 2007

 7     TIME:                1:07 p.m. - 5:12 p.m.

 8     PLACE:               Sivyer Barlow & Watson,

 9                          P.A.

10                          401 East Jackson Street

11                          Tampa, Florida

12

13

14           Stenographically Reported by:

15                  Donna L. Peterson

16            Registered Diplomate Reporter

17             Certified Realtime Reporter

18

19

20

21

22
```

Page 138

1      A.    Are you talking about the labeler ID used
2  in the NDDF file, the six-digit alphanumeric
3  number?  Or what are you referring to?
4      Q.    The markup was last changed.
5      A.    Not to my knowledge.
6      Q.    Okay.  I'm going to represent to you that
7  with regard to Exhibit 005 through 010, for the
8  labeler ID numbers that we highlighted and went
9  through with regard to Exhibit 010 and the
10 defendants' names identified in this case, that for
11 every year for those labeler ID numbers, the markup
12 that's entered in the markup file is 1S.  What does
13 1S mean?
14     MR. DUEFFERT:  Objection to form.  Strike --
15 motion to strike the side-bar.
16     THE WITNESS:  Looking at the NDF markup table,
17 if a "1 x S" is entered in a markup field, it would
18 mean that the number that's used to populate the
19 SWP field should be multiplied times one and be
20 used to populate the Blue Book AWP field.
21 BY MR. MULLIN:
22     Q.    Now, I believe you said in -- on direct

Morgan, Patricia Kay                                    November 30, 2007
                              Tampa, FL

Page 139

1   examination that manufacturers could not determine,
2   did not control what the Blue Book AWP field was
3   with regard to the NDDF.  Is that right?
4        A.   That's correct.
5        Q.   And if a manufacturer throughout this
6   10-year period always had a markup of 1S, whatever
7   number it provided to First DataBank would be the
8   number that would appear in the Blue Book AWP
9   field; is that correct?
10       MR. KATZ:  Objection as to form.
11       THE WITNESS:  That's correct.
12  BY MR. MULLIN:
13       Q.   Okay.  Now, you joined the company in
14  1999, correct?
15       A.   That's correct.
16       Q.   And that you have no way of knowing how
17  the markup number that was in the table when you
18  joined the company, how that was derived, correct?
19       A.   That's correct.
20       Q.   And you have no recollection sitting here
21  today as to whether you ever conducted a wholesaler
22  survey with regard to any of the nine defendants in