# Exhibit 17

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Morgan, Patricia Kay - January 11, 2005 09:30:00 a.m.

```
1:1      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
  2              IN THE UNITED STATES DISTRICT COURT
  3              FOR THE DISTRICT OF MASSACHUSETTS
  4      ---------------------------x
  5      In Re: PHARMACEUTICAL      ) )
  6      INDUSTRY AVERAGE WHOLESALE ) MDL No. 1456 )
  7      PRICE LITIGATION           ) CIVIL ACTION NO. )  01-CV-12257-PBS
  8                                 ) ----------------------------)
  9      THIS DOCUMENT RELATES TO   ) ALL ACTIONS               )
 10      ---------------------------x
 11      IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
 12              IN AND FOR THE COUNTY OF MARICOPA
 13      ----------------------------------- ROBERT J. SWANSTON, Individually and )
 14      on behalf of himself and all others  ) Similarly situated,              )
 15                                           ) Plaintiff,       )   Case No.
 16      v.                                   ) CV2002-004988 )
 17      TAP PHARMACEUTICAL PRODUCTS,         )   Vol. 1 INC., et al.,           )
 18                                           ) Defendants.      )
 19      -----------------------------------
 20       VIDEOTAPED DEPOSITION OF PATRICIA KAY MORGAN
 21              New York, New York Tuesday, January 11, 2005
 22
```

Morgan, Patricia Kay - January 11, 2005 09:30:00 a.m.

```
  2:1                     January 11, 2005
    2                        9:30 a.m.
    3
    4         Videotaped deposition of PATRICIA KAY
    5     MORGAN, held at the offices of Hearst
    6     Corporation, 1345 Avenue of the Americas,
    7     New York, New York, pursuant to court
    8     order, before Frank J. Bas, a Registered
    9     Professional Reporter and Notary Public of
   10     the State of New York.
   11
   12
   13
   14
   15
   16
   17
   18
   19
   20
   21
   22
```

Morgan, Patricia Kay - January 11, 2005 09:30:00 a.m.

```
188:1          Q.    And does that cause FDB to populate
     2    the Blue Book AWP field with what's in the SWP
     3    field?
     4          A.    The actual AWP field is not
     5    populated, it is generated.  Depending upon what
     6    a table says.
     7          Q.    Would the data that is generated --
     8    strike that.
     9                If a wholesaler responds that when
    10    you ask for a markup, that the AWP is what is
    11    supplied by the manufacturer, does that result in
    12    a Blue Book AWP reported value that is the same
    13    as the suggested wholesale price?
    14          A.    Correct.
    15          Q.    And do you recall whether this use of
    16    suggested wholesale price is described in First
    17    Data Bank's definitions of Blue Book AWP that it
    18    makes available to customers?
    19                MR. KERN:  Objection, vague and
    20         ambiguous.
    21                MR. SOBOL:  Objection to form.  that
    22         was a good one, everybody.  Nobody liked
```