# Exhibit 19

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Page 1

```
Docket No. X07         : SUPERIOR COURT
CV-03-0083296-S(CLD)   : COMPLEX LITIGATION
STATE OF CONNECTICUT,  : DOCKET AT TOLLAND
        Plaintiff,     :
                       :
   vs.                 :
                       :
DEY, INC., ET AL.,     :
        Defendants.    :
```

~~~~~~~~~~~~~~~~~~~~

Deposition of

LESLI PAOLETTI


November 30, 2005

9:22 a.m.


Taken at:

Vorys, Sater, Seymour and Pease

1375 East Ninth Street, Suite 2100

Cleveland, Ohio


Grace M. Hilpert, RPR

Page 2

1   APPEARANCES:

2

3          On behalf of the Plaintiff:
4              Murdock Goldenberg Schneider
5              & Groh, LPA, by
6              JEFFREY S. GOLDENBERG, ESQ.
7              35 E. Seventh Street, Suite 600
8              Cincinnati, Ohio  45202
9              (513)345-8297

10

11         On behalf of Defendant Roxane
12         Laboratories, Inc.:
13             Vorys, Sater, Seymour and
14             Pease LLP, by
15             PAUL J. COVAL, ESQ.
16             52 East Gay Street
17             P.O. Box 1008
18             Columbus, Ohio  43216
19             (614)464-6400

20

21

22

Page 50

1  companies that I'm not sure exactly their purpose,
2  other than they provide information about products.
3          They don't just provide pricing about
4  products.  They provide -- some of them provide
5  photos to the pharmacist so they can see the tablet.
6  It's not just pricing.
7          I would consider the compendia any of
8  those third-party services that I report product
9  information to.
10     Q.    Is it your understanding that AWP is
11 utilized by some state Medicaid programs as a basis
12 to establish reimbursement rates for dispensing
13 pharmaceuticals?
14          MR. COVAL:  Objection.  Form.
15     A.    I have learned that in some cases they
16 use that number, yes, as part of a calculation.
17     Q.    You said "that number."  Are you
18 referring to AWP when you say "that number"?
19     A.    Yes.
20     Q.    Do you have any understanding as to how
21 AWP is used by state Medicaid programs to establish
22 reimbursement rates?

1           What you're saying is you would get a
2  report -- you would send something off like this to
3  First Data Bank toward the end of every year?
4           MR. COVAL:  This being --
5       A.   I can't say every year, but at least
6  several years that I recall they would send this
7  information that's in their system, ask us to verify
8  it, take out anything that was discontinued, notify
9  them of any new products that they didn't have on
10 the list, just make sure the data that they had in
11 their database was accurate.
12          I would go through this, make the
13 corrections, send it back.  I don't know if it was
14 coincidence that it happened at the same time that
15 this Jim Rowenhorst E-mail came or if it was in
16 response.  I don't remember the first thing, the
17 second.
18      Q.   If you would just take a look at the
19 first page of the spreadsheet, which is part of
20 Exhibit Paoletti 006.
21          Do you see the column that says, "WHL
22 NET"?

Page 127

1      A.    Yes.
2      Q.    What does WHL NET stand for?
3      A.    I assume that to be wholesale -- WAC,
4  wholesale acquisition cost.
5      Q.    As of this date, which is October 20th,
6  1999, you were still or Roxane was still reporting
7  WAC pricing to First Data Bank?
8            MR. COVAL:  Objection.  Form.
9      A.    I don't know that that's true.  I know
10 that we did make changes to the information one
11 year, and when it came back the following year,
12 changes weren't made.
13           To my recollection that somewhere around
14 '98 is when we actually stopped publishing WAC.
15     Q.    Actually, if you would take a look at
16 Bates number 59926 of this chart, I think it's the
17 third page.  It says page 3.
18           MR. COVAL:  Second page of the chart.
19     Q.    On this page all of the WAC pricing or
20 wholesale net pricing have been crossed out and NP
21 has been written there, do you see that?
22     A.    Yes.

Lesli Paoletti      HIGHLY CONFIDENTIAL  November 30, 2005
                           Cleveland, OH

Page 128

1    Q.    Did you cross those out and put NP?
2    A.    I don't recall.  The front page, "NP
3  equals not published" looks like my handwriting, so
4  I believe it was probably me.
5    Q.    NP means not published?
6    A.    In this document I meant it to be not
7  published, yes.
8    Q.    If you flip through this chart, there
9  are some where it appears that you did not cross out
10 NP.
11        Is there a particular distinction as to
12 why some were crossed out and other products were
13 not with respect to WAC?
14   A.    I think you will find that the ones that
15 are not crossed out are either discontinued or they
16 were products that I was not responsible for and
17 that they were part of the branded Roxane products.
18   Q.    If you look at the first page, first
19 one, Dolophine, that was considered a branded
20 product?
21   A.    At the time it was, yes.
22   Q.    You didn't have responsibility for that