# Exhibit 21

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



Boehringer Ingelheim
Roxane Laboratories

Roxane Laboratories, Inc.

**VIA FACSIMILE (201) 722-2666**

Ms. Carol Flanagan
Medical Economics Company
Five Paragon Drive
Montvale, NJ  07645-1742

January 07, 2000

**Roxane Products Listing--*2000 Red Book***

Lesli Paoletti
Telephone (614) 276-4000 x2079
Telefax (614) 276-3876

Dear Ms. Flanagan:

P.O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000

Enclosed is a copy of our product catalog, which verifies the corrections previously made to your forms.  All changes were made to reflect the approved labeling information.  We appreciate your making the changes indicated to ensure that our listing is accurate.

Should you have additional questions or require further assistance, please contact me at (614) 276-4000, extension 2079.

Kind Regards,

*[signature]*

Lesli Paoletti
Assistant Manager, Multi-Source Products

/ms

Enclosure

cc:  J. Waterer

Confidential                                                                 Red Book 14071

| PRODUCT/STRENGTH | (ID# 54-) | PACKAGE | AWP | NDC LIST NO. 0054- |
|---|---|---|---|---|
| ACETAMINOPHEN Oral Solution USP (Cherry Flavored) | | | | |
| 160mg/5mL | | 120mL Bottle | $ 2.35 | 3010-50 |
| | | 500mL Bottle | $ 6.87 | 3010-63 |
| | | 100 x 5mL Patient Cup™ | $ 46.63 | 8005-04 |
| 325mg/10.15mL | | 100 x 10.15mL Patient Cup | $ 46.63 | 8006-04 |
| 650mg/20.3mL | | 100 x 20.3mL Patient Cup | $ 78.45 | 8007-04 |
| ACETAMINOPHEN Tablets USP | | | | |
| 325mg | (063) | 10 Strips of 10 Blisters (100) | $ 5.73 | 8014-25 |
| 500mg | (252) | 10 Strips of 10 Blisters (100) | $ 7.61 | 8016-25 |
| ACETAMINOPHEN AND CODEINE ℂ ℞ PHOSPHATE Oral Solution USP (Cherry Flavored) Each 5mL contains Acetaminophen 120mg and Codeine Phosphate 12mg | | 120mL Bottle | $ 6.72 | 3005-50 |
| | | 500mL Bottle | $ 20.77 | 3005-63 |
| | | 100 x 5mL Patient Cup | $ 54.87 | 8013-04 |
| | | 100 x 12.5mL Patient Cup (Equivalent to No. 3 Tablet) | $ 57.08 | 8002-04 |
| | | 100 x 15mL Patient Cup | $ 57.83 | 8017-04 |
| ACETAMINOPHEN AND CODEINE ℂ ℞ PHOSPHATE Tablets USP | | | | |
| 300mg/30mg | (623) | 4 X 25 RN Blister Card (100) | $ 22.13 | 8022-24 |
| ACETYLCYSTEINE Solution USP ℞ | | | | |
| 10% | | 3 x 10mL Glass Vials & Dropper | $ 19.56 | 3027-02 |
| | | 3 x 30mL Glass Vials | $ 34.94 | 3025-02 |
| 20% | | 3 x 10mL Glass Vials & Dropper | $ 24.45 | 3028-02 |
| | | 3 x 30mL Glass Vials | $ 39.13 | 3026-02 |
| ALPRAZOLAM INTENSOL™ | | | | |
| 1mg/mL | | 30mL Bottle | $ 51.50 | 3068-44 |
| AMINOPHYLLINE Oral ℞ Solution USP (Apricot Flavored) | | | | |
| 105mg/5mL | | 500mL Bottle | $ 18.01 | 3045-63 |
| | | 40 x 10mL Patient Cup | $ 23.04 | 8049-16 |
| AROMATIC CASCARA Fluidextract USP (Licorice Flavored) | | 40 x 5mL Patient Cup | $ 37.59 | 8048-16 |
| AZATHIOPRINE Tablets USP ℞ | | | | |
| 50mg | (043) | Bottle of 100 | $ 131.08 | 4084-25 |
| | | 10 Strips of 10 Blisters (100) | $ 144.18 | 8084-25 |
| CALCIUM CARBONATE Oral Suspension (not USP) (Mint Flavored) | | | | |
| 1250mg/5mL | | 500mL Bottle | $ 9.50 | 3117-63 |
| (Provides 500mg Calcium/5mL) | | 40 x 5mL Patient Cup | $ 20.89 | 8116-16 |
| CALCIUM CARBONATE Tablets USP | | | | |
| 1250mg | (302) | Bottle of 100 | $ 9.19 | 4120-25 |
| (Provides 500mg Calcium) | | 10 Strips of 10 Blisters (100) | $ 11.90 | 8120-25 |
| CALCIUM GLUCONATE Tablets USP | | | | |
| 500mg | (372) | Bottle of 100 | $ 7.47 | 4121-25 |
| | | 10 Strips of 10 Blisters (100) | $ 13.93 | 8121-25 |
| CASCARA (See Aromatic Cascara) | | | | |
| CASTOR OIL USP | | 100 x 60mL Unit Dose Bottle | $ 127.18 | 8132-11 |
| CASTOR OIL, AROMATIC USP (Bubble Gum Flavored) | | 100 x 30mL Patient Cup | $ 60.10 | 8133-04 |
| | | 100 x 60mL Unit Dose Bottle | $ 138.53 | 8134-11 |
| CHLORPROMAZINE HYDROCHLORIDE ℞ INTENSOL™ (Oral Concentrate USP) | | | | |
| 30mg/mL | | 120mL Bottle and Calibrated Dropper | $ 5.95 | 3144-50 |
| 100mg/mL | | 240mL Bottle and Calibrated Dropper | $ 20.12 | 3146-58 |

