# Exhibit 22

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Page 1

```
             IN THE SUPERIOR COURT
         FOR THE STATE OF CONNECTICUT
              COMPLEX LITIGATION
               DOCKET AT TOLLAND


STATE OF CONNECTICUT,

        Plaintiff,

vs.                              Docket No.
                                 X07 CV-03-0083296-S(CLD)

DEY, INC., ROXANE LABORATORIES, INC.,
WARRICK PHARMACEUTICALS CORP.,
SCHERING-PLOUGH CORP. AND
SCHERING CORPORATION,

        Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


                 DEPOSITION OF

                 LESLIE PAOLETTI


               September 20, 2005
                  10:00 a.m.

              1375 East Ninth Street
         One Cleveland Center, 21st Floor
                Cleveland, Ohio

        Aimee N. Szinte, a Notary Public
```

acc653a4-d518-4c52-861a-117a107c2bd3

Deposition of Leslie Paoletti                       September 20, 2005

1              APPEARANCES:
2        .
3        ON BEHALF OF THE PLAINTIFF:
4        MURDOCK, GOLDENBERG,
5        SCHNEIDER & GROH, LPA
6        JEFFREY S. GOLDENBERG, ESQUIRE
7            35 East Seventh Street, Suite 600
8            Cincinnati, Ohio   45202-2446
9            513-345-8297
10       .
11       ON BEHALF OF THE DEFENDANT
12       ROXANE LABORATORIES, INC.:
13       VORYS, SATER, SEYMOUR AND PEASE, LLP
14       PAUL J. COVAL, ESQUIRE
15           52 East Gay Street
16           PO Box 1008
17           Columbus, Ohio   43216-1008
18           614-464-5635
19       .
20       ROBINSON & COLE LLP
21       MICHAEL J. KOLOSKY, ESQUIRE
22           280 Trumbull Street
23           Hartford, Connecticut   06103-3597
24           860-275-8249
25       .

Deposition of Leslie Paoletti                September 20, 2005

Page 26

1   A.   I couldn't speak to how it
2   was established prior to about 1998, and
3   I'm not aware of anyone who is with the
4   company who would be able to define
5   that, but I can tell you how it's
6   currently done and how we have generally
7   done it since 98.
8   Q.   That's fine.  Why don't you
9   do that.
10  A.   Generally, for a new product
11  we will set our AWP at 10 percent less
12  than the brands' AWP for the comparable
13  brand product.  If we are launching a
14  new product into an existing market, we
15  would try to make our AWP comparable to
16  our generic competitors' AWP.
17  Q.   And you're trying to make it
18  comparable to your generic competitors
19  by using the 10 percent less than brand
20  formula, is that correct?
21  A.   No.  I would try to first
22  establish our AWP by setting it 10
23  percent less than the brands' AWP.  If
24  that was different from the generic
25  competitor, the generic competitors on

Page 27

1  market, I would try to set my AWP
2  comparable to theirs.
3       Q.    And how do you get the
4  pricing for the generic competitors that
5  you're trying to compete against?
6       A.    We have the ability to access
7  it through Medi-Span databases.
8       Q.    And who access that
9  information at Roxane?
10      A.    Anyone in the marketing
11 department would have access to that.
12      Q.    And do you have access to
13 that?
14      A.    I do.
15      Q.    Have you had access since
16 1998?
17      A.    I can't remember if was
18 specifically 98, but shortly thereafter.
19      Q.    Okay.  What are the processes
20 or policies utilized by Roxane since
21 1998 to address any changes to AWP that
22 have already been set?
23      A.    We have changed AWP as part
24 of a change to other pricing.  In one
25 case I can recall that we raised the

1  Q. And then Joe Ruhmel.
2  A. No, I don't think -- let me
3  go back to her. I don't think that
4  she was a national account manager the
5  entire time that she's been with the
6  company.
7       Joe Ruhmel just started in
8  early 04. And Steve Snyder started
9  about the same time as Debbie Kutner.
10 She was probably late 90s, mid to late
11 90s.
12 Q. Mark Boudreau, when did he
13 start?
14 A. Late 2003, I think it was.
15 Q. Okay. So that takes care of
16 the internal aspects of reporting of AWP
17 because we went through both categories
18 of the gold sheet and the E-mail.
19      And then moving on to
20 third-party to which Roxane disseminates
21 AWP information, you mentioned several,
22 Red Book, First Data and Medi-Span were
23 the first three. I'm not going to go
24 through all of them, but how is AWP
25 communicated to these various services?

