# Exhibit 23

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

**Telefax**



Ms. Terri Factora  
First Data Bank  
(650) 827-4578

Page: 1 of

Roxane Laboratories, Inc.

September 7, 2000

Re:  **Roxicodone™ CII**  
**(oxycodone hydrochloride) Tablets USP**

Dear Ms. Factora,

Richard A. Feldman, RPh  
Telephone (614) 272-4750  
Telefax (614) 276-0158  
E-Mail rfeldman@col.boehringer-ingelheim.com

Roxane Laboratories, Inc. is pleased to announce the availability of **Roxicodone™ CII (oxycodone hydrochloride) Tablets USP 15mg and 30mg**. Attached please find the Package Insert and FDA Approval Letter we will be sending to our wholesalers.

P.O. Box 16532  
Columbus, Ohio 43216-6532  
Telephone (614) 276-4000

### Roxicodone™ CII
### (oxycodone hydrochloride) Tablets USP

| NDC # 0054- | Product Description | WAC | AWP |
|---|---|---|---|
| 4658-25 | Roxicodone 15mg Bottle of 100 | $55.00 | $110.00 |
| 8658-24 | Roxicodone 15mg UD 4 x RN25 | $68.80 | $120.00 |
| 4665-25 | Roxicodone 30mg Bottle of 100 | $106.00 | $212.00 |
| 8665-24 | Roxicodone 30mg UD 4 x RN25 | $134.40 | $230.00 |

Thank you in advance for adding this product to your prescription drug database.

Sincerely,

*[signature]*

Richard A. Feldman, R. Ph.  
Executive Director  
Trade and Pharmacy Affairs

RAF/acm

Attachments

D0033309  
RLI-AWP-00000447  
ROX020-0201     FL