# Exhibit 25

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



*experience does matter*

# CASE:  Commonwealth of Massachusetts v. Mylan Laboratories Inc., et al.
# DATE:  July 25, 2007

Enclosed is the Original of the transcript of the testimony of Gregg Ciarelli along with the errata sheet in the above-titled case.  Please have the witness read the deposition and sign the signature page before a Notary Public.

After the signature page has been notarized, please return the original transcript and errata sheets to the custodial attorney within 30 days of receipt for proper filing.

Thank you for your attention to this matter and please feel free to contact us with any questions or concerns.


Sincerely,

Henderson Legal Services



Encl.

Henderson Legal Services
Phone: 202-220-4158
Fax: 202-220-4162
Website: www.hendersonlegalservices.com

Page 1

```
            UNITED STATES DISTRICT COURT

         FOR THE DISTRICT OF MASSACHUSETTS

    ----------------------------------X

    THE COMMONWEALTH OF MASSACHUSETTS, )  CIVIL ACTION NO.

              Plaintiff,               )  03-CV-11865-PBS

                                       )

         vs.                           )

                                       )    VIDEOTAPED

    MYLAN LABORATORIES, INC.; BARR     )  DEPOSITION OF

    LABORATORIES, INC.; DURAMED        )  GREGG CIARELLI

    PHARMACEUTICALS, INC.; IVAX        )    30(b)(6)

    CORPORATION; WARRICK               )

    PHARMACEUTICALS CORPORATION;       )    New York,

    WATSON PHARMACEUTICALS, INC.;      )    New York

    SCHEIN PHARMACEUTICAL, INC.; TEVA  )  July 25, 2007

    PHARMACEUTICALS USA, INC.; PAR     )

    PHARMACEUTICAL, INC.; DEY, INC.;   )

    ETHEX CORPORATION; PUREPAC         )

    PHARMACEUTICAL CO.; and ROXANE     )  Reported By:

    LABORATORIES, INC.,                )  CATHI IRISH,

              Defendants.              )  RPR, CLVS

    ----------------------------------X
```

7fc673e3-6cd8-4e38-9c58-c323a63534c0

Ciarelli, Gregg - 30(b)(6)                                July 25, 2007
                          New York, NY

                                                              Page 2

1                        July 25, 2007

2                        9:30 a.m.

3

4           Videotaped deposition of GREGG CIARELLI,

5    30(b)(6), held at the offices of Kirkland & Ellis

6    LLP, 153 East 53rd Street, New York, New York,

7    pursuant to Notice, before Cathi Irish, a

8    Registered Professional Reporter and Notary Public

9    of the State of New York.

10

11

12

13

14

15

16

17

18

19

20

21

22

7fc673e3-6cd8-4e38-9c58-c323a63534c0

Case 1:01-cv-12257-PBS   Document 6307-26   Filed 07/24/09   Page 5 of 6

Ciarelli, Gregg - 30(b)(6)                                    July 25, 2007
                           New York, NY

Page 51

1      Q.   Do you recall the reasons or any
2  reasons being given for the decision to stop
3  reporting AWPs?
4      A.   No, I don't recall.
5           MS. WITT:  Let's take a break.
6           MR. HEIDLAGE:  Okay.
7           THE VIDEOGRAPHER:  The time is 10:48
8  a.m.  We're going off the record.
9                (Witness conferring with Counsel.)
10          THE VIDEOGRAPHER:  The time is 10:52
11 a.m.  We're back on the record.
12 BY MR. HEIDLAGE:
13     Q.   Mr. Ciarelli, as a result of your
14 conferring with Counsel, do you want to change
15 any of your answers?
16     A.   Yes, I just want to clarify as it
17 relates to the WAC prices, I was confused with
18 the generics at some point in time.  The generic
19 drugs we stopped reporting the WAC prices, and
20 with branded we continued to report WAC and AWP.
21     Q.   So during the time period for which you
22 had responsibility from 1990 -- in November of

Henderson Legal Services
202-220-4158

Page 52

1   1997 on, at least Roxane Laboratories was not
2   reporting WAC, but was reporting the AWP for its
3   generic drugs and was reporting both the WAC and
4   the AWP for its branded drugs, correct?
5        A.   Yes.
6        Q.   And then at some point after that,
7   Roxane -- was it Roxane or Boehringer that
8   changed its policy and stopped reporting AWP, at
9   least with regard to its branded drugs?
10       A.   I believe so.  I don't recall the exact
11  time, though.
12       Q.   And so at least at this point, you
13  don't recall whether it was a decision that was
14  made by Roxane Laboratories or when Roxane
15  Laboratories still had the branded drugs, or
16  whether it was a decision that was made only
17  after the drugs were transferred to Boehringer?
18       A.   I don't recall.
19       Q.   Were the procedures that were
20  implemented with regard to the Roxane branded
21  drugs the same across the entire line of branded
22  drugs?