# Exhibit 26

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Roxane Laboratories

Inter-Office Memo

To:    Ed Tupa

From: Judy Waterer

Date: October 11,1996

Subject:
## Metaproterenol AWP
### (Recommend Changing From $30.75 To $34.83)

---

In preparation for launching metaproterenol, we have an opportunity to re-set our AWP. Because this is a "re-launch" we already have a published AWP on the record. We have an opportunity to raise our AWP to 10% off the brand for the re-launch. This would provide us with a competitive advantage, particularly as the product does not appear to be subject to HCFA MAC pricing yet. In addition to being the innovator's generic, we could also be the most profitable product to the pharmacist. Current AWP published pricing is as follows:

|      | Alupent | Roxane  | Dey     | Par     | Alpharma |
|------|---------|---------|---------|---------|----------|
| 0.4% | $43.23  | $30.75  | $30.75  | $29.95  | $34.40   |
| 0.6% | $43.23  | $30.75  | $30.75  | $29.95  | $34.40   |

It is interesting to note that both strengths are priced identically for all companies.

In general, generic AWPs are commonly set at around 10% off the brand price. If we were to follow this formula, we could raise our AWP to $38.91. (This is assuming that BI will not be raising their prices this coming January. A brand price increase would mean that the 10% off price could be higher.) As we are the innovator's generic, we could argue that we can command a higher AWP than ANDA generics.

I recommend that we raise our AWP to half way between the $38.91 and the last published price of $30.75. The resulting price of $34.83 would place us in a favorable

D0049409

RLI-AWP-00431274
ROX072-1419        F

position to the purchasing pharmacist. We'd be likely to win bids or get the business in dual awards with Dey even if we sold the product at the same bid price. $34.83, is only a fraction higher than Alpharma's AWP of $34.40, and is well below the 10% generic rule of thumb. To re-enter this market, I believe we need the competitive advantage of an increased AWP.

Please let me know if you concur on a new AWP of $34.83.

D0049410
RLI-AWP-00431275
ROX072-1420    L