# Exhibit 28

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

-------------------------------X

IN RE: PHARMACEUTICAL             ) MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE        ) CIVIL ACTION

PRICE LITIGATION                  ) 01-CV-12257-PBS

-------------------------------X

THIS DOCUMENT RELATES TO          )

United States of America, et al,) Judge Patti B.

Ven-a-Care of the Florida Keys,  ) Saris

Inc.,                             )

     vs.                          )

Boehringer Ingelheim, Corp.,      ) Chief Magistrate

et al.                            ) Judge Marianne B.

Civil Action 07-10248-PBS         ) Bowler

-------------------------------X


     (Cross-caption appears on following page)

       VIDEOTAPED DEPOSITION OF SHELDON BERKLE

                    VOLUME I

                 Naples, Florida

            Friday, October 31, 2008

Berkle, Sheldon                                      October 31, 2008
                         Naples, FL

                                                               Page 2

1           IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
2              IN AND FOR LEON COUNTY, FLORIDA
3     ------------------------------------X
4     THE STATE OF FLORIDA ex rel.         )
5     VEN-A CARE OF THE FLORIDA KEYS,      )
6     INC., a Florida Corporation, by      )
7     and through its principal            )
8     officers and directors, ZACHARY      )
9     T. BENTLEY and T. MARK JONES         )
10              Plaintiffs,                ) CIVIL ACTION
11         vs.                             ) NO. 98-3032A
12    BOEHRINGER INGELHEIM CORPORATION,    )
13    et al.                               )
14              Defendants.                )
15    ------------------------------------X
16
17
18
19
20
21
22

Berkle, Sheldon                                                October 31, 2008
                                  Naples, FL

Page 28

1    A.   Yes, there was.
2    Q.   When was that?
3    A.   It was November 1994.
4    Q.   And when did you stop working for
5    Boehringer Ingelheim's American operations?
6    A.   The end of 2003.
7    Q.   Upon transfer to the U.S., which
8    specific entity did you work for?
9    A.   BIPI.
10   Q.   BIPI.  What was your position there?
11   A.   Executive vice president.
12   Q.   Executive vice president.
13        Did you have -- Did you have a position
14   at any other Boehringer Ingelheim entities in
15   America at that time?
16        MR. GASTWIRTH:  Objection to form.
17        THE DEPONENT:  I was a vice president
18   for BI Corporation.
19   BY MR. FAUCI:
20   Q.   Is it okay if we refer to that as BIC?
21   A.   Sure.
22   Q.   What about a company known as Roxane

Page 77

1  Q. What is that?
2  A. Ipratropium Bromide is a human
3  pharmaceutical product that was originated within
4  Boehringer research and marketed as an original
5  brand named Atrovent marketed by BIPI in the
6  United States.  It is used in the treatment of
7  chronic obstructive lung disease.
8  Q. Is Atrovent a BIPI product?
9  A. Yes, it is.
10 Q. And is it fair to characterize Atrovent
11 as a branded product?
12 A. Yes, it is.
13 Q. And Ipratropium Bromide, is it fair to
14 say that's a generic equivalent of Atrovent?
15 A. Yes, it is.
16 Q. Were you involved in any way in making
17 decisions about the marketing or pricing of
18 Ipratropium Bromide?
19         MR. GASTWIRTH:  Objection to form.
20         THE DEPONENT:  You're talking about the
21 generic version?
22 BY MR. FAUCI:

Page 81

1    Q.   And it was going to be subject to
2    generic competition?
3    A.   Correct.
4    Q.   Further down the document says Roxane
5    will launch preemptive, unbranded Ipratropium
6    Bromide UDV 1/7/96.
7         Was the launch of Ipratropium Bromide
8    timed to coincide with the expiration of
9    exclusivity for Atrovent?
10   MR. GASTWIRTH:  Objection to form.
11   THE DEPONENT:  Again, this is a memo.
12   You know, obviously I don't remember specifics to
13   this memo.  So the concept of launching
14   preemptively is correct.  The timing I'm not sure
15   of.
16   BY MR. FAUCI:
17   Q.   What does it mean to launch
18   preemptively?
19   A.   Again, and I think some of these points
20   are made in this memo, it was anticipated that
21   multiple companies would be ultimately launching
22   generic versions of Ipratropium Bromide UDVs.

