# Exhibit 31

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Page 1

DOCKET No. X07CV-03-0083296 S(CLD)| SUPERIOR COURT
                                  |
_____    |
                                  |
STATE OF CONNECTICUT              | COMPLEX LITIGATION
                                  | DOCKET at TOLLAND
V.                                |
                                  |
DEY, INC., ROXANE LABORATORIES,   |
INC., WARRICK PHARMACEUTICALS     |
CORP., SCHERING-PLOUGH CORP. and  |
SCHERING CORPORATION              |
                                  |

          DEPOSITION OF EDWARD TUPA
             November 10, 2005


        PURSUANT TO NOTICE, the deposition of EDWARD
TUPA was taken on behalf of the Plaintiff at 62927
U.S. Highway 40, Granby, Colorado, on November 10,
2005, at 9 a.m., before Lois Spangler-Frank, a
Registered Merit Reporter and Notary Public within
the State of Colorado.

bbdf0b9a-139a-4407-aaa2-4bf411b18ec4

```
                                                          Page 2
 1                    A P P E A R A N C E S

 2

 3    For the Plaintiff:        JEFFREY GOLDENBERG, ESQ.

 4                              Murdock Goldenberg Schneider

 5                                & Groh, LPA

 6                              35 East Seventh Street

 7                              Suite 600

 8                              Cincinnati, OH 45202-2446

 9

10    For the Defendant:        PAUL J. COVAL, ESQ.

11    Roxane Laboratories       Vorys, Sater, Seymour

12                                and Pease, LLP

13                              52 East Gay Street

14                              P.O. Box 1008

15                              Columbus, OH 43216-1008

16

17    For the Defendant:        HELEN E. WITT, ESQ.

18    Roxane Laboratories       Kirkland & Ellis LLP

19                              200 East Randolph Drive

20                              Chicago, IL 60601

21

22
```

Page 76

1   of those specialty products to -- mostly home health
2   care, but I'm sure there were other areas.
3       Q    And so is it your understanding that Roxane
4   engaged the services of this consultant, Mark Pope,
5   to assist with the marketing strategy for this new
6   market?
7       A    It was -- it was primarily to assist in an
8   understanding of the marketplace, which we didn't
9   have, to identify the targets, which we didn't know,
10  and understand how they function, how they buy, who
11  their suppliers are, how they operate.
12           So in that regards, yes, to -- to offer the
13  data or assistance to the company to write its
14  marketing plan.
15      Q    Okay.  And with respect to this '94 to '98
16  time period, is it your understanding that
17  wholesalers began playing a much larger role in the
18  distribution of Roxane's products?
19      A    Yes.
20      Q    Who were some of the big players in the
21  wholesale industry at that point in time that Roxane
22  was dealing with?

1   believe so.
2       Q    Do you know when Leslie Paoletti joined the
3   marketing department?
4       A    No, I don't.
5       Q    Did Leslie join the marketing department after
6   Judy?
7       A    I just don't know that.
8       Q    And then what was Tom Via's position with
9   Roxane in January of 1997, if you recall?
10      A    He was product manager for the branded palette
11  of care products.
12      Q    Which would have included Oramorph SR,
13  correct?
14      A    It would have, yes.
15      Q    Okay.  And was his department under your
16  supervision then?  The group that he worked for at
17  that time, was it under your supervision as the vice
18  president of marketing and sales?
19      A    He would have been within the department that
20  I supervised, managed, yes.
21      Q    And I see down at the bottom here -- do you
22  see a CC line?

bbdf0b9a-139a-4407-aaa2-4bf411b18ec4