# Exhibit 35

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

# POPE & ASSOCIATES
1445 SPROUL AVENUE, NAPA, CALIFORNIA 94559
Phone 707-255-9178 fax 707-257-2202

February 13, 1996

Mr. Ed Tupa  
Vice President, Sales & Marketing  
Roxane Laboratories  
P.O. BOX 16532  
Columbus, Ohio 43216

copy: T. Via  
G. Walsh  
J. Powers

Dear Ed:

The purpose of this communication is to update you on the findings of my recent activities and inquires and to suggest certain courses of action regarding the Ipratropium Bromide product launch.

According to Mr. Gary Collins, President, Professional Reimbursement Inc., Joe Ashey's memo dated November 14, 1995. appears to be correct. Mr. Collins may a be good source for this type of information in the future. He can be reached at 407-246-0899. Additionally, according to Mr. Lee Pippin, Director of Infusion Services for Hall's Pharmacy, a compound pharmacy in Fort Worth Texas, getting a good reimbursement rate can depend on how you report the information. This issue is cloudy at best.

**Halls Pharmacy Inc., Fort Worth, Texas** This is a reasonably large independent compounding homecare pharmacy which services the greater Fort Worth area. Here are a few salient points from our meeting.

- Ipratropium Bromide costs them roughly $.12 each to compound, not including labor. The package is a screw cap vial and it must be refrigerated. Each dosage is custom filled for that particular patient although I sense this is "the company line", so to speak. They ship in 30's and see no real value in packaging 25's. Since the dosage is TID - 30's make logical sense. It was indicated that they would strongly consider purchasing instead, providing the price was not outrageous. I will confirm the accuracy of this figure with other compounders, get a handle on the actual number and report back as soon as possible.

- There is a company located in Houston Texas called Pharmacy Compounding Corporation of America ( PCCA). They are a supplier of compounding agents and have a rather extensive customer and membership list. I believe their membership to be between 2500 and 3500. They have a national convention in the fall and their joining fee is approximately $6000. I am currently working on getting the mailing list, or at least part of it, through my contact. If we are successful, we will have access to the bulk of the high volume compounders. This alone would save us lots of spade work and allow us to quickly target the right pharmacies. I'll keep you appraised of progress.

RLI FL 0002709

RLI-AWP-00087612  
ROX029-6512      F

Additionally, it is interesting that in 1990 there were about 25,000 retail pharmacies. Now the number has decreased to approximately 18,000 and is expected to further decrease to about 10,000-15,000 by the year 2000. It seems likely that the surviving retail pharmacies (non chain) will need to specialize to even survive in these highly competitive times. There is a strong commitment behind this niche. We may benefit by staying close to what these people are doing.

**Columbia Homecare Group**, Dallas, Texas. Formerly known as Keystone Homehealth Management. This is a typical example of the rapid consolidation occurring within this market segment. For Example: They were originally owned by EPIC Healthcare, then Health Trust, and finally Columbia Healthcare.

I met with Mr. Larry Box, Vice President, Ancillary Services at the request of Mr. Bert Rawald, President & C.O.O. It's clear that almost everyone has their eye on the respiratory market including Columbia. At this juncture, they outsource this component through APRIA in Southern CA. However, they plan to be providing their own meds to patients within the next several months, so my visit was timely. Larry Box is looking for information which he can't ask of APRIA for obvious reasons, I agreed to feed him what I could.

**Vital statistics**

- Revenues $861 Million
- Publicaly held
- They are currently trending at 20 million homecare patients
- 98% Medicare
- 600 homecare patients in Dallas metro area
- Columbia owns a mail-order pharmacy in Pittsburgh called Pharmaceutical Solutions
- They manage 85 homecare agencies for Columbia
- The parent Columbia owns 195 home healthcare pharmacies
- Corporate identity is an important issue, so private label could be important to them in the longer term
- Owen healthcare manages the pharmacy purchasing for Columbia HCA

Given that Owen Healthcare manages Columbia's pharmacy component, we are in a very good position. George Plava, Owen's contract negotiator faxed me a document (attached) indicating Columbia and Owens usage for Atrovent solution. Based upon my conversations with Herb Stokes, Owner's Vice President and Plover's boss. I think we could wrap this up, homecare and all, before anyone even knew what happened. Owen / Columbia see themselves as hybrid healthcare companies and are looking less and less like traditional GPOs. If you like, I'll pursue this situation with Owen and work with Jerry to help develop a long term agreement with them.

**Signature Home Healthcare** Dallas, Texas

I Met with Kathy Nakashima, Vice President of Marketing.

- Privately held and was purchased from VHA in 1992
- Offer all homecare services
- They currently purchase through the HSCA contract and have about 5,000 respiratory patients. They seem reasonably committed to contract.

RLI FL 0002710

RLI-AWP-00087613
ROX029-6513

page3

- Patient mix is about 10-20 % respiratory
- Large infusion program

Suggest no further action until we approach HSCA with offer.

**Healthcare Holdings, Dallas, Texas**- Mariel Van Assendelf, Vice President - meeting canceled, will reschedule.

Additional Information:

Enclosed is a letter from SMG Marketing Group and some information on several valuable data bases for the Long Term Care, Hospital, GPO and Integrated Healthcare Networks (HINs). For what it's worth, Dey had the SMG people at their recent National Sales Meeting. I'm sure you are quite familiar with this material but, just in case you haven't seen it lately, here it is. Generally, I've found the information to be reliable.

I think the Long Term Care data base would be appropriate for blitzing the market in an accurate and timely maner. If, in fact, that's the approach you wish to take.

I'll be traveling to Denver tomorrow to see PBI, Coram Healthcare and Health Scripts. I'll call you first thing Wednesday morning.

Best Regards,

Mark S. Pope

RLI FL 0002711
RLI-AWP-00087614
ROX029-6514        L