# Exhibit 36

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

# POPE & ASSOCIATES
### 1445 SPROUL AVENUE, NAPA, CALIFORNIA 94559
Phone 707-255-9178  fax 707-257-2202

Date: March 4, 1996
To: Mr. Ed Tupa
From: Mark Pope
Re: Southern CA. & Orlando trip report

copy: T. Via
G. Walsh
J. Powers

Last week's meetings proved to be an interesting mixture of mild intrigue and significant potential opportunity.

It seems that Boeringer has decided to create a new pricing floor for Atrovent UD via the recent contract offers to APRIA and ROTECH. I must admit that I don't quite understand the logic behind this move. As I recall, Joe Ashey mentioned, during our first meeting; that Boeringer anticipates maintaining significant sales volume because of customer loyalty. If that's so, why not wait until the competitors introduce their product. After all, won't the pricing floor be based upon current acquisition prices? Candidly, I have been told by many customers that there is no love lost with Boeringer and they'll buy from any one else they can. Wouldn't it be best for Boeringer as a PMA company, to keep the price stable and let Roxane handle the generic battle that will surely rage in late September. Perhaps I'm missing something.

### APRIA HOMECARE, Camarillo CA.

I met with three persons from APRIA, Corporate Director & General Manager, Mary Ann Hale, Pharmacy Manager and BOB (Ozzie) Osbakken, Operations Manager. It was an unusual meeting due to the recent proposed Boeringer contract twist. Manning seemed somewhat amused, because of the size and weight of it. The long story short is, that they intend to sit on it for awhile, as they consider their options.

### Highlights

- They are tight with Dey and are looking to maintain their status as the country's largest respiratory homecare provider. They feel Dey has a lot to offer, and "they haven't dropped the ball".
- Currently, they use about 17,000 cartons of Albuterol UD 25's per month. Manning estimates Ipratropium at one ninth or roughly 1,800-25's.
- MDI's of interest
- Compounding represents no more than 10 % of their volume
- Private label not of interest due to anticipated "government issues".
- Patient load is about 60% Medicare
- Combivent of keen interest
- Human growth hormone business will be a big focus in "96
- Consider their big cost issues in distribution not in product.
- Want to deal with proactive companies who can make quick decisions, with out the games.
- Concerned about reimbursement issues.

RLI FL 0002697

RLI-AWP-00087600
ROX029-6500        F

**Bottom line :**

I think the proposed Boeringer contract muddied the waters, and did nothing but lower the starting price for Roxane and the rest of the future competitors.

**PCS Health Systems , Minneapolis MN.**

I had a dinner meeting with an old friend and business associate Mr.Jim Herrick, Vice President, Strategic Contracting. Jim sent his regards to Mr. Wjiota and Dick Surface.

Today, PCS processes over 25% of all US scripts and is currently developing several programs to create additional new revenue streams. They intend to enter the Mail-order prescription market and feel that they can quickly garner a major market share. We have an inside track on Ipratropium Bromide and other products, if we don't wait too long.

The big opportunity, however, may lie in participating in a non traditional type arrangement which has been kicked around, during my tenure, at Schein Pharmaceutical. It has to do with product consignment to the retail chains, a prescription filling fee and a cut the profits to PCS.

PCS is interested in working with only three companies and one of them will be MYLAN. How does the Roxane line match up to them, will be a question they'll ask. I think a well timed meeting with Jim could prove quite interesting. There's no question this proposed program has risks, but could prove incredibly profitable. When you consider that they pay 25% of the bills, that puts them in a position to gain access to an tremendous amount of valuable market information. If you don't mind, it's easier to explain in person and candidly, the concept is not fully developed.

**Waleka Pharmacy, Fl.**

Met with company President, Dan McLain . This is a mid sized homecare pharmacy which does compound when appropriate. They received a letter from the FDA concerning the manufacturing aspect of this practice, so they decided to purchase products that are readily available rather than take on the FDA. Additionally, they received a three page questionaire from the FEDs, inquiring about every aspect of the homecare compounding business and other pertinant information.

This company is owned by an individual who is probably near retirement and has made his fortune. They will be a good source of information and have decent sales potential. Relations with DEY seem OK. However he eluded to the problem with the Drs. getting their samples in a timely manner. Although, I suspect this situtation has been resolved by now. I am awaiting a copy of the survey, from Dan and will forward it As soon as I receive it.

**Rotech, Orlando FL.**

For the benefit of the rest of the team, I'll recap the meeting with Mr. Bill Kennedy, President. Bill is certainly, an entrepreneur and apparently a very successful one. Rotech is now a publicly held company traded on NASDAQ as ROTC-OTC.

RLI FL 0002698
RLI-AWP-00087601
ROX029-6501

page 3

**Highlights:**

- Considered one of the best small companies in America in a Nov. 6, edition of Forbes
- Focus is on respiratory care and home infusion.
- Has their own form fill seal machine and have filed for Albuterol- approval not eminent.
- One of the nation's largest single users of respiratory care medications.
- Ipratropium Bromide volume estimated, by Kennedy, at 9 % of Albuterol UD.
- Albuterol volume approx. 2 million doses monthly.
- Price is number one consideration
- Not interested in Boeringers proposal.
- Has 25 homecare pharmacies & 300 locations
- Belongs to PBI, GYNAS, and HSCA
- Uses the Dey sample program, which takes the Dr. about two weeks for delivery.
- Rebates are OK with him because he has no profit center sharing issues to deal with.
- MDIs and othe Roxane products are of interest if he can make a buck at it.

**Bottom Line:**

Kennedy contends, he needs a reason to be loyal, and the clock is ticking. $$$ My guess is that it depends whether DEY is willing to absorb the price differential for the four month period before they come to market. If, in fact, they enter the market at the end of September '96.

RLI FL 0002699

RLI-AWP-00087602
ROX029-6502        L