# Exhibit 37

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

# POPE & ASSOCIATES
1445 SPROUL AVENUE, NAPA, CALIFORNIA 94559
Phone 707-255-9178 fax 707-257-2202

Date: February 23, 1996
To: Mr. Ed Tupa
From: Mark Pope
Re: Denver Trip report

copy: T. Via
G. Walsh
J. Powers

Dear Ed,

Last week I met with Mr. Kurt Talley, President of Health Script in Denver Colorado. Talley was an understudy of Marty Wygod past CEO of MEDCO containment and has a strong medical and management background. They recently sold to a small publicly owned, San Diego based Pharmaceutical company. Talley is a knowledgeable veteran of this business and is by reputation, a "straight shooter".

We had a candid conversation over lunch and he voiced concerns about Boeringer's apparent lack of understanding of their marketplace. Further he stated that historically, "it seems no one can make a decision in a timely manner". For some reason, he felt that there was likely to be a lot of "game playing" going on with this product and this perception seemed to concern him greatly

*Discussion points:*

- He holds Dey in high regard, but agreed to keep our conversation confidential.
- Talley suggests that AWP should be set at no lower than 20% less than the brand. I think 10% would be best.
- There must be a financial incentive to push Ipratropium in his program. Otherwise, why not just promote Albuterol. They used to do more with Atrovent but don't find it financially attractive. I think the past back orders effected this situation.
- MDIs are of keen interest
- Albuterol unit dose usage estimated at 1.5 million units yearly.

*Health Script deal points:*

1. To deal with companies and individuals who can make decisions/agreements and stick to them
2. Two-three year agreements with market reduction clauses
3. Favored nation pricing status
4. Hates rebates- wants it upfront. He contends that his costs don't come later, why should his incentive.
5. Private label is of interest because of potential reimbursement issues

*Conclusion/recommendation:*
I doubt that his thoughts and wants are far from the perception/reality of the marketplace. I believe a good long term agreement can be negotiated, only if his concerns are dealt with and his deal points largely met.

RLI FL 0002695

RLI-AWP-00087598
ROX029-6498        F

*Coram healthcare, Denver Colorado:*

I met with Mr. Joe Bane, Vice President, Materials Management. This $600 million home care (infusion based) provider purchased Caremark last January and is now the #1 infusion company in the industry.

Coram was formed through a series of mergers of several large homecare providers, T2 Medical, Curaflex Health Services, Health Infusion, Medisys and lastly HMSS. Because of the massive overlap, they are currently consolidating, closing down offices and streamlining their operations. Additionally, they are the focus of a government investigation regarding kickbacks by Caremark and possibly others. In spite of all this, they ultimately plan to enter the respiratory market themselves. They currently outsource this service through Lincare in Tampa Fl. The respiratory market will not become a priority issue this year.

Bane indicates that they have the ability to mandate over 95% compliance. This mandate has been directed in the north east for 1996. They have no interest in rebates because of the kickback investigation and the issue of assigning the credit. Apparently Medicare issues are also a consideration.

*Bottom line:*

When these people decide to get into the respiratory market place, we want to be in position. Joe happened to be the recipient of a Bounty Hunter Christmas gift from another vendor. We have a good rapport and he will be a good source for information when we need it.

*Pharmaceutical Buyers Inc. (PBI)*

Had dinner with David McCay, CEO and very happy camper. Last month they sold 80% of their stock to a joint venture between Mass. Mutual and D & K, a drug wholesaler located in St. Louis Bob Korenblat, President will stay on and run the business, while McCay improves his fly casting. PBI has a strong presence in the home care and long term care market. Their current sales with Dey run nearly $10 million yearly.

Last December at the ASHP, Korenblat seemed to have somewhat a slightly negative attitude about Roxane. Although, I suspect he is softening now. There are, however, no kind words for Boeringer, what so ever. It is estimated by PBI that non contract sales by PBI members for Atrovent are running about $9-10 million yearly. My concern is that Roxane could possibly be punished because of the perceived sins of Boeringer. Relationship with Dey is strong.

*Summary:*

1. Thus far, rebates seem to be met with some resistance, as Medicare investigations and cash flow issues present potential hurdles. Basically, people just want it simple.
2. Roxane, may very well, be punished because of the market's perception of Boeringer's inflexibility and apparent lack of empathy for customer issues and concerns.
3. Dey has continued to maintain a strong position within the customer community and will not be an easy opponent to unseat. To do so, the customer base must be presented with real savings to the bottom line well before competition is likely. If we wait too long, the previously mentioned negative perception of Boeringer will greatly reduce our chances to garner a major market share.

RLI FL 0002696

RLI-AWP-00087599
ROX029-6499        L