# Exhibit 38

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

```
                    SUPERIOR COURT
                 COMPLEX LITIGATION
                  DOCKET at TOLLAND

STATE OF CONNECTICUT,
         Plaintiff,

    vs.                              Docket No.
                                     X07 CV-03-0083296-S(CLD)
DEY, INC., ROXANE LABORATORIES, INC.,
WARRICK PHARMACEUTICALS CORP.,
SCHERING-PLOUGH CORP.
AND SCHERING CORPORATION,
         Defendants
~~~~~~~~~~~~~~~~~~~~~~~~~~~~

                      CONFIDENTIAL

                     DEPOSITION OF

                      THOMAS VIA

                   October 18, 2005
                      9:30 a.m.

                  52 East Gay Street
                   Columbus, Ohio

                 Lori M. Barnes, RPR
```

8fbb18ab-d23f-4ad7-b844-f547fe7929d8

```
                                                                Page 2
 1                         APPEARANCES:
 2           .
 3       ON BEHALF OF PLAINTIFF.
 4       JEFFREY GOLDENBERG, ATTORNEY AT LAW
 5       MURDOCK, GOLDENBERG, SCHNEIDER & GROH, LPA
 6           35 East Seventh Street, Suite 600
 7           Cincinnati, Ohio 45202-2446
 8           .
 9       ON BEHALF OF ROXANE LABORATORIES, INC.
10       PAUL J. COVAL, ATTORNEY AT LAW
11       VORYS, SATER, SEYMOUR AND PEASE, LLP
12           52 East Gay Street
13           Columbus, Ohio 43216-1008
14           .
15       THEODORE J. TUCCI, ATTORNEY AT LAW
16       (VIA TELEPHONE)
17       ROBINSON & COLE, LLP
18           280 Trumbull Street
19           Hartford, Connecticut 06103-3597
20           .
21           .
22           .
23           .
24           .
25           .
```

1           A.    Yes.
2           Q.    But you don't recall the concept
3     of AWP being discussed at any of these sales
4     meetings; is that correct?
5           A.    Correct.
6           Q.    I think we're through the 1997
7     time period.
8                 MR. COVAL:  Would this be a
9     logical place for a break?
10                MR. GOLDENBERG:  Sure.
11                (Recess taken.)
12          BY MR. GOLDENBERG:
13          Q.    Tom, we just went through your
14    position with Roxane from 1994 to 1997, which
15    was a product manager, and you listed the
16    five products that you had responsibility for
17    during that time period.  Were you promoted
18    in 1997 to a new position?
19          A.    It wasn't a promotion.
20          Q.    Okay.  What happened in 1997 with
21    respect to your employment?
22          A.    It was a lateral move back out to
23    the field.
24          Q.    What position did you take at that
25    time?

Page 82

1  A. National account manager in trade
2  relations.
3  Q. And was that a position with
4  Roxane or Boehringer Ingelheim?
5  A. It was -- I was employed by
6  Roxane, but I represented both product lines.
7  Q. And when you say "both product
8  lines," you mean you represented Roxane's
9  product line and Boehringer Ingelheim's product
10 line, correct?
11 A. Correct.
12 Q. And you began that position in
13 1997, correct?
14 A. Correct.
15 Q. And are you currently in that
16 position today?
17 A. Not in the same position I was in
18 1997, no.
19 Q. How long did this position last,
20 the national account manager in trade
21 relations?
22 A. Employed by Roxane?
23 Q. Correct.
24 A. Until January of 2001 -- Actually,
25 technically it would be December of 2000.

8fbb18ab-d23f-4ad7-b844-f547fe7929d8

Page 83

1   Q. So from 1997 to 2000, you were a
2   national account manager in trade relations
3   employed by Roxane; however, your
4   responsibilities included product lines for
5   Roxane and Boehringer Ingelheim, correct?
6   A. Correct. At some point the
7   national account manager became national
8   account director, but I can't tell you when
9   that happened.
10  Q. Did that impact your job
11  responsibilities when you changed from manager
12  to director?
13  A. No.
14  Q. In 2001 did your title remain the
15  same?
16  A. National account director.
17  Q. Were you still employed by Roxane
18  at that point?
19  A. No, at that point I was employed
20  by Boehringer Ingelheim.
21  Q. And what is your understanding of
22  why you were switched from an employee of
23  Roxane to an employee of Boehringer Ingelheim
24  in that 2001 time period?
25  A. At that point I was going to be

Page 156

1       deposition itself?
2                MR. COVAL:  At the deposition
3       itself is fine.
4                THE WITNESS:  I don't remember if
5       I did or not.
6                MR. COVAL:  Well, that's your
7       answer.
8                THE WITNESS:  I can't recall the
9       specific date, but I have seen this before.
10          BY MR. GOLDENBERG:
11          Q.   Okay.  Let's move on then.  Was
12      this document -- This document was prepared
13      by you, correct, because it has your name on
14      the bottom?
15          A.   Correct.
16          Q.   This was prepared in the regular
17      course of your business activities with
18      Roxane, correct?
19          A.   Correct.
20          Q.   And also this was prepared as part
21      of your regular job duties, responsibilities
22      with Roxane, correct?
23          A.   Correct.
24          Q.   And when was this document created?
25          A.   It was dated April 17, 1996.  I

Page 157

1  have no reason to believe it wasn't anything
2  other than that date.
3       Q.    And this is -- I just want to be
4  clear. This is a document that you prepared,
5  correct?
6       A.    Well, yeah.
7       Q.    You are the author of this
8  document, correct?
9       A.    Yes, with input from others.
10      Q.    Okay.  From whom did you receive
11 input?
12      A.    I would have received input from
13 Ed Tupa and from Mark Pope based on the
14 previous exhibit that you showed me.
15      Q.    Okay.  After reviewing this
16 document, which is Exhibit 7, do you recall
17 now whether you adopted most of Mr. Pope's
18 suggestions?
19      A.    It appears as though that was the
20 case.
21      Q.    A few questions about this
22 particular document.  If you go to the first
23 page and you look at the heading, it says,
24 "Market overview."  Do you see that?
25      A.    Yes.