# Exhibit 41

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

12-Sep-00  02:18pm  From-ROXANE LABS I/S DEPT          614-276-5260        T-901  P.02  F-811

# New Product • Price • Package Information



NUMBER _____7_____

DATE ___May 10, 1996___

### Ipratropium Bromide Inhalation Solution UDV

Ipratropium Bromide Inhalation Solution UDV will be available for shipment on June 3rd, 1996 in the following dosage strength and package size:

| Product Description/ Strength | Package | NDC List No. 0054 | AWP Price | WAC Price |
|---|---|---|---|---|
| Ipratropium Bromide Inhalation Solution UDV 0.02% | 25 Vials Per Carton | 8402-11 | $44.06 | $26.44 |

| Shipper Information | Weight | Dimensions(Case) | Cube |
|---|---|---|---|
| Ipratropium Bromide Inhalation Solution UDV 0.02% | 18 lbs./ case | 20 5/8" x 15 1/8" x 18 5/8" | 3.362 ft.3 |

PAOLETTI 07348

RLI-AWP-00074015
ROX028-1517    F