# Exhibit 42

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

**InterOffice Memo**

| | |
|---|---|
| **To:** | Ed Tupa |
| **From:** | Tom Via |
| **Date:** | April 28, 1996 |
| **Subject:** | IBUDV Pricing Strategy for Legal Review |

The homecare market is a class of trade Roxane Laboratories has not sold to in the past. Realizing this market would operate in a different manner from other classes of trade we have sold to, a consultant was hired to provide insight into how this segment of the market operates. The consultant group, Pope and Associates, was instructed to examine all aspects of the homecare market, including pricing structures and strategies that would be necessary for success of Roxane's Ipratropium Bromide Unit Dose Vials (IBUDV).

One item that Roxane was aware of and verified by the consultant group, is that the warehousing chains all have a homecare segment in their operation. For this reason it will be necessary to extend the same volume discount to the warehousing chains that the homecare pharmacies will be offered.

Based on the findings of Pope and Associates the following pricing strategy has been developed:

Homecare pharmacy will be offered a contract price of $23.80. This price is arrived at by taking the AWP less 40% to arrive at wholesale acquisition cost (WAC) less the 10% that will be offered as part of the source program for other segments of the market.

| AWP | less 40% | WAC | less 10% | Homecare Direct Contract Price |
|---|---|---|---|---|
| $44.08 | | $26.44 | | $23.80 |

In addition to the above contract pricing, discounts will be offered based on the quantity of IBUDV that is ordered. This volume discount will be available to both the homecare and warehousing chain segments of the market. This discount will be 2% off invoice for orders of 5 to 11 cases (240 to 528 units of 25). If the account orders 12 or more cases (576 units or more) a discount of 5% will be taken off invoice. This discount can be offered because there is an economic advantage to Roxane to sell IBUDV in these larger quantity orders. By shipping in these quantities we are able to reduce our costs related to shipping, which we in turn are able to pass on to the customer. All homecare pharmacies and warehousing chains will be eligible for this volume purchase discount.

One point of clarification that will be required from legal is if the discount can be offered if product is shipped to more than one location. The basis of the discount is Roxane's costs associated with shipping the order will be lower per unit on the higher quantity orders. If we ship to multiple sites the cost savings will be eliminated, will this affect the legal basis of offering a volume based discount?

It cannot be stressed strongly enough of the importance of offering volume based discounts to this segment of the market. This is standard practice within the homecare market. If Roxane does not offer this type of price structure, we will be at a competitive disadvantage, resulting in a weaker position in the market. If our position is weak, Roxane will find it very difficult to meet the challenge of Dey Laboratories after they launch IBUDV.

ROX-CA 001981

Via  EXHIBIT# 8
10-18-05  PAGES

AGORL001984

IBUDV Pricing Strategy for Legal Review     11/01/01                                        Page 2

In addition to the above price structure a loyalty bonus will be offered on this product. This bonus will be structured like the loyalty bonuses that are already being offered by Roxane Laboratories. In essence the homecare agency will receive a 3% rebate if they use the Roxane/Boehringer Ingelheim product exclusively. This rebate will be paid on a quarterly basis, 1/2 of the earned bonus for the quarter will be paid at the end of the quarter, the remainder is placed "in the bank" to be paid out in the next quarter. If the account does not remain loyal to Roxane and purchases competitive products the money that was withheld for the bank is forfeited.

Roxane's Contract Sales and Administration Department is preparing a contract that will include the above information, upon review from legal. This contract will be two years in length and will include a first right of refusal clause to protect our position in the market.

ROX-CA 001982

AGORL001985