# Exhibit 43

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

April 22, 1996

# New from Roxane Laboratories, Inc.
# Ipratropium Inhalation Solution Unit Dose Vials (UDV)

Roxane Laboratories brings you the **FIRST** generic form of Atrovent®. *
   Manufactured by Roxane Laboratories.
   Exact formulation and packaging of Atrovent.
   Cost Savings- Compare acquisition cost and AWP.

## ORDER TODAY!

**90 Days Dating** on first order (must be on separate order)
**Guaranteed** return

### Ipratropium Inhalation Solution UDV

| Strength | Package Size | Wholesale Cost | AWP | NDC List No. |
|---|---|---|---|---|
| 0054 | | | | |
| 0.02% | 25 vials | $26.44 | $44.06 | 8402-11 |

Sincerely,

Gerald L. Walsh
Director, Key Accounts

*Atrovent is a registered trademark of Boehringer Ingelheim

D0040343
RLI-AWP-00430904
ROX072-1049    FL