# Exhibit 45

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



12-79999

P.O. Box 16532 • Columbus, Ohio 43216-6532 • Phone 614/276-4000 • Fax 614/274-0974

## NOW AVAILABLE FROM ROXANE LABORATORIES, INC
## IPRATROPIUM BROMIDE INHALATION SOLUTION 0.02% UDV
### (UNIT DOSE VIALS)

Roxane Laboratories, Inc. is pleased to announce the availability of Ipratropium Bromide Inhalation Solution 0.02% UDV (25's), the first and only generic equivalent of Atrovent® Inhalation Solution UDV.

### PRODUCT INFORMATION

- Ipratropium Bromide Inhalation Solution 0.02% UDV

- NDC 0054-8402-11

- Each carton contains 25x2.5mL vials in a foil pouch
  Each case contains 48 cartons

- AWP $44.06/Carton of 25 vials

- WAC Price $ 26.44/Carton

- 90 Days Dating on First Order, and must be in case lots

- Add to Source for 10% monthly rebate

- Loyalty Bonus Program (see attached)

MAY 30 1996

Orders may be placed directly with:

Roxane Laboratories, Inc.
Customer Service Department
P.O. Box 368 (900 Ridgebury Road)
Ridgefield, CT 06877

Call Customer Service at:  800-530-1631
Customer Service FAX :    800-520-1666



ROXANE • PAIN • INSTITUTE

ROXMA000166
RLI-AWP-00175991
ROX039-8674    F

Ipratropium Bromide Inhalation Solution 0.02% UDV
Page 2

The purchase of this product shall be subject to the provisions of this agreement and to Roxane Laboratories, Inc. (RLI) standard terms and conditions in effect at the time of purchase. This agreement shall be governed and construed in accordance with the laws of the State of Ohio and any and all disputes arising under or concerning this agreement shall be before the courts of the State of Ohio.

Roxane Laboratories, Inc. hopes that you will take advantage of this special offer and place your stocking order for Ipratropium Bromide Inhalation Solution 0.02% today! If you agree to place this product in your "source" program, please indicate your decision to promote Roxane's Ipratropium Bromide Inhalation Solution 0.02% UDV by returning a signed copy of this letter to the Roxane Contract Sales & Administration office by mail, or FAX your copy to 614/276-2470.

| Offered by: | Accepted by: |
|---|---|
| Roxane Laboratories, Inc. | *H.D. Smith Wholesale Drug* |
| P.O. Box 16532 | *1650 Industrial Drive* |
| Columbus, OH 43216-6532 | *Springfield, IL 62703*   also applies Smith Drug Greensburg, S. + Texas Drug Ft. Worth, TX |
| _____ Name | *Debra Mullen* |
| _____ Title | *Buyer* |
| _____ Date | *5/28/96* |

Product will be available for shipment beginning June 3, 1996.

Ipratropium Bromide Inhalation Solution 0.02% UDV (Roxane) packaging configuration data:

Carton dimensions:       9" (L)  1 3/4" (H)  6 5/8" (W)
Shipping Case contains:  48x25x2.5mL and weighs 18 lbs.
Shipping Case dimensions: 20 5/8" (L) 15 1/8" (H) 18 5/8" (W)

Atrovent® is a registered trademark of Boehringer Ingelheim International GmbH

W

ROXMA000167
RLI-AWP-00175992
ROX039-8675    L