# Exhibit 51A

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1758

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7620-03 | HEPARIN SODIUM/SODIUM CHLORIDE<br><br>INJ IJ   200 U/100 ML-0.9%<br>500 ml, 18s ea<br>HEPARIN/SOD CL | AP | 02 | RX | 176.34 | .00 | 144.00 | .00 | 04/03/95 |
| 00074-7620-59 | HEPARIN SODIUM/SODIUM CHLORIDE<br><br>INJ IJ   200 U/100 ML-0.9%<br>1000 ml, 12s ea<br>HEPARIN/SOD CL | AP | 02 | RX | 118.85 | .00 | 84.00 | .00 | 04/03/95 |
| 00074-7651-03 | HEPARIN SODIUM/SODIUM CHLORIDE<br><br>INJ IJ   5000 U/100 ML-0.45%<br>500 ml, 24s ea<br>HEPARIN/SOD CL | AP | 02 | RX | 252.80 | .00 | 159.84 | .00 | 04/03/95 |
| 00074-7651-62 | HEPARIN SODIUM/SODIUM CHLORIDE<br><br>INJ IJ   5000 U/100 ML-0.45%<br>250 ml, 24s ea<br>HEPARIN/SOD CL | AP | 02 | RX | 238.26 | .00 | 153.12 | .00 | 04/03/95 |
| 00074-7650-62 | HEPARIN SODIUM/SODIUM CHLORIDE<br><br>INJ IJ   10,000 U/100 ML-0.45%<br>250 ml, 24s ea<br>HEPARIN/SOD CL | AP | 02 | RX | 252.80 | .00 | 123.60 | .00 | 04/03/95 |
| 00074-7248-03 | HETASTARCH/SODIUM CHLORIDE<br><br>INJ IJ   6 GM/100 ML-0.9%<br>500 ml, 12s ea<br>HETASTARCH/SOD CL | | 02 | RX | 783.75 | .00 | 540.00 | .00 | 10/26/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

*Confidential*

*Red Book 00118*

ABT094-0118

F

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95

Contact Name:  HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1701-58 | HYPODERMOCLYSIS (W/TWO 22G NDLS) SET 48s ea DEVICE | EE | 03 | RX | 719.34 | .00 | .00 | .00 | 04/03/95 |
| 00074-7943-05 | INPERSOL (W/DEX 2.5%) SOL  TP 1000 ml, 12s ea DEXTROSE/ELECT | AT | 01 | RX | 98.32 | .00 | .00 | .00 | 02/01/83 |
| 00074-7943-07 | INPERSOL (W/DEX. 2.5%) SOL  TP 2000 ml, 6s ea DEXTROSE/ELECT | AT | 01 | RX | 69.11 | .00 | .00 | .00 | 02/01/83 |
| 00074-7943-08 | INPERSOL (W/DEX. 2.5%) SOL  TP 3000 ml, 4s ea DEXTROSE/ELECT | AT | 01 | RX | 52.96 | .00 | .00 | .00 | 02/01/83 |
| 00074-7943-13 | INPERSOL (W/DEX. 2.5%-250/500ML) SOL  TP 500 ml, 24s ea DEXTROSE/ELECT | AT | 01 | RX | 196.65 | .00 | .00 | .00 | 02/01/83 |
| 00074-7943-15 | INPERSOL (W/DEX. 2.5%-500/1000ML) SOL  TP 1000 ml, 12s ea DEXTROSE/ELECT | AT | 01 | RX | 98.32 | .00 | .00 | .00 | 02/01/83 |

Instructions: Please make corrections directly on this printout.

OK as is        OK with changes

Signature _____        Date _____

Confidential

Red Book 00119

ABT094-0119

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7943-17 | INPERSOL (W/DEX. 2.5%-1000/2000ML) SOL  TP 2000 ml, 12s ea DEXTROSE/ELECT | AT | 01 | RX | 138.22 | .00 | .00 | .00 | 02/01/83 |
| 00074-7943-18 | INPERSOL (W/DEX. 2.5%-2000/3000ML) SOL  TP 3000 ml, 6s ea DEXTROSE/ELECT | AT | 01 | RX | 69.11 | .00 | .00 | .00 | 02/01/83 |
| 00074-7943-27 | INPERSOL (W/DEX. 2.5%-1500/2000ML) SOL  TP 2000 ml, 6s ea DEXTROSE/ELECT | AT | 01 | RX | 69.11 | .00 | .00 | .00 | 02/01/83 |
| 00074-7944-05 | INPERSOL (W/1.5% DEX SOD.LACTATE) SOL  TP 1000 ml, 12s ea DEXTROSE/ELECT | AT | 01 | RX | 243.11 | .00 | .00 | .00 | 04/04/94 |
| 00074-7944-07 | INPERSOL (W/1.5% DEX SOD.LACTATE) SOL  TP 2000 ml, 6s ea DEXTROSE/ELECT | AT | 01 | RX | 186.16 | .00 | .00 | .00 | 04/04/94 |
| 00074-7944-08 | INPERSOL (W/1.5% DEXTROSE) SOL  TP 3000 ml, 4s ea DEXTROSE/ELECT | AT | 01 | RX | 51.77 | .00 | .00 | .00 | 02/01/83 |

structions: Please make corrections directly on this printout.

OK as is ⬜    ⬜ OK with changes

Signature _____    Date _____

Confidential

ABT094-0120

Red Book 00120

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7944-13 | INPERSOL (W/1.5% DEX, 250/500ML) SOL TP 500 ml, 24s ea DEXTROSE/ELECT | AT | 01 | RX | 192.37 | .00 | .00 | .00 | 02/01/83 |
| 00074-7944-15 | INPERSOL (W/1.5% DEX, 500/1000ML) SOL TP 1000 ml, 12s ea DEXTROSE/ELECT | AT | 01 | RX | 96.18 | .00 | .00 | .00 | 02/01/83 |
| 00074-7944-27 | INPERSOL (W/1.5% DEX, 1500/2000ML) SOL TP 2000 ml, 6s ea DEXTROSE/ELECT | AT | 01 | RX | 67.33 | .00 | .00 | .00 | 02/01/83 |
| 00074-7945-07 | INPERSOL (W/4.25% DEX.SOD.LACTATE) SOL TP 2000 ml, 6s ea DEXTROSE/ELECT | AT | 01 | RX | 111.79 | .00 | .00 | .00 | 04/04/94 |
| 00074-7945-08 | INPERSOL (W/4.25% DEXTROSE) SOL TP 3000 ml, 4s ea DEXTROSE/ELECT | AT | 01 | RX | 54.38 | .00 | .00 | .00 | 02/01/83 |
| 00074-7945-13 | INPERSOL (W/4.25% DEX, 250/500ML) SOL TP 500 ml, 24s ea DEXTROSE/ELECT | AT | 01 | RX | 199.50 | .00 | .00 | .00 | 02/01/83 |

Instructions: Please make corrections directly on this printout.

⬜ OK as is          ⬜ OK with changes

_____          _____
Signature                          Date

*Confidential*

ABT094-0121

Red Book 00121

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL  600643500

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By:  09/15/95

Contact Name:  HARRY ADAMS

Contact Phone:  (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7945-15 | INPERSOL (W/4.25% DEX, 500/1000ML) SOL   TP 1000 ml, 12s ea DEXTROSE/ELECT | AT | 01 | RX | 99.75 | .00 | .00 | .00 | 02/01/83 |
| 00074-7945-17 | INPERSOL (W/4.25% DEX,1000/2000ML) SOL   TP 2000 ml, 12s ea DEXTROSE/ELECT | AT | 01 | RX | 141.07 | .00 | .00 | .00 | 02/01/83 |
| 00074-7945-18 | INPERSOL (W/4.25% DEX,2000/3000ML) SOL   TP 3000 ml, 6s ea DEXTROSE/ELECT | AT | 01 | RX | 70.54 | .00 | .00 | .00 | 10/01/86 |
| 00074-7945-27 | INPERSOL (W/4.25% DEX,1500/2000ML) SOL   TP 2000 ml, 6s ea DEXTROSE/ELECT | AT | 01 | RX | 70.53 | .00 | .00 | .00 | 02/01/83 |
| 00074-4711-01 | INPERSOL ADMINISTRATION SET (11FR 11" W/L-CONNECTOR) CAT 6s ea DEVICE | | 03 | OTC | 189.38 | .00 | 135.12 | .00 | 04/03/95 |
| 00074-4351-03 | INPERSOL ADMINISTRATION SET (NV,W/O AUTO SHUTOFF VAL) SET 20s ea DEVICE | | 03 | OTC | 426.31 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____          _____
Signature                                      Date

