# Exhibit 51B

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1Ø
ABBOTT PARK IL 6ØØ64358Ø

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742 ·
(201) 358-2228   Fax (201) 358-1750

Please Respond By: **Ø9/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(8ØØ) 222-68Ø3**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ØØØ74-4Ø64-Ø1 | ABBOTT<br>(Y-TYPE CONNECTNG SET-SL)<br>SET<br>12Øs ea<br>DEVICE | Ø3 | OTC | 1138.5Ø | .ØØ | .ØØ | .ØØ | Ø4/Ø3/95 |
| ØØØ74-4Ø94-Ø1 | ABBOTT<br>(Y-TYPE CONNECTING SET)<br>SET<br>12Øs ea<br>DEVICE | Ø3 | OTC | 1Ø17.45 | .ØØ | .ØØ | .ØØ | Ø4/Ø3/95 |
| ØØØ74-4116-Ø1 | ABBOTT<br>(EXTENSION SET INT-SL)<br>SET<br>5Øs ea<br>DEVICE | Ø3 | OTC | 289.16 | .ØØ | .ØØ | .ØØ | Ø4/Ø3/95 |
| ØØØ74-4193-48 | ABBOTT<br>(PRIMARY IV-SL W/IVEX-HP)<br>SET<br>48s ea<br>DEVICE | Ø3 | RX | 1182.75 | .ØØ | .ØØ | .ØØ | Ø4/Ø4/94 |
| ØØØ74-42Ø5-Ø1 | ABBOTT<br>(NV IN-LINE BURETTE SET)<br>SET<br>2Øs ea<br>DEVICE | Ø3 | OTC | 29Ø.7Ø | .ØØ | .ØØ | .ØØ | Ø4/Ø3/95 |
| ØØØ74-42Ø9-Ø1 | ABBOTT<br>(THORACENT. TRAY W/RADIO)<br>SET<br>1Øs ea<br>DEVICE | Ø3 | OTC | 4Ø9.57 | .ØØ | .ØØ | .ØØ | Ø4/Ø3/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                         Date

Confidential

Red Book 00164

ABT094-0164

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

Confidential

ABT094-0165

Red Book 00165

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | ABBOTT<br>(CYC.DRNAGE-2/15LIT.BAGS<br>SET<br>10s ea<br>DEVICE | 03 | OTC | 115.78 | 97.50 | .00 | .00 | 10/01/86 |
| 00074-4401-01 | ABBOTT<br>(TRANSFER SET/4 LEG/VENT)<br>SET<br>10s ea<br>DEVICE | 03 | OTC | 520.01 | .00 | 349.00 | .00 | 04/03/95 |
| 00074-4402-01 | ABBOTT<br>(TRANSFER SET/4 LEG/NV)<br>SET<br>10s ea<br>DEVICE | 03 | OTC | 520.01 | .00 | 349.00 | .00 | 04/03/95 |
| 00074-4403-01 | ABBOTT<br>(TRANSFER SET/3 LEG/VENT)<br>SET<br>10s ea<br>DEVICE | 03 | OTC | 433.20 | .00 | 275.00 | .00 | 04/03/95 |
| 00074-4429-48 | ABBOTT<br>(EXTENSION SET-20 INCH)<br>SET<br>48s ea<br>DEVICE | 03 | OTC | 217.17 | .00 | .00 | .00 | 04/03/95 |
| 00074-4510-58 | ABBOTT<br>(PLATELET CONC INFUSION)<br>SET<br>48s ea<br>DEVICE | 03 | OTC | 598.50 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

⊏ OK as is      ⊏ OK with changes

_____      _____
Signature                      Date

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1758

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(888) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4522-50 | ABBOTT<br>(EXTENSION SET,TWIN SITE)<br>SET<br>48s ea<br>DEVICE | 03 | OTC | 277.59 | .00 | 178.56 | .00 | 04/03/95 |
| 00074-4525-40 | ABBOTT<br>(SOL. ADD. INLIN FLT-1MI)<br>SET<br>48s ea<br>DEVICE | 03 | OTC | 543.21 | .00 | .00 | .00 | 04/03/95 |
| 00074-4602-50 | ABBOTT<br>(BLOOD SECONDARY SET)<br>SET<br>48s ea<br>DEVICE | 03 | OTC | 482.22 | .00 | .00 | .00 | 04/03/95 |
| 00074-4610-02 | ABBOTT<br>(EXT. SET 30 IN STER PK)<br>SET<br>120s ea<br>DEVICE | 03 | OTC | 732.45 | .00 | 522.00 | .00 | 04/03/95 |
| 00074-4612-04 | ABBOTT<br>(EXTENSION W/T-CONNECTOR)<br>SET<br>120s ea<br>DEVICE | 03 | OTC | 879.23 | .00 | 537.60 | .00 | 04/03/95 |
| 00074-4616-02 | ABBOTT<br>(EXT. W/LOCK LUER/T-CONN)<br>SET<br>120s ea<br>DEVICE | 03 | OTC | 956.18 | .00 | 681.60 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

X OK as is          ⋯ OK with changes

Signature                    Date

Confidential

Red Book 00166

ABT094-0166

# RED BOOK

## PRODUCT LISTING VERIFICATION

**ABBOTT HOSPITAL PRODUCTS**
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: **09/15/95**

Contact Name:  **HARRY ADAMS**

Contact Phone:  **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4620-02 | ABBOTT (EXT. SET 20 IN STER PK) SET 120s ea DEVICE | 03 | OTC | 682.50 | .00 | .00 | .00 | 04/03/95 |
| 00074-4653-48 | ABBOTT (THORACENTESIS SET) SET 48s ea DEVICE | 03 | OTC | 470.82 | .00 | 332.64 | .00 | 04/03/95 |
| 00074-4693-01 | ABBOTT (DRAINAGE EXTENSION SET) SET 20s ea DEVICE | 03 | OTC | 225.39 | .00 | 144.60 | .00 | 04/03/95 |
| 00074-4700-48 | ABBOTT (24 IN BLOOD COLLECT TUB) SET 48s ea DEVICE | 03 | OTC | 432.63 | .00 | .00 | .00 | 04/03/95 |
| 00074-4730-02 | ABBOTT (EXT. SET W/CHK VLV/T-CON) SET 120s ea DEVICE | 03 | OTC | 1397.93 | .00 | .00 | .00 | 04/03/95 |
| 00074-4736-48 | ABBOTT (BLOOD COLLECT 36 IN TUB) SET 48s ea DEVICE | 03 | OTC | 446.88 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                      Date

Confidential

Red Book 00167

ABT094-0167

# *RED BOOK*

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4830-58 | ABBOTT (BLOOD INLINE FILT ADAPT) SET 40s ea DEVICE | 03 | OTC | 531.24 | .00 | .00 | .00 | 04/03/95 |
| 00074-4839-01 | ABBOTT (PUMP W/PROXIM.MALE ADAP) SET 24s ea DEVICE | 03 | OTC | 399.00 | .00 | .00 | .00 | 01/04/94 |
| | ABBOTT (BUTTERFLY-ST 16 GA 1 IN) SET 120s ea DEVICE | 03 | OTC | 380.40 | .00 | .00 | .00 | 04/04/94 |
| | ABBOTT (BUTTERFLY 21GA 1-1/4 IN) SET 120s ea DEVICE | 03 | OTC | 283.58 | .00 | .00 | .00 | 04/04/94 |
| 00074-5582-48 | ABBOTT (VENT Y-TYPE TRANS W/NDL) SET 40s ea DEVICE | 03 | OTC | 770.64 | .00 | .00 | .00 | 04/03/95 |
| 00074-5831-01 | ABBOTT (IN-LINE BURETTE 150ML) SET 20s ea DEVICE | 03 | OTC | 295.21 | .00 | 210.40 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____   Date _____

Confidential

ABT094-0168

Red Book 00168

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-6457-01 | ABBOTT<br>(12 IN MICROBORE EXT-SL)<br>SET<br>50s ea<br>DEVICE | 03 | OTC | 320.03 | .00 | .00 | .00 | 04/03/95 |
| 00074-6459-01 | ABBOTT<br>(20 IN MICROB EXT W/2Y'S)<br>SET<br>50s ea<br>DEVICE | 03 | OTC | 350.63 | .00 | .00 | .00 | 04/03/95 |
| 00074-6460-01 | ABBOTT<br>(36 IN MICROBORE EXT-SL)<br>SET<br>50s ea<br>DEVICE | 03 | OTC | 351.50 | .00 | .00 | .00 | 04/03/95 |
| 00074-6461-01 | ABBOTT<br>(72 IN MICROBORE EXT-SL)<br>SET<br>50s ea<br>DEVICE | 03 | OTC | 377.63 | .00 | .00 | .00 | 04/03/95 |
| 00074-6473-01 | ABBOTT<br>(EXT-36 IN MICROBRE/LUER)<br>SET<br>120s ea<br>DEVICE | 03 | OTC | 820.80 | .00 | .00 | .00 | 04/04/94 |
| 00074-6474-01 | ABBOTT<br>(EXT SET 60 IN  W/LUER)<br>SET<br>120s ea<br>DEVICE | 03 | OTC | 1020.85 | .00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☑ OK as is          ☐ OK with changes

