# Exhibit 51C

# RED BOOK®

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  608643500

Please Respond By: **09/15/95**
Contact Name:  **HARRY ADAMS**
Contact Phone:  **(800) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-8805-01 | DEXTRAN<br>(VIAL, TEARTOP, HM)<br>INJ IJ    32%<br>100 ml, 5s ea<br>DEXTRAN | | 02 | RX | 183.35 | .00 | 184.85 | .00 | 04/03/95 |
| 00074-1507-03 | DEXTRAN-70/DEXTROSE<br><br>INJ IJ    6%-5%<br>500 ml, 12s ea<br>DEXTRAN 70/DEXTROSE | | 02 | RX | 1071.60 | .00 | 454.80 | .00 | 04/03/95 |
| 00074-1507-04 | DEXTRAN-70/DEXTROSE<br><br>INJ IJ    6%-5%<br>500 ml, 6s ea<br>DEXTRAN 70/DEXTROSE | | 02 | RX | 520.20 | .00 | .00 | .00 | 04/04/94 |
| 00074-1507- | DEXTRAN-75 W/SODIUM CHLORIDE<br>INJ IJ    6%-0.9%<br>500 ml, 6s ea<br>DEXTRAN 75/SOD CL | | 02 | RX | 520.20 | .00 | .00 | .00 | 04/04/94 |
| 00074-1508-05 | DEXTROSE<br><br>INJ IJ    2.5%<br>1000 ml, 6s ea<br>DEXTROSE | | 02 | RX | 78.45 | .00 | .00 | .00 | 04/03/95 |
| 00074-1494-01 | DEXTROSE<br>(VIAL, 150 ML PRESS PNTP)<br>INJ IJ    5%<br>100 ml, 25s ea<br>DEXTROSE | AP | 02 | RX | 103.61 | .00 | 78.00 | .00 | 04/03/95 |

*(handwritten: 03, 12)*

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____
Signature

_____
Date

Confidential

ABT094-0206

Red Book 00206

# **RED BOOK**

## PRODUCT LISTING VERIFICATION

**ABBOTT HOSPITAL PRODUCTS**

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07845-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1495-01 | DEXTROSE<br>(100 ML PRESS.PNTOP VIAL)<br>INJ  IJ   5%<br>50 ml, 25s ea<br>DEXTROSE | AP | 02 | RX | 99.75 | .00 | 77.00 | .00 | 04/03/95 |
| 00074-1500-05 | DEXTROSE<br>(W/5% ALCOHOL)<br>INJ  IJ   5%<br>1000 ml, 6s ea<br>DEXTROSE | AP | 02 | RX | 104.31 | .00 | .00 | .00 | 04/03/95 |
| 00074-1522-01 | DEXTROSE<br><br>INJ  IJ   5%<br>150 ml, 12s ea<br>DEXTROSE | AP | 02 | RX | 123.26 | .00 | .00 | .00 | 04/03/95 |
| 00074-1522-02 | DEXTROSE<br><br>INJ  IJ   5%<br>250 ml, 12s ea<br>DEXTROSE | AP | 02 | RX | 123.26 | .00 | 74.00 | .00 | 04/03/95 |
| 00074-1522-03 | DEXTROSE<br><br>INJ  IJ   5%<br>500 ml, 12s ea<br>DEXTROSE | AP | 02 | RX | 123.26 | .00 | 74.00 | .00 | 04/03/95 |
| 00074-1523-01 | DEXTROSE<br>(50/150 ML PART FILL)<br>INJ  IJ   5%<br>50 ml, 12s ea<br>DEXTROSE | AP | 02 | RX | 197.51 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

⊏ OK as is          ⊏ OK with changes

Signature _____     Date _____

Confidential

ABT094-0207

Red Book 00207

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2220   Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1523-11 | DEXTROSE (100/150 ML PART FILL) INJ  IJ   5% 100 ml, 12s ea DEXTROSE | AP | 02 | RX | 197.51 | .00 | 118.56 | .00 | 04/03/95 |
| 00074-7100-02 | DEXTROSE (ADD-VANTAGE) INJ  IJ   5% 250 ml, 24s ea DEXTROSE | AP | 02 | RX | 334.31 | .00 | 172.88 | .00 | 04/03/95 |
| 00074-7100-13 | DEXTROSE (ADD-VANTAGE, LIFECARE) INJ  IJ   5% 50 ml, 48s ea DEXTROSE | AP | 02 | RX | 552.33 | .00 | 272.64 | .00 | 04/03/95 |
| 00074-7100-23 | DEXTROSE (ADD-VANTAGE, LIFECARE) INJ  IJ   5% 100 ml, 48s ea DEXTROSE | AP | 02 | RX | 552.33 | .00 | 272.64 | .00 | 04/03/95 |
| 00074-7922-02 | DEXTROSE (LIFECARE/PLASTIC) INJ  IJ   5% 250 ml, 24s ea DEXTROSE | AP | 02 | RX | 233.13 | .00 | 31.44 | .00 | 04/03/95 |
| 00074-7922-03 | DEXTROSE (LIFECARE/PLASTIC) INJ  IJ   5% 500 ml, 24s ea DEXTROSE | AP | 02 | RX | 233.13 | .00 | 31.68 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☑ OK as is        ☐ OK with changes

Signature _____        Date _____

Confidential

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00874-7922-09 | DEXTROSE (LIFECARE/PLASTIC) INJ  IJ   5% 1000 ml, 12s ea DEXTROSE | AP | 02 | RX | 136.23 | .00 | 17.76 | .00 | 04/03/95 |
| 00874-7922-53 | DEXTROSE (LIFECARE) INJ  IJ   5% 250 ml, 24s ea DEXTROSE | AP | 02 | RX | 226.29 | .00 | 125.75 | .00 | 04/04/94 |
| 00874-7922-61 | DEXTROSE (LIFECARE) INJ  IJ   5% 150 ml, 32s ea DEXTROSE | AP | 02 | RX | 310.84 | .00 | 37.12 | .00 | 04/03/95 |
| 00874-7923-20 | DEXTROSE (LIFECARE, QUAD PACK) INJ  IJ   5% 25 ml, 48s ea DEXTROSE | AP | 02 | RX | 754.68 | .00 | 435.36 | .00 | 04/03/95 |
| 00874-7923-36 | DEXTROSE (LIFECARE) INJ  IJ   5% 50 ml, 80s ea DEXTROSE | AP | 02 | RX | 819.85 | .00 | 211.20 | .00 | 04/03/95 |
| 00874-7923-37 | DEXTROSE (LIFECARE) INJ  IJ   5% 100 ml, 80s ea DEXTROSE | AP | 02 | RX | 819.85 | .00 | 211.20 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

ABT094-0209

Red Book 00209

# RED BOOK

## PRODUCT LISTING VERIFICATION

**ABBOTT HOSPITAL PRODUCTS**

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name:  **HARRY ADAMS**
Contact Phone:  **(800) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1520-02 | DEXTROSE<br>INJ  IJ  10%<br>250 ml, 12s ea<br>DEXTROSE | AP | 02 | RX | 137.94 | .00 | 86.04 | .00 | 04/04/94 |
| 00074-4089-02 | DEXTROSE<br>(AMP)<br>INJ  IJ  10%<br>5 ml, 25s ea<br>DEXTROSE | AP | 02 | RX | 69.47 | .00 | 35.00 | .00 | 04/03/95 |
| 00074-5641-25 | DEXTROSE<br>(1000 ML CONTAINER)<br>INJ  IJ  10%<br>500 ml, 6s ea<br>DEXTROSE | AP | 02 | RX | 123.98 | .00 | 60.96 | .00 | 04/03/95 |
| 00074-7930-02 | DEXTROSE<br>(LIFECARE)<br>INJ  IJ  10%<br>250 ml, 24s ea<br>DEXTROSE | AP | 02 | RX | 284.15 | .00 | 225.60 | .00 | 04/03/95 |
| 00074-7930-03 | DEXTROSE<br>(LIFECARE)<br>INJ  IJ  10%<br>500 ml, 24s ea<br>DEXTROSE | AP | 02 | RX | 267.90 | .00 | 162.72 | .00 | 04/03/95 |
| 00074-7930-09 | DEXTROSE<br>(LIFECARE)<br>INJ  IJ  10%<br>1000 ml, 12s ea<br>DEXTROSE | AP | 02 | RX | 156.32 | .00 | 94.80 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____          _____
Signature                                              Date

