# Exhibit 51D

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6142-06 | GLYCINE IRRIGATION (AQUALITE) SOL IR  1.5% 1500 ml, 8s ea GLYCINE | AT | 02 | RX | 192.19 | .00 | 116.56 | .00 | 04/03/95 |
| 00074-7974-08 | GLYCINE IRRIGATION (FLEXIBLE CONTAINER) SOL IR  1.5% 3000 ml, 4s ea GLYCINE | AT | 02 | RX | 85.41 | .00 | 60.92 | .00 | 04/03/95 |
| 00074-4894-02 | HALOTHANE LIQ IH 250 ml, 12s ea HALOTHANE | AN | 02 | RX | 1392.37 | .00 | 894.00 | .00 | 04/03/95 |
| 00074-1151-70 | HEPARIN LOCK FLUSH (VIAL, FLIPTOP) INJ IJ  10 U/ML 10 ml, 25s ea HEPARIN LOCK FLUSH | AP | 02 | RX | 31.47 | .00 | 14.75 | .00 | 04/03/95 |
| 00074-1151-78 | HEPARIN LOCK FLUSH (VIAL, FLIPTOP) INJ IJ  10 U/ML 30 ml, 25s ea HEPARIN LOCK FLUSH | AP | 02 | RX | 73.03 | .00 | 34.25 | .00 | 04/03/95 |
| 00074-4822-01 | HEPARIN LOCK FLUSH (SRN) INJ IJ  10 U/ML 1 ml, 25s ea HEPARIN LOCK FLUSH | AP | 02 | RX | 100.94 | .00 | 64.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is         ☐ OK with changes

Signature _____        Date _____

Confidential

Red Book 00247

ABT094-0247

# **RED BOOK**

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2226   Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1152-70 | HEPARIN LOCK FLUSH (VIAL, FLIPTOP) INJ  IJ   100 U/ML 10 ml, 25s ea HEPARIN LOCK FLUSH | AP | 02 | RX | 35.92 | .00 | 17.52 | .00 | 04/03/95 |
| 00074-1152-78 | HEPARIN LOCK FLUSH (VIAL, FLIPTOP) INJ  IJ   100 U/ML 30 ml, 25s ea HEPARIN LOCK FLUSH | AP | 02 | RX | 83.13 | .00 | 39.25 | .00 | 04/03/95 |
| 00074-2581-02 | HEPARIN SODIUM (VIAL, ADD-VANTAGE) INJ  IJ   10,000 U/ML 5 ml, 25s ea HEPARIN SODIUM | AP | 02 | RX | 70.66 | 0.00 | 57.25 | .00 | 04/03/95 |
| 00074-2582-02 | HEPARIN SODIUM (VIAL, ADD-VANTAGE) INJ  IJ   12,500 U/ML 5 ml, 25s ea HEPARIN SODIUM | AP | 02 | RX | 85.20 | 0.00 | 69.00 | .00 | 04/03/95 |
| 00074-2583-02 | HEPARIN SODIUM (VIAL, ADD-VANTAGE) INJ  IJ   20,000 U/ML 10 ml, 25s ea HEPARIN SODIUM | AP | 02 | RX | 126.17 | 0.00 | 102.25 | .00 | 04/03/95 |
| 00074-2584-02 | HEPARIN SODIUM (VIAL, ADD-VANTAGE) INJ  IJ   25,000 U/ML 10 ml, 25s ea HEPARIN SODIUM | AP | 02 | RX | 163.80 | 0.00 | 132.75 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is         OK with changes

Signature _____     Date _____

Confidential

ABT094-0248

Red Book 00248

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1758

Please Respond By: 09/15/95
Contact Name:  HARRY ADAMS
Contact Phone:  (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-9790-21 | LIPOSYN III<br>(VIAL, 100/200 ML)<br>INJ  IJ   10%<br>100 ml, 12s ea<br>FAT EMULSION | | 05 | RX | 501.74 | .00 | 337.44 | .00 | 04/03/95 |
| 00074-9791-01 | LIPOSYN III<br><br>INJ  IJ   20%<br>200 ml, 12s ea<br>FAT EMULSION | | 05 | RX | 676.45 | .00 | 455.16 | .00 | 04/03/95 |
| 00074-9791-03 | LIPOSYN III<br>(VIAL)<br>INJ  IJ   20%<br>500 ml, 12s ea<br>FAT EMULSION | | 05 | RX | 1115.21 | .00 | 750.36 | .00 | 04/03/95 |
| 00074-7419-03 | LMD W/0.9% SODIUM CHLORIDE<br><br>INJ  IJ   10%<br>500 ml, 12s ea<br>DEXTRAN | | 01 | RX | 1476.02 | .00 | 696.12 | .00 | 04/03/95 |
| 00074-7418-03 | LMD W/5% DEXTROSE<br><br>INJ  IJ   10%<br>500 ml, 12s ea<br>DEXTRAN | | 01 | RX | 1476.02 | .00 | 696.12 | .00 | 04/03/95 |
| 00074-4786-01 | LOCAL INFILTRATION W/LIDOCAINE<br>(20 GAUGE, 2" NDL)<br>INJ  IJ   1%<br>20 ml, 10s ea<br>LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 266.83 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

⟨ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

ABT094-0249

Red Book 00249

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-6776-01 | LORAZEPAM (HYPAK SYRINGE) INJ IJ 2 MG/ML 1 ml, 25s ea LORAZEPAM | AP | 02 | CIV | 277.88 | .00 | 90.00 | .00 | 04/03/95 |
| 00074-6778-01 | LORAZEPAM (VIAL, FLIPTOP) INJ IJ 2 MG/ML 1 ml, 25s ea LORAZEPAM | AP | 02 | CIV | 247.00 | .00 | 75.00 | .00 | 04/03/95 |
| 00074-6780-01 | LORAZEPAM (VIAL, FLIPTOP) INJ IJ 2 MG/ML 10 ml, 25s ea LORAZEPAM | AP | 02 | CIV | 1852.50 | .00 | 612.50 | .00 | 04/03/95 |
| 00074-6777-01 | LORAZEPAM (HYPAK SYRINGE) INJ IJ 4 MG/ML 1 ml, 25s ea LORAZEPAM | AP | 02 | CIV | 339.63 | .00 | 122.50 | .00 | 04/03/95 |
| 00074-6779-01 | LORAZEPAM (VIAL, FLIPTOP) INJ IJ 4 MG/ML 1 ml, 25s ea LORAZEPAM | AP | 02 | CIV | 277.88 | .00 | 95.00 | .00 | 04/03/95 |
| 00074-6781-01 | LORAZEPAM (VIAL, FLIPTOP) INJ IJ 4 MG/ML 10 ml, 25s ea LORAZEPAM | AP | 02 | CIV | 2470.00 | .00 | 750.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is _____    OK with changes _____

Signature _____    Date _____

Confidential

ABT094-0250

Red Book 00250

# RED BOOK
### PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4823-01 | LUMBAR PUNCTURE (ADULT,18G,3-1/2" NEEDLE) SET 10s ea DEVICE | EE | 03 | RX | 337.61 | .00 | .00 | .00 | 04/03/95 |
| 00074-4824-01 | LUMBAR PUNCTURE (ADULT,20G,3-1/2" NEEDLE) SET 10s ea DEVICE | EE | 03 | RX | 337.61 | .00 | 238.50 | .00 | 04/03/95 |
| 00074-4825-01 | LUMBAR PUNCTURE (ADULT,22G,3-1/2" NEEDLE) SET 10s ea DEVICE | EE | 03 | RX | 337.61 | .00 | 238.50 | .00 | 04/03/95 |
| 00074-4826-01 | LUMBAR PUNCTURE (CHILD,22G,2-1/2" NEEDLE) SET 10s ea DEVICE | EE | 03 | RX | 337.61 | .00 | 238.50 | .00 | 04/03/95 |
| 00074-4827-01 | LUMBAR PUNCTURE (INFANT,22G,1-1/2"NEEDLE) SET 10s ea DEVICE | EE | 03 | RX | 326.60 | .00 | 230.70 | .00 | 04/03/95 |
| 00074-4962-01 | LUMBAR PUNCTURE (INF 22G 1-1/2 W/O MAND) SET 10s ea DEVICE | | 03 | RX | 212.80 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is         ☐ OK with changes

