# Exhibit 51E

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name:  HARRY ADAMS
Contact Phone:  (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | SODIUM BICARBONATE SOLUTION (ABBOJECT, LIFESHIELD) INJ IJ  7.5% 50 ml, 10s ea SODIUM BICARBONATE | 02 | RX | 189.64 | .00 | .00 | .00 | 04/04/94 |
| 00074-4900-01 | SODIUM BICARBONATE SOLUTION (ABBOJECT, 21GX1-1/2) INJ IJ  8.4% 10 ml, 10s ea SODIUM BICARBONATE | 02 | RX | 127.89 | .00 | 63.10 | .00 | 04/03/95 |
| | SODIUM BICARBONATE SOLUTION (ABBOJECT, LIFESHIELD) INJ IJ  8.4% 10 ml, 10s ea SODIUM BICARBONATE | 02 | RX | 135.85 | .00 | .00 | .00 | 04/04/94 |
| 00074-6625-02 | SODIUM BICARBONATE SOLUTION INJ IJ  8.4% 50 ml, 25s ea SODIUM BICARBONATE | 02 | RX | 167.44 | .00 | 74.50 | .00 | 04/03/95 |
| 00074-6637-01 | SODIUM BICARBONATE SOLUTION (ABBOJECT, 18GX1-1/2) INJ IJ  8.4% 50 ml, 10s ea SODIUM BICARBONATE | 02 | RX | 186.44 | .00 | 92.00 | .00 | 04/03/95 |
| 6637 | SODIUM BICARBONATE SOLUTION INJ IJ  8.4% 50 ml, 10s ea SODIUM BICARBONATE | 02 | RX | 192.14 | .00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is              ☐ OK with changes

Signature                                             Date

Confidential

Red Book 00287

ABT094-0287

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1758

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7132-02 | SODIUM CHLORIDE (ADD-VANTAGE) INJ IJ 0.45% 250 ml, 24s ea SODIUM CHLORIDE | AP | 02 | RX | 334.31 | .00 | 181.44 | .00 | 04/03/95 |
| 00074-7132-13 | SODIUM CHLORIDE (ADD-VANTAGE) INJ IJ 0.45% 50 ml, 48s ea SODIUM CHLORIDE | AP | 02 | RX | 552.33 | .00 | 334.56 | .00 | 04/03/95 |
| 00074-7132-23 | SODIUM CHLORIDE (ADD-VANTAGE) INJ IJ 0.45% 100 ml, 48s ea SODIUM CHLORIDE | AP | 02 | RX | 552.33 | .00 | 334.56 | .00 | 04/03/95 |
| 00074-7730-20 | SODIUM CHLORIDE (QUAD-PK) INJ IJ 0.45% 25 ml, 48s ea SODIUM CHLORIDE | AP | 02 | RX | 754.68 | .00 | 456.96 | .00 | 04/03/95 |
| 00074-7730-36 | SODIUM CHLORIDE INJ IJ 0.45% 50 ml, 80s ea SODIUM CHLORIDE | AP | 02 | RX | 1257.80 | .00 | 761.60 | .00 | 04/03/95 |
| 00074-7730-37 | SODIUM CHLORIDE INJ IJ 0.45% 100 ml, 80s ea SODIUM CHLORIDE | AP | 02 | RX | 1257.80 | .00 | 761.60 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.
OK as is          OK with changes

Signature

Confidential

ABT094-0288
Red Book 00288

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07845-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7985-02 | SODIUM CHLORIDE INJ IJ 0.45% 250 ml, 24s ea SODIUM CHLORIDE | AP | 02 | RX | 243.68 | .00 | .00 | .00 | 04/03/95 |
| 00074-7985-03 | SODIUM CHLORIDE (LIFECARE) INJ IJ 0.45% 500 ml, 24s ea SODIUM CHLORIDE | AP | 02 | RX | 243.68 | .00 | 148.00 | .00 | 04/03/95 |
| 00074-7985-09 | SODIUM CHLORIDE (LIFECARE) INJ IJ 0.45% 1000 ml, 12s ea SODIUM CHLORIDE | AP | 02 | RX | 137.09 | .00 | 83.04 | .00 | 04/03/95 |
| 00074-1492-01 | SODIUM CHLORIDE (VIAL, 150 ML PRESS PNTP) INJ IJ 0.9% 100 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 101.53 | .00 | 78.25 | .00 | 04/03/95 |
| 00074-1493-01 | SODIUM CHLORIDE (100 ML PRESS. PNTOP VIAL) INJ IJ 0.9% 50 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 97.67 | .00 | 75.25 | .00 | 04/03/95 |
| 00074-1583-01 | SODIUM CHLORIDE INJ IJ 0.9% 150 ml, 12s ea SODIUM CHLORIDE | AP | 02 | RX | 121.84 | .00 | 73.92 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____

Confidential

# RED BOOK

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1Ø
ABBOTT PARK IL 6ØØ643ØØØ

Please Respond By: Ø9/15/95
Contact Name: HARRY ADAMS
Contact Phone: (8ØØ) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ØØØ74-15Ø3-Ø2 | SODIUM CHLORIDE<br>INJ  IJ   Ø.9%<br>25Ø ml, 12s ea<br>SODIUM CHLORIDE | AP | Ø2 | RX | 121.84 | .ØØ | 73.92 | .ØØ | Ø4/Ø3/95 |
| ØØØ74-15Ø4-Ø1 | SODIUM CHLORIDE<br>(15Ø ML CONTAINER)<br>INJ  IJ   Ø.9%<br>5Ø ml, 12s ea<br>SODIUM CHLORIDE | AP | Ø2 | RX | 197.51 | .ØØ | .ØØ | .ØØ | Ø4/Ø3/95 |
| ØØØ74-15Ø4-11 | SODIUM CHLORIDE<br>(15Ø ML CONTAINER)<br>INJ  IJ   Ø.9%<br>1ØØ ml, 12s ea<br>SODIUM CHLORIDE | AP | Ø2 | RX | 197.51 | .ØØ | 118.56 | .ØØ | Ø4/Ø3/95 |
| ØØØ74-21Ø2-Ø1 | SODIUM CHLORIDE<br>(FLIPTOP, LIFESHIELD)<br>INJ  IJ   Ø.9%<br>1Ø ml, 25s ea<br>SODIUM CHLORIDE | AP | Ø2 | RX | 4Ø.97 | .ØØ | 21.ØØ | .ØØ | Ø4/Ø3/95 |
| ØØØ74-21Ø2-Ø2 | SODIUM CHLORIDE<br>(VIAL)<br>INJ  IJ   Ø.9%<br>2 ml, 25s ea<br>SODIUM CHLORIDE | AP | Ø2 | RX | 25.23 | .ØØ | 2Ø.ØØ | .ØØ | Ø4/Ø3/95 |
| ØØØ74-21Ø2-Ø5 | SODIUM CHLORIDE<br>(VIAL)<br>INJ  IJ   Ø.9%<br>5 ml, 25s ea<br>SODIUM CHLORIDE | AP | Ø2 | RX | 25.83 | .ØØ | 2Ø.5Ø | .ØØ | Ø4/Ø3/95 |

Instructions: Please make corrections directly on this printout.

OK as is          OK with changes

Signature

Confidential

Red Book 00290

ABT094-0290

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-4888-10 | SODIUM CHLORIDE (VIAL, FLIPTOP, ADDITIVE) INJ IJ 0.9% 10 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 39.19 | .00 | 19.00 | .00 | 04/03/95 |
| 00074-4888-20 | SODIUM CHLORIDE (VIAL, FLIPTOP, ADDITIVE) INJ IJ 0.9% 20 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 45.72 | .00 | 22.50 | .00 | 04/03/95 |
| | SODIUM CHLORIDE (VIAL) INJ IJ 0.9% 10 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 37.70 | .00 | .00 | .00 | 04/04/94 |
| 00074-4888-50 | SODIUM CHLORIDE (VIAL, FLIPTOP, ADDITIVE) INJ IJ 0.9% 50 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 68.20 | .00 | 33.50 | .00 | 04/03/95 |
| 00074-4888-99 | SODIUM CHLORIDE (VIAL, FLIPTOP, ADDITIVE) INJ IJ 0.9% 100 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 89.66 | .00 | 44.50 | .00 | 04/03/95 |
| 00074-7101-02 | SODIUM CHLORIDE (ADD-VANTAGE, LIFECARE) INJ IJ 0.9% 250 ml, 24s ea SODIUM CHLORIDE | AP | 02 | RX | 334.31 | .00 | 181.44 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.
□ OK as is          □ OK with changes

Signature

# RED BOOK

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**PRODUCT LISTING VERIFICATION**

