# Exhibit 52B

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R1Ø
ABBOTT PARK  IL  600643500

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00029-6025-22 | BACTOCILL (VIAL) PDI IJ 1 GM 10s ea OXACILLIN SODIUM | AP | 01 | RX | 38.71 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6028-07 | BACTOCILL (ADD-VANTAGE) PDI IJ 2 GM 10s ea OXACILLIN SODIUM | AP | 01 | RX | 66.14 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6028-21 | BACTOCILL (P.B.) PDI IJ 2 GM 10s ea OXACILLIN SODIUM | AP | 01 | RX | 77.90 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6028-27 | BACTOCILL (VIAL) PDI IJ 2 GM 10s ea OXACILLIN SODIUM | AP | 01 | RX | 62.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6030-26 | BACTOCILL (VIAL) PDI IJ 4 GM 10s ea OXACILLIN SODIUM | AP | 01 | RX | 116.61 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6032-21 | BACTOCILL (VIAL, BULK) PDI IJ 10 GM 10s ea OXACILLIN SODIUM | AP | 01 | RX | 296.16 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____        Date _____

Confidential

ABT094-0380

Red Book 00380

# RED BOOK®

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK   IL   600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-3911-03 | BALANCED SALT SOLUTION SOL IR 500 ml, 12s ea BALANCED SALT SOLUTION | EE | 02 | RX | 380.48 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4122-01 | BRACHIAL PLEXUS TRAY (ANESTHESIA TRAY) SET IJ 10s ea BUPIV/EPI/LIDO | | 01 | RX | 454.46 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9263-01 | BRETYLIUM TOSYLATE (AMP) INJ IJ 50 MG/ML 10 ml, 5s ea BRETYLIUM TOSYLATE | AP | 02 | RX | 175.57 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9267-10 | BRETYLIUM TOSYLATE (ABBOJECT) INJ IJ 50 MG/ML 10 ml, 10s ea BRETYLIUM TOSYLATE | AP | 02 | RX | 372.52 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9268-01 | BRETYLIUM TOSYLATE (VIAL, FLIPTOP) INJ IJ 50 MG/ML 10 ml, 5s ea BRETYLIUM TOSYLATE | AP | 02 | RX | 175.57 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7638-62 | BRETYLIUM TOSYLATE/DEXTROSE INJ IJ 200 MG/100 ML-5% 250 ml, 24s ea BRETYLIUM/DEXTROSE | AP | 02 | RX | 934.80 | .00 | 0.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____        Date _____

Confidential

ABT094-0381

Red Book 00381

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7639-62 | BRETYLIUM TOSYLATE/DEXTROSE<br>INJ IJ  400 MG/100 ML-5%<br>250 ml, 24s ea<br>BRETYLIUM/DEXTROSE | AP | 02 | RX | 1888.41 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-1158-01 | BUPIVACAINE HCL<br>(AMP)<br>INJ IJ  0.25%<br>30 ml, 5s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 34.62 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1158-02 | BUPIVACAINE HCL<br>(AMP)<br>INJ IJ  0.25%<br>50 ml, 25s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 288.27 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1159-01 | BUPIVACAINE HCL<br>(VIAL)<br>INJ IJ  0.25%<br>10 ml, 25s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 111.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1159-02 | BUPIVACAINE HCL<br>(VIAL)<br>INJ IJ  0.25%<br>30 ml, 25s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 168.63 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1160-01 | BUPIVACAINE HCL<br>(VIAL, FLIPTOP)<br>INJ IJ  0.25%<br>50 ml, 25s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 263.03 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                    Date

Confidential

ABT094-0382

Red Book 00382

# RED BOOK
## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| NDC Number | Product Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4272-01 | BUPIVACAINE HCL<br>(AMP, STERILE)<br>INJ  IJ   0.25%<br>20 ml, 5s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 50.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5749-22 | BUPIVACAINE HCL<br>(ABBOJECT W/MALE ADAPTER)<br>INJ  IJ   0.25%<br>50 ml, 10s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 148.60 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1161-01 | BUPIVACAINE HCL<br>(AMP)<br>INJ  IJ   0.5%<br>30 ml, 5s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 35.39 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1162-01 | BUPIVACAINE HCL<br>(VIAL)<br>INJ  IJ   0.5%<br>10 ml, 25s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 118.45 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1162-02 | BUPIVACAINE HCL<br>(VIAL)<br>INJ  IJ   0.5%<br>30 ml, 25s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 170.41 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1163-01 | BUPIVACAINE HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   0.5%<br>50 ml, 25s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 274.31 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____        Date _____

Confidential

# **RED BOOK**

## **Product Listing Verification**

**■■MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96 _____
Contact Name: HARRY ADAMS _____
Contact Phone: (800) 222-6883 _____

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-8026-01 | LIDOCAINE HCL (ABBOJECT) INJ IJ 1% 5 ml, 10s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 113.29 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4056-01 | LIDOCAINE HCL (AMP) INJ IJ 1.5% 20 ml, 5s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 31.29 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4776-01 | LIDOCAINE HCL (AMP) INJ IJ 1.5% 20 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 221.47 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4277-01 | LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 2% 20 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 58.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4277-02 | LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 2% 50 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 84.61 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4282-01 | LIDOCAINE HCL (AMP) INJ IJ 2% 2 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 39.48 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

Red Book 00384

ABT094-0384

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4282-02 | LIDOCAINE HCL (AMP) INJ IJ 2% 10 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 65.91 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4903-15 | LIDOCAINE HCL (ABBOJECT, 21GX1-1/2) INJ IJ 2% 5 ml, 10s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 109.73 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4903-34 | LIDOCAINE HCL (ABBOJECT, 21GX1-1/2) INJ IJ 2% 5 ml, 10s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 123.74 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4923-15 | LIDOCAINE HCL (ABBOJECT, 25GX5/8) INJ IJ 2% 5 ml, 10s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 109.73 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8027-01 | LIDOCAINE HCL (ABBOJECT) INJ IJ 2% 5 ml, 10s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 97.61 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4283-01 | LIDOCAINE HCL (AMP) INJ IJ 4% 5 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 78.38 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature

Date

Confidential

ABT094-0385

Red Book 00385

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6254-01 | LIDOCAINE HCL (VIAL, PINTOP) INJ IJ 10% 10 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | | 226.81 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6217-02 | LIDOCAINE HCL (VIAL, PINTOP) INJ IJ 20% 10 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | | 413.84 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6248-01 | LIDOCAINE HCL (VIAL, PINTOP) INJ IJ 20% 10 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | | 313.20 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9784-02 | LIPOSYN II (SRN) INJ IJ 10% 50 ml, 12s ea FAT EMULSION | | 05 | RX | | 394.73 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9786-01 | LIPOSYN II INJ IJ 10% 200 ml, 12s ea FAT EMULSION | | 05 | RX | | 526.82 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9786-03 | LIPOSYN II INJ IJ 10% 500 ml, 12s ea FAT EMULSION | | 05 | RX | | 852.15 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                                  Date

