# Exhibit 52C

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4829-01 | PROVIDER PUMP (72", NON-VENTED) SET 24s ea DEVICE | | 03 | RX | 997.79 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-6629-02 | QUELICIN CHLORIDE (VIAL, FLIPTOP) INJ IJ  20 MG/ML 10 ml, 25s ea SUCCINYLCHOLINE CHLORIDE | AP | 01 | RX | 97.97 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8065-15 | QUELICIN CHLORIDE (ABBOJECT) INJ IJ  20 MG/ML 5 ml, 10s ea SUCCINYLCHOLINE CHLORIDE | AP | 01 | RX | 112.58 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6642-02 | QUELICIN CHLORIDE (AMP) INJ IJ  50 MG/ML 10 ml, 25s ea SUCCINYLCHOLINE CHLORIDE | | 01 | RX | 140.42 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6970-10 | QUELICIN CHLORIDE (VIAL, FLIPTOP, 20 ML) INJ IJ  100 MG/ML 10 ml, 25s ea SUCCINYLCHOLINE CHLORIDE | | 01 | RX | 216.72 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7982-09 | RINGER'S INJECTION (LIFECARE) INJ IJ 1000 ml, 12s ea RINGER'S SOLUTION | AP | 02 | RX | 163.59 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is       ☐ OK with changes

Signature                     Date

Confidential

ABT094-0425

Red Book 00425

# RED BOOK®

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7982-24 | RINGER'S INJECTION (LIFECARE) INJ  IJ 500 ml, 24s ea RINGER'S SOLUTION | AP | 02 | RX | 286.71 | 0.00 | 0.00 | .00 | 04/01/96 |
| 00074-6140-09 | RINGER'S IRRIGATION (AQUALITE) SOL  IR 1000 ml, 12s ea RINGER'S SOLUTION | AT | 02 | RX | 263.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3193-01 | RITODRINE HCL (AMP) INJ  IJ   10 MG/ML 5 ml, 10s ea RITODRINE HYDROCHLORIDE | AP | 02 | RX | 371.69 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3195-01 | RITODRINE HCL (VIAL, FLIPTOP) INJ  IJ   15 MG/ML 10 ml ea RITODRINE HYDROCHLORIDE | AP | 02 | RX | 133.81 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4792-01 | SADDLE BLOCK-22 (ANESTH TRAY, 3 1/2" NDL) SET 10s ea EPI/LIDO HCL | | 01 | RX | 368.72 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4795-01 | SADDLE BLOCK-25 (ANESTH TRAY, 3 1/2" NDL) SET 10s ea EPI/LIDO HCL | | 01 | RX | 379.05 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____

Date _____

Confidential

ABT094-0426

Red Book 00426

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4745-01 | SADDLE BLOCK-26 (ANESTH TRAY, 3 1/2 NDL) SET 10s ea EPI/LIDO HCL | 01 | RX | 381.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3299-05 | SODIUM ACETATE (VIAL, FLIPTOP, BULK) INJ IJ 2 MEQ/ML 50 ml, 25s ea SODIUM ACETATE | 02 | RX | 224.44 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3299-06 | SODIUM ACETATE (VIAL, FLIPTOP, BULK) INJ IJ 2 MEQ/ML 100 ml, 25s ea SODIUM ACETATE | 02 | RX | 398.41 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7299-01 | SODIUM ACETATE (VIAL, FLIPTOP) INJ IJ 2 MEQ/ML 20 ml, 25s ea SODIUM ACETATE | 02 | RX | 120.53 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5534-34 | SODIUM BICARBONATE (ABBOJECT, LIFESHIELD) INJ IJ 4.2% 10 ml, 10s ea SODIUM BICARBONATE | 02 | RX | 150.10 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4916-34 | SODIUM BICARBONATE (ABBOJECT, LIFESHIELD) INJ IJ 7.5% 50 ml, 10s ea SODIUM BICARBONATE | 02 | RX | 207.10 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____     Date _____

Confidential

Red Book 00427

ABT094-0427

# RED BOOK®

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4900-34 | SODIUM BICARBONATE (ABBOJECT) INJ IJ   8.4% 10 ml, 10s ea SODIUM BICARBONATE | 02 | RX | 148.44 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6637-34 | SODIUM BICARBONATE (LIFESHIELD, 18GX1-1/2) INJ IJ   8.4% 50 ml, 10s ea SODIUM BICARBONATE | 02 | RX | 209.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5534-18 | SODIUM BICARBONATE SOLUTION (ABBOJECT, 21GX1-1/2) INJ IJ   4.2% 10 ml, 10s ea SODIUM BICARBONATE | 02 | RX | 136.21 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1594-03 | SODIUM BICARBONATE SOLUTION INJ IJ   5% 500 ml, 12s ea SODIUM BICARBONATE | 02 | RX | 518.84 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4103-03 | SODIUM BICARBONATE SOLUTION (AMP) INJ IJ   7.5% 50 ml, 25s ea SODIUM BICARBONATE | 02 | RX | 195.64 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4916-22 | SODIUM BICARBONATE SOLUTION (ABBOJECT, 18GX1-1/2) INJ IJ   7.5% 50 ml, 10s ea SODIUM BICARBONATE | 02 | RX | 192.97 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____        Date _____

Confidential

ABT094-0428

Red Book 00428

# RED BOOK

## Product Listing Verification

■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4900-1B | SODIUM BICARBONATE SOLUTION (ABBOJECT, 21GX1-1/2) INJ IJ  8.4% 10 ml, 10s ea SODIUM BICARBONATE | | 02 | RX | 134.31 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6625-02 | SODIUM BICARBONATE SOLUTION INJ IJ  8.4% 50 ml, 25s ea SODIUM BICARBONATE | | 02 | RX | 175.75 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6637-22 | SODIUM BICARBONATE SOLUTION (ABBOJECT, 18GX1-1/2) INJ IJ  8.4% 50 ml, 10s ea SODIUM BICARBONATE | | 02 | RX | 195.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7132-02 | SODIUM CHLORIDE (ADD-VANTAGE) INJ IJ  0.45% 250 ml, 24s ea SODIUM CHLORIDE | AP | 02 | RX | 351.12 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7132-13 | SODIUM CHLORIDE (ADD-VANTAGE) INJ IJ  0.45% 50 ml, 48s ea SODIUM CHLORIDE | AP | 02 | RX | 579.69 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7132-23 | SODIUM CHLORIDE (ADD-VANTAGE) INJ IJ  0.45% 100 ml, 48s ea SODIUM CHLORIDE | AP | 02 | RX | 579.69 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature

