# Exhibit 52D

# MANUFACTURER DIRECTORY INFORMATION FORM

Please verify the following information to ensure that your organization is properly listed in the 1997 Red Book. Please make changes directly on this form.

ABBOTT HOSPITAL PRODUCTS
**Manufacturer Name**

DIV. OF ABBOTT LABS.
**Address**

1 ABBOTT PARK RD. D-R10

| ABBOTT PARK | IL | 60064-3500 |
|---|---|---|
| **City** | **State** | **Zip Code** |

HARRY ADAMS *or JERRIE CICERALE*
**Contact Name (not published)**

(800) 222-6883
**Toll Free Number**

(847) 937-6100
**Main Telephone Number**

(847) 937-1862
**Fax Number**

☐ OK as is     ☒ OK with changes

*Jerrie Cicerale*                    2/10/96
**Signature**                         **Date**

If you have any questions, please call (201) 358-2228.

# RED BOOK®

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-2553-03 | CALCIUM ACETATE (VIAL, FLIPTOP) INJ  IJ  0.5 MEQ/ML 100 ml, 25s ea CALCIUM ACETATE | 02 | RX | 202.17 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4928-34 | CALCIUM CHLORIDE (SRN) INJ  IJ  100 MG/ML 10 ml, 10s ea CALCIUM CHLORIDE | 02 | RX | 138.11 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4908-10 | CALCIUM CHLORIDE SOLUTION (ABBOJECT, 18GX3-1/2) INJ  IJ  100 MG/ML 10 ml, 10s ea CALCIUM CHLORIDE | 02 | RX | 139.77 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4928-10 | CALCIUM CHLORIDE SOLUTION (ABBOJECT, 21GX1-1/2) INJ  IJ  100 MG/ML 10 ml, 10s ea CALCIUM CHLORIDE | 02 | RX | 124.09 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3894-05 | CALCIUM GLUCEPTATE (AMP) INJ  IJ  220 MG/ML 5 ml, 25s ea CALCIUM GLUCEPTATE | 02 | RX | 49.58 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1184-01 | CALCIUM GLUCONATE (AMP) INJ  IJ  100 MG/ML 1 ml, 25s ea CALCIUM GLUCONATE | 02 | RX | 49.58 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____    Date _____

Confidential

Red Book 00473

ABT094-0473

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6536-01 | CATHETER IRRIGATION SET (W/CAIR CLAMP, 70") SET 20s ea DEVICE | | 03 | OTC | 118.99 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4767-05 | CAUDAL W/LIDOCAINE/EPINEPHRINE (ANESTHESIA TRAY) SET 10s ea EPI/LIDO HCL | | 02 | RX | 387.01 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4732-03 | CEFAZOLIN SODIUM (ADD-VANTAGE) PDI IJ 1 GM 25s ea CEFAZOLIN SODIUM | AP | 02 | RX | 133.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3118-02 | CENOLATE (AMP, 10X10) INJ IJ 500 MG/ML 1 ml, 100s ea VITAMIN C | | 01 | RX | 235.13 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3397-02 | CENOLATE (AMP) INJ IJ 500 MG/ML 2 ml, 100s ea VITAMIN C | | 01 | RX | 304.00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4169-01 | CHLOROPROCAINE HCL (VIAL) INJ IJ 2% 30 ml, 25s ea CHLOROPROCAINE HYDROCHLORIDE | AP | 02 | RX | 215.53 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

ABT094-0474

Red Book 00474

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

ABT094-0475

Red Book 00475

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-4170-01 | CHLOROPROCAINE HCL (VIAL) INJ IJ 3% 30 ml, 25s ea CHLOROPROCAINE HYDROCHLORIDE | AP | 02 | RX | | 262.14 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4093-01 | CHROMIUM (VIAL, FLIPTOP) INJ IJ 4 MCG/ML 10 ml, 25s ea CHROMIC CHLORIDE | AP | 02 | RX | | 159.13 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7444-01 | CIMETIDINE HCL (VIAL, FLIPTOP) INJ IJ 150 MG/ML 2 ml, 10s ea CIMETIDINE HYDROCHLORIDE | AP | 02 | RX | | 78.61 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7445-01 | CIMETIDINE HCL (VIAL, FLIPTOP) INJ IJ 150 MG/ML 8 ml, 10s ea CIMETIDINE HYDROCHLORIDE | AP | 02 | RX | | 190.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7446-02 | CIMETIDINE HCL (ADD-VANTAGE) INJ IJ 150 MG/ML 2 ml, 25s ea CIMETIDINE HYDROCHLORIDE | AP | 02 | RX | | 185.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7447-16 | CIMETIDINE HCL INJ IJ 300 MG/50 ML 50 ml, 48s ea CIMETIDINE HYDROCHLORIDE | AP | 02 | RX | | 1137.15 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____        Date _____

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK   IL   600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7354-09 | CIMETIDINE HCL/SODIUM CHLORIDE INJ IJ  90 MG/100 ML-0.9% 1000 ml, 12s ea CIMETIDINE HCL/SOD CL | AP | 02 | RX | 157.18 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7355-09 | CIMETIDINE HCL/SODIUM CHLORIDE INJ IJ  120 MG/100 ML-0.9% 1000 ml, 12s ea CIMETIDINE HCL/SOD CL | AP | 02 | RX | 187.10 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7352-03 | CIMETIDINE HCL/SODIUM CHLORIDE INJ IJ  180 MG/100 ML-0.9% 500 ml, 24s ea CIMETIDINE HCL/SOD CL | AP | 02 | RX | 314.36 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7353-03 | CIMETIDINE HCL/SODIUM CHLORIDE INJ IJ  240 MG/100 ML-0.9% 500 ml, 24s ea CIMETIDINE HCL/SOD CL | AP | 02 | RX | 374.21 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7350-02 | CIMETIDINE HCL/SODIUM CHLORIDE INJ IJ  360 MG/100 ML-0.9% 250 ml, 12s ea CIMETIDINE HCL/SOD CL | AP | 02 | RX | 157.18 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7351-02 | CIMETIDINE HCL/SODIUM CHLORIDE INJ IJ  480 MG/100 ML-0.9% 250 ml, 12s ea CIMETIDINE HCL/SOD CL | AP | 02 | RX | 187.10 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____     Date _____

Confidential

Red Book 00476

ABT094-0476

# *RED BOOK*

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4532-02 | CLEAR-CATH (20 GAUGE, 2") CAT 120s ea DEVICE | 03 | OTC | 607.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4532-06 | CLEAR-CATH (16GX1-1/4") CAT 120s ea DEVICE | 03 | OTC | 607.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4532-08 | CLEAR-CATH (18GX1-1/4") CAT 120s ea DEVICE | 03 | OTC | 607.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4532-14 | CLEAR-CATH (14 GAUGE, 2") CAT 120s ea DEVICE | 03 | OTC | 607.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4532-16 | CLEAR-CATH (16GX2") CAT 120s ea DEVICE | 03 | OTC | 607.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4532-18 | CLEAR-CATH (18GX2") CAT 120s ea DEVICE | 03 | OTC | 607.05 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is          ☐ OK with changes

