# Exhibit 52E

# RED BOOK
## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

Red Book 00517

ABT094-0517

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6365-02 | ERYTHROCIN LACTOBIONATE<br><br>PDI  IJ    500 MG<br>10s ea<br>ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | | 109.73 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6368-13 | ERYTHROCIN LACTOBIONATE<br>(P.B.)<br>PDI  IJ    500 MG<br>5s ea<br>ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | | 58.54 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6476-44 | ERYTHROCIN LACTOBIONATE<br>(ADD-VANTAGE)<br>PDI  IJ    500 MG<br>10s ea<br>ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | | 114.71 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6482-01 | ERYTHROCIN LACTOBIONATE<br><br>PDI  IJ    500 MG<br>10s ea<br>ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | | 105.69 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6483-01 | ERYTHROCIN LACTOBIONATE<br><br>PDI  IJ    500 MG<br>5s ea<br>ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | | 56.29 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3246-01 | ERYTHROCIN LACTOBIONATE<br>(ADD-VANTAGE)<br>PDI  IJ    1 GM<br>10s ea<br>ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | | 304.00 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-6342-05 | ERYTHROCIN LACTOBIONATE<br>PDI IJ 1 GM<br>10s ea<br>ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 178.91 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6478-44 | ERYTHROCIN LACTOBIONATE<br>(ADD-VANTAGE)<br>PDI IJ 1 GM<br>10s ea<br>ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 204.13 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6481-01 | ERYTHROCIN LACTOBIONATE<br>PDI IJ 1 GM<br>10s ea<br>ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 191.19 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1485-03 | ETOPOSIDE<br>(VIAL, FLIPTOP, BULK PKG)<br>INJ IJ 20 MG/ML<br>50 ml ea<br>ETOPOSIDE | AP | 02 | RX | 1264.21 | .00 | .00 | .00 | 04/01/96 |
| 00074-1763-48 | FAT EMULSION I.V. SET<br>(VENTED/100 )<br>SET<br>48s ea<br>DEVICE | | 03 | RX | 988.03 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-4065-58 | FAT EMULSION I.V. SET<br>(VENTED, W/CAIR & Y SITE)<br>SET<br>48s ea<br>DEVICE | | 03 | OTC | 567.72 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature                                    Date

Confidential

Red Book 00518

ABT094-0518

# RED BOOK

## Product Listing Verification

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-6464-01 | FAT EMULSION I.V. SET (72 IN MICROBORE -SL) SET 50s ea DEVICE | | 03 | OTC | 470.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9093-32 | FENTANYL CITRATE (AMP) INJ IJ  0.05 MG/ML 2 ml, 10s ea FENTANYL CITRATE | AP | 02 | CII | 40.02 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9093-35 | FENTANYL CITRATE (AMP) INJ IJ  0.05 MG/ML 5 ml, 10s ea FENTANYL CITRATE | AP | 02 | CII | 73.74 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9093-36 | FENTANYL CITRATE (AMP) INJ IJ  0.05 MG/ML 10 ml, 5s ea FENTANYL CITRATE | AP | 02 | CII | 70.60 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9093-38 | FENTANYL CITRATE (AMP) INJ IJ  0.05 MG/ML 20 ml, 5s ea FENTANYL CITRATE | AP | 02 | CII | 138.40 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9094-22 | FENTANYL CITRATE (VIAL, FLIPTOP) INJ IJ  0.05 MG/ML 2 ml, 25s ea FENTANYL CITRATE | AP | 02 | CII | 200.98 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature                                                        Date

