# Exhibit 53A

# THOMSON
## MICROMEDEX ™

**REDBOOK Product Listing Verification**
MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 1 OF 133

DEC 1 7 2002

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CIGERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4535-02 | ABBOCATH-T (20 GAUGE, 2') DEV  NA 100 EA          CATHETER | | RX | | 534.38 | 450.00 | 345.00 | | 4/19/99 |
| 00074-4535-06 | ABBOCATH-T (16GX1-1/4') DEV  NA 100 EA          CATHETER | | RX | | 534.38 | 450.00 | 123.30 | | 4/19/99 |
| 00074-4535-08 | ABBOCATH-T (18GX1-1/4') DEV  NA 100 EA          CATHETER | | RX | | 534.38 | 450.00 | 123.30 | | 4/19/99 |
| 00074-4535-14 | ABBOCATH-T (14 GAUGE, 2') DEV  NA 100 EA          CATHETER | | RX | | 534.38 | 450.00 | 123.30 | | 4/19/99 |
| 00074-4535-16 | ABBOCATH-T (16GX2') DEV  NA 100 EA          CATHETER | | RX | | 534.38 | 450.00 | 123.30 | | 4/19/99 |
| 00074-4535-18 | ABBOCATH-T (18GX2') DEV  NA 100 EA          CATHETER | | RX | | 534.38 | 450.00 | 123.30 | | 4/19/99 |
| 00074-4535-20 | ABBOCATH-T (20 GAUGE, 1-1/4') DEV  NA 100 EA          CATHETER | | RX | | 534.38 | 450.00 | 123.30 | | 4/19/99 |
| 00074-4535-22 | ABBOCATH-T (22 GAUGE, 1-1/4') DEV  NA 100 EA          CATHETER | | RX | | 555.75 | 468.00 | 128.70 | | 4/19/99 |
| 00074-4535-24 | ABBOCATH-T (24 GAUGE, 3/4') DEV  NA 100 EA          CATHETER | | RX | | 640.06 | 539.00 | 200.00 | | 4/19/99 |
| 00074-4535-26 | ABBOCATH-T (26 GAUGE, 3/4') DEV  NA 120 EA          CATHETER | | RX | | 816.53 | 687.60 | 396.00 | | 4/19/99 |
| 00074-4535-32 | ABBOCATH-T (22 GAUGE, 1') DEV  NA 100 EA          CATHETER | | RX | | 555.75 | 468.00 | 128.70 | | 4/19/99 |

Instructions:  Please make corrections directly on this printout
___OK  as is          ___OK with changes

Signature _____  Date _____

DEPOSITION EXHIBIT
932
PENGAD 800-631-6989

**Confidential**                                    **Red Book 01172**

# THOMSON
## MICROMEDEX ™

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 1 OF 133

DEC 1 7 2002

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CIGERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4535-02 | ABBOCATH-T (20 GAUGE, 2") DEV   NA 100 EA          CATHETER | | RX | | 534.38 | 450.00 | 345.00 | | 4/19/99 |
| 00074-4535-06 | ABBOCATH-T (16GX1-1/4") DEV   NA 100 EA          CATHETER | | RX | | 534.38 | 450.00 | 123.30 | | 4/19/99 |
| 00074-4535-08 | ABBOCATH-T (18GX1-1/4") DEV   NA 100 EA          CATHETER | | RX | | 534.38 | 450.00 | 123.30 | | 4/19/99 |
| 00074-4535-14 | ABBOCATH-T (14 GAUGE, 2") DEV   NA 100 EA          CATHETER | | RX | | 534.38 | 450.00 | 123.30 | | 4/19/99 |
| 00074-4535-16 | ABBOCATH-T (16GX2") DEV   NA 100 EA          CATHETER | | RX | | 534.38 | 450.00 | 123.30 | | 4/19/99 |
| 00074-4535-18 | ABBOCATH-T (18GX2") DEV   NA 100 EA          CATHETER | | RX | | 534.38 | 450.00 | 123.30 | | 4/19/99 |
| 00074-4535-20 | ABBOCATH-T (20 GAUGE, 1-1/4") DEV   NA 100 EA          CATHETER | | RX | | 534.38 | 450.00 | 123.30 | | 4/19/99 |
| 00074-4535-22 | ABBOCATH-T (22 GAUGE, 1-1/4") DEV   NA 100 EA          CATHETER | | RX | | 555.75 | 468.00 | 128.70 | | 4/19/99 |
| 00074-4535-24 | ABBOCATH-T (24 GAUGE, 3/4") DEV   NA 100 EA          CATHETER | | RX | | 640.06 | 539.00 | 200.00 | | 4/19/99 |
| 00074-4535-26 | ABBOCATH-T (26 GAUGE, 3/4") DEV   NA 120 EA          CATHETER | | RX | | 816.53 | 687.60 | 396.00 | | 4/19/99 |
| 00074-4535-32 | ABBOCATH-T (22 GAUGE, 1") DEV   NA 100 EA          CATHETER | | RX | | 555.75 | 468.00 | 128.70 | | 4/19/99 |

Instructions: Please make corrections directly on this printout
____ OK  as is        ____OK with changes

Signature _____   Date _____

**Confidential**



**THOMSON**
**MICROMEDEX** ™

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 · Fax (303) 486-9297

PAGE 2 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL     600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4535-76 | **ABBOCATH-T** (16G, 5-1/2" SUBCLAVIAN) DEV    NA 60 EA            CATHETER | | RX | | 435.34 | 366.60 | 100.71 | | 4/19/99 |
| 00074-4535-84 | **ABBOCATH-T** (14G, 5-1/2" SUBCLAVIAN) DEV    NA 60 EA            CATHETER | | RX | | 435.34 | 366.60 | 161.55 | | 4/19/99 |
| 00074-4536-08 | **ABBOCATH-T** (W/SYRINGE, 18G, 1-1/4") DEV    NA 120 EA           CATHETER | | RX | | 698.25 | 588.00 | 161.46 | | 4/19/99 |
| 00074-4536-16 | **ABBOCATH-T** (W/SYRINGE, 16 GAUGE, 2") DEV    NA 120 EA           CATHETER | | RX | | 698.25 | 588.00 | 161.46 | | 4/19/99 |
| 00074-4536-18 | **ABBOCATH-T** (W/SYRINGE, 18 GAUGE, 2") DEV    NA 120 EA           CATHETER | | RX | | 698.25 | 588.00 | 161.46 | | 4/19/99 |
| 00074-4536-20 | **ABBOCATH-T** (W/SYRINGE, 20G, 1-1/4") DEV    NA 120 EA           CATHETER | | RX | | 698.25 | 588.00 | 161.46 | | 4/19/99 |
| 00074-4536-22 | **ABBOCATH-T** (W/SYRINGE, 22G, 1-1/4") DEV    NA 120 EA           CATHETER | | RX | | 729.60 | 614.40 | 168.48 | | 4/19/99 |
| 00074-6109-05 | **ABBOKINASE** PDS    IV    250,000 IU 1 EA            UROKINASE | | RX | | 538.42 | 453.41 | 431.82 | | 7/9/02 |
| 00074-6143-09 | **ACETIC ACID** (AQUALITE) SOL    IL     0.25% 1,000.00 ml 12 EA  ACETIC ACID | AT | RX | | 78.36 | 66.00 | 29.64 | | 5/7/01 |
| 00074-6143-22 | **ACETIC ACID** (AQUALITE) SOL    IL     0.25% 250.00 ml 24 EA  ACETIC ACID | AT | RX | | 130.82 | 110.16 | 104.88 | | 5/7/01 |
| 00074-3307-03 ANDA | **ACETYLCYSTEINE** SOL    IH     10% 30.00 ml 3 EA     ACETYLCYSTEINE | AN | RX | | 27.32 | 23.01 | 21.90 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
____OK  as is            ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01173**



**REDBOOK Product Listing Verification**

PAGE 3 OF 133

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6798 - Fax (303) 486-9297

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3308-03 ANDA | ACETYLCYSTEINE SOL    IH      20% 30.00 ml 3 EA    ACETYLCYSTEINE | AN | RX | | 28.50 | 24.00 | 18.75 | | 5/7/01 |
| 00074-4427-01 ANDA | ACYCLOVIR SODIUM (VIAL,FLIPTOP) PDS    IV      500 MG 10 EA          ACYCLOVIR SODIUM | AP | RX | | 47.50 | 40.00 | 38.10 | | 5/7/01 |
| 00074-4452-01 ANDA | ACYCLOVIR SODIUM (VIAL, FLIPTOP) PDS    IV      1000 MG 10 EA          ACYCLOVIR SODIUM | AP | RX | | 326.92 | 275.30 | 262.20 | | 5/7/01 |
| 00074-4452-49 ANDA | ACYCLOVIR SODIUM NOVATION (VIAL,FLIPTOP,INSTIT USE) PDS    IV      1000 MG 10 EA          ACYCLOVIR SODIUM | AP | RX | | 326.92 | 275.30 | 262.20 | | 5/7/01 |
| 00074-4427-49 ANDA | ACYCLOVIR SODIUM VHA (VIAL,FLIPTOP) PDS    IV      500 MG 10 EA          ACYCLOVIR SODIUM | AP | RX | | 47.50 | 40.00 | 38.10 | | 5/7/01 |
| 00074-5395-01 | ADAPTER PLUG MALE (W/LUER LOCK,PRN,1-1/2") ACC    NA 120 EA          LOCK, CATHETER | | OTC | | 307.80 | 259.20 | 123.60 | | 4/19/99 |
| 00074-5396-02 | ADAPTER PLUG MALE (W/LUER LOCK, PRN, 1") ACC    NA 120 EA          LOCK, CATHETER | | OTC | | 307.80 | 259.20 | 114.00 | | 4/19/99 |
| 00074-5877-01 | ADAPTER PLUG MALE (PRN, 1") ACC    NA 120 EA          LOCK, CATHETER | | OTC | | 289.28 | 243.60 | 120.00 | | 4/19/99 |
| 00074-5878-01 | ADAPTER PLUG MALE (REG, PRN, 1-1/2") ACC    NA 120 EA          LOCK, CATHETER | | OTC | | 289.28 | 243.60 | 180.00 | | 4/19/99 |
| 00074-4798-01 | ADDITIVE CAP (ABBO-VAC, CLEAR PLASTIC) ACC    NA 400 EA          TRANSFER UNIT, IV FLUID | | OTC | | 465.50 | 392.00 | 204.00 | | 4/19/99 |
| 00074-4929-01 | ADDITIVE CAP LIFECARE (SIDE-MOUNTED ADD. PORT) ACC    NA 400 EA          TRANSFER UNIT, IV FLUID | | OTC | | 370.50 | 312.00 | 156.00 | | 4/19/99 |

Instructions:  Please make corrections directly on this printout
___ OK as is          ___OK with changes

Signature _____   Date _____

**Confidential**

# THOMSON
## MICROMEDEX ™

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 · Fax (303) 486-9297

PAGE 4 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL        600643500

RECEIV...
Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
BY... Phone Number: 800-222-6883

2002

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4858-01 | **ADDITIVE HINGE CAP** (DOWN PORT LIFECARE) ACC   NA 1,000 EA        TRANSFER UNIT, IV FLUID | | OTC | | 831.25 | 700.00 | 365.20 | | 4/19/99 |
| 00074-3972-01 | **ADDITIVE PHARMACY TRANSFER** (30 *, VENTED) KIT   NA 10 EA        TRANSFER UNIT, IV FLUID | | OTC | | 106.16 | 89.40 | 61.50 | | 4/19/99 |
| 00074-5671-02 ANDA | **A-HYDROCORT** (UNIVIAL) PDS   IJ        100 MG 10 EA        HYDROCORTISONE SODIUM SUCCINATE | AP | RX | | 18.17 | 15.30 | 14.60 | | 5/7/01 |
| 00074-5672-02 ANDA | **A-HYDROCORT** (UNIVIAL) PDS   IJ        250 MG 10 EA        HYDROCORTISONE SODIUM SUCCINATE | AP | RX | | 23.28 | 19.60 | 18.70 | | 5/7/01 |
| 00074-5673-04 ANDA | **A-HYDROCORT** (UNIVIAL) PDS   IJ        500 MG 25 EA        HYDROCORTISONE SODIUM SUCCINATE | AP | RX | | 174.86 | 147.25 | 140.25 | | 5/7/01 |
| 00074-5674-08 ANDA | **A-HYDROCORT** (UNIVIAL) PDS   IJ        1 GM 25 EA        HYDROCORTISONE SODIUM SUCCINATE | AP | RX | | 355.36 | 299.25 | 285.00 | | 5/7/01 |
| 00074-1830-03 | **AIR FILTER** ACC   NA 120 EA        FILTER, AIR | | OTC | | 228.00 | 192.00 | 85.20 | | 4/19/99 |
| 00074-2266-02 ANDA | **ALFENTANIL HCL** (AMP) SOL   IJ        0.5 MG/ML 2.00 ml 10 EA        ALFENTANIL HYDROCHLORIDE | AP | CII | | 87.28 | 73.50 | 70.00 | | 5/7/01 |
| 00074-2266-05 ANDA | **ALFENTANIL HCL** (AMP) SOL   IJ        0.5 MG/ML 5.00 ml 10 EA        ALFENTANIL HYDROCHLORIDE | AP | CII | | 156.51 | 131.80 | 125.50 | | 5/7/01 |
| 00074-2266-10 ANDA | **ALFENTANIL HCL** (AMP) SOL   IJ        0.5 MG/ML 10.00 ml 5 EA        ALFENTANIL HYDROCHLORIDE | AP | CII | | 120.71 | 101.65 | 96.80 | | 5/7/01 |
| 00074-2266-49 ANDA | **ALFENTANIL HCL NOVATION** (AMP, INSTIT USE) SOL   IJ        0.5 MG/ML 2.00 ml 10 EA        ALFENTANIL HYDROCHLORIDE | AP | CII | | 87.28 | 73.50 | 70.00 | | 5/7/01 |

9/20/02

Instructions:  Please make corrections directly on this printout
____ OK as is        ✗ OK with changes

Signature  _Jerrie Cicerale_        Date  _12/1/02_

**Confidential**

Red Book 01175



**THOMSON**
**MICROMEDEX**

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 5 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2266-51 ANDA | **ALFENTANIL HCL NOVATION** (AMP,INSTIT USE) SOL    IJ        0.5 MG/ML 5.00 ml 10 EA        ALFENTANIL HYDROCHLORIDE | AP | CII | | 156.51 | 131.80 | 125.50 | | 5/7/01 |
| 00074-2266-52 ANDA | **ALFENTANIL HCL NOVATION** (AMP,INSTIT USE) SOL    IJ        0.5 MG/ML 10.00 ml 5 EA        ALFENTANIL HYDROCHLORIDE | AP | CII | | 120.71 | 101.65 | 96.80 | | 5/7/01 |
| 00074-5630-04 ANDA | **A-METHAPRED** (UNIVIAL) PDS    IJ        500 MG 25 EA        METHYLPREDNISOLONE SODIUM SUCCINATE | AP | RX | | 151.41 | 127.50 | 121.50 | | 5/7/01 |
| 00074-5631-08 ANDA | **A-METHAPRED** (UNIVIAL) PDS    IJ        1 GM 25 EA        METHYLPREDNISOLONE SODIUM SUCCINATE | AP | RX | | 380.30 | 320.25 | 305.00 | | 5/7/01 |
| 00074-5684-01 ANDA | **A-METHAPRED** (UNIVIAL) PDS    IJ        40 MG 10 EA        METHYLPREDNISOLONE SODIUM SUCCINATE | AP | RX | | 16.63 | 14.00 | 13.30 | | 5/7/01 |
| 00074-5685-02 ANDA | **A-METHAPRED** (UNIVIAL) PDS    IJ        125 MG 10 EA        METHYLPREDNISOLONE SODIUM SUCCINATE | AP | RX | | 20.19 | 17.00 | 16.20 | | 5/7/01 |
| 00074-8695-01 ANDA | **AMIDATE** (VIAL,FLIPTOP) SOL    IV        2 MG/ML 10.00 ml 10 EA        ETOMIDATE | AP | RX | | 162.69 | 137.00 | 130.50 | | 5/7/01 |
| 00074-8695-02 NDA | **AMIDATE** (VIAL, FLIPTOP) SOL    IV        2 MG/ML 20.00 ml 10 EA        ETOMIDATE | AP | RX | | 236.91 | 199.50 | 190.00 | | 5/7/01 |
| 00074-8060-19 NDA | **AMIDATE** (ABBOJECT) SOL    IV        2 MG/ML 20.00 ml 10 EA        ETOMIDATE | AP | RX | | 290.94 | 245.00 | 182.80 | | 5/7/01 |
| 00074-8060-29 NDA | **AMIDATE** (ABBOJECT, LIFESHIELD) SOL    IV        2 MG/ML 20.00 ml 10 EA        ETOMIDATE | AP | RX | | 307.68 | 259.10 | 246.80 | | 5/7/01 |
| 00074-8061-01 NDA | **AMIDATE** (AMP) SOL    IV        2 MG/ML 20.00 ml 5 EA        ETOMIDATE | AP | RX | | 140.78 | 118.55 | 112.90 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
___ OK  as is           ___OK with changes

