# Exhibit 53B



**THOMSON**
**MICROMEDEX** ™

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 42 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK            IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2290-31 ANDA | DIPHENHYDRAMINE HCL (CARPUJECT, LUER LOCK) SOL  IJ    50 MG/ML 1.00 ml 10 EA    DIPHENHYDRAMINE HYDROCHLORIDE | AP | RX | | 12.47 | 10.50 | 9.50 | | 8/16/00 |
| 00074-2043-02 ANDA | DIPYRIDAMOLE (AMP,UNI-NEST) SOL  IV    5 MG/ML 2.00 ml 10 EA    DIPYRIDAMOLE | AP | RX | | 87.16 | 73.40 | 69.00 | | 5/7/02 |
| 00074-2043-10 ANDA | DIPYRIDAMOLE (AMP,UNI-NEST) SOL  IV    5 MG/ML 10.00 ml 10 EA    DIPYRIDAMOLE | AP | RX | | 430.23 | 362.30 | 345.00 | | 5/7/01 |
| 00074-2025-20 ANDA | DOBUTAMINE HCL (VIAL) SOL  IV    12.5 MG/ML 20.00 ml 10 EA    DOBUTAMINE HYDROCHLORIDE | AP | RX | | 49.88 | 42.00 | 40.00 | | 5/7/01 |
| 00074-2025-54 ANDA | DOBUTAMINE HCL (VIAL) SOL  IV    12.5 MG/ML 40.00 ml 10 EA    DOBUTAMINE HYDROCHLORIDE | AP | RX | | 79.80 | 67.20 | 64.00 | | 5/7/01 |
| 00074-2344-01 ANDA | DOBUTAMINE HCL (VIAL, FLIPTOP) SOL  IV    12.5 MG/ML 20.00 ml 1 EA    DOBUTAMINE HYDROCHLORIDE | AP | RX | | 9.87 | 8.31 | 7.91 | | 5/7/01 |
| 00074-2344-02 ANDA | DOBUTAMINE HCL (VIAL, FLIPTOP) SOL  IV    12.5 MG/ML 20.00 ml 10 EA    DOBUTAMINE HYDROCHLORIDE | AP | RX | | 92.39 | 77.80 | 74.10 | | 5/7/01 |
| 00074-4729-01 ANDA | DOBUTAMINE HCL (VIAL) SOL  IV    12.5 MG/ML 100.00 ml 1 EA    DOBUTAMINE HYDROCHLORIDE | AP | RX | | 14.35 | 12.08 | 11.50 | | 5/7/01 |
| 00074-4265-01 NDA | DOPAMINE HCL (VIAL,FLIPTOP,10ML/20ML ) SOL  IV    80 MG/ML 10.00 ml 25 EA    DOPAMINE HYDROCHLORIDE | AP | RX | | 80.45 | 67.75 | 62.75 | | 5/7/01 |
| 00074-5820-10 NDA | DOPAMINE HCL (VIAL, FLIPTOP) SOL  IV    40 MG/ML 5.00 ml 25 EA    DOPAMINE HYDROCHLORIDE | AP | RX | | 22.86 | 19.25 | 16.75 | | 5/7/01 |
| 00074-9104-20 NDA | DOPAMINE HCL (VIAL,FLIPTOP,10ML/20ML) SOL  IV    40 MG/ML 10.00 ml 25 EA    DOPAMINE HYDROCHLORIDE | AP | RX | | 39.19 | 33.00 | 30.50 | | 5/7/01 |

Instructions:   Please make corrections directly on this printout
____OK  as is              ____OK with changes

Signature _____  Date _____

**Confidential**

**Red Book 01215**



**THOMSON**

**MICROMEDEX**

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 43 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINISTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4797-02 | DOUBLE-NEEDLE TRANSFER DEVICE (20G) ACC    NA 400 EA         TRANSFER UNIT, IV FLUID | | RX | | 327.75 | 276.00 | 136.68 | | 4/19/99 |
| 00703-5040-01 ANDA | DOXORUBICIN HCL (M.D.V. POLYMER) SOL    IV      2 MG/ML 100.00 ml 1 EA      DOXORUBICIN HYDROCHLORIDE | AP | RX | | 332.50 | 280.00 | 140.82 | | 2/8/99 |
| 00703-5043-03 ANDA | DOXORUBICIN HCL (S.D.V. POLYMER) SOL    IV      2 MG/ML 5.00 ml 10 EA      DOXORUBICIN HYDROCHLORIDE | AP | RX | | 166.25 | 140.00 | 121.00 | | 2/8/99 |
| 00703-5046-01 ANDA | DOXORUBICIN HCL (S.D.V. POLYMER) SOL    IV      2 MG/ML 25.00 ml 1 EA      DOXORUBICIN HYDROCHLORIDE | AP | RX | | 83.13 | 70.00 | 47.00 | | 2/8/99 |
| 00074-1187-01 ANDA | DROPERIDOL (S.D.AMP) SOL    IJ      2.5 MG/ML 2.00 ml 10 EA      DROPERIDOL | AP | RX | | 16.63 | 14.00 | 13.10 | | 5/7/02 |
| 00074-2269-32 ANDA | DROPERIDOL (CARPUJECT,LUER LOCK) SOL    IJ      2.5 MG/ML 2.00 ml 10 EA      DROPERIDOL | AP | RX | | 15.32 | 12.90 | 11.90 | | 5/7/01 |
| 00074-4719-03 | DRUM CARTRIDGE IV CATHETER (14GX2" NDL,16GX28" CATH) KIT    NA 50 EA         CATHETER, INTRAVENOUS | | RX | | 2,011.63 | 1,694.00 | 600.00 | | 4/19/99 |
| 00074-5830-02 | DUAL INJECTION SITE (W/LOCKING SPIN COLLAR) ACC    NA 120 EA        KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 384.75 | 324.00 | 201.60 | | 3/13/00 |
| 00074-2284-15 ANDA | EDROPHONIUM CHLORIDE (VIAL) SOL    IJ      10 MG/ML 15.00 ml 10 EA      EDROPHONIUM CHLORIDE | AP | RX | | 117.80 | 99.20 | 94.50 | | 5/7/01 |
| 00074-7222-17 | EMPTY 3-IN-1 MIXING CONTAINER (2000 ML, NON-DEHP) ACC    NA 20 EA         CONTAINER, EVACUATED | | OTC | | 959.03 | 807.60 | 362.20 | | 4/19/99 |
| 00074-7222-18 | EMPTY 3-IN-1 MIXING CONTAINER (3000 ML, NON-DEHP) ACC    NA 20 EA         CONTAINER, EVACUATED | | OTC | | 498.75 | 420.00 | 360.00 | | 5/7/02 |

Instructions:  Please make corrections directly on this printout
___ OK  as is          ___OK with changes

Signature _____ Date _____

**Confidential**

**Red Book 01216**

# THOMSON
## MICROMEDEX™

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 44 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK      IL   600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7927-08 | EMPTY CONTAINER (W/ATTCHD Y-TRANF,3000ML) ACC   NA 24 EA        CONTAINER, EVACUATED | | OTC | | 1,426.14 | 1,200.96 | 99.60 | | 4/19/99 |
| 00074-7927-09 | EMPTY CONTAINER (W/ATTCHD Y-TRNSF/1000ML) ACC   NA 24 EA        CONTAINER, EVACUATED | | OTC | | 928.82 | 782.16 | 105.12 | | 4/19/99 |
| 00074-7951-12 | EMPTY CONTAINER (LIFECARE,FLEXIBLE,50ML) ACC   NA 48 EA        CONTAINER, EVACUATED | | OTC | | 296.40 | 249.60 | 182.40 | | 5/7/02 |
| 00074-7951-13 | EMPTY CONTAINER (LIFECARE,FLEXIBLE,500ML) ACC   NA 48 EA        CONTAINER, EVACUATED | | OTC | | 786.60 | 662.40 | 392.16 | | 4/19/99 |
| 00074-7951-19 | EMPTY CONTAINER (LIFECARE,FLXIBLE,1000ML) ACC   NA 48 EA        CONTAINER, EVACUATED | | OTC | | 853.29 | 718.56 | 167.52 | | 4/19/99 |
| 00074-7951-23 | EMPTY CONTAINER (LIFECARE,FLEXIBLE,100ML) ACC   NA 200 EA        CONTAINER, EVACUATED | | OTC | | 2,921.25 | 2,460.00 | 690.00 | | 4/19/99 |
| 00074-5816-11 | EMPTY CONTAINER STERILE (VIAL, FLIPTOP, 10 ML) ACC   NA 25 EA        CONTAINER, EVACUATED | | OTC | | 18.11 | 15.25 | 12.71 | | 5/7/01 |
| 00074-5816-31 | EMPTY CONTAINER STERILE (VIAL, FLIPTOP, 30 ML) ACC   NA 25 EA        CONTAINER, EVACUATED | | OTC | | 24.64 | 20.75 | 18.25 | | 5/7/01 |
| 00074-5829-10 | EMPTY CONTAINER STERILE (VIAL, TEARDROP, 10 ML) ACC   NA 25 EA        CONTAINER, EVACUATED | | OTC | | 18.41 | 15.50 | 13.09 | | 5/7/01 |
| 00074-5829-30 | EMPTY CONTAINER STERILE (VIAL, TEARDROP, 30 ML) ACC   NA 25 EA        CONTAINER, EVACUATED | | OTC | | 21.38 | 18.00 | 15.40 | | 5/7/01 |
| 00074-6021-03 | EMPTY CONTAINER STERILE (VIAL & INJECTOR) ACC   NA 25 EA        CONTAINER, EVACUATED | | OTC | | 218.50 | 184.00 | 175.25 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____   Date _____

**Confidential**

Red Book 01217



**THOMSON**
**MICROMEDEX**

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 45 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINISTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1614-01 | EMPTY EVACUATED CONTAINER (150 ML) ACC     NA 12 EA          CONTAINER, EVACUATED | | OTC | | 227.86 | 191.88 | 67.44 | | 5/7/02 |
| 00074-1614-02 | EMPTY EVACUATED CONTAINER (250 ML) ACC     NA 12 EA          CONTAINER, EVACUATED | | OTC | | 234.98 | 197.88 | 54.84 | | 5/7/02 |
| 00074-1614-03 | EMPTY EVACUATED CONTAINER (500 ML) ACC     NA 12 EA          CONTAINER, EVACUATED | | OTC | | 236.12 | 198.84 | 60.00 | | 4/19/99 |
| 00074-1614-05 | EMPTY EVACUATED CONTAINER (1000 ML) ACC     NA 6 EA          CONTAINER, EVACUATED | | OTC | | 130.03 | 109.50 | 31.50 | | 4/19/99 |
| 00074-2013-02 | EMPTY STERILE CARPUJECT (22G, 2ML VIAL) DEV     NA 10 EA          NEEDLES, HYPODERMIC/SYRINGES | | RX | | 6.41 | 5.40 | 5.10 | | 5/7/02 |
| 00074-2021-02 | EMPTY STERILE CARPUJECT (25G, 2 ML VIAL) DEV     NA 10 EA          NEEDLES, HYPODERMIC/SYRINGES | | RX | | 14.25 | 12.00 | 11.00 | | 5/7/01 |
| 00074-2109-31 | ENALAPRILAT (CARPUJECT,LUER LOCK) SOL     IV     1.25 MG/ML 1.00 ml 10 EA     ENALAPRILAT | AP | RX | | 47.38 | 39.90 | 38.00 | | 5/7/01 |
| 00074-2122-01 ANDA | ENALAPRILAT (VIAL) SOL     IV     1.25 MG/ML 1.00 ml 1 EA     ENALAPRILAT | AP | RX | | 3.84 | 3.23 | 3.08 | | 5/7/01 |
| 00074-2122-02 ANDA | ENALAPRILAT (VIAL) SOL     IV     1.25 MG/ML 2.00 ml 1 EA     ENALAPRILAT | AP | RX | | 7.68 | 6.47 | 6.16 | | 5/7/01 |
| 00074-6940-03 NDA | ENDRATE (AMP) SOL     IV     150 MG/ML 20.00 ml 25 EA     EDETATE DISODIUM | AP | RX | | 706.86 | 595.25 | 565.50 | | 5/7/02 |
| 00074-9406-01 ANDA | ENFLURANE SOL     IH     99.9% 125.00 ml 1 EA     ENFLURANE | AN | RX | | 121.14 | 102.01 | 66.00 | | 5/7/02 |

Instructions:   Please make corrections directly on this printout
____ OK  as is              ____OK with changes

Signature  _____     Date  _____

**Confidential**

**Red Book 01218**



**THOMSON**
™
**MICROMEDEX**

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 46 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK            IL   600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-9406-02 ANDA | **ENFLURANE** SOL  IH    99.9% 250.00 ml 1 EA      ENFLURANE | AN | RX | | 201.99 | 170.10 | 86.35 | | 5/7/01 |
| 00074-9406-49 ANDA | **ENFLURANE NOVATION** (INSTIT. USE) SOL  IH    99.9% 250.00 ml 1 EA      ENFLURANE | AN | RX | | 201.99 | 170.10 | 86.35 | | 5/7/01 |
| 00074-9406-51 ANDA | **ENFLURANE NOVATION** (INSTIT. USE) SOL  IH    99.9% 125.00 ml 1 EA      ENFLURANE | AN | RX | | 121.14 | 102.01 | 66.00 | | 5/7/02 |
| 00074-1765-01 | **ENTERAL PUMP** (98",W/40MM SCREW CAP) KIT   NA 24 EA         KIT, FEEDING (ENTERAL) | | OTC | | 466.26 | 392.64 | 209.34 | | 4/19/99 |
| 00074-1930-01 | **ENTERAL PUMP** (SCREW CAP, 40MM, VENTED) KIT   NA 24 EA         KIT, FEEDING (ENTERAL) | | RX | | 305.81 | 257.52 | 212.40 | | 4/19/99 |
| 00074-3073-31 | **EPHEDRINE SULFATE** (AMP) SOL  IJ    50 MG/ML 1.00 ml 50 EA      EPHEDRINE SULFATE | | RX | | 24.94 | 21.00 | 20.00 | | 5/7/02 |
| 00074-4901-18 | **EPINEPHRINE HCL** (ABBOJECT, 18GX3-1/2) SOL  IJ    0.1 MG/ML 10.00 ml 10 EA    EPINEPHRINE HYDROCHLORIDE | | RX | | 34.32 | 28.90 | 27.50 | | 5/7/01 |
| 00074-4921-18 | **EPINEPHRINE HCL** (ABBOJECT, 21GX1-1/2) SOL  IJ    0.1 MG/ML 10.00 ml 10 EA    EPINEPHRINE HYDROCHLORIDE | | RX | | 25.89 | 21.80 | 20.80 | | 5/7/01 |
| 00074-4921-34 | **EPINEPHRINE HCL** (ABBOJECT/LIFE,21GX1-1/2) SOL  IJ    0.1 MG/ML 10.00 ml 10 EA    EPINEPHRINE HYDROCHLORIDE | | RX | | 27.43 | 23.10 | 21.10 | | 5/7/02 |
| 00074-7241-01 | **EPINEPHRINE HCL** (AMP) SOL  IJ    1 MG/ML 1.00 ml 25 EA      EPINEPHRINE HYDROCHLORIDE | | RX | | 16.03 | 13.50 | 12.75 | | 5/7/01 |
| 00074-3177-01 ANDA | **EPINEPHRINE/LIDOCAINE HCL** (VIAL, FLIPTOP) SOL  IJ    1:200,000-0.5% 50.00 ml 25 EA      EPI/LIDO HCL | AP | RX | | 76.30 | 64.25 | 59.25 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
____ OK  as is          ____OK with changes

Signature _____    Date _____

**Confidential**



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 47 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3178-01 ANDA | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) SOL    IJ    1:100,000-1% 20.00 ml 25 EA    EPI/LIDO HCL | AP | RX | | 38.59 | 32.50 | 27.50 | | 5/7/01 |
| 00074-3178-02 ANDA | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) SOL    IJ    1:100,000-1% 30.00 ml 25 EA    EPI/LIDO HCL | AP | RX | | 45.42 | 38.25 | 28.25 | | 5/7/01 |
| 00074-3178-03 ANDA | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) SOL    IJ    1:100,000-1% 50.00 ml 25 EA    EPI/LIDO HCL | AP | RX | | 81.64 | 68.75 | 48.50 | | 5/7/01 |
| 00074-3179-01 ANDA | EPINEPHRINE/LIDOCAINE HCL (AMP) SOL    IJ    1:200,000-1% 30.00 ml 5 EA    EPI/LIDO HCL | AP | RX | | 29.75 | 25.05 | 23.85 | | 5/7/01 |
| 00074-3181-01 ANDA | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) SOL    EP    1:200,000-1.5% 30.00 ml 5 EA    EPI/LIDO HCL | AP | RX | | 39.48 | 33.25 | 26.60 | | 5/7/01 |
| 00074-3182-01 ANDA | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) SOL    IJ    1:100,000-2% 20.00 ml 25 EA    EPI/LIDO HCL | AP | RX | | 44.23 | 37.25 | 32.25 | | 5/7/01 |
| 00074-3182-02 ANDA | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) SOL    IJ    1:100,000-2% 30.00 ml 25 EA    EPI/LIDO HCL | AP | RX | | 98.27 | 82.75 | 77.75 | | 5/7/01 |
| 00074-3182-03 ANDA | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) SOL    IJ    1:100,000-2% 50.00 ml 25 EA    EPI/LIDO HCL | AP | RX | | 114.30 | 96.25 | 62.25 | | 5/7/01 |
| 00074-3183-01 ANDA | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) SOL    IJ    1:200,000-2% 20.00 ml 5 EA    EPI/LIDO HCL | AP | RX | | 41.50 | 34.95 | 33.30 | | 5/7/01 |
| 00074-6342-05 NDA | ERYTHROCIN LACTOBIONATE PDS    IV    1 GM 10 EA    ERYTHROMYCIN LACTOBIONATE | AP | RX | | 76.36 | 64.30 | 61.20 | | 5/7/01 |
| 00074-6365-02 NDA | ERYTHROCIN LACTOBIONATE PDS    IV    500 MG 10 EA    ERYTHROMYCIN LACTOBIONATE | AP | RX | | 36.93 | 31.10 | 29.60 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
___. OK  as is          ___OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01220**



