# Exhibit 53C



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 90 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4107-01<br>NDA | **NITROGLYCERIN**<br>(VIAL, FLIPTOP)<br>SOL IV 5 MG/ML<br>5.00 ml 25 EA NITROGLYCERIN | AP | RX | | 40.08 | 33.75 | 28.75 | | 5/7/01 |
| 00074-9252-68 | **NITROGLYCERIN MICRO PUMP**<br>(107", VENTED)<br>KIT NA<br>24 EA KIT, ADMINISTRATION, INTRAVENOUS<br>Delete 6/21/02 | | OTC | | 559.74 | 471.36 | 261.66 | | 4/19/99 ✓ |
| 00074-1772-48 | **NITROGLYCERIN PRIMARY PUMP**<br>(107" W/ROLLER CLAMP)<br>KIT<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS<br>Delete 9/20/02 MMS | | RX | | 1,136.58 | 957.12 | 520.32 | | 4/19/99 |
| 00074-1772-78 | **NITROGLYCERIN PRIMARY PUMP**<br>(CONV PIN-OL,LATEX-FREE)<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,136.58 | 957.12 | 520.32 | | 11/10/99 |
| 00074-3024-01<br>ANDA | **NITROPRESS**<br>(M.D.V.)<br>PDS IV 50 MG<br>1 EA SODIUM NITROPRUSSIDE | AP | RX | | 1.73 | 1.46 | 1.40 | | 5/7/02 |
| 00074-3034-44<br>ANDA | **NITROPRESS**<br>(VIAL, ADD-VANTAGE)<br>PDS IV 50 MG<br>1 EA SODIUM NITROPRUSSIDE | AP | RX | | 3.90 | 3.28 | 3.12 | | 5/7/01 |
| 00074-3250-01<br>ANDA | **NITROPRESS ADVANTAGE KIT**<br>(VIAL, ADD-VANTAGE)<br>PDS IV 50 MG<br>10 EA SODIUM NITROPRUSSIDE<br>Delete 6/21/02 | AP | RX | | 96.19 | 81.00 | 76.00 | | 5/7/01 ✓ |
| 00074-1784-01 | **NONVENTED BLOOD PUMP**<br>(110",SECURE LOCK)<br>KIT NA<br>24 EA KIT, ADMINISTRATION, BLOOD | | OTC | | 482.22 | 406.08 | 216.36 | | 4/19/99 |
| 00074-7041-01 | **NOREPINEPHRINE BITARTRATE**<br>(AMP)<br>SOL IV 1 MG/ML<br>4.00 ml 10 EA NOREPINEPHRINE BITARTRATE | | RX | | 109.84 | 92.50 | 88.10 | | 5/7/01 |
| 00074-4399-05 | **NORMOSOL-M**<br>(S.D. CONTAINER)<br>SOL IV<br>1,000.00 ml 6 EA ELECT/MIN, MULTI | | RX | | 33.35 | 28.08 | 23.10 | | 5/7/01 |
| 00074-7965-03<br>NDA | **NORMOSOL-M W/5% DEXTROSE**<br>(LIFECARE)<br>SOL IV<br>500.00 ml 24 EA DEXTROSE/ELECT | | RX | | 93.20 | 78.48 | 73.44 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___ OK as is
X OK with changes

Signature Jerrie Cicerale Date 10/11/02



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7965-09<br>NDA | **NORMOSOL-M W/5% DEXTROSE**<br>(LIFECARE)<br>SOL IV<br>1,000.00 ml 12 EA DEXTROSE/ELECT | | RX | | 49.16 | 41.40 | 30.48 | | 5/7/01 |
| 00074-7967-03<br>NDA | **NORMOSOL-R**<br>(LIFECARE)<br>SOL IV<br>500.00 ml 24 EA ELECT/MIN, MULTI | | RX | | 90.63 | 76.32 | 71.28 | | 5/7/01 |
| 00074-7967-09<br>NDA | **NORMOSOL-R**<br>(LIFECARE)<br>SOL IV<br>1,000.00 ml 12 EA ELECT/MIN, MULTI | | RX | | 47.74 | 40.20 | 29.52 | | 5/7/01 |
| 00074-1570-05 | **NORMOSOL-R PH 7.4**<br>SOL IV<br>1,000.00 ml 6 EA ELECT/MIN, MULTI<br>INCMS Delete 9/20/02 | | RX | | 49.02 | 41.28 | 36.30 | | 5/7/01 |
| 00074-7670-03 | **NORMOSOL-R PH 7.4**<br>(LIFECARE)<br>SOL IV<br>500.00 ml 24 EA ELECT/MIN, MULTI | | RX | | 115.14 | 96.96 | 91.92 | | 5/7/01 |
| 00074-7670-09 | **NORMOSOL-R PH 7.4**<br>(LIFECARE)<br>SOL IV<br>1,000.00 ml 12 EA ELECT/MIN, MULTI | | RX | | 64.84 | 54.60 | 31.20 | | 5/7/01 |
| 00074-7968-09<br>NDA | **NORMOSOL-R W/5% DEXTROSE**<br>(LIFECARE)<br>SOL IV<br>1,000.00 ml 12 EA DEXTROSE/ELECT | | RX | | 41.90 | 35.28 | 30.24 | | 5/7/01 |
| 00074-1808-02<br>ANDA | **NOVOCAIN**<br>(AMP)<br>SOL IJ 1%<br>2.00 ml 25 EA PROCAINE HYDROCHLORIDE | AP | RX | | 84.61 | 71.25 | 67.96 | | 5/7/01 |
| 00074-1808-06<br>ANDA | **NOVOCAIN**<br>(AMP)<br>SOL IJ 1%<br>6.00 ml 50 EA PROCAINE HYDROCHLORIDE | AP | RX | | 323.00 | 272.00 | 259.03 | | 5/7/01 |
| 00074-1810-02<br>ANDA | **NOVOCAIN**<br>(AMP)<br>SOL IJ 10%<br>2.00 ml 25 EA PROCAINE HYDROCHLORIDE | | RX | | 54.92 | 46.25 | 43.75 | | 5/7/02 |
| 00074-1824-30<br>ANDA | **NOVOCAIN**<br>(VIAL)<br>SOL IJ 1%<br>30.00 ml 1 EA PROCAINE HYDROCHLORIDE | AP | RX | | 18.55 | 15.62 | 14.88 | | 5/7/01 |

Instructions: Please make corrections directly on this printout
___OK as is X OK with changes

Signature Jerrie Cicerale Date 12/4/02



# REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1825-30<br>ANDA | **NOVOCAIN**<br>(VIAL)<br>SOL IJ 2%<br>30.00 ml 1 EA PROCAINE HYDROCHLORIDE | AP | RX | | 20.19 | 17.00 | 12.49 | | 5/7/01 |
| 00074-4437-05<br>NDA | **NUROMAX**<br>(M.D.V.)<br>SOL IV 1 MG/ML<br>5.00 ml 10 EA DOXACURIUM CHLORIDE | | RX | | 203.18 | 171.10 | 150.90 | | 5/7/02 |
| 00074-7914-01 | **NUTRI-CLAMP LOCKING DEVICE**<br>(RED)<br>ACC NA<br>400 EA KIT, FEEDING (ENTERAL) | | OTC | | 327.75 | 276.00 | 120.00 | | 4/19/99 |
| 00074-7915-01 | **NUTRI-CLAMP LOCKING DEVICE**<br>(GREEN)<br>ACC NA<br>400 EA KIT, FEEDING (ENTERAL) | | OTC | | 218.50 | 184.00 | 81.00 | | 4/19/99 |
| 00074-1968-48 | **NUTRIMIX**<br>(MACRO VENTED ADAPTER)<br>DEV NA<br>48 EA KIT, FEEDING (ENTERAL) | | RX | | 368.22 | 310.08 | 162.00 | | 4/19/99 |
| 00074-4417-01 | **NUTRIMIX**<br>(MACRO EMPTY CONT 250 ML)<br>ACC NA<br>50 EA CONTAINER, EVACUATED | | OTC | | 841.94 | 709.00 | 350.00 | | 4/19/99 |
| 00074-4418-01 | **NUTRIMIX**<br>(MACRO EMPTY CONT 500 ML)<br>ACC NA<br>50 EA CONTAINER, EVACUATED | | OTC | | 868.06 | 731.00 | 360.50 | | 4/19/99 |
| 00074-4419-02 | **NUTRIMIX**<br>(MACRO EMPTY CONT 1000ML)<br>ACC NA<br>50 EA CONTAINER, EVACUATED | | OTC | | 894.78 | 753.50 | 371.50 | | 4/19/99 |
| 00074-4425-01 | **NUTRIMIX**<br>(MACRO EMPTY CONT 2000ML)<br>ACC NA<br>50 EA CONTAINER, EVACUATED | | OTC | | 947.63 | 798.00 | 393.50 | | 4/19/99 |
| 00074-4430-01 | **NUTRIMIX**<br>(MACRO EMPTY CONT 3000ML)<br>ACC NA<br>50 EA CONTAINER, EVACUATED | | OTC | | 975.53 | 821.50 | 376.50 | | 4/19/99 |
| 00074-4432-01 | **NUTRIMIX**<br>(MACRO EMPTY CONT 4000ML)<br>ACC NA<br>50 EA CONTAINER, EVACUATED | | OTC | | 1,017.09 | 856.50 | 422.00 | | 4/19/99 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ____________________ Date ______________

THOMSON MICROMEDEX

# REDBOOK Product Listing Verification



MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7700-29 | **NUTRIMIX** (DUAL CHAMBER) SOL IV 3.5%-25% 1,000.00 ml 6 EA AMINO ACIDS/DEXTROSE | | RX | | 172.50 | 145.26 | 138.36 | | 5/7/01 |
| 00074-7701-29 | **NUTRIMIX** (DUAL CHAMBER) SOL IV 3.5%-5% 1,000.00 ml 6 EA AMINO ACIDS/DEXTROSE | | RX | | 212.47 | 178.92 | 170.40 | | 5/7/01 |
| 00074-7702-29 | **NUTRIMIX** (DUAL CHAMBER) SOL IV 4.25%-25% 1,000.00 ml 6 EA AMINO ACIDS/DEXTROSE | | RX | | 178.98 | 150.72 | 143.52 | | 5/7/01 |
| 00074-7744-29 | **NUTRIMIX** (DUAL CHAMBER) SOL IV 5%-25% 1,000.00 ml 6 EA AMINO ACIDS/DEXTROSE | | RX | | 204.27 | 172.02 | 163.80 | | 5/7/01 |
| 00074-7751-29 | **NUTRIMIX** (DUAL CHAMBER) SOL IV 4.25%-10% 1,000.00 ml 6 EA AMINO ACIDS/DEXTROSE | | RX | | 219.95 | 185.22 | 176.40 | | 5/7/01 |
| 00074-7752-29 | **NUTRIMIX** (DUAL CHAMBER) SOL IV 4.25%-20% 1,000.00 ml 6 EA AMINO ACIDS/DEXTROSE | | RX | | 220.88 | 186.00 | 142.44 | | 5/7/01 |
| 00074-7740-29 NDA | **NUTRIMIX W/ELECTROLYTES** (DUAL CHAMBER, 3.25%-5%) SOL IV 1,000.00 ml 6 EA AMINO ACIDS/DEXTROSE/ELECT | | RX | | 223.23 | 187.98 | 179.04 | | 5/7/01 |
| 00074-7742-29 NDA | **NUTRIMIX W/ELECTROLYTES** (DUAL CHAMBER, 4.25%-10%) SOL IV 1,000.00 ml 6 EA AMINO ACIDS/DEXTROSE/ELECT | | RX | | 199.14 | 167.70 | 159.72 | | 5/7/01 |
| 00074-7753-29 | **NUTRIMIX W/ELECTROLYTES** (DUAL CHAMBER, 4.25%-20%) SOL IV 1,000.00 ml 6 EA AMINO ACIDS/DEXTROSE/ELECT | | RX | | 188.46 | 158.70 | 151.14 | | 5/7/01 |
| 00074-7756-29 | **NUTRIMIX W/ELECTROLYTES** (DUAL CHAMBER, 3.5%-25%) SOL IV 1,000.00 ml 6 EA AMINO ACIDS/DEXTROSE/ELECT | | RX | | 187.39 | 157.80 | 150.30 | | 5/7/01 |
| 00074-7757-29 | **NUTRIMIX W/ELECTROLYTES** (DUAL CHAMBER, 4.25%-25%) SOL IV 1,000.00 ml 6 EA AMINO ACIDS/DEXTROSE/ELECT | | RX | | 242.61 | 204.30 | 194.58 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
__OK as is ___OK with changes

Signature __________________ Date ____________

THOMSON MICROMEDEX

## *REDBOOK Product Listing Verification*

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4335-01 ANDA | **PACLITAXEL** SOL IV 6 MG/ML 5.00 ml 1 EA PACLITAXEL | AP | RX | | 139.65 | 117.60 | 112.20 | | 5/9/02 |
| 00074-4335-02 ANDA | **PACLITAXEL** SOL IV 6 MG/ML 16.70 ml 1 EA PACLITAXEL | AP | RX | | 465.50 | 392.00 | 374.00 | | 5/9/02 |
| 00074-4335-04 ANDA | **PACLITAXEL** SOL IV 6 MG/ML 50.00 ml 1 EA PACLITAXEL | AP | RX | | 1,396.50 | 1,176.00 | 1,120.00 | | 5/9/02 |
| 00074-4645-01 ANDA | **PANCURONIUM BROMIDE** (AMP) SOL IV 2 MG/ML 2.00 ml 25 EA PANCURONIUM BROMIDE [handwritten: in CMS Delete 9/20/02] | AP | RX | | 31.17 | 26.25 | 25.00 | | 5/7/01 |
| 00074-4646-01 ANDA | **PANCURONIUM BROMIDE** (VIAL, FLIPTOP) SOL IV 1 MG/ML 10.00 ml 25 EA PANCURONIUM BROMIDE | AP | RX | | 84.02 | 70.75 | 35.25 | | 5/7/02 |
| 00074-6517-03 | **PCA CONTINUOUS INFUSION-OL** (MINIBORE, ANTI-SIPN VLV) KIT NA 24 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 205.77 | 173.28 | 137.04 | | 4/19/99 |
| 00074-6514-01 | **PCA EXTENSION** (10" W/BACKCHECK VALVE) KIT NA 50 EA KIT, INTRAVENOUS EXTENSION TUBING | | RX | | 488.66 | 411.50 | 253.50 | | 4/19/99 |
| 00074-4831-48 | **PCA INJECTOR** DEV NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 104.31 | 87.84 | 72.00 | | 4/19/99 |
| 00074-6516-03 | **PCA LONG W/INJECTOR-OL** (MINIBORE, ANTI-SIPN VLV) KIT NA 24 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 212.04 | 178.56 | 116.16 | | 4/19/99 |
| 00074-3559-01 | **PCA MINIBORE** (W/ANTI-SIPHON VALVE) KIT NA 50 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 420.97 | 354.50 | 242.00 | | 4/13/98 |
| 00074-1950-07 | **PCA PLUS 2** (ENHANCED) DEV NA 1 EA PUMP, INFUSION, PATIENT CONTROLLED ANALGESIA (PCA) | | RX | | 8,114.07 | 6,832.90 | 5,405.23 | | 4/19/99 |

