# Exhibit 54E

```
                              New96
                    NEW ITEMS IN 4/1/96 CATALOG.
                              3/27/96
(INDIC = CN means on 3rd list of items which shows the item it will ev
entually
  replace)

LIST-TUC  INTRO DATE  INDIC   TRADE    WHOLESALE   PKG    MULT        DES
CRIPTION
--------  -----------  -----  --------  ----------  ------  ----  -------------
------------------

01133-03  03/14/96             23.00      6.10       1     25   MORPHINE SUL
F INJ USP
                                                                 25MG/ML(HIGH
-CONC)20ML FLPTP
01133-04  03/14/96             45.00     11.90       1     25   MORPHINE SUL
F INJ USP
                                                                 25MG/ML(H-CO
NC)40/50ML FLPTP
01133-21  03/14/96             53.00     14.00.      5     10   MORPHINE SUL
F INJ USP
                                                                 25MG/ML(H-CO
NCEN)4/5ML FLPTP
01133-22  03/14/96             78.00     20.50       5     10   MORPHINE SUL
F INJ USP
                                                                 25MG/ML(HIGH
-CONC)10ML FLPTP
01134-03  03/14/96             62.40     16.40       1     25   MORPHINE SUL
F INJ USP
                                                                 50MG/ML(H-CO
NCEN)20ML FLIPTP
01134-05  03/14/96            158.00     41.50       1     25   MORPHINE SUL
F INJ USP
                                                                 50MG/ML(H-CO
NCEN)50ML FLIPTP
01134-22  03/14/96            167.00     43.85       5     10   MORPHINE. SUL
F INJ USP
                                                                 50MG/ML(H-CO
NCEN)10ML FLIPTP
01135-01  03/14/96             45.00     11.82       1     50   MORPHINE SUL
F INJ
                                                                 25MG/ML(H-CO
N)4/5ML
                                                                 FLP/PRS-FREE
01135-02  03/14/96             79.00     20.75       1     50   MORPHINE SUL
F INJ
                                                                 25MG/ML(H-CO
N)10ML
                                                                 FLP/PRES-FRE
E
01135-03  03/14/96            138.60     36.40       1     25   MORPHINE SUL
F INJ
```

Page 1

ABTWV
00485

Confidential

ABT-DOJ 0188190

ABT AWP/MDL 087355

ABT013-2726

```
                              New96
                                                      25MG/ML(H-CO
N)20ML
                                                      FLP/PRES-FRE
E
01135-04  03/14/96            333.00     87.40    1   25 MORPHINE SUL
F INJ
                                                      25MG/ML(H-CO
N)50ML
                                                      FLP/PRES-FRE
E
01139-48  03/07/96             99.84     86.40   48    1 MIDLENGTH SE
CONDARY SET CONV
                                                      PIERCING PIN
 40INCH
01143-15  07/13/95             46.20     33.60   10    5 VERAPAMIL HC
L INJ 2.5MG/ML 4ML
                                                      ABBOJECT SYR
INGE
01169-01  03/07/96            830.64    720.00   24    1 PRIM PUMP SE
T W/DISTAL
                                                      MICROBORE PA
TIENT LINE-OL
01187-01  03/15/96   CN        62.20     42.50   10   40 DROPERIDOL I
NJ USP 2.5MG/ML
                                                      2ML
01224-03  02/14/96            289.20    231.00   10    1 SPINAL 22 GA
UGE ANESTHESIA
                                                      TRAY WITH DR
UGS
01225-03  02/21/96            295.50    236.00   10    1 SPINAL 25 GA
UGE ANESTHESIA
                                                      TRAY WITH DR
UGS
01463-01  03/15/96   CN        36.20     26.10   10   40 NALBUPHINE H
CL INJ 10MG/ML 1ML
                                                      AMPUL
01465-01  03/15/96   CN        44.50     32.00   10   40 NALBUPHINE H
CL INJ 20MG/ML 1ML
                                                      AMPUL
01485-03  11/11/95          1,064.60    442.00    1   10 ETOPOSIDE IN
J 20MG/ML PHARM
                                                      BULK PKG, 50
ML FLIPTOP
01642-48  03/06/96            880.32    854.88   48    1 LS PLUM PRIM
SET-OL, CONV PIN
                                                      104 INCH D-C
HANN
01643-48  03/06/96            283.20    275.04   48    1 LS PLUM SEC
SET-OL CONV
                                                      PIN,32INC W/
DET LS BL CANN
```

