# Exhibit 54F

```
                                    Newsize
NEW ITEMS WHERE CASE SIZE CHANGED TO 400
              3/27/96
(Note these new items were not printed in 4/1/96 catalog -- came out a
week later)

OLD                       NEW
NDC #    SS   PKG  MULT   NDC #     SS
-------- ---  ---- ----   --------  --
01187-01 13    10   10    01187-01  32
01187-01 32    10   40
01463-01 17    10    5    01463-01  31
01463-01 31    10   40
01465-01 13    10    5    01465-01  31
01465-01 31    10   40
03073-03 08   100    1    03073-31  31
03073-31 31    50    8
04713-01 01   100    1    04713-32  32
04713-32 32    50    8
04713-02 14    25    4    04713-02  35
04713-02 35    25   16
09157-01 13    25    2    09157-01  30
09157-01 30    25   16
09158-01 13    25    2    09158-01  31
09158-01 31    25   16
```

Page 1

Confidential

ABTWV
00501

ABT-DOJ 0188206    ABT AWP/MDL 087371

ABT013-2742