# Exhibit 55

From
David Brinks
#3

HIGHLY CONFIDENTIAL

ABT-DOJ 0155003

HIGHLY CONFIDENTIAL

MAR 13 '95  05:17PM CONTRACT MARKETING DEPT

Sheet1

| List | Description | List Price | Rx link acquisition price | Rx link customer price | Old awp | awp/gram | awp as % of list | Suggested list price | Estimated awp | AWP/Gram |
|------|-------------|------------|---------------------------|------------------------|---------|----------|------------------|----------------------|---------------|----------|
| 4332-01-13 | Vancomycin 500mg flip top vial | 25.460 | 7.140 | 6.800 | 30.234 | 60.468 | 1.1875 | 7.50  7.497 | 8.9027611 | 8.91 |
| 6509-01-13 | Vancomycin 5g Pharmacy Bulk Vial | 114.520 | 43.050 | 41.000 | 135.992 | 27.198 | 1.1875 | 15.00  45.2025 | 53.677771 | 8906 |
| 6533-01-13 | Vancomycin 1g flip top vial | 50.900 | 14.180 | 13.500 | 60.444 | 60.444 | 1.1875 | 15.00  14.889 | 17.680761 | 17.81 |

Dave, my suggested list price is 5% over Rx link, and new AWP is calculated at 1.1875 of new list.
I will copy Jerry C. and ask her to make the change.

Post-it® Fax Note  7671  Date  # of pages ▶
To DAVE BRINCKS    From GNE
Co./Dept.    Co.
Phone #    Phone # 7-6534
Fax # 8-0790    Fax # 8-7435

ABT-DOJ 0155004

P.1

Confidential
AB0020130

HIGHLY CONFIDENTIAL

| NDC INFO | PRODUCT NAME | MFG | STRENGTH | AWP | AWP/GRAM |
|---|---|---|---|---|---|
| 00002729810 | VANCOCIN HCL | LILLY | 1 gm | $16.081 | $16.081 |
| 00002732110 | VANCOCIN HCL | LILLY | 1 gm | $15.601 | $15.601 |
| 00002735501 | VANCOCIN HCL | LILLY | 10 gm | $156.010 | $15.601 |
| 00205315405 | VANCOLED | LEDERLE STD PROD | 5 gm | $57.560 | $11.512 |
| 00205315415 | VANCOLED | LEDERLE STD PROD | 1 gm | $11.515 | $11.515 |
| 00205315488 | VANCOLDED | LEDERLE STD PROD | 500 mg | $5.756 | $11.512 |
| 00074433201 | VANCOMYCIN HCL | ABBOTT | 500 mg | $30.234 | $60.468 |
| 00074650901 | VANCOMYCIN HCL | ABBOTT | 5 gm | $135.992 | $27.198 |
| 00074653301 | VANCOMYCIN HCL | ABBOTT | 1 gm | $60.444 | $60.444 |
| 00074653401 | VANCOMYCIN HCL | ABBOTT (ADD-VANT) | 500 mg | $10.878 | $21.756 |
| 00074653501 | VANCOMYCIN HCL | ABBOTT (ADD-VANT) | 1 gm | $21.755 | $21.755 |
| 00364247233 | VANCOMYCIN HCL | SCHEIN | 500 mg | $7.000 | $14.000 |
| 00364247391 | VANCOMYCIN HCL | SCHEIN | 1 gm | $14.041 | $14.041 |
| 00641277843 | VANCOMYCIN HCL | ELKINS-SINN | 500 mg | $18.813 | $37.626 |
| 00641277943 | VANCOMYCIN HCL | ELKINS-SINN | 1000 mg | $37.563 | $37.563 |

Confidential
AB0020131

ABT-DOJ 0155005