# Exhibit 56

 **ABBOTT**

| | | Jerrie Cicerale | | |
|---|---|---|---|---|
| INTEROFFICE CORRESPPONDENCE | | 36G= | AP30E | #2881 |
| MICHELLE CHRISTOPHER MEDI-SPAN | DATE | March 28, 1995 | | |

SUBJECT: ABBOTT LABS HPD CATALOG INCREASE

Michelle -- enclosed is the 4/3/95 catalog and a diskette with the price changes. I have marked on the diskette the file name. If you have any questions give me a call.

The prices on the following 3 items changed after the catalog was printed. Please override you prices with these. These were price decreases.

```
         INNER   UNITS
LIST     PACKS/  INNER  UNITS   PRICE   PRICE/
NUMBER   CASE    PACK   CASE    UNIT    INNER PACK   DESCRIPTION
---------------------------------------------------------------------
04332-01  10     10     100     7.50    75.00        VANCOMYCIN HCL 500MG FLIPTOP
                                                     VIAL - STERILE
06509-01  10      1      10    75.00    75.00        VANCOMYCIN HCL 5GM - STERILE
                                                     (PHARMACY BULK PKG)
06533-01   5     10      50    15.00   150.00        VANCOMYCIN HCL 1GM FLIPTOP
                                                     VIAL - STERILE
           ↑                             ↑
```

↑ eff. 4.3.95 as well

Thanks, Jerrie Cicerale
3/29/95

HEARST FDB

FDB 002632

BMW037-0829   L

# ABBOTT

Jerrie Cicerale

36G- . . .   AP30 ·   12881

INTEROFFICE CORRESPPONDENCE

BETH RADER   FIRST DATA BANK

March 28, 1995

SUBJECT: ABBOTT LABS HPD CATALOG INCREASE

Beth -- enclosed is the 4/3/95 catalog and a diskette with the price changes. I have marked on the diskette the file name. If you have any questions give me a call.

| LIST NUMBER | INNER PACKS/ CASE | UNITS INNER PACK | UNITS CASE | PRICE UNIT | PRICE/ INNER PACK | DESCRIPTION |
|---|---|---|---|---|---|---|
| 04332-01 | 10 | 10 | 100 | 7.50 | 75.00 | VANCOMYCIN HCL 500MG FLIPTOP VIAL - STERILE |
| 06509-01 | 10 | 1 | 10 | 75.00 | 75.00 | VANCOMYCIN HCL 5GM - STERILE (PHARMACY BULK PKG) |
| 06533-01 | 5 | 10 | 50 | 15.00 | 150.00 | VANCOMYCIN HCL 1GM FLIPTOP VIAL - STERILE |

Thanks, Jerrie Cicerale
 3/29/95

EXHIBIT 2
mH 4/7/05

Confidential

ABTWV 00045

ABT-DOJ 0188064

ABT AWP/MDL 087229

ABT013-2600

 **ABBOTT**

INTEROFFICE CORRESPPONDENCE

Jerrie Cicerale
36G....    AP30F×T    #2881

RONI LANE   MEDICAL ECONOMICS DATA/REDBOOK   March 28, 1995

SUBJECT: ABBOTT LABS HPD CATALOG INCREASE

Roni -- enclosed is the 4/3/95 catalog and a diskette with the price changes. I have marked on the diskette the file name. If you have any questions give me a call.

```
                INNER    UNITS
        LIST    PACKS/   INNER   UNITS   PRICE   PRICE/
        NUMBER  CASE     PACK    CASE    UNIT    INNER PACK   DESCRIPTION
        ------- -------  ------- ------- ------- ----------   -----------
        04332-01   10      10     100     7.50    75.00       VANCOMYCIN HCL 500MG FLIPTOP
                                                              VIAL - STERILE
        06509-01   10       1      10    75.00    75.00       VANCOMYCIN HCL 5GM - STERILE
                                                              (PHARMACY BULK PKG)
        06533-01    5      10      50    15.00    75.00       VANCOMYCIN HCL 1GM FLIPTOP
                                                              VIAL - STERILE
```

Thanks, Jerrie Cicerale
3/29/95

[RECEIVED MAR 31 1995 RED BOOK PRICING stamp]

4/20/95 verified very large decrease in price w/ Jerrie yes it's okay

Done
RL
4/20/95

Confidential                Red Book 00030

ABT094-0030