# Exhibit 57

Case 1:01-cv-12257-PBS    Document 6308-23    Filed 07/24/09    Page 2 of 4


**ABBOTT**

Jerrie Cicerale

**INTEROFFICE CORRESPPONDENCE**    36G    AP30    #2881

MICHELLE CHRISTOPHER    MEDI-SPAN(317-469-5252)    May 5, 1995

SUBJECT: LIST PRICE CHANGE

Michelle -- please change the list price on the following three Vancomycin products. These prices are effective 5/8/95.

| LIST-TUC | EFFECTIVE DATE | TRADE | PKG | MULT | DESCRIPTION |
|---|---|---|---|---|---|
| 04332-01 | 08MAY95 | 164.80 | 10 | 10 | VANCOMYCIN HCL 500MG FLIPTOP VIAL - STERILE |
| 06509-01 | 08MAY95 | 94.76 | 1 | 10 | VANCOMYCIN HCL 5GM - STERILE (PHARMACY BULK PKG) |
| 06533-01 | 08MAY95 | 329.50 | 10 | 5 | VANCOMYCIN HCL 1GM FLIPTOP VIAL - STERILE |

Thanks, Jerrie Cicerale
5/5/95

*[signature: Jerrie Cicerale]*

**ABT000999**

AB 0006203
**CONFIDENTIAL**

ABBOTT LABS DOCS ABT000001-ABT003453 BMW007                    BMW007-1106

**ABBOTT**

INTEROFFICE CORRESPPONDENCE

Jerrie Cicerale

36G    AP30    #2881

RONI LANE    MEDICAL ECONOMICS DATA/REDBOOK (FAX=May-35849956)

SUBJECT: LIST PRICE CHANGE

Roni -- please change the list price on the following three Vancomycin products. These prices are effective 5/8/95.

| LIST-TUC | EFFECTIVE DATE | TRADE | PKG | MULT | DESCRIPTION |
|---|---|---|---|---|---|
| 04332-01 | 08MAY95 | 164.80 | 10 | 10 | VANCOMYCIN HCL 500MG FLIPTOP VIAL - STERILE |
| 06509-01 | 08MAY95 | 94.76 | 1 | 10 | VANCOMYCIN HCL 5GM - STERILE (PHARMACY BULK PKG) |
| 06533-01 | 08MAY95 | 329.50 | 10 | 5 | VANCOMYCIN HCL 1GM FLIPTOP VIAL - STERILE |

Thanks, Jerrie Cicerale
5/5/95

*[signature: Jerrie Cicerale]*

**ABT001000**

AB 0006204
CONFIDENTIAL


# ABBOTT

| | Jerrie Cicerale | | |
|---|---|---|---|
| INTEROFFICE CORRESPPONDENCE | 36G | AP30 | #2881 |
| BETH RADER   FIRST DATA(415-588-6867) | May 5, 1995 | | |

SUBJECT: LIST PRICE CHANGE

Beth -- please change the list price on the following three Vancomycin products. These prices are effective 5/8/95.

| LIST-TUC | EFFECTIVE DATE | TRADE | PKG | MULT | DESCRIPTION |
|---|---|---|---|---|---|
| 04332-01 | 08MAY95 | 164.80 | 10 | 10 | VANCOMYCIN HCL 500MG FLIPTOP VIAL - STERILE |
| 06509-01 | 08MAY95 | 94.76 | 1 | 10 | VANCOMYCIN HCL 5GM - STERILE (PHARMACY BULK PKG) |
| 06533-01 | 08MAY95 | 329.50 | 10 | 5 | VANCOMYCIN HCL 1GM FLIPTOP VIAL - STERILE |

Thanks, Jerrie Cicerale
5/5/95

*[signature: Jerrie Cicerale]*

**ABT001001**

AB 0006205
CONFIDENTIAL