# Exhibit 58


# ABBOTT

FROM   Jerrie Cicerale

INTEROFFICE CORRESPPONDENCE         36G...   AP30Ext   #2881

MICHELLE CHRISTOPHER  MEDI-SPAN(317-469-5252)   May 30, 1995

SUBJECT: LIST PRICE CHANGE

Michelle -- please change the list price on the following three Vancomycin products. There has been alot of confusion concerning the list price on these 3 products. Please change the prices as follows and have the effective date read 4/3/95. These prices are published correctly in our latest catalog.

| LIST-TUC  | EFFECTIVE DATE | TRADE  | PKG | MULT | DESCRIPTION |
|-----------|---------------|--------|-----|------|-------------|
| 04332-01  | 4/3/95        | 264.80 | 10  | 10   | VANCOMYCIN HCL 500MG FLIPTOP VIAL - STERILE |
| 06509-01  | 4/3/95        | 119.10 | 1   | 10   | VANCOMYCIN HCL 5GM - STERILE (PHARMACY BULK PKG) |
| 06533-01  | 4/3/95        | 529.40 | 10  | 5    | VANCOMYCIN HCL 1GM FLIPTOP VIAL - STERILE |

Should you have additional questions please contact Harold Adams, Manager, Commercial Business Development at 937-8980.

Thanks, and sorry for the confusion.
    Jerrie Cicerale
        5/30/95

*Jerrie Cicerale* [signature]

**ABT000986**

AB 0006190
CONFIDENTIAL

## ABBOTT

|  |  |
|--|--|
| INTEROFFICE CORRESPPONDENCE | Jerrie Cicerale  36G____  AP30___  #2881 |
| BETH RADER   FIRST DATA(415-588-6867) | May 30, 1995 |

SUBJECT: LIST PRICE CHANGE

Beth -- please change the list price on the following three Vancomycin products. There has been alot of confusion concerning the list price on these 3 products. Please change the prices as follows and have the effective date read 4/3/95. These prices are published correctly in our latest catalog.

| LIST-TUC | EFFECTIVE DATE | TRADE | PKG | MULT | DESCRIPTION |
|----------|----------------|-------|-----|------|-------------|
| 04332-01 | 4/3/95 | 264.80 | 10 | 10 | VANCOMYCIN HCL 500MG FLIPTOP VIAL - STERILE |
| 06509-01 | 4/3/95 | 119.10 | 1  | 10 | VANCOMYCIN HCL 5GM - STERILE (PHARMACY BULK PKG) |
| 06533-01 | 4/3/95 | 529.40 | 10 | 5  | VANCOMYCIN HCL 1GM FLIPTOP VIAL - STERILE |

Should you have additional questions please contact Harold Adams, Manager, Commercial Business Development at 937-8980.

Thanks, and sorry for the confusion.
   Jerrie Cicerale
      5/30/95

*[signature: Jerrie Cicerale]*

ABT000987

AB 0006191
CONFIDENTIAL

ABBOTT LABS DOCS ABT000001-ABT003453 BMW007         BMW007-1091

# ABBOTT

INTEROFFICE CORRESPPONDENCE.

FROM   **Jerrie Cicerale**

DEPT NO.   36G BLDG.   AP30E-F   #2881

RONI LANE   MEDICAL ECONOMICS DATA/REDBOOK (FAX=201-388-1996)

SUBJECT: LIST PRICE CHANGE

Roni -- please change the list price on the following three Vancomycin products. There has been alot of confusion concerning the list price on these 3 products. Please change the prices as follows and have the effective date read 4/3/95. These prices are published correctly in our latest catalog.

| LIST-TUC | EFFECTIVE DATE | TRADE | PKG | MULT | DESCRIPTION |
|---|---|---|---|---|---|
| 04332-01 | 4/3/95 | 264.80 | 10 | 10 | VANCOMYCIN HCL 500MG FLIPTOP VIAL - STERILE |
| 06509-01 | 4/3/95 | 119.10 | 1 | 10 | VANCOMYCIN HCL 5GM - STERILE (PHARMACY BULK PKG) |
| 06533-01 | 4/3/95 | 529.40 | 10 | 5 | VANCOMYCIN HCL 1GM FLIPTOP VIAL - STERILE |

Should you have additional questions please contact Harold Adams, Manager, Commercial Business Development at 937-8980.

Thanks, and sorry for the confusion.
   Jerrie Cicerale
   5/30/95
   *[signature: Jerrie Cicerale]*

**ABT000988**

AB 0006192
CONFIDENTIAL