# Exhibit 65



**United States Department of Justice**

Civil Division

MFH:JRB:TRStephens  (202) 307-0404
46-19-1821  Post Office Box 261
 Benjamin Franklin Station
 Washington, D.C. 20044

**COMMUNICATION MADE PURSUANT TO FEDERAL RULE OF EVIDENCE 408**

November 3, 1999

**BY OVERNIGHT DELIVERY**

Daniel E. Reidy, Esq.
Jones, Day, Reavis & Pogue
77 West Wacker
Chicago, Illinois 60601-1692

   Re:  United States ex rel. [Relator] v.
        [Abbott Labs] [FILED UNDER SEAL]

Dear Mr. Reidy:

   I have enclosed, as you requested, a CD-Rom copy of the Powerpoint presentation that the government team made to you and Mr. Rivera on October 27th. In providing you with this CD-Rom, the government is not waiving any applicable privileges or rights that attach to this material.

                              Sincerely,

                              T. REED STEPHENS
                              Trial Attorney
                              Commercial Litigation Branch
                              Civil Division

Enclosure

cc:  Mary Riordan, HHS-OIG OGC
     Mark A. Lavine, AUSA
     Patrick Lupinetti, NY Office of Attorney General
     Timothy Terry, Director, Nevada MFCU