# Exhibit 72

**Sellers, Mike W APX**

**From:** Sellers, Mike W APX
**Sent:** Monday, October 23, 2000 8:03 AM
**To:** Fahey-Widman, Ann LN
**Cc:** Lewis, Tareta APX; Lyman, Robert APX
**Subject:** RE: Following up on Vancomycin information

As a follow-up to our discussions, we have received the following information from HCFA with regard to Medicare reimbursement for J3370 code (IV Vancomycin):

| YEAR | Allowed Charges | |
|---|---|---|
| 1995 | $12,051,885 | Per OIG report 12/97 |
| 1996 | $ 8,234,140 | Per OIG report 12/97 |
| 1997 | $   898,544 | Per Paula Higger HCFA 10/16/00 |
| 1998 | $   841,194 | Per Paula Higger HCFA 10/16/00 |
| 1999 | $   688,827 | Per Paula Higger HCFA 10/16/00 |

I think this latest data confirms the change in coverage made in 1996.

-----Original Message-----
From: Fahey-Widman, Ann LN
Sent: Tuesday, October 10, 2000 12:06 PM
To: Sellers, Mike W APX
Cc: Babington, Catherine V LN; Lewis, Tareta M LN; Beckmann, Christy B LN
Subject: Following up on Vancomycin information

Hi Mike:
Thanks again for taking the time to meet with us last week. Just wanted to check in to see how you are coming with gathering the information Cathy asked for in the meeting. We please need Vancomycin sales (broken out by Medicare and Medicaid if possible) for 1994-1999. We also need the AWPs on other manufacturer's Vanco products for those same years.

If you happen to have a copy of the Federal Register in 90 or 91 where Vanco was added as well as the one in Sept 96 where it was taken off that would be great as well.

Please let me know when you will have this information as we are waiting to plug this in before forwarding the issues brief to Miles for his review.

In terms of an update, the Chicago Tribune is still doing a story. I don't have a specific date on when it will run yet but expect it to be this week or weekend.

Thanks again,
Ann


EXHIBIT
30(46)
Sellers 29
3.31.08  DK

8/20/01

ABT-DOJ 0233994
Highly Confidential

ABT109-0220   FL