# Exhibit 75

Begley
Wiebking
Mershimer
Schumacher
Chronis
Karas
Baker
adams 937-4878
leone 938-2673
murray
allen-mckinnon



This message is to inform you of an unexpected action taken by First Data Bank with regard to the AWP's for Abbott Hospital Products. As you all are aware, we are in the process of publishing a new catalog price listing which will significantly reduce our List Price for drugs. In preparation for that we made adjustments to approximately 100 WAC prices and notified wholesalers of this five weeks ago - meeting their 45-day notice requirement - and also notified First Data Bank and RedBook. Our new List Prices have not been published to anyone yet. That notice is scheduled for May 7th.

Yesterday we were made aware by several customer calls into Alternate Site that First Data Bank recently published revised AWP's for HPD drugs. Our preliminary assessment is that First Data Bank has changed their mehtodology for calculating the AWP on our products. While we haven't seen a comprehensive list, the new AWP's we have sampled represent a significant reduction (70 to 90%) from the prior values. The new formula apparently is based on our WAC price, not our List Price and uses a gross up factor of 25% versus the old factor of 18%.

We are working to get a comprehensive look at these new values. In the meantime, this event is resulting in earlier market exposure of new prices than we had anticipated in our April Update cost estimates. As importantly, we will need to work with Legal on an advance notice to our Alt Site sales people and a script for handling the customer inquiries that have already started. Pete Baker and I will take the initiative on that process. As we are able to define the Frist Data Bank actions, I will keep all of you informed. We are not aware of any actions taken by RedBook.

Finally, while these actions are earlier than we planned, the values appear to be in line with what we would have expected from our catalog publication. And to repeat, we remain on schedule to distribute that on May 7. A formal, bound price listing with the new List Prices and WAC Prices will be available to wholesalers, customers, and sales personnel in late May. These listings will also be available on CD-ROM.





TXABT 674744
Highly Confidential