# Exhibit 46

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



**Roxane Laboratories, Inc.**

P.O. Box 16532 • Columbus, Ohio 43216-6532 • Phone 614-276-4000 • Fax 614-274-0974

January 20, 1997

Dear Wholesale Customer:

Roxane Laboratories is pleased to announce an **Enhanced Ipratropium Bromide Loyalty Bonus Program** effective immediately.

Roxane Laboratories launched Ipratropium Bromide solution in June of 1996. The product that was launched is identical to the brand Atrovent™ Inhalation Solution (Boehringer Ingleheim). Roxane Laboratories in committed to the respiratory marketplace and we believe that you, along with us, have enjoyed significant profits on Ipratropium while also passing substantial savings along to your customers. Thanks to our combined efforts, together we have built a loyal customer patient base.

To support you, our customer, and to further demonstrate our commitment to you and the respiratory market, Roxane Laboratories is doubling your Loyalty Rebate from 3% to 6% for all future purchases. In addition, all accrued loyalty potential dollars not yet paid will be paid at the 6% rate. This will effectively double all future bonus payouts.

Due to the competitive market environment, we are further pleased to announce a **price decrease** on Ipratropium Bromide solution was effective as of January 20, 1997.

| NDC | Product Description | Size | AWP Price | WAC Price |
|---|---|---|---|---|
| 0054-8402-11 | Ipratropium Bromide Inhalation Solution UDV | Carton of 25 | $44.06 | $25.50 |

For those wholesalers that position Roxane's Ipratropium Bromide solution in their "Preferred" Source Program, as the primary product, Roxane will have a net price prior to Loyalty Bonus of $21.75 per box of 25. This price will apply to all source sales. The difference between wholesale acquisition cost and source price will be rebated to you on a monthly basis.

I am also pleased to announce that Roxane will be introducing additional package sizes in the very near future.

Should you have any questions, please contact either your National Account Director or me directly at 1-800-848-0120.

Thank you for your business.

Sincerely,

Gerald L. Walsh
Director National Accounts

cc: R. Feldman
    J. Waterer



ROXANE • PAIN • INSTITUTE

...teaching cancer and sick patients through their caregivers ~
1 • 8 0 0 • 3 3 5 • 9 1 0 0

S00077702

RLI-AWP-00272250
ROX050-7596    FL