# Exhibit 47

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Case 1:01-cv-12257-PBS   Document 6309-3   Filed 07/24/09   Page 2 of 2



# Roxane Laboratories, Inc.

P.O. Box 16532 • Columbus, Ohio 43216-6532 • Phone 614/276-4000 • Fax 614/274-0974

December 1, 1997     **Price Change Announcement**

**Revised Letter - Please destroy original mailing dated November 25, 1997**

Dear Smith Drug Company Pharmaceutical Buyer:

Roxane Laboratories, Inc. is announcing a Wholesale Acquisition Cost (WAC) adjustment on several of our products to keep them priced appropriately, relative to the current market conditions. The WAC will change effective December 1, 1997, and impact the following products as listed below and in the attached worksheet:

| NDC# 0054- | Product | Description | Size | Current WAC | New WAC |
|---|---|---|---|---|---|
| 8402-11 | Ipratropium Bromide | 0.02% 2.5mL UDV | 25 | $25.50 | $20.50 |
| 8402-13 | Ipratropium Bromide | 0.02% 2.5mL UDV | 30 | $30.60 | $24.60 |
| 4853-21 | Ranitidine | 150mg Tablet | 60 | $49.60 | $29.76 |
| 4853-29 | Ranitidine | 150mg Tablet | 500 | $392.68 | $235.61 |
| 4854-25 | Ranitidine | 300mg Tablet | 100 | $142.60 | $85.56 |

Roxane will also extend this new pricing to your existing warehouse inventory, provided you complete the required documentation, and a worksheet is attached to assist in expediting the process.

- Please complete the worksheet by filling in the green highlighted areas with your warehouse inventory quantities as of November 30, 1997. Then return the worksheet, together with appropriate documentation supporting the reported inventory levels to us **within 45 days**. Requests for shelf stock adjustment or supporting documentation received after 45 days from the date of this notification will not be honored.
- The shelf stock adjustment will be calculated based on the difference between your current <u>net</u> price and the <u>new</u> net price. (Net price is the invoice price less rebates.) Cash terms are excluded from the calculation. Product ordered, but not yet shipped will automatically be charged at the new WAC price. Product which has been shipped and billed at the old price, but has not yet been received will be eligible for shelf stock adjustment. Only product purchased directly from Roxane Laboratories will be adjusted.

Please contact your Roxane Sales Representative if you have further questions.

Sincerely,

Richard A. Feldman, R.Ph.
Executive Director Trade & Pharmacy Affairs

ROXANE • PAIN • INSTITUTE™

...touching cancer and aids patients through their caregivers.
1 • 800 • 335 • 9100

S00061965

RLI-AWP-00263096
ROX049-7359     FL