# Exhibit 50

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



Boehringer Ingelheim
Roxane

September 15, 1999

Mr. Sandy Greco
V.P. Purchasing
Kinray- A Source
152-35 10th Avenue
Whitestone, NY 11357

Dear Mr. Greco:

Due to changes in market conditions, Roxane Laboratories, Inc. extends the following price reductions for items on our current agreement.

| NDC NO. 00054- | PRODUCT DESCRIPTION | PRICE | AWP |
|---|---|---|---|
| | **** See attached list**** | | |

These prices will be efffective October 17, 1999 through March 31, 2000.

If you have any questions regarding this offer, please contact our Contract Sales and Administration Office Toll Free at 800-848-0120, Ext: 2253. If you have any questions regarding the products or services of Roxane Laboratories, please contact Customer Service Toll Free at 800-520-1631, or Fax 800-520-1666.

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

**NOTE TO WHOLESALER(S):**
Should you receive a copy of this offer from the customer expecting to be billed at these prices but have not received a confirming "Award Notification" from Roxane, please contact the undersigned immediately in order to avoid misbillings and rejected chargeback claims. Thank you.

Prices contained in this offer are to be treated as confidential and should not be shared with anyone outside of your facility.

Best regards,

Kimberly K. Storck
Supervisor, Bids & Contracts

KKS/cpl

File #: 9804032

cc: D. Kutner

ROXMA014308

RLI-AWP-00190133
ROX041-5279    F



Boehringer Ingelheim
Roxane Laboratories

September 15, 1999
Mr. Sandy Greco
V.P. Purchasing
Kinray- A Source
Page 2

| NDC NO. 00054- | PRODUCT DESCRIPTION | PRICE | AWP |
|---|---|---|---|
| 8402-11 | Ipratropium Bromide Inhalation Solution, 0.02%, 25x2.5mL vials in a foil pouch | *$ 14.40/25x2.5mL | $ 44.06 |
| 8402-13 | Ipratropium Bromide Inhalation Solution, 0.02%, 30x2.5mL vials in a foil pouch | *$ 17.28/30x2.5mL | $ 52.87 |
| 8402-21 | Ipratropium Bromide Inhalation Solution, 0.02%, 60x2.5mL vials in a foil pouch | *$ 34.56/60x2.5mL | $105.74 |

\* These prices are not inclusive of the market-share based rebates previously agreed upon in the original agreement.

File # 9804032

ROXMA014309

RLI-AWP-00190134
ROX041-5280      L

FILL COPY



Boehringer Ingelheim
Roxane Laboratories

April 20, 2000

Ms. Debbie Gossert
Director, Pharmaceutical Purchasing
Happy Harry's
315 Ruther Drive
Newark, DE 19711

DEPOSITION EXHIBIT
Kutner 008
12/9/08
Rich Germosen, CSR, CSR-R, RPR, CRR

Roxane Laboratories, Inc.

Dear Ms. Gossert:

Due to changes in market conditions, Roxane Laboratories, Inc. offers the following price reductions for the following items on our current agreement.

| NDC NO. 00054- | PRODUCT DESCRIPTION | PRICE | AWP |
|---|---|---|---|
| 4084-25 | Azathioprine Tablets USP, 50mg Bottle of 100 | $ 37.00/C | $131.08 |
| 8402-11 | Ipratropium Bromide Inhalation Solution, 0.02%, 25x2.5mL vials in a foil pouch | $ 9.79/25x2.5mL | $ 44.06 |

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

These prices will be effective <u>April 24, 2000</u> through <u>February 28, 2001</u>.

If you have any questions regarding this offer, please contact our Contract Sales and Administration Office Toll Free at 800-848-0120, Ext: 2253. If you have any questions regarding the products or services of Roxane Laboratories, please contact Customer Service Toll Free at 800-520-1631, or Fax 800-520-1666.

In the event a Roxane multi-source item should, at a later date, become a sole-source or a sole-generic item available exclusively from Roxane, the company reserves the option to adjust the contract prices awarded prior to the original contract expiration date.

Roxane Laboratories, Inc. and you shall maintain the confidentiality of the terms and conditions of this agreement for its duration and for three years following. Any breach of this confidentiality is cause for immediate termination of this agreement.

Best regards,

*Kimberly K. Storck*

Kimberly K. Storck
Contract Analyst II

KKS/cpl

File #: 9912041
cc: D. Kutner

ROXMA036307

RLI-AWP-00212132
ROX044-0864    FL