# Exhibit 51

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

 

April 29, 1999

Roxane Laboratories, Inc.

Mr. John Murphy
Buyer, Generic Prescription Drugs
Meijer, Inc.
2929 Walker N.W.
Grand Rapids, MI 49504

Dear Mr. Murphy:

Due to changes in market conditions, Roxane Laboratories, Inc. is pleased to offer the following price reduction(s) for item(s) on our current agreement.

| NDC NO. 00054- | PRODUCT DESCRIPTION | PRICE | AWP |
|---|---|---|---|
| 8402-11 | Ipratropium Bromide Inhalation Solution, 0.02%, 25x2.5mL vials in a foil pouch | $13.93/25x2.5mL | $ 44.06 |

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

This price will be effective May 1, 1999 through December 31, 1999.

If you have any questions regarding this offer, please contact our Contract Sales and Administration Office Toll Free at 800-848-0120, Ext:2564. If you have any questions regarding the products or services of Roxane Laboratories, please contact Customer Service Toll Free at 800-520-1631, or Fax 800-520-1666.

Prices contained in this offer are to be treated as confidential and should not be shared with anyone outside of your facility.

Best regards,

Kelli S. Self
Kelli S. Self
Supervisor, Bids & Contracts

File #:9811022

cc: P. Hawthorne

RLI-TX 32731
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00132083
ROX034-8632    F