# Exhibit 52

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



Boehringer Ingelheim
Roxane Laboratories

May 27, 1999

**FILE COPY**

Roxane Laboratories, Inc.

Ms. Karen Bilacic
Cardinal Health, Inc.
7000 Cardinal Place
Dublin, OH 43017

Dear Ms. Bilacic:

Due to changes in market conditions, Roxane Laboratories, Inc. offers the following price reduction(s) for item(s) on our Cardinal Generic Alliance, Managed, and Preferred Source Contracts.

| NDC NO. 00054- | PRODUCT DESCRIPTION | PRICE | AWP |
|---|---|---|---|
| 8402-11 | Ipratropium Bromide Inhalation Solution, 0.02%, 25x2.5mL vials in a foil pouch | $ 14.49/25x2.5mL | $ 44.06 |
| 8402-21 | Ipratropium Bromide Inhalation Solution, 0.02%, 60x2.5mL vials in a foil pouch | $ 32.40/60x2.5mL | $105.74 |

These prices will be effective <u>May 28, 1999</u> through <u>February 28, 2000</u>.

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

If you have any questions regarding this offer, please contact our Contract Sales and Administration Office Toll Free at 800-848-0120, Ext:2564. If you have any questions regarding the products or services of Roxane Laboratories, please contact Customer Service Toll Free at 800-520-1631, or Fax 800-520-1666.

Prices contained in this offer are to be treated as confidential and should not be shared with anyone outside of your facility.

Best regards,

Kelli S. Self

Kelli S. Self
Supervisor, Bids & Contracts

KSS/bjr

File #:9803020,9803021
        9803022,9901019

cc: M. Torres
    S. Snyder

RLI-TX 24248
**Highly Confidential
Attorneys' Eyes Only**

RLI-AWP-00123600
ROX034-0149