# Exhibit 53

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

# NATIONAL ACCOUNTS
# PRICE ADJUSTMENT REQUEST
### (PAR)



DEPOSITION EXHIBIT
Kutner 004
12/9/08
Rich Germosen, CSR, CSR-R, RPR, CRR

To:  **Kim Storck**                                      Date Submitted: _____

From:  **Debbie Kutner** *ec*                             Date Received: _____

Account Name:  **Sobol**          Mail Address:  **50 Emjay Blvd**

**Brentwood, New York**

Contact Name:  **Marie Valardi**

Title:  **Director of Purchasing**                        FedEx Address: _____

Phone #:  **1-516-231-7733**

Fax #: _____

| NDC# 0054 | Product Description | Current RLI Contract Price | Current RLI Rebate & Net Price | Competitor Net Price & Manufact. | Sugg. Bid Price | Annual $ Volume or Unit Volume | Auto /SS /Multi Award |
|---|---|---|---|---|---|---|---|
| 8402-11 | Ipratropium 25's | $15.00 | $12.75 | Dey $11.00 Dead Net | ~~$11.00~~ 12.94 | 14,400 (15% rebate) | x |
| | | | | | | | - |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Description of documentation provided:

☐ Phone Conversation      x☐ Written Request      ☐x Verbal      Date: 7/20/1999

Consequences of Approval/Denial of PAR: Marie received a written proposal from Dey Labs promoting Ipratropium 25's for $11.00 Dead Net. Sobol purchases $216,000 on just the 25's. Annual usage is 14,400 pieces on just the 25's.

National Account Manager Comments: I would like us to meet the competition and stay market competitive.

Bid Supervisor Comments:  *Carrie, Pls create Sup. Price red doc*
*8-1-99 — 5-31-00*
*file 9804033*
*no sig block*

ROXMA022422

RLI-AWP-00198247
ROX042-4796    FL