# Exhibit 54

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

 Boehringer Ingelheim
**Roxane Laboratories**

July 21, 1999


DEPOSITION EXHIBIT
Kutner 005
12/9/08
Rich Germosen, CSR, CSR-R, RPR, CRR

Roxane Laboratories, Inc.

Ms. Marie Vilardi
Director of Purchasing
Sobol
50 Emjay Blvd.
Brentwood, NY 11717

Dear Ms. Vilardi:

Per our conversation, we are pleased to offer the following price reduction for an item on our A Level (Sole Source Auto-Sub) Participation Program.

| NDC NO. 00054- | PRODUCT DESCRIPTION | PRICE | AWP |
|---|---|---|---|
| 8402-11 | Ipratropium Bromide Inhalation Solution, 0.02%, 25x2.5mL vials in a foil pouch | $ 18.65/25x2.5mL | $ 44.06 |

\* This price is not inclusive of the market-share driven rebate attached to this program.

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

This price will be effective August 1, 1999 through May 31, 2000.

Prices contained in this offer are to be treated as confidential and should not be shared with anyone outside of your facility.

If you have any questions regarding this offer, please contact our Contract Sales and Administration Office Toll Free at 800-848-0120, Ext: 2253. If you have any questions regarding the products or services of Roxane Laboratories, Inc., please contact Customer Service Toll Free at 800-520-1631, or Fax 800-520-1666.

Best regards,

Kimberly K. Storck
Supervisor, Bids & Contracts

KKS/cpl

File #: 9804033

cc: R. Rothacher
    D. Kutner

**RLI-TX 39718**
**Highly Confidential**
**Attorneys' Eyes Only**

RLI-AWP-00139070
ROX035-6840      FL