# Exhibit 55

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Coval, Paul J.

| From: | WATERER, JUDY          ROXUS |
|---|---|
| Sent: | Friday, October 02, 1998 11:52 AM |
| To: | Grinton,Christopher SGEPH BIGDE |
| Cc: | TUPA, EDWARD          ROXUS |
| Subject: | RE: BII GmbH enquiry |

### Ipratropium Bromide Pricing  - Medispan 9/30/98

| NDC# | Product Name | Supplier | AWP | WAC |
|---|---|---|---|---|
| 00597-0080-62 | Atrovent Solution for Inhalation | Boehringer Ingelheim | $ 55.62 | $ 46.35 |
| 00054-8402-11 | Ipratropium Bromide Solution for Inhalation | Roxane Laboratories | $ 44.06 | $ 20.50 |
| 00054-8402-13 | Ipratropium Bromide Solution for Inhalation | Roxane Laboratories | $ 52.87 | $ 24.60 |
| 00054-8402-21 | Ipratropium Bromide Solution for Inhalation | Roxane Laboratories | $ 105.74 | $ 49.20 |
| 49502-0685-03 | Ipratropium Bromide Solution for Inhalation | Dey Laboratories | $ 44.10 | $ 20.25 |
| 49502-0685-33 | Ipratropium Bromide Solution for Inhalation | Dey Laboratories | $ 52.80 | $ 24.30 |
| 49502-0685-60 | Ipratropium Bromide Solution for Inhalation | Dey Laboratories | $ 105.60 | $ 48.60 |

As a reminder...  These are published prices only.  The AWP and WAC have little relation to actual net selling price after chargebacks, discounts, rebates, etc.  We are currently matching offers from Dey, in order to keep our business, in the $13 range (for 25 vials).  Customers purchase through bid prices utilizing the chargeback system and/or receive rebates, discounts and incentives in order to remain competative with Dey offerings.  If you have further questions, please do not hesitate to let me know.

Kind Regards,

*Judy Waterer*
Manager, Program Development
Multisource Products
Phone: 614-276-4000 ext. 2480
Fax: 614-276-2470 or 614-276-3786

-----Original Message-----
| From: | Grinton,Christopher SGEPH BIGDE |
|---|---|
| Sent: | Wednesday, September 30, 1998 11:11 AM |
| To: | TUPA, EDWARD          ROXUS |
| Cc: | WATERER, JUDY          ROXUS |
| Subject: | RE: BII GmbH enquiry |

Dear Ed

We would like to ascertain the ex-factory price(s) before rebates / discounts are applied.

Kind regards
Chris.

-----Original Message-----
| From: | TUPA, EDWARD          ROXUS |
|---|---|
| Sent: | Wednesday, September 30, 1998 1:40 PM |
| To: | Grinton,Christopher SGEPH BIGDE |
| Cc: | WATERER, JUDY          ROXUS |
| Subject: | RE: BII GmbH enquiry |

We shall provide the information you request, but first we need to ask that you clarify your question.  Do you want the manufacturers catalog price to wholesalers or the estimated actual selling price after all rebates and chargebacks?  Or, do you want the estimated selling price by the wholesaler to the retailer?  Once clarified, I will have Judy Waterer respond accordingly.

-----Original Message-----
| From: | Grinton,Christopher SGEPH BIGDE |
|---|---|
| Sent: | Tuesday, September 29, 1998 1:17 PM |
| To: | TUPA, EDWARD          ROXUS |
| Cc: | WATERER, JUDY          ROXUS |
| Subject: | BII GmbH enquiry |

Dear Ed

1

ROX-6062



BII GmbH would greatly appreciate assistance with data needed by us to enter into a forecast model for BII's total respiratory business. The info. requested is as follows:

1. The (wholesale) price of ipratropium bromide unit dose vials ex Roxane.
2. The (wholesale) price of ipratropium bromide unit dose vials ex. Dey Labs.

The info. would be used confidentially within this model only, and for internal purposes only.

Hoping you can help

Kind regards

Christopher Grinton
Respiratory Product Manager
Corporate Division Marketing Medical Practices
Boehringer Ingelheim GmbH
Tel:   0049 (0)6132 77 2725
Fax:  0049 (0)6132 77 7452

2

ROX-6063