# Exhibit 56

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

July 29, 1998
Judy Waterer

## July 1998 Monthly Report

**Backorder Management**
- Backorder issues have surfaced as a major concern. Current Backorders on "A" products are $1,420,000; "B" $750,000; and C $920,000 for a total of 70 line items, 4,375 customer orders and a total of $3.1MM.
- Production has more than 45 A and B lots in their queue that need to be scheduled, as they are all at 10 weeks of inventory and below. They need to be at 12 weeks to avoid a backorder. Granulation is now working 2 shifts to get caught up on currently backordered products, but we will run into a bottleneck in packaging and lab release.
- Packaging is having problems with their outserter, and according to Cathy Clinton, the lab is trying to hire, as they have lost several people in the past few weeks.
- Hydroxyurea and Azathioprine continue to experience sporadic backorder problems. We expect a release of approximately 16 weeks of inventory of Azathioprine on 7/29.
- Lithium has been a hot issue. Field information is that Solvay is exiting the market at year-end. However, a call to their customer service department indicated that, although they have been on backorder for a few months, they are releasing product in August. The suspicion is that they are exiting but trying not to lose all of their customers prior to selling all of their existing product. Kirk has increased the forecast on Lithium and communicated this increase to production, but Cathy Clinton does not believe that packaging (not currently working second shifts) or lab release will be able to keep up without causing other products to be backordered. With the recent Rite Aid and other large awards on Lithium, this is a problem we must resolve.
- Furosemide raw material should arrive at the end of this month. Backorders will continue to be a problem, and customers should be encouraged to switch to 100s in lieu of the 1000s that are backordered since we are producing 100s as the preferred product configuration for tablets for the duration of the raw material supply shortage.

**IB-UDV:**
- Sales and units continue to grow (April $3.1MM, May $4.6MM, June $6.3MM and July is trending in the $6MM range). Wholesaler buy-ins and Rite Aid business have more than offset the loss of Eckerd. Price pressure from Dey continues to escalate. Our units have been showing steady growth – this is very significant as it illustrates we are recovering marketshare (hopefully this will be reflected in IMS data for the period once it is available). Total vials sold by month are as follows: April 6.7MM, May 7.2MM, June 9.6MM and July is trending in the 9MM range.
- ASP for Q-1 was approximately $0.55, while in Q-2 we are averaging over $0.60. This is due in part to the anticipated WAC adjustment and new Source Program impact of limiting the "double dip" as well as the impact of wholesaler buy ins at WAC that have not sold through chargeback system. We should begin to see the pipeline reports show increasing weeks of wholesaler inventory as a result of the buy in activities.

CONFIDENTIAL
Attorney's Eyes Only

ROX TX 15115

RLI-AWP-00316336
ROX055-7303      F

- Pricing of IB-UDV is becoming an increasingly distracting issue, and steps are being taken to review grid price. R. Feldman has requested a "No WAC adjustment" policy for a few more months until he can get the big guys all squared up from the last one. This also makes sense in that we will be going WAC to WAC in future, and it will be advantageous to wait until inventory levels are more "normalized" – post buy in.

## Multisource Program:
- Implementation of IT support of Commitment Program is completed.
- Amendment to Commitment Program has been finalized and rolled out.
- Multiple training sessions conducted.
- Sales Reps are beginning to send in required support documentation, but it has been coming in incomplete. Training reviews have been held again, and hopefully we'll start getting the required information in house. A decision has been made that if a customer sends in the signature document and has made a reasonable effort to supply marketshare documentation, we will pay out this quarter. Future rebates will require increasing compliance to the Agreements.
- Teresa has developed an Account Tracking template that lists all accounts with standardized Rebate agreements, and their start and end dates. This is the official record of what we will be paying.

## Ranitidine:
- No customer at any price was found for the excess potential 11MM tablets. We've communicated that through BIPI S&OP, and they will not make any more batches.
- Inventory status is projected to run out of all SKU's (or hit expiration dating cut-off) at year-end. Provided forecasting is accurate, and usage remains consistant, January 1, 1999 would be a good time to announce official discontinuation.

