# Exhibit 57

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Hydromorphone HCl
AWP Increase Proposal

| | Dilaudid | Dilaudid AWP-10%* | Current Roxane | Endo | Ethex | Mallinkrodt | Qualitest | Vintage | Proposed Increase | Proposed AWP** |
|---|---|---|---|---|---|---|---|---|---|---|
| 2mg/100 | 43.87 | 39.48 | 28.82 | 37.13 | 31.95 | 36.95 | 28.12 | 28.12 | 29.0% | 37.18 |
| 4mg/100 | 71.60 | 64.44 | 47.53 | 61.25 | 51.85 | 60.95 | 45.45 | 45.45 | 29.0% | 61.31 |
| 2mg/4x25 | 55.46 | 49.91 | 32.03 | -- | -- | -- | -- | -- | 47.3% | 47.17 |
| 4mg/4x25 | 84.32 | 75.89 | 49.07 | -- | -- | -- | -- | -- | 46.1% | 71.71 |

* Maximum AWP Roxane could assign based on brand AWP.

**Approximately 5% less than the maximum AWP Roxane could assign based on brand AWP.

8/3/98

**PAOLETTI 09054**

RLI-AWP-00075335
ROX028-2837