# Exhibit 58

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

# New Product • Price • Package Information

NUMBER 16
DATE August 19, 1998

The following price changes will be in effect on August 19, 1998:

| NDC List No. 0054- | Product | Packaging | Old AWP | New AWP |
|---|---|---|---|---|
| 4392-25 | Hydromorphone HCl Tablets 2mg | Bottle of 100 | $ 28.82 | $ 37.18 |
| 8392-24 | Hydromorphone HCl Tablets 2mg | 4x25 RN Blister Card | 32.03 | 47.17 |
| 4394-25 | Hydromorphone HCl Tablets 4mg | Bottle of 100 | 47.53 | 61.31 |
| 8394-24 | Hydromorphone HCl Tablets 4mg | 4x25 RN Blister Card | 49.07 | 71.71 |

RLI-TX 1900

RLI-AWP-00101252
ROX031-2772