# Exhibit 59

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



Boehringer Ingelheim
Roxane Laboratories

June 16, 1999

Ms. Karen Bilacic
Cardinal Health, Inc.
7000 Cardinal Place
Dublin, OH 43017

**FILE COPY**

Roxane Laboratories, Inc.

Dear Ms. Bilacic:

Due to changes in market conditions, Roxane Laboratories, Inc. offers the following price reduction(s) for item(s) on our Cardinal Generic Alliance, Managed, and Preferred Source Contracts.

| NDC NO. 00054- | PRODUCT DESCRIPTION | PRICE | AWP |
|---|---|---|---|
| 4392-25 | Hydromorphone Hydrochloride Tablets USP, 2mg, Bottle of 100 | $ 9.09/C | $ 37.18 |
| 4394-25 | Hydromorphone Hydrochloride Tablets USP, 4mg, Bottle of 100 | $ 14.70/C | $ 61.31 |
| 8402-11 | Ipratropium Bromide Inhalation Solution, 0.02%, 25x2.5mL vials in a foil pouch | $ 13.50/25x2.5mL | $ 44.06 |
| 4650-25 | Roxicet ™ Tablets (Oxycodone Hydrochloride 5mg and Acetaminophen 325mg) Bottle of 100 | $ 4.47/C | $ 25.73 |
| 4650-29 | Roxicet ™ Tablets (Oxycodone Hydrochloride 5mg and Acetaminophen 325mg) Bottle of 500 | $ 17.91/D | $108.54 |
| 4657-25 | Roxicodone ™ Tablets (Oxycodone Tablets USP, 5mg) Bottle of 100 | $ 12.62/C | $ 31.04 |

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

These prices will be effective June 21, 1999 through February 28, 2000.

If you have any questions regarding this offer, please contact our Contract Sales and Administration Office Toll Free at 800-848-0120, Ext:2564. If you have any questions regarding the products or services of Roxane Laboratories, please contact Customer Service Toll Free at 800-520-1631, or Fax 800-520-1666.

Prices contained in this offer are to be treated as confidential and should not be shared with anyone outside of your facility.

CONFIDENTIAL
CEC 2003 - 03704

RLI-AWP-00067752
ROX027-5021     F


Boehringer Ingelheim
Roxane Laboratories

June 16, 1999
Ms. Karen Bilacic
Cardinal Health, Inc.
Page 2

Best regards,

*Kelli S. Self*

Kelli S. Self
Supervisor, Bids & Contracts

KSS/bjr

File #:9803020,9803021
     9803022,9901019

cc: M. Torres
    S. Snyder

CONFIDENTIAL
CEC 2003 - 03705

RLI-AWP-00067753
ROX027-5022      L