# Exhibit 60

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

# Product • Price • Package Information

NUMBER __2__
DATE __February 16, 1996__

FROM: Roxane Laboratories, Inc.

### New From Roxane

Azathioprine Tablets USP are now available for shipment effective February 16, 1996.

Azathioprine Tablets USP are now available for shipment in the following dosage strengths and package sizes:

| Product Description/Strength | Package | NDC List No. 0054 | AWP Price | Wholesale Price |
|---|---|---|---|---|
| Azathioprine Tablets USP 50mg | Bottle of 100 | 4084-25 | $ 111.29 | $ 77.90 |
|  | 10 x 10 UD | 8084-25 | $ 122.43 | $ 85.69 |

### Shipper Information

| Package | Weight | Case Dimensions(case) | Cube |
|---|---|---|---|
| Bottle of 100 | 11.7lbs./case | 16 3/4 x 6 11/16 x 8 7/16 | .547 |
| 10 x 10 UD | 2.06lbs./case | 13 13/16 x 4 14/16 x 7 3/16 | .280 |