1

# Exhibit 61

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



P.O. Box 16532 • Columbus, Ohio 43216-6532 • Phone 614/276-4000 • Fax 614/274-0974

February 16, 1996

## New from Roxane Laboratories, Inc.
# AZATHIOPRINE
## 50 mg Scored Tablets

Roxane Laboratories brings you the **FIRST** generic form of Imuran®.*

- AB Rated
- Manufactured by Roxane Laboratories, Inc.
- Cost Savings - Compare acquisition cost and AWP

### ORDER TODAY!

- **90 Days Dating** on first order (must be on separate order)
- **Guaranteed** return
- **5% Stock Allowance** on all orders received by <u>March 31, 1996.</u>
- Ordernet # <u>62</u>

### AZATHIOPRINE TABLETS

| STRENGTH | PACKAGE SIZE | WHOLESALE COST | AWP | NDC List No. 0054 |
|---|---|---|---|---|
| 50 mg | Bottle of 100 | $ 77.90 | $ 111.29 | 4084-25 |
|  | 10 Strips of 10 Blisters (100) | 85.69 | 122.43 | 8084-25 |

Sincerely,

Gerald L. Walsh
Director, Key Accounts

GLW:cm

*Imuran is a registered trademark of Burroughs Wellcome.



ROXANE • PAIN • INSTITUTE ™
...teaching cancer and aids patients through their caregivers.™
1 • 800 • 335 • 9100

**PAOLETTI 11232**

RLI-AWP-00077298
ROX028-4800        FL