1

# Exhibit 62

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment


**Roxane Laboratories, Inc.**

TO:   Roxane RD's, AR's, CSR's, NAR's and Contract Team

FROM: Alex Dusek

DATE: February 19, 1996

RE: Azathioprine

## MARKETING MEMO

#4

# AZATHIOPRINE IS APPROVED!

On February 16, we received approval from FDA and it is ready to be shipped. I encourage you to go over the azathioprine information packet, to be comfortable with the information contained therein, in order to confident on your first sales calls. For further review, your graded tests are enclosed along with an answer key. Pay particular attention to questions 12 and 16, as this is where many people had problems.

In addition, go back over the Medicare selling message. Most have found out what the DMERC's reimburse currently for Imuran in their respective regions (appr. $117). Simply stated, if a pharmacy buys Roxane azathioprine at $77 the Medicare reimbursement will represent a $40 profit ($117-$77 WAC) vs. $14 profit with Imuran ($117-$103 WAC). Remember, the Medicare reimbursement code K0119 is for azathioprine 50 mg tablets REGARDLESS OF MANUFACTURER!

Also enclosed are the retail pharmacy profile sheets. These will serve for effective targeting and for bonus verification at the end of the trimester. These are the top 100 pharmacies, based on Imuran volume, for your individual regions. In addition to rankings and addresses, there is space for you to fill in the date that the pharmacy committed to stock our azathioprine and then the date that you verified that it is actually on the shelf in the pharmacy. Take good care of these retail sheets. They are very important. You will hear from your managers how many outlets need to be stocked in order to attain 100% payout.

You should have your hospital profile sheets from the sales meeting as well. Remember that we are the exclusive manufacturers of unit dose. It looks like we may have some contracts with the major hospital buying groups in February - perhaps exclusive awards - to make your job in converting a hospital a little easier.

The most important component of our early launch strategy are the wholesalers. We will receive item numbers ASAP from the N.A.R's once acceptance is gained at the wholesaler headquarters. Make appointments now and fill the pipeline early so no customers will be left out.

Finally, you will be receiving the sales aids on Monday, February 19. The Product Information Packet with the bioequivalence studies will arrive by the end of the month. Please call me if you do not receive these initial shipments. Azathioprine materials will soon appear on your literature request forms as well. Above all, let's keep the lines of communication open between RD's, AR's, NAR's, contracts, and marketing. I am confident that this will be an extremely successful launch. GO GET 'EM!

RLI-AWP-00361407
ROX061-2556         F