1

# Exhibit 67

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



DEPOSITION EXHIBIT
Kutner 012
12/9/08
Rich Germosen, CSR, CSR-R, RPR, CRR

Boehringer Ingelheim
Roxane Laboratories

FILE COPY

August 12, 1999

Ms. Debbie Gossert
Director of Pharmaceutical Purchasing
Happy Harry's
315 Ruther Dr.
Newark, DE 19711

Dear Ms. Gossert:

Due to changes in market conditions, Roxane Laboratories, Inc. extends the following price reduction for the following item on our current agreement.

| NDC NO. 00054- | PRODUCT DESCRIPTION | PRICE | AWP |
|---|---|---|---|
| 4084-25 | Azathioprine Tablets USP, 50mg Bottle of 100 | $ 65.54/C | $116.63 |

This price will be efffective August 13, 1999 through Febuary 29, 2000.

If you have any questions regarding this offer, please contact our Contract Sales and Administration Office Toll Free at 800-848-0120, Ext: 2253. If you have any questions regarding the products or services of Roxane Laboratories, please contact Customer Service Toll Free at 800-520-1631, or Fax 800-520-1666.

NOTE TO CUSTOMER:
**Unless a signed copy of this offer is returned to Roxane Laboratories Attn: Contract Sales Department within the stated acceptance period, you will be unable to receive these special item prices from your selected NWDA Wholesaler when placing orders.**

Prices contained in this offer are to be treated as confidential and should not be shared with anyone outside of your facility.

Best regards,

Kimberly K. Storck
Supervisor, Bids & Contracts

KKS/cpl

File # 9902044

cc: D. Kutner

ROXMA010494

RLI-AWP-00186319
ROX041-1465      FL