1

# Exhibit 68

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Boehringer Ingelheim
Roxane Laboratories

August 24, 1999

Ms. Janet Penner
Manager, Multisource Programs
Amerisource Select
300 Chester Field Parkway
Malvern, PA 19355

Roxane Laboratories, Inc.

Dear Ms. Penner:

Due to changes in market conditions, Roxane Laboratories, Inc. extends the following price reduction for the following item on our current agreement.

| NDC NO. 00054- | PRODUCT DESCRIPTION | PRICE | AWP |
|---|---|---|---|
| 4084-25 | Azathioprine Tablets USP, 50mg Bottle of 100 | * $ 65.46/C | $116.63 |

* This price is not inclusive of any previously agreed upon rebates.

This price will be efffective August 30, 1999 through Febuary 29, 2000.

If you have any questions regarding this offer, please contact our Contract Sales and Administration Office Toll Free at 800-848-0120, Ext: 2253.  If you have any questions regarding the products or services of Roxane Laboratories, please contact Customer Service Toll Free at 800-520-1631, or Fax 800-520-1666.

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

**NOTE TO CUSTOMER:**
Unless a signed copy of this offer is returned to Roxane Laboratories Attn: Contract Sales Department within the stated acceptance period, you will be unable to receive these special item prices from your selected NWDA Wholesaler when placing orders.

**NOTE TO WHOLESALER(S):**
Should you receive a copy of this offer from the customer expecting to be billed at this/these price(s) but have not received a confirming "Award Notification" from Roxane, please contact the undersigned immediately in order to avoid misbillings and rejected chargeback claims. Thank you.

Prices contained in this offer are to be treated as confidential and should not be shared with anyone outside of your facility.

Best regards,

Kimberly K. Storck
Supervisor, Bids & Contracts

KKS/cpl

File # 9811014
cc: D. Gordon

RLI-TX 34913
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00134265
ROX035-2035