1

# Exhibit 69

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



Boehringer Ingelheim
Roxane Laboratories

August 31, 1999

Mr. John Ziebell
Pharmaceutical Buyer
Walgreens
200 Wilmot Road
Deerfield, IL 60015

**FILE COPY**

Roxane Laboratories, Inc.

Dear Mr. Ziebell:

Due to changes in market conditions, Roxane Laboratories, Inc. offers the following price reduction(s) for item(s) on our current agreement.

| NDC NO. 00054- | PRODUCT DESCRIPTION | PRICE | AWP |
|---|---|---|---|
| 4084-25 | Azathioprine Tablets USP, 50mg Bottle of 100 | $ 68.94/C* | $116.63 |

**\* This product to be purchased direct from Roxane and warehoused by Walgreens.**

This price will be efffective <u>September 1, 1999</u> through <u>December 31, 1999</u>.

If you have any questions regarding this offer, please contact our Contract Sales and Administration Office Toll Free at 800-848-0120, Ext:2564. If you have any questions regarding the products or services of Roxane Laboratories, please contact Customer Service Toll Free at 800-520-1631, or Fax 800-520-1666.

Prices contained in this offer are to be treated as confidential and should not be shared with anyone outside of your facility.

Best regards,

Kelli S. Self

Kelli S. Self
Supervisor, Bids & Contracts

KSS/bjr

File # 9811019

cc: P. Hawthorne

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

RLI-TX 23383
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00122735
ROX033-7033    FL