1

# Exhibit 70

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



September 7, 1999

Roxane Laboratories, Inc.

Ms. Janet Penner
Manager, Multisource Programs
Amerisource Select
300 Chester Field Parkway
Malvern, PA 19355

Dear Ms. Penner:

Due to changes in market conditions, Roxane Laboratories, Inc. offers the following price reduction for the following item on our current agreement.

| NDC NO. 00054- | PRODUCT DESCRIPTION | PRICE | AWP |
|---|---|---|---|
| 4084-25 | Azathioprine Tablets USP, 50mg Bottle of 100 | *$ 64.00/C | $116.63 |

* This price is not inclusive of any previously agreed upon rebates.

This price will be efffective September 13, 1999 through Febuary 29, 2000.

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

If you have any questions regarding this offer, please contact our Contract Sales and Administration Office Toll Free at 800-848-0120, Ext: 2253. If you have any questions regarding the products or services of Roxane Laboratories, please contact Customer Service Toll Free at 800-520-1631, or Fax 800-520-1666.

**NOTE TO WHOLESALER(S):**
**Should you receive a copy of this offer from the customer expecting to be billed at these prices but have not received a confirming "Award Notification" from Roxane, please contact the undersigned immediately in order to avoid misbillings and rejected chargeback claims. Thank you.**

Prices contained in this offer are to be treated as confidential and should not be shared with anyone outside of your facility.

Best regards,

*Kelli S. Self*

Kelli S. Self
Supervisor, Bids & Contracts

File # 9811014

cc: D. Gordon

RLI-TX 35400
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00134752
ROX035-2522      L