1

# Exhibit 71

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Exhibit ___ for ID
Witness _Russillo_
L. O'Sullivan, CSR _1-8-09_

**Telefax**

*File
for Pricela*



**Boehringer Ingelheim**
**Roxane Laboratories**

Tom Russillo
Ben Venue

440  439 6398

Page: 1 of 2

Roxane Laboratories, Inc.

September 10,1999

Judy Waterer
Telephone (614) 276-4000 x2480
Telefax (614) 276-3786
E-Mail jwaterer@col.boehringer-ingelheim.com

P.O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000

Tom:

Please see the following azathioprine price analysis.

*Judy Waterer/ms*

RLI-AWP-00361417

R'    CHEK PC(TM)
r1    Changes Report                    Subset: Michelle (16), User: usr_val

orted by Name

| DC | Product Name | | Manuf AWP | % Change | Effective | M S | Package Size | S UM | Pkg Qty |
|---|---|---|---|---|---|---|---|---|---|
| 5390-0600-20* | AZATHIOPRINE | INJ 100MG | BDFRD | 81.60 | n/a | 4/ 1/95 | Y | 1 | EA | 1 |
| 8779-0312-06 | AZATHIOPRINE | POW | MDSCA | 9.90 | n/a | 8/ 1/97 | O | 1 | GM | 1 |
| 8779-0312-03 | AZATHIOPRINE | POW | MDSCA | 41.40 | n/a | 8/ 1/97 | O | 5 | GM | 1 |
| 8779-0312-04 | AZATHIOPRINE | POW | MDSCA | 175.50 | n/a | 8/ 1/97 | O | 25 | GM | 1 |
| 9452-0783-01 | AZATHIOPRINE | POW USP/NF | SPCTM | 14.80 | n/a | 4/ 1/97 | Y | 1 | GM | 1 |
| 9452-0783-02 | AZATHIOPRINE | POW USP/NF | SPCTM | 64.90 | n/a | 4/ 1/97 | Y | 5 | GM | 1 |
| 0781-1059-01 | AZATHIOPRINE | TAB 50MG | GENEV | 130.93 | n/a | 7/26/99 | Y | 100 | EA | 1 |
| 0054-8084-25* | AZATHIOPRINE | TAB 50MG U.D | ROXAN | 128.31 | 4.80 | 1/ 2/97 | Y | 100 | EA | 1 |
| 0054-4084-25 | AZATHIOPRINE | TAB 50MG Bulk | ROXAN | 116.63 | 4.80 | 1/ 2/97 | Y | 100 | EA | 1 |
| 0976-0598-71 | IMURAN | INJ 100MG | FAROP | 113.59 | 0.00 | 3/ 1/99 | O | 1 | EA | 1 |
| 0173-0598-71 I | IMURAN | INJ 100MG | FAROP | 113.59 | 7.80 | 12/16/98 | O | 1 | EA | 1 |
| 0976-0597-55 | IMURAN | TAB 50MG | FAROP | 145.64 | 0.00 | 3/ 1/99 | O | 100 | EA | 1 |
| 0173-0597-55 I | IMURAN | TAB 50MG | FAROP | 145.64 | 7.80 | 12/16/98 | O | 100 | EA | 1 |
| 2959-0079-00 | IMURAN | TAB 50MG | HJHAR | 163.03 | 39.76 | 7/13/98 | O | 100 | EA | 1 |
| 4868-0921-04 | IMURAN | TAB 50MG | PHYTO | 77.48 | 4.82 | 11/ 5/97 | O | 50 | EA | 1 |
| 0081-0597-56*I | IMURAN | TAB 50MG | GLAWE | 117,89 | 4.01 | 1/ 1/95 | O | 100 | EA | 1 |

BULK 100          UD 100

Roxane        116,63          128,31
CURRENT  {  FARO          145,64          N/A
Genova        130,93          N/A

ROXANE        131.08          144.18
⟹ PROPOSED

131.08 is 10% of BRAND AWP
BULK 100 to UD ⟹ 10% premium

RLI-AWP-00361418