1

# Exhibit 72

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



*experience does matter*

# CASE:  Commonwealth of Massachusetts v. Mylan Laboratories Inc., et al.
# DATE:  July 24, 2007

Enclosed is the Original of the transcript of the testimony of **Waterer, Judith - 30(b)(6)** along with the errata sheet in the above-titled case.  Please have the witness read the deposition and sign the signature page before a Notary Public.

After the signature page has been notarized, please return the original transcript and errata sheets to the custodial attorney within 30 days of receipt for proper filing.

Thank you for your attention to this matter and please feel free to contact us with any questions or concerns.

Sincerely,

Henderson Legal Services

Encl.

Henderson Legal Services
Phone: 202-220-4158
Fax: 202-220-4162
Website: www.hendersonlegalservices.com

Page 731

```
            UNITED STATES DISTRICT COURT

         FOR THE DISTRICT OF MASSACHUSETTS

    ----------------------------------X

    THE COMMONWEALTH OF MASSACHUSETTS, ) CIVIL ACTION NO.

              Plaintiff,              ) 03-CV-11865-PBS

                                      )

         vs.                          )    CONTINUED

                                      )    VIDEOTAPED

    MYLAN LABORATORIES, INC.; BARR    ) DEPOSITION OF

    LABORATORIES, INC.; DURAMED       ) JUDITH WATERER

    PHARMACEUTICALS, INC.; IVAX       )    30(b)(6)

    CORPORATION; WARRICK              )

    PHARMACEUTICALS CORPORATION;      )    New York,

    WATSON PHARMACEUTICALS, INC.;     )    New York

    SCHEIN PHARMACEUTICAL, INC.; TEVA ) July 24, 2007

    PHARMACEUTICALS USA, INC.; PAR    )

    PHARMACEUTICAL, INC.; DEY, INC.;  )

    ETHEX CORPORATION; PUREPAC        )

    PHARMACEUTICAL CO.; and ROXANE    )    Reported By:

    LABORATORIES, INC.,               )    CATHI IRISH,

              Defendants.             )    RPR, CLVS

    ----------------------------------X
```

db9f2064-40a3-4a8d-b32d-0f74d0467e5e

Page 761

1       MR. HEIDLAGE:  Has Roxane ever produced
2  the information that it submitted to First
3  DataBank as its WACs and AWPs?
4       MS. WITT:  We can talk about this over
5  some break.  We have produced to you all of the
6  documentation that exists.  If that includes
7  every piece of paper that was ever sent to First
8  DataBank, no one will ever be able to tell you
9  that for sure.
10  BY MR. HEIDLAGE:
11     Q.   When -- direct your attention to
12  Exhibit Waterer 082.  When Roxane reduced its WAC
13  price, did it also reduce its AWP?
14     A.   No.
15     Q.   Why not?
16     A.   There was no reason to.
17     Q.   And why is that?
18     A.   We weren't at a competitive
19  disadvantage based on AWP.  There was no reason
20  to.  The reason that we changed the WAC was
21  because of competitive circumstances.
22     Q.   Now, is the -- can you just explain for

Page 771

1         Now, in -- with regard to this change
2    that occurred, what was the reason for increasing
3    the AWP?
4         A.   As a sole source generic, at that time,
5    it was common for us when you're a sole source
6    generic to tie your AWP to the brand's AWP.  As a
7    sole source generic, if the brand increased the
8    price, we chose to go in tandem and increase ours
9    as well.  So we were following the lead of the
10   brand.
11        Q.   Now, in your -- you just testified that
12   at that time, the practice was to tie -- as a
13   sole source generic, was to tie the AWP of your
14   product to the AWP of the brand.  How are they
15   related?
16        A.   First of all, let me go back and say
17   the practice was this -- we did not have a whole
18   portfolio of sole source generics, so I probably
19   was imprecise when I said the practice.  I'll say
20   what we chose to do in this circumstances was
21   treat it as a brand.
22             And I lost your question in trying to

Page 772

1   clarify that piece.  I apologize.

2        Q.   I think we're going to have to come
3   back to it because you just piqued my interest.
4   You said we -- we chose to, quote, "treat it as a
5   brand."

6             Can you just explain for the record
7   what that means?

8        A.   Again, I'm having difficulty being
9   precise in having each word dissected.  When you
10  are a sole source generic, you have an
11  opportunity when the brand increases the price
12  because of the competitive dynamics to increase
13  the price in tandem with the brand and still be
14  offering a significant discount to the end use
15  customer.  So when you're for a very brief period
16  of time in that situation, it is not uncommon to
17  take advantage of that opportunity.

18       Q.   Now, you could have increased your
19  price to the retail pharmacies by increasing your
20  bid price on contracts with your customers; isn't
21  that correct?

