1

# Exhibit 73

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Exhibit 22 for ID
Witness Russillo
L. O'Sullivan, CSR 1-8-09

**From:** PAOLETTI, LESLI ROXUS
**Sent:** Wednesday, September 08, 1999 2:18 PM
**To:** Russillo, Tom BICLE
**Cc:** WATERER, JUDY ROXUS
**Subject:** Azathioprine/Alprazolam Pricing Approvals

**Importance:** High


Aza Price Routing 4-99.xls


Alprazolam 8-99.xls

Tom,

By your signature, please confirm Executive Pricing Committee approval for the above price changes. All RLI approvals have been obtained (i.e., Contracts, Finance, Marketing, IT).

**Lesli Paoletti**
Phone: 614/276-4000 x 2079
Fax: 614/276-3786



D0214119

RLI-TX 13881
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00113233
ROX032-6116 F

# Price Change Recommendation

**Product:** **Azathioprine Tablets USP**

[illegible] Acctg please verify

| NDC # | Strength/Form | Size | Direct Cost | Current Cost | WAC Price | WAC GM% | Direct Price | Direct GM% | [illegible] | | Minimum Bid Price | Minimum Bid GM% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4084-25 | 50mg tabs | 100 | $15.58 | $19.28 | NC | NC | NC | NC | [illegible] | [illegible] | NC | NC |
| 8084-25 | 50mg tabs | 10 x 10 | $17.31 | $29.48 | NC | NC | NC | NC | [illegible] | [illegible] | NC | NC |

***CURRENT PRICING***

| NDC # | Strength/Form | Size | Direct Cost | Current Cost | WAC Price | WAC GM% | Direct Price | Direct GM% | AWP Price | AWP GM% | Minimum Bid Price | Minimum Bid GM% |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4084-25 | 50mg tabs | 100 | $15.58 | $19.28 | $83.35 | 76.9% | $91.69 | 79.0% | $116.63 | 83.5% | $74.84 | 74.2% |
| 8084-25 | 50mg tabs | 10 x 10 | $17.31 | $29.48 | $91.68 | 67.8% | $100.85 | 70.8% | $128.31 | 77.0% | $91.63 | 67.8% |

Faro Pharmaceutical, Inc. acquired Imuran
Brand AWP increased in December.
Faro offering contract prices on Imuran below Roxane's minimum bid
Low contract bids will be offered only as needed to meet competition

8/20/1998 LP

D0214120

RLI-TX 13882
**Highly Confidential**
**Attorneys' Eyes Only**

RLI-AWP-00113234
ROX032-6117