1

# Exhibit 74

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



Boehringer Ingelheim
Roxane Laboratories

September 28, 1999

Mr. Sandy Greco
V.P. Purchasing
Kinray- A Source
152-35 10th Avenue
Whitestone, NY 11357



Roxane Laboratories, Inc.

Dear Mr. Greco:

Due to changes in market conditions, Roxane Laboratories, Inc. extends the following price reduction the following item on our current A Level (Auto-Sub) Participation Agreement.

| NDC NO. 00054- | PRODUCT DESCRIPTION | PRICE | AWP |
|---|---|---|---|
| 4084-25 | Azathioprine Tablets USP, 50mg Bottle of 100 | *$ 74.25/C | $131.08 |

*This price is not inclusive of the market-share based rebates previously agreed upon in the original agreement.

This price will be efffective October 1, 1999 through March 31, 2000.

If you have any questions regarding this offer, please contact our Contract Sales and Administration Office Toll Free at 800-848-0120, Ext: 2253. If you have any questions regarding the products or services of Roxane Laboratories, please contact Customer Service Toll Free at 800-520-1631, or Fax 800-520-1666.

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

**NOTE TO WHOLESALER(S):**
**Should you receive a copy of this offer from the customer expecting to be billed at these prices but have not received a confirming "Award Notification" from Roxane, please contact the undersigned immediately in order to avoid misbillings and rejected chargeback claims. Thank you.**

Prices contained in this offer are to be treated as confidential and should not be shared with anyone outside of your facility.

Best regards,

Kimberly K. Storck
Supervisor, Bids & Contracts

KKS/cpl

File #:9804032

cc:  D. Kutner

ROXMA014300

RLI-AWP-00190125
ROX041-5271     FL