1

# Exhibit 75

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



Boehringer Ingelheim
**Roxane Laboratories**



DEPOSITION EXHIBIT
Kutner O16
12/9/08
Rich Germosen, CSR, CSR-R, RPR, CRR

February 15, 2000

Roxane Laboratories, Inc.

Mr. Lewis Vitali
Vice President, Purchasing
Remo Drug Corp.-Source
315 East 89th Street
Brooklyn, NY 11236-9978

Dear Mr. Vitali:

Due to changes in market conditions, Roxane Laboratories, Inc. extends the following price reduction for the following item on our current agreement.

| NDC NO. 00054- | PRODUCT DESCRIPTION | PRICE | AWP |
|---|---|---|---|
| 4084-25 | Azathioprine Tablets USP, 50mg Bottle of 100 | $ 48.00/C | $131.08 |

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

This price will be effective February 21, 2000 through December 31, 2000.

If you have any questions regarding this offer, please contact our Contract Sales and Administration Office Toll Free at 800-848-0120, Ext. 2253. If you have any questions regarding the products or services of Roxane Laboratories, please contact Customer Service Toll Free at 800-520-1631, or Fax 800-520-1666.

**NOTE TO WHOLESALER(S):**
**Should you receive a copy of this offer from the customer expecting to be billed at these prices but have not received a confirming "Award Notification" from Roxane, please contact the undersigned immediately in order to avoid misbillings and rejected chargeback claims. Thank you.**

Prices contained in this offer are to be treated as confidential and should not be shared with anyone outside of your facility.

Best regards,

Kimberly K. Storck
Contract Analyst II

KKS/cpl

File #: 9912023

cc: D. Kutner

**RLI-TX 42584**
**Highly Confidential**
**Attorneys' Eyes Only**

RLI-AWP-00141936
ROX036-0921        F