1

# Exhibit 76

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

| WATERER, JUDY | ROXUS | | |
|---|---|---|---|
| From: | POWERS, JOHN | ROXUS | |
| Sent: | Tuesday, April 18, 2000 12:19 AM | | |
| To: | WATERER, JUDY | ROXUS; SYKORA, ROBERT | ROXUS |
| Cc: | FELDMAN, RICHARD | ROXUS; PAOLETTI, LESLI | ROXUS |
| Subject: | RE: Furosemide AWP | | |

Judy,

I can appreciate your comments regarding the sensitivity of a significant Furosemide AWP increase at this time. I might add however, that we hold over 200 contracts for Furosemide, many of which are with retail accounts, yet sales are significantly below expected levels. Is it possible a contributing factor for existing customers is the low AWP relative to our competitors?

Thanks,

**John R. Powers**
Director, Contract Operations
Boehringer Ingelheim Pharmaceuticals Inc. and Roxane Laboratories, Inc.
Phone: 614/351-5445  Fax: 614/276-3786
Internet Address: jpowers@col.boehringer-ingelheim.com

-----Original Message-----
| From: | WATERER, JUDY | ROXUS | |
|---|---|---|---|
| Sent: | Monday, April 17, 2000 10:42 AM | | |
| To: | SYKORA, ROBERT | ROXUS; POWERS, JOHN | ROXUS |
| Cc: | FELDMAN, RICHARD | ROXUS; PAOLETTI, LESLI | ROXUS |
| Subject: | RE: Furosemide AWP | | |

We'll look into this immediately Bob. As we discussed last week, a significant price increase may be a bit "touchy" right now - especially since it's Furosemide (Mylan problems) and since AWP is what the compendia report with the most accuracy. We'll pull together the documentation, and put a recommendation forward! Let ya know how we do!

Thanks for bringing this to light.

-----Original Message-----
| From: | SYKORA, ROBERT | ROXUS | |
|---|---|---|---|
| Sent: | Friday, April 14, 2000 2:18 PM | | |
| To: | WATERER, JUDY | ROXUS; POWERS, JOHN | ROXUS |
| Cc: | FELDMAN, RICHARD | ROXUS; PAOLETTI, LESLI | ROXUS |
| Subject: | furosemide awp | | |

Hello,
Anthony approached Caremark about furosemide when he heard that they were dissatisfied with their current supplier. Janet Miller of Caremark said she would like to give us the business except our AWP was far too low for it to be profitable for them. Anthony did some rsearch and found out the following.

| Lasix 40mg 1000 | AWP |
|---|---|
| Hoescht | 241.62 |

| Furosemide 40mg 1000 | |
|---|---|
| Mylan | 151.90 |
| Watson | 141.90 |
| ZenithGoldline | 151.90 |
| Geneva | 140.30 |
| Roxane | 45.25 |

This is certainly a hindrance to retail customers wanting to use our product. It would appear that an adjustment to the mid-140's is justified. If we can do this quickly, we can get the Caremark business. Thanks.

1

CONFIDENTIAL
CEC 2003 - 0361

Paoletti
EXHIBIT NO. 56
11-10-04
C. VOHLKEN

PAOLETTI 01846

TXEX00325

| Furosemide | Roxane Furosemide | | | | |
|---|---|---|---|---|---|
| | Actual WAC | Actual AWP | Av. Contract Price | % Off AWP | % WAC Mark-Up |
| 20mg 1000 | $ 23.11 | $ 36.05 | $ 10.00 | 35.89% | 56% |
| 40mg 1000 | $ 29.01 | $ 45.25 | $ 12.00 | 35.89% | 56% |
| 80mg 500 | $ 43.25 | $ 67.47 | $ 12.00 | 35.90% | 56% |

| Furosemide | Mylan Furosemide | | | | |
|---|---|---|---|---|---|
| | Actual WAC | Actual AWP | Av. Contract PRICE | % Off AWP | % WAC Mark-Up |
| 20mg 1000 | $ 89.69 | $ 139.90 | $ 10.00 | 35.89% | 55.98% |
| 40mg 1000 | $ 102.26 | $ 159.50 | $ 12.00 | 35.89% | 55.98% |
| 80mg 500 | $ 137.13 | $ 213.90 | $ 12.00 | 35.89% | 55.98% |

**Customer Profit**

**SUMMARY COMPARISON**
Spread after Rebate calculated at:
Roxane AWP less 30%
Mylan AWP less 30%

| | Rox AWP | Rox Contract | Customer Reimbursement on Roxane | Profit Roxane at AWP less 30% | Competitor AWP | Competitor Contract | Customer Reimbursement on Mylan | Profit Competitor at AWP less 30% |
|---|---|---|---|---|---|---|---|---|
| 20mg 1000 | $ 36.05 | $ 10.00 | $ 25.24 | $ 15.24 | $ 139.90 | $ 10.00 | $ 97.93 | $ 87.93 |
| 40mg 1000 | $ 45.25 | $ 12.00 | $ 31.68 | $ 19.68 | $ 159.50 | $ 12.00 | $ 111.65 | $ 99.65 |
| 80mg 500 | $ 67.47 | $ 12.00 | $ 56.77 | $ 54.77 | $ 213.90 | $ 12.00 | $ 149.73 | $ 137.73 |

| 0% AWP Adj. To | Roxane vs. Mylan |
|---|---|
| 20mg 1000 | $ (72.70) |
| 40mg 1000 | $ (79.98) |
| 80mg 500 | $ (82.96) |

| 280% AWP Adj. To | Roxane vs. Mylan |
|---|---|
| $ 136.99 | $ (2.04) |
| $ 171.95 | $ 8.71 |
| $ 258.39 | $ 29.74 |

PAOLETTI 01847

CONFIDENTIAL
CEC 2003 - 0362

TXEX00326