1

# Exhibit 76A

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

WATERER, JUDY        ROXUS

From:       VIA,TOM         SLS BIPUS
Sent:       Tuesday, May 02, 2000 6:01 PM
To:         WATERER, JUDY        ROXUS
Cc:         SYKORA, ROBERT       ROXUS
Subject:    Furosemide AWP

Hello Judy,

Is there any way we can revisit our AWP on Furosemide? I have been trying to gain awards with PACE and D&K for the product but our AWP is so much lower than the competition I have been unable to get the product awarded. Any relief you can offer would be appreciated.

TV



Paoleft:
EXHIBIT NO. 52
11-10-04
C. VOHLKEN

CONFIDENTIAL
CEC 2003 - 0359

PAOLETTI 01844

TXEX00327