1

# Exhibit 76B

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

| WATERER, JUDY | ROXUS | |
|---|---|---|
| From: | GORDON,DAWN | SLS BIPUS |
| Sent: | Wednesday, May 03, 2000 12:31 PM | |
| To: | WATERER, JUDY | ROXUS |
| Cc: | SYKORA, ROBERT | ROXUS |
| Subject: | Furosemide | |

Judy,

In a recent discussion with Ahold there has been an opportunity to add furosemide tablets to the Ahold warehouse, but due to the non-competitive AWP of the product line the decision was made to solicit another vendor.

Do we have any plans to adjust the AWP's for this line?

Thanks,
Dawn



Paoletti
EXHIBIT NO. 58
11-10-04
C. VOHLKEN

CONFIDENTIAL
CEC 2003 - 0358

PAOLETTI 01843

TXEX00328