1

# Exhibit 77

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



*experience does matter*

# CASE:  Commonwealth of Massachusetts v. Mylan Laboratories Inc., et al.
# DATE:  July 26, 2007

Enclosed is the Original of the transcript of the testimony of **Paoletti, Lesli** along with the errata sheet in the above-titled case.  Please have the witness read the deposition and sign the signature page before a Notary Public.

After the signature page has been notarized, please return the original transcript and errata sheets to the custodial attorney within 30 days of receipt for proper filing.

Thank you for your attention to this matter and please feel free to contact us with any questions or concerns.


Sincerely,

Henderson Legal Services


Encl.

Henderson Legal Services
Phone: 202-220-4158
Fax: 202-220-4162
Website: www.hendersonlegalservices.com

Page 1

```
            UNITED STATES DISTRICT COURT

          FOR THE DISTRICT OF MASSACHUSETTS

    ----------------------------------X

    THE COMMONWEALTH OF MASSACHUSETTS, ) CIVIL ACTION NO.

                  Plaintiff,           ) 03-CV-11865-PBS

                                       )

              vs.                      )

                                       )   VIDEOTAPED

    MYLAN LABORATORIES, INC.; BARR     ) DEPOSITION OF

    LABORATORIES, INC.; DURAMED        ) LESLI PAOLETTI

    PHARMACEUTICALS, INC.; IVAX        )

    CORPORATION; WARRICK               )

    PHARMACEUTICALS CORPORATION;       )   New York,

    WATSON PHARMACEUTICALS, INC.;      )   New York

    SCHEIN PHARMACEUTICAL, INC.; TEVA  ) July 26, 2007

    PHARMACEUTICALS USA, INC.; PAR     )

    PHARMACEUTICAL, INC.; DEY, INC.;   )

    ETHEX CORPORATION; PUREPAC         )

    PHARMACEUTICAL CO.; and ROXANE     )   Reported By:

    LABORATORIES, INC.,                )   CATHI IRISH,

                  Defendants.          )   RPR, CLVS

    ----------------------------------X
```

Page 2

1                         July 26, 2007

2                          9:03 a.m.

3

4          Videotaped deposition of LESLI PAOLETTI, held

5     at the offices of Kirkland & Ellis LLP, 153 East

6     53rd Street, New York, New York, pursuant to Notice,

7     before Cathi Irish, a Registered Professional

8     Reporter and Notary Public of the State of New York.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 10

1   located in the Cleveland Ben Venue offices.
2        Q.   So actually, your employer is Roxane
3   Laboratories; is that correct?
4        A.   The company I work for, yes.
5        Q.   Who writes the check?
6        A.   Ben Venue.  It's a little confusing.
7        Q.   But in -- functionally, your
8   responsibilities relate to Roxane Laboratories?
9        A.   Yes.
10       Q.   Okay.  And prior to being -- first of
11  all, when were you appointed associate director
12  of marketing?
13       A.   January 1st of '06.
14       Q.   And prior to that --
15       A.   I believe -- I'm pretty sure it was
16  January 1st of '06.
17       Q.   Prior to that time, what was your
18  title?
19       A.   Senior product manager.
20       Q.   And as senior product manager, you were
21  also employed, at least functionally, by Roxane
22  Laboratories; is that correct?

Page 11

1      A.   Yes.
2      Q.   And as senior product manager, what
3   were your duties and responsibilities?
4      A.   Responsible for products from launch,
5   where we introduced them to the market through
6   discontinuation, and that would encompass
7   packaging, pricing, any -- anything that would
8   come up with the product, pretty much anything.
9      Q.   Okay.  With regard to -- strike that.
10          Can you characterize the products for
11  which you had responsibility as the -- as a
12  senior product manager; did you have
13  responsibility for all of Roxane Laboratories'
14  products or was it a subset of the products that
15  they owned and marketed?
16     A.   I was responsible for the -- all of the
17  Roxane labeled products.
18     Q.   Did this include both multi-source and
19  so-called brand products?
20     A.   It would be the -- there are some
21  multi-source, some branded products.  If we're
22  talking about the branded Roxane products from

Paoletti, Lesli					July 26, 2007
New York, NY

Page 77

1    you are aware of during the time that you were at
2    Roxane in which Roxane has raised its AWP when --
3    at a time that its contract bid prices were not
4    being raised?
5         A.    Yes.
6         Q.    And what is the basis on which the AWPs
7    were raised at times that your bid prices were
8    not going up?
9         A.    Can you say that again?  I'm sorry.
10        Q.    Sure.  Your testimony was that you are
11   aware of instances in which the AWP -- strike
12   that.
13              I believe your testimony is that you
14   are aware of incidences in which Roxane raised
15   its AWP at times that its actual bid prices to
16   its customers were not being raised.
17        A.    Yes.
18        Q.    And can you give some examples?
19        A.    One that -- that I can recall is the
20   furosemide increase that we did -- I can't
21   remember the year.  2000, give or take a year.
22   Again, it's sometime in that ballpark where we

Page 78

1   were on the verge of discontinuing a product --
2   discontinuing the furosemide line.
3            And ultimately, what we discovered was
4   that our AWPs were significantly lower than our
5   competitors' AWPs.  So regardless of how much I
6   lowered the contract price, the pharmacy wouldn't
7   purchase our furosemide.
8        Q.   And why is that?
9        A.   Because our AWP was so far out of line
10  with our competitors.
11       Q.   And is that because -- and as a result
12  of that, did it mean that the spread between the
13  AWP and your contract price or your bid price
14  with them was less than that of your competitors?
15       A.   Our -- yeah, our competitors' AWPs were
16  significantly higher than ours.
17       Q.   Which meant that no matter how much
18  lower you made your contract price, the spread
19  between the competitors' AWP and their bid prices
20  was always going to be greater than the spread
21  between the -- the Roxane AWP and its bid prices;
22  is that correct?

Page 79

1   A.   Yes.
2   Q.   And as a result of that, Roxane was not
3   able to sell a significant amount of its
4   furosemide; isn't that correct?
5   A.   Yes.
6   Q.   And in order to remedy that problem,
7   what Roxane did was raise its AWP; isn't that
8   correct?
9   A.   Yes, on those products.
10  Q.   And as a result of that, the spread on
11  Roxane's AWP was increased, correct?
12       MR. REALE:  Objection, form.
13       THE WITNESS:  The difference between --
14  the difference between the new AWP and the
15  contract price versus the old AWP and the
16  contract price was greater, yes, after we raised
17  it.
18  BY MR. HEIDLAGE:
19  Q.   As a result of raising the AWP on your
20  furosemide, was Roxane able to sell more
21  furosemide?
22  A.   Yes.

Paoletti, Lesli                                         July 26, 2007
                         New York, NY

Page 80

1    Q.   Was the increase in sales performance
2    on furosemide substantial?
3         MR. REALE:  Objection.
4         THE WITNESS:  Substantial?  It was
5    several percent -- it was several market share
6    percentage points.  I mean, we went from on the
7    verge of discontinuing the product to actually
8    being able to -- to stay in the market with it.
9    BY MR. HEIDLAGE:
10   Q.   So let me direct your attention to page
11   4 of Exhibit Waterer 081, and specifically to the
12   product Roxicet and the two grids, and let me
13   direct your attention to the line for November
14   the 16th, 1998 for both forms of the drug.
15   A.   Okay.
16   Q.   And again, that's a situation in which
17   the AWP for the Roxicet was raised, correct?
18   A.   Correct.
19   Q.   And you concluded that the reason for
20   the increase in the AWP was competitive
21   circumstances?
22   A.   Correct.