1

# Exhibit 78

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

```
                      NO. GV3-03079
THE STATE OF TEXAS              ) IN THE DISTRICT COURT
                                )
ex rel.                         )
   VEN-A-CARE OF THE            )
   FLORIDA KEYS, INC.,          )
       Plaintiff(s),            )
                                )
VS.                             ) TRAVIS COUNTY, TEXAS
                                )
ROXANE LABORATORIES, INC.,      )
BOEHRINGER INGELHEIM            )
PHARMACEUTICALS, INC., BEN      )
VENUE LABORATORIES, INC. and    )
BOEHRINGER INGELHEIM            )
CORPORATION,                    )
       Defendant(s).            ) 201ST JUDICIAL DISTRICT
```

**********************************************************
ORAL AND VIDEOTAPED DEPOSITION OF
LESLI PAOLETTI
November 10, 2004
Volume 2
(ATTORNEYS' EYES ONLY PENDING ENTRY OF
CONFIDENTIALITY ORDER)

**********************************************************

ORAL AND VIDEOTAPED DEPOSITION OF LESLI PAOLETTI, produced as a witness at the instance of the Plaintiff(s), and previously duly sworn, was continued in the above-styled and numbered cause on the 10th of November, 2004, from 8:37 a.m. to 11:04 a.m., before CYNTHIA VOHLKEN, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Vorys, Sater, Seymour and Pease, LLP, 52 East Gay Street, Columbus, Ohio, pursuant to the Texas Rules of Civil Procedure and the provisions attached previously.

```
 1              A P P E A R A N C E S
 2   FOR THE PLAINTIFF(S)
 3        Ms. Cynthia O'Keeffe
          Assistant Attorney General
 4        Office of the Attorney General
          State of Texas
 5        Post Office Box 12548  (78711-2548)
          300 W. 15th Street, 9th Floor
 6        Austin, Texas  78701
 7
     FOR THE RELATOR:
 8
          Mr. Jarrett Anderson
 9        Anderson LLC
          1300 Guadalupe, Suite 103
10        Austin, Texas  78703
11
     FOR THE DEFENDANT(S):
12
          Mr. R. Eric Hagenswold
13        Scott, Douglass & McConnico, L.L.P.
          One American Center, Fifteenth Floor
14        600 Congress Avenue
          Austin, Texas 78701
15
          -and-
16
          Mr. Paul Coval
17        Vorys, Sater, Seymore & Pease, LLP
          52 East Gay Street
18        Columbus, Ohio 43216
19        -and-
20        Ms. Sheila Anne Denton
          Senior Counsel, Legal Department
21        Boehringer Ingelheim Pharmaceuticals, Inc.
          900 Ridgebury Road
22        P.O. Box 368
          Ridgefield, Connecticut 06877-0368
23
24
25
```

1  Was it too high or too low?
2      A.   What does the e-mail say?
3      Q.   Right.
4      A.   The e-mail says that the AWP was too low.
5      Q.   And was that good for Roxane's business or
6  bad for Roxane's business?
7               MR. HAGENSWOLD:  Object to form.
8      A.   In specific customers I'm not sure.  I do
9  know that at the time we were looking at discontinuing
10 the product because we were unable to get any
11 business.
12     Q.   (BY MR. ANDERSON)  Why didn't Roxane
13 discontinue the product?
14     A.   We had discontinued a lot of products and we
15 didn't want to discontinue another one.  This -- you
16 don't like to discontinue products.
17     Q.   Why not?
18     A.   Well, the fewer products I manufacture, the
19 higher the overhead is on my remaining products, more
20 downtime in the factory, lay-offs, those types of
21 things.
22     Q.   So if I understand what you're saying, it's
23 Roxane didn't discontinue furosemide because Roxane
24 needed to make money?
25              MR. HAGENSWOLD:  Object to form.

Page 196

1    A.   We don't make money on all of our products.
2    Q.   (BY MR. ANDERSON)  Did you make money on
3  furosemide after August of 2000?
4    A.   I don't know.  I'd have to see the cost
5  versus the price that we were selling it at.
6    Q.   Well, let's take it step by step.  Looking at
7  the Robert Sykora e-mail down at the bottom dated
8  April 14th, 2000.  Do you see that?
9    A.   Yes.
10   Q.   And he sent an e-mail to you, John Powers,
11 Judy Waterer and Rich Feldman; is that right?
12   A.   I was cc'd on it, yes.
13   Q.   Right.  And -- and Ms. Waterer was your boss.
14 She was the -- basically the manager of the
15 multisource marketing department, right?
16   A.   Yes.
17   Q.   And Mr. Powers was the manager of the Roxane
18 contracts department, right?
19   A.   Yes.
20   Q.   And Mr. Feldman was the director of Roxane's
21 trade relations or trade sales, right?
22   A.   Yes.
23   Q.   So those are three important people to the
24 Roxane organization.
25   A.   Sure.

