1

# Exhibit 79

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Page 1

```
Docket No. X07          : SUPERIOR COURT

CV-03-0083296-S(CLD)    : COMPLEX LITIGATION

STATE OF CONNECTICUT,   : DOCKET AT TOLLAND

        Plaintiff,      :
                        :
   vs.                  :
                        :
DEY, INC., ET AL.,      :

        Defendants.     :
```

~~~~~~~~~~~~~~~~~~~~

Deposition of

JUDITH C. WATERER

HIGHLY CONFIDENTIAL - PURSUANT TO COURT ORDER


November 28, 2005

9:08 a.m.

Taken at:

Cleveland Marriott at Key Center

127 Public Square

Cleveland, Ohio


Grace M. Hilpert, RPR

d88331ff-4366-492d-923d-ab87ffb93063

Judith C. Waterer  HIGHLY CONFIDENTIAL  November 28, 2005
Cleveland, OH

Page 2

1  APPEARANCES:

2

3        On behalf of the Plaintiff:

4             Murdock Goldenberg Schneider

5             & Groh, LPA, by

6             JEFFREY S. GOLDENBERG, ESQ.

7             35 E. Seventh Street, Suite 600

8             Cincinnati, Ohio  45202

9             (513)345-8297

10

11       On behalf of Defendant Roxane

12       Laboratories, Inc.:

13            Vorys, Sater, Seymour and

14            Pease LLP, by

15            PAUL J. COVAL, ESQ.

16            52 East Gay Street

17            P.O. Box 1008

18            Columbus, Ohio  43216

19            (614)464-6400

20

21

22

Henderson Legal Services
(202) 220-4158

d88331ff-4366-492d-923d-ab87ffb93063

Page 48

1  about the product before began looking at us.

2         According to what the customers told our
3  salespeople, when we bid, we were very competitive
4  in our bid.  But then they refused to purchase the
5  product because in some cases our AWP was extremely
6  out of line.

7         So that they would, according to them,
8  be losing, I think in one case, almost a million
9  dollars a year if they switched to ours.

10        So after we had multiple customers tell
11 us that, essentially get in line with the industry
12 and price your product fairly or we can't get it, we
13 made a decision it was either discontinue the
14 product or act like a competent marketer and do what
15 everybody else in the industry was doing.

16        We made a decision to match Mylan's AWP,
17 as they were the market share holder. Upon doing
18 that, we were able to glean some business.

19        Q.    Did your department follow a formal
20 process to raise AWPs as to the Furosemide?

21             MR. COVAL:  Objection.  Form.

22             Go ahead.

Page 49

1   A.   At the time we had never done anything
2   like this before.  We had never run into, that I
3   recall, an instance of an AWP of this magnitude.
4        There wasn't any formal process in line
5   for changing prices, other than recommending a price
6   and having it signed off on the standard form.
7        However, because of the magnitude of the
8   increase and the environment nationally and really
9   corporately, senior leadership wanted to put
10  together a formal recommendation plan and make sure
11  that the most senior leadership of the company was
12  aware of the plan in case there was any potential
13  problems, press, whatever.
14  Q.   Most senior leadership was made aware of
15  the Furosemide AWP increase.
16       So who was made aware of it, to the best
17  of your recollection, meaning how high up did it go?
18  A.   We were asked to put together a paper
19  for Tom Russillo, who was COO of Ben Venue.  He took
20  it to his management, and I don't recall who his
21  management was at that particular time, but it would
22  have been like Germany, corporate.

Page 50

1    Q.    So is it your understanding that the
2    decision with respect to raising AWP on Furosemide
3    went above Ed Tupa?
4    A.    Ed Tupa was not there at the time.
5    Q.    He was not?
6    A.    No.  It was Tom Russillo.
7    Q.    Was Rich Feldman who you reported to at
8    this time?
9    A.    No.  I never reported to Rich Feldman.
10   Q.    Who were you reporting to at the time of
11   the Furosemide price change?
12   A.    Tom Russillo.
13   Q.    And did it also go up to an individual
14   named Gerstenberg?
15   A.    That might have been.  At one point Tom
16   reported to Gerstenberg, so that may have been it.
17   Q.    Do you recall what his position was at
18   that time?
19   A.    No.
20   Q.    He was above Tom Russillo?
21   A.    Correct.
22   Q.    And Tom was the chief operating officer

Page 51

1    of Ben Venue?
2         A.    Correct.
3         Q.    And do you recall whether those AWP
4    increases were implemented?
5         A.    Oh, yes.
6         Q.    And you said there was some increase in
7    sales; is that correct?
8         A.    I believe that's correct.
9         Q.    Do you have an understanding for the
10   magnitude of the increase?
11        A.    No.  I never checked it.
12        Q.    You just know that the sales did
13   increase?
14        A.    We would have discontinued the product
15   had it not at least had some sales generated.
16        Q.    Does Roxane still produce Furosemide?
17        A.    Yes.
18        Q.    Any other products that come to mind
19   that were in a situation where information came to
20   you that the AWP for those products were too low
21   relative to the others in the industry?
22        A.    There may have been a couple others.