1

# Exhibit 80

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Exhibit 24 for ID
Witness Russillo
L. O'Sullivan, CSR 1-8-09

| | |
|---|---|
| From: | WATERER, JUDY    ROXUS |
| Sent: | Wednesday, July 05, 2000 9:16 AM |
| To: | SYKORA, ROBERT    ROXUS |
| Cc: | FELDMAN, RICHARD    ROXUS |
| Subject: | FW: CVS Furosemide opportunity - (RFQ) |

Bob-
Got the information together yet? Discussed it with Tom, and depending on the strength of the customer information you can pull together, he'll support it. No guarantees of getting it through though.... The Mylan price increase is going to help. do you have the details on their price increase yet? Just WAC or WAC and AWP? We don't have it on the database yet.

I'll be in Cleveland this afternoon, and possibly tomorrow. Leave me a voice mail, or get Michelle to hunt me down if I can help.

-----Original Message-----
From: WATERER, JUDY    ROXUS
Sent: Wednesday, June 28, 2000 8:40 PM
To: SNYDER, STEVE    SLS BIPUS; POWERS, JOHN    ROXUS; STORCK, KIM    ROXUS
Cc: LEARK, CARRIE  ROXUS; FELDMAN, RICHARD    ROXUS; SYKORA, ROBERT    ROXUS; PAOLETTI, LESLI  ROXUS; Russillo, Tom    BICLE; Pera, Tony    BICLE
Subject: RE: CVS Furosemide opportunity - (RFQ)

Steve - I'm in budget and Annual Discussion "Hell" through next week. I will be in Cleveland tomorrow, and in shortly on Friday AM. If it can wait, please beg for extension. If not - try to get Lesli to find me in Cleveland - she'll have information I'll need.

Because our AWP is out of line with rest of market, it's a bigger issue then a straight price. I've asked Bob to prepare a concise summary of customer comments, requests, and documentation regarding Furosemide AWP, and will pursue raising it to be in line with our competitors once I have it in hand. Tom R. is aware of the issue, and is willing to champion it - provided we have an extremely solid and well documented background. In today's environment, AWP changes are being scrutinized, and if we are to risk consumer backlash, we need to pretty much guarantee we'll generate immediate and substantial results. I know this is necessary to level the playing field with our competitors, but it can be difficult to explain it when questioned - even when we're being held at a competitive disadvantage in our customers' eyes, and excluded from consideration at the same or lower bid prices they'd willingly buy another's product.

Bob and I have discussed this at length, and he knows all the relevant issues and concerns. We'd like the business. Let's all work together to facilitate the required changes.

-----Original Message-----
From: SNYDER, STEVE    SLS BIPUS
Sent: Wednesday, June 28, 2000 3:42 PM
To: WATERER, JUDY    ROXUS; POWERS, JOHN    ROXUS; STORCK, KIM    ROXUS
Cc: LEARK, CARRIE  ROXUS; FELDMAN, RICHARD    ROXUS
Subject: CVS Furosemide opportunity - (RFQ)

Gang, CVS is looking for a Furosemide vendor. Apparently, the HCFA Macs are changing at shortly, and they are not happy with the margins from their current supplier. They did not have the new MACs available to share with me, but being public record, I am certain we should have them somewhere. In fact, I think Bob has them on his desk. In the past, CVS has asked for AWP less 55% to be competitive on generics. I am not sure how the MAC impacts this. I would like to discuss this with Bob and/or Anthony before we bid. For now I have listed the requested bid price at AWP less 50%.

Can I request that we (Judy, John, Bob) discuss this Thursday or Friday AM? They asked that I get them a quote by the end of the day Friday. I think it would put us in a good light if we could respond by then. However, I made no promises except that I would notify them if we could not meet that timeframe. If a Friday PM response is out of the question, I just want to let CVS know when they will receive our reply.

Workbook - not all complete yet, but I think everything needed for this request is filled in.

1

D0053707
RLI-AWP-00434059

<< File: Trade Program Workbook-CVS.xls >>

Thanks all.

*Steve Snyder*
National Account Manager - Eastern Midwest
Ph - 614-898-9607
voicemail - 800-848-0120  ext. 2529
fax - 614-898-9647

D0053708
RLI-AWP-00434060