# Exhibit 2

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*,
Civil Action No. 01-12257-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of United States' Common Memorandum of Law in Support of Cross-Motions for Partial Summary Judgment and in Opposition to the Defendants' Motions for Summary Judgment



**HCFA**
Health Care Financing Administration

December 1, 1999

**MEDICARE**

Part A Intermediary
Part B Carrier
DME Regional Carrier

Marvin M. Stoogenke, R. Ph.
Health Care Finance Administration
OA/CHPP/PPAG/DSCP
Mail Stop C4-10-07
7500 Security Blvd.
Baltimore, MD 21244-1850

Colleen Carpenter
Office of the Consortium/
  Regional Administrators
Atlanta Federal Center, 4th Floor
61 Forsyth Street, SW, Suite 4T20
Atlanta, Georgia 30303-8909

Dear Mr. Stoogenke and Ms. Carpenter:

John Dart, Assistant Vice President of Medicare Operations asked that I respond on behalf of Palmetto Government Benefits Administrators (GBA), L.L.C. in response to the November 15, 1999 Identical Letter to All Region IV Carriers and Intermediaries. The subject of this letter references the Uniform Drug Pricing Project – Action – Reply due December 1, 1999.

Following is Palmetto GBA's response to the items questioned.

1. **How do you determine the AWP? (What references do you use and how do you get them? How much do they cost?)**

   Palmetto GBA follows the desk procedures in Attachment I, to determine the AWP for each HCPCS drug code determined to be covered under the Medicare Program. We are currently using Quarterly updates of the Micromedex REDBOOK for Windows CD and the Drug Topics REDBOOK monthly publication. The annual cost for these items are $625.00 and $57.95, respectively. These reference materials are shared by our Part B local carrier, our Durable Medical Equipment Regional Carrier (DMERC) and our Statistical Analysis DMERC (SADMERC).

2. **How do you store related information?**

   Palmetto GBA stores the Drug Topics Redbook AWP information related to Medicare allowance calculations in Microsoft Excel workbooks. The calculated fees are manually loaded to our Medicare pricing subsystem (APPL2) where fees are accessed for processing claims on the effective date.

**Palmetto Government Benefits Administrators, LLC**
Medicare Professional Reimbursement
Post Office Box 100190 • Columbia, South Carolina • 29202 • Fax (803) 935-0142

*A HCFA Contracted Intermediary and Carrier*



AWQ025-0876      FF

Workbook files will be delivered under separate cover through priority mail. There will be separate files submitted for Part B, DMERC and SADMERC.

3. **How many periods of pricing files do you store?**

   Palmetto GBA retains back-up prices for each quarterly drug update. Fee calculation workbooks are retained for current and prior year quarters. Our on-line pricing allow us to maintain up to five levels of pricing representing, current, prior, 3rd, 4th and 5th year pricing screens. At present time, the current year pricing level reflects the last quarterly drug update for fee screen year 1999. The prior year level reflects the last quarterly drug update for 1998. For fee screen year 2000, the current level will be used to maintain the quarterly drug fee updates as they occur. That is, for January 1, 2000, the first quarter's fee will be loaded to the current level price. Each time a quarterly update results in a fee change, that quarter's fee will overlay the previous quarter's fee.

4. **How do you access and use it in the claims process?**

   Palmetto GBA maintains drug prices on our on-line pricing sub-system, APPL2. Prices are accessed by the claims processing system based on the procedure code and the processed date of the claim. That is, if a claim is received prior to implementing a quarterly update, but processes after the update is applied to the system, the claim will price using the most current price available as instructed in the Medicare Carriers Manual, section 5202. Payment is derived using prices developed from the most current Average Wholesale Prices (AWP) established for a specific fee screen year. For example, claims with dates of service rendered in 1999, will pay based on the most current price maintained for fee screen year 1999 regardless of the processed date. Claims with dates of service rendered in 1998 will pay based on the most current price maintained for fee screen year 1998, regardless of the processed date. In addition, we calculate prices for covered drugs billed under Not Otherwise Classified (NOC) procedure codes. Submitted charges are reviewed on an individual consideration basis once coverage has been determined. Prices are derived in the same manner as those calculated for drugs with a specific HCPCS code.

