# Exhibit 4

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*,
Civil Action No. 01-12257-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of United States' Common Memorandum of Law in Support of Cross-Motions for Partial Summary Judgment and in Opposition to the Defendants' Motions for Summary Judgment

300

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - -x

In re: PHARMACEUTICALS INDUSTRY   :   MDL No. 1456

AVERAGE WHOLESALE PRICE           :   Civil Action

LITIGATION                        :   01-CV-12257-PBS

_____    :

THIS DOCUMENT RELATES TO:         :   Judge Patti B.

United States of America, ex      :     Saris

rel. Ven-a-Care of the Florida    :

Keys, Inc.,                       :

         vs.                      :   Chief Magistrate

ABBOTT LABORATORIES, INC.,        :   Judge Marianne

No. 06-11337-PBS                  :   B. Bowler

- - - - - - - - - - - - - - - - -x

                              Baltimore, Maryland

                              Thursday, October 11, 2007


Continued Videotaped Deposition of ROBERT NIEMANN

                          Volume 2

364

1   Congress was speaking when it passed this
2   statute?
3           MS. OBEREMBT:  Objection.
4       A.  To whom they were speaking?
5       Q.  To whom is -- let me ask it in a more
6   artful way.  Congress passed this statute stating
7   that Medicare Part B drugs would be paid at 95
8   percent of the average wholesale price, correct?
9       A.  That's what it says here.
10      Q.  Did you at the time understand that to
11  be a legislative direction to CMS, the agency for
12  whom you worked?
13      A.  Yes.
14      Q.  What did you understand Congress to be
15  directing CMS to do in passing this statute?
16      A.  To pay 95 percent of the average
17  wholesale price.
18      Q.  If you turn one -- one exhibit over to
19  Exhibit Abbott 202, and keep your finger on the
20  statute.  We can always flip back to it.  For the
21  record, Exhibit Abbott 202 is transmittal number
22  AB-97-25 dated January 1998, and the subject of

                                                                    365

1    this transmittal is implementation of the new

2    payment limit for drugs and biologicals.  Do you

3    recognize Exhibit Abbott 202?

4         A.   **Vaguely, yes.**

5         Q.   If you turn to the second page, you're

6    identified as the contact person for this program

7    memorandum, correct?

8         A.   **That's me.**

9         Q.   What do you recognize transmittal

10   number AB-97-25 to be?

11        A.   **Well, a program memorandum was an**

12   **instruction to our carriers who administer the**

13   **Medicare program.**

14        Q.   Did you draft Exhibit Abbott 202?

15        A.   **I would have at least drafted the first**

16   **iteration of it.**

17        Q.   What's the purpose of this particular

18   program memorandum?

19        A.   **Well, that's in the first sentence**

20   **there.  The purpose is to furnish the carriers**

21   **and intermediaries with instructions needed to**

22   **implement Section 4556 of the BBA of 1997.**

366

1    Q.   And so as I understand it, Congress

2 spoke to the agency and told the agency to pay at

3 95 percent of AWP, correct?

4    A.   Yes.

5    Q.   And the agency in turn spoke to the

6 carriers and gave the carriers more detailed

7 instructions about how to implement that

8 statutory obligation, correct?

9    A.   Yes.

10   Q.   What did you understand Congress to be

11 referring to in Exhibit Abbott 201 when Congress

12 referred to 95 percent of the average wholesale

13 price?

14   A.   I guess -- I don't remember -- I don't

15 remember the content of any conversations I had

16 with Congressional staffers that would inform on

17 the answer to that question, but whatever they

18 had in mind, this instruction here seems to state

19 that same language that we've discussed ad

20 nauseam before now as reflected in sources such

21 as the Red Book, Blue Book or Medispan.

22   Q.   If you look at Exhibit Abbott 201, on