# Exhibit 5

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*,
Civil Action No. 01-12257-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of United States' Common Memorandum of Law in Support of Cross-Motions for Partial Summary Judgment and in Opposition to the Defendants' Motions for Summary Judgment

296

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

VOLUME II

------------------------------------X   MDL NO. 1456

IN RE:   PHARMACEUTICAL INDUSTRY     :   CIVIL ACTION:

AVERAGE WHOLESALE PRICE LITIGATION   :   01-CV-12257-PBS

------------------------------------X

THIS DOCUMENT RELATES TO:            :

U.S. ex rel. Ven-A-Care of the       :   CIVIL ACTION:

Florida Keys, Inc. v. Abbott         :   06-CV-11337-PBS

Laboratories, Inc.                   :

------------------------------------X

IN THE CIRCUIT COURT OF

MONTGOMERY COUNTY, ALABAMA

------------------------------------X

STATE OF ALABAMA,                    :   CASE NO.

        Plaintiff,                   :   CV-05-219

    v.                               :

ABBOTT LABORATORIES, INC.,           :   JUDGE

et al.,                              :   CHARLES PRICE

        Defendants.                  :

------------------------------------X

1   BY MR. TORBORG:

2       Q.   And how would you go about getting that

3   to happen?

4            MR. NEAL:   Objection as to form.

5            THE WITNESS:   Either requiring

6   manufacturers to report accurate prices to First

7   DataBank or requiring First DataBank to go out and

8   collect market data to ensure that the prices are

9   accurate or some combination of both.

10  BY MR. TORBORG:

11      Q.   Putting aside the effort discussed in

12  your report and in this letter, are you aware of

13  any other efforts taken by the federal government

14  to change the way in which First DataBank reported

15  prices?

16           MR. WINGET-HERNANDEZ:   Objection to form.

17           THE WITNESS:   No.

18           MR. TORBORG:   All right.   I'd like to

19  hand -- mark this as our next exhibit.

20           THE COURT REPORTER:   Exhibit Abbott 138.

21                   - - -

22           (Whereupon, Exhibit Abbott 138 was marked

434

1    for Identification.)

2                        - - -

3            MR. TORBORG:  For the record, what I've

4    marked as Exhibit Abbott 138 bears the Bates Nos.

5    HHD006-0654 through 74.

6    BY MR. TORBORG:

7        Q.   Mr. Tawes, this is a -- another document

8    that was located in the working paper files for

9    this report that we're talking about.

10           My question to you, Mr. Tawes, is:  Is have

11   you seen this document before?

12       **A.   Yes.**

13       Q.   Do you know what it is?

14       **A.   It is a Program Memorandum that CMS sent**

15   **to their carriers regarding First DataBank AWP**

16   **data.**

17       Q.   And does this publication relate to

18   Medicare or Medicaid?

19       **A.   Medicare.**

20       Q.   And this is a document that you reviewed

21   at the time you were preparing your report?

22       **A.   Yes.**

1    Q.   And the specific drugs listed are
2 starting on Page 657?
3    A.   Yes.
4    Q.   What is a program memorandum?
5    **A.   A program memorandum is a memo sent to**
6 **intermediaries or carriers by CMS headquarters.**
7    Q.   Now, if you go to the Bates page ending
8 656, it indicates there that the effective date for
9 this Program Memorandum is September 8th, 2000.  Do
10 you see that?
11   A.   Yes.
12   Q.   Now, Mr. Stark had suggested that CMS
13 provide this information over a year before this,
14 correct?
15        MR. NEAL:  Objection as to form.
16        You can answer.
17        THE WITNESS:  September -- this Program
18 Memorandum was dated -- I'm sorry -- September 8th,
19 2000 and -- yes.  Yes.
20 BY MR. TORBORG:
21   Q.   Can you provide any insight as to why
22 there was a delay in implementing Mr. Stark's

1  recommendation?

2          MR. NEAL:  Objection as to form.

3          THE WITNESS:  No.

4          MR. TORBORG:  I'd like to mark this as

5  our next.

6          THE COURT REPORTER:  Exhibit Abbott 139.

7             - - -

8          (Whereupon, Exhibit Abbott 139 was marked

9  for Identification.)

10            - - -

11         MR. TORBORG:  For the record, what I has

12  marked as Exhibit Abbott 139 bears the Bates Nos.

13  AWP034-0046.  It appears to be a Program

14  Memorandum, Transmittal AB-00-115, dated November

15  17th, 2000.

16  BY MR. TORBORG:

17      Q.   And, Mr. Tawes, have you seen this

18  document before?

19      **A.   Yes.**

20      Q.   Okay.  Can you tell us what this

21  document is?

22      **A.   This document is a Program Memorandum**