# Exhibit 8

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*,
Civil Action No. 01-12257-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of United States' Common Memorandum of Law in Support of Cross-Motions for Partial Summary Judgment and in Opposition to the Defendants' Motions for Summary Judgment

## BIOGRAPHICAL SKETCH

## CHARLES R. BOOTH

Chuck Booth retired from the Health Care Financing Administration in March 2001.

Immediately prior to retirement, Chuck was the Director of Financial Services in the Office of Financial Management for the HCFA. He was responsible for the Agency's spending, financial reporting, and the accounting system for internal and contractor spending. This involved the control of the Agency's administrative expenditures, about $2.6 billion for fiscal year 2000. In addition, he had program responsibilities for Medicare provider audits and significant aspects of Medicare Secondary Payer. Chuck began his work in this position in July 1997.

From 1994 to 1997, he was the Director of the Office of Hospital Policy, Bureau of Policy Development. He was responsible for the ongoing policy and policy changes for the hospital prospective payment system, inpatient hospital services for excluded hospitals, provider cost reimbursement and cost reporting forms, end stage renal disease facilities, and organ procurement organizations.

From 1984 until 1994, he was director for the Office of Payment Policy. In that position he was responsible for setting payment rates for all providers, physicians, and suppliers under the Medicare program. (From 1984 to 1988, the office was called Reimbursement Policy, but the duties were the same.)

From 1966 through 1983, Mr. Booth held a variety of positions with the Medicare program. Most of these involved Medicare billing practices and system and computer claims processing.

Prior to joining the Medicare program, Mr. Booth held positions in Social Security district offices in California from 1959 to 1966. He holds a B.A. in philosophy from Brown University.

Charles R. Booth
8024 Ridgely Oak Rd.
Baltimore, MD  21234-5227
410-668-2048
bcbooth@comcast.net



Abbott
EXHIBIT NO. 112
KY  4/23/07