Confidential   Red Book 14072

| PRODUCT/STRENGTH | | (ID# 54-) | PACKAGE | | AWP | NDC LIST NO. 0054- |
|---|---|---|---|---|---|---|
| CIMETIDINE HYDROCHLORIDE ORAL SOLUTION (Fruit Flavored) | | ℞ | | | | |
| | 300mg/5mL | | 240mL Bottle | $ | 89.08 | 3227-58 |
| | | | 40 x 5mL Patient Cup | $ | 100.98 | 8227-16 |
| | 400mg/6.7mL | | 40 x 6.7mL Patient Cup | $ | 135.31 | 8230-16 |
| *COCAINE HYDROCHLORIDE Topical Solution | | ₡  ℞ | | | | |
| | 4% | | 5 x 4mL Glass Bottle | $ | 101.85 | 8163-03 |
| | | | 1 x 10mL Multi-Dose Glass Bottle | $ | 50.35 | 3154-40 |
| | 10% | | 5 x 4mL Glass Bottle | $ | 173.99 | 8164-03 |
| | | | 1 x 10mL Multi-Dose Glass Bottle | $ | 86.37 | 3155-40 |
| *CODEINE PHOSPHATE Oral Solution (Strawberry Flavored) | | ₡  ℞ | 500mL Bottle | $ | 35.78 | 3161-63 |
| | 15mg/5mL | | 40 x 5mL Patient Cup | $ | 59.07 | 8160-16 |
| *CODEINE SULFATE Tablets USP | | ₡  ℞ | | | | |
| | 15mg | (613) | 4 x 25 RN Blister Card (100) | $ | 37.41 | 8155-24 |
| | 30mg | (783) | Bottle of 100 | $ | 40.27 | 4156-25 |
| | | | 4 x 25 RN Blister Card (100) | $ | 44.59 | 8156-24 |
| | 60mg | (412) | Bottle of 100 | $ | 73.77 | 4157-25 |
| | | | 4 x 25 RN Blister Card (100) | $ | 80.97 | 8157-24 |
| DEXAMETHASONE Oral Solution (Cherry Flavored) | | ℞ | | | | |
| | 0.5mg/5mL | | 500mL Bottle | $ | 17.56 | 3177-63 |
| | | | 40 x 5mL Patient Cup | $ | 29.78 | 8177-16 |
| DEXAMETHASONE INTENSOL™ Oral Solution (Concentrate) | | ℞ | | | | |
| | 1mg/mL | | 30mL Bottle and Calibrated Dropper | $ | 15.73 | 3176-44 |
| DEXAMETHASONE Tablets USP (Gluten-Free) | | ℞ | | | | |
| | 0.5mg | (299) | Bottle of 100 | $ | 12.01 | 4179-25 |
| | | | Bottle of 1000 | $ | 117.87 | 4179-31 |
| | | | 10 Strips of 10 Blisters (100) | $ | 14.99 | 8179-25 |
| | 0.75mg | (960) | Bottle of 100 | $ | 14.61 | 4180-25 |
| | | | 10 Strips of 10 Blisters (100) | $ | 17.22 | 8180-25 |
| | 1mg | (489) | Bottle of 100 | $ | 28.06 | 4181-25 |
| | | | 10 Strips of 10 Blisters (100) | $ | 28.37 | 8174-25 |
| | 1.5mg | (943) | Bottle of 100 | $ | 27.14 | 4182-25 |
| | | | 10 Strips of 10 Blisters (100) | $ | 29.08 | 8181-25 |
| | 2mg | (662) | Bottle of 100 | $ | 54.95 | 4183-25 |
| | | | 10 Strips of 10 Blisters (100) | $ | 53.64 | 8176-25 |
| | 4mg | (892) | Bottle of 100 | $ | 58.41 | 4184-25 |
| | | | 10 Strips of 10 Blisters (100) | $ | 56.41 | 8175-25 |
| | 6mg | (769) | Bottle of 100 | $ | 98.88 | 4186-25 |
| | | | 10 Strips of 10 Blisters (100) | $ | 88.49 | 8183-25 |
| DHT™ INTENSOL™ (Dihydrotachysterol) Oral Solution (Concentrate) | | ℞ | | | | |
| | 0.2mg/mL | | 30mL Bottle and Calibrated Dropper | $ | 38.79 | 3170-44 |

Confidential   Red Book 14073

| PRODUCT/STRENGTH | (ID# 54-) | PACKAGE | AWP | NDC LIST NO. 0054- |
|---|---|---|---|---|
| **DHT™ Tablets** (Dihydrotachysterol Tablets USP) ℞ | | | | |
| 0.125mg | (280) | Bottle of 50 | $ 49.36 | 4190-19 |
| | | 10 Strips of 10 Blisters (100) | $ 101.44 | 8172-25 |
| 0.2mg | (903) | Bottle of 100 | $ 100.28 | 4189-25 |
| | | 10 Strips of 10 Blisters (100) | $ 114.59 | 8182-25 |
| 0.4mg | (772) | Bottle of 50 | $ 90.00 | 4191-19 |
| **DIAZEPAM INTENSOL™** ℂ ℞ Oral Solution (Concentrate) | | | | |
| 5mg/mL | | 30mL Bottle and Calibrated Dropper | $ 23.52 | 3185-44 |
| **DIAZEPAM Oral Solution** ℂ ℞ (Wintergreen-Spice Flavored) | | | | |
| 5mg/5mL | | 500mL Bottle | $ 42.67 | 3188-63 |
| | | 40 x 5mL Patient Cup | $ 74.33 | 8207-16 |
| 10mg/10mL | | 40 x 10mL Patient Cup | $ 103.94 | 8208-16 |
| **DICLOFENAC SODIUM** ℞ Delayed-Release Tablets USP | | | | |
| 25mg | (140) | Bottle of 60 | $ 26.58 | 4223-21 |
| | | Bottle of 100 | $ 44.30 | 4223-25 |
| | | 10 Strips of 10 Blisters (100) | $ 47.40 | 8223-25 |
| 50mg | (592) | Bottle of 60 | $ 51.66 | 4221-21 |
| | | Bottle of 100 | $ 86.13 | 4221-25 |
| | | Bottle of 1000 | $ 846.52 | 4221-31 |
| | | 10 Strips of 10 Blisters (100) | $ 92.17 | 8221-25 |
| 75mg | (839) | Bottle of 60 | $ 62.58 | 4222-21 |
| | | Bottle of 100 | $ 104.31 | 4222-25 |
| | | Bottle of 1000 | $ 1,025.25 | 4222-31 |
| | | 10 Strips of 10 Blisters (100) | $ 111.63 | 8222-25 |
| **DIFLUNISAL Tablets USP** ℞ | | | | |
| 250mg | (010) | Bottle of 60 | $ 47.85 | 4210-21 |
| **DIGOXIN Elixir USP** ℞ | | | | |
| 0.05mg/ml | | 60mL Bottle & Calibrated Dropper | $ 10.40 | 3192-46 |
| 0.125mg/2.5mL | | 40 x 2.5mL Patient Cup | $ 46.12 | 8192-16 |
| 0.25mg/5mL | | 40 x 5mL Patient Cup | $ 68.53 | 8193-16 |
| **DILUENT (Flavored) Oral** (Wild Cherry Flavored) | | 500mL Bottle | $ 11.12 | 3173-63 |
| | | 40 x 15mL Patient Cup | $ 23.99 | 8173-16 |
| **DIPHENOXYLATE HCL and** ℂ ℞ ATROPINE SULFATE Oral Solution USP (Cherry Flavored) | | 60mL Bottle and | | |
| 2mg/4mL | | Calibrated Dropper | $ 6.28 | 3194-46 |
| 2.5mg/5mL | | 40 x 5mL Patient Cup | $ 35.74 | 8191-16 |
| 5mg/10mL | | 40 x 10mL Patient Cup | $ 58.89 | 8171-16 |
| **DOCUSATE SODIUM Syrup USP** (Peppermint Flavored) | | | | |
| 50mg/15mL | | 100 x 15mL Patient Cup | $ 68.73 | 8187-04 |
| 100mg/30mL | | 100 x 30mL Patient Cup | $ 71.39 | 8188-04 |
| ***DOLOPHINE® HYDROCHLORIDE** ℂ ℞ Tablets (Methadone Hydrochloride Tablets USP) | | | | |
| 5mg | (162) | Bottle of 100 | $ 10.35 | 4216-25 |
| 10mg | (549) | Bottle of 100 | $ 16.81 | 4217-25 |
| ***DOLOPHINE® HYDROCHLORIDE** ℂ ℞ Injection (Methadone Hydrochloride Injection USP) | | | | |
| 10mg/mL | | 20mL Vial | $ 15.89 | 1218-42 |
| **DURACLON™Injection** ℞ (Clonidine Hydrochloride) | | | | |
| 1mg/10mL | | 10mL Vial | $ 51.00 | 8233-01 |
| **FERROUS SULFATE Oral Solution USP** | | | | |