Page 82

1    A.    Via a letter from me
2    currently and from Rich Feldman who I
3    believe his title was executive director
4    of trade relations.
5    Q.    So there's a signature line
6    for both of you?
7    A.    There's a signature line for
8    me now.  It's just a letter.
9    Q.    Okay.
10   A.    And prior to me it was Rich.
11   Q.    I see.  When did Rich do it?
12   A.    I'm not sure when he started,
13   but up until the time that he left,
14   somewhere around 2001 that he left
15   Roxane.
16   Q.    So pre-2001, he was handling
17   that but you don't know when he
18   started, correct?
19   A.    I think part of 2001, as
20   well, but, right, I don't know when he
21   started that.
22   Q.    And then did you take over
23   when Rich left?
24   A.    Yes.
25   Q.    And this letter communication,

Deposition of Leslie Paoletti                September 20, 2005

Page 83

1  is that the same for each of the
2  entities that you listed in your prior
3  testimony?  Is that the mechanism
4  through which AWP information is
5  communicated?
6       A.    Yes.  They also now -- I
7  can't remember how long it's been, it's
8  been a couple of years now probably,
9  that First Data Bank and Medi-Span also
10 require a form of theirs to be filled
11 out, so that goes with the letter.
12      Q.    And you said that form has
13 been required since approximately what
14 time?
15      A.    I think it's been a couple of
16 years.
17      Q.    And who fills out that form?
18      A.    I do.
19      Q.    That's got to be a lot of
20 fun.
21            Is that form something that
22 you have to list your entire product
23 line or do you just list the products
24 where the AWP is changing?
25      A.    We just list the products

Deposition of Leslie Paoletti                September 20, 2005

Page 84

```
 1         that are changing or that are new.
 2              Q.    Are there instances when you
 3         provide the entire product line AWPs?
 4              A.    I provided an entire list
 5         when Gold Standard Media started
 6         requesting the information.  When they
 7         initially requested the set up, I did
 8         send them an entire list of it.  Prior
 9         to then or actually since, I don't
10         think there's ever been another case
11         that I can recall that we sent the
12         entire list. It's usually been just the
13         changes.
14              Q.    Generally speaking, how many
15         of these types of letters do you
16         generate a year?
17              A.    Well, I would send additional
18         letters to those same groups if a
19         product was discontinued but if you're
20         talking just pricing, that would only go
21         when we have a product launch or a
22         change in price which is probably less
23         than a dozen times a year.
24              Q.    And you report more than just
25         AWP pricing information to these third
```

1  parties, is that correct?
2      A.   We would notify them of
3  discontinuations or any changes to an
4  NDC number or anything like that.  Any
5  significant change to a product.
6      Q.   Do you report any other
7  pricing information other than AWP to
8  these reporting companies?
9      A.   We do not currently and we
10 haven't since 97, 98.
11     Q.   Do you report WAC?  I'm
12 sorry.  Have you ever reported WAC to
13 these companies?
14     A.   I believe there was a period
15 of time when we did report WAC.  For
16 the multisource products, we have not
17 reported them since, like I said, 97,
18 98.  I believe that the brand products
19 were still being reported, the WAC and
20 AWP for the brand products were still
21 being reported.
22     Q.   Okay.  The other group that
23 we mentioned or that you mentioned were
24 customers.
25          And so how does Roxane

Page 86

1  communicate AWP information to customers?
2      A.   There is an HDMA form which I
3  forgot to mention before that they
4  require for a new product that will go
5  to wholesalers and warehousing chains.
6  And then on the launch letter to
7  warehousing chains, wholesalers,
8  distributors and some direct customers,
9  they would also get the customer letter.
10     Q.   And so the HDMA form that you
11 just mentioned, what does HDMA stand
12 for, if you know?
13     A.   I think it's Healthcare
14 Distributor Management Association or
15 something like that.
16     Q.   And that form or those forms
17 are just distributed each time there's a
18 new product or packaging of a new
19 product?
20     A.   If there's a significant
21 change to an existing product with
22 regard to storage conditions or
23 packaging, we would in some instances
24 supply them with a new HDMA form. Other
25 than that, it's typically just a product

Deposition of Leslie Paoletti                     September 20, 2005

Page 87

1       launch.
2           Q.    So customers are generally
3       just getting AWP communications from you
4       with respect to new products or
5       significant changes to existing products?
6           A.    Well, any change to -- any
7       change to AWP or WAC would be
8       communicated to that group of customers,
9       the wholesalers, warehousing chains and
10      some of the direct purchasing customers.
11          Q.    Are these faxed sometimes or
12      are they sent regular U.S. mail?
13          A.    They used to be faxed.  I
14      don't know if they were ever mailed.
15      They may have been.  We now send them
16      electronically via E-mail.
17          Q.    Who is responsible for issuing
18      the HDMA forms?
19          A.    Marketing department.
20          Q.    And would that be your
21      ultimate responsibility then?
22          A.    There are multiple people that
23      sign off on the information that's in
24      the HDMA form.
25          Q.    Okay.  And who are those

acc653a4-d518-4c52-861a-117a107c2bd3