Page 82

1   And the thought process was that Roxane as a
2   sister company to Boehringer would, in fact, also
3   market sell their generic version of Ipratropium,
4   and that strategically we would have Roxane
5   launch their generic version onto the market
6   prior to other companies being able to come onto
7   the marketplace.  So that was reference to the
8   preemptive.
9        Q.   Who is Dey Labs?
10       A.   Dey Labs was a competitive company
11  within the generic marketplace.
12       Q.   Were they a competitor of Roxane?
13       A.   Yes, they were.
14       Q.   Did they compete with BIPI?
15       A.   Not -- Not -- No.  They did not have
16  drugs that competed that -- that point
17  specifically with BIPI.
18       Q.   It says the fourth bullet point down,
19  Dey will be able to offer a full UDV package from
20  this date, i.e, IPBr plus Albuterol plus
21  Cromoglycate.  What are those products?
22       A.   Well, IPBr is Ipratropium.  And the

Berkle, Sheldon                                      October 31, 2008
                              Naples, FL

```
                                                            Page 111
 1        A.    Yes, it is.
 2        Q.    And they're represented by three people
 3   at this meeting?
 4        A.    Correct.
 5        Q.    Why are BIPI personnel at this meeting?
 6        A.    You know, I think again, you know,
 7   Atrovent was a BIPI drug, the brand -- the patent
 8   would be expiring.  It was anticipated that the
 9   two sister companies would work together to best
10   protect the -- or maintain Atrovent or
11   Ipratropium business within the Boehringer
12   family.
13              So I don't think there's anything
14   negative about that.  I think it's only natural
15   business that companies try to work together to
16   see how can they maintain the business.
17        Q.    The last paragraph, The single latest
18   factor that will influence the success of this
19   product is Dey Laboratories.  Do you agree with
20   that?
21        A.    Where are you reading from?
22        Q.    The very -- First sentence of the very
```

Page 234

1    A.   It means BIPI, BIC.
2    Q.   BIC.  Why are people in Ridgefield
3 updating and expanding a strategy for the launch
4 of a Roxane product?
5         MR. GASTWIRTH:  Objection.  Form.
6         THE DEPONENT:  This goes along with
7 some of the memos you've shown me before.
8 Roxicodone was a branded generic and, therefore,
9 there was some supervisory role that some -- a
10 few BIPI people played.  But again, the launch
11 plan, as you see here, was put together by Roxane
12 employees.
13 BY MR. FAUCI:
14    Q.   It says, We expect approval by the user
15 fee deadline, August 29th.  What does that mean?
16    A.   I assume that refers to the FDA
17 approval.
18    Q.   FDA approval -- The FDA approval of the
19 drug?
20    A.   Correct.
21    Q.   Okay.  Last sentence of that paragraph,
22 If you can fit it into your schedule, we would be

# TELEFAX

c/o David Townley

**Boehringer Ingelheim** 

SBU Ethical Pharmaceuticals

Generics Project

Boehringer Ingelheim GmbH
D-55216 Ingelheim/Rhein

Anzahl der Seiten, inkl. diesem Deckblatt
No. of pages, including this header page: 2

Fax: 06132/77 40 77

Datum/Date: 08.11.1995
genericsUDV_USA.DOC

An/To:
* Mr. I. Mills, BIPI, USA
* Mr. E. Tupa, Roxane Labs., USA

Von/From:  David Townley
☎ 06132/77 21 21

[UDV Strategy USA]

Dear Ed and Ian,

Firstly, thanks for your time at last Friday's teleconference to discuss this important strategy development.

Rather than trying to write full minutes, I thought it would be useful to capture the critical issues and deadline as follows:

- Atrovent UDV exclusivity expires 30/9/96.
- Roxane will launch pre-emptive unbranded ipatropium bromide (IPBr) UDV 1/7/96.
- At least one other IPBr generic expected on 1/10/96 – Dey Labs
- Dey Labs will be able to offer full UDV package from this date, i.e. IPBr + albuterol + cromoglycate.
- Roxane albuterol and cromoglycate UDV developments cannot be introduced until earliest Q3/98, thus leaving a 2 year "gap" where only IPBr UDVs can be offered.
- Is there an earlier source for albuterol and cromoglycate to close this time gap?
- IPBr prices will fall post exclusivity expiry – how much?
  e.g. Intal prices down 60 %
- What opportunity exists for own label brands for Homecare companies? Can we secure at least this segment?
- What impact will potential changes in Medicare reimbursement have on home nebulisation? To what extent will UDV utilisation decrease?

CONFIDENTIAL ATTORNEYS' EYES ONLY

☎ 06132-77-0
📠 418 791-0 bi d
Telegramm Boehringer Ingelheimrhein
FAX 06132-77-3000

Deutsche Bank AG
Kto.: 0247850
(BLZ 550 700 40)

Unternehmensleitung:
Dr. Heribert Johann (Sprecher)
Prof. Dr. Dr.h.c. Rolf Krebs (stellv. Sprecher)
Dr. Hans-Jürgen Leuchs
Dr. Claus D. Rohleder

Vorsitzender des Aufsichtsrates:
Erich von Baumbach

Sitz/Registergericht:
Bingen – HR B 1005



EXHIBIT
M
10/31/08  Beule

RLI FL 0000071

RLI-AWP-00084974
ROX029-3874

- Who else will enter the IPBr and UDV market? (e.g. RPR, Astra, Romelag). This may produce industry overcapacity; combined with reimbursement changes forcing UDV utilisation down, will result in increased spare/idle capacity?
- What is our cost position in order to respond to price pressure?
- Is there still an opportunity to increase IPBr volume market share? i.e. IPBr added more routinely to albuterol therapy.
- Should we consider plans for Roxane to introduce a "generic" Combivent UDV?