Confidential

ABT094-0122

Red Book 00122

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07845-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4353-04 | INPERSOL ADMINISTRATION SET (NONVENT,W/DRAIN.CONTAIN) SET 20s ea DEVICE | | 03 | OTC | 740.29 | .00 | .00 | .00 | 04/03/95 |
| 00074-4356-02 | INPERSOL ADMINISTRATION SET (NV,Y-TYPE,W/O AUT.S-OFF) SET 20s ea DEVICE | | 03 | OTC | 441.51 | .00 | .00 | .00 | 04/03/95 |
| 00074-7892-05 | INPERSOL-LM (W/DEX,1.5%) SOL TP 1000 ml, 12s ea DEXTROSE/ELECT | AT | 01 | RX | 96.18 | .00 | .00 | .00 | 04/01/84 |
| 00074-7892-07 | INPERSOL-LM (W/DEX,1.5%) SOL TP 1000 ml, 6s ea DEXTROSE/ELECT | AT | 01 | RX | 67.33 | .00 | .00 | .00 | 04/01/84 |
| 00074-7892-27 | INPERSOL-LM (W/DEX,1.5%-1500/2000ML) SOL TP 2000 ml, 6s ea DEXTROSE/ELECT | AT | 01 | RX | 67.33 | .00 | .00 | .00 | 04/01/84 |
| 00074-7893-05 | INPERSOL-LM (W/DEX,2.5%) SOL TP 1000 ml, 12s ea DEXTROSE/ELECT | AT | 01 | RX | 98.32 | .00 | .00 | .00 | 04/01/84 |

Instructions: Please make corrections directly on this printout.

‾ OK as is          ‾ OK with changes

Signature _____

Date _____

*Confidential*

ABT094-0123

Red Book 00123

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7893-07 | INPERSOL-LM (W/DEX,2.5%) SOL  TP 2000 ml, 6s ea DEXTROSE/ELECT | AT | 01 | RX | 69.11 | .00 | .00 | .00 | 04/01/84 |
| 00074-7893-18 | INPERSOL-LM (W/DEX,2.5%,2000ML F SOL  TP 3000 ml, 6s ea DEXTROSE/ELECT | AT | 01 | RX | 69.11 | .00 | .00 | .00 | 04/01/84 |
| 00074-7893-27 | INPERSOL-LM (W/DEX,2.5%,1500ML F SOL  TP 2000 ml, 6s ea DEXTROSE/ELECT | AT | 01 | RX | 69.11 | .00 | .00 | .00 | 04/01/84 |
| 00074-7894-07 | INPERSOL-LM (W/DEX,4.25%) SOL  TP 2000 ml, 6s ea DEXTROSE/ELECT | AT | 01 | RX | 70.53 | .00 | .00 | .00 | 04/01/84 |
| 00074-7894-18 | INPERSOL-LM (W/DEX,4.25%,2000ML SOL  TP 3000 ml, 6s ea DEXTROSE/ELECT | AT | 01 | RX | 70.53 | .00 | .00 | .00 | 04/01/84 |
| 00074-7894-27 | INPERSOL-LM (W/DEX,4.25%,1500ML SOL  TP 2000 ml, 6s ea DEXTROSE/ELECT | AT | 01 | RX | 70.53 | .00 | .00 | .00 | 04/01/84 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

ABT094-0124

Red Book 00124

# RED BOOK

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-7371-03 | IONOSOL B/5% DEXTROSE (LIFECARE) INJ IJ 500 ml, 24s ea ELECT/INVERT SUGAR | 01 | RX | 369.93 | .00 | .00 | .00 | 04/03/95 |
| 00074-7371-09 | IONOSOL B/5% DEXTROSE (LIFECARE) INJ IJ 1000 ml, 12s ea ELECT/INVERT SUGAR | 01 | RX | 236.69 | .00 | .00 | .00 | 04/03/95 |
| 00074-7372-03 | IONOSOL MB/5% DEXTROSE (LIFECARE) INJ IJ 500 ml, 24s ea ELECT/INVERT SUGAR | 01 | RX | 336.87 | .00 | 204.24 | .00 | 04/03/95 |
| 00074-7372-09 | IONOSOL MB/5% DEXTROSE (LIFECARE) INJ IJ 1000 ml, 12s ea ELECT/INVERT SUGAR | 01 | RX | 212.61 | .00 | 128.08 | .00 | 04/03/95 |
| 00074-7372-62 | IONOSOL MB/5% DEXTROSE (LIFECARE) INJ IJ 250 ml, 24s ea ELECT/INVERT SUGAR | 01 | RX | 334.02 | .00 | 202.32 | .00 | 04/03/95 |
| 00074-7373-03 | IONOSOL T/5% DEXTROSE (LIFECARE) INJ IJ 500 ml, 24s ea ELECT/INVERT SUGAR | 01 | RX | 426.00 | .00 | 258.24 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

◻ OK as is     ◻ OK with changes

Signature _____

Date _____

Confidential

ABT094-0125

Red Book 00125

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1758

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7373-09 | IONOSOL T/5% DEXTROSE (LIFECARE) INJ IJ 1000 ml, 12s ea ELECT/INVERT SUGAR | | 01 | RX | 252.88 | .00 | 153.24 | .00 | 04/03/95 |
| 00074-7373-62 | IONOSOL T/5% DEXTROSE (LIFECARE) INJ IJ 250 ml, 24s ea ELECT/INVERT SUGAR | | 01 | RX | 423.80 | .00 | 257.04 | .00 | 04/03/95 |
| 00074-4357-01 | IPD DRAINAGE CONTAINER (4L) ACC 20s ea DEVICE | | 03 | OTC | 234.65 | 0.00 | .00 | .00 | 04/03/95 |
| 00074-6541-01 | IRRIGATION SET (SECONDARY) SET 20s ea DEVICE | | 03 | OTC | 131.81 | .00 | .00 | .00 | 04/03/95 |
| 00074-6599-01 | IRRIGATION SET (NV,LARGE BORE,Y-TYPE) SET 20s ea DEVICE | | 03 | OTC | 300.20 | .00 | .00 | .00 | 04/03/95 |
| 00074-3292-01 | ISOFLURANE LIQ IH 100 ml ea ISOFLURANE | AN | 02 | RX | 128.21 | .00 | 100.36 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

◯ OK as is          ☐ OK with changes

_____          _____
Signature                                        Date

Confidential

ABT094-0126

Red Book 00126

# **RED BOOK**

### **PRODUCT LISTING VERIFICATION**

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name:  HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4985-01 | ISOPROTERENOL HCL (ABBOJECT, 21GX1-1/2) INJ  IJ   0.02 MG/ML 10 ml, 10s ea ISOPROTERENOL HYDROCHLORIDE | | 02 | RX | 132.41 | .00 | 102.10 | .00 | 04/03/95 |
| 00074-4977-01 | ISOPROTERENOL HCL (BRN) INJ  IJ   0.2 MG/ML 10 ml, 10s ea ISOPROTERENOL HYDROCHLORIDE | AP | 02 | RX | 175.51 | .00 | 85.80 | .00 | 04/03/95 |
| 00074-4978-01 | ISOPROTERENOL HCL (BRN) INJ  IJ   0.2 MG/ML 5 ml, 10s ea ISOPROTERENOL HYDROCHLORIDE | AP | 02 | RX | 129.91 | .00 | 64.10 | .00 | 04/03/95 |
| 00074-1517-48 | IVEX-2 (R.F.-FILTER SET) SET 48s ea DEVICE | | 03 | OTC | 448.02 | .00 | .00 | .00 | 04/03/95 |
| 00074-2678-48 | IVEX-2 (0.22MIC W/FLASHBACK) SET 48s ea DEVICE | | 03 | OTC | 432.06 | .00 | .00 | .00 | 04/03/95 |
| 00074-2679-48 | IVEX-2 (0.22MIC W/Y-SITE) SET 48s ea DEVICE | | 03 | OTC | 421.80 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