Signature _____   Date _____

Confidential

Red Book 00169

ABT094-0169

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-6538-01 | ABBOTT<br>(CYSTOMANOMETER SET)<br>SET<br>20s ea<br>DEVICE | 83 | OTC | 336.78 | .00 | .00 | .00 | 04/03/95 |
| 00074-6543-01 | ABBOTT<br>(T-U-R Y-TYPE SET)<br>SET<br>20s ea<br>DEVICE | 83 | OTC | 274.79 | .00 | .00 | .00 | 04/03/95 |
| 00074-6544-01 | ABBOTT<br>(CYSTOSCOPY/IRRIGATION)<br>SET<br>20s ea<br>DEVICE | 83 | OTC | 163.88 | .00 | 116.80 | .00 | 04/03/95 |
| 00074-8810-58 | ABBOTT<br>(BLOOD SET 64/19G & CAIR)<br>SET<br>48s ea<br>DEVICE | 83 | OTC | 613.32 | .00 | .00 | .00 | 04/03/95 |
| 00074-8948-02 | ABBOTT<br>(HEMOSET W/CAIR CLAMP)<br>SET<br>20s ea<br>DEVICE | 83 | OTC | 608.71 | .00 | .00 | .00 | 04/03/95 |
| 00074-8949-64 | ABBOTT<br>(BLOOD Y-TY W/PUMP&CAIR)<br>SET<br>48s ea<br>DEVICE | 83 | OTC | 864.12 | .00 | 554.40 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

⬚ OK as is        ⬚ OK with changes

_____        _____
Signature                                                    Date

Confidential

Red Book 00170

ABT094-0170

# **RED BOOK**

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1D
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-8954-58 | ABBOTT (BLOOD SET W/PUMP & CAIR) SET 48s ea DEVICE | 03 | OTC | 758.18 | .00 | .00 | .00 | 04/03/95 |
| 00074-8964-64 | ABBOTT (BLOOD SURG Y-TYP W/CAIR) SET 48s ea DEVICE | 03 | OTC | 832.77 | .00 | 534.24 | .00 | 04/03/95 |
| 00074-8966-64 | ABBOTT (BLOOD Y-TYPE 66 W/CAIR) SET 48s ea DEVICE | 03 | OTC | 738.15 | .00 | .00 | .00 | 04/03/95 |
| 00074-9129-64 | ABBOTT (NV,Y-TYPE100 W/FSHBK&CA) SET 48s ea DEVICE | 03 | OTC | 876.09 | .00 | .00 | .00 | 04/03/95 |
| 00074-9136-48 | ABBOTT (PED,MICROAGG TRANF FLTR) SET 48s ea DEVICE | 03 | OTC | 225.72 | .00 | .00 | .00 | 04/03/95 |
| 00074-9143-58 | ABBOTT (HEMA BLOOD SET 80-SL) SET 48s ea DEVICE | 03 | OTC | 640.68 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☑ OK as is          ☐ OK with changes

Signature _____     Date _____

*Confidential*

ABT094-0171

Red Book 00171

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1758

Please Respond By: **09/15/95**
Contact Name:  HARRY ADAMS
Contact Phone: **(800) 222-6883**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-9144-58 | ABBOTT (HEMA BLOOD SET 80-SL) SET 48s ea DEVICE | 03 | OTC | 656.07 | .00 | .00 | .00 | 04/03/95 |
| 00074-9145-58 | ABBOTT (HEMA BLOOD SET 30) SET 48s ea DEVICE | 03 | OTC | 502.74 | .00 | .00 | .00 | 04/03/95 |
| 00074-9147-58 | ABBOTT (HEMA BLOOD 80-SL W/DRIP) SET 48s ea DEVICE | 03 | OTC | 648.66 | .00 | .00 | .00 | 04/03/95 |
| 00074-9149-58 | ABBOTT (HEMA Y-TYPE 100-SL W/DR) SET 48s ea DEVICE | 03 | OTC | 786.03 | .00 | .00 | .00 | 04/03/95 |
| 00074-9151-58 | ABBOTT (HEMA Y-TYPE 80-SL W/PMP) SET 48s ea DEVICE | 03 | OTC | 771.78 | .00 | .00 | .00 | 04/03/95 |
| 00074-9152-58 | ABBOTT (HEMA Y-TYPE FLTR 100-SL) SET 48s ea DEVICE | 03 | OTC | 842.46 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____    Date _____

Confidential

Red Book 00172

ABT094-0172

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-9153-58 | ABBOTT<br>(HEMA BLOOD Y-TYPE100-SL)<br>SET<br>48s ea<br>DEVICE | 03 | OTC | 842.46 | .00 | .00 | .00 | 04/03/95 |
| 00074-9155-58 | ABBOTT<br>(HEMA Y-TYPE 80-SL NV)<br>SET<br>48s ea<br>DEVICE | 03 | OTC | 768.93 | .00 | .00 | .00 | 04/03/95 |
| 00074-9164-58 | ABBOTT<br>(HEMA BLOOD 100-SL W/PMP)<br>SET<br>48s ea<br>DEVICE | 03 | OTC | 770.07 | .00 | .00 | .00 | 04/03/95 |
| 00074-9165-58 | ABBOTT<br>(HEMA Y 100-SL W/PMP NV)<br>SET<br>48s ea<br>DEVICE | 03 | OTC | 898.89 | .00 | .00 | .00 | 04/03/95 |
| 00074-9166-58 | ABBOTT<br>(HEMA Y-TYPE 100-SL W/PU)<br>SET<br>48s ea<br>DEVICE | 03 | OTC | 898.89 | .00 | .00 | .00 | 04/03/95 |
| 00074-9243-48 | ABBOTT<br>(MICRODRP IV MICRO PMP,V)<br>SET<br>48s ea<br>DEVICE | 03 | OTC | 788.31 | .00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____     Date _____

Confidential

Red Book 00173

ABT094-0173

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

ABT094-0174

Red Book 00174

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-9244-68 | ABBOTT (MICRODRP MICROPMP W/I-H) SET 24s ea DEVICE | | 03 | OTC | 513.00 | .00 | .00 | .00 | 04/04/94 |
| 00074-9252-68 | ABBOTT (NITRO MICRO PMP I.V.SET) SET 24s ea DEVICE | | 03 | OTC | 507.59 | .00 | .00 | .00 | 04/04/94 |
| 00074-9264-01 | ABBOTT (HEMA HEMOSET MICRO PUMP) SET 24s ea DEVICE | | 03 | OTC | 499.04 | .00 | .00 | .00 | 04/04/94 |
| | ABBOTT (40MM SCREW CAP SET) SET 24s ea DEVICE | | 03 | OTC | 442.32 | .00 | .00 | .00 | 04/04/94 |
| 00074-9289-68 | ABBOTT (MICRODRIP MICRO PUMP-SL) SET 24s ea DEVICE | | 03 | OTC | 545.21 | .00 | .00 | .00 | 04/04/94 |
| 00074-6143-02 | ACETIC ACID (AQUALITE) SOL IR  0.25% 250 ml, 12s ea ACETIC ACID | AT | 02 | RX | 222.30 | .00 | 120.12 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

    OK as is          OK with changes

Signature _____    Date _____

# RED BOOK

## PRODUCT LISTING VERIFICATION

**ABBOTT HOSPITAL PRODUCTS**

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1758

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| Code | Description | | | | Price | | Price | | Date |
|------|-------------|---|---|---|-------|---|-------|---|------|
| 00074-6143-89 | ACETIC ACID (AQUALITE) SOL IR 0.25% 1000 ml, 12s ea ACETIC ACID | AT | 02 | RX | 260.78 | .00 | 140.76 | .00 | 04/03/95 |
| 00074-8021-02 | ADI STERILE EMPTY VIAL ACC 60s ea DEVICE | | 03 | RX | 304.95 | .00 | 246.00 | .00 | 04/03/95 |
| 00074-8021-05 | ADI STERILE EMPTY VIAL ACC 60s ea DEVICE | | 03 | RX | 381.90 | .00 | 303.60 | .00 | 04/03/95 |
| 00074-8021-10 | ADI STERILE EMPTY VIAL ACC 60s ea DEVICE | | 03 | RX | 458.14 | .00 | 369.00 | .00 | 04/03/95 |
| 00074-3772-04 | ALCOHOL ABSOLUTE (AMP) INJ IJ 1 ml, 25s ea ALCOHOL, ETHYL | AP | 02 | RX | 311.72 | .00 | 220.25 | .00 | 04/03/95 |
| 00074-8060-01 | AMIDATE (ABBOJECT) INJ IJ 2 MG/ML 20 ml, 10s ea ETOMIDATE | | 01 | RX | 271.23 | .00 | 220.70 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