Confidential

ABT094-0210

Red Book 00210

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1758

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R19
ABBOTT PARK IL 600643500

| Product | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7938-19 | DEXTROSE (1000 ML CONTAINER) INJ IJ 10% 500 ml, 12s ea DEXTROSE | AP | 02 | RX | 300:11 | .00 | 140.76 | .00 | 04/03/95 |
| 00074-1535-03 | DEXTROSE INJ IJ 20% 500 ml, 12s ea DEXTROSE | AP | 02 | RX | 192.66 | .00 | .00 | .00 | 04/03/95 |
| 00074-5642-25 | DEXTROSE (1000 ML CONTAINER) INJ IJ 20% 500 ml, 6s ea DEXTROSE | AP | 02 | RX | 143.21 | .00 | 78.44 | .00 | 04/03/95 |
| 00074-7935-19 | DEXTROSE (1000 ML CONTAINER) INJ IJ 20% 500 ml, 12s ea DEXTROSE | AP | 02 | RX | 346.78 | .00 | 162.48 | .00 | 04/03/95 |
| 00074-7898-01 | DEXTROSE (ABBOJECT, INFANT) INJ IJ 25% 10 ml, 10s ea DEXTROSE | | 02 | RX | 125.98 | .00 | 97.00 | .00 | 04/03/95 |
| 00074-5823-25 | DEXTROSE (VIAL, 1000 ML CONTAINER) INJ IJ 30% 500 ml, 6s ea DEXTROSE | AP | 02 | RX | 160.81 | .00 | 79.02 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____    Date _____

Confidential

Red Book 00211

ABT094-0211

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-8004-15 | DEXTROSE (1000 ML CONTAINER) INJ IJ 30% 500 ml, 12s ea DEXTROSE | AP | 02 | RX | 388.60 | .00 | 182.28 | .00 | 04/03/95 |
| 00074-5644-25 | DEXTROSE (1000 ML CONTAINER) INJ IJ 40% 500 ml, 6s ea DEXTROSE | AP | 02 | RX | 178.27 | .00 | 87.60 | .00 | 04/03/95 |
| 00074-7937-19 | DEXTROSE (1000 ML CONTAINER) INJ IJ 40% 500 ml, 12s ea DEXTROSE | AP | 02 | RX | 427.36 | .00 | 202.32 | .00 | 04/03/95 |
| 00074-1510-05 | DEXTROSE INJ IJ 50% 1000 ml, 6s ea DEXTROSE | AP | 02 | RX | 177.27 | .00 | 87.24 | .00 | 04/03/95 |
| 00074-1536-03 | DEXTROSE INJ IJ 50% 500 ml, 12s ea DEXTROSE | AP | 02 | RX | 248.52 | .00 | 118.28 | .00 | 04/03/95 |
| 00074-4902-01 | DEXTROSE (ABBOJECT, 18GX1-1/2) INJ IJ 50% 50 ml, 10s ea DEXTROSE | AP | 02 | RX | 175.04 | .00 | 86.40 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.
OK as is    OK with changes

Signature    Date

Confidential

ABT094-0212   Red Book 00212

# RED BOOK

## PRODUCT LISTING VERIFICATION

**ABBOTT HOSPITAL PRODUCTS**

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | DEXTROSE (LIFESHIELD/18G1-1/2,8RN) INJ  IJ  50% 50 ml, 10s ea DEXTROSE | AP | 02 | RX | 181.09 | .00 | .00 | .00 | 04/04/94 |
| 00074-4902-33 | DEXTROSE (LIFESHIELD, 18GX1-1/2) INJ  IJ  50% 50 ml, 25s ea DEXTROSE | AP | 02 | RX | 470.84 | .00 | 254.25 | .00 | 04/03/95 |
| 00074-5645-25 | DEXTROSE (1000 ML CONTAINER) INJ  IJ  50% 500 ml, 6s ea DEXTROSE | AP | 02 | RX | 183.75 | .00 | 90.36 | .00 | 04/03/95 |
| 00074-6648-02 | DEXTROSE (VIAL, FLIPTOP, ADDITIVE) INJ  IJ  50% 50 ml, 25s ea DEXTROSE | AP | 02 | RX | 185.69 | .00 | 47.00 | .00 | 04/03/95 |
| 00074-7119-07 | DEXTROSE (BULK PACKAGE) INJ  IJ  50% 2000 ml, 6s ea DEXTROSE | AP | 02 | RX | 331.03 | .00 | 189.30 | .00 | 04/03/95 |
| 00074-7936-17 | DEXTROSE (2000 ML CONTAINER) INJ  IJ  50% 1000 ml, 6s ea DEXTROSE | AP | 02 | RX | 417.53 | .00 | 238.74 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____        Date _____

Confidential

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7936-19 | DEXTROSE (1000 ML CONTAINER) INJ IJ 50% 500 ml, 12s ea DEXTROSE | AP | 02 | RX | 444.17 | .00 | 208.56 | .00 | 04/03/95 |
| 00074-5646-25 | DEXTROSE (1000 ML CONTAINER) INJ IJ 60% 500 ml, 6s ea DEXTROSE | AP | 02 | RX | 204.56 | .00 | 100.56 | .00 | 04/03/95 |
| 00074-8005-15 | DEXTROSE (1000 ML CONTAINER) INJ IJ 60% 500 ml, 12s ea DEXTROSE | AP | 02 | RX | 439.04 | .00 | 205.92 | .00 | 04/03/95 |
| 00074-1489-01 | DEXTROSE (100 ML PRSSRZD PINTOP) INJ IJ 70% 70 ml, 25s ea DEXTROSE | AP | 02 | RX | 196.23 | .00 | 152.75 | .00 | 04/03/95 |
| 00074-1519-05 | DEXTROSE INJ IJ 70% 1000 ml, 6s ea DEXTROSE | AP | 02 | RX | 219.59 | .00 | 107.94 | .00 | 04/03/95 |
| 00074-5647-25 | DEXTROSE (1000 ML CONTAINER) INJ IJ 70% 500 ml, 6s ea DEXTROSE | AP | 02 | RX | 228.57 | .00 | 112.32 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

✓ OK as is          ⸪ OK with changes

Signature _____          Date _____

Confidential

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name:  **HARRY ADAMS**
Contact Phone:  **(800) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7120-07 | DEXTROSE (BULK PACKAGE) INJ IJ 70% 2000 ml, 6s ea DEXTROSE | AP | 02 | RX | 392.94 | .00 | 224.70 | .00 | 04/03/95 |
| 00074-7918-19 | DEXTROSE (1000 ML CONTAINER) INJ IJ 70% 500 ml, 12s ea DEXTROSE | AP | 02 | RX | 552.62 | .00 | 259.32 | .00 | 04/03/95 |
| 00074-1521-05 | DEXTROSE 2.5% IN RINGERS (1/2 STRENGTH LACT RING) INJ IJ 1000 ml, 6s ea DEXTROSE/RINGER'S | | 02 | RX | 102.10 | .00 | .00 | .00 | 04/03/95 |
| 00074-7929-03 | DEXTROSE 5% IN RINGERS INJ IJ 500 ml, 24s ea DEXTROSE/RINGER'S | AP | 02 | RX | 281.30 | .00 | 170.40 | .00 | 04/03/95 |
| 00074-7929-09 | DEXTROSE 5% IN RINGERS (LIFECARE) INJ IJ 1000 ml, 12s ea DEXTROSE/RINGER'S | AP | 02 | RX | 169.50 | .00 | 102.72 | .00 | 04/03/95 |
| 00074-7933-03 | DEXTROSE 5% IN RINGERS (LIFECARE/PLASTIC) INJ IJ 500 ml, 24s ea DEXTROSE/RINGER'S | AP | 02 | RX | 208.42 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is    ☐ OK with changes

Signature _____    Date _____

Confidential

Red Book 00215

ABT094-0215

# **RED BOOK**

## PRODUCT LISTING VERIFICATION

**M MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6083

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7933-09 | DEXTROSE 5% IN RINGERS (LIFECARE/PLASTIC) INJ IJ 1000 ml, 12s ea DEXTROSE/RINGER'S | AP | 02 | RX | 187.96 | .00 | 114.12 | .00 | 04/03/95 |
| 00074-4046-25 | DEXTROSE W/ELECTROLYTES (1000 ML CONTAINER) INJ IJ 500 ml, 6s ea DEXTROSE/ELECT | | 02 | RX | 244.96 | .00 | 113.46 | .00 | 04/03/95 |
| 00074-2346-32 | DEXTROSE/DOBUTAMINE  INJ IJ 5%-100 MG/100 ML 250 ml, 12s ea DEXTROSE/DOBUTAMINE | AP | 02 | RX | 800.57 | .00 | 583.44 | .00 | 04/03/95 |
| 00074-2346-34 | DEXTROSE/DOBUTAMINE  INJ IJ 5%-100 MG/100 ML 500 ml, 12s ea DEXTROSE/DOBUTAMINE | AP | 02 | RX | 1518.91 | .00 | 1106.64 | .00 | 04/03/95 |
| 00074-2347-32 | DEXTROSE/DOBUTAMINE  INJ IJ 5%-200 MG/100ML 250 ml, 12s ea DEXTROSE/DOBUTAMINE | AP | 02 | RX | 1480.20 | .00 | 1079.04 | .00 | 04/03/95 |
| 00074-2345-32 | DEXTROSE/DOBUTAMINE  INJ IJ 5%-50 MG/100 ML 250 ml, 12s ea DEXTROSE/DOBUTAMINE | AP | 02 | RX | 724.19 | .00 | 527.88 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☒ OK as is          ☐ OK with changes