_____

Signature

Confidential

ABT094-0251

Red Book 00251

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07845-1742
(201) 358-2226  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| Code | Description | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-4963-01 | LUMBAR PUNCTURE (INF 22G 1-1/2 W/O MANO) SET 10s ea DEVICE | EE | 03 RX | 218.14 | .00 | .00 | .00 | 04/03/95 |
| 00074-2168-01 | MAGNESIUM SULFATE (VIAL, FLIPTOP) INJ IJ 500 MG/ML 10 ml, 25s ea MAGNESIUM SULFATE | | 02 RX | 47.80 | .00 | 34.00 | .00 | 04/03/95 |
| 00074-2168-02 | MAGNESIUM SULFATE (VIAL, FLIPTOP) INJ IJ 500 MG/ML 20 ml, 25s ea MAGNESIUM SULFATE | | 02 RX | 100.05 | .00 | 71.25 | .00 | 04/03/95 |
| 00074-2168-03 | MAGNESIUM SULFATE (VIAL, FLIPTOP) INJ IJ 500 MG/ML 50 ml, 25s ea MAGNESIUM SULFATE | | 02 RX | 221.17 | .00 | 157.75 | .00 | 04/03/95 |
| 00074-3760-03 | MAGNESIUM SULFATE SOLUTION INJ IJ 5%-4 GM/100 ML 500 ml, 12s ea DEXTROSE/MG SULF | | 02 RX | 100.18 | .00 | 70.80 | .00 | 04/03/95 |
| 00074-3760-05 | MAGNESIUM SULFATE SOLUTION INJ IJ 5%-4 GM/100 ML 1000 ml, 6s ea DEXTROSE/MG SULF | | 02 RX | 59.87 | .00 | 41.70 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

\ OK as is          ˜˜ OK with changes

Signature

Confidential

Red Book 00252

ABT094-0252

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-3760-11 | MAGNESIUM SULFATE SOLUTION (PARTIAL FILL) INJ IJ  5%-4 GM/100 ML 100 ml, 12s ea DEXTROSE/MG SULF | 02 | RX | 84.93 | .00 | 62.40 | .00 | 04/04/94 |
| | MAGNESIUM SULFATE SOLUTION (PARTIAL FILL) INJ IJ  5%-8 GM/100 ML 50 ml, 12s ea DEXTROSE/MG SULF | 02 | RX | 84.93 | .00 | 62.40 | .00 | 04/04/94 |
| 00074-4943-01 | MAGNESIUM SULFATE SOLUTION (VIAL, PINTOP) INJ IJ  125 MG/ML 8 ml, 25s ea MAGNESIUM SULFATE | 02 | RX | 71.25 | .00 | 64.50 | .00 | 04/03/95 |
| 00074-4975-02 | MAGNESIUM SULFATE SOLUTION (AMP) INJ IJ  500 MG/ML 2 ml, 100s ea MAGNESIUM SULFATE | 02 | RX | 173.38 | .00 | 82.60 | .00 | 04/03/95 |
| 00074-4913-01 | MAGNESIUM SULFATE SOLUTION (ABBOJECT, 20GX2-1/2) INJ IJ  500 MG/ML 5 ml, 10s ea MAGNESIUM SULFATE | 02 | RX | 124.81 | .00 | 57.60 | .00 | 04/03/95 |
| 00074-4914-01 | MAGNESIUM SULFATE SOLUTION (ABBOJECT, 20GX2-1/2) INJ IJ  500 MG/ML 10 ml, 10s ea MAGNESIUM SULFATE | 02 | RX | 145.71 | .00 | 67.30 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____

Date _____

Confidential

Red Book 00253

ABT094-0253

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

# RED BOOK
## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4091-01 | MANGANESE<br>(VIAL, FLIPTOP)<br>INJ  IJ  0.1 MG/ML<br>10 ml, 25s ea<br>MANGANESE CHLORIDE | | 02 | RX | 106.50 | .00 | 54.00 | .00 | 04/03/95 |
| 00074-7712-09 | MANNITOL<br><br>INJ  IJ  5%<br>1000 ml, 12s ea<br>MANNITOL | AP | 02 | RX | 618.17 | .00 | 378.12 | .00 | 04/03/95 |
| 00074-7713-09 | MANNITOL<br><br>INJ  IJ  10%<br>1000 ml, 12s ea<br>MANNITOL | AP | 02 | RX | 879.80 | .00 | 493.68 | .00 | 04/03/95 |
| 00074-7714-03 | MANNITOL<br><br>INJ  IJ  15%<br>500 ml, 12s ea<br>MANNITOL | AP | 02 | RX | 756.96 | .00 | 509.28 | .00 | 04/03/95 |
| 00074-7715-02 | MANNITOL<br><br>INJ  IJ  20%<br>250 ml, 24s ea<br>MANNITOL | AP | 02 | RX | 1328.10 | .00 | 893.52 | .00 | 04/03/95 |
| 00074-7715-03 | MANNITOL<br><br>INJ  IJ  20%<br>500 ml, 12s ea<br>MANNITOL | AP | 02 | RX | 885.50 | .00 | 595.68 | .00 | 04/03/95 |

nstructions: Please make corrections directly on this printout.
OK as is          OK with changes

Signature

Confidential

Red Book 00254

ABT094-0254

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4031-01 | MANNITOL<br>(VIAL, FLIPTOP)<br>INJ  IJ   25%<br>50 ml, 25s ea<br>MANNITOL | AP | 02 | RX | 126.17 | .00 | 48.50 | .00 | 04/03/95 |
| 00074-6030-04 | MEPERIDINE HCL<br>(VIAL, PCA)<br>INJ  IJ   10 MG/ML<br>30 ml, 10s ea<br>MEPERIDINE HYDROCHLORIDE | AP | 02 | CII | 164.11 | .00 | 127.88 | .00 | 04/03/95 |
| 00074-3030-01 | METHYLDOPATE HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   50 MG/ML<br>5 ml, 25s ea<br>METHYLDOPATE HYDROCHLORIDE | AP | 02 | RX | 217.61 | .00 | 131.25 | .00 | 04/03/96 |
| 00074-3030-02 | METHYLDOPATE HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   50 MG/ML<br>10 ml, 25s ea<br>METHYLDOPATE HYDROCHLORIDE | AP | 02 | RX | 434.03 | .00 | 262.50 | .00 | 04/03/95 |
| 00074-3405-02 | METHYLDOPATE HCL<br>(VIAL, ADD-VANTAGE)<br>INJ  IJ   50 MG/ML<br>5 ml, 25s ea<br>METHYLDOPATE HYDROCHLORIDE | AP | 02 | RX | 219.39 | .00 | 169.25 | .00 | 04/03/95 |
| 00074-3406-02 | METHYLDOPATE HCL<br>(VIAL, ADD-VANTAGE)<br>INJ  IJ   50 MG/ML<br>10 ml, 25s ea<br>METHYLDOPATE HYDROCHLORIDE | AP | 02 | RX | 434.33 | .00 | 335.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature

Date

Confidential

Red Book 00255

ABT094-0255

# **RED BOOK**

### PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-3413-01 | METOCLOPRAMIDE (AMP) INJ IJ 5 MG/ML 2 ml, 25s ea METOCLOPRAMIDE HYDROCHLORIDE | AP | 02 | RX | 82.53 | .00 | 58.25 | | .00 | 04/03/95 |
| 00074-3414-01 | METOCLOPRAMIDE (VIAL, FLIPTOP) INJ IJ 5 MG/ML 2 ml, 25s ea METOCLOPRAMIDE HYDROCHLORIDE | AP | 02 | RX | 93.81 | .00 | 66.25 | | .00 | 04/03/95 |
| 00074-1217-11 | METRONIDAZOLE (U.S.P.) INJ IJ 500 MG/100 ML 100 ml, 12s ea METRONIDAZOLE | AP | 02 | RX | 352.26 | .00 | 186.24 | | .00 | 04/03/95 |
| 00074-7811-24 | METRONIDAZOLE (S.D.V.) INJ IJ 500 MG/100 ML 100 ml, 24s ea METRONIDAZOLE | AP | 02 | RX | 694.26 | .00 | 364.08 | | .00 | 04/03/95 |
| 00074-7811-37 | METRONIDAZOLE (LIFECARE) INJ IJ 500 MG/100 ML 100 ml, 80s ea METRONIDAZOLE | AP | 02 | RX | 2315.15 | .00 | 1336.80 | | .00 | 04/03/95 |
| 00074-2028-02 | MORPHINE SULFATE INJ IJ 0.5 MG/ML 30 ml, 10s ea MORPHINE SULFATE | AP | 02 | CII | 153.07 | .00 | 114.60 | | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.
____ OK as is          ____ OK with changes