▩MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1758

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6903

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7101-13 | SODIUM CHLORIDE (P.F.,ADD-VANT,LIFECARE) INJ IJ 0.9% 50 ml, 48s ea SODIUM CHLORIDE | AP | 02 | RX | 552.33 | .00 | 272.64 | .00 | 04/03/95 |
| 00074-7101-23 | SODIUM CHLORIDE (P.F.,ADD-VANT,LIFECARE) INJ IJ 0.9% 100 ml, 48s ea SODIUM CHLORIDE | AP | 02 | RX | 552.33 | .00 | 272.64 | .00 | 04/03/95 |
| 00074-7983-02 | SODIUM CHLORIDE (LIFECARE, PLASTIC) INJ IJ 0.9% 250 ml, 24s ea SODIUM CHLORIDE | AP | 02 | RX | 229.43 | .00 | 32.88 | .00 | 04/03/95 |
| 00074-7983-03 | SODIUM CHLORIDE (LIFECARE, PLASTIC CONT) INJ IJ 0.9% 500 ml, 24s ea SODIUM CHLORIDE | AP | 02 | RX | 229.43 | .00 | 30.48 | .00 | 04/03/95 |
| 00074-7983-09 | SODIUM CHLORIDE (LIFECARE, PLASTIC CONT) INJ IJ 0.9% 1000 ml, 12s ea SODIUM CHLORIDE | AP | 02 | RX | 124.26 | .00 | 16.92 | .00 | 04/03/95 |
| 00074-7983-53 | SODIUM CHLORIDE (LIFECARE, PLASTIC) INJ IJ 0.9% 250 ml, 24s ea SODIUM CHLORIDE | AP | 02 | RX | 222.87 | .00 | 123.60 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

OK as is          OK with changes

Signature

Confidential

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

Confidential

ABT094-0293

Red Book 00293

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7983-61 | SODIUM CHLORIDE (LIFECARE, PLASTIC) INJ  IJ  0.9% 150 ml, 32s ea SODIUM CHLORIDE | AP | 02 | RX | 305.90 | .00 | 35.84 | .00 | 04/03/95 |
| 00074-7984-20 | SODIUM CHLORIDE (LIFECARE, QUAD PACK) INJ  IJ  0.9% 25 ml, 48s ea SODIUM CHLORIDE | AP | 02 | RX | 742.81 | .00 | 435.36 | .00 | 04/03/95 |
| 00074-7984-36 | SODIUM CHLORIDE (LIFECARE) INJ  IJ  0.9% 50 ml, 80s ea SODIUM CHLORIDE | AP | 02 | RX | 819.85 | .00 | 211.20 | .00 | 04/03/95 |
| 00074-7984-37 | SODIUM CHLORIDE (LIFECARE) INJ  IJ  0.9% 100 ml, 80s ea SODIUM CHLORIDE | AP | 02 | RX | 819.85 | .00 | 211.20 | .00 | 04/03/95 |
| 00074-4219-02 | SODIUM CHLORIDE (BULK ADDITIVE SOLUTION) INJ  IJ  2.5% 250 ml, 12s ea SODIUM CHLORIDE | | 02 | RX | 307.89 | .00 | 168.36 | .00 | 04/03/95 |
| 00074-1586-03 | SODIUM CHLORIDE INJ  IJ  5% 500 ml, 12s ea SODIUM CHLORIDE | | 02 | RX | 149.77 | .00 | 70.84 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**

Contact Name: **HARRY ADAMS**

Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-6657-73 | SODIUM CHLORIDE (VIAL, FLIPTOP, 50MEQ) INJ IJ  14.6% 20 ml, 25s ea SODIUM CHLORIDE | | 02 RX | 99.45 | | .00 | 41.75 | .00 | 04/03/95 |
| 00074-6660-75 | SODIUM CHLORIDE (VIAL, FLIPTOP, ADDITIVE) INJ IJ  14.6% 40 ml, 25s ea SODIUM CHLORIDE | | 02 RX | 105.98 | | .00 | 47.25 | .00 | 04/03/95 |
| 00074-1130-02 | SODIUM CHLORIDE INJ IJ  23.4% 250 ml, 12s ea SODIUM CHLORIDE | | 02 RX | 96.62 | | .00 | 74.88 | .00 | 04/03/95 |
| 00074-1141-01 | SODIUM CHLORIDE (VIAL, FLIPTOP, BULK PKG) INJ IJ  23.4% 50 ml, 25s ea SODIUM CHLORIDE | | 02 RX | 124.09 | | .00 | 93.75 | .00 | 04/03/95 |
| 00074-1141-02 | SODIUM CHLORIDE (VIAL, FLIPTOP, BULK PKG) INJ IJ  23.4% 100 ml, 25s ea SODIUM CHLORIDE | | 02 RX | 157.05 | | .00 | 129.50 | .00 | 04/03/95 |
| 00074-6147-06 | SODIUM CHLORIDE (AQUALITE) SOL IR  0.45% 1500 ml, 6s ea SODIUM CHLORIDE | AT | 02 RX | 162.26 | | .00 | 98.32 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

ABT094-0294

Red Book 00294

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R19
ABBOTT PARK IL 600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07845-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-7975-07 | SODIUM CHLORIDE<br>SOL IR 0.45%<br>2000 ml ea<br>SODIUM CHLORIDE | AT | 02 | RX | 49.33 | .00 | 49.38 | .00 | 04/03/95 |
| 00074-6138-02 | SODIUM CHLORIDE<br>(AQUALITE)<br>SOL IR 0.9%<br>250 ml, 12s ea<br>SODIUM CHLORIDE | AT | 02 | RX | 145.64 | .00 | 88.32 | .00 | 04/03/95 |
| 00074-6138-03 | SODIUM CHLORIDE<br>(AQUALITE)<br>SOL IR 0.9%<br>500 ml, 12s ea<br>SODIUM CHLORIDE | AT | 02 | RX | 145.64 | .00 | 88.32 | .00 | 04/03/95 |
| 00074-7138-06 | SODIUM CHLORIDE<br>(AQUALITE W/HANGER)<br>SOL IR 0.9%<br>1500 ml, 8s ea<br>SODIUM CHLORIDE | AT | 02 | RX | 161.12 | .00 | 94.88 | .00 | 04/03/95 |
| 00074-7138-09 | SODIUM CHLORIDE<br>(AQUALITE W/HANGER)<br>SOL IR 0.9%<br>1000 ml, 12s ea<br>SODIUM CHLORIDE | AT | 02 | RX | 178.27 | .00 | 108.12 | .00 | 04/03/95 |
| 00074-7972-05 | SODIUM CHLORIDE<br>(FLEXIBLE CONTAINER)<br>SOL IR 0.9%<br>1000 ml, 12s ea<br>SODIUM CHLORIDE | AT | 02 | RX | 89.92 | .00 | 64.20 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature

Confidential

ABT094-0295

Red Book 00295

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7972-07 | SODIUM CHLORIDE<br>(FLEXIBLE CONTAINER)<br>SOL  IR   0.9%<br>2000 ml, 6s ea<br>SODIUM CHLORIDE | AT | 02 | RX | | 69.33 | .00 | 49.38 | .00 | 04/03/95 |
| 00074-7972-08 | SODIUM CHLORIDE<br>(FLEXIBLE CONTAINER)<br>SOL  IR   0.9%<br>3000 ml, 4s ea<br>SODIUM CHLORIDE | AT | 02 | RX | | 69.21 | .00 | 49.40 | .00 | 04/03/95 |
| 00074-1966-04 | SODIUM CHLORIDE BACTERIOSTATIC<br>(FLIPTOP)<br>INJ  IJ   0.9%<br>10 ml, 25s ea<br>SODIUM CHLORIDE | AP | 02 | RX | | 36.22 | .00 | 17.75 | .00 | 04/03/95 |
| 00074-1966-05 | SODIUM CHLORIDE BACTERIOSTATIC<br>(FLIPTOP)<br>INJ  IJ   0.9%<br>20 ml, 25s ea<br>SODIUM CHLORIDE | AP | 02 | RX | | 41.56 | .00 | 20.50 | .00 | 04/03/95 |
| 00074-1966-07 | SODIUM CHLORIDE BACTERIOSTATIC<br>(FLIPTOP, PLASTIC)<br>INJ  IJ   0.9%<br>30 ml, 25s ea<br>SODIUM CHLORIDE | AP | 02 | RX | | 46.02 | .00 | 22.50 | .00 | 04/03/95 |
| 00074-7867-10 | SODIUM CHLORIDE BACTERIOSTATIC<br>(VIAL, FLIPTOP)<br>INJ  IJ   0.9%<br>10 ml, 25s ea<br>SODIUM CHLORIDE | AP | 02 | RX | | 39.78 | .00 | 25.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____     Date _____