Confidential

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-9786-21 | LIPOSYN II<br><br>INJ IJ  10%<br>100 ml, 12s ea<br>FAT EMULSION | 05 | RX | 411.11 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9794-01 | LIPOSYN II<br>(W/ADMIN. SET)<br>INJ IJ  10%<br>500 ml, 8s ea<br>FAT EMULSION | 05 | RX | 638.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9787-02 | LIPOSYN II<br>(SRN)<br>INJ IJ  20%<br>50 ml, 12s ea<br>FAT EMULSION | 05 | RX | 517.99 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9789-01 | LIPOSYN II<br><br>INJ IJ  20%<br>200 ml, 12s ea<br>FAT EMULSION | 05 | RX | 752.97 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9789-03 | LIPOSYN II<br><br>INJ IJ  20%<br>500 ml, 12s ea<br>FAT EMULSION | 05 | RX | 1217.95 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9792-03 | LIPOSYN II<br>(W/ADMIN. SET)<br>INJ IJ  20%<br>200 ml, 8s ea<br>FAT EMULSION | 05 | RX | 595.08 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____     Date _____

Confidential

ABT094-0387

Red Book 00387

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-9793-01 | LIPOSYN II<br>(W/ADMIN. SET)<br>INJ IJ 20%<br>500 ml, 8s ea<br>FAT EMULSION | 05 | RX | 923.88 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9790-01 | LIPOSYN III<br>(VIAL)<br>INJ IJ 10%<br>200 ml, 12s ea<br>FAT EMULSION | 05 | RX | 496.76 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9790-03 | LIPOSYN III<br>(VIAL)<br>INJ IJ 10%<br>500 ml, 12s ea<br>FAT EMULSION | 05 | RX | 883.84 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9790-21 | LIPOSYN III<br>(VIAL, 100/200 ML)<br>INJ IJ 10%<br>100 ml, 12s ea<br>FAT EMULSION | 05 | RX | 526.82 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9791-01 | LIPOSYN III<br><br>INJ IJ 20%<br>200 ml, 12s ea<br>FAT EMULSION | 05 | RX | 710.22 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9791-03 | LIPOSYN III<br>(VIAL)<br>INJ IJ 20%<br>500 ml, 12s ea<br>FAT EMULSION | 05 | RX | 1170.92 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                          Date

Confidential

Red Book 00388

ABT094-0388

# **RED BOOK**®

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

ABT094-0389

Red Book 00389

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7419-03 | LMD W/0.9% SODIUM CHLORIDE INJ IJ 10% 500 ml, 12s ea DEXTRAN | | 01 | RX | 1549.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7418-03 | LMD W/5% DEXTROSE INJ IJ 10% 500 ml, 12s ea DEXTRAN | | 01 | RX | 1549.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4786-01 | LOCAL INFILTRATION W/LIDOCAINE (20 GAUGE, 2" NDL) INJ IJ 1% 20 ml, 10s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 280.13 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6776-01 | LORAZEPAM (HYPAK SYRINGE) INJ IJ 2 MG/ML 1 ml, 25s ea LORAZEPAM | AP | 02 | CIV | 291.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6778-01 | LORAZEPAM (VIAL, FLIPTOP) INJ IJ 2 MG/ML 1 ml, 25s ea LORAZEPAM | AP | 02 | CIV | 259.47 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6780-01 | LORAZEPAM (VIAL, FLIPTOP) INJ IJ 2 MG/ML 10 ml, 25s ea LORAZEPAM | AP | 02 | CIV | 1945.13 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____          _____
Signature                                              Date

# RED BOOK

## Product Listing Verification

**■MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6983

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6777-01 | LORAZEPAM<br>(HYPAK SYRINGE)<br>INJ IJ   4 MG/ML<br>1 ml, 25s ea<br>LORAZEPAM | AP | 02 | CIV | 356.55 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6779-01 | LORAZEPAM<br>(VIAL, FLIPTOP)<br>INJ IJ   4 MG/ML<br>1 ml, 25s ea<br>LORAZEPAM | AP | 02 | CIV | 291.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6781-01 | LORAZEPAM<br>(VIAL, FLIPTOP)<br>INJ IJ   4 MG/ML<br>10 ml, 25s ea<br>LORAZEPAM | AP | 02 | CIV | 2593.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1001-01 | LTA II<br><br>KIT MM   4%<br>24s ea<br>LIDOCAINE HYDROCHLORIDE | | 03 | RX | 363.38 | .00 | .00 | .00 | 04/01/96 |
| 00074-4823-01 | LUMBAR PUNCTURE<br>(ADULT,18G,3-1/2" NEEDLE)<br>SET<br>10s ea<br>DEVICE | | 03 | RX | 354.47 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4824-01 | LUMBAR PUNCTURE<br>(ADULT,20G,3-1/2" NEEDLE)<br>SET<br>10s ea<br>DEVICE | | 03 | RX | 354.47 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____          _____
Signature                                Date

Confidential

ABT094-0390

Red Book 00390

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07646-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4825-01 | LUMBAR PUNCTURE (ADULT,22G,3-1/2" NEEDLE) SET 10s ea DEVICE | 03 | RX | 354.47 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4826-01 | LUMBAR PUNCTURE (CHILD,22G,2-1/2" NEEDLE) SET 10s ea DEVICE | 03 | RX | 354.47 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4827-01 | LUMBAR PUNCTURE (INFANT,22G,1-1/2"NEEDLE) SET 10s ea DEVICE | 03 | RX | 343.07 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4962-01 | LUMBAR PUNCTURE (INF 22G 1-1/2 W/O MAND) SET 10s ea DEVICE | 03 | RX | 223.49 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4963-01 | LUMBAR PUNCTURE (INF 22G 1-1/2 W/O MAND) SET 10s ea DEVICE | 03 | RX | 229.07 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3760-03 | MAGNESIUM SULFATE  INJ IJ  5%-4 GM/100 ML 500 ml, 12s ea DEXTROSE/MG SULF | 02 | RX | 105.17 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                          Date

Confidential

ABT094-0391

Red Book 00391

# RED BOOK®

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-3760-05 | MAGNESIUM SULFATE<br><br>INJ IJ   5%-4 GM/100 ML<br>1000 ml, 6s ea<br>DEXTROSE/MG SULF | 02 | RX | 61.99 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3760-11 | MAGNESIUM SULFATE<br>(PARTIAL FILL)<br>INJ IJ   5%-4 GM/100 ML<br>100 ml, 12s ea<br>DEXTROSE/MG SULF | 02 | RX | 92.77 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6729-03 | MAGNESIUM SULFATE<br><br>INJ IJ   40 MG/ML<br>500 ml, 24s ea<br>MAGNESIUM SULFATE | 02 | RX | 210.33 | .00 | .00 | .00 | 04/01/96 |
| 00074-6729-09 | MAGNESIUM SULFATE<br><br>INJ IJ   40 MG/ML<br>1000 ml, 12s ea<br>MAGNESIUM SULFATE | 02 | RX | 123.98 | .00 | .00 | .00 | 04/01/96 |
| 00074-6729-23 | MAGNESIUM SULFATE<br><br>INJ IJ   40 MG/ML<br>100 ml, 24s ea<br>MAGNESIUM SULFATE | 02 | RX | 185.54 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6730-13 | MAGNESIUM SULFATE<br><br>INJ IJ   80 MG/ML<br>50 ml, 24s ea<br>MAGNESIUM SULFATE | 02 | RX | 185.54 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                    Date