Date

Confidential

ABT094-0429

Red Book 00429

# **RED BOOK**

## **Product Listing Verification**

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

Please Respond By: 07/27/96

Contact Name: HARRY ADAMS

Contact Phone:(800)  222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7730-20 | SODIUM CHLORIDE (QUAD-PK) INJ  IJ   0.45% 25 ml, 48s ea SODIUM CHLORIDE | AP | 02 | RX | 792.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7730-36 | SODIUM CHLORIDE INJ  IJ   0.45% 50 ml, 80s ea SODIUM CHLORIDE | AP | 02 | RX | 1320.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7730-37 | SODIUM CHLORIDE INJ  IJ   0.45% 100 ml, 80s ea SODIUM CHLORIDE | AP | 02 | RX | 1320.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7985-02 | SODIUM CHLORIDE INJ  IJ   0.45% 250 ml, 24s ea SODIUM CHLORIDE | AP | 02 | RX | 255.93 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7985-03 | SODIUM CHLORIDE (LIFECARE) INJ  IJ   0.45% 500 ml, 24s ea SODIUM CHLORIDE | AP | 02 | RX | 255.93 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7985-09 | SODIUM CHLORIDE (LIFECARE) INJ  IJ   0.45% 1000 ml, 12s ea SODIUM CHLORIDE | AP | 02 | RX | 143.93 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                              Date

Confidential

Red Book 00430

ABT094-0430

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R1Ø
ABBOTT PARK  IL  6ØØ643500

Please Respond By: Ø9/27/96
Contact Name: HARRY ADAMS
Contact Phone: (8ØØ) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ØØ074-1492-Ø1 | SODIUM CHLORIDE (VIAL, 15Ø ML PRESS PNTP) INJ IJ  Ø.9% 1ØØ ml, 25s ea SODIUM CHLORIDE | AP | Ø2 | RX | 1Ø6.5Ø | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø1/96 |
| ØØ074-1493-Ø1 | SODIUM CHLORIDE (1ØØ ML PRESS.PNTOP VIAL) INJ IJ  Ø.9% 5Ø ml, 25s ea SODIUM CHLORIDE | AP | Ø2 | RX | 1Ø2.42 | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø1/96 |
| ØØ074-1583-Ø1 | SODIUM CHLORIDE INJ IJ  Ø.9% 15Ø ml, 12s ea SODIUM CHLORIDE | AP | Ø2 | RX | 127.97 | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø1/96 |
| ØØ074-1583-Ø2 | SODIUM CHLORIDE INJ IJ  Ø.9% 25Ø ml, 12s ea SODIUM CHLORIDE | AP | Ø2 | RX | 127.97 | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø1/96 |
| ØØ074-1584-Ø1 | SODIUM CHLORIDE (15Ø ML CONTAINER) INJ IJ  Ø.9% 5Ø ml, 12s ea SODIUM CHLORIDE | AP | Ø2 | RX | 2Ø7.34 | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø1/96 |
| ØØ074-1584-11 | SODIUM CHLORIDE (15Ø ML CONTAINER) INJ IJ  Ø.9% 1ØØ ml, 12s ea SODIUM CHLORIDE | AP | Ø2 | RX | 2Ø7.34 | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø1/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is       ☐ OK with changes

Signature _____   Date _____

Confidential

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-2102-01 | SODIUM CHLORIDE (FLIPTOP, LIFESHIELD) INJ IJ 0.9% 10 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 43.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2102-02 | SODIUM CHLORIDE (VIAL) INJ IJ 0.9% 2 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 26.42 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2102-05 | SODIUM CHLORIDE (VIAL) INJ IJ 0.9% 5 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 27.02 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4888-10 | SODIUM CHLORIDE (VIAL, FLIPTOP, ADDITIVE) INJ IJ 0.9% 10 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 41.27 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4888-20 | SODIUM CHLORIDE (VIAL, FLIPTOP, ADDITIVE) INJ IJ 0.9% 20 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 48.09 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4888-50 | SODIUM CHLORIDE (VIAL, FLIPTOP, ADDITIVE) INJ IJ 0.9% 50 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 71.84 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                          Date

Confidential

ABT094-0432

Red Book 00432

# RED BOOK

## Product Listing Verification

**■MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

Red Book 00433

ABT094-0433

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4888-99 | SODIUM CHLORIDE (VIAL, FLIPTOP, ADDITIVE) INJ IJ 0.9% 100 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 94.11 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7101-02 | SODIUM CHLORIDE (ADD-VANTAGE, LIFECARE) INJ IJ 0.9% 250 ml, 24s ea SODIUM CHLORIDE | AP | 02 | RX | 351.12 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7101-13 | SODIUM CHLORIDE (P.F.,ADD-VANT,LIFECARE) INJ IJ 0.9% 50 ml, 48s ea SODIUM CHLORIDE | AP | 02 | RX | 579.69 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7101-23 | SODIUM CHLORIDE (P.F.,ADD-VANT,LIFECARE) INJ IJ 0.9% 100 ml, 48s ea SODIUM CHLORIDE | AP | 02 | RX | 579.69 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7983-02 | SODIUM CHLORIDE (LIFECARE, PLASTIC) INJ IJ 0.9% 250 ml, 24s ea SODIUM CHLORIDE | AP | 02 | RX | 240.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7983-03 | SODIUM CHLORIDE (LIFECARE, PLASTIC CONT) INJ IJ 0.9% 500 ml, 24s ea SODIUM CHLORIDE | AP | 02 | RX | 240.83 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature                                    Date

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 07/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7983-09 | SODIUM CHLORIDE (LIFECARE, PLASTIC CONT) INJ IJ 0.9% 1000 ml, 12s ea SODIUM CHLORIDE | AP | 02 | RX | 130.53 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7983-53 | SODIUM CHLORIDE (LIFECARE, PLASTIC) INJ IJ 0.9% 250 ml, 24s ea SODIUM CHLORIDE | AP | 02 | RX | 240.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7983-61 | SODIUM CHLORIDE (LIFECARE, PLASTIC) INJ IJ 0.9% 150 ml, 32s ea SODIUM CHLORIDE | AP | 02 | RX | 321.10 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7984-20 | SODIUM CHLORIDE (LIFECARE, QUAD PACK) INJ IJ 0.9% 25 ml, 48s ea SODIUM CHLORIDE | AP | 02 | RX | 792.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7984-36 | SODIUM CHLORIDE (LIFECARE) INJ IJ 0.9% 50 ml, 80s ea SODIUM CHLORIDE | AP | 02 | RX | 860.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7984-37 | SODIUM CHLORIDE (LIFECARE) INJ IJ 0.9% 100 ml, 80s ea SODIUM CHLORIDE | AP | 02 | RX | 860.70 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature                                Date

Confidential

ABT094-0434

Red Book 00434

# RED BOOK®

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4219-02 | SODIUM CHLORIDE (BULK ADDITIVE SOLUTION) INJ  IJ   2.5% 250 ml, 12s ea SODIUM CHLORIDE | 02 | RX | 322.48 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1586-03 | SODIUM CHLORIDE  INJ  IJ   5% 500 ml, 12s ea SODIUM CHLORIDE | 02 | RX | 157.32 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6657-73 | SODIUM CHLORIDE (VIAL, FLIPTOP, 50MEQ) INJ  IJ   14.6% 20 ml, 25s ea SODIUM CHLORIDE | 02 | RX | 104.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6660-75 | SODIUM CHLORIDE (VIAL, FLIPTOP, ADDITIVE) INJ  IJ   14.6% 40 ml, 25s ea SODIUM CHLORIDE | 02 | RX | 111.33 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1130-02 | SODIUM CHLORIDE  INJ  IJ   23.4% 250 ml, 12s ea SODIUM CHLORIDE | 02 | RX | 101.46 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1141-01 | SODIUM CHLORIDE (VIAL, FLIPTOP, BULK PKG) INJ  IJ   23.4% 50 ml, 25s ea SODIUM CHLORIDE | 02 | RX | 130.33 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