Signature                              Date

Confidential

ABT094-0477

Red Book 00477

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4532-20 | CLEAR-CATH<br>(20 GAUGE 1-1/4")<br>CAT<br>120s ea<br>DEVICE | | 03 | OTC | 607.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4532-22 | CLEAR-CATH<br>(22 GAUGE, 1-1/4")<br>CAT<br>120s ea<br>DEVICE | | 03 | OTC | 635.55 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4532-24 | CLEAR-CATH<br>(24 GAUGE, 3/4")<br>CAT<br>120s ea<br>DEVICE | | 03 | OTC | 664.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4532-32 | CLEAR-CATH<br>(22 GAUGE, 1")<br>CAT<br>120s ea<br>DEVICE | | 03 | OTC | 635.55 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4532-74 | CLEAR-CATH<br>(14G, 5-1/2" SUBCLAVIAN)<br>CAT<br>60s ea<br>DEVICE | | 03 | OTC | 420.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4050-01 | CLINDAMYCIN PHOSPHATE<br>(VIAL, FLIPTOP)<br>INJ  IJ   150 MG/ML<br>2 ml, 25s ea<br>CLINDAMYCIN PHOSPHATE | AP | 02 | RX | 280.55 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____    _____
Signature                        Date

Confidential

# *RED BOOK*

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4051-01 | CLINDAMYCIN PHOSPHATE (VIAL, FLIPTOP) INJ IJ 150 MG/ML 4 ml, 25s ea CLINDAMYCIN PHOSPHATE | AP | 02 | RX | 514.19 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4052-01 | CLINDAMYCIN PHOSPHATE (VIAL, FLIPTOP) INJ IJ 150 MG/ML 6 ml, 25s ea CLINDAMYCIN PHOSPHATE | AP | 02 | RX | 688.45 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4053-03 | CLINDAMYCIN PHOSPHATE (VIAL, ADD-VANTAGE) INJ IJ 150 MG/ML 2 ml, 25s ea CLINDAMYCIN PHOSPHATE | AP | 02 | RX | 282.92 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4054-03 | CLINDAMYCIN PHOSPHATE (VIAL, ADD-VANTAGE) INJ IJ 150 MG/ML 4 ml, 25s ea CLINDAMYCIN PHOSPHATE | AP | 02 | RX | 519.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4055-03 | CLINDAMYCIN PHOSPHATE (VIAL, ADD-VANTAGE) INJ IJ 150 MG/ML 6 ml, 25s ea CLINDAMYCIN PHOSPHATE | AP | 02 | RX | 695.28 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4197-01 | CLINDAMYCIN PHOSPHATE (VIAL, BULK) INJ IJ 150 MG/ML 60 ml ea CLINDAMYCIN PHOSPHATE | AP | 02 | RX | 225.85 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____          Signature          Date

Confidential

ABT094-0479

Red Book 00479

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4808-05 | CONTINUOUS CAUDAL W/LIDO/EPINEPH (W/TEST DOSE) SET 10s ea EPI/LIDO HCL | 02 | RX | 435.93 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4810-08 | CONTINUOUS EPIDURAL (ANESTH TRAY W/POV IOD) DEV 10s ea DEVICE | 02 | RX | 535.80 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3093-08 | CONTINUOUS EPIDURAL TRAY SET IJ 10s ea EPI/LIDO HCL | 03 | RX | 562.99 | .00 | .00 | .00 | 04/01/96 |
| 00074-3096-08 | CONTINUOUS EPIDURAL TRAY SET IJ 10s ea EPI/LIDO HCL | 03 | RX | 528.91 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3098-08 | CONTINUOUS EPIDURAL TRAY SET IJ 10s ea BUPIV/EPI/LIDO | 03 | RX | 622.49 | .00 | .00 | .00 | 04/01/96 |
| 00074-4039-05 | CONTINUOUS EPIDURAL W/BUP/EPIN/LIDO (W/TEST DOSE) SET IJ 10s ea BUPIV/EPI/LIDO | 02 | RX | 591.49 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature

Confidential

Red Book 00480

ABT094-0480

# *RED BOOK*

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-5756-05 | CONTINUOUS EPIDURAL W/BUP/EPINEPH (W/TEST DOSE) SET IJ 10s ea BUPIV/EPI/LIDO | | 02 | RX | 574.28 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4037-05 | CONTINUOUS EPIDURAL W/BUP/LIDO (W/TEST DOSE) SET IJ 10s ea BUPIV/LIDO HCL | | 02 | RX | 568.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4038-05 | CONTINUOUS EPIDURAL W/BUPIVACAINE (W/TEST DOSE) SET IJ 0.5% 10s ea BUPIVACAINE HYDROCHLORIDE | EE | 02 | RX | 579.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4810-05 | CONTINUOUS EPIDURAL W/EPINEPHRINE (W/TEST DOSE) SET IJ 10s ea EPINEPHRINE | | 02 | RX | 522.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4769-05 | CONTINUOUS EPIDURAL W/LIDO/EPINEP (W/TEST DOSE) SET IJ 10s ea EPI/LIDO HCL | | 02 | RX | 513.71 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4775-05 | CONTINUOUS EPIDURAL W/LIDO/EPINEP (W/TEST DOSE) SET IJ 10s ea EPI/LIDO HCL | | 02 | RX | 556.46 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____        Date _____

Confidential

# RED BOOK
## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

ABT094-0482

Red Book 00482

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-8024-05 | CONTINUOUS EPIDURAL W/LIDO/EPINEP (17G, W/TEST DOSE) SET  IJ 10s ea EPI/LIDO HCL | 02 | RX | 541.62 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8024-08 | CONTINUOUS EPIDURAL W/LIDO/EPINEP (ANETHESIA TRAY) SET 10s ea EPI/LIDO HCL | 02 | RX | 555.84 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8204-05 | CONTINUOUS EPIDURAL W/LIDO/EPINEP (17G, W/TEST DOSE) SET  IJ 10s ea EPI/LIDO HCL | 02 | RX | 507.54 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3097-08 | CONTINUOUS EPIDURAL W/O DRUGS (18G) DEV 10s ea DEVICE | 03 | RX | 476.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4889-02 | CONTINUOUS EPIDURAL W/O DRUGS DEV 10s ea DEVICE | 03 | RX | 461.23 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4892-01 | COPPER (VIAL, 0.4 MG/ML COPPER) INJ  IJ   1.07 MG/ML 10 ml, 25s ea CUPRIC CHLORIDE | 02 | RX | 167.14 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____     Date _____