Confidential

Red Book 00519

ABT094-0519

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-9094-25 | FENTANYL CITRATE (VIAL, FLIPTOP) INJ IJ   0.05 MG/ML 5 ml, 25s ea FENTANYL CITRATE | AP | 02 | CII | 367.53 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9094-28 | FENTANYL CITRATE (VIAL, FLIPTOP) INJ IJ   0.05 MG/ML 10 ml, 25s ea FENTANYL CITRATE | AP | 02 | CII | 352.98 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9094-31 | FENTANYL CITRATE (VIAL, FLIPTOP) INJ IJ   0.05 MG/ML 20 ml, 25s ea FENTANYL CITRATE | AP | 02 | CII | 692.02 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9094-61 | FENTANYL CITRATE (VIAL, FLIPTOP) INJ IJ   0.05 MG/ML 50 ml, 25s ea FENTANYL CITRATE | AP | 02 | CII | 1730.19 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2443-03 | FENTANYL ORALET LOZ BC   100 MCG 5s ea FENTANYL CITRATE | | 01 | CII | 130.63 | .00 | .00 | .00 | 04/01/96 |
| 00074-2444-05 | FENTANYL ORALET LOZ BC   200 MCG 5s ea FENTANYL CITRATE | | 01 | CII | 139.95 | .00 | 0.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.
☐ OK as is      ☐ OK with changes

Signature

Date

**Confidential**

**Red Book 00520**

ABT094-0520

# RED BOOK®

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2445-05 | FENTANYL ORALET<br>LOZ BC   300 MCG<br>5s ea<br>FENTANYL CITRATE | | 01 | CII | 139.95 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-2446-05 | FENTANYL ORALET<br>LOZ BC   400 MCG<br>5s ea<br>FENTANYL CITRATE | | 01 | CII | 139.95 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-6054-02 | FUROSEMIDE<br>(ABBOJECT)<br>INJ IJ   10 MG/ML<br>2 ml, 25s ea<br>FUROSEMIDE | AP | 02 | RX | 93.52 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6055-14 | FUROSEMIDE<br>(ABBOJECT)<br>INJ IJ   10 MG/ML<br>4 ml, 10s ea<br>FUROSEMIDE | AP | 02 | RX | 50.94 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6056-17 | FUROSEMIDE<br>(ABBOJECT)<br>INJ IJ   10 MG/ML<br>8 ml, 10s ea<br>FUROSEMIDE | AP | 02 | RX | 73.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6056-18 | FUROSEMIDE<br>(ABBOJECT)<br>INJ IJ   10 MG/ML<br>10 ml, 10s ea<br>FUROSEMIDE | AP | 02 | RX | 129.32 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is         ☐ OK with changes

_____        _____
Signature                              Date

Confidential

ABT094-0521

Red Book 00521

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6101-02 | FUROSEMIDE (AMP) INJ IJ  10 MG/ML 2 ml, 25s ea FUROSEMIDE | AP | 02 | RX | 53.44 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6101-04 | FUROSEMIDE (AMP) INJ IJ  10 MG/ML 4 ml, 25s ea FUROSEMIDE | AP | 02 | RX | 103.02 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6101-10 | FUROSEMIDE (AMP) INJ IJ  10 MG/ML 10 ml, 25s ea FUROSEMIDE | AP | 02 | RX | 260.95 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6102-02 | FUROSEMIDE (VIAL, FLIPTOP) INJ IJ  10 MG/ML 2 ml, 25s ea FUROSEMIDE | AP | 02 | RX | 64.42 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6102-04 | FUROSEMIDE (VIAL, P.F., FLIPTOP) INJ IJ  10 MG/ML 4 ml, 25s ea FUROSEMIDE | AP | 02 | RX | 110.44 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6102-11 | FUROSEMIDE (VIAL, FLIPTOP) INJ IJ  10 MG/ML 10 ml, 25s ea FUROSEMIDE | AP | 02 | RX | 297.17 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature

Confidential

ABT094-0522

Red Book 00522

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3400-01 | GENTAMICIN SULFATE (VIAL, ADD-VANTAGE) INJ IJ 10 MG/ML 6 ml, 25s ea GENTAMICIN SULFATE | AP | 02 | RX | 146.95 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3401-01 | GENTAMICIN SULFATE (VIAL, ADD-VANTAGE) INJ IJ 10 MG/ML 8 ml, 25s ea GENTAMICIN SULFATE | AP | 02 | RX | 156.75 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3402-01 | GENTAMICIN SULFATE (VIAL, ADD-VANTAGE) INJ IJ 10 MG/ML 10 ml, 25s ea GENTAMICIN SULFATE | AP | 02 | RX | 168.63 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1207-03 | GENTAMICIN SULFATE (VIAL, FLIPTOP) INJ IJ 40 MG/ML 2 ml, 25s ea GENTAMICIN SULFATE | AP | 02 | RX | 55.81 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7879-13 | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) INJ IJ 1.2 MG/ML-0.9% 50 ml, 24s ea GENT SULF/SOD CL | AP | 02 | RX | 247.95 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7881-13 | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) INJ IJ 1.4 MG/ML-0.9% 50 ml, 24s ea GENT SULF/SOD CL | AP | 02 | RX | 262.77 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is        ☐ OK with changes

Signature

Date

Confidential

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7883-13 | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) INJ  IJ   1.6 MG/ML-0.9% 50 ml, 24s ea GENT SULF/SOD CL | AP | 02 | RX | | 264.77 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7889-23 | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) INJ  IJ   100 MG/100 ML-0.9% 100 ml, 24s ea GENT SULF/SOD CL | AP | 02 | RX | | 287.85 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7884-23 | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) INJ  IJ   80 MG/100 ML-0.9% 100 ml, 24s ea GENT SULF/SOD CL | AP | 02 | RX | | 264.77 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7886-23 | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) INJ  IJ   90 MG/100 ML-0.9% 100 ml, 24s ea GENT SULF/SOD CL | AP | 02 | RX | | 280.16 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6142-06 | GLYCINE IRRIGATION (AQUALITE) SOL  IR   1.5% 1500 ml, 8s ea GLYCINE | AT | 02 | RX | | 201.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7974-08 | GLYCINE IRRIGATION (FLEXIBLE CONTAINER) SOL  IR   1.5% 3000 ml, 4s ea GLYCINE | AT | 02 | RX | | 89.68 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____                    Date _____

Confidential

ABT094-0524

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

Confidential

ABT094-0525

Red Book 00525

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4894-02 | HALOTHANE<br>LIQ IH<br>250 ml, 12s ea<br>HALOTHANE | AN | 02 | RX | 1392.37 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-1151-70 | HEPARIN LOCK FLUSH<br>(VIAL, FLIPTOP)<br>INJ IJ   10 U/ML<br>10 ml, 25s ea<br>HEPARIN LOCK FLUSH | AP | 02 | RX | 32.95 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1151-78 | HEPARIN LOCK FLUSH<br>(VIAL, FLIPTOP)<br>INJ IJ   10 U/ML<br>30 ml, 25s ea<br>HEPARIN LOCK FLUSH | AP | 02 | RX | 76.59 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4822-01 | HEPARIN LOCK FLUSH<br>(SRN)<br>INJ IJ   10 U/ML<br>1 ml, 25s ea<br>HEPARIN LOCK FLUSH | AP | 02 | RX | 105.98 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1152-70 | HEPARIN LOCK FLUSH<br>(VIAL, FLIPTOP)<br>INJ IJ   100 U/ML<br>10 ml, 25s ea<br>HEPARIN LOCK FLUSH | AP | 02 | RX | 37.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1152-78 | HEPARIN LOCK FLUSH<br>(VIAL, FLIPTOP)<br>INJ IJ   100 U/ML<br>30 ml, 25s ea<br>HEPARIN LOCK FLUSH | AP | 02 | RX | 87.28 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                    Date