Signature _____     Date _____

**Confidential**



### THOMSON
### MICROMEDEX

**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 6 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-8062-01 NDA | **AMIDATE** (AMP) SOL   IV      2 MG/ML 10.00 ml 5 EA    ETOMIDATE | AP | RX | | 74.87 | 63.05 | 60.05 | | 5/7/01 |
| 00074-1955-01 ANDA | **AMIKACIN SULFATE** (VIAL, FLIPTOP) SOL   IJ      50 MG/ML 2.00 ml 10 EA    AMIKACIN SULFATE | AP | RX | | 155.92 | 131.30 | 125.00 | | 5/7/01 |
| 00074-1956-01 ANDA | **AMIKACIN SULFATE** (VIAL, FLIPTOP) SOL   IJ      250 MG/ML 2.00 ml 10 EA    AMIKACIN SULFATE | AP | RX | | 187.03 | 157.50 | 150.00 | | 5/7/01 |
| 00074-1957-01 ANDA | **AMIKACIN SULFATE** (VIAL, FLIPTOP) SOL   IJ      250 MG/ML 4.00 ml 10 EA    AMIKACIN SULFATE | AP | RX | | 399.00 | 338.00 | 320.00 | | 5/7/01 |
| 00074-4346-73 ANDA | **AMINOCAPROIC ACID** (VIAL, FLIPTOP) SOL   IV      250 MG/ML 20.00 ml 25 EA    AMINOCAPROIC ACID | AP | RX | | 45.72 | 38.50 | 33.50 | | 5/7/01 |
| 00074-4906-19 NDA | **AMINOPHYLLINE** (ABBOJECT) SOL   IV      25 MG/ML 20.00 ml 10 EA    AMINOPHYLLINE | AP | RX | | 47.62 | 40.10 | 38.10 | | 5/7/02 |
| 00074-4909-18 NDA | **AMINOPHYLLINE** (ABBOJECT) SOL   IV      25 MG/ML 10.00 ml 10 EA    AMINOPHYLLINE | AP | RX | | 38.24 | 32.20 | 30.70 | | 5/7/01 |
| 00074-5921-01 NDA | **AMINOPHYLLINE** (VIAL, FLIPTOP) SOL   IV      25 MG/ML 10.00 ml 25 EA    AMINOPHYLLINE | AP | RX | | 22.27 | 18.75 | 16.25 | | 5/7/01 |
| 00074-5922-01 NDA | **AMINOPHYLLINE** (VIAL, FLIPTOP) SOL   IV      25 MG/ML 20.00 ml 25 EA    AMINOPHYLLINE | AP | RX | | 26.13 | 22.00 | 19.50 | | 5/7/01 |
| 00074-7385-01 NDA | **AMINOPHYLLINE** (AMP) SOL   IV      25 MG/ML 10.00 ml 25 EA    AMINOPHYLLINE | AP | RX | | 20.48 | 17.25 | 14.75 | | 5/7/01 |
| 00074-7386-01 NDA | **AMINOPHYLLINE** (AMP) SOL   IV      25 MG/ML 20.00 ml 25 EA    AMINOPHYLLINE | AP | RX | | 31.47 | 26.50 | 25.25 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
____ OK  as is        __ _OK with changes

Signature _____        Date _____

**Confidential**

Red Book 01177



**THOMSON**

**MICROMEDEX** ™

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 7 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UO | AWP | DIR² | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2989-05 NDA | **AMINOSYN** SOL   IV      3.5% 1,000.00 ml 6 EA   AMINO ACIDS | | RX | | 124.76 | 105.06 | 100.08 | | 5/7/01 |
| 00074-2990-03 NDA | **AMINOSYN** SOL   IV      5% 500.00 ml 12 EA   AMINO ACIDS | | RX | | 111.01 | 93.48 | 88.44 | | 5/7/01 |
| 00074-2990-05 NDA | **AMINOSYN** SOL   IV      5% 1,000.00 ml 6 EA   AMINO ACIDS | | RX | | 118.49 | 99.78 | 94.80 | | 5/7/01 |
| 00074-2991-03 NDA | **AMINOSYN** SOL   IV      10% 500.00 ml 12 EA   AMINO ACIDS | | RX | | 136.52 | 114.96 | 109.44 | | 5/7/01 |
| 00074-2991-05 NDA | **AMINOSYN** SOL   IV      10% 1,000.00 ml 6 EA   AMINO ACIDS | | RX | | 136.59 | 115.02 | 115.02 | | 5/7/01 |
| 00074-2992-03 NDA | **AMINOSYN** SOL   IV      7% 500.00 ml 12 EA   AMINO ACIDS | | RX | | 121.84 | 102.60 | 97.56 | | 5/7/01 |
| 00074-4154-05 NDA | **AMINOSYN** SOL   IV      3.5% 1,000.00 ml 6 EA   AMINO ACIDS | | RX | | 124.76 | 105.06 | 100.08 | | 5/7/01 |
| 00074-4380-05 NDA | **AMINOSYN** (PH6) SOL   IV      10% 1,000.00 ml 6 EA   AMINO ACIDS | | RX | | 148.56 | 125.10 | 119.16 | | 5/7/01 |
| 00074-5855-03 NDA | **AMINOSYN** SOL   IV      8.5% 500.00 ml 12 EA   AMINO ACIDS | | RX | | 121.84 | 102.60 | 97.56 | | 5/7/01 |
| 00074-5855-05 NDA | **AMINOSYN** SOL   IV      8.5% 1,000.00 ml 6 EA   AMINO ACIDS | | RX | | 121.77 | 102.54 | 97.56 | | 5/7/01 |
| 00074-1108-03 NDA | **AMINOSYN HBC** SOL   IV      7% 500.00 ml 12 EA   AMINO ACIDS | | RX | | 732.59 | 616.92 | 587.52 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
___. OK as is          ___OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01178**



**THOMSON**
**MICROMEDEX** ™

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 8 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1108-05 | **AMINOSYN HBC** | | RX | | 732.66 | 616.98 | 587.58 | | 5/7/01 |
| NDA | SOL   IV     7% | | | | | | | | |
| | 1,000.00 ml 6 EA    AMINO ACIDS | | | | | | | | |
| 00074-1086-03 | **AMINOSYN II** | | RX | | 105.45 | 88.60 | 83.76 | | 5/7/01 |
| NDA | SOL   IV     7% | | | | | | | | |
| | 500.00 ml 12 EA    AMINO ACIDS | | | | | | | | |
| 00074-1088-03 | **AMINOSYN II** | | RX | | 109.73 | 92.40 | 82.56 | | 5/7/01 |
| NDA | SOL   IV     8.5% | | | | | | | | |
| | 500.00 ml 12 EA    AMINO ACIDS | | | | | | | | |
| 00074-1088-05 | **AMINOSYN II** | | RX | | 109.85 | 92.34 | 87.36 | | 5/7/01 |
| NDA | SOL   IV     8.5% | | | | | | | | |
| | 1,000.00 ml 6 EA    AMINO ACIDS | | | | | | | | |
| 00074-1090-03 | **AMINOSYN II** | | RX | | 136.52 | 114.96 | 109.44 | | 5/7/01 |
| NDA | SOL   IV     10% | | | | | | | | |
| | 500.00 ml 12 EA    AMINO ACIDS | | | | | | | | |
| 00074-1090-05 | **AMINOSYN II** | | RX | | 132.74 | 111.78 | 106.44 | | 5/7/01 |
| NDA | SOL   IV     10% | | | | | | | | |
| | 1,000.00 ml 6 EA    AMINO ACIDS | | | | | | | | |
| 00074-7121-07 | **AMINOSYN II** | | RX | | 208.19 | 175.32 | 166.98 | | 5/7/01 |
| NDA | (BULK PACKAGE) | | | | | | | | |
| | SOL   IV     10% | | | | | | | | |
| | 2,000.00 ml 6 EA    AMINO ACIDS | | | | | | | | |
| 00074-7122-07 | **AMINOSYN II** | | RX | | 503.03 | 423.60 | 403.44 | | 5/7/01 |
| NDA | (BULK PACKAGE) | | | | | | | | |
| | SOL   IV     15% | | | | | | | | |
| | 2,000.00 ml 6 EA    AMINO ACIDS | | | | | | | | |
| 00074-1089-03 | **AMINOSYN II W/ELECTROLYTES** | | RX | | 114.00 | 96.00 | 76.44 | | 5/7/01 |
| NDA | SOL   IV | | | | | | | | |
| | 500.00 ml 12 EA    AMINO ACIDS/ELECT | | | | | | | | |
| 00074-5852-03 | **AMINOSYN W/ELECTROLYTES** | | RX | | 145.64 | 122.64 | 116.76 | | 5/7/01 |
| NDA | SOL   IV | | | | | | | | |
| | 500.00 ml 12 EA    AMINO ACIDS/ELECT | | | | | | | | |
| 00074-5856-03 | **AMINOSYN W/ELECTROLYTES** | | RX | | 148.91 | 125.40 | 119.40 | | 5/7/01 |
| NDA | SOL   IV | | | | | | | | |
| | 500.00 ml 12 EA    AMINO ACIDS/ELECT | | | | | | | | |

**Instructions:** Please make corrections directly on this printout
_____OK as is          _____OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 01179**



**THOMSON**
™
**MICROMEDEX**

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 9 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-5856-05 NDA | **AMINOSYN W/ELECTROLYTES** SOL   IV 1,000.00 ml 6 EA     AMINO ACIDS/ELECT | | RX | | 148.91 | 125.40 | 119.40 | | 5/7/01 |
| 00074-2996-01 | **AMINOSYN/DEXTROSE TPN** (500 ML/1000 ML GLASS) KIT   IV        7%-50% 3 EA            AMINO ACIDS/DEXTROSE | | RX | | 46.63 | 39.27 | 34.26 | | 5/7/01 |
| 00074-4041-01 | **AMINOSYN/DEXTROSE TPN** (500 ML/1000 ML GLASS) KIT   IV        8.5%-50% 3 EA            AMINO ACIDS/DEXTROSE | | RX | | 44.00 | 37.05 | 32.04 | | 5/7/01 |
| 00074-4183-01 NDA | **AMINOSYN/DEXTROSE/ELECTROLYTES TPN** (8.5%-50%) KIT   IV 3 EA            AMINO ACIDS/DEXTROSE/ELECT | | RX | | 45.56 | 38.37 | 33.36 | | 5/7/01 |
| 00074-4343-01 NDA | **AMINOSYN/DEXTROSE/ELECTROLYTES TPN** KIT   IV 3 EA            AMINO ACIDS/DEXTROSE/ELECT | | RX | | 48.34 | 40.71 | 35.70 | | 5/7/01 |
| 00074-7217-03 NDA | **AMINOSYN-HF** SOL   IV        8% 500.00 ml 12 EA     AMINO ACIDS | | RX | | 935.51 | 787.80 | 750.24 | | 5/7/01 |
| 00074-1616-02 NDA | **AMINOSYN-PF** SOL   IV        7% 250.00 ml 12 EA     AMINO ACIDS | | RX | | 530.53 | 446.76 | 425.52 | | 5/7/01 |
| 00074-1616-03 NDA | **AMINOSYN-PF** SOL   IV        7% 500.00 ml 12 EA     AMINO ACIDS | | RX | | 542.21 | 456.60 | 405.96 | | 5/7/01 |
| 00074-1617-05 NDA | **AMINOSYN-PF** SOL   IV        10% 1,000.00 ml 6 EA     AMINO ACIDS | | RX | | 598.71 | 504.18 | 480.18 | | 5/7/01 |
| 00074-4072-02 NDA | **AMINOSYN-RF** SOL   IV        5.2% 300.00 ml 12 EA     AMINO ACIDS | | RX | | 235.41 | 198.24 | 188.76 | | 5/7/01 |
| 00074-6043-01 ANDA | **AMMONIUM CHLORIDE** (VIAL, FLIPTOP) SOL   IV        5 MEQ/ML 20.00 ml 25 EA     AMMONIUM CHLORIDE | | RX | | 74.52 | 82.75 | 59.75 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___ OK as is          ___OK with changes

Signature _____          Date _____

**Confidential**

# THOMSON
## MICROMEDEX

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 10 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 00703-9785-01 ANDA | **AMPHOTERICIN B** (S.D.V.) PDS  IV   50 MG 1 EA          AMPHOTERICIN B | | AP | RX | | 11.64 | 9.80 | 8.75 | | 2/8/99 |
| 00007-3130-16 NDA | **ANCEF** (VIAL) PDS   IJ    1 GM 25 EA          CEFAZOLIN SODIUM | | AP | RX | | 109.55 | 92.25 | 60.00 | | 5/7/02 |
| 00007-3135-05 NDA | **ANCEF** (VIAL, BULK) PDS   IJ    10 GM 10 EA          CEFAZOLIN SODIUM | | AP | RX | | 438.31 | 369.10 | 240.00 | | 5/7/02 |
| 00007-3137-05 NDA | **ANCEF** (P.B.) PDS   IJ    1 GM 10 EA          CEFAZOLIN SODIUM | | AP | RX | | 55.93 | 47.10 | 31.10 | | 4/19/99 |
| 00007-3130-76 NDA | **ANCEF NOVATION** (VIAL) PDS   IJ    1 GM 25 EA          CEFAZOLIN SODIUM | | AP | RX | | 109.55 | 92.25 | 60.00 | | 5/7/02 |
| 00007-3135-76 NDA | **ANCEF NOVATION** (VIAL, BULK) PDS   IJ    10 GM 10 EA          CEFAZOLIN SODIUM | | AP | RX | | 438.31 | 369.10 | 240.00 | | 5/7/02 |
| 00074-1835-02 | **ANESTHESIA EXTENSION SET** (32") KIT    NA 120 EA          KIT, INTRAVENOUS EXTENSION TUBING | | | OTC | | 970.43 | 817.20 | 175.20 | | 4/19/99 |
| 00074-1967-03 | **ANTICOAGULANT CPD** SOL   IV 500.00 ml 12 EA    CIT ACID/DEXTROSE/SOD CITR/SOD PHOS | | | RX | | 363.66 | 306.24 | 264.00 | | 1/8/01 |
| 00088-1208-65 NDA | **ANZEMET** (AMP) SOL   IV    20 MG/ML 0.63 ml 6 EA    DOLASETRON MESYLATE | | | RX | | 140.22 | 118.08 | 93.72 | | 4/19/99 |
| 00088-1208-76 NDA | **ANZEMET** (CARPUJECT) SOL   IV    20 MG/ML 0.63 ml 10 EA    DOLASETRON MESYLATE | | | RX | | 233.70 | 196.80 | 156.20 | | 1/9/02 |
| 00074-7376-01 ANDA | **ATRACURIUM BESYLATE** (VIAL, FLIPTOP) SOL   IV    10 MG/ML 5.00 ml 10 EA    ATRACURIUM BESYLATE | | AP | RX | | 219.81 | 185.10 | 178.80 | | 5/7/02 |