# THOMSON
## MICROMEDEX

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 · Fax (303) 486-9297

PAGE 48 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK         IL   600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6476-44 NDA | ERYTHROCIN LACTOBIONATE (ADD-VANTAGE) PDS   IV   500 MG 10 EA   ERYTHROMYCIN LACTOBIONATE | AP | RX | | 38.59 | 32.50 | 30.90 | | 5/7/02 |
| 00074-6478-44 NDA | ERYTHROCIN LACTOBIONATE (ADD-VANTAGE) PDS   IV   1 GM 10 EA   ERYTHROMYCIN LACTOBIONATE | AP | RX | | 77.31 | 65.10 | 62.00 | | 5/7/01 |
| 00074-6481-01 NDA | ERYTHROCIN LACTOBIONATE PDS   IV   1 GM 10 EA   ERYTHROMYCIN LACTOBIONATE | AP | RX | | 76.36 | 64.30 | 61.20 | | 5/7/01 |
| 00074-8482-01 NDA | ERYTHROCIN LACTOBIONATE PDS   IV   500 MG 10 EA   ERYTHROMYCIN LACTOBIONATE | AP | RX | | 40.73 | 34.30 | 32.70 | | 5/7/01 |
| 00703-5653-01 ANDA | ETOPOSIDE (M.D.V. POLYMER) SOL   IV   20 MG/ML 5.00 ml 1 EA   ETOPOSIDE | AP | RX | | 43.94 | 37.00 | 9.37 | | 2/8/99 |
| 00703-5656-01 ANDA | ETOPOSIDE (M.D.V. POLYMER) SOL   IV   20 MG/ML 25.00 ml 1 EA   ETOPOSIDE | AP | RX | | 214.94 | 181.00 | 48.83 | | 2/8/99 |
| 00703-5657-01 ANDA | ETOPOSIDE (M.D.V.,POLYMER) SOL   IV   20 MG/ML 50.00 ml  EA   ETOPOSIDE | AP | RX | | 429.88 | 362.00 | 135.00 | | 2/8/99 |
| 00074-1834-48 | EXTENSION SET (32" W/STOPCOCK) KIT   NA 48 EA   KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 577.98 | 486.72 | 114.68 | | 4/19/99 |
| 00074-4429-48 | EXTENSION SET (20") KIT   NA 48 EA   KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 255.93 | 215.52 | 60.00 | | 4/19/99 |
| 00074-4438-02 | EXTENSION SET (7" W/OPTION-LOK) KIT   NA 50 EA   KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 363.38 | 306.00 | 118.25 | | 4/19/99 |
| 00074-4481-48 | EXTENSION SET (30" W/SLIDE CLAMP) KIT   NA 48 EA   KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 281.58 | 237.12 | 65.76 | | 4/19/99 |

Instructions:   Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01221**


**THOMSON** ™
**MICROMEDEX**

### REDBOOK Product Listing Verification
MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 49 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4610-02 | **EXTENSION SET**<br>(30", STERILE PACK)<br>KIT    NA<br>120 EA         KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 864.98 | 726.40 | 201.60 | | 4/19/99 |
| 00074-4620-02 | **EXTENSION SET**<br>(20", STERILE PACK)<br>KIT    NA<br>120 EA         KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 806.55 | 679.20 | 157.20 | | 4/19/99 |
| 00074-4116-01 | **EXTENSION SET INT-SL**<br>(6")<br>KIT    NA<br>50 EA         KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 341.41 | 287.50 | 150.00 | | 4/19/99 |
| 00074-4693-01 | **EXTENSION WITH SLIDE CLAMP**<br>(71",IRRIGATION/DRAINAGE)<br>KIT    NA<br>20 EA         KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 273.84 | 230.60 | 73.60 | | 4/19/99 |
| 00074-4693-02 | **EXTENSION WITH SLIDE CLAMP**<br>(LATEX,71")<br>KIT    NA<br>20 EA         KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 273.84 | 230.60 | 73.60 | | 1/5/01 |
| 00074-1763-78 | **FAT EMULSION IV**<br>(CNV PIN,108",2 INJ,LTXF)<br>KIT    NA<br>48 EA         TUBING, FLUID DELIVERY | | RX | | 992.37 | 835.68 | 445.32 | | 12/23/99 |
| 00074-4065-58 | **FAT EMULSION IV**<br>(VENTED, W/CAIR & Y SITE)<br>KIT<br>48 EA         TUBING, FLUID DELIVERY | | OTC | | 657.21 | 553.44 | 248.16 | | 4/19/99 |
| 00074-4065-68 | **FAT EMULSION IV**<br>(LTXF,CNVT PIN,80" W/INJ)<br>KIT    NA<br>48 EA         TUBING, FLUID DELIVERY | | RX | | 657.21 | 553.44 | 248.16 | | 12/29/99 |
| 00074-6464-01 | **FAT EMULSION IV**<br>(72 IN MICROBORE -SL)<br>KIT    NA<br>50 EA         TUBING, FLUID DELIVERY | | OTC | | 545.06 | 459.00 | 318.50 | | 4/19/99 |
| 00074-1276-32<br>ANDA | **FENTANYL CITRATE**<br>(CARPUJECT LUER LOCK,PF)<br>SOL    IJ    0.05 MG/ML<br>2.00 ml 10 EA       FENTANYL CITRATE | AP | CII | | 13.06 | 11.00 | 9.97 | | 5/7/01 |
| 00074-1276-35<br>ANDA | **FENTANYL CITRATE**<br>(CARPUJECT LUER LOCK,PF)<br>SOL    IJ    0.05 MG/ML<br>5.00 ml 10 EA       FENTANYL CITRATE | AP | CII | | 25.65 | 21.60 | 20.50 | | 5/7/02 |

*Handwritten annotations: "12/23/99 1 delet CMS" on the FAT EMULSION IV (00074-1763-78) row; "Effect 6/11/01" with "41.57" on the FAT EMULSION IV (00074-6464-01) row.*

**Instructions:**   Please make corrections directly on this printout
___OK  as is         ✗OK with changes

Signature  _Jerrie Cicerale_       Date  _12/11/02_

**Confidential**                                   **Red Book 01222**



# THOMSON
## MICROMEDEX

### REDBOOK Product Listing Verification
MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6798 – Fax (303) 486-9297

PAGE 50 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-9093-32 ANDA | FENTANYL CITRATE (AMP,P.F.) SOL   IJ      0.05 MG/ML 2.00 ml 10 EA      FENTANYL CITRATE | AP | CII | | 7.36 | 6.20 | 5.20 | | 5/7/02 |
| 00074-9093-35 ANDA | FENTANYL CITRATE (AMP,P.F.) SOL   IJ      0.05 MG/ML 5.00 ml 10 EA      FENTANYL CITRATE | AP | CII | | 16.39 | 13.80 | 6.90 | | 5/7/02 |
| 00074-9093-36 ANDA | FENTANYL CITRATE (AMP,P.F.) SOL   IJ      0.05 MG/ML 10.00 ml 5 EA      FENTANYL CITRATE | AP | CII | | 16.09 | 13.55 | 12.55 | | 5/7/01 |
| 00074-9093-38 ANDA | FENTANYL CITRATE (AMP,P.F.) SOL   IJ      0.05 MG/ML 20.00 ml 5 EA      FENTANYL CITRATE | AP | CII | | 16.45 | 13.85 | 12.85 | | 5/7/01 |
| 00074-9094-22 ANDA | FENTANYL CITRATE (VIAL,FLIPTOP,P.F.) SOL   IJ      0.05 MG/ML 2.00 ml 25 EA      FENTANYL CITRATE | AP | CII | | 23.45 | 19.75 | 17.00 | | 5/7/02 |
| 00074-9094-25 ANDA | FENTANYL CITRATE (VIAL,FLIPTOP,P.F.) SOL   IJ      0.05 MG/ML 5.00 ml 25 EA      FENTANYL CITRATE | AP | CII | | 41.56 | 35.00 | 23.25 | | 5/7/01 |
| 00074-9094-28 ANDA | FENTANYL CITRATE (VIAL,FLIPTOP,P.F.) SOL   IJ      0.05 MG/ML 10.00 ml 25 EA      FENTANYL CITRATE | AP | CII | | 90.55 | 76.25 | 72.50 | | 5/7/01 |
| 00074-9094-31 ANDA | FENTANYL CITRATE (VIAL,FLIPTOP,P.F.) SOL   IJ      0.05 MG/ML 20.00 ml 25 EA      FENTANYL CITRATE | AP | CII | | 145.17 | 122.25 | 116.50 | | 5/7/01 |
| 00074-9094-61 ANDA | FENTANYL CITRATE (VIAL,FLIPTOP,P.F.) SOL   IJ      0.05 MG/ML 50.00 ml 25 EA      FENTANYL CITRATE | AP | CII | | 228.89 | 192.75 | 181.50 | | 5/7/02 |
| 00074-7909-01 | FERRULE (5MM,FITS EMPTY LIFECARE) ACC   NA 500 EA      DEVICE | | OTC | | 43.64 | 36.75 | 35.00 | | 4/19/99 |
| 00074-7909-02 | FERRULE (8MM,FITS NUTRIMIX MACRO) ACC   NA 200 EA      CONTAINER, EVACUATED | | OTC | | 51.07 | 43.01 | 37.42 | | 4/19/99 |

Instructions:   Please make corrections directly on this printout
___ OK  as is          ___OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01223**

# THOMSON
## MICROMEDEX ™

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 51 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7909-03 | FERRULE (12MM, FITS LIFECARE) ACC    NA 1 EA              TUBING, OTHER | | | OTC | 99.35 | 83.66 | 72.00 | | 4/19/99 |
| 00074-1907-25 | FLOW DETECTOR (54") KIT    NA 1 EA              KIT, ADMINISTRATION, INTRAVENOUS | | | OTC | 163.65 | 137.81 | 125.00 | | 4/19/99 |
| 00074-1275-02 NDA | FUROSEMIDE (CARPUJECT,22GX1-1/4") SOL    IJ      10 MG/ML 2.00 ml 10 EA      FUROSEMIDE | | AP | RX | 7.36 | 6.20 | 5.93 | | 5/7/01 |
| 00074-1275-22 NDA | FUROSEMIDE (CARPUJECT INTERLINK) SOL    IJ      10 MG/ML 2.00 ml 10 EA      FUROSEMIDE | | AP | RX | 12.35 | 10.40 | 9.21 | | 4/19/99 |
| 00074-1639-10 NDA | FUROSEMIDE (ANSYR) SOL    IJ      10 MG/ML 10.00 ml 10 EA      FUROSEMIDE | | AP | RX | 45.60 | 38.40 | 36.60 | | 5/7/02 |
| 00074-6056-17 NDA | FUROSEMIDE (ABBOJECT) SOL    IJ      10 MG/ML 8.00 ml 10 EA      FUROSEMIDE | | AP | RX | 45.60 | 38.40 | 36.60 | | 5/7/02 |
| 00074-6101-02 NDA | FUROSEMIDE (AMP) SOL    IJ      10 MG/ML 2.00 ml 25 EA      FUROSEMIDE | | AP | RX | 19.30 | 16.25 | 15.50 | | 5/7/01 |
| 00074-6101-04 NDA | FUROSEMIDE (AMP) SOL    IJ      10 MG/ML 4.00 ml 25 EA      FUROSEMIDE | | AP | RX | 26.42 | 22.25 | 21.25 | | 5/7/01 |
| 00074-6101-10 NDA | FUROSEMIDE (AMP) SOL    IJ      10 MG/ML 10.00 ml 25 EA      FUROSEMIDE | | AP | RX | 48.39 | 40.75 | 13.00 | | 5/7/02 |
| 00074-6102-02 NDA | FUROSEMIDE (VIAL, FLIPTOP) SOL    IJ      10 MG/ML 2.00 ml 25 EA      FUROSEMIDE | | AP | RX | 18.70 | 15.75 | 15.00 | | 5/7/01 |
| 00074-6102-04 NDA | FUROSEMIDE (VIAL, P.F., FLIPTOP) SOL    IJ      10 MG/ML 4.00 ml 25 EA      FUROSEMIDE | | AP | RX | 22.27 | 18.75 | 18.25 | | 5/7/01 |

Instructions:   Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01224**



### REDBOOK *Product Listing Verification*

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 488-9297

PAGE 52 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6102-10 NDA | **FUROSEMIDE** (VIAL, FLIPTOP) SOL  IJ    10 MG/ML 10.00 ml 25 EA    FUROSEMIDE | AP | RX | | 30.28 | 25.50 | 9.75 | | 5/7/02 |
| 00074-9631-04 NDA | **FUROSEMIDE** (ANSYR) SOL  IJ    10 MG/ML 4.00 ml 10 EA    FUROSEMIDE | AP | RX | | 27.31 | 23.00 | 21.90 | | 5/7/01 |
| 00074-1207-03 ANDA | **GENTAMICIN SULFATE** (VIAL, FLIPTOP) SOL  IJ    40 MG/ML 2.00 ml 25 EA    GENTAMICIN SULFATE | AP | RX | | 20.19 | 17.00 | 16.75 | | 5/7/02 |
| 00074-3400-01 ANDA | **GENTAMICIN SULFATE** (VIAL, ADD-VANTAGE) SOL  IJ    10 MG/ML 6.00 ml 25 EA    GENTAMICIN SULFATE | AP | RX | | 59.67 | 50.25 | 47.75 | | 5/7/01 |
| 00074-3401-01 ANDA | **GENTAMICIN SULFATE** (VIAL, ADD-VANTAGE) SOL  IJ    10 MG/ML 8.00 ml 25 EA    GENTAMICIN SULFATE | AP | RX | | 61.45 | 51.75 | 49.25 | | 5/7/01 |
| 00074-3402-01 ANDA | **GENTAMICIN SULFATE** (VIAL, ADD-VANTAGE) SOL  IJ    10 MG/ML 10.00 ml 25 EA    GENTAMICIN SULFATE | AP | RX | | 64.72 | 54.50 | 52.00 | | 5/7/01 |
| 00074-7879-13 ANDA | **GENTAMICIN SULFATE/SODIUM CHLORIDE** (LIFECARE) SOL  IV    1.2 MG/ML-0.9% 50.00 ml 24 EA    GENT SULF/SOD CL | AP | RX | | 106.88 | 90.00 | 84.96 | | 5/7/01 |
| 00074-7881-13 ANDA | **GENTAMICIN SULFATE/SODIUM CHLORIDE** (LIFECARE) SOL  IV    1.4 MG/ML-0.9% 50.00 ml 24 EA    GENT SULF/SOD CL | AP | RX | | 110.01 | 92.64 | 87.60 | | 5/7/01 |
| 00074-7883-13 ANDA | **GENTAMICIN SULFATE/SODIUM CHLORIDE** (LIFECARE) SOL  IV    1.6 MG/ML-0.9% 50.00 ml 24 EA    GENT SULF/SOD CL | AP | RX | | 114.00 | 96.00 | 90.96 | | 5/7/01 |
| 00074-7884-23 ANDA | **GENTAMICIN SULFATE/SODIUM CHLORIDE** (LIFECARE) SOL  IV    80 MG/100 ML-0.9% 100.00 ml 24 EA    GENT SULF/SOD CL | AP | RX | | 138.23 | 116.40 | 110.88 | | 5/7/01 |
| 00074-7886-23 ANDA | **GENTAMICIN SULFATE/SODIUM CHLORIDE** (LIFECARE) SOL  IV    90 MG/100 ML-0.9% 100.00 ml 24 EA    GENT SULF/SOD CL | AP | RX | | 142.22 | 119.76 | 93.60 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
___ OK  as is          ___OK with changes

Signature _____  Date _____

**Confidential**

# THOMSON
## MICROMEDEX ™

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 53 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINISTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7889-23<br>ANDA | GENTAMICIN SULFATE/SODIUM CHLORIDE<br>(LIFECARE)<br>SOL   IV     100 MG/100 ML-0.9%<br>100.00 ml 24 EA     GENT SULF/SOD CL | AP | RX | | 145.92 | 122.88 | 117.12 | | 5/7/01 |
| 00074-6142-36<br>NDA | GLYCINE IRRIGATION<br>(AQUALITE)<br>SOL   IL     1.5%<br>1,500.00 ml 9 EA     GLYCINE | AT | RX | | 50.77 | 42.75 | 37.71 | | 5/7/01 |
| 00074-7974-08<br>NDA | GLYCINE IRRIGATION<br>(FLEXIBLE CONTAINER)<br>SOL   IL     1.5%<br>3,000.00 ml 4 EA     GLYCINE | AT | RX | | 42.23 | 35.56 | 30.56 | | 5/7/01 |
| 00074-4894-02<br>ANDA | HALOTHANE<br><br>LIQ   IH     99.9%<br>250.00 ml 6 EA     HALOTHANE | AN | RX | | 353.47 | 297.66 | 283.50 | | 5/7/01 |
| 00074-3129-48 | HEMA ACCESS PORT<br><br>KIT     NA<br>48 EA          DEVICE | | OTC | | 132.81 | 111.84 | 70.08 | | 4/19/99 |
| 00074-9143-68 | HEMA II BLOOD SET W/SECURE LOCK<br>(80")<br>KIT     NA<br>48 EA          KIT, ADMINISTRATION, BLOOD | | OTC | | 778.62 | 655.68 | 176.26 | | 4/19/99 |
| 00074-1783-02 | HEMA II NONVENTED SECONDARY BLOOD<br>(LATEX-FREE,36")<br>KIT     NA<br>24 EA          KIT, ADMINISTRATION, BLOOD | | OTC | | 162.74 | 137.04 | 106.24 | | 8/31/00 |
| 00074-9149-58 | HEMA II Y-TYPE W/SECURE LOCK NV<br>(102",DRIP CHAMBER PUMP)<br>KIT     NA<br>48 EA          KIT, ADMINISTRATION, BLOOD | | OTC | | 955.32 | 804.48 | 216.48 | | 4/19/99 |
| 00074-9153-58 | HEMA II Y-TYPE W/SECURE LOCK NV<br>(100",DRIP CHAMBER PUMP)<br>KIT     NA<br>48 EA          KIT, ADMINISTRATION, BLOOD | | OTC | | 1,024.86 | 863.04 | 231.98 | | 4/19/99 |
| 00074-9155-68 | HEMA II Y-TYPE W/SECURE LOCK NV<br>(80",DRIP CHAMBER PUMP)<br>KIT     NA<br>48 EA          KIT, ADMINISTRATION, BLOOD | | OTC | | 934.23 | 786.72 | 211.68 | | 4/19/99 |
| 00074-9165-58 | HEMA II Y-TYPE W/SECURE LOCK NV<br>(100", W/INLINE PUMP)<br>KIT     NA<br>48 EA          KIT, ADMINISTRATION, BLOOD | | OTC | | 1,092.69 | 920.16 | 247.32 | | 4/19/99 |