**Instructions:** Please make corrections directly on this printout
___OK as is X OK with changes

Signature [signature: Jerrie Cicerale] Date 10/11/02

THOMSON MICROMEDEX

**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3559-03 | **PCA W/INJECTOR-OL** (MINIBORE, ANTI-SIPN VLV) KIT NA 24 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 205.77 | 173.28 | 124.32 | | 4/19/99 |
| 00074-4548-01 ANDA | **PENTAMIDINE ISETHIONATE** PDS IJ 300 MG 1 EA PENTAMIDINE ISETHIONATE | AP | RX | | 53.44 | 45.00 | 37.76 | | 5/7/02 |
| 00074-4548-49 ANDA | **PENTAMIDINE ISETHIONATE NOVATION** (INSTIT USE) PDS IJ 300 MG 1 EA PENTAMIDINE ISETHIONATE | AP | RX | | 53.44 | 45.00 | 37.76 | | 5/7/02 |
| 00074-3329-01 | **PENTOTHAL** (STERILE WATER COMBO PAK) PDS IV 500 MG 25 EA THIOPENTAL SODIUM | | CIII | | 199.80 | 168.25 | 160.25 | | 5/7/01 |
| 00074-3351-01 | **PENTOTHAL** (SRN, RTM LIFESHIELD) PDS IV 250 MG 25 EA THIOPENTAL SODIUM | | CIII | | 135.97 | 114.50 | 109.00 | | 5/7/01 |
| 00074-3352-01 | **PENTOTHAL** (SRN, RTM LIFESHIELD) PDS IV 400 MG 25 EA THIOPENTAL SODIUM | | CIII | | 193.86 | 163.25 | 155.50 | | 5/7/01 |
| 00074-3353-01 | **PENTOTHAL** (SRN, RTM LIFESHIELD) PDS IV 500 MG 25 EA THIOPENTAL SODIUM | | CIII | | 222.66 | 187.50 | 110.75 | | 5/7/01 |
| 00074-6418-01 | **PENTOTHAL** (SRN, READY-TO-MIX) PDS IV 250 MG 25 EA THIOPENTAL SODIUM | | CIII | | 128.84 | 108.50 | 103.25 | | 5/7/01 |
| 00074-6419-01 | **PENTOTHAL** (SRN, READY-TO-MIX) PDS IV 400 MG 25 EA THIOPENTAL SODIUM | | CIII | | 141.61 | 119.25 | 93.75 | | 5/7/01 |
| 00074-6420-01 | **PENTOTHAL** (SRN, READY-TO-MIX) PDS IV 500 MG 25 EA THIOPENTAL SODIUM | | CIII | | 148.73 | 125.25 | 79.25 | | 5/7/01 |
| 00074-6431-02 | **PENTOTHAL** (BULK PACKAGE) PDS IV 1 GM 25 EA THIOPENTAL SODIUM | | CIII | | 139.23 | 117.25 | 111.25 | | 5/7/02 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ______________________ Date ______________



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6435-01 | **PENTOTHAL** (STERILE WATER COMBO PAK) PDS IV 1 GM 25 EA THIOPENTAL SODIUM | | CIII | | 326.86 | 275.25 | 262.25 | | 5/7/01 |
| 00074-6682-02 | **PENTOTHAL DISPENSING PIN** ACC NA 100 EA DEVICE | | RX | | 890.63 | 750.00 | 349.00 | | 5/7/02 |
| 00074-6108-01 | **PENTOTHAL TRANSFER KIT** (250 ML VIAL, DILUENT) PDS IV 5 GM 25 EA THIOPENTAL SODIUM | | CIII | | 1,007.59 | 848.50 | 808.00 | | 5/7/01 |
| 00074-6259-01 | **PENTOTHAL TRANSFER KIT** (125 ML VIAL, DILUENT) PDS IV 2.5 GM 25 EA THIOPENTAL SODIUM | | CIII | | 635.61 | 535.25 | 509.75 | | 5/7/01 |
| 00074-6260-01 | **PENTOTHAL TRANSFER KIT** (100 ML VIAL, DILUENT) PDS IV 2.5 GM 25 EA THIOPENTAL SODIUM | | CIII | | 693.80 | 584.25 | 347.00 | | 5/7/01 |
| 00074-6504-01 | **PENTOTHAL TRANSFER KIT** (200 ML VIAL, DILUENT) PDS IV 5 GM 25 EA THIOPENTAL SODIUM | | CIII | | 1,053.31 | 887.00 | 511.25 | | 5/7/02 |
| 00074-1317-01 ANDA | **PHENYTOIN SODIUM** (AMP) SOL IV 50 MG/ML 2.00 ml 25 EA PHENYTOIN SODIUM, PROMPT | AP | RX | | 43.64 | 36.75 | 35.00 | | 5/7/01 |
| 00074-1317-02 ANDA | **PHENYTOIN SODIUM** (AMP) SOL IV 50 MG/ML 5.00 ml 25 EA PHENYTOIN SODIUM, PROMPT | AP | RX | | 51.06 | 43.00 | 41.00 | | 5/7/01 |
| 00074-1844-02 ANDA | **PHENYTOIN SODIUM** (CARPUJECT,22GX1-1/4") SOL IV 50 MG/ML 2.00 ml 10 EA PHENYTOIN SODIUM, PROMPT | AP | RX | | 15.08 | 12.70 | 12.10 | | 5/7/02 |
| 00074-1844-15 ANDA | **PHENYTOIN SODIUM** (CARPUJECT,22GX1-1/4") SOL IV 50 MG/ML 5.00 ml 25 EA PHENYTOIN SODIUM, PROMPT | AP | RX | | 57.00 | 48.00 | 43.12 | | 5/7/01 |
| 00074-6141-09 NDA | **PHYSIOSOL** (AQUALITE) SOL IR 1,000.00 ml 12 EA ELECT/MIN, MULTI | AT | RX | | 100.89 | 84.96 | 24.72 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ______________________ Date ______________



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6141-22<br>NDA | PHYSIOSOL<br>(AQUALITE)<br>SOL IR<br>250.00 ml 24 EA ELECT/MIN, MULTI | AT | RX | | 144.78 | 121.92 | 116.16 | | 5/7/01 |
| 00074-7012-05<br>NDA | PHYSIOSOL<br>SOL IR<br>1,000.00 ml 12 EA ELECT/MIN, MULTI | AT | RX | | 69.97 | 58.92 | 53.88 | | 5/7/01 |
| 00074-4510-58 | PLATELET CONCENTRATE INFUSION<br>(14")<br>KIT NA<br>48 EA KIT, ADMINISTRATION, BLOOD | | OTC | | 727.89 | 612.96 | 176.64 | | 4/19/99 |
| 00074-7969-05<br>NDA | PLEGISOL<br>(P.C.)<br>SOL IR<br>1,000.00 ml 12 EA CARDIOPLEGIC SOLUTION | AT | RX | | 613.46 | 516.60 | 492.00 | | 5/7/01 |
| 00074-1479-02 | PLUM LC 5000<br>(40 MM SCREW ETERNAL/98")<br>KIT NA<br>24 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 466.26 | 392.64 | 310.80 | | 4/19/99 |
| 00074-2423-02 | PLUM LC 5000<br>(MICROBORE SL W/IVEX-HP)<br>KIT NA<br>24 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 495.33 | 417.12 | 282.48 | | 4/19/99 |
| 00074-2507-11 | PLUM LC 5000<br>(INFUSER SYSTEM)<br>DEV NA<br>1 EA PUMP, INFUSION | | RX | | 5,710.44 | 4,808.79 | 3,895.50 | | 4/13/98 |
| 00074-2507-12 | PLUM LC 5000<br>(INFUSER SYS RECERTIFIED)<br>DEV NA<br>1 EA PUMP, INFUSION | | RX | | 5,710.44 | 4,808.79 | 3,895.50 | | 4/13/98 |
| 00074-3260-48 | PLUM LC 5000<br>(IV SET-SL NONVENTED)<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 139.65 | 117.60 | 71.28 | | 5/7/01 |
| 00074-6445-03 | PLUM LC 5000<br>(SOLUSET W/HP,CNTPP 130")<br>KIT NA<br>24 EA KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 682.58 | 574.80 | 455.04 | | 4/19/99 |
| 00074-6492-02 | PLUM LC 5000<br>(ENTRL W/INTGRL CO/105 )<br>DEV NA<br>24 EA KIT, FEEDING (ENTERAL) | | RX | | 521.27 | 438.96 | 245.70 | | 4/19/99 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ____________________ Date _______________



# REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-9294-01 | **PLUM LC 5000**<br>(SECONDARY CONTNR SUPPRT)<br>DEV NA<br>1 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 26.97 | 22.71 | 20.00 | | 4/19/99 |
| 00074-9295-01 | **PLUM LC 5000**<br>(MINIPOLE)<br>DEV NA<br>1 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 38.18 | 32.15 | 30.62 | | 4/4/94 |
| 00074-6446-03 | **PLUM LC 5000 LATEX-FREE**<br>(MICRDRP SLST/150 ML BUR)<br>KIT NA<br>24 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 670.61 | 564.72 | 446.88 | | 4/19/99 |
| 00074-9097-48 | **PLUMSET LIFESHIELD H-FLOW**<br>(114", CONV PIN, OL)<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,445.52 | 1,217.28 | 1,104.00 | | 4/19/99 |
| 00074-1644-48 | **PLUMSET MACRO INTEGRAL HP FILTER-OL**<br>(LS CONV PIN,PP SEC PORT)<br>KIT NA<br>48 EA FILTER, INTRAVENOUS TUBING | | RX | | 1,532.73 | 1,290.72 | 525.60 | | 4/19/99 |
| 00074-1645-48 | **PLUMSET MACRO INTEGRAL HP FILTER-OL**<br>(LS CONV PIN, 2-PP-Y)<br>KIT NA<br>48 EA FILTER, INTRAVENOUS TUBING | | RX | | 1,532.73 | 1,290.72 | 720.00 | | 4/19/99 |
| 00074-1647-48 | **PLUMSET MACRO INTEGRAL HP FILTER-OL**<br>(LS CONV PIN, 2-LAV-Y)<br>KIT NA<br>48 EA FILTER, INTRAVENOUS TUBING | | RX | | 1,414.17 | 1,190.88 | 576.00 | | 4/19/99 |
| 00074-1139-48 | **PLUMSET MICRO SECONDARY MIDLENGTH**<br>(CONV PIERCING PIN, 40")<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 130.53 | 109.92 | 96.00 | | 4/19/99 |
| 00074-2427-78 | **PLUMSET MICRODRIP NITROGLYCERIN-OL**<br>(CNVT PIN,LTX FREE,LS)<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,136.58 | 957.12 | 530.88 | | 9/9/99 |
| 00074-1735-78 | **PLUMSET MICRODRIP PRIMARY IV W/OL**<br>(104" W/PP SITE,LTXF,LS)<br>KIT NA<br>24 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 462.56 | 389.52 | 207.54 | | 6/30/99 |
| 00074-6440-12 | **PLUMSET MICRODRIP VENTED**<br>(SINGLE CHANNEL, OL)<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,202.13 | 1,012.32 | 786.06 | | 4/19/99 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ____________________ Date ______________

THOMSON MICROMEDEX

## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1651-48 | **PLUMSET PRIMARY IV W/OL** (CONV PIN, DUAL CH, 1-Y) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 896.61 | 755.04 | 648.00 | | 4/19/99 |
| 00074-2422-12 | **PLUMSET SPECIALTY MICROBORE PUMP-OL** (76") KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 845.88 | 712.32 | 341.28 | | 4/19/99 |
| 00074-2422-22 | **PLUMSET SPECIALTY MICROBORE PUMP-OL** (LATEX FREE,76") KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 845.88 | 712.32 | 341.28 | | 2/2/01 |
| 00074-1846-02 | **PONTOCAINE HCL** (AMP) SOL IJ 1% 2.00 ml 25 EA TETRACAINE HYDROCHLORIDE | | RX | | 146.06 | 123.00 | 117.10 | | 5/7/01 |
| 00074-1849-06 | **PONTOCAINE HCL** (NIPHANOID AMP) PDS IJ 20 MG 100 EA TETRACAINE HYDROCHLORIDE | | RX | | 1,180.38 | 994.00 | 946.50 | | 5/7/01 |
| 00074-1862-01 | **PONTOCAINE HCL** (MONO-DROP) SOL OP 0.5% 15.00 ml 1 EA TETRACAINE HYDROCHLORIDE | | RX | | 23.99 | 20.20 | 19.19 | | 5/7/02 |
| 00074-1863-01 | **PONTOCAINE HCL** SOL OP 0.5% 59.00 ml 1 EA TETRACAINE HYDROCHLORIDE | | RX | | 35.44 | 29.84 | 28.42 | | 5/7/01 |
| 00074-1866-01 | **PONTOCAINE HCL** SOL TP 2% 30.00 ml 1 EA TETRACAINE HYDROCHLORIDE | | RX | | 14.73 | 12.40 | 11.78 | | 5/7/02 |
| 00074-1866-02 | **PONTOCAINE HCL** SOL TP 2% 120.00 ml 1 EA TETRACAINE HYDROCHLORIDE | | RX | | 70.02 | 58.96 | 56.15 | | 5/7/01 |
| 00074-1874-05 | **PONTOCAINE HCL/DEXTROSE** (AMP, FOR SPINAL USE) SOL IJ 0.3% 5.00 ml 10 EA TETRACAINE HYDROCHLORIDE | | RX | | 72.68 | 61.20 | 58.24 | | 5/7/01 |
| 00074-3294-06 NDA | **POTASSIUM ACETATE** (VIAL, FLIPTOP, BULK) SOL IV 2 MEQ/ML 100.00 ml 25 EA POTASSIUM ACETATE | | RX | | 173.08 | 145.75 | 138.75 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ____________________ Date ____________________



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6798 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3294-51<br>NDA | **POTASSIUM ACETATE**<br>(VIAL, FLIPTOP, BULK)<br>SOL IV 2 MEQ/ML<br>50.00 ml 25 EA POTASSIUM ACETATE | | RX | | 75.41 | 63.50 | 60.50 | | 5/7/01 |
| 00074-8183-01<br>NDA | **POTASSIUM ACETATE**<br>(VIAL, FLIPTOP)<br>SOL IV 2 MEQ/ML<br>20.00 ml 25 EA POTASSIUM ACETATE | | RX | | 39.78 | 33.50 | 32.00 | | 5/7/01 |
| 00074-1497-01<br>ANDA | **POTASSIUM CHLORIDE**<br>(VIAL, PINTOP)<br>SOL IV 2 MEQ/ML<br>10.00 ml 25 EA POTASSIUM CHLORIDE | AP | RX | | 84.61 | 71.25 | 67.75 | | 5/7/01 |
| 00074-1498-01<br>ANDA | **POTASSIUM CHLORIDE**<br>(VIAL, PINTOP)<br>SOL IV 2 MEQ/ML<br>15.00 ml 25 EA POTASSIUM CHLORIDE<br>in CMS Delete 9/20/02 | AP | RX | | 91.73 | 77.25 | 73.50 | | 5/7/01 |
| 00074-1499-01<br>ANDA | **POTASSIUM CHLORIDE**<br>(VIAL, PINTOP)<br>SOL IV 2 MEQ/ML<br>20.00 ml 25 EA POTASSIUM CHLORIDE<br>6/21/02 Delete | AP | RX | | 114.00 | 96.00 | 91.50 | | 5/7/01 ✓ |
| 00074-1513-02<br>ANDA | **POTASSIUM CHLORIDE**<br>(VIAL, BULK)<br>SOL IV 2 MEQ/ML<br>250.00 ml 12 EA POTASSIUM CHLORIDE | AP | RX | | 74.24 | 62.52 | 57.48 | | 5/7/01 |
| 00074-3907-03<br>ANDA | **POTASSIUM CHLORIDE**<br>(AMP)<br>SOL IV 2 MEQ/ML<br>10.00 ml 25 EA POTASSIUM CHLORIDE | AP | RX | | 31.77 | 26.75 | 25.50 | | 5/7/01 |
| 00074-3934-02<br>ANDA | **POTASSIUM CHLORIDE**<br>(AMP)<br>SOL IV 2 MEQ/ML<br>20.00 ml 25 EA POTASSIUM CHLORIDE | AP | RX | | 38.00 | 32.00 | 20.25 | | 5/7/01 |
| 00074-4939-01<br>ANDA | **POTASSIUM CHLORIDE**<br>(VIAL, PINTOP)<br>SOL IV 2 MEQ/ML<br>20.00 ml 25 EA POTASSIUM CHLORIDE | AP | RX | | 51.36 | 43.25 | 41.25 | | 5/7/01 |
| 00074-4991-15<br>ANDA | **POTASSIUM CHLORIDE**<br>(SRN)<br>SOL IV 2 MEQ/ML<br>5.00 ml 10 EA POTASSIUM CHLORIDE | AP | RX | | 37.05 | 31.20 | 29.70 | | 5/7/01 |
| 00074-6635-01<br>ANDA | **POTASSIUM CHLORIDE**<br>(VIAL, FLIPTOP, 10 ML)<br>SOL IV 2 MEQ/ML<br>5.00 ml 25 EA POTASSIUM CHLORIDE | AP | RX | | 14.84 | 12.50 | 11.25 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___ OK as is  X OK with changes