ABTWV 00486

Confidential

ABT-DOJ 0188191

ABT AWP/MDL 087356

ABT013-2727

| Code | | | | Description |
|---|---|---|---|---|
| | New96 | | | |
| 01644-48 03/06/96 | 1,170.72 | 1,136.64 | 48 | 1 LS PLUM W/H-SET-OL, CONV PIN 112INCH |
| 01645-48 03/06/96 | 1,170.72 | 1,170.72 | 48 | 1 LS PLUM W/H-SET-OL, CONV PIN, D-CHAN |
| 01648-48 03/07/96 | 735.84 | 735.84 | 48 | 1 PLUMSET PRIM SET-OL, CONV PIN, 104INC DUAL CHAN |
| 01649-48 03/07/96 | 1,002.70 | 1,002.70 | 48 | 1 PLUMSET W/H-SET-OL, CONV PIN D-CHAN |
| 01650-48 03/07/96 | 732.96 | 732.96 | 48 | 1 LS PLUM PRIM IV SET-OL, CONV PIN 104INC D-CHANN |
| 01651-48 03/07/96 | 684.96 | 684.96 | 48 | 1 PLUMSET PRIM IV SET-OL, CONV PIN 104INC D-CHANN |
| 01772-48 02/28/96 | 868.32 | 750.24 | 48 | 1 NITROGLYCERIN PRIM PUMP SET-OL 107INCH |
| 01845-68 01/05/96 | 562.08 | 408.00 | 48 | 1 BLOOD SET 78-SL |
| 01871-68 01/05/96 | 656.16 | 476.16 | 48 | 1 BLOOD Y-TYPE SET 78-SL |
| 01873-68 01/05/96 | 764.16 | 554.40 | 48 | 1 BLOOD Y-TYPE, NV, 82 W/PUMP-SL |
| 01877-68 03/01/96 | 494.40 | 358.56 | 48 | 1 PRIMARY IV SET, NV, BACKCK, 2-Y-INJ SITE S-OL |
| 01924-38 05/30/95 | 125.00 | 125.00 | 1 | 1 LC75 VOLUMETRIC CONTROLLER RV MANUAL |
| 01950-69 05/15/95 | 485.00 | 485.00 | 1 | 1 PCA PLUS/PCA PLUS II ELECTRONIC TECH SERV MANUAL |
| 02422-12 03/08/96 | 646.08 | 481.92 | 48 | 1 PLUMSET SPECIALTY MICROBORE PMP SET-OL 76INCH |
| 02427-48 02/28/96 | 868.32 | 750.24 | 48 | 1 PLUMSET MICRODRIP |

New96

| | | | | | |
|---|---|---|---|---|---|
| N SET-OL 107IN | | | | | NITROGLYCERI |
| 02443-05 02/05/96 | | 110.00 | 110.00 | 5 | 5 ORAL TRANSMU |
| COSAL FENTANYL | | | | | CITRATE,100m |
| cg(ORALET) | | | | | |
| 02507-69 05/15/95 | | 485.00 | 485.00 | 1 | 1 LC 5000 INF |
| SYS ELECTRONIC | | | | | TECH SERVICE |
| MANUAL | | | | | |
| 03073-31 03/15/96 | CN | 67.50 | 43.50 | 50 | 8 EPHEDRINE SU |
| LFATE INJ 50MG 1ML | | | | | AMPUL |
| 03099-03 02/21/96 | | 321.00 | 256.30 | 10 | 1 SPINAL 26 GA |
| UGE ANESTHESIA | | | | | TRAY WITH DR |
| UGS | | | | | |
| 03292-02 10/27/95 | | 269.92 | 105.00 | 1 | 6 ISOFLURANE, |
| USP, 250ML | | | | | |
| 03559-03 03/17/95 | | 149.76 | 137.04 | 24 | 1 PCA SET W/IN |
| J,M-BORE W/INTGL | | | | | ANTI-SIPHON |
| VLVE-OL | | | | | |
| 03716-03 02/14/96 | | 308.30 | 246.30 | 10 | 1 SPINAL 22 GA |
| UGE ANESTHESIA | | | | | TRAY WITH DR |
| UGS | | | | | |
| 03717-03 02/14/96 | | 321.00 | 256.30 | 10 | 1 SPINAL 25 GA |
| UGE ANESTHESIA | | | | | TRAY WITH DR |
| UGS | | | | | |
| 04266-18 10/06/95 | | 349.50 | 304.90 | 10 | 5 DOPAMINE HCL 800MG 10ML |
| DITIVE SYRINGE | | | | | UNIVERSAL AD |
| 04623-15 08/01/95 | | 79.10 | 69.60 | 10 | 5 TRACE METALS ADDITIVE 5ML UNIV |
| INGE | | | | | ADDITIVE SYR |
| 04713-02 03/15/96 | CN | 46.00 | 26.00 | 25 | 16 LIDOCAINE 1% HCL INJECTION USP |
| | | | | | 5ML AMPUL |
| 04713-32 03/15/96 | CN | 66.50 | 37.50 | 50 | 8 LIDOCAINE 1% HCL INJECTION USP |
| | | | | | 2ML AMPUL |
| 04733-03 02/21/96 | | 293.70 | 234.60 | 10 | 1 SPINAL 22 GA |
| UGE ANESTHESIA | | | | | TRAY WITH DR |
| UGS | | | | | |
| 04735-03 02/21/96 | | 299.10 | 238.90 | 10 | 1 SPINAL 25 GA |
| UGE ANESTHESIA | | | | | |