## New Product Launches:
### Hydromorphone Liquid:
- Lesli is working on developing a launch plan for the liquid (August) and 8mg tablet (September).
- As we hope to be the first 8mg tablet approved, we will look for opportunities to offer reduced pricing on 8mg only if the other SKUs are included in the awards. L. Paoletti and J. Powers will be working to work out the details of the presentation.
- Price increase in AWP proposal is being routed for approval and will be announced simultaneously with the liquids launch. Currently our AWP is approximately 60% of Endo and Mallinkrodt (other ANDA holders) AWPs. Even if we beat the competitors' net bid pricing, the profitability of the others exceeds ours due to to our AWP being positioned incorrectly. We've been losing market share and units are less than half of what they were just a few months ago. According to Red Book and MediSpan, the product is still not MAC'd, so that our ability to sell the product, is being negatively impacted.
- The product is still awaiting approval due to an issue with our delivery volume, but the expected launch date has been moved up to August 1, as the Center has confirmed

CONFIDENTIAL
Attorney's Eyes Only

2

ROX TX 15116

RLI-AWP-00316337
ROX055-7304

they are reviewing the product during the month of July. Product is ready to ship and the 7-day notification to the district ends July 30.
- Pricing is being routed with proposed AWP increase on tablets. Preliminary discussions have taken place with Jerry Hart, Ellen Frank, Rich Feldman, and John Powers regarding their participation in the marketing POA. Final POA to be discussed next week. Pictures for press releases have arrived and Dan Nowalk should route press release next week.

### Hydromorphone HCl 8mg Tablet:
- Hydromorphone HCl 8mg tablets are expected to launch in September, which has been moved up from October. The 8mg tablet is tied to the approval for the oral solution. We have no field confirmation of impending competition from Endo and Mallinkrodt, however, development continues to be concerned with the threat, as they are aware of competitors' ongoing development activities.

## Pricing Grid & Competitive Pricing Data Warehouse:
- Lesli is taking the lead on this project, and is evaluating the pricing issues surrounding 5 products under competitive pressures now. A short term solution for gathering, organizing, and maintaining field reported price information is also being developed by L. Paoletti and T. Sikora.
- Tom Sikora has submitted a proposal for the competitive pricing data collection and warehouse. Utilizing the ETMS system will more than likely be cost prohibitive, and we would not have roll out until some time after October, assuming that the current ETMS system is rolled out on time.
- The best short-term option will be to design a program in Access, which would eventually feed into PowerPlay. L. Paoletti has scheduled a meeting to update key members of the Marketing Department on the progress to date.

## Other Products
### Multiple Product Development Teams:
- Participation and/or leadership in the following teams:
    UDV Team          Leader
    - Albuterol UDV, IB-UDV ANDA, Cromolyn Sodium
    - Several meetings were held to determine general filing strategies and path forward on micro and validation issues.
    - General agreement reached to proceed with pouchless work, but submit in foil pouch if it can be accomplished in a faster timeline. We will supplement with pouchless and switch upon approval. This tactic is projected to accelerate our approval timelines on Cromolyn by approximately 6 months.
    - We have no foil work done on IB-UDV and are essentially back at the starting point on this product. We will need to completely restart the ANDA in order to proceed. Analysis underway to determine relative value of the ANDA going forward vs. its development cost. New 5-pack pouches will be available under the NDA in Q-1-99.

CONFIDENTIAL
Attorney's Eyes Only

3

ROX TX 15117

RLI-AWP-00316338
ROX055-7305

Butorphanol Nasal Spray
Clotrimazole Troche
- Team meeting and re-analysis and forecasting of product required based on new information regarding competition.

Cyclophosphamide
Generic Strategy          Leader
- Several meetings with Brewton and Mehendra to begin setting up preliminary team structure and definition.
- Still awaiting decision on time commitment expectation
- Beginning some existing development product evaluations and looking at new strengths, formulations, sizes, etc. Trying to get back to what Roxane has had the most success with in the past, and to limit the focus on "commodity" type generics.

Product Launch Team – multiple projects underway
Validation Sub- Team – multiple projects underway
Other Development projects without formal teams...

### Azathioprine & Hydroxyurea:
- Market share is continuing to grow. Increased Ad pressure together with strong emphasis from inside and field account managers is showing gradual results.
- Additional targeting of conversion to unit dose in hospitals will be underway in August.