22       A.   In theory, yes.

Page 773

1  Q. But if you are increasing the price,
2  isn't that something you have to do?
3  A. Yes, if you're increasing the bid
4  prices, yes.
5  Q. I'm just trying to follow through on
6  your testimony, okay? What you said is that when
7  a brand increases its price.
8  A. Uh-huh.
9  Q. Are you talking about its reported
10 prices or are you talking about its actual prices
11 to its customers?
12 A. At least in the time period of '96 that
13 we're talking, I believe they were the same
14 thing. Brands, to my knowledge, did not typically
15 offer large discounts until very recently.
16 Q. Okay. So in other words, the -- a
17 brand's AWP was, at that time at least, very
18 close to what the brand manufacturer was charging
19 its retail customers; is that correct?
20         MS. WITT: Object to the form.
21         THE WITNESS: Okay, I don't know what
22 the brand was charging its retail customers. I

Page 774

1   would expect that the brand's WAC was what it was
2   charging the wholesalers.
3           What arrangements the wholesalers had
4   for markup to their individual pharmacies that
5   they serviced, I don't know.  And what individual
6   contracts the brand company may or may not have
7   had with large buying groups or chains, I don't
8   know.
9   BY MR. HEIDLAGE:
10       Q.   Okay.  But in any event, the brand
11  manufacturer was the competitor against whom you
12  were making your pricing decisions; is that not
13  correct?
14       A.   At that point in time, yes.
15       Q.   And at this -- at this point in time,
16  you learned that the brand had increased its
17  prices, I believe you testified.
18       A.   Yes.
19       Q.   What prices are you talking about?
20       A.   Their published pricing.
21       Q.   And that was both the AWP and the WAC,
22  correct?

Page 775

1     A.   Yes.

2     Q.   And do you know what the relationship
3 between the brand AWP and the azathioprine AWP
4 was at that -- your -- Roxane's -- strike that.

5     Do you know what the relationship was
6 between the brand drug and the Roxane
7 azathioprine, for which it was the generic, was
8 at that time?

9     MS. WITT:  I'm sorry, can I hear the
10 question?

11     MR. HEIDLAGE:  I'm going to strike the
12 question and I'm going to start over again.

13 BY MR. HEIDLAGE:

14     Q.   I believe you testified that the --
15 that Roxane had chosen to have its AWP reported
16 in tandem to the brand AWP; is that correct?

17     A.   Yes.

18     Q.   And what was the relationship of the
19 Roxane AWP to the brand AWP at that time?

20     A.   I would have to pull out a calculator
21 and find out what the brand's AWP was at the time
22 and determine that. It would most likely be in

Page 811

1    Q.   In any event, it's a document other
2    than, at least, Exhibit Waterer 009?
3    A.   If it was in a document, yes.
4    Q.   Could you just read for me what the
5    note is that you were referring to?
6    A.   I wrote AAI/Geneva 6/99.
7    Q.   What is AAI?
8    A.   A pharmaceutical company that got the
9    approval.  Geneva was the one, I believe, that
10   marketed it.
11   Q.   So AAI was the owner of the drug,
12   Geneva was its marketing agent of some kind?
13        MS. WITT:  Object to the form, lack of
14   foundation, beyond the scope of the deposition
15   notice.
16        MR. HEIDLAGE:  Aside from that it's
17   okay, right?
18        THE WITNESS:  To the best of my
19   recollection, their legal relationship in terms
20   of ownership, I don't know.
21   BY MR. HEIDLAGE:
22   Q.   Do you recall specifically what was it

db9f2064-40a3-4a8d-b32d-0f74d0467e5e

Waterer, Judith - 30(b)(6)                                    July 24, 2007
                              New York, NY

Page 812

1   about Geneva's marketing of its azathioprine that
2   caused Roxane to raise its AWP?
3       A.   Their AWP was higher than ours.  Our
4   customers were complaining that we were
5   disadvantaged in the pricing and they wanted us
6   to be the same as the other generics in the
7   market.
8       Q.   Do you recall how your -- strike that.
9            Do you recall how Roxane's AWP compared
10  to the other AWPs in the market after the change?
11      A.   I believe the only other AWP was the
12  brand and AAI and it was probably within pennies.
13      Q.   Was it -- in other words, it was within
14  pennies of AAI's AWP?
15      A.   Of Geneva's.
16      Q.   Or Geneva's AWP?
17      A.   I believe that's correct.  Again, I'd
18  have to pull specifics.
19      Q.   Isn't it true that what you did in
20  making the change in the AWP was to bring your
21  AWP in line or approximately equal to the AWP of
22  your competitors?

db9f2064-40a3-4a8d-b32d-0f74d0467e5e

Page 813

1    A.   Put it in the same general range, yes.
2    Q.   And isn't it true that in every
3 instance in which Roxane changed its AWP, it
4 changed its AWP in order to put its AWP
5 approximately equal to that of its competitors?
6    A.   No.
7         MS. WITT:  Object to the form.
8 BY MR. HEIDLAGE:
9    Q.   Any other -- excuse me.  Are you aware
10 of any instance in which its -- that Roxane did
11 not change its AWPs in that manner?
12   A.   We spoke about it earlier with regard
13 to azathioprine.  The first price change was done
14 as a price increase relative to what the brand
15 did, not its generic competitors.  In some
16 instances, Roxane has a few products where we are
17 the sole source, and in those instances, we
18 raised pricing without any comparator.
19   Q.   In -- directing your attention to
20 Exhibit Waterer 081 again, and in each of the
21 instances in which an increase in the AWP shows
22 as a reason, quote, "competitive circumstances",

db9f2064-40a3-4a8d-b32d-0f74d0467e5e