1   existing customers is the low AWP relative to our
2   competitors?"  Did I read that correctly?
3       A.   Yes.
4       Q.   So it sounds like in April of 2000 that
5   Roxane is not selling very much furosemide.
6            MR. HAGENSWOLD:  Object to form.
7       A.   That's what I -- why I said we were thinking
8   about discontinuing it.
9       Q.   (BY MR. ANDERSON)  And do you know that in
10  August of 2000, and thereafter, when Roxane raised the
11  AWP from 45 bucks to 159 bucks that they started
12  making a lot more sales?
13           MR. HAGENSWOLD:  Object to form.
14      A.   I know that eventually, yes, we have
15  increased our market share on that product.
16      Q.   (BY MR. ANDERSON)  So it was helpful to
17  Roxane's marketing to raise the AWP, wasn't it?
18           MR. HAGENSWOLD:  Object to form.
19      A.   It was helpful to become competitive with my
20  generic competitors, yes, rather than --
21      Q.   (BY MR. ANDERSON)  And by -- go ahead.
22      A.   Well, rather than being so far out of line
23  with them.
24      Q.   And by "out of line" you mean your AWP was
25  lower, correct?

1   A.   Yes.
2   Q.   And did anyone at Roxane have a discussion or
3   were you aware of any kind of analysis that was done
4   on the impact that raising the AWP would have on
5   third-party reimbursement?
6            MR. HAGENSWOLD:  Object to form.
7   A.   Short of this attachment that you've given
8   me, no.
9   Q.   (BY MR. ANDERSON)  What about consideration
10  of government concerns about the misreporting or
11  misleading reporting of AWP?
12           MR. HAGENSWOLD:  Object to form.
13  A.   Not that I recall.
14  Q.   (BY MR. ANDERSON)  You don't recall that
15  there was open discussion about the fact that the
16  government was investigating AWP?
17  A.   No.
18  Q.   If there had been open discussion about the
19  fact that government was investigating AWP yet Roxane
20  chose to still raise the AWP, does that seem right to
21  you?
22           MR. HAGENSWOLD:  Object to form.
23  A.   I'm not sure right or wrong.  I'd have to
24  know all the circumstances --
25  Q.   (BY MR. ANDERSON)  What circumstances?

Page 230

1  store -- no, pardon me.  Market is 70 percent drug
2  store, correct?
3      A.   76 it says.
4      Q.   76.
5           MR. HAGENSWOLD:  Ours says 76.
6      Q.   (BY MR. ANDERSON)  Yeah.  Let me start over
7  so it's crystal clear.  The next statement is, quote,
8  market is 76 percent drug store, right?
9      A.   Yes.
10     Q.   Okay.  Then the conclusion is, "RLI must
11 adjust AWP to match market leader to be competitive in
12 drug store markets."  Is that a correct reading?
13     A.   That's what it says, yes.
14     Q.   Okay.  And is that why Roxane raised the AWP
15 on furosemide, so that the ability to compete in the
16 drug store markets would be improved?
17          MR. HAGENSWOLD:  Object to form.
18     A.   The AWP was raised so we would be comparable
19 with our competitors, so yes, we didn't have to
20 discontinue the product.
21     Q.   (BY MR. ANDERSON)  But if Roxane had chose to
22 discontinue its furosemide, there were still plenty of
23 generic furosemide manufacturers, right?
24     A.   Yes.
25     Q.   So it's not like that patients would have

1  gone without furosemide.
2             MR. HAGENSWOLD:  Object to form.
3       A.   So long as those manufacturers continued to
4  supply, that would be true.
5       Q.   (BY MR. ANDERSON)  And in fact, on this list
6  it looks like the manufacturers listed of furosemide
7  were Mylan, Watson, Geneva, Zenith, Roxane, Morton
8  Grove, Qualitest and Major; is that right?
9       A.   Those are the -- the names listed there.  It
10 doesn't show me any sales, so I don't know if those
11 are actual -- if they actually had sales.  They could
12 have come up in the IMS data with zero sales.
13      Q.   That's a good question -- a good point you
14 make.  Where -- where is the IMS data showing the
15 sales for all those companies?
16      A.   I don't know.  I don't believe this is my
17 work.
18      Q.   Whose work do you think this is?
19      A.   I have no idea.
20      Q.   Do you know why it was produced?  Was this
21 kept in your files?
22      A.   I don't know.  If I was -- if it was a
23 copy -- if it was an attachment it could have been.  I
24 don't recall the document.
25      Q.   From the -- from the first page of Exhibit

1   Tom Russillo.
2       Q.    And what company did Tony work for?
3       A.    Ben Venue.
4       Q.    Was -- was Tony like subordinate to
5   Mr. Russillo?
6       A.    I believe so.
7       Q.    Next paragraph.  This is in bold.  "Lesli
8   will be contacting you in the next day or so to set up
9   an implementation plan meeting so we can assure a
10  smooth, coordinated message is delivered to" the
11  "appropriate customers simultaneously."  Did I read
12  that correctly?
13      A.    Yes.
14      Q.    So you were involved hands-on in this AWP
15  increase on furosemide, weren't you?
16            MR. HAGENSWOLD:  Object to form.
17      A.    I was involved in it, yes.
18      Q.    (BY MR. ANDERSON)  And how did you go about
19  delivering an appropriate message to your customers
20  simultaneously?
21      A.    We would have sent a letter out announcing
22  the changes to the customers.  I may or may not have
23  written the letter.  I would have been involved in
24  coordinating all of the activities or some of the
25  activities with regard to the announcement and the