5. **What notifications (specific or general instructions) do you publish?**

   Palmetto GBA releases all quarterly drug updates through our regularly scheduled Medicare Advisories providing general instructions related to the update. Notification is released approximately 30 days prior to the effective date for Part B billers. DMERC fees are released in the quarterly scheduled advisory following the current update.

6. **What is your estimated annual volume of drug pricing requests? Are these requests for new drugs or for your price on existing drugs?**

   Palmetto GBA receives an average of 360 drug pricing requests annually. This number represents the total volume as a Part B local carrier, the Region C DMERC and the SADMERC. These requests represent both new and existing drugs. The largest volume is for existing drugs billed under Not Otherwise Classified (NOC) procedure codes.

7. **What is your estimated annual time (in hours) spent on drug pricing activities?**

AWQ025-0877

Palmetto GBA spends approximately 700 hours performing drug pricing activities as the Part B local carrier, the Region C DMERC and the SADMERC. These activities consist of performing the quarterly updates, responding to internal pricing inquiries for NOC codes, external correspondence and other research associated with billing and coverage issues.

### 8. What problems do you encounter?

The problems encountered by Palmetto are listed below:

- Determining when to include or exclude special sized packaging or dose forms.

- Determining what dose forms are practical for different routes of administration, e.g. injection versus inhalation form or intra-muscular versus administration through a pump.

- Determining which sources are appropriate for developing fees for codes with "up to" descriptions.

- Determining the best method for handling multiple HCPCS codes for one drug with varying strengths.

- Pricing for the average dosage administered or most frequently administered dosage

### 9. What suggestions do you have for improving HCFA's process?

Palmetto GBA suggests the following for improving HCFA's process:

- Develop uniform procedures and or assigning national drug pricing to one carrier similar to pricing development for Oral Anti-Cancer Drugs.

- Develop procedures outlining carriers' authority and limitations to be considered when updating drugs to eliminate the use of sources that inflate drug prices.

- Make provisions for carriers to retain all four quarterly updates so pricing can be based on date of service and not claims processed date. This would prevent billers from abusing the Medicare system by holding claims.

### 10. Provide your latest updated pricing file. Identify the effective date (last updated) and the source of your pricing (AWP) information.

We are sending under separate cover through priority mail, files containing Palmetto's drug calculations effective January 1, 2000. These calculations were updated the first week in November in preparation for the annual par enrollment and disclosure package mail out. Our calculations are performed using the Microsoft Excel software application, thus the files provided are Excel Spreadsheets. The source of our AWP information is the October 1999 Redbook CD for Windows.

### 11. Provide a name, e-mail address and telephone number for the staff person who can answer questions on this matter.

AWQ025-0878

If you have additional questions, please contact me by e-mail at Robin.Stone@PGBA.com, or by phone at (803) 788-0222, extension 31098.

Palmetto GBA previously submitted a proposal for the development of a uniform drug pricing system. Thus, I am interested in participating in your workgroup to review the data and make recommendations on HCFA's process.

Should you have questions or concerns regarding the contents of this package, please do not hesitate to call.

Sincerely,

/RS/

Robin K. Stone
Medicare Reimbursement


Cc:   Wilma Cooper
      Nancy L. Schmidt
      Stephanie Gammon
      John N. Dart
      Robin Spires

AWQ025-0879    L

Medicare Professional Reimbursement Desk Procedure

# Drug Pricing Procedure
## Medicare Part A, B, SADMERC, DMERC

## DESCRIPTION

Medicare Part A and Part B each have a list of drugs to price. Changes to these lists are based on the additions and deletions of codes received from HCFA through annual HCPCS updates. Medicare Part A and B also have a list of drugs with local codes to price. The four DMERC's Medical Directors agree upon the list of drugs priced for the SADMERC and the DMERCs. Currently the SADMERC has six oral anti-cancer drugs to price. The four DMERCs price approximately 120 drugs including infusion, nebulizer, immunosuppressive drugs and oral anti-emetics. The Medicare Part B carriers price approximately 430 injectable drugs, including oral anti-emetics and the Part A intermediaries pay approximately 170 drugs used to treat end stage renal disease (ESRD).