Confidential                    Red Book 14074

| PRODUCT/STRENGTH | (ID# 54-) | PACKAGE | AWP | NDC LIST NO. 0054- |
|---|---|---|---|---|
| (Mint Fruit Flavored) 300mg/5mL | | 100 x 5mL Patient Cup | $ 46.64 | 8281-04 |
| **FERROUS SULFATE Tablets USP** | | | | |
| 300mg | (259) | 10 Strips of 10 Blisters (100) | $ 6.02 | 8284-25 |
| **FUROSEMIDE Oral Solution** | ℞ | | | |
| (Orange Flavored) 10mg/mL | | 60mL Bottle and Calibrated Dropper | $ 9.10 | 3294-46 |
| | | 120mL Bottle and Calibrated Spoon | $ 17.67 | 3294-50 |
| (Pineapple Peach Flavored) 40mg/5mL | | 500mL Bottle | $ 29.04 | 3298-63 |
| | | 40 x 5mL Patient Cup | $ 47.50 | 8298-16 |
| 80mg/10mL | | 40 x 10mL Patient Cup | d | 8300-16 |
| **FUROSEMIDE Tablets USP** | ℞ | | | |
| 20mg | (840) | Bottle of 100 | $ 5.25 | 4297-25 |
| | | Bottle of 1000 | $ 36.05 | 4297-31 |
| | | 10 Strips of 10 Blisters (100) | $ 7.57 | 8297-25 |
| 40mg | (583) | Bottle of 100 | $ 5.98 | 4299-25 |
| | | Bottle of 1000 | $ 45.25 | 4299-31 |
| | | 10 Strips of 10 Blisters (100) | $ 8.49 | 8299-25 |
| 80mg | (533) | Bottle of 100 | $ 13.49 | 4301-25 |
| | | Bottle of 500 | $ 67.47 | 4301-29 |
| | | 10 Strips of 10 Blisters (100) | $ 17.54 | 8301-25 |
| **GUAIFENESIN Syrup USP** | | | | |
| (Orange Currant Flavored) 100mg/5mL | | 120mL Bottle | $ 1.90 | 3337-50 |
| | | 100 x 5mL Patient Cup | $ 41.76 | 8337-04 |
| 200mg/10mL | | 100 x 10mL Patient Cup | $ 46.58 | 8338-04 |
| **HALOPERIDOL INTENSOL ™** Oral Solution USP (Concentrate) | ℞ | | | |
| 2mg/mL | | 15mL Bottle and Calibrated Dropper | $ 9.76 | 3350-41 |
| | | 120mL Bottle and Calibrated Dropper | $ 31.84 | 3350-50 |
| **HALOPERIDOL Tablets USP** | ℞ | | | |
| 0.5mg | (169) | Bottle of 100 | $ 13.78 | 4342-25 |
| | | 10 Strips of 10 Blisters (100) | $ 13.44 | 8342-25 |
| 1mg | (050) | Bottle of 100 | $ 20.22 | 4343-25 |
| | | 10 Strips of 10 Blisters (100) | $ 19.13 | 8343-25 |
| 2mg | (570) | Bottle of 100 | $ 28.08 | 4344-25 |
| | | 10 Strips of 10 Blisters (100) | $ 25.82 | 8344-25 |
| 5mg | (773) | Bottle of 100 | $ 45.96 | 4345-25 |
| | | 10 Strips of 10 Blisters (100) | $ 41.23 | 8345-25 |
| 10mg | (382) | Bottle of 100 | $ 65.00 | 4346-25 |
| | | Bottle of 1000 | $ 650.00 | 4346-31 |
| | | 10 Strips of 10 Blisters (100) | $ 62.55 | 8346-25 |
| 20mg | (690) | Bottle of 100 | $ 115.57 | 4347-25 |
| | | 10 Strips of 10 Blisters (100) | $ 112.50 | 8347-25 |
| **HYDROCHLOROTHIAZIDE Oral Solution** (Mint Flavored) | ℞ | | | |
| 50mg/5mL | | 500mL Bottle | $ 16.91 | 3383-63 |