The final paper must address these issues together with others felt appropriate from your side, plus display the following numerical information for the period 1994 to 2000, plus to 2005 where possible:

- market (all substances)
- sales in units and dollars for IPBr, albuterol, DSCG for BIPI, Roxane, other companies

Clearly the goal is to minimise the loss of IPBr volumes to non-BI companies, plus add extra business with albuterol and cromoglycate and develop overall IPBr market.

We agreed that Ed would send this provisional paper to Ian by 15/11/95, with final paper to myself by 22/11/95, ready for my PEP presentation on 27/11/95. Perhaps you can also take the opportunity to "fine-tune" your paper on 20/11/95, prior to your Ethical Pharma Committee Meeting in Ridgefield.

Again, my thanks for your assistance with this important PEP initiative, please give me a call if we need to clarify this issues, or if I have not correctly interpreted your situation.

Looking forward to receiving your final input.

With best regards,

David Townley

cc: Mr. S. Berkle, BIPI
    Mr. D. Marshall, BI GmbH
    Mr. N. Valentin, BI GmbH

CONFIDENTIAL ATTORNEYS' EYES ONLY

RLI FL 0000072
RLI-AWP-00084975
ROX029-3875    L

f    UDV

**TUPA, ED               ROXUS**

From:      TOWNLEY,DAVID    SGEPH BIGDE
To:        MILLS,IAN        MK BIPUS; TUPA, ED         ROXUS
Cc:        MARSHALL,DAVID   SGEPH BIGDE; BERKLE,SHELLY   FN BIPUS
Subject:   UDV Strategy USA
Date:      Thursday, October 26, 1995 7:06PM

Dear Ian and Ed,
   During recent PEP workshops, it has been recognised that there could be significant latent sales potential in the nebuliser solution and specifically the UDV market, if we were to take the leadership in the following ways :

→ 1. strongly force UDVs in markets where introduced
   2. launch UDVs in new markets, particularly continental Europe
→ 3. defend against generic erosion of Atrovent from non-BI companies
   4. add non-BI substances to the range, ie. albuterol, cromoglycate, budesonide

   A preliminary proposal based on big assumptions was prepared by myself and David Marshall under "sponsorship" of Paul Stewart (BI South Africa) and support of his Marketing Director, John Heath. This preliminary proposal suggested that if we do all of the above strategies right, we could realise DM 638 mio by 2000 instead of the currently planned DM 277 mio, thus contributing DM 361 mio to closing the strategic sales gap.
   Needless to say these numbers stimulated some "colouful" discussion, although the basic concept was accepted. I believe the numbers indicate an order of magnitude if we really do this right I Copy of this presentation will be on the fax to you first thing tomorrow CET.
   Since the USA currently accounts for some 50% of the world nebulising solution market, I would greatly appreciate your input as we put the meat onto the bones of the strategy.
   Shelly and I have talked through this tonight, and he suggested that I approach you directly to request your assistance. What we need from you is a clear strategic outline of overall USA plans with specific referencce to points 1, 3 and 4 above to also include sales forecasts for the PEP planning period, ie.1996-2000. This should be from a total USA perspective, ie. BIPI and Roxane combined strategy. For example, how much ipratropium UDV business can Roxane take from BIPI and how do we "shut out" other non-BI generics as far as possible. What is likely to be the change in price levels? Does offering a bundle of UDV substances assist and by how much? Who are our likely competitors both current and new entrants and what is their likely response?
   As you can imagine, time is getting tight for these types of inputs into PEP and I would greatly appreciate if your preliminary outline could be with me by 6-Nov-95 latest, so that I can give more input at the special SBU meeting 9 and 10 Nov. We will then need to finalise the International UDV strategic proposal for input at next PEP workshop 27 - 28 Nov, thus requiring final USA input by 22-Nov-95 latest.
   Apologies for the time pressure, but I'm sure that you share my feeling that if we do it right there's a lot of business to be had !
   Many thanks for your assistance - perhaps we should set up a teleconference to review further, how about Tuesday 31-Oct at 09.00 your time?
   With very best regards, Dave





Page 1

ROX-04860

TXEX00836