\\ OK as is          ¨: OK with changes

Signature _____

Date _____

ABT094-0127

Red Book 00127

# **RED BOOK**

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 89/15/95
Contact Name:  HARRY ADAMS
Contact Phone:  (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2694-48 | IVEX-2 (H.P., PED. EXTENSION) SET 48s ea DEVICE | | 03 | OTC | 460.56 | .00 | .00 | .00 | 04/03/95 |
| 00074-4521-48 | IVEX-2 (H.P./FILTERSET) SET 48s ea DEVICE | | 03 | OTC | 466.26 | .00 | .00 | .00 | 04/03/95 |
| 00074-4524-58 | IVEX-2 (H.P./FILTERSET) SET 48s ea DEVICE | | 03 | OTC | 466.26 | .00 | 332.64 | .00 | 04/03/95 |
| 00074-8975-02 | L-CYSTEINE HCL (SRN) INJ IJ  50 MG/ML 10 ml, 25s ea CYSTEINE HYDROCHLORIDE | | 02 | RX | 444.13 | .00 | 412.00 | .00 | 04/03/95 |
| 00074-7953-02 | LACTATED RINGER'S (LIFECARE) INJ IJ 250 ml, 24s ea LACTATED RINGER'S | AP | 02 | RX | 277.31 | .00 | .00 | .00 | 04/03/95 |
| 00074-7953-03 | LACTATED RINGER'S (LIFECARE) INJ IJ 500 ml, 24s ea LACTATED RINGER'S | AP | 02 | RX | 277.31 | .00 | 32.16 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____     Date _____

*Confidential*

ABT094-0128

Red Book 00128

# **RED BOOK**

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7953-09 | LACTATED RINGER'S (LIFECARE) INJ IJ 1000 ml, 12s ea LACTATED RINGER'S | AP | 02 | RX | | 155.75 | .00 | 18.96 | .00 | 04/03/95 |
| 00074-7828-08 | LACTATED RINGER'S SOL IR 3000 ml, 4s ea LACTATED RINGER'S | AT | 02 | RX | | 71.96 | .00 | 51.32 | .00 | 04/03/95 |
| 00074-4275-01 | LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 0.5% 50 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | | 80.45 | .00 | 56.00 | .00 | 04/03/95 |
| 00074-4278-01 | LIDOCAINE HCL (TEARDROP BOTTLE) INJ IJ 0.5% 50 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | | 80.45 | .00 | 62.50 | .00 | 04/03/95 |
| 00074-4270-01 | LIDOCAINE HCL (STERILE PACK) INJ IJ 1% 30 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | | 192.00 | .00 | 140.00 | .00 | 04/03/95 |
| 00074-4276-01 | LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 1% 20 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | | 56.11 | .00 | 29.25 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

⎯ OK as is        ⎯ OK with changes

_____          _____
Signature                          Date

Confidential

Red Book 00129

ABT094-0129

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/93
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

ABT094-0130

Red Book 00130

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4276-02 | LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 1% 50 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 69.77 | .00 | 35.00 | .00 | 04/03/95 |
| 00074-4279-02 | LIDOCAINE HCL (TEARDROP BOTTLE) INJ IJ 1% 30 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 38.89 | .00 | 18.50 | .00 | 04/03/95 |
| 00074-4713-01 | LIDOCAINE HCL (AMP) INJ IJ 1% 2 ml, 100s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 150.81 | .00 | 75.00 | .00 | 04/03/95 |
| 00074-4713-02 | LIDOCAINE HCL (AMP) INJ IJ 1% 5 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 51.95 | .00 | 26.00 | .00 | 04/03/95 |
| 00074-4904-01 | LIDOCAINE HCL (ABBOJECT, 21GX1-1/2) INJ IJ 1% 5 ml, 10s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 99.87 | .00 | 49.30 | .00 | 04/03/95 |
| | LIDOCAINE HCL (ABBOJECT, LIFESHIELD) INJ IJ 1% 5 ml, 10s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 108.89 | .00 | 62.40 | .00 | 04/04/94 |

structions: Please make corrections directly on this printout.

OK as is          ☐ OK with changes

Signature                              Date

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07845-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-4904-33 | LIDOCAINE HCL (ABBOJECT, LIFESHIELD) INJ IJ 1% 5 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 283.22 | .00 | 156.00 | .00 | 04/03/95 |
| 00074-4924-01 | LIDOCAINE HCL (ABBOJECT, 25GX5/8) INJ IJ 1% 5 ml, 10s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 99.87 | .00 | 49.30 | .00 | 04/03/95 |
| 00074-8026-01 | LIDOCAINE HCL (ABBOJECT) INJ IJ 1% 5 ml, 10s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 107.94 | .00 | 83.30 | .00 | 04/03/95 |
| 00074-4056-01 | LIDOCAINE HCL (AMP) INJ IJ 1.5% 20 ml, 5s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 29.81 | .00 | 23.80 | .00 | 04/03/95 |
| 00074-4776-01 | LIDOCAINE HCL (AMP) INJ IJ 1.5% 20 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 210.78 | .00 | 95.25 | .00 | 04/03/95 |
| 00074-4277-01 | LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 2% 20 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 56.11 | .00 | 26.75 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is        OK with changes

Signature                Date

Confidential

ABT094-0131

Red Book 00131

# RED BOOK

**PRODUCT LISTING VERIFICATION**

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: **09/15/95**

Contact Name:  **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| Code | Description | | | | Price 1 | | Price 2 | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4277-02 | LIDOCAINE HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   2%<br>50 ml, 25s ea<br>LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 80.45 | .00 | 38.25 | .00 | 04/03/95 |
| 00074-4282-01 | LIDOCAINE HCL<br>(AMP)<br>INJ  IJ   2%<br>2 ml, 25s ea<br>LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 37.70 | .00 | 22.50 | .00 | 04/03/95 |
| 00074-4282-02 | LIDOCAINE HCL<br>(AMP)<br>INJ  IJ   2%<br>10 ml, 25s ea<br>LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 62.64 | .00 | 37.50 | .00 | 04/03/95 |
| 00074-4903-01 | LIDOCAINE HCL<br>(ABBOJECT, 21GX1-1/2)<br>INJ  IJ   2%<br>5 ml, 10s ea<br>LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 104.50 | .00 | 51.50 | .00 | 04/03/95 |
| 00074-4903- | ▮▮▮▮▮NE HCL<br>(LIFESHIELD, 21GX1-1/2)<br>INJ  IJ   2%<br>5 ml, 10s ea<br>LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 113.29 | .00 | 64.70 | .00 | 04/04/94 |
| 00074-4903-33 | LIDOCAINE HCL<br>(ABBOJECT, 21GX1-1/2)<br>INJ  IJ   2%<br>5 ml, 25s ea<br>LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 294.50 | .00 | 161.75 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

▢ OK as is          ▢ OK with changes

_____     _____
Signature                     Date

Confidential

ABT094-0132

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-4923-01 | LIDOCAINE HCL (ABBOJECT, 250X5/8) INJ IJ 2% 5 ml, 10s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 104.50 | .00 | 51.50 | .00 | 04/03/95 |
| 00074-8027-01 | LIDOCAINE HCL (ABBOJECT) INJ IJ 2% 5 ml, 10s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 92.98 | .00 | 71.70 | .00 | 04/03/95 |
| 00074-4283-01 | LIDOCAINE HCL (AMP) INJ IJ 4% 5 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 74.52 | .00 | 50.00 | .00 | 04/03/95 |
| 00074-6254-01 | LIDOCAINE HCL (VIAL, PINTOP) INJ IJ 10% 10 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 216.13 | .00 | 166.75 | .00 | 04/03/95 |
| 00074-6217-02 | LIDOCAINE HCL (VIAL, PINTOP) INJ IJ 20% 10 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 394.25 | .00 | 304.00 | .00 | 04/03/95 |
| 00074-6248-01 | LIDOCAINE HCL (VIAL, PINTOP) INJ IJ 20% 10 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 298.36 | .00 | 230.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is         OK with changes

Signature                    Date

Confidential

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2220  Fax (201) 358-1758

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6803**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-9784-02 | LIPOSYN II (SRN) INJ IJ 10% 50 ml, 12s ea FAT EMULSION | 05 | RX | 375.92 | .00 | 268.08 | .00 | 04/03/95 |
| 00074-9786-01 | LIPOSYN II INJ IJ 10% 200 ml, 12s ea FAT EMULSION | 05 | RX | 501.74 | .00 | 279.48 | .00 | 04/03/95 |
| 00074-9786-03 | LIPOSYN II INJ IJ 10% 500 ml, 12s ea FAT EMULSION | 05 | RX | 811.54 | .00 | 452.28 | .00 | 04/03/95 |
| 00074-9786-21 | LIPOSYN II INJ IJ 10% 100 ml, 12s ea FAT EMULSION | 05 | RX | 391.59 | .00 | 218.28 | .00 | 04/03/95 |
| 00074-9794-01 | LIPOSYN II (W/ADMIN. SET) INJ IJ 10% 500 ml, 8s ea FAT EMULSION | 05 | RX | 608.38 | .00 | 322.48 | .00 | 04/03/95 |
| 00074-9787-02 | LIPOSYN II (SRN) INJ IJ 20% 50 ml, 12s ea FAT EMULSION | 05 | RX | 493.34 | .00 | 339.12 | .00 | 04/03/95 |

structions: Please make corrections directly on this printout.