◯ OK as is          ▢ OK with changes

Signature _____          Date _____

Confidential

ABT094-0175

Red Book 00175

# RED BOOK®

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK   IL   600643500

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-8060-03 | AMIDATE<br>(ABBOJECT, LIFESHIELD)<br>INJ  IJ   2 MG/ML<br>20 ml, 10s ea<br>ETOMIDATE | | 01 | RX | 285.00 | .00 | 230.00 | .00 | 04/03/95 |
| 00074-8061-01 | AMIDATE<br>(AMP)<br>INJ  IJ   2 MG/ML<br>20 ml, 5s ea<br>ETOMIDATE | | 01 | RX | 134.87 | .00 | 109.10 | .00 | 04/03/95 |
| 00074-8062-01 | AMIDATE<br>(AMP)<br>INJ  IJ   2 MG/ML<br>10 ml, 5s ea<br>ETOMIDATE | | 01 | RX | 117.09 | .00 | 95.30 | .00 | 04/03/95 |
| 00087-1955-01 | AMIKACIN SULFATE<br>(VIAL, FLIPTOP)<br>INJ  IJ   50 MG/ML<br>2 ml, 10s ea<br>AMIKACIN SULFATE | AP | 02 | RX | 819.30 | .00 | 125.00 | .00 | 04/03/95 |
| 00087-2434-03 | AMIKACIN SULFATE<br>(ADD-VANTAGE)<br>INJ  IJ   62.5 MG/ML<br>8 ml, 25s ea<br>AMIKACIN SULFATE | | 02 | RX | 2582.81 | .00 | 435.00 | .00 | 04/03/95 |
| 00087-1956-01 | AMIKACIN SULFATE<br>(VIAL, FLIPTOP)<br>INJ  IJ   250 MG/ML<br>2 ml, 10s ea<br>AMIKACIN SULFATE | AP | 02 | RX | 992.50 | .00 | 150.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____          _____
Signature                                                    Date

Confidential

ABT094-0176

Red Book 00176

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00007-1957-01 | AMIKACIN SULFATE (VIAL, FLIPTOP) INJ  IJ   250 MG/ML 4 ml, 10s ea AMIKACIN SULFATE | AP | 02 | RX | | 2030.63 | .00 | 320.00 | .00 | 04/03/95 |
| 00007-1958-01 | AMIKACIN SULFATE (ABBOJECT) INJ  IJ   250 MG/ML 2 ml, 10s ea AMIKACIN SULFATE | AP | 02 | RX | | 1104.38 | .00 | 175.00 | .00 | 04/03/95 |
| 00007-3212-02 | AMIKACIN SULFATE (VIAL, PHARM BULK PKG) INJ  IJ   250 MG/ML 50 ml ea AMIKACIN SULFATE | AP | 02 | RX | | 1015.31 | .00 | 160.00 | .00 | 04/03/95 |
| 00074-4346-73 | AMINOCAPROIC ACID (VIAL, FLIPTOP) INJ  IJ   250 MG/ML 20 ml, 25s ea AMINOCAPROIC ACID | AP | 02 | RX | | 175.16 | .00 | 98.75 | .00 | 04/03/95 |
| 00074-4906-03 | AMINOPHYLLINE (ABBOJECT) INJ  IJ    25 MG/ML 20 ml, 10s ea AMINOPHYLLINE | AP | 02 | RX | | 164.94 | .00 | 81.40 | .00 | 04/03/95 |
| 00074-4909-03 | AMINOPHYLLINE (ABBOJECT) INJ  IJ    25 MG/ML 10 ml, 10s ea AMINOPHYLLINE | AP | 02 | RX | | 155.44 | .00 | 76.80 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____        _____
Signature                                   Date

Confidential

Red Book 00177

ABT094-0177

# RED BOOK

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1758

Please Respond By:  09/15/95
Contact Name:  HARRY ADAMS
Contact Phone:  (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-5921-01 | AMINOPHYLLINE (VIAL, FLIPTOP) INJ  IJ   25 MG/ML 10 ml, 25s ea AMINOPHYLLINE | AP | 02 | RX | 59.97 | .00 | 26.25 | .00 | 04/03/95 |
| 00074-5922-01 | AMINOPHYLLINE (VIAL, FLIPTOP) INJ  IJ   25 MG/ML 20 ml, 25s ea AMINOPHYLLINE | AP | 02 | RX | 83.13 | .00 | 37.00 | .00 | 04/03/95 |
| 00074-7305-01 | AMINOPHYLLINE (AMP) INJ  IJ   25 MG/ML 10 ml, 25s ea AMINOPHYLLINE | AP | 02 | RX | 53.44 | .00 | 23.75 | .00 | 04/03/95 |
| 00074-7306-01 | AMINOPHYLLINE (AMP) INJ  IJ   25 MG/ML 20 ml, 25s ea AMINOPHYLLINE | AP | 02 | RX | 67.09 | .00 | 29.75 | .00 | 04/03/95 |
| 00074-2989-05 | AMINOSYN INJ  IJ   3.5% 1000 ml, 6s ea AMINO ACIDS | | 01 | RX | 352.85 | .00 | 213.78 | .00 | 04/03/95 |
| 00074-4154-05 | AMINOSYN INJ  IJ   3.5% 1000 ml, 6s ea AMINO ACIDS | | 01 | RX | 368.43 | .00 | 213.86 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

# RED BOOK

**PRODUCT LISTING VERIFICATION**

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-2990-03 | AMINOSYN<br>INJ IJ  5%<br>500 ml, 12s ea<br>AMINO ACIDS | 01 | RX | 642.68 | .00 | 390.36 | .00 | 04/03/95 |
| 00074-2990-05 | AMINOSYN<br>INJ IJ  5%<br>1000 ml, 6s ea<br>AMINO ACIDS | 01 | RX | 628.78 | .00 | 381.96 | .00 | 04/03/95 |
| 00074-2992-03 | AMINOSYN<br>INJ IJ  7%<br>500 ml, 12s ea<br>AMINO ACIDS | 01 | RX | 868.82 | .00 | 527.64 | .00 | 04/03/95 |
| 00074-2996-01 | AMINOSYN<br>(TPN KIT)<br>INJ IJ  7%<br>500 ml, 3s ea<br>AMINO ACIDS | 01 | RX | 382.63 | .00 | 176.49 | .00 | 04/03/95 |
| 00074-4041-01 | AMINOSYN<br>(TPN KIT)<br>INJ IJ  8.5%<br>500 ml, 3s ea<br>AMINO ACIDS | 01 | RX | 317.99 | .00 | 185.43 | .00 | 04/03/95 |
| 00074-5855-03 | AMINOSYN<br>INJ IJ  8.5%<br>500 ml, 12s ea<br>AMINO ACIDS | 01 | RX | 920.84 | .00 | 532.56 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____   Date _____

Confidential

Red Book 00179

ABT094-0179

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-5855-05 | AMINOSYN<br><br>INJ IJ  8.5%<br>1000 ml, 6s ea<br>AMINO ACIDS | 01 | RX | 921.12 | .00 | 532.74 | .00 | 04/03/95 |
| 00074-2991-03 | AMINOSYN<br><br>INJ IJ  10%<br>500 ml, 12s ea<br>AMINO ACIDS | 01 | RX | 1051.22 | .00 | 642.00 | .00 | 04/03/95 |
| 00074-2991-05 | AMINOSYN<br><br>INJ IJ  10%<br>1000 ml, 6s ea<br>AMINO ACIDS | 01 | RX | 1050.72 | .00 | 642.00 | .00 | 04/03/95 |
| 00074-1108-03 | AMINOSYN HBC<br><br>INJ IJ  7%<br>500 ml, 12s ea<br>AMINO ACIDS | 01 | RX | 912.14 | .00 | 650.64 | .00 | 04/03/95 |
| 00074-1108-05 | AMINOSYN HBC<br><br>INJ IJ  7%<br>1000 ml, 6s ea<br>AMINO ACIDS | 01 | RX | 912.50 | .00 | 650.76 | .00 | 04/03/95 |
| 00074-1083-05 | AMINOSYN II<br><br>INJ IJ  3.5%<br>1000 ml, 6s ea<br>AMINO ACIDS | 01 | RX | 628.78 | .00 | 423.06 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____     Date _____