Signature _____      Date _____

Confidential

ABT094-0216

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R1B
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-2345-34 | DEXTROSE/DOBUTAMINE<br><br>INJ  IJ   5%-50 MG/100 ML<br>500 ml, 12s ea<br>DEXTROSE/DOBUTAMINE | AP | 02 | RX | 838.76 | .00 | 611.28 | .00 | 04/03/95 |
| 00074-7809-24 | DEXTROSE/DOPAMINE HCL<br>(LIFECARE)<br>INJ  IJ   5%-100 MG/100 ML<br>500 ml, 12s ea<br>DEXTROSE/DOPAMINE | | 02 | RX | 525.40 | .00 | 313.92 | .00 | 04/03/95 |
| 00074-4142-02 | DEXTROSE/DOPAMINE HCL<br><br>INJ  IJ   5%-160 MG/100 ML<br>250 ml, 12s ea<br>DEXTROSE/DOPAMINE | AP | 02 | RX | 360.95 | .00 | 249.48 | .00 | 04/03/95 |
| 00074-4142-03 | DEXTROSE/DOPAMINE HCL<br><br>INJ  IJ   5%-160 MG/100 ML<br>500 ml, 12s ea<br>DEXTROSE/DOPAMINE | | 02 | RX | 548.77 | .00 | 262.92 | .00 | 04/03/95 |
| 00074-7809-22 | DEXTROSE/DOPAMINE HCL<br>(LIFECARE)<br>INJ  IJ   5%-160 MG/100 ML<br>250 ml, 12s ea<br>DEXTROSE/DOPAMINE | AP | 02 | RX | 362.81 | .00 | 255.84 | .00 | 04/03/95 |
| 00074-4155-02 | DEXTROSE/DOPAMINE HCL<br><br>INJ  IJ   5%-320 MG/100 ML<br>250 ml, 12s ea<br>DEXTROSE/DOPAMINE | AP | 02 | RX | 548.77 | .00 | 334.92 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____          _____
Signature                                    Date

Confidential

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**ME**MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1758

Please Respond By: **07/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6083**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7810-22 | DEXTROSE/DOPAMINE HCL (LIFECARE) INJ IJ  5%-320 MG/100 ML 250 ml, 12s ea DEXTROSE/DOPAMINE | AP | 02 | RX | 536.66 | .00 | 335.04 | .00 | 04/03/95 |
| 00074-4141-03 | DEXTROSE/DOPAMINE HCL INJ IJ  5%-80 MG/100 ML 500 ml, 12s ea DEXTROSE/DOPAMINE | AP | 02 | RX | 360.95 | .00 | 245.76 | .00 | 04/03/95 |
| 00074-7808-22 | DEXTROSE/DOPAMINE HCL (LIFECARE) INJ IJ  5%-80 MG/100 ML 250 ml, 12s ea DEXTROSE/DOPAMINE | AP | 02 | RX | 246.53 | .00 | 174.12 | .00 | 04/03/95 |
| 00074-7808-24 | DEXTROSE/DOPAMINE HCL (LIFECARE) INJ IJ  5%-80 MG/100 ML 500 ml, 12s ea DEXTROSE/DOPAMINE | AP | 02 | RX | 345.71 | .00 | 240.48 | .00 | 04/03/95 |
| 00074-6286-02 | DEXTROSE/HEPARIN SODIUM INJ IJ  5%-10,000 U/100 ML 250 ml, 12s ea DEXTROSE/HEPARIN | AP | 02 | RX | 275.31 | .00 | 128.64 | .00 | 04/03/95 |
| 00074-6286-11 | DEXTROSE/HEPARIN SODIUM INJ IJ  5%-10,000 U/100 ML 100 ml, 12s ea DEXTROSE/HEPARIN | AP | 02 | RX | 215.75 | .00 | 143.88 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____   Date _____

Confidential

ABT094-0218

Red Book 00218

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

Confidential

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7793-23 | DEXTROSE/HEPARIN SODIUM<br>INJ  IJ   5%-10,000 U/100 ML<br>100 ml, 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 342.00 | .00 | 144.00 | .00 | 04/03/95 |
| 00074-7793-62 | DEXTROSE/HEPARIN SODIUM<br>INJ  IJ   5%-10,000 U/100 ML<br>250 ml, 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 285.00 | .00 | 138.00 | .00 | 04/03/95 |
| 00074-7760-03 | DEXTROSE/HEPARIN SODIUM<br>INJ  IJ   5%-4000 U/100ML<br>500 ml, 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 277.59 | .00 | 168.48 | .00 | 04/03/95 |
| 00074-6287-02 | DEXTROSE/HEPARIN SODIUM<br>INJ  IJ   5%-5000 U/100 ML<br>250 ml, 12s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 229.43 | .00 | 107.16 | .00 | 04/03/95 |
| 00074-6287-03 | DEXTROSE/HEPARIN SODIUM<br>INJ  IJ   5%-5000 U/100 ML<br>500 ml, 12s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 275.31 | .00 | 128.64 | .00 | 04/03/95 |
| 00074-7761-03 | DEXTROSE/HEPARIN SODIUM<br>INJ  IJ   5%-5000 U/100 ML<br>500 ml, 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 320.91 | .00 | 194.40 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

ABT094-0219

Red Book 00219

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7794-23 | DEXTROSE/HEPARIN SODIUM<br><br>INJ IJ 5%-5000 U/100 ML<br>100 ml, 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 285.00 | .00 | 138.00 | .00 | 04/03/95 |
| 00074-7794-62 | DEXTROSE/HEPARIN SODIUM<br><br>INJ IJ 5%-5000 U/100 ML<br>250 ml, 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 285.00 | .00 | 132.00 | .00 | 04/03/95 |
| 00074-7916-24 | DEXTROSE/LIDOCAINE HCL<br>(LIFECARE)<br>INJ IJ 5%-0.2%<br>500 ml, 24s ea<br>DEXTROSE/LIDO HCL | AP | 02 | RX | 448.59 | .00 | 217.20 | .00 | 04/03/95 |
| 00074-7931-24 | DEXTROSE/LIDOCAINE HCL<br>(LIFECARE)<br>INJ IJ 5%-0.4%<br>500 ml, 24s ea<br>DEXTROSE/LIDO HCL | AP | 02 | RX | 570.55 | .00 | 280.56 | .00 | 04/03/95 |
| 00074-7931-32 | DEXTROSE/LIDOCAINE HCL<br>(LIFECARE)<br>INJ IJ 5%-0.4%<br>250 ml, 12s ea<br>DEXTROSE/LIDO HCL | AP | 02 | RX | 224.30 | .00 | 108.60 | .00 | 04/03/95 |
| 00074-7939-32 | DEXTROSE/LIDOCAINE HCL<br>(LIFECARE)<br>INJ IJ 5%-0.8%<br>250 ml, 12s ea<br>DEXTROSE/LIDO HCL | AP | 02 | RX | 289.20 | .00 | 140.20 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