Signature

Confidential

ABT094-0256

Red Book 00256

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1O
ABBOTT PARK IL 600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (900) 222-6903

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3014-12 | MORPHINE SULFATE (VIAL, P.F., FLIPTOP) INJ IJ 0.5 MG/ML 10 ml, 5s ea MORPHINE SULFATE | AP | 02 | CII | 60.28 | .00 | 47.00 | .00 | 04/03/95 |
| 00074-4057-02 | MORPHINE SULFATE (AMP, P.F.) INJ IJ 0.5 MG/ML 10 ml, 25s ea MORPHINE SULFATE | AP | 02 | CII | 298.66 | .00 | .00 | .00 | 04/04/94 |
| 00074-2029-02 | MORPHINE SULFATE INJ IJ 1 MG/ML 30 ml, 10s ea MORPHINE SULFATE | AP | 02 | CII | 197.36 | .00 | 147.70 | .00 | 04/03/95 |
| | MORPHINE SULFATE (VIAL, P.F., FLIPTOP) INJ IJ 1 MG/ML 10 ml, 25s ea MORPHINE SULFATE | AP | 02 | CII | 350.02 | .00 | .00 | .00 | 04/04/94 |
| | MORPHINE SULFATE (AMP, P.F.) INJ IJ 1 MG/ML 10 ml, 25s ea MORPHINE SULFATE | AP | 02 | CII | 318.25 | .00 | .00 | .00 | 04/04/94 |
| 00074-6023-04 | MORPHINE SULFATE (VIAL, FLIPTOP) INJ IJ 1 MG/ML 30 ml, 10s ea MORPHINE SULFATE | AP | 02 | CII | 170.88 | .00 | 133.10 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

- - - - - - - - - -

Signature _____

Date _____

Confidential

ABT094-0257

Red Book 00257

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-6028-04 | MORPHINE SULFATE (VIAL, FLIPTOP) INJ  IJ   5 MG/ML 30 ml, 10s ea MORPHINE SULFATE | | 02 | CII | 199.74 | .00 | 155.58 | .00 | 04/03/95 |
| | MORPHINE SULFATE (VIAL, FLIPTOP) INJ  IJ   10 MG/ML 10 ml, 25s ea MORPHINE SULFATE | | 02 | CII | 408.80 | .00 | .00 | .00 | 04/04/94 |
| | MORPHINE SULFATE (VIAL, FLIPTOP) INJ  IJ   15 MG/ML 20 ml, 25s ea MORPHINE SULFATE | | 02 | CII | 531.41 | .00 | .00 | .00 | 04/04/94 |
| 00074-6177-14 | MORPHINE SULFATE (ADD-VANTAGE) INJ  IJ   25 MG/ML 4 ml, 10s ea MORPHINE SULFATE | | 02 | CII | 159.84 | .00 | 119.60 | .00 | 04/03/95 |
| 00074-6179-14 | MORPHINE SULFATE (ADD-VANTAGE) INJ  IJ   25 MG/ML 10 ml, 10s ea MORPHINE SULFATE | | 02 | CII | 191.07 | .00 | 143.00 | .00 | 04/03/95 |
| 00074-1463-01 | NALBUPHINE HCL (AMP) INJ  IJ   10 MG/ML 1 ml, 10s ea NALBUPHINE HYDROCHLORIDE | AP | 02 | RX | 40.97 | .00 | 26.10 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is          OK with changes

Signature

Confidential

Red Book 00258

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1464-01 | NALBUPHINE HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ  10 MG/ML<br>10 ml, 25s ea<br>NALBUPHINE HYDROCHLORIDE | AP | 02 | RX | 669.75 | .00 | 425.00 | .00 | 04/03/95 |
| 00074-1465-01 | NALBUPHINE HCL<br>(AMP)<br>INJ  IJ  20 MG/ML<br>1 ml, 10s ea<br>NALBUPHINE HYDROCHLORIDE | AP | 02 | RX | 50.35 | .00 | 32.00 | .00 | 04/03/95 |
| 00074-1467-01 | NALBUPHINE HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ  20 MG/ML<br>10 ml, 25s ea<br>NALBUPHINE HYDROCHLORIDE | AP | 02 | RX | 1036.09 | .00 | 657.50 | .00 | 04/03/95 |
| 00029-6370-25 | NALLPEN<br>(VIAL)<br>PDI  IJ  500 MG<br>10s ea<br>NAFCILLIN SODIUM | AP | 05 | RX | 20.78 | .00 | 14.00 | .00 | 04/04/94 |
| 00029-6372-07 | NALLPEN<br>(ADD-VANTAGE)<br>PDI  IJ  1 GM<br>10s ea<br>NAFCILLIN SODIUM | AP | 05 | RX | 36.22 | .00 | 24.40 | .00 | 08/01/94 |
| 00029-6372-22 | NALLPEN<br>(VIAL)<br>PDI  IJ  1 GM<br>10s ea<br>NAFCILLIN SODIUM | AP | 05 | RX | 32.66 | .00 | 22.00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is            ☐ OK with changes

Signature _____          Date _____

Confidential

ABT094-0259

Red Book 00259

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6893

Confidential

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00029-6374-07 | NALLPEN (ADD-VANTAGE) PDI  IJ    2 GM 10s ea NAFCILLIN SODIUM | AP | 05 | RX | 66.50 | .00 | 44.90 | .00 | 08/01/94 |
| 00029-6374-21 | NALLPEN (P.B.) PDI  IJ    2 GM 10s ea NAFCILLIN SODIUM | AP | 05 | RX | 68.88 | .00 | 46.50 | .00 | 04/04/94 |
| 00029-6374-27 | NALLPEN (VIAL) PDI  IJ    2 GM 10s ea NAFCILLIN SODIUM | AP | 05 | RX | 62.94 | .00 | 42.50 | .00 | 04/04/94 |
| 00029-6376-21 | NALLPEN (BULK VIAL) PDI  IJ    10 GM 10s ea NAFCILLIN SODIUM | AP | 05 | RX | 259.47 | .00 | 175.00 | .00 | 04/04/94 |
| 00074-1211-01 | NALOXONE HCL (AMP) INJ  IJ    0.02 MG/ML 2 ml, 10s ea NALOXONE HYDROCHLORIDE | AP | 02 | RX | 87.76 | .00 | 47.60 | .00 | 04/03/95 |
| 00074-1216-01 | NALOXONE HCL (VIAL, FLIPTOP) INJ  IJ    0.02 MG/ML 2 ml, 10s ea NALOXONE HYDROCHLORIDE | AP | 02 | RX | 96.78 | .00 | 52.60 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

＿ OK as is            ＿ OK with changes

Signature ＿＿＿＿＿＿＿＿＿＿      Date ＿＿＿＿＿＿＿

ABT094-0260

Red Book 00260

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-1212-01 | NALOXONE HCL (AMP) INJ IJ  0.4 MG/ML 1 ml, 10s ea NALOXONE HYDROCHLORIDE | AP | 02 | RX | 92.03 | .00 | 50.00 | .00 | 04/03/95 |
| 00074-1213-01 | NALOXONE HCL (HYPAK) INJ IJ  0.4 MG/ML 1 ml, 25s ea NALOXONE HYDROCHLORIDE | AP | 02 | RX | 322.41 | .00 | 175.00 | .00 | 04/03/95 |
| 00074-1215-01 | NALOXONE HCL (VIAL, FLIPTOP) INJ IJ  0.4 MG/ML 1 ml, 10s ea NALOXONE HYDROCHLORIDE | AP | 02 | RX | 101.41 | .00 | 55.00 | .00 | 04/03/95 |
| 00074-1219-01 | NALOXONE HCL (VIAL, FLIPTOP) INJ IJ  0.4 MG/ML 10 ml, 25s ea NALOXONE HYDROCHLORIDE | AP | 02 | RX | 1703.47 | .00 | 925.00 | .00 | 04/03/95 |
| 00074-3722-01 | NEOSTIGMINE METHYLSULFATE (VIAL, FLIPTOP) INJ IJ  0.5 MG/ML 10 ml, 10s ea NEOSTIGMINE METHYLSULFATE | | 02 | RX | 86.57 | .00 | 61.20 | .00 | 04/03/95 |
| 00074-3723-01 | NEOSTIGMINE METHYLSULFATE (VIAL, FLIPTOP) INJ IJ   1 MG/ML 10 ml, 10s ea NEOSTIGMINE METHYLSULFATE | | 02 | RX | 110.44 | .00 | 78.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____     Date _____