Confidential

Red Book 00296

ABT094-0296

# RED BOOK

### PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600443500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name:  HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3469-13 | SODIUM CHLORIDE/TOBRAMYCIN SULFATE (PREMIX) INJ IJ  0.9%-60 MG/50 ML 50 ml, 24s ea SOD CL/TOBRAMYCIN SULF | | | 02 | RX | 335.45 | .00 | 223.68 | .00 | 04/03/95 |
| 00074-3470-23 | SODIUM CHLORIDE/TOBRAMYCIN SULFATE (PREMIX) INJ IJ  0.9%-80 MG/100 ML 100 ml, 24s ea SOD CL/TOBRAMYCIN SULF | | | 02 | RX | 351.41 | .00 | 234.00 | .00 | 04/03/95 |
| 00074-1984-14 | SODIUM CHLORIDE/TOBRAMYCIN SULFATE INJ IJ  0.9%-80 MG/50 ML 50 ml, 24s ea SOD CL/TOBRAMYCIN SULF | | | 02 | RX | 351.41 | .00 | 234.00 | .00 | 04/03/95 |
| 00074-7987-03 | SODIUM LACTATE (LIFECARE) INJ IJ  167 MEQ/L 500 ml, 24s ea SODIUM LACTATE | AP | 02 | RX | 358.53 | .00 | .00 | .00 | 04/03/95 |
| 00074-7987-09 | SODIUM LACTATE (LIFECARE) INJ IJ  167 MEQ/L 1000 ml, 12s ea SODIUM LACTATE | AP | 02 | RX | 226.43 | .00 | .00 | .00 | 04/03/95 |
| 00074-6664-02 | SODIUM LACTATE (VIAL, FLIPTOP) INJ IJ  5 MEQ/ML 10 ml, 25s ea SODIUM LACTATE | | | 02 | RX | 123.20 | .00 | 63.25 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is          ☐ OK with changes

Signature _____

Date _____

ABT094-0297

Red Book 00297

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-3295-51 | SODIUM PHOSPHATE (VIAL, FLIPTOP, BULK) INJ IJ 3 MM/ML 50 ml, 25s ea SODIUM PHOSPHATE | 02 | RX | 251.45 | | .00 | 187.75 | .00 | 04/03/95 |
| 00074-7391-72 | SODIUM PHOSPHATE (VIAL, FLIPTOP) INJ IJ 3 MM/ML 15 ml, 25s ea SODIUM PHOSPHATE | 02 | RX | 124.39 | | .00 | 62.60 | .00 | 04/03/95 |
| 00074-1294-01 | SOLUSET (VENT/150X15 PUMP SET-SL) SET 24s ea DEVICE | 03 | OTC | 503.03 | | .00 | .00 | .00 | 04/04/94 |
| 00074-1717-02 | SOLUSET (250X15 W/CAIR CLAMP) SET 20s ea DEVICE | 03 | OTC | 627.71 | | .00 | .00 | .00 | 04/03/95 |
| 00074-1726-02 | SOLUSET (100X15 W/CAIR CLAMP) SET 20s ea DEVICE | 03 | OTC | 448.64 | | .00 | .00 | .00 | 04/03/95 |
| 00074-1753-02 | SOLUSET (150X15 IV SET-SL) SET 24s ea DEVICE | 03 | OTC | 503.03 | | .00 | 369.60 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____                    Signature _____  Date _____

Confidential

Red Book 00298

ABT094-0298

# RED BOOK

**PRODUCT LISTING VERIFICATION**

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 400643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name:  HARRY ADAMS
Contact Phone:  (800) 222-6883

| Code | Description | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-1770-01 | SOLUSET (150X15 W/UPR-Y/IVEX-HP) SET 24s ea DEVICE | 03 | OTC | 606.20 | .00 | .00 | .00 | 04/04/94 |
| 00074-1616-01 | SOLUSET (150X15W/UPR-Y/IVX-HP/NV) SET 24s ea DEVICE | 03 | OTC | 636.69 | .00 | .00 | .00 | 04/04/94 |
| 00074-1817-01 | SOLUSET (150X15 I.V. SET-NV) SET 24s ea DEVICE | 03 | OTC | 583.03 | .00 | .00 | .00 | 04/04/94 |
| 00074-1864-68 | SOLUSET (NV,150X60 FILTER W/CAIR) SET 20s ea DEVICE | 03 | OTC | 498.20 | .00 | .00 | .00 | 04/03/95 |
| 00074-1876-68 | SOLUSET (NV,150X60 W/CAIR CLAMP) SET 20s ea DEVICE | 03 | OTC | 446.03 | .00 | .00 | .00 | 04/03/95 |
| 00074-1882-68 | SOLUSET (150X60 W/CAIR CLAMP) SET 20s ea DEVICE | 03 | OTC | 477.85 | .00 | 306.80 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.
OK as is      OK with changes

Signature

Confidential

Red Book 00299

ABT094-0299

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1991-68 | SOLUSET<br>(150X60/IVEX-2 FILT&CAIR)<br>SET<br>20s ea<br>DEVICE | 03 | OTC | 565.25 | .00 | .00 | .00 | 04/03/95 |
| 00074-3090-02 | SOLUSET<br>(50X15 I.V. PUMP-SL)<br>SET<br>24s ea<br>DEVICE | 03 | OTC | 611.98 | .00 | .00 | .00 | 04/04/94 |
| 00074-4965-68 | SOLUSET<br>(100X60 W/CAIR CLAMP)<br>SET<br>20s ea<br>DEVICE | 03 | OTC | 463.68 | .00 | .00 | .00 | 04/03/95 |
| 00074-4966-68 | SOLUSET<br>(150X60 W/CAIR CLAMP)<br>SET<br>20s ea<br>DEVICE | 03 | OTC | 589.44 | .00 | .00 | .00 | 04/03/95 |
| 00074-6412-01 | SOLUSET<br>(50X60 FLTR W/CAIR CLAMP)<br>SET<br>20s ea<br>DEVICE | 03 | OTC | 465.98 | .00 | .00 | .00 | 04/03/95 |
| 00074-9245-68 | SOLUSET<br>(50X60 I.V. MICRO PMP-SL)<br>SET<br>24s ea<br>DEVICE | 03 | OTC | 600.50 | .00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

OK as is          OK with changes

Signature

Confidential

ABT094-0300

Red Book 00300

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name:  HARRY ADAMS
Contact Phone:  (800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-9246-68 | SOLUSET<br>(50X60 MICRO PUMP/Y/IVEX)<br>SET<br>24s ea<br>DEVICE | | | 03 | OTC | 607.62 | .00 | .00 | .00 | 04/04/94 |
| 00074-9247-68 | SOLUSET<br>(150X60 I.V. PUMP SET)<br>SET<br>24s ea<br>DEVICE | | | 03 | OTC | 585.59 | .00 | .00 | .00 | 04/04/94 |
| 00074-9248-68 | SOLUSET<br>(150X60 MICRO PMP/Y/IVEX)<br>SET<br>24s ea<br>DEVICE | | | 03 | OTC | 599.36 | .00 | .00 | .00 | 04/04/94 |
| 00074-6144-06 | SORBITOL-MANNITOL<br>(AQUALITE)<br>SOL  IR  540 MG-2.7 GM/100 ML<br>1500 ml, 8s ea<br>MANNITOL/SORBITOL | AT | 02 | RX | 228.00 | .00 | 162.56 | .00 | 04/03/95 |
| 00074-7901-08 | SORBITOL-MANNITOL<br>SOL  IR  540 MG-2.7 GM/100 ML<br>3000 ml, 4s ea<br>MANNITOL/SORBITOL | AT | 02 | RX | 85.41 | .00 | 60.92 | .00 | 04/03/95 |
| 00074-4764-01 | SPINAL-22<br>(ANESTHESIA TRAY)<br>SET<br>10s ea<br>DEXTROSE/PROC/TETRA | | 01 | RX | 311.72 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

\ OK as is          ⁝ OK with changes

Signature _____

Confidential

ABT094-0301

Red Book 00301

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1750

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-3716-01 | SPINAL-22 W/BUPIVACAINE<br>INJ IJ<br>10 ml, 10s ea<br>BUPIV/DEXTROSE/EPH/EPI | 01 | RX | 340.65 | .00 | .00 | .00 | 04/03/95 |
| 00074-4773-02 | SPINAL-22 W/POVIDONE IODINE<br>(ANESTHESIA TRAY)<br>SET<br>10s ea<br>DEXTROSE/EPH/EPI/PROC/TETRA | 01 | RX | 345.92 | .00 | 245.30 | .00 | 04/03/95 |
| 00074-4733-01 | SPINAL-22 W/TETRACAINE<br>(ANESTH TRAY, 3 1/2 NDL)<br>SET IJ<br>10s ea<br>EPH SULF/TETRA | 01 | RX | 332.14 | .00 | .00 | .00 | 04/03/95 |
| 00074-4788-02 | SPINAL-22 W/TETRACAINE<br>(ANESTH TRAY, 3 1/2" NDL)<br>SET IJ<br>10s ea<br>EPH SULF/TETRA | 01 | RX | 413.01 | .00 | .00 | .00 | 04/03/95 |
| 00074-4773-01 | SPINAL-22 W/TETRACAINE/EPINEPH<br>(ANESTH TRAY, 3 1/2 NDL)<br>SET IJ<br>10s ea<br>EPH SULF/EPI HCL/TETRA | 01 | RX | 333.21 | .00 | 235.30 | .00 | 04/03/95 |
| 00074-4805-02 | SPINAL-22 WHITACRE<br>(ANESTH TRAY, 3 1/2" NDL)<br>SET IJ<br>10s ea<br>EPH SULF/EPI HCL/TETRA | 01 | RX | 437.59 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.
☐ OK as is          ☐ OK with changes