Confidential

# **RED BOOK**

## **Product Listing Verification**

**∎MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

Red Book 00393

ABT094-0393

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4943-01 | MAGNESIUM SULFATE (VIAL, PINTOP) INJ IJ   125 MG/ML 8 ml, 25s ea MAGNESIUM SULFATE | 02 | RX | 74.81 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2168-01 | MAGNESIUM SULFATE (VIAL, FLIPTOP) INJ IJ   500 MG/ML 10 ml, 25s ea MAGNESIUM SULFATE | 02 | RX | 50.17 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2168-02 | MAGNESIUM SULFATE (VIAL, FLIPTOP) INJ IJ   500 MG/ML 20 ml, 25s ea MAGNESIUM SULFATE | 02 | RX | 105.09 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2168-03 | MAGNESIUM SULFATE (VIAL, FLIPTOP) INJ IJ   500 MG/ML 50 ml, 25s ea MAGNESIUM SULFATE | 02 | RX | 232.16 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4075-02 | MAGNESIUM SULFATE (AMP) INJ IJ   500 MG/ML 2 ml, 100s ea MAGNESIUM SULFATE | 02 | RX | 181.69 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4913-15 | MAGNESIUM SULFATE (ABBOJECT, 20GX2-1/2) INJ IJ   500 MG/ML 5 ml, 10s ea MAGNESIUM SULFATE | 02 | RX | 131.10 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                                    Date

# **RED BOOK**

## **Product Listing Verification**

**■■MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4914-18 | MAGNESIUM SULFATE (ABBOJECT, 20GX2-1/2) INJ IJ  500 MG/ML 10 ml, 10s ea MAGNESIUM SULFATE | | 02 | RX | 152.95 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4091-01 | MANGANESE (VIAL, FLIPTOP) INJ IJ  0.1 MG/ML 10 ml, 25s ea MANGANESE CHLORIDE | | 02 | RX | 111.92 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7712-09 | MANNITOL  INJ IJ  5% 1000 ml, 12s ea MANNITOL | AP | 02 | RX | 649.09 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7713-09 | MANNITOL  INJ IJ  10% 1000 ml, 12s ea MANNITOL | AP | 02 | RX | 923.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7714-03 | MANNITOL  INJ IJ  15% 500 ml, 12s ea MANNITOL | AP | 02 | RX | 794.87 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7715-02 | MANNITOL  INJ IJ  20% 250 ml, 24s ea MANNITOL | AP | 02 | RX | 1394.51 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature          Date

Confidential

Red Book 00394

ABT094-0394

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7715-03 | MANNITOL<br><br>INJ IJ 20%<br>500 ml, 12s ea<br>MANNITOL | AP | 02 | RX | 929.81 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4031-01 | MANNITOL<br>(VIAL, FLIPTOP)<br>INJ IJ 25%<br>50 ml, 25s ea<br>MANNITOL | AP | 02 | RX | 132.41 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6030-04 | MEPERIDINE HCL<br>(VIAL, PCA)<br>INJ IJ 10 MG/ML<br>30 ml, 10s ea<br>MEPERIDINE HYDROCHLORIDE | AP | 02 | CII | 164.11 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-3030-01 | METHYLDOPATE HCL<br>(VIAL, FLIPTOP)<br>INJ IJ 50 MG/ML<br>5 ml, 25s ea<br>METHYLDOPATE HYDROCHLORIDE | AP | 02 | RX | 228.59 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3030-02 | METHYLDOPATE HCL<br>(VIAL, FLIPTOP)<br>INJ IJ 50 MG/ML<br>10 ml, 25s ea<br>METHYLDOPATE HYDROCHLORIDE | AP | 02 | RX | 455.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3405-02 | METHYLDOPATE HCL<br>(VIAL, ADD-VANTAGE)<br>INJ IJ 50 MG/ML<br>5 ml, 25s ea<br>METHYLDOPATE HYDROCHLORIDE | AP | 02 | RX | 230.38 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____        Date _____

Confidential

ABT094-0395

Red Book 00395

# RED BOOK®

## Product Listing Verification

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3406-02 | METHYLDOPATE HCL (VIAL, ADD-VANTAGE) INJ IJ 50 MG/ML 10 ml, 25s ea METHYLDOPATE HYDROCHLORIDE | AP | 02 | RX | 436.00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3413-01 | METOCLOPRAMIDE (AMP) INJ IJ 5 MG/ML 2 ml, 25s ea METOCLOPRAMIDE HYDROCHLORIDE | AP | 02 | RX | 86.69 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3414-01 | METOCLOPRAMIDE (VIAL, FLIPTOP) INJ IJ 5 MG/ML 2 ml, 25s ea METOCLOPRAMIDE HYDROCHLORIDE | AP | 02 | RX | 98.56 | . | 0.00 | .00 | 04/01/96 |
| 00074-1217-11 | METRONIDAZOLE (U.S.P.) INJ IJ 500 MG/100 ML 100 ml, 12s ea METRONIDAZOLE | AP | 02 | RX | 369.93 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7811-24 | METRONIDAZOLE (S.D.V.) INJ IJ 500 MG/100 ML 100 ml, 24s ea METRONIDAZOLE | AP | 02 | RX | 729.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7811-37 | METRONIDAZOLE (LIFECARE) INJ IJ 500 MG/100 ML 100 ml, 80s ea METRONIDAZOLE | AP | 02 | RX | 2431.05 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is       ☐ OK with changes

Signature _____     Date _____

Confidential

Red Book 00396

ABT094-0396

# **RED BOOK**®

## **Product Listing Verification**

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2028-02 | MORPHINE SULFATE<br><br>INJ IJ  0.5 MG/ML<br>30 ml, 10s ea<br>MORPHINE SULFATE | AP | 02 | CII | 153.07 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-3814-12 | MORPHINE SULFATE<br>(VIAL, P.F., FLIPTOP)<br>INJ IJ  0.5 MG/ML<br>10 ml, 5s ea<br>MORPHINE SULFATE | AP | 02 | CII | 71.73 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4057-12 | MORPHINE SULFATE<br>(AMP, P.F.)<br>INJ IJ  0.5 MG/ML<br>10 ml, 5s ea<br>MORPHINE SULFATE | AP | 02 | CII | 65.19 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2029-02 | MORPHINE SULFATE<br><br>INJ IJ  1 MG/ML<br>30 ml, 10s ea<br>MORPHINE SULFATE | AP | 02 | CII | 197.36 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-3815-12 | MORPHINE SULFATE<br>(VIAL, P.F., FLIPTOP)<br>INJ IJ  1 MG/ML<br>10 ml, 5s ea<br>MORPHINE SULFATE | AP | 02 | CII | 76.42 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4058-12 | MORPHINE SULFATE<br>(AMP, P.F.)<br>INJ IJ  1 MG/ML<br>10 ml, 5s ea<br>MORPHINE SULFATE | AP | 02 | CII | 69.53 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____        Date _____