ABT094-0435

Red Book 00435

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1141-02 | SODIUM CHLORIDE (VIAL, FLIPTOP, BULK PKG) INJ IJ  23.4% 100 ml, 25s ea SODIUM CHLORIDE | | 02 | RX | 164.77 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6147-06 | SODIUM CHLORIDE (AQUALITE) SOL IR  0.45% 1500 ml, 8s ea SODIUM CHLORIDE | AT | 02 | RX | 170.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7975-07 | SODIUM CHLORIDE  SOL IR  0.45% 2000 ml, 6s ea SODIUM CHLORIDE | AT | 02 | RX | 72.82 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6138-02 | SODIUM CHLORIDE (AQUALITE) SOL IR  0.9% 250 ml, 12s ea SODIUM CHLORIDE | AT | 02 | RX | 152.90 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6138-03 | SODIUM CHLORIDE (AQUALITE) SOL IR  0.9% 500 ml, 12s ea SODIUM CHLORIDE | AT | 02 | RX | 152.90 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7138-06 | SODIUM CHLORIDE (AQUALITE W/HANGER) SOL IR  0.9% 1500 ml, 8s ea SODIUM CHLORIDE | AT | 02 | RX | 169.20 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is       ☐ OK with changes

Signature _____    Date _____

Confidential

Red Book 00436

ABT094-0436

# RED BOOK
## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7138-09 | SODIUM CHLORIDE (AQUALITE W/HANGER) SOL IR 0.9% 1000 ml, 12s ea SODIUM CHLORIDE | AT | 02 | RX | | 187.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7972-05 | SODIUM CHLORIDE (FLEXIBLE CONTAINER) SOL IR 0.9% 1000 ml, 12s ea SODIUM CHLORIDE | AT | 02 | RX | | 94.48 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7972-07 | SODIUM CHLORIDE (FLEXIBLE CONTAINER) SOL IR 0.9% 2000 ml, 6s ea SODIUM CHLORIDE | AT | 02 | RX | | 72.82 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7972-08 | SODIUM CHLORIDE (FLEXIBLE CONTAINER) SOL IR 0.9% 3000 ml, 4s ea SODIUM CHLORIDE | AT | 02 | RX | | 72.68 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1966-04 | SODIUM CHLORIDE BACTERIOSTATIC (VIAL, FLIPTOP) INJ IJ 0.9% 10 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | | 38.00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1966-05 | SODIUM CHLORIDE BACTERIOSTATIC (VIAL, FLIPTOP) INJ IJ 0.9% 20 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | | 43.64 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is      ☐ OK with changes

Signature _____      Date _____

Confidential

ABT094-0437

Red Book 00437

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1766

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6893

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-1966-07 | SODIUM CHLORIDE BACTERIOSTATIC (VIAL, FLIPTOP PLASTIC) INJ IJ 0.9% 30 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | | 48.39 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7067-10 | SODIUM CHLORIDE BACTERIOSTATIC (VIAL, FLIPTOP-LS) INJ IJ 0.9% 10 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | | 41.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7067-30 | SODIUM CHLORIDE BACTERIOSTATIC (VIAL, FLIPTOP-LS) INJ IJ 0.9% 30 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | | 84.91 | .00 | .00 | .00 | 04/01/96 |
| 00074-3469-13 | SODIUM CHLORIDE/TOBRAMYCIN SULFATE (PREMIX) INJ IJ 0.9%-60 MG/50 ML 50 ml, 24s ea SOD CL/TOBRAMYCIN SULF | | 02 | RX | | 352.26 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3470-23 | SODIUM CHLORIDE/TOBRAMYCIN SULFATE (PREMIX) INJ IJ 0.9%-80 MG/100 ML 100 ml, 24s ea SOD CL/TOBRAMYCIN SULF | | 02 | RX | | 369.08 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1984-14 | SODIUM CHLORIDE/TOBRAMYCIN SULFATE INJ IJ 0.9%-80 MG/50 ML 50 ml, 24s ea SOD CL/TOBRAMYCIN SULF | | 02 | RX | | 369.08 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                     Date

Confidential

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7987-03 | SODIUM LACTATE (LIFECARE) INJ IJ   167 MEQ/L 500 ml, 24s ea SODIUM LACTATE | AP | 02 | RX | 376.49 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6664-02 | SODIUM LACTATE (VIAL, FLIPTOP) INJ IJ   5 MEQ/ML 10 ml, 25s ea SODIUM LACTATE | | 02 | RX | 129.44 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3295-51 | SODIUM PHOSPHATE (VIAL, FLIPTOP, BULK) INJ IJ   3 MM/ML 50 ml, 25s ea SODIUM PHOSPHATE | | 02 | RX | 263.92 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7391-72 | SODIUM PHOSPHATE (VIAL, FLIPTOP) INJ IJ   3 MM/ML 15 ml, 25s ea SODIUM PHOSPHATE | | 02 | RX | 130.63 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1294-01 | SOLUSET (VENT/150X15 PUMP SET-SL) SET 24s ea DEVICE | | 03 | OTC | 503.03 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-1717-02 | SOLUSET (250X15 W/CAIR CLAMP) SET 20s ea DEVICE | | 03 | OTC | 659.06 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

ABT094-0439

Red Book 00439

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1726-02 | SOLUSET (100X15 W/CAIR, VENTED) SET 20s ea DEVICE | 03 | OTC | 470.96 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1753-02 | SOLUSET (150X15 PUMP SET, VENTED) SET 24s ea DEVICE | 03 | OTC | 503.03 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-1770-01 | SOLUSET (150X15 W/UPR-Y/IVEX-HP) SET 24s ea DEVICE | 03 | OTC | 606.20 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-1816-01 | SOLUSET (150X15W/UPR-Y/IVX-HP/NV) SET 24s ea DEVICE | 03 | OTC | 636.69 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-1817-01 | SOLUSET (150X15 PUMP SET, NV) SET 24s ea DEVICE | 03 | OTC | 503.03 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-1864-68 | SOLUSET (NV,150X60 FILTER W/CAIR) SET 20s ea DEVICE | 03 | OTC | 514.66 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is       ☐ OK with changes

Signature _____   Date _____

Confidential

Red Book 00440

ABT094-0440

# RED BOOK

## Product Listing Verification

**■MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6893

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1876-68 | SOLUSET<br>(NV,150X60 W/CAIR CLAMP)<br>SET<br>20s ea<br>DEVICE | 03 | OTC | 481.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1882-68 | SOLUSET<br>(150X60 W/CAIR CLAMP)<br>SET<br>20s ea<br>DEVICE | 03 | OTC | 501.84 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1991-68 | SOLUSET<br>(150X60/IVEX-2 FILT&CAIR)<br>SET<br>20s ea<br>DEVICE | 03 | OTC | 593.51 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3090-02 | SOLUSET<br>(50X15 I.V. PUMP-SL)<br>SET<br>24s ea<br>DEVICE | 03 | OTC | 611.90 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-4965-68 | SOLUSET<br>(100X60 W/CAIR, VENTED)<br>SET<br>20s ea<br>DEVICE | 03 | OTC | 486.88 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4966-68 | SOLUSET<br>(150X60 W/CAIR CLAMP)<br>SET<br>20s ea<br>DEVICE | 03 | OTC | 534.85 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is      ☐ OK with changes