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-7111-09 | DEX/LACT. RINGERS/POTASSIUM CHL (5% DEXTROSE) INJ IJ 1000 ml, 12s ea LACT RINGER'S/POT CL | AP | 02 | RX | 317.49 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7113-09 | DEX/LACT. RINGERS/POTASSIUM CHL (5% DEXTROSE) INJ IJ 1000 ml, 12s ea LACT RINGER'S/POT CL | AP | 02 | RX | 317.49 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8085-01 | DEXTRAN (VIAL, TEARTOP, HM) INJ IJ 32% 100 ml, 5s ea DEXTRAN | | 02 | RX | 192.49 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1507-03 | DEXTRAN-70/DEXTROSE INJ IJ 6%-5% 500 ml, 12s ea DEXTRAN 70/DEXTROSE | | 02 | RX | 1125.18 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1505-03 | DEXTRAN-75 W/SODIUM CHLORIDE INJ IJ 6%-0.9% 500 ml, 12s ea DEXTRAN 75/SOD CL | | 02 | RX | 1125.18 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1508-05 | DEXTROSE INJ IJ 2.5% 1000 ml, 6s ea DEXTROSE | | 02 | RX | 82.37 | | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is      ☐ OK with changes

Signature

Confidential

Red Book 00483

ABT094-0483

# RED BOOK
## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1Ø
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1494-01 | DEXTROSE<br>(VIAL, 150 ML PRESS PNTP)<br>INJ  IJ   5%<br>100 ml, 25s ea<br>DEXTROSE | AP | 02 | RX | 108.66 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1495-01 | DEXTROSE<br>(100 ML PRESS. PNTOP VIAL)<br>INJ  IJ   5%<br>50 ml, 25s ea<br>DEXTROSE | AP | 02 | RX | 104.80 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1500-05 | DEXTROSE<br>(W/5% ALCOHOL)<br>INJ  IJ   5%<br>1000 ml, 6s ea<br>DEXTROSE | AP | 02 | RX | 109.51 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1522-01 | DEXTROSE<br><br>INJ  IJ   5%<br>150 ml, 12s ea<br>DEXTROSE | AP | 02 | RX | 129.39 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1522-02 | DEXTROSE<br><br>INJ  IJ   5%<br>250 ml, 12s ea<br>DEXTROSE | AP | 02 | RX | 129.39 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1522-03 | DEXTROSE<br><br>INJ  IJ   5%<br>500 ml, 12s ea<br>DEXTROSE | AP | 02 | RX | 129.39 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

_____          _____
Signature                        Date

Confidential

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R18
ABBOTT PARK  IL  600643500

**■■MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1523-01 | DEXTROSE<br>(50/150 ML PART FILL)<br>INJ  IJ   5%<br>50 ml, 12s ea<br>DEXTROSE | AP | 02 | RX | 207.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1523-11 | DEXTROSE<br>(100/150 ML PART FILL)<br>INJ  IJ   5%<br>100 ml, 12s ea<br>DEXTROSE | AP | 02 | RX | 207.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7100-02 | DEXTROSE<br>(ADD-VANTAGE)<br>INJ  IJ   5%<br>250 ml, 24s ea<br>DEXTROSE | AP | 02 | RX | 351.12 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7100-13 | DEXTROSE<br>(ADD-VANTAGE, LIFECARE)<br>INJ  IJ   5%<br>50 ml, 48s ea<br>DEXTROSE | AP | 02 | RX | 579.69 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7100-23 | DEXTROSE<br>(ADD-VANTAGE, LIFECARE)<br>INJ  IJ   5%<br>100 ml, 48s ea<br>DEXTROSE | AP | 02 | RX | 579.69 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7922-02 | DEXTROSE<br>(LIFECARE/PLASTIC)<br>INJ  IJ   5%<br>250 ml, 24s ea<br>DEXTROSE | AP | 02 | RX | 244.82 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is          ☐ OK with changes

Signature

Confidential

ABT094-0485

Red Book 00485

# RED BOOK®

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7922-03 | DEXTROSE (LIFECARE/PLASTIC) INJ IJ  5% 500 ml, 24s ea DEXTROSE | AP | 02 | RX | 244.82 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7922-09 | DEXTROSE (LIFECARE/PLASTIC) INJ IJ  5% 1000 ml, 12s ea DEXTROSE | AP | 02 | RX | 143.07 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7922-53 | DEXTROSE (LIFECARE) INJ IJ  5% 250 ml, 24s ea DEXTROSE | AP | 02 | RX | 244.82 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7922-61 | DEXTROSE (LIFECARE) INJ IJ  5% 150 ml, 32s ea DEXTROSE | AP | 02 | RX | 326.42 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7923-20 | DEXTROSE (LIFECARE, QUAD PACK) INJ IJ  5% 25 ml, 48s ea DEXTROSE | AP | 02 | RX | 792.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7923-36 | DEXTROSE (LIFECARE) INJ IJ  5% 50 ml, 80s ea DEXTROSE | AP | 02 | RX | 860.70 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____   _____
Signature                              Date

Confidential

ABT094-0486

Red Book 00486

# RED BOOK®

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

ABT094-0487

Red Book 00487

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7923-37 | DEXTROSE (LIFECARE) INJ IJ 5% 100 ml, 80s ea DEXTROSE | AP | 02 | RX | 860.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4089-02 | DEXTROSE (AMP) INJ IJ 10% 5 ml, 25s ea DEXTROSE | AP | 02 | RX | 73.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5641-25 | DEXTROSE (1000 ML CONTAINER) INJ IJ 10% 500 ml, 6s ea DEXTROSE | AP | 02 | RX | 130.17 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7930-02 | DEXTROSE (LIFECARE) INJ IJ 10% 250 ml, 24s ea DEXTROSE | AP | 02 | RX | 298.40 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7930-03 | DEXTROSE (LIFECARE) INJ IJ 10% 500 ml, 24s ea DEXTROSE | AP | 02 | RX | 281.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7930-09 | DEXTROSE (LIFECARE) INJ IJ 10% 1000 ml, 12s ea DEXTROSE | AP | 02 | RX | 164.16 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____        Date _____

# RED BOOK®

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (900) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7938-19 | DEXTROSE (1000 ML CONTAINER) INJ IJ 10% 500 ml, 12s ea DEXTROSE | AP | 02 | RX | 315.07 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1535-03 | DEXTROSE INJ IJ 20% 500 ml, 12s ea DEXTROSE | AP | 02 | RX | 282.35 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5642-25 | DEXTROSE (1000 ML CONTAINER) INJ IJ 20% 500 ml, 6s ea DEXTROSE | AP | 02 | RX | 150.41 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7935-19 | DEXTROSE (1000 ML CONTAINER) INJ IJ 20% 500 ml, 12s ea DEXTROSE | AP | 02 | RX | 364.09 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7898-18 | DEXTROSE (ABBOJECT, INFANT) INJ IJ 25% 10 ml, 10s ea DEXTROSE | | 02 | RX | 132.17 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5823-25 | DEXTROSE (VIAL, 1000 ML CONTAINER) INJ IJ 30% 500 ml, 6s ea DEXTROSE | AP | 02 | RX | 168.86 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