# RED BOOK®

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1766

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-2581-02 | HEPARIN SODIUM (VIAL, ADD-VANTAGE, P.F.) INJ IJ 2000 U/ML 5 ml, 25s ea HEPARIN SODIUM | | 02 | RX | 74.22 | 0.00 | 0.00 | .00 | 04/01/96 |
| 00074-2583-02 | HEPARIN SODIUM (VIAL, ADD-VANTAGE, P.F.) INJ IJ 2000 U/ML 10 ml, 25s ea HEPARIN SODIUM | | 02 | RX | 132.41 | 0.00 | 0.00 | .00 | 04/01/96 |
| 00074-2582-02 | HEPARIN SODIUM (VIAL, ADD-VANTAGE) INJ IJ 2500 U/ML 5 ml, 25s ea HEPARIN SODIUM | | 02 | RX | 89.36 | 0.00 | 0.00 | .00 | 04/01/96 |
| 00074-2584-02 | HEPARIN SODIUM (VIAL, ADD-VANTAGE) INJ IJ 2500 U/ML 10 ml, 25s ea HEPARIN SODIUM | | 02 | RX | 172.19 | 0.00 | 0.00 | .00 | 04/01/96 |
| 00074-7620-03 | HEPARIN SODIUM/SODIUM CHLORIDE INJ IJ 200 U/100 ML-0.9% 500 ml, 18s ea HEPARIN/SOD CL | AP | 02 | RX | 187.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7620-59 | HEPARIN SODIUM/SODIUM CHLORIDE INJ IJ 200 U/100 ML-0.9% 1000 ml, 12s ea HEPARIN/SOD CL | AP | 02 | RX | 124.83 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature                                      Date

Confidential

Red Book 00526

ABT094-0526

# RED BOOK
## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6003

| NDC | Description | | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7651-03 | HEPARIN SODIUM/SODIUM CHLORIDE<br>INJ  IJ   5000 U/100 ML-0.45%<br>500 ml, 24s ea<br>HEPARIN/SOD CL | AP | 02 | RX | 265.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7651-62 | HEPARIN SODIUM/SODIUM CHLORIDE<br>INJ  IJ   5000 U/100 ML-0.45%<br>250 ml, 24s ea<br>HEPARIN/SOD CL | AP | 02 | RX | 250.23 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7650-62 | HEPARIN SODIUM/SODIUM CHLORIDE<br>INJ  IJ   10,000 U/100 ML-0.45%<br>250 ml, 24s ea<br>HEPARIN/SOD CL | AP | 02 | RX | 265.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7248-03 | HETASTARCH/SODIUM CHLORIDE<br>INJ  IJ   6 GM/100 ML-0.9%<br>500 ml, 12s ea<br>HETASTARCH/SOD CL | | 02 | RX | 822.94 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1701-58 | HYPODERMOCLYSIS<br>(W/TWO 22G NDLS)<br>SET<br>48s ea<br>DEVICE | | 03 | RX | 755.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4711-01 | INPERSOL ADMINISTRATION SET<br>(11FR 11" W/L-CONNECTOR)<br>CAT<br>6s ea<br>DEVICE | | 03 | OTC | 198.86 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____   Date _____

Confidential

ABT094-0527

Red Book 00527

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive ▪ Montvale, NJ 07645-1742
(201) 358-2228 · Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4353-04 | INPERSOL ADMINISTRATION SET (NONVENT,W/DRAIN.CONTAIN) SET 20s ea DEVICE | 03 | OTC | 777.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4356-02 | INPERSOL ADMINISTRATION SET (NV,Y-TYPE,W/O AUT.S-OFF) SET 20s ea DEVICE | 03 | OTC | 463.60 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4354-02 | INPERSOL PERITONEAL DIALYSIS TRAY SET 4s ea DEVICE | 03 | RX | 402.66 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7371-03 | IONOSOL B/5% DEXTROSE (LIFECARE) INJ  IJ 500 ml, 24s ea DEXTROSE/ELECT | 01 | RX | 388.46 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7371-09 | IONOSOL B/5% DEXTROSE (LIFECARE) INJ  IJ 1000 ml, 12s ea DEXTROSE/ELECT | 01 | RX | 248.52 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7372-03 | IONOSOL MB/5% DEXTROSE (LIFECARE) INJ  IJ 500 ml, 24s ea DEXTROSE/ELECT | 01 | RX | 353.69 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