**Instructions:** Please make corrections directly on this printout
____ OK as is          ____ OK with changes

Signature _____          Date _____

**Confidential**

Red Book 01181



**THOMSON**

**MICROMEDEX**

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 11 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL      600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINISTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7379-01 ANDA | ATRACURIUM BESYLATE (VIAL, FLIPTOP) SOL   IV      10 MG/ML 10.00 ml 10 EA     ATRACURIUM BESYLATE | AP | RX | | 264.10 | 222.40 | 85.60 | | 5/7/01 |
| 00074-7376-49 ANDA | ATRACURIUM BESYLATE NOVATION (VIAL, FLIPTOP, INSTIT USE) SOL   IV      10 MG/ML 5.00 ml 10 EA     ATRACURIUM BESYLATE | AP | RX | | 219.81 | 185.10 | 178.80 | | 5/7/02 |
| 00074-7379-49 ANDA | ATRACURIUM BESYLATE NOVATION (VIAL, FLIPTOP, INSTIT USE) SOL   IV      10 MG/ML 10.00 ml 10 EA     ATRACURIUM BESYLATE | AP | RX | | 264.10 | 222.40 | 85.60 | | 5/7/01 |
| 00074-4910-15 NDA | ATROPINE SULFATE (ABBOJECT, 21GX1-1/2) SOL   IJ      0.1 MG/ML 5.00 ml 10 EA     ATROPINE SULFATE | | RX | | 32.30 | 27.20 | 25.90 | | 5/7/01 |
| 00074-4910-34 NDA | ATROPINE SULFATE (ABBOJECT, LIFESHIELD) SOL   IJ      0.1 MG/ML 5.00 ml 10 EA     ATROPINE SULFATE | | RX | | 52.37 | 44.10 | 42.00 | | 5/7/01 |
| 00074-4911-18 NDA | ATROPINE SULFATE (ABBOJECT, 21GX1-1/2) SOL   IJ      0.1 MG/ML 10.00 ml 10 EA     ATROPINE SULFATE | | RX | | 34.44 | 29.00 | 19.10 | | 5/7/01 |
| 00074-4911-34 NDA | ATROPINE SULFATE (LIFESHIELD, 21GX1-1/2) SOL   IJ      0.1 MG/ML 10.00 ml 10 EA     ATROPINE SULFATE | | RX | | 54.03 | 45.50 | 21.00 | | 5/7/02 |
| 00074-7897-15 NDA | ATROPINE SULFATE (ABBOJECT, 21GX1 1/2") SOL   IJ      0.05 MG/ML 5.00 ml 10 EA     ATROPINE SULFATE | | RX | | 62.46 | 52.60 | 50.00 | | 5/7/02 |
| 00074-1850-02 | BACKCHECK EXTENSION (32", STERILE PACK) KIT     NA 120 EA     KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 1,529.03 | 1,287.60 | 343.45 | | 4/19/99 |
| 00074-3911-03 | BALANCED SALT SOL   IR 500.00 ml 12 EA     BALANCED SALT SOLUTION | | RX | | 213.61 | 179.88 | 179.88 | | 5/7/01 |
| 00703-3154-01 | BLEOMYCIN SULFATE (S.D.V.) PDS   IJ      15 U 1 EA     BLEOMYCIN SULFATE | EE | RX | | 305.78 | 257.50 | 141.75 | | 4/27/00 |

Instructions:  Please make corrections directly on this printout
_____ OK  as is            _____ OK with changes

Signature _____          Date _____

**Confidential**

**THOMSON**

★

**MICROMEDEX**

## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 12 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name:  JERRIE CICERALE
Phone Number:  800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00703-3155-01 | **BLEOMYCIN SULFATE** (S.D.V.) PDS     IJ      30 U 1 EA            BLEOMYCIN SULFATE | EE | RX | | 611.56 | 515.00 | 278.25 | | 4/27/00 |
| 00703-3154-91 | **BLEOMYCIN SULFATE NOVAPLUS** (S.D.V.) PDS     IJ      15 U 1 EA            BLEOMYCIN SULFATE | EE | RX | | 305.78 | 257.50 | 141.75 | | 12/10/01 |
| 00703-3155-91 | **BLEOMYCIN SULFATE NOVAPLUS** (S.D.V.) PDS     IJ      30 U 1 EA            BLEOMYCIN SULFATE | EE | RX | | 611.56 | 515.00 | 278.25 | | 12/10/01 |
| 00074-3039-48 | **BLOOD ADMINISTRATION W/CAIR CLAMP** (105", LATEX-FREE, OL) KIT      NA 48 EA           KIT, ADMINISTRATION, BLOOD | | RX | | 702.81 | 591.84 | 511.20 | | 4/19/99 |
| 00074-4736-48 | **BLOOD COLLECTION** (36", 17GX1-7/8" IV NDL) KIT      NA 48 EA           KIT, BLOOD COLLECTION, PHLEBOTOMY | | RX | | 542.64 | 456.96 | 122.90 | | 4/19/99 |
| 00074-4602-58 | **BLOOD SECONDARY** (26", SLIDE CLAMP) KIT      NA 48 EA           KIT, ADMINISTRATION, BLOOD | | RX | | 585.96 | 493.44 | 221.04 | | 4/19/99 |
| 00074-1845-88 | **BLOOD SET 80** (W/CAIR CLAMP,Y-INJ) KIT      NA 48 EA           KIT, ADMINISTRATION, BLOOD | | OTC | | 773.49 | 651.36 | 175.20 | | 4/19/99 |
| 00074-8954-88 | **BLOOD SET W/PUMP** (80") KIT      NA 48 EA           KIT, ADMINISTRATION, BLOOD | | OTC | | 921.69 | 776.16 | 232.80 | | 4/19/99 |
| 00074-4663-01 | **BLOOD WARMING COIL** (24') DEV     NA 20 EA           KIT, ADMINISTRATION, BLOOD | | OTC | | 1,087.75 | 916.00 | 149.60 | | 4/19/99 |
| 00074-1871-68 | **BLOOD Y-TYPE SET 80** (W/CAIR CLAMP,NV,Y-INJ) KIT      NA 48 EA           KIT, ADMINISTRATION, BLOOD | | OTC | | 901.74 | 759.36 | 111.84 | | 4/19/99 |
| 00074-1873-68 | **BLOOD Y-TYPE SET W/PUMP** (NV,82",CAIR CLAMP,Y-INJ) KIT      NA 48 EA           KIT, ADMINISTRATION, BLOOD | | OTC | | 1,051.08 | 885.12 | 129.60 | | 4/19/99 |

Instructions:  Please make corrections directly on this printout
___ OK  as is           ___OK with changes

Signature _____   Date _____

**Confidential**                                                    **Red Book 01183**

# THOMSON
## MICROMEDEX ™

### REDBOOK Product Listing Verification
MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 13 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK            IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UO | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1698-10 NDA | BRETYLIUM TOSYLATE (ANSYR) SOL   IV   50 MG/ML 10.00 ml 10 EA   BRETYLIUM TOSYLATE | AP | RX | | 89.30 | 75.20 | 71.60 | | 5/7/02 |
| 00074-7638-62 NDA | BRETYLIUM TOSYLATE/DEXTROSE SOL   IV   200 MG/100 ML-5% 250.00 ml 24 EA   BRETYLIUM/DEXTROSE | AP | RX | | 566.30 | 476.88 | 454.08 | | 5/7/01 |
| 00074-7639-62 NDA | BRETYLIUM TOSYLATE/DEXTROSE SOL   IV   400 MG/100 ML-5% 250.00 ml 24 EA   BRETYLIUM/DEXTROSE | AP | RX | | 572.85 | 482.40 | 459.54 | | 5/7/01 |
| 00074-1412-04 ANDA | BUMETANIDE (VIAL) SOL   IJ   0.25 MG/ML 4.00 ml 10 EA   BUMETANIDE | AP | RX | | 19.95 | 16.80 | 16.00 | | 5/7/01 |
| 00074-1412-10 ANDA | BUMETANIDE (M.D.V.) SOL   IJ   0.25 MG/ML 10.00 ml 10 EA   BUMETANIDE | AP | RX | | 65.43 | 55.10 | 52.50 | | 5/7/01 |
| 00074-1158-01 NDA | BUPIVACAINE HCL (AMP) SOL   IJ   0.25% 30.00 ml 5 EA   BUPIVACAINE HYDROCHLORIDE | AP | RX | | 15.97 | 13.45 | 12.45 | | 5/7/01 |
| 00074-1158-02 NDA | BUPIVACAINE HCL (AMP) SOL   IJ   0.25% 50.00 ml 25 EA   BUPIVACAINE HYDROCHLORIDE | AP | RX | | 112.52 | 94.75 | 89.75 | | 5/7/01 |
| 00074-1159-01 NDA | BUPIVACAINE HCL (VIAL) SOL   IJ   0.25% 10.00 ml 25 EA   BUPIVACAINE HYDROCHLORIDE | AP | RX | | 67.69 | 57.00 | 54.25 | | 5/7/01 |
| 00074-1159-02 NDA | BUPIVACAINE HCL (VIAL) SOL   IJ   0.25% 30.00 ml 25 EA   BUPIVACAINE HYDROCHLORIDE | AP | RX | | 87.88 | 74.00 | 56.00 | | 5/7/01 |
| 00074-1160-01 NDA | BUPIVACAINE HCL (VIAL, FLIPTOP) SOL   IJ   0.25% 50.00 ml 25 EA   BUPIVACAINE HYDROCHLORIDE | AP | RX | | 127.36 | 107.25 | 102.14 | | 5/7/01 |
| 00074-1161-01 NDA | BUPIVACAINE HCL (AMP) SOL   IJ   0.5% 30.00 ml 5 EA   BUPIVACAINE HYDROCHLORIDE | AP | RX | | 16.33 | 13.75 | 11.95 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
_____ OK  as is          _____OK with changes

Signature  _____   Date  _____

**Confidential**

**Red Book 01184**



### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 14 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1162-01 NDA | BUPIVACAINE HCL (VIAL) SOL    IJ    0.5% 10.00 ml 25 EA    BUPIVACAINE HYDROCHLORIDE | AP | RX | | 78.08 | 65.75 | 62.50 | | 5/7/01 |
| 00074-1162-02 NDA | BUPIVACAINE HCL (VIAL) SOL    IJ    0.5% 30.00 ml 25 EA    BUPIVACAINE HYDROCHLORIDE | AP | RX | | 90.25 | 76.00 | 39.50 | | 5/7/01 |
| 00074-1163-01 NDA | BUPIVACAINE HCL (VIAL, FLIPTOP) SOL    IJ    0.5% 50.00 ml 25 EA    BUPIVACAINE HYDROCHLORIDE | AP | RX | | 112.22 | 94.50 | 90.00 | | 5/7/01 |
| 00074-1164-01 NDA | BUPIVACAINE HCL (AMP) SOL    IJ    0.75% 30.00 ml 5 EA    BUPIVACAINE HYDROCHLORIDE | AP | RX | | 18.94 | 15.95 | 14.95 | | 5/7/01 |
| 00074-1165-01 NDA | BUPIVACAINE HCL (VIAL) SOL    IJ    0.75% 10.00 ml 25 EA    BUPIVACAINE HYDROCHLORIDE | AP | RX | | 68.28 | 57.50 | 54.75 | | 5/7/01 |
| 00074-1165-02 NDA | BUPIVACAINE HCL (VIAL) SOL    IJ    0.75% 30.00 ml 25 EA    BUPIVACAINE HYDROCHLORIDE | AP | RX | | 108.06 | 91.00 | 86.75 | | 5/7/01 |
| 00074-4272-01 NDA | BUPIVACAINE HCL (AMP, STERILE) SOL    IJ    0.25% 20.00 ml 5 EA    BUPIVACAINE HYDROCHLORIDE | AP | RX | | 20.54 | 17.30 | 16.30 | | 5/7/01 |
| 00074-4273-01 NDA | BUPIVACAINE HCL (AMP, STERILE PACK) SOL    IJ    0.5% 20.00 ml 5 EA    BUPIVACAINE HYDROCHLORIDE | AP | RX | | 23.22 | 19.55 | 18.55 | | 5/7/01 |
| 00074-4274-01 NDA | BUPIVACAINE HCL (AMP, STERILE) SOL    IJ    0.75% 20.00 ml 5 EA    BUPIVACAINE HYDROCHLORIDE | AP | RX | | 26.13 | 22.00 | 20.95 | | 5/7/01 |
| 00074-5748-21 NDA | BUPIVACAINE HCL (ABBOJECT W/MALE ADAPTER) SOL    IJ    0.5% 30.00 ml 10 EA    BUPIVACAINE HYDROCHLORIDE | AP | RX | | 124.45 | 104.80 | 99.80 | | 5/7/01 |
| 00074-5749-22 NDA | BUPIVACAINE HCL (ABBOJECT W/MALE ADAPTER) SOL    IJ    0.25% 50.00 ml 10 EA    BUPIVACAINE HYDROCHLORIDE | AP | RX | | 133.59 | 112.50 | 107.10 | | 5/7/01 |

Instructions:   Please make corrections directly on this printout
____ OK as is          __ __OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 01185**

# THOMSON
## MICROMEDEX ™

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 15 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-9042-01 ANDA | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, TEARTOP) SOL  IJ     0.25%-1:200,000 10.00 ml 10 EA     BUPIV/EPI | | RX | | 28.03 | 23.60 | 22.50 | | 5/7/01 |
| 00074-9042-02 ANDA | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, TEARTOP) SOL  IJ     0.25%-1:200,000 30.00 ml 10 EA     BUPIV/EPI | | RX | | 42.28 | 35.60 | 33.90 | | 5/7/01 |
| 00074-9043-01 ANDA | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, FLIPTOP) SOL  IJ     0.25%-1:200,000 50.00 ml 25 EA     BUPIV/EPI | | RX | | 187.03 | 157.50 | 150.00 | | 5/7/01 |
| 00074-9045-01 ANDA | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, TEARTOP) SOL  IJ     0.5%-1:200,000 10.00 ml 10 EA     BUPIV/EPI | | RX | | 31.35 | 26.40 | 25.10 | | 5/7/01 |
| 00074-9045-02 ANDA | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, TEARTOP) SOL  IJ     0.5%-1:200,000 30.00 ml 10 EA     BUPIV/EPI | | RX | | 59.38 | 50.00 | 24.20 | | 5/7/01 |
| 00074-9046-01 ANDA | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, FLIPTOP) SOL  IJ     0.5%-1:200,000 50.00 ml 25 EA     BUPIV/EPI | | RX | | 199.20 | 167.75 | 159.75 | | 5/7/01 |
| 00074-3613-01 NDA | BUPIVACAINE SPINAL AMPUL (AMP) SOL  IJ     0.25% 2.00 ml 10 EA     BUPIVACAINE HYDROCHLORIDE | AP | RX | | 27.08 | 22.80 | 21.70 | | 5/7/01 |
| 00074-2012-01 ANDA | BUPRENORPHINE HCL (CARPUJECT) SOL  IJ     0.3 MG/ML 1.00 ml 10 EA     BUPRENORPHINE HYDROCHLORIDE | AP | CV | | 29.69 | 25.00 | 23.77 | | 5/7/01 |
| 00074-1623-01 ANDA | BUTORPHANOL TARTRATE (VIAL,FLIPTOP) SOL  IJ     1 MG/ML 1.00 ml 10 EA     BUTORPHANOL TARTRATE | AP | CIV | | 80.87 | 68.10 | 64.90 | | 5/7/01 |
| 00074-1626-01 ANDA | BUTORPHANOL TARTRATE (VIAL,FLIPTOP) SOL  IJ     2 MG/ML 1.00 ml 10 EA     BUTORPHANOL TARTRATE | AP | CIV | | 80.51 | 67.80 | 66.00 | | 5/7/02 |
| 00074-1626-02 ANDA | BUTORPHANOL TARTRATE (VIAL,FLIPTOP) SOL  IJ     2 MG/ML 2.00 ml 10 EA     BUTORPHANOL TARTRATE | AP | CIV | | 137.51 | 115.80 | 113.00 | | 5/7/02 |