Instructions: Please make corrections directly on this printout
___ OK as is        ___OK with changes

Signature _____ Date _____

**Confidential**

**Red Book 01226**

# THOMSON
## MICROMEDEX

## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 54 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK       IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/NRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-9136-48 | **HEMA TRANSFUSION FILTER PEDIATRIC** (20 MICRON FILTER) KIT    NA 48 EA          FILTER, INFUSION LINE | | | OTC | 274.74 | 231.36 | 103.32 | | 4/19/99 |
| 00074-8948-62 | **HEMOSET** (72", 100X10) KIT    NA 20 EA          KIT, ADMINISTRATION, BLOOD | | | OTC | 739.81 | 623.00 | 180.00 | | 4/19/99 |
| 00074-1151-12 NDA | **HEPARIN LOCK FLUSH** (VIAL,FLIPTOP,LIFESHIELD) SOL    IV      10 U/ML 10.00 ml 25 EA      HEPARIN SODIUM | AP | RX | | 15.73 | 13.25 | 11.75 | | 5/7/01 |
| 00074-1151-14 NDA | **HEPARIN LOCK FLUSH** (VIAL,FLIPTOP,LIFESHIELD) SOL    IV      10 U/ML 30.00 ml 25 EA      HEPARIN SODIUM | AP | RX | | 33.84 | 28.50 | 26.00 | | 5/7/01 |
| 00074-1151-70 NDA | **HEPARIN LOCK FLUSH** (VIAL, FLIPTOP) SOL    IV      10 U/ML 10.00 ml 25 EA      HEPARIN SODIUM | AP | RX | | 15.44 | 13.00 | 11.75 | | 5/7/01 |
| 00074-1151-78 NDA | **HEPARIN LOCK FLUSH** (VIAL, FLIPTOP) SOL    IV      10 U/ML 30.00 ml 25 EA      HEPARIN SODIUM | AP | RX | | 32.66 | 27.50 | 16.50 | | 5/7/01 |
| 00074-1152-12 ANDA | **HEPARIN LOCK FLUSH** (VIAL,FLIPTOP,LIFESHIELD) SOL    IV      100 U/ML 10.00 ml 25 EA      HEPARIN SODIUM | AP | RX | | 16.63 | 14.00 | 11.75 | | 5/7/01 |
| 00074-1152-14 ANDA | **HEPARIN LOCK FLUSH** (VIAL,FLIPTOP,LIFESHIELD) SOL    IV      100 U/ML 30.00 ml 25 EA      HEPARIN SODIUM | AP | RX | | 33.84 | 28.50 | 26.00 | | 5/7/01 |
| 00074-1152-70 ANDA | **HEPARIN LOCK FLUSH** (VIAL, FLIPTOP) SOL    IV      100 U/ML 10.00 ml 25 EA      HEPARIN SODIUM | AP | RX | | 14.84 | 12.50 | 12.50 | | 5/7/01 |
| 00074-1152-78 ANDA | **HEPARIN LOCK FLUSH** (VIAL, FLIPTOP) SOL    IV      100 U/ML 30.00 ml 25 EA      HEPARIN SODIUM | AP | RX | | 32.66 | 27.50 | 18.50 | | 5/7/01 |
| 00074-1280-01 NDA | **HEPARIN LOCK FLUSH** (CARPUJECT,25GX5/8") SOL    IV      10 U/ML 1.00 ml 50 EA      HEPARIN SODIUM | AP | RX | | 39.19 | 33.00 | 31.24 | | 5/7/01 |

**Instructions:**   Please make corrections directly on this printout
___ OK  as is         ___OK with changes

Signature _____   Date _____

**Confidential**



**THOMSON**
**MICROMEDEX**

**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 55  OF  133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name:  JERRIE CICERALE
Phone Number:  800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINISTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1280-02 NDA | HEPARIN LOCK FLUSH (CARPUJECT,25GX5/8") SOL   IV      10 U/ML 2.00 ml 50 EA      HEPARIN SODIUM | AP | RX | | 54.03 | 45.50 | 40.68 | | 4/19/99 |
| 00074-1280-03 NDA | HEPARIN LOCK FLUSH (CARPUJECT,25GX5/8") SOL   IV      10 U/ML 3.00 ml 25 EA      HEPARIN SODIUM | AP | RX | | 28.50 | 24.00 | 22.93 | | 5/7/01 |
| 00074-1280-11 NDA | HEPARIN LOCK FLUSH (CARPUJECT,BLUNT CANNULA) SOL   IV      10 U/ML 1.00 ml 50 EA      HEPARIN SODIUM | AP | RX | | 67.69 | 57.00 | 51.94 | | 5/7/01 |
| 00074-1280-12 NDA | HEPARIN LOCK FLUSH (CARPUJECT,BLUNT CANNULA) SOL   IV      10 U/ML 2.00 ml 50 EA      HEPARIN SODIUM | AP | RX | | 69.47 | 58.50 | 51.94 | | 4/19/99 |
| 00074-1280-13 NDA | HEPARIN LOCK FLUSH (CARPUJECT,BLUNT CANNULA) SOL   IV      10 U/ML 3.00 ml 25 EA      HEPARIN SODIUM | AP | RX | | 45.72 | 38.50 | 33.44 | | 5/7/01 |
| 00074-1280-15 NDA | HEPARIN LOCK FLUSH (CARPUJECT,BLUNT CANNULA) SOL   IV      10 U/ML 5.00 ml 25 EA      HEPARIN SODIUM | AP | RX | | 55.52 | 46.75 | 41.72 | | 5/7/01 |
| 00074-1280-21 NDA | HEPARIN LOCK FLUSH (CARPUJECT,INTERLINK) SOL   IV      10 U/ML 1.00 ml 50 EA      HEPARIN SODIUM | AP | RX | | 67.69 | 57.00 | 51.94 | | 5/7/01 |
| 00074-1280-22 NDA | HEPARIN LOCK FLUSH (CARPUJECT,INTERLINK) SOL   IV      10 U/ML 2.00 ml 50 EA      HEPARIN SODIUM | AP | RX | | 69.47 | 58.50 | 51.94 | | 4/19/99 |
| 00074-1280-23 NDA | HEPARIN LOCK FLUSH (CARPUJECT,INTERLINK) SOL   IV      10 U/ML 3.00 ml 25 EA      HEPARIN SODIUM | AP | RX | | 41.56 | 35.00 | 33.44 | | 5/7/01 |
| 00074-1280-25 NDA | HEPARIN LOCK FLUSH (CARPUJECT,INTERLINK) SOL   IV      10 U/ML 5.00 ml 25 EA      HEPARIN SODIUM | AP | RX | | 55.52 | 46.75 | 41.72 | | 5/7/01 |
| 00074-1280-31 NDA | HEPARIN LOCK FLUSH (CARPUJECT,LUER LOCK) SOL   IV      10 U/ML 1.00 ml 50 EA      HEPARIN SODIUM | AP | RX | | 62.34 | 52.50 | 47.73 | | 5/7/01 |

Delete 6/21/02

In case Delete 9/29/02

Instructions:   Please make corrections directly on this printout
_____ OK  as is          _____ OK with changes

Signature _Jerrie Cicerale_   Date _12/11/02_

**Confidential**

**Red Book 01228**

# THOMSON
## MICROMEDEX

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 56 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL   600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1280-32 NDA | HEPARIN LOCK FLUSH (CARPUJECT,LUER LOCK) SOL   IV        10 U/ML 2.00 ml 50 EA        HEPARIN SODIUM | AP | RX | | 67.09 | 56.50 | 47.73 | | 4/19/99 |
| 00074-1280-33 NDA | HEPARIN LOCK FLUSH (CARPUJECT,LUER LOCK) SOL   IV        10 U/ML 3.00 ml 25 EA        HEPARIN SODIUM | AP | RX | | 36.22 | 30.50 | 25.60 | | 4/19/99 |
| 00074-1280-35 NDA | HEPARIN LOCK FLUSH (CARPUJECT,LUER LOCK) SOL   IV        10 U/ML 5.00 ml 25 EA        HEPARIN SODIUM | AP | RX | | 36.22 | 30.50 | 25.60 | | 4/19/99 |
| 00074-1281-01 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,25GX5/8") SOL   IV        100 U/ML 1.00 ml 50 EA        HEPARIN SODIUM | AP | RX | | 41.56 | 35.00 | 31.24 | | 4/19/99 |
| 00074-1281-02 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,25GX5/8") SOL   IV        100 U/ML 2.00 ml 50 EA        HEPARIN SODIUM | AP | RX | | 54.03 | 45.50 | 40.68 | | 4/19/99 |
| 00074-1281-03 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,25GX5/8") SOL   IV        100 U/ML 3.00 ml 25 EA        HEPARIN SODIUM | AP | RX | | 30.58 | 25.75 | 22.93 | | 4/19/99 |
| 00074-1281-05 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,25GX5/8") SOL   IV        100 U/ML 5.00 ml 25 EA        HEPARIN SODIUM | AP | RX | | 36.52 | 30.75 | 27.39 | | 4/19/99 |
| 00074-1281-11 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,BLUNT CANNULA) SOL   IV        100 U/ML 1.00 ml 50 EA        HEPARIN SODIUM | AP | RX | | 69.47 | 58.50 | 51.94 | | 4/19/99 |
| 00074-1281-13 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,BLUNT CANNULA) SOL   IV        100 U/ML 3.00 ml 25 EA        HEPARIN SODIUM | AP | RX | | 44.83 | 37.75 | 33.44 | | 4/19/99 |
| 00074-1281-15 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,BLUNT CANNULA) SOL   IV        100 U/ML 5.00 ml 25 EA        HEPARIN SODIUM | AP | RX | | 57.30 | 48.25 | 41.72 | | 4/19/99 |
| 00074-1281-21 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,INTERLINK) SOL   IV        100 U/ML 1.00 ml 50 EA        HEPARIN SODIUM | AP | RX | | 69.47 | 58.50 | 51.94 | | 4/19/99 |

Instructions:  Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01229**



**THOMSON**
™
**MICROMEDEX**

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 57 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By:  10/11/2002
Contact Name:  JERRIE CICERALE
Phone Number:  800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1281-22 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,INTERLINK) SOL  IV   100 U/ML 2.00 ml 50 EA    HEPARIN SODIUM | AP | RX | | 69.47 | 58.50 | 51.94 | | 4/19/99 |
| 00074-1281-23 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,INTERLINK) SOL  IV   100 U/ML 3.00 ml 25 EA    HEPARIN SODIUM | AP | RX | | 44.53 | 37.50 | 33.44 | | 4/19/99 |
| 00074-1281-25 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,INTERLINK) SOL  IV   100 U/ML 5.00 ml 25 EA    HEPARIN SODIUM | AP | RX | | 55.81 | 47.00 | 41.72 | | 4/19/99 |
| 00074-1281-31 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,LUER LOCK) SOL  IV   100 U/ML 1.00 ml 50 EA    HEPARIN SODIUM | AP | RX | | 67.09 | 56.50 | 47.73 | | 4/19/99 |
| 00074-1281-32 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,LUER LOCK) SOL  IV   100 U/ML 2.00 ml 50 EA    HEPARIN SODIUM | AP | RX | | 67.09 | 56.50 | 47.73 | | 4/19/99 |
| 00074-1281-33 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,LUER LOCK) SOL  IV   100 U/ML 3.00 ml 25 EA    HEPARIN SODIUM | AP | RX | | 36.22 | 30.50 | 25.60 | | 4/19/99 |
| 00074-1281-35 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,LUER LOCK) SOL  IV   100 U/ML 5.00 ml 25 EA    HEPARIN SODIUM | AP | RX | | 36.22 | 30.50 | 25.60 | | 4/19/99 |
| 00074-3454-05 NDA | HEPARIN LOCK FLUSH (ANSYR) SOL  IV   100 U/ML 5.00 ml 10 EA    HEPARIN SODIUM | AP | RX | | 18.29 | 15.40 | 14.40 | | 5/7/01 |
| 00074-3454-25 NDA | HEPARIN LOCK FLUSH (ANSYR) SOL  IV   100 U/ML 5.00 ml 50 EA    HEPARIN SODIUM | AP | RX | | 91.44 | 77.00 | 72.00 | | 1/23/02 |
| 00074-1316-01 ANDA | HEPARIN SODIUM (CARPUJECT,25GX5/8",P.F.) SOL  IJ   10,000 U/ML 1.00 ml 10 EA    HEPARIN SODIUM | AP | RX | | 19.12 | 16.10 | 14.27 | | 4/19/99 |
| 00074-1316-02 ANDA | HEPARIN SODIUM (25GX5/8") SOL  IJ   2500 U/ML 0.25 ml 10 EA    HEPARIN SODIUM | AP | RX | | 12.59 | 10.60 | 9.60 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
___ OK as is        ___OK with changes

Signature _____  Date _____

**Confidential**                          **Red Book 01230**


THOMSON
™
MICROMEDEX

**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 58 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1316-11 ANDA | HEPARIN SODIUM (CARPUJECT,25GX5/8",P.F.) SOL   IJ   10,000 U/ML 1.00 ml 50 EA   HEPARIN SODIUM | AP | RX | | 95.59 | 80.50 | 71.35 | | 4/19/99 |
| 00074-1316-12 | HEPARIN SODIUM (25GX5/8") SOL   IJ   7500 U/ML 0.75 ml 10 EA   HEPARIN SODIUM | | RX | | 18.88 | 15.90 | 14.90 | | 5/7/01 |
| 00074-1316-13 ANDA | HEPARIN SODIUM (CARPUJECT,25GX5/8",P.F.) SOL   IJ   10,000 U/ML 0.50 ml 10 EA   HEPARIN SODIUM | AP | RX | | 11.28 | 9.50 | 8.54 | | 5/7/01 |
| 00074-1316-14 ANDA | HEPARIN SODIUM (CARPUJECT,25GX5/8",P.F.) SOL   IJ   10,000 U/ML 0.50 ml 50 EA   HEPARIN SODIUM | AP | RX | | 58.19 | 49.00 | 39.50 | | 5/7/02 |
| 00074-1402-01 ANDA | HEPARIN SODIUM (CARPUJECT,25GX5/8") SOL   IJ   5000 U/ML 1.00 ml 10 EA   HEPARIN SODIUM | AP | RX | | 11.28 | 9.50 | 8.54 | | 5/7/01 |
| 00074-1402-11 ANDA | HEPARIN SODIUM (CARPUJECT,25GX5/8") SOL   IJ   5000 U/ML 1.00 ml 50 EA   HEPARIN SODIUM | AP | RX | | 56.41 | 47.50 | 42.70 | | 5/7/01 |
| 00074-1402-31 ANDA | HEPARIN SODIUM (CARPUJECT,LUER LOCK) SOL   IJ   5000 U/ML 1.00 ml 10 EA   HEPARIN SODIUM | AP | RX | | 11.99 | 10.10 | 9.60 | | 5/7/02 |
| 00074-2581-02 NDA | HEPARIN SODIUM (VIAL, ADD-VANTAGE, P.F.) SOL   IV   2000 U/ML 5.00 ml 25 EA   HEPARIN SODIUM | | RX | | 74.52 | 62.75 | 59.75 | | 5/7/01 |
| 00074-2584-02 | HEPARIN SODIUM (VIAL, ADD-VANTAGE) SOL   IJ   2500 U/ML 10.00 ml 25 EA   HEPARIN SODIUM | AP | RX | | 123.80 | 104.25 | 99.25 | | 5/7/01 |
| 00074-7620-03 ANDA | HEPARIN SODIUM/SODIUM CHLORIDE SOL   IV   200 U/100 ML-0.9% 500.00 ml 18 EA   HEPARIN/SOD CL | AP | RX | | 70.11 | 59.04 | 54.00 | | 5/7/01 |
| 00074-7620-59 ANDA | HEPARIN SODIUM/SODIUM CHLORIDE SOL   IV   200 U/100 ML-0.9% 1,000.00 ml 12 EA   HEPARIN/SOD CL | AP | RX | | 80.80 | 68.04 | 63.00 | | 5/7/01 |

Instructions:   Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____   Date _____

**Confidential**



**THOMSON**

**MICROMEDEX**

**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 59 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK           IL   600643500

Please Respond By:  10/11/2002
Contact Name:  JERRIE CICERALE
Phone Number:  800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7650-62 ANDA | HEPARIN SODIUM/SODIUM CHLORIDE<br>SOL   IV   10,000 U/100 ML-0.45%<br>250.00 ml 24 EA    HEPARIN/SOD CL | AP | RX | | 188.10 | 158.40 | 96.24 | | 5/7/01 |
| 00074-7651-03 ANDA | HEPARIN SODIUM/SODIUM CHLORIDE<br>SOL   IV   5000 U/100 ML-0.45%<br>500.00 ml 24 EA    HEPARIN/SOD CL | AP | RX | | 201.78 | 169.92 | 98.40 | | 5/7/02 |
| 00074-7651-62 ANDA | HEPARIN SODIUM/SODIUM CHLORIDE<br>SOL   IV   5000 U/100 ML-0.45%<br>250.00 ml 24 EA    HEPARIN/SOD CL | AP | RX | | 144.21 | 121.44 | 115.68 | | 5/7/01 |
| 00074-1282-02 ANDA | HEP-PAK CONVENIENCE PACKAGE<br>(CARPUJECT)<br>KIT   IV   10 U/ML<br>50 EA    HEPARIN SODIUM | AP | RX | | 119.34 | 100.50 | 95.63 | | 5/7/01 |
| 00074-1389-02 ANDA | HEP-PAK CVC CONVENIENCE PACKAGE<br>(CARPUJECT)<br>KIT   IV   100 U/ML<br>30 EA    HEPARIN SODIUM | AP | RX | | 91.56 | 77.10 | 73.46 | | 5/7/01 |
| 00074-1389-32 | HEP-PAK CVC CONVENIENCE PACKAGE<br>(CARPUJECT W/LUER LOCK)<br>KIT   IJ   100 U/ML<br>30 EA    HEPARIN SODIUM | AP | RX | | 57.00 | 48.00 | 45.00 | | 10/27/00 |
| 00074-7248-03 | HETASTARCH/SODIUM CHLORIDE<br>SOL   IV   6 GM/100 ML-0.9%<br>500.00 ml 12 EA    HETASTARCH/SOD CL | | RX | | 344.85 | 290.40 | 276.48 | | 5/7/02 |
| 00074-7248-61 | HETASTARCH/SODIUM CHLORIDE AMERINET<br>SOL   IV   6 GM/100 ML-0.9%<br>500.00 ml 12 EA    HETASTARCH/SOD CL | | RX | | 344.85 | 290.40 | 276.48 | | 5/7/02 |
| 00074-7248-49 | HETASTARCH/SODIUM CHLORIDE NOVATION<br>SOL   IV   6 GM/100 ML-0.9%<br>500.00 ml 12 EA    HETASTARCH/SOD CL | | RX | | 626.00 | 527.16 | 276.48 | | 5/7/01 |
| 00074-1555-54 | HEXTEND<br>(P.C.,FLEXIBLE)<br>SOL   IV<br>500.00 ml  EA    ELECT/HETASTARCH | | RX | | 508.73 | 428.40 | 408.00 | | 5/7/01 |
| 00074-1283-01 | HYDROMORPHONE HCL<br>(CARPUJECT,22GX1-1/4")<br>SOL   IJ   1 MG/ML<br>1.00 ml 10 EA    HYDROMORPHONE HYDROCHLORIDE | | CII | | 10.09 | 8.50 | 7.18 | | 4/19/99 |