Signature Jerrie Cicerale  Date 12/11/02



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6636-01<br>ANDA | **POTASSIUM CHLORIDE**<br>(VIAL, FLIPTOP, 30 ML)<br>SOL IV 2 MEQ/ML<br>15.00 ml 25 EA POTASSIUM CHLORIDE | AP | RX | | 17.22 | 14.50 | 13.25 | | 5/7/01 |
| 00074-6651-06<br>ANDA | **POTASSIUM CHLORIDE**<br>(VIAL, FLIPTOP, 20 ML)<br>SOL IV 2 MEQ/ML<br>10.00 ml 25 EA POTASSIUM CHLORIDE | AP | RX | | 15.44 | 13.00 | 10.75 | | 5/7/01 |
| 00074-6653-05<br>ANDA | **POTASSIUM CHLORIDE**<br>(VIAL, FLIPTOP, 30 ML)<br>SOL IV 2 MEQ/ML<br>20.00 ml 25 EA POTASSIUM CHLORIDE | AP | RX | | 20.48 | 17.25 | 16.00 | | 5/7/01 |
| 00074-7074-26 | **POTASSIUM CHLORIDE**<br>(P.C.)<br>SOL IV 10 MEQ/100 ML<br>100.00 ml 24 EA POTASSIUM CHLORIDE | | RX | | 66.69 | 56.16 | 50.40 | | 5/7/02 |
| 00074-7075-14 | **POTASSIUM CHLORIDE**<br>(P.C.)<br>SOL IV 10 MEQ/50 ML<br>50.00 ml 24 EA POTASSIUM CHLORIDE | | RX | | 66.69 | 56.16 | 51.12 | | 5/7/02 |
| 00074-7075-26 | **POTASSIUM CHLORIDE**<br>(P.C.)<br>SOL IV 20 MEQ/100 ML<br>100.00 ml 24 EA POTASSIUM CHLORIDE | | RX | | 66.69 | 56.16 | 50.40 | | 5/7/02 |
| 00074-7076-26<br>NDA | **POTASSIUM CHLORIDE**<br>(P.C.)<br>SOL IV 30 MEQ/100 ML<br>100.00 ml 24 EA POTASSIUM CHLORIDE | AP | RX | | 65.84 | 55.44 | 50.40 | | 5/7/01 |
| 00074-7077-14<br>NDA | **POTASSIUM CHLORIDE**<br>(P.C.)<br>SOL IV 20 MEQ/50 ML<br>50.00 ml 24 EA POTASSIUM CHLORIDE | AP | RX | | 66.69 | 56.16 | 51.12 | | 5/7/02 |
| 00074-7077-26<br>NDA | **POTASSIUM CHLORIDE**<br>(P.C.)<br>SOL IV 40 MEQ/100 ML<br>100.00 ml 24 EA POTASSIUM CHLORIDE | AP | RX | | 65.84 | 55.44 | 50.40 | | 5/7/01 |
| 00074-7115-09<br>NDA | **POTASSIUM CHLORIDE/SODIUM CHLORIDE**<br>SOL IV 2 MEQ/100 ML-0.9%<br>1,000.00 ml 12 EA POT CL/SOD CL | AP | RX | | 104.17 | 87.72 | 82.68 | | 5/7/01 |
| 00074-7116-09<br>NDA | **POTASSIUM CHLORIDE/SODIUM CHLORIDE**<br>SOL IV 4 MEQ/100 ML-0.9%<br>1,000.00 ml 12 EA POT CL/SOD CL | AP | RX | | 104.17 | 87.72 | 82.68 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ____________________ Date ______________



MICROMEDEX

## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 102 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4201-01 | **POTASSIUM PHOSPHATE** (BULK ADD) SOL IV 3 MM/ML 50.00 ml 25 EA POTASSIUM PHOSPHATE | | RX | | 301.63 | 254.00 | 242.00 | | 5/7/01 |
| 00074-7295-01 | **POTASSIUM PHOSPHATE** (VIAL, FLIPTOP) SOL IV 3 MM/ML 15.00 ml 25 EA POTASSIUM PHOSPHATE | | RX | | 35.92 | 30.25 | 27.75 | | 5/7/01 |
| 00074-7296-01 | **POTASSIUM PHOSPHATE** (VIAL, FLIPTOP) SOL IV 3 MM/ML 5.00 ml 25 EA POTASSIUM PHOSPHATE | | RX | | 23.16 | 19.50 | 17.00 | | 5/7/01 |
| 00074-1638-02 NDA | **PRECEDEX** (VIAL,FLIPTOP,P.F.) SOL IV 100 MCG/ML 2.00 ml 25 EA DEXMEDETOMIDINE HYDROCHLORIDE | | RX | | 1,714.45 | 1,443.75 | 1,375.00 | | 5/7/01 |
| 00074-4968-78 | **PRIMARY CONVERTABLE PIN LATEX FREE** (P.B. MICRODRIP BKCK/INJ) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 806.55 | 679.20 | 128.16 | | 3/24/00 |
| 00074-1769-48 | **PRIMARY IV SET-SL W/IVEX-HP** (112") KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,140.57 | 960.48 | 511.92 | | 4/19/99 |
| 00074-1769-78 | **PRIMARY IV SET-SL W/IVEX-HP** (LATEX FREE,112") KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,140.57 | 960.48 | 511.92 | | 12/7/00 |
| X 00074-3704-48 | **PRIMARY MACRO IV PUMP** (105", VENTED) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 856.14 | 720.96 | ~~371.76~~ 377.76 - 6/11/01 | | 4/19/99 |
| 00074-1771-58 | **PRIMARY NONVENTED IV SET-OL** (112" W/2 SITES,LTXF,LS) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,140.57 | 960.48 | 511.92 | | 10/8/99 |
| 00074-1877-68 | **PRIMARY NONVENTED IV SET-OL** (BACKCHECK, 2-Y-INJ SITE) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 660.63 | 556.32 | 102.24 | | 4/19/99 |
| 00074-1791-48 | **PRIMARY NONVENTED PIGGYBACK IV PUMP** (100",OPTION-LOK) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS 9/20/02 | | RX | | 896.61 | 755.04 | 410.40 | | 4/19/99 |

Instructions: Please make corrections directly on this printout
___OK as is X OK with changes

Signature [signature] Date 12/11/02



## REDBOOK Product Listing Verification



MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6798 - Fax (303) 486-9297

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1902-01<br>ANDA | **PROCAINAMIDE HCL**<br>(VIAL, FLIPTOP)<br>SOL IV 100 MG/ML<br>10.00 ml 25 EA PROCAINAMIDE HYDROCHLORIDE | AP | RX | | 33.84 | 28.50 | 23.50 | | 5/7/01 |
| 00074-1903-01<br>ANDA | **PROCAINAMIDE HCL**<br>(VIAL, FLIPTOP)<br>SOL IV 500 MG/ML<br>2.00 ml 25 EA PROCAINAMIDE HYDROCHLORIDE | AP | RX | | 46.02 | 38.75 | 36.25 | | 5/7/01 |
| 00074-1923-04<br>ANDA | **PROCAINE HCL**<br>(VIAL, FLIPTOP)<br>SOL IJ 1%<br>30.00 ml 25 EA PROCAINE HYDROCHLORIDE | AP | RX | | 51.95 | 43.75 | 41.25 | | 5/7/01 |
| 00074-1953-04<br>ANDA | **PROCAINE HCL**<br>(VIAL, FLIPTOP)<br>SOL IJ 2%<br>30.00 ml 25 EA PROCAINE HYDROCHLORIDE | AP | RX | | 59.38 | 50.00 | 41.25 | | 5/7/01 |
| 00074-1880-02<br>ANDA | **PROCHLORPERAZINE EDISYLATE**<br>(CARPUJECT,22GX1-1/4")<br>SOL IJ 5 MG/ML<br>2.00 ml 10 EA PROCHLORPERAZINE EDISYLATE | AP | RX | | 20.66 | 17.40 | 16.60 | | 5/7/02 |
| 00074-1880-22<br>ANDA | **PROCHLORPERAZINE EDISYLATE**<br>(CARPUJECT,INTERLINK)<br>SOL IJ 5 MG/ML<br>2.00 ml 10 EA PROCHLORPERAZINE EDISYLATE | AP | RX | | 30.99 | 26.10 | 24.89 | | 5/7/01 |
| 00074-1880-32<br>ANDA | **PROCHLORPERAZINE EDISYLATE**<br>(CARPUJECT,LUER LOCK)<br>SOL IJ 5 MG/ML<br>2.00 ml 10 EA PROCHLORPERAZINE EDISYLATE | AP | RX | | 23.87 | 20.10 | 19.06 | | 5/7/01 |
| 00074-2312-01<br>ANDA | **PROMETHAZINE HCL**<br>(CARPUJECT)<br>SOL IJ 25 MG/ML<br>1.00 ml 10 EA PROMETHAZINE HYDROCHLORIDE | AP | RX | | 11.52 | 9.70 | 9.20 | | 5/7/02 |
| 00074-2312-11<br>ANDA | **PROMETHAZINE HCL**<br>(CARPUJECT,BLUNT CANNULA)<br>SOL IJ 25 MG/ML<br>1.00 ml 10 EA PROMETHAZINE HYDROCHLORIDE | AP | RX | | 11.99 | 10.10 | 9.60 | | 5/7/02 |
| 00074-2312-31<br>ANDA | **PROMETHAZINE HCL**<br>(CARPUJECT,LUER LOCK)<br>SOL IJ 25 MG/ML<br>1.00 ml 10 EA PROMETHAZINE HYDROCHLORIDE | AP | RX | | 12.11 | 10.20 | 9.70 | | 5/7/02 |
| 00074-2335-01<br>ANDA | **PROMETHAZINE HCL**<br>(CARPUJECT)<br>SOL IJ 50 MG/ML<br>1.00 ml 10 EA PROMETHAZINE HYDROCHLORIDE | AP | RX | | 13.54 | 11.40 | 10.90 | | 5/7/02 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ____________________ Date ______________



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111-4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2335-31<br>ANDA | **PROMETHAZINE HCL**<br>(CARPUJECT,LUER LOCK)<br>SOL IJ 50 MG/ML<br>1.00 ml 10 EA PROMETHAZINE HYDROCHLORIDE | AP | RX | | 12.71 | 10.70 | 10.20 | | 5/7/02 |
| 00074-4818-01 | **PROVIDER PUMP**<br>(72")<br>KIT NA<br>24 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,378.26 | 1,160.64 | 964.08 | | 4/19/99 |
| 00074-4829-01 | **PROVIDER PUMP**<br>(72", NON-VENTED)<br>KIT NA<br>24 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,155.11 | 972.72 | 369.36 | | 4/19/99 |
| 00074-2003-01 | **QUAD STAND ADAPTER**<br>(DUAL-DESIGN CLAMP)<br>ACC NA<br>1 EA INFUSION STAND | | OTC | | 99.03 | 83.39 | 69.94 | | 4/19/99 |
| 00074-6629-02<br>NDA | **QUELICIN**<br>(VIAL, FLIPTOP)<br>SOL IV 20 MG/ML<br>10.00 ml 25 EA SUCCINYLCHOLINE CHLORIDE | AP | RX | | 26.42 | 22.25 | 21.00 | | 5/7/02 |
| 00074-6642-02<br>NDA | **QUELICIN**<br>(AMP)<br>SOL IV 50 MG/ML<br>10.00 ml 25 EA SUCCINYLCHOLINE CHLORIDE<br>mcms Deleted 9/20/02 | | RX | | 92.63 | 78.00 | 74.25 | | 5/7/01 |
| 00074-6970-10<br>NDA | **QUELICIN**<br>(VIAL, FLIPTOP, 20 ML)<br>SOL IV 100 MG/ML<br>10.00 ml 25 EA SUCCINYLCHOLINE CHLORIDE | | RX | | 99.75 | 84.00 | 80.00 | | 5/7/01 |
| 00074-8065-15<br>NDA | **QUELICIN**<br>(ABBOJECT)<br>SOL IV 20 MG/ML<br>5.00 ml 10 EA SUCCINYLCHOLINE CHLORIDE | AP | RX | | 90.01 | 75.80 | 72.20 | | 5/7/01 |
| 00074-5833-01 | **QUIK LOK**<br>(STERILE)<br>ACC NA<br>120 EA KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 146.78 | 123.60 | 56.70 | | 4/19/99 |
| 00074-7982-09<br>NDA | **RINGER'S INJECTION**<br>(LIFECARE)<br>SOL IJ<br>1,000.00 ml 12 EA CAL CL/POT CL/SOD CL | AP | RX | | 28.36 | 23.88 | 18.84 | | 5/7/01 |
| 00074-7982-24<br>NDA | **RINGER'S INJECTION**<br>(LIFECARE)<br>SOL IJ<br>500.00 ml 24 EA CAL CL/POT CL/SOD CL | AP | RX | | 50.45 | 42.48 | 37.44 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___OK as is X OK with changes
Signature Jerrie Cicerale Date 12/11/02