ABTWV
00488

Confidential

ABT-DOJ 0188193

ABT AWP/MDL 087358

ABT013-2729

New96

| Code | Date | Price1 | Price2 | Qty | Description |
|---|---|---|---|---|---|
| UGS 04745-03 | 02/21/96 | 321.50 | 256.80 | 10 | TRAY WITH DR 1 SADDLE BLOCK 26 GAUGE ANESTHESIA T RAY WITH DRUGS |
| 04773-03 | 02/14/96 | 294.60 | 235.30 | 10 | 1 SPINAL 22 GA TRAY WITH DR UGE ANESTHESIA |
| UGS 04774-03 | 02/14/96 | 300.80 | 240.40 | 10 | 1 SPINAL 25 GA TRAY WITH DR UGE ANESTHESIA |
| UGS 04782-08 | 11/09/95 | 378.00 | 302.00 | 10 | 1 NERVE BLOCK ANESTHESIA TRAY w/DRUGS |
| 04788-03 | 02/14/96 | 365.20 | 291.70 | 10 | 1 SPINAL 22 GA TRAY WITH DR UGE ANESTHESIA |
| UGS 04790-03 | 02/21/96 | 374.10 | 298.90 | 10 | 1 SPINAL 25 GA TRAY WITH DR UGE ANESTHESIA |
| UGS 04792-03 | 02/21/96 | 310.50 | 248.10 | 10 | 1 SADDLE BLOCK 22 GAUGE ANESTHESIA T RAY W/DRUGS |
| 04795-03 | 02/21/96 | 319.20 | 255.00 | 10 | 1 SADDLE BLOCK 25 GAUGE ANESTHESIA T AY W/DRUGS |
| 04796-03 | 02/21/96 | 321.00 | 256.30 | 10 | 1 SPINAL 26 GA TRAY WITH DR UGE ANESTHESIA |
| UGS 04804-03 | 02/21/96 | 386.90 | 309.10 | 10 | 1 SPINAL 22 GA ANESTHESIA T UGE WHITACRE RAY W/DRUGS |
| 04805-03 | 02/21/96 | 386.90 | 309.10 | 10 | 1 SPINAL 22 GA TRAY WITH DR UGE ANESTHESIA |
| UGS 04818-01 | 11/22/95 | 1,002.72 | 1,002.72 | 24 | 1 PROVIDER PUM P SET 72 INCH |
| 04900-18 | 08/01/95 | 113.10 | 63.10 | 10 | 5 SOD BICARB 8 .4% 10MEQ 10ML (21GX1-1/2) PED ABBJ |

Page 5

ABTWV 00489

Confidential

ABT-DOJ 0188194

ABT AWP/MDL 087359

ABT013-2730

| | New96 | | | | |
|---|---|---|---|---|---|
| 04900-34 10/06/95 | 125.00 | 77.00 | 10 | 5 | SODIUM BICAR B 8.4% INJ. USP, 10ML ABBOJEC T SYR LS |
| 04901-18 10/06/95 | 121.80 | 67.90 | 10 | 5 | EPINEPHRINE 1:10,000 10ML (18GX3-1/2) ABBOJECT |
| 04902-22 07/13/95 | 154.80 | 86.40 | 10 | 5 | DEXTROSE 50% INJ 50ML (18GX1-1/2) ABBOJECT SYR |
| 04902-34 07/13/95 | 166.50 | 101.70 | 10 | 5 | DEXTROSE 50% INJ 50ML (18GX1-1/2) LIFESHIELD SYR |
| 04903-15 07/13/95 | 92.40 | 51.50 | 10 | 5 | LIDOCAINE 2% HCL INJ 5ML (21GX1-1/2) ABBOJECT SYR |
| 04903-34 07/31/95 | 104.20 | 64.70 | 10 | 5 | LIDOCAINE 2% HCL INJ 5ML (21GX1-1/2) LS ABBOJECT SYR |
| 04904-15 08/15/95 | 88.30 | 49.30 | 10 | 5 | LIDOCAINE 1% HCL INJ 5ML (21GX1-1/2) ABBOJECT SYR |
| 04904-34 08/15/95 | 100.20 | 62.40 | 10 | 5 | LIDOCAINE 1% HCL INJ 5ML ABBOJECT SYR (LIFESHIELD) |
| 04905-18 08/01/95 | 117.10 | 102.10 | 10 | 5 | ISOPROTERENO L HCL 1:50,000 10ML (21GX1-1/2) ABBOJ |
| 04906-19 10/06/95 | 145.80 | 81.40 | 10 | 5 | AMINOPHYLLIN E INJ USP 500MG 20ML ABBOJEC T SYRINGE |
| 04908-18 07/31/95 | 117.70 | 65.80 | 10 | 5 | CALCIUM CHLO RIDE INJ 10% 10ML (18GX3-1/2) ABBOJECT |
| 04909-18 07/13/95 | 137.40 | 76.80 | 10 | 5 | AMINOPHYLLIN E INJ USP 250MG 10ML ABBOJEC T SYRINGE |
| 04910-15 08/01/95 | 108.00 | 60.20 | 10 | 5 | ATROPINE SUL FATE (0.1MG/ML 5ML) (21GX1- |