### Mexiletine:
- Price grid changes under analysis.

### Diclofenac:
- Significant Diclofenac short dated material has built up, and we will be facing a significant write-off potential. We have been unsuccessful in identifying a "liquidation" customer for the short dated material that won't have a high risk of returns.
- Several awards for diclofenac have started to come in as a result of the Commitment Agreements. It will be imperative for the field representatives to monitor and drive compliance with the awarded customers for this product.

### Furosemide:
- Manufacturing priority list will remain in effect until resolution of raw material deficit. Customers ordering 500s & 1000s are unlikely to see orders filled for several months.
    Liquids
    Unit Dose
    100s
    500s and 1000s only after all other SKUs are adequately supplied.

CONFIDENTIAL
Attorney's Eyes Only

4

ROX TX 15118

RLI-AWP-00316339
ROX055-7306

This list should assure that only 1000s and/or 500s are ever on back-order throughout the short supply situation, and maximize our most profitable SKUs. (1000s and 500s in some cases are offered at a loss)
- FTC (with Doug Rogers). Accumulated information regarding most recent subpoena. More meetings and interviews with Doug and his assistants.
- Pricing analysis is under way.

## S&OP BIPI/RLI/Structure & Design
- RLI S&OP structure has been streamlined to limit need for my participation.
- BIPI S&OP meeting covered ranitidine as well as represented all Roxane issues at meeting as other Roxane participants were unavailable due to scheduling conflicts and repeated BIPI S&OP meeting date/time changes.

## Other Activities/Projects
- Met with Cardinal again and are getting close to finalizing a model we can utilize to analyze potentials of future projects. Meet again in August.
- Budget time still. Significant time required to review, re-analyze, and reforecast for proposed revisions and cuts.
- Hyperion budget has been finalized for my area.
- Legal review of Roxicet Liquid proposal, Respiratory manufacturing equipment sale, existing programs, new programs, etc. with B. Banks and S. Guzzo. It has become apparent that S. Guzzo and I will need to meet further to get her up to speed on our existing programs – we are planning another half day session. We are also exploring a "meeting competition" rationale for grouping customers. By using analysis of competitors' offerings as a basis for grouping customers, we would be able to make broader offerings to more customers, be on firm legal ground and have more flexibility. If the analysis shows this to be a rational approach, it could eliminate a lot of the limitations of our current offerings....
- Met with B. Kennedy and M. Letson together with F. Duy to discuss the "equipment for albuterol" swapping concept. They have high-speed equipment on the way, and are interested in the equipment, but are not as anxious to have it as we'd anticipated... Their real agenda was their need for IB-UDV, and when we pulled it from the table, the meeting closed quickly. We may still pull a reasonable deal together, but without IB-UDV involvement, the probability is diminished. I still don't see an advantage to giving them the IB-UDV for homecare. Although we are under represented there, if they were to get competitive with Dey in the homecare market, it would overflow into the retail market as well. Additionally, Dey is using albuterol as their "hook" now and not totally destroying the IB-UDV market. If Dey loses their "hook" they may respond very aggressively... Once there is another ANDA approved, the story changes, and in that case, I'd be more inclined to support a private label agreement on IB-UDV with Letco.
- Met with D. Roitman to review shelf stock adjustment and implementation process, rationale, etc., to help him develop a process "flow-chart" for one of his projects.

CONFIDENTIAL
Attorney's Eyes Only

ROX TX 15119

RLI-AWP-00316340
ROX055-7307

- Distreessed Inventory reviewed with C. Boneham per R. Feldman's suggestion. We were unable to identlfy viable alternatives to move the short dated inventory without sustaining a very high return good liability. We will continue to try to identify opportunities, bus, as we are currently unable to identify material as "distressed" if we sell it a liquidation price, the probability of returns being generated at full WAC is too high a risk to take. There is one small direct purchasing mail order house that C. Boneham is still working on to see if they would be interested in the merchandise. Should have some answers from them next month.
- Interviewed by consultant that D. Surface has brought on board to assist in setting up a donation policy.

CONFIDENTIAL
Attorney's Eyes Only