1  changing of the information in our systems.
2     Q.   And these form letters that went out to all
3  the customers, they would have the new AWP listed in
4  black and white, right?
5              MR. HAGENSWOLD:  Object to form.
6     A.   I don't specifically recall the letter, but
7  we would probably include that to notify them of the
8  change.
9     Q.   (BY MR. ANDERSON)  Because otherwise if you
10 don't include the new AWP, you really don't have
11 anything to notify them of, right?
12             MR. HAGENSWOLD:  Object to form.
13    A.   If that's what we were changing and we wanted
14 to notify the customer, that's what we would say in
15 the letter.
16    Q.   (BY MR. ANDERSON)  And that's actually pretty
17 standard practice at Roxane to send out form letters
18 to the customers that always list the AWP?
19    A.   They don't always list AWP.
20    Q.   They --
21    A.   But that's -- if that's what we are
22 addressing, then that would be on there.
23    Q.   And they usually list the AWP, don't they?
24    A.   I wouldn't say they usually list AWP.  It
25 would depend on what the letter was about.

1    Q.   Well, for instance, like on a -- on a price
2  change to a customer that they're paying, those
3  typically have the new price listed and then next to
4  it they'll have the AWP listed, won't they?
5            MR. HAGENSWOLD:  Object to form.
6    A.   It would depend on the situation.  If we were
7  trying to notify a customer of a change with regard to
8  pricing, we would probably put at least the new
9  pricing on there to notify them that this is the
10 price.
11   Q.   (BY MR. ANDERSON)  And is it your experience
12 in your 10 plus years with Roxane that normally the
13 AWP is also listed?
14           MR. HAGENSWOLD:  Object to form.
15   A.   If that's what we are trying to notify the
16 customer of, then that would be on there.  That --
17 that is not the only type of letter we send out.
18 We've sent out letters regarding supply.  They
19 wouldn't have AWP on them, I don't think.
20   Q.   (BY MR. ANDERSON)  I appreciate that, but the
21 documents that have been produced reflect numerous
22 examples of contract prices listed next to AWP prices
23 and I'm just --
24   A.   I don't recall sending --
25   Q.   -- trying to determine if you remember that

| | |
|---|---|
| From: | SYKORA, ROBERT        ROXUS |
| Sent: | Wednesday, August 02, 2000 3:16 PM |
| To: | WATERER, JUDY        ROXUS; PAOLETTI, LESLI        ROXUS; FELDMAN, RICHARD        ROXUS |
| Cc: | Russillo, Tom        BICLE; HLAVAC, MARTIN        ROXUS |
| Subject: | RE: Furosemide Price Changes Approved |

Ask and ye shall receive!

Based upon the info below, Hannaford Bros. awarded us Furo all strengths (2,000 bottles of furo 40mg 1000) and OptiSource has awarded us all strengths as well (unit volume being assembled). Steve is contacting CVS to see if there is still an opportunity to garner that biz. Crank up the machines, we're rockin on the furo train!!!!

-----Original Message-----

| | |
|---|---|
| From: | WATERER, JUDY        ROXUS |
| Sent: | Wednesday, August 02, 2000 10:33 AM |
| To: | PAOLETTI, LESLI        ROXUS; SYKORA, ROBERT        ROXUS; FELDMAN, RICHARD        ROXUS |
| Cc: | Russillo, Tom        BICLE; POWERS, JOHN        ROXUS; Pera, Tony        BICLE; HLAVAC, MARTIN        ROXUS |
| Subject: | Furosemide Price Changes Approved |
| Importance: | High |

Tom Russillo just called me, and said he'd gotten the official OK to implement the Furosemide price changes recently circulated for approval. Pricing proposal has been approved. Now it's just setting a date and implementation plan.

Lesli will be contacting you in the next day or so to set up an implementation plan meeting so we can assure a smooth, coordinated message is delivered to appropriate customers simultaneously.

Bob - we're really counting on your gang to deliver the $610,000 to $6,100,000 new business you committed to in the Opportunity section of your AWP assessment. Please let us know immediately what we can do to help facilitate these awards! We'll need to assure production has sufficient notice to gear up production, so please keep us closely in the loop on volumes and timing requirements once the business is captured.

Thanks all for part in getting this approved. If we show significant incremental sales here, we'll have a solid case to present for getting changes implemented the rest of the line!

Judy Waterer
Associate Director, Multisource Products
(614) 276-4000 ext. 2480

1

CONFIDENTIAL
CEC 2003 - 1817

Paoletti
EXHIBIT NO. 64
11-10-04
C. VOHLKEN

PAOLETTI 01933

TXEX00337