For Medicare Part B, DMERC, and SADMERC, drugs are priced quarterly. Effective January 1, 1998, Medicare Part A drugs are priced quarterly upon receipt of updates from the Part B and DMERC carriers. Prior to this, Part A drugs were priced annually within 90 days of the annual publication of the Drug Topics Red Book (Medicare Intermediary Manual ¶3644.E.2). All drugs are priced using the median price of all sources of the generic form of the drug, unless the brand name source is lower (42 CFR ¶405.517). If no generic form of the drug is available in Red Book, use the lowest brand name AWP brand source to price the drug.

## STEP 1   FIND THE DRUG

- Check annual HCPCS updates for new codes or code description changes before updating spreadsheet files.

- For new codes, have Medical Affairs for each Line of Business determine coverage.

- If code is covered, create a new spreadsheet in the appropriate network directory, **N:\prd\medb_pric\drugs\wrkbooks** for Part B and **N:\prd\DMERC\Dmedrugs** for DMERC. Add formulas to calculate fees according to the drug sources found in the **Redbook.**

- If a code has a description change, adjust the spreadsheet formulas to account for changes in the strength or dosage of the drug, e.g., A code is listed as 50 mg. and it changes to 100 mg. You will either need to change the sources used from 50 mg to 100 mg, or adjust your spreadsheet formula to multiply the 50 mg sources times 2, that is, if no sources exist in a 100 mg dosage.

- **BEFORE** updating any sources in a spreadsheet, **FIRST** update the "PREV ALLOW" field to reflect the last quarter's fee. This is equal to "PRICE CALCULATED" before you apply changes to the spreadsheet.

- Refer to the **Redbook CD ROM** for the most current quarter or the **Redbook** latest monthly update to find the drug. If the drug is not found in the update, refer to the annual edition of the **Redbook**. If the drug is not found in either publication, consult Drugs Facts and Comparisons or the FDA publication Approved Drug Products with Therapeutic Equivalence Evaluations (the Orange Book) to identify

Medicare Professional Reimbursement Desk Procedure

## Drug Pricing Procedure
### Medicare Part A, B, SADMERC, DMERC

the drug -- by manufacturer, brand name, or generic name. If the drug is still not found, refer to the Hospital Formulary Pricing Guide by Medi-Span, Inc. for a price. If a price cannot be located in the available sources, contact the manufacturer of the drug.

**STEP 2   USE GENERICS**

➤ Identify the generic name of drug from the code description. Always rely on the HCFA HCPCS tape file. Private sources such as MEDICODE are unreliable.

➤ Locate generic sources in the Drug Topics Redbook based on the HCPCS description of the drug. Use sources that **MATCH** the strength of the drug described by the HCPCS code, e.g. 50 mg, 100 mg etc.

➤ If the HCPCS code description states "up to", use all strengths up to the maximum strength described by the code.

- Do not convert price to match the "up to" description.
- Do not use package sizes that would exceed the "up to" strength described by the code.

Example: Code J3260 – Tobramycin Sulfate, up to 80 mg. This code is packaged 2 ml vials and 30 ml vials with a strength of 40 mg/ml. The 2 ml vials would contain 80 mg, whereas the 30 ml vials contain 1200 mg. Therefore, you would not include the 30 ml vial sources since the total volume exceeds 80 mg as described by the code. **This rule applies to "up to" drugs only. All other drugs would array all vial sizes that contain the strength as described by the code regardless of total volume, unless it was determined that the larger vials could not be used, e.g., no shelf life, or the most frequently administered dosage can be determined.**

➤ If no generic forms of the drug exist, use all brands that exist for the specified dosage. If there are multiple brands, use the AWP of the LOWEST brand as the calculated fee for the drug (effective 1/1/99). During 1998, if a brand name source was lower than the median of generics, the lower brands were included in the median AWP calculation.

➤ To determine if a drug is generic or brand, look at the bold face upper case name of the drug. If there is another name for the drug immediately below it in lower case letters (the generic name), the entries following are generally brands. If there is no lower case drug name immediately below the bold face upper case name, the bold face upper case name is the generic name and all the entries below are generics. In either case, if an entry below the drug name refers to another page, that entry would be for a brand name. If there is a question as to whether a drug is brand or generic,

Created: 12/12/95                     2        N:\prd\deskproc\Drug Updates\Drugdesk.doc
Last Updated: 6/28/1999

Medicare Professional Reimbursement Desk Procedure

| Drug Pricing Procedure |
|---|
| Medicare Part A, B, SADMERC, DMERC |

consult the PDR Generics, telephone the drug company or **RedBook** (1-800-222-3045).