Confidential   Red Book 14075

| PRODUCT/STRENGTH | (ID# 54-) | PACKAGE | AWP | NDC LIST NO. 0054- |
|---|---|---|---|---|
| *HYDROMORPHONE HYDROCHLORIDE Tablets USP ℄ ℞ | | | | |
| 2mg | (743) | Bottle of 100 | $ 37.18 | 4392-25 |
| | | 4 x 25 RN Blister Card (100) | $ 47.17 | 8392-24 |
| 4mg | (609) | Bottle of 100 | $ 61.31 | 4394-25 |
| | | 4 x 25 RN Blister Card (100) | $ 71.71 | 8394-24 |
| 8mg | (403) | Bottle of 100 | 121.98 | 4370-25 |
| *HYDROMORPHONE HYDROCHLORIDE Oral Solution (Tinted - Raspberry Flavored) ℄ ℞ | | | | |
| 1mg/mL | | 120mL Bottle | $ 23.98 | 3387-50 |
| | | 250mL Bottle | $ 48.77 | 3387-58 |
| | | 500mL Bottle | $ 95.17 | 3387-63 |
| | | 40 x 4mL Patient Cup | $ 36.54 | 8349-16 |
| | | 40 x 8mL Patient Cup | $ 71.26 | 8350-16 |
| HYDROXYUREA Capsules USP ℞ | | | | |
| 500mg | (072) | Bottle of 100 | $ 127.73 | 2247-25 |
| | | 10 Strips of 10 Blisters (100) | $ 132.27 | 8247-25 |
| IPRATROPIUM BROMIDE Inhalation Solution 0.02% ℞ | | | | |
| | | 25 x 2.5mL Unit Dose Vials | $ 44.06 | 8402-11 |
| | | 30 x 2.5mL Unit Dose Vials | $ 52.87 | 8402-13 |
| | | 60 x 2.5mL Unit Dose Vials | $ 105.74 | 8402-21 |
| ISOETHARINE Inhalation Solution USP 1% ℞ | | | | |
| | | 10mL Bottle and Calibrated Dropper | $ 18.25 | 3408-40 |
| | | 30mL Bottle and Calibrated Dropper | $ 54.75 | 3408-44 |
| KAOLIN-PECTIN Suspension (Lime Mint Flavored) | | 180mL Bottle | $ 1.87 | 3482-54 |
| | | 100 x 30mL Patient Cup | $ 48.98 | 8482-04 |
| LACTULOSE Solution USP ℞ | | | | |
| 10g/15mL | | 240mL Bottle | $ 14.40 | 3486-58 |
| | | 500mL Bottle | $ 25.95 | 3486-63 |
| | | Liter Bottle | $ 47.00 | 3486-68 |
| | | 40 x 30mL Patient Cup | $ 115.60 | 8486-16 |
| LEUCOVORIN CALCIUM Tablets USP ℞ | | | | |
| 5mg | (293) | Bottle of 30 | $ 61.48 | 4496-13 |
| | | Bottle of 100 | $ 202.60 | 4496-25 |
| | | 5 Strips of 10 Blisters (50) | $ 140.00 | 8496-19 |
| 10mg | (942) | Bottle of 12 | $ 69.86 | 4497-05 |
| | | Bottle of 24 | $ 138.33 | 4497-10 |
| | | 1 Strip of 10 Blisters (10) | $ 66.00 | 8497-06 |
| 15mg | (650) | Bottle of 12 | $ 104.81 | 4498-05 |
| | | Bottle of 24 | $ 195.62 | 4498-10 |
| | | 1 Strip of 10 Blisters (10) | $ 82.00 | 8498-06 |
| 25mg | (013) | Bottle of 25 | $ 475.07 | 4499-11 |
| | | 1 Strip of 10 Blisters (10) | $ 170.00 | 8499-06 |
| *LEVORPHANOL TARTRATE Tablets USP ℄ ℞ | | Bottle of 100 | $ 56.23 | 4494-25 |
| 2mg | (410) | 4 x 25 RN Blister Card (100) | $ 75.13 | 8494-24 |
| LIDOCAINE HCl Topical Solution USP 4% ℞ | | 50mL Glass Bottle | $ 7.04 | 3505-47 |

Confidential   Red Book 14076

| PRODUCT/STRENGTH | | (ID# 54-) | PACKAGE | AWP | NDC LIST NO. 0054- |
|---|---|---|---|---|---|
| LIDOCAINE Viscous 2% (Lidocaine HCl Oral Topical Solution USP) | | ℞ | 100mL Squeeze Bottle | $ 2.63 | 3500-49 |
| | | | 40 x 20mL Patient Cup Each Cup Delivers 15mL | $ 50.50 | 8500-16 |
| LITHIUM CARBONATE Capsules USP | | ℞ | | | |
| | 150mg | (213) | Bottle of 100 | $ 13.97 | 2526-25 |
| | | | 10 Strips of 10 Blisters (100) | $ 16.76 | 8526-25 |
| | 300mg | (463) | Bottle of 100 | $ 17.46 | 2527-25 |
| | | | Bottle of 1000 | $ 161.73 | 2527-31 |
| | | | 10 Strips of 10 Blisters (100) | $ 20.95 | 8527-25 |
| | 600mg | (702) | Bottle of 100 | $ 34.92 | 2531-25 |
| | | | 10 Strips of 10 Blisters (100) | $ 41.90 | 8531-25 |
| LITHIUM CARBONATE Tablets USP | | ℞ | | | |
| | 300mg | (452) | Bottle of 100 | $ 19.21 | 4527-25 |
| | | | Bottle of 1000 | $ 192.00 | 4527-31 |
| | | | 10 Strips of 10 Blisters (100) | $ 23.05 | 8528-25 |
| LITHIUM CITRATE Syrup USP Each 5mL Lithium Citrate is Equivalent to 300mg Lithium Carbonate (Raspberry Flavored) | | ℞ | | | |
| | 8mEq/5mL | | 500mL Bottle | $ 19.82 | 3527-63 |
| | | | 100 x 5mL Patient Cup | $ 71.56 | 8529-04 |
| Each 10mL Lithium Citrate is Equivalent to 600mg Lithium Carbonate (Raspberry Flavored) | | | | | |
| | 16mEq/10mL | | 100 x 10mL Patient Cup | $ 84.09 | 8530-04 |
| LOPERAMIDE HCl Oral Solution | | | | | |
| | 1mg/5mL | | 120mL Bottle with Measuring Cup | $ 5.56 | 3535-50 |
| | | | 40 x 5mL Patient Cup | $ 34.97 | 8534-16 |
| | 2mg/10mL | | 40 x 10mL Patient Cup | $ 48.16 | 8535-16 |
| LORAZEPAM INTENSOL™ Oral Concentrate USP | | Ⓘⱽ  ℞ | | | |
| | 2mg/mL | | 30mL Bottle and Calibrated Dropper | $ 40.22 | 3532-44 |
| *MARINOL® (Dronabinol) | | Ⓘⱼⱼ  ℞ | | | |
| Capsules | 2.5mg | (RL)** | Bottle of 25 | $ 89.53 | 2601-11 |
| | | (RL)** | Bottle of 60 | $ 206.15 | 2601-21 |
| | | (RL)** | Bottle of 100 | $ 319.51 | 2601-25 |
| | 5mg | (RL)** | Bottle of 25 | $ 178.78 | 2602-11 |
| | | (RL)** | Bottle of 100 | $ 632.08 | 2602-25 |
| | 10mg | (RL)** | Bottle of 25 | $ 355.96 | 2603-11 |
| | - | (RL)** | Bottle of 60 | $ 787.94 | 2603-21 |
| MEGESTROL ACETATE Tablets USP | | ℞ | | | |
| | 20mg | (763) | Bottle of 100 | $ 65.48 | 4603-25 |
| | | | 10 Strips of 10 Blisters (100) | $ 72.03 | 8603-25 |
| | 40mg | (352) | Bottle of 100 | $ 116.80 | 4604-25 |
| | | | 10 Strips of 10 Blisters (100) | $ 128.48 | 8604-25 |
| *MEPERIDINE HYDROCHLORIDE Syrup USP | | Ⓘⱼ  ℞ | | | |
| | 50mg/5mL | | 500mL Bottle | $ 77.06 | 3545-63 |
| | | | 40 x 5mL Patient Cup | $ 37.38 | 8545-16 |