◯ OK as is          ⬜ OK with changes

Signature _____          Date _____

Confidential

ABT094-0134

Red Book 00134

# RED BOOK

## PRODUCT LISTING VERIFICATION

◼ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R18
ABBOTT PARK IL  600643500

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-9789-01 | LIPOSYN II<br>INJ IJ 20%<br>200 ml, 12s ea<br>FAT EMULSION | 05 | RX | 717.06 | .00 | 418.68 | .00 | 04/03/95 |
| 00074-9789-03 | LIPOSYN II<br>INJ IJ 20%<br>500 ml, 12s ea<br>FAT EMULSION | 05 | RX | 1159.95 | .00 | 677.52 | .00 | 04/03/95 |
| 00074-9792-03 | LIPOSYN II<br>(W/ADMIN. SET)<br>INJ IJ 20%<br>200 ml, 8s ea<br>FAT EMULSION | 05 | RX | 566.77 | .00 | 308.88 | .00 | 04/03/95 |
| 00074-9793-01 | LIPOSYN II<br>(W/ADMIN. SET)<br>INJ IJ 20%<br>500 ml, 8s ea<br>FAT EMULSION | 05 | RX | 879.89 | .00 | 479.36 | .00 | 04/03/95 |
| 00074-9790-01 | LIPOSYN III<br>(VIAL)<br>INJ IJ 10%<br>200 ml, 12s ea<br>FAT EMULSION | 05 | RX | 473.10 | .00 | 289.32 | .00 | 04/03/95 |
| 00074-9790-03 | LIPOSYN III<br>(VIAL)<br>INJ IJ 10%<br>500 ml, 12s ea<br>FAT EMULSION | 05 | RX | 765.51 | .00 | 468.24 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

\\ OK as is          OK with changes

Signature _____     Date _____

Confidential

Red Book 00135

ABT094-0135

# RED BOOK

*a publication of Medical Economics Company*

## MANUFACTURER DIRECTORY INFORMATION FORM

**Please verify the following information to ensure that your organization is properly listed in the 1996 Red Book. Please make changes directly on this form.**

RECEIVED NOV 2 7 1995

**Manufacturer Name**

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.

**Address**

1 ABBOTT PARK RD. D-R10

**City** ABBOTT PARK    **State** IL    **Zip Code** 60064-3500

**Main Telephone Number**

(708) 937-6100

**800 Number**

(800) 222-6883

**Fax Number**

(708) 937-1862

**Contact Name (not published)**

HARRY ADAMS

☐ OK as is    ☒ OK with changes

**Signature** _Charles Crasle_

**Date** 11/2/95

_Changes clearly given in franchise_

If you have any questions, please call (201) 358-2228

FIVE PARAGON DRIVE • MONTVALE • NEW JERSEY 07645 • 201 358-7500

Confidential

Red Book 00136

ABT094-0136

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**RED BOOK**

PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

RECEIVED
NOV 27 1995
RED BOOK PRICING

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

Red Book 00137

ABT094-0137

| NDC | Description | | | Price | | Price | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-5671-02 | A-HYDROCORT (UNIVIAL) PDI IJ 100 MG 10s ea HYDROCORTISONE SODIUM SUCCINATE | AP | 01 RX | 25.53 | .00 | 12.80 | .00 | 04/03/95 |
| 00074-5672-02 | A-HYDROCORT (UNIVIAL) PDI IJ 250 MG 10s ea HYDROCORTISONE SODIUM SUCCINATE | AP | 01 RX | 57.83 | .00 | 28.80 | .00 | 04/03/95 |
| 00074-5673-04 | A-HYDROCORT (UNIVIAL) PDI IJ 500 MG 25s ea HYDROCORTISONE SODIUM SUCCINATE | AP | 01 RX | 281.44 | .00 | 140.25 | .00 | 04/03/95 |
| 00074-5674-00 | A-HYDROCORT (UNIVIAL) PDI IJ 1 GM 25s ea HYDROCORTISONE SODIUM SUCCINATE | AP | 01 RX | 572.67 | .00 | 285.00 | .00 | 04/03/95 |
| 00074-5684-01 | A-METHAPRED (UNIVIAL) PDI IJ 40 MG 10s ea METHYLPREDNISOLONE SODIUM SUCCINATE | AP | 01 RX | 29.45 | .00 | 14.70 | .00 | 04/03/95 |
| 00074-5685-02 | A-METHAPRED (UNIVIAL) PDI IJ 125 MG 10s ea METHYLPREDNISOLONE SODIUM SUCCINATE | AP | 01 RX | 77.90 | .00 | 38.90 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is    ☐ OK with changes

Signature _____  Date _____

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1758

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-5601-44 | A-METHAPRED<br>(ADD-VANTAGE)<br>PDI  IJ  500 MG<br>1s ea<br>METHYLPREDNISOLONE SODIUM SUCCINATE | AP | 01 | RX | 29.95 | .00 | 17.07 | .00 | 04/03/95 |
| 00074-5630-04 | A-METHAPRED<br>(UNIVIAL)<br>PDI  IJ  500 MG<br>25s ea<br>METHYLPREDNISOLONE SODIUM SUCCINATE | AP | 01 | RX | 758.01 | .00 | 377.75 | .00 | 04/03/95 |
| 00074-5603-44 | A-METHAPRED<br>(ADD-VANTAGE)<br>PDI  IJ  1 GM<br>1s ea<br>METHYLPREDNISOLONE SODIUM SUCCINATE | AP | 01 | RX | 50.68 | .00 | 28.89 | .00 | 04/03/95 |
| 00074-5631-08 | A-METHAPRED<br>(UNIVIAL)<br>PDI  IJ  1 GM<br>25s ea<br>METHYLPREDNISOLONE SODIUM SUCCINATE | AP | 01 | RX | 1291.70 | .00 | 643.25 | .00 | 04/03/95 |
| 00074-4535-08 | ABBOCATH-T<br>(100X1-1/4")<br>ACC<br>100s ea<br>DEVICE | | 03 | OTC | 440.56 | .00 | .00 | .00 | 04/03/95 |
| 00074-4535-32 | ABBOCATH-T<br>(22 GAUGE, 1")<br>ACC<br>100s ea<br>DEVICE | | 03 | OTC | 450.38 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____        Date _____

Confidential

Red Book 00138

ABT094-0138

# **RED BOOK**

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1758

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4535-02 | ABBOCATH-T<br>(20 GAUGE, 2")<br>CAT<br>100s ea<br>DEVICE | 03 | OTC | 440.56 | .00 | .00 | .00 | 04/03/95 |
| 00074-4535-06 | ABBOCATH-T<br>(16GX1-1/4")<br>CAT<br>100s ea<br>DEVICE | 03 | OTC | 440.56 | .00 | .00 | .00 | 04/03/95 |
| 00074-4535-14 | ABBOCATH-T<br>(14 GAUGE, 2")<br>CAT<br>100s ea<br>DEVICE | 03 | OTC | 440.56 | .00 | .00 | .00 | 04/03/95 |
| 00074-4535-16 | ABBOCATH-T<br>(16GX2")<br>CAT<br>100s ea<br>DEVICE | 03 | OTC | 440.56 | .00 | .00 | .00 | 04/03/95 |
| 00074-4535-18 | ABBOCATH-T<br>(18GX2")<br>CAT<br>100s ea<br>DEVICE | 03 | OTC | 440.56 | .00 | .00 | .00 | 04/03/95 |
| 00074-4535-20 | ABBOCATH-T<br>(20 GAUGE, 1-1/4")<br>CAT<br>100s ea<br>DEVICE | 03 | OTC | 440.56 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☑ OK as is          ⚬⚬ OK with changes

_____          _____
Signature                                          Date

Confidential

Red Book 00139

ABT094-0139

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R18
ABBOTT PARK  IL  600643500