Confidential

ABT094-0180

Red Book 00180

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name:  HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1086-03 | AMINOSYN II<br>INJ  IJ  7%<br>500 ml, 12s ea<br>AMINO ACIDS | 01 | RX | 868.82 | .00 | 584.52 | .00 | 04/03/95 |
| 00074-1088-03 | AMINOSYN II<br>INJ  IJ  8.5%<br>500 ml, 12s ea<br>AMINO ACIDS | 01 | RX | 920.84 | .00 | 619.56 | .00 | 04/03/95 |
| 00074-1088-05 | AMINOSYN II<br>INJ  IJ  8.5%<br>1000 ml, 6s ea<br>AMINO ACIDS | 01 | RX | 921.12 | .00 | 619.68 | .00 | 04/03/95 |
| 00074-1090-03 | AMINOSYN II<br>INJ  IJ  10%<br>500 ml, 12s ea<br>AMINO ACIDS | 01 | RX | 1051.22 | .00 | 707.16 | .00 | 04/03/95 |
| 00074-1090-05 | AMINOSYN II<br>INJ  IJ  10%<br>1000 ml, 6s ea<br>AMINO ACIDS | 01 | RX | 1050.72 | .00 | 706.92 | .00 | 04/03/95 |
| 00074-7121-07 | AMINOSYN II<br>(BULK PACKAGE)<br>INJ  IJ  10%<br>2000 ml, 6s ea<br>AMINO ACIDS | 01 | RX | 2101.45 | .00 | 1498.68 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____

Date _____

Confidential

ABT094-0181

Red Book 00181

# RED BOOK

## PRODUCT LISTING VERIFICATION

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7122-07 | AMINOSYN II<br>(BULK PACKAGE)<br>INJ IJ  15%<br>2000 ml, 6s ea<br>AMINO ACIDS | 01 | RX | 3152.17 | .00 | 2248.92 | .00 | 04/03/95 |
| 00074-7756-29 | AMINOSYN II 3.5% W/ELEC, 25% DEX W/<br><br>INJ IJ<br>1000 ml, 6s ea<br>AMINO ACIDS/DEXTROSE/ELECT | 01 | RX | 655.29 | .00 | 400.80 | .00 | 04/03/95 |
| 00074-7753-29 | AMINOSYN II 4.25% W/ELEC, 20% DEX W<br><br>INJ IJ<br>1000 ml, 6s ea<br>AMINO ACIDS/DEXTROSE/ELECT | 01 | RX | 658.99 | .00 | 403.88 | .00 | 04/03/95 |
| 00074-7757-29 | AMINOSYN II 4.25% W/ELEC, 25% DEX W<br><br>INJ IJ<br>1000 ml, 6s ea<br>AMINO ACIDS/DEXTROSE/ELECT | 01 | RX | 679.23 | .00 | 415.44 | .00 | 04/03/95 |
| 00074-7700-29 | AMINOSYN II W/DEXTROSE<br><br>INJ IJ  3.5%-25%<br>1000 ml, 6s ea<br>AMINO ACIDS/DEXTROSE | 01 | RX | 683.13 | .00 | 405.78 | .00 | 04/03/95 |
| 00074-7701-29 | AMINOSYN II W/DEXTROSE<br><br>INJ IJ  3.5%-5%<br>1000 ml, 6s ea<br>AMINO ACIDS/DEXTROSE | 01 | RX | 540.79 | .00 | 363.79 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____      Date _____

Confidential

ABT094-0182

Red Book 00182

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7740-29 | AMINOSYN II W/DEXTROSE INJ IJ 3.5%-5% 1000 ml, 6s ea AMINO ACIDS/DEXTROSE | 01 | RX | 567.86 | .00 | 382.00 | .00 | 04/03/95 |
| 00074-7742-29 | AMINOSYN II W/DEXTROSE INJ IJ 4.25%-10% 1000 ml, 6s ea AMINO ACIDS/DEXTROSE | 01 | RX | 645.10 | .00 | 434.84 | .00 | 04/03/95 |
| 00074-7751-29 | AMINOSYN II W/DEXTROSE INJ IJ 4.25%-10% 1000 ml, 6s ea AMINO ACIDS/DEXTROSE | 01 | RX | 615.60 | .00 | 376.50 | .00 | 04/03/95 |
| 00074-7752-29 | AMINOSYN II W/DEXTROSE INJ IJ 4.25%-20% 1000 ml, 6s ea AMINO ACIDS/DEXTROSE | 01 | RX | 621.16 | .00 | 379.92 | .00 | 04/03/95 |
| 00074-7702-29 | AMINOSYN II W/DEXTROSE INJ IJ 4.25%-25% 1000 ml, 6s ea AMINO ACIDS/DEXTROSE | 01 | RX | 625.65 | .00 | 420.96 | .00 | 04/03/95 |
| 00074-7744-29 | AMINOSYN II W/DEXTROSE INJ IJ 5%-25% 1000 ml, 6s ea AMINO ACIDS/DEXTROSE | 01 | RX | 714.00 | .00 | 480.42 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☑ OK as is        ☐ OK with changes

Signature _____        Date _____

Confidential

Red Book 00183

ABT094-0183

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1758

Please Respond By: **09/15/95**

Contact Name:  **HARRY ADAMS**

Contact Phone:  **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1089-03 | AMINOSYN II W/ELECTROLYTES<br><br>INJ  IJ<br>500 ml, 12s ea<br>AMINO ACIDS/ELECT | 01 | RX | 912.00 | .00 | 613.68 | .00 | 04/03/95 |
| 00074-4183-01 | AMINOSYN W/ELECTROLYTES<br>(TPN KIT)<br>INJ  IJ<br>500 ml, 3s ea<br>AMINO ACIDS/ELECT | 01 | RX | 339.58 | .00 | 188.52 | .00 | 04/03/95 |
| 00074-4343-01 | AMINOSYN W/ELECTROLYTES<br>(KIT)<br>INJ   IJ<br>500 ml, 3s ea<br>AMINO ACIDS/ELECT | 01 | RX | 316.42 | .00 | 175.68 | .00 | 04/03/95 |
| 00074-5852-03 | AMINOSYN W/ELECTROLYTES<br><br>INJ IJ<br>500 ml, 12s ea<br>AMINO ACIDS/ELECT | 01 | RX | 914.71 | .00 | 529.20 | .00 | 04/03/95 |
| 00074-5856-03 | AMINOSYN W/ELECTROLYTES<br><br>INJ IJ<br>500 ml, 12s ea<br>AMINO ACIDS/ELECT | 01 | RX | 967.01 | .00 | 559.32 | .00 | 04/03/95 |
| 00074-5856-05 | AMINOSYN W/ELECTROLYTES<br><br>INJ IJ<br>1000 ml, 6s ea<br>AMINO ACIDS/ELECT | 01 | RX | 966.86 | .00 | 689.52 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is            OK with changes

_____          _____
Signature                                           Date

Confidential

ABT094-0184

Red Book 00184

# RED BOOK

## PRODUCT LISTING VERIFICATION

**ABBOTT HOSPITAL PRODUCTS**
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1Ø
ABBOTT PARK IL · 6ØØ643580

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: Ø9/15/95
Contact Name: HARRY ADAMS
Contact Phone: (8ØØ) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ØØØ74-1616-Ø2 | AMINOSYN-PF<br>INJ  IJ   7%<br>25Ø ml, 12s ea<br>AMINO ACIDS | | Ø1 | RX | 66Ø.77 | .ØØ | 471.24 | .ØØ | Ø4/Ø3/95 |
| ØØØ74-1616-Ø3 | AMINOSYN-PF<br>INJ  IJ   7%<br>5ØØ ml, 12s ea<br>AMINO ACIDS | | Ø1 | RX | 881.51 | .ØØ | 628.68 | .ØØ | Ø4/Ø3/95 |
| ØØØ74-1617-Ø5 | AMINOSYN-PF<br>INJ  IJ   1Ø%<br>1ØØØ ml, 6s ea<br>AMINO ACIDS | | Ø1 | RX | 1Ø42.6Ø | .ØØ | 7Ø1.46 | .ØØ | Ø4/Ø3/95 |
| ØØØ74-4Ø72-Ø2 | AMINOSYN-RF<br>INJ  IJ   5.2%<br>3ØØ ml, 12s ea<br>AMINO ACIDS | | Ø1 | RX | 1127.Ø3 | .ØØ | 671.16 | .ØØ | Ø4/Ø3/95 |
| ØØØ74-6Ø43-Ø1 | AMMONIUM CHLORIDE<br>(VIAL, FLIPTOP)<br>INJ  IJ   5 MEQ/ML<br>2Ø ml, 25s ea<br>AMMONIUM CHLORIDE | | Ø2 | RX | 121.72 | .ØØ | 71.8Ø | .ØØ | Ø4/Ø3/95 |
| ØØØØ7-3131-16 | ANCEF<br>(VIAL)<br>PDI  IJ   5ØØ MG<br>25s ea<br>CEFAZOLIN SODIUM | AP | Ø1 | RX | 44.53 | .ØØ | 31.5Ø | .ØØ | Ø4/Ø4/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