_____        _____
Signature                               Date

Confidential

Red Book 00220

ABT094-0220

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By:  09/15/95

Contact Name:  HARRY ADAMS

Contact Phone:  (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4712-01 | DEXTROSE/LIDOCAINE HCL (AMP) INJ  IJ   7.5%-5% 2 ml, 25s ea DEXTROSE/LIDO HCL. | AP | 02 | RX | 138.34 | .00 | 62.50 | .00 | 04/03/95 |
| 00074-3758-05 | DEXTROSE/MAGNESIUM SULFATE  INJ  IJ   5%-1 GM/100 ML 1000 ml, 6s ea DEXTROSE/MG SULF | | 02 | RX | 45.03 | .00 | 31.80 | .00 | 04/03/95 |
| 00074-3758-11 | DEXTROSE/MAGNESIUM SULFATE (PARTIAL FILL) INJ  IJ   5%-1 GM/100 ML 100 ml, 12s ea DEXTROSE/MG SULF | | 02 | RX | 85.79 | .00 | 60.60 | .00 | 04/03/95 |
| 00074-3759-03 | DEXTROSE/MAGNESIUM SULFATE  INJ  IJ   5%-2 GM/100 ML 500 ml, 12s ea DEXTROSE/MG SULF | | 02 | RX | 90.86 | .00 | 63.60 | .00 | 04/03/95 |
| 00074-3759-05 | DEXTROSE/MAGNESIUM SULFATE  INJ  IJ   5%-2 GM/100 ML 1000 ml, 6s ea DEXTROSE/MG SULF | | 02 | RX | 50.09 | .00 | 35.40 | .00 | 04/03/95 |
| 00074-6062-02 | DEXTROSE/MORPHINE SULFATE (PREMIX) INJ  IJ   5%-100 MG/100 ML 250 ml ea DEXTROSE/MORPHINE | | 02 | CII | 20.52 | .00 | 15.90 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____          _____
Signature                        Date

Confidential

ABT094-0221

Red Book 00221

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABB.
1 ABBOTT PARK RD.  D-R18
ABBOTT PARK IL  600643508

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6062-03 | DEXTROSE/MORPHINE SULFATE (PREMIX) INJ IJ   5%-100 MG/100 ML 500 ml ea DEXTROSE/MORPHINE | | 02 | CII | 27.68 | .00 | 21.50 | .00 | 04/03/95 |
| 00074-6062-11 | DEXTROSE/MORPHINE SULFATE (PREMIX) INJ IJ   5%-100 MG/100 ML 100 ml ea DEXTROSE/MORPHINE | | 02 | CII | 15.37 | .00 | 11.50 | .00 | 04/03/95 |
| 00074-6063-02 | DEXTROSE/MORPHINE SULFATE (PREMIX) INJ IJ   5%-20 MG/100 ML 250 ml ea DEXTROSE/MORPHINE | | 02 | CII | 14.87 | .00 | 10.50 | .00 | 04/03/95 |
| 00074-6063-03 | DEXTROSE/MORPHINE SULFATE (PREMIX) INJ IJ   5%-20 MG/100 ML 500 ml ea DEXTROSE/MORPHINE | | 02 | CII | 16.28 | .00 | 11.50 | .00 | 04/03/95 |
| 00074-7993-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE INJ IJ   5%-0.075%-0.45% 1000 ml, 12s ea DEXTROSE/POT CL/SOD CL | AP | 02 | RX | 213.61 | .00 | 115.28 | .00 | 04/03/95 |
| 00074-7901-03 | DEXTROSE/NACL/POTASSIUM CHLORIDE INJ IJ   5%-0.15%-0.2% 500 ml, 24s ea DEXTROSE/POT CL/SOD CL | AP | 02 | RX | 656.93 | .00 | 354.24 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is          OK with changes

Signature                                    Date

Confidential

ABT094-0222

Red Book 00222

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1Ø
ABBOTT PARK IL 6ØØ643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: Ø9/15/95
Contact Name: HARRY ADAMS
Contact Phone: (8ØØ) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ØØØ74-79Ø1-Ø9 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ  5%-Ø.15%-Ø.2%<br>1ØØØ ml, 12s ea<br>DEXTROSE/POT CL/SOD CL | AP | Ø2 | RX | 213.61 | .ØØ | 115.2Ø | .ØØ | Ø4/Ø3/95 |
| ØØØ74-79Ø2-Ø3 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ  5%-Ø.15%-Ø.45%<br>5ØØ ml, 24s ea<br>DEXTROSE/POT CL/SOD CL | AP | Ø2 | RX | 656.93 | .ØØ | 354.24 | .ØØ | Ø4/Ø3/95 |
| ØØØ74-79Ø2-Ø9 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ  5%-Ø.15%-Ø.45%<br>1ØØØ ml, 12s ea<br>DEXTROSE/POT CL/SOD CL | AP | Ø2 | RX | 213.61 | .ØØ | 115.2Ø | .ØØ | Ø4/Ø3/95 |
| ØØØ74-71Ø7-Ø9 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ  5%-Ø.15%-Ø.9%<br>1ØØØ ml, 12s ea<br>DEXTROSE/POT CL/SOD CL | AP | Ø2 | RX | 292.84 | .ØØ | 159.48 | .ØØ | Ø4/Ø3/95 |
| ØØØ74-7991-Ø9 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ  5%-Ø.22%-Ø.2%<br>1ØØØ ml, 12s ea<br>DEXTROSE/POT CL/SOD CL | | Ø2 | RX | 213.61 | .ØØ | 115.2Ø | .ØØ | Ø4/Ø3/95 |
| ØØØ74-79Ø3-Ø9 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ  5%-Ø.22%-Ø.45%<br>1ØØØ ml, 12s ea<br>DEXTROSE/POT CL/SOD CL | | Ø2 | RX | 213.61 | .ØØ | 115.2Ø | .ØØ | Ø4/Ø3/95 |

structions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature

Date

Confidential

ABT094-0223

Red Book 00223

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-7992-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE INJ IJ 5%-0.3%-0.2% 1000 ml, 12s ea DEXTROSE/POT CL/SOD CL | AP | 02 | RX | 213.61 | .00 | 115.20 | .00 | 04/03/95 |
| 00074-7904-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE INJ IJ 5%-0.3%-0.45% 1000 ml, 12s ea DEXTROSE/POT CL/SOD CL | AP | 02 | RX | 213.61 | .00 | 115.20 | .00 | 04/03/95 |
| 00074-7997-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE INJ IJ 5%-0.075%-0.2% 1000 ml, 12s ea DEXTROSE/POT CL/SOD CL | AP | 02 | RX | 213.61 | .00 | 115.20 | .00 | 04/03/95 |
| 00074-7998-03 | DEXTROSE/NACL/POTASSIUM CHLORIDE INJ IJ 5%-0.15%-0.3% 500 ml, 24s ea DEXTROSE/POT CL/SOD CL | AP | 02 | RX | 656.93 | .00 | 354.24 | .00 | 04/03/95 |
| 00074-7998-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE INJ IJ 5%-0.15%-0.3% 1000 ml, 12s ea DEXTROSE/POT CL/SOD CL | AP | 02 | RX | 203.63 | .00 | 109.68 | .00 | 04/03/95 |
| 00074-7806-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE INJ IJ 5%-0.22%-0.3% 1000 ml, 12s ea DEXTROSE/POT CL/SOD CL | | 02 | RX | 213.61 | .00 | 11520.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature                                                          Date

Confidential

Red Book 00224

ABT094-0224

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 400643500

■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7105-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br><br>INJ  IJ   5%-0.3%-0.3%<br>1000 ml, 12s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 | RX | 292.84 | .00 | 159.48 | .00 | 04/03/95 |
| 00074-7109-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br><br>INJ  IJ   5%-0.3%-0.9%<br>1000 ml, 12s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 | RX | 292.84 | .00 | 159.48 | .00 | 04/03/95 |
| 00074-1483-03 | DEXTROSE/NITROGLYCERIN<br><br>INJ  IJ   5%-10 MG/100 ML<br>500 ml, 12s ea<br>DEXTROSE/NITROGLYCERIN | AP | 02 | RX | 207.91 | .00 | 138.60 | .00 | 04/03/95 |
| 00074-1482-02 | DEXTROSE/NITROGLYCERIN<br><br>INJ  IJ   5%-20 MG/100 ML<br>250 ml, 12s ea<br>DEXTROSE/NITROGLYCERIN | AP | 02 | RX | 207.91 | .00 | 138.60 | .00 | 04/03/95 |
| 00074-1484-02 | DEXTROSE/NITROGLYCERIN<br><br>INJ  IJ   5%-40 MG/100 ML<br>250 ml, 12s ea<br>DEXTROSE/NITROGLYCERIN | AP | 02 | RX | 234.84 | .00 | 156.60 | .00 | 04/03/95 |
| 00074-1484-03 | DEXTROSE/NITROGLYCERIN<br><br>INJ  IJ   5%-40 MG/100 ML<br>500 ml, 12s ea<br>DEXTROSE/NITROGLYCERIN | AP | 02 | RX | 291.70 | .00 | 194.40 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____          Date _____