Confidential

Red Book 00261

ABT094-0261

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6003

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4782-01 | NERVE BLOCK TRAY W/LIDOCAINE<br>INJ  IJ  1.5%<br>20 ml, 10s ea<br>LIDOCAINE HYDROCHLORIDE | EE | 02 | RX | 427.50 | .00 | .00 | .00 | 04/03/95 |
| 00074-6609-02 | NEUT<br>(ADD-VANTAGE)<br>INJ  IJ  4%<br>5 ml, 25s ea<br>SODIUM BICARBONATE | | 01 | RX | 139.53 | .00 | 76.00 | .00 | 04/03/95 |
| 00074-4104-01 | NITROGLYCERIN<br>(VIAL, FLIPTOP)<br>INJ  IJ  5 MG/ML<br>10 ml, 25s ea<br>NITROGLYCERIN | AP | 02 | RX | 979.69 | .00 | 435.25 | .00 | 04/03/95 |
| 00074-4107-01 | NITROGLYCERIN<br>(VIAL, FLIPTOP)<br>INJ  IJ  5 MG/ML<br>5 ml, 25s ea<br>NITROGLYCERIN | AP | 02 | RX | 735.66 | .00 | 326.75 | .00 | 04/03/95 |
| ████████████ | ████████ERIN<br>(W/MACRO PUMP SET)<br>KIT  IJ  50 MG<br>24s ea<br>NITROGLYCERIN | | 02 | RX | 1481.43 | .00 | .00 | .00 | 04/04/94 |
| 00074-3024-01 | NITROPRESS<br>(M.D.V.)<br>PDI  IJ  50 MG<br>1s ea<br>SODIUM NITROPRUSSIDE | AP | 01 | RX | 8.06 | .00 | 5.12 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

⸺ OK as is          ⸺ OK with changes

Signature _____

Date _____

Confidential

Red Book 00262

ABT094-0262

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-3834-44 | NITROPRESS<br>(VIAL, ADD-VANTAGE)<br>PDI  IJ   50 MG<br>1s ea<br>SODIUM NITROPRUSSIDE | AP | 01 | RX | 8.53 | .00 | 4.47 | .00 | 04/03/95 |
| 00074-3250-01 | NITROPRESS ADVANTAGE KIT<br>(ADD-VANTAGE)<br>PDI  IJ   50 MG<br>10s ea<br>SODIUM NITROPRUSSIDE | AP | 01 | RX | 117.56 | .00 | 78.30 | .00 | 04/03/95 |
| 00074-7041-01 | NOREPINEPHRINE BITARTRATE<br>(AMP)<br>INJ  IJ   1 MG/ML<br>4 ml, 10s ea<br>NOREPINEPHRINE BITARTRATE | | 02 | RX | 151.17 | .00 | 100.00 | .00 | 04/03/95 |
| 00074-7965-03 | NORMOSOL-M W/5% DEXTROSE<br>(LIFECARE)<br>INJ  IJ<br>500 ml, 24s ea<br>DEXTROSE/ELECT | AP | 01 | RX | 418.95 | .00 | 253.92 | .00 | 04/03/95 |
| 00074-7965-09 | NORMOSOL-M W/5% DEXTROSE<br>(LIFECARE)<br>INJ  IJ<br>1000 ml, 12s ea<br>DEXTROSE/ELECT | AP | 01 | RX | 243.68 | .00 | 147.72 | .00 | 04/03/95 |
| 00074-7967-03 | NORMOSOL-R<br>(LIFECARE)<br>INJ  IJ<br>500 ml, 24s ea<br>ELECT/MIN, MULTI | | 01 | RX | 406.98 | .00 | 246.72 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is         ☐ OK with changes

_____       _____
Signature                              Date

Confidential

ABT094-0263

Red Book 00263

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2220  Fax (201) 358-1758

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-7967-09 | NORMOSOL-R (LIFECARE) INJ  IJ 1000 ml, 12s ea ELECT/MIN, MULTI | | 01 | RX | 232.85 | .00 | 141.24 | .00 | 04/03/95 |
| 00074-1570-05 | NORMOSOL-R PH 7.4 INJ  IJ 1000 ml, 6s ea ELECT/MIN, MULTI | | 01 | RX | 168.22 | .00 | .00 | .00 | 04/03/95 |
| 00074-7670-03 | NORMOSOL-R PH 7.4 (LIFECARE) INJ  IJ 500 ml, 24s ea ELECT/MIN, MULTI | | 01 | RX | 523.83 | .00 | 317.76 | .00 | 04/03/95 |
| 00074-7670-09 | NORMOSOL-R PH 7.4 (LIFECARE) INJ  IJ 1000 ml, 12s ea ELECT/MIN, MULTI | | 01 | RX | 316.21 | .00 | 191.64 | .00 | 04/03/95 |
| 00074-7968-03 | NORMOSOL-R W/5% DEXTROSE (LIFECARE) INJ  IJ 500 ml, 24s ea DEXTROSE/ELECT | AP | 01 | RX | 408.98 | .00 | 247.92 | .00 | 04/03/95 |
| 00074-7968-09 | NORMOSOL-R W/5% DEXTROSE (LIFECARE) INJ  IJ 1000 ml, 12s ea DEXTROSE/ELECT | AP | 01 | RX | 243.25 | .00 | 147.36 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is        OK with changes

Signature _____     Date _____

Confidential

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name:  HARRY ADAMS
Contact Phone:  (000) 222-6003

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4417-01 | NUTRIMIX (MACRO EMPTY CONT 250 ML) ACC 50s ea DEVICE | 03 | OTC | 692.91 | .00 | 466.50 | .00 | 04/03/95 |
| 00074-4418-01 | NUTRIMIX (MACRO EMPTY CONT 500 ML) ACC 50s ea DEVICE | 03 | OTC | 714.28 | .00 | 480.50 | .00 | 04/03/95 |
| 00074-4419-02 | NUTRIMIX (MACRO EMPTY CONT 1000ML) ACC 50s ea DEVICE | 03 | OTC | 736.25 | .00 | 495.50 | .00 | 04/03/95 |
| 00074-4425-01 | NUTRIMIX (MACRO EMPTY CONT 2000ML) ACC 50s ea DEVICE | 03 | OTC | 779.59 | .00 | 524.50 | .00 | 04/03/95 |
| 00074-4430-01 | NUTRIMIX (MACRO EMPTY CONT 3000ML) ACC 50s ea DEVICE | 03 | OTC | 802.16 | .00 | 539.50 | .00 | 04/03/95 |
| 00074-4432-01 | NUTRIMIX (MACRO EMPTY CONT 4000ML) ACC 50s ea DEVICE | 03 | OTC | 836.59 | .00 | 562.50 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

◻ OK as is          ◻ OK with changes

Signature _____          Date _____

Confidential

ABT094-0265

Red Book 00265

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7909-02 | NUTRIMIX (MACRO FERRLS FOR CRIMPR) ACC 1s ea DEVICE | | 03 | OTC | 42.01 | .00 | .00 | .00 | 04/03/95 |
| 00074-1968-48 | NUTRIMIX (MACRO VENTED ADAPTER) DEV 48s ea DEVICE | | 03 | RX | 302.67 | .00 | .00 | .00 | 04/03/95 |
| 00074-9099-16 | ORAL COLONIC LAVAGE POR PO 4050 ml, 3s ea ELECT/PEG | | 02 | RX | 71.46 | .00 | 37.50 | .00 | 04/03/95 |
| 00074-4646-01 | PANCURONIUM BROMIDE (VIAL, FLIPTOP) INJ IJ 1 MG/ML 10 ml, 25s ea PANCURONIUM BROMIDE | AP | 02 | RX | 529.63 | .00 | 336.00 | .00 | 04/03/95 |
| 00074-4645-01 | PANCURONIUM BROMIDE (AMP) INJ IJ 2 MG/ML 2 ml, 25s ea PANCURONIUM BROMIDE | AP | 02 | RX | 398.70 | .00 | 252.50 | .00 | 04/03/95 |
| 00074-4645-02 | PANCURONIUM BROMIDE (AMP) INJ IJ 2 MG/ML 5 ml, 25s ea PANCURONIUM BROMIDE | AP | 02 | RX | 994.83 | .00 | 631.25 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