Signature

Confidential

Red Book 00302

ABT094-0302

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4804-01 | SPINAL-22 WHITACRE W/LIDOCAINE (ANESTHESIA TRAY) SET 10s ea LIDOCAINE HYDROCHLORIDE | 01 | RX | 437.59 | .00 | .00 | .00 | 04/03/95 |
| 00074-4766-01 | SPINAL-25 (ANESTHESIA TRAY W/INTRO) SET 10s ea DEXTROSE/PROC/TETRA | 01 | RX | 314.69 | .00 | .00 | .00 | 04/03/95 |
| 00074-3717-01 | SPINAL-25 W/BUPIVACAINE INJ IJ 10 ml, 10s ea BUPIV/DEXTROSE/EPH/EPI | 01 | RX | 363.02 | .00 | .00 | .00 | 04/03/95 |
| 00074-4774-02 | SPINAL-25 W/POVIDONE IODINE (ANESTHESIA TRAY W/INTRO) SET 10s ea DEXTROSE/EPH/EPI/PROC/TETRA | 01 | RX | 352.93 | .00 | 250.40 | .00 | 04/03/95 |
| 00074-4735-01 | SPINAL-25 W/TETRACAINE (W/O INTRO 3 1/2 NDL) SET IJ 10s ea EPH SULF/TETRA | 01 | RX | 338.32 | .00 | .00 | .00 | 04/03/95 |
| 00074-4790-02 | SPINAL-25 W/TETRACAINE (ANESTH TRAY, 3 1/2" NDL) SET IJ 10s ea EPH SULF/TETRA | 01 | RX | 423.11 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is    ☐ OK with changes

Signature

Confidential

Red Book 00303

ABT094-0303

# **RED BOOK**

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By: 09/15/95

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4774-01 | SPINAL-25 W/TETRACAINE/EPINEPH (ANESTH TRAY, 3 1/2 NDL) SET IJ 10s ea EPH SULF/EPI HCL/TETRA | 01 | RX | 340.22 | .00 | 240.40 | .00 | 04/03/95 |
| 00074-3099-01 | SPINAL-26 W/BUPIVACAINE SET IJ 10s ea BUPIV/EPH/EPI | 01 | RX | 363.02 | .00 | 256.30 | .00 | 04/03/95 |
| 00074-4796-01 | SPINAL-26 W/TETRACAINE (ANESTH TRAY, 3 1/2" NDL) SET IJ 10s ea EPH SULF/EPI HCL/TETRA | 01 | RX | 363.02 | .00 | 256.30 | .00 | 04/03/95 |
| 00074-5816-11 | STERILE EMPTY CONTAINER (VIAL, FLIPTOP, 10 ML) ACC 25s ea DEVICE | 03 | OTC | 33.55 | .00 | 15.75 | .00 | 04/03/95 |
| 00074-5816-31 | STERILE EMPTY CONTAINER (VIAL, FLIPTOP, 30 ML) ACC 25s ea DEVICE | 03 | OTC | 39.78 | .00 | 18.00 | .00 | 04/03/95 |
| 00074-5829-10 | STERILE EMPTY CONTAINER (VIAL, TEARDROP, 10 ML) ACC 25s ea DEVICE | 03 | OTC | 33.55 | .00 | 15.75 | .00 | 04/03/95 |

nstructions: Please make corrections directly on this printout.

OK as is        OK with changes

Signature

Date

Confidential

ABT094-0304

Red Book 00304

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1Ø
ABBOTT PARK IL 6ØØ6435ØØ

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1758

Please Respond By: Ø9/15/95
Contact Name: HARRY ADAMS
Contact Phone: (8ØØ) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ØØ074-5829-3Ø | STERILE EMPTY CONTAINER (VIAL, TEARDROP, 3Ø ML) ACC 25s ea DEVICE | | Ø3 | OTC | 39.78 | .ØØ | 18.ØØ | .ØØ | Ø4/Ø3/95 |
| ØØ074-6Ø21-Ø3 | STERILE EMPTY CONTAINER (VIAL & INJECTOR) ACC 25s ea DEVICE | | Ø3 | OTC | 289.75 | .ØØ | 225.75 | .ØØ | Ø4/Ø3/95 |
| ØØ074-7987-Ø7 | STERILE WATER RESPIRATORY THERAPY SOL IH 2ØØØ ml, 6s ea WATER, STERILE | | Ø2 | RX | 72.75 | .ØØ | 51.84 | .ØØ | Ø4/Ø3/95 |
| ØØØØ7-5Ø82-16 | TAZICEF (VIAL) PDI  IJ   1 GM 25s ea CEFTAZIDIME | AP | Ø1 | RX | 439.97 | .ØØ | 296.5Ø | .ØØ | Ø4/Ø4/94 |
| ØØØØ7-5Ø83-11 | TAZICEF (P.B.) PDI  IJ   1 GM 1Øs ea CEFTAZIDIME | AP | Ø1 | RX | 18Ø.5Ø | .ØØ | 121.6Ø | .ØØ | Ø4/Ø4/94 |
| ØØØØ7-5Ø9Ø-16 | TAZICEF (ADD-VANTAGE) PDI  IJ   1 GM 25s ea CEFTAZIDIME | AP | Ø1 | RX | 445.31 | .ØØ | 375.ØØ | .ØØ | Ø8/24/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature

Confidential

ABT094-0305

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

◼MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00007-5084-11 | TAZICEF<br>(VIAL)<br>PDI  IJ   2 GM<br>10s ea<br>CEFTAZIDIME | | AP | 01 | RX | 351.98 | .00 | 249.00 | .00 | 04/04/94 |
| 00007-5085-11 | TAZICEF<br>(P.B.)<br>PDI  IJ   2 GM<br>10s ea<br>CEFTAZIDIME | | AP | 01 | RX | 356.49 | .00 | 240.20 | .00 | 04/04/94 |
| 00007-5091-11 | TAZICEF<br>(ADD-VANTAGE)<br>PDI  IJ   2 GM<br>10s ea<br>CEFTAZIDIME | | AP | 01 | RX | 356.25 | .00 | 300.00 | .00 | 08/24/94 |
| 00007-5086-11 | TAZICEF<br>(VIAL, BULK)<br>PDI  IJ   6 GM<br>10s ea<br>CEFTAZIDIME | | AP | 01 | RX | 1024.22 | .00 | 690.00 | .00 | 04/04/94 |
| 00074-1593-04 | THAM<br><br>INJ  IJ   3.6 GM/100 ML<br>500 ml, 6s ea<br>TROMETHAMINE | | | 01 | RX | 842.46 | .00 | 694.02 | .00 | 04/03/95 |
| 00029-6550-22 | TICAR<br>(VIAL)<br>PDI  IJ   1 GM<br>10s ea<br>TICARCILLIN DISODIUM | | | 01 | RX | 36.81 | .00 | 25.90 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

OK as is                 OK with changes

Signature _____                 Date _____

Confidential

Red Book 00306

ABT094-0306

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1758

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

ABT094-0307

Red Book 00307

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00029-6552-07 | TICAR<br>(ADD-VANTAGE)<br>PDI   IJ   3 GM<br>10s ea<br>TICARCILLIN DISODIUM | | 01 | RX | 114.00 | .00 | 80.50 | .00 | 08/01/94 |
| 00029-6552-21 | TICAR<br>(P. B. )<br>PDI   IJ   3 GM<br>10s ea<br>TICARCILLIN DISODIUM | | 01 | RX | 118.16 | .00 | 83.50 | .00 | 04/04/94 |
| 00029-6552-26 | TICAR<br>(VIAL)<br>PDI   IJ   3 GM<br>10s ea<br>TICARCILLIN DISODIUM | | 01 | RX | 110.44 | .00 | 78.00 | .00 | 04/04/94 |
| 00029-6558-21 | TICAR<br>(VIAL, BULK)<br>PDI   IJ   20 GM<br>10s ea<br>TICARCILLIN DISODIUM | | 01 | RX | 678.66 | .00 | 480.10 | .00 | 04/04/94 |
| 00029-6559-21 | TICAR<br>(VIAL, BULK)<br>PDI   IJ   30 GM<br>10s ea<br>TICARCILLIN DISODIUM | | 01 | RX | 996.91 | .00 | 705.40 | .00 | 04/04/94 |
| 00074-3254-03 | TOBRAMYCIN SULFATE<br>(VIAL, ADD-VANTAGE)<br>INJ   IJ   10 MG/ML<br>6 ml. 25s ea<br>TOBRAMYCIN SULFATE | AP | 02 | RX | 243.44 | .00 | 174.50 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