Confidential

Red Book 00397

ABT094-0397

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6023-04 | MORPHINE SULFATE (VIAL, FLIPTOP) INJ IJ  1 MG/ML 30 ml, 10s ea MORPHINE SULFATE | AP | 02 | CII | 170.88 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-6028-04 | MORPHINE SULFATE (VIAL, FLIPTOP) INJ IJ  5 MG/ML 30 ml, 10s ea MORPHINE SULFATE | | 02 | CII | 199.74 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-3817-12 | MORPHINE SULFATE (VIAL, FLIPTOP) INJ IJ  10 MG/ML 10 ml, 5s ea MORPHINE SULFATE | | 02 | CII | 89.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3819-12 | MORPHINE SULFATE (VIAL, FLIPTOP) INJ IJ  15 MG/ML 20 ml, 5s ea MORPHINE SULFATE | | 02 | CII | 116.08 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1133-03 | MORPHINE SULFATE (VIAL, FLIPTOP) INJ IJ  25 MG/ML 20 ml ea MORPHINE SULFATE | | 02 | CII | 27.31 | .00 | .00 | .00 | 04/01/96 |
| 00074-1133-04 | MORPHINE SULFATE (VIAL, 50 ML FLIPTOP) INJ IJ  25 MG/ML 40 ml ea MORPHINE SULFATE | | 02 | CII | 53.44 | .00 | .00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____        Date _____

Confidential

Red Book 00398

ABT094-0398

# RED BOOK®

## Product Listing Verification

**■MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-1133-21 | MORPHINE SULFATE (VIAL, 5 ML FLIPTOP) INJ IJ  25 MG/ML 4 ml, 5s ea MORPHINE SULFATE | 02 | CII | 62.94 | .00 | .00 | .00 | 04/01/96 |
| 00074-1133-22 | MORPHINE SULFATE (VIAL, FLIPTOP) INJ IJ  25 MG/ML 10 ml, 5s ea MORPHINE SULFATE | 02 | CII | 92.63 | .00 | .00 | .00 | 04/01/96 |
| 00074-1135-01 | MORPHINE SULFATE (VIAL, 5 ML FLIPTOP,P.F.) INJ IJ  25 MG/ML 4 ml ea MORPHINE SULFATE | 02 | CII | 53.44 | .00 | .00 | .00 | 04/01/96 |
| 00074-1135-02 | MORPHINE SULFATE (VIAL, FLIPTOP, P.F.) INJ IJ  25 MG/ML 10 ml ea MORPHINE SULFATE | 02 | CII | 93.81 | .00 | .00 | .00 | 04/01/96 |
| 00074-1135-03 | MORPHINE SULFATE (VIAL, FLIPTOP, P.F.) INJ IJ  25 MG/ML 20 ml ea MORPHINE SULFATE | 02 | CII | 164.59 | .00 | .00 | .00 | 04/01/96 |
| 00074-1135-04 | MORPHINE SULFATE (VIAL, FLIPTOP, P.F.) INJ IJ  25 MG/ML 50 ml ea MORPHINE SULFATE | 02 | CII | 395.44 | .00 | .00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature

Date

Confidential

ABT094-0399

Red Book 00399

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6177-14 | MORPHINE SULFATE (ADD-VANTAGE) INJ IJ  25 MG/ML 4 ml, 10s ea MORPHINE SULFATE | | 02 | CII | 167.79 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6179-14 | MORPHINE SULFATE (ADD-VANTAGE) INJ IJ  25 MG/ML 10 ml, 10s ea MORPHINE SULFATE | | 02 | CII | 200.57 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1134-03 | MORPHINE SULFATE (VIAL, FLIPTOP) INJ IJ  50 MG/ML 20 ml ea MORPHINE SULFATE | | 02 | CII | 74.10 | .00 | .00 | .00 | 04/01/96 |
| 00074-1134-05 | MORPHINE SULFATE (VIAL, FLIPTOP) INJ IJ  50 MG/ML 50 ml ea MORPHINE SULFATE | | 02 | CII | 187.63 | .00 | .00 | .00 | 04/01/96 |
| 00074-1134-22 | MORPHINE SULFATE (VIAL, FLIPTOP) INJ IJ  50 MG/ML 10 ml, 5s ea MORPHINE SULFATE | | 02 | CII | 198.31 | .00 | .00 | .00 | 04/01/96 |
| 00074-1463-01 | NALBUPHINE HCL (AMP) INJ IJ  10 MG/ML 1 ml, 10s ea NALBUPHINE HYDROCHLORIDE | AP | 02 | RX | 42.99 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                    Date

Confidential

ABT094-0400

Red Book 00400

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1464-01 | NALBUPHINE HCL<br>(VIAL, FLIPTOP)<br>INJ IJ   10 MG/ML<br>10 ml, 25s ea<br>NALBUPHINE HYDROCHLORIDE | AP | 02 | RX | 703.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1465-01 | NALBUPHINE HCL<br>(AMP)<br>INJ IJ   20 MG/ML<br>1 ml, 10s ea<br>NALBUPHINE HYDROCHLORIDE | AP | 02 | RX | 52.84 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1467-01 | NALBUPHINE HCL<br>(VIAL, FLIPTOP)<br>INJ IJ   20 MG/ML<br>10 ml, 25s ea<br>NALBUPHINE HYDROCHLORIDE | AP | 02 | RX | 1088.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6370-25 | NALLPEN<br>(VIAL)<br>PDI IJ   500 MG<br>10s ea<br>NAFCILLIN SODIUM | AP | 05 | RX | 21.85 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6372-07 | NALLPEN<br>(ADD-VANTAGE)<br>PDI IJ   1 GM<br>10s ea<br>NAFCILLIN SODIUM | AP | 05 | RX | 38.00 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6372-22 | NALLPEN<br>(VIAL)<br>PDI IJ   1 GM<br>10s ea<br>NAFCILLIN SODIUM | AP | 05 | RX | 34.32 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____   Date _____