Signature _____     Date _____

Confidential

Red Book 00441

ABT094-0441

# **RED BOOK**

## **Product Listing Verification**

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6983

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-6412-01 | SOLUSET<br>(50X60 FLTR W/CAIR CLAMP)<br>SET<br>20s ea<br>DEVICE | | 03 | OTC | 489.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9245-68 | SOLUSET<br>(50X60 I.V. MICRO PMP-SL)<br>SET<br>24s ea<br>DEVICE | | 03 | OTC | 600.50 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-9246-68 | SOLUSET<br>(50X60 MICRO PUMP/Y/IVEX)<br>SET<br>24s ea<br>DEVICE | | 03 | OTC | 607.62 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-9247-68 | SOLUSET<br>(150X60 I.V. PUMP SET)<br>SET<br>24s ea<br>DEVICE | | 03 | OTC | 505.59 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-9248-68 | SOLUSET<br>(150X60 MICRO PMP/Y/IVEX)<br>SET<br>24s ea<br>DEVICE | | 03 | OTC | 599.36 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-6144-06 | SORBITOL-MANNITOL<br>(AQUALITE)<br>SOL  IR   540 MG-2.7 GM/100 ML<br>1500 ml, 8s ea<br>MANNITOL/SORBITOL | AT | 02 | RX | 239.40 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____          _____
Signature                                          Date

Confidential

# **RED BOOK**

## **Product Listing Verification**

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228 • Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7981-08 | SORBITOL-MANNITOL | AT | 02 | RX | 89.68 | .00 | 0.00 | .00 | 04/01/96 |
| | SOL IR   540 MG-2.7 GM/100 ML | | | | | | | | |
| | 3000 ml, 4s ea | | | | | | | | |
| | MANNITOL/SORBITOL | | | | | | | | |
| 00074-4764-01 | SPINAL-22 | | 01 | RX | 327.28 | .00 | 0.00 | .00 | 04/01/96 |
| | (ANESTHESIA TRAY) | | | | | | | | |
| | SET | | | | | | | | |
| | 10s ea | | | | | | | | |
| | DEXTROSE/PROC/TETRA | | | | | | | | |
| 00074-3716-01 | SPINAL-22 W/BUPIVACAINE | | 01 | RX | 366.11 | .00 | 0.00 | .00 | 04/01/96 |
| | INJ IJ | | | | | | | | |
| | 10 ml, 10s ea | | | | | | | | |
| | BUPIV/DEXTROSE/EPH/EPI | | | | | | | | |
| 00074-4733-01 | SPINAL-22 W/TETRACAINE | | 01 | RX | 348.77 | .00 | 0.00 | .00 | 04/01/96 |
| | (ANESTH TRAY, 3 1/2 NDL) | | | | | | | | |
| | SET IJ | | | | | | | | |
| | 10s ea | | | | | | | | |
| | EPH SULF/TETRA | | | | | | | | |
| 00074-4788-02 | SPINAL-22 W/TETRACAINE | | 01 | RX | 433.68 | .00 | 0.00 | .00 | 04/01/96 |
| | (ANESTH TRAY, 3 1/2" NDL) | | | | | | | | |
| | SET IJ | | | | | | | | |
| | 10s ea | | | | | | | | |
| | EPH SULF/TETRA | | | | | | | | |
| 00074-4773-01 | SPINAL-22 W/TETRACAINE/EPINEPH | | 01 | RX | 349.84 | .00 | 0.00 | .00 | 04/01/96 |
| | (ANESTH TRAY, 3 1/2 NDL) | | | | | | | | |
| | SET IJ | | | | | | | | |
| | 10s ea | | | | | | | | |
| | EPH SULF/EPI HCL/TETRA | | | | | | | | |

Instructions: Please make corrections directly on this printout.

❏ OK as is     ❏ OK with changes

Signature _____     Date _____

Confidential

# RED BOOK

## Product Listing Verification

**■MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4805-02 | SPINAL-22 WHITACRE<br>(ANESTH TRAY, 3 1/2" NDL)<br>SET  IJ<br>10s ea<br>EPH SULF/EPI HCL/TETRA | 01 | RX | 459.44 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4804-01 | SPINAL-22 WHITACRE W/LIDOCAINE<br>(ANESTHESIA TRAY)<br>SET<br>10s ea<br>LIDOCAINE HYDROCHLORIDE | 01 | RX | 459.44 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4766-01 | SPINAL-25<br>(ANESTHESIA TRAY W/INTRO)<br>SET<br>10s ea<br>DEXTROSE/PROC/TETRA | 01 | RX | 330.48 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3717-01 | SPINAL-25 W/BUPIVACAINE<br><br>INJ  IJ<br>10 ml, 10s ea<br>BUPIV/DEXTROSE/EPH/EPI | 01 | RX | 381.19 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4735-01 | SPINAL-25 W/TETRACAINE<br>(W/O INTRO 3 1/2 NDL)<br>SET  IJ<br>10s ea<br>EPH SULF/TETRA | 01 | RX | 355.18 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4790-02 | SPINAL-25 W/TETRACAINE<br>(ANESTH TRAY, 3 1/2" NDL)<br>SET  IJ<br>10s ea<br>EPH SULF/TETRA | 01 | RX | 444.24 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                             Date

Confidential

# RED BOOK®

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4774-01 | SPINAL-25 W/TETRACAINE/EPINEPH (ANESTH TRAY, 3 1/2 NDL) SET  IJ 10s ea EPH SULF/EPI HCL/TETRA | 01 | RX | 357.20 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3099-01 | SPINAL-26 W/BUPIVACAINE  SET  IJ 10s ea BUPIV/EPH/EPI | 01 | RX | 381.19 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4796-01 | SPINAL-26 W/TETRACAINE (ANESTH TRAY, 3 1/2" NDL) SET  IJ 10s ea EPH SULF/EPI HCL/TETRA | 01 | RX | 381.19 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5816-11 | STERILE EMPTY CONTAINER (VIAL, FLIPTOP, 10 ML) ACC 25s ea DEVICE | 03 | OTC | 35.33 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5816-31 | STERILE EMPTY CONTAINER (VIAL, FLIPTOP, 30 ML) ACC 25s ea DEVICE | 03 | OTC | 41.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5829-10 | STERILE EMPTY CONTAINER (VIAL, TEARDROP, 10 ML) ACC 25s ea DEVICE | 03 | OTC | 35.33 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____