Signature                     Date

Confidential

ABT094-0488

Red Book 00488

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

■ MEDICAL ECONOMICS
Five Paragon Drive ▪ Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-8004-15 | DEXTROSE<br>(1000 ML CONTAINER)<br>INJ IJ 30%<br>500 ml, 12s ea<br>DEXTROSE | AP | 02 | RX | 407.98 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5644-25 | DEXTROSE<br>(1000 ML CONTAINER)<br>INJ IJ 40%<br>500 ml, 6s ea<br>DEXTROSE | AP | 02 | RX | 187.17 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7937-19 | DEXTROSE<br>(1000 ML CONTAINER)<br>INJ IJ 40%<br>500 ml, 12s ea<br>DEXTROSE | AP | 02 | RX | 448.73 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1518-05 | DEXTROSE<br><br>INJ IJ 50%<br>1000 ml, 6s ea<br>DEXTROSE | AP | 02 | RX | 186.11 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1536-03 | DEXTROSE<br><br>INJ IJ 50%<br>500 ml, 12s ea<br>DEXTROSE | AP | 02 | RX | 260.92 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4902-22 | DEXTROSE<br>(ABBOJECT, 18GX1-1/2)<br>INJ IJ 50%<br>50 ml, 10s ea<br>DEXTROSE | AP | 02 | RX | 183.83 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature

Confidential

ABT094-0489

Red Book 00489

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4902-34 | DEXTROSE (LIFESHIELD, 18GX1-1/2) INJ IJ 50% 50 ml. 10s ea DEXTROSE | AP | 02 | RX | 197.72 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5645-25 | DEXTROSE (1000 ML CONTAINER) INJ IJ 50% 500 ml. 6s ea DEXTROSE | AP | 02 | RX | 192.95 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6648-02 | DEXTROSE (VIAL, FLIPTOP, ADDITIVE) INJ IJ 50% 50 ml. 25s ea DEXTROSE | AP | 02 | RX | 111.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7119-07 | DEXTROSE (BULK PACKAGE) INJ IJ 50% 2000 ml. 6s ea DEXTROSE | AP | 02 | RX | 347.56 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7936-17 | DEXTROSE (2000 ML CONTAINER) INJ IJ 50% 1000 ml. 6s ea DEXTROSE | AP | 02 | RX | 438.40 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7936-19 | DEXTROSE (1000 ML CONTAINER) INJ IJ 50% 500 ml. 12s ea DEXTROSE | AP | 02 | RX | 466.40 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____          _____
Signature                                Date

Confidential

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-5646-25 | DEXTROSE (1000 ML CONTAINER) INJ IJ 60% 500 ml, 6s ea DEXTROSE | AP | 02 | RX | 214.82 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8005-15 | DEXTROSE (1000 ML CONTAINER) INJ IJ 60% 500 ml, 12s ea DEXTROSE | AP | 02 | RX | 460.99 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1489-01 | DEXTROSE (100 ML PRSSRZD PINTOP) INJ IJ 70% 70 ml, 25s ea DEXTROSE | AP | 02 | RX | 206.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1519-05 | DEXTROSE INJ IJ 70% 1000 ml, 6s ea DEXTROSE | AP | 02 | RX | 230.57 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5647-25 | DEXTROSE (1000 ML CONTAINER) INJ IJ 70% 500 ml, 6s ea DEXTROSE | AP | 02 | RX | 239.97 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7120-07 | DEXTROSE (BULK PACKAGE) INJ IJ 70% 2000 ml, 6s ea DEXTROSE | AP | 02 | RX | 412.61 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____     Date _____

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7918-19 | DEXTROSE (1000 ML CONTAINER) INJ  IJ   70% 500 ml, 12s ea DEXTROSE | AP | 02 | RX | 580.26 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1521-05 | DEXTROSE 2.5% IN RINGERS (1/2 STRENGTH LACT RING) INJ  IJ 1000 ml, 6s ea DEXTROSE/RINGER'S | | 02 | RX | 107.23 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7929-03 | DEXTROSE 5% IN RINGERS  INJ  IJ 500 ml, 24s ea DEXTROSE/RINGER'S | AP | 02 | RX | 295.26 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7929-09 | DEXTROSE 5% IN RINGERS (LIFECARE) INJ  IJ 1000 ml, 12s ea DEXTROSE/RINGER'S | AP | 02 | RX | 178.13 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7933-03 | DEXTROSE 5% IN RINGERS (LIFECARE/PLASTIC) INJ  IJ 500 ml, 24s ea DEXTROSE/RINGER'S | AP | 02 | RX | 302.96 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7933-09 | DEXTROSE 5% IN RINGERS (LIFECARE/PLASTIC) INJ  IJ 1000 ml, 12s ea DEXTROSE/RINGER'S | AP | 02 | RX | 197.36 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____     _____
Signature                          Date

Confidential

ABT094-0492

Red Book 00492

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-4846-25 | DEXTROSE W/ELECTROLYTES (1000 ML CONTAINER) INJ IJ 500 ml, 6s ea DEXTROSE/ELECT | | 02 | RX | 257.21 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2346-32 | DEXTROSE/DOBUTAMINE INJ IJ 5%-100 MG/100 ML 250 ml, 12s ea DEXTROSE/DOBUTAMINE | AP | 02 | RX | 800.57 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-2346-34 | DEXTROSE/DOBUTAMINE INJ IJ 5%-100 MG/100 ML 500 ml, 12s ea DEXTROSE/DOBUTAMINE | AP | 02 | RX | 1518.91 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-2347-32 | DEXTROSE/DOBUTAMINE INJ IJ 5%-200 MG/100ML 250 ml, 12s ea DEXTROSE/DOBUTAMINE | AP | 02 | RX | 1480.72 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-3724-32 | DEXTROSE/DOBUTAMINE INJ IJ 5%-400 MG/100 ML 250 ml, 12s ea DEXTROSE/DOBUTAMINE | AP | 02 | RX | 1601.13 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-2345-34 | DEXTROSE/DOBUTAMINE INJ IJ 5%-50 MG/100 ML 500 ml, 12s ea DEXTROSE/DOBUTAMINE | AP | 02 | RX | 838.76 | .00 | 0.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is      ☐ OK with changes

Signature

Date

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7809-24 | DEXTROSE/DOPAMINE HCL (LIFECARE) INJ IJ 5%-100 MG/100 ML 500 ml, 12s ea DEXTROSE/DOPAMINE | | 02 | RX | 551.62 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4142-02 | DEXTROSE/DOPAMINE HCL INJ IJ 5%-160 MG/100 ML 250 ml, 12s ea DEXTROSE/DOPAMINE | AP | 02 | RX | 379.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4142-03 | DEXTROSE/DOPAMINE HCL INJ IJ 5%-160 MG/100 ML 500 ml, 12s ea DEXTROSE/DOPAMINE | | 02 | RX | 576.27 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7809-22 | DEXTROSE/DOPAMINE HCL (LIFECARE) INJ IJ 5%-160 MG/100 ML 250 ml, 12s ea DEXTROSE/DOPAMINE | AP | 02 | RX | 380.90 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4155-02 | DEXTROSE/DOPAMINE HCL INJ IJ 5%-320 MG/100 ML 250 ml, 12s ea DEXTROSE/DOPAMINE | AP | 02 | RX | 576.27 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7810-22 | DEXTROSE/DOPAMINE HCL (LIFECARE) INJ IJ 5%-320 MG/100 ML 250 ml, 12s ea DEXTROSE/DOPAMINE | AP | 02 | RX | 563.45 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                          Date