❏ OK as is        ❏ OK with changes

Signature _____          Date _____

*Confidential*

ABT094-0528

**Red Book 00528**

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-7372-09 | IONOSOL MB/5% DEXTROSE (LIFECARE) INJ IJ 1000 ml, 12s ea DEXTROSE/ELECT | 01 | RX | 223.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7372-62 | IONOSOL MB/5% DEXTROSE (LIFECARE) INJ IJ 250 ml, 24s ea DEXTROSE/ELECT | 01 | RX | 350.84 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7373-03 | IONOSOL T/5% DEXTROSE (LIFECARE) INJ IJ 500 ml, 24s ea DEXTROSE/ELECT | 01 | RX | 447.45 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7373-09 | IONOSOL T/5% DEXTROSE (LIFECARE) INJ IJ 1000 ml, 12s ea DEXTROSE/ELECT | 01 | RX | 265.48 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7373-62 | IONOSOL T/5% DEXTROSE (LIFECARE) INJ IJ 250 ml, 24s ea DEXTROSE/ELECT | 01 | RX | 444.89 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4357-01 | IPD DRAINAGE CONTAINER (4L) ACC 20s ea DEVICE | 03 | OTC | 246.29 | 0.00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____  Date _____

Confidential

ABT094-0529

Red Book 00529

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1Ø
ABBOTT PARK IL 6ØØ643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (8ØØ) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ØØØ74-6541-Ø1 | IRRIGATION SET (SECONDARY) SET 20s ea DEVICE | | Ø3 | OTC | 138.46 | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø1/96 |
| ØØØ74-6599-Ø1 | IRRIGATION SET (NV,LARGE BORE,Y-TYPE) SET 20s ea DEVICE | | Ø3 | OTC | 315.16 | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø1/96 |
| ØØØ74-3292-Ø1 | ISOFLURANE LIQ IH 1ØØ ml ea ISOFLURANE | AN | Ø2 | RX | 128.21 | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø3/95 |
| ØØØ74-3292-Ø2 | ISOFLURANE LIQ IH 25Ø ml ea ISOFLURANE | AN | Ø2 | RX | 320.53 | .ØØ | .ØØ | .ØØ | Ø4/Ø1/96 |
| ØØØ74-49Ø5-1Ø | ISOPROTERENOL HCL (ABBOJECT, 21GX1-1/2) INJ IJ Ø.Ø2 MG/ML 1Ø ml, 1Øs ea ISOPROTERENOL HYDROCHLORIDE | | Ø2 | RX | 139.Ø6 | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø1/96 |
| ØØØ74-4977-1Ø | ISOPROTERENOL HCL (SRN) INJ IJ Ø.2 MG/ML 1Ø ml, 1Øs ea ISOPROTERENOL HYDROCHLORIDE | AP | Ø2 | RX | 184.30 | .ØØ | Ø.ØØ | .ØØ | Ø4/Ø1/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature                                   Date

# RED BOOK®

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4978-15 | ISOPROTERENOL HCL (SRN) INJ IJ  0.2 MG/ML 5 ml, 10s ea ISOPROTERENOL HYDROCHLORIDE | AP | 02 | RX | 136.44 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1517-48 | IVEX-2 (R.F.-FILTER SET) SET 48s ea DEVICE | | 03 | OTC | 470.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2678-48 | IVEX-2 (0.22MIC W/FLASHBACK) SET 48s ea DEVICE | | 03 | OTC | 453.72 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2679-48 | IVEX-2 (0.22MIC W/Y-SITE) SET 48s ea DEVICE | | 03 | OTC | 442.89 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2694-48 | IVEX-2 (H.P., PED. EXTENSION) SET 48s ea DEVICE | | 03 | OTC | 483.36 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4521-48 | IVEX-2 (H.P./FILTERSET) SET 48s ea DEVICE | | 03 | OTC | 489.63 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is          ☐ OK with changes