Instructions:   Please make corrections directly on this printout
____OK as is               ___OK with changes

Signature _____ __ Date _____

**Confidential**

Red Book 01186



**THOMSON**
™
**MICROMEDEX**

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 16 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2301-01 ANDA | BUTORPHANOL TARTRATE (CARPUJECT) SOL   IJ      1 MG/ML 1.00 ml 10 EA     BUTORPHANOL TARTRATE | AP | CIV | | 87.28 | 73.50 | 70.00 | | 5/7/01 |
| 00074-2301-31 ANDA | BUTORPHANOL TARTRATE (CARPUJECT,LUER LOCK) SOL   IJ      1 MG/ML 1.00 ml 10 EA     BUTORPHANOL TARTRATE | AP | CIV | | 89.06 | 75.00 | 70.00 | | 5/7/01 |
| 00074-2302-01 ANDA | BUTORPHANOL TARTRATE (CARPUJECT) SOL   IJ      2 MG/ML 1.00 ml 10 EA     BUTORPHANOL TARTRATE | AP | CIV | | 93.58 | 78.80 | 75.00 | | 5/7/01 |
| 00074-2302-31 ANDA | BUTORPHANOL TARTRATE (CARPUJECT,LUER LOCK) SOL   IJ      2 MG/ML 1.00 ml 10 EA     BUTORPHANOL TARTRATE | AP | CIV | | 95.59 | 80.50 | 75.00 | | 5/7/01 |
| 00074-1623-49 ANDA | BUTORPHANOL TARTRATE NOVATION (VIAL,FLIPTOP,INSTIT USE) SOL   IJ      1 MG/ML 1.00 ml 10 EA     BUTORPHANOL TARTRATE | AP | CIV | | 80.87 | 68.10 | 64.90 | | 5/7/01 |
| 00074-1626-49 ANDA | BUTORPHANOL TARTRATE NOVATION (VIAL,FLIPTOP,INSTIT USE) SOL   IJ      2 MG/ML 1.00 ml 10 EA     BUTORPHANOL TARTRATE | AP | CIV | | 80.51 | 67.80 | 66.00 | | 5/7/01 |
| 00074-4492-01 | BUTTERFLY INFUSION (21GX3/4", 12" TUBING) KIT     NA 120 EA     KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 303.53 | 255.60 | 60.00 | | 4/19/99 |
| 00074-4565-01 | BUTTERFLY INFUSION (23GX3/4", 12" TUBING) KIT     NA 120 EA     KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 303.53 | 255.60 | 63.60 | | 4/19/99 |
| 00074-4590-01 | BUTTERFLY INFUSION (19GX7/8", 12" TUBING) KIT     NA 120 EA     KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 303.53 | 255.60 | 62.40 | | 4/19/99 |
| 00074-4821-01 | BUTTERFLY INFUSION (21GX3/4", 3-1/2" TUBING) KIT     NA 120 EA     KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 303.53 | 255.60 | 69.66 | | 4/19/99 |
| 00074-4867-01 | BUTTERFLY INFUSION (23GX3/4", 3-1/2" TUBING) KIT     NA 120 EA     KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 303.53 | 255.60 | 69.60 | | 4/19/99 |

**Instructions:**  Please make corrections directly on this printout
___ OK as is            ___OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 01187**

# THOMSON
## MICROMEDEX

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 17 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK         IL      600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4506-01 | BUTTERFLY INFUSION PEDIATRIC (25GX3/4", 12" TUBING) KIT   NA 120 EA   KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 307.80 | 259.20 | 66.00 | | 4/19/99 |
| 00074-4573-01 | BUTTERFLY INFUSION PEDIATRIC (25GX3/8", 3-1/2" TUBING) KIT   NA 120 EA   KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 307.80 | 259.20 | 62.40 | | 4/19/99 |
| 00074-4995-01 | BUTTERFLY INFUSION PEDIATRIC (27GX3/8", 8" TUBING) KIT   NA 120 EA   KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 357.68 | 301.20 | 88.80 | | 4/19/99 |
| 00074-5588-01 | BUTTERFLY INFUSION PEDIATRIC (25GX3/8", 8" TUBING) KIT   NA 120 EA   KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 307.80 | 259.20 | 62.40 | | 4/19/99 |
| 00074-4550-02 | BUTTERFLY INT INFUSION (19GX7/8", 3-1/2" TUBING) KIT   NA 100 EA   KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 298.06 | 251.00 | 74.00 | | 4/19/99 |
| 00074-4721-02 | BUTTERFLY INT INFUSION (21GX3/4", 3-1/2" TUBING) KIT   NA 100 EA   KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 298.06 | 251.00 | 68.85 | | 4/19/99 |
| 00074-4871-02 | BUTTERFLY INT INFUSION (23GX3/4", 3-1/2" TUBING) KIT   NA 100 EA   KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 298.06 | 251.00 | 68.85 | | 4/19/99 |
| 00074-5827-02 | BUTTERFLY INT INFUSION (25GX3/4", 3-1/2" TUBING) KIT   NA 100 EA   KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 298.06 | 251.00 | 74.00 | | 4/19/99 |
| 00074-8110-31 | CALCIJEX (AMP,LOW-ALUMINUM) SOL   IV   1 MCG/ML 1.00 ml 100 EA   CALCITRIOL | | RX | | 1,454.89 | 1,225.00 | 1,225.00 | | 2/19/02 |
| 00074-2553-01 | CALCIUM ACETATE (VIAL, FLIPTOP) SOL   IV   0.5 MEQ/ML 10.00 ml 25 EA   CALCIUM ACETATE | | RX | | 22.56 | 19.00 | 17.75 | | 5/7/01 |
| 00074-2553-02 | CALCIUM ACETATE (VIAL, FLIPTOP) SOL   IV   0.5 MEQ/ML 50.00 ml 25 EA   CALCIUM ACETATE | | RX | | 59.97 | 50.50 | 48.00 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
___ OK  as is          ___OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01188**



**THOMSON**
™
**MICROMEDEX**

### *REDBOOK Product Listing Verification*

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 18 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL      600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2553-03 | **CALCIUM ACETATE** (VIAL, FLIPTOP) SOL    IV      0.5 MEQ/ML 100.00 ml 25 EA    CALCIUM ACETATE | | RX | | 137.16 | 115.50 | 110.00 | | 5/7/01 |
| 00074-1631-10 NDA | **CALCIUM CHLORIDE** (ANSYR) SOL    IV      100 MG/ML 10.00 ml 10 EA    CALCIUM CHLORIDE | | RX | | 28.14 | 23.70 | 22.60 | | 5/7/01 |
| 00074-4908-18 | **CALCIUM CHLORIDE** (ABBOJECT,18GX3 1/2") SOL    IV      100 MG/ML 10.00 ml 10 EA    CALCIUM CHLORIDE | | RX | | 39.19 | 33.00 | 31.40 | | 5/7/01 |
| 00074-4928-34 | **CALCIUM CHLORIDE** (SRN) SOL    IV      100 MG/ML 10.00 ml 10 EA    CALCIUM CHLORIDE | | RX | | 29.33 | 24.70 | 22.40 | | 5/7/01 |
| 00074-1184-01 | **CALCIUM GLUCONATE** (AMP) SOL    IV      100 MG/ML 1.00 ml 25 EA    CALCIUM GLUCONATE | | RX | | 20.78 | 17.50 | 16.25 | | 5/7/01 |
| 00074-1036-30 NDA | **CARBOCAINE HCL** (S.D.V.) SOL    IJ      1% 30.00 ml 1 EA    MEPIVACAINE HYDROCHLORIDE | AP | RX | | 11.31 | 9.52 | 9.07 | | 5/7/01 |
| 00074-1038-50 NDA | **CARBOCAINE HCL** (M.D.V.) SOL    IJ      1% 50.00 ml 1 EA    MEPIVACAINE HYDROCHLORIDE | AP | RX | | 16.23 | 13.67 | 13.02 | | 5/7/01 |
| 00074-1041-30 NDA | **CARBOCAINE HCL** (S.D.V.) SOL    IJ      1.5% 30.00 ml 1 EA    MEPIVACAINE HYDROCHLORIDE | AP | RX | | 4.94 | 4.16 | 3.96 | | 5/7/02 |
| 00074-1067-20 NDA | **CARBOCAINE HCL** (S.D.V.) SOL    IJ      2% 20.00 ml 1 EA    MEPIVACAINE HYDROCHLORIDE | AP | RX | | 12.69 | 10.69 | 10.18 | | 5/7/01 |
| 00074-2047-50 NDA | **CARBOCAINE HCL** (M.D.V.) SOL    IJ      2% 50.00 ml 1 EA    MEPIVACAINE HYDROCHLORIDE | AP | RX | | 18.98 | 15.98 | 15.22 | | 5/7/01 |
| 00074-6414-58 | **CARDIAC CATHETER** (NON-VENTED, 67", Y-TYPE) KIT    NA 48 EA          CATHETER, CARDIOVASCULAR | | OTC | | 873.81 | 735.84 | 444.47 | | 4/19/99 |

**Instructions:**   Please make corrections directly on this printout
____ OK as is          ____OK with changes

Signature _____    Date _____

**Confidential**                                          **Red Book 01189**

# THOMSON
## MICROMEDEX ™

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 19 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6536-01 | CATHETER IRRIGATION SET (W/CAIR CLAMP, 70") KIT    NA 20 EA    CATHETER, URINARY, IRRIGATION | | OTC | | 140.36 | 118.20 | 62.12 | | 4/19/99 |
| 00074-4732-03 | CEFAZOLIN SODIUM (ADD-VANTAGE) PDS    IJ    1 GM 25 EA    CEFAZOLIN SODIUM | AP | RX | | 68.58 | 57.75 | 55.00 | | 5/7/01 |
| 00074-3118-31 | CENOLATE (AMP) SOL    IJ    500 MG/ML 1.00 ml 50 EA    VITAMIN C | | RX | | 34.44 | 29.00 | 27.50 | | 5/7/02 |
| 00074-3397-32 | CENOLATE (AMP) SOL    IJ    500 MG/ML 2.00 ml 50 EA    VITAMIN C | | RX | | 40.97 | 34.50 | 25.00 | | 5/7/01 |
| 00074-4730-02 | CHECK VALVE EXTENSION (32" W/T-CONNECTOR) KIT    NA 120 EA    KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 1,651.58 | 1,390.80 | 371.11 | . | 4/19/99 |
| 00074-4169-01 ANDA | CHLOROPROCAINE HCL (VIAL) SOL    IJ    2% 30.00 ml 25 EA    CHLOROPROCAINE HYDROCHLORIDE | AP | RX | | 134.78 | 113.50 | 108.00 | | 5/7/01 |
| 00074-4170-01 ANDA | CHLOROPROCAINE HCL (VIAL) SOL    IJ    3% 30.00 ml 25 EA    CHLOROPROCAINE HYDROCHLORIDE | AP | RX | | 201.58 | 169.75 | 161.75 | | 5/7/01 |
| 00074-4093-01 NDA | CHROMIUM (VIAL, FLIPTOP) SOL    IV    4 MCG/ML 10.00 ml 25 EA    CHROMIC CHLORIDE | AP | RX | | 29.98 | 25.25 | 24.00 | | 5/7/01 |
| 00074-7444-01 ANDA | CIMETIDINE HCL (VIAL, FLIPTOP) SOL    IV    150 MG/ML 2.00 ml 10 EA    CIMETIDINE HYDROCHLORIDE | AP | RX | | 14.73 | 12.40 | 11.90 | | 5/7/02 |
| 00074-7445-01 ANDA | CIMETIDINE HCL (VIAL, FLIPTOP) SOL    IV    150 MG/ML 8.00 ml 10 EA    CIMETIDINE HYDROCHLORIDE | AP | RX | | 35.39 | 29.80 | 28.40 | | 5/7/02 |
| 00074-7447-16 ANDA | CIMETIDINE HCL SOL    IV    300 MG/50 ML 50.00 ml 48 EA    CIMETIDINE HYDROCHLORIDE | AP | RX | | 149.91 | 126.24 | 120.00 | | 5/7/01 |

Instructions:   Please make corrections directly on this printout
___ OK as is          ___ OK with changes

Signature _____     Date _____

**Confidential**

**Red Book 01190**

# THOMSON
™
## MICROMEDEX

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 20 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | | | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00703-5747-11 | CISPLATIN (M.D.V.) SOL   IV       1 MG/ML 50.00 ml 1 EA      CISPLATIN | | | EE | RX | | 231.56 | 195.00 | 102.38 | | 4/27/00 |
| 00703-5748-11 | CISPLATIN (M.D.V.) SOL   IV       1 MG/ML 100.00 ml 1 EA     CISPLATIN | | | EE | RX | | 463.13 | 390.00 | 205.54 | | 4/27/00 |
| 00039-0017-10 NDA | CLAFORAN (VIAL) PDS    IJ      500 MG 10 EA         CEFOTAXIME SODIUM | | | AP | RX | | 86.21 | 72.60 | 57.60 | | 4/19/99 |
| 00039-0018-10 NDA | CLAFORAN (VIAL) PDS    IJ      1 GM 10 EA         CEFOTAXIME SODIUM | | | AP | RX | | 143.93 | 121.20 | 84.80 | | 4/19/99 |
| 00039-0018-11 NDA | CLAFORAN (P.B.) PDS    IJ      1 GM 10 EA         CEFOTAXIME SODIUM | | | AP | RX | | 140.48 | 118.30 | 93.90 | | 4/19/99 |
| 00039-0018-25 NDA | CLAFORAN (VIAL) PDS    IJ      1 GM 25 EA         CEFOTAXIME SODIUM | | | AP | RX | | 339.33 | 285.75 | 200.25 | | 4/19/99 |
| 00039-0018-50 NDA | CLAFORAN (VIAL) PDS    IJ      1 GM 50 EA         CEFOTAXIME SODIUM | | | AP | RX | | 640.66 | 539.50 | 428.50 | | 4/19/99 |
| 00039-0019-10 NDA | CLAFORAN (VIAL) PDS    IJ      2 GM 10 EA         CEFOTAXIME SODIUM | | | AP | RX | | 266.24 | 224.20 | 177.90 | | 4/19/99 |
| 00039-0019-11 NDA | CLAFORAN (P.B.) PDS    IJ      2 GM 10 EA         CEFOTAXIME SODIUM | | | AP | RX | | 263.86 | 222.20 | 176.40 | | 4/19/99 |
| 00039-0019-25 NDA | CLAFORAN (VIAL) PDS    IJ      2 GM 25 EA         CEFOTAXIME SODIUM | | | AP | RX | | 628.19 | 529.00 | 419.75 | | 4/19/99 |
| 00039-0019-50 NDA | CLAFORAN (VIAL) PDS    IJ      2 GM 50 EA         CEFOTAXIME SODIUM | | | AP | RX | | 1,186.31 | 999.00 | 793.00 | | 4/19/99 |

Instructions:  Please make corrections directly on this printout
__OK  as is          ___ OK with changes