*Delete 6/21/02*

*Delete 6/21/02*

**Instructions:**   Please make corrections directly on this printout
___OK  as is          X OK with changes

Signature _Jerrie Cicerale_   Date _12/11/02_

**Confidential**



**THOMSON**
**MICROMEDEX**

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 60 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK            IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1283-31 | HYDROMORPHONE HCL (CARPUJECT,LUER LOCK) SOL    IJ    1 MG/ML 1.00 ml 10 EA    HYDROMORPHONE HYDROCHLORIDE | | CII | | 11.76 | 9.90 | 8.29 | | 4/19/99 |
| 00074-1304-01 | HYDROMORPHONE HCL (CARPUJECT,22GX1-1/4") SOL    IJ    4 MG/ML 1.00 ml 10 EA    HYDROMORPHONE HYDROCHLORIDE | | CII | | 11.28 | 9.50 | 7.99 | | 4/19/99 |
| 00074-1304-31 | HYDROMORPHONE HCL (CARPUJECT,LUER LOCK) SOL    IJ    4 MG/ML 1.00 ml 10 EA    HYDROMORPHONE HYDROCHLORIDE | | CII | | 12.83 | 10.80 | 9.10 | | 4/19/99 |
| 00074-1312-01 | HYDROMORPHONE HCL (CARPUJECT,22GX1-1/4") SOL    IJ    2 MG/ML 1.00 ml 10 EA    HYDROMORPHONE HYDROCHLORIDE | | CII | | 10.45 | 8.80 | 7.43 | | 4/19/99 |
| 00074-1312-02 | HYDROMORPHONE HCL (CARPUJECT,SLIM PK) SOL    IJ    2 MG/ML 1.00 ml 10 EA    HYDROMORPHONE HYDROCHLORIDE | | CII | | 13.66 | 11.50 | 9.20 | | 12/16/99 |
| 00074-1312-12 | HYDROMORPHONE HCL (CARPUJECT,U-BLUNT CANN) SOL    IJ    2 MG/ML 1.00 ml 10 EA    HYDROMORPHONE HYDROCHLORIDE | | CII | | 12.94 | 10.90 | 9.40 | | 4/19/99 |
| 00074-1312-30 | HYDROMORPHONE HCL (CARPUJECT,LLK,SLIM PK) SOL    IJ    2 MG/ML 1.00 ml 10 EA    HYDROMORPHONE HYDROCHLORIDE | | CII | | 15.79 | 13.30 | 10.60 | | 12/16/99 |
| 00074-1312-31 | HYDROMORPHONE HCL (CARPUJECT,LUER LOCK) SOL    IJ    2 MG/ML 1.00 ml 10 EA    HYDROMORPHONE HYDROCHLORIDE | | CII | | 11.99 | 10.10 | 8.54 | | 4/19/99 |
| 00074-7745-01 ANDA | INAMRINONE LACTATE (AMP) SOL    IV    5 MG/ML 20.00 ml 1 EA    INAMRINONE LACTATE | AP | RX | | 61.75 | 52.00 | 49.52 | | 5/7/01 |
| 00074-4205-01 | INLINE BURETTE 150 NON-VENTED (W/ADM PORT,19" SOLUSET) KIT    NA 20 EA    KIT, INTRAVENOUS, ADMINISTRATION, BURET | | OTC | | 343.19 | 289.00 | 133.20 | | 4/19/99 |
| 00074-4214-01 | INLINE BURETTE 150 NON-VENTED (18" SOLUSET) KIT    NA 20 EA    KIT, INTRAVENOUS, ADMINISTRATION, BURET | | OTC | | 327.04 | 275.40 | 68.20 | | 4/19/99 |

**Instructions:** Please make corrections directly on this printout
____ OK  as is            ____ OK with changes

Signature _____    Date _____

**Confidential**

---

x

x



**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 61 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-5831-01 | INLINE BURETTE 150 VENTED (18" SOLUSET) KIT    NA 20 EA        KIT, INTRAVENOUS, ADMINISTRATION, BURET | | OTC | | 358.86 | 302.20 | 95.00 | | 4/19/99 |
| 00074-4353-04 | INPERSOL ADMINISTRATION SET (NONVENT,W/DRAIN.CONTAIN) KIT    NA 20 EA        KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 899.89 | 757.80 | 355.80 | | 4/19/99 |
| 00074-4356-02 | INPERSOL ADMINISTRATION SET (NV,Y-TYPE,W/O AUT.S-OFF) KIT    NA 20 EA        KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 536.99 | 452.20 | 320.00 | | 4/19/99 |
| 00074-4711-01 | INPERSOL ADMINISTRATION SET (11FR 11" W/L-CONNECTOR) DEV    NA 6 EA        CATHETER | | RX | | 230.28 | 193.92 | 91.08 | | 4/19/99 |
| 00074-4354-03 | INPERSOL PERITONEAL DIALYSIS TRAY KIT    NA 4 EA        KIT, ADMINISTRATION, PERITONEAL DIALYSIS, DISP. | | RX | | 466.12 | 392.52 | 229.92 | | 5/12/00 |
| 00074-7371-03 NDA | IONOSOL B/5% DEXTROSE (LIFECARE) SOL    IV 500.00 ml 24 EA    DEXTROSE/ELECT | | RX | | 279.87 | 235.68 | 50.93 | | 5/7/01 |
| 00074-7371-09 NDA | IONOSOL B/5% DEXTROSE (LIFECARE) SOL    IV 1,000.00 ml 12 EA    DEXTROSE/ELECT | | RX | | 178.84 | 150.60 | 32.57 | | 5/7/01 |
| 00074-7372-03 NDA | IONOSOL MB/5% DEXTROSE (LIFECARE) SOL    IV 500.00 ml 24 EA    DEXTROSE/ELECT | | RX | | 65.84 | 55.44 | 46.32 | | 5/7/01 |
| 00074-7372-09 NDA | IONOSOL MB/5% DEXTROSE (LIFECARE) SOL    IV 1,000.00 ml 12 EA    DEXTROSE/ELECT | | RX | | 35.91 | 30.24 | 25.20 | | 5/7/01 |
| 00074-7372-62 NDA | IONOSOL MB/5% DEXTROSE (LIFECARE) SOL    IV 250.00 ml 24 EA    DEXTROSE/ELECT | | RX | | 59.85 | 50.40 | 45.36 | | 5/7/01 |
| 00074-7373-03 NDA | IONOSOL T/5% DEXTROSE (LIFECARE) SOL    IV 500.00 ml 24 EA    DEXTROSE/ELECT | | RX | | 81.23 | 68.40 | 68.40 | | 5/7/01 |

Instructions: Please make corrections directly on this printout
___ OK  as is        ___ OK with changes

Signature _Jerrie Cicerle_        Date _12/11/02_

**Confidential**

**Red Book 01234**



**REDBOOK Product Listing Verification**

PAGE 62 OF 133

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7373-09 NDA | IONOSOL T/5% DEXTROSE (LIFECARE) SOL   IV 1,000.00 ml 12 EA   DEXTROSE/ELECT | | RX | | 42.04 | 35.40 | 30.36 | | 5/7/01 |
| 00074-7373-62 NDA | IONOSOL T/5% DEXTROSE (LIFECARE) SOL   IV 250.00 ml 24 EA   DEXTROSE/ELECT | | RX | | 78.38 | 66.00 | 60.96 | | 5/7/01 |
| 00074-6541-01 | IRRIGATION SET (SECONDARY) KIT   NA 20 EA        TUBING, IRRIGATION | | OTC | | 163.40 | 137.60 | 60.40 | | 4/19/99 |
| 00074-6599-01 | IRRIGATION SET (NV,LARGE BORE,Y-TYPE) KIT   NA 20 EA        TUBING, IRRIGATION | | OTC | | 364.80 | 307.20 | 185.80 | | 4/19/99 |
| 00074-6599-02 | IRRIGATION SET (LATEX,LRG BORE,Y-TYPE) KIT   NA 20 EA        TUBING, IRRIGATION | | OTC | | 364.80 | 307.20 | 185.80 | | 12/12/00 |
| 00074-4694-01 | IRRIGATION Y-CONNECTOR (8") ACC   NA 20 EA        CONNECTOR, SUCTION/IRRIGATION | | OTC | | 261.49 | 220.20 | 78.96 | | 4/19/99 |
| 00074-3292-01 ANDA | ISOFLURANE LIQ   IH   99.9% 100.00 ml 1 EA   ISOFLURANE | AN | RX | | 42.39 | 35.70 | 20.43 | | 5/7/01 |
| 00074-3292-02 ANDA | ISOFLURANE LIQ   IH   99.9% 250.00 ml 1 EA   ISOFLURANE | AN | RX | | 130.92 | 110.25 | 38.90 | | 5/7/01 |
| 00074-3292-49 ANDA | ISOFLURANE NOVATION (INSTIT USE) LIQ   IH   99.9% 100.00 ml 1 EA   ISOFLURANE | AN | RX | | 42.39 | 35.70 | 20.43 | | 5/7/01 |
| 00074-3292-51 ANDA | ISOFLURANE NOVATION (INSTIT USE) LIQ   IH   99.9% 250.00 ml 1 EA   ISOFLURANE | AN | RX | | 130.92 | 110.25 | 38.90 | | 5/7/01 |
| 00074-4905-18 ANDA | ISOPROTERENOL HCL (ABBOJECT, 21GX1-1/2) SOL   IV   0.02 MG/ML 10.00 ml 10 EA   ISOPROTERENOL HYDROCHLORIDE | | RX | | 79.68 | 67.10 | 63.90 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
___ OK  as is        ___  OK with changes

Signature _____    Date _____



**THOMSON**
**MICROMEDEX** ™

**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 63 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1410-01 NDA | ISUPREL (UNI-AMP) SOL    IV    0.2 MG/ML 1.00 ml 25 EA    ISOPROTERENOL HYDROCHLORIDE | AP | RX | | 85.50 | 72.00 | 68.00 | | 5/7/01 |
| 00074-1410-05 NDA | ISUPREL (AMP) SOL    IV    0.2 MG/ML 5.00 ml 10 EA    ISOPROTERENOL HYDROCHLORIDE | AP | RX | | 48.45 | 40.80 | 38.80 | | 5/7/01 |
| 00074-2006-04 | IV STAND BASE/HOOK RAMS HORN ACC    NA 1 EA    INFUSION STAND | | OTC | | 165.10 | 139.03 | 122.43 | | 4/19/99 |
| 00074-2006-03 | IV STAND UPRIGHT ACC    NA 1 EA    INFUSION STAND | | OTC | | 165.10 | 139.03 | 122.43 | | 4/19/99 |
| 00074-2006-02 | IV STAND/BASE ASSEMBLY ACC    NA 1 EA    INFUSION STAND | | OTC | | 165.10 | 139.03 | 122.43 | | 5/7/01 |
| 00074-2006-01 | IV STAND/POLE ASSEMBLY ACC    NA 1 EA    INFUSION STAND | | OTC | | 165.10 | 139.03 | 122.43 | | 5/7/01 |
| 00074-4064-01 | IV Y-TYPE CONNECTING (10" W OPTION-LOK) KIT    NA 120 EA    TUBING, CONNECTING | | OTC | | 1,449.23 | 1,220.40 | 324.53 | | 4/19/99 |
| 00074-4094-01 | IV Y-TYPE CONNECTING (6") KIT    NA 120 EA    ADAPTER, Y | | OTC | | 1,236.90 | 1,041.60 | 334.80 | | 4/19/99 |
| 00074-1517-48 | IVEX-2 (RAPID FLOW FILTER SET) KIT    NA 48 EA    FILTER, INFUSION LINE | | OTC | | 528.39 | 444.96 | 192.00 | | 4/19/99 |
| 00074-2679-48 | IVEX-2 (0.22MIC W/Y-SITE) KIT    NA 48 EA    KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 498.18 | 419.52 | 116.00 | | 4/19/99 |
| 00074-4524-58 | IVEX-2 (H.P./FILTERSET) KIT    NA 48 EA    FILTER, INFUSION LINE | | OTC | | 550.62 | 463.68 | 128.16 | | 4/19/99 |

*Handwritten annotations: "116.60 ) 6/11/0?" and "116.60 )" near the IV STAND rows*

Instructions:    Please make corrections directly on this printout
____ OK  as is       ⅄ OK with changes

Signature _Jerrie Cicerale_    Date _12/11/02_

**Confidential**

**Red Book 01236**



**THOMSON**
**MICROMEDEX** ™

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 64 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/11/2002
Contact Name:  JERRIE CICERALE
Phone Number:  800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2051-05 ANDA | **KETAMINE HCL** (VIAL) SOL    IJ      100 MG/ML 5.00 ml 10 EA      KETAMINE HYDROCHLORIDE | AP | RX | | 97.97 | 82.50 | 78.80 | | 5/7/01 |
| 00074-2053-10 ANDA | **KETAMINE HCL** (VIAL) SOL    IJ      50 MG/ML 10.00 ml 10 EA      KETAMINE HYDROCHLORIDE | AP | RX | | 77.07 | 64.90 | 61.80 | | 5/7/01 |
| 00074-2287-01 ANDA | **KETOROLAC TROMETHAMINE** (CARPUJECT) SOL    IJ      30 MG/ML 1.00 ml 10 EA      KETOROLAC TROMETHAMINE | AP | RX | | 65.08 | 54.80 | 52.20 | | 5/7/01 |
| 00074-2287-02 ANDA | **KETOROLAC TROMETHAMINE** (CARPUJECT) SOL    IM      30 MG/ML 2.00 ml 10 EA      KETOROLAC TROMETHAMINE | AP | RX | | 96.78 | 81.50 | 77.60 | | 5/7/01 |
| 00074-2287-11 ANDA | **KETOROLAC TROMETHAMINE** (CARPUJECT,BLUNT CANNULA) SOL    IJ      30 MG/ML 1.00 ml 10 EA      KETOROLAC TROMETHAMINE | AP | RX | | 91.20 | 76.80 | 73.10 | | 5/7/01 |
| 00074-2287-31 ANDA | **KETOROLAC TROMETHAMINE** (CARPUJECT,LUER LOCK) SOL    IJ      30 MG/ML 1.00 ml 10 EA      KETOROLAC TROMETHAMINE | AP | RX | | 73.96 | 62.30 | 36.60 | | 5/7/01 |
| 00074-2287-61 ANDA | **KETOROLAC TROMETHAMINE** (CARPUJECT,LUER LOCK) SOL    IM      30 MG/ML 2.00 ml 10 EA      KETOROLAC TROMETHAMINE | AP | RX | | 96.78 | 81.50 | 77.60 | | 5/7/01 |
| 00074-2288-01 ANDA | **KETOROLAC TROMETHAMINE** (CARPUJECT) SOL    IJ      15 MG/ML 1.00 ml 10 EA      KETOROLAC TROMETHAMINE | AP | RX | | 87.16 | 73.40 | 69.90 | | 5/7/01 |
| 00074-2288-11 ANDA | **KETOROLAC TROMETHAMINE** (CARPUJECT,BLUNT CANNULA) SOL    IJ      15 MG/ML 1.00 ml 10 EA      KETOROLAC TROMETHAMINE | AP | RX | | 90.25 | 76.00 | 69.90 | | 5/7/01 |
| 00074-2288-31 ANDA | **KETOROLAC TROMETHAMINE** (CARPUJECT,LUER LOCK) SOL    IJ      15 MG/ML 1.00 ml 10 EA      KETOROLAC TROMETHAMINE | AP | RX | | 89.06 | 75.00 | 69.90 | | 5/7/01 |
| 00074-3793-01 ANDA | **KETOROLAC TROMETHAMINE** (VIAL,FLIPTOP) SOL    IJ      15 MG/ML 1.00 ml 25 EA      KETOROLAC TROMETHAMINE | AP | RX | | 158.23 | 133.25 | 75.00 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
_____ OK as is           _____ OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01237**