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6798 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6140-09<br>NDA | **RINGER'S IRRIGATION**<br>(AQUALITE)<br>SOL IR<br>1,000.00 ml 12 EA CAL CL/POT CL/SOD CL | AT | RX | | 54.86 | 46.20 | 46.20 | | 5/7/01 |
| 00074-8076-01 | **SNAP LOCK**<br>DEV NA<br>800 EA CLIP, INFUSION LINE | | OTC | | 741.00 | 624.00 | 280.00 | | 4/19/99 |
| 00074-3299-05<br>NDA | **SODIUM ACETATE**<br>(VIAL, FLIPTOP, BULK)<br>SOL IV 2 MEQ/ML<br>50.00 ml 25 EA SODIUM ACETATE | | RX | | 103.61 | 87.25 | 82.25 | | 5/7/01 |
| 00074-3299-06<br>NDA | **SODIUM ACETATE**<br>(VIAL, FLIPTOP, BULK)<br>SOL IV 2 MEQ/ML<br>100.00 ml 25 EA SODIUM ACETATE | | RX | | 106.88 | 90.00 | 76.50 | | 5/7/01 |
| 00074-7299-01<br>NDA | **SODIUM ACETATE**<br>(VIAL, FLIPTOP)<br>SOL IV 2 MEQ/ML<br>20.00 ml 25 EA SODIUM ACETATE | | RX | | 42.45 | 35.75 | 34.00 | | 5/7/01 |
| 00074-1594-03 | **SODIUM BICARBONATE**<br>SOL IV 5%<br>500.00 ml 12 EA SODIUM BICARBONATE | | RX | | 168.29 | 141.72 | 135.00 | | 5/7/01 |
| 00074-4900-18 | **SODIUM BICARBONATE**<br>(INFANT ABBOJECT)<br>SOL IV 8.4%<br>10.00 ml 10 EA SODIUM BICARBONATE | | RX | | 28.86 | 24.30 | 23.10 | | 5/7/01 |
| 00074-4900-34 | **SODIUM BICARBONATE**<br>(ABBOJECT,INFANT LS)<br>SOL IV 8.4%<br>10.00 ml 10 EA SODIUM BICARBONATE | | RX | | 34.32 | 28.90 | 27.40 | | 5/7/02 |
| 00074-4916-22 | **SODIUM BICARBONATE**<br>(ABBOJECT, 18GX1-1/2)<br>SOL IV 7.5%<br>50.00 ml 10 EA SODIUM BICARBONATE | | RX | | 44.53 | 37.50 | 35.70 | | 5/7/01 |
| 00074-4916-34 | **SODIUM BICARBONATE**<br>(LIFESHIELD ABBOJECT)<br>SOL IV 7.5%<br>50.00 ml 10 EA SODIUM BICARBONATE | | RX | | 49.52 | 41.70 | 39.70 | | 5/7/01 |
| 00074-5534-18 | **SODIUM BICARBONATE**<br>(INFANT ABBOJECT)<br>SOL IV 4.2%<br>10.00 ml 10 EA SODIUM BICARBONATE | | RX | | 31.35 | 26.40 | 25.10 | | 5/7/01 |

Instructions: Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ______________________ Date ______________



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 106 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-5534-34 | **SODIUM BICARBONATE**<br>(INFANT LS ABBOJECT)<br>SOL IV 4.2%<br>10.00 ml 10 EA SODIUM BICARBONATE | | RX | | 54.15 | 45.60 | 43.40 | | 5/7/01 |
| 00074-6625-02 | **SODIUM BICARBONATE**<br>(VIAL, FLIPTOP)<br>SOL IV 8.4%<br>50.00 ml 25 EA SODIUM BICARBONATE | | RX | | 57.59 | 48.50 | 46.00 | | 5/7/01 |
| 00074-6637-22 | **SODIUM BICARBONATE**<br>(ABBOJECT, 18GX1-1/2)<br>SOL IV 8.4%<br>50.00 ml 10 EA SODIUM BICARBONATE | | RX | | 26.48 | 22.30 | 21.20 | | 5/7/01 |
| 00074-6637-34 | **SODIUM BICARBONATE**<br>(LIFESHIELD ABBOJECT)<br>SOL IV 8.4%<br>50.00 ml 10 EA SODIUM BICARBONATE | | RX | | 34.08 | 28.70 | 27.30 | | 5/7/01 |
| 00074-1130-02 | **SODIUM CHLORIDE**<br>SOL IV 23.4%<br>250.00 ml 12 EA SODIUM CHLORIDE | | RX | | 92.77 | 78.12 | 73.08 | | 5/7/01 |
| 00074-1141-01 | **SODIUM CHLORIDE**<br>(VIAL, FLIPTOP, BULK PKG)<br>SOL IV 23.4%<br>50.00 ml 25 EA SODIUM CHLORIDE | | RX | | 70.36 | 59.25 | 56.50 | | 5/7/01 |
| 00074-1141-02 | **SODIUM CHLORIDE**<br>(VIAL, FLIPTOP, BULK PKG)<br>SOL IV 23.4%<br>100.00 ml 25 EA SODIUM CHLORIDE | | RX | | 156.75 | 132.00 | 125.75 | | 5/7/01 |
| 00074-1493-01<br>NDA | **SODIUM CHLORIDE**<br>(100 ML PRESS.PNTOP VIAL)<br>SOL IV 0.9%<br>50.00 ml 25 EA SODIUM CHLORIDE<br>InCMS Date 9/20/02 | AP | RX | | 76.00 | 64.00 | 59.00 | | 5/7/01 |
| 000741542114<br>NDA | **SODIUM CHLORIDE**<br>(LIFECARE,SINGLE PACK,LF)<br>SOL IV 0.9%<br>50.00 ml 48 EA SODIUM CHLORIDE<br>Effective 5-7-02 | AP | RX | | 94.62 | ~~79.68~~<br>84.96 | ~~74.88~~<br>81.12 | | 5/7/01 |
| 000741542126<br>NDA | **SODIUM CHLORIDE**<br>(LIFECARE,SINGLE PACK,LF)<br>SOL IV 0.9%<br>100.00 ml 48 EA SODIUM CHLORIDE<br>5-7-02 | AP | RX | | 177.27 | 149.28<br>154.20 | 74.88<br>81.12 | | 5/7/01 |
| 00074-1583-01<br>NDA | **SODIUM CHLORIDE**<br>SOL IV 0.9%<br>150.00 ml 12 EA SODIUM CHLORIDE | AP | RX | | 54.86 | 46.20 | 41.25 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
__ OK as is X OK with changes
Signature Jerrie Cicerale Date 12/11/02



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1583-02<br>NDA | **SODIUM CHLORIDE**<br>SOL IV 0.9%<br>250.00 ml 12 EA SODIUM CHLORIDE | AP | RX | | 56.29 | 47.40 | 41.25 | | 5/7/01 |
| 00074-1584-01<br>NDA | **SODIUM CHLORIDE**<br>(150 ML CONTAINER)<br>SOL IV 0.9%<br>50.00 ml 12 EA SODIUM CHLORIDE | AP | RX | | 85.36 | 71.88 | 68.52 | | 5/7/02 |
| 00074-1584-11<br>NDA | **SODIUM CHLORIDE**<br>(150 ML CONTAINER)<br>SOL IV 0.9%<br>100.00 ml 12 EA SODIUM CHLORIDE | AP | RX | | 147.77 | 124.44 | 118.56 | | 5/7/01 |
| 00074-1586-03 | **SODIUM CHLORIDE**<br>SOL IV 5%<br>500.00 ml 12 EA SODIUM CHLORIDE | | RX | | 113.86 | 95.88 | 90.84 | | 5/7/01 |
| 00074-1811-02 | **SODIUM CHLORIDE**<br>(CARPUJECT,22GX1-1/4")<br>SOL IV 0.9%<br>2.00 ml 50 EA SODIUM CHLORIDE | EE | RX | | 40.38 | 34.00 | 32.36 | | 5/7/01 |
| 00074-1811-05 | **SODIUM CHLORIDE**<br>(CARPUJECT,22GX1-1/4")<br>SOL IV 0.9%<br>5.00 ml 25 EA SODIUM CHLORIDE | EE | RX | | 25.53 | 21.50 | 19.10 | | 4/19/99 |
| 00074-1812-02 | **SODIUM CHLORIDE**<br>(CARPUJECT,BLUNT-CANNULA)<br>SOL IV 0.9%<br>2.00 ml 50 EA SODIUM CHLORIDE | EE | RX | | 41.56 | 35.00 | 31.00 | | 5/7/02 |
| 00074-1812-03 | **SODIUM CHLORIDE**<br>(CARPUJECT,BLUNT-CANNULA)<br>SOL IV 0.9%<br>3.00 ml 25 EA SODIUM CHLORIDE | EE | RX | | 36.81 | 31.00 | 29.62 | | 5/7/01 |
| 00074-1812-05 | **SODIUM CHLORIDE**<br>(CARPUJECT,BLUNT-CANNULA)<br>SOL IV 0.9%<br>5.00 ml 25 EA SODIUM CHLORIDE | EE | RX | | 39.48 | 33.25 | 29.62 | | 4/19/99 |
| 00074-1812-22 | **SODIUM CHLORIDE**<br>(CARPUJECT,INTERLINK,PF)<br>SOL IV 0.9%<br>2.00 ml 50 EA SODIUM CHLORIDE | EE | RX | | 50.47 | 42.50 | 37.00 | | 5/7/02 |
| 00074-1812-23 | **SODIUM CHLORIDE**<br>(CARPUJECT,INTERLINK,PF)<br>SOL IV 0.9%<br>3.00 ml 25 EA SODIUM CHLORIDE | EE | RX | | 31.77 | 26.75 | 21.75 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ____________________ Date ________________




## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1812-25 | **SODIUM CHLORIDE** (CARPUJECT,INTERLINK,PF) SOL IV 0.9% 5.00 ml 25 EA SODIUM CHLORIDE | EE | RX | | 39.48 | 33.25 | 23.00 | | 4/19/99 |
| 00074-1885-02 | **SODIUM CHLORIDE** (CARPUJECT, 25GX5/8") SOL IV 0.9% 2.00 ml 50 EA SODIUM CHLORIDE | EE | RX | | 35.03 | 29.50 | 25.00 | | 5/7/02 |
| 00074-1885-03 | **SODIUM CHLORIDE** (CARPUJECT, 25GX5/8") SOL IV 0.9% 3.00 ml 25 EA SODIUM CHLORIDE | EE | RX | | 21.97 | 18.50 | 17.60 | | 5/7/01 |
| 00074-1885-05 | **SODIUM CHLORIDE** (CARPUJECT, 25GX5/8") SOL IV 0.9% 5.00 ml 25 EA SODIUM CHLORIDE | EE | RX | | 23.75 | 20.00 | 19.10 | | 5/7/01 |
| 00074-1885-12 | **SODIUM CHLORIDE** (2 CARPUJECT,25GX5/8") KIT IV 0.9% 50 EA SODIUM CHLORIDE | EE | RX | | 80.75 | 68.00 | 64.68 | | 5/7/01 |
| 00074-1918-32 | **SODIUM CHLORIDE** (CARPUJECT,LUER LOCK) SOL IV 0.9% 2.00 ml 50 EA SODIUM CHLORIDE | EE | RX | | 46.91 | 39.50 | 34.50 | | 5/7/01 |
| 00074-1918-33 | **SODIUM CHLORIDE** (CARPUJECT,LUER LOCK) SOL IV 0.9% 5.00 ml 25 EA SODIUM CHLORIDE | EE | RX | | 35.03 | 29.50 | 28.00 | | 5/7/01 |
| 00074-1918-35 | **SODIUM CHLORIDE** (CARPUJECT,LUER LOCK) SOL IV 0.9% 5.00 ml 25 EA SODIUM CHLORIDE | EE | RX | | 34.73 | 29.25 | 27.93 | | 5/7/01 |
| 00074-2102-02 NDA | **SODIUM CHLORIDE** (VIAL) SOL IV 0.9% 2.00 ml 25 EA SODIUM CHLORIDE | AP | RX | | 13.06 | 11.00 | 10.50 | | 5/7/02 |
| 00074-2102-05 NDA | **SODIUM CHLORIDE** (VIAL) SOL IV 0.9% 5.00 ml 25 EA SODIUM CHLORIDE | AP | RX | | 13.36 | 11.25 | 10.00 | | 5/7/01 |
| 00074-2102-32 NDA | **SODIUM CHLORIDE** (VIAL,ALUER) SOL IV 0.9% 10.00 ml 25 EA SODIUM CHLORIDE | AP | RX | | 17.22 | 14.50 | 10.68 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ______________________ Date ______________



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4219-02 | **SODIUM CHLORIDE**<br>(BULK ADDITIVE SOLUTION)<br>SOL IV 2.5%<br>250.00 ml 12 EA SODIUM CHLORIDE | | RX | | 59.28 | 49.92 | 44.88 | | 5/7/01 |
| 00074-4888-10<br>NDA | **SODIUM CHLORIDE**<br>(VIAL, FLIPTOP, ADDITIVE)<br>SOL IV 0.9%<br>10.00 ml 25 EA SODIUM CHLORIDE | AP | RX | | 11.88 | 10.00 | 9.50 | | 5/7/01 |
| 00074-4888-12 | **SODIUM CHLORIDE**<br>(VIAL,FLIPTOP,LIFESHIELD)<br>SOL IV 0.9%<br>10.00 ml 25 EA SODIUM CHLORIDE | AP | RX | | 14.25 | 12.00 | 11.25 | | 5/7/02 |
| 00074-4888-20<br>NDA | **SODIUM CHLORIDE**<br>(VIAL, FLIPTOP, ADDITIVE)<br>SOL IV 0.9%<br>20.00 ml 25 EA SODIUM CHLORIDE | AP | RX | | 16.92 | 14.25 | 13.00 | | 5/7/01 |
| 00074-4888-50<br>NDA | **SODIUM CHLORIDE**<br>(VIAL, FLIPTOP, ADDITIVE)<br>SOL IV 0.9%<br>50.00 ml 25 EA SODIUM CHLORIDE | AP | RX | | 29.69 | 25.00 | 23.75 | | 5/7/01 |
| 00074-4888-70 | **SODIUM CHLORIDE**<br>(VIAL,PLASTIC ALUER)<br>SOL IV 0.9%<br>10.00 ml 25 EA SODIUM CHLORIDE | AP | RX | | 13.66 | 11.50 | 11.00 | | 5/7/01 |
| 00074-4888-99<br>NDA | **SODIUM CHLORIDE**<br>(VIAL, FLIPTOP, ADDITIVE)<br>SOL IV 0.9%<br>100.00 ml 25 EA SODIUM CHLORIDE | AP | RX | | 40.67 | 34.25 | 29.25 | | 5/7/01 |
| 00074-5365-05<br>NDA | **SODIUM CHLORIDE**<br>(ANSYR,FOR IV FLUSH)<br>SOL IV 0.9%<br>5.00 ml 50 EA SODIUM CHLORIDE | AP | RX | | 71.25 | 60.00 | 48.00 | | 5/7/01 |
| 00074-5365-10 | **SODIUM CHLORIDE**<br>(SRN,FOR IV FLUSH)<br>SOL IV 0.9%<br>10.00 ml 50 EA SODIUM CHLORIDE | AP | RX | | 119.94 | 101.00 | 35.00 | | 5/7/01 |
| 00074-6138-03<br>NDA | **SODIUM CHLORIDE**<br>(AQUALITE)<br>SOL IR 0.9%<br>500.00 ml 24 EA SODIUM CHLORIDE | AT | RX | | 49.88 | 42.00 | 36.00 | | 5/7/01 |
| 00074-6138-22<br>NDA | **SODIUM CHLORIDE**<br>(AQUALITE)<br>SOL IR 0.9%<br>250.00 ml 24 EA SODIUM CHLORIDE | AT | RX | | 45.60 | 38.40 | 33.36 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ______________________ Date ________________