Confidential

ABTWV
00490

ABT-DOJ 0188195    ABT AWP/MDL 087360

ABT013-2731

|  |  | New96 |  |  |  |
|---|---|---|---|---|---|
| 1/2) ABBOJ | 04910-34 10/06/95 | 119.80 | 74.00 | 10 | 5 ATROPINE SUL |
| F 0.1MG/ML 5ML |  |  |  |  | ABBOJECT (LI |
| FESHIELD) | 04911-18 07/13/95 | 111.50 | 62.30 | 10 | 5 ATROPINE SUL |
| FATE (0.1MG/ML |  |  |  |  | 10ML) (21GX1 |
| -1/2) ABBOJ | 04911-34 07/13/95 | 123.30 | 76.20 | 10 | 5 ATROPINE SUL |
| F(0.1MG/ML 10ML) |  |  |  |  | (21GX1-1/1)L |
| IFESHIELD | 04913-15 08/01/95 | 110.40 | 57.60 | 10 | 5 MAGNESIUM SU |
| LFATE 50% 5ML |  |  |  |  | (20GX2-1/2) |
| ABBOJECT | 04914-18 07/31/95 | 128.80 | 67.30 | 10 | 5 MAGNESIUM SU |
| LFATE 50% 10ML |  |  |  |  | (20GX2-1/2) |
| ABBOJECT | 04916-22 08/01/95 | 162.50 | 90.70 | 10 | 5 SODIUM BICAR |
| BONATE 7.5% 50ML |  |  |  |  | (18GX1-1/2) |
| ABBOJECT | 04916-34 10/06/95 | 174.40 | 106.30 | 10 | 5 SODIUM BICAR |
| B 7.5% INJ., 50ML |  |  |  |  | ABBOJECT(LIF |
| ESHIELD) | 04921-18 07/13/95 | 108.60 | 60.60 | 10 | 5 EPINEPHRINE |
| 1:10,000 10ML |  |  |  |  | (21GX1-1/2) |
| ABBOJECT | 04921-34 07/13/95 | 120.30 | 74.40 | 10 | 5 EPINEPHRINE |
| 1:10,000 |  |  |  |  | 10ML(21GX1-1 |
| /2) LS ABJ SYR | 04923-15 08/01/95 | 92.40 | 51.50 | 10 | 5 LIDOCAINE 2% |
| HCL 5ML (25GX5/8) |  |  |  |  | ABBOJECT SYR |
| INGE | 04924-15 10/06/95 | 88.30 | 49.30 | 10 | 5 LIDOCAINE 1% |
| HCL 5ML (25GX5/8) |  |  |  |  | ABBOJECT SYR |
| INGE | 04928-18 07/31/95 | 104.50 | 58.30 | 10 | 5 CALCIUM CHLO |
| RIDE INJ 10% 10ML |  |  |  |  | (21GX1-1/2) |
| ABBOJECT | 04928-34 08/01/95 | 116.30 | 72.00 | 10 | 5 CALCIUM CHLO |
| RIDE INJ 10% 10ML |  |  |  |  |  |

Page 7

Confidential

ABTWV 00491

ABT-DOJ 0188196

ABT AWP/MDL 087361

ABT013-2732

New96

| Code / Date | Price 1 | Price 2 | Qty | Qty | Description |
|---|---|---|---|---|---|
| 04977-18 07/31/95 | 155.20 | 85.80 | 10 | 5 | ISOPROTERENOL HCL INJ 1:5,000 10ML UNIV ADD SYR |
| 04978-15 07/13/95 | 114.90 | 64.10 | 10 | 5 | ISOPROTERENOL HCL INJ 1:5,000 5ML UNIV ADD SYR |
| 04991-15 01/31/96 | 65.30 | 57.00 | 10 | 5 | POTASSIUM CHL INJ CONCTR,USP,10MEQ 5ML UNV ADD SYR |
| 04992-18 08/15/95 | 67.10 | 58.50 | 10 | 5 | POTASSIUM CHL INJ 20MEQ 10ML UNIV ADDITIVE SYRINGE |
| 04993-19 01/31/96 | 70.50 | 61.40 | 10 | 5 | POTASSIUM CHL INJ CONCTR,USP,30MEQ 20ML UN ADD SYR |
| 04994-19 08/01/95 | 77.90 | 67.90 | 10 | 5 | POTASSIUM CHL INJ 40MEQ 20ML UNIV ADDITIV SYRINGE |
| 05534-18 07/13/95 | 114.70 | 99.90 | 10 | 5 | SOD BICARB 4.2% INJ 10ML INFANT (21GX1-1/2) ABBOJ |
| 05534-34 07/13/95 | 126.40 | 110.20 | 10 | 5 | SODIUM BICARB 4.2% INJ 10ML ABBOJECT (LIFESHIELD) |
| 05748-21 01/26/96 | 116.60 | 105.60 | 10 | 5 | BUPIVACAINE HCL INJ USP 0.5% 30ML ABBOJECT |
| 05749-22 10/06/95 | 125.20 | 113.30 | 10 | 5 | BUPIVACAINE HCL INJ USP 0.25% 50ML ABBOJECT W/ADPT |
| 05819-16 07/13/95 | 117.90 | 102.90 | 10 | 5 | DOPAMINE HCL 200MG 5ML IN 10ML UNIV ADD SYRINGE |
| 05882-19 10/06/95 | 108.30 | 95.40 | 10 | 5 | TPN ELECTROLYTES 20ML IN 50ML UNIV ADD SYR |