### STEP 3   FIND THE STRENGTH AND DOSAGE

Determine which of the following conditions are true before pricing the drug:

- The strength and dosage of the drugs in the **Redbook** match the procedure code description. Use all prices for the drugs that match the procedure code for pricing. If, for example, the procedure code specifies 50 ml and there is a 50 ml size shown in the **Redbook**, use only the 50 ml size - don't use 10 - 5 ml vials. If no 50 ml size is listed in the **Redbook**, use sources that meet the strength based on strength and volume of drug. Otherwise, use **ALL sizes** in pricing the drug unless the "**most frequently administered dosage**" can be determined through the use of Easytrieve or verified through the Medical Director or a pharmacist.

- The strength and dosage from the procedure code description are not those found in the **Redbook**. Consult with Medical Director to assist in determining the "**most frequently administered dosage**".

- The strength and dosage does not exist in generic form but does exist in brand form. Use the lowest brand price.

- The most frequently administered dose or the strength described by HCPCS is not shown in the **Redbook**. Use the strength that is within a vial that matches the HCPCS description. If there is not a strength (total volume) that matches the HCPCS within a vial, use all other doses and divide or multiply the prices to get the desired per dosage prices. This is if the codes reads 100 mg and the sources available are 10mg/ml packaged in a 10 ml vial, this would be equivalent to 100 mg and could be used to price the drug.

### STEP 4   RESTRICTIONS

- Exclude special sized packaging, e.g. Institutional Use. Use Ampules, single dose and multiple dose vials and repacks.

- Don't use flip top vial, carpu-ject, tubex, cartridge, rapi-ject, lure lock, syringe, blunt point, abuject, rapiject, leurlock, advantage, min-i-jet unless it's the only source available. These items are considered convenience and tend to inflate the price.

- Don't use drugs marked preservative free, sulfite free, piggyback or sterile unless the HCPCS description specifies otherwise.

- Don't use drugs with an OBC other than "A_" if more than one source exists. This restriction applies to SADMERC only (*reference HCFA Memorandum PUB 60 AB.94-2, 60 dated 3/94*).

Medicare Professional Reimbursement Desk Procedure

## Drug Pricing Procedure
### Medicare Part A, B, SADMERC, DMERC

**STEP 5   ENTER DRUG INFORMATION**

- Enter the drug information into the drug pricing spreadsheets for each strength and for each manufacturer you have chosen.
- Enter the Average Wholesale Price (AWP) for each drug selected.
- Enter the generic sources into the spreadsheet.
- Insert the generic sources separate from the brand sources within the spreadsheet. The median of the generic AWP's should be calculated. Immediately below the generic sources, list or identify the lowest brand source if applicable.
- Document all exceptions within the spreadsheet.

**STEP 6   CALCULATE THE PRICE**

*Note:  Always verify formulas when updating spreadsheets.  Ensure each step is rounded to the nearest penny and if any sources are added or deleted, ensure the formulas remain in sync.*

- Using the formula calculations in the spreadsheet, divide the AWP by the quantity or strength to reach the price for the units used in the description of the code.
- Calculate the median AWP for all generic sources.
- If a brand AWP is lower than the generic median, highlight the lowest brand source to indicate that source as being the lowest brand lower than the median of generics.
- If there is only one source for the drug price, use 95% of the price calculated.
- If there is more than one source for the drug, use 95% of the <u>median[1] of the prices calculated</u> for the final drug fee, unless a brand name is lower, then you use 95% of the lowest brand AWP.
- Provide updates to an associate for Quality Control Review.  Associate should document results in the Quality Control Log on the N drive. *(Added April 1999)*

**STEP 7 DISTRIBUTE THE PRICES**

- Medicare Part A
  - Fax the prices to Part A Education for publication.
- Medicare Part B
  - Send the prices via the network to Provider Education for publication using the format located in N:\prd\advisory\part_b\drug update template.
  - Notify Part B Suspense and Resolution (Shannon Ross) of Part B drug updates. Shannon notifies Quality Control.