Confidential    Red Book 14077

| PRODUCT/STRENGTH | | (ID# 54-) | PACKAGE | | AWP | NDC LIST NO. 0054- |
|---|---|---|---|---|---|---|
| *MEPERIDINE HYDROCHLORIDE ⓒ ℞ | | | | | | |
| Tablets USP | 50mg | (879) | Bottle of 100 | $ | 68.63 | 4595-25 |
| | | | 1 x 25 RN (Blister Card (25) | $ | 15.53 | 8595-11 |
| | 100mg | (163) | Bottle of 100 | $ | 130.55 | 4596-25 |
| | | | 1 x 25 RN (Blister Card (25) | $ | 28.54 | 8596-11 |
| METAPROTERENOL SULFATE ℞ | | | | | | |
| Inhalation Solution USP | | | | | | |
| | 0.4% | | 25 x 2.5mL Unit Dose Vials | $ | 34.83 | 8613-11 |
| | 0.6% | | 25 x 2.5mL Unit Dose Vials | $ | 34.83 | 8614-11 |
| *METHADONE HYDROCHLORIDE ⓒ ℞ | | | | | | |
| INTENSOL™  Oral Concentrate USP | | | | | | |
| | 10mg/mL | | 30mL Bottle and Calibrated Dropper | $ | 22.52 | 3553-44 |
| *METHADONE HYDROCHLORIDE ⓒ ℞ | | | | | | |
| Oral Concentrate USP | | | | | | |
| | 10mg/mL | | 946mL (Quart Bottle) | $ | 79.88 | 3553-67 |
| *METHADONE HYDROCHLORIDE ⓒ ℞ | | | | | | |
| Oral Solution USP (Cherry) | | | | | | |
| | 10mg/mL | | 946mL (Quart Bottle) | $ | 79.88 | 3554-67 |
| *METHADONE HYDROCHLORIDE ⓒ ℞ | | | | | | |
| Oral Solution USP | | | | | | |
| (Lemon Flavored) | | | | | | |
| | 5mg/5mL | | 500mL Bottle | $ | 30.85 | 3555-63 |
| | 10mg/5mL | | 500mL Bottle | $ | 53.43 | 3556-63 |
| *METHADONE HYDROCHLORIDE ⓒ ℞ | | | | | | |
| Tablets USP | | | | | | |
| | 5mg | (210) | Bottle of 100 | $ | 8.87 | 4570-25 |
| | | | 4 x 25 RN Blister Card (100) | $ | 34.16 | 8553-24 |
| | 10mg | (142) | Bottle of 100 | $ | 14.74 | 4571-25 |
| | | | 4 x 25 RN Blister Card (100) | $ | 38.86 | 8554-24 |
| *METHADONE HYDROCHLORIDE ⓒ ℞ | | | | | | |
| Diskets® (Dispersible Tablets) | | | | | | |
| | 40mg | (883) | Bottle of 100 | $ | 37.26 | 4538-25 |
| *METHADONE HYDROCHLORIDE ⓒ ℞ | | | | | | |
| Tablets USP  (Dispersible) | | | | | | |
| | 40mg | (843) | Bottle of 100 | $ | 36.17 | 4547-25 |
| *METHADONE HCl USP Powder ⓒ ℞ | | | | | | |
| | 50g | | Bottle of 50g | $ | 295.31 | 9750-85 |
| | 100g | | Bottle of 100g | $ | 695.63 | 9750-88 |
| METHOTREXATE Tablets USP ℞ | | | | | | |
| | 2.5mg | (323) | Bottle of 36 | $ | 133.86 | 4550-15 |
| | | | Bottle of 100 | $ | 305.16 | 4550-25 |
| | | | 10 Strips of 10 Blisters (100) | $ | 305.16 | 8550-25 |
| | 2.5mg Peel-Push Dose Pack (Child Resistant) | | 4 x 2 Blister Card (8) | $ | 23.00 | 8550-03 |
| | | | 4 x 3 Blister Card (12) | $ | 35.00 | 8550-05 |
| | | | 4 x 4 Blister Card (16) | $ | 49.00 | 8550-06 |
| | | | 4 x 5 Blister Card (20) | $ | 61.00 | 8550-07 |
| | | | 4 x 6 Blister Card (24) | $ | 72.00 | 8550-10 |
| METOCLOPRAMIDE INTENSOL™ ℞ | | | | | | |
| Metoclopramide Hydrochloride | | | | | | |
| Oral Solution (Concentrate) | | | | | | |
| | 10mg/mL | | 30mL Bottle and | | | |