Please Respond By: **09/15/95**

Contact Name:  **HARRY ADAMS**

Contact Phone:  **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4535-22 | ABBOCATH-T<br>(22 GAUGE, 1-1/4")<br>CAT<br>100s ea<br>DEVICE | 03 | OTC | 458.30 | .00 | .00 | .00 | 04/03/95 |
| 00074-4535-24 | ABBOCATH-T<br>(24 GAUGE, 3/4")<br>CAT<br>100s ea<br>DEVICE | 03 | OTC | 527.25 | .00 | .00 | .00 | 04/03/95 |
| 00074-4535-26 | ABBOCATH-T<br>(26 GAUGE, 3/4")<br>CAT<br>120s ea<br>DEVICE | 03 | OTC | 671.18 | .00 | .00 | .00 | 04/03/95 |
| 00074-4535-76 | ABBOCATH-T<br>(16G, 5-1/2" SUBCLAVIAN)<br>CAT<br>60s ea<br>DEVICE | 03 | OTC | 358.39 | .00 | .00 | .00 | 04/03/95 |
| 00074-4535-84 | ABBOCATH-T<br>(14G, 5-1/2" SUBCLAVIAN)<br>CAT<br>60s ea<br>DEVICE | 03 | OTC | 358.39 | .00 | .00 | .00 | 04/03/95 |
| 00074-4536-00 | ABBOCATH-T<br>(W/SYRINGE, 18G, 1-1/4")<br>CAT<br>120s ea<br>DEVICE | 03 | OTC | 575.78 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____     Date _____

Confidential

Red Book 00140

ABT094-0140

# RED BOOK®

## PRODUCT LISTING VERIFICATION

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

Red Book 00141

ABT094-0141

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4536-16 | ABBOCATH-T (W/SYRINGE, 16 GAUGE, 2") CAT 120s ea DEVICE | 03 | OTC | 575.70 | .00 | .00 | .00 | 04/03/95 |
| 00074-4536-18 | ABBOCATH-T (W/SYRINGE, 18 GAUGE, 2") CAT 120s ea DEVICE | 03 | OTC | 575.70 | .00 | .00 | .00 | 04/03/95 |
| 00074-4536-20 | ABBOCATH-T (W/SYRINGE, 20G, 1-1/4") CAT 120s ea DEVICE | 03 | OTC | 575.70 | .00 | .00 | .00 | 04/03/95 |
| 00074-4536-22 | ABBOCATH-T (W/SYRINGE, 22G, 1-1/4") CAT 120s ea DEVICE | 03 | OTC | 601.35 | .00 | .00 | .00 | 04/03/95 |
| 00074-1804-01 | ABBOTT (LIFECARE CONTROLER 1000) ACC 1s ea DEVICE | 03 | OTC | 2367.84 | .00 | .00 | .00 | 04/03/95 |
| 00074-1813-01 | ABBOTT (LIFECARE PUMP-MODEL 3) ACC 1s ea DEVICE | 03 | OTC | 4266.40 | .00 | .00 | .00 | 04/05/93 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                    Date

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R18
ABBOTT PARK  IL  600643500

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2220  Fax (201) 358-1756

Please Respond By: 09/15/93

Contact Name:  HARRY ADAMS

Contact Phone:  (800) 222-6883

Confidential

ABT094-0142

Red Book 00142

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-1815-01 | ABBOTT<br>(LIFECARE MICRO PUMP)<br>ACC<br>1s ea<br>DEVICE | 03 | OTC | 4266.40 | .00 | .00 | .00 | 04/05/93 |
| 00074-1830-03 | ABBOTT<br>(AIR FILTER)<br>ACC<br>120s ea<br>DEVICE | 03 | OTC | 170.13 | .00 | .00 | .00 | 04/03/95 |
| 00074-1914-01 | ABBOTT<br>(LIFECAR MDL 4A MACROPMP)<br>ACC<br>1s ea<br>DEVICE | 03 | OTC | 4266.40 | .00 | .00 | .00 | 04/04/93 |
| 00074-1916-01 | ABBOTT<br>(LIFECARE MICRO PUMP 1A)<br>ACC<br>1s ea<br>DEVICE | 03 | OTC | 4266.40 | .00 | .00 | .00 | 04/05/93 |
| 00074-2003-01 | ABBOTT<br>(DUAL I.V. STAND ADAPTER)<br>ACC<br>1s ea<br>DEVICE | 03 | OTC | 89.82 | .00 | .00 | .00 | 04/04/94 |
| | ABBOTT<br>(I.V. STABILIZER BAR)<br>ACC<br>1s ea<br>DEVICE | 03 | OTC | 39.70 | .00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____          _____
Signature                                        Date

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1B
ABBOTT PARK  IL  600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95

Contact Name:  HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ABBOTT<br>(I.V. CLIP ADAPTER)<br>ACC<br>1s ea<br>DEVICE | 03 | OTC | 13.56 | .00 | .00 | .00 | 04/04/94 |
| 00074-2006-01 | ABBOTT<br>(I.V. STAND/POLE ASSMBLY)<br>ACC<br>1s ea<br>DEVICE | 03 | OTC | 149.74 | .00 | .00 | .00 | 04/04/94 |
| 00074-2006-02 | ABBOTT<br>(I.V. STAND/BASE ASSMBLY)<br>ACC<br>1s ea<br>DEVICE | 03 | OTC | 149.74 | .00 | .00 | .00 | 04/04/94 |
| 00074-2505-01 | ABBOTT<br>(MDL4 PGBK PMP W/O IO PT)<br>ACC<br>1s ea<br>DEVICE | 03 | OTC | 4266.40 | .00 | .00 | .00 | 04/05/93 |
| 00074-2529-01 | ABBOTT<br>(AMNIOCENTESIS TRAY)<br>ACC<br>10s ea<br>DEVICE | 03 | OTC | 433.44 | .00 | .00 | .00 | 04/03/95 |
| 00074-3232-01 | ABBOTT<br>(3-WAY STOPCOCK)<br>ACC<br>50s ea<br>DEVICE | 03 | OTC | 96.19 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____

Date _____

Confidential

ABT094-0143

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1758

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-3233-01 | ABBOTT<br>(3-WAY STPCOCK W/MALE LU)<br>ACC<br>50s ea<br>DEVICE | 03 | OTC | 158.53 | .00 | .00 | .00 | 04/03/95 |
| 00074-3234-01 | ABBOTT<br>(3-WAY STPCK 20-SL/RESEL)<br>ACC<br>50s ea<br>DEVICE | 03 | OTC | 212.56 | .00 | .00 | .00 | 04/03/95 |
| 00074-3235-01 | ABBOTT<br>(3-WAY STPCK 36-SL/RESEL)<br>ACC<br>50s ea<br>DEVICE | 03 | OTC | 222.06 | .00 | .00 | .00 | 04/03/95 |
| 00074-4174-01 | ABBOTT<br>(OUTLET PORT CLAMP)<br>ACC<br>12s ea<br>DEVICE | 03 | OTC | 32.78 | 27.60 | .00 | .00 | 10/01/86 |
| 00074-4177-01 | ABBOTT<br>(CATH. CAP F/4176 ADAPTER<br>ACC<br>5s ea<br>DEVICE | 03 | OTC | 13.66 | 11.50 | .00 | .00 | 10/01/86 |
| 00074-4185-01 | ABBOTT<br>(ON/OFF TRAY)<br>ACC<br>10s ea<br>DEVICE | 03 | OTC | 112.81 | 95.00 | .00 | .00 | 10/01/86 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                    Date

Confidential

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1B
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ABBOTT<br>(500ML PRESS. INFUS. CUFF)<br>ACC<br>1s ea<br>DEVICE | 03 | OTC | 101.83 | .00 | .00 | .00 | 04/04/94 |
| | ABBOTT<br>(SHELF STORAGE TRAY)<br>ACC<br>50s ea<br>DEVICE | 03 | OTC | 101.53 | .00 | .00 | .00 | 04/03/95 |
| 00074-4329-01 | ABBOTT<br>(LIFECARE ADDS RACK)<br>ACC<br>1s ea<br>DEVICE | 03 | OTC | 107.66 | .00 | .00 | .00 | 04/03/95 |
| 00074-4379-02 | ABBOTT<br>(AMNIOCENTESIS TRAY)<br>ACC<br>10s ea<br>DEVICE | 03 | OTC | 338.32 | .00 | .00 | .00 | 04/03/95 |
| 00074-4438-02 | ABBOTT<br>(EXTENSION TUBE 7 IN-SL)<br>ACC<br>50s ea<br>DEVICE | 03 | OTC | 308.16 | .00 | .00 | .00 | 04/03/95 |
| 00074-4481-48 | ABBOTT<br>(EXTENSION SET-30 INCH)<br>ACC<br>48s ea<br>DEVICE | 03 | OTC | 238.26 | .00 | 153.12 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____          _____
Signature                                              Date