ABT094-0185

Red Book 00185

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07845-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00007-3130-01 | ANCEF (VIAL) PDI IJ 1 GM 10s ea CEFAZOLIN SODIUM | AP | 01 | RX | 35.63 | .00 | 24.00 | .00 | 04/04/94 |
| 00007-3130-16 | ANCEF (VIAL) PDI IJ 1 GM 25s ea CEFAZOLIN SODIUM | AP | 01 | RX | 89.06 | .00 | 60.00 | .00 | 04/04/94 |
| 00007-3137-05 | ANCEF (P.B.) PDI IJ 1 GM 10s ea CEFAZOLIN SODIUM | AP | 01 | RX | 46.19 | .00 | 31.50 | .00 | 04/04/94 |
| 00007-3136-05 | ANCEF (VIAL, BULK) PDI IJ 5 GM 10s ea CEFAZOLIN SODIUM | AP | 01 | RX | 178.13 | .00 | 120.00 | .00 | 04/04/94 |
| 00007-3135-05 | ANCEF (VIAL, BULK) PDI IJ 10 GM 10s ea CEFAZOLIN SODIUM | AP | 01 | RX | 356.25 | .00 | 240.00 | .00 | 04/04/94 |
| 00074-1967-04 | ANTICOAGULANT CITRATE PHOSPHATE DEX INJ IJ 500 ml, 6s ea CITRATE PHOSPHATE DEXTROSE | | 01 | RX | 149.55 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is        OK with changes

Signature _____        Date _____

Confidential

ABT094-0186

Red Book 00186

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1758

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-7897-01 | ATROPINE SULFATE<br>(ABBOJECT, 21GX1-1/2)<br>INJ IJ  0.05 MG/ML<br>5 ml, 10s ea<br>ATROPINE SULFATE | 02 | RX | 96.54 | .00 | 68.28 | .00 | 04/03/95 |
| 00074-4910-01 | ATROPINE SULFATE<br>(ABBOJECT, 21GX1-1/2)<br>INJ IJ  0.1 MG/ML<br>5 ml, 10s ea<br>ATROPINE SULFATE | 02 | RX | 122.19 | .00 | 68.28 | .00 | 04/03/95 |
| | ATROPINE SULFATE<br>(ABBOJECT, LIFESHIELD)<br>INJ IJ  0.1 MG/ML<br>5 ml, 10s ea<br>ATROPINE SULFATE | 02 | RX | 130.27 | .00 | .00 | .00 | 04/04/94 |
| 00074-4910-33 | ATROPINE SULFATE<br>(ABBOJECT, LIFESHIELD)<br>INJ IJ  0.1 MG/ML<br>5 ml, 25s ea<br>ATROPINE SULFATE | 02 | RX | 338.73 | .00 | 185.00 | .00 | 04/03/95 |
| 00074-4911-01 | ATROPINE SULFATE<br>(ABBOJECT, 21GX1-1/2)<br>INJ IJ  0.1 MG/ML<br>10 ml, 10s ea<br>ATROPINE SULFATE | 02 | RX | 126.11 | .00 | 62.30 | .00 | 04/03/95 |
| | ATROPINE SULFATE<br>(LIFESHIELD, 21GX1-1/2)<br>INJ IJ  0.1 MG/ML<br>10 ml, 10s ea<br>ATROPINE SULFATE | 02 | RX | 134.87 | .00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____

Date _____

Confidential

ABT094-0187

Red Book 00187

# RED BOOK

## PRODUCT LISTING VERIFICATION

**ABBOTT HOSPITAL PRODUCTS**
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07845-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4911-33 | ATROPINE SULFATE (LIFESHIELD, 21GX1-1/2) INJ IJ 0.1 MG/ML 10 ml, 25s ea ATROPINE SULFATE | | 02 | RX | 348.53 | .00 | 190.50 | .00 | 04/03/95 |
| 00029-6020-25 | BACTOCILL (VIAL) PDI IJ 500 MG 10s ea OXACILLIN SODIUM | AP | 01 | RX | 24.34 | .00 | 16.50 | .00 | 04/04/94 |
| 00029-6025-07 | BACTOCILL (ADD-VANTAGE) PDI IJ 1 GM 10s ea OXACILLIN SODIUM | AP | 01 | RX | 40.38 | .00 | 27.40 | .00 | 08/01/94 |
| 00029-6025-22 | BACTOCILL (VIAL) PDI IJ 1 GM 10s ea OXACILLIN SODIUM | AP | 01 | RX | 36.81 | .00 | 25.00 | .00 | 04/04/94 |
| 00029-6028-07 | BACTOCILL (ADD-VANTAGE) PDI IJ 2 GM 10s ea OXACILLIN SODIUM | AP | 01 | RX | 62.94 | .00 | 42.40 | .00 | 08/01/94 |
| 00029-6028-21 | BACTOCILL (P.B.) PDI IJ 2 GM 10s ea OXACILLIN SODIUM | AP | 01 | RX | 74.22 | .00 | 50.00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is     ☐ OK with changes

_____   _____
Signature                         Date

Confidential

Red Book 00188

ABT094-0188

# RED BOOK

## PRODUCT LISTING VERIFICATION

**ABBOTT HOSPITAL PRODUCTS**

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00029-6028-27 | BACTOCILL<br>(VIAL)<br>PDI  IJ   2 GM<br>10s ea<br>OXACILLIN SODIUM | AP | 01 | RX | 59.38 | .00 | 40.00 | .00 | 04/04/94 |
| 00029-6030-26 | BACTOCILL<br>(VIAL)<br>PDI  IJ   4 GM<br>10s ea<br>OXACILLIN SODIUM | AP | 01 | RX | 111.03 | .00 | 75.00 | .00 | 04/04/94 |
| 00029-6032-21 | BACTOCILL<br>(VIAL, BULK)<br>PDI  IJ  10 GM<br>10s ea<br>OXACILLIN SODIUM | AP | 01 | RX | 282.03 | .00 | 190.00 | .00 | 04/04/94 |
| 00074-3911-03 | BALANCED SALT SOLUTION<br><br>SOL  IR<br>500 ml, 12s ea<br>BALANCED SALT SOLUTION | EE | 02 | RX | 362.30 | .00 | 209.52 | .00 | 04/03/95 |
| 00074-4122-01 | BRACHIAL PLEXUS TRAY<br>(ANESTHESIA TRAY)<br>SET  IJ<br>10s ea<br>BUPIV/EPI/LIDO | | 01 | RX | 432.84 | .00 | .00 | .00 | 04/03/95 |
| 00074-9263-01 | BRETYLIUM TOSYLATE<br>(AMP)<br>INJ  IJ   50 MG/ML<br>10 ml, 5s ea<br>BRETYLIUM TOSYLATE | AP | 02 | RX | 167.20 | .00 | 82.50 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☒ OK as is       ☐ OK with changes

_____    _____
Signature                    Date

Confidential

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK   IL  600643500

Please Respond By: 09/15/95
Contact Name:  HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

Red Book 00190

ABT094-0190

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-9267-01 | BRETYLIUM TOSYLATE (ABBOJECT) INJ IJ   50 MG/ML 10 ml, 10s ea BRETYLIUM TOSYLATE | AP | 02 | RX | 354.83 | .00 | 175.00 | .00 | 04/03/95 |
| 00074-9268-01 | BRETYLIUM TOSYLATE (VIAL, FLIPTOP) INJ IJ   50 MG/ML 10 ml, 5s ea BRETYLIUM TOSYLATE | AP | 02 | RX | 167.20 | .00 | 82.50 | .00 | 04/03/95 |
| 00074-7638-62 | BRETYLIUM TOSYLATE/DEXTROSE INJ IJ   200 MG/100 ML-5% 250 ml, 24s ea BRETYLIUM/DEXTROSE | AP | 02 | RX | 934.00 | .00 | 600.16 | .00 | 04/03/95 |
| 00074-7639-62 | BRETYLIUM TOSYLATE/DEXTROSE INJ IJ   400 MG/100 ML-5% 250 ml, 24s ea BRETYLIUM/DEXTROSE | AP | 02 | RX | 1800.41 | .00 | 1373.76 | .00 | 04/03/95 |
| 00074-1158-01 | BUPIVACAINE HCL (AMP) INJ IJ   0.25% 30 ml, 5s ea BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 32.95 | .00 | 18.75 | .00 | 04/03/95 |
| 00074-1158-02 | BUPIVACAINE HCL (AMP) INJ IJ   0.25% 50 ml, 25s ea BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 274.61 | .00 | 156.25 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____          _____
Signature                                              Date