Confidential

Red Book 00225

ABT094-0225

# **RED BOOK**

## **PRODUCT LISTING VERIFICATION**

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

**■■MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7985-09 | DEXTROSE/POTASSIUM CHLORIDE (LIFECARE) INJ IJ   5%-0.15% 1000 ml, 12s ea DEXTROSE/POT CL | AP | 02 | RX | 213.61 | .00 | 115.20 | .00 | 04/03/95 |
| 00074-7996-09 | DEXTROSE/POTASSIUM CHLORIDE  INJ IJ   5%-0.224% 1000 ml, 12s ea DEXTROSE/POT CL | AP | 02 | RX | 213.61 | .00 | 115.20 | .00 | 04/03/95 |
| ~~077-7790-0~~ | DEXTROSE/POTASSIUM CHLORIDE  INJ IJ   5%-0.3% 500 ml, 24s ea DEXTROSE/POT CL | AP | 02 | RX | 410.69 | .00 | .00 | .00 | 04/04/94 |
| 00074-7906-09 | DEXTROSE/POTASSIUM CHLORIDE (LIFECARE) INJ IJ   5%-0.3% 1000 ml, 12s ea DEXTROSE/POT CL | AP | 02 | RX | 213.61 | .00 | 115.20 | .00 | 04/03/95 |
| 00074-7940-03 | DEXTROSE/SODIUM CHLORIDE (LIFECARE) INJ IJ   2.5%-0.45% 500 ml, 24s ea DEXTROSE/SOD CL | AP | 02 | RX | 242.54 | .00 | .00 | .00 | 04/03/95 |
| 00074-7940-09 | DEXTROSE/SODIUM CHLORIDE (LIFECARE) INJ IJ   2.5%-0.45% 1000 ml, 12s ea DEXTROSE/SOD CL | AP | 02 | RX | 142.22 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

⬜ OK as is          ⬜ OK with changes

_____     _____
Signature                                                Date

Confidential

ABT094-0226

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7924-02 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.225% 250 ml, 24s ea DEXTROSE/SOD CL | 02 | RX | 250.52 | .00 | .00 | .00 | 04/03/95 |
| 00074-7924-03 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.225% 500 ml, 24s ea DEXTROSE/SOD CL | 02 | RX | 250.52 | .00 | 151.68 | .00 | 04/03/95 |
| 00074-7924-09 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.225% 1000 ml, 12s ea DEXTROSE/SOD CL | 02 | RX | 148.77 | .00 | 90.24 | .00 | 04/03/95 |
| 00074-7925-02 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.3% 250 ml, 24s ea DEXTROSE/SOD CL | 02 | RX | 250.52 | .00 | .00 | .00 | 04/03/95 |
| 00074-7925-03 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.3% 500 ml, 24s ea DEXTROSE/SOD CL | 02 | RX | 250.52 | .00 | .00 | .00 | 04/03/95 |
| 00074-7925-09 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.3% 1000 ml, 12s ea DEXTROSE/SOD CL | 02 | RX | 148.77 | .00 | 90.24 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is          ⊏ OK with changes

Signature _____   Date _____

Confidential

ABT094-0227

Red Book 00227

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name:  **HARRY ADAMS**
Contact Phone:  **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7926-02 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.45% 250 ml, 24s ea DEXTROSE/SOD CL | AP | 02 | RX | 250.52 | .00 | .00 | .00 | 04/03/95 |
| 00074-7926-03 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.45% 500 ml, 24s ea DEXTROSE/SOD CL | AP | 02 | RX | 250.52 | .00 | 151.60 | .00 | 04/03/95 |
| 00074-7926-09 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.45% 1000 ml, 12s ea DEXTROSE/SOD CL | AP | 02 | RX | 148.77 | .00 | 90.24 | .00 | 04/03/95 |
| 00074-7941-02 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.9% 250 ml, 24s ea DEXTROSE/SOD CL | AP | 02 | RX | 250.52 | .00 | .00 | .00 | 04/03/95 |
| 00074-7941-03 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.9% 500 ml, 24s ea DEXTROSE/SOD CL | AP | 02 | RX | 250.52 | .00 | 151.60 | .00 | 04/03/95 |
| 00074-7941-09 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.9% 1000 ml, 12s ea DEXTROSE/SOD CL | AP | 02 | RX | 148.77 | .00 | 90.24 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____    _____
Signature                          Date

Confidential

Red Book 00228

ABT094-0228

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1758

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1534-05 | DEXTROSE/SODIUM CHLORIDE<br><br>INJ IJ 10%-0.9%<br>1000 ml, 6s ea<br>DEXTROSE/SOD CL | AP | 02 | RX | 94.62 | .00 | .00 | .00 | 04/03/95 |
| 00074-7666-03 | DEXTROSE/THEOPHYLLINE<br><br>INJ IJ 5%-160 MG/100 ML<br>500 ml, 24s ea<br>DEXTROSE/THEO | AP | 02 | RX | 365.66 | .00 | 174.00 | .00 | 04/03/95 |
| 00074-7666-62 | DEXTROSE/THEOPHYLLINE<br><br>INJ IJ 5%-160 MG/100 ML<br>250 ml, 24s ea<br>DEXTROSE/THEO | AP | 02 | RX | 337.44 | .00 | 160.32 | .00 | 04/03/95 |
| 00074-7668-23 | DEXTROSE/THEOPHYLLINE<br><br>INJ IJ 5%-200 MG/100ML<br>100 ml, 24s ea<br>DEXTROSE/THEO | AP | 02 | RX | 316.35 | .00 | 150.48 | .00 | 04/03/95 |
| 00074-7677-13 | DEXTROSE/THEOPHYLLINE<br><br>INJ IJ 5%-200 MG/50 ML<br>50 ml, 24s ea<br>DEXTROSE/THEO | AP | 02 | RX | 316.35 | .00 | 150.48 | .00 | 04/03/95 |
| 00074-7705-62 | DEXTROSE/THEOPHYLLINE<br><br>INJ IJ 5%-320 MG/100 ML<br>250 ml, 24s ea<br>DEXTROSE/THEO | AP | 02 | RX | 409.26 | .00 | 231.84 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____   Date _____

Confidential

ABT094-0229

Red Book 00229

# **RED BOOK**

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7662-09 | DEXTROSE/THEOPHYLLINE<br><br>INJ IJ  5%-40 MG/100 ML<br>1000 ml, 12s ea<br>DEXTROSE/THEO | AP | 02 | RX | 191.09 | .00 | 90.72 | .00 | 04/03/95 |
| 00074-7677-23 | DEXTROSE/THEOPHYLLINE<br><br>INJ IJ  5%-400 MG/100 ML<br>100 ml, 24s ea<br>DEXTROSE/THEO | AP | 02 | RX | 326.04 | .00 | 155.04 | .00 | 04/03/95 |
| 00074-7665-03 | DEXTROSE/THEOPHYLLINE<br><br>INJ IJ  5%-80 MG/100 ML<br>500 ml, 24s ea<br>DEXTROSE/THEO | AP | 02 | RX | 337.44 | .00 | 160.32 | .00 | 04/03/95 |
| 00074-7665-09 | DEXTROSE/THEOPHYLLINE<br><br>INJ IJ  5%-80 MG/100 ML<br>1000 ml, 12s ea<br>DEXTROSE/THEO | AP | 02 | RX | 205.77 | .00 | 97.68 | .00 | 04/03/95 |
| 00074-1671-02 | DIAL-A-FLO<br>(IV EXTENTION-18 IN)<br>SET<br>40s ea<br>DEVICE | | 03 | OTC | 414.39 | .00 | 278.40 | .00 | 04/03/95 |
| 00074-1672-02 | DIAL-A-FLO<br>(EXT. 18 IN LETTER SCALE)<br>SET<br>40s ea<br>DEVICE | | 03 | OTC | 414.39 | .00 | 278.40 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

Red Book 00230

ABT094-0230

# **RED BOOK**

## **PRODUCT LISTING VERIFICATION**

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1674-68 | DIAL-A-FLO<br>(MICRODRIP 78 IN NV)<br>SET<br>48s ea<br>DEVICE | | 03 | OTC | 558.60 | .00 | 375.36 | .00 | 04/03/95 |
| 00074-1684-68 | DIAL-A-FLO<br>(MICRODRIP 78 IN NV)<br>SET<br>48s ea<br>DEVICE | | 03 | OTC | 558.60 | .00 | 375.36 | .00 | 04/03/95 |
| 00074-3210-01 | DIAZEPAM<br>(AMP)<br>INJ  IJ   5 MG/ML<br>2 ml, 50s ea<br>DIAZEPAM | AP | 02 | CIV | 82.53 | .00 | 50.00 | .00 | 04/03/95 |
| 00074-3213-01 | DIAZEPAM<br>(VIAL, FLIPTOP)<br>INJ  IJ   5 MG/ML<br>10 ml, 25s ea<br>DIAZEPAM | AP | 02 | CIV | 165.36 | .00 | 100.00 | .00 | 04/03/95 |
| 00074-2344-01 | DOBUTAMINE HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   12.5 MG/ML<br>20 ml ea<br>DOBUTAMINE HYDROCHLORIDE | AP | 02 | RX | 47.06 | .00 | 36.20 | .00 | 04/03/95 |
| 00074-2344-02 | DOBUTAMINE HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   12.5 MG/ML<br>20 ml, 10s ea<br>DOBUTAMINE HYDROCHLORIDE | AP | 02 | RX | 445.19 | .00 | 342.50 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