\_ OK as is          \_ OK with changes

_____   _____
Signature                 Date

Confidential

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4548-01 | PENTAMIDINE ISETHIONATE<br>PDI  IJ   300 MG<br>1s ea<br>PENTAMIDINE ISETHIONATE | AP | 02 | RX | 113.54 | .00 | 87.55 | .00 | 04/03/95 |
| 00074-6864-03 | PENTHRANE<br>SOL  IH<br>125 ml, 4s ea<br>METHOXYFLURANE | | 01 | RX | 2131.71 | .00 | 1446.00 | .00 | 04/03/95 |
| 00074-6864-08 | PENTHRANE<br>SOL  IH<br>15 ml, 20s ea<br>METHOXYFLURANE | | 01 | RX | 1709.53 | .00 | 1163.00 | .00 | 04/03/95 |
| 00074-6611-01 | PENTHRANE DISPOSABLE INHALER<br>ACC<br>24s ea<br>DEVICE | | 03 | OTC | 549.20 | .00 | .00 | .00 | 04/03/95 |
| 00074-3351-01 | PENTOTHAL<br>(KIT)<br>PDI   IJ   250 MG<br>25s ea<br>THIOPENTAL SODIUM | | 01 | CIII | 244.33 | .00 | 182.75 | .00 | 04/03/95 |
| 00074-6241-03 | PENTOTHAL<br>(READY-TO-MIX)<br>PDI   IJ   250 MG<br>25s ea<br>THIOPENTAL SODIUM | | 01 | CIII | 226.22 | .00 | 112.50 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____

Date _____

Confidential

ABT094-0267

Red Book 00267

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-6418-01 | PENTOTHAL (READY-TO-MIX) PDI IJ 250 MG 25s ea THIOPENTAL SODIUM | 01 | CIII | 221.77 | .00 | 134.00 | .00 | 04/03/95 |
| 00074-3352-01 | PENTOTHAL (KIT) PDI IJ 400 MG 25s ea THIOPENTAL SODIUM | 01 | CIII | 297.47 | .00 | 222.50 | .00 | 04/03/95 |
| 00074-6246-03 | PENTOTHAL (READY-TO-MIX) PDI IJ 400 MG 25s ea THIOPENTAL SODIUM | 01 | CIII | 279.36 | .00 | 215.50 | .00 | 04/03/95 |
| 00074-6419-01 | PENTOTHAL (READY-TO-MIX) PDI IJ 400 MG 25s ea THIOPENTAL SODIUM | 01 | CIII | 274.91 | .00 | 212.00 | .00 | 04/03/95 |
| 00074-3329-01 | PENTOTHAL (KIT) PDI IJ 500 MG 25s ea THIOPENTAL SODIUM | 01 | CIII | 239.28 | .00 | 184.25 | .00 | 04/03/95 |
| 00074-3353-01 | PENTOTHAL (KIT) PDI IJ 500 MG 25s ea THIOPENTAL SODIUM | 01 | CIII | 332.50 | .00 | 249.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is        OK with changes

Signature                                    Date

Confidential

ABT094-0268

Red Book 00268

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1B
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name:  HARRY ADAMS
Contact Phone:  (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-6243-01 | PENTOTHAL<br>(READY-TO-MIX)<br>PDI  IJ  500 MG<br>25s ea<br>THIOPENTAL SODIUM | 01 | CIII | 314.98 | .00 | 151.25 | .00 | 04/03/95 |
| 00074-6420-01 | PENTOTHAL<br>(READY-TO-MIX)<br>PDI  IJ  500 MG<br>25s ea<br>THIOPENTAL SODIUM | 01 | CIII | 307.27 | .00 | 151.25 | .00 | 04/03/95 |
| 00074-6244-01 | PENTOTHAL<br>(KIT)<br>PDI  IJ  1 GM<br>25s ea<br>THIOPENTAL SODIUM | 01 | CIII | 412.06 | .00 | 238.75 | .00 | 04/03/95 |
| 00074-6435-01 | PENTOTHAL<br>(W/STERILE WATER COMBO)<br>PDI  IJ  1 GM<br>25s ea<br>THIOPENTAL SODIUM | 01 | CIII | 413.25 | .00 | 318.50 | .00 | 04/03/95 |
| 00074-6259-01 | PENTOTHAL<br>(KIT)<br>PDI  IJ  2.5 GM<br>25s ea<br>THIOPENTAL SODIUM | 01 | CIII | 913.19 | .00 | 704.25 | .00 | 04/03/95 |
| 00074-6260-01 | PENTOTHAL<br>(KIT)<br>PDI  IJ  2.5 GM<br>25s ea<br>THIOPENTAL SODIUM | 01 | CIII | 888.84 | .00 | 442.50 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is          ☐ OK with changes

Signature _____     Date _____

Confidential

ABT094-0269

Red Book 00269

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6108-01 | PENTOTHAL (KIT) PDI  IJ   5 GM 25s ea THIOPENTAL SODIUM | | 01 | CIII | 1410.45 | .00 | 1087.75 | .00 | 04/03/95 |
| 00074-6504-01 | PENTOTHAL (KIT) PDI  IJ   5 GM 25s ea THIOPENTAL SODIUM | | 01 | CIII | 1397.09 | .00 | 688.00 | .00 | 04/03/95 |
| 00074-7236-04 | PENTOTHAL (ABBO-SERT) SUB  RC   400 MG/GM 1 ml ea THIOPENTAL SODIUM | | 01 | CIII | 35.63 | .00 | 27.40 | .00 | 04/03/95 |
| 00074-1317-01 | PHENYTOIN SODIUM (AMP) INJ  IJ   50 MG/ML 2 ml, 25s ea PHENYTOIN SODIUM, PROMPT | AP | 02 | RX | 60.86 | .00 | 35.00 | .00 | 04/03/95 |
| 00074-1317-02 | PHENYTOIN SODIUM (AMP) INJ  IJ   50 MG/ML 5 ml, 25s ea PHENYTOIN SODIUM, PROMPT | AP | 02 | RX | 71.25 | .00 | 41.00 | .00 | 04/03/95 |
| 00074-6141-02 | PHYSIOSOL (AQUALITE) SOL  IR   250 ml, 12s ea ELECT/MIN, MULTI | AT | 01 | RX | 246.38 | .00 | 149.40 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is          OK with changes

Signature                                    Date

Confidential

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1758

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| 00074-6141-03 | PHYSIOSOL (AQUALITE) SOL IR 500 ml, 12s ea ELECT/MIN, MULTI | AT | 01 | RX | 246.38 | .00 | 149.40 | .00 | 04/03/95 |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6141-09 | PHYSIOSOL (AQUALITE) SOL IR 1000 ml, 12s ea ELECT/MIN, MULTI | AT | 01 | RX | 286.43 | .00 | 173.64 | .00 | 04/03/95 |
| 00074-7012-05 | PHYSIOSOL SOL IR 1000 ml, 12s ea ELECT/MIN, MULTI | AT | 01 | RX | 92.06 | .00 | 65.64 | .00 | 04/03/95 |
| 00074-7969-05 | PLEGISOL INJ IJ 1000 ml, 12s ea CARDIOPLEGIC SOLUTION | | 01 | RX | 585.96 | .00 | 492.00 | .00 | 04/03/95 |
| 00074-1969-48 | PLUM LC 5000 (2ND SET-SL DETCH NDL 1B) DEV 48s ea DEVICE | | 03 | RX | 137.37 | .00 | .00 | .00 | 04/04/94 |
| 00074-2422-02 | PLUM LC 5000 (SPEC W/MICROBORE SL 76 ) DEV 24s ea DEVICE | | 03 | RX | 383.61 | .00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