\ OK as is          ☐ OK with changes

Signature

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  400643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-3255-03 | TOBRAMYCIN SULFATE (VIAL, ADD-VANTAGE) INJ  IJ    10 MG/ML 8 ml, 25s ea TOBRAMYCIN SULFATE | AP | 02 | RX | 273.13 | | .00 | 192.75 | .00 | 04/03/95 |
| 00074-3577-01 | TOBRAMYCIN SULFATE (VIAL, FLIPTOP) INJ  IJ    10 MG/ML 2 ml, 25s ea TOBRAMYCIN SULFATE | AP | 02 | RX | 123.80 | | .00 | 92.50 | .00 | 04/03/95 |
| 00074-3578-01 | TOBRAMYCIN SULFATE (VIAL, FLIPTOP) INJ  IJ    40 MG/ML 2 ml, 25s ea TOBRAMYCIN SULFATE | AP | 02 | RX | 245.81 | | .00 | 171.75 | .00 | 04/03/95 |
| 00074-3582-01 | TOBRAMYCIN SULFATE (SRH) INJ  IJ    40 MG/ML 1 ml, 25s ea TOBRAMYCIN SULFATE | AP | 02 | RX | 237.50 | | .00 | 177.75 | .00 | 04/03/95 |
| 00074-3583-01 | TOBRAMYCIN SULFATE (SRN) INJ  IJ    40 MG/ML 2 ml, 25s ea TOBRAMYCIN SULFATE | AP | 02 | RX | 266.59 | | .00 | 199.50 | .00 | 04/03/95 |
| 00074-3598-02 | TOBRAMYCIN SULFATE (VIAL, BULK) INJ  IJ    40 MG/ML 50 ml ea TOBRAMYCIN SULFATE | AP | 02 | RX | 245.77 | | .00 | 173.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

\ OK as is          ∴ OK with changes

Signature

Date

Confidential

ABT094-0308

Red Book 00308

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

Confidential

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00029-6600-24 | TOTACILLIN-N (VIAL) PDI IJ 250 MG 10s ea AMPICILLIN SODIUM | AP | 05 | RX | 10.09 | .00 | 6.70 | .00 | 04/04/94 |
| 00029-6605-24 | TOTACILLIN-N (VIAL) PDI IJ 500 MG 10s ea AMPICILLIN SODIUM | AP | 05 | RX | 13.06 | .00 | 8.80 | .00 | 04/04/94 |
| 00029-6610-07 | TOTACILLIN-N (ADD-VANTAGE) PDI IJ 1 GM 10s ea AMPICILLIN SODIUM | AP | 05 | RX | 21.97 | .00 | 15.00 | .00 | 08/01/94 |
| 00029-6610-21 | TOTACILLIN-N (P.B.) PDI IJ 1 GM 10s ea AMPICILLIN SODIUM | AP | 05 | RX | 27.91 | .00 | 19.00 | .00 | 04/04/94 |
| 00029-6610-25 | TOTACILLIN-N (VIAL) PDI IJ 1 GM 10s ea AMPICILLIN SODIUM | AP | 05 | RX | 18.41 | .00 | 12.60 | .00 | 04/04/94 |
| 00029-6612-07 | TOTACILLIN-N (ADD-VANTAGE) PDI IJ 2 GM 10s ea AMPICILLIN SODIUM | AP | 05 | RX | 33.84 | .00 | 22.90 | .00 | 08/01/94 |

nstructions: Please make corrections directly on this printout.

OK as is        ☐ OK with changes

Signature

ABT094-0309

Red Book 00309

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R18
ABBOTT PARK  IL  600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1750

Please Respond By: 89/15/95
Contact Name: HARRY ADAMS
Contact Phone: (888) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 80829-6612-21 | TOTACILLIN-N (P.B.) PDI  IJ   2 GM 18s ea AMPICILLIN SODIUM | AP | 05 | RX | 36.22 | .00 | 24.58 | .00 | 04/04/94 |
| 00829-6612-22 | TOTACILLIN-N (VIAL) PDI  IJ   2 GM 18s ea AMPICILLIN SODIUM | AP | 05 | RX | 30.28 | .00 | 20.50 | .00 | 04/04/94 |
| 00829-6613-21 | TOTACILLIN-N (VIAL, BULK) PDI  IJ   18 GM 18s ea AMPICILLIN SODIUM | AP | 05 | RX | 163.28 | .00 | 110.00 | .00 | 04/04/94 |
| 00074-3236-01 | TPN ELECTROLYES II (VIAL, FLIPTOP) INJ  IJ 20 ml, 25s ea ELECT/MIN, MULTI | | 02 | RX | 192.67 | .00 | 110.75 | .00 | 04/03/95 |
| 00074-3297-06 | TPN ELECTROLYES II (VIAL, FLIPTOP, BULK) INJ  IJ 100 ml, 25s ea ELECT/MIN, MULTI | | 02 | RX | 636.20 | .00 | 453.75 | .00 | 04/03/95 |
| 00074-3296-06 | TPN ELECTROLYTES (VIAL, FLIPTOP, BULK) INJ  IJ 100 ml, 25s ea ELECT/MIN, MULTI | | 01 | RX | 616.91 | .00 | 439.75 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is          ⋮ OK with changes

Signature

Confidential

ABT094-0310

Red Book 00310

# RED BOOK

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**PRODUCT LISTING VERIFICATION**

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6083

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-5779-01 | TPN ELECTROLYTES (VIAL, FLIPTOP) INJ IJ 20 ml, 25s ea ELECT/MIN, MULTI | 01 | RX | 186.74 | .00 | 95.50 | .00 | 04/03/95 |
| 00074-5881-01 | TPN ELECTROLYTES (VIAL, PINTOP) INJ IJ 20 ml, 25s ea ELECT/MIN, MULTI | 01 | RX | 238.39 | .00 | 185.75 | .00 | 04/03/95 |
| 00074-5882-01 | TPN ELECTROLYTES (SRN) INJ IJ 20 ml, 25s ea ELECT/MIN, MULTI | 01 | RX | 306.00 | .00 | 238.50 | .00 | 04/03/95 |
| 00074-3298-06 | TPN ELECTROLYTES III (VIAL, FLIPTOP, BULK) INJ IJ 100 ml, 25s ea ELECT/MIN, MULTI | 01 | RX | 636.20 | .00 | 453.75 | .00 | 04/03/95 |
| 00074-3844-01 | TPN ELECTROLYTES III (VIAL, FLIPTOP) INJ IJ 20 ml, 25s ea ELECT/MIN, MULTI | 01 | RX | 192.67 | .00 | 118.75 | .00 | 04/03/95 |
| 00074-4008-01 | TRACE METALS (VIAL, PINTOP) INJ IJ 5 ml, 25s ea MINERALS, MULTI | 02 | RX | 170.70 | .00 | 132.75 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

Signature

Confidential

Red Book 00311

ABT094-0311

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4592-10 | TRACE METALS (VIAL, FLIPTOP) INJ IJ 5 ml, 25s ea MINERALS, MULTI | | 02 | RX | 113.11 | .00 | 75.00 | .00 | 04/03/95 |
| 00074-4592-50 | TRACE METALS (VIAL, FLIPTOP) INJ IJ 50 ml, 25s ea MINERALS, MULTI | | 02 | RX | 1159.30 | .00 | 554.25 | .00 | 04/03/95 |
| 00074-4623-01 | TRACE METALS (BRN) INJ IJ 5 ml, 25s ea MINERALS, MULTI | | 02 | RX | 223.55 | .00 | 174.00 | .00 | 04/03/95 |
| 00074-3386-04 | TUBOCURARINE CHLORIDE (VIAL, FLIPTOP) INJ IJ 3 MG/ML 20 ml, 25s ea TUBOCURARINE CHLORIDE | AP | 02 | RX | 468.73 | .00 | 227.25 | .00 | 04/03/95 |
| 00074-8066-01 | TUBOCURARINE CHLORIDE (ABBOJECT) INJ IJ 3 MG/ML 5 ml, 10s ea TUBOCURARINE CHLORIDE | AP | 02 | RX | 129.68 | .00 | 99.98 | .00 | 04/03/95 |
| 00074-4456-02 | ULTANE LIQ IH 250 ml ea SEVOFLURANE | | 01 | RX | 308.22 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.
OK as is _____   OK with changes _____