Confidential

ABT094-0401

Red Book 00401

# RED BOOK

## Product Listing Verification

▇▇MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

Confidential

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00029-6374-07 | NALLPEN (ADD-VANTAGE) PDI IJ 2 GM 10s ea NAFCILLIN SODIUM | AP | 05 | RX | 69.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6374-21 | NALLPEN (P.B.) PDI IJ 2 GM 10s ea NAFCILLIN SODIUM | AP | 05 | RX | 72.32 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6374-27 | NALLPEN (VIAL) PDI IJ 2 GM 10s ea NAFCILLIN SODIUM | AP | 05 | RX | 66.14 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6376-21 | NALLPEN (BULK VIAL) PDI IJ 10 GM 10s ea NAFCILLIN SODIUM | AP | 05 | RX | 272.41 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1211-01 | NALOXONE HCL (AMP) INJ IJ 0.02 MG/ML 2 ml, 10s ea NALOXONE HYDROCHLORIDE | AP | 02 | RX | 92.15 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1216-01 | NALOXONE HCL (VIAL, FLIPTOP) INJ IJ 0.02 MG/ML 2 ml, 10s ea NALOXONE HYDROCHLORIDE | AP | 02 | RX | 101.65 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                      Date

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

ABT094-0403

Red Book 00403

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1212-01 | NALOXONE HCL (AMP) INJ IJ 0.4 MG/ML 1 ml, 10s ea NALOXONE HYDROCHLORIDE | AP | 02 | RX | 100.15 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1213-01 | NALOXONE HCL (HYPAK) INJ IJ 0.4 MG/ML 1 ml, 25s ea NALOXONE HYDROCHLORIDE | AP | 02 | RX | 338.44 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1215-01 | NALOXONE HCL (VIAL, FLIPTOP) INJ IJ 0.4 MG/ML 1 ml, 10s ea NALOXONE HYDROCHLORIDE | AP | 02 | RX | 106.52 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1219-01 | NALOXONE HCL (VIAL, FLIPTOP) INJ IJ 0.4 MG/ML 10 ml, 25s ea NALOXONE HYDROCHLORIDE | AP | 02 | RX | 1788.67 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3722-01 | NEOSTIGMINE METHYLSULFATE (VIAL, FLIPTOP) INJ IJ 0.5 MG/ML 10 ml, 10s ea NEOSTIGMINE METHYLSULFATE | | 02 | RX | 90.84 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3723-01 | NEOSTIGMINE METHYLSULFATE (VIAL, FLIPTOP) INJ IJ 1 MG/ML 10 ml, 10s ea NEOSTIGMINE METHYLSULFATE | | 02 | RX | 116.02 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____        Date _____

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4782-01 | NERVE BLOCK TRAY W/LIDOCAINE<br>INJ IJ 1.5%<br>20 ml, 10s ea<br>LIDOCAINE HYDROCHLORIDE | EE | 02 | RX | 448.88 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6609-02 | NEUT<br>(ADD-VANTAGE)<br>INJ IJ 4%<br>5 ml, 25s ea<br>SODIUM BICARBONATE | | 01 | RX | 146.66 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4104-01 | NITROGLYCERIN<br>(VIAL, FLIPTOP)<br>INJ IJ 5 MG/ML<br>10 ml, 25s ea<br>NITROGLYCERIN | AP | 02 | RX | 1028.67 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4107-01 | NITROGLYCERIN<br>(VIAL, FLIPTOP)<br>INJ IJ 5 MG/ML<br>5 ml, 25s ea<br>NITROGLYCERIN | AP | 02 | RX | 772.47 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3024-01 | NITROPRESS<br>(M.D.V.)<br>PDI IJ 50 MG<br>1s ea<br>SODIUM NITROPRUSSIDE | AP | 01 | RX | 8.47 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3034-44 | NITROPRESS<br>(VIAL, ADD-VANTAGE)<br>PDI IJ 50 MG<br>1s ea<br>SODIUM NITROPRUSSIDE | AP | 01 | RX | 8.95 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is    ☐ OK with changes

Signature                    Date

Confidential

ABT094-0404

Red Book 00404

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3250-01 | NITROPRESS ADVANTAGE KIT (ADD-VANTAGE) PDI IJ  50 MG 10s ea SODIUM NITROPRUSSIDE | AP | 01 | RX | 123.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7041-01 | NOREPINEPHRINE BITARTRATE (AMP) INJ IJ  1 MG/ML 4 ml, 10s ea NOREPINEPHRINE BITARTRATE | | 02 | RX | 158.77 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7965-03 | NORMOSOL-M W/5% DEXTROSE (LIFECARE) INJ IJ 500 ml, 24s ea DEXTROSE/ELECT | AP | 01 | RX | 440.04 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7965-09 | NORMOSOL-M W/5% DEXTROSE (LIFECARE) INJ IJ 1000 ml, 12s ea DEXTROSE/ELECT | AP | 01 | RX | 255.93 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7967-03 | NORMOSOL-R (LIFECARE) INJ IJ 500 ml, 24s ea ELECT/MIN, MULTI | | 01 | RX | 427.22 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7967-09 | NORMOSOL-R (LIFECARE) INJ IJ 1000 ml, 12s ea ELECT/MIN, MULTI | | 01 | RX | 244.53 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____     Date _____

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1570-05 | NORMOSOL-R PH 7.4<br>INJ IJ<br>1000 ml, 6s ea<br>ELECT/MIN, MULTI | | 01 | RX | 176.63 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7670-03 | NORMOSOL-R PH 7.4<br>(LIFECARE)<br>INJ IJ<br>500 ml, 24s ea<br>ELECT/MIN, MULTI | | 01 | RX | 550.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7670-09 | NORMOSOL-R PH 7.4<br>(LIFECARE)<br>INJ IJ<br>1000 ml, 12s ea<br>ELECT/MIN, MULTI | | 01 | RX | 332.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7960-09 | NORMOSOL-R W/5% DEXTROSE<br>(LIFECARE)<br>INJ IJ<br>1000 ml, 12s ea<br>DEXTROSE/ELECT | AP | 01 | RX | 255.36 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4417-01 | NUTRIMIX<br>(MACRO EMPTY CONT 250 ML)<br>ACC<br>50s ea<br>DEVICE | | 03 | OTC | 727.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4418-01 | NUTRIMIX<br>(MACRO EMPTY CONT 500 ML)<br>ACC<br>50s ea<br>DEVICE | | 03 | OTC | 749.91 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                   Date

Confidential

Red Book 00406

ABT094-0406

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1758

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| NDC | Description | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-4419-02 | NUTRIMIX<br>(MACRO EMPTY CONT 1000ML)<br>ACC<br>50s ea<br>DEVICE | 03 | OTC | 773.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4425-01 | NUTRIMIX<br>(MACRO EMPTY CONT 2000ML)<br>ACC<br>50s ea<br>DEVICE | 03 | OTC | 818.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4430-01 | NUTRIMIX<br>(MACRO EMPTY CONT 3000ML)<br>ACC<br>50s ea<br>DEVICE | 03 | OTC | 842.53 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4432-01 | NUTRIMIX<br>(MACRO EMPTY CONT 4000ML)<br>ACC<br>50s ea<br>DEVICE | 03 | OTC | 878.16 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7909-02 | NUTRIMIX<br>(MACRO FERRLS FOR CRIMPR)<br>ACC<br>1s ea<br>DEVICE | 03 | OTC | 44.12 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1968-48 | NUTRIMIX<br>(MACRO VENTED ADAPTER)<br>DEV<br>48s ea<br>DEVICE | 03 | RX | 318.06 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