Date _____

Confidential

ABT094-0445

Red Book 00445

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1766

Please Respond By:07/27/96
Contact Name:HARRY ADAMS
Contact Phone:(800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-5829-30 | STERILE EMPTY CONTAINER<br>(VIAL, TEARDROP, 30 ML)<br>ACC<br>25s ea<br>DEVICE | | 03 | OTC | 41.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6021-03 | STERILE EMPTY CONTAINER<br>(VIAL & INJECTOR)<br>ACC<br>25s ea<br>DEVICE | | 03 | OTC | 304.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7907-07 | STERILE WATER RESPIRATORY THERAPY<br>SOL  IH<br>2000 ml, 6s ea<br>WATER, STERILE | | 02 | RX | 76.38 | .00 | 0.00 | .00 | 04/01/96 |
| 00007-5082-16 | TAZICEF<br>(VIAL)<br>PDI  IJ   1 GM<br>25s ea<br>CEFTAZIDIME | AP | 01 | RX | 461.94 | .00 | 0.00 | .00 | 04/01/96 |
| 00007-5083-11 | TAZICEF<br>(P.B.)<br>PDI  IJ   1 GM<br>10s ea<br>CEFTAZIDIME | AP | 01 | RX | 189.53 | .00 | 0.00 | .00 | 04/01/96 |
| 00007-5090-16 | TAZICEF<br>(ADD-VANTAGE)<br>PDI  IJ   1 GM<br>25s ea<br>CEFTAZIDIME | AP | 01 | RX | 467.58 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____   Date _____

Confidential

ABT094-0446

Red Book 00446

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07845-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6983

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00007-5084-11 | TAZICEF (VIAL) PDI IJ 2 GM 10s ea CEFTAZIDIME | AP | 01 | RX | 369.55 | .00 | 0.00 | .00 | 04/01/96 |
| 00007-5085-11 | TAZICEF (P.B.) PDI IJ 2 GM 10s ea CEFTAZIDIME | AP | 01 | RX | 374.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00007-5091-11 | TAZICEF (ADD-VANTAGE) PDI IJ 2 GM 10s ea CEFTAZIDIME | AP | 01 | RX | 374.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00007-5086-11 | TAZICEF (VIAL, BULK) PDI IJ 6 GM 10s ea CEFTAZIDIME | AP | 01 | RX | 1075.40 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1593-04 | THAM INJ IJ 3.6 GM/100 ML 500 ml, 6s ea TROMETHAMINE | | 01 | RX | 884.57 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6550-22 | TICAR (VIAL) PDI IJ 1 GM 10s ea TICARCILLIN DISODIUM | | 01 | RX | 38.71 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____   Date _____

Confidential

ABT094-0447

Red Book 00447

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | AWP | WAC | | |
|---|---|---|---|---|---|---|---|---|---|
| 00029-6552-87 | TICAR (ADD-VANTAGE) PDI IJ 3 GM 10s ea TICARCILLIN DISODIUM | | 01 | RX | 119.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6552-21 | TICAR (P.B.) PDI IJ 3 GM 10s ea TICARCILLIN DISODIUM | | 01 | RX | 124.09 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6552-26 | TICAR (VIAL) PDI IJ 3 GM 10s ea TICARCILLIN DISODIUM | | 01 | RX | 116.02 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6558-21 | TICAR (VIAL, BULK) PDI IJ 20 GM 10s ea TICARCILLIN DISODIUM | | 01 | RX | 712.62 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6559-21 | TICAR (VIAL, BULK) PDI IJ 30 GM 10s ea TICARCILLIN DISODIUM | | 01 | RX | 1046.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3254-03 | TOBRAMYCIN SULFATE (VIAL, ADD-VANTAGE) INJ IJ 10 MG/ML 6 ml, 25s ea TOBRAMYCIN SULFATE | AP | 02 | RX | 255.61 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____        Date _____

Confidential

ABT094-0448

Red Book 00448

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By 09/27/96

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-3255-03 | TOBRAMYCIN SULFATE (VIAL, ADD-VANTAGE) INJ IJ  10 MG/ML 8 ml, 25s ea TOBRAMYCIN SULFATE | AP | 02 | RX | 286.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3577-01 | TOBRAMYCIN SULFATE (VIAL, FLIPTOP) INJ IJ  10 MG/ML 2 ml, 25s ea TOBRAMYCIN SULFATE | AP | 02 | RX | 130.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3578-01 | TOBRAMYCIN SULFATE (VIAL, FLIPTOP) INJ IJ  40 MG/ML 2 ml, 25s ea TOBRAMYCIN SULFATE | AP | 02 | RX | 257.98 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3582-01 | TOBRAMYCIN SULFATE (SRN) INJ IJ  40 MG/ML 1 ml, 25s ea TOBRAMYCIN SULFATE | AP | 02 | RX | 249.38 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3583-01 | TOBRAMYCIN SULFATE (SRN) INJ IJ  40 MG/ML 2 ml, 25s ea TOBRAMYCIN SULFATE | AP | 02 | RX | 279.95 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3590-02 | TOBRAMYCIN SULFATE (VIAL, BULK) INJ IJ  40 MG/ML 50 ml ea TOBRAMYCIN SULFATE | AP | 02 | RX | 258.06 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                      Date

Confidential

ABT094-0449

Red Book 00449

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00029-6600-24 | TOTACILLIN-N (VIAL) PDI IJ 250 MG 10s ea AMPICILLIN SODIUM | AP | 05 | RX | | 16.57 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6605-24 | TOTACILLIN-N (VIAL) PDI IJ 500 MG 10s ea AMPICILLIN SODIUM | AP | 05 | RX | | 13.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6610-07 | TOTACILLIN-N (ADD-VANTAGE) PDI IJ 1 GM 10s ea AMPICILLIN SODIUM | AP | 05 | RX | | 23.04 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6610-21 | TOTACILLIN-N (P.B.) PDI IJ 1 GM 10s ea AMPICILLIN SODIUM | AP | 05 | RX | | 29.33 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6610-25 | TOTACILLIN-N (VIAL) PDI IJ 1 GM 10s ea AMPICILLIN SODIUM | AP | 05 | RX | | 19.36 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6612-07 | TOTACILLIN-N (ADD-VANTAGE) PDI IJ 2 GM 10s ea AMPICILLIN SODIUM | AP | 05 | RX | | 35.51 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is      ☐ OK with changes

_____      _____
Signature                            Date

Confidential

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00029-6612-21 | TOTACILLIN-N<br>(P.B.)<br>PDI  IJ   2 GM<br>10s ea<br>AMPICILLIN SODIUM | AP | 05 | RX | 38.00 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6612-22 | TOTACILLIN-N<br>(VIAL)<br>PDI  IJ   2 GM<br>10s ea<br>AMPICILLIN SODIUM | AP | 05 | RX | 31.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6613-21 | TOTACILLIN-N<br>(VIAL, BULK)<br>PDI  IJ   10 GM<br>10s ea<br>AMPICILLIN SODIUM | AP | 05 | RX | 171.48 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3236-01 | TPN ELECTROLYES II<br>(VIAL, FLIPTOP)<br>INJ  IJ<br>20 ml, 25s ea<br>ELECT/MIN, MULTI | | 02 | RX | 202.17 | .00 | 0.00 | .00 | 04/01/95 |
| 00074-3297-06 | TPN ELECTROLYES II<br>(VIAL, FLIPTOP, BULK)<br>INJ  IJ<br>100 ml, 25s ea<br>ELECT/MIN, MULTI | | 02 | RX | 667.97 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3296-06 | TPN ELECTROLYTES<br>(VIAL, FLIPTOP, BULK)<br>INJ  IJ<br>100 ml, 25s ea<br>ELECT/MIN, MULTI | | 01 | RX | 647.78 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____          _____
Signature                                        Date