Confidential

# **RED BOOK**

## **Product Listing Verification**

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL  600643500

Please Respond By:09/27/96
Contact Name:HARRY ADAMS
Contact Phone:(800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4141-03 | DEXTROSE/DOPAMINE HCL<br>INJ IJ  5%-80 MG/100 ML<br>500 ml, 12s ea<br>DEXTROSE/DOPAMINE | AP | 02 | RX | 379.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7808-22 | DEXTROSE/DOPAMINE HCL<br>(LIFECARE)<br>INJ IJ  5%-80 MG/100 ML<br>250 ml, 12s ea<br>DEXTROSE/DOPAMINE | AP | 02 | RX | 258.92 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7808-24 | DEXTROSE/DOPAMINE HCL<br>(LIFECARE)<br>INJ IJ  5%-80 MG/100 ML<br>500 ml, 12s ea<br>DEXTROSE/DOPAMINE | AP | 02 | RX | 362.95 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6286-02 | DEXTROSE/HEPARIN SODIUM<br>INJ IJ  5%-10,000 U/100 ML<br>250 ml, 12s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 289.13 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6286-11 | DEXTROSE/HEPARIN SODIUM<br>INJ IJ  5%-10,000 U/100 ML<br>100 ml, 12s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 226.58 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7793-12 | DEXTROSE/HEPARIN SODIUM<br>INJ IJ  5%-10,000 U/100 ML<br>200 ml, 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 299.25 | .00 | .00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature                                      Date

Confidential

ABT094-0495

Red Book 00495

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1766

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

ABT094-0496

Red Book 00496

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7793-23 | DEXTROSE/HEPARIN SODIUM<br>INJ IJ 5%-10,000 U/100 ML<br>100 ml, 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 359.10 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7793-61 | DEXTROSE/HEPARIN SODIUM<br>INJ IJ 5%-10,000 U/100 ML<br>150 ml, 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 359.10 | .00 | .00 | .00 | 04/01/96 |
| 00074-7793-62 | DEXTROSE/HEPARIN SODIUM<br>INJ IJ 5%-10,000 U/100 ML<br>250 ml, 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 299.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7760-03 | DEXTROSE/HEPARIN SODIUM<br>INJ IJ 5%-4000 U/100ML<br>500 ml, 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 291.56 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6287-02 | DEXTROSE/HEPARIN SODIUM<br>INJ IJ 5%-5000 U/100 ML<br>250 ml, 12s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 240.97 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6287-03 | DEXTROSE/HEPARIN SODIUM<br>INJ IJ 5%-5000 U/100 ML<br>500 ml, 12s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 289.13 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is        ☐ OK with changes

Signature _____          Date _____

# **RED BOOK**

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7761-03 | DEXTROSE/HEPARIN SODIUM<br>INJ IJ   5%-5000 U/100 ML<br>500 ml, 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 336.87 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7794-12 | DEXTROSE/HEPARIN SODIUM<br>INJ IJ   5%-5000 U/100 ML<br>200 ml, 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 299.25 | .00 | .00 | .00 | 04/01/96 |
| 00074-7794-23 | DEXTROSE/HEPARIN SODIUM<br>INJ IJ   5%-5000 U/100 ML<br>100 ml, 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 299.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7794-61 | DEXTROSE/HEPARIN SODIUM<br>INJ IJ   5%-5000 U/100 ML<br>150 ml, 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 299.25 | .00 | .00 | .00 | 04/01/96 |
| 00074-7794-62 | DEXTROSE/HEPARIN SODIUM<br>INJ IJ   5%-5000 U/100 ML<br>250 ml, 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 299.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7916-24 | DEXTROSE/LIDOCAINE HCL<br>(LIFECARE)<br>INJ IJ   5%-0.2%<br>500 ml, 24s ea<br>DEXTROSE/LIDO HCL | AP | 02 | RX | 471.11 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

_____          _____
Signature                                   Date

Confidential

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7931-24 | DEXTROSE/LIDOCAINE HCL (LIFECARE) INJ IJ  5%-0.4% 500 ml, 24s ea DEXTROSE/LIDO HCL | AP | 02 | RX | | 607.62 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7931-32 | DEXTROSE/LIDOCAINE HCL (LIFECARE) INJ IJ  5%-0.4% 250 ml, 12s ea DEXTROSE/LIDO HCL | AP | 02 | RX | | 235.55 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7939-32 | DEXTROSE/LIDOCAINE HCL (LIFECARE) INJ IJ  5%-0.8% 250 ml, 12s ea DEXTROSE/LIDO HCL | AP | 02 | RX | | 303.01 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4712-01 | DEXTROSE/LIDOCAINE HCL (AMP) INJ IJ  7.5%-5% 2 ml, 25s ea DEXTROSE/LIDO HCL | AP | 02 | RX | | 145.17 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3758-05 | DEXTROSE/MAGNESIUM SULFATE INJ IJ  5%-1 GM/100 ML 1000 ml, 6s ea DEXTROSE/MG SULF | | 02 | RX | | 47.31 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3758-11 | DEXTROSE/MAGNESIUM SULFATE (PARTIAL FILL) INJ IJ  5%-1 GM/100 ML 100 ml, 12s ea DEXTROSE/MG SULF | | 02 | RX | | 90.06 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

Red Book 00498

ABT094-0498

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96

Contact Name: HARRY ADAMS

Contact Phone:(800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-6727-09 | DEXTROSE/MAGNESIUM SULFATE INJ  IJ   5%-1 GM/100 ML 1000 ml, 12s ea DEXTROSE/MG SULF | 02 | RX | 94.62 | .00 | .00 | .00 | 04/01/96 |
| 00074-6727-23 | DEXTROSE/MAGNESIUM SULFATE INJ  IJ   5%-1 GM/100 ML 100 ml, 24s ea DEXTROSE/MG SULF | 02 | RX | 180.12 | .00 | .00 | .00 | 04/01/96 |
| 00074-3759-03 | DEXTROSE/MAGNESIUM SULFATE INJ  IJ   5%-2 GM/100 ML 500 ml, 12s ea DEXTROSE/MG SULF | 02 | RX | 94.62 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3759-05 | DEXTROSE/MAGNESIUM SULFATE INJ  IJ   5%-2 GM/100 ML 1000 ml, 6s ea DEXTROSE/MG SULF | 02 | RX | 52.58 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6728-03 | DEXTROSE/MAGNESIUM SULFATE INJ  IJ   5%-2 GM/100 ML 500 ml, 24s ea DEXTROSE/MG SULF | 02 | RX | 189.24 | .00 | .00 | .00 | 04/01/96 |
| 00074-6728-09 | DEXTROSE/MAGNESIUM SULFATE INJ  IJ   5%-2 GM/100 ML 1000 ml, 12s ea DEXTROSE/MG SULF | 02 | RX | 185.17 | .00 | .00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is       ☐ OK with changes