Signature _____  Date _____

Confidential

Red Book 00531

ABT094-0531

# RED BOOK®

## Product Listing Verification

∎ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  400643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4524-58 | IVEX-2<br>(H.P./FILTERSET)<br>SET<br>48s ea<br>DEVICE | | 03 | OTC | 489.63 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8975-18 | L-CYSTEINE HCL<br>(SRN)<br>INJ  IJ    50 MG/ML<br>10 ml, 10s ea<br>CYSTEINE HYDROCHLORIDE | | 02 | RX | 186.56 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7953-02 | LACTATED RINGER'S<br>(LIFECARE)<br>INJ  IJ<br>250 ml, 24s ea<br>LACTATED RINGER'S | AP | 02 | RX | 291.27 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7953-03 | LACTATED RINGER'S<br>(LIFECARE)<br>INJ  IJ<br>500 ml, 24s ea<br>LACTATED RINGER'S | AP | 02 | RX | 291.27 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7953-09 | LACTATED RINGER'S<br>(LIFECARE)<br>INJ  IJ<br>1000 ml, 12s ea<br>LACTATED RINGER'S | AP | 02 | RX | 163.59 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7828-08 | LACTATED RINGER'S<br><br>SOL  IR<br>3000 ml, 4s ea<br>LACTATED RINGER'S | AT | 02 | RX | 75.57 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature                                         Date

Confidential

Red Book 00532

ABT094-0532

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4275-01 | LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 0.5% 50 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 84.61 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4278-01 | LIDOCAINE HCL (TEARDROP BOTTLE) INJ IJ 0.5% 50 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 84.61 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4270-01 | LIDOCAINE HCL (STERILE PACK) INJ IJ 1% 30 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 201.58 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4276-01 | LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 1% 20 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 58.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4276-02 | LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 1% 50 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 73.33 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4279-02 | LIDOCAINE HCL (TEARDROP BOTTLE) INJ IJ 1% 30 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 40.97 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____     Date _____

Confidential

ABT094-0533

Red Book 00533

# **RED BOOK**

## **Product Listing Verification**

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4713-01 | LIDOCAINE HCL<br>(AMP)<br>INJ  IJ  1%<br>2 ml, 100s ea<br>LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 157.74 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4713-02 | LIDOCAINE HCL<br>(AMP)<br>INJ  IJ  1%<br>5 ml, 25s ea<br>LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 54.63 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4713-32 | LIDOCAINE HCL<br>(AMP)<br>INJ  IJ  1%<br>2 ml, 50s ea<br>LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 78.97 | .00 | .00 | .00 | 04/01/96 |
| 00074-4904-15 | LIDOCAINE HCL<br>(ABBOJECT, 21GX1-1/2)<br>INJ  IJ  1%<br>5 ml, 10s ea<br>LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 104.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4904-34 | LIDOCAINE HCL<br>(ABBOJECT, LIFESHIELD)<br>INJ  IJ  1%<br>5 ml, 10s ea<br>LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 118.99 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4924-15 | LIDOCAINE HCL<br>(ABBOJECT, 25GX5/8)<br>INJ  IJ  1%<br>5 ml, 10s ea<br>LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 104.86 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____          Date _____

Confidential

ABT094-0534

Red Book 00534

# RED BOOK®

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4273-01 | BUPIVACAINE HCL<br>(AMP, STERILE PACK)<br>INJ  IJ  0.5%<br>20 ml, 5s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 54.63 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5748-01 | BUPIVACAINE HCL<br>(ABBOJECT W/MALE ADAPTER)<br>INJ  IJ  0.5%<br>30 ml, 25s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 346.16 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5748-21 | BUPIVACAINE HCL<br>(ABBOJECT W/MALE ADAPTER)<br>INJ  IJ  0.5%<br>30 ml, 10s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 138.46 | .00 | .00 | .00 | 04/01/96 |
| 00074-1164-01 | BUPIVACAINE HCL<br>(AMP)<br>INJ  IJ  0.75%<br>30 ml, 5s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 36.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1165-01 | BUPIVACAINE HCL<br>(VIAL)<br>INJ  IJ  0.75%<br>10 ml, 25s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 135.67 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1165-02 | BUPIVACAINE HCL<br>(VIAL)<br>INJ  IJ  0.75%<br>30 ml, 25s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 195.64 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is          ☐ OK with changes