Signature ___ _ _____          Date _____

**Confidential**

**Red Book 01191**

**THOMSON**

**MICROMEDEX**

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 21  OF  133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00039-0020-01 NDA | CLAFORAN (BULK VIAL) PDS    IJ       10 GM 1 EA              CEFOTAXIME SODIUM | AP | RX | | 118.66 | 99.92 | 70.94 | | 4/19/99 |
| 00039-0023-25 NDA | CLAFORAN (ADD-VANTAGE) PDS    IJ       1 GM 25 EA            CEFOTAXIME SODIUM | AP | RX | | 350.61 | 295.25 | 234.25 | | 4/19/99 |
| 00039-0023-50 NDA | CLAFORAN (ADD-VANTAGE) PDS    IJ       1 GM 50 EA            CEFOTAXIME SODIUM | AP | RX | | 663.22 | 558.50 | 443.00 | | 4/19/99 |
| 00039-0024-25 NDA | CLAFORAN (ADD-VANTAGE) PDS    IJ       2 GM 25 EA            CEFOTAXIME SODIUM | AP | RX | | 639.47 | 538.50 | 427.25 | | 4/19/99 |
| 00039-0024-50 NDA | CLAFORAN (ADD-VANTAGE) PDS    IJ       2 GM 50 EA            CEFOTAXIME SODIUM | AP | RX | | 1,208.88 | 1,018.00 | 808.00 | | 4/19/99 |
| 00074-4532-02 | CLEAR-CATH (20 GAUGE, 2") DEV    NA 120 EA              CATHETER | | RX | | 701.10 | 590.40 | 162.54 | | 4/19/99 |
| 00074-4532-06 | CLEAR-CATH (16GX1-1/4") DEV    NA 120 EA              CATHETER | | RX | | 701.10 | 590.40 | 162.54 | | 4/19/99 |
| 00074-4532-08 | CLEAR-CATH (18GX1-1/4") DEV    NA 120 EA              CATHETER | | RX | | 701.10 | 590.40 | 162.54 | | 4/19/99 |
| 00074-4532-14 | CLEAR-CATH (14 GAUGE, 2") DEV    NA 120 EA              CATHETER | | RX | | 701.10 | 590.40 | 162.54 | | 4/19/99 |
| 00074-4532-16 | CLEAR-CATH (16GX2") DEV    NA 120 EA              CATHETER | | RX | | 701.10 | 590.40 | 162.54 | | 4/19/99 |
| 00074-4532-18 | CLEAR-CATH (18GX2") DEV    NA 120 EA              CATHETER | | RX | | 701.10 | 590.40 | 162.54 | | 4/19/99 |

**Instructions:** Please make corrections directly on this printout
___.OK  as is          ___OK with changes

Signature  __ __ _____          Date  ___ _____

**Confidential**

**Red Book 01192**



# THOMSON
## MICROMEDEX ™

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 22 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4532-20 | CLEAR-CATH (20 GAUGE 1-1/4") DEV    NA 120 EA          CATHETER | | RX | | 701.10 | 590.40 | 162.54 | | 4/19/99 |
| 00074-4532-22 | CLEAR-CATH (22 GAUGE, 1-1/4") DEV    NA 120 EA          CATHETER | | RX | | 735.30 | 619.20 | 170.10 | | 4/19/99 |
| 00074-4532-24 | CLEAR-CATH (24 GAUGE, 3/4") DEV    NA 120 EA          CATHETER | | RX | | 768.06 | 646.80 | 177.66 | | 4/19/99 |
| 00074-4532-32 | CLEAR-CATH (22 GAUGE, 1") DEV    NA 120 EA          CATHETER | | RX | | 735.30 | 619.20 | 170.10 | | 4/19/99 |
| 00074-4532-74 | CLEAR-CATH (14G, 5-1/2" SUBCLAVIAN) DEV    NA 60 EA          CATHETER | | RX | | 487.35 | 410.40 | 112.05 | | 4/19/99 |
| 00074-4050-01 ANDA | CLINDAMYCIN PHOSPHATE (VIAL, FLIPTOP) SOL    IJ    150 MG/ML 2.00 ml 25 EA    CLINDAMYCIN PHOSPHATE | AP | RX | | 106.88 | 90.00 | 85.00 | | 5/7/01 |
| 00074-4051-01 ANDA | CLINDAMYCIN PHOSPHATE (VIAL, FLIPTOP) SOL    IJ    150 MG/ML 4.00 ml 25 EA    CLINDAMYCIN PHOSPHATE | AP | RX | | 107.77 | 90.75 | 85.75 | | 5/7/01 |
| 00074-4052-01 ANDA | CLINDAMYCIN PHOSPHATE (VIAL, FLIPTOP) SOL    IJ    150 MG/ML 6.00 ml 25 EA    CLINDAMYCIN PHOSPHATE | AP | RX | | 212.27 | 178.75 | 170.25 | | 5/7/01 |
| 00074-4053-03 ANDA | CLINDAMYCIN PHOSPHATE (VIAL, ADD-VANTAGE) SOL    IJ    150 MG/ML 2.00 ml 25 EA    CLINDAMYCIN PHOSPHATE | AP | RX | | 121.13 | 102.00 | 97.00 | | 5/7/01 |
| 00074-4054-03 ANDA | CLINDAMYCIN PHOSPHATE (VIAL, ADD-VANTAGE) SOL    IJ    150 MG/ML 4.00 ml 25 EA    CLINDAMYCIN PHOSPHATE | AP | RX | | 211.38 | 178.00 | 169.50 | | 5/7/01 |
| 00074-4055-03 ANDA | CLINDAMYCIN PHOSPHATE (VIAL, ADD-VANTAGE) SOL    IJ    150 MG/ML 6.00 ml 25 EA    CLINDAMYCIN PHOSPHATE | AP | RX | | 293.91 | 247.50 | 235.75 | | 5/7/01 |

Instructions:   Please make corrections directly on this printout
_____ OK as is          _____OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 01193**

**THOMSON**
™
**MICROMEDEX**

**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 23 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    6D0643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4197-01 ANDA | **CLINDAMYCIN PHOSPHATE** (VIAL, BULK) SOL    IJ    150 MG/ML 60.00 ml 1 EA    CLINDAMYCIN PHOSPHATE | AP | RX | | 57.76 | 48.64 | 46.32 | | 5/7/01 |
| 00074-1097-02 | **CODEINE PHOSPHATE** (CARPUJECT,22GX1-1/4") SOL    IJ    15 MG/ML 2.00 ml 10 EA    CODEINE PHOSPHATE | | CII | | 8.55 | 7.20 | 6.85 | | 5/7/01 |
| 00074-1097-32 | **CODEINE PHOSPHATE** (CARPUJECT,LUER LOCK) SOL    IJ    15 MG/ML 2.00 ml 10 EA    CODEINE PHOSPHATE | | CII | | 12.59 | 10.60 | 7.35 | | 4/19/99 |
| 00074-1102-02 | **CODEINE PHOSPHATE** (CARPUJECT,22GX1-1/4") SOL    IJ    30 MG/ML 2.00 ml 10 EA    CODEINE PHOSPHATE | | CII | | 9.38 | 7.90 | 7.53 | | 5/7/01 |
| 00074-1102-32 | **CODEINE PHOSPHATE** (CARPUJECT,LUER LOCK) SOL    IJ    30 MG/ML 2.00 ml 10 EA    CODEINE PHOSPHATE | | CII | | 10.57 | 8.90 | 7.85 | | 5/7/01 |
| 00074-1924-01 | **CONTROLLER LIFECARE** (MODEL 75,VOLUMETRIC) DEV    NA 1 EA    PUMP, INFUSION | | RX | | 2,701.65 | ~~2,275.07~~ *Effective 5/15/00* *2398.12* | 1,836.45 | | 4/13/98 |
| 00074-4092-01 NDA | **COPPER** (VIAL, 0.4 MG/ML COPPER) SOL    IV    1.07 MG/ML 10.00 ml 25 EA    CUPRIC CHLORIDE | | RX | | 34.44 | 29.00 | 24.00 | | 5/7/01 |
| 00074-2304-01 NDA | **CORLOPAM** (AMP) SOL    IV    10 MG/ML 1.00 ml EA    FENOLDOPAM MESYLATE | | RX | | 247.00 | 208.00 | 208.00 | | 2/4/02 |
| 00074-2304-02 NDA | **CORLOPAM** (AMP) SOL    IV    10 MG/ML 2.00 ml EA    FENOLDOPAM MESYLATE | | RX | | 475.48 | 400.40 | 400.40 | | 2/4/02 |
| 00074-1839-68 | **CVP UNIVERSAL MICRODRIP** (VENTED,Y-INJ) KIT    NA 20 EA    KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 971.61 | 818.20 | 186.62 | | 4/19/99 |
| 00074-6538-01 | **CYSTOMANOMETER** (88") KIT    NA 20 EA    TUBING, OTHER | | OTC | | 409.21 | 344.60 | 186.38 | | 4/19/99 |

**Instructions:** Please make corrections directly on this printout
___ OK as is          ✗ OK with changes

Signature _Jerrie Cicerale_ Date _12/11/02_

**Confidential**



# THOMSON
## MICROMEDEX ™

### REDBOOK Product Listing Verification
MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 -  Fax (303) 486-9297

PAGE 24  OF  133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/11/2002
Contact Name:  JERRIE CICERALE
Phone Number:  800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6544-01 | CYSTOSCOPY/IRRIGATION (77") KIT     NA 20 EA          TUBING, IRRIGATION | | OTC | | 203.06 | 171.00 | 116.80 | | 4/19/99 |
| 00074-6544-02 | CYSTOSCOPY/IRRIGATION (LATEX) KIT     NA 20 EA          TUBING, IRRIGATION | | OTC | | 203.06 | 171.00 | 116.80 | | 12/12/00 |
| 00703-4658-01 | DACARBAZINE (VIAL) PDS    IV      500 MG 1 EA           DACARBAZINE | | RX | | 59.38 | 50.00 | 39.25 | | 10/13/00 |
| 00703-5075-01 | DACARBAZINE (S.D.V.) PDS    IV      200 MG 1 EA           DACARBAZINE | AP | RX | | 23.75 | 21.28 | 18.51 | | 3/23/99 |
| 00703-5075-03 | DACARBAZINE (VIAL) PDS    IV      200 MG 10 EA          DACARBAZINE | AP | RX | | 219.81 | 212.80 | 185.10 | | 2/8/99 |
| 00074-1721-48 | DECANTING SET (14") KIT     NA 48 EA          TRANSFER UNIT, IV FLUID | | OTC | | 729.03 | 613.92 | 262.80 | | 4/19/99 |
| 00074-1176-01 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,22GX1-1/4") SOL    IJ      25 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 5.34 | 4.50 | 4.24 | | 5/7/01 |
| 00074-1176-02 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,SLIM PK) SOL    IJ      25 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 8.91 | 7.50 | 6.50 | | 5/7/01 |
| 00074-1176-11 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,BLUNT CANNULA) SOL    IJ      25 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 10.57 | 8.90 | 8.46 | | 5/7/01 |
| 00074-1176-21 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,INTERLINK) SOL    IJ      25 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 11.28 | 9.50 | 8.46 | | 5/7/01 |
| 00074-1176-30 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,LLK,SLIM PK) SOL    IJ      25 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 10.21 | 8.60 | 7.60 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
_____OK  as is                    OK with changes

Signature _Jerrie Cicerale_           Date _12/11/02_

**Confidential**

**Red Book 01195**



**THOMSON**
™
**MICROMEDEX**

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 25 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK            IL     600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1176-31 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,LUER LOCK) SOL    IJ    25 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 7.48 | 6.30 | 5.33 | | 4/19/99 |
| 00074-1178-01 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,22GX1-1/4") SOL    IJ    50 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 5.82 | 4.90 | 3.90 | | 5/7/01 |
| 00074-1178-02 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,SLIM PK) SOL    IJ    50 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 9.14 | 7.70 | 6.70 | | 5/7/01 |
| 00074-1178-11 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,BLUNT CANNULA) SOL    IJ    50 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 11.68 | 10.00 | 8.95 | | 5/7/01 |
| 00074-1178-21 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,INTERLINK) SOL    IJ    50 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 11.99 | 10.10 | 8.95 | | 4/19/99 |
| 00074-1178-30 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,LLK,SLIM PK) SOL    IJ    50 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 10.57 | 8.90 | 7.90 | | 5/7/01 |
| 00074-1178-31 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,LUER LOCK) SOL    IJ    50 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 7.60 | 6.40 | 5.40 | | 5/7/01 |
| 00074-1179-01 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,22GX1-1/4") SOL    IJ    75 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 7.13 | 6.00 | 5.02 | | 4/19/99 |
| 00074-1179-02 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,SLIM PK) SOL    IJ    75 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 9.38 | 7.90 | 6.90 | | 5/7/01 |
| 00074-1179-11 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,BLUNT CANNULA) SOL    IJ    75 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 11.99 | 10.10 | 9.07 | | 5/7/01 |
| 00074-1179-21 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,INTERLINK) SOL    IJ    75 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 12.11 | 10.20 | 9.07 | | 4/19/99 |

**Instructions:**  Please make corrections directly on this printout
____ OK  as is              ____OK with changes

Signature _____ Date _____

**Confidential**                              **Red Book 01196**

# THOMSON
## MICROMEDEX ™

### REDBOOK Product Listing Verification
MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 26 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL      600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1179-30 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,LLK,SLIM PK) SOL   IJ    75 MG/ML 1.00 ml 10 EA       MEPERIDINE HYDROCHLORIDE | AP | CII | | 10.93 | 9.20 | 8.20 | | 5/7/01 |
| 00074-1179-31 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,LUER LOCK) SOL   IJ    75 MG/ML 1.00 ml 10 EA       MEPERIDINE HYDROCHLORIDE | AP | CII | | 8.43 | 7.10 | 6.10 | | 5/7/01 |
| 00074-1180-01 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,22GX1-1/4") SOL   IJ    100 MG/ML 1.00 ml 10 EA       MEPERIDINE HYDROCHLORIDE | AP | CII | | 7.60 | 6.40 | 5.42 | | 4/19/99 |
| 00074-1180-02 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,SLIM PK) SOL   IJ    100 MG/ML 1.00 ml 10 EA       MEPERIDINE HYDROCHLORIDE | AP | CII | | 8.79 | 7.40 | 6.42 | | 12/16/99 |
| 00074-1180-11 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,BLUNT CANNULA) SOL   IJ    100 MG/ML 1.00 ml 10 EA       MEPERIDINE HYDROCHLORIDE | AP | CII | | 12.59 | 10.60 | 9.56 | | 5/7/01 |
| 00074-1180-21 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,INTERLINK) SOL   IJ    100 MG/ML 1.00 ml 10 EA       MEPERIDINE HYDROCHLORIDE | AP | CII | | 12.71 | 10.70 | 9.56 | | 4/19/99 |
| 00074-1180-31 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,LUER LOCK) SOL   IJ    100 MG/ML 1.00 ml 10 EA       MEPERIDINE HYDROCHLORIDE | AP | CII | | 8.91 | 7.50 | 6.50 | | 5/7/01 |
| 00074-1181-30 NDA | DEMEROL HYDROCHLORIDE (M.D.V.) SOL   IJ    50 MG/ML 30.00 ml 1 EA       MEPERIDINE HYDROCHLORIDE | AP | CII | | 20.96 | 17.65 | 17.12 | | 5/7/02 |
| 00074-1201-20 NDA | DEMEROL HYDROCHLORIDE (M.D.V.) SOL   IJ    100 MG/ML 20.00 ml 1 EA       MEPERIDINE HYDROCHLORIDE | AP | CII | | 27.47 | 23.13 | 22.42 | | 5/7/02 |
| 00074-1203-01 NDA | DEMEROL HYDROCHLORIDE (UNI-AMP,5X5) SOL   IJ    50 MG/ML 0.50 ml 25 EA       MEPERIDINE HYDROCHLORIDE | AP | CII | | 13.95 | 11.75 | 10.55 | | 5/7/01 |
| 00074-1253-01 NDA | DEMEROL HYDROCHLORIDE (UNI-AMP,5X5) SOL   IJ    50 MG/ML 1.00 ml 25 EA       MEPERIDINE HYDROCHLORIDE | AP | CII | | 8.91 | 7.50 | 7.25 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
___ OK  as is          ___OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01197**