## THOMSON
### MICROMEDEX™

**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796  -  Fax (303) 486-9297

PAGE 65 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL      600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINISTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3795-01 ANDA | KETOROLAC TROMETHAMINE (VIAL,FLIPTOP) SOL    IJ        30 MG/ML 1.00 ml 25 EA      KETOROLAC TROMETHAMINE | AP | RX | | 162.69 | 137.00 | 72.75 | | 5/7/01 |
| 00074-3796-01 ANDA | KETOROLAC TROMETHAMINE (VIAL,FLIPTOP) SOL    IM        30 MG/ML 2.00 ml 25 EA      KETOROLAC TROMETHAMINE | AP | RX | | 173.38 | 146.00 | 90.00 | | 5/7/01 |
| 00074-3795-61 ANDA | KETOROLAC TROMETHAMINE AMERINET (VIAL,FLIPTOP,INSTIT USE) SOL    IJ        30 MG/ML 1.00 ml 25 EA      KETOROLAC TROMETHAMINE | AP | RX | | 162.69 | 137.00 | 72.75 | | 5/7/01 |
| 00074-3796-61 ANDA | KETOROLAC TROMETHAMINE AMERINET (VIAL,FLIPTOP,INSTIT USE) SOL    IM        30 MG/ML 2.00 ml 25 EA      KETOROLAC TROMETHAMINE | AP | RX | | 173.38 | 146.00 | 90.00 | | 5/7/01 |
| 00074-2287-49 ANDA | KETOROLAC TROMETHAMINE NOVATION (CARPUJECT,INSTIT USE) SOL    IJ        30 MG/ML 1.00 ml 10 EA      KETOROLAC TROMETHAMINE | AP | RX | | 65.08 | 54.80 | 52.20 | | 5/7/01 |
| 00074-2287-51 ANDA | KETOROLAC TROMETHAMINE NOVATION (CARPUJECT,INSTIT USE) SOL    IM        30 MG/ML 2.00 ml 10 EA      KETOROLAC TROMETHAMINE | AP | RX | | 96.78 | 81.50 | 77.60 | | 5/7/01 |
| 00074-2287-54 ANDA | KETOROLAC TROMETHAMINE NOVATION (CARPUJECT,LL,INSTIT USE) SOL    IJ        30 MG/ML 1.00 ml 10 EA      KETOROLAC TROMETHAMINE | AP | RX | | 73.98 | 62.30 | 36.60 | | 5/7/01 |
| 00074-2287-55 ANDA | KETOROLAC TROMETHAMINE NOVATION (CARPUJECT,LL,INSTIT USE) SOL    IM        30 MG/ML 2.00 ml 10 EA      KETOROLAC TROMETHAMINE | AP | RX | | 96.78 | 81.50 | 77.60 | | 5/7/01 |
| 00074-2288-49 ANDA | KETOROLAC TROMETHAMINE NOVATION (CARPUJECT,INSTIT USE) SOL    IJ        15 MG/ML 1.00 ml 10 EA      KETOROLAC TROMETHAMINE | AP | RX | | 87.16 | 73.40 | 69.90 | | 5/7/01 |
| 00074-2288-54 ANDA | KETOROLAC TROMETHAMINE NOVATION (CARPUJECT,LL,INSTIT USE) SOL    IJ        15 MG/ML 1.00 ml 10 EA      KETOROLAC TROMETHAMINE | AP | RX | | 89.06 | 75.00 | 69.90 | | 5/7/01 |
| 00074-3793-49 ANDA | KETOROLAC TROMETHAMINE NOVATION (VIAL,FLIPTOP,INSTIT USE) SOL    IJ        15 MG/ML 1.00 ml 25 EA      KETOROLAC TROMETHAMINE | AP | RX | | 158.23 | 133.25 | 75.00 | | 5/7/01 |

**Instructions:**   Please make corrections directly on this printout
____ OK  as is         ____ OK with changes

Signature _____   Date _____

**Confidential**                     **Red Book 01238**



**THOMSON**
™
**MICROMEDEX**

### REDBOOK *Product Listing Verification*

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 66 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3795-49 ANDA | KETOROLAC TROMETHAMINE NOVATION (VIAL,FLIPTOP,INSTIT USE) SOL   IJ      30 MG/ML 1.00 ml 25 EA      KETOROLAC TROMETHAMINE | AP | RX | | 162.69 | 137.00 | 72.75 | | 5/7/01 |
| 00074-3796-49 ANDA | KETOROLAC TROMETHAMINE NOVATION (VIAL,FLIPTOP,INSTIT USE) SOL   IM     30 MG/ML 2.00 ml 25 EA      KETOROLAC TROMETHAMINE | AP | RX | | 173.38 | 146.00 | 90.00 | | 5/7/01 |
| 00074-2267-20 ANDA | LABETALOL HCL (M.D.V.) SOL   IV     5 MG/ML 20.00 ml  EA     LABETALOL HYDROCHLORIDE | AP | RX | | 6.12 | 5.15 | 4.90 | | 5/7/01 |
| 00074-2267-54 ANDA | LABETALOL HCL (M.D.V.) SOL   IV     5 MG/ML 40.00 ml  EA     LABETALOL HYDROCHLORIDE | AP | RX | | 12.23 | 10.30 | 9.80 | | 5/7/01 |
| 00074-2339-05 ANDA | LABETALOL HCL (CARPUJECT) SOL   IV     5 MG/ML 4.00 ml 10 EA     LABETALOL HYDROCHLORIDE | AP | RX | | 47.62 | 40.10 | 38.20 | | 5/7/01 |
| 00074-2339-11 ANDA | LABETALOL HCL (CARPUJECT,BLUNT CANNULA) SOL   IV     5 MG/ML 4.00 ml 10 EA     LABETALOL HYDROCHLORIDE | AP | RX | | 48.81 | 41.10 | 38.20 | | 5/7/01 |
| 00074-2339-34 ANDA | LABETALOL HCL (CARPUJECT,LUER LOCK) SOL   IV     5 MG/ML 4.00 ml 10 EA     LABETALOL HYDROCHLORIDE | AP | RX | | 48.21 | 40.60 | 38.20 | | 5/7/01 |
| 00074-7828-08 NDA | LACTATED RINGER'S SOL   IR 3,000.00 ml 4 EA     LACTATED RINGERS | AT | RX | | 45.13 | 38.00 | 33.00 | | 5/7/01 |
| 00074-7953-02 NDA | LACTATED RINGER'S (LIFECARE) SOL   IV 250.00 ml 24 EA    LACTATED RINGERS | AP | RX | | 51.30 | 43.20 | 38.16 | | 5/7/01 |
| 00074-7953-03 NDA | LACTATED RINGER'S (LIFECARE) SOL   IV 500.00 ml 24 EA    LACTATED RINGERS | AP | RX | | 54.15 | 45.60 | 34.56 | | 5/7/01 |
| 00074-7953-09 NDA | LACTATED RINGER'S (LIFECARE) SOL   IV 1,000.00 ml 12 EA   LACTATED RINGERS | AP | RX | | 28.22 | 23.76 | 16.80 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
___ OK  as is        ___ OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 01239**



**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 67 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-8975-18 | **L-CYSTEINE HCL**<br>(SRN)<br>SOL   IV    50 MG/ML<br>10.00 ml 10 EA    CYSTEINE HYDROCHLORIDE | | RX | | 95.83 | 80.70 | 76.90 | | 5/7/01 |
| 00703-5140-01 | **LEUCOVORIN CALCIUM**<br>(VIAL,P.F.)<br>PDS   IJ    100 MG<br>1 EA    LEUCOVORIN CALCIUM | AP | RX | | 36.69 | 30.90 | 3.59 | | 2/8/99 |
| 00703-5145-01 | **LEUCOVORIN CALCIUM**<br>(VIAL,P.F.)<br>PDS   IJ    350 MG<br>1 EA    LEUCOVORIN CALCIUM | AP | RX | | 81.46 | 68.60 | 15.00 | | 2/8/99 |
| 00074-1443-04<br>NDA | **LEVOPHED BITARTRATE**<br>(AMP)<br>SOL   IV    1 MG/ML<br>4.00 ml 10 EA    NOREPINEPHRINE BITARTRATE | | RX | | 130.39 | 109.80 | 104.60 | | 5/7/02 |
| 00074-1323-05<br>ANDA | **LIDOCAINE HCL**<br>(ANSYR)<br>SOL   IJ    2%<br>5.00 ml 10 EA    LIDOCAINE HYDROCHLORIDE | AP | RX | | 21.02 | 17.70 | 16.80 | | 5/7/02 |
| 00074-2066-05<br>ANDA | **LIDOCAINE HCL**<br>(VIAL)<br>SOL   IJ    2%<br>5.00 ml 10 EA    LIDOCAINE HYDROCHLORIDE | AP | RX | | 49.64 | 41.80 | 39.80 | | 5/7/01 |
| 00074-4056-01<br>ANDA | **LIDOCAINE HCL**<br>(AMP)<br>SOL   IJ    1.5%<br>20.00 ml 5 EA    LIDOCAINE HYDROCHLORIDE | AP | RX | | 28.62 | 24.10 | 22.95 | | 5/7/01 |
| 00074-4270-01<br>ANDA | **LIDOCAINE HCL**<br>(STERILE PACK)<br>SOL   EP    1%<br>30.00 ml 25 EA    LIDOCAINE HYDROCHLORIDE | AP | RX | | 114.00 | 96.00 | 91.00 | | 5/7/01 |
| 00074-4275-01<br>ANDA | **LIDOCAINE HCL**<br>(VIAL, FLIPTOP)<br>SOL   IJ    0.5%<br>50.00 ml 25 EA    LIDOCAINE HYDROCHLORIDE | AP | RX | | 56.41 | 47.50 | 45.00 | | 5/7/01 |
| 00074-4276-01<br>ANDA | **LIDOCAINE HCL**<br>(VIAL, FLIPTOP)<br>SOL   EP    1%<br>20.00 ml 25 EA    LIDOCAINE HYDROCHLORIDE | AP | RX | | 20.78 | 17.50 | 7.50 | | 5/7/02 |
| 00074-4276-02<br>ANDA | **LIDOCAINE HCL**<br>(VIAL, FLIPTOP)<br>SOL   EP    1%<br>50.00 ml 25 EA    LIDOCAINE HYDROCHLORIDE | AP | RX | | 23.75 | 20.00 | 17.25 | | 5/7/02 |

**Instructions:** Please make corrections directly on this printout
_ _OK as is        ___OK with changes

Signature _____  Date _____

**Confidential**

# THOMSON
## MICROMEDEX ™

**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796  - Fax (303) 486-9297

PAGE 68  OF  133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL      600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4277-01<br>ANDA | LIDOCAINE HCL<br>(VIAL, FLIPTOP)<br>SOL    IJ       2%<br>20.00 ml 25 EA     LIDOCAINE HYDROCHLORIDE | AP | RX | | 31.47 | 26.50 | 7.75 | | 5/7/02 |
| 00074-4277-02<br>ANDA | LIDOCAINE HCL<br>(VIAL, FLIPTOP)<br>SOL    IJ       2%<br>50.00 ml 25 EA     LIDOCAINE HYDROCHLORIDE | AP | RX | | 40.08 | 33.75 | 17.00 | | 5/7/01 |
| 00074-4278-01<br>ANDA | LIDOCAINE HCL<br>(TEARDROP BOTTLE)<br>SOL    IJ       0.5%<br>50.00 ml 25 EA     LIDOCAINE HYDROCHLORIDE | AP | RX | | 56.70 | 47.75 | 45.25 | | 5/7/01 |
| 00074-4279-02<br>ANDA | LIDOCAINE HCL<br>(TEARDROP BOTTLE)<br>SOL    EP       1%<br>30.00 ml 25 EA     LIDOCAINE HYDROCHLORIDE | AP | RX | | 18.41 | 15.50 | 13.00 | | 5/7/01 |
| 00074-4282-01<br>ANDA | LIDOCAINE HCL<br>(AMP)<br>SOL    IJ       2%<br>2.00 ml 25 EA     LIDOCAINE HYDROCHLORIDE | AP | RX | | 22.86 | 19.25 | 18.25 | | 5/7/01 |
| 00074-4282-02<br>ANDA | LIDOCAINE HCL<br>(AMP)<br>SOL    IJ       2%<br>10.00 ml 25 EA     LIDOCAINE HYDROCHLORIDE | AP | RX | | 28.20 | 23.75 | 22.50 | | 5/7/01 |
| 00074-4283-01<br>ANDA | LIDOCAINE HCL<br>(AMP)<br>SOL    IJ       4%<br>5.00 ml 25 EA     LIDOCAINE HYDROCHLORIDE | AP | RX | | 57.59 | 48.50 | 46.25 | | 5/7/01 |
| 00074-4713-02<br>ANDA | LIDOCAINE HCL<br>(AMP)<br>SOL    EP       1%<br>5.00 ml 25 EA     LIDOCAINE HYDROCHLORIDE | AP | RX | | 17.52 | 14.75 | 14.00 | | 5/7/01 |
| 00074-4713-32<br>ANDA | LIDOCAINE HCL<br>(AMP)<br>SOL    EP       1%<br>2.00 ml 50 EA     LIDOCAINE HYDROCHLORIDE | AP | RX | | 20.19 | 17.00 | 16.00 | | 5/7/01 |
| 00074-4776-01<br>ANDA | LIDOCAINE HCL<br>(AMP)<br>SOL    IJ       1.5%<br>20.00 ml 25 EA     LIDOCAINE HYDROCHLORIDE | AP | RX | | 113.11 | 95.25 | 90.75 | | 5/7/01 |
| 00074-4903-34<br>ANDA | LIDOCAINE HCL<br>(ABBOJECT, 21GX1-1/2")<br>SOL    IJ       2%<br>5.00 ml 10 EA     LIDOCAINE HYDROCHLORIDE | AP | RX | | 45.13 | 38.00 | 18.10 | | 5/7/02 |

**Instructions:**   Please make corrections directly on this printout
___OK  as is          ___OK with changes

Signature _____   Date _____

**Confidential**

# THOMSON
## MICROMEDEX™

**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 69 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4904-34 ANDA | **LIDOCAINE HCL** (ABBOJECT, LIFESHIELD) SOL   EP   1% 5.00 ml 10 EA      LIDOCAINE HYDROCHLORIDE | AP | RX | | 42.39 | 35.70 | 34.00 | | 5/7/01 |
| 00074-6217-02 ANDA | **LIDOCAINE HCL** (VIAL, PINTOP) SOL   IV   20% 10.00 ml 25 EA     LIDOCAINE HYDROCHLORIDE | AP | RX | | 238.39 | 200.75 | 191.25 | | 5/7/01 |
| 00074-8026-01 ANDA | **LIDOCAINE HCL** (ABBOJECT) SOL   EP   1% 5.00 ml 10 EA      LIDOCAINE HYDROCHLORIDE | AP | RX | | 61.16 | 51.50 | 49.00 | | 5/7/02 |
| 00074-8027-01 ANDA | **LIDOCAINE HCL** (ABBOJECT) SOL   IJ   2% 5.00 ml 10 EA      LIDOCAINE HYDROCHLORIDE | AP | RX | | 62.94 | 53.00 | 50.50 | | 5/7/01 |
| 00074-9137-05 ANDA | **LIDOCAINE HCL** (ANSYR) SOL   EP   1% 5.00 ml 10 EA      LIDOCAINE HYDROCHLORIDE | AP | RX | | 38.95 | 32.80 | 31.20 | | 5/7/01 |
| 00074-1976-01 | **LIFECARE 75 FLOW DETECTOR** DEV   NA 1 EA      KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 300.18 | 252.78 | 200.34 | | 4/19/99 |
| 00074-4329-01 | **LIFECARE ADDS RACK** ACC   NA 1 EA      DEVICE | | OTC | | 130.86 | 110.20 | 49.39 | | 4/19/99 |
| 00074-2506-04 | **LIFECARE PUMP MODEL 4 PIGGYBACK** (W/RS485) DEV   NA 1 EA      PUMP, INFUSION | | RX | | 4,479.73 | 3,772.40 | 3,227.70 | | 4/13/98 |
| 00074-4328-01 | **LIFECARE SHELF STORAGE TRAY** ACC   NA 50 EA      DEVICE | | OTC | | 123.50 | 104.00 | 46.50 | | 4/19/99 |
| 00074-2694-68 | **LIFESHIELD EXTENSION PEDIATRIC** (HP FILTER, PP-Y, OL) KIT   NA 48 EA      FILTER, INTRAVENOUS TUBING | | RX | | 400.71 | 337.44 | 326.40 | | 5/7/02 |
| 00074-1642-48 | **LIFESHIELD PLUMSET PRIMARY IV W/OL** (CONV PIN, LOWER PP, 1-Y) KIT   NA 48 EA      KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,097.82 | 924.48 | 380.64 | | 4/19/99 |

Instructions:   Please make corrections directly on this printout
____OK  as is         ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01242**



**THOMSON**
™
**MICROMEDEX**

### REDBOOK *Product Listing Verification*

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 70 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1646-48 | LIFESHIELD PLUMSET PRIMARY IV W/OL (CONV PIN, 1-LAV-Y) KIT      NA 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,194.72 | 1,006.08 | 388.80 | | 4/19/99 |
| 00074-1650-48 | LIFESHIELD PLUMSET PRIMARY IV W/OL (CONV PIN,104" D-CHANN) KIT      NA 48 EA          DEVICE | | RX | | 913.71 | 769.44 | 440.16 | | 4/19/99 |
| 00074-9786-01 NDA | LIPOSYN II EMU   IV    5%-5% 200.00 ml 12 EA    SAFFLOWER OIL/SOYBEAN OIL | | RX | | 167.15 | 140.76 | 134.04 | | 5/7/01 |
| 00074-9786-03 NDA | LIPOSYN II EMU   IV    5%-5% 500.00 ml 12 EA    SAFFLOWER OIL/SOYBEAN OIL | | RX | | 297.11 | 250.20 | 103.08 | | 5/7/01 |
| 00074-9787-02 NDA | LIPOSYN II (SRN) EMU   IV    10%-10% 50.00 ml 12 EA    SAFFLOWER OIL/SOYBEAN OIL | | RX | | 438.62 | 369.36 | 351.75 | | 5/7/01 |
| 00074-9789-01 NDA | LIPOSYN II EMU   IV    10%-10% 200.00 ml 12 EA    SAFFLOWER OIL/SOYBEAN OIL | | RX | | 235.55 | 198.36 | 162.84 | | 5/7/01 |
| 00074-9789-03 NDA | LIPOSYN II EMU   IV    10%-10% 500.00 ml 12 EA    SAFFLOWER OIL/SOYBEAN OIL | | RX | | 362.52 | 305.28 | 290.76 | | 5/7/01 |
| 00074-9792-03 NDA | LIPOSYN II (W/ADMIN. SET) EMU   IV    10%-10% 200.00 ml 8 EA    SAFFLOWER OIL/SOYBEAN OIL | | RX | | 173.28 | 145.92 | 138.96 | | 5/7/01 |
| 00074-9793-01 NDA | LIPOSYN II (W/ADMIN. SET) EMU   IV    10%-10% 500.00 ml 8 EA    SAFFLOWER OIL/SOYBEAN OIL | | RX | | 280.44 | 236.16 | 224.88 | | 5/7/01 |
| 00074-9794-01 NDA | LIPOSYN II (W/ADMIN. SET) EMU   IV    5%-5% 500.00 ml 8 EA    SAFFLOWER OIL/SOYBEAN OIL | | RX | | 137.28 | 115.60 | 110.08 | | 5/7/01 |
| 00074-6892-03 NDA | LIPOSYN III EMU   IV    30% 500.00 ml 12 EA    SOYBEAN OIL | AP | RX | | 399.86 | 336.72 | 275.00 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___OK  as is       ___OK with changes