THOMSON MICROMEDEX

**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111-4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6147-36 NDA | **SODIUM CHLORIDE** (AQUALITE) SOL IR 0.45% 1,500.00 ml 9 EA SODIUM CHLORIDE | AT | RX | | 39.01 | 32.85 | 27.81 | | 5/7/01 |
| 00074-6657-73 | **SODIUM CHLORIDE** (VIAL, FLIPTOP, 50MEQ) SOL IV 14.6% 20.00 ml 25 EA SODIUM CHLORIDE | | RX | | 24.64 | 20.75 | 19.50 | | 5/7/01 |
| 00074-6660-75 | **SODIUM CHLORIDE** (VIAL, FLIPTOP, ADDITIVE) SOL IV 14.6% 40.00 ml 25 EA SODIUM CHLORIDE | | RX | | 18.70 | 15.75 | 14.50 | | 5/7/01 |
| 00074-7101-02 NDA | **SODIUM CHLORIDE** (ADD-VANTAGE, LIFECARE) SOL IV 0.9% 250.00 ml 24 EA SODIUM CHLORIDE | AP | RX | | 81.51 | 68.64 | 63.60 | | 5/7/01 |
| 00074-7101-66 NDA | **SODIUM CHLORIDE** (ADD-VANT,LIFECARE,P.F.) SOL IV 0.9% 50.00 ml 50 EA SODIUM CHLORIDE | AP | RX | | 127.66 | 107.50 | 81.50 | | 5/7/01 |
| 00074-7101-67 NDA | **SODIUM CHLORIDE** (ADD-VANT,LIFECARE,P.F.) SOL IV 0.9% 100.00 ml 50 EA SODIUM CHLORIDE | AP | RX | | 149.03 | 125.50 | 81.50 | | 5/7/01 |
| 00074-7132-02 NDA | **SODIUM CHLORIDE** (ADD-VANTAGE) SOL IV 0.45% 250.00 ml 24 EA SODIUM CHLORIDE | AP | RX | | 135.95 | 114.48 | 108.96 | | 5/7/01 |
| 00074-7132-66 NDA | **SODIUM CHLORIDE** (ADD-VANTAGE) SOL IV 0.45% 50.00 ml 50 EA SODIUM CHLORIDE | AP | RX | | 235.72 | 198.50 | 79.00 | | 5/7/01 |
| 00074-7132-67 NDA | **SODIUM CHLORIDE** (ADD-VANTAGE) SOL IV 0.45% 100.00 ml 50 EA SODIUM CHLORIDE | AP | RX | | 259.47 | 218.50 | 83.00 | | 5/7/01 |
| 00074-7138-09 NDA | **SODIUM CHLORIDE** (AQUALITE W/HANGER) SOL IR 0.9% 1,000.00 ml 12 EA SODIUM CHLORIDE | AT | RX | | 25.37 | 21.36 | 16.32 | | 5/7/01 |
| 00074-7138-36 NDA | **SODIUM CHLORIDE** (AQUALITE W/HANGER) SOL IR 0.9% 1,500.00 ml 9 EA SODIUM CHLORIDE | AT | RX | | 27.79 | 23.40 | 18.36 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___ OK as is ___ OK with changes

Signature ____________________ Date ______________



**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7730-20 NDA | **SODIUM CHLORIDE** (QUAD-PK) SOL IV 0.45% 25.00 ml 48 EA SODIUM CHLORIDE | AP | RX | | 257.64 | 216.96 | 102.72 | | 5/7/01 |
| 00074-7730-36 NDA | **SODIUM CHLORIDE** SOL IV 0.45% 50.00 ml 80 EA SODIUM CHLORIDE | AP | RX | | 367.65 | 309.60 | 295.20 | | 5/7/01 |
| 00074-7730-37 NDA | **SODIUM CHLORIDE** SOL IV 0.45% 100.00 ml 80 EA SODIUM CHLORIDE | AP | RX | | 419.90 | 353.60 | 171.20 | | 5/7/01 |
| 00074-7972-07 NDA | **SODIUM CHLORIDE** (FLEXIBLE CONTAINER) SOL IR 0.9% 2,000.00 ml 6 EA SODIUM CHLORIDE | AT | RX | | 43.68 | 36.78 | 31.80 | | 5/7/01 |
| 00074-7972-08 NDA | **SODIUM CHLORIDE** (FLEXIBLE CONTAINER) SOL IR 0.9% 3,000.00 ml 4 EA SODIUM CHLORIDE | AT | RX | | 38.67 | 32.56 | 27.56 | | 5/7/01 |
| 00074-7975-07 NDA | **SODIUM CHLORIDE** SOL IR 0.45% 2,000.00 ml 6 EA SODIUM CHLORIDE | AT | RX | | 43.68 | 36.78 | 31.80 | | 5/7/01 |
| 00074-7983-02 NDA | **SODIUM CHLORIDE** (LIFECARE,P.C.,LTX FREE) SOL IV 0.9% 250.00 ml 24 EA SODIUM CHLORIDE | AP | RX | | 37.91 | 31.92 | 26.88 | | 5/7/01 |
| 00074-7983-03 NDA | **SODIUM CHLORIDE** (LIFECARE,P.C.,LTX FREE) SOL IV 0.9% 500.00 ml 24 EA SODIUM CHLORIDE | AP | RX | | 52.73 | 44.40 | 24.48 | | 5/7/01 |
| 00074-7983-09 NDA | **SODIUM CHLORIDE** (LIFECARE,P.C.,LTX FREE) SOL IV 0.9% 1,000.00 ml 12 EA SODIUM CHLORIDE | AP | RX | | 27.79 | 23.40 | 17.40 | | 5/7/01 |
| 00074-7983-53 NDA | **SODIUM CHLORIDE** (LIFECARE,2 PORTS,PC,LF) SOL IV 0.9% 250.00 ml 24 EA SODIUM CHLORIDE | AP | RX | | 50.45 | 42.48 | 37.44 | | 5/7/01 |
| 00074-7983-55 NDA | **SODIUM CHLORIDE** (LIFECARE,2 PORTS,PC,LF) SOL IV 0.9% 500.00 ml 18 EA SODIUM CHLORIDE | AP | RX | | 43.39 | 36.54 | 36.54 | | 5/7/01 |

Instructions: Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ______________________ Date ______________



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7983-61<br>NDA | **SODIUM CHLORIDE**<br>(LIFECARE,P.C.,LTX FREE)<br>SOL IV 0.9%<br>150.00 ml 32 EA SODIUM CHLORIDE | AP | RX | | 46.74 | 39.36 | 34.24 | | 5/7/01 |
| 00074-7984-20<br>NDA | **SODIUM CHLORIDE**<br>(LIFECARE,QUAD PACK,LF)<br>SOL IV 0.9%<br>25.00 ml 48 EA SODIUM CHLORIDE | AP | RX | | 128.25 | 108.00 | 102.72 | | 5/7/01 |
| 00074-7984-36<br>NDA | **SODIUM CHLORIDE**<br>(LIFECARE,QUAD PACK,LF)<br>SOL IV 0.9%<br>50.00 ml 80 EA SODIUM CHLORIDE | AP | RX | | 161.50 | 136.00 | 129.60 | | 5/7/01 |
| 00074-7984-37<br>NDA | **SODIUM CHLORIDE**<br>(LIFECARE,QUAD PACK,LF)<br>SOL IV 0.9%<br>100.00 ml 80 EA SODIUM CHLORIDE | AP | RX | | 200.45 | 168.80 | 129.60 | | 5/7/01 |
| 00074-7985-02<br>NDA | **SODIUM CHLORIDE**<br>SOL IV 0.45%<br>250.00 ml 24 EA SODIUM CHLORIDE | AP | RX | | 36.48 | 30.72 | 29.28 | | 5/7/01 |
| 00074-7985-03<br>NDA | **SODIUM CHLORIDE**<br>(LIFECARE)<br>SOL IV 0.45%<br>500.00 ml 24 EA SODIUM CHLORIDE | AP | RX | | 37.34 | 31.44 | 26.40 | | 5/7/01 |
| 00074-7985-09<br>NDA | **SODIUM CHLORIDE**<br>(LIFECARE)<br>SOL IV 0.45%<br>1,000.00 ml 12 EA SODIUM CHLORIDE | AP | RX | | 21.80 | 18.36 | 13.32 | | 5/7/01 |
| 00074-1966-04<br>NDA | **SODIUM CHLORIDE BACTERIOSTATIC**<br>(VIAL, FLIPTOP)<br>SOL IV 0.9%<br>10.00 ml 25 EA SODIUM CHLORIDE | AP | RX | | 16.63 | 14.00 | 13.25 | | 5/7/01 |
| 00074-1966-05<br>NDA | **SODIUM CHLORIDE BACTERIOSTATIC**<br>(VIAL, FLIPTOP)<br>SOL IV 0.9%<br>20.00 ml 25 EA SODIUM CHLORIDE | AP | RX | | 19.89 | 16.75 | 15.50 | | 5/7/01 |
| 00074-1966-07<br>NDA | **SODIUM CHLORIDE BACTERIOSTATIC**<br>(VIAL, FLIPTOP PLASTIC)<br>SOL IV 0.9%<br>30.00 ml 25 EA SODIUM CHLORIDE | AP | RX | | 23.45 | 19.75 | 11.00 | | 5/7/02 |
| 00074-1966-12<br>NDA | **SODIUM CHLORIDE BACTERIOSTATIC**<br>(FLIPTOP,LS-PLASTIC)<br>SOL IV 0.9%<br>10.00 ml 25 EA SODIUM CHLORIDE | AP | RX | | 18.70 | 15.75 | 12.25 | | 5/7/02 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ____________________ Date ______________



**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111-4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 113 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1966-14<br>NDA | **SODIUM CHLORIDE BACTERIOSTATIC**<br>(FLIPTOP,LS-PLASTIC)<br>SOL IV 0.9%<br>30.00 ml 25 EA SODIUM CHLORIDE | AP | RX | | 25.23 | 21.25 | 18.75 | | 5/7/02 |
| 00074-3469-13<br>ANDA | **SODIUM CHLORIDE/TOBRAMYCIN SULFATE**<br>(PREMIX)<br>SOL IV 0.9%-60 MG/50 ML<br>50.00 ml 24 EA SOD CL/TOBRAMYCIN SULF | | RX | | 212.04 | 178.56 | 170.16 | | 5/7/01 |
| 00074-3470-23<br>ANDA | **SODIUM CHLORIDE/TOBRAMYCIN SULFATE**<br>(PREMIX)<br>SOL IV 0.9%-80 MG/100 ML<br>100.00 ml 24 EA SOD CL/TOBRAMYCIN SULF | | RX | | 247.95 | 208.80 | 198.96 | | 5/7/02 |
| 00074-6664-02<br>NDA | **SODIUM LACTATE**<br>(VIAL, FLIPTOP)<br>SOL IV 5 MEQ/ML<br>10.00 ml 25 EA SODIUM LACTATE | | RX | | 55.22 | 46.50 | 44.00 | | 5/7/01 |
| 00074-3295-51 | **SODIUM PHOSPHATE**<br>(VIAL, FLIPTOP, BULK)<br>SOL IV 3 MM/ML<br>50.00 ml 25 EA SODIUM PHOSPHATE | | RX | | 170.11 | 143.25 | 136.50 | | 5/7/01 |
| 00074-7391-72 | **SODIUM PHOSPHATE**<br>(VIAL, FLIPTOP)<br>SOL IV 3 MM/ML<br>15.00 ml 25 EA SODIUM PHOSPHATE | | RX | | 35.63 | 30.00 | 28.50 | | 5/7/01 |
| 00074-1717-02 | **SOLUSET**<br>(250X15 W/CAIR CLAMP)<br>KIT NA<br>20 EA KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 763.09 | 642.60 | 115.14 | | 4/19/99 |
| 00074-1726-02 | **SOLUSET**<br>(100X15 W/CAIR, VENTED)<br>KIT NA<br>20 EA KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 545.06 | 459.00 | 82.32 | | 4/19/99 |
| 00074-1753-02 | **SOLUSET**<br>(150X15 PUMP SET, VENTED)<br>KIT NA<br>24 EA KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 554.61 | 467.04 | 256.42 | | 4/19/99 |
| 00074-1864-68 | **SOLUSET**<br>(NV,150X60 FILTER W/CAIR)<br>KIT NA<br>20 EA KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 578.79 | 487.40 | 102.40 | | 4/19/99 |
| 00074-1876-68 | **SOLUSET**<br>(NV,150X60 W/CAIR CLAMP)<br>KIT NA<br>20 EA KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 526.78 | 443.60 | 82.00 | | 4/19/99 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ____________________ Date ________________



# REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 114 OF 133

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1882-68 | **SOLUSET**<br>(150X60 W/CAIR CLAMP)<br>KIT NA<br>20 EA KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 581.16 | 489.40 | 63.80 | | 4/19/99 |
| 00074-1991-68 | **SOLUSET**<br>(150X60/IVEX-2 FILT&CAIR)<br>KIT NA<br>20 EA KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 687.09 | 578.60 | 208.78 | | 4/19/99 |
| 00074-4965-68 | **SOLUSET**<br>(100X60 W/CAIR, VENTED)<br>KIT NA<br>20 EA KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 563.83 | 474.80 | 85.02 | | 4/19/99 |
| 00074-4966-68 | **SOLUSET**<br>(150X60 W/CAIR CLAMP)<br>KIT NA<br>20 EA KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 619.16 | 521.40 | 93.48 | | 4/19/99 |
| 00074-9246-68 | **SOLUSET**<br>(50X60 MICRO PUMP/Y/IVEX)<br>KIT NA<br>24 EA KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 670.04 | 564.24 | 377.81 | | 4/19/99 |
| 00074-9247-68 | **SOLUSET**<br>(150X60 I.V. PUMP SET)<br>KIT NA<br>24 EA KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 557.46 | 469.44 | 269.24 | | 4/19/99 |
| 00074-9248-68 | **SOLUSET**<br>(150X60 MICRO PMP/Y/IVEX)<br>KIT NA<br>24 EA KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 660.63 | 556.32 | 327.45 | | 4/19/99 |
| 00074-4525-48 | **SOLUTION ADDITIVE INLINE FILTER**<br>(18", 1 MICRON FILTER)<br>KIT NA<br>48 EA FILTER, INFUSION LINE | | OTC | | 171.00 | 144.00 | 96.00 | | 5/7/02 |
| 00074-6144-36<br>NDA | **SORBITOL-MANNITOL**<br>(AQUALITE)<br>SOL IR 540 MG-2.7 GM/100 ML<br>1,500.00 ml 9 EA MANNITOL/SORBITOL | AT | RX | | 37.19 | 31.32 | 26.28 | | 5/7/01 |
| 00074-7981-08<br>NDA | **SORBITOL-MANNITOL**<br>SOL IR 540 MG-2.7 GM/100 ML<br>3,000.00 ml 4 EA MANNITOL/SORBITOL | AT | RX | | 52.49 | 44.20 | 39.20 | | 5/7/01 |
| 00074-3380-31<br>ANDA | **SUFENTANIL CITRATE**<br>(AMP)<br>SOL IJ 50 MCG/ML<br>1.00 ml 10 EA SUFENTANIL CITRATE | AP | CII | | 63.65 | 53.60 | 51.00 | | 5/7/02 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ______________________ Date ______________