Confidential

ABTWV 00492

ABT-DOJ 0188197

ABT AWP/MDL 087362

ABT013-2733

|  | New96 |  |  |  |
|---|---|---|---|---|
| INGE |  |  |  |  |
| 06055-14 08/01/95 | 42.90 | 23.80 | 10 | 5 FUROSEMIDE I |
| NJ (10MG/ML) 4ML |  |  |  |  |
|  |  |  |  | IN 5ML ABBOJ |
| ECT SYR |  |  |  |  |
| 06056-17 08/01/95 | 62.20 | 42.50 | 10 | 5 FUROSEMIDE I |
| NJ (10MG/ML) 8ML |  |  |  |  |
|  |  |  |  | ABBOJECT SYR |
| INGE |  |  |  |  |
| 06056-18 08/01/95 | 108.90 | 60.30 | 10 | 5 FUROSEMIDE I |
| NJ (10MG/ML) 10ML |  |  |  |  |
|  |  |  |  | ABBOJECT SYR |
| INGE |  |  |  |  |
| 06440-12 01/05/96 | 918.24 | 918.24 | 48 | 1 PLUMSET MICR |
| ODRIP PRIMARY IV |  |  |  |  |
|  |  |  |  | PUMP SET-OL, |
| VENTED |  |  |  |  |
| 06516-03 03/17/95 | 154.32 | 141.12 | 24 | 1 PCA SET-LONG |
| W/INJ M-BORE |  |  |  |  |
|  |  |  |  | W/INTGL ANTI |
| -SIPN VAL-OL |  |  |  |  |
| 06517-03 03/17/95 | 149.76 | 137.04 | 24 | 1 PCA CONT INF |
| W/INJ M-BORE |  |  |  |  |
|  |  |  |  | W/INTGL ANTI |
| -SPHN VAL-OL |  |  |  |  |
| 06637-22 07/13/95 | 164.80 | 92.00 | 10 | 5 SODIUM BICAR |
| BONATE 8.4% 50MEQ |  |  |  |  |
|  |  |  |  | 50ML (18GX1- |
| 1/2) ABJ |  |  |  |  |
| 06637-34 07/13/95 | 176.70 | 107.70 | 10 | 5 SODIUM BICAR |
| B 8.4% 50MEQ |  |  |  |  |
|  |  |  |  | 50ML(18GX1-1 |
| /2)LIFESHIELD |  |  |  |  |
| 06727-09 09/20/95 | 79.68 | 63.60 | 12 | 1 MAGNESIUM SU |
| LF IN 5% DEXTROSE |  |  |  |  |
|  |  |  |  | INJ., 10GM/1 |
| 000ML |  |  |  |  |
| 06727-23 09/20/95 | 151.68 | 121.20 | 24 | 1 MAGNESIUM SU |
| LF IN 5% DEXTROSE |  |  |  |  |
|  |  |  |  | INJ., 1GM/10 |
| 0ML |  |  |  |  |
| 06728-03 09/20/95 | 159.36 | 127.20 | 24 | 1 MAGNESIUM SU |
| LF IN 5% DEXTROSE |  |  |  |  |
|  |  |  |  | INJ., 10GM/5 |
| 00ML |  |  |  |  |
| 06728-09 09/20/95 | 88.56 | 70.80 | 12 | 1 MAGNESIUM SU |
| LF IN 5% DEXTROSE |  |  |  |  |
|  |  |  |  | INJ., 20GM/1 |
| 000ML |  |  |  |  |
| 06729-03 05/03/95 | 177.12 | 141.60 | 24 | 1 MAGNESIUM SU |
| LFATE IN WATER FOR |  |  |  |  |

Confidential

ABT-DOJ 0188198                    ABT AWP/MDL 087363

ABT013-2734

|  | New96 |  |  |  |
|---|---|---|---|---|
|  |  |  |  | INJ 40MG/ML, 500ML |
| 06729-09 05/03/95 | 104.40 | 83.40 | 12 | 1 MAGNESIUM SULFATE IN WATER FOR |
|  |  |  |  | INJ 40MG/ML, 1000ML |
| 07067-30 07/27/95 | 71.50 | 68.00 | 25 | 2 BACTERIOSTATIC 0.9% SODIUM CHL |
|  |  |  |  | INJ 30ML FLIPTOP-LS |
| 07217-03 03/20/96 | 1,222.20 | 882.60 | 12 | 1 AMINOSYN-HBC 8% 500ML |
| 07897-15 07/13/95 | 85.40 | 68.20 | 10 | 5 ATROPINE SULF INJ 5ML ABBOJECT |
|  |  |  |  | SYR (21GX1-1/2) |
| 07898-18 07/13/95 | 111.30 | 97.00 | 10 | 5 DEXTROSE 25% INJ 250MG/ML 10ML |
|  |  |  |  | INFANT SYRINGE ABBJ |
| 08060-19 07/13/95 | 228.40 | 220.70 | 10 | 5 AMIDATE 40MG 20ML ABBOJECT |
|  |  |  |  | SYRINGE |
| 08060-29 10/06/95 | 240.00 | 230.80 | 10 | 5 AMIDATE 40MG 20ML LFSLD |
|  |  |  |  | ABBOJECT SYR W/LUER LOCK |
| 08065-15 01/31/96 | 94.80 | 82.70 | 10 | 5 QUELICIN 100 MG 5ML ABBOJECT |
|  |  |  |  | SYRINGE |
| 08066-15 07/13/95 | 114.70 | 99.90 | 10 | 5 TUBOCURARINE CHL INJ 15MG 5ML |
|  |  |  |  | ABBOJECT SYRINGE |
| 08948-62 02/12/96 | 538.20 | 434.20 | 20 | 1 BURETTE 100ML HEMOSET, NV, 72INCH W/SL |
| 08954-68 01/22/96 | 670.56 | 485.76 | 48 | 1 BLOOD SET 84 INCH W/PUMP-SL |
| 08975-18 07/13/95 | 157.10 | 164.80 | 10 | 5 L-CYSTEINE CHL 0.5GM 10ML UNIV |
|  |  |  |  | ADDDITIVE SYRINGE |
| 09097-48 03/08/96 | 1,104.00 | 1,104.00 | 48 | 1 LS PLUMSET ANESTH H-FLOW |
|  |  |  |  | SET-OL CONV PIN 114INC |
| 09105-18 08/01/95 | 218.30 | 190.40 | 10 | 5 DOPAMINE HCL 400MG 10ML |
|  |  |  |  | UNIVERSAL ADDITIVE SYRINGE |