Medicare Professional Reimbursement Desk Procedure

# Drug Pricing Procedure
## Medicare Part A, B, SADMERC, DMERC

- Send Notification to Dr. David Sheridan and Tammy Brown if AWP changes on Zoladex (J9202) or Lupron (J9218).
- Notify Peggy Aun-Stephenson and Tammy Brown of changes to Toradol (J1885)
- Provide Part B and DMERC prices to Part A Pricing Business Analyst.

➢ SADMERC

- If *new drugs are identified, a request for a new code should be directed to the SADMERC HCPCS Unit Manager and a disclaimer is included on notification* "New sources are not currently accepted by CWF. A new code has been requested." Attach to an email to Mike.Edge, Director–SADMERC; Helen.Lintern, Manager–SADMERC Reports & Analysis; and Tranna.Starnes, Manager–SADMERC HCPCS Unit, a copy of Pricing Analysts' Memo and calculation spreadsheets.
- Email the prices to Robin.Stone, Region C DMERC Pricing Coordinator with a note to please forward them to other three DMERCs.
- Mail to all four DMERCs at the addresses below (for Region C, use interoffice).
- Update OACD quarterly update file on s:\inet_prd and attach new quarterly update file to email to Mike.Edge for publication on www.pgba.com.

**Region A:**
Mr. Fred Larson, Project Manager
Region A DMERC
United Healthcare
60 E. Main St.
Nanticoke PA 18634

**Region B:**
Ms. Susan Joyce, Manager
Region B DMERC Provider Education
AdminaStar Federal, Inc.
8115 Knue Rd (AF26)
Indianapolis IN 46250

**Region C:**
Ms. Sennetta Smith, Project Manager
Palmetto GBA, LLC
PO Box 100141, AR-D20
Columbia SC 29202-3141

**Region D:**
Mr. Edward Burrell, Project Manager
CIGNA
44 Vantage Way
Nashville TN 37228

**DMERC Pricing Coordinators:**

| | | |
|---|---|---|
| Region A: Jeanne Mariani/Colleen King | colleen_m_king@gcs.alias | Fax: 570.735.9402 |
| Region B: Cheryl Eiler | Cheryl_Eiler@AICI.com | Fax: 317.595.4300 |
| Region C: Robin Stone | Robin.Stone | Fax: 803.714.0755 |
| Region D: Barbara Douglas | Barbara.Douglas@CIGNA.com | Fax: 615.782.4626 |

Created: 12/12/95    5    N:\prd\deskproc\Drug Updates\Drugdesk.doc
Last Updated: 6/28/1999

Medicare Professional Reimbursement Desk Procedure

# Drug Pricing Procedure
## Medicare Part A, B, SADMERC, DMERC

- ➢ DMERC
  - Send prices via inter-office mail to ① Elaine Hensley, Manager–DMERC Professional Relations (AR-D05) for publication and to ② our local RHHI (currently Sharon.Neely).

## STEP 8  ENTER THE PRICES ON THE SYSTEM

➢ Enter the drug prices onto the system the morning of the effective date. Medicare Part B, DMERC, and SADMERC prices are entered onto APPL/2.

➢ Medicare Part A drug prices are entered on FISS.

➢ Drug claims are priced based on the fee currently in effect when the claim prices, regardless of the dates of service. This occurs because the system is unable to retain 4 quarters of pricing within any pricing year.

## STEP 9 TRACK QUARTERLY UPDATES

➢ Update the spreadsheets illustrating changes in allowables from quarter to quarter. These files are maintained in case the OIG wants allowables over a period of time, which happens quite often for the DMERC.

n:\prd\dmerc\dmedrugs\updates\*.xls
n:\prd\sadmerc\oacd\oacd updates.xls

**Note: This file will be created for Part B starting with June 1, 1999 update.**

N:\prd\medb_pric\drugs\updates\*.xls

Medicare Professional Reimbursement Desk Procedure

## Drug Pricing Procedure
### Medicare Part A, B, SADMERC, DMERC

**ADDENDUM**

Included in this desk procedure is an example of calculating and updating a drug. The example is J2270 (injection, morphine sulfate, up to 10mg), since it is common to both DMERC and Part B.