Confidential   Red Book 14078

| PRODUCT/STRENGTH | (ID# 54-) | PACKAGE | AWP | NDC LIST NO. 0054- |
|---|---|---|---|---|
| | | Calibrated Dropper | $ 19.49 | 3564-44 |
| METOCLOPRAMIDE Oral Solution USP ℞ | | | | |
| 5mg/5mL | | 500mL Bottle | $ 21.24 | 3563-63 |
| 10mg/10mL | | 100 x 10mL Patient Cup | $ 61.89 | 8563-04 |
| MEXILETINE HYDROCHLORIDE Capsules USP ℞ | | | | |
| 150mg | (523) | Bottle of 100 | $ 69.06 | 2616-25 |
| | | 10 Strips of 10 Blisters (100) | $ 72.60 | 8616-25 |
| 200mg | (632) | Bottle of 100 | $ 82.24 | 2617-25 |
| 250mg | (959) | Bottle of 100 | $ 95.66 | 2618-25 |
| MILK OF MAGNESIA USP | | 180mL Bottle | $ 1.88 | 3573-54 |
| | | 100 x 30mL Patient Cup | $ 40.52 | 8573-04 |
| MILK OF MAGNESIA-CASCARA Suspension Concentrated | | 100 x 15mL Patient Cup | $ 50.01 | 8564-04 |
| MILK OF MAGNESIA-CONCENTRATED | | 100mL Bottle | $ 2.51 | 3567-49 |
| | | 400mL Bottle | $ 5.85 | 3567-61 |
| | | 100 x 10mL Patient Cup | $ 34.65 | 8567-04 |
| MINERAL OIL, TOPICAL LIGHT USP | | 25 x 10mL Bottle | $ 33.87 | 8577-11 |
| (Sterile) | | 25 x 30mL Bottle | $ 48.59 | 8578-11 |
| *MORPHINE SULFATE ℂ ℞ Oral Solution (Immediate Release) | | | | |
| 10mg/5mL | | 100mL Unit of Use Bottle | $ 9.04 | 3785-49 |
| | | 500mL Bottle | $ 31.20 | 3785-63 |
| | | 40 x 5mL Patient Cup | $ 24.81 | 8585-16 |
| 20mg/10mL | | 40 x 10mL Patient Cup | $ 37.40 | 8586-16 |
| 20mg/5mL | | 100mL Unit of Use Bottle | $ 12.88 | 3786-49 |
| | | 500mL Bottle | $ 52.61 | 3786-63 |
| *MORPHINE SULFATE Concentrated Oral Solution (See ROXANOL™) | | | | |
| *MORPHINE SULFATE Tablets ℂ ℞ (Immediate Release) | | | | |
| 15mg | (733) | Bottle of 100 | $ 18.32 | 4582-25 |
| | | 4 x 25 RN Blister Card (100) | $ 26.12 | 8582-24 |
| 30mg | (262) | Bottle of 100 | $ 31.22 | 4583-25 |
| | | 4 x 25 RN Blister Card (100) | $ 44.34 | 8583-24 |
| *MORPHINE SULFATE Sustained Release Tablets (See ORAMORPH SR™) | | | | |
| NAPROXEN Oral Suspension USP ℞ (Pineapple-Orange Flavored) | | | | |
| 125mg/5mL | | 500mL Bottle | $ 38.23 | 3630-63 |
| NAPROXEN Tablets USP ℞ | | | | |
| 250mg | (643) | Bottle of 100 | $ 66.10 | 4641-25 |
| | | Bottle of 500 | $ 325.90 | 4641-29 |
| | | 10 Strips of 10 Blisters (100) | $ 68.75 | 8641-25 |
| 375mg | (992) | Bottle of 100 | $ 85.40 | 4642-25 |
| | | Bottle of 500 | $ 417.20 | 4642-29 |
| | | 10 Strips of 10 Blisters (100) | $ 88.00 | 8642-25 |
| 500mg | (039) | Bottle of 100 | $ 104.30 | 4643-25 |
| | | Bottle of 500 | $ 509.60 | 4643-29 |
| | | 10 Strips of 10 Blisters (100) | $ 109.00 | 8643-25 |

Confidential   Red Book 14079

| PRODUCT/STRENGTH | | (ID# 54-) | PACKAGE | | AWP | NDC LIST NO. 0054- |
|---|---|---|---|---|---|---|
| NAPROXEN SODIUM Tablets USP | | ℞ | | | | |
| | 275mg | (180) | Bottle of 100 | $ | 60.00 | 4638-25 |
| | | | Bottle of 500 | $ | 300.00 | 4638-29 |
| | | | 10 Strips of 10 Blisters (100) | $ | 60.00 | 8638-25 |
| | 550mg | (603) | Bottle of 100 | $ | 90.00 | 4639-25 |
| | | | Bottle of 500 | $ | 450.00 | 4639-29 |
| | | | 10 Strips of 10 Blisters (100) | $ | 100.00 | 8639-25 |
| NYSTATIN Oral Suspension USP | | ℞ | | | | |
| 100,000 USP Units per mL | | | 40 x 5mL Patient Cup | $ | 46.96 | 8607-16 |
| *ORAMORPH®SR Tablets | | ℂ  ℞ | | | | |
| (Morphine Sulfate Sustained Release Tablets) | | | | | | |
| | 15mg | (782) | Bottle of 100 | $ | 84.45 | 4790-25 |
| | | | Bottle of 500 | $ | 401.16 | 4790-29 |
| | | | 4 x 25 RN Blister Card (100) | $ | 91.81 | 8790-24 |
| | 30mg | (409) | Bottle of 50 | $ | 84.45 | 4805-19 |
| | | | Bottle of 100 | $ | 160.50 | 4805-25 |
| | | | Bottle of 250 | $ | 389.11 | 4805-27 |
| | | | 4 x 25 RN Blister Card (100) | $ | 183.40 | 8805-24 |
| | 60mg | (933) | Bottle of 100 | $ | 313.15 | 4792-25 |
| | | | 1 x 25 RN Blister Card (25) | $ | 91.68 | 8792-11 |
| | 100mg | (862) | Bottle of 100 | $ | 479.58 | 4793-25 |
| | | | 1 x 25 RN Blister Card (25) | $ | 144.17 | 8793-11 |
| ORLAAM® Oral Solution | | ℂ  ℞ | | | | |
| (Levomethadyl Acetate Hydrochloride) | | | | | | |
| | 10mg/mL | | 500mL Bottle | $ | 240.00 | 3649-63 |
| *OXYCODONE Tablets USP (See ROXICODONE™) | | | | | | |
| *OXYCODONE HCl Oral Solution USP (See ROXICODONE™) | | | | | | |
| *OXYCODONE and ACETAMINOPHEN Tablets USP (See ROXICET™) | | | | | | |
| *OXYCODONE and ASPIRIN Tablets USP (See ROXIPRIN™) | | | | | | |
| PHENOBARBITAL Elixir USP | | ℂⱽ  ℞ | | | | |
| (Orange Flavored) | | | | | | |
| | 30mg/7.5mL | | 100 x 7.5mL Patient Cup | $ | 47.99 | 8701-04 |
| PHENOBARBITAL Tablets USP | | ℂⱽ  ℞ | | | | |
| | 15mg | (503) | 10 Strips of 10 Blisters (100) | $ | 5.92 | 8703-25 |
| | 30mg | (572) | 10 Strips of 10 Blisters (100) | $ | 6.95 | 8705-25 |
| | 60mg | (779) | 10 Strips of 10 Blisters (100) | $ | 7.27 | 8708-25 |
| | 100mg | (263) | 10 Strips of 10 Blisters (100) | $ | 7.45 | 8707-25 |
| POTASSIUM CHLORIDE | | ℞ | | | | |
| Oral Solution USP (Sugar-Free) | | | | | | |
| (Coconut Flavored) 10% | | | | | | |
| | 40mEq/30mL | | 500mL Bottle | $ | 6.83 | 3716-63 |
| | 20mEq/15mL | | 100 x 15mL Patient Cup | $ | 41.64 | 8714-04 |
| | 40mEq/30mL | | 100 x 30mL Patient Cup | $ | 41.64 | 8713-04 |
| (Grapefruit Flavored) 20% | | | | | | |
| | 80mEq/30mL | | 500mL Bottle | $ | 9.23 | 3714-63 |
| POTASSIUM IODIDE | | ℞ | | | | |
| Oral Solution USP (Saturated) | | | | | | |
| | 1g/mL | | 30mL Bottle and Calibrated Dropper | $ | 5.87 | 3717-44 |
| PREDNISONE INTENSOL™ | | ℞ | | | | |
| Oral Solution (Concentrate) | | | | | | |
| | 5mg/mL | | 30mL Bottle and Calibrated Dropper | $ | 15.42 | 3721-44 |