Confidential

Red Book 00145

ABT094-0145

# RED BOOK
## PRODUCT LISTING VERIFICATION

**ABBOTT HOSPITAL PRODUCTS**

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4492-01 | ABBOTT (BUTTERFLY 21 GA 3/4 IN) ACC 120s ea DEVICE | 03 | OTC | 249.38 | .00 | 180.00 | .00 | 04/03/95 |
| 00074-4506-01 | ABBOTT (BUTTERFLY 25 GA 3/4 IN) ACC 120s ea DEVICE | 03 | OTC | 253.65 | .00 | .00 | .00 | 04/03/95 |
| 00074-4550-01 | ABBOTT (BUTTERFLY 19 GA 7/8 IN) ACC 120s ea DEVICE | 03 | OTC | 294.98 | .00 | .00 | .00 | 04/03/95 |
| 00074-4565-01 | ABBOTT (BUTTERFLY 23 GA 3/4 IN) ACC 120s ea DEVICE | 03 | OTC | 249.38 | .00 | 158.40 | .00 | 04/03/95 |
| 00074-4573-01 | ABBOTT (BUTTERFLY 25 GA 3/8 SHT) ACC 120s ea DEVICE | 03 | OTC | 253.65 | .00 | 162.00 | .00 | 04/03/95 |
| 00074-4590-01 | ABBOTT (BUTTERFLY 19 GA 7/8 IN) ACC 120s ea DEVICE | 03 | OTC | 249.38 | .00 | 158.40 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is          OK with changes

Signature                              Date

Confidential

ABT094-0146

# RED BOOK

### PRODUCT LISTING VERIFICATION

**ABBOTT HOSPITAL PRODUCTS**

**DIV. OF ABBOTT LABS.**
**1 ABBOTT PARK RD. D-R10**
**ABBOTT PARK IL 600643500**

**◼ MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4663-01 | ABBOTT<br>(BLOOD WARM COIL 24 FT)<br>ACC<br>20s ea<br>DEVICE | 03 | OTC | 894.70 | .00 | .00 | .00 | 04/03/95 |
| 00074-4694-01 | ABBOTT<br>(Y-TYPE CONNECTOR)<br>ACC<br>20s ea<br>DEVICE | 03 | OTC | 215.18 | .00 | .00 | .00 | 04/03/95 |
| 00074-4721-01 | ABBOTT<br>(BUTTERFLY 21GA 3/4 IN)<br>ACC<br>120s ea<br>DEVICE | 03 | OTC | 294.98 | .00 | .00 | .00 | 04/03/95 |
| 00074-4798-01 | ABBOTT<br>(ADDITIVE CAP ABBO-VAC)<br>ACC<br>400s ea<br>DEVICE | 03 | OTC | 304.75 | .00 | .00 | .00 | 04/03/95 |
| 00074-4821-01 | ABBOTT<br>(BUTTERFLY-ST21GA 3/4 IN)<br>ACC<br>120s ea<br>DEVICE | 03 | OTC | 249.30 | .00 | .00 | .00 | 04/03/95 |
| 00074-4858-01 | ABBOTT<br>(ADDITIVE HINGE CAP)<br>ACC<br>1000s ea<br>DEVICE | 03 | OTC | 600.75 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____  Date _____

Confidential

Red Book 00147

ABT094-0147

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4867-01 | ABBOTT (BUTTERFLY-ST23GA 3/4 IN) ACC 120s ea DEVICE | 03 | OTC | 249.38 | .00 | 158.40 | .00 | 04/03/95 |
| 00074-4871-01 | ABBOTT (BUTTERFLY INT 23GA 3/4 ) ACC 120s ea DEVICE | 03 | OTC | 294.98 | .00 | .00 | .00 | 04/03/95 |
| 00074-4929-01 | ABBOTT (ADDITIVE CAP LIFECARE) ACC 400s ea DEVICE | 03 | OTC | 304.00 | .00 | 156.00 | .00 | 04/03/95 |
| 00074-4959-01 | ABBOTT (LIFECARE VACUUM PUMP) ACC 1s ea DEVICE | 03 | OTC | 735.40 | .00 | .00 | .00 | 04/03/95 |
| 00074-4960-01 | ABBOTT (LIFECARE VACU-ADD UNIT) ACC 1s ea DEVICE | 03 | OTC | 961.99 | .00 | .00 | .00 | 04/03/95 |
| 00074-4995-01 | ABBOTT (BUTTERFLY 27 GA 3/8 IN) ACC 120s ea DEVICE | 03 | OTC | 294.98 | .00 | 186.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is            OK with changes

_____                    _____
Signature                                                        Date

Confidential

ABT094-0148

Red Book 00148

# RED BOOK

### PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-5395-01 | ABBOTT (ADPT PLG MALE-LOCK LUER) ACC 120s ea DEVICE | 03 | OTC | 260.78 | .00 | 186.00 | .00 | 04/03/95 |
| 00074-5396-02 | ABBOTT (ADPT PLG-SHRT-LOCK LUER) ACC 120s ea DEVICE | 03 | OTC | 260.78 | .00 | .00 | .00 | 04/03/95 |
| 00074-5508-01 | ABBOTT (B-FLY25GA 3/8LNG 8IN TU) ACC 120s ea DEVICE | 03 | OTC | 253.65 | .00 | 162.00 | .00 | 04/03/95 |
| 00074-5827-01 | ABBOTT (B-FLY25GA3/4,3-1/2 TUB) ACC 120s ea DEVICE | 03 | OTC | 294.98 | .00 | .00 | .00 | 04/03/95 |
| 00074-5830-01 | ABBOTT (DUAL INJECTION SITE) ACC 25s ea DEVICE | 03 | OTC | 65.91 | .00 | .00 | .00 | 04/03/95 |
| 00074-5833-01 | ABBOTT (ADPT QUIK LOK UNIV LUER) ACC 120s ea DEVICE | 03 | OTC | 121.25 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

Red Book 00149

ABT094-0149

# **RED BOOK**

## **PRODUCT LISTING VERIFICATION**

**ABBOTT HOSPITAL PRODUCTS**
**DIV. OF ABBOTT LABS.**
**1 ABBOTT PARK RD. D-R10**
**ABBOTT PARK   IL   600643500**

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By:  **09/15/95**
Contact Name:  **HARRY ADAMS**
Contact Phone:  **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-5877-01 | ABBOTT<br>(MALE ADAPTER PLUG-SHORT)<br>ACC<br>120s ea<br>DEVICE | 03 | OTC | 243.68 | .00 | .00 | .00 | 04/03/95 |
| 00074-5878-01 | ABBOTT<br>(ADAPTER PLUG MALE)<br>ACC<br>120s ea<br>DEVICE | 03 | OTC | 243.68 | .00 | .00 | .00 | 04/03/95 |
| 00074-5888-01 | ABBOTT<br>(STERILE MALE LUER CAP)<br>ACC<br>120s ea<br>DEVICE | 03 | OTC | 82.65 | .00 | .00 | .00 | 04/04/94 |
| | ABBOTT<br>(DUAL LUER CAP)<br>ACC<br>120s ea<br>DEVICE | 03 | OTC | 119.70 | .00 | .00 | .00 | 04/04/94 |
| 00074-6402-48 | ABBOTT<br>(TRANSFER SET-HEAVY DEX.)<br>ACC<br>48s ea<br>DEVICE | 03 | OTC | 432.63 | .00 | .00 | .00 | 04/03/95 |
| 00074-6458-01 | ABBOTT<br>(20 IN MICROBORE EXT-SL)<br>ACC<br>50s ea<br>DEVICE | 03 | OTC | 342.59 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

_____       _____
Signature                                    Date

Confidential

Red Book 00150

ABT094-0150

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-6462-01 | ABBOTT (MANIFOLD III-SL) ACC 50s ea DEVICE | 03 | OTC | 632.34 | .00 | .00 | .00 | 04/03/95 |
| 00074-6542-02 | ABBOTT (TUR SYSTEM W/FLOW-POUCH) ACC 20s ea DEVICE | 03 | OTC | 289.28 | .00 | 286.60 | .00 | 04/03/95 |
| 00074-6682-02 | ABBOTT (PENTOTHAL DISPENSNG PIN) ACC 100s ea DEVICE | 03 | OTC | 769.50 | .00 | 465.00 | .00 | 04/03/95 |
| 00074-6947-02 | ABBOTT (CATH. ADAPTR & LUER PLG) ACC 25s ea DEVICE | 03 | OTC | 338.73 | .00 | .00 | .00 | 04/03/95 |
| 00074-7222-17 | ABBOTT (2000ML 3-IN-1 W/3-LEAD) ACC 20s ea DEVICE | 03 | OTC | 789.21 | .00 | 482.80 | .00 | 04/03/95 |
| 00074-7222-18 | ABBOTT (3000ML 3-IN-1 W/3-LEAD) ACC 20s ea DEVICE | 03 | OTC | 1112.21 | .00 | 680.40 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☒ OK as is          ☐ OK with changes