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1758

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1159-01 | BUPIVACAINE HCL (VIAL) INJ IJ 0.25% 10 ml, 25s ea BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 105.69 | .00 | 57.50 | .00 | 04/03/95 |
| 00074-1159-02 | BUPIVACAINE HCL (VIAL) INJ IJ 0.25% 30 ml, 25s ea BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 160.61 | .00 | 87.50 | .00 | 04/03/95 |
| 00074-1160-01 | BUPIVACAINE HCL (VIAL, FLIPTOP) INJ IJ 0.25% 50 ml, 25s ea BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 250.56 | .00 | 136.25 | .00 | 04/03/95 |
| 00074-4272-01 | BUPIVACAINE HCL (AMP, STERILE) INJ IJ 0.25% 20 ml, 5s ea BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 48.39 | .00 | 24.35 | .00 | 04/03/95 |
| 00074-5749-01 | BUPIVACAINE HCL (ABBOJECT W/MALE ADAPTER) INJ IJ 0.25% 50 ml, 25s ea BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 353.88 | .00 | 203.25 | .00 | 04/03/95 |
| 00074-1161-01 | BUPIVACAINE HCL (AMP) INJ IJ 0.5% 30 ml, 5s ea BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 33.73 | .00 | 22.20 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

✗ OK as is          ☐ OK with changes

Signature _____

Date _____

Confidential

# RED BOOK®

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1162-01 | BUPIVACAINE HCL<br>(VIAL)<br>INJ IJ  0.5%<br>10 ml, 25s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 112.81 | .00 | 62.50 | .00 | 04/03/95 |
| 00074-1162-02 | BUPIVACAINE HCL<br>(VIAL)<br>INJ IJ  0.5%<br>30 ml, 25s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 162.39 | .00 | 92.50 | .00 | 04/03/95 |
| 00074-1163-01 | BUPIVACAINE HCL<br>(VIAL, FLIPTOP)<br>INJ IJ  0.5%<br>50 ml, 25s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 261.25 | .00 | 148.75 | .00 | 04/03/95 |
| 00074-4273-01 | BUPIVACAINE HCL<br>(AMP, STERILE PACK)<br>INJ IJ  0.5%<br>20 ml, 5s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 52.01 | .00 | 26.10 | .00 | 04/03/95 |
| 00074-5740-01 | BUPIVACAINE HCL<br>(ABBOJECT W/MALE ADAPTER)<br>INJ IJ  0.5%<br>30 ml, 25s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 329.53 | .00 | 264.00 | .00 | 04/03/95 |
| 00074-1164-01 | BUPIVACAINE HCL<br>(AMP)<br>INJ IJ  0.75%<br>30 ml, 5s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 34.62 | .00 | 19.75 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

⎯ OK as is          ⎯ ⎯ OK with changes

_____     _____
Signature                                              Date

Confidential

Red Book 00192

ABT094-0192

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1165-01 | BUPIVACAINE HCL (VIAL) INJ IJ 0.75% 10 ml, 25s ea BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 129.14 | .00 | 70.00 | .00 | 04/03/95 |
| 00074-1165-02 | BUPIVACAINE HCL (VIAL) INJ IJ 0.75% 30 ml, 25s ea BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 186.44 | .00 | 106.25 | .00 | 04/03/95 |
| 00074-4274-01 | BUPIVACAINE HCL (AMP, STERILE) INJ IJ 0.75% 20 ml, 5s ea BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 55.58 | .00 | 27.95 | .00 | 04/03/95 |
| 00074-9041-01 | BUPIVACAINE HCL W/EPINEPHRINE (AMP) INJ IJ 0.25%-1:200,000 50 ml, 25s ea BUPIV/EPI | | 02 | RX | 349.13 | .00 | 211.25 | .00 | 04/03/95 |
| 00074-9042-01 | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, TEARTOP) INJ IJ 0.25%-1:200,000 10 ml, 10s ea BUPIV/EPI | | 02 | RX | 49.76 | .00 | 30.30 | .00 | 04/03/95 |
| 00074-9042-02 | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, TEARTOP) INJ IJ 0.25%-1:200,000 30 ml, 10s ea BUPIV/EPI | | 02 | RX | 85.26 | .00 | 51.50 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

X OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

Red Book 00193

ABT094-0193

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-9843-01 | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, FLIPTOP) INJ  IJ   0.25%-1:200,000 50 ml, 25s ea BUPIV/EPI | 02 | RX | | 285.00 | .00 | 172.25 | .00 | 04/03/95 |
| 00074-9844-01 | BUPIVACAINE HCL W/EPINEPHRINE (AMP) INJ  IJ   0.5%-1:200,000 30 ml, 5s ea BUPIV/EPI | 02 | RX | | 69.83 | .00 | 42.25 | .00 | 04/03/95 |
| 00074-9845-01 | BUPIVACAINE HCL W/EPINEPHRINE (AMP) INJ  IJ   0.5%-1:200,000 10 ml, 10s ea BUPIV/EPI | 02 | RX | | 70.30 | .00 | 42.50 | .00 | 04/03/95 |
| 00074-9845-02 | BUPIVACAINE HCL W/EPINEPHRINE (AMP) INJ  IJ   0.5%-1:200,000 30 ml, 10s ea BUPIV/EPI | 02 | RX | | 92.63 | .00 | 56.00 | .00 | 04/03/95 |
| 00074-9846-01 | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, FLIPTOP) INJ  IJ   0.5%-1:200,000 50 ml, 25s ea BUPIV/EPI | 02 | RX | | 310.53 | .00 | 187.50 | .00 | 04/03/95 |
| 00074-9847-01 | BUPIVACAINE HCL W/EPINEPHRINE (AMP) INJ  IJ   0.75%-1:200,000 30 ml, 5s ea BUPIV/EPI | 02 | RX | | 62.88 | .00 | 38.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

___ OK as is          ___ OK with changes

Signature _____          Date _____

Confidential

Red Book 00194

ABT094-0194

# RED BOOK

## PRODUCT LISTING VERIFICATION

**ABBOTT HOSPITAL PRODUCTS**

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (000) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-3613-01 | BUPIVACAINE SPINAL AMPUL (AMP) INJ IJ 0.25% 2 ml, 10s ea BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 47.62 | .00 | 28.98 | .00 | 04/03/95 |
| 00074-1224-01 | BUPIVACAINE/EPHEDRINE/EPINEPHRINE (SRH, SPINAL 22,W/O INTRO) SET IJ 10s ea BUPIV/EPH/EPI | | 02 | RX | 327.04 | .00 | .00 | .00 | 04/03/95 |
| 00074-1225-01 | BUPIVACAINE/EPHEDRINE/EPINEPHRINE (SRH, SPINAL 2S, W/INTRO) SET IJ 10s ea BUPIV/EPH/EPI | | 02 | RX | 334.16 | .00 | .00 | .00 | 04/03/95 |
| 00074-1200-01 | CALCIJEX (AMP) INJ IJ 1 MCG/ML 1 ml, 50s ea CALCITRIOL | | 01 | RX | 612.00 | .00 | .00 | .00 | 12/31/94 |
| 00074-1210-01 | CALCIJEX (AMP) INJ IJ 2 MCG/ML 1 ml, 50s ea CALCITRIOL | | 01 | RX | 1048.00 | .00 | .00 | .00 | 12/31/94 |
| 00074-2553-01 | CALCIUM ACETATE (VIAL, FLIPTOP) INJ IJ 0.5 MEQ/ML 10 ml, 25s ea CALCIUM ACETATE | | 02 | RX | 25.23 | .00 | 16.25 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____

Date _____

Confidential

ABT094-0195

Red Book 00195

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-2553-02 | CALCIUM ACETATE (VIAL, FLIPTOP) INJ IJ  0.5 MEQ/ML 50 ml, 25s ea CALCIUM ACETATE | 02 | RX | 85.88 | .00 | 65.00 | .00 | 04/03/95 |
| 00074-2553-03 | CALCIUM ACETATE (VIAL, FLIPTOP) INJ IJ  0.5 MEQ/ML 100 ml, 25s ea CALCIUM ACETATE | 02 | RX | 192.67 | .00 | 127.50 | .00 | 04/03/95 |
| 00074-4928-33 | CALCIUM CHLORIDE (SRN) INJ IJ  100 MG/ML 10 ml, 25s ea CALCIUM CHLORIDE | 02 | RX | 328.94 | .00 | 180.00 | .00 | 04/03/95 |
| 00074-4908-01 | CALCIUM CHLORIDE SOLUTION (ABBOJECT, 18GX3-1/2) INJ IJ  100 MG/ML 10 ml, 10s ea CALCIUM CHLORIDE | 02 | RX | 133.12 | .00 | 65.80 | .00 | 04/03/95 |
| 00074-4928-01 | CALCIUM CHLORIDE SOLUTION (ABBOJECT, 210X1-1/2) INJ IJ  100 MG/ML 10 ml, 10s ea CALCIUM CHLORIDE | 02 | RX | 118.16 | .00 | 58.30 | .00 | 04/03/95 |
| ████████ | CALCIUM CHLORIDE SOLUTION (ABBOJECT, LIFESHIELD) INJ IJ  100 MG/ML 10 ml, 10s ea CALCIUM CHLORIDE | 02 | RX | 126.47 | .00 | 72.00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____        Date _____