Signature _____     Date _____

Confidential

# RED BOOK

## PRODUCT LISTING VERIFICATION

**ABBOTT HOSPITAL PRODUCTS**

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-5819-01 | DOPAMINE HCL<br>(SRN,UNIV ADD,10 ML CONT)<br>INJ IJ   40 MG/ML<br>5 ml, 25s ea<br>DOPAMINE HYDROCHLORIDE | AP | 02 | RX | 333.39 | .00 | 257.25 | .00 | 04/03/95 |
| 00074-5820-10 | DOPAMINE HCL<br>(VIAL, FLIPTOP)<br>INJ IJ   40 MG/ML<br>5 ml, 25s ea<br>DOPAMINE HYDROCHLORIDE | AP | 02 | RX | 280.55 | .00 | 124.50 | .00 | 04/03/95 |
| 00074-9104-20 | DOPAMINE HCL<br>(VIAL,FLIPTOP,10ML/20ML)<br>INJ IJ   40 MG/ML<br>10 ml, 25s ea<br>DOPAMINE HYDROCHLORIDE | AP | 02 | RX | 556.05 | .00 | 247.00 | .00 | 04/03/95 |
| 00074-9105-01 | DOPAMINE HCL<br>(SRN, UNIV ADDITIVE)<br>INJ IJ   40 MG/ML<br>10 ml, 25s ea<br>DOPAMINE HYDROCHLORIDE | AP | 02 | RX | 617.20 | .00 | 476.00 | .00 | 04/03/95 |
| 00074-4265-01 | DOPAMINE HCL<br>(VIAL,FLIPTOP,10ML/20ML )<br>INJ IJ   80 MG/ML<br>10 ml, 25s ea<br>DOPAMINE HYDROCHLORIDE | AP | 02 | RX | 876.86 | .00 | 398.50 | .00 | 04/03/95 |
| 00074-4266-01 | DOPAMINE HCL<br>(SRN, UNIV ADDITIVE)<br>INJ IJ   80 MG/ML<br>10 ml, 25s ea<br>DOPAMINE HYDROCHLORIDE | AP | 02 | RX | 988.30 | .00 | 762.25 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

⬜ OK as is          ⬜ OK with changes

Signature _____

Date _____

Confidential

ABT094-0232

Red Book 00232

# RED BOOK

**PRODUCT LISTING VERIFICATION**

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1187-01 | DROPERIDOL<br>INJ IJ  2.5 MG/ML<br>2 ml, 10s ea<br>DROPERIDOL | AP | 02 | RX | 70.30 | .00 | 42.50 | .00 | 04/03/95 |
| 00074-1186-12 | DROPERIDOL/FENTANYL CITRATE<br>INJ IJ  2.5 MG-0.05 MG/ML<br>2 ml, 10s ea<br>DROPERIDOL/FENTANYL CITRATE | AP | 02 | CII | 159.60 | .00 | 96.30 | .00 | 04/03/95 |
| 00074-7927-08 | EMPTY CONTAINER<br>(W/ATCHD Y-TRANF,3000ML)<br>ACC<br>24s ea<br>DEVICE | | 03 | OTC | 1173.35 | .00 | 711.36 | .00 | 04/03/95 |
| 00074-7927-09 | EMPTY CONTAINER<br>(W/ATTCHD Y-TRNSF/1000ML)<br>ACC<br>24s ea<br>DEVICE | | 03 | OTC | 764.89 | .00 | 463.20 | .00 | 04/03/95 |
| 00074-7951-12 | EMPTY CONTAINER<br>(LIFECARE,FLEXIBLE,50ML)<br>ACC<br>48s ea<br>DEVICE | | 03 | OTC | 631.56 | .00 | 383.04 | .00 | 04/03/95 |
| 00074-7951-13 | EMPTY CONTAINER<br>(LIFECARE,FLEXIBLE,500ML)<br>ACC<br>48s ea<br>DEVICE | | 03 | OTC | 646.38 | .00 | 392.16 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is            ☐ OK with changes

_____                    _____
Signature                                         Date

Confidential

Red Book 00233

ABT094-0233

# RED BOOK

## PRODUCT LISTING VERIFICATION

**ABBOTT HOSPITAL PRODUCTS**
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6803**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7951-19 | EMPTY CONTAINER (LIFECARE,FLXIBLE,1000ML) ACC 40s ea DEVICE | 03 | OTC | 701.67 | .00 | 425.76 | .00 | 04/03/95 |
| 00074-7951-23 | EMPTY CONTAINER (LIFECARE,FLEXIBLE,100ML) ACC 200s ea DEVICE | 03 | OTC | 2401.13 | .00 | 1442.00 | .00 | 04/03/95 |
| 00074-1614-01 | EMPTY EVACUATED CONTAINER (150 ML) ACC 12s ea DEVICE | 03 | OTC | 185.25 | .00 | 105.00 | .00 | 04/03/95 |
| 00074-1614-02 | EMPTY EVACUATED CONTAINER (250 ML) ACC 12s ea DEVICE | 03 | OTC | 190.95 | .00 | 109.20 | .00 | 04/03/95 |
| 00074-1614-03 | EMPTY EVACUATED CONTAINER (500 ML.) ACC 12s ea DEVICE | 03 | OTC | 194.23 | .00 | 111.12 | .00 | 04/03/95 |
| 00074-1614-05 | EMPTY EVACUATED CONTAINER (1000 ML.) ACC 6s ea DEVICE | 03 | OTC | 106.95 | .00 | 61.20 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____   _____
Signature                  Date

Confidential

Red Book 00234

ABT094-0234

# RED BOOK
## PRODUCT LISTING VERIFICATION
**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6940-03 | ENDRATE<br>(AMP)<br>INJ  IJ   150 MG/ML<br>20 ml, 25s ea<br>EDETATE DISODIUM | AP | 01 | RX | 667.38 | .00 | 514.75 | .00 | 04/03/95 |
| 00074-9406-01 | ENFLURANE<br><br>SOL  IH<br>125 ml ea<br>ENFLURANE | AN | 02 | RX | 128.21 | .00 | 100.36 | .00 | 04/03/95 |
| 00074-9406-02 | ENFLURANE<br><br>SOL  IH<br>250 ml ea<br>ENFLURANE | AN | 02 | RX | 216.37 | .00 | 169.37 | .00 | 04/03/95 |
| 00074-3073-03 | EPHEDRINE SULFATE<br>(AMP)<br>INJ  IJ   50 MG/ML<br>1 ml, 100s ea<br>EPHEDRINE SULFATE | | 02 | RX | 153.19 | .00 | 87.00 | .00 | 04/03/95 |
| 00074-1986-01 | EPIDURAL SINGLE SHOT W/LIDOCAINE<br><br>INJ  IJ   1%<br>2 ml, 10s ea<br>LIDOCAINE HYDROCHLORIDE | | 01 | RX | 394.61 | .00 | .00 | .00 | 04/03/95 |
| 00074-4320-01 | EPINEPHRINE HCL<br>(VIAL)<br>INJ  IJ   0.1 MG/ML<br>10 ml, 10s ea<br>EPINEPHRINE HYDROCHLORIDE | | 02 | RX | 29.33 | .00 | 21.80 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

◯ OK as is        ☐ OK with changes

Signature _____     Date _____

Confidential

ABT094-0235

Red Book 00235

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1758

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: **07/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4901-01 | EPINEPHRINE HCL (ABBOJECT, 100X3-1/2) INJ  IJ  0.1 MG/ML 10 ml, 10s ea EPINEPHRINE HYDROCHLORIDE | | 02 | RX | 137.75 | .00 | 67.90 | .00 | 04/03/95 |
| 00074-4921-01 | EPINEPHRINE HCL (ABBOJECT, 21GX1-1/2) INJ  IJ  0.1 MG/ML 10 ml, 10s ea EPINEPHRINE HYDROCHLORIDE | | 02 | RX | 122.79 | .00 | 60.60 | .00 | 04/03/95 |
| | EPINEPHRINE HCL (LIFESHIELD, 21X1-1/2) INJ  IJ  0.1 MG/ML 10 ml, 10s ea EPINEPHRINE HYDROCHLORIDE | | 02 | RX | 130.86 | .00 | .00 | .00 | 04/04/94 |
| 00074-4921-33 | EPINEPHRINE HCL (ABBOJECT, 21GX1-1/2) INJ  IJ  0.1 MG/ML 10 ml, 25s ea EPINEPHRINE HYDROCHLORIDE | | 02 | RX | 340.22 | .00 | 186.00 | .00 | 04/03/95 |
| 00074-7241-01 | EPINEPHRINE HCL (AMP) INJ  IJ  1 MG/ML 1 ml, 25s ea EPINEPHRINE HYDROCHLORIDE | | 02 | RX | 22.86 | .00 | 11.50 | .00 | 04/03/95 |
| 00074-3102-02 | EPINEPHRINE W/LIDOCAINE HCL (VIAL, FLIPTOP) INJ  IJ  1:100,000-2% 30 ml, 25s ea EPI/LIDO HCL | AP | 02 | RX | 110.14 | .00 | 66.50 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