Red Book 00271

ABT094-0271

# *RED BOOK*

**PRODUCT LISTING VERIFICATION**

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-2424-02 | PLUM LC 5000<br>(SOLUSET 150 ML BURET SL)<br>DEV<br>24s ea<br>DEVICE | 03 | RX | 518.42 | .00 | .00 | .00 | 04/04/94 |
| 00074-2425-02 | PLUM LC 5000<br>(SOLUSET BUR. 14 IN DUAL)<br>DEV<br>24s ea<br>DEVICE | 03 | RX | 516.14 | .00 | .00 | .00 | 04/04/94 |
| 00074-2427-02 | PLUM LC 5000<br>(NITRO MICRO-SL 107 IN)<br>DEV<br>24s ea<br>DEVICE | 03 | RX | 515.57 | .00 | .00 | .00 | 04/04/94 |
| | PLUM LC 5000<br>(INFUSER SYS. W/DATAPORT)<br>DEV<br>1s ea<br>DEVICE | 03 | RX | 5758.72 | .00 | .00 | .00 | 04/04/94 |
| 00074-2507-09 | PLUM LC 5000<br>(INFUSER SYSTEM)<br>DEV<br>1s ea<br>DEVICE | 03 | RX | 5438.55 | .00 | .00 | .00 | 04/04/94 |
| 00074-2507-11 | PLUM LC 5000<br>(INFUSER SYSTEM)<br>DEV<br>1s ea<br>DEVICE | 03 | RX | 5438.51 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____  Date _____

Confidential

# RED BOOK

**PRODUCT LISTING VERIFICATION**

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-6426-12 | PLUM LC 5000<br>(PRIM-SL/104 IN DUAL/VNT)<br>DEV<br>48s ea<br>DEVICE | 03 | RX | 881.99 | .00 | .00 | .00 | 04/04/94 |
| 00074-6427-12 | PLUM LC 5000<br>(IVX-HP/SL DUAL CHANNEL)<br>DEV<br>48s ea<br>DEVICE | 03 | RX | 1208.97 | .00 | .00 | .00 | 04/04/94 |
| 00074-6432-12 | PLUM LC 5000<br>(PRIM-SL/104 IN DUAL/NV)<br>DEV<br>48s ea<br>DEVICE | 03 | RX | 881.99 | .00 | .00 | .00 | 04/04/94 |
| 00074-6492-02 | PLUM LC 5000<br>(ENTRL W/INTGRL CO/105 )<br>DEV<br>24s ea<br>DEVICE | 03 | RX | 472.82 | .00 | .00 | .00 | 04/04/94 |
| 00074-6497-02 | PLUM LC 5000<br>(W/PIERCING PIN/107 /NV)<br>DEV<br>24s ea<br>DEVICE | 03 | RX | 388.17 | .00 | .00 | .00 | 04/04/94 |
| 00074-6498-02 | PLUM LC 5000<br>(W/MB PIERC PIN/107 /IVX)<br>DEV<br>24s ea<br>DEVICE | 03 | RX | 517.28 | .00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.
☑ OK as is        ☐ OK with changes

Signature _____   Date _____

Confidential

ABT094-0273

Red Book 00273

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  60064350

# RED BOOK
## PRODUCT LISTING VERIFICATION
**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name:  HARRY ADAMS
Contact Phone:  (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-9294-01 | PLUM LC 5000<br>(SECONDARY CONTNR SUPPRT)<br>DEV<br>1s ea<br>DEVICE | 03 | RX | 25.69 | .00 | .00 | .00 | 04/04/94 |
| 00074-1479-02 | PLUM LC 5000<br>(40 MM SCREW ETERNAL/98 )<br>SET<br>24s ea<br>DEVICE | 03 | RX | 422.94 | .00 | .00 | .00 | 04/04/94 |
| 00074-1735-02 | PLUM LC 5000<br>(MICRODRIP-SL/104 /NV)<br>SET<br>24s ea<br>DEVICE | 03 | RX | 419.52 | .00 | .00 | .00 | 04/04/94 |
| 00074-2423-02 | PLUM LC 5000<br>(MICROBORE SL W/IVEX-HP)<br>SET<br>24s ea<br>DEVICE | 03 | RX | 449.16 | .00 | .00 | .00 | 04/04/94 |
| 00074-3260-48 | PLUM LC 5000<br>(IV SET-SL NONVENTED)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 137.37 | .00 | .00 | .00 | 04/04/94 |
| 00074-6428-02 | PLUM LC 5000<br>(SLST MICRDRP 150X60 BRT)<br>SET<br>24s ea<br>DEVICE | 03 | RX | 513.29 | .00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.
OK as is            OK with changes

Signature

Confidential

ABT094-0274

# RED BOOK

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**PRODUCT LISTING VERIFICATION**

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1758

Please Respond By: 09/15/95
Contact Name:  HARRY ADAMS
Contact Phone:  (800) 222-6883

Confidential

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-6433-02 | PLUM LC 5000<br>(SLST/150ML BRT/114 CHAN)<br>SET<br>24s ea<br>DEVICE | 03 | RX | 513.29 | .00 | .00 | .00 | 04/04/94 |
| 00074-6436-02 | PLUM LC 5000<br>(SLST MICRDRP 150ML BRT)<br>SET<br>24s ea<br>DEVICE | 03 | RX | 514.43 | .00 | .00 | .00 | 04/04/94 |
| 00074-6437-02 | PLUM LC 5000<br>(MODIF.CAP ETRNL SET/98 )<br>SET<br>24s ea<br>DEVICE | 03 | RX | 426.65 | .00 | .00 | .00 | 04/04/94 |
| 00074-6440-02 | PLUM LC 5000<br>(MICRDRP PRIMARY-SL/107 )<br>SET<br>24s ea<br>DEVICE | 03 | RX | 545.21 | .00 | .00 | .00 | 04/04/94 |
| 00074-6445-02 | PLUM LC 5000<br>(SLST W/IVX-HP/150ML BRT)<br>SET<br>24s ea<br>DEVICE | 03 | RX | 619.02 | .00 | .00 | .00 | 04/04/94 |
| 00074-6446-02 | PLUM LC 5000<br>(MICRDRP SLST/50 ML BUR)<br>SET<br>24s ea<br>DEVICE | 03 | RX | 608.19 | .00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature

ABT094-0275

Red Book 00275

# RED BOOK
## PRODUCT LISTING VERIFICATION

**ABBOTT HOSPITAL PRODUCTS**

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: **09/15/93**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ████████████ | PLUM LC 5000<br>(PRIM-SL W/CAP SEC PORT)<br>SET<br>24s ea<br>DEVICE | 03 | RX | 441.18 | .00 | .00 | .00 | 04/04/94 |
| 00074-6480-12 | PLUM LC 5000<br>(PRIM-SL W/CAP SEC PORT)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 882.36 | .00 | .00 | .00 | 04/04/94 |
| 00074-9290-02 | PLUM LC 5000<br>(SOLUSET/150 ML BURET-SL)<br>SET<br>24s ea<br>DEVICE | 03 | RX | 518.42 | .00 | .00 | .00 | 04/04/94 |
| 00074-9291-02 | PLUM LC 5000<br>(MICRO SOLU W/IVX/150 ML)<br>SET<br>24s ea<br>DEVICE | 03 | RX | 612.18 | .00 | .00 | .00 | 04/04/94 |
| 00074-9293-48 | PLUM LC 5000<br>(VIAL ADAPTER)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 71.82 | .00 | .00 | .00 | 04/04/94 |
| 00074-9295-01 | PLUM LC 5000<br>(MINIPOLE)<br>SET<br>1s ea<br>DEVICE | 03 | RX | 38.18 | .00 | .00 | .00 | 04/05/93 |

Instructions: Please make corrections directly on this printout.