Signature _____   Date _____

Confidential

ABT094-0312

Red Book 00312

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1758

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1592-02 | UREAPHIL<br>PDI  IJ   40 GM<br>1s ea<br>UREA | | 01 | RX | 70.23 | .00 | 50.11 | .00 | 04/03/95 |
| 00074-7168-09 | UROLOGIC G<br>(AQUALITE W/HANGER)<br>SOL  IR<br>1000 ml, 12s ea<br>CIT ACID/MG OXIDE/SOD BICARB | AT | 05 | RX | 356.25 | .00 | 174.60 | .00 | 04/03/95 |
| 00074-4332-01 | VANCOMYCIN HCL<br>(VIAL, FLIPTOP)<br>PDI  IJ   500 MG<br>10s ea<br>VANCOMYCIN HYDROCHLORIDE | AP | 02 | RX | 314.45 | .00 | 190.00 | .00 | 04/03/95 |
| 00074-6534-01 | VANCOMYCIN HCL<br>(ADD-VANTAGE)<br>PDI  IJ   500 MG<br>10s ea<br>VANCOMYCIN HYDROCHLORIDE | AP | 02 | RX | 113.17 | .00 | 84.70 | .00 | 04/03/95 |
| 00074-6533-01 | VANCOMYCIN HCL<br>(VIAL, FLIPTOP)<br>PDI  IJ   1 GM<br>10s ea<br>VANCOMYCIN HYDROCHLORIDE | AP | 02 | RX | 628.66 | .00 | 380.00 | .00 | 04/03/95 |
| 00074-6535-01 | VANCOMYCIN HCL<br>(ADD-VANTAGE)<br>PDI  IJ   1 GM<br>10s ea<br>VANCOMYCIN HYDROCHLORIDE | AP | 02 | RX | 226.22 | .00 | 169.40 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature

Confidential

ABT094-0313

Red Book 00313

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-6509-01 | VANCOMYCIN HCL (BULK VIAL) PDI IJ 5 GM 1s ea VANCOMYCIN HYDROCHLORIDE | AP | 02 | RX | 141.43 | .00 | 79.90 | .00 | 04/03/95 |
| 00074-2681-01 | VENI-PREP I KIT 60s ea DEVICE | | 03 | OTC | 201.64 | .00 | .00 | .00 | 04/03/95 |
| 00074-2657-01 | VENI-PREP II KIT 60s ea DEVICE | | 03 | OTC | 206.63 | .00 | .00 | .00 | 04/03/95 |
| 00074-2665-01 | VENI-PREP III (W/SITE-CARE DRESSNG) KIT 60s ea DEVICE | | 03 | OTC | 255.79 | .00 | .00 | .00 | 04/03/95 |
| 00074-1297-02 | VENOSET (NV,SEC PGBK MB-TYP MACR) SET 48s ea DEVICE | | 03 | RX | 242.25 | .00 | .00 | .00 | 04/04/94 |
| 00074-1298-02 | VENOSET (NV,IVX W/UPR Y-INJ SITE) SET 24s ea DEVICE | | 03 | RX | 517.28 | .00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

___ OK as is          ___ OK with changes

Signature _____

Confidential

Red Book 00314

ABT094-0314

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6803

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1702-48 | VENOSET (SECONDARY) SET 48s ea DEVICE | 03 | RX | 389.51 | .00 | 220.80 | .00 | 04/03/95 |
| 00074-1722-68 | VENOSET (100 MICRODRIP&CAIR CLMP) SET 48s ea DEVICE | 03 | RX | 470.82 | .00 | .00 | .00 | 04/03/95 |
| 00074-1723-68 | VENOSET (NV 100 MICRODRIP W/CAIR) SET 48s ea DEVICE | 03 | RX | 437.19 | .00 | .00 | .00 | 04/03/95 |
| 00074-1725-73 | VENOSET (100 PGYBCK W/CAIR CLAMP) SET 48s ea DEVICE | 03 | RX | 302.10 | .00 | .00 | .00 | 04/03/95 |
| 00074-1728-58 | VENOSET (NV 100 W/CAIR CLAMP) SET 48s ea DEVICE | 03 | RX | 416.67 | .00 | .00 | .00 | 04/03/95 |
| | VENOSET (100 PRMRY PGYBCK W/IVX) SET 48s ea DEVICE | 03 | RX | 636.69 | .00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

⬜ OK as is          ⬜ OK with changes

_____          _____
Signature

Confidential

ABT094-0315

Red Book 00315

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1@
ABBOTT PARK IL 6@@643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2220  Fax (201) 358-1756

Please Respond By: @9/15/95
Contact Name: HARRY ADAMS
Contact Phone: (8@@) 222-6@83

Confidential

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| @@@74-1734-58 | VENOSET (1@@ W/IVX-2 FLTR W/CAIR) SET 48s ea DEVICE | @3 | RX | 731.88 | .@@ | .@@ | .@@ | @4/@3/95 |
| @@@74-1792-48 | VENOSET (PRIM PIGGY W/IVEX-HP,NV) SET 48s ea DEVICE | @3 | RX | 1@67.@4 | .@@ | .@@ | .@@ | @4/@4/94 |
| @@@74-1795-73 | VENOSET (1@@ PGYBK MICRDRP W/CAI) SET 48s ea DEVICE | @3 | RX | 317.49 | .@@ | .@@ | .@@ | @4/@3/95 |
| @@@74-1796-73 | VENOSET (1@@ PGYBK MICRDRP W/IVX) SET 48s ea DEVICE | @3 | RX | 546.@6 | .@@ | .@@ | .@@ | @4/@3/95 |
| @@@74-1797-73 | VENOSET (1@@ PGBK W/CAIR CLMP,NV) SET 48s ea DEVICE | @3 | RX | 3@2.1@ | .@@ | .@@ | .@@ | @4/@3/95 |
| @@@74-1798-73 | VENOSET (NV,1@@ PGBK W/IVX-HP,CR) SET 48s ea DEVICE | @3 | RX | 53@.1@ | .@@ | .@@ | .@@ | @4/@3/95 |

Instructions: Please make corrections directly on this printout.

OK as is          OK with changes

Signature

ABT@94-@316

Red Book 00316

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name:  HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-1807-48 | VENOSET (SEC. P/B W/LUER LK/CAIR) SET 48s ea DEVICE | 03 | RX | 320.34 | .00 | .00 | .00 | 04/03/95 |
| 00074-1818-48 | VENOSET (NV PIGYBCK W/CAIR CLAMP) SET 48s ea DEVICE | 03 | RX | 591.66 | .00 | 380.16 | .00 | 04/03/95 |
| 00074-1819-48 | VENOSET (NV TWINSITE W/CAIR CL) SET 48s ea DEVICE | 03 | RX | 417.24 | .00 | .00 | .00 | 04/03/95 |
| 00074-1820-68 | VENOSET (NV MICDRP W/CAIR CLAMP) SET 48s ea DEVICE | 03 | RX | 380.76 | .00 | .00 | .00 | 04/03/95 |
| 00074-1832-58 | VENOSET (VENTED SECONDARY P/B) SET 48s ea DEVICE | 03 | RX | 299.82 | .00 | .00 | .00 | 04/03/95 |
| 00074-1851-48 | VENOSET (BACKCHCK I.V. W/CAIR NV) SET 48s ea DEVICE | 03 | RX | 568.86 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.
_ OK as is        _ OK with changes

Signature

Confidential

ABT094-0317   Red Book 00317

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name:  HARRY ADAMS
Contact Phone:  (800) 222-6803

Confidential

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1852-48 | VENOSET (NV SURGICAL W/CAIR CL) SET 48s ea DEVICE | 03 | RX | 434.91 | .00 | .00 | .00 | 04/03/95 |
| 00074-1855-48 | VENOSET (100 W/CAIR CLMP NV) SET 48s ea DEVICE | 03 | RX | 424.00 | .00 | .00 | .00 | 04/03/95 |
| 00074-1857-48 | VENOSET (72 W/CAIR CLAMP NV) SET 48s ea DEVICE | 03 | RX | 357.39 | .00 | .00 | .00 | 04/03/95 |
| 00074-1859-48 | VENOSET (78 W/CAIR CLAMP NV) SET 48s ea DEVICE | 03 | RX | 362.52 | .00 | .00 | .00 | 04/03/95 |
| 00074-1860-48 | VENOSET (PRIM.PGBK W/CAIR CLP NV) SET 48s ea DEVICE | 03 | RX | 597.36 | .00 | .00 | .00 | 04/03/95 |
| 00074-1861-58 | VENOSET (NV SECONDARY PIGGYBACK) SET 48s ea DEVICE | 03 | RX | 275.80 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is _____     OK with changes _____