Red Book 00407

ABT094-0407

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

ABT094-0408

Red Book 00408

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-9099-16 | ORAL COLONIC LAVAGE<br>SOL PO<br>4050 ml, 3s ea<br>PEG/POT CL/SOD BICARB/SOD CL/SOD SULF | | 02 | RX | 75.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4646-01 | PANCURONIUM BROMIDE<br>(VIAL, FLIPTOP)<br>INJ IJ  1 MG/ML<br>10 ml, 25s ea<br>PANCURONIUM BROMIDE | AP | 02 | RX | 556.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4645-01 | PANCURONIUM BROMIDE<br>(AMP)<br>INJ IJ  2 MG/ML<br>2 ml, 25s ea<br>PANCURONIUM BROMIDE | AP | 02 | RX | 418.59 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4645-02 | PANCURONIUM BROMIDE<br>(AMP)<br>INJ IJ  2 MG/ML<br>5 ml, 25s ea<br>PANCURONIUM BROMIDE | AP | 02 | RX | 1044.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6517-03 | PCA CONTINUOUS INFUSION-OL<br>(MINIBORE, ANTI-SIPN VLV)<br>SET<br>24s ea<br>DEVICE | | 03 | RX | 177.84 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4831-48 | PCA INJECTOR<br>DEV<br>48s ea<br>DEVICE | | 03 | RX | 90.06 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is        ☐ OK with changes

Signature _____        Date _____

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-6516-03 | PCA LONG W/INJECTOR-OL<br>(MINIBORE, ANTI-SIPN VLV)<br>SET<br>24s ea<br>DEVICE | | 03 | RX | 183.26 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1950-07 | PCA PLUS 2<br>(ENHANCED)<br>DEV<br>24s ea<br>DEVICE | | 03 | RX | 7009.23 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3559-03 | PCA W/INJECTOR-OL<br>(MINIBORE, ANTI-SIPN VLV)<br>SET<br>24s ea<br>DEVICE | | 03 | RX | 177.84 | .00 | .00 | .00 | 04/01/96 |
| 00074-4548-01 | PENTAMIDINE ISETHIONATE<br><br>PDI  IJ   300 MG<br>1s ea<br>PENTAMIDINE ISETHIONATE | AP | 02 | RX | 119.21 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6864-03 | PENTHRANE<br><br>SOL  IH<br>125 ml, 4s ea<br>METHOXYFLURANE | | 01 | RX | 2131.71 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-6864-08 | PENTHRANE<br><br>SOL  IH<br>15 ml, 20s ea<br>METHOXYFLURANE | | 01 | RX | 1709.53 | .00 | 0.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____   Date _____

Confidential

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-6611-01 | PENTHRANE DISPOSABLE INHALER<br>ACC<br>24s ea<br>DEVICE | 03 | OTC | 576.56 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3351-01 | PENTOTHAL<br>(KIT)<br>PDI  IJ   250 MG<br>25s ea<br>THIOPENTAL SODIUM | 01 | CIII | 256.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6241-03 | PENTOTHAL<br>(READY-TO-MIX)<br>PDI  IJ   250 MG<br>25s ea<br>THIOPENTAL SODIUM | 01 | CIII | 237.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6418-01 | PENTOTHAL<br>(READY-TO-MIX)<br>PDI  IJ   250 MG<br>25s ea<br>THIOPENTAL SODIUM | 01 | CIII | 232.75 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3352-01 | PENTOTHAL<br>(KIT)<br>PDI  IJ   400 MG<br>25s ea<br>THIOPENTAL SODIUM | 01 | CIII | 312.31 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6246-03 | PENTOTHAL<br>(READY-TO-MIX)<br>PDI  IJ   400 MG<br>25s ea<br>THIOPENTAL SODIUM | 01 | CIII | 293.31 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____        _____
Signature                      Date

Confidential

ABT094-0410

Red Book 00410

# RED BOOK®

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2226 • Fax (201) 358-1756

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-6419-01 | PENTOTHAL (READY-TO-MIX) PDI  IJ  400 MG 25s ea THIOPENTAL SODIUM | 01 | CIII | 288.56 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3329-01 | PENTOTHAL (KIT) PDI  IJ  500 MG 25s ea THIOPENTAL SODIUM | 01 | CIII | 251.16 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3353-01 | PENTOTHAL (KIT) PDI  IJ  500 MG 25s ea THIOPENTAL SODIUM | 01 | CIII | 349.13 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6243-01 | PENTOTHAL (READY-TO-MIX) PDI  IJ  500 MG 25s ea THIOPENTAL SODIUM | 01 | CIII | 330.72 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6420-01 | PENTOTHAL (READY-TO-MIX) PDI  IJ  500 MG 25s ea THIOPENTAL SODIUM | 01 | CIII | 322.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6244-01 | PENTOTHAL (KIT) PDI  IJ  1 GM 25s ea THIOPENTAL SODIUM | 01 | CIII | 432.55 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                    Date

Confidential

Red Book 00411

ABT094-0411

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6435-01 | PENTOTHAL (W/STERILE WATER COMBO) PDI  IJ   1 GM 25s ea THIOPENTAL SODIUM | 01 | CIII | 434.03 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6259-01 | PENTOTHAL (KIT) PDI  IJ   2.5 GM 25s ea THIOPENTAL SODIUM | 01 | CIII | 958.91 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6260-01 | PENTOTHAL (KIT) PDI  IJ   2.5 GM 25s ea THIOPENTAL SODIUM | 01 | CIII | 933.38 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6108-01 | PENTOTHAL (KIT) PDI  IJ   5 GM 25s ea THIOPENTAL SODIUM | 01 | CIII | 1481.11 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6504-01 | PENTOTHAL (KIT) PDI  IJ   5 GM 25s ea THIOPENTAL SODIUM | 01 | CIII | 1466.86 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7236-04 | PENTOTHAL (ABBO-SERT) SUS  RC   400 MG/GM 1 ml ea THIOPENTAL SODIUM | 01 | CIII | 37.41 | | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

ABT094-0412

Red Book 00412

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800)  222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1317-01 | PHENYTOIN SODIUM (AMP) INJ  IJ   50 MG/ML 2 ml, 25s ea PHENYTOIN SODIUM, PROMPT | AP | 02 | RX | 63.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1317-02 | PHENYTOIN SODIUM (AMP) INJ  IJ   50 MG/ML 5 ml, 25s ea PHENYTOIN SODIUM, PROMPT | AP | 02 | RX | 74.81 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6141-02 | PHYSIOSOL (AQUALITE) SOL  IR 250 ml, 12s ea ELECT/MIN, MULTI | AT | 01 | RX | 258.64 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6141-03 | PHYSIOSOL (AQUALITE) SOL  IR 500 ml, 12s ea ELECT/MIN, MULTI | AT | 01 | RX | 258.64 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6141-09 | PHYSIOSOL (AQUALITE) SOL  IR 1000 ml, 12s ea ELECT/MIN, MULTI | AT | 01 | RX | 300.82 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7012-05 | PHYSIOSOL SOL  IR 1000 ml, 12s ea ELECT/MIN, MULTI | AT | 01 | RX | 96.62 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