Confidential

ABT094-0451

Red Book 00451

# RED BOOK
## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**■MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1766

Please Respond By: 09/27/96

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-5779-01 | TPN ELECTROLYTES (VIAL, FLIPTOP) INJ IJ 20 ml, 25s ea ELECT/MIN, MULTI | 01 | RX | 195.94 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5881-01 | TPN ELECTROLYTES (VIAL, PINTOP) INJ IJ 20 ml, 25s ea ELECT/MIN, MULTI | 01 | RX | 250.27 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5882-19 | TPN ELECTROLYTES (SRN) INJ IJ 20 ml, 10s ea ELECT/MIN, MULTI | 01 | RX | 128.61 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3298-06 | TPN ELECTROLYTES III (VIAL, FLIPTOP, BULK) INJ IJ 100 ml, 25s ea ELECT/MIN, MULTI | 01 | RX | 667.97 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3844-01 | TPN ELECTROLYTES III (VIAL, FLIPTOP) INJ IJ 20 ml, 25s ea ELECT/MIN, MULTI | 01 | RX | 202.17 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4088-01 | TRACE METALS (VIAL, PINTOP) INJ IJ 5 ml, 25s ea MINERALS, MULTI | 02 | RX | 179.31 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

# RED BOOK

## Product Listing Verification

■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4592-10 | TRACE METALS (VIAL, FLIPTOP) INJ IJ 5 ml, 25s ea MINERALS, MULTI | | 02 | RX | 118.75 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4592-50 | TRACE METALS (VIAL, FLIPTOP) INJ IJ 50 ml, 25s ea MINERALS, MULTI | | 02 | RX | 1217.19 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4623-15 | TRACE METALS (SRN, UNIV. ADDITIVE) INJ IJ 5 ml, 10s ea MINERALS, MULTI | | 02 | RX | 93.93 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3386-04 | TUBOCURARINE CHLORIDE (VIAL, FLIPTOP) INJ IJ  3 MG/ML 20 ml, 25s ea TUBOCURARINE CHLORIDE | AP | 02 | RX | 483.91 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8066-15 | TUBOCURARINE CHLORIDE (ABBOJECT) INJ IJ  3 MG/ML 5 ml, 10s ea TUBOCURARINE CHLORIDE | AP | 02 | RX | 136.21 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4456-02 | ULTANE LIQ IH 250 ml ea SEVOFLURANE | | 01 | RX | 308.22 | .00 | 0.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____    Date _____

Confidential

Red Book 00453

ABT094-0453

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1592-02 | UREAPHIL<br>PDI IJ 40 GM<br>1s ea<br>UREA | | 01 | RX | 73.77 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7168-09 | UROLOGIC G<br>(AQUALITE W/HANGER)<br>SOL IR<br>1000 ml, 12s ea<br>CIT ACID/MG OXIDE/SOD BICARB | AT | 05 | RX | 374.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4332-01 | VANCOMYCIN HCL<br>(VIAL, FLIPTOP)<br>PDI IJ 500 MG<br>10s ea<br>VANCOMYCIN HYDROCHLORIDE | AP | 02 | RX | 330.13 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6534-01 | VANCOMYCIN HCL<br>(ADD-VANTAGE)<br>PDI IJ 500 MG<br>10s ea<br>VANCOMYCIN HYDROCHLORIDE | AP | 02 | RX | 118.87 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6533-01 | VANCOMYCIN HCL<br>(VIAL, FLIPTOP)<br>PDI IJ 1 GM<br>10s ea<br>VANCOMYCIN HYDROCHLORIDE | AP | 02 | RX | 660.13 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6535-01 | VANCOMYCIN HCL<br>(ADD-VANTAGE)<br>PDI IJ 1 GM<br>10s ea<br>VANCOMYCIN HYDROCHLORIDE | AP | 02 | RX | 237.50 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

Red Book 00454

ABT094-0454

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-6509-01 | VANCOMYCIN HCL<br>(BULK VIAL)<br>PDI  IJ   5 GM<br>1s ea<br>VANCOMYCIN HYDROCHLORIDE | AP | 02 | RX | 148.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2601-01 | VENI-PREP I<br><br>KIT<br>60s ea<br>DEVICE | | 03 | OTC | 211.61 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2657-01 | VENI-PREP II<br><br>KIT<br>60s ea<br>DEVICE | | 03 | OTC | 217.31 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2665-01 | VENI-PREP III<br>(W/SITE-CARE DRESSNG)<br>KIT<br>60s ea<br>DEVICE | | 03 | OTC | 268.61 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1702-48 | VENOSET<br>(SECONDARY, VENTED, 22")<br>SET<br>48s ea<br>DEVICE | | 03 | RX | 324.90 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1722-68 | VENOSET<br>(100 MICRODRIP&CAIR CLMP)<br>SET<br>48s ea<br>DEVICE | | 03 | RX | 494.19 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____   Date _____

*(left margin)* Confidential

*(left margin)* ABT094-0455

*(left margin)* Red Book 00455

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS

Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1723-68 | VENOSET (NV 100 MICRODRIP W/CAIR) SET 48s ea DEVICE | 03 | RX | 450.85 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1725-73 | VENOSET (100 PGYBCK W/CAIR CLAMP) SET 48s ea DEVICE | 03 | RX | 317.49 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1728-58 | VENOSET (NV 100 W/CAIR CLAMP) SET 48s ea DEVICE | 03 | RX | 437.76 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1734-58 | VENOSET (100 W/IVX-2 FLTR W/CAIR) SET 48s ea DEVICE | 03 | RX | 768.36 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1792-48 | VENOSET (PRIM PIGGY W/IVEX-HP,NV) SET 48s ea DEVICE | 03 | RX | 1067.04 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-1797-73 | VENOSET (100 PGBK W/CAIR CLMP,NV) SET 48s ea DEVICE | 03 | RX | 317.49 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____        Date _____

Confidential

Red Book 00456

ABT094-0456

# **RED BOOK**

## Product Listing Verification

**ABBOTT HOSPITAL PRODUCTS**

**DIV. OF ABBOTT LABS.**
**1 ABBOTT PARK RD. D-R10**
**ABBOTT PARK IL 600643500**

■**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-1798-73 | VENOSET<br>(NV,100 PGBK W/IVX-HP,CR)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 556.89 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1807-48 | VENOSET<br>(SEC.P/B W/LUER LK/CAIR)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 336.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1818-48 | VENOSET<br>(NV PIGYBCK W/CAIR CLAMP)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 621.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1819-48 | VENOSET<br>(NV TWINSITE W/CAIR CL)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 438.33 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1820-68 | VENOSET<br>(NV MICDRP W/CAIR CLAMP)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 399.57 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1832-58 | VENOSET<br>(VENTED SECONDARY P/B)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 314.64 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature                                    Date