Signature

Date

Confidential

Red Book 00499

ABT094-0499

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-6062-02 | DEXTROSE/MORPHINE SULFATE (PREMIX) INJ IJ  5%-100 MG/100 ML 250 ml ea DEXTROSE/MORPHINE | | 02 | CII | 21.54 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6062-03 | DEXTROSE/MORPHINE SULFATE (PREMIX) INJ IJ  5%-100 MG/100 ML 500 ml ea DEXTROSE/MORPHINE | | 02 | CII | 28.98 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6062-11 | DEXTROSE/MORPHINE SULFATE (PREMIX) INJ IJ  5%-100 MG/100 ML 100 ml ea DEXTROSE/MORPHINE | | 02 | CII | 16.14 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6063-02 | DEXTROSE/MORPHINE SULFATE (PREMIX) INJ IJ  5%-20 MG/100 ML 250 ml ea DEXTROSE/MORPHINE | | 02 | CII | 15.62 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6063-03 | DEXTROSE/MORPHINE SULFATE (PREMIX) INJ IJ  5%-20 MG/100 ML 500 ml ea DEXTROSE/MORPHINE | | 02 | CII | 17.10 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7993-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE INJ IJ  5%-0.075%-0.45% 1000 ml, 12s ea DEXTROSE/POT CL/SOD CL | AP | 02 | RX | 224.30 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

Red Book 00500

ABT094-0500

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

Confidential

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7901-03 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br><br>INJ  IJ   5%-0.15%-0.2%<br>500 ml, 24s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 | RX | 689.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7901-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br><br>INJ  IJ   5%-0.15%-0.2%<br>1000 ml, 12s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 | RX | 224.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7902-03 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br><br>INJ  IJ   5%-0.15%-0.45%<br>500 ml, 24s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 | RX | 689.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7902-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br><br>INJ  IJ   5%-0.15%-0.45%<br>1000 ml, 12s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 | RX | 224.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7107-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br><br>INJ  IJ   5%-0.15%-0.9%<br>1000 ml, 12s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 | RX | 307.52 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7991-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br><br>INJ  IJ   5%-0.22%-0.2%<br>1000 ml, 12s ea<br>DEXTROSE/POT CL/SOD CL | | 02 | RX | 224.30 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____

Date _____

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7903-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ   5%-0.22%-0.45%<br>1000 ml, 12s ea<br>DEXTROSE/POT CL/SOD CL | | 02 RX | 224.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7992-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ   5%-0.3%-0.2%<br>1000 ml, 12s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 RX | 224.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7904-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ   5%-0.3%-0.45%<br>1000 ml, 12s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 RX | 224.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7997-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ   5%-0.075%-0.2%<br>1000 ml, 12s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 RX | 224.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7998-03 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ   5%-0.15%-0.3%<br>500 ml, 24s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 RX | 689.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7998-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ   5%-0.15%-0.3%<br>1000 ml, 12s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 RX | 213.75 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature                                Date

Confidential

ABT094-0502

# **RED BOOK**

## **Product Listing Verification**

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-7006-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE INJ IJ 5%-0.22%-0.3% 1000 ml, 12s ea DEXTROSE/POT CL/SOD CL | | 02 RX | 224.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7105-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE INJ IJ 5%-0.3%-0.3% 1000 ml, 12s ea DEXTROSE/POT CL/SOD CL | AP | 02 RX | 307.52 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7109-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE INJ IJ 5%-0.3%-0.9% 1000 ml, 12s ea DEXTROSE/POT CL/SOD CL | AP | 02 RX | 307.52 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1483-02 | DEXTROSE/NITROGLYCERIN INJ IJ 5%-10 MG/100 ML 250 ml, 12s ea DEXTROSE/NITROGLYCERIN | AP | 02 RX | 218.31 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1483-03 | DEXTROSE/NITROGLYCERIN INJ IJ 5%-10 MG/100 ML 500 ml, 12s ea DEXTROSE/NITROGLYCERIN | AP | 02 RX | 218.31 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1482-02 | DEXTROSE/NITROGLYCERIN INJ IJ 5%-20 MG/100 ML 250 ml, 12s ea DEXTROSE/NITROGLYCERIN | AP | 02 RX | 218.31 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                              Date

Confidential

ABT094-0503

Red Book 00503

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1484-02 | DEXTROSE/NITROGLYCERIN<br><br>INJ  IJ   5%-40 MG/100 ML<br>250 ml, 12s ea<br>DEXTROSE/NITROGLYCERIN | AP | 02 | RX | 246.53 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1484-03 | DEXTROSE/NITROGLYCERIN<br><br>INJ  IJ   5%-40 MG/100 ML<br>500 ml, 12s ea<br>DEXTROSE/NITROGLYCERIN | AP | 02 | RX | 306.23 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7905-09 | DEXTROSE/POTASSIUM CHLORIDE<br>(LIFECARE)<br>INJ  IJ   5%-0.15%<br>1000 ml, 12s ea<br>DEXTROSE/POT CL | AP | 02 | RX | 224.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7996-09 | DEXTROSE/POTASSIUM CHLORIDE<br><br>INJ  IJ   5%-0.224%<br>1000 ml, 12s ea<br>DEXTROSE/POT CL | AP | 02 | RX | 224.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7906-09 | DEXTROSE/POTASSIUM CHLORIDE<br>(LIFECARE)<br>INJ  IJ   5%-0.3%<br>1000 ml, 12s ea<br>DEXTROSE/POT CL | AP | 02 | RX | 224.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7940-03 | DEXTROSE/SODIUM CHLORIDE<br>(LIFECARE)<br>INJ  IJ   2.5%-0.45%<br>500 ml, 24s ea<br>DEXTROSE/SOD CL | AP | 02 | RX | 254.79 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                    Date

Confidential

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7940-09 | DEXTROSE/SODIUM CHLORIDE (LIFECARE) INJ IJ  2.5%-0.45% 1000 ml, 12s ea DEXTROSE/SOD CL | AP | 02 | RX | 149.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7924-02 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ  5%-0.225% 250 ml, 24s ea DEXTROSE/SOD CL | | 02 | RX | 263.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7924-03 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ  5%-0.225% 500 ml, 24s ea DEXTROSE/SOD CL | | 02 | RX | 263.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7924-09 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ  5%-0.225% 1000 ml, 12s ea DEXTROSE/SOD CL | | 02 | RX | 156.18 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7925-02 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ  5%-0.3% 250 ml, 24s ea DEXTROSE/SOD CL | | 02 | RX | 263.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7925-03 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ  5%-0.3% 500 ml, 24s ea DEXTROSE/SOD CL | | 02 | RX | 263.06 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature

Date

Confidential

ABT094-0505

Red Book 00505

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7925-09 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.3% 1000 ml, 12s ea DEXTROSE/SOD CL | | 02 | RX | 156.18 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7926-02 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.45% 250 ml, 24s ea DEXTROSE/SOD CL | AP | 02 | RX | 263.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7926-03 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.45% 500 ml, 24s ea DEXTROSE/SOD CL | AP | 02 | RX | 263.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7926-09 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.45% 1000 ml, 12s ea DEXTROSE/SOD CL | AP | 02 | RX | 156.18 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7941-02 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.9% 250 ml, 24s ea DEXTROSE/SOD CL | AP | 02 | RX | 263.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7941-03 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.9% 500 ml, 24s ea DEXTROSE/SOD CL | AP | 02 | RX | 263.06 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is          ☐ OK with changes

Signature

Date

# RED BOOK®

## Product Listing Verification

**ABBOTT HOSPITAL PRODUCTS**

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By:09/27/96

Contact Name:HARRY ADAMS

Contact Phone:(800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7941-09 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ  5%-0.9% 1000 ml, 12s ea DEXTROSE/SOD CL | AP | 02 | RX | 156.18 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1534-05 | DEXTROSE/SODIUM CHLORIDE INJ  IJ  10%-0.9% 1000 ml, 6s ea DEXTROSE/SOD CL | AP | 02 | RX | 99.32 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7666-03 | DEXTROSE/THEOPHYLLINE INJ  IJ  5%-160 MG/100 ML 500 ml, 24s ea DEXTROSE/THEO | AP | 02 | RX | 383.90 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7666-62 | DEXTROSE/THEOPHYLLINE INJ  IJ  5%-160 MG/100 ML 250 ml, 24s ea DEXTROSE/THEO | AP | 02 | RX | 354.26 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7668-23 | DEXTROSE/THEOPHYLLINE INJ  IJ  5%-200 MG/100ML 100 ml, 24s ea DEXTROSE/THEO | AP | 02 | RX | 332.31 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7677-13 | DEXTROSE/THEOPHYLLINE INJ  IJ  5%-200 MG/50 ML 50 ml, 24s ea DEXTROSE/THEO | AP | 02 | RX | 332.31 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                    Date

Confidential

ABT094-0507

Red Book 00507

# RED BOOK
## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7705-62 | DEXTROSE/THEOPHYLLINE<br>INJ  IJ   5%-320 MG/100 ML<br>250 ml, 24s ea<br>DEXTROSE/THEO | AP | 02 | RX | 429.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7662-09 | DEXTROSE/THEOPHYLLINE<br>INJ  IJ   5%-40 MG/100 ML<br>1000 ml, 12s ea<br>DEXTROSE/THEO | AP | 02 | RX | 200.64 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7677-23 | DEXTROSE/THEOPHYLLINE<br>INJ  IJ   5%-400 MG/100 ML<br>100 ml, 24s ea<br>DEXTROSE/THEO | AP | 02 | RX | 342.29 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7665-03 | DEXTROSE/THEOPHYLLINE<br>INJ  IJ   5%-80 MG/100 ML<br>500 ml, 24s ea<br>DEXTROSE/THEO | AP | 02 | RX | 354.26 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7665-09 | DEXTROSE/THEOPHYLLINE<br>INJ  IJ   5%-80 MG/100 ML<br>1000 ml, 12s ea<br>DEXTROSE/THEO | AP | 02 | RX | 216.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1671-02 | DIAL-A-FLO<br>(IV EXTENTION-18 IN)<br>SET<br>48s ea<br>DEVICE | | 03 | OTC | 434.91 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is      ☐ OK with changes

Signature _____

Date _____

Confidential

# RED BOOK
## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1672-02 | DIAL-A-FLO (EXT. 18 IN LETTER SCALE) SET 48s ea DEVICE | | 03 | OTC | 434.91 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1674-68 | DIAL-A-FLO (MICRODRIP 78 IN NV) SET 48s ea DEVICE | | 03 | OTC | 586.53 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1684-68 | DIAL-A-FLO (MICRODRIP 78 IN NV) SET 48s ea DEVICE | | 03 | OTC | 586.53 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3210-01 | DIAZEPAM (AMP) INJ  IJ   5 MG/ML 2 ml, 50s ea DIAZEPAM | AP | 02 | CIV | 86.69 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3213-01 | DIAZEPAM (VIAL, FLIPTOP) INJ  IJ   5 MG/ML 10 ml, 25s ea DIAZEPAM | AP | 02 | CIV | 173.67 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2344-01 | DOBUTAMINE HCL (VIAL, FLIPTOP) INJ  IJ   12.5 MG/ML 20 ml ea DOBUTAMINE HYDROCHLORIDE | AP | 02 | RX | 49.41 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____   Date _____

Confidential

Red Book 00509

ABT094-0509

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1Ø
ABBOTT PARK IL  6ØØ643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: Ø9/27/96
Contact Name: HARRY ADAMS
Contact Phone: (8ØØ) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ØØØ74-2344-Ø2 | DOBUTAMINE HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   12.5 MG/ML<br>2Ø ml, 1Øs ea<br>DOBUTAMINE HYDROCHLORIDE | AP | Ø2 | RX | 467.4Ø | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø1/96 |
| ØØØ74-5Ø19-16 | DOPAMINE HCL<br>(SRN,UNIV ADD,1Ø ML CONT)<br>INJ  IJ   4Ø MG/ML<br>5 ml, 1Øs ea<br>DOPAMINE HYDROCHLORIDE | AP | Ø2 | RX | 14Ø.Ø1 | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø1/96 |
| ØØØ74-5Ø2Ø-1Ø | DOPAMINE HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   4Ø MG/ML<br>5 ml, 25s ea<br>DOPAMINE HYDROCHLORIDE | AP | Ø2 | RX | 294.5Ø | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø1/96 |
| ØØØ74-91Ø4-2Ø | DOPAMINE HCL<br>(VIAL,FLIPTOP,1ØML/2ØML)<br>INJ  IJ   4Ø MG/ML<br>1Ø ml, 25s ea<br>DOPAMINE HYDROCHLORIDE | AP | Ø2 | RX | 583.95 | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø1/96 |
| ØØØ74-91Ø5-18 | DOPAMINE HCL<br>(SRN, UNIV ADDITIVE)<br>INJ  IJ   4Ø MG/ML<br>1Ø ml, 1Øs ea<br>DOPAMINE HYDROCHLORIDE | AP | Ø2 | RX | 259.23 | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø1/96 |
| ØØØ74-4265-Ø1 | DOPAMINE HCL<br>(VIAL,FLIPTOP,1ØML/2ØML )<br>INJ  IJ   8Ø MG/ML<br>1Ø ml, 25s ea<br>DOPAMINE HYDROCHLORIDE | AP | Ø2 | RX | 941.69 | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø1/96 |

Instructions: Please make corrections directly on this printout.