Signature _____     Date _____

Confidential

Red Book 00535

ABT094-0535

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-4274-01 | BUPIVACAINE HCL (AMP, STERILE) INJ  IJ  0.75% 20 ml, 5s ea BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | | 58.37 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4704-01 | BUPIVACAINE HCL (ADD-VANTAGE) KIT  IJ  0.75% 10s ea BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | | 193.33 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9041-01 | BUPIVACAINE HCL W/EPINEPHRINE (AMP) INJ  IJ  0.25%-1:200,000 50 ml, 25s ea BUPIV/EPI | | 02 | RX | | 366.64 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9042-01 | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, TEARTOP) INJ  IJ  0.25%-1:200,000 10 ml, 10s ea BUPIV/EPI | | 02 | RX | | 52.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9042-02 | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, TEARTOP) INJ  IJ  0.25%-1:200,000 30 ml, 10s ea BUPIV/EPI | | 02 | RX | | 89.54 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9043-01 | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, FLIPTOP) INJ  IJ  0.25%-1:200,000 50 ml, 25s ea BUPIV/EPI | | 02 | RX | | 299.25 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

Signature                           Date

Confidential

ABT094-0536

Red Book 00536

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-9044-01 | BUPIVACAINE HCL W/EPINEPHRINE (AMP) INJ  IJ   0.5%-1:200,000 30 ml, 5s ea BUPIV/EPI | | 02 | RX | 73.33 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9045-01 | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, TEARTOP) INJ  IJ   0.5%-1:200,000 10 ml, 10s ea BUPIV/EPI | | 02 | RX | 73.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9045-02 | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, TEARTOP) INJ  IJ   0.5%-1:200,000 30 ml, 10s ea BUPIV/EPI | | 02 | RX | 97.26 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9046-01 | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, FLIPTOP) INJ  IJ   0.5%-1:200,000 50 ml, 25s ea BUPIV/EPI | | 02 | RX | 325.97 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9047-01 | BUPIVACAINE HCL W/EPINEPHRINE (AMP) INJ  IJ   0.75%-1:200,000 30 ml, 5s ea BUPIV/EPI | | 02 | RX | 66.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3613-01 | BUPIVACAINE SPINAL AMPUL (AMP) INJ  IJ   0.25% 2 ml, 10s ea BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 49.99 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

Signature _____        Date _____

Confidential

ABT094-0537

Red Book 00537

# RED BOOK
## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1224-01 | BUPIVACAINE/EPHEDRINE/EPINEPHRINE (SRN,SPINAL 22,W/O INTRO) SET IJ 10s ea BUPIV/EPH/EPI | 02 | RX | 343.43 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1225-01 | BUPIVACAINE/EPHEDRINE/EPINEPHRINE (SRN, SPINAL 25, W/INTRO) SET IJ 10s ea BUPIV/EPH/EPI | 02 | RX | 350.91 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1200-01 | CALCIJEX (AMP) INJ IJ  1 MCG/ML 1 ml, 100s ea CALCITRIOL | 01 | RX | 1274.00 | .00 | 0.00 | .00 | 06/01/96 |
| 00074-1210-01 | CALCIJEX (AMP) INJ IJ  2 MCG/ML 1 ml, 100s ea CALCITRIOL | 01 | RX | 2222.00 | .00 | 0.00 | .00 | 06/01/96 |
| 00074-2553-01 | CALCIUM ACETATE (VIAL, FLIPTOP) INJ IJ  0.5 MEQ/ML 10 ml, 25s ea CALCIUM ACETATE | 02 | RX | 26.42 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2553-02 | CALCIUM ACETATE (VIAL, FLIPTOP) INJ IJ  0.5 MEQ/ML 50 ml, 25s ea CALCIUM ACETATE | 02 | RX | 89.95 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is            ☐ OK with changes

Signature _____      Date _____

Confidential

ABT094-0538

Red Book 00538

L