# THOMSON
## MICROMEDEX ™

### REDBOOK Product Listing Verification
MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 27 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIR² | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1254-01 NDA | DEMEROL HYDROCHLORIDE (UNI-AMP,5X5) SOL   IJ      50 MG/ML 1.50 ml 25 EA    MEPERIDINE HYDROCHLORIDE | AP | CII | | 14.55 | 12.25 | 10.95 | | 5/7/01 |
| 00074-1255-02 NDA | DEMEROL HYDROCHLORIDE (UNI-AMP,5X5) SOL   IJ      50 MG/ML 2.00 ml 25 EA    MEPERIDINE HYDROCHLORIDE | AP | CII | | 14.84 | 12.50 | 11.18 | | 5/7/01 |
| 00074-1256-01 NDA | DEMEROL HYDROCHLORIDE (UNI-AMP,5X5) SOL   IJ      100 MG/ML 1.00 ml 25 EA    MEPERIDINE HYDROCHLORIDE | AP | CII | | 14.84 | 12.50 | 11.18 | | 5/7/01 |
| 00074-2046-01 NDA | DEMEROL HYDROCHLORIDE (AMP,UNI-NEST) SOL   IJ      100 MG/ML 1.00 ml 25 EA    MEPERIDINE HYDROCHLORIDE | AP | CII | | 14.84 | 12.50 | 11.18 | | 5/7/01 |
| 00074-2265-01 ANDA | DESMOPRESSIN ACETATE (UNI-AMP) SOL   IJ      4 MCG/ML 1.00 ml 10 EA    DESMOPRESSIN ACETATE | AP | RX | | 83.36 | 70.20 | 66.81 | | 5/7/01 |
| 00074-7111-09 NDA | DEX/LACT. RINGERS/POTASSIUM CHL (5% DEXTROSE) SOL   IV 1,000.00 ml 12 EA   DEXTROSE/ELECT | AP | RX | | 104.17 | 87.72 | 82.68 | | 5/7/01 |
| 00074-7113-09 NDA | DEX/LACT. RINGERS/POTASSIUM CHL (5% DEXTROSE) SOL   IV 1,000.00 ml 12 EA   DEXTROSE/ELECT | AP | RX | | 104.17 | 87.72 | 82.68 | | 5/7/01 |
| 00703-3524-01 | DEXAMETHASONE SODIUM PHOSPHATE (M.D.V.,GLASS) SOL   IJ      10 MG/ML 10.00 ml 1 EA    DEXAMETHASONE SODIUM PHOSPHATE | AP | RX | | 4.94 | 4.16 | 2.09  4.09 | | 2/8/99 |
| 00703-3524-03 | DEXAMETHASONE SODIUM PHOSPHATE (M.D.V.,GLASS) SOL   IJ      10 MG/ML 10.00 ml 10 EA    DEXAMETHASONE SODIUM PHOSPHATE | AP | RX | | 49.40 | 41.60 | 40.90 | | 12/28/01 |
| 00074-8065-01 | DEXTRAN (VIAL, TEARTOP, HM) SOL   IV      32% 100.00 ml 5 EA    DEXTRAN | | RX | | 131.87 | 111.05 | 105.75 | | 5/7/01 |
| 00074-1507-03 | DEXTRAN-70/DEXTROSE SOL   IV      6%-5% 500.00 ml 12 EA    DEXTRAN 70/DEXTROSE | | RX | | 374.06 | 315.00 | 300.00 | | 5/7/01 |

*Handwritten note near 00703-3524-01: "E Njective 5/7/01" and "4.09"*

Instructions:  Please make corrections directly on this printout
____ OK  as is          ____ OK with changes

Signature  _Jerrie Cicale_          Date  _12/11/02_

**Confidential**

**Red Book 01198**



## THOMSON
### ™ MICROMEDEX

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 28 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1505-03 | DEXTRAN-75 W/SODIUM CHLORIDE<br>SOL  IV    6%-0.9%<br>500.00 ml 12 EA    DEXTRAN 75/SOD CL | | RX | | 179.55 | 151.20 | 144.00 | | 5/7/01 |
| 00074-1489-01<br>NDA | DEXTROSE<br>(VIAL,100 ML PRESS. PNTP)<br>SOL  IV    70%<br>70.00 ml 25 EA    DEXTROSE | AP | RX | | 130.63 | 110.00 | 104.75 | | 5/7/01 |
| 00074-1494-01<br>NDA | DEXTROSE<br>(VIAL,150 ML PRESS. PNTP)<br>SOL  IV    5%<br>100.00 ml 25 EA    DEXTROSE | AP | RX | | 76.30 | 64.25 | 59.25 | | 5/7/01 |
| 00074-1500-05<br>NDA | DEXTROSE<br>(W/5% ALCOHOL)<br>SOL  IV    5%<br>1,000.00 ml 6 EA    DEXTROSE | AP | RX | | 80.94 | 68.16 | 63.18 | | 5/7/01 |
| 00074-1508-05 | DEXTROSE<br>SOL  IV    2.5%<br>1,000.00 ml 6 EA    DEXTROSE | | RX | | 36.84 | 31.02 | 26.04 | | 5/7/01 |
| 00074-1518-05<br>NDA | DEXTROSE<br>SOL  IV    50%<br>1,000.00 ml 6 EA    DEXTROSE | AP | RX | | 62.91 | 52.98 | 48.00 | | 5/7/01 |
| 00074-1519-05<br>NDA | DEXTROSE<br>SOL  IV    70%<br>1,000.00 ml 6 EA    DEXTROSE | AP | RX | | 65.19 | 54.90 | 33.24 | | 5/7/01 |
| 00074-1522-01<br>NDA | DEXTROSE<br>SOL  IV    5%<br>150.00 ml 12 EA    DEXTROSE | AP | RX | | 62.99 | 53.04 | 48.00 | | 5/7/01 |
| 00074-1522-02<br>NDA | DEXTROSE<br>SOL  IV    5%<br>250.00 ml 12 EA    DEXTROSE | AP | RX | | 65.84 | 55.44 | 48.00 | | 5/7/01 |
| 00074-1522-03<br>NDA | DEXTROSE<br>SOL  IV    5%<br>500.00 ml 12 EA    DEXTROSE | AP | RX | | 68.69 | 57.84 | 48.00 | | 5/7/01 |
| 00074-1523-01<br>NDA | DEXTROSE<br>(50/150 ML PART FILL)<br>SOL  IV    5%<br>50.00 ml 12 EA    DEXTROSE | AP | RX | | 84.36 | 71.04 | 66.00 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
___ OK as is      ∧ OK with changes

Signature  _Jessu Cicule_    Date _12/11/02_

**Confidential**

**Red Book 01199**



# THOMSON
## MICROMEDEX

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 29 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL   600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINISTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1523-11<br>NDA | **DEXTROSE**<br>(100/150 ML PART FILL)<br>SOL   IV      5%<br>100.00 ml 12 EA    DEXTROSE | AP | RX | | 90.20 | 75.96 | 68.52 | | 5/7/02 |
| 00074-1535-03<br>NDA | **DEXTROSE**<br>SOL   IV      20%<br>500.00 ml 12 EA    DEXTROSE | AP | RX | | 145.64 | 122.64 | 116.76 | | 5/7/01 |
| 00074-1536-03<br>NDA | **DEXTROSE**<br>SOL   IV      50%<br>500.00 ml 12 EA    DEXTROSE | AP | RX | | 166.01 | 139.80 | 110.28 | | 5/7/01 |
| 000741542014<br>NDA | **DEXTROSE**<br>(LIFECARE,SINGLE PACK,LF)<br>SOL   IV      5%<br>50.00 ml 48 EA    DEXTROSE | AP | RX | | 97.47 | ~~82.08~~ *83.04* | ~~77.28~~ *82.08* | | 5/7/01 |
| 000741542026<br>NDA | **DEXTROSE**<br>(LIFECARE,SINGLE PACK,LF)<br>SOL   IV      5%<br>100.00 ml 48 EA    DEXTROSE | AP | RX | | 130.53 | ~~109.92~~ *111.36* | ~~77.28~~ *82.08* | | 5/7/01 |
| 00074-1775-10<br>NDA | **DEXTROSE**<br>(ANSYR,2.5G INFANT)<br>SOL   IV      25%<br>10.00 ml 10 EA    DEXTROSE | | RX | | 63.41 | 53.40 | 50.90 | | 5/7/01 |
| 00074-4089-02<br>NDA | **DEXTROSE**<br>(AMP)<br>SOL   IV      10%<br>5.00 ml 25 EA    DEXTROSE | AP | RX | | 34.44 | 29.00 | 27.50 | | 5/7/02 |
| 00074-4902-34<br>NDA | **DEXTROSE**<br>(LIFESHIELD, 18GX1-1/2)<br>SOL   IV      50%<br>50.00 ml 10 EA    DEXTROSE | AP | RX | | 44.41 | 37.40 | 26.10 | | 5/7/02 |
| 00074-5641-25<br>NDA | **DEXTROSE**<br>(1000 ML CONTAINER)<br>SOL   IV      10%<br>500.00 ml 6 EA    DEXTROSE | AP | RX | | 30.78 | 25.92 | 14.94 | | 5/7/01 |
| 00074-5642-25<br>NDA | **DEXTROSE**<br>(1000 ML CONTAINER)<br>SOL   IV      20%<br>500.00 ml 6 EA    DEXTROSE | AP | RX | | 39.83 | 33.54 | 16.56 | | 5/7/01 |
| 00074-5644-25<br>NDA | **DEXTROSE**<br>(1000 ML CONTAINER)<br>SOL   IV      40%<br>500.00 ml 6 EA    DEXTROSE | AP | RX | | 46.46 | 39.12 | 22.14 | | 5/7/01 |

*Handwritten annotations: "Effective 5/7/02" (next to rows 000741542014 and 000741542026); "1540₀" and "1540₃₀" handwritten near NDA entries.*

**Instructions:**  Please make corrections directly on this printout
____ OK  as is         X̲ OK with changes

Signature  *Jerrie Cicele*    Date  *12/11/02*

**Confidential**



**THOMSON**

**MICROMEDEX**

### REDBOOK *Product Listing Verification*

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796  - Fax (303) 486-9297

PAGE 30  OF  133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-5645-25 NDA | DEXTROSE (1000 ML CONTAINER) SOL   IV    50% 500.00 ml 6 EA    DEXTROSE | AP | RX | | 48.09 | 40.50 | 22.14 | | 5/7/01 |
| 00074-5646-25 NDA | DEXTROSE (1000 ML CONTAINER) SOL   IV    60% 500.00 ml 6 EA    DEXTROSE | AP | RX | | 57.64 | 48.54 | 25.56 | | 5/7/01 |
| 00074-5647-25 NDA | DEXTROSE (1000 ML CONTAINER) SOL   IV    70% 500.00 ml 6 EA    DEXTROSE | AP | RX | | 65.55 | 55.20 | 25.56 | | 5/7/01 |
| 00074-5823-25 NDA | DEXTROSE (VIAL, 1000 ML CONTAINER) SOL   IV    30% 500.00 ml 6 EA    DEXTROSE | AP | RX | | 48.81 | 41.10 | 18.12 | | 5/7/01 |
| 00074-6648-02 NDA | DEXTROSE (VIAL, FLIPTOP, ADDITIVE) SOL   IV    50% 50.00 ml 25 EA    DEXTROSE | AP | RX | | 29.96 | 25.25 | 22.75 | | 5/7/01 |
| 00074-7100-02 NDA | DEXTROSE (ADD-VANTAGE) SOL   IV    5% 250.00 ml 24 EA    DEXTROSE | AP | RX | | 81.51 | 68.64 | 63.60 | | 5/7/01 |
| 00074-7100-66 NDA | DEXTROSE (ADD-VANTAGE) SOL   IV    5% 50.00 ml 50 EA    DEXTROSE | AP | RX | | 101.53 | 85.50 | 80.50 | | 5/7/01 |
| 00074-7100-67 NDA | DEXTROSE (ADD-VANTAGE) SOL   IV    5% 100.00 ml 50 EA    DEXTROSE | AP | RX | | 135.97 | 114.50 | 80.50 | | 5/7/01 |
| 00074-7119-07 NDA | DEXTROSE (BULK PACKAGE) SOL   IV    50% 2,000.00 ml 6 EA    DEXTROSE | AP | RX | | 82.86 | 69.78 | 64.80 | | 5/7/01 |
| 00074-7120-07 NDA | DEXTROSE (BULK PACKAGE) SOL   IV    70% 2,000.00 ml 6 EA    DEXTROSE | AP | RX | | 90.20 | 75.96 | 64.98 | | 5/7/01 |
| 00074-7517-15 NDA | DEXTROSE (ANSYR) SOL   IV    50% 50.00 ml 10 EA    DEXTROSE | AP | RX | | 41.33 | 34.80 | 33.10 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
___OK  as is              ___OK with changes

Signature _____          Date _____

**Confidential**

**THOMSON**

**★**

**MICROMEDEX** ™

### REDBOOK Product Listing Verification
MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 31 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7517-16  NDA | **DEXTROSE** (ANSYR II)  SOL    IV      50%  50.00 ml 10 EA      DEXTROSE | AP | RX | | 41.33 | 34.80 | 33.10 | | 5/7/01 |
| 00074-7918-19  NDA | **DEXTROSE** (1000 ML CONTAINER)  SOL    IV      70%  500.00 ml 12 EA      DEXTROSE | AP | RX | | 110.58 | 93.12 | 85.20 | | 5/7/01 |
| 00074-7922-02  NDA | **DEXTROSE** (LIFECARE/PLASTIC)  SOL    IV      5%  250.00 ml 24 EA      DEXTROSE | AP | RX | | 40.19 | 33.84 | 28.80 | | 5/7/01 |
| 00074-7922-03  NDA | **DEXTROSE** (LIFECARE/PLASTIC)  SOL    IV      5%  500.00 ml 24 EA      DEXTROSE | AP | RX | | 46.46 | 39.12 | 29.28 | | 5/7/01 |
| 00074-7922-09  NDA | **DEXTROSE** (LIFECARE/PLASTIC)  SOL    IV      5%  1,000.00 ml 12 EA      DEXTROSE | AP | RX | | 27.79 | 23.40 | 18.72 | | 5/7/01 |
| 00074-7922-53  NDA | **DEXTROSE** (LIFECARE)  SOL    IV      5%  250.00 ml 24 EA      DEXTROSE | AP | RX | | 156.47 | 131.76 | 125.52 | | 5/7/01 |
| 00074-7922-55  NDA | **DEXTROSE** (LIFECARE)  SOL    IV      5%  500.00 ml 18 EA      DEXTROSE | AP | RX | | 117.78 | 99.18 | 94.14 | | 5/7/01 |
| 00074-7922-61  NDA | **DEXTROSE** (LIFECARE)  SOL    IV      5%  150.00 ml 32 EA      DEXTROSE | AP | RX | | 190.00 | 160.00 | 34.24 | | 5/7/01 |
| 00074-7923-20  NDA | **DEXTROSE** (LIFECARE,QUAD PACK,LF)  SOL    IV      5%  25.00 ml 48 EA      DEXTROSE | AP | RX | | 128.25 | 108.00 | 102.72 | | 5/7/01 |
| 00074-7923-36  NDA | **DEXTROSE** (LIFECARE,QUAD PACK,LF)  SOL    IV      5%  50.00 ml 80 EA      DEXTROSE | AP | RX | | 240.35 | 202.40 | 128.80 | | 5/7/01 |
| 00074-7923-37  NDA | **DEXTROSE** (LIFECARE,QUAD PACK,LF)  SOL    IV      5%  100.00 ml 80 EA      DEXTROSE | AP | RX | | 280.25 | 236.00 | 129.60 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
___ OK as is          ___ OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01202**