Signature _____  Date _____

**Confidential**



**THOMSON**

™

**MICROMEDEX**

**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 71 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-9790-01<br><br>NDA | LIPOSYN III<br>(VIAL)<br>EMU   IV      10%<br>200.00 ml 12 EA      SOYBEAN OIL | AP | RX | | 167.15 | 140.76 | 134.04 | | 5/7/01 |
| 00074-9790-03<br><br>NDA | LIPOSYN III<br>(VIAL)<br>EMU   IV      10%<br>500.00 ml 12 EA      SOYBEAN OIL | AP | RX | | 297.11 | 250.20 | 238.32 | | 5/7/01 |
| 00074-9791-01<br><br>NDA | LIPOSYN III<br>(VIAL)<br>EMU   IV      20%<br>200.00 ml 12 EA      SOYBEAN OIL | AP | RX | | 235.55 | 198.36 | 102.00 | | 5/7/01 |
| 00074-9791-03<br><br>NDA | LIPOSYN III<br>(VIAL)<br>EMU   IV      20%<br>500.00 ml 12 EA      SOYBEAN OIL | AP | RX | | 362.52 | 305.28 | 290.76 | | 5/7/01 |
| 00074-7419-03 | LMD W/0.9% SODIUM CHLORIDE<br><br>SOL   IV      10%-0.9%<br>500.00 ml 12 EA      DEXTRAN 40/SOD CL | | RX | | 317.06 | 267.00 | 254.28 | | 5/7/01 |
| 00074-7418-03 | LMD W/5% DEXTROSE<br><br>SOL   IV      10%-5%<br>500.00 ml 12 EA      DEXTRAN 40/DEXTROSE | | RX | | 317.21 | 267.12 | 254.40 | | 5/7/01 |
| 00074-1539-11 | LORAZEPAM<br>(CARPUJECT,22GX1-1/4")<br>SOL   IJ      4 MG/ML<br>1.00 ml 10 EA      LORAZEPAM | AP | CIV | | 42.63 | 35.90 | 34.20 | | 5/7/01 |
| 00074-1539-12 | LORAZEPAM<br>(CARPUJECT,U-BLUNT CANN)<br>SOL   IJ      4 MG/ML<br>1.00 ml 10 EA      LORAZEPAM | AP | CIV | | 111.98 | 94.30 | 89.80 | | 5/7/01 |
| 00074-1539-21 | LORAZEPAM<br>(CARPUJECT,INTERLINK)<br>SOL   IJ      4 MG/ML<br>1.00 ml 10 EA      LORAZEPAM | AP | CIV | | 47.38 | 39.90 | 38.00 | | 5/7/01 |
| 00074-1539-31 | LORAZEPAM<br>(CARPUJECT,LUER LOCK)<br>SOL   IJ      4 MG/ML<br>1.00 ml 10 EA      LORAZEPAM | AP | CIV | | 46.67 | 39.30 | 37.30 | | 5/7/02 |
| 00074-1985-01 | LORAZEPAM<br>(VIAL)<br>SOL   IJ      2 MG/ML<br>1.00 ml 1 EA      LORAZEPAM | AP | CIV | | 9.31 | 7.84 | 7.47 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
____OK  as is          /\OK  with changes

Signature _Jerrie Cicerale_ Date _12/11/02_

**Confidential**

# THOMSON
## MICROMEDEX ™

**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 72 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1985-10 | LORAZEPAM (VIAL) SOL   IJ    2 MG/ML 10.00 ml 1 EA     LORAZEPAM | AP | CIV | | 32.16 | 27.08 | 25.79 | | 5/7/01 |
| 00074-1985-11 | LORAZEPAM (CARPUJECT,22GX1-1/4") SOL   IJ    2 MG/ML 1.00 ml 10 EA     LORAZEPAM | AP | CIV | | 27.43 | 23.10 | 22.00 | | 5/7/01 |
| 00074-1985-12 | LORAZEPAM (CARPUJECT,U-BLUNT CANN) SOL   IJ    2 MG/ML 1.00 ml 10 EA     LORAZEPAM | AP | CIV | | 29.69 | 25.00 | 21.70 | | 5/7/01 |
| 00074-1985-30 | LORAZEPAM (CARPUJECT,LLK,SLIM PK) SOL   IJ    2 MG/ML 1.00 ml 10 EA     LORAZEPAM | AP | CIV | | 28.74 | 24.20 | 20.00 | | 5/7/02 |
| 00074-1985-31 | LORAZEPAM (CARPUJECT,LUER LOCK) SOL   IJ    2 MG/ML 1.00 ml 10 EA     LORAZEPAM | AP | CIV | | 28.86 | 24.30 | 20.30 | | 5/7/02 |
| 00074-6778-01 ANDA | LORAZEPAM (VIAL, FLIPTOP) SOL   IJ    2 MG/ML 1.00 ml 25 EA     LORAZEPAM | AP | CIV | | 93.52 | 78.75 | 75.00 | | 5/7/01 |
| 00074-6778-02 ANDA | LORAZEPAM (VIAL,FLIPTOP) SOL   IJ    2 MG/ML 1.00 ml 10 EA     LORAZEPAM | AP | CIV | | 37.41 | 31.50 | 30.00 | | 10/11/01 |
| 00074-6779-01 ANDA | LORAZEPAM (VIAL, FLIPTOP) SOL   IJ    4 MG/ML 1.00 ml 25 EA     LORAZEPAM | AP | CIV | | 118.45 | 99.75 | 95.00 | | 5/7/01 |
| 00074-6779-02 ANDA | LORAZEPAM (VIAL,FLIPTOP) SOL   IJ    4 MG/ML 1.00 ml 10 EA     LORAZEPAM | AP | CIV | | 47.38 | 39.90 | 38.00 | | 10/11/01 |
| 00074-6780-01 ANDA | LORAZEPAM (VIAL, FLIPTOP) SOL   IJ    2 MG/ML 10.00 ml 25 EA     LORAZEPAM | AP | CIV | | 674.20 | 567.75 | 540.75 | | 5/7/01 |
| 00074-6780-02 ANDA | LORAZEPAM (VIAL,FLIPTOP) SOL   IJ    2 MG/ML 10.00 ml 10 EA     LORAZEPAM | AP | CIV | | 269.68 | 227.10 | 216.30 | | 10/11/01 |

Instructions:   Please make corrections directly on this printout
____ OK  as is          ___ OK with changes

Signature _____          Date _____

**Confidential**

Red Book 01245



## THOMSON
### MICROMEDEX ™

**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 73 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chgl Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6781-01 ANDA | **LORAZEPAM** (VIAL, FLIPTOP) SOL   IJ    4 MG/ML 10.00 ml 25 EA      LORAZEPAM | AP | CIV | | 935.16 | 787.50 | 750.00 | | 5/7/01 |
| 00074-6781-02 ANDA | **LORAZEPAM** (VIAL,FLIPTOP) SOL   IJ    4 MG/ML 10.00 ml 10 EA      LORAZEPAM | AP | CIV | | 374.06 | 315.00 | 300.00 | | 10/11/01 |
| 00074-6778-62 ANDA | **LORAZEPAM AMERINET** (VIAL,FLIPTOP,INSTIT USE) SOL   IJ    2 MG/ML 1.00 ml 10 EA      LORAZEPAM | AP | CIV | | 37.41 | 31.50 | 30.00 | | 5/7/01 |
| 00074-1001-01 ANDA | **LTA II** (LATEX FREE) KIT   MM    4% 24 EA          LIDOCAINE HYDROCHLORIDE | AT | RX | | 425.79 | 358.56 | 84.48 | | 5/7/02 |
| 00074-5648-01 ANDA | **LTA PEDIATRIC** (LATEX FREE) KIT   MM    2% 24 EA          LIDOCAINE HYDROCHLORIDE | AT | RX | | 394.16 | 331.92 | 194.64 | | 4/19/99 |
| 00074-4698-01 ANDA | **LTA PREATTACHED** (LATEX FREE) KIT   MM    4% 25 EA          LIDOCAINE HYDROCHLORIDE | AT | RX | | 486.28 | 409.50 | 115.25 | | 4/19/99 |
| 00074-1540-01 | **LUMINAL SODIUM** (AMP) SOL   IJ    130 MG/ML 1.00 ml 100 EA     PHENOBARBITAL SODIUM | | CIV | | 475.00 | 400.00 | 381.00 | | 5/7/01 |
| 00074-2343-01 | **LUMINAL SODIUM** (CARPUJECT) SOL   IJ    60 MG/ML 1.00 ml 10 EA      PHENOBARBITAL SODIUM | | CIV | | 31.83 | 26.80 | 25.60 | | 8/17/01 |
| 00074-2343-31 | **LUMINAL SODIUM** (CARPUJECT,LUER LOCK) SOL   IJ    60 MG/ML 1.00 ml 10 EA      PHENOBARBITAL SODIUM | | CIV | | 32.54 | 27.40 | 26.20 | | 8/17/01 |
| 00074-2349-01 | **LUMINAL SODIUM** (CARPUJECT) SOL   IJ    130 MG/ML 1.00 ml 10 EA      PHENOBARBITAL SODIUM | | CIV | | 40.73 | 34.30 | 32.90 | | 8/17/01 |
| 00074-2349-31 | **LUMINAL SODIUM** (CARPUJECT,LUER LOCK) SOL   IJ    130 MG/ML 1.00 ml 10 EA      PHENOBARBITAL SODIUM | | CIV | | 42.75 | 36.00 | 34.50 | . | 8/17/01 |

Instructions:  Please make corrections directly on this printout
___OK  as is            ___OK with changes

Signature _____     Date _____

**Confidential**

**Red Book 01246**

# THOMSON
## MICROMEDEX

**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 74 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL   600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1754-10 ANDA | MAGNESIUM SULFATE (ANSYR) SOL  IJ   500 MG/ML 10.00 ml 10 EA   MAGNESIUM SULFATE | AP | RX | | 38.00 | 32.00 | 28.60 | | 5/7/01 |
| 00074-2168-01 ANDA | MAGNESIUM SULFATE (VIAL, FLIPTOP) SOL  IJ   500 MG/ML 10.00 ml 25 EA   MAGNESIUM SULFATE | AP | RX | | 41.86 | 35.25 | 33.50 | | 5/7/01 |
| 00074-2168-02 ANDA | MAGNESIUM SULFATE (VIAL, FLIPTOP) SOL  IJ   500 MG/ML 20.00 ml 25 EA   MAGNESIUM SULFATE | AP | RX | | 46.91 | 39.50 | 37.50 | | 5/7/01 |
| 00074-2168-03 ANDA | MAGNESIUM SULFATE (VIAL, FLIPTOP) SOL  IJ   500 MG/ML 50.00 ml 25 EA   MAGNESIUM SULFATE | AP | RX | | 124.69 | 105.00 | 100.00 | | 5/7/01 |
| 00074-4075-32 ANDA | MAGNESIUM SULFATE (AMP) SOL  IJ   500 MG/ML 2.00 ml 50 EA   MAGNESIUM SULFATE | AP | RX | | 23.16 | 19.50 | 18.50 | | 5/7/01 |
| 00074-4943-01 | MAGNESIUM SULFATE (VIAL, PINTOP) SOL  IJ   125 MG/ML 8.00 ml 25 EA   MAGNESIUM SULFATE | | RX | | 66.20 | 55.75 | 53.00 | | 5/7/01 |
| 00074-6729-03 NDA | MAGNESIUM SULFATE (PLASTIC CONTAINER) SOL  IV   40 MG/ML 500.00 ml 24 EA   MAGNESIUM SULFATE | | RX | | 117.99 | 99.36 | 94.32 | | 5/7/01 |
| 00074-6729-09 NDA | MAGNESIUM SULFATE (PLASTIC CONTAINER) SOL  IV   40 MG/ML 1,000.00 ml 12 EA   MAGNESIUM SULFATE | | RX | | 94.34 | 79.44 | 74.40 | | 5/7/01 |
| 00074-6729-23 NDA | MAGNESIUM SULFATE (PLASTIC CONTAINER) SOL  IV   40 MG/ML 100.00 ml 24 EA   MAGNESIUM SULFATE | | RX | | 186.11 | 156.72 | 149.28 | | 5/7/01 |
| 00074-6730-13 NDA | MAGNESIUM SULFATE (PLASTIC CONTAINER) SOL  IV   80 MG/ML 50.00 ml 24 EA   MAGNESIUM SULFATE | | RX | | 186.96 | 157.44 | 150.00 | | 5/7/01 |
| 00074-9628-05 ANDA | MAGNESIUM SULFATE (ANSYR,PLASTIC SRN) SOL  IJ   500 MG/ML 5.00 ml 10 EA   MAGNESIUM SULFATE | AP | RX | | 50.47 | 42.50 | 40.48 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___ OK as is          ___OK with changes

Signature _____    Date _____

**Confidential**          **Red Book 01247**



**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6786 - Fax (303) 486-9297

PAGE 75 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 50419-0188-01 NDA | MAGNEVIST (S.D.V.) SOL  IV  496.01 MG/ML 10.00 ml 20 EA  GADOPENTETATE DIMEGLUMINE | | RX | | 1,341.88 | 1,130.00 | 1,130.00 | | 5/7/01 |
| 50419-0188-02 NDA | MAGNEVIST (S.D.V.) SOL  IV  496.01 MG/ML 20.00 ml 20 EA  GADOPENTETATE DIMEGLUMINE | | RX | | 2,424.88 | 2,042.00 | 2,010.20 | | 5/7/01 |
| 50419-0188-05 NDA | MAGNEVIST (VIAL) SOL  IV  496.01 MG/ML 5.00 ml 20 EA  GADOPENTETATE DIMEGLUMINE | | RX | | 670.94 | 565.00 | 462.00 | | 5/7/01 |
| 50419-0188-10 NDA | MAGNEVIST (VIAL) SOL  IV  496.01 MG/ML 100.00 ml 1 EA  GADOPENTETATE DIMEGLUMINE | | RX | | 606.22 | 510.50 | 502.55 | | 5/23/00 |
| 50419-0188-15 NDA | MAGNEVIST (S.D.V.) SOL  IV  496.01 MG/ML 15.00 ml 20 EA  GADOPENTETATE DIMEGLUMINE | | RX | | 1,964.13 | 1,654.00 | 1,654.00 | | 5/7/01 |
| 50419-0188-36 NDA | MAGNEVIST (SRN) SOL  IV  496.01 MG/ML 10.00 ml 5 EA  GADOPENTETATE DIMEGLUMINE | | RX | | 365.16 | 307.50 | 300.00 | | 5/31/99 |
| 50419-0188-37 NDA | MAGNEVIST (SRN) SOL  IV  496.01 MG/ML 15.00 ml 5 EA  GADOPENTETATE DIMEGLUMINE | | RX | | 520.72 | 438.50 | 431.00 | | 5/31/99 |
| 50419-0188-38 NDA | MAGNEVIST (SRN) SOL  IV  496.01 MG/ML 20.00 ml 5 EA  GADOPENTETATE DIMEGLUMINE | | RX | | 635.91 | 535.50 | 528.00 | | 5/31/99 |
| 00074-4091-01 NDA | MANGANESE (VIAL, FLIPTOP) SOL  IV  0.1 MG/ML 10.00 ml 25 EA  MANGANESE CHLORIDE | | RX | | 34.44 | 29.00 | 24.00 | | 5/7/01 |
| 00074-6462-01 | MANIFOLD III-SECURE LOCK (15") KIT  NA 50 EA  KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 768.91 | 647.50 | 174.15 | | 4/19/99 |
| 00074-4031-01 NDA | MANNITOL (VIAL, FLIPTOP) SOL  IV  25% 50.00 ml 25 EA  MANNITOL | AP | RX | | 50.47 | 42.50 | 40.50 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
___OK  as is          ___OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01248**



### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 76 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/11/2002
Contact Name:  JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIR° | WAC | SRP | Effective Chg/ Deacl Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7712-09 NDA | **MANNITOL** SOL   IV      5% 1,000.00 ml 12 EA   MANNITOL | AP | RX | | 353.54 | 297.72 | 283.56 | | 5/7/01 |
| 00074-7713-09 NDA | **MANNITOL** SOL   IV      10% 1,000.00 ml 12 EA   MANNITOL | AP | RX | | 503.17 | 423.72 | 403.56 | | 5/7/01 |
| 00074-7714-03 NDA | **MANNITOL** SOL   IV      15% 500.00 ml 12 EA   MANNITOL | AP | RX | | 170.57 | 143.64 | 136.80 | | 5/7/01 |
| 00074-7715-02 NDA | **MANNITOL** SOL   IV      20% 250.00 ml 24 EA   MANNITOL | AP | RX | | 736.73 | 620.40 | 590.88 | | 5/7/01 |
| 00074-7715-03 NDA | **MANNITOL** SOL   IV      20% 500.00 ml 12 EA   MANNITOL | AP | RX | | 389.74 | 328.20 | 175.44 | | 5/7/01 |
| 00074-1559-10 NDA | **MARCAINE HCL** (S.D.V.) SOL   IJ      0.25% 10.00 ml 10 EA      BUPIVACAINE HYDROCHLORIDE | AP | RX | | 31.94 | 26.90 | 25.61 | | 5/7/01 |
| 00074-1559-30 NDA | **MARCAINE HCL** (S.D.V.) SOL   IJ      0.25% 30.00 ml 10 EA      BUPIVACAINE HYDROCHLORIDE | AP | RX | | 63.89 | 53.80 | 21.10 | | 5/7/02 |
| 00074-1559-50 NDA | **MARCAINE HCL** (AMP) SOL   IJ      0.25% 50.00 ml 5 EA      BUPIVACAINE HYDROCHLORIDE | AP | RX | | 47.14 | 39.70 | 37.79 | | 5/7/01 |
| 00074-1560-10 NDA | **MARCAINE HCL** (S.D.V.) SOL   IJ      0.5% 10.00 ml 10 EA      BUPIVACAINE HYDROCHLORIDE | AP | RX | | 26.24 | 22.10 | 21.00 | | 5/7/02 |
| 00074-1560-29 NDA | **MARCAINE HCL** (S.D.V.) SOL   IJ      0.5% 30.00 ml 10 EA      BUPIVACAINE HYDROCHLORIDE | AP | RX | | 59.38 | 50.00 | 18.80 | | 5/7/01 |
| 00074-1560-30 NDA | **MARCAINE HCL** (AMP) SOL   IJ      0.5% 30.00 ml 5 EA      BUPIVACAINE HYDROCHLORIDE | AP | RX | | 35.15 | 29.60 | 28.20 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___ OK as is          ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01249**