THOMSON MICROMEDEX

## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111-4740
(303) 486-6798 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3380-32<br>ANDA | **SUFENTANIL CITRATE**<br>(AMP)<br>SOL IJ 50 MCG/ML<br>2.00 ml 10 EA SUFENTANIL CITRATE | AP | CII | | 111.74 | 94.10 | 89.70 | | 5/7/02 |
| 00074-3380-35<br>ANDA | **SUFENTANIL CITRATE**<br>(AMP)<br>SOL IJ 50 MCG/ML<br>5.00 ml 10 EA SUFENTANIL CITRATE | AP | CII | | 239.52 | 201.70 | 192.10 | | 5/7/02 |
| 00074-3382-21<br>ANDA | **SUFENTANIL CITRATE**<br>(VIAL, FLIPTOP)<br>SOL IJ 50 MCG/ML<br>1.00 ml 10 EA SUFENTANIL CITRATE | AP | CII | | 116.61 | 98.20 | 93.50 | | 5/7/01 |
| 00074-3382-22<br>ANDA | **SUFENTANIL CITRATE**<br>(VIAL, FLIPTOP)<br>SOL IJ 50 MCG/ML<br>2.00 ml 10 EA SUFENTANIL CITRATE | AP | CII | | 206.51 | 173.90 | 165.60 | | 5/7/01 |
| 00074-3382-25<br>ANDA | **SUFENTANIL CITRATE**<br>(VIAL, FLIPTOP)<br>SOL IJ 50 MCG/ML<br>5.00 ml 10 EA SUFENTANIL CITRATE | AP | CII | | 244.98 | 206.30 | 196.50 | | 5/7/01 |
| 63807-0100-30 | **SYREX**<br>(SRN,P.F.)<br>SOL IJ 0.9%<br>2.50 ml 100 EA SODIUM CHLORIDE | | RX | | 86.69 | 73.00 | 61.00 | | 6/28/02 |
| 63807-0100-50 | **SYREX**<br>(SRN,P.F.)<br>SOL IJ 0.9%<br>5.00 ml 100 EA SODIUM CHLORIDE | | RX | | 96.19 | 81.00 | 68.00 | | 6/28/02 |
| 63807-0100-75 | **SYREX**<br>(SRN,P.F.)<br>SOL IJ 0.9%<br>10.00 ml 100 EA SODIUM CHLORIDE | | RX | | 98.56 | 83.00 | 69.00 | | 6/28/02 |
| 00074-1837-01 | **SYRINGE FILTER 1.0 MICRON**<br>ACC NA<br>48 EA FILTER, SYRINGE | | RX | | 257.07 | 216.48 | 100.44 | | 4/19/99 |
| 00074-1920-10<br>NDA | **TALWIN LACTATE**<br>(VIAL)<br>SOL IJ 30 MG/ML<br>10.00 ml 1 EA PENTAZOCINE LACTATE | | CIV | | 42.14 | 35.49 | 35.03 | | 5/7/02 |
| 00074-1937-01 | **TALWIN LACTATE**<br>(CARPUJECT)<br>SOL IJ 30 MG/ML<br>1.00 ml 10 EA PENTAZOCINE LACTATE | | CIV | | 24.94 | 21.00 | 20.00 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ____________________ Date ____________

THOMSON MICROMEDEX

## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1937-31 | **TALWIN LACTATE** (CARPUJECT,LUER LOCK) SOL IJ 30 MG/ML 1.00 ml 10 EA PENTAZOCINE LACTATE | | CIV | | 28.74 | 24.20 | 23.00 | | 5/7/01 |
| 00074-1938-02 NDA | **TALWIN LACTATE** (CARPUJECT,22GX1-1/4") SOL IJ 30 MG/ML 2.00 ml 10 EA PENTAZOCINE LACTATE | | CIV | | 29.93 | 25.20 | 24.00 | | 5/7/01 |
| 00074-1941-01 NDA | **TALWIN LACTATE** (UNI-AMP) SOL IJ 30 MG/ML 1.00 ml 25 EA PENTAZOCINE LACTATE | | CIV | | 137.45 | 115.75 | 110.25 | | 5/7/02 |
| 00007-5085-11 ANDA | **TAZICEF** (P.B.) PDS IJ 2 GM 10 EA CEFTAZIDIME | AP | RX | | 433.44 | 365.00 | 238.90 | | 4/19/99 |
| 00074-5082-16 ANDA | **TAZICEF** (VIAL) PDS IJ 1 GM 25 EA CEFTAZIDIME | AP | RX | | 541.50 | 456.00 | 288.75 | | 5/7/02 |
| 00074-5083-11 ANDA | **TAZICEF** (P.B.) PDS IJ 1 GM 10 EA CEFTAZIDIME | AP | RX | | 219.45 | 184.80 | 115.50 | | 4/19/99 |
| 00074-5084-11 ANDA | **TAZICEF** (VIAL) PDS IJ 2 GM 10 EA CEFTAZIDIME | AP | RX | | 427.86 | 360.30 | 237.10 | | 4/19/99 |
| 00074-5086-11 ANDA | **TAZICEF** (VIAL, BULK) PDS IJ 6 GM 10 EA CEFTAZIDIME | AP | RX | | 1,244.86 | 1,048.30 | 663.30 | | 4/19/99 |
| 00074-5092-16 ANDA | **TAZICEF** (ADD-VANTAGE) PDS IJ 1 GM 25 EA CEFTAZIDIME | AP | RX | | 541.50 | 456.00 | 300.00 | | 4/19/99 |
| 00074-5093-11 ANDA | **TAZICEF** (ADD-VANTAGE) PDS IJ 2 GM 10 EA CEFTAZIDIME | AP | RX | | 433.08 | 364.70 | 240.00 | | 4/19/99 |
| 00074-1593-04 | **THAM** SOL IV 3.6 GM/100 ML 500.00 ml 6 EA TROMETHAMINE | | RX | | 1,116.13 | 939.90 | 910.32 | | 5/7/02 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ____________________ Date ______________

THOMSON MICROMEDEX

**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00703-4301-02 | **THIOTEPA** (S.D.V.) PDS IJ 15 MG 5 EA THIOTEPA | EE | RX | | 742.19 | 625.00 | 593.75 | | 1/24/01 |
| 00703-4303-01 | **THIOTEPA** (S.D.V.) PDS IJ 30 MG 1 EA THIOTEPA | | RX | | 296.88 | 250.00 | 237.50 | | 1/24/01 |
| 00074-3232-01 | **THREE-WAY STOPCOCK** (STERILE PACK) ACC NA 50 EA STOPCOCK | | OTC | | 122.31 | 103.00 | 60.00 | | 4/19/99 |
| 00074-3230-01 | **THREE-WAY STOPCOCK EXTENSION** (20" W/OPTION-LOK) KIT NA 50 EA KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 271.34 | 228.50 | 97.88 | | 4/19/99 |
| 00074-3231-01 | **THREE-WAY STOPCOCK EXTENSION** (36" W/OPTION-LOK) KIT NA 50 EA KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 283.22 | 238.50 | 101.63 | | 4/19/99 |
| 00074-3234-01 | **THREE-WAY STOPCOCK EXTENSION 20-SL** (W/NON-REMOVABLE RESEAL) KIT NA 50 EA KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 271.34 | 228.50 | 97.88 | | 4/19/99 |
| 00074-3235-01 | **THREE-WAY STOPCOCK EXTENSION 36-SL** (W/NON-REMOVABLE RESEAL) KIT NA 50 EA KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 283.22 | 238.50 | 101.63 | | 4/19/99 |
| 00074-3233-01 | **THREE-WAY STOPCOCK W/MALE LUER LOCK** (LATEX FREE) ACC NA 50 EA STOPCOCK | | OTC | | 201.28 | 169.50 | 72.38 | | 4/19/99 |
| 00029-6552-26 NDA | **TICAR** (VIAL) PDS IJ 3 GM 10 EA TICARCILLIN DISODIUM | | RX | | 134.31 | 113.10 | 94.37 | | 4/19/99 |
| 00029-6558-21 NDA | **TICAR** (VIAL, BULK) PDS IJ 20 GM 10 EA TICARCILLIN DISODIUM | | RX | | 824.96 | 694.70 | 580.39 | | 4/19/99 |
| 00074-3255-03 ANDA | **TOBRAMYCIN SULFATE** (VIAL, ADD-VANTAGE) SOL IJ 10 MG/ML 8.00 ml 25 EA TOBRAMYCIN SULFATE | AP | RX | | 331.91 | 279.50 | 138.75 | | 4/19/99 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ______________________ Date ______________



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3577-01<br>ANDA | **TOBRAMYCIN SULFATE**<br>(VIAL, FLIPTOP)<br>SOL IJ 10 MG/ML<br>2.00 ml 25 EA TOBRAMYCIN SULFATE | AP | RX | | 93.22 | 78.50 | 73.50 | | 5/7/01 |
| 00074-3578-01<br>ANDA | **TOBRAMYCIN SULFATE**<br>(VIAL, FLIPTOP)<br>SOL IJ 40 MG/ML<br>2.00 ml 25 EA TOBRAMYCIN SULFATE | AP | RX | | 155.56 | 131.00 | 124.75 | | 5/7/01 |
| 00074-3590-02<br>ANDA | **TOBRAMYCIN SULFATE**<br>(BULK VIAL)<br>SOL IJ 40 MG/ML<br>50.00 ml 1 EA TOBRAMYCIN SULFATE | AP | RX | | 73.86 | 62.20 | 59.24 | | 5/7/01 |
| 00074-3296-06 | **TPN ELECTROLYTES**<br>(VIAL, FLIPTOP, BULK)<br>SOL IV<br>100.00 ml 25 EA ELECT/MIN, MULTI | | RX | | 255.91 | 215.50 | 205.25 | | 5/7/01 |
| 00074-5779-01 | **TPN ELECTROLYTES**<br>(VIAL, FLIPTOP)<br>SOL IV<br>20.00 ml 25 EA ELECT/MIN, MULTI | | RX | | 58.19 | 49.00 | 46.75 | | 5/7/02 |
| 00074-5882-19 | **TPN ELECTROLYTES**<br>(SRN)<br>SOL IV<br>20.00 ml 10 EA ELECT/MIN, MULTI | | RX | | 89.54 | 75.40 | 71.80 | | 5/7/01 |
| 00074-3236-01 | **TPN ELECTROLYTES II**<br>(VIAL, FLIPTOP)<br>SOL IV<br>20.00 ml 25 EA ELECT/MIN, MULTI | | RX | | 111.03 | 93.50 | 89.00 | | 5/7/01 |
| 00074-3297-06 | **TPN ELECTROLYTES II**<br>(VIAL, FLIPTOP, BULK)<br>SOL IV<br>100.00 ml 25 EA ELECT/MIN, MULTI | | RX | | 259.77 | 218.75 | 205.25 | | 5/7/01 |
| 00074-3298-06 | **TPN ELECTROLYTES III**<br>(VIAL, FLIPTOP, BULK)<br>SOL IV<br>100.00 ml 25 EA ELECT/MIN, MULTI | | RX | | 262.73 | 221.25 | 205.25 | | 5/7/01 |
| 00074-3844-01 | **TPN ELECTROLYTES III**<br>(VIAL, FLIPTOP)<br>SOL IV<br>20.00 ml 25 EA ELECT/MIN, MULTI | | RX | | 111.03 | 93.50 | 89.00 | | 5/7/01 |
| 00074-4592-10 | **TRACE METALS**<br>(VIAL, FLIPTOP)<br>SOL IV<br>5.00 ml 25 EA MINERALS, MULTI | | RX | | 47.80 | 40.25 | 37.75 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ____________________ Date _______________



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4592-50 | **TRACE METALS** (VIAL, FLIPTOP) SOL IV 50.00 ml 25 EA MINERALS, MULTI | | RX | | 288.86 | 243.25 | 231.75 | | 5/7/01 |
| 00074-4623-15 | **TRACE METALS** (SRN, UNIV. ADDITIVE) SOL IV 5.00 ml 10 EA MINERALS, MULTI *mcms delete 9/20/02* | | RX | | 62.70 | 52.80 | 50.30 | | 5/7/01 |
| 00074-4440-05 NDA | **TRACRIUM** (M.D.V.) SOL IV 10 MG/ML 5.00 ml 10 EA ATRACURIUM BESYLATE | AP | RX | | 294.38 | 247.90 | 236.14 | | 5/7/01 |
| 00074-4468-10 NDA | **TRACRIUM** (M.D.V.) SOL IV 10 MG/ML 10.00 ml 10 EA ATRACURIUM BESYLATE | AP | RX | | 554.68 | 467.10 | 451.10 | | 5/7/02 |
| 00074-3002-04 | **TRANSFER DEVICE 2-WAY** DEV NA 400 EA TRANSFER UNIT, IV FLUID | | OTC | | 959.50 | 808.00 | 378.00 | | 4/19/99 |
| 00074-1718-48 | **TRANSFER SET** (14") KIT NA 48 EA TRANSFER UNIT, IV FLUID | | OTC | | 868.11 | 731.04 | 312.00 | | 4/19/99 |
| 00074-4401-01 | **TRANSFER SET** (4 LEG, VENTED) KIT NA 10 EA TRANSFER UNIT, IV FLUID | | OTC | | 631.99 | 532.20 | 262.40 | | 4/19/99 |
| 00074-4402-01 | **TRANSFER SET** (4 LEG, NON-VENTED) KIT NA 10 EA TRANSFER UNIT, IV FLUID | | OTC | | 631.99 | 532.20 | 262.40 | | 4/19/99 |
| 00074-4403-01 | **TRANSFER SET** (3 LEG, VENTED) KIT NA 10 EA TRANSFER UNIT, IV FLUID | | OTC | | 526.54 | 443.40 | 206.30 | | 4/19/99 |
| 00074-6402-48 | **TRANSFER SET** (36") KIT NA 48 EA TRANSFER UNIT, IV FLUID | | OTC | | 526.11 | 443.04 | 198.72 | | 4/19/99 |
| 00074-1952-02 ANDA | **TRIMETHOBENZAMIDE HCL** (CARPUJECT) SOL IM 100 MG/ML 2.00 ml 10 EA TRIMETHOBENZAMIDE HYDROCHLORIDE | AP | RX | | 28.38 | 23.90 | 22.77 | | 5/7/01 |

Instructions: Please make corrections directly on this printout
___OK as is  X OK with changes

Signature *Jerrie Cicerale*  Date *10/11/02*



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6543-01 | **TUR IRRIGATION**<br>(98", Y-TYPE)<br>KIT NA<br>20 EA CATHETER, URINARY, IRRIGATION | | OTC | | 334.16 | 281.40 | 162.60 | | 4/19/99 |
| 00074-6543-02 | **TUR IRRIGATION**<br>(LATEX,NONVENTED)<br>KIT NA<br>20 EA TUBING, IRRIGATION | | OTC | | 334.16 | 281.40 | 162.60 | | 12/12/00 |
| 00074-6542-02 | **TUR SYSTEM W/FLOW POUCH RESERVOIR**<br>(38")<br>ACC NA<br>20 EA UROLOGICAL IRRIGATION SYSTEM | | OTC | | 351.74 | 296.20 | 132.80 | | 4/19/99 |
| 00074-4522-58 | **TWIN-SITE EXTENSION**<br>(32", SLIDE CLAMPS)<br>KIT NA<br>48 EA KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 327.75 | 276.00 | 46.56 | | 4/19/99 |
| 00074-4456-04<br>NDA | **ULTANE**<br>(PLASTIC)<br>LIQ IH 100%<br>250.00 ml 1 EA SEVOFLURANE | | RX | | 269.33 | 226.80 | 216.00 | | 5/7/01 |
| 00074-4456-51<br>NDA | **ULTANE NOVATION**<br>(PLASTIC,INSTIT USE)<br>LIQ IH 100%<br>250.00 ml 1 EA SEVOFLURANE | | RX | | 269.33 | 226.80 | 216.00 | | 5/7/01 |
| 00074-4498-03<br>NDA | **ULTIVA**<br>(3 ML VIAL)<br>PDS IV 1 MG<br>10 EA REMIFENTANIL HYDROCHLORIDE | | CII | | 121.72 | 102.50 | 97.50 | | 5/7/01 |
| 00074-4504-05<br>NDA | **ULTIVA**<br>(5 ML VIAL)<br>PDS IV 2 MG<br>10 EA REMIFENTANIL HYDROCHLORIDE | | CII | | 255.91 | 215.50 | 204.70 | | 5/7/02 |
| 00074-4507-10<br>NDA | **ULTIVA**<br>(10 ML VIAL)<br>PDS IV 5 MG<br>10 EA REMIFENTANIL HYDROCHLORIDE | | CII | | 605.98 | 510.30 | 484.80 | | 5/7/02 |
| 50419-0340-05<br>NDA | **ULTRAVIST**<br>(150 MG IODINE/ML)<br>SOL IJ 311.7 MG/ML<br>50.00 ml 10 EA IOPROMIDE | | RX | | 320.63 | 270.00 | 270.00 | | 7/1/96 |
| 50419-0342-05<br>NDA | **ULTRAVIST**<br>(240 MG IODINE/ML)<br>SOL IJ 498.72 MG/ML<br>50.00 ml 10 EA IOPROMIDE | | RX | | 374.06 | 315.00 | 315.00 | | 7/1/96 |