Confidential

ABTWV
00494

ABT-DOJ 0188199

ABT AWP/MDL 087364

ABT013-2735

|  |  |  | New96 |  |  |  |
|---|---|---|---|---|---|---|
| 09143-68 01/05/96 |  |  | 566.40 | 410.88 | 48 | 1 HEMA BLOOD S ET 80-SL |
| 09155-68 01/22/96 |  |  | 679.68 | 493.44 | 48 | 1 HEMA Y-TYPE BLOOD SET 80-SL NV |
| 09157-01 03/15/96 | CN |  | 55.00 | 45.00 | 25 | 16 VITAMIN K1 INJECTION 1MG AMPUL |
| 09158-01 03/15/96 | CN |  | 110.00 | 90.00 | 25 | 16 VITAMIN K1 INJECTION 10MG AMPUL |
| 09267-18 07/13/95 |  |  | 313.70 | 175.00 | 10 | 5 BRETYLIUM TOSYLATE INJ (50MG/ML) ABBOJECT |
| 11003-12 10/23/95 |  |  | 779.04 | 679.68 | 48 | 1 PLUMSET IV FAT EMULSION SET-OL, VENTED, 104INCH |
| 11062-09 04/14/95 |  |  | 3,347.50 | 3,347.50 | 1 | 1 BREEZE 175 VOLUMETRIC PUMP |
| 11062-69 05/15/95 |  |  | 485.00 | 485.00 | 1 | 1 LC175 BREEZE ELECTRONIC TECHNICAL SERVICE MANUAL |
| 11075-48 02/14/89 |  |  | 74.88 | 71.52 | 48 | 1 ADAPTER PIN MP-TYPE NV |
| 11115-03 02/21/96 |  |  | 349.30 | 279.10 | 10 | 1 SPINAL 27 GAUGE ANESTHESIA TRAY WITH DRUGS |
| 11181-01 08/27/90 |  |  | 324.00 | 281.00 | 50 | 1 MID-LENGTH SECONDARY SET W/IVEX-2 FILTER |
| 11277-03 06/09/95 |  |  | 177.56 | 156.35 | 1 | 1 PLATFORM I.V. UPRIGHT(SOLD W/11277-04) |
| 11277-04 06/09/95 |  |  | 177.56 | 156.35 | 1 | 1 PLATFORM I.V. BASE (SOLD W/11277-03) |
| 11323-03 02/14/96 |  |  | 383.30 | 324.60 | 10 | 1 SPINAL 25 GAUGE WHITACRE ANESTHESIA TRAY W/DRUGS |
| 11365-05 04/26/95 |  |  | 35,020.0 | 34,000.00 | 1 | 1 NUTRIMIX MICRO TPN COMPOUNDER (2.08 SOFTWARE) |
| 11365-07 04/26/95 |  |  | 35,020.0 | 34,000.00 | 1 | 1 NUTRIMIX MICRO TPN COMPOUNDER (2.09 SOFTWARE) |

Confidential

ABT-DOJ 0188200    ABT AWP/MDL 087365

ABT013-2736

| | New96 | | | |
|---|---|---|---|---|
| 11392-48 08/21/92 | 962.88 | 864.00 | 48 | 1 LS PIGGYBACK W/PREP |
| | | | | RESEALS/IVEX-HP,OPTION-LOK |
| 11407-38 02/05/96 | 125.00 | 125.00 | 1 | 1 PIONEER TECHNICAL SERVICE |
| | | | | MANUAL |
| 11555-69 05/15/95 | 485.00 | 485.00 | 1 | 1 PLUM XL ELECTRONIC TECHNICAL |
| | | | | SERVICE MANUAL |
| 11600-48 01/29/93 | 600.48 | 571.68 | 48 | 1 IVEX-HP EXTENSION SET-OL W/PP |
| | | | | RESEAL |
| 11684-12 04/12/95 | 1,242.72 | 1,242.72 | 48 | 1 PLUMSET LS PRIM IV PUMP SET-OL |
| | | | | W/IVEX-HP,CONVT PP |
| 11687-01 08/25/93 | 1,104.00 | 1,104.00 | 48 | 1 LS VTD DUAL CHANNEL INF SL |
| | | | | W/BKCK AND PPR |
| 11706-02 09/19/95 | 437.04 | 437.04 | 24 | 1 PLUMSET SOLUSET 150ML BURETTE |
| | | | | PUMP SET-OL, 114INCH |
| 11710-02 09/19/95 | 506.88 | 506.88 | 24 | 1 LS PLUMSET MICRODRIP SOLUSET |
| | | | | 150ML BURETTE SET-OL |
| 11714-02 11/17/95 | 501.60 | 501.60 | 24 | 1 LS PLUM MICROD SOLUSET 150ML |
| | | | | BURETTE OL,CNVPP 124 |
| 11716-01 07/21/93 | 310.00 | 650.00 | 50 | 1 LS EXTENSION SET W/T |
| | | | | CONNECTOR/PREPIERCED RESEAL |
| 11749-01 05/12/95 | 855.60 | 814.80 | 120 | 1 LS MICROBORE EXTENSION SET |
| | | | | W/LAV AND T CONNECTOR |
| 11750-01 05/12/95 | 855.60 | 814.80 | 120 | 1 LS MACROBORE EXTENSION SET |
| | | | | W/LAV AND T CONNECTOR |
| 11765-48 03/20/95 | 613.44 | 584.16 | 48 | 1 BREEZE 175 PRIM W/BKCK, 2 |
| | | | | Y-SITES PGBK IVEX-HP OL |
| 11781-69 05/15/95 | 485.00 | 485.00 | 1 | 1 PLUM XL3 ELE |