**Example of Spreadsheet Used to Calculate Allowable:**

| DATE: | 03/15/1999 | GENERIC NAME | Morphine Sulfate | | |
|---|---|---|---|---|---|
| CONSULTANT: | Debroah | BRAND NAME | | | |
| SOURCE: | Redbook | GEN. or BRAND? | Generic | MEDIAN: | $0.66 |
| UPDATE: | Mar-99 | STRENGTH | Up to 10 mg | PREV MEDIAN | $0.66 |

| COMPANY | PAGE | STRENGTH | QUANTITY | NDC# | AWP | Up to 10 mg |
|---|---|---|---|---|---|---|
| Astra | | 10 mg/ml | 1 ml, 25s | 00186-1139-13 | 18.43 | 0.74 |
| Elkins-Sinn | | 5 mg/ml | 1 ml, 25s | 00641-0168-25 | 16.89 | 0.68 |
| | | 8 mg/ml | 1 ml, 25s | 00641-1170-35 | 14.00 | 0.56 |
| | | 8 mg/ml | 1 ml, 25s | 00641-0170-25 | 16.01 | 0.64 |
| | | 10 mg/ml | 1 ml, 25s | 00641-0180-25 | 16.64 | 0.67 |
| | | 10 mg/ml | 1 ml, 25s | 00641-1180-35 | 16.14 | 0.65 |
| **Removed Fliptop vials 6/30/97. | | | | | | |
| | | | | Medicare Allowance: | | $0.63 |

The following pages are from the 1998 **RedBook** and the March 1999 **RedBook Update**, which were sources used to calculate the allowable.

Medicare Professional Reimbursement Desk Procedure

# Drug Pricing Procedure
## Medicare Part A, B, SADMERC, DMERC

Next, we see how to update the drug allowable on APPL/2 (applicable to Medicare Part B and DMERC).

➢ At an applicable blank CICS screen, type APPL/2. ENTER.

➢ The Area Prevailing Menu appears.

➢ At the PROCEDURE/TYPE prompt, type the HCPCS code of the drug you are updating, tab once, then type the type of service.

➢ At the FISCAL YEAR prompt, type an A (for All years).

➢ At the AREA/SPEC prompt, type CW CW.

➢ Tab down to the MODES prompt. Here, type a U (for Update).

```
              AREA PREVAILING MENU                          VMSAR01

     PROCEDURE/TYPE..: J2270____ 1    (CF75=CNV PCT  CFEE=FEE SCHED)
     FISCAL YEAR.....: A                (A,C,P,3,4,5)
     AREA/SPEC.......: CW CW
     PROCEDURES/TYPES: _____ _   _____ _   _____ _
                       _____ _   _____ _   _____ _
                       _____ _   _____ _   _____ _

     MAAC............: _                (Y,1,2,3,4,5)

     MODES...........: U

MODES:  A -- ADD      P -- PRINT PREV REPORT   BLANK -- INQUIRE
        U -- UPDATE   R -- PRINT A RANGE OF PROCEDURES
```

➢ ENTER.

➢ The following screen will appear. You will then update all the current level price by overtyping the allowables in the current or 1st occurrence pricing level with the new allowables in the 75th and 50th columns. If the fees are the 1st quarter update for a fee screen year, the prices in the 1st line will roll to the second line, the second line rolls to the third and so forth. The Origin (O) beside the 75th column will be an M (for Manual update). When you have overtyped the allowables, depress **F9**. A message will appear in the lower left-hand portion of your screen to let you know the update was successful: 2040-UPDATE SUCCESSFUL.

```
      PROC/TYPE: J2270   1 FSY: A   AREA PREVAILING    UPDATE  VMSAR03

                                                   LCL/COB
S   PROCEDURE T AR SP   75TH O   50TH   IIC O   NP50    BEGIN....END
_   J2270     1 CW CW   0.63 M   0.63   0.00    0.00
                        0.63 M   0.63   0.00    0.00
                        0.63 M   0.63   0.00    0.00
                        0.63 M   0.63   0.00    0.00
                        0.63 M   0.63   0.00    0.00
```

Created: 12/12/95                     8      N:\prd\deskproc\Drug Updates\Drugdesk.doc
Last Updated: 6/28/1999

AWQ025-0887    L