Confidential    Red Book 14080

| PRODUCT/STRENGTH | | (ID# 54-) | PACKAGE | | AWP | NDC LIST NO. 0054- |
|---|---|---|---|---|---|---|
| PREDNISONE Oral Solution USP | | ℞ | | | | |
| | 5mg/5mL | | 120mL Bottle | $ | 9.94 | 3722-50 |
| | | | 500mL Bottle | $ | 18.94 | 3722-63 |
| | | | 40 x 5mL Patient Cup | $ | 22.96 | 8722-16 |
| PREDNISONE Tablets USP (Gluten-Free) | | ℞ | | | | |
| | 1mg | (092) | Bottle of 100 | $ | 3.58 | 4741-25 |
| | | | Bottle of 1000 | $ | 26.19 | 4741-31 |
| | | | 10 Strips of 10 Blisters (100) | $ | 7.12 | 8739-25 |
| | 2.5mg | (339) | Bottle of 100 | $ | 5.02 | 4742-25 |
| | | | 10 Strips of 10 Blisters (100) | $ | 8.19 | 8740-25 |
| | 5mg | (612) | Bottle of 100 | $ | 4.23 | 4728-25 |
| | | | Bottle of 1000 | $ | 25.99 | 4728-31 |
| | | | 10 Strips of 10 Blisters (100) | $ | 7.21 | 8724-25 |
| | 10mg | (899) | Bottle of 100 | $ | 6.09 | 4730-25 |
| | | | Bottle of 500 | $ | 28.09 | 4730-29 |
| | | | 10 Strips of 10 Blisters (100) | $ | 8.85 | 8725-25 |
| | 20mg | (760) | Bottle of 100 | $ | 11.77 | 4729-25 |
| | | | Bottle of 500 | $ | 57.72 | 4729-29 |
| | | | 10 Strips of 10 Blisters (100) | $ | 13.17 | 8726-25 |
| | 50mg | (343) | Bottle of 100 | $ | 25.88 | 4733-25 |
| | | | 10 Strips of 10 Blisters (100) | $ | 29.27 | 8729-25 |
| Prelu-2® Timed Release Capsules (Phendimetrazine Tartrate) | | C-III ℞ | | | | |
| | 105mg | | Bottle of 100 | $ | 120.32 | 2719-25 |
| PROPANTHELINE BROMIDE Tablets USP | 15mg | ℞ (303) | Bottle of 100 | $ | 23.68 | 4721-25 |
| | | | Bottle of 1000 | $ | 177.87 | 4721-31 |
| | | | 10 Strips of 10 Blisters (100) | $ | 20.36 | 8737-25 |
| PROPRANOLOL HCl INTENSOL™ Oral Solution (Concentrate) | | ℞ | | | | |
| | 80mg/mL | | 30mL Bottle and Calibrated Dropper | $ | 33.53 | 3728-44 |
| PROPRANOLOL HCl Oral Solution (Strawberry Mint Flavored) | | ℞ | | | | |
| | 20mg/5mL | | 500mL Bottle | $ | 34.65 | 3727-63 |
| | 40mg/5mL | | 500mL Bottle | $ | 49.51 | 3730-63 |
| PSEUDOEPHEDRINE HYDROCHLORIDE Tablets USP | | | | | | |
| | 30mg | (823) | Bottle of 100 | $ | 3.49 | 4743-25 |
| | | | 10 Strips of 10 Blisters (100) | $ | 7.20 | 8743-25 |
| | 60mg | (532) | Bottle of 100 | $ | 4.38 | 4744-25 |
| | | | 10 Strips of 10 Blisters (100) | $ | 8.25 | 8744-25 |
| QUINIDINE SULFATE Tablets USP | | ℞ | | | | |
| | 300mg | (053) | Bottle of 100 | $ | 32.22 | 4735-25 |
| | | | Bottle of 1000 | $ | 268.13 | 4735-31 |
| *ROXANOL™ Morphine Sulfate Concentrated Oral Solution (Immediate Release) | | C-II ℞ | | | | |
| | 20mg/mL | | 30mL Bottle and Calibrated Dropper | $ | 20.76 | 3751-44 |
| | | | 120mL Bottle and Calibrated Dropper | $ | 77.96 | 3751-50 |