_____          _____
Signature                                                    Date .

Confidential

Red Book 00151

ABT094-0151

# **RED BOOK**

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7909-01 | ABBOTT<br>(FERRULES)<br>ACC<br>500s ea<br>DEVICE | 03 | OTC | 35.63 | .00 | .00 | .00 | 07/01/87 |
| 00074-7914-01 | ABBOTT<br>(NUTRI-CLMP/NUTRIMX II)<br>ACC<br>400s ea<br>DEVICE | 03 | OTC | 270.75 | .00 | 176.00 | .00 | 04/03/95 |
| 00074-7915-01 | ABBOTT<br>(NUTRI-CLMP/EMPTY CNT/TR)<br>ACC<br>400s ea<br>DEVICE | 03 | OTC | 100.50 | .00 | .00 | .00 | 04/03/95 |
| 00074-1193-01 | ABBOTT<br>(NYLON EPIDURAL W/ADAPT)<br>CAT<br>25s ea<br>DEVICE | 03 | OTC | 330.73 | .00 | .00 | .00 | 04/03/95 |
| 00074-4719-02 | ABBOTT<br>(DRUM-CARTRIDGE CATHETER)<br>CAT<br>20s ea<br>DEVICE | 03 | OTC | 662.15 | .00 | .00 | .00 | 04/03/95 |
| 00074-6414-58 | ABBOTT<br>(NV CARDIAC CATHETER SET)<br>CAT<br>40s ea<br>DEVICE | 03 | OTC | 739.86 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

_ OK as is          _ OK with changes

Signature                                                    Date

Confidential

ABT094-0152

# **RED BOOK**

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643508

Please Respond By: **89/15/95**

Contact Name:  **HARRY ADAMS**

Contact Phone:  **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1736-48 | ABBOTT<br>(MICROB, 60 INCH)<br>DEV<br>48s ea<br>DEVICE | 03 | RX | 192.66 | .00 | .00 | .00 | 04/04/94 |
| 00074-1773-48 | ABBOTT<br>(PRIM PIGGYBACK IV PUMP)<br>DEV<br>48s ea<br>DEVICE | 03 | RX | 805.41 | .00 | .00 | .00 | 04/04/94 |
| 00074-1774-48 | ABBOTT<br>(PMP-6L PGGY W/IVEX-HP)<br>DEV<br>48s ea<br>DEVICE | 03 | RX | 1067.84 | .00 | .00 | .00 | 04/04/94 |
| 00074-1837-01 | ABBOTT<br>(SRN, FILTER 1.0 MICRON)<br>DEV<br>48s ea<br>DEVICE | 03 | RX | 218.31 | .00 | .00 | .00 | 04/03/95 |
| 00074-1924-01 | ABBOTT<br>(CONTROLLER LIFECARE #75)<br>DEV<br>1s ea<br>DEVICE | 03 | RX | 2458.47 | .00 | .00 | .00 | 04/03/95 |
| 00074-1958-05 | ABBOTT<br>(PCA PLUS 2 3.0 SOFTWARE)<br>DEV<br>1s ea<br>DEVICE | 03 | RX | 6675.46 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____          _____
Signature                                        Date

Confidential

ABT094-0153

Red Book 00153

# *RED BOOK*

**PRODUCT LISTING VERIFICATION**

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

Confidential

Red Book 00154

ABT094-0154

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1976-01 | ABBOTT (LIFECARE 75 FLOW DETECT) DEV 1s ea DEVICE | 03 | RX | 259.30 | .00 | .00 | .00 | 04/03/95 |
| 00074-2506-03 | ABBOTT (PUMP MOD 4 PGGY W/RS485) DEV 1s ea DEVICE | 03 | RX | 4266.40 | .00 | .00 | .00 | 04/05/93 |
| 00074-3002-04 | ABBOTT (TWO-WAY TRANSFER DEVICE) DEV 400s ea DEVICE | 03 | OTC | 788.50 | .00 | .00 | .00 | 04/03/95 |
| 00074-3097-01 | ABBOTT (CONT. EPIDURAL W/O DRUGS) DEV 1s ea DEVICE | 03 | RX | 430.71 | .00 | .00 | .00 | 04/04/94 |
| 00074-3559-01 | ABBOTT (PCA MINI-BORE W/VALVE) DEV 50s ea DEVICE | 03 | RX | 363.30 | .00 | 242.00 | .00 | 04/03/95 |
| 00074-3704-48 | ABBOTT (PRIM IV PMP 105 IN VENT) DEV 48s ea DEVICE | 03 | RX | 776.34 | .00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

OK as is          OK with changes

Signature                    Date

# RED BOOK

## PRODUCT LISTING VERIFICATION

**ⓂMEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1B
ABBOTT PARK IL 600643500

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ABBOTT<br>(TITANIUM CATH. ADAPTER)<br>DEV<br>1s ea<br>DEVICE | 03 | OTC | 95.00 | 80.00 | .00 | .00 | 10/01/86 |
| 00074-4214-01 | ABBOTT<br>(NV IN-LINE BURETT 150ML)<br>DEV<br>28s ea<br>DEVICE | 03 | OTC | 276.93 | .00 | .00 | .00 | 04/03/95 |
| 00074-4607-02 | ABBOTT<br>(CVP MANOMETER)<br>DEV<br>24s ea<br>DEVICE | 03 | OTC | 684.29 | .00 | .00 | .00 | 04/03/95 |
| 00074-4797-02 | ABBOTT<br>(DOUBLE-NEEDLE TRANS DEV)<br>DEV<br>400s ea<br>DEVICE | 03 | OTC | 270.75 | .00 | .00 | .00 | 04/03/95 |
| 00074-6514-01 | ABBOTT<br>(PCA EXT SET W/BKCHK VLV)<br>DEV<br>50s ea<br>DEVICE | 03 | RX | 401.97 | .00 | 260.00 | .00 | 04/03/95 |
| 00074-6516-01 | ABBOTT<br>(PCA-LNG MINI-BR W/VLV)<br>DEV<br>50s ea<br>DEVICE | 03 | RX | 349.13 | .00 | 242.00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____    Date _____

Confidential

Red Book 00155

ABT094-0155

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

Confidential

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-6517-01 | ABBOTT<br>(PCA CNT INF MINI W/VLV)<br>DEV<br>50s ea<br>DEVICE | 03 | RX | 339.03 | .00 | 235.00 | .00 | 04/04/94 |
| 00074-7909-03 | ABBOTT<br>(FERRULES/PRT-FILL/BX100)<br>DEV<br>1s ea<br>DEVICE | 03 | OTC | 81.75 | .00 | .00 | .00 | 04/03/95 |
| 00074-8076-01 | ABBOTT<br>(SNAP LOCK)<br>DEV<br>800s ea<br>DEVICE | 03 | OTC | 600.00 | .00 | 432.00 | .00 | 04/03/95 |
| 00074-8077-01 | ABBOTT<br>(VENI LOOP CONNECTOR)<br>DEV<br>120s ea<br>DEVICE | 03 | OTC | 783.75 | .00 | .00 | .00 | 04/03/95 |
| 00074-8078-01 | ABBOTT<br>(VENI LOOP W/EXT. TUBING)<br>DEV<br>120s ea<br>DEVICE | 03 | OTC | 837.90 | .00 | .00 | .00 | 04/03/95 |
| 00074-8079-01 | ABBOTT<br>(VENI LOOP W/RESEAL)<br>DEV<br>120s ea<br>DEVICE | 03 | OTC | 963.30 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

⌐ OK as is          ⌐ OK with changes

Signature                    Date

ABT094-0156

Red Book 00156

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ~~00074-2655-01~~ | ABBOTT (SITE CARE KIT) KIT 60s ea DEVICE | 03 | OTC | 184.54 | .00 | .00 | .00 | 04/04/94 |
| ~~00074-_____-07~~ | ABBOTT (1000ML PRESS. INFUS. CUFF) KIT 1s ea DEVICE | 03 | RX | 134.57 | .00 | .00 | .00 | 04/04/94 |
| 00074-4698-01 | ABBOTT (PRE-ATTACHED LTA KIT) KIT 25s ea DEVICE | 03 | OTC | 400.19 | .00 | 266.50 | .00 | 04/03/95 |
| 00074-4961-02 | ABBOTT (PERITONEAL LAVAGE KIT) KIT 10s ea DEVICE | 03 | OTC | 358.51 | .00 | .00 | .00 | 04/03/95 |
| 00074-5648-01 | ABBOTT (PEDIATRIC LTA KIT) KIT 24s ea DEVICE | 03 | OTC | 324.85 | .00 | 194.64 | .00 | 04/03/95 |
| 00074-1296-48 | ABBOTT (MACROPUMP W/MB PIN NV) SET 48s ea DEVICE | 03 | OTC | 776.34 | .00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____          _____
Signature                                    Date