Confidential

ABT094-0196

Red Book 00196

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1B
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2226   Fax (201) 358-1758

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3894-05 | CALCIUM GLUCEPTATE (AMP) INJ IJ 220 MG/ML 5 ml, 25s ea CALCIUM GLUCEPTATE | AP | 02 | RX | 47.20 | .00 | 30.25 | .00 | 04/03/95 |
| 00074-1184-01 | CALCIUM GLUCONATE (AMP) INJ IJ 100 MG/ML 1 ml, 25s ea CALCIUM GLUCONATE | | 02 | RX | 47.20 | .00 | 30.75 | .00 | 04/03/95 |
| 00074-6536-01 | CATHETER IRRIGATION SET (W/CAIR CLAMP) SET 20s ea DEVICE | | 03 | OTC | 113.29 | .00 | .00 | .00 | 04/03/95 |
| 00074-4767-05 | CAUDAL W/LIDOCAINE/EPINEPHRINE (ANESTHESIA TRAY) SET 10s ea EPI/LIDO HCL | EE | 02 | RX | 348.60 | .00 | .00 | .00 | 04/03/95 |
| 00074-4732-03 | CEFAZOLIN SODIUM (ADD-VANTAGE) PDI IJ 1 GM 25s ea CEFAZOLIN SODIUM | AP | 02 | RX | 127.06 | .00 | 95.50 | .00 | 04/03/95 |
| 00074-3118-02 | CENOLATE (AMP, 10X10) INJ IJ 500 MG/ML 1 ml, 100s ea VITAMIN C | | 01 | RX | 224.44 | .00 | 113.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

ABT094-0197

Red Book 00197

# **RED BOOK**

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3397-02 | CENOLATE<br>(AMP)<br>INJ IJ  500 MG/ML<br>2 ml, 100s ea<br>VITAMIN C | | 01 | RX | 289.75 | .00 | 144.00 | .00 | 04/03/95 |
| 00074-4169-01 | CHLOROPROCAINE HCL<br>(VIAL)<br>INJ IJ  2%<br>30 ml, 25s ea<br>CHLOROPROCAINE HYDROCHLORIDE | AP | 02 | RX | 205.14 | .00 | 150.00 | .00 | 04/03/95 |
| 00074-4170-01 | CHLOROPROCAINE HCL<br>(VIAL)<br>INJ IJ  3%<br>30 ml, 25s ea<br>CHLOROPROCAINE HYDROCHLORIDE | AP | 02 | RX | 249.67 | .00 | 150.00 | .00 | 04/03/95 |
| 00074-4093-01 | CHROMIUM<br>(VIAL, FLIPTOP)<br>INJ IJ  4 MCG/ML<br>10 ml, 25s ea<br>CHROMIC CHLORIDE | AP | 02 | RX | 151.41 | .00 | 80.25 | .00 | 04/03/95 |
| 00074-7354-09 | CIMETIDINE HCL/SODIUM CHLORIDE<br><br>INJ IJ  90 MG/100 ML-0.9%<br>1000 ml, 12s ea<br>CIMETIDINE HCL/SOD CL | AP | 02 | RX | 149.63 | .00 | 96.00 | .00 | 01/23/95 |
| 00074-7355-09 | CIMETIDINE HCL/SODIUM CHLORIDE<br><br>INJ IJ  120 MG/100 ML-0.9%<br>1000 ml, 12s ea<br>CIMETIDINE HCL/SOD CL | AP | 02 | RX | 178.13 | .00 | 114.00 | .00 | 01/23/95 |

Instructions: Please make corrections directly on this printout.

☑ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

ABT094-0198

Red Book 00198

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1Ø
ABBOTT PARK  IL  6ØØ643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: Ø9/15/95
Contact Name:  HARRY ADAMS
Contact Phone:  (8ØØ) 222-68Ø3

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ØØØ74-7352-Ø3 | CIMETIDINE HCL/SODIUM CHLORIDE<br><br>INJ  IJ   1ØØ MG/1ØØ ML-Ø.9%<br>5ØØ ml, 24s ea<br>CIMETIDINE HCL/SOD CL | AP | Ø2 | RX | 299.25 | .ØØ | 192.ØØ | .ØØ | Ø1/23/95 |
| ØØØ74-7353-Ø3 | CIMETIDINE HCL/SODIUM CHLORIDE<br><br>INJ  IJ   24Ø MG/1ØØ ML-Ø.9%<br>5ØØ ml, 24s ea<br>CIMETIDINE HCL/SOD CL | AP | Ø2 | RX | 356.25 | .ØØ | 228.ØØ | .ØØ | Ø1/23/95 |
| ØØØ74-735Ø-Ø2 | CIMETIDINE HCL/SODIUM CHLORIDE<br><br>INJ  IJ   36Ø MG/1ØØ ML-Ø.9%<br>25Ø ml, 12s ea<br>CIMETIDINE HCL/SOD CL | AP | Ø2 | RX | 149.63 | .ØØ | 96.ØØ | .ØØ | Ø4/Ø3/95 |
| ØØØ74-7351-Ø2 | CIMETIDINE HCL/SODIUM CHLORIDE<br><br>INJ  IJ   48Ø MG/1ØØ ML-Ø.9%<br>25Ø ml, 12s ea<br>CIMETIDINE HCL/SOD CL | AP | Ø2 | RX | 178.13 | .ØØ | 114.ØØ | .ØØ | Ø4/Ø3/95 |
| ØØØ74-7447-16 | CIMETIDINE HYDROCHLORIDE<br><br>INJ  IJ   3ØØ MG/5Ø ML<br>5Ø ml, 48s ea<br>CIMETIDINE HYDROCHLORIDE | AP | Ø2 | RX | 1ØØ3.ØØ | .ØØ | 12Ø.ØØ | .ØØ | 12/16/94 |
| ØØØ74-4532-Ø2 | CLEAR-CATH<br>(2Ø GAUGE, 2")<br>CAT<br>12Øs ea<br>DEVICE | | Ø3 | OTC | 578.55 | .ØØ | .ØØ | .ØØ | Ø4/Ø3/95 |

Instructions: Please make corrections directly on this printout.

☒ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

ABT094-0199

Red Book 00199

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4532-06 | CLEAR-CATH (16GX1-1/4") CAT 120s ea DEVICE | 03 | OTC | 578.55 | .00 | .00 | .00 | 04/03/95 |
| 00074-4532-08 | CLEAR-CATH (18GX1-1/4") CAT 120s ea DEVICE | 03 | OTC | 578.55 | .00 | .00 | .00 | 04/03/95 |
| 00074-4532-14 | CLEAR-CATH (14 GAUGE, 2") CAT 120s ea DEVICE | 03 | OTC | 578.55 | .00 | .00 | .00 | 04/03/95 |
| 00074-4532-16 | CLEAR-CATH (16GX2") CAT 120s ea DEVICE | 03 | OTC | 578.55 | .00 | .00 | .00 | 04/03/95 |
| 00074-4532-18 | CLEAR-CATH (18GX2") CAT 120s ea DEVICE | 03 | OTC | 578.55 | .00 | .00 | .00 | 04/03/95 |
| 00074-4532-20 | CLEAR-CATH (20 GAUGE, 1-1/4") CAT 120s ea DEVICE | 03 | OTC | 578.55 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is          OK with changes