_ OK as is          ˜ OK with changes

Signature _____          Date _____

Confidential

# **RED BOOK**

**PRODUCT LISTING VERIFICATION**

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By:  09/15/95
Contact Name:  HARRY ADAMS
Contact Phone:  (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3182-03 | EPINEPHRINE W/LIDOCAINE HCL (VIAL, FLIPTOP) INJ  IJ  1:100,000-2% 50 ml, 25s ea EPI/LIDO HCL | AP | 02 | RX | 126.17 | .00 | 76.50 | .00 | 04/03/95 |
| 00074-3183-01 | EPINEPHRINE W/LIDOCAINE HCL (VIAL, FLIPTOP) INJ  IJ  1:200,000-2% 20 ml, 5s ea EPI/LIDO HCL | AP | 02 | RX | 57.86 | .00 | 34.50 | .00 | 04/03/95 |
| 00074-3178-01 | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) INJ  IJ  1:100,000-1% 20 ml, 25s ea EPI/LIDO HCL | AP | 02 | RX | 63.23 | .00 | 38.25 | .00 | 04/03/95 |
| 00074-3178-02 | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) INJ  IJ  1:100,000-1% 30 ml, 25s ea EPI/LIDO HCL | AP | 02 | RX | 106.88 | .00 | 64.50 | .00 | 04/03/95 |
| 00074-3178-03 | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) INJ  IJ  1:100,000-1% 50 ml, 25s ea EPI/LIDO HCL | AP | 02 | RX | 106.88 | .00 | 64.50 | .00 | 04/03/95 |
| 00074-3182-01 | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) INJ  IJ  1:100,000-2% 20 ml, 25s ea EPI/LIDO HCL | AP | 02 | RX | 67.39 | .00 | 41.50 | .00 | 04/03/95 |

nstructions: Please make corrections directly on this printout.

✓ OK as is          ☐ OK with changes

_____          _____
Signature                          Date

Confidential

ABT094-0237

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| NDC | Description | | | | Price | | | | Date |
|-----|-------------|---|---|---|-------|---|---|---|------|
| 00074-3177-01 | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 1:200,000-0.5% 50 ml, 25s ea EPI/LIDO HCL | AP | 02 | RX | 112.52 | .00 | 67.75 | .00 | 04/03/95 |
| 00074-3179-01 | EPINEPHRINE/LIDOCAINE HCL (AMP) INJ IJ 1:200,000-1% 30 ml, 5s ea EPI/LIDO HCL | AP | 02 | RX | 47.56 | .00 | 28.75 | .00 | 04/03/95 |
| 00074-1289-01 | EPINEPHRINE/LIDOCAINE HCL (AMP) INJ IJ 1:200,000-1.5% 5 ml, 10s ea EPI/LIDO HCL | AP | 02 | RX | 37.64 | .00 | 29.00 | .00 | 04/03/95 |
| 00074-3180-02 | EPINEPHRINE/LIDOCAINE HCL (AMP) INJ IJ 1:200,000-1.5% 30 ml, 5s ea EPI/LIDO HCL | AP | 02 | RX | 53.73 | .00 | 32.50 | .00 | 04/03/95 |
| 00074-3181-01 | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 1:200,000-1.5% 30 ml, 5s ea EPI/LIDO HCL | AP | 02 | RX | 52.19 | .00 | 31.50 | .00 | 04/03/95 |
| | EPINEPHRINE/LIDOCAINE HCL (EPIDURAL/T-DOSE) SET IJ 10s ea EPI/LIDO HCL | EE | 02 | RX | 509.56 | .00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is     ☐ OK with changes

Signature _____     Date _____

Confidential

ABT094-0238

Red Book 00238

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 07/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-3247-01 | ERYTHROCIN LACTOBIONATE (ADD-VANTAGE) PDI IJ 500 MG 10s ea ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 212.21 | .00 | 163.70 | .00 | 04/03/95 |
| 00074-6365-02 | ERYTHROCIN LACTOBIONATE PDI IJ 500 MG 10s ea ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 104.50 | .00 | 52.00 | .00 | 04/03/95 |
| 00074-6368-13 | ERYTHROCIN LACTOBIONATE (P.B.) PDI IJ 500 MG 5s ea ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 55.75 | .00 | 27.75 | .00 | 04/03/95 |
| 00074-6476-44 | ERYTHROCIN LACTOBIONATE (ADD-VANTAGE) PDI IJ 500 MG 10s ea ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 107.25 | .00 | 57.10 | .00 | 04/03/95 |
| 00074-6482-01 | ERYTHROCIN LACTOBIONATE PDI IJ 500 MG 10s ea ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 100.70 | .00 | 57.90 | .00 | 04/03/95 |
| 00074-6483-01 | ERYTHROCIN LACTOBIONATE PDI IJ 500 MG 5s ea ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 53.62 | .00 | 30.90 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☑ OK as is          ☐ OK with changes

Signature _____   Date _____

Confidential

Red Book 00239

ABT094-0239

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1758

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-3246-01 | ERYTHROCIN LACTOBIONATE (ADD-VANTAGE) PDI IJ 1 GM 10s ea ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 289.51 | .00 | 223.30 | .00 | 04/03/95 |
| 00074-6342-05 | ERYTHROCIN LACTOBIONATE PDI IJ 1 GM 10s ea ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 189.41 | .00 | 99.10 | .00 | 04/03/95 |
| 00074-6478-44 | ERYTHROCIN LACTOBIONATE (ADD-VANTAGE) PDI IJ 1 GM 10s ea ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 194.39 | .00 | 106.30 | .00 | 04/03/95 |
| 00074-6481-01 | ERYTHROCIN LACTOBIONATE PDI IJ 1 GM 10s ea ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 102.04 | .00 | 105.00 | .00 | 04/03/95 |
| 00074-1763-48 | FAT EMULSION I.V. SET (VENTED/100 ) SET 48s ea DEVICE | | 03 | RX | 900.03 | .00 | .00 | .00 | 04/04/94 |
| 00074-4065-58 | FAT EMULSION I.V. SET (VENTED, W/CAIR & Y SITE) SET 48s ea DEVICE | | 03 | OTC | 540.93 | .00 | 3633.48 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

___ OK as is       ___ OK with changes

Signature _____   Date _____

Confidential

ABT094-0240

Red Book 00240

# RED BOOK

### PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-6464-01 | FAT EMULSION I.V. SET<br>(72 IN MICROBORE -SL)<br>SET<br>50s ea<br>DEVICE | | 03 | OTC | 447.69 | .00 | .00 | .00 | 04/03/95 |
| ▆▆▆▆▆▆ | FENTANYL CITRATE<br>(AMP)<br>INJ IJ  0.05 MG/ML<br>2 ml, 10s ea<br>FENTANYL CITRATE | AP | 02 | CII | 183.47 | .00 | .00 | .00 | 04/04/94 |
| ▆▆▆▆▆▆ | FENTANYL CITRATE<br>(AMP)<br>INJ IJ  0.05 MG/ML<br>5 ml, 10s ea<br>FENTANYL CITRATE | AP | 02 | CII | 337.25 | .00 | .00 | .00 | 04/04/94 |
| ▆▆▆▆▆▆ | FENTANYL CITRATE<br>(AMP)<br>INJ IJ  0.05 MG/ML<br>10 ml, 25s ea<br>FENTANYL CITRATE | AP | 02 | CII | 323.00 | .00 | .00 | .00 | 04/04/94 |
| ▆▆▆▆-▆▆▆-2▆ | FENTANYL CITRATE<br>(AMP)<br>INJ IJ  0.05 MG/ML<br>20 ml, 25s ea<br>FENTANYL CITRATE | AP | 02 | CII | 633.83 | .00 | .00 | .00 | 04/04/94 |
| ▆▆▆▆-▆▆▆▆-▆▆ | FENTANYL CITRATE<br>(VIAL, FLIPTOP)<br>INJ IJ  0.05 MG/ML<br>2 ml, 50s ea<br>FENTANYL CITRATE | AP | 02 | CII | 368.13 | .00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____        Date _____