⎯⎯ OK as is          ⎯⎯ OK with changes

Signature _____

Date _____

Confidential

Red Book 00276

ABT094-0276

# **RED BOOK**
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07845-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-3294-06 | POTASSIUM ACETATE (VIAL, FLIPTOP, BULK) INJ  IJ  2 MEQ/ML 100 ml, 25s ea POTASSIUM ACETATE | | 02 | RX | 391.88 | .00 | 279.75 | .00 | 04/03/95 |
| 00074-3294-51 | POTASSIUM ACETATE (VIAL, FLIPTOP, BULK) INJ  IJ  2 MEQ/ML 50 ml, 25s ea POTASSIUM ACETATE | | 02 | RX | 233.94 | .00 | 157.50 | .00 | 04/03/95 |
| 00074-8183-01 | POTASSIUM ACETATE (VIAL, FLIPTOP) INJ  IJ  2 MEQ/ML 20 ml, 25s ea POTASSIUM ACETATE | | 02 | RX | 118.75 | .00 | 59.25 | .00 | 04/03/95 |
| 00074-7074-26 | POTASSIUM CHLORIDE INJ  IJ  100 MEQ/L 100 ml, 24s ea POTASSIUM CHLORIDE | | 02 | RX | 446.31 | .00 | 350.88 | .00 | 04/03/95 |
| 00074-7074-37 | POTASSIUM CHLORIDE INJ  IJ  100 MEQ/L 100 ml, 80s ea POTASSIUM CHLORIDE | | 02 | RX | 1486.75 | .00 | 1160.00 | .00 | 04/03/95 |
| 00074-7075-14 | POTASSIUM CHLORIDE INJ  IJ  200 MEQ/L 50 ml, 24s ea POTASSIUM CHLORIDE | AP | 02 | RX | 446.31 | .00 | 350.88 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

⬜ OK as is          ⬜ OK with changes

Signature

Confidential

Red Book 00277

ABT094-0277

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7075-26 | POTASSIUM CHLORIDE<br><br>INJ IJ  200 MEQ/L<br>100 ml, 24s ea<br>POTASSIUM CHLORIDE | AP | 02 | RX | 446.31 | .00 | 350.88 | .00 | 04/03/95 |
| 00074-7075-36 | POTASSIUM CHLORIDE<br><br>INJ IJ  200 MEQ/L<br>50 ml, 80s ea<br>POTASSIUM CHLORIDE | AP | 02 | RX | 1486.75 | .00 | 1168.00 | .00 | 04/03/95 |
| 00074-7075-37 | POTASSIUM CHLORIDE<br><br>INJ IJ  200 MEQ/L<br>100 ml, 80s ea<br>POTASSIUM CHLORIDE | AP | 02 | RX | 1486.75 | .00 | 1168.00 | .00 | 04/03/95 |
| 00074-4993-01 | POTASSIUM CHLORIDE<br>(SRN, UNIV ADDITIVE)<br>INJ IJ  1.5 MEQ/ML<br>20 ml, 25s ea<br>POTASSIUM CHLORIDE | | 02 | RX | 199.20 | .00 | 153.50 | .00 | 04/03/95 |
| 00074-1497-01 | POTASSIUM CHLORIDE<br>(VIAL, PINTOP)<br>INJ IJ  2 MEQ/ML<br>10 ml, 25s ea<br>POTASSIUM CHLORIDE | AP | 02 | RX | 129.73 | .00 | 100.25 | .00 | 04/03/95 |
| 00074-1498-01 | POTASSIUM CHLORIDE<br>(VIAL, PINTOP)<br>INJ IJ  2 MEQ/ML<br>15 ml, 25s ea<br>POTASSIUM CHLORIDE | AP | 02 | RX | 135.67 | .00 | 104.50 | .00 | 04/03/95 |

nstructions: Please make corrections directly on this printout.

 OK as is          OK with changes

Signature

Confidential

ABT094-0278

Red Book 00278

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07845-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1499-01 | POTASSIUM CHLORIDE (VIAL, PINTOP) INJ IJ 2 MEQ/ML 20 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 140.14 | .00 | 114.25 | .00 | 04/03/95 |
| 00074-1513-02 | POTASSIUM CHLORIDE (VIAL, BULK) INJ IJ 2 MEQ/ML 250 ml, 12s ea POTASSIUM CHLORIDE | AP | 02 | RX | 526.25 | .00 | 261.48 | .00 | 04/03/95 |
| 00074-3907-03 | POTASSIUM CHLORIDE (AMP) INJ IJ 2 MEQ/ML 10 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 80.16 | .00 | 37.00 | .00 | 04/03/95 |
| 00074-3934-02 | POTASSIUM CHLORIDE (AMP) INJ IJ 2 MEQ/ML 20 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 97.67 | .00 | 45.00 | .00 | 04/03/95 |
| 00074-4931-01 | POTASSIUM CHLORIDE (VIAL, PINTOP) INJ IJ 2 MEQ/ML 5 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 84.91 | .00 | 65.50 | .00 | 04/03/95 |
| 00074-4932-01 | POTASSIUM CHLORIDE (VIAL, PINTOP) INJ IJ 2 MEQ/ML 10 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 91.14 | .00 | 78.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature

Confidential

ABT094-0279

Red Book 00279

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R18
ABBOTT PARK  IL  600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07845-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-4939-01 | POTASSIUM CHLORIDE (VIAL, PINTOP) INJ  IJ  2 MEQ/ML 20 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | | 92.63 | | .00 | 98.25 | .00 | 04/03/95 |
| 00074-4991-01 | POTASSIUM CHLORIDE (SRN) INJ  IJ  2 MEQ/ML 5 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | | 184.66 | | .00 | 142.50 | .00 | 04/03/95 |
| 00074-4992-01 | POTASSIUM CHLORIDE (SRN, UNIV ADDITIVE) INJ  IJ  2 MEQ/ML 10 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | | 189.70 | | .00 | 146.25 | .00 | 04/03/95 |
| 00074-4994-01 | POTASSIUM CHLORIDE (SRN, UNIV ADDITIVE) INJ  IJ  2 MEQ/ML 20 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | | 220.20 | | .00 | 169.75 | .00 | 04/03/95 |
| 00074-6635-01 | POTASSIUM CHLORIDE (VIAL, FLIPTOP, 10 ML) INJ  IJ  2 MEQ/ML 5 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | | 66.20 | | .00 | 30.50 | .00 | 04/03/95 |
| 00074-6636-01 | POTASSIUM CHLORIDE (VIAL, FLIPTOP, 30 ML) INJ  IJ  2 MEQ/ML 15 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | | 74.52 | | .00 | 34.25 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is          OK with changes

Signature

Confidential

Red Book 00280

ABT094-0280

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6651-06 | POTASSIUM CHLORIDE (VIAL, FLIPTOP, 20 ML) INJ  IJ   2 MEQ/ML 10 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 68.58 | .00 | 31.75 | .00 | 04/03/95 |
| 00074-6653-05 | POTASSIUM CHLORIDE (VIAL, FLIPTOP, 30 ML) INJ  IJ   2 MEQ/ML 20 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 75.70 | .00 | 35.00 | .00 | 04/03/95 |
| 00074-7115-09 | POTASSIUM CHLORIDE/SODIUM CHLORIDE INJ  IJ   2 MEQ/100 ML-0.9% 1000 ml, 12s ea POT CL/SOD CL | AP | 02 | RX | 302.39 | .00 | 193.68 | .00 | 04/03/95 |
| 00074-7116-09 | POTASSIUM CHLORIDE/SODIUM CHLORIDE INJ  IJ   4 MEQ/100 ML-0.9% 1000 ml, 12s ea POT CL/SOD CL | AP | 02 | RX | 305.09 | .00 | 193.68 | .00 | 04/03/95 |
| 00074-4201-01 | POTASSIUM PHOSPHATE (BULK ADD) INJ  IJ   3 MM/ML 50 ml, 25s ea POTASSIUM PHOSPHATE | | 02 | RX | 442.05 | .00 | 242.00 | .00 | 04/03/95 |
| 00074-7295-01 | POTASSIUM PHOSPHATE (VIAL, FLIPTOP) INJ  IJ   3 MM/ML 15 ml, 25s ea POTASSIUM PHOSPHATE | | 02 | RX | 139.53 | .00 | 71.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____