Signature _____

ABT094-0318

Red Book 00318

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | |
|---|---|---|---|---|---|---|
| 00074-1875-68 | VENOSET (NV MICDRP W/FLSHBK&CAIR) SET 48s ea DEVICE | 03 RX | 385.32 | .00 | .00 | .00 | 04/03/95 |
| 00074-1877-48 | VENOSET (ANESTHESIA W/CAIR CLMP) SET 48s ea DEVICE | 03 RX | 559.17 | .00 | .00 | .00 | 04/03/95 |
| 00074-1879-58 | VENOSET (Y-TYPE W/CAIR CLAMP NV) SET 48s ea DEVICE | 03 RX | 502.02 | .00 | .00 | .00 | 04/03/95 |
| 00074-1881-48 | VENOSET (78 W/CAIR CLAMP VENTED) SET 48s ea DEVICE | 03 RX | 391.59 | .00 | 251.52 | .00 | 04/03/95 |
| 00074-1883-68 | VENOSET (MICRODRIP W/CAIR CLAMP) SET 48s ea DEVICE | 03 RX | 412.68 | .00 | .00 | .00 | 04/03/95 |
| 00074-1889-48 | VENOSET (NV SEC. PGBK W/PRE NDL) SET 48s ea DEVICE | 03 RX | 299.82 | .00 | 192.48 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.
OK as is     OK with changes

Signature

Confidential

ABT094-0319

Red Book 00319

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1758

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1911-48 | VENOSET<br>(SEC.PGBK W/SMIC FLT+PIN)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 412.68 | .00 | .00 | .00 | 04/03/95 |
| 00074-1926-48 | VENOSET<br>(NV SECONDARY PIGGYBACK)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 295.83 | .00 | .00 | .00 | 04/03/95 |
| 00074-1992-68 | VENOSET<br>(SECONDARY PGBK MICRODRP)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 329.46 | .00 | .00 | .00 | 04/03/95 |
| 00074-1993-68 | VENOSET<br>(NV SECOND PGBK MICRODRP)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 304.38 | .00 | .00 | .00 | 04/03/95 |
| 00074-1997-68 | VENOSET<br>(78 MICRDP IVX-2&CAIR NV)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 681.15 | .00 | .00 | .00 | 04/03/95 |
| 00074-2491-58 | VENOSET<br>(Y-TYPE W/CAIR CLAMP)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 544.92 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is            OK with changes

Signature

Confidential

Red Book 00320

ABT094-0320

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-3016-48 | VENOSET (2NDARY PB W/PRE. IVEX-2) SET 48s ea DEVICE | 03 | RX | 1159.95 | .00 | .00 | .00 | 04/03/95 |
| 00074-3047-01 | VENOSET (SECONDARY I.V. NV) SET 48s ea DEVICE | 03 | RX | 137.37 | .00 | .00 | .00 | 04/04/94 |
| | VENOSET (NV PGBK W/MB PIN & CAIR) SET 48s ea DEVICE | 03 | RX | 617.31 | .00 | .00 | .00 | 04/04/94 |
| 00074-3084-48 | VENOSET (7B W/MB PRC PIN&CAIR NV) SET 48s ea DEVICE | 03 | RX | 391.59 | .00 | .00 | .00 | 04/03/95 |
| 00074-3094-48 | VENOSET (SECONDARY P/B LUER LOCK) SET 48s ea DEVICE | 03 | RX | 299.82 | .00 | .00 | .00 | 04/03/95 |
| 00074-3229-03 | VENOSET (EXTENSION 30-SL) SET 50s ea DEVICE | 03 | RX | 345.56 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____

Signature _____

Confidential

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| 00074-3903-02 | VENOSET<br>(EXTENSION 20-SL)<br>SET<br>50s ea<br>DEVICE | 03 | RX | 342.59 | .00 | .00 | .00 | 04/03/95 |
| 00074-4227-48 | VENOSET<br>(NV PRIM. PGBK W/0.22MIC)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 872.67 | .00 | .00 | .00 | 04/03/95 |
| 00074-4250-60 | VENOSET<br>(NV PGBK,MICRO W/IVEX-2)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 896.61 | .00 | .00 | .00 | 04/03/95 |
| 00074-4253-48 | VENOSET<br>(70 W/IVEX-2 FILTER NV)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 657.21 | .00 | .00 | .00 | 04/03/95 |
| 00074-4258-60 | VENOSET<br>(PGBK MICRO 0.22MIC IVX2)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 955.32 | .00 | .00 | .00 | 04/03/95 |
| 00074-4291-48 | VENOSET<br>(NV PGBK W/IVEX-2 FILTER)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 867.54 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

_ OK as is         _ OK with changes

Signature

Confidential

ABT094-0322

Red Book 00322

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4292-68 | VENOSET (NV P/B MICRODRP W/IVX-2) SET 48s ea DEVICE | 03 | RX | 892.05 | | .00 | .00 | .00 | 04/03/95 |
| 00074-4293-48 | VENOSET (NV 78 W/IVEX-2 FILTER) SET 48s ea DEVICE | 03 | RX | 650.94 | | .00 | .00 | .00 | 04/03/95 |
| 00074-4496-01 | VENOSET (PRIM.P/B IV-SL W/MB PIN) SET 24s ea DEVICE | 03 | RX | 482.71 | | .00 | .00 | .00 | 04/04/94 |
| 00074-4800-48 | VENOSET (NV P/B SURG W/IVEX-RF) SET 48s ea DEVICE | 03 | RX | 870.39 | | .00 | .00 | .00 | 04/03/95 |
| 00074-4967-48 | VENOSET (VENTED PRIM PGBK W/CAIR) SET 48s ea DEVICE | 03 | RX | 635.55 | | .00 | .00 | .00 | 04/03/95 |
| 00074-4968-68 | VENOSET (PGBK MICRDP W/CAIR CLMP) SET 48s ea DEVICE | 03 | RX | 664.05 | | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____

Confidential

ABT094-0323

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4985-48 | VENOSET<br>(VENTED PGBK W/IVX-2 FLT)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 928.53 | .00 | .00 | .00 | 04/03/95 |
| 00074-5742-48 | VENOSET<br>(NV PGBK ANESTH W/CAIR)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 633.84 | .00 | 407.04 | .00 | 04/03/95 |
| 00074-6646-01 | VENOSET<br>(SOLUSET 150X60)<br>SET<br>20s ea<br>DEVICE | 03 | RX | 434.63 | .00 | .00 | .00 | 04/03/95 |
| 00074-6647-01 | VENOSET<br>(SOLUSET W/IVX-HP FILTER)<br>SET<br>20s ea<br>DEVICE | 03 | RX | 518.70 | .00 | .00 | .00 | 04/03/95 |
| 00074-7097-68 | VENOSET<br>(NV PGBK MICRO FLSH CAIR)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 621.87 | .00 | .00 | .00 | 04/03/95 |
| 00074-7393-68 | VENOSET<br>(PGBK MICRODRP W/CAIR)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 618.45 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is          OK with changes

Signature

Confidential

Red Book 00324

ABT094-0324

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name:  HARRY ADAMS
Contact Phone:  (000) 222-6003

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-8082-48 | VENOSET (100-SL PGBK NV 100 INCH) SET 48s ea DEVICE | 03 | RX | 678.30 | .00 | .00 | .00 | 04/03/95 |
| 00074-8083-68 | VENOSET (100-SL P/B MICR NV 100) SET 48s ea DEVICE | 03 | RX | 708.51 | .00 | .00 | .00 | 04/03/95 |
| 00074-8084-48 | VENOSET (PGBK W/IVEX-HP NV) SET 48s ea DEVICE | 03 | RX | 995.79 | .00 | .00 | .00 | 04/03/95 |
| 00074-8958-48 | VENOSET (90-SL W/IVEX-2 & CAIR) SET 48s ea DEVICE | 03 | RX | 803.13 | .00 | .00 | .00 | 04/03/95 |
| 00074-8961-48 | VENOSET (SL-VENTED SURGICAL PGBK) SET 48s ea DEVICE | 03 | RX | 724.47 | .00 | .00 | .00 | 04/03/95 |
| 00074-8965-48 | VENOSET (NV SURGICAL PIGGYBACK) SET 48s ea DEVICE | 03 | RX | 631.56 | .00 | .00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.
☐ OK as is        ☐ OK with changes