_____    _____
Signature                         Date

Confidential

ABT094-0413

Red Book 00413

# RED BOOK

## Product Listing Verification

■ **MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7969-05 | PLEGISOL<br>INJ  IJ<br>1000 ml, 12s ea<br>CARDIOPLEGIC SOLUTION | 01 | RX | 615.32 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2422-02 | PLUM LC 5000<br>(SPEC W/MICROBORE SL 76 )<br>DEV<br>24s ea<br>DEVICE | 03 | RX | 383.61 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-2424-02 | PLUM LC 5000<br>(SOLUSET 150 ML BURET 8L)<br>DEV<br>24s ea<br>DEVICE | 03 | RX | 518.42 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-2425-02 | PLUM LC 5000<br>(SOLUSET BUR. 14 IN DUAL)<br>DEV<br>24s ea<br>DEVICE | 03 | RX | 516.14 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-2427-02 | PLUM LC 5000<br>(NITRO MICRO-SL 107")<br>DEV<br>24s ea<br>DEVICE | 03 | RX | 515.57 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-2507-11 | PLUM LC 5000<br>(INFUSER SYSTEM)<br>DEV<br>1s ea<br>DEVICE | 03 | RX | 5438.51 | .00 | 0.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

_____    _____
Signature                   Date

Confidential

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1Ø
ABBOTT PARK  IL  6ØØ643500

Please Respond By: Ø9/27/96
Contact Name: HARRY ADAMS
Contact Phone: (8ØØ) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ØØØ74-6426-12 | PLUM LC 5ØØØ (PRIM-SL/1Ø4 IN DUAL/VNT) DEV 48s ea DEVICE | Ø3 | RX | 8Ø1.99 | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø4/94 |
| ØØØ74-6427-12 | PLUM LC 5ØØØ (IVX-HP/SL DUAL CHANNEL) DEV 48s ea DEVICE | Ø3 | RX | 12Ø8.97 | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø4/94 |
| ØØØ74-6432-12 | PLUM LC 5ØØØ (PRIM-SL/1Ø4 IN DUAL/NV) DEV 48s ea DEVICE | Ø3 | RX | 8Ø1.99 | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø4/94 |
| ØØØ74-6492-Ø2 | PLUM LC 5ØØØ (ENTRL W/INTGRL CO/1Ø5 ) DEV 24s ea DEVICE | Ø3 | RX | 472.82 | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø4/94 |
| ØØØ74-6498-Ø2 | PLUM LC 5ØØØ (W/MB PIERC PIN/1Ø7 /IVX) DEV 24s ea DEVICE | Ø3 | RX | 518.36 | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø3/95 |
| ØØØ74-9294-Ø1 | PLUM LC 5ØØØ (SECONDARY CONTNR SUPPRT) DEV 1s ea DEVICE | Ø3 | RX | 25.69 | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø4/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                    Date

Confidential

# RED BOOK®

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1479-02 | PLUM LC 5000<br>(40 MM SCREW ETERNAL/98 )<br>SET<br>24s ea<br>DEVICE | 03 | RX | 422.94 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-1735-02 | PLUM LC 5000<br>(MICRODRIP-SL/104 /NV)<br>SET<br>24s ea<br>DEVICE | 03 | RX | 419.52 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-2423-02 | PLUM LC 5000<br>(MICROBORE SL W/IVEX-HP)<br>SET<br>24s ea<br>DEVICE | 03 | RX | 449.16 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-3260-48 | PLUM LC 5000<br>(IV SET-SL NONVENTED)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 137.37 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-6428-02 | PLUM LC 5000<br>(SLST MICRDRP 150X60 BRT)<br>SET<br>24s ea<br>DEVICE | 03 | RX | 513.29 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-6436-02 | PLUM LC 5000<br>(SLST MICRDRP 150ML BRT)<br>SET<br>24s ea<br>DEVICE | 03 | RX | 514.43 | .00 | 0.00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                    Date

Confidential

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-6437-02 | PLUM LC 5000<br>(MODIF.CAP ETRNL SET/98 )<br>SET<br>24s ea<br>DEVICE | 03 | RX | 426.65 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-6445-02 | PLUM LC 5000<br>(SLST W/IVX-HP/150ML BRT)<br>SET<br>24s ea<br>DEVICE | 03 | RX | 619.02 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-6446-02 | PLUM LC 5000<br>(MICRDRP SLST/50 ML BUR)<br>SET<br>24s ea<br>DEVICE | 03 | RX | 608.19 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-6480-12 | PLUM LC 5000<br>(PRIM-SL W/CAP SEC PORT)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 882.36 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-9290-02 | PLUM LC 5000<br>(SOLUSET/150 ML BURET-SL)<br>SET<br>24s ea<br>DEVICE | 03 | RX | 518.42 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-9291-02 | PLUM LC 5000<br>(MICRO SOLU W/IVX/150 ML)<br>SET<br>24s ea<br>DEVICE | 03 | RX | 612.18 | .00 | 0.00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature                                     Date

Confidential

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-9295-01 | PLUM LC 5000 (MINIPOLE) SET 1s ea DEVICE | 03 | RX | 30.18 | .00 | 0.00 | .00 | 04/04/74 |
| 00074-2427-48 | PLUMSET MICRODRIP NITROGLYCERIN-OL (107") SET 48s ea DEVICE | 03 | RX | 1031.13 | .00 | .00 | .00 | 04/01/96 |
| 00074-2422-12 | PLUMSET SPECIALTY MICROBORE PUMP-OL (76") SET 48s ea DEVICE | 03 | RX | 767.22 | .00 | .00 | .00 | 04/01/96 |
| 00074-3294-06 | POTASSIUM ACETATE (VIAL, FLIPTOP, BULK) INJ  IJ   2 MEQ/ML 100 ml, 25s ea POTASSIUM ACETATE | 02 | RX | 411.69 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3294-51 | POTASSIUM ACETATE (VIAL, FLIPTOP, BULK) INJ  IJ   2 MEQ/ML 50 ml, 25s ea POTASSIUM ACETATE | 02 | RX | 245.52 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8183-01 | POTASSIUM ACETATE (VIAL, FLIPTOP) INJ  IJ   2 MEQ/ML 20 ml, 25s ea POTASSIUM ACETATE | 02 | RX | 124.69 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                    Date