Confidential

Red Book 00457

ABT094-0457

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-1851-48 | VENOSET (BACKCHCK I.V. W/CAIR NV) SET 48s ea DEVICE | 03 | RX | 597.36 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1855-48 | VENOSET (100 W/CAIR CLMP NV) SET 48s ea DEVICE | 03 | RX | 445.17 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1857-48 | VENOSET (72 W/CAIR CLAMP NV) SET 48s ea DEVICE | 03 | RX | 375.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1859-48 | VENOSET (78" W/CAIR CLAMP NV) SET 48s ea DEVICE | 03 | RX | 380.76 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1860-48 | VENOSET (PRIM.PGBK W/CAIR CLP NV) SET 48s ea DEVICE | 03 | RX | 627.00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1861-58 | VENOSET (NV SECONDARY PIGGYBACK) SET 48s ea DEVICE | 03 | RX | 289.56 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature                                           Date

Confidential

ABT094-0458

Red Book 00458

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1875-68 | VENOSET<br>(NV MICDRP W/FLSHBK&CAIR)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 404.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1877-48 | VENOSET<br>(ANESTHESIA W/CAIR CLMP)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 587.10 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1879-58 | VENOSET<br>(Y-TYPE W/CAIR CLAMP NV)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 530.10 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1881-48 | VENOSET<br>(78 W/CAIR CLAMP VENTED)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 410.97 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1883-68 | VENOSET<br>(MICRODRIP W/CAIR CLAMP)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 433.20 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1889-48 | VENOSET<br>(NV SEC. PGBK W/PRE NDL)<br>SET<br>48s ea<br>DEVICE | 03 | RX | 314.64 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is          ☐ OK with changes

Signature _____   Date _____

Confidential

ABT094-0459

Red Book 00459

# **RED BOOK**

## **Product Listing Verification**

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | MIN | MAX | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1911-48 | VENOSET (SEC. PGBK W/5MIC FLT+PIN) SET 48s ea DEVICE | 03 | RX | 433.20 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1926-48 | VENOSET (NV SECONDARY PIGGYBACK) SET 48s ea DEVICE | 03 | RX | 310.65 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1992-68 | VENOSET (SECONDARY PGBK MICRODRP) SET 48s ea DEVICE | 03 | RX | 345.99 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1993-68 | VENOSET (NV SECOND PGBK MICRODRP) SET 48s ea DEVICE | 03 | RX | 319.77 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1997-68 | VENOSET (7B MICRDP IVX-2&CAIR NV) SET 48s ea DEVICE | 03 | RX | 715.35 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2491-58 | VENOSET (Y-TYPE W/CAIR CLAMP) SET 48s ea DEVICE | 03 | RX | 572.28 | | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                          Date

Confidential

Red Book 00460

ABT094-0460

# RED BOOK®

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-3016-48 | VENOSET (2NDARY PB W/PRE.IVEX-2) SET 48s ea DEVICE | 03 | RX | 1218.09 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3084-48 | VENOSET (78 W/MB PRC PIN&CAIR NV) SET 48s ea DEVICE | 03 | RX | 418.97 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3094-48 | VENOSET (SECONDARY P/B LUER LOCK) SET 48s ea DEVICE | 03 | RX | 314.64 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3229-03 | VENOSET (EXTENSION 30-SL) SET 50s ea DEVICE | 03 | RX | 362.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3903-02 | VENOSET (EXTENSION 20-SL) SET 50s ea DEVICE | 03 | RX | 359.81 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4227-48 | VENOSET (NV PRIM. PGBK W/0.22MIC) SET 48s ea DEVICE | 03 | RX | 916.56 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____   Date _____

Confidential

Red Book 00461

ABT094-0461

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4250-68 | VENOSET (NV PGBK,MICRO W/IVEX-2) SET 48s ea DEVICE | 03 | RX | 941.64 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4253-48 | VENOSET (78 W/IVEX-2 FILTER NV) SET 48s ea DEVICE | 03 | RX | 690.27 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4258-68 | VENOSET (PGBK MICRO 0.22MIC IVX2) SET 48s ea DEVICE | 03 | RX | 1003.20 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4291-48 | VENOSET (NV PGBK W/IVEX-2 FILTER) SET 48s ea DEVICE | 03 | RX | 910.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4292-68 | VENOSET (NV P/B MICRODRP W/IVX-2) SET 48s ea DEVICE | 03 | RX | 936.51 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4293-48 | VENOSET (NV 78 W/IVEX-2 FILTER) SET 48s ea DEVICE | 03 | RX | 683.43 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

ABT094-0462

Red Book 00462

# RED BOOK®

## Product Listing Verification

**ABBOTT HOSPITAL PRODUCTS**

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**▆▆MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4496-01 | VENOSET (PRIM.P/B IV-SL W/MB PIN) SET 24s ea DEVICE | 03 | RX | 402.71 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-4800-48 | VENOSET (NV P/B SURG W/IVEX-RF) SET 48s ea DEVICE | 03 | RX | 913.71 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4967-48 | VENOSET (VENTED PRIM PGBK W/CAIR) SET 48s ea DEVICE | 03 | RX | 667.47 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4968-68 | VENOSET (PGBK MICRDP W/CAIR CLMP) SET 48s ea DEVICE | 03 | RX | 697.11 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4985-48 | VENOSET (VENTED PGBK W/IVX-2 FLT) SET 48s ea DEVICE | 03 | RX | 974.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5742-48 | VENOSET (NV PGBK ANESTH W/CAIR) SET 48s ea DEVICE | 03 | RX | 665.76 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____   Date _____

Confidential

ABT094-0463

Red Book 00463

# **RED BOOK**®

## **Product Listing Verification**

■ **MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL  600643500

Please Respond By: 07/27/96

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| Item | Description | | | | Price | | | | |
|------|-------------|---|---|---|-------|---|---|---|---|
| 00074-6646-01 | VENOSET (SOLUSET 150X60, VENTED) SET 20s ea DEVICE | 03 | RX | | 456.40 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6647-01 | VENOSET (SOLUSET W/IVX-HP FILTER) SET 20s ea DEVICE | 03 | RX | | 544.59 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7097-68 | VENOSET (NV PGBK MICRO FLSH CAIR) SET 48s ea DEVICE | 03 | RX | | 653.22 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7393-68 | VENOSET (PGBK MICRODRP W/CAIR) SET 48s ea DEVICE | 03 | RX | | 649.23 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8082-48 | VENOSET (100-SL PGBK NV 100 INCH) SET 48s ea DEVICE | 03 | RX | | 712.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8083-68 | VENOSET (100-SL P/B MICR NV 100) SET 48s ea DEVICE | 03 | RX | | 743.85 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature                                    Date