❑ OK as is        ❑ OK with changes

Signature _____        Date _____

*Confidential*

*Red Book 00510*

ABT094-0510

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4266-18 | DOPAMINE HCL<br>(SRN, UNIV ADDITIVE)<br>INJ IJ   80 MG/ML<br>10 ml, 10s ea<br>DOPAMINE HYDROCHLORIDE | AP | 02 | RX | 415.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1187-01 | DROPERIDOL<br><br>INJ IJ   2.5 MG/ML<br>2 ml, 10s ea<br>DROPERIDOL | AP | 02 | RX | 73.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1186-12 | DROPERIDOL/FENTANYL CITRATE<br><br>INJ IJ   2.5 MG-0.05 MG/ML<br>2 ml, 10s ea<br>DROPERIDOL/FENTANYL CITRATE | AP | 02 | CII | 167.56 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7927-08 | EMPTY CONTAINER<br>(W/ATCHD Y-TRANF,3000ML)<br>ACC<br>24s ea<br>DEVICE | | 03 | OTC | 1232.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7927-09 | EMPTY CONTAINER<br>(W/ATTCHD Y-TRNSF/1000ML)<br>ACC<br>24s ea<br>DEVICE | | 03 | OTC | 802.28 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7951-12 | EMPTY CONTAINER<br>(LIFECARE,FLEXIBLE,50ML)<br>ACC<br>48s ea<br>DEVICE | | 03 | OTC | 662.91 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature

Date

Confidential

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96

Contact Name: HARRY ADAMS

Contact Phone: (800)  222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7951-13 | EMPTY CONTAINER (LIFECARE,FLEXIBLE,500ML) ACC 48s ea DEVICE | 03 | OTC | 678.87 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7951-19 | EMPTY CONTAINER (LIFECARE,FLXIBLE,1000ML) ACC 48s ea DEVICE | 03 | OTC | 737.01 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7951-23 | EMPTY CONTAINER (LIFECARE,FLEXIBLE,100ML) ACC 200s ea DEVICE | 03 | OTC | 2522.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1614-01 | EMPTY EVACUATED CONTAINER (150 ML) ACC 12s ea DEVICE | 03 | OTC | 194.51 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1614-02 | EMPTY EVACUATED CONTAINER (250 ML) ACC 12s ea DEVICE | 03 | OTC | 200.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1614-03 | EMPTY EVACUATED CONTAINER (500 ML.) ACC 12s ea DEVICE | 03 | OTC | 203.92 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____

Date _____

Confidential

Red Book 00512

ABT094-0512

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

ABT094-0513

Red Book 00513

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1614-05 | EMPTY EVACUATED CONTAINER (1000 ML.) ACC 6s ea DEVICE | | 03 | OTC | 112.29 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6940-03 | ENDRATE (AMP) INJ IJ 150 MG/ML 20 ml, 25s ea EDETATE DISODIUM | AP | 01 | RX | 700.63 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9406-01 | ENFLURANE SOL IH 125 ml ea ENFLURANE | AN | 02 | RX | 128.21 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-9406-02 | ENFLURANE SOL IH 250 ml ea ENFLURANE | AN | 02 | RX | 216.37 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-3073-31 | EPHEDRINE SULFATE (AMP) INJ IJ 50 MG/ML 1 ml, 50s ea EPHEDRINE SULFATE | | 02 | RX | 80.16 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1986-01 | EPIDURAL SINGLE SHOT W/LIDOCAINE INJ IJ 1% 2 ml, 10s ea LIDOCAINE HYDROCHLORIDE | AP | 01 | RX | 414.32 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____   Date _____

# RED BOOK
## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228 • Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4320-01 | EPINEPHRINE HCL (VIAL) INJ IJ 0.1 MG/ML 10 ml, 10s ea EPINEPHRINE HYDROCHLORIDE | | 02 | RX | 32.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4901-18 | EPINEPHRINE HCL (ABBOJECT, 18GX3-1/2) INJ IJ 0.1 MG/ML 10 ml, 10s ea EPINEPHRINE HYDROCHLORIDE | | 02 | RX | 144.64 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4921-18 | EPINEPHRINE HCL (ABBOJECT, 21GX1-1/2) INJ IJ 0.1 MG/ML 10 ml, 10s ea EPINEPHRINE HYDROCHLORIDE | | 02 | RX | 128.96 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4921-34 | EPINEPHRINE HCL (ABBOJECT/LIFE,21GX1-1/2) INJ IJ 0.1 MG/ML 10 ml, 10s ea EPINEPHRINE HYDROCHLORIDE | | 02 | RX | 142.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7241-01 | EPINEPHRINE HCL (AMP) INJ IJ 1 MG/ML 1 ml, 25s ea EPINEPHRINE HYDROCHLORIDE | | 02 | RX | 24.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3182-02 | EPINEPHRINE W/LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 1:100,000-2% 30 ml, 25s ea EPI/LIDO HCL | AP | 02 | RX | 115.78 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature

Date

Confidential

ABT094-0514

Red Book 00514

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-3182-03 | EPINEPHRINE W/LIDOCAINE HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   1:100,000-2%<br>50 ml, 25s ea<br>EPI/LIDO HCL | AP | 02 | RX | 132.41 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3183-01 | EPINEPHRINE W/LIDOCAINE HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   1:200,000-2%<br>20 ml, 5s ea<br>EPI/LIDO HCL | AP | 02 | RX | 59.91 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3178-01 | EPINEPHRINE/LIDOCAINE HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   1:100,000-1%<br>20 ml, 25s ea<br>EPI/LIDO HCL | AP | 02 | RX | 66.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3178-02 | EPINEPHRINE/LIDOCAINE HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   1:100,000-1%<br>30 ml, 25s ea<br>EPI/LIDO HCL | AP | 02 | RX | 112.22 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3178-03 | EPINEPHRINE/LIDOCAINE HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   1:100,000-1%<br>50 ml, 25s ea<br>EPI/LIDO HCL | AP | 02 | RX | 112.22 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3182-01 | EPINEPHRINE/LIDOCAINE HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ   1:100,000-2%<br>20 ml, 25s ea<br>EPI/LIDO HCL | AP | 02 | RX | 70.66 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature

Date

Confidential

ABT094-0515

Red Book 00515

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-3177-01 | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ  1:200,000-0.5% 50 ml, 25s ea EPI/LIDO HCL | AP | 02 | RX | 110.16 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3179-01 | EPINEPHRINE/LIDOCAINE HCL (AMP) INJ IJ  1:200,000-1% 30 ml, 5s ea EPI/LIDO HCL | AP | 02 | RX | 49.94 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1209-01 | EPINEPHRINE/LIDOCAINE HCL (AMP) INJ IJ  1:200,000-1.5% 5 ml, 10s ea EPI/LIDO HCL | AP | 02 | RX | 39.54 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3180-02 | EPINEPHRINE/LIDOCAINE HCL (AMP) INJ IJ  1:200,000-1.5% 30 ml, 5s ea EPI/LIDO HCL | AP | 02 | RX | 56.41 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3181-01 | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ  1:200,000-1.5% 30 ml, 5s ea EPI/LIDO HCL | AP | 02 | RX | 54.80 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3247-01 | ERYTHROCIN LACTOBIONATE (ADD-VANTAGE) PDI IJ  500 MG 10s ea ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 222.78 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

_____        Signature _____        Date ____

Confidential

ABT094-0516

Red Book 00516