**THOMSON**
™
**MICROMEDEX**

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-8796 • Fax (303) 486-9297

PAGE 32 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7930-02 NDA | **DEXTROSE** (LIFECARE) SOL   IV        10% 250.00 ml 24 EA      DEXTROSE | AP | RX | | 51.59 | 43.44 | 38.40 | | 5/7/01 |
| 00074-7930-03 NDA | **DEXTROSE** (LIFECARE) SOL   IV        10% 500.00 ml 24 EA      DEXTROSE | AP | RX | | 55.58 | 46.80 | 36.96 | | 5/7/01 |
| 00074-7930-09 NDA | **DEXTROSE** (LIFECARE) SOL   IV        10% 1,000.00 ml 12 EA   DEXTROSE | AP | RX | | 29.93 | 25.20 | 17.16 | | 5/7/01 |
| 00074-7935-19 NDA | **DEXTROSE** (1000 ML CONTAINER) SOL   IV        20% 500.00 ml 12 EA      DEXTROSE | AP | RX | | 62.56 | 52.68 | 52.68 | | 5/7/01 |
| 00074-7936-17 NDA | **DEXTROSE** (2000 ML CONTAINER) SOL   IV        50% 1,000.00 ml 6 EA      DEXTROSE | AP | RX | | 67.33 | 56.70 | 51.72 | | 5/7/01 |
| 00074-7936-19 NDA | **DEXTROSE** (1000 ML CONTAINER) SOL   IV        50% 500.00 ml 12 EA      DEXTROSE | AP | RX | | 78.66 | 66.24 | 61.20 | | 5/7/01 |
| 00074-7937-19 NDA | **DEXTROSE** (1000 ML CONTAINER) SOL   IV        40% 500.00 ml 12 EA      DEXTROSE | AP | RX | | 75.81 | 63.84 | 63.84 | | 5/7/01 |
| 00074-7938-19 NDA | **DEXTROSE** (1000 ML CONTAINER) SOL   IV        10% 500.00 ml 12 EA      DEXTROSE | AP | RX | | 58.14 | 48.96 | 43.92 | | 5/7/01 |
| 00074-8004-15 NDA | **DEXTROSE** (1000 ML CONTAINER) SOL   IV        30% 500.00 ml 12 EA      DEXTROSE | AP | RX | | 93.34 | 78.60 | 73.56 | | 5/7/01 |
| 00074-8005-15 NDA | **DEXTROSE** (1000 ML CONTAINER) SOL   IV        60% 500.00 ml 12 EA      DEXTROSE | AP | RX | | 102.89 | 86.64 | 81.60 | | 5/7/01 |
| 00074-1521-05 NDA | **DEXTROSE 2.5% IN RINGERS** (1/2 STRENGTH LACT RING) SOL   IV 1,000.00 ml 6 EA     DEXTROSE/ELECT | | RX | | 43.53 | 36.66 | 31.68 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout.
____ OK as is          ____OK with changes

Signature _____     Date _____

**Confidential**



**THOMSON**

**MICROMEDEX**

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 – Fax (303) 486-9297

PAGE 33 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7929-03 NDA | DEXTROSE 5% IN RINGERS SOL   IV 500.00 ml 24 EA   DEXTROSE/ELECT | AP | RX | | 51.87 | 43.68 | 38.64 | | 5/7/01 |
| 00074-7929-09 NDA | DEXTROSE 5% IN RINGERS (LIFECARE) SOL   IV 1,000.00 ml 12 EA   DEXTROSE/ELECT | AP | RX | | 28.07 | 23.64 | 18.60 | | 5/7/01 |
| 00074-7933-03 NDA | DEXTROSE 5% IN RINGERS (LIFECARE/PLASTIC) SOL   IV 500.00 ml 24 EA   DEXTROSE/RINGERS | AP | RX | | 53.01 | 44.64 | 44.64 | | 5/7/01 |
| 00074-7933-09 NDA | DEXTROSE 5% IN RINGERS (LIFECARE/PLASTIC) SOL   IV 1,000.00 ml 12 EA   DEXTROSE/RINGERS | AP | RX | | 36.77 | 30.96 | 25.92 | | 5/7/01 |
| 00074-2346-32 NDA | DEXTROSE/DOBUTAMINE SOL   IV   5%-100 MG/100 ML 250.00 ml 12 EA   DEXTROSE/DOBUTAMINE | AP | RX | | 244.39 | 205.80 | 195.96 | | 5/7/01 |
| 00074-2346-34 NDA | DEXTROSE/DOBUTAMINE SOL   IV   5%-100 MG/100 ML 500.00 ml 12 EA   DEXTROSE/DOBUTAMINE | AP | RX | | 732.74 | 617.04 | 342.84 | | 5/7/01 |
| 00074-2347-32 NDA | DEXTROSE/DOBUTAMINE SOL   IV   5%-200 MG/100 ML 250.00 ml 12 EA   DEXTROSE/DOBUTAMINE | AP | RX | | 366.37 | 308.52 | 293.88 | | 5/7/01 |
| 00074-3724-32 NDA | DEXTROSE/DOBUTAMINE SOL   IV   5%-400 MG/100 ML 250.00 ml 12 EA   DEXTROSE/DOBUTAMINE | AP | RX | | 488.49 | 411.36 | 391.80 | | 5/7/01 |
| 00074-4141-03 NDA | DEXTROSE/DOPAMINE HCL SOL   IV   5%-80 MG/100 ML 500.00 ml 12 EA   DEXTROSE/DOPAMINE | AP | RX | | 213.04 | 179.40 | 156.00 | | 5/7/01 |
| 00074-4142-02 NDA | DEXTROSE/DOPAMINE HCL SOL   IV   5%-160 MG/100 ML 250.00 ml 12 EA   DEXTROSE/DOPAMINE | AP | RX | | 194.51 | 163.80 | 156.00 | | 5/7/01 |
| 00074-4142-03 NDA | DEXTROSE/DOPAMINE HCL SOL   IV   5%-160 MG/100 ML 500.00 ml 12 EA   DEXTROSE/DOPAMINE | AP | RX | | 313.93 | 264.36 | 242.76 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
____ OK as is          ____ OK with changes

Signature _____     Date _____

**Confidential**



**THOMSON**
**MICROMEDEX**

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 34 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL   600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4155-02 NDA | DEXTROSE/DOPAMINE HCL SOL   IV     5%-320 MG/100 ML 250.00 ml 12 EA     DEXTROSE/DOPAMINE | AP | RX | | 295.40 | 248.76 | 236.88 | | 5/7/01 |
| 00074-7808-22 NDA | DEXTROSE/DOPAMINE HCL (LIFECARE) SOL   IV     5%-80 MG/100 ML 250.00 ml 12 EA     DEXTROSE/DOPAMINE | AP | RX | | 173.42 | 146.04 | 139.08 | | 5/7/01 |
| 00074-7808-24 NDA | DEXTROSE/DOPAMINE HCL (LIFECARE) SOL   IV     5%-80 MG/100 ML 500.00 ml 12 EA     DEXTROSE/DOPAMINE | AP | RX | | 212.18 | 178.68 | 170.16 | | 5/7/01 |
| 00074-7809-22 NDA | DEXTROSE/DOPAMINE HCL (LIFECARE) SOL   IV     5%-160 MG/100 ML 250.00 ml 12 EA     DEXTROSE/DOPAMINE | AP | RX | | 225.58 | 189.96 | 180.96 | | 5/7/01 |
| 00074-7809-24 NDA | DEXTROSE/DOPAMINE HCL (LIFECARE) SOL   IV     5%-100 MG/100 ML 500.00 ml 12 EA     DEXTROSE/DOPAMINE | | RX | | 262.20 | 220.80 | 168.00 | | 5/7/01 |
| 00074-7810-22 NDA | DEXTROSE/DOPAMINE HCL (LIFECARE) SOL   IV     5%-320 MG/100 ML 250.00 ml 12 EA     DEXTROSE/DOPAMINE | AP | RX | | 247.81 | 208.68 | 198.72 | | 5/7/01 |
| 00074-7760-03 NDA | DEXTROSE/HEPARIN SODIUM SOL   IV     5%-4000 U/100ML 500.00 ml 24 EA     DEXTROSE/HEPARIN | AP | RX | | 121.13 | 102.00 | 96.96 | | 5/7/01 |
| 00074-7761-03 NDA | DEXTROSE/HEPARIN SODIUM SOL   IV     5%-5000 U/100 ML 500.00 ml 24 EA     DEXTROSE/HEPARIN | AP | RX | | 135.38 | 114.00 | 108.48 | | 5/7/02 |
| 00074-7793-23 NDA | DEXTROSE/HEPARIN SODIUM SOL   IV     5%-10,000 U/100 ML 100.00 ml 24 EA     DEXTROSE/HEPARIN | AP | RX | | 179.55 | 151.20 | 144.00 | | 5/7/01 |
| 00074-7793-62 NDA | DEXTROSE/HEPARIN SODIUM SOL   IV     5%-10,000 U/100 ML 250.00 ml 24 EA     DEXTROSE/HEPARIN | AP | RX | | 145.07 | 122.16 | 116.40 | | 5/7/01 |
| 00074-7794-62 NDA | DEXTROSE/HEPARIN SODIUM SOL   IV     5%-5000 U/100 ML 250.00 ml 24 EA     DEXTROSE/HEPARIN | AP | RX | | 164.73 | 138.72 | 132.00 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
___OK  as is          ___OK with changes

Signature _____        Date _____

**Confidential**

Red Book 01205

# THOMSON
## MICROMEDEX

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 35 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4712-01 ANDA | DEXTROSE/LIDOCAINE HCL (AMP,SPINAL) SOL   IJ     7.5%-5% 2.00 ml 25 EA     DEXTROSE/LIDO HCL | AP | RX | | 67.39 | 56.75 | 54.00 | | 5/7/01 |
| 00074-7931-24 NDA | DEXTROSE/LIDOCAINE HCL (LIFECARE) SOL   IV     5%-0.4% 500.00 ml 24 EA     DEXTROSE/LIDO HCL | AP | RX | | 262.49 | 221.04 | 210.48 | | 5/7/01 |
| 00074-7931-32 NDA | DEXTROSE/LIDOCAINE HCL (LIFECARE) SOL   IV     5%-0.4% 250.00 ml 12 EA     DEXTROSE/LIDO HCL | AP | RX | | 102.74 | 86.52 | 81.48 | | 5/7/01 |
| 00074-7939-32 NDA | DEXTROSE/LIDOCAINE HCL (LIFECARE) SOL   IV     5%-0.8% 250.00 ml 12 EA     DEXTROSE/LIDO HCL | AP | RX | | 129.25 | 108.84 | 103.68 | | 5/7/01 |
| 00074-6727-23 NDA | DEXTROSE/MAGNESIUM SULFATE (PLASTIC CONTAINER) SOL   IV     5%-1 GM/100 ML 100.00 ml 24 EA     DEXTROSE/MG SULF | | RX | | 176.42 | 148.56 | 141.60 | | 5/7/01 |
| 00074-6728-09 NDA | DEXTROSE/MAGNESIUM SULFATE (PLASTIC CONTAINER) SOL   IV     5%-2 GM/100 ML 1,000.00 ml 12 EA   DEXTROSE/MG SULF | | RX | | 62.27 | 52.44 | 47.40 | | 5/7/01 |
| 00074-6062-02 | DEXTROSE/MORPHINE SULFATE (PREMIX) SOL   IV     5%-100 MG/100 ML 250.00 ml 1 EA     DEXTROSE/MORPHINE | | CII | | 13.89 | 11.70 | 11.14 | | 5/7/01 |
| 00074-6062-03 | DEXTROSE/MORPHINE SULFATE (PREMIX) SOL   IV     5%-100 MG/100 ML 500.00 ml 1 EA     DEXTROSE/MORPHINE | | CII | | 19.52 | 16.44 | 15.66 | | 5/7/01 |
| 00074-6062-11 | DEXTROSE/MORPHINE SULFATE (PREMIX) SOL   IV     5%-100 MG/100 ML 100.00 ml 1 EA     DEXTROSE/MORPHINE | | CII | | 10.11 | 8.51 | 8.09 | | 5/7/01 |
| 00074-6063-02 | DEXTROSE/MORPHINE SULFATE (PREMIX) SOL   IV     5%-20 MG/100 ML 250.00 ml 1 EA     DEXTROSE/MORPHINE | | CII | | 8.28 | 6.97 | 6.55 | | 5/7/01 |
| 00074-6063-03 | DEXTROSE/MORPHINE SULFATE (PREMIX) SOL   IV     5%-20 MG/100 ML 500.00 ml 1 EA     DEXTROSE/MORPHINE | | CII | | 10.11 | 8.51 | 8.09 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
___OK  as is          ___OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01206**



## THOMSON
## MICROMEDEX

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 38 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-8883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1482-02 ANDA | DEXTROSE/NITROGLYCERIN<br>SOL   IV    5%-20 MG/100 ML<br>250.00 ml 12 EA    DEXTROSE/NITROGLYCERIN | AP | RX | | 81.23 | 68.40 | 66.84 | | 5/7/02 |
| 00074-1483-02 ANDA | DEXTROSE/NITROGLYCERIN<br>SOL   IV    5%-10 MG/100 ML<br>250.00 ml 12 EA    DEXTROSE/NITROGLYCERIN | AP | RX | | 82.51 | 69.48 | 67.80 | | 5/7/01 |
| 00074-1483-03 ANDA | DEXTROSE/NITROGLYCERIN<br>SOL   IV    5%-10 MG/100 ML<br>500.00 ml 12 EA    DEXTROSE/NITROGLYCERIN | AP | RX | | 89.63 | 75.48 | 70.44 | | 5/7/01 |
| 00074-1484-02 ANDA | DEXTROSE/NITROGLYCERIN<br>SOL   IV    5%-40 MG/100 ML<br>250.00 ml 12 EA    DEXTROSE/NITROGLYCERIN | AP | RX | | 92.48 | 77.88 | 76.80 | | 5/7/01 |
| 00074-1484-03 ANDA | DEXTROSE/NITROGLYCERIN<br>SOL   IV    5%-40 MG/100 ML<br>500.00 ml 12 EA    DEXTROSE/NITROGLYCERIN | AP | RX | | 112.01 | 94.32 | 89.28 | | 5/7/01 |
| 00074-7905-09 NDA | DEXTROSE/POTASSIUM CHLORIDE<br>(LIFECARE)<br>SOL   IV    5%-0.15%<br>1,000.00 ml 12 EA   DEXTROSE/POT CL | AP | RX | | 40.61 | 34.20 | 29.16 | | 5/7/01 |
| 00074-7906-09 NDA | DEXTROSE/POTASSIUM CHLORIDE<br>(LIFECARE)<br>SOL   IV    5%-0.3%<br>1,000.00 ml 12 EA   DEXTROSE/POT CL | AP | RX | | 41.33 | 34.80 | 29.16 | | 5/7/01 |
| 00074-7996-09 NDA | DEXTROSE/POTASSIUM CHLORIDE<br>SOL   IV    5%-0.224%<br>1,000.00 ml 12 EA   DEXTROSE/POT CL | AP | RX | | 42.32 | 35.64 | 29.16 | | 5/7/01 |
| 00074-7107-09 NDA | DEXTROSE/POTASSIUM CL/SODIUM CL<br>SOL   IV    5%-0.15%-0.9%<br>1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | AP | RX | | 53.44 | 45.00 | 39.96 | | 5/7/01 |
| 00074-7109-09 NDA | DEXTROSE/POTASSIUM CL/SODIUM CL<br>SOL   IV    5%-0.3%-0.9%<br>1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | AP | RX | | 53.44 | 45.00 | 39.96 | | 5/7/01 |
| 00074-7901-03 NDA | DEXTROSE/POTASSIUM CL/SODIUM CL<br>SOL   IV    5%-0.15%-0.2%<br>500.00 ml 24 EA    DEXTROSE/POT CL/SOD CL | AP | RX | | 106.88 | 90.00 | 84.96 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK as is        ____OK with changes