# THOMSON
## MICROMEDEX ™

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 77 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL     600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1582-10 NDA | MARCAINE HCL (S.D.V.) SOL   IJ   0.75% 10.00 ml 10 EA   BUPIVACAINE HYDROCHLORIDE | AP | RX | | 37.29 | 31.40 | 29.90 | | 5/7/01 |
| 00074-1582-29 NDA | MARCAINE HCL (VIAL) SOL   IJ   0.75% 30.00 ml 10 EA   BUPIVACAINE HYDROCHLORIDE | AP | RX | | 52.25 | 44.00 | 41.80 | | 5/7/02 |
| 00074-1582-30 NDA | MARCAINE HCL (AMP) SOL   IJ   0.75% 30.00 ml 5 EA   BUPIVACAINE HYDROCHLORIDE | AP | RX | | 20.78 | 17.50 | 16.65 | | 5/7/01 |
| 00074-1587-50 NDA | MARCAINE HCL (M.D.V.) SOL   IJ   0.25% 50.00 ml 1 EA   BUPIVACAINE HYDROCHLORIDE | AP | RX | | 4.07 | 3.43 | 3.27 | | 5/7/01 |
| 00074-1610-50 NDA | MARCAINE HCL (M.D.V.) SOL   IJ   0.5% 50.00 ml 1 EA   BUPIVACAINE HYDROCHLORIDE | AP | RX | | 7.77 | 6.54 | 6.23 | | 5/7/01 |
| 00074-1746-10 NDA | MARCAINE HCL/EPINEPHRINE (S.D.V.) SOL   IJ   0.25%-1:200,000 10.00 ml 10 EA   BUPIV/EPI BIT | AP | RX | | 36.81 | 31.00 | 29.48 | | 5/7/01 |
| 00074-1746-30 NDA | MARCAINE HCL/EPINEPHRINE (S.D.V.) SOL   IJ   0.25%-1:200,000 30.00 ml 10 EA   BUPIV/EPI BIT | AP | RX | | 62.94 | 53.00 | 50.46 | | 5/7/01 |
| 00074-1746-50 NDA | MARCAINE HCL/EPINEPHRINE (AMP) SOL   IJ   0.25%-1:200,000 50.00 ml 5 EA   BUPIV/EPI BIT | AP | RX | | 51.78 | 43.60 | 41.54 | | 5/7/01 |
| 00074-1749-03 NDA | MARCAINE HCL/EPINEPHRINE (AMP) SOL   IJ   0.5%-1:200,000 3.00 ml 10 EA   BUPIV/EPI BIT | AP | RX | | 23.63 | 19.90 | 18.95 | | 5/7/01 |
| 00074-1749-10 NDA | MARCAINE HCL/EPINEPHRINE (S.D.V.) SOL   IJ   0.5%-1:200,000 10.00 ml 10 EA   BUPIV/EPI BIT | AP | RX | | 40.14 | 33.80 | 32.17 | | 5/7/01 |
| 00074-1749-29 NDA | MARCAINE HCL/EPINEPHRINE (S.D.V.) SOL   IJ   0.5%-1:200,000 30.00 ml 10 EA   BUPIV/EPI BIT | AP | RX | | 68.40 | 57.60 | 54.86 | | 5/7/01 |

Instructions:   Please make corrections directly on this printout
___ OK as is          ___ OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01250**



**THOMSON**
**MICROMEDEX** ™

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 78 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | | | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg / Deact Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00074-1749-30 NDA | MARCAINE HCL/EPINEPHRINE (AMP) SOL   IJ      0.5%-1:200,000 30.00 ml 5 EA       BUPIV/EPI BIT | | | AP | RX | | 49.16 | 41.40 | 39.35 | | 5/7/02 |
| 00074-1750-30 NDA | MARCAINE HCL/EPINEPHRINE (AMP) SOL   IJ      0.75%-1:200,000 30.00 ml 5 EA       BUPIV/EPI BIT | | | AP | RX | | 46.67 | 39.30 | 37.44 | | 5/7/01 |
| 00074-1752-50 NDA | MARCAINE HCL/EPINEPHRINE (M.D.V.) SOL   IJ      0.25%-1:200,000 50.00 ml 1 EA       BUPIV/EPI BIT | | | AP | RX | | 8.44 | 7.11 | 6.77 | | 5/7/01 |
| 00074-1755-50 NDA | MARCAINE HCL/EPINEPHRINE (M.D.V.) SOL   IJ      0.5%-1:200,000 50.00 ml 1 EA       BUPIV/EPI BIT | | | AP | RX | | 9.20 | 7.75 | 7.38 | | 5/7/01 |
| 00074-1761-02 NDA | MARCAINE SPINAL (AMP,W/DEXTROSE,P.F.) SOL   IJ      0.75% 2.00 ml 10 EA       BUPIVACAINE HYDROCHLORIDE | | | AP | RX | | 46.31 | 39.00 | 37.10 | | 5/7/01 |
| 00074-6030-04 ANDA | MEPERIDINE HCL (VIAL, PCA) SOL   IJ      10 MG/ML 30.00 ml 10 EA       MEPERIDINE HYDROCHLORIDE | | | AP | CII | | 117.68 | 99.10 | 94.40 | | 5/7/01 |
| 00074-2173-02 | METOCLOPRAMIDE (CARPUJECT) SOL   IV      5 MG/ML 2.00 ml 10 EA       METOCLOPRAMIDE HYDROCHLORIDE | | | AP | RX | | 8.91 | 7.50 | 6.50 | | 5/7/01 |
| 00074-2173-32 | METOCLOPRAMIDE (CARPUJECT, LUER LOCK) SOL   IV      5 MG/ML 2.00 ml 10 EA       METOCLOPRAMIDE HYDROCHLORIDE | | | AP | RX | | 10.09 | 8.50 | 7.50 | | 5/7/01 |
| 00074-3413-01 ANDA | METOCLOPRAMIDE (AMP) SOL   IV      5 MG/ML 2.00 ml 25 EA       METOCLOPRAMIDE HYDROCHLORIDE | | | AP | RX | | 99.75 | 84.00 | 80.75 | | 5/7/02 |
| 00074-3414-01 ANDA | METOCLOPRAMIDE (VIAL, FLIPTOP) SOL   IV      5 MG/ML 2.00 ml 25 EA       METOCLOPRAMIDE HYDROCHLORIDE | | | AP | RX | | 92.63 | 78.00 | 74.25 | | 5/7/01 |
| 00074-1778-25 ANDA | METOPROLOL TARTRATE (CARPUJECT, INTERLINK) SOL   IV      1 MG/ML 5.00 ml 3 EA       METOPROLOL TARTRATE | | | AP | RX | | 13.93 | 11.73 | 11.03 | | 5/7/01 |

**Instructions:**   Please make corrections directly on this printout
____OK  as is           ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01251**

# THOMSON
## MICROMEDEX ™

**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 79 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL      600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1778-35 ANDA | METOPROLOL TARTRATE (CARPUJECT, LUER LOCK) SOL   IV      1 MG/ML 5.00 ml 3 EA      METOPROLOL TARTRATE | AP | RX | | 13.75 | 11.58 | 11.03 | | 5/7/01 |
| 00074-2285-05 ANDA | METOPROLOL TARTRATE (AMP) SOL   IV      1 MG/ML 5.00 ml 12 EA      METOPROLOL TARTRATE | AP | RX | | 41.18 | 34.68 | 33.00 | | 5/7/02 |
| 00074-7811-24 NDA | METRONIDAZOLE (S.D.V.) SOL   IV      500 MG/100 ML 100.00 ml 24 EA      METRONIDAZOLE | AP | RX | | 67.26 | 56.64 | 54.48 | | 5/7/02 |
| 00074-7811-37 NDA | METRONIDAZOLE (LIFECARE) SOL   IV      500 MG/100 ML 100.00 ml 80 EA      METRONIDAZOLE | AP | RX | | 195.70 | 164.80 | 158.80 | | 5/7/02 |
| 00074-9244-68 | MICRO PUMP IV W/HP FILTER (115", VENTED) KIT    NA 24 EA      KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 565.44 | 476.16 | 261.38 | | 4/19/99 |
| 00074-1917-04 | MICRO PUMP LIFECARE (W/RS485) DEV    NA 1 EA      PUMP, INFUSION | | OTC | | 4,703.71 | 3,961.02 | 3,227.70 | | 4/19/99 |
| 00074-9289-68 | MICRO PUMP MICRODRIP-SL (W/INLINE CASSETTE) KIT    NA 24 EA      KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 601.07 | 506.16 | 316.64 | | 4/19/99 |
| 00074-4612-04 | MICROBORE EXTENSION (5" W/T-CONNECTOR) KIT    NA 120 EA      KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 1,038.83 | 874.80 | 168.00 | | 4/19/99 |
| 00074-4616-02 | MICROBORE EXTENSION (5" W/LOCKING LUER "T") KIT    NA 120 EA      KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 1,130.03 | 951.60 | 262.80 | | 4/19/99 |
| 00074-6457-01 | MICROBORE EXTENSION (12" W/OPTION-LOK) KIT    NA 50 EA      KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 388.91 | 327.50 | 88.20 | | 4/19/99 |
| 00074-6458-01 | MICROBORE EXTENSION (20" W/OPTION LOK) KIT    NA 50 EA      KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 416.22 | 350.50 | 94.28 | | 4/19/99 |

Instructions: Please make corrections directly on this printout
____ OK  as is          ____ OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01252**



**THOMSON**
**MICROMEDEX**

**REDBOOK Product Listing Verification**
MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 80 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6459-01 | MICROBORE EXTENSION (20" W/OPTION-LOK) KIT   NA 50 EA   KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 435.81 | 367.00 | 98.55 | | 4/19/99 |
| 00074-6460-01 | MICROBORE EXTENSION (36" W/OPTION-LOK) KIT   NA 50 EA   KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 427.50 | 360.00 | 111.66 | | 4/19/99 |
| 00074-6461-01 | MICROBORE EXTENSION (72" W/OPTION-LOK) KIT   NA 50 EA   KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 458.97 | 386.50 | 118.69 | | 4/19/99 |
| 00074-1169-02 | MICROBORE PRIMARY PUMP W/OL (60" DISTAL TUBING) DEV   NA 24 EA   TUBING, CONNECTING | | RX | | 1,087.56 | 915.84 | 444.24 | | 10/21/99 |
| 00074-9243-48 | MICRODRIP MICRO PUMP IV (102", VENTED) KIT   NA 48 EA   KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 869.25 | 732.00 | 402.24 | | 4/19/99 |
| 00074-2295-02 ANDA | MIDAZOLAM HCL (CARPUJECT) SOL   IJ   1 MG/ML 2.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 37.17 | 31.30 | 12.90 | | 5/7/01 |
| 00074-2295-05 ANDA | MIDAZOLAM HCL (CARPUJECT) SOL   IJ   1 MG/ML 5.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 81.70 | 68.80 | 33.00 | | 5/7/01 |
| 00074-2295-32 ANDA | MIDAZOLAM HCL (CARPUJECT,LUER LOCK) SOL   IJ   1 MG/ML 2.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 39.19 | 33.00 | 12.40 | | 5/7/01 |
| 00074-2295-35 ANDA | MIDAZOLAM HCL (CARPUJECT,LUER LOCK) SOL   IJ   1 MG/ML 5.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 83.72 | 70.50 | 30.80 | | 5/7/01 |
| 00074-2296-01 ANDA | MIDAZOLAM HCL (CARPUJECT) SOL   IJ   5 MG/ML 1.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 81.70 | 68.80 | 65.50 | | 5/7/01 |
| 00074-2296-02 ANDA | MIDAZOLAM HCL (CARPUJECT) SOL   IJ   5 MG/ML 2.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 145.94 | 122.90 | 117.00 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___OK as is          ___OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01253**



**THOMSON**

**MICROMEDEX**

## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 81 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL   600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2296-31 ANDA | **MIDAZOLAM HCL** (CARPUJECT,LUER LOCK) SOL   IJ      5 MG/ML 1.00 ml 10 EA      MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 83.72 | 70.50 | 33.90 | | 5/7/01 |
| 00074-2296-32 ANDA | **MIDAZOLAM HCL** (CARPUJECT,LUER LOCK) SOL   IJ      5 MG/ML 2.00 ml 10 EA      MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 147.96 | 124.60 | 117.00 | | 5/7/01 |
| 00074-2587-02 ANDA | **MIDAZOLAM HCL** (VIAL,FLIPTOP) SOL   IJ      1 MG/ML 2.00 ml 10 EA      MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 11.28 | 9.50 | 5.50 | | 5/7/01 |
| 00074-2587-03 ANDA | **MIDAZOLAM HCL** (VIAL,FLIPTOP) SOL   IJ      1 MG/ML 5.00 ml 10 EA      MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 15.91 | 13.40 | 12.40 | | 5/7/02 |
| 00074-2587-05 ANDA | **MIDAZOLAM HCL** (VIAL,FLIPTOP) SOL   IJ      1 MG/ML 10.00 ml 10 EA      MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 133.00 | 112.00 | 35.00 | | 5/7/01 |
| 00074-2596-01 ANDA | **MIDAZOLAM HCL** (VIAL,FLIPTOP) SOL   IJ      5 MG/ML 1.00 ml 10 EA      MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 15.56 | 13.10 | 12.10 | | 5/7/01 |
| 00074-2596-02 ANDA | **MIDAZOLAM HCL** (VIAL,FLIPTOP) SOL   IJ      5 MG/ML 2.00 ml 10 EA      MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 40.14 | 33.80 | 32.20 | | 5/7/01 |
| 00074-2596-03 ANDA | **MIDAZOLAM HCL** (VIAL,FLIPTOP) SOL   IJ      5 MG/ML 5.00 ml 10 EA      MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 107.11 | 90.20 | 85.90 | | 5/7/01 |
| 00074-2596-05 ANDA | **MIDAZOLAM HCL** (VIAL,FLIPTOP) SOL   IJ      5 MG/ML 10.00 ml 10 EA      MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 262.15 | 237.60 | 108.70 | | 5/7/01 |
| 00074-2295-36 ANDA | **MIDAZOLAM HCL NOVATION** (CARPUJECT,LUER LOCK) SOL   IJ      1 MG/ML 2.00 ml 10 EA      MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 39.19 | 33.00 | 12.40 | | 5/7/01 |
| 00074-2295-39 ANDA | **MIDAZOLAM HCL NOVATION** (CARPUJECT,LUER LOCK) SOL   IJ      1 MG/ML 5.00 ml 10 EA      MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 83.72 | 70.50 | 30.80 | | 5/7/01 |

Instructions:   Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01254**



**THOMSON**
**MICROMEDEX**

**REDBOOK** *Product Listing Verification*

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796  - Fax (303) 486-9297

PAGE 82 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/11/2002
Contact Name:  JERRIE CICERALE
Phone Number:  800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2295-51 ANDA | MIDAZOLAM HCL NOVATION (CARPUJECT) SOL  IJ   1 MG/ML 2.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 37.17 | 31.30 | 12.90 | | 5/7/01 |
| 00074-2295-52 ANDA | MIDAZOLAM HCL NOVATION (CARPUJECT) SOL  IJ   1 MG/ML 5.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 81.70 | 68.80 | 33.00 | | 5/7/01 |
| 00074-2296-30 ANDA | MIDAZOLAM HCL NOVATION (CARPUJECT,LUER LOCK) SOL  IJ   5 MG/ML 1.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 83.72 | 70.50 | 33.90 | | 5/7/01 |
| 00074-2296-36 ANDA | MIDAZOLAM HCL NOVATION (CARPUJECT,LL,INSTIT USE) SOL  IJ   5 MG/ML 2.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 147.96 | 124.60 | 117.00 | | 5/7/01 |
| 00074-2296-49 ANDA | MIDAZOLAM HCL NOVATION (CARPUJECT) SOL  IJ   5 MG/ML 1.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 81.70 | 68.80 | 65.50 | | 5/7/01 |
| 00074-2296-51 ANDA | MIDAZOLAM HCL NOVATION (CARPUJECT) SOL  IJ   5 MG/ML 2.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 145.94 | 122.90 | 117.00 | | 5/7/01 |
| 00074-2587-51 ANDA | MIDAZOLAM HCL NOVATION (VIAL,FLIPTOP) SOL  IJ   1 MG/ML 2.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 11.28 | 9.50 | 5.50 | | 5/7/01 |
| 00074-2587-52 ANDA | MIDAZOLAM HCL NOVATION (VIAL,FLIPTOP) SOL  IJ   1 MG/ML 5.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 15.91 | 13.40 | 12.40 | | 5/7/02 |
| 00074-2587-53 ANDA | MIDAZOLAM HCL NOVATION (VIAL,FLIPTOP) SOL  IJ   1 MG/ML 10.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 133.00 | 112.00 | 35.00 | | 5/7/01 |
| 00074-2596-49 ANDA | MIDAZOLAM HCL NOVATION (VIAL,FLIPTOP) SOL  IJ   5 MG/ML 1.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 15.56 | 13.10 | 12.10 | | 5/7/01 |
| 00074-2596-51 ANDA | MIDAZOLAM HCL NOVATION (VIAL,FLIPTOP) SOL  IJ   5 MG/ML 2.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 40.14 | 33.80 | 32.20 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____  Date _____

**Confidential**

**Red Book 01255**

# THOMSON
## MICROMEDEX ™

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 83 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL   600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2596-52 ANDA | MIDAZOLAM HCL NOVATION (VIAL,FLIPTOP) SOL  IJ  5 MG/ML 5.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 107.11 | 90.20 | 85.90 | | 5/7/01 |
| 00074-2596-53 ANDA | MIDAZOLAM HCL NOVATION (VIAL,FLIPTOP) SOL  IJ  5 MG/ML 10.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 282.15 | 237.60 | 108.70 | | 5/7/01 |
| 00074-2775-01 ANDA | MILRINONE LACTATE (VIAL,FLIPTOP) SOL  IV  1 MG/ML 10.00 ml 25 EA   MILRINONE LACTATE | EE | RX | | 1,188.98 | 1,001.25 | 953.75 | | 5/28/02 |
| 00074-2775-02 ANDA | MILRINONE LACTATE (VIAL,FLIPTOP) SOL  IV  1 MG/ML 20.00 ml 25 EA   MILRINONE LACTATE | EE | RX | | 2,176.09 | 1,832.50 | 1,745.25 | | 5/28/02 |
| 00074-1738-02 | MINIBORE EXTENSION (36" W/SLIDE CLAMP,LTXFR) KIT  NA 120 EA   KIT, INTRAVENOUS EXTENSION TUBING | | RX | | 862.13 | 726.00 | 602.40 | | 12/23/99 |
| 00074-1739-02 | MINIBORE EXTENSION (60" W/SLIDE CLAMP,LTXFR) KIT  NA 50 EA   KIT, INTRAVENOUS EXTENSION TUBING | | RX | | 450.06 | 379.00 | 212.50 | | 12/23/99 |
| 00074-4365-05 NDA | MIVACRON (S.D.V.) SOL  IV  2 MG/ML 5.00 ml 10 EA   MIVACURIUM CHLORIDE | | RX | | 118.39 | 99.70 | 95.40 | | 5/7/02 |
| 00074-4365-10 NDA | MIVACRON (S.D.V.) SOL  IV  2 MG/ML 10.00 ml 10 EA   MIVACURIUM CHLORIDE | | RX | | 183.71 | 154.70 | 149.00 | | 5/7/02 |
| 00074-4375-20 NDA | MIVACRON (M.D.V.) SOL  IV  2 MG/ML 20.00 ml 10 EA   MIVACURIUM CHLORIDE | | RX | | 308.51 | 259.80 | 250.40 | | 5/7/02 |
| 00074-1133-03 | MORPHINE SULFATE (VIAL, FLIPTOP) SOL  IJ  25 MG/ML 20.00 ml 1 EA   MORPHINE SULFATE | | CII | | 7.67 | 6.46 | 6.15 | | 5/7/01 |
| 00074-1133-04 | MORPHINE SULFATE (VIAL, 50 ML FLIPTOP) SOL  IJ  25 MG/ML 40.00 ml 1 EA   MORPHINE SULFATE | | CII | | 15.08 | 12.68 | 12.08 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
___ OK  as is          ___OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01256**