Instructions: Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ______________________ Date ______________



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 50419-0342-10<br>NDA | **ULTRAVIST**<br>(240 MG IODINE/ML)<br>SOL IJ 498.72 MG/ML<br>100.00 ml 10 EA IOPROMIDE | | RX | | 748.13 | 630.00 | 630.00 | | 7/1/96 |
| 50419-0342-20<br>NDA | **ULTRAVIST**<br>(240 MG IODINE/ML)<br>SOL IJ 498.72 MG/ML<br>200.00 ml 10 EA IOPROMIDE | | RX | | 1,496.25 | 1,260.00 | 1,260.00 | | 7/1/96 |
| 50419-0344-05<br>NDA | **ULTRAVIST**<br>(300 MG IODINE/ML)<br>SOL IJ 623.4 MG/ML<br>50.00 ml 10 EA IOPROMIDE | | RX | | 427.50 | 360.00 | 360.00 | | 7/1/96 |
| 50419-0344-10<br>NDA | **ULTRAVIST**<br>(300 MG IODINE/ML)<br>SOL IJ 623.4 MG/ML<br>100.00 ml 10 EA IOPROMIDE | | RX | | 855.00 | 720.00 | 514.30 | | 7/1/96 |
| 50419-0344-15<br>NDA | **ULTRAVIST**<br>(300 MG IODINE/ML)<br>SOL IJ 623.4 MG/ML<br>150.00 ml 10 EA IOPROMIDE | | RX | | 1,282.50 | 1,080.00 | 716.30 | | 7/1/96 |
| 50419-0346-05<br>NDA | **ULTRAVIST**<br>(370 MG IODINE/ML)<br>SOL IJ 768.86 MG/ML<br>50.00 ml 10 EA IOPROMIDE | | RX | | 469.06 | 395.00 | 395.00 | | 7/1/96 |
| 50419-0346-10<br>NDA | **ULTRAVIST**<br>(370 MG IODINE/ML)<br>SOL IJ 768.86 MG/ML<br>100.00 ml 10 EA IOPROMIDE | | RX | | 938.13 | 790.00 | 469.80 | | 7/1/96 |
| 50419-0346-15<br>NDA | **ULTRAVIST**<br>(370 MG IODINE/ML)<br>SOL IJ 768.86 MG/ML<br>150.00 ml 10 EA IOPROMIDE | | RX | | 1,407.19 | 1,185.00 | 1,185.00 | | 7/1/96 |
| 50419-0346-20<br>NDA | **ULTRAVIST**<br>(370 MG IODINE/ML)<br>SOL IJ 768.86 MG/ML<br>200.00 ml 10 EA IOPROMIDE | | RX | | 1,876.25 | 1,580.00 | 677.10 | | 7/1/96 |
| 00074-4607-02 | **UNIVERSAL CVP MANOMETER**<br>(49", GRADUATIONS IN CM)<br>DEV NA<br>24 EA KIT, BLOOD PRESSURE, CENTRAL VENOUS | | OTC | | 831.63 | 700.32 | 313.92 | | 4/19/99 |
| 00074-4332-01<br>ANDA | **VANCOMYCIN HCL**<br>(VIAL, FLIPTOP)<br>PDS IV 500 MG<br>10 EA VANCOMYCIN HYDROCHLORIDE | AP | RX | | 86.57 | 72.90 | 69.40 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ______________________ Date ______________



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6509-01<br>ANDA | **VANCOMYCIN HCL**<br>(BULK VIAL)<br>PDS IV 5 GM<br>1 EA VANCOMYCIN HYDROCHLORIDE | AP | RX | | 54.68 | 46.05 | 30.61 | | 5/7/01 |
| 00074-6533-01<br>ANDA | **VANCOMYCIN HCL**<br>(VIAL, FLIPTOP)<br>PDS IV 1 GM<br>10 EA VANCOMYCIN HYDROCHLORIDE | AP | RX | | 176.82 | 148.90 | 48.50 | | 5/7/01 |
| 00074-6534-01<br>ANDA | **VANCOMYCIN HCL**<br>(ADD-VANTAGE)<br>PDS IV 500 MG<br>10 EA VANCOMYCIN HYDROCHLORIDE | AP | RX | | 73.98 | 62.30 | 33.50 | | 5/7/02 |
| 00074-6535-01<br>ANDA | **VANCOMYCIN HCL**<br>(ADD-VANTAGE)<br>PDS IV 1 GM<br>10 EA VANCOMYCIN HYDROCHLORIDE | AP | RX | | 90.13 | 75.90 | 71.40 | | 5/7/02 |
| 00074-4332-49<br>ANDA | **VANCOMYCIN HCL NOVATION**<br>(VIAL,FLIPTOP,INSTIT USE)<br>PDS IV 500 MG<br>10 EA VANCOMYCIN HYDROCHLORIDE effective 5-7-02 | AP | RX | | 86.57 | 72.90 | ~~24.20~~ 69.40 | | 5/7/01 ✓ |
| 00074-6509-49 | **VANCOMYCIN HCL NOVATION**<br>(VIAL,BULK PKG,INST USE)<br>PDS IV 5 GM<br>1 EA VANCOMYCIN HYDROCHLORIDE | AP | RX | | 54.68 | 46.05 | 30.61 | | 5/7/01 |
| 00074-6533-49<br>ANDA | **VANCOMYCIN HCL NOVATION**<br>(VIAL,FLIPTOP,INSTIT USE)<br>PDS IV 1 GM<br>10 EA VANCOMYCIN HYDROCHLORIDE | AP | RX | | 176.82 | 148.90 | 48.50 | | 5/7/01 |
| 00074-6534-49<br>ANDA | **VANCOMYCIN HCL NOVATION**<br>(ADD-VANTAGE,INSTIT USE)<br>PDS IV 500 MG<br>10 EA VANCOMYCIN HYDROCHLORIDE | AP | RX | | 73.98 | 62.30 | 33.50 | | 5/7/02 |
| 00074-6535-49<br>ANDA | **VANCOMYCIN HCL NOVATION**<br>(ADD-VANTAGE,INSTIT USE)<br>PDS IV 1 GM<br>10 EA VANCOMYCIN HYDROCHLORIDE | AP | RX | | 90.13 | 75.90 | 71.40 | | 5/7/02 |
| 00074-4508-08 | **VANISHPOINT**<br>(1 CC,25GX5/8")<br>DEV NA<br>100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 124.69 | 105.00 | 60.00 | | 5/7/01 |
| 00074-4508-09 | **VANISHPOINT**<br>(1 CC,27GX1/2")<br>DEV NA<br>100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 124.69 | 105.00 | 60.00 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___OK as is
X OK with changes

Signature Jerrie Cicerale Date 12/11/02



# REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4508-10 | **VANISHPOINT** (1 CC,29GX1/2") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 124.69 | 105.00 | 60.00 | | 5/7/01 |
| 00074-4509-01 | **VANISHPOINT** (3 CC,20GX1") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 117.56 | 99.00 | 55.00 | | 7/1/00 |
| 00074-4509-02 | **VANISHPOINT** (3 CC,20GX1 1/2") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 117.56 | 99.00 | 55.00 | | 7/1/00 |
| 00074-4509-03 | **VANISHPOINT** (3 CC,21GX1") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 117.56 | 99.00 | 55.00 | | 7/1/00 |
| 00074-4509-04 | **VANISHPOINT** (3 CC,21GX1 1/2") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 117.56 | 99.00 | 55.00 | | 7/1/00 |
| 00074-4509-05 | **VANISHPOINT** (3 CC,22GX1") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 117.56 | 99.00 | 55.00 | | 7/1/00 |
| 00074-4509-06 | **VANISHPOINT** (3 CC,22GX1 1/2") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 117.56 | 99.00 | 55.00 | | 7/1/00 |
| 00074-4509-07 | **VANISHPOINT** (3 CC,23GX1") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 117.56 | 99.00 | 55.00 | | 7/1/00 |
| 00074-4509-08 | **VANISHPOINT** (3 CC,25GX5/8") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 117.56 | 99.00 | 55.00 | | 7/1/00 |
| 00074-4509-09 | **VANISHPOINT** (3 CC,25GX1") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 117.56 | 99.00 | 55.00 | | 7/1/00 |
| 00074-4523-01 | **VANISHPOINT** (5 CC,20GX1") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 130.63 | 110.00 | 86.00 | | 7/1/00 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ____________________ Date ______________



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 · Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4523-02 | **VANISHPOINT** (5 CC,20GX1 1/2") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 130.63 | 110.00 | 86.00 | | 7/1/00 |
| 00074-4523-03 | **VANISHPOINT** (5 CC,21GX1") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 130.63 | 110.00 | 86.00 | | 7/1/00 |
| 00074-4523-04 | **VANISHPOINT** (5 CC,21GX1 1/2") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 130.63 | 110.00 | 86.00 | | 7/1/00 |
| 00074-4523-05 | **VANISHPOINT** (5 CC,22GX1") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 130.63 | 110.00 | 86.00 | | 7/1/00 |
| 00074-4523-06 | **VANISHPOINT** (5 CC,22GX1 1/2") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 130.63 | 110.00 | 86.00 | | 7/1/00 |
| 00074-4534-01 | **VANISHPOINT** (10 CC,20GX1") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 154.38 | 130.00 | 95.00 | | 7/1/00 |
| 00074-4534-02 | **VANISHPOINT** (10 CC,20GX1 1/2") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 154.38 | 130.00 | 95.00 | | 7/1/00 |
| 00074-4534-03 | **VANISHPOINT** (10 CC,21GX1") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 154.38 | 130.00 | 95.00 | | 7/1/00 |
| 00074-4534-04 | **VANISHPOINT** (10 CC,21GX1 1/2") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 154.38 | 130.00 | 95.00 | | 7/1/00 |
| 00074-4534-05 | **VANISHPOINT** (10 CC,22GX1") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 154.38 | 130.00 | 95.00 | | 7/1/00 |
| 00074-4534-06 | **VANISHPOINT** (10 CC,22GX1 1/2") DEV NA 100 EA NEEDLES, HYPODERMIC/SYRINGES | | RX | | 154.38 | 130.00 | 95.00 | | 7/1/00 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ________________________ Date _________________



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4540-01 | **VANISHPOINT TUBE ADAPTER**<br>(SMALL DIAMETER)<br>ACC NA<br>25 EA SET, ADMINISTRATION, INTRAVENOUS, NEEDLE-FREE | | RX | | 10.39 | 8.75 | 5.75 | | 7/1/00 |
| 00074-4537-01 | **VANISHPOINT TUBE HOLDER**<br>(BLOOD COLLECTION)<br>ACC NA<br>10 EA SET, ADMINISTRATION, INTRAVENOUS, NEEDLE-FREE | | RX | | 9.50 | 8.00 | 4.00 | | 7/1/00 |
| 00074-1632-01<br>ANDA | **VECURONIUM BROMIDE**<br>(VIAL,FLIPTOP)<br>PDS IV 10 MG<br>10 EA VECURONIUM BROMIDE | AP | RX | | 96.19 | 81.00 | 77.10 | | 5/7/01 |
| 00074-1634-01<br>ANDA | **VECURONIUM BROMIDE**<br>(VIAL,FLIPTOP)<br>PDS IV 20 MG<br>10 EA VECURONIUM BROMIDE | AP | RX | | 192.14 | 161.80 | 154.10 | | 5/7/01 |
| 00074-8078-01 | **VENILOOP CONNECTOR**<br>(5" W/EXTENDED TUBING)<br>KIT NA<br>120 EA TUBING, CONNECTING | | OTC | | 1,017.45 | 856.80 | 192.16 | | 4/19/99 |
| 00074-8079-01 | **VENILOOP CONNECTOR**<br>(5", W/RESEAL)<br>KIT NA<br>120 EA TUBING, CONNECTING | | OTC | | 1,171.35 | 986.40 | 221.40 | | 4/19/99 |
| 00074-2681-01 | **VENI-PREP I**<br>KIT NA<br>60 EA IV START KIT | | OTC | | 245.10 | 206.40 | 94.05 | | 4/19/99 |
| 00074-2657-01 | **VENI-PREP II**<br>KIT NA<br>60 EA IV START KIT | | OTC | | 251.51 | 211.80 | 96.30 | | 4/19/99 |
| 00074-2665-01 | **VENI-PREP III**<br>(W/SITE-CARE DRESSNG)<br>KIT NA<br>60 EA IV START KIT | | OTC | | 311.36 | 262.20 | 119.25 | | 4/19/99 |
| 00074-1702-48 | **VENOSET**<br>(SECONDARY, VENTED, 22")<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 394.44 | 332.16 | 84.00 | | 4/19/99 |
| 00074-1723-68 | **VENOSET**<br>(NV 100 MICRODRIP W/CAIR)<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 515.85 | 434.40 | 107.04 | | 4/19/99 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ____________________ Date ______________



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1723-78 | **VENOSET** (LTXF 100 MICRODRIP PIN) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 515.85 | 434.40 | 107.04 | | 12/29/99 |
| 00074-1725-73 | **VENOSET** (100 PGYBCK W/CAIR CLAMP) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 367.65 | 309.60 | 215.52 | | 4/19/99 |
| 00074-1728-58 | **VENOSET** (NV 100 W/CAIR CLAMP) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 491.91 | 414.24 | 76.32 | | 4/19/99 |
| 00074-1734-78 | **VENOSET** (100 W/2 INJ,HP-OL,LTXFR) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 889.20 | 748.80 | 235.12 | | 12/29/99 |
| 00074-1792-48 | **VENOSET** (PRIM PIGGY W/IVEX-HP,NV) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,176.48 | 990.72 | 522.72 | | 4/19/99 |
| 00074-1818-48 | **VENOSET** (NV PIGYBCK W/CAIR CLAMP) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 698.82 | 588.48 | 113.76 | | 4/19/99 |
| 00074-1819-48 | **VENOSET** (NV TWINSITE W/CAIR CLMP) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 492.48 | 414.72 | 76.61 | | 4/19/99 |
| 00074-1820-68 | **VENOSET** (NV MICDRP W/CAIR CLAMP) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 449.73 | 378.72 | 70.08 | | 4/19/99 |
| 00074-1820-78 | **VENOSET** (70" LATEX FREE,CNVT PIN) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 449.73 | 378.72 | 70.08 | | 2/15/00 |
| 00074-1832-68 | **VENOSET** (LTX FR SECONDARY P.B.) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 364.23 | 306.72 | 57.60 | | 3/13/00 |
| 00074-1857-48 | **VENOSET** (72 W/CAIR CLAMP NV) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 421.80 | 355.20 | 48.48 | | 4/19/99 |

Instructions: Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ____________________ Date ______________



# REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1859-48 | **VENOSET** (78" W/CAIR CLAMP NV) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 428.07 | 360.48 | 49.92 | | 4/19/99 |
| 00074-1860-48 | **VENOSET** (PRIM.P.B. W/CAIR CLP NV) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 705.09 | 593.76 | 110.40 | | 4/19/99 |
| 00074-1861-58 | **VENOSET** (NV SECONDARY PIGGYBACK) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 325.47 | 274.08 | 58.56 | | 4/19/99 |
| 00074-1879-58 | **VENOSET** (Y-TYPE W/CAIR CLAMP NV) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 596.79 | 502.56 | 97.22 | | 4/19/99 |
| 00074-1881-48 | **VENOSET** (78 W/CAIR CLAMP VENTED) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS Delete 7/24/00 | | RX | | 475.95 | 400.80 | 226.08 | | 4/19/99 |
| 00074-1881-58 | **VENOSET** (78 W/CONV PIN,LTX FREE) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 475.95 | 400.80 | 57.60 | | 10/8/99 |
| 00074-1883-68 | **VENOSET** (MICRODRIP W/CAIR CLAMP) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 501.60 | 422.40 | 75.84 | | 4/19/99 |
| 00074-1889-48 | **VENOSET** (NV SEC. P.B. W/PRE NDL) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 364.23 | 306.72 | 57.60 | | 4/19/99 |
| 00074-1889-58 | **VENOSET** (LTXF,P.B. W/DETACH 19G) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 364.23 | 306.72 | 57.60 | | 12/29/99 |
| 00074-1911-48 | **VENOSET** (SEC.P.B. W/5MIC FLT+PIN) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 501.60 | 422.40 | 87.81 | | 4/19/99 |
| 00074-1926-48 | **VENOSET** (NV SECONDARY PIGGYBACK) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 348.84 | 293.76 | 60.00 | | 4/19/99 |

Instructions: Please make corrections directly on this printout
___ OK as is
X OK with changes

Signature Jerrie Cicerale Date 12/11/02



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1992-68 | VENOSET (SECONDARY PGBK MICRODRP) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 400.14 | 336.96 | 70.13 | | 4/19/99 |
| 00074-1992-78 | VENOSET (LTXF,SEC. P.B. MICRODRP) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 400.14 | 336.96 | 70.13 | | 12/29/99 |
| 00074-3084-48 | VENOSET (78 W/MB PRC PIN&CAIR NV) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 475.95 | 400.80 | 82.94 | | 4/19/99 |
| 00074-3229-03 | VENOSET (EXTENSION 30-SL) KIT NA 50 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 439.97 | 370.50 | 79.50 | | 4/19/99 |
| 00074-3903-02 | VENOSET (EXTENSION 20-SL) KIT NA 50 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 436.41 | 367.50 | 78.56 | | 4/19/99 |
| 00074-4258-68 | VENOSET (P.B. MICRO 0.22MIC IVX2) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,161.09 | 977.76 | 306.94 | | 4/19/99 |
| 00074-4258-78 | VENOSET (LTXF,80",P.B.W/0.22 MIC) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,161.09 | 977.76 | 306.94 | | 12/29/99 |
| 00074-4293-48 | VENOSET (NV 78 W/IVEX-2 FILTER) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 768.36 | 647.04 | 209.16 | | 4/19/99 |
| 00074-4496-01 | VENOSET (PRIM.P/B IV-SL W/MB PIN) KIT NA 24 EA KIT, ADMINISTRATION, INTRAVENOUS D/C 1/26/01 | | RX | | 444.03 | 373.92 | 295.92 | | 5/7/01 |
| 00074-4800-48 | VENOSET (NV P.B. SURG W/IVEX-RF) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,027.71 | 865.44 | 279.46 | | 4/19/99 |
| 00074-4967-48 | VENOSET (VENTED PRIM PGBK W/CAIR) KIT NA 48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 773.49 | 651.36 | 113.76 | | 4/19/99 |

**Instructions:** Please make corrections directly on this printout
___OK as is
X OK with changes

Signature Jerrie Cicerale Date 12/11/02



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4967-78 | **VENOSET**<br>(LTXF,PRIM P.B. W/BKCK)<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 773.49 | 651.36 | 113.76 | | 1/24/00 |
| 00074-4968-68 | **VENOSET**<br>(PGBK MICRDP W/CAIR CLMP)<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 806.55 | 679.20 | 128.16 | | 4/19/99 |
| 00074-4985-48 | **VENOSET**<br>(VENTED P.B. W/IVX-2 FLT)<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,128.60 | 950.40 | 298.37 | | 4/19/99 |
| 00074-4985-78 | **VENOSET**<br>(LTXF,80",P.B. 0.22 MIC)<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,128.60 | 950.40 | 298.37 | | 12/29/99 |
| 00074-5742-48 | **VENOSET**<br>(NV PGBK ANESTH W/CAIR)<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 748.98 | 630.72 | 122.40 | | 4/19/99 |
| 00074-6646-01 | **VENOSET**<br>(SOLUSET 150X60, VENTED)<br>KIT NA<br>20 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 528.44 | 445.00 | 310.00 | | 4/19/99 |
| 00074-7393-68 | **VENOSET**<br>(P.B. MICRODRIP W/CAIR)<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 730.17 | 614.88 | 134.40 | | 4/19/99 |
| 00074-8082-48 | **VENOSET**<br>(100-SL PGBK NV 100 INCH)<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 801.42 | 674.88 | 123.36 | | 4/19/99 |
| 00074-8083-68 | **VENOSET**<br>(100-SL P/B MICR NV 100)<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 299.25 | 252.00 | 189.60 | | 5/7/02 |
| 00074-8083-78 | **VENOSET**<br>(LTX FR 106" P.B.,MCRDRP)<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 299.25 | 252.00 | 189.60 | | 5/7/02 |
| 00074-8958-48 | **VENOSET**<br>(90-SL W/IVEX-2 & CAIR)<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 976.41 | 822.24 | 249.42 | | 4/19/99 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ____________________ Date ______________



# REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-8958-78 | **VENOSET**<br>(LTXF,90",0.22 MIC-SL)<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 976.41 | 822.24 | 249.42 | | 12/29/99 |
| 00074-8961-48 | **VENOSET**<br>(SL-VENTED SURGICAL PGBK)<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 881.22 | 742.08 | 154.29 | | 4/19/99 |
| 00074-8961-78 | **VENOSET**<br>(LTXF,101"W/2 BKCK/2 INJ)<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 881.22 | 742.08 | 154.29 | | 12/29/99 |
| 00074-8965-48 | **VENOSET**<br>(NV SURGICAL PIGGYBACK)<br>KIT NA<br>48 EA KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 744.99 | 627.38 | 127.68 | | 4/19/99 |
| 00074-1781-73 | **VENTED Y-TYPE BLOOD PUMP**<br>(121",SECURE LOCK)<br>KIT NA<br>24 EA KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 536.09 | 451.44 | 238.50 | | 4/19/99 |
| 00074-1144-01<br>ANDA | **VERAPAMIL HCL**<br>(VIAL, FLIPTOP)<br>SOL IV 2.5 MG/ML<br>2.00 ml 5 EA VERAPAMIL HYDROCHLORIDE | AP | RX | | 6.06 | 5.10 | 4.10 | | 5/7/01 |
| 00074-1144-02<br>ANDA | **VERAPAMIL HCL**<br>(VIAL, FLIPTOP)<br>SOL IV 2.5 MG/ML<br>4.00 ml 5 EA VERAPAMIL HYDROCHLORIDE | AP | RX | | 6.65 | 5.60 | 4.60 | | 5/7/01 |
| 00074-1982-02<br>ANDA | **VERAPAMIL HCL**<br>(CARPUJECT,22GX1-1/4")<br>SOL IV 2.5 MG/ML<br>2.00 ml 10 EA VERAPAMIL HYDROCHLORIDE | AP | RX | | 27.91 | 23.50 | 22.36 | | 5/7/01 |
| 00074-4011-01<br>ANDA | **VERAPAMIL HCL**<br>(AMP)<br>SOL IV 2.5 MG/ML<br>2.00 ml 5 EA VERAPAMIL HYDROCHLORIDE | AP | RX | | 4.51 | 3.80 | 3.55 | | 5/7/01 |
| 00074-9633-05<br>ANDA | **VERAPAMIL HCL**<br>(ANSYR)<br>SOL IV 2.5 MG/ML<br>4.00 ml 10 EA VERAPAMIL HYDROCHLORIDE | AP | RX | | 48.93 | 41.20 | 39.20 | | 5/7/01 |
| 00703-4402-11 | **VINCRISTINE SULFATE**<br>(S.D.V.)<br>SOL IV 1 MG/ML<br>1.00 ml EA VINCRISTINE SULFATE | EE | RX | | 35.77 | 30.12 | 15.05 | | 10/1/99 |

**Instructions:** Please make corrections directly on this printout
___ OK as is ___OK with changes

Signature ____________________ Date ____________

THOMSON MICROMEDEX

**REDBOOK Product Listing Verification**

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00703-4412-11 | VINCRISTINE SULFATE (S.D.V.) SOL IV 1 MG/ML 2.00 ml EA VINCRISTINE SULFATE | EE | RX | | 71.54 | 60.24 | 30.10 | | 10/1/99 |
| 00074-9157-01 ANDA | VITAMIN K1 (AMP) SOL IJ 1 MG/0.5 ML 0.50 ml 25 EA PHYTONADIONE | BP | RX | | 67.69 | 57.00 | 54.25 | | 5/7/02 |
| 00074-9158-01 ANDA | VITAMIN K1 (AMP) SOL IJ 10 MG/ML 1.00 ml 25 EA PHYTONADIONE | BP | RX | | 129.14 | 108.75 | 103.50 | | 5/7/02 |
| 00074-7907-07 | WATER FOR INHALATION (FLEXIBLE PLASTIC) SOL IH 2,000.00 ml 6 EA WATER, STERILE — *(handwritten: NCMS Delete 9/20/02)* | | RX | | 58.92 | 49.62 | 44.64 | | 5/7/01 |
| 00074-1590-02 NDA | WATER FOR INJECTION SOL IV 250.00 ml 12 EA WATER, STERILE | AP | RX | | 62.99 | 53.04 | 48.00 | | 5/7/01 |
| 00074-1590-05 NDA | WATER FOR INJECTION SOL IV 1,000.00 ml 6 EA WATER, STERILE | AP | RX | | 35.63 | 30.00 | 12.54 | | 5/7/01 |
| 00074-4027-02 | WATER FOR INJECTION (AMP) SOL IV 5.00 ml 25 EA WATER, STERILE | EE | RX | | 13.66 | 11.50 | 11.00 | | 5/7/01 |
| 00074-4029-03 | WATER FOR INJECTION (AMP) SOL IV 20.00 ml 25 EA WATER, STERILE | EE | RX | | 31.77 | 26.75 | 25.50 | | 5/7/01 |
| 00074-4044-02 | WATER FOR INJECTION (AMP) SOL IV 10.00 ml 25 EA WATER, STERILE | EE | RX | | 17.81 | 15.00 | 13.75 | | 5/7/01 |
| 00074-4887-10 | WATER FOR INJECTION (VIAL, FLIPTOP) SOL IV 10.00 ml 25 EA WATER, STERILE | EE | RX | | 10.69 | 9.00 | 8.50 | | 5/7/01 |
| 00074-4887-12 | WATER FOR INJECTION (VIAL,FLIPTOP LIFESHIELD) SOL IV 10.00 ml 25 EA WATER, STERILE — *(handwritten: NCMS Delete 9/2/02)* | EE | RX | | 13.95 | 11.75 | 11.25 | | 5/7/01 |

Instructions: Please make corrections directly on this printout
___OK as is X OK with changes

Signature *Jerrie Cicerale* Date *12/11/02*

THOMSON MICROMEDEX

## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111-4740
(303) 486-6796 - Fax (303) 486-9297



ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4887-20 | **WATER FOR INJECTION** (VIAL, FLIPTOP) SOL IV 20.00 ml 25 EA WATER, STERILE | EE | RX | | 22.86 | 19.25 | 18.00 | | 5/7/01 |
| 00074-4887-50 | **WATER FOR INJECTION** (VIAL, FLIPTOP) SOL IV 50.00 ml 25 EA WATER, STERILE | EE | RX | | 29.09 | 24.50 | 23.25 | | 5/7/01 |
| 00074-4887-99 | **WATER FOR INJECTION** (VIAL, FLIPTOP) SOL IV 100.00 ml 25 EA WATER, STERILE | EE | RX | | 40.67 | 34.25 | 29.25 | | 5/7/01 |
| 00074-7990-09 NDA | **WATER FOR INJECTION** (LIFECARE) SOL IV 1,000.00 ml 12 EA WATER, STERILE | AP | RX | | 31.49 | 26.52 | 21.56 | | 5/7/01 |
| 00074-3977-03 | **WATER FOR INJECTION BACTERIOSTATIC** (VIAL,FLIPTOP) SOL IV 30.00 ml 25 EA WATER, STERILE | EE | RX | | 14.25 | 12.00 | 10.75 | | 5/7/01 |
| 00074-6139-03 NDA | **WATER FOR IRRIGATION** (AQUALITE) SOL IR 500.00 ml 24 EA WATER, STERILE | AT | RX | | 47.03 | 39.60 | 32.40 | | 5/7/01 |
| 00074-6139-22 NDA | **WATER FOR IRRIGATION** (AQUALITE) SOL IR 250.00 ml 24 EA WATER, STERILE | AT | RX | | 44.46 | 37.44 | 32.40 | | 5/7/01 |
| 00074-7118-07 NDA | **WATER FOR IRRIGATION** (BULK PACKAGE) SOL IR 2,000.00 ml 6 EA WATER, STERILE | AT | RX | | 60.78 | 51.18 | 46.20 | | 5/7/01 |
| 00074-7139-36 NDA | **WATER FOR IRRIGATION** (AQUALITE W/HANGER) SOL IR 1,500.00 ml 9 EA WATER, STERILE | AT | RX | | 24.69 | 20.79 | 15.75 | | 5/7/01 |
| 00074-7973-07 NDA | **WATER FOR IRRIGATION** (FLEXIBLE CONTAINER) SOL IR 2,000.00 ml 6 EA WATER, STERILE | AT | RX | | 43.68 | 36.78 | 31.80 | | 5/7/01 |
| 00074-7973-08 NDA | **WATER FOR IRRIGATION** (FLEXIBLE CONTAINER) SOL IR 3,000.00 ml 4 EA WATER, STERILE | AT | RX | | 32.87 | 27.68 | 22.68 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___OK as is ___OK with changes

Signature ____________________ Date ____________



## REDBOOK Product Listing Verification

MICROMEDEX - 6200 South Syracuse Way, Suite 300
Greenwood Village, Colorado 80111- 4740
(303) 486-6796 - Fax (303) 486-9297

PAGE 1

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 10/11/2002
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1658-01<br>NDA | **ZEMPLAR**<br>(S.D.V.,FLIPTOP)<br>SOL IV 0.005 MG/ML<br>1.00 ml 100 EA PARICALCITOL | | RX | | 2,641.38 | 2,224.32 | 2,224.32 | | 4/1/01 |
| 00074-1658-02<br>NDA | **ZEMPLAR**<br>(S.D.V.,FLIPTOP)<br>SOL IV 0.005 MG/ML<br>2.00 ml 100 EA PARICALCITOL | | RX | | 5,282.76 | 4,448.64 | 4,448.64 | | 4/1/01 |
| 00074-4637-01 | **ZEMPLAR**<br>(VIAL,FLIPTOP)<br>SOL IV 0.002 MG/ML<br>1.00 ml 100 EA PARICALCITOL | | RX | | 1,056.88 | 890.00 | 890.00 | | 11/26/01 |
| 00074-4526-05 | **ZINC**<br>(VIAL, FLIPTOP, BULK)<br>SOL IV 1 MG/ML<br>50.00 ml 25 EA ZINC CHLORIDE | | RX | | 152.00 | 128.00 | 122.00 | | 5/7/01 |
| 00074-4090-01 | **ZINC CHLORIDE**<br>(VIAL, FLIPTOP)<br>SOL IV 1 MG/ML<br>10.00 ml 25 EA ZINC CHLORIDE | | RX | | 34.44 | 29.00 | 24.00 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
__ OK as is ___OK with changes

Signature ____________________ Date ______________