|  | New96 |  |  |  |
|---|---|---|---|---|
| CTRONIC TECHNICAL |  |  |  | SERVICE MANU |
| AL |  |  |  |  |
| 11831-48  12/20/95 | 311.04 | 296.16 | 48 | 1 MIDLENGTH SE |
| CONDARY I.V. PUMP |  |  |  | SET, 40 INCH |
| 11845-01  12/27/95 | 5,495.00 | 5,495.00 | 1 | 1 PLUM XL3M MI |
| CRO/MACRO INF |  |  |  | DEVICE |
| 11846-01  12/27/95 | 4,140.19 | 4,140.19 | 1 | 1 PLUM XLM MIC |
| RO/MACRO INF |  |  |  | DEVICE |
| 11877-48  04/12/95 | 115.68 | 115.68 | 48 | 1 PLUMSET SECO |
| NDARY SET-OL |  |  |  |  |
| PP |  |  |  | CONVERTIBLE |
| 11878-12  04/12/95 | 877.92 | 877.92 | 48 | 1 NITROGLYCERI |
| N PLUMSET-OK, |  |  |  |  |
| PED SEC PORT |  |  |  | CONVT PP/CAP |
| 11879-12  04/12/95 | 1,176.00 | 1,176.00 | 48 | 1 PLUMSET LS S |
| ET-OL W/PE LINED |  |  |  |  |
| , IVEX-HP |  |  |  | TBG, CONV PP |
| 11892-48  03/29/95 | 913.44 | 913.44 | 48 | 1 MICRON FLTR |
| 1.2 PRIM |  |  |  |  |
| UMP SET-OL(BLUES) |  |  |  | NUTRITONAL P |
| 11893-12  03/29/95 | 935.04 | 935.04 | 48 | 1 PLUMSET 1.2 |
| MICRON FLTR |  |  |  |  |
| PUMP SET-OL |  |  |  | NUTRITIONAL |
| 11937-01  04/03/95 | 40.00 | 40.00 | 100 | 1 GERMICIDAL T |
| OWELETTE 4X4 |  |  |  |  |
| 11937-02  04/03/95 | 50.00 | 50.00 | 100 | 1 GERMICIDAL T |
| OWELETTE 8X10 |  |  |  |  |
| 11937-03  04/03/95 | 60.00 | 60.00 | 100 | 1 GERMICIDAL T |
| OWELETTE 14X14 |  |  |  |  |
| 11943-12  03/08/96 | 936.00 | 936.00 | 48 | 1 LS PLUMSET P |
| RIM SET-JOL W/CONV |  |  |  |  |
| 11945-12  10/10/95 | 684.96 | 684.96 | 48 | PIN 104INCH |
| IV SET-OL,CNVT |  |  |  | 1 PLUMSET PRIM |
| 104INCH |  |  |  | PIERCING PIN |
| 11949-02  11/17/95 | 517.20 | 517.20 | 24 | 1 LS PLUM MICR |
| OD SOLUSET 150ML |  |  |  |  |
| NVPP 139 |  |  |  | BURETTE OL,C |
| 11952-01  09/05/95 | 47.50 | 45.00 | 50 | 1 LIFESHIELD L |
| OCKING BLUNT |  |  |  |  |

Page 13

Confidential

ABTWV
00497

ABT-DOJ 0188202        ABT AWP/MDL 087367

ABT013-2738

New96

| Item | Date | Price1 | Price2 | Qty | Description |
|---|---|---|---|---|---|
| 150) | | | | | CANNULA (RF- |
| 11955-01 | 02/13/96 | 56.40 | 54.00 | 120 | 1 LS MAIL STER |
| ILE CAP | | | | | |
| 11956-01 | 02/12/96 | 855.00 | 855.00 | 100 | 1 LS CLAVE POR |
| T MALE ADAPTER | | | | | |
| OCK | | | | | PLUG, LUER L |
| 11957-01 | 03/11/96 | 549.00 | 549.00 | 50 | 1 LS EXTENSION |
| SET 7INCH W/CLAVE | | | | | |
| K | | | | | AND LUER LOC |
| 11958-01 | 03/11/96 | 1,201.20 | 1,201.20 | 120 | 1 LS MICROBORE |
| EXT SET CLAVE, T | | | | | |
| SITE | | | | | CONN/PPR INJ |
| 11959-48 | 03/11/96 | 611.04 | 611.04 | 48 | 1 LS TWIN-SITE |
| EXTENSION, 32INCH | | | | | |
| L | | | | | W/2 CLAVES,O |
| 11960-48 | 03/11/96 | 443.52 | 443.52 | 48 | 1 LS PRIMARY I |
| V SET, 78INCH | | | | | |
| OL | | | | | W/CLAVE AND |
| 11961-48 | 03/11/96 | 716.16 | 716.16 | 48 | 1 LS PRIM PGBK |
| ,NV 80 W/BACKCK | | | | | |
| PORTS OL | | | | | VALV,2 CLAVE |
| 11962-48 | 03/11/96 | 748.80 | 748.80 | 48 | 1 LS 80 NV MIC |
| RO PRIM PGBK | | | | | |
| ,LWR CLV,OL | | | | | W/CLAVE BKCK |
| 11963-48 | 03/11/96 | 886.08 | 886.08 | 48 | 1 LS 80INC,NV |
| PRIM PGBK W/CLAVE | | | | | |
| /OL | | | | | BKCK, IVEX-HP |
| 11964-01 | 03/11/96 | 208.40 | 298.40 | 20 | 1 LS 150ML BUR |
| ETTE,77INC W/CAP | | | | | |
| ICRODP/OL | | | | | PORT/CLAVE,M |
| 11965-48 | 03/11/96 | 816.00 | 816.00 | 48 | 1 LS 100 NV, P |
| RIM PGBK W/CLAVE | | | | | |
| PORTS,OL | | | | | BKCK/2 CLAVE |
| 11966-01 | 09/12/95 | 283.60 | 260.00 | 20 | 1 ABBOTT ENERG |
| IZER KIT W/LUER | | | | | |
| LVE-SL | | | | | ACTIVATED VA |
| 11967-01 | 09/12/95 | 273.00 | 250.00 | 20 | 1 ABBOTT ENERG |
| IZER KIT W/SECURE | | | | | |
| | | | | | LOCK |