Confidential    Red Book 14081

| PRODUCT/STRENGTH | (ID# 54-) | PACKAGE | AWP | NDC LIST NO. 0054- |
|---|---|---|---|---|
| *ROXANOL 100™ Morphine Sulfate Concentrated Oral Solution (Immediate Release) 100mg/5mL | ℂ ℞ | 240mL Bottle and Calibrated Spoon | $ 131.22 | 3751-58 |
| ROXANOL™-T Morphine Sulfate Oral Solution (Immediate Release) (Tinted - Fruit Mint Flavored) 20mg/mL | ℂ ℞ | 30mL Bottle | $ 20.76 | 3774-44 |
| | | 120mL Bottle | $ 77.96 | 3774-50 |
| *ROXICET™ Oral Solution (Oxycodone HCl 5mg and Acetaminophen 325mg/5mL) (Mint Flavored) | ℂ ℞ | 500mL Bottle | $ 37.37 | 3686-63 |
| | | 40 x 5mL Patient Cup | $ 44.55 | 8648-16 |
| *ROXICET™ Tablets (Oxycodone and Acetaminophen Tablets USP 5mg/325mg) | ℂ ℞ (543) | Bottle of 100 | $ 25.73 | 4650-25 |
| | | Bottle of 500 | $ 108.54 | 4650-29 |
| | | 4 x 25 RN Blister Card (100) | $ 30.14 | 8650-24 |
| *ROXICET™ 5/500 Caplets (Oxycodone and Acetaminophen Tablets USP, 5mg/500mg) | ℂ ℞ (730) | Bottle of 100 | $ 57.60 | 4784-25 |
| | | 4 x 25 RN Blister Card (100) | $ 63.42 | 8784-24 |
| *ROXICODONE™ INTENSOL™ (Oxycodone HCl Concentrated Oral Solution) 20mg/mL | ℂ ℞ | 30mL Bottle and Calibrated Dropper | $ 40.56 | 3683-44 |
| *ROXICODONE™ Oral Solution (Oxycodone HCl Oral Solution USP) (Burgundy Cherry Flavored) 5mg/5mL | ℂ ℞ | 500mL Bottle | $ 41.65 | 3682-63 |
| | | 40 x 5mL Patient Cup | $ 55.84 | 8782-16 |
| *ROXICODONE™ Tablets (Oxycodone HCl Tablets USP) 5mg | ℂ ℞ (582) | Bottle of 100 | $ 31.04 | 4657-25 |
| | | 4 x 25 RN Blister Card (100) | $ 42.49 | 8657-24 |
| *ROXILOX™ Capsules (Oxycodone and Acetaminophen Capsules USP, 5mg/500mg) | ℂ ℞ (392) | Bottle of 100 | $ 57.72 | 2795-25 |
| *ROXIPRIN™ Tablets (Oxycodone and Aspirin Tablets USP) (Oxycodone HCl 4.5mg, Oxycodone Terephthalate 0.38mg and Aspirin 325mg) | ℂ ℞ (902) | Bottle of 100 | $ 22.28 | 4653-25 |
| SALIVA SUBSTITUTE | | 120mL Squeeze Bottle | $ 4.82 | 3769-50 |
| | | 25 x 5mL Vial | $ 11.66 | 8803-11 |

Confidential   Red Book 14082

| PRODUCT/STRENGTH | (ID# 54-) | PACKAGE | AWP | NDC LIST NO. 0054- |
|---|---|---|---|---|
| SODIUM CHLORIDE Inhalation Solution USP (Normal Saline) Sterile For Respiratory Therapy | | | | |
| 0.9% | | 100 x 3mL Unit Dose Vials | $ 31.82 | 8809-25 |
| | | 100 x 5mL Unit Dose Vials | $ 31.82 | 8810-25 |
| SODIUM POLYSTYRENE SULFONATE Suspension USP | ℞ | | | |
| 15g/60mL | | 500mL Bottle | $ 47.86 | 3805-63 |
| | | 10 x 60mL Unit Dose Bottles | $ 86.49 | 8816-11 |
| 30g/120mL | | 120mL Enema Bottle | $ 19.67 | 8815-01 |
| 50g/200mL | | 200mL Enema Bottle | $ 29.50 | 8817-55 |
| THEOPHYLLINE Oral Solution (Dye-Free, Sugar-Free) | ℞ | | | |
| 80mg/15mL | | 500mL Bottle | $ 7.31 | 3841-63 |
| | | 100 x 15mL Patient Cup | $ 39.58 | 8845-04 |
| 100mg/18.75mL | | 40 x 18.75mL Patient Cup | $ 26.47 | 8848-16 |
| THIORIDAZINE HCl INTENSOL™ Oral Solution USP (Concentrate) | ℞ | | | |
| 30mg/mL | | 120mL Bottle and Calibrated Dropper | $ 15.28 | 3860-50 |
| 100mg/mL | | 120mL Bottle and Calibrated Dropper | $ 36.89 | 3861-50 |
| TORECAN® Injection (Thiethylperazine Malate Injection USP) | ℞ | | | |
| 10mg/2mL | | Box of 20 Ampuls | $ 105.63 | 1701-07 |
| | | Box of 100 Ampuls | $ 447.84 | 1701-25 |
| TORECAN® Tablets (Thiethylperazine Maleate Tablets USP) | ℞ | | | |
| 10mg | (529) | Bottle of 100 | $ 54.30 | 4748-25 |
| | | 10 Strips of 10 Blisters (100) | $ 72.99 | 8748-25 |
| TRIAZOLAM Tablets USP | Ⓒ ℞ | | | |
| 0.125mg | (519) | Tray of 10 Unit of Use Bottles of 10 | $ 64.90 | 4858-06 |
| | | 10 Strips of 10 Blisters (100) | $ 64.00 | 8858-25 |
| 0.25mg | (620) | Bottle of 500 | $ 315.00 | 4859-29 |
| | | Tray of 10 Unit of Use Bottles of 10 | $ 66.60 | 4859-06 |
| | | 10 Strips of 10 Blisters (100) | $ 69.00 | 8859-25 |
| VIRAMUNE® Oral Suspension (Nevirapine) | ℞ | | | |
| 50mg/5mL | | 240mL Bottle | $ 60.34 | 3905-58 |
| VIRAMUNE® Tablets (Nevirapine) | ℞ | | | |
| 200mg | (193) | Bottle of 60 | $ 278.64 | 4647-21 |
| | | Bottle of 100 | $ 464.40 | 4647-25 |
| | | 10 Strips of 10 Blisters (100) | $ 472.20 | 8647-25 |

LAST UPDATE - 9-20-99

*Denotes DEA Schedule II product

Rx only - Federal Law prohibits dispensing without prescription

Roxane Laboratories uses a product identification system in which individual tablets or capsules are embossed or imprinted with the digits "54" identifying Roxane Laboratories as the supplier, and three additional digits to identify the product. The three digit codes have been incorporated in this product listing for your convenience.
**This product code is not preceded by "54".

Confidential        Red Book 14083