Confidential

ABT094-0157

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643508

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ABBOTT<br>(ENTRNL PMP W/NV PRC PIN)<br>SET<br>24s ea<br>DEVICE | 03 | OTC | 422.94 | .00 | .00 | .00 | 04/04/94 |
| 00074-1718-48 | ABBOTT<br>(TRANSFER SET)<br>SET<br>48s ea<br>DEVICE | 03 | OTC | 681.15 | .00 | 485.76 | .00 | 04/03/95 |
| 00074-1721-48 | ABBOTT<br>(DECANTING SET)<br>SET<br>48s ea<br>DEVICE | 03 | OTC | 572.28 | .00 | .00 | .00 | 04/03/95 |
| 00074-1756-48 | ABBOTT<br>(PRIM. IV PUMP,NV 105 IN)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 776.34 | .00 | .00 | .00 | 04/04/94 |
| 00074-1760-48 | ABBOTT<br>(SURGCL IV PUMP SL VENT.)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 798.00 | .00 | .00 | .00 | 04/04/94 |
| 00074-1765-01 | ABBOTT<br>(40MM SCREW CAP SET)<br>SET<br>24s ea<br>DEVICE | 03 | OTC | 422.94 | .00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is     ☐ OK with changes

Signature _____     Date _____

Confidential

Red Book 00158

ABT094-0158

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1758

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

Red Book 00159

ABT094-0159

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1766-01 | ABBOTT (MODIFIED SCREW CAP PUMP) SET 24s ea DEVICE | 03 | OTC | 426.65 | .00 | .00 | .00 | 04/04/94 |
| 00074-1767-01 | ABBOTT (30/40MM SCREW CAP Y-TYP) SET 24s ea DEVICE | 03 | OTC | 439.47 | .00 | .00 | .00 | 04/04/94 |
| 00074-1768-48 | ABBOTT (PRIM. IV W/IVEX HP FLTR) SET 48s ea DEVICE | 03 | RX | 1034.55 | .00 | .00 | .00 | 04/04/94 |
| 00074-1769-48 | ABBOTT (PRIM. SL W/UPPR INJ SITE) SET 48s ea DEVICE | 03 | RX | 1034.55 | .00 | 759.84 | .00 | 04/04/94 |
| 00074-1771-48 | ABBOTT (PRIM IV W/UPPR Y INJ NV) SET 48s ea DEVICE | 03 | RX | 1034.55 | .00 | .00 | .00 | 04/04/94 |
| 00074-1772-01 | ABBOTT (VNTD NITROGLY. PUMP SET) SET 24s ea DEVICE | 03 | OTC | 515.57 | .00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☒ OK as is      ☐ OK with changes

Signature _____    Date _____

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

Confidential

Red Book 00160

ABT094-0160

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1701-73 | ABBOTT<br>(HEMA Y-BLOOD SL W/PUMP)<br>SET<br>24s ea<br>DEVICE | 03 | OTC | 406.21 | .00 | .00 | .00 | 04/04/94 |
| 00074-1703-01 | ABBOTT<br>(BLOOD SECONDARY SET)<br>SET<br>24s ea<br>DEVICE | 03 | OTC | 147.63 | .00 | .00 | .00 | 04/04/94 |
| 00074-1704-01 | ABBOTT<br>(HEMA BLOOD SET NV)<br>SET<br>24s ea<br>DEVICE | 03 | OTC | 437.19 | .00 | .00 | .00 | 04/04/94 |
| 00074-1705-01 | ABBOTT<br>(HEMOSET-100X15-HEMA)<br>SET<br>24s ea<br>DEVICE | 03 | OTC | 401.37 | .00 | .00 | .00 | 04/04/94 |
| 00074-1706-48 | ABBOTT<br>(PIGGYBCK W/3Y INJ SITES)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 827.64 | .00 | 608.16 | .00 | 04/04/94 |
| 00074-1791-48 | ABBOTT<br>(PIGGYBACK IV PUMP SL,NV)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 813.39 | .00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____

Date _____

# RED BOOK

## PRODUCT LISTING VERIFICATION

**ABBOTT HOSPITAL PRODUCTS**
**DIV. OF ABBOTT LABS.**
**1 ABBOTT PARK RD. D-R10**
**ABBOTT PARK  IL  600643500**

■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1758

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1801-02 | ABBOTT (ENTERAL PMP W/INTG.CONT) SET 24s ea DEVICE | 03 | OTC | 472.82 | .00 | .00 | .00 | 04/04/94 |
| 00074-1821-03 | ABBOTT (PCA 1 PUMP) SET 1s ea DEVICE | 03 | OTC | 5663.16 | .00 | .00 | .00 | 04/03/95 |
| 00074-1834-48 | ABBOTT (EXTENSION SET W/STPCOCK) SET 48s ea DEVICE | 03 | OTC | 453.72 | .00 | .00 | .00 | 04/03/95 |
| 00074-1835-02 | ABBOTT (ANESTHESIA EXTENSION) SET 120s ea DEVICE | 03 | OTC | 762.38 | .00 | .00 | .00 | 04/03/95 |
| 00074-1838-58 | ABBOTT (BLD SET 64 W/CAIR CLAMP) SET 48s ea DEVICE | 03 | OTC | 605.34 | .00 | .00 | .00 | 04/03/95 |
| 00074-1839-68 | ABBOTT (CVP UNIVERSAL SET) SET 20s ea DEVICE | 03 | OTC | 762.85 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

_____        _____
Signature                        Date

Confidential

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R18
ABBOTT PARK  IL  600643500

Please Respond By:  09/15/95

Contact Name:  HARRY ADAMS

Contact Phone:  (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1845-58 | ABBOTT<br>(BLD SET 78 W/CAIR CLAMP)<br>SET<br>48s ea<br>DEVICE | | 03 | OTC | 635.55 | .00 | .00 | .00 | 04/03/95 |
| 00074-1850-02 | ABBOTT<br>(EXTENSION W/BACKCHECK)<br>SET<br>120s ea<br>DEVICE | | 03 | OTC | 1201.28 | .00 | .00 | .00 | 04/03/95 |
| 00074-1871-64 | ABBOTT<br>(NV BLD Y-TYP78W/CAIR CL)<br>SET<br>48s ea<br>DEVICE | | 03 | OTC | 742.14 | .00 | 476.16 | .00 | 04/03/95 |
| 00074-1873-64 | ABBOTT<br>(NV BLOOD Y-TYPE W/PUMP)<br>SET<br>48s ea<br>DEVICE | | 03 | OTC | 864.12 | .00 | 554.40 | .00 | 04/03/95 |
| 00074-1907-25 | ABBOTT<br>(FLOW DETECTOR 54 INCH)<br>SET<br>1s ea<br>DEVICE | | 03 | OTC | 148.44 | .00 | .00 | .00 | 04/05/93 |
| 00074-1915-03 | ABBOTT<br>(LIFECR 4B MACRO W/RS485)<br>SET<br>1s ea<br>DEVICE | | 03 | OTC | 4266.40 | .00 | .00 | .00 | 04/05/93 |

Instructions: Please make corrections directly on this printout.

X  OK as is          OK with changes

Signature _____     Date _____

Confidential

Red Book 00162

ABT094-0162

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1917-03 | ABBOTT (LIFECARE MICRO W/RS485) SET 1s ea DEVICE | 03 | OTC | 4266.40 | .00 | .00 | .00 | 04/05/93 |
| 00074-2644-05 | ABBOTT (CONT EPID W/0.5% BUPIVC) SET 10s ea DEVICE | 03 | OTC | 612.04 | .00 | .00 | .00 | 04/03/95 |
| 00074-3129-48 | ABBOTT (HEMA ACCESS PORT) SET 48s ea DEVICE | 03 | OTC | 108.87 | .00 | .00 | .00 | 04/03/95 |
| 00074-3230-01 | ABBOTT (3-WAY STPCOCK EXT-20 IN) SET 50s ea DEVICE | 03 | OTC | 212.36 | .00 | .00 | .00 | 04/03/95 |
| 00074-3231-01 | ABBOTT (3-WAY STPCOCK EXT-36 IN) SET 50s ea DEVICE | 03 | OTC | 222.06 | .00 | .00 | .00 | 04/03/95 |
| 00074-3972-01 | ABBOTT (PHARM. ADD. TRANS. SET) SET 10s ea DEVICE | 03 | OTC | 87.16 | .00 | 61.50 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☑ OK as is          ☐ OK with changes

_____          _____
Signature                                      Date

Confidential

Red Book 00163

ABT094-0163