Signature _____          Date _____

# *RED BOOK*

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By:  09/15/95

Contact Name:  HARRY ADAMS

Contact Phone:  (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4532-22 | CLEAR-CATH<br>(22 GAUGE, 1-1/4")<br>CAT<br>120s ea<br>DEVICE | | 03 | OTC | 605.63 | .00 | .00 | .00 | 04/03/95 |
| 00074-4532-24 | CLEAR-CATH<br>(24 GAUGE, 3/4")<br>CAT<br>120s ea<br>DEVICE | | 03 | OTC | 632.70 | .00 | .00 | .00 | 04/03/95 |
| 00074-4532-32 | CLEAR-CATH<br>(22 GAUGE, 1")<br>CAT<br>120s ea<br>DEVICE | | 03 | OTC | 605.63 | .00 | .00 | .00 | 04/03/95 |
| 00074-4532-74 | CLEAR-CATH<br>(14G, 5-1/2" SUBCLAVIAN)<br>CAT<br>60s ea<br>DEVICE | | 03 | OTC | 400.43 | .00 | .00 | .00 | 04/03/95 |
| 00074-4050-01 | CLINDAMYCIN PHOSPHATE<br>(VIAL, FLIPTOP)<br>INJ  IJ  150 MG/ML<br>2 ml, 25s ea<br>CLINDAMYCIN PHOSPHATE | AP | 02 | RX | 267.19 | .00 | 153.75 | .00 | 04/03/95 |
| 00074-4051-01 | CLINDAMYCIN PHOSPHATE<br>(VIAL, FLIPTOP)<br>INJ  IJ  150 MG/ML<br>4 ml, 25s ea<br>CLINDAMYCIN PHOSPHATE | AP | 02 | RX | 489.84 | .00 | 282.50 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____     Date _____

Confidential

Red Book 00201

ABT094-0201

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R1Ø
ABBOTT PARK  IL  6ØØ643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By:  Ø9/15/95

Contact Name:  HARRY ADAMS

Contact Phone:  (8ØØ) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ØØØ74-4Ø52-Ø1 | CLINDAMYCIN PHOSPHATE (VIAL, FLIPTOP) INJ  IJ   15Ø MG/ML 6 ml, 25s ea CLINDAMYCIN PHOSPHATE | AP | Ø2 | RX | 655.8Ø | .ØØ | 377.5Ø | .ØØ | Ø4/Ø3/95 |
| ØØØ74-4Ø53-Ø3 | CLINDAMYCIN PHOSPHATE (VIAL, ADD-VANTAGE) INJ  IJ   15Ø MG/ML 2 ml, 25s ea CLINDAMYCIN PHOSPHATE | AP | Ø2 | RX | 249.56 | .ØØ | 2ØØ.ØØ | .ØØ | Ø4/Ø3/95 |
| ØØØ74-4Ø54-Ø3 | CLINDAMYCIN PHOSPHATE (VIAL, ADD-VANTAGE) INJ  IJ   15Ø MG/ML 4 ml, 25s ea CLINDAMYCIN PHOSPHATE | AP | Ø2 | RX | 495.19 | .ØØ | 282.5Ø | .ØØ | Ø4/Ø3/95 |
| ØØØ74-4Ø55-Ø3 | CLINDAMYCIN PHOSPHATE (VIAL, ADD-VANTAGE) INJ  IJ   15Ø MG/ML 6 ml, 25s ea CLINDAMYCIN PHOSPHATE | AP | Ø2 | RX | 662.Ø3 | .ØØ | 377.5Ø | .ØØ | Ø4/Ø3/95 |
| ØØØ74-4197-Ø1 | CLINDAMYCIN PHOSPHATE (VIAL, BULK) INJ  IJ   15Ø MG/ML 6Ø ml ea CLINDAMYCIN PHOSPHATE | AP | Ø2 | RX | 215.Ø9 | .ØØ | 13Ø.ØØ | .ØØ | Ø4/Ø3/95 |
| ØØØ74-48ØØ-Ø5 | CONTINUOUS CAUDAL W/LIDO/EPINEPH (W/TEST DOSE) SET 1Øs ea EPI/LIDO HCL | EE | Ø2 | RX | 413.15 | .ØØ | .ØØ | .ØØ | Ø4/Ø3/95 |

Instructions: Please make corrections directly on this printout.

◻ OK as is          ◻ OK with changes

_____          _____
Signature                            Date

Confidential

ABT094-0202

Red Book 00202

# RED BOOK

## PRODUCT LISTING VERIFICATION

**■MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

Please Respond By: **09/15/95**
Contact Name:  **HARRY ADAMS**
Contact Phone:  **(800) 222-6883**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4810-09 | CONTINUOUS EPIDURAL (ANESTH TRAY W/POV IOD) DEV 10s ea DEVICE | | 02 | RX | 510.27 | .00 | .00 | .00 | 04/03/95 |
| 00074-4039-05 | CONTINUOUS EPIDURAL W/BUP/EPIN/LIDO (W/TEST DOSE) SET  IJ 10s ea BUPIV/EPI/LIDO | | 02 | RX | 563.35 | .00 | .00 | .00 | 04/03/95 |
| 00074-3098-05 | CONTINUOUS EPIDURAL W/BUP/EPINEPH (W/TEST DOSE) SET  IJ 10s ea BUPIV/EPI/LIDO | | 02 | RX | 525.94 | .00 | .00 | .00 | 04/04/94 |
| 00074-5756-05 | CONTINUOUS EPIDURAL W/BUP/EPINEPH (W/TEST DOSE) SET  IJ 10s ea BUPIV/EPI/LIDO | | 02 | RX | 546.96 | .00 | .00 | .00 | 04/03/95 |
| 00074-4037-05 | CONTINUOUS EPIDURAL W/BUP/LIDO (W/TEST DOSE) SET  IJ 10s ea BUPIV/LIDO HCL | | 02 | RX | 541.26 | .00 | .00 | .00 | 04/03/95 |
| 00074-4038-05 | CONTINUOUS EPIDURAL W/BUPIVACAINE (W/TEST DOSE) SET  IJ  0.5% 10s ea BUPIVACAINE HYDROCHLORIDE | EE | 02 | RX | 552.19 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☒ OK as is     ☐ OK with changes

Signature _____     Date _____

Confidential

Red Book 00203

ABT094-0203

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1758

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3096-05 | CONTINUOUS EPIDURAL W/EPINEPHRINE (W/TEST DOSE) SET IJ 10s ea EPINEPHRINE | | 02 | RX | 470.44 | .00 | .00 | .00 | 04/04/94 |
| 00074-4810-05 | CONTINUOUS EPIDURAL W/EPINEPHRINE (W/TEST DOSE) SET IJ 10s ea EPINEPHRINE | | 02 | RX | 497.56 | .00 | .00 | .00 | 04/03/95 |
| 00074-4769-05 | CONTINUOUS EPIDURAL W/LIDO/EPINEP (W/TEST DOSE) SET IJ 10s ea EPI/LIDO HCL | EE | 02 | RX | 489.25 | .00 | .00 | .00 | 04/03/95 |
| 00074-4775-05 | CONTINUOUS EPIDURAL W/LIDO/EPINEP (W/TEST DOSE) SET IJ 10s ea EPI/LIDO HCL | EE | 02 | RX | 529.98 | .00 | .00 | .00 | 04/03/95 |
| 00074-8024-05 | CONTINUOUS EPIDURAL W/LIDO/EPINEP (17G, W/TEST DOSE) SET IJ 10s ea EPI/LIDO HCL | EE | 02 | RX | 515.85 | .00 | .00 | .00 | 04/03/95 |
| 00074-8024-08 | CONTINUOUS EPIDURAL W/LIDO/EPINEP (ANETHESIA TRAY) SET 10s ea EPI/LIDO HCL | EE | 02 | RX | 508.25 | .00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

_____   _____
Signature                          Date

Confidential

ABT094-0204

Red Book 00204

# **RED BOOK**

## **PRODUCT LISTING VERIFICATION**

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-8284-05 | CONTINUOUS EPIDURAL W/LIDO/EPINEP (17G, W/TEST DOSE) SET IJ 10s ea EPI/LIDO HCL | EE | 02 | RX | 483.31 | .00 | .00 | .00 | 04/03/95 |
| 00074-3097-08 | CONTINUOUS EPIDURAL W/O DRUGS (18G) DEV 10s ea DEVICE | | 03 | RX | 454.10 | .00 | .00 | .00 | 04/03/95 |
| 00074-4809-02 | CONTINUOUS EPIDURAL W/O DRUGS DEV 10s ea DEVICE | | 03 | RX | 439.26 | .00 | .00 | .00 | 04/03/95 |
| 00074-4092-01 | COPPER (VIAL, FLIPTOP) INJ IJ 0.4 MG/ML 10 ml, 25s ea COPPER | | 02 | RX | 159.13 | .00 | 80.25 | .00 | 04/03/95 |
| 00074-7111-09 | DEX/LACT. RINGERS/POTASSIUM CHL (5% DEXTROSE) INJ IJ 1000 ml, 12s ea LACT RINGER'S/POT CL | AP | 02 | RX | 302.39 | .00 | 193.68 | .00 | 04/03/95 |
| 00074-7113-09 | DEX/LACT. RINGERS/POTASSIUM CHL (5% DEXTROSE) INJ IJ 1000 ml, 12s ea LACT RINGER'S/POT CL | AP | 02 | RX | 302.39 | .00 | 193.68 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____        Date _____

Confidential