Confidential

ABT094-0241

Red Book 00241

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

Please Respond By: 09/15/93

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ███████████-15. | FENTANYL CITRATE (VIAL, FLIPTOP) INJ  IJ   0.05 MG/ML 5 ml, 50s ea FENTANYL CITRATE | AP | 02 | CII | 673.31 | .00 | .00 | .00 | 04/04/94 |
| ███████████ | FENTANYL CITRATE (VIAL, FLIPTOP) INJ  IJ   0.05 MG/ML 10 ml, 50s ea FENTANYL CITRATE | AP | 02 | CII | 646.00 | .00 | .00 | .00 | 04/04/94 |
| ███████████ | FENTANYL CITRATE (VIAL, FLIPTOP) INJ  IJ   0.05 MG/ML 20 ml, 50s ea FENTANYL CITRATE | AP | 02 | CII | 1267.66 | .00 | .00 | .00 | 04/04/94 |
| ███████████ | FENTANYL CITRATE (VIAL, FLIPTOP) INJ  IJ   0.05 MG/ML 50 ml, 50s ea FENTANYL CITRATE | AP | 02 | CII | 3168.84 | .00 | .00 | .00 | 04/04/94 |
| ███████████ | FENTANYL CITRATE (ABBOJECT) INJ  IJ   0.05 MG/ML 2 ml, 50s ea FENTANYL CITRATE | AP | 02 | CII | 1157.22 | .00 | .00 | .00 | 04/04/94 |
| ███████████ | FENTANYL CITRATE (ABBOJECT) INJ  IJ   0.05 MG/ML 10 ml, 10s ea FENTANYL CITRATE | AP | 02 | CII | 194.28 | .00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is       ☐ OK with changes

Signature _____       Date _____

Confidential

ABT094-0242

Red Book 00242

# **RED BOOK**

## PRODUCT LISTING VERIFICATION

**ABBOTT HOSPITAL PRODUCTS**

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-8814-20 | FENTANYL CITRATE (ABBOJECT) INJ IJ  0.05 MG/ML 20 ml, 10s ea FENTANYL CITRATE | AP | 02 | CII | 380.00 | .00 | .00 | .00 | 04/04/94 |
| 00074-2444-05 | FENTANYL ORALET LOZ BC  200 MCG 5s ea FENTANYL CITRATE | | 02 | CII | 139.95 | .00 | .00 | .00 | 04/03/95 |
| 00074-2445-05 | FENTANYL ORALET LOZ BC  300 MCG 5s ea FENTANYL CITRATE | | 02 | CII | 139.95 | .00 | .00 | .00 | 04/03/95 |
| 00074-2446-05 | FENTANYL ORALET LOZ BC  400 MCG 5s ea FENTANYL CITRATE | | 02 | RX | 139.95 | .00 | .00 | .00 | 04/03/95 |
| 00074-6054-02 | FUROSEMIDE (ABBOJECT) INJ IJ  10 MG/ML 2 ml, 25s ea FUROSEMIDE | AP | 02 | RX | 89.06 | .00 | 56.25 | .00 | 04/03/95 |
| 00074-6055-04 | FUROSEMIDE (ABBOJECT) INJ IJ  10 MG/ML 4 ml, 10s ea FUROSEMIDE | AP | 02 | RX | 48.57 | .00 | 23.80 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

⊏ OK as is          ⊏ OK with changes

_____          _____
Signature                                           Date

Confidential

ABT094-0243

# RED BOOK

**PRODUCT LISTING VERIFICATION**

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

■■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6856-10 | FUROSEMIDE (ABBOJECT) INJ IJ 10 MG/ML 10 ml, 10s ea FUROSEMIDE | AP | 02 | RX | 123.14 | .00 | 60.30 | .00 | 04/03/95 |
| 00074-6856-20 | FUROSEMIDE (ABBOJECT) INJ IJ 10 MG/ML 8 ml, 10s ea FUROSEMIDE | AP | 02 | RX | 78.30 | .00 | 42.50 | .00 | 04/03/95 |
| 00074-6101-02 | FUROSEMIDE (AMP) INJ IJ 10 MG/ML 2 ml, 25s ea FUROSEMIDE | AP | 02 | RX | 50.77 | .00 | 26.00 | .00 | 04/03/95 |
| 00074-6101-04 | FUROSEMIDE (AMP) INJ IJ 10 MG/ML 4 ml, 25s ea FUROSEMIDE | AP | 02 | RX | 97.97 | .00 | 45.00 | .00 | 04/03/95 |
| 00074-6101-10 | FUROSEMIDE (AMP) INJ IJ 10 MG/ML 10 ml, 25s ea FUROSEMIDE | AP | 02 | RX | 248.40 | .00 | 113.00 | .00 | 04/03/95 |
| 00074-6102-02 | FUROSEMIDE (VIAL, FLIPTOP) INJ IJ 10 MG/ML 2 ml, 25s ea FUROSEMIDE | AP | 02 | RX | 61.45 | .00 | 29.50 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is          OK with changes

Signature                                                    Date

Confidential

Red Book 00244

ABT094-0244

# RED BOOK

**PRODUCT LISTING VERIFICATION**

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax: (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

Confidential

ABT094-0245

Red Book 00245

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6102-04 | FUROSEMIDE (VIAL, P.F., FLIPTOP) INJ  IJ   10 MG/ML 4 ml, 25s ea FUROSEMIDE | AP | 02 | RX | 105.09 | .00 | 45.25 | .00 | 04/03/95 |
| 00074-6102-11 | FUROSEMIDE (VIAL, FLIPTOP) INJ  IJ   10 MG/ML 10 ml, 25s ea FUROSEMIDE | AP | 02 | RX | 282.92 | .00 | 122.50 | .00 | 04/03/95 |
| 00074-3400-01 | GENTAMICIN SULFATE (VIAL, ADD-VANTAGE) INJ  IJ   10 MG/ML 6 ml, 25s ea GENTAMICIN SULFATE | AP | 02 | RX | 139.83 | .00 | 108.00 | .00 | 04/03/95 |
| 00074-3401-01 | GENTAMICIN SULFATE (VIAL, ADD-VANTAGE) INJ  IJ   10 MG/ML 8 ml, 25s ea GENTAMICIN SULFATE | AP | 02 | RX | 149.33 | .00 | 115.25 | .00 | 04/03/95 |
| 00074-3402-01 | GENTAMICIN SULFATE (VIAL, ADD-VANTAGE) INJ  IJ   10 MG/ML 10 ml, 25s ea GENTAMICIN SULFATE | AP | 02 | RX | 160.61 | .00 | 123.75 | .00 | 04/03/95 |
| 00074-1207-03 | GENTAMICIN SULFATE (VIAL, FLIPTOP) INJ  IJ   40 MG/ML 2 ml, 25s ea GENTAMICIN SULFATE | AP | 02 | RX | 53.14 | .00 | 37.50 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: **89/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(888) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7079-13 | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) INJ IJ  1.2 MG/ML-0.9% 50 ml, 24s ea GENT SULF/SOD CL | AP | 02 | RX | 236.27 | .00 | 146.40 | .00 | 04/03/95 |
| 00074-7081-13 | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) INJ IJ  1.4 MG/ML-0.9% 50 ml, 24s ea GENT SULF/SOD CL | AP | 02 | RX | 250.23 | .00 | 151.28 | .00 | 04/03/95 |
| 00074-7083-13 | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) INJ IJ  1.6 MG/ML-0.9% 50 ml, 24s ea GENT SULF/SOD CL | AP | 02 | RX | 252.23 | .00 | 130.56 | .00 | 04/03/95 |
| 00074-7089-23 | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) INJ IJ  100 MG/100 ML-0.9% 100 ml, 24s ea GENT SULF/SOD CL | AP | 02 | RX | 274.17 | .00 | 165.36 | .00 | 04/03/95 |
| 00074-7084-23 | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) INJ IJ  80 MG/100 ML-0.9% 100 ml, 24s ea GENT SULF/SOD CL | AP | 02 | RX | 252.23 | .00 | 156.96 | .00 | 04/03/95 |
| 00074-7086-23 | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) INJ IJ  90 MG/100 ML-0.9% 100 ml, 24s ea GENT SULF/SOD CL | AP | 02 | RX | 266.76 | .00 | 161.28 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____

Date _____

Confidential

ABT094-0246

Red Book 00246