Confidential

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name:  HARRY ADAMS
Contact Phone:  (800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-7296-01 | POTASSIUM PHOSPHATE<br>(VIAL, FLIPTOP)<br>INJ  IJ   3 MM/ML<br>5 ml, 25s ea<br>POTASSIUM PHOSPHATE | | | 02 | RX | 87.58 | .00 | 44.75 | .00 | 04/03/95 |
| 00074-1902-01 | PROCAINAMIDE HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   100 MG/ML<br>10 ml, 25s ea<br>PROCAINAMIDE HYDROCHLORIDE | AP | 02 | RX | 552.19 | .00 | 245.25 | .00 | 04/03/95 |
| 00074-1903-01 | PROCAINAMIDE HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   500 MG/ML<br>2 ml, 25s ea<br>PROCAINAMIDE HYDROCHLORIDE | AP | 02 | RX | 552.19 | .00 | 245.25 | .00 | 04/03/95 |
| 00074-1923-04 | PROCAINE HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   1%<br>30 ml, 25s ea<br>PROCAINE HYDROCHLORIDE | AP | 02 | RX | 87.58 | .00 | 39.50 | .00 | 04/03/95 |
| 00074-1953-04 | PROCAINE HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   2%<br>30 ml, 25s ea<br>PROCAINE HYDROCHLORIDE | AP | 02 | RX | 87.58 | .00 | 39.50 | .00 | 04/03/95 |
| 00074-6629-02 | QUELICIN CHLORIDE<br>(VIAL, FLIPTOP)<br>INJ  IJ   20 MG/ML<br>10 ml, 25s ea<br>SUCCINYLCHOLINE CHLORIDE | AP | 01 | RX | 93.22 | .00 | 44.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is          OK with changes

Signature

Confidential

ABT094-0282

Red Book 00282

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

ABT094-0283

Red Book 00283

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-8065-01 | QUELICIN CHLORIDE (ABBOJECT) INJ IJ   20 MG/ML 5 ml, 10s ea SUCCINYLCHOLINE CHLORIDE | AP | 01 | RX | 107.23 | .00 | 82.70 | .00 | 04/03/95 |
| 00074-6642-02 | QUELICIN CHLORIDE (AMP) INJ IJ   50 MG/ML 10 ml, 25s ea SUCCINYLCHOLINE CHLORIDE | | 01 | RX | 133.59 | .00 | 75.00 | .00 | 04/03/95 |
| 00074-6970-10 | QUELICIN CHLORIDE (VIAL, FLIPTOP, 20 ML) INJ IJ   100 MG/ML 10 ml, 25s ea SUCCINYLCHOLINE CHLORIDE | AP | 01 | RX | 206.33 | .00 | 98.75 | .00 | 04/03/95 |
| 00074-7902-09 | RINGER'S INJECTION (LIFECARE) INJ IJ 1000 ml, 12s ea RINGER'S SOLUTION | AP | 02 | RX | 155.75 | .00 | 94.44 | .00 | 04/03/95 |
| 00074-7902-24 | RINGER'S INJECTION (LIFECARE) INJ IJ 500 ml, 24s ea RINGER'S SOLUTION | AP | 02 | RX | 273.03 | 0.00 | 165.60 | .00 | 04/03/95 |
| 00074-6140-09 | RINGER'S IRRIGATION (AQUALITE) SOL IR 1000 ml, 12s ea RINGER'S SOLUTION | AT | 02 | RX | 250.52 | .00 | 151.80 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-3193-01 | RITODRINE HCL (AMP) INJ IJ 10 MG/ML 5 ml, 10s ea RITODRINE HYDROCHLORIDE | AP | 02 | RX | | 353.99 | .00 | 265.00 | .00 | 04/03/95 |
| 00074-3195-01 | RITODRINE HCL (VIAL, FLIPTOP) INJ IJ 15 MG/ML 10 ml ea RITODRINE HYDROCHLORIDE | AP | 02 | RX | | 127.43 | .00 | 90.00 | .90 | 04/03/95 |
| 00074-7001-03 | RITODRINE HCL/DEXTROSE 5% (PREMIX) INJ IJ 5%-30 MG/100 ML 500 ml, 6s ea DEXTROSE/RITODRINE | | 02 | RX | | 764.50 | .00 | 215.40 | .00 | 04/03/95 |
| 00074-4792-01 | SADDLE BLOCK-22 (ANESTH TRAY, 3 1/2" NDL) SET 10s ea EPI/LIDO HCL | | 01 | RX | | 351.14 | .00 | .00 | .00 | 04/03/95 |
| 00074-4795-01 | SADDLE BLOCK-25 (ANESTH TRAY, 3 1/2" NDL) SET 10s ea EPI/LIDO HCL | | 01 | RX | | 361.00 | .00 | .00 | .00 | 04/03/95 |
| 00074-4745-01 | SADDLE BLOCK-26 (ANESTH TRAY, 3 1/2 NDL) SET 10s ea EPI/LIDO HCL | | 01 | RX | | 363.61 | .00 | 256.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is            OK with changes

Signature

Confidential

ABT094-0284

Red Book 00284

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-3299-05 | SODIUM ACETATE (VIAL, FLIPTOP, BULK) INJ IJ 2 MEQ/ML 50 ml, 25s ea SODIUM ACETATE | 02 RX | 213.75 | .00 | 135.50 | .00 | 04/03/95 |
| 00074-3299-06 | SODIUM ACETATE (VIAL, FLIPTOP, BULK) INJ IJ 2 MEQ/ML 100 ml, 25s ea SODIUM ACETATE | 02 RX | 379.41 | .00 | 240.75 | .00 | 04/03/95 |
| 00074-7299-01 | SODIUM ACETATE (VIAL, FLIPTOP) INJ IJ 2 MEQ/ML 20 ml, 25s ea SODIUM ACETATE | 02 RX | 114.89 | .00 | 57.25 | .00 | 04/03/95 |
| 00074-5534-33 | SODIUM BICARBONATE (ABBOJECT, LIFESHIELD) INJ IJ 4.2% 10 ml, 25s ea SODIUM BICARBONATE | 02 RX | 357.44 | .00 | 275.50 | .00 | 04/03/95 |
| 00074-4916-33 | SODIUM BICARBONATE (ABBOJECT, LIFESHIELD) INJ IJ 7.5% 50 ml, 25s ea SODIUM BICARBONATE | 02 RX | 493.11 | .00 | 265.75 | .00 | 04/03/95 |
| 00074-4900-33 | SODIUM BICARBONATE (ABBOJECT) INJ IJ 8.4% 10 ml, 25s ea SODIUM BICARBONATE | 02 RX | 353.28 | .00 | 192.50 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is          OK with changes

Signature

Confidential

Red Book 00285

ABT094-0285

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07845-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6803

Confidential

ABT094-0286

Red Book 00286

| | | | | | | |
|---|---|---|---|---|---|---|
| 00074-6637-33 | SODIUM BICARBONATE (LIFESHIELD, 180X1-1/2) INJ IJ 8.4% 50 ml, 25s ea SODIUM BICARBONATE | 02 RX | 499.64 | .00 | 269.25 | .00 | 04/03/95 |
| 00074-5534-01 | SODIUM BICARBONATE SOLUTION (ABBOJECT, 210X1-1/2) INJ IJ 4.2% 10 ml, 10s ea SODIUM BICARBONATE | 02 RX | 129.68 | .00 | 99.90 | .00 | 04/03/95 |
| | SODIUM BICARBONATE SOLUTION (ABBOJECT, LIFESHIELD) INJ IJ 4.2% 10 ml, 10s ea SODIUM BICARBONATE | 02 RX | 137.51 | .00 | .00 | .00 | 04/04/94 |
| 00074-1594-03 | SODIUM BICARBONATE SOLUTION INJ IJ 5% 500 ml, 12s ea SODIUM BICARBONATE | 02 RX | 494.19 | .00 | .00 | .00 | 04/03/95 |
| 00074-4103-03 | SODIUM BICARBONATE SOLUTION (AMP) INJ IJ 7.5% 50 ml, 25s ea SODIUM BICARBONATE | 02 RX | 186.44 | .00 | 84.00 | .00 | 04/03/95 |
| 00074-4916-01 | SODIUM BICARBONATE SOLUTION (ABBOJECT, 180X1-1/2) INJ IJ 7.5% 50 ml, 10s ea SODIUM BICARBONATE | 02 RX | 183.83 | .00 | 98.70 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is          OK with changes

Signature