Signature

Confidential

ABT094-0325

Red Book 00325

# RED BOOK
## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

≋ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-8967-48 | VENOSET<br>(90 W/CAIR CLAMP-VENTED)<br>SET<br>48s ea<br>DEVICE | | | 03 | RX | 392.16 | .00 | .00 | .00 | 04/03/95 |
| 00074-1143-01 | VERAPAMIL HCL<br>(ABBOJECT)<br>INJ  IJ   2.5 MG/ML<br>4 ml, 10s ea<br>VERAPAMIL HYDROCHLORIDE | AP | 02 | RX | 52.25 | .00 | 33.60 | .00 | 04/03/95 |
| 00074-1144-01 | VERAPAMIL HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   2.5 MG/ML<br>2 ml, 5s ea<br>VERAPAMIL HYDROCHLORIDE | AP | 02 | RX | 17.34 | .00 | 10.00 | .00 | 04/03/95 |
| 00074-1144-02 | VERAPAMIL HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   2.5 MG/ML<br>4 ml, 5s ea<br>VERAPAMIL HYDROCHLORIDE | AP | 02 | RX | 19.59 | .00 | 11.25 | .00 | 04/03/95 |
| 00074-4000-01 | VERAPAMIL HCL<br>(SRN)<br>INJ  IJ   2.5 MG/ML<br>2 ml, 25s ea<br>VERAPAMIL HYDROCHLORIDE | AP | 02 | RX | 121.42 | .00 | 81.50 | .00 | 04/03/95 |
| 00074-4011-01 | VERAPAMIL HCL<br>(AMP)<br>INJ  IJ   2.5 MG/ML<br>2 ml, 5s ea<br>VERAPAMIL HYDROCHLORIDE | AP | 02 | RX | 11.76 | .00 | 6.75 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

__ OK as is          __ OK with changes

Signature

Confidential

Red Book 00326

ABT094-0326

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07845-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name:  HARRY ADAMS
Contact Phone:  (800) 222-6883

Confidential

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | VERAPAMIL HCL (AMP) INJ IJ  2.5 MG/ML 4 ml, 5s ea VERAPAMIL HYDROCHLORIDE | AP | 02 | RX | 12.11 | .00 | 7.25 | .00 | 04/04/94 |
| 00074-9157-01 | VITAMIN K1 (AMP) INJ IJ  1 MG/0.5 ML 0.5 ml, 25s ea PHYTONADIONE | BP | 02 | RX | 59.08 | .00 | 45.00 | .00 | 04/03/95 |
| 00074-9158-01 | VITAMIN K1 (AMP) INJ IJ  10 MG/ML 1 ml, 25s ea PHYTONADIONE | BP | 02 | RX | 118.75 | .00 | 90.00 | .00 | 04/03/95 |
| | WATER FOR INJECTION (150 ML PRESS PNTP STERL) INJ IJ 100 ml, 25s ea WATER, STERILE | AP | 02 | RX | 102.42 | .00 | .00 | .00 | 04/04/94 |
| 00074-1971-01 | WATER FOR INJECTION (100 ML PRESS PNTP-STERL) INJ IJ 50 ml, 25s ea WATER, STERILE | AP | 02 | RX | 96.48 | .00 | 77.50 | .00 | 04/04/94 |
| 00074-3977-03 | WATER FOR INJECTION (FLIPTOP, BACTERIOSTATIC) INJ IJ 30 ml, 25s ea WATER, STERILE | AP | 02 | RX | 46.91 | .00 | 22.75 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.
⊡ OK as is          ⊡ OK with changes

Signature _____

ABT094-0327

Red Book 00327

# RED BOOK

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1Q
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7990-09 | WATER FOR INJECTION (LIFECARE, STERILE) INJ IJ 1000 ml, 12s ea WATER, STERILE | AP | 02 | RX | 125.69 | .00 | 76.00 | .00 | 04/03/95 |
| 00074-1590-02 | WATER FOR INJECTION STERILE INJ IJ 250 ml, 12s ea WATER, STERILE | AP | 02 | RX | 116.71 | .00 | .00 | .00 | 04/03/95 |
| 00074-1590-05 | WATER FOR INJECTION STERILE INJ IJ 1000 ml, 6s ea WATER, STERILE | AP | 02 | RX | 69.40 | .00 | .00 | .00 | 04/03/95 |
| 00074-4027-02 | WATER FOR INJECTION STERILE (AMP) INJ IJ 5 ml, 25s ea WATER, STERILE | AP | 02 | RX | 40.97 | .00 | 20.25 | .00 | 04/03/95 |
| 00074-4029-03 | WATER FOR INJECTION STERILE (AMP) INJ IJ 20 ml, 25s ea WATER, STERILE | AP | 02 | RX | 70.66 | .00 | 34.75 | .00 | 04/03/95 |
| 00074-4044-02 | WATER FOR INJECTION STERILE (AMP) INJ IJ 10 ml, 25s ea WATER, STERILE | AP | 02 | RX | 54.33 | .00 | 26.75 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

OK as is _____    OK with changes _____

Signature _____

Confidential

Red Book 00328

ABT094-0328

# **RED BOOK**

## PRODUCT LISTING VERIFICATION

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1@
ABBOTT PARK IL 600643500

▇ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

Add 4887-10

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4887-20 | WATER FOR INJECTION STERILE (VIAL, FLIPTOP) INJ IJ 20 ml, 25s ea WATER, STERILE | AP | 02 | RX | 43.94 | .00 | 21.75 | .00 | 04/03/95 |
| | WATER FOR INJECTION STERILE (VIAL) INJ IJ 10 ml, 25s ea WATER, STERILE | AP | 02 | RX | 33.55 | .00 | .00 | .00 | 04/04/94 |
| 00074-4887-50 | WATER FOR INJECTION STERILE (VIAL, FLIPTOP) INJ IJ 50 ml, 25s ea WATER, STERILE | AP | 02 | RX | 63.23 | .00 | 31.25 | .00 | 04/03/95 |
| 00074-4887-99 | WATER FOR INJECTION STERILE (VIAL, FLIPTOP) INJ IJ 100 ml, 25s ea WATER, STERILE | AP | 02 | RX | 87.28 | .00 | 43.00 | .00 | 04/03/95 |
| 00074-6139-02 | WATER FOR IRRIGATION (AQUALITE-STERILE) SOL IR 250 ml, 12s ea WATER, STERILE | AT | 02 | RX | 140.93 | .00 | 85.44 | .00 | 04/03/95 |
| 00074-6139-03 | WATER FOR IRRIGATION (AQUALITE-STERILE) SOL IR 500 ml, 12s ea WATER, STERILE | AT | 02 | RX | 140.93 | .00 | 85.44 | .00 | 04/03/95 |

nstructions: Please make corrections directly on this printout.
☐ OK as is        ☐ OK with changes

Signature

Confidential

Red Book 00329

ABT094-0329

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R18
ABBOTT PARK  IL  680643500

# RED BOOK
## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: **09/15/95**
Contact Name: **HARRY ADAMS**
Contact Phone: **(800) 222-6883**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-7118-07 | WATER FOR IRRIGATION (STERILE, BULK PACKAGE) SOL  IR 2000 ml, 6s ea WATER, STERILE | AT | 02 | RX | 107.73 | | .00 | 65.34 | .00 | 04/03/95 |
| 00074-7139-06 | WATER FOR IRRIGATION (AQUALITE W/HANGER) SOL  IR 1500 ml, 8s ea WATER, STERILE | AT | 02 | RX | 156.66 | | .00 | .00 | .00 | 04/03/95 |
| 00074-7139-09 | WATER FOR IRRIGATION (AQUALITE W/HANGER) SOL  IR 1000 ml, 12s ea WATER, STERILE | AT | 02 | RX | 172.71 | | .00 | 104.88 | .00 | 04/03/95 |
| 00074-7973-05 | WATER FOR IRRIGATION (FLEXIBLE CONT-STERILE) SOL  IR 1000 ml, 12s ea WATER, STERILE | AT | 02 | RX | 89.92 | | .00 | 64.28 | .00 | 04/03/95 |
| 00074-7973-07 | WATER FOR IRRIGATION (FLEXIBLE CONT-STERILE) SOL  IR 2000 ml, 6s ea WATER, STERILE | AT | 02 | RX | 69.33 | | .00 | 49.38 | .00 | 04/03/95 |
| 00074-7973-08 | WATER FOR IRRIGATION (FLEXIBLE CONT-STERILE) SOL  IR 3000 ml, 4s ea WATER, STERILE | AT | 02 | RX | 69.21 | | .00 | 49.40 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.
___ OK as is          ___ OK with changes

_____
Signature

Confidential

Red Book 00330

ABT094-0330

# RED BOOK

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

## PRODUCT LISTING VERIFICATION

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/15/95
Contact Name:  HARRY ADAMS
Contact Phone:  (800) 222-6883

| NDC | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4526-05 | ZINC<br>(VIAL, FLIPTOP, BULK)<br>INJ  IJ   1 MG/ML<br>50 ml, 25s ea<br>ZINC CHLORIDE | 02 | RX | 418.00 | .00 | 298.00 | .00 | 04/03/95 |
| 00074-4090-01 | ZINC CHLORIDE<br>(VIAL, FLIPTOP)<br>INJ  IJ   1 MG/ML<br>10 ml, 25s ea<br>ZINC CHLORIDE | 02 | RX | 92.92 | .00 | 47.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____    _____
Signature                                  Date

Confidential

ABT094-0331    Red Book 00331    L