Confidential

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7074-26 | POTASSIUM CHLORIDE<br>INJ IJ 100 MEQ/L<br>100 ml, 24s ea<br>POTASSIUM CHLORIDE | AP | 02 | RX | 468.54 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7074-37 | POTASSIUM CHLORIDE<br>INJ IJ 100 MEQ/L<br>100 ml, 80s ea<br>POTASSIUM CHLORIDE | AP | 02 | RX | 1560.85 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7075-14 | POTASSIUM CHLORIDE<br>INJ IJ 200 MEQ/L<br>50 ml, 24s ea<br>POTASSIUM CHLORIDE | AP | 02 | RX | 468.54 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7075-26 | POTASSIUM CHLORIDE<br>INJ IJ 200 MEQ/L<br>100 ml, 24s ea<br>POTASSIUM CHLORIDE | AP | 02 | RX | 468.54 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7075-36 | POTASSIUM CHLORIDE<br>INJ IJ 200 MEQ/L<br>50 ml, 80s ea<br>POTASSIUM CHLORIDE | AP | 02 | RX | 1486.75 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-7075-37 | POTASSIUM CHLORIDE<br>INJ IJ 200 MEQ/L<br>100 ml, 80s ea<br>POTASSIUM CHLORIDE | AP | 02 | RX | 1560.85 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                              Date

Confidential

Red Book 00419

ABT094-0419

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4993-01 | POTASSIUM CHLORIDE (SRN, UNIV ADDITIVE) INJ IJ  1.5 MEQ/ML 20 ml, 25s ea POTASSIUM CHLORIDE | | 02 | RX | 209.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4993-19 | POTASSIUM CHLORIDE (SRN, UNIV ADDITIVE) INJ IJ  1.5 MEQ/ML 20 ml, 10s ea POTASSIUM CHLORIDE | | 02 | RX | 83.72 | .00 | .00 | .00 | 04/01/96 |
| 00074-1497-01 | POTASSIUM CHLORIDE (VIAL, PINTOP) INJ IJ  2 MEQ/ML 10 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 136.27 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1498-01 | POTASSIUM CHLORIDE (VIAL, PINTOP) INJ IJ  2 MEQ/ML 15 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 142.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1499-01 | POTASSIUM CHLORIDE (VIAL, PINTOP) INJ IJ  2 MEQ/ML 20 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 155.56 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1513-02 | POTASSIUM CHLORIDE (VIAL, BULK) INJ IJ  2 MEQ/ML 250 ml, 12s ea POTASSIUM CHLORIDE | AP | 02 | RX | 552.62 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-3987-03 | POTASSIUM CHLORIDE (AMP) INJ IJ 2 MEQ/ML 10 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 84.31 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3934-02 | POTASSIUM CHLORIDE (AMP) INJ IJ 2 MEQ/ML 20 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 102.42 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4931-01 | POTASSIUM CHLORIDE (VIAL, PINTOP) INJ IJ 2 MEQ/ML 5 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 89.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4932-01 | POTASSIUM CHLORIDE (VIAL, PINTOP) INJ IJ 2 MEQ/ML 10 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 95.59 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4939-01 | POTASSIUM CHLORIDE (VIAL, PINTOP) INJ IJ 2 MEQ/ML 20 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 97.38 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4991-01 | POTASSIUM CHLORIDE (SRN) INJ IJ 2 MEQ/ML 5 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 193.86 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                    Date

Confidential

ABT094-0421

Red Book 00421

# **RED BOOK**
## **Product Listing Verification**

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07845-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

Red Book 00422

ABT094-0422

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4991-15 | POTASSIUM CHLORIDE (SRN) INJ IJ  2 MEQ/ML 5 ml, 10s ea POTASSIUM CHLORIDE | AP | 02 | RX | 77.54 | .00 | .00 | .00 | 04/01/96 |
| 00074-4992-18 | POTASSIUM CHLORIDE (SRN, UNIV ADDITIVE) INJ IJ  2 MEQ/ML 10 ml, 10s ea POTASSIUM CHLORIDE | AP | 02 | RX | 79.68 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4994-19 | POTASSIUM CHLORIDE (SRN, UNIV ADDITIVE) INJ IJ  2 MEQ/ML 20 ml, 10s ea POTASSIUM CHLORIDE | AP | 02 | RX | 92.51 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6635-01 | POTASSIUM CHLORIDE (VIAL, FLIPTOP, 10 ML) INJ IJ  2 MEQ/ML 5 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 69.47 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6636-01 | POTASSIUM CHLORIDE (VIAL, FLIPTOP, 30 ML) INJ IJ  2 MEQ/ML 15 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 78.38 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6651-06 | POTASSIUM CHLORIDE (VIAL, FLIPTOP, 20 ML) INJ IJ  2 MEQ/ML 10 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 72.14 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____   Date _____

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800)  222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6653-05 | POTASSIUM CHLORIDE (VIAL, FLIPTOP, 30 ML.) INJ IJ  2 MEQ/ML 20 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 79.56 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7115-09 | POTASSIUM CHLORIDE/SODIUM CHLORIDE INJ IJ  2 MEQ/100 ML-0.9% 1000 ml, 12s ea POT CL/SOD CL | AP | 02 | RX | 317.49 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7116-09 | POTASSIUM CHLORIDE/SODIUM CHLORIDE INJ IJ  4 MEQ/100 ML-0.9% 1000 ml, 12s ea POT CL/SOD CL | AP | 02 | RX | 320.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4201-01 | POTASSIUM PHOSPHATE (BULK ADD) INJ IJ  3 MM/ML 50 ml, 25s ea POTASSIUM PHOSPHATE | | 02 | RX | 464.02 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7295-01 | POTASSIUM PHOSPHATE (VIAL, FLIPTOP) INJ IJ  3 MM/ML 15 ml, 25s ea POTASSIUM PHOSPHATE | | 02 | RX | 146.66 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7296-01 | POTASSIUM PHOSPHATE (VIAL, FLIPTOP) INJ IJ  3 MM/ML 5 ml, 25s ea POTASSIUM PHOSPHATE | | 02 | RX | 92.03 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is     ☐ OK with changes

Signature                                      Date

Confidential

Red Book 00423

ABT094-0423

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1877-68 | PRIMARY NONVENTED IV SET-OL (BACKCHECK, 2-Y-INJ SITE) SET 48s ea DEVICE | | 03 | RX | 587.18 | .00 | .00 | .00 | 04/01/96 |
| 00074-1902-01 | PROCAINAMIDE HCL (VIAL, FLIPTOP) INJ IJ  100 MG/ML 10 ml, 25s ea PROCAINAMIDE HYDROCHLORIDE | AP | 02 | RX | 579.80 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1903-01 | PROCAINAMIDE HCL (VIAL, FLIPTOP) INJ IJ  500 MG/ML 2 ml, 25s ea PROCAINAMIDE HYDROCHLORIDE | AP | 02 | RX | 579.80 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1923-04 | PROCAINE HCL (VIAL, FLIPTOP) INJ IJ  1% 30 ml, 25s ea PROCAINE HYDROCHLORIDE | AP | 02 | RX | 92.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1953-04 | PROCAINE HCL (VIAL, FLIPTOP) INJ IJ  2% 30 ml, 25s ea PROCAINE HYDROCHLORIDE | AP | 02 | RX | 92.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4018-01 | PROVIDER PUMP (72") SET 24s ea DEVICE | | 03 | RX | 1190.73 | .00 | .00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

ABT094-0424

Red Book 00424