Confidential

ABT094-0464

Red Book 00464

# RED BOOK

## Product Listing Verification

■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-8084-48 | VENOSET<br>(PGBK W/IVEX-HP NV)<br>SET<br>48s ea<br>DEVICE | | 03 RX | 1045.38 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8958-48 | VENOSET<br>(90-SL W/IVEX-2 & CAIR)<br>SET<br>48s ea<br>DEVICE | | 03 RX | 843.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8961-48 | VENOSET<br>(SL-VENTED SURGICAL PGBK)<br>SET<br>48s ea<br>DEVICE | | 03 RX | 760.95 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8965-48 | VENOSET<br>(NV SURGICAL PIGGYBACK)<br>SET<br>48s ea<br>DEVICE | | 03 RX | 662.91 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8967-48 | VENOSET<br>(90 W/CAIR CLAMP-VENTED)<br>SET<br>48s ea<br>DEVICE | | 03 RX | 411.54 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1143-15 | VERAPAMIL HCL<br>(ABBOJECT)<br>INJ IJ   2.5 MG/ML<br>4 ml, 10s ea<br>VERAPAMIL HYDROCHLORIDE | AP | 02 RX | 54.86 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____

Date _____

Confidential

# RED BOOK
## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1144-01 | VERAPAMIL HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   2.5 MG/ML<br>2 ml, 5s ea<br>VERAPAMIL HYDROCHLORIDE | AP | 02 | RX | | 18.23 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1144-02 | VERAPAMIL HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   2.5 MG/ML<br>4 ml, 5s ea<br>VERAPAMIL HYDROCHLORIDE | AP | 02 | RX | | 20.60 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4000-01 | VERAPAMIL HCL<br>(SRN)<br>INJ  IJ   2.5 MG/ML<br>2 ml, 25s ea<br>VERAPAMIL HYDROCHLORIDE | AP | 02 | RX | | 127.36 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4011-01 | VERAPAMIL HCL<br>(AMP)<br>INJ  IJ   2.5 MG/ML<br>2 ml, 5s ea<br>VERAPAMIL HYDROCHLORIDE | AP | 02 | RX | | 12.35 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9157-01 | VITAMIN K1<br>(AMP)<br>INJ  IJ   1 MG/0.5 ML<br>0.500 ml, 25s ea<br>PHYTONADIONE | BP | 02 | RX | | 65.31 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9158-01 | VITAMIN K1<br>(AMP)<br>INJ  IJ   10 MG/ML<br>1 ml, 25s ea<br>PHYTONADIONE | BP | 02 | RX | | 130.63 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____          _____
Signature                          Date

Confidential

ABT094-0466

Red Book 00466

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3977-03 | WATER FOR INJECTION (FLIPTOP, BACTERIOSTATIC) INJ IJ 30 ml, 25s ea WATER, STERILE | AP | 02 | RX | 49.28 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1590-02 | WATER FOR INJECTION STERILE INJ IJ 250 ml, 12s ea WATER, STERILE | AP | 02 | RX | 122.55 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1590-05 | WATER FOR INJECTION STERILE INJ IJ 1000 ml, 6s ea WATER, STERILE | AP | 02 | RX | 72.89 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4027-02 | WATER FOR INJECTION STERILE (AMP) INJ IJ 5 ml, 25s ea WATER, STERILE | AP | 02 | RX | 43.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4029-03 | WATER FOR INJECTION STERILE (AMP) INJ IJ 20 ml, 25s ea WATER, STERILE | AP | 02 | RX | 74.22 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4044-02 | WATER FOR INJECTION STERILE (AMP) INJ IJ 10 ml, 25s ea WATER, STERILE | AP | 02 | RX | 57.00 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature

Date

Confidential

ABT094-0467

Red Book 00467

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1Ø
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4887-10 | WATER FOR INJECTION STERILE (VIAL, FLIPTOP) INJ  IJ 10 ml, 25s ea WATER, STERILE | AP | 05 | RX | 36.81 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4887-20 | WATER FOR INJECTION STERILE (VIAL, FLIPTOP) INJ  IJ 20 ml, 25s ea WATER, STERILE | AP | 02 | RX | 46.02 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4887-50 | WATER FOR INJECTION STERILE (VIAL, FLIPTOP) INJ  IJ 50 ml, 25s ea WATER, STERILE | AP | 02 | RX | 66.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4887-99 | WATER FOR INJECTION STERILE (VIAL, FLIPTOP) INJ  IJ 100 ml, 25s ea WATER, STERILE | AP | 02 | RX | 91.73 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7990-09 | WATER FOR INJECTION STERILE (LIFECARE) INJ  IJ 1000 ml, 12s ea WATER, STERILE | AP | 02 | RX | 131.96 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6139-02 | WATER FOR IRRIGATION (AQUALITE-STERILE) SOL  IR 250 ml, 12s ea WATER, STERILE | AT | 02 | RX | 147.92 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                                          Date

Confidential

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-6139-03 | WATER FOR IRRIGATION (AQUALITE-STERILE) SOL IR 500 ml, 12s ea WATER, STERILE | AT | 02 | RX | | 147.92 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7118-07 | WATER FOR IRRIGATION (STERILE, BULK PACKAGE) SOL IR 2000 ml, 6s ea WATER, STERILE | AT | 02 | RX | | 113.15 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7139-06 | WATER FOR IRRIGATION (AQUALITE W/HANGER) SOL IR 1500 ml, 8s ea WATER, STERILE | AT | 02 | RX | | 164.45 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7139-09 | WATER FOR IRRIGATION (AQUALITE W/HANGER) SOL IR 1000 ml, 12s ea WATER, STERILE | AT | 02 | RX | | 181.40 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7973-05 | WATER FOR IRRIGATION (FLEXIBLE CONT-STERILE) SOL IR 1000 ml, 12s ea WATER, STERILE | AT | 02 | RX | | 94.48 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7973-07 | WATER FOR IRRIGATION (FLEXIBLE CONT-STERILE) SOL IR 2000 ml, 6s ea WATER, STERILE | AT | 02 | RX | | 72.82 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is      ☐ OK with changes

Signature

Date

Confidential

ABT094-0469

Red Book 00469

# RED BOOK
## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1768

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-7973-08 | WATER FOR IRRIGATION (FLEXIBLE CONT-STERILE) SOL IR 3000 ml, 4s ea WATER, STERILE | AT | 02 | RX | | 72.68 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4526-05 | ZINC (VIAL, FLIPTOP, BULK) INJ IJ 1 MG/ML 50 ml, 25s ea ZINC CHLORIDE | | 02 | RX | | 438.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4090-01 | ZINC CHLORIDE (VIAL, FLIPTOP) INJ IJ 1 MG/ML 10 ml, 25s ea ZINC CHLORIDE | | 02 | RX | | 97.67 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature

Date

Confidential

Red Book 00470

ABT094-0470

# RED BOOK
## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | |
|---|---|---|---|---|---|
| 00074-26003-01 | SNAP DOSE (100 ML CONTAINER, 50 ML/HR) DEV 0 1 EA | 03 RX | 1127.18 | .00 .00 .00 | 02/12/96 |
| 00074-26002-01 | SNAP DOSE (100 ML CONTAINER, 100 ML/HR) DEV 0 1 EA | 03 RX | 1127.18 | .00 .00 .00 | 02/12/96 |
| 00074-26001-01 | SNAP DOSE (100 ML CONTAINER, 200 ML/HR) DEV 0 1 EA | 03 RX | 1127.18 | .00 .00 .00 | 02/12/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

Signature

Date

Confidential

ABT094-0471

Red Book 00471