Signature  _____        Date  _____

**Confidential**

# THOMSON
## MICROMEDEX

### REDBOOK Product Listing Verification
MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-6297

PAGE 37 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7901-09 | DEXTROSE/POTASSIUM CL/SODIUM CL | AP | RX | | 52.87 | 44.52 | 29.16 | | 5/7/01 |
| NDA | SOL   IV    5%-0.15%-0.2% 1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | | | | | | | | |
| 00074-7902-03 | DEXTROSE/POTASSIUM CL/SODIUM CL | AP | RX | | 112.29 | 94.56 | 89.52 | | 5/7/01 |
| NDA | SOL   IV    5%-0.15%-0.45% 500.00 ml 24 EA   DEXTROSE/POT CL/SOD CL | | | | | | | | |
| 00074-7902-09 | DEXTROSE/POTASSIUM CL/SODIUM CL | AP | RX | | 48.74 | 41.04 | 19.68 | | 5/7/01 |
| NDA | SOL   IV    5%-0.15%-0.45% 1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | | | | | | | | |
| 00074-7903-09 | DEXTROSE/POTASSIUM CL/SODIUM CL | | RX | | 50.02 | 42.12 | 29.16 | | 5/7/01 |
| NDA | SOL   IV    5%-0.22%-0.45% 1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | | | | | | | | |
| 00074-7904-09 | DEXTROSE/POTASSIUM CL/SODIUM CL | AP | RX | | 49.59 | 41.76 | 29.16 | | 5/7/01 |
| NDA | SOL   IV    5%-0.3%-0.45% 1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | | | | | | | | |
| 00074-7991-09 | DEXTROSE/POTASSIUM CL/SODIUM CL | | RX | | 43.04 | 36.24 | 29.16 | | 5/7/01 |
| NDA | SOL   IV    5%-0.22%-0.2% 1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | | | | | | | | |
| 00074-7992-09 | DEXTROSE/POTASSIUM CL/SODIUM CL | AP | RX | | 41.90 | 35.28 | 29.16 | | 5/7/01 |
| NDA | SOL   IV    5%-0.3%-0.2% 1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | | | | | | | | |
| 00074-7993-09 | DEXTROSE/POTASSIUM CL/SODIUM CL | AP | RX | | 41.33 | 34.80 | 29.16 | | 5/7/01 |
| NDA | SOL   IV    5%-0.075%-0.45% 1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | | | | | | | | |
| 00074-7997-09 | DEXTROSE/POTASSIUM CL/SODIUM CL | AP | RX | | 40.61 | 34.20 | 29.16 | | 5/7/01 |
| NDA | SOL   IV    5%-0.075%-0.2% 1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | | | | | | | | |
| 00074-7998-03 | DEXTROSE/POTASSIUM CL/SODIUM CL | AP | RX | | 112.29 | 94.56 | 89.52 | | 5/7/01 |
| NDA | SOL   IV    5%-0.15%-0.3% 500.00 ml 24 EA   DEXTROSE/POT CL/SOD CL | | | | | | | | |
| 00074-7998-09 | DEXTROSE/POTASSIUM CL/SODIUM CL | AP | RX | | 38.90 | 32.76 | 27.72 | | 5/7/01 |
| NDA | SOL   IV    5%-0.15%-0.3% 1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | | | | | | | | |

Instructions:  Please make corrections directly on this printout
_____OK as is          _____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01208**



# THOMSON
## MICROMEDEX

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-8796 - Fax (303) 486-9297

PAGE 38 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1534-05 | DEXTROSE/SODIUM CHLORIDE<br><br>SOL   IV    10%-0.9%<br>1,000.00 ml 6 EA    DEXTROSE/SOD CL | AP | RX | | 50.45 | 42.48 | 37.50 | | 5/7/01 |
| 00074-4862-02 | DEXTROSE/SODIUM CHLORIDE<br><br>SOL   IV    10%-0.225%<br>250.00 ml 12 EA    DEXTROSE/SOD CL | | RX | | 64.41 | 54.24 | 49.28 | | 5/7/01 |
| 00074-4862-03 | DEXTROSE/SODIUM CHLORIDE<br><br>SOL   IV    10%-0.225%<br>500.00 ml 12 EA    DEXTROSE/SOD CL | | RX | | 64.84 | 54.60 | 49.28 | | 5/7/01 |
| 00074-7924-02<br><br>NDA | DEXTROSE/SODIUM CHLORIDE<br>(LIFECARE/PLASTIC)<br>SOL   IV    5%-0.225%<br>250.00 ml 24 EA    DEXTROSE/SOD CL | | RX | | 47.03 | 39.60 | 34.56 | | 5/7/01 |
| 00074-7924-03<br><br>NDA | DEXTROSE/SODIUM CHLORIDE<br>(LIFECARE/PLASTIC)<br>SOL   IV    5%-0.225%<br>500.00 ml 24 EA    DEXTROSE/SOD CL | | RX | | 52.73 | 44.40 | 34.56 | | 5/7/01 |
| 00074-7924-09<br><br>NDA | DEXTROSE/SODIUM CHLORIDE<br>(LIFECARE/PLASTIC)<br>SOL   IV    5%-0.225%<br>1,000.00 ml 12 EA    DEXTROSE/SOD CL | | RX | | 22.94 | 19.32 | 16.80 | | 5/7/01 |
| 00074-7925-02<br><br>NDA | DEXTROSE/SODIUM CHLORIDE<br>(LIFECARE/PLASTIC)<br>SOL   IV    5%-0.3%<br>250.00 ml 24 EA    DEXTROSE/SOD CL | | RX | | 46.74 | 39.36 | 34.46 | | 5/7/01 |
| 00074-7925-03<br><br>NDA | DEXTROSE/SODIUM CHLORIDE<br>(LIFECARE/PLASTIC)<br>SOL   IV    5%-0.3%<br>500.00 ml 24 EA    DEXTROSE/SOD CL | | RX | | 52.73 | 44.40 | 34.56 | | 5/7/01 |
| 00074-7925-09<br><br>NDA | DEXTROSE/SODIUM CHLORIDE<br>(LIFECARE/PLASTIC)<br>SOL   IV    5%-0.3%<br>1,000.00 ml 12 EA    DEXTROSE/SOD CL | | RX | | 30.35 | 25.56 | 20.52 | | 5/7/01 |
| 00074-7926-02<br><br>NDA | DEXTROSE/SODIUM CHLORIDE<br>(LIFECARE/PLASTIC)<br>SOL   IV    5%-0.45%<br>250.00 ml 24 EA    DEXTROSE/SOD CL | AP | RX | | 43.61 | 36.72 | 34.80 | | 5/7/01 |
| 00074-7926-03<br><br>NDA | DEXTROSE/SODIUM CHLORIDE<br>(LIFECARE/PLASTIC)<br>SOL   IV    5%-0.45%<br>500.00 ml 24 EA    DEXTROSE/SOD CL | AP | RX | | 47.03 | 39.60 | 34.56 | | 5/7/01 |

**Instructions:**   Please make corrections directly on this printout
___OK  as is              ___OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01209**



# THOMSON
## MICROMEDEX

### REDBOOK *Product Listing Verification*

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 39 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7926-09 NDA | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) SOL   IV   5%-0.45% 1,000.00 ml 12 EA   DEXTROSE/SOD CL | AP | RX | | 27.36 | 23.04 | 18.00 | | 5/7/01 |
| 00074-7940-03 NDA | DEXTROSE/SODIUM CHLORIDE (LIFECARE) SOL   IV   2.5%-0.45% 500.00 ml 24 EA   DEXTROSE/SOD CL | AP | RX | | 45.60 | 38.40 | 33.36 | | 5/7/01 |
| 00074-7940-09 NDA | DEXTROSE/SODIUM CHLORIDE (LIFECARE) SOL   IV   2.5%-0.45% 1,000.00 ml 12 EA   DEXTROSE/SOD CL | AP | RX | | 29.21 | 24.60 | 19.56 | | 5/7/01 |
| 00074-7941-02 NDA | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) SOL   IV   5%-0.9% 250.00 ml 24 EA   DEXTROSE/SOD CL | AP | RX | | 47.03 | 39.60 | 34.56 | | 5/7/01 |
| 00074-7941-03 NDA | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) SOL   IV   5%-0.9% 500.00 ml 24 EA   DEXTROSE/SOD CL | AP | RX | | 49.88 | 42.00 | 34.56 | | 5/7/01 |
| 00074-7941-09 NDA | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) SOL   IV   5%-0.9% 1,000.00 ml 12 EA   DEXTROSE/SOD CL | AP | RX | | 26.36 | 22.20 | 16.32 | | 5/7/01 |
| 00074-7665-03 NDA | DEXTROSE/THEOPHYLLINE SOL   IV   5%-80 MG/100 ML 500.00 ml 24 EA   DEXTROSE/THEO | AP | RX | | 120.56 | 101.52 | 96.48 | | 5/7/01 |
| 00074-7665-09 NDA | DEXTROSE/THEOPHYLLINE SOL   IV   5%-80 MG/100 ML 1,000.00 ml 12 EA   DEXTROSE/THEO | AP | RX | | 87.64 | 73.80 | 68.76 | | 5/7/01 |
| 00074-7666-03 NDA | DEXTROSE/THEOPHYLLINE SOL   IV   5%-160 MG/100 ML 500.00 ml 24 EA   DEXTROSE/THEO | AP | RX | | 164.73 | 138.72 | 88.80 | | 5/7/01 |
| 00074-7666-62 NDA | DEXTROSE/THEOPHYLLINE SOL   IV   5%-160 MG/100 ML 250.00 ml 24 EA   DEXTROSE/THEO | AP | RX | | 146.21 | 123.12 | 117.36 | | 5/7/01 |
| 00074-7668-23 NDA | DEXTROSE/THEOPHYLLINE SOL   IV   5%-200 MG/100 ML 100.00 ml 24 EA   DEXTROSE/THEO | AP | RX | | 140.79 | 118.56 | 112.80 | | 5/7/01 |

**Instructions:**   Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____   Date _____

**Confidential**

Red Book 01210

# THOMSON
## MICROMEDEX

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 40 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7677-13 NDA | DEXTROSE/THEOPHYLLINE SOL   IV    5%-200 MG/50 ML 50.00 ml 24 EA    DEXTROSE/THEO | AP | RX | | 140.79 | 118.56 | 112.80 | | 5/7/01 |
| 00074-7677-23 NDA | DEXTROSE/THEOPHYLLINE SOL   IV    5%-400 MG/100 ML 100.00 ml 24 EA    DEXTROSE/THEO | AP | RX | | 143.93 | 121.20 | 115.44 | | 5/7/01 |
| 00074-7705-62 NDA | DEXTROSE/THEOPHYLLINE SOL   IV    5%-320 MG/100 ML 250.00 ml 24 EA    DEXTROSE/THEO | AP | RX | | 150.48 | 126.72 | 120.72 | | 5/7/01 |
| 00074-1671-02 | DIAL-A-FLO (IV EXTENSION,18") KIT    NA 48 EA         KIT, INTRAVENOUS EXTENSION TUBING | | RX | | 527.25 | 444.00 | 312.00 | | 4/19/99 |
| 00074-1674-68 | DIAL-A-FLO (MICRODRIP 78") KIT    NA 48 EA         KIT, INTRAVENOUS EXTENSION TUBING | | RX | | 710.79 | 598.56 | 289.92 | | 4/19/99 |
| 00074-1674-78 | DIAL-A-FLO (LTXF,CONV PIN 78,MICDRP) KIT    NA 48 EA         KIT, INTRAVENOUS EXTENSION TUBING | | RX | | 710.79 | 598.56 | 289.92 | | 5/4/00 |
| 00074-1684-68 | DIAL-A-FLO (MICRODRIP 78",NV) KIT    NA 48 EA         KIT, INTRAVENOUS EXTENSION TUBING | | RX | | 710.79 | 598.56 | 367.68 | | 4/19/99 |
| 00074-1273-02 ANDA | DIAZEPAM (CARPUJECT,22GX1-1/4") SOL   IJ    5 MG/ML 2.00 ml 10 EA    DIAZEPAM | AP | CIV | | 19.36 | 16.30 | 15.27 | | 5/7/01 |
| 00074-1273-32 ANDA | DIAZEPAM (CARPUJECT,LUER LOCK) SOL   IJ    5 MG/ML 2.00 ml 10 EA    DIAZEPAM | AP | CIV | | 25.29 | 21.30 | 20.26 | | 5/7/01 |
| 00074-3210-32 ANDA | DIAZEPAM (AMP) SOL   IJ    5 MG/ML 2.00 ml 10 EA    DIAZEPAM | AP | CIV | | 18.88 | 15.90 | 14.90 | | 5/7/01 |
| 00074-3213-02 | DIAZEPAM (M.D.V.,FLIPTOP) SOL   IJ    5 MG/ML 10.00 ml 5 EA    DIAZEPAM | AP | CIV | | 9.74 | 8.20 | 7.20 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
___ OK  as is         ___OK with changes

Signature  _____   Date  _____

**Confidential**

**Red Book 01211**



### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 41 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/11/2002
Contact Name:  JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | | | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00074-2169-01 ANDA | DIGOXIN (CARPUJECT) SOL  IV  0.25 MG/ML 1.00 ml 10 EA  DIGOXIN | | | AP | RX | | 23.39 | 19.70 | 18.71 | | 5/7/01 |
| 00074-2169-02 ANDA | DIGOXIN (CARPUJECT) SOL  IV  0.25 MG/ML 2.00 ml 10 EA  DIGOXIN | | | AP | RX | | 23.39 | 19.70 | 18.71 | | 5/7/01 |
| 00074-2169-31 ANDA | DIGOXIN (CARPUJECT,LUER LOCK) SOL  IV  0.25 MG/ML 1.00 ml 10 EA  DIGOXIN | | | AP | RX | | 24.34 | 20.50 | 20.00 | | 11/19/99 |
| 00074-2169-32 ANDA | DIGOXIN (CARPUJECT,LUER LOCK) SOL  IV  0.25 MG/ML 2.00 ml 10 EA  DIGOXIN | | | AP | RX | | 30.88 | 26.00 | 24.70 | | 5/7/02 |
| 00074-2167-01 ANDA | DIGOXIN PEDIATRIC (AMP,UNI-NEST) SOL  IV  0.1 MG/ML 1.00 ml 10 EA  DIGOXIN | | | AP | RX | | 44.53 | 37.50 | 35.75 | | 5/7/01 |
| 00074-1171-01 ANDA | DILTIAZEM HCL (VIAL,FLIPTOP) SOL  IV  5 MG/ML 5.00 ml 10 EA  DILTIAZEM HYDROCHLORIDE | | | AP | RX | | 39.31 | 33.10 | 31.50 | | 5/7/01 |
| 00074-1171-02 ANDA | DILTIAZEM HCL (VIAL,FLIPTOP) SOL  IV  5 MG/ML 10.00 ml 10 EA  DILTIAZEM HYDROCHLORIDE | | | AP | RX | | 78.61 | 66.20 | 63.00 | | 5/7/01 |
| 00074-1172-02 ANDA | DILTIAZEM HCL (VIAL,FLIPTOP) SOL  IV  5 MG/ML 10.00 ml 10 EA  DILTIAZEM HYDROCHLORIDE | | | AP | RX | | 78.61 | 66.20 | 63.00 | | 5/7/01 |
| 00074-2291-35 ANDA | DILTIAZEM HCL (CARPUJECT,LUER LOCK) SOL  IV  5 MG/ML 5.00 ml 10 EA  DILTIAZEM HYDROCHLORIDE | | | AP | RX | | 38.36 | 32.30 | 30.75 | | 5/7/01 |
| 00074-1171-61 ANDA | DILTIAZEM HCL AMERINET (VIAL,FLIPTOP,INSTIT USE) SOL  IV  5 MG/ML 5.00 ml 10 EA  DILTIAZEM HYDROCHLORIDE | | | AP | RX | | 39.31 | 33.10 | 30.00 | | 5/7/01 |
| 00074-1171-62 ANDA | DILTIAZEM HCL AMERINET (VIAL,FLIPTOP,INSTIT USE) SOL  IV  5 MG/ML 10.00 ml 10 EA  DILTIAZEM HYDROCHLORIDE | | | AP | RX | | 78.61 | 66.20 | 60.00 | | 5/7/01 |

Handwritten notes on row 00074-2169-02: "Effect = 9/1/00   effect 2/17/98   20.90   1800"

Handwritten notes on row 00074-2291-35: "already in ims it is late 9/24/02"

**Instructions:** Please make corrections directly on this printout
____ OK as is      X OK with changes

Signature _Jerrie Cicerale_   Date _12/11/02_

**Confidential**

| Eff. Date | Package Price | Unit Price | Package ID |
|---|---|---|---|
| 02/20/2001 | 18.00 | 0.9 | |
| | 20.69 | 1.0345 | |
| 02/17/1998 | 18.00 | 0.9 | |

*Wac history*

*Digoxin*

**Confidential**

Red Book 01213

| Eff. Date | Package Price | Unit Price | Package Id |
|---|---|---|---|
| 04/19/1999 | 20.90 | 1.0450 | |
| 04/17/1998 | 19.90 | 0.9950 | |
| 02/17/1998 | 19.00 | 1.9000 | |

Dirp history .

**Confidential**

Red Book 01214