**THOMSON** ™

**MICROMEDEX**

### REDBOOK *Product Listing Verification*

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 84 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL   600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1133-21 | MORPHINE SULFATE (VIAL, 5 ML FLIPTOP) SOL  IJ   25 MG/ML 4.00 ml 5 EA   MORPHINE SULFATE | | CII | | 18.70 | 15.75 | 15.00 | | 5/7/01 |
| 00074-1133-22 | MORPHINE SULFATE (VIAL, FLIPTOP) SOL  IJ   25 MG/ML 10.00 ml 5 EA   MORPHINE SULFATE | | CII | | 26.18 | 22.05 | 21.00 | | 5/7/01 |
| 00074-1134-03 | MORPHINE SULFATE (VIAL, FLIPTOP) SOL  IJ   50 MG/ML 20.00 ml 1 EA   MORPHINE SULFATE | | CII | | 10.49 | 8.83 | 8.41 | | 5/7/01 |
| 00074-1134-05 | MORPHINE SULFATE (VIAL, FLIPTOP) SOL  IJ   50 MG/ML 50.00 ml 1 EA   MORPHINE SULFATE | | CII | | 21.46 | 18.07 | 17.21 | | 5/7/01 |
| 00074-1134-22 | MORPHINE SULFATE (VIAL, FLIPTOP) SOL  IJ   50 MG/ML 10.00 ml 5 EA   MORPHINE SULFATE | | CII | | 56.11 | 47.25 | 45.00 | | 5/7/01 |
| 00074-1135-01 | MORPHINE SULFATE (VIAL, 5 ML FLIPTOP, P.F.) SOL  IJ   25 MG/ML 4.00 ml 1 EA   MORPHINE SULFATE | | CII | | 6.63 | 5.58 | 5.31 | | 5/7/01 |
| 00074-1135-02 | MORPHINE SULFATE (VIAL, FLIPTOP, P.F.) SOL  IJ   25 MG/ML 10.00 ml 1 EA   MORPHINE SULFATE | | CII | | 30.28 | 25.50 | 20.36 | | 5/7/01 |
| 00074-1135-03 | MORPHINE SULFATE (VIAL, FLIPTOP, P.F.) SOL  IJ   25 MG/ML 20.00 ml 1 EA   MORPHINE SULFATE | | CII | | 59.38 | 50.00 | 7.33 | | 5/7/01 |
| 00074-1135-04 | MORPHINE SULFATE (VIAL, FLIPTOP, P.F.) SOL  IJ   25 MG/ML 50.00 ml 1 EA   MORPHINE SULFATE | | CII | | 118.81 | 100.05 | 95.29 | | 5/7/01 |
| 00074-1258-01 | MORPHINE SULFATE (CARPUJECT, 25GX5/8") SOL  IJ   4 MG/ML 1.00 ml 10 EA   MORPHINE SULFATE | | CII | | 7.84 | 6.60 | 5.63 | | 4/19/99 |
| 00074-1258-02 | MORPHINE SULFATE (CARPUJECT, 25G, SLIM PK) SOL  IJ   4 MG/ML 1.00 ml 10 EA   MORPHINE SULFATE | | CII | | 10.33 | 8.70 | 7.70 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK  as is         ___OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01257**



**THOMSON** ™
**MICROMEDEX**

### REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 85 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-8883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1258-11 | MORPHINE SULFATE (CARPUJECT,BLUNT CANNULA) SOL   IJ   4 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 12.94 | 10.90 | 9.90 | | 5/7/01 |
| 00074-1258-21 | MORPHINE SULFATE (CARPUJECT,INTERLINK) SOL   IJ   4 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 12.35 | 10.40 | 9.21 | | 4/19/99 |
| 00074-1258-30 | MORPHINE SULFATE (CARPUJECT,LLK,SLIM PK) SOL   IJ   4 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 11.88 | 10.00 | 9.00 | | 5/7/01 |
| 00074-1258-31 | MORPHINE SULFATE (CARPUJECT,LUER LOCK) SOL   IJ   4 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 9.14 | 7.70 | 6.73 | | 5/7/01 |
| 00074-1259-01 | MORPHINE SULFATE (CARPUJECT,22GX5/8") SOL   IJ   8 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 8.08 | 6.80 | 5.79 | | 4/19/99 |
| 00074-1260-01 | MORPHINE SULFATE (CARPUJECT,25GX5/8") SOL   IJ   8 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 8.08 | 6.80 | 5.79 | | 4/19/99 |
| 00074-1260-31 | MORPHINE SULFATE (CARPUJECT,LUER LOCK) SOL   IJ   8 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 9.38 | 7.90 | 6.89 | | 5/7/01 |
| 00074-1261-01 | MORPHINE SULFATE (CARPUJECT,22GX5/8") SOL   IJ   10 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 7.48 | 6.30 | 5.30 | | 5/7/01 |
| 00074-1261-02 | MORPHINE SULFATE (CARPUJECT,22G,SLIM PK) SOL   IJ   10 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 10.69 | 9.00 | 8.00 | | 5/7/01 |
| 00074-1261-30 | MORPHINE SULFATE (CARPUJECT,LLK,SLIM PK) SOL   IJ   10 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 12.47 | 10.50 | 9.50 | | 5/7/01 |
| 00074-1261-31 | MORPHINE SULFATE (CARPUJECT,LUER LOCK) SOL   IJ   10 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 10.21 | 8.60 | 7.29 | | 4/19/99 |

Instructions:  Please make corrections directly on this printout
___OK  as is          ___OK with changes

Signature _____    Date _____

**Confidential**



**THOMSON**

**MICROMEDEX** ™

**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 86 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINISTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1262-01 | MORPHINE SULFATE (CARPUJECT,22GX5/8") SOL    IJ    15 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 9.03 | 7.60 | 6.55 | | 5/7/01 |
| 00074-1263-01 | MORPHINE SULFATE (CARPUJECT,25GX5/8") SOL    IJ    10 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 8.55 | 7.20 | 6.18 | | 5/7/01 |
| 00074-1263-11 | MORPHINE SULFATE (CARPUJECT,BLUNT CANNULA) SOL    IJ    10 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 12.94 | 10.90 | 9.90 | | 5/7/01 |
| 00074-1263-21 | MORPHINE SULFATE (CARPUJECT,INTERLINK) SOL    IJ    10 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 12.35 | 10.40 | 9.21 | | 4/19/99 |
| 00074-1264-01 | MORPHINE SULFATE (CARPUJECT,25GX5/8") SOL    IJ    15 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 10.21 | 8.60 | 8.20 | | 5/7/02 |
| 00074-1264-11 | MORPHINE SULFATE (CARPUJECT,BLUNT CANNULA) SOL    IJ    15 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 12.47 | 10.50 | 9.50 | | 5/7/01 |
| 00074-1264-31 | MORPHINE SULFATE (CARPUJECT,LUER LOCK) SOL    IJ    15 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 10.45 | 8.80 | 8.30 | | 5/7/02 |
| 00074-1762-01 | MORPHINE SULFATE (CARPUJECT,25GX5/8") SOL    IJ    2 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 7.24 | 6.10 | 5.10 | | 5/7/01 |
| 00074-1762-02 | MORPHINE SULFATE (CARPUJECT,25G,SLIM PK) SOL    IJ    2 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 10.09 | 8.50 | 7.50 | | 5/7/01 |
| 00074-1762-11 | MORPHINE SULFATE (CARPUJECT,BLUNT CANNULA) SOL    IJ    2 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 12.35 | 10.40 | 9.21 | | 4/19/99 |
| 00074-1762-21 | MORPHINE SULFATE (CARPUJECT,INTERLINK) SOL    IJ    2 MG/ML 1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 12.35 | 10.40 | 9.21 | | 4/19/99 |

Instructions:   Please make corrections directly on this printout
___ OK as is        X OK with changes

Signature _Jerrie Cicerale_        Date _12/11/02_

**Confidential**

**Red Book 01259**



**THOMSON**
**MICROMEDEX**

**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 87 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK            IL   600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / NRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1762-30 | MORPHINE SULFATE (CARPUJECT,LLK,SLIM PK) SOL   IJ      2 MG/ML 1.00 ml 10 EA      MORPHINE SULFATE | | CII | | 11.64 | 9.80 | 8.80 | | 5/7/01 |
| 00074-1762-31 | MORPHINE SULFATE (CARPUJECT,LUER LOCK) SOL   IJ      2 MG/ML 1.00 ml 10 EA      MORPHINE SULFATE | | CII | | 9.14 | 7.70 | 6.50 | | 4/19/99 |
| 00074-2028-02 NDA | MORPHINE SULFATE SOL   IJ      0.5 MG/ML 30.00 ml 10 EA      MORPHINE SULFATE | AP | CII | | 138.70 | 116.80 | 111.20 | | 5/7/01 |
| 00074-2029-02 NDA | MORPHINE SULFATE SOL   IV      1 MG/ML 30.00 ml 10 EA      MORPHINE SULFATE | AP | CII | | 176.34 | 148.50 | 141.40 | | 5/7/01 |
| 00074-3814-12 NDA | MORPHINE SULFATE (VIAL, FLIPTOP, P.F.) SOL   IJ      0.5 MG/ML 10.00 ml 5 EA      MORPHINE SULFATE | AP | CII | | 42.39 | 35.70 | 34.00 | | 5/7/01 |
| 00074-3815-12 NDA | MORPHINE SULFATE (VIAL, FLIPTOP, P.F.) SOL   IJ      1 MG/ML 10.00 ml 5 EA      MORPHINE SULFATE | AP | CII | | 44.18 | 37.20 | 20.60 | | 5/7/02 |
| 00074-3817-12 | MORPHINE SULFATE (VIAL, FLIPTOP) SOL   IJ      10 MG/ML 10.00 ml 5 EA      MORPHINE SULFATE | | CII | | 51.30 | 43.20 | 41.15 | | 5/7/01 |
| 00074-3819-12 | MORPHINE SULFATE (VIAL, FLIPTOP) SOL   IJ      15 MG/ML 20.00 ml 5 EA      MORPHINE SULFATE | | CII | | 56.64 | 47.70 | 45.45 | | 5/7/01 |
| 00074-4057-12 NDA | MORPHINE SULFATE (AMP, P.F.) SOL   IJ      0.5 MG/ML 10.00 ml 5 EA      MORPHINE SULFATE | AP | CII | | 12.29 | 10.35 | 10.10 | | 5/7/02 |
| 00074-4058-12 NDA | MORPHINE SULFATE (AMP, P.F.) SOL   IJ      1 MG/ML 10.00 ml 5 EA      MORPHINE SULFATE | AP | CII | | 37.47 | 31.55 | 30.05 | | 5/7/01 |
| 00074-6022-02 | MORPHINE SULFATE (S.D.V.,PCA) SOL   IV      2 MG/ML 30.00 ml 10 EA      MORPHINE SULFATE | | CII | | 165.18 | 139.10 | 132.50 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____  Date _____

**Confidential**



**REDBOOK** *Product Listing Verification*

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 88 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6023-04 NDA | **MORPHINE SULFATE** (VIAL, FLIPTOP) SOL   IV      1 MG/ML 30.00 ml 10 EA      MORPHINE SULFATE | AP | CII | | 125.28 | 105.50 | 100.50 | | 5/7/01 |
| 00074-6028-04 | **MORPHINE SULFATE** (VIAL, FLIPTOP) SOL   IJ      5 MG/ML 30.00 ml 10 EA      MORPHINE SULFATE | | CII | | 169.93 | 143.10 | 136.30 | | 5/7/01 |
| 00074-6177-14 | **MORPHINE SULFATE** (ADD-VANTAGE) SOL   IJ      25 MG/ML 4.00 ml 10 EA      MORPHINE SULFATE | | CII | | 125.52 | 105.70 | 100.70 | | 5/7/01 |
| 00074-6179-14 | **MORPHINE SULFATE** (ADD-VANTAGE) SOL   IJ      25 MG/ML 10.00 ml 10 EA      MORPHINE SULFATE | | CII | | 141.31 | 119.00 | 113.30 | | 5/7/01 |
| 00074-1463-01 ANDA | **NALBUPHINE HCL** (AMP) SOL   IJ      10 MG/ML 1.00 ml 10 EA      NALBUPHINE HYDROCHLORIDE | AP | RX | | 11.40 | 9.60 | 9.10 | | 5/7/01 |
| 00074-1464-01 ANDA | **NALBUPHINE HCL** (VIAL, FLIPTOP) SOL   IJ      10 MG/ML 10.00 ml 25 EA      NALBUPHINE HYDROCHLORIDE | AP | RX | | 196.53 | 165.50 | 157.50 | | 5/7/01 |
| 00074-1465-01 ANDA | **NALBUPHINE HCL** (AMP) SOL   IJ      20 MG/ML 1.00 ml 10 EA      NALBUPHINE HYDROCHLORIDE | AP | RX | | 14.61 | 12.30 | 11.70 | | 5/7/01 |
| 00074-1467-01 ANDA | **NALBUPHINE HCL** (VIAL, FLIPTOP) SOL   IJ      20 MG/ML 10.00 ml 25 EA      NALBUPHINE HYDROCHLORIDE | AP | RX | | 317.95 | 267.75 | 255.00 | | 5/7/01 |
| 00074-1211-01 ANDA | **NALOXONE HCL** (AMP) SOL   IJ      0.02 MG/ML 2.00 ml 10 EA      NALOXONE HYDROCHLORIDE | AP | RX | | 14.01 | 11.80 | 11.20 | | 5/7/01 |
| 00074-1212-01 ANDA | **NALOXONE HCL** (AMP) SOL   IJ      0.4 MG/ML 1.00 ml 10 EA      NALOXONE HYDROCHLORIDE | AP | RX | | 13.06 | 11.00 | 10.60 | | 5/7/02 |
| 00074-1215-01 ANDA | **NALOXONE HCL** (VIAL, FLIPTOP) SOL   IJ      0.4 MG/ML 1.00 ml 10 EA      NALOXONE HYDROCHLORIDE | AP | RX | | 14.49 | 12.20 | 11.20 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
___OK  as is              ___OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 01261**

**THOMSON**
™
**MICROMEDEX**

**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 89 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1219-01 ANDA | **NALOXONE HCL** (VIAL, FLIPTOP) SOL    IJ       0.4 MG/ML 10.00 ml 25 EA    NALOXONE HYDROCHLORIDE | AP | RX | | 86.09 | 72.50 | 67.50 | | 5/7/01 |
| 00074-1782-01 ANDA | **NALOXONE HCL** (CARPUJECT,22GX1-1/4') SOL    IJ       0.4 MG/ML 1.00 ml 10 EA    NALOXONE HYDROCHLORIDE | AP | RX | | 15.32 | 12.90 | 11.86 | | 5/7/01 |
| 00074-1782-21 ANDA | **NALOXONE HCL** (CARPUJECT,INTERLINK) SOL    IJ       0.4 MG/ML 1.00 ml 10 EA    NALOXONE HYDROCHLORIDE | AP | RX | | 17.46 | 14.70 | 13.72 | | 5/7/01 |
| 00074-3722-01 | **NEOSTIGMINE METHYLSULFATE** (VIAL, FLIPTOP) SOL    IJ       0.5 MG/ML 10.00 ml 10 EA    NEOSTIGMINE METHYLSULFATE | | RX | | 42.39 | 35.70 | 34.00 | | 5/7/01 |
| 00074-3723-01 | **NEOSTIGMINE METHYLSULFATE** (VIAL, FLIPTOP) SOL    IJ       1 MG/ML 10.00 ml 10 EA    NEOSTIGMINE METHYLSULFATE | | RX | | 44.53 | 37.50 | 34.00 | | 5/7/01 |
| 00074-1800-01 | **NEO-SYNEPHRINE HCL** (AMP) SOL    IJ       10 MG/ML 1.00 ml 25 EA    PHENYLEPHRINE HYDROCHLORIDE | | RX | | 109.55 | 92.25 | 87.75 | | 5/7/01 |
| 00074-6609-02 | **NEUT** (ADD-VANTAGE) SOL    IV       4% 5.00 ml 25 EA    SODIUM BICARBONATE | | RX | | 91.14 | 76.75 | 75.50 | | 5/7/02 |
| 00074-4378-05 NDA | **NIMBEX** (VIAL) SOL    IV       2 MG/ML 5.00 ml 10 EA    CISATRACURIUM BESYLATE | | RX | | 107.11 | 90.20 | 85.00 | | 5/7/02 |
| 00074-4380-10 NDA | **NIMBEX** (M.D.V.) SOL    IV       2 MG/ML 10.00 ml 10 EA    CISATRACURIUM BESYLATE | | RX | | 185.84 | 156.50 | 149.00 | | 5/7/02 |
| 00074-4382-20 NDA | **NIMBEX** (S.D.V.) SOL    IV       10 MG/ML 20.00 ml 10 EA    CISATRACURIUM BESYLATE | | RX | | 1,780.66 | 1,499.50 | 1,428.00 | | 5/7/02 |
| 00074-4104-01 NDA | **NITROGLYCERIN** (VIAL, FLIPTOP) SOL    IV       5 MG/ML 10.00 ml 25 EA    NITROGLYCERIN | AP | RX | | 48.69 | 41.00 | 36.00 | | 5/7/01 |

Instructions:   Please make corrections directly on this printout
___OK  as is              ___OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 01262**