Page 14

Confidential

ABTWV
00498

ABT-DOJ 0188203    ABT AWP/MDL 087368

ABT013-2739

```
                            New96
11968-01  09/12/95      267.80    245.00    20    1 ABBOTT ENERG
IZER KIT
11969-01  09/12/95      278.20    255.00    20    1 ABBOTT ENERG
IZER KIT W/LUER
                                                  ACTIVATED VA
LVE
11976-02  03/08/96      438.00    438.00    24    1 PLUMSET MICR
OD SOLUSET 150ML
                                                  BURETTE-OL C
ONV PIN
11977-02  03/08/96      433.68    433.68    24    1 PLUMSET MICR
OD SOLUSET 150ML
                                                  BURETTE-OL C
ONV PIN
11978-02  03/08/96      451.92    451.92    24    1 LS PLUM SET-
OL,CONV PIN
                                                  W/PROXIMAL .
22 MICON, LAV
11979-02  03/08/96      475.44    475.44    24    1 LS PLUM SOLU
SET 150ML BURETTE
                                                  SET-OL CONV
PIN 114
11980-02  03/08/96      516.96    516.96    24    1 PLUMSET MICR
D SOLUSET W/H-PRS
                                                  FLTR, 150ML
BURET OL
13254-01  10/18/95       12.64     12.04     1    1 APM II SYSTE
M OPERATING MANUAL
13255-01  04/28/95       65.00     65.00     1    1 ABBOTT AIM T
RANSPORT CASE
13257-01  04/28/95       11.07     11.07     1    1 ABBOTT AIM O
PERATORS MANUAL
13258-01  10/25/95      300.93    286.60     1    1 APM LOCKBOX
W/LOCKING POLE
                                                  CLAMP
13696-01  10/25/95       15.00     15.00     1    1 AIM/AIM PLUS
BATTERY DOOR
13698-01  02/16/96      444.00    444.00     1    1 ABBOTT AIM L
ARGE LOCKBOX
13699-01  02/16/96      377.00    377.00     1    1 ABBOTT AIM S
MALL LOCKBOX
13965-01  06/19/95    4,481.88  4,268.46     1    1 APM II PUMP
AND KIT
13965-03  06/23/95    4,481.88  4,268.46     1    1 ABBOTT PAIN
MANAGEMENT II(APM
                                                  II)
15545-03  02/21/96      224.90    200.00    10    1 SPINAL 25 GA
UGE ANESTHESIA
                                                  TRAY WITH DR
UGS
15551-03  02/14/96      253.90    232.50    10    1 SPINAL 25 GA
```

Page 15

Confidential

ABTWV 00499

ABT-DOJ 0188204          ABT AWP/MDL 087369

ABT013-2740

```
                              New96
UGE WHITACRE
                                                              ANESTHESIA T
RAY W/DRUGS
15597-02  06/27/95      276.80       253.50       10    1 SPINAL-25G W
HITACRE
                                                              W/LIDO/DEXTR
OSE,EPINE/BUPIV
15752-01  05/30/95      262.50       250.00       10    1 PEDIATRIC CO
NTINUOUS CAUDAL
                                                              TRAY
15753-01  05/09/95      304.50       375.00       10    1 PEDIATRIC CO
NTINUOUS EPIDURAL
                                                              W/DRUGS
19007-48  05/24/95      390.72     - 333.60       48    1 EXTENSION SE
T W/AKT-31 CHECK
                                                              VALVE-SL
43214-01  09/13/95       92.60        77.70       10    1 CANISTER 3.0
43303-06  11/28/95      179.04       170.40       24    1 SPECIMEN TRA
P ASSEMBLY
43506-01  12/08/95      577.50       550.00        1    1 TALL FLOOR S
TAND
A7336-01  03/23/95      109.19        74.00        1   10 TOPOSAR (ETO
POSIDE, INJ) 100MG
                                                              5ML
A7346-01  03/23/95      218.38       148.00        1    5 TOPOSAR (ETO
POSIDE, INJ) 200MG
                                                              10ML
A7356-01  03/23/95      532.30       370.00        1    1 TOPOSAR (ETO
POSIDE, INJ) 500MG
                                                              25ML
A8715-01  06/19/95      107.50      -107.50        1    1 ZINECARD (DE
XRAZOXANE INJ)
                                                              250MG
A8725-01  06/19/95      215.00       215.00        1    1 ZINECARD (DE
XRAZOXANE INJ)
                                                              500MG
```

Confidential

ABT-DOJ 0188205          ABT AWP/MDL 087370

ABT013-2741