# Exhibit 13

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*,
Civil Action No. 01-12257-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of United States' Common Memorandum of Law in Support of Cross-Motions for Partial Summary Judgment and in Opposition to the Defendants' Motions for Summary Judgment

311

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

----------------------------------X

IN RE:   PHARMACEUTICAL INDUSTRY     )

AVERAGE WHOLESALE PRICE LITIGATION ) MDL No. 1456

----------------------------------) Civil Action

THIS DOCUMENT RELATES TO:           ) No. 01-12257-PBS

United States of America, ex. rel. ) Hon. Patti Saris

Ven-a-Care of the Florida Keys,     )

Inc., v. Dey, Inc., et. al., Civil )

Action No. 05-11084-PBS; and United)

States of America, ex. rel.         ) December 3, 2008

Ven-a-Care of the Florida Keys,     ) 9:32 a.m.

Inc., v. Boehringer Ingleheim       )

Corp. et. al., Civil Action         )

No. 07-10248-PBS.                   ) VOLUME II

----------------------------------X

Continued deposition of THE NEBRASKA DEPT. OF HEALTH AND

HUMAN SERVICES by GARY CHELOHA, taken by Defendants,

pursuant to Notice, held at the Cornhusker Hotel, Lincoln,

Nebraska, before Shana W. Spencer, a Certified Shorthand

Reporter and Notary Public of the State of Nebraska.

1  constitute?

2  **A.   In fiscal year 2008, thereabout, 75**
3  **percent of drug expenditures were for brand name.**

4     Q.   And what percentage for generics, then?

5  **A.   25 percent.**

6     Q.   And has that ratio been relatively
7  constant over the past ten years?

8  **A.   The earlier years -- around 2000, the**
9  **brand name share was about 80 percent and 20**
10 **percent generic.  And it's -- and the number or**
11 **percentage of generics has been slowly increasing**
12 **from 19 or 20 up to the 25 percent.  And FY '08**
13 **was the highest percentage of generic drugs in**
14 **terms of claims.**

15    Q.   We talked a little bit yesterday about
16 point-of-service vendors that Nebraska Medicaid
17 has contracted with over time.  I just want to
18 clarify the timeline a little bit.

19         Was First Health -- is First Health
20 Services your current point-of-service vendor?

21 **A.   Yes, it is.**

22    Q.   And has it been the point-of-service

1   vendor from about June of 2008?

2        **A.   Yes.**

3        Q.   And was Affiliated Computer Services,

4   or ACS, the point-of-service vendor from

5   approximately October of '03, 2003, through June

6   of 2008?

7        **A.   Yes.**

8        Q.   And was First Health Services the

9   point-of-services vendor from approximately 1995

10  through October of 2003?

11       **A.   Yes, it was.**

12       Q.   Okay.  And as I recall, yesterday you

13  said that First Health does not pay the claims,

14  that the State of Nebraska actually pays the

15  Medicaid claims; is that correct?

16       **A.   That's correct.**

17       Q.   Okay.  What are the advantages of

18  having claims processed electronically?

19            MS. CITERA:  Objection to form.

20            THE WITNESS:  There are advantages to

21  the pharmacy, dispensing pharmacy, in that they

22  know, as they enter that claim through their

341

1   modem into our system, whether the drug is
2   covered, whether the client is eligible, how much
3   they're going to get paid.  And they know that
4   before the drug is dispensed to the patient.
5   It's also an efficient way of processing the
6   claims.
7       Q.   (BY MR. MAO)  Would it be possible to
8   process millions of pharmacy claims without a
9   computerized point-of-service system like the one
10  used by First Health or ACS?
11      **A.   No.**
12      Q.   Are you familiar with the term
13  "estimated acquisition cost"?
14      **A.   Yes, I am.**
15      Q.   Did Nebraska need pricing information
16  in order to determine the estimated acquisition
17  cost for the thousands of NDCs covered by
18  Nebraska Medicaid?
19           MS. LORENZO:  Objection.  Form.
20           THE WITNESS:  Yes, it did.  Yes, it
21  does.
22      Q.   (BY MR. MAO)  Did First Health ever

1    contact manufacturers directly for pricing

2    information?

3         A.   No.  I -- no.  I believe they never

4    **have.**

5         Q.   And do you know whether or not ACS ever

6    contacted drug manufacturers directly for pricing

7    information?

8         A.   **I also believe that they did not.**

9         Q.   How does First Health obtain drug

10   pricing information today?

11        A.   **Today, First Health purchases the drug**

12   **file from First DataBank which contains the NDCs**

13   **and AWP pricing information.**

14        Q.   And do you know whether or not ACS also

15   used First DataBank data?

16        A.   **Yes, they did.**

17        Q.   And do you know whether or not First

18   Health, when it first held the point-of-service

19   contract for Nebraska Medicaid, whether or not it

20   used First DataBank data then?

21        A.   **Yes, it did.**

22        Q.   How does First Health obtain the drug

1  pricing data from First DataBank?

2  **A.   They receive a weekly file directly**
3  **from First DataBank.**

4  Q.   And does First Health rely upon the
5  First DataBank data when it processes claims for
6  Nebraska Medicaid?

7  **A.   Yes, it does.**

8  Q.   And did ACS rely upon the First
9  DataBank data when it processed claims for the
10 Nebraska Medicaid program?

11 **A.   Yes, it did.**

12         MS. CITERA:  Form.

13         MR. MAO:  I'm sorry.

14         MS. CITERA:  I object to form.

15 Q.   (BY MR. MAO)  Sure.  And did First
16 Health rely upon First DataBank data when it was
17 the point-of-service vendor for Nebraska Medicaid
18 the first time between 1995 and 2003?

19         MS. LORENZO:  Objection.  Form.

20         THE WITNESS:  Yes, it did.

21 Q.   (BY MR. MAO)  And does First Health
22 obtain its average wholesale pricing data through

344

1   the First DataBank file today?

2       **A.   Yes, it does.**

3       Q.   And did ACS obtain its average
4   wholesale price data through the First DataBank
5   data when it was the point-of-service vendor for
6   Nebraska Medicaid?

7       **A.   Yes, it did.**

8       Q.   And did First Health, when it was the
9   point-of-service contact from 1995 to 2003 obtain
10  its average wholesale pricing data through the
11  First DataBank data?

12      **A.   Yes, it did.**

13      Q.   And does First Health rely upon the
14  First DataBank EA -- First DataBank AWP when
15  calculating the estimated acquisition cost for
16  drugs now under its contract with the State of
17  Nebraska?

18          MS. LORENZO:  Objection.  Form.

19          THE WITNESS:  Yes, it does.

20      Q.   (BY MR. MAO)  And did First Health --
21  did ACS rely upon First DataBank's average
22  wholesale price data to calculate the estimated

345

1  acquisition cost for drugs when it was the point-

2  of-service vendor between 2003 and 2008?

3           MS. LORENZO:  Objection.  Form.

4           THE WITNESS:  Yes, it did.

5       Q.  (BY MR. MAO)  And did First Health rely

6  upon First DataBank's average wholesale pricing

7  data to set -- to calculate the estimated average

8  cost for drugs when it was the point-of-service

9  vendor from 1995 to 2003?

10          MS. LORENZO:  Objection.  Form.

11          THE WITNESS:  Yes, it did.

12      Q.  (BY MR. MAO)  Okay.  Are drug prices

13 static or dynamic?

14          MS. LORENZO:  Objection.  Form.

15          THE WITNESS:  Drug prices are dynamic.

16      Q.  (BY MR. MAO)  And does the Nebraska

17 Medicaid program need to have updated pricing

18 information?

19      **A.  Yes, it does.**

20      Q.  And why is that?

21      **A.  To assure that we reimburse -- first of**

22 **all, so we can calculate our upper limits and**

346

 1   then so -- and so that we reimburse adequately to

 2   maintain access for our clients.

 3        Q.   Does the State need updated information

 4   to avoid paying providers too little if prices

 5   rise?

 6        A.   Yes.

 7        Q.   And does the State need updated

 8   information to avoid paying too much if prices

 9   fall?

10        A.   Yes, it does.

11        Q.   Would it be possible for the pharmacy

12   program staff to obtain on a regular basis

13   individual average wholesale prices for all of

14   the 14,000 NDCs paid for by Nebraska Medicaid in

15   order to determine the EAC without having an

16   electronic drug database to process such claims?

17             MS. LORENZO:  Objection.  Form.

18             THE WITNESS:  No, it could not.

19        Q.   (BY MR. MAO)  Do you know whether First

20   Health ever investigated the published drug

21   pricing for accuracy?

22             MS. LORENZO:  Objection.  Form.

347

1           THE WITNESS:  To the best of my
2   knowledge, they did not.
3         Q.    (BY MR. MAO)  Do you know whether ACS
4   ever did?
5         **A.    To the best of my knowledge, they did**
6   **not either.**
7         Q.    Do the employees of the pharmacy
8   program have the time to investigate the accuracy
9   of the 14,000 NDCs paid for by the Nebraska
10  Medicaid program?
11          MS. LORENZO:  Objection.  Form.
12          MS. CITERA:  Form.
13          THE WITNESS:  No, it does not.
14        Q.    (BY MR. MAO)  If the prices that all
15  manufacturers reported for their drugs bore no
16  relation -- strike that.
17          I'd like to talk a little bit about the
18  1986 Jacobs survey.
19        **A.    All right.**
20        Q.    How long did it take for that survey to
21  be completed?
22        **A.    I believe it was about a year from the**

348

1    beginning until the final report.

2        Q.   And do you know roughly how much it

3    cost to do that survey?

4        **A.   I'm sorry.  I don't.  I don't know.**

5        Q.   Would it be feasible for the pharmacy

6    program to conduct such surveys on a regular

7    basis in order to determine drug pricing for all

8    the drugs at issue in this matter?

9             MS. LORENZO:  Objection.  Form.

10            MS. CITERA:  Form.

11            THE WITNESS:  No.

12       Q.   (BY MR. MAO)  Yesterday, Ms. Lorenzo

13   showed you a document which indicated that --

14   stated that the average wholesale price was a

15   suggested price from the manufacturers.  Do you

16   remember giving that testimony?

17       **A.   Yes, I do.**

18       Q.   Does Nebraska believe that there was a

19   predictable relationship between the published

20   average wholesale prices and the actual market

21   prices?

22            MS. LORENZO:  Objection.  Form.

349

1            MS. CITERA:  Objection to form.

2            THE WITNESS:  Yes.

3       Q.   (BY MR. MAO)  Do you know what the

4  phrase "spread" means?

5            MS. LORENZO:  Objection.  Form.

6            THE WITNESS:  Yes.

7       Q.   (BY MR. MAO)  And what is your

8  understanding of the word "spread"?

9       **A.   My understanding of the term "spread"**

10  **is the difference in price between the average**

11  **wholesale price and the actual selling price**

12  **after discounts.**

13       Q.   Do you know what the spread is for each

14  of the 14,000 NDCs currently paid for by the

15  Nebraska Medicaid program?

16            MS. LORENZO:  Objection.  Form.

17            MS. CITERA:  Form.

18            THE WITNESS:  No, I do not.

19       Q.   (BY MR. MAO)  Even if you knew the

20  spread for each of the 14,000 NDCs covered by the

21  program, is it practical to implement a

22  reimbursement system where there was a different

350

1    EAC calculation for each of those NDCs?

2              MS. LORENZO:  Objection.  Form.

3              THE WITNESS:  No.

4        Q.   (BY MR. MAO)  Would it be responsible

5    to develop a drug reimbursement system where you

6    relied upon data that bore no relationship to

7    actual market prices?

8              MS. LORENZO:  Objection.  Form.

9              THE WITNESS:  No.  That would not be a

10   responsible -- that would not be responsible.

11             (Exhibit DOJ NE 001 was marked for

12   identification.)

13       Q.   (BY MR. MAO)  I'd like to turn your

14   attention to what I am marking as DOJ Nebraska

15   Exhibit 1.

16             MS. CITERA:  Could you describe it for

17   me?

18             MR. MAO:  Yeah.  It's Federal Register

19   52, Fed. Register, page 28657.

20             MS. CITERA:  Andy, what year?

21             MR. MAO:  It's 1987.

22       Q.   (BY MR. MAO)  Mr. Cheloha, can I turn

351

1  your attention to Section 447.331(b)?  It's the
2  third column over at about -- a little more than
3  halfway down.  Do you see that section?
4       **A.   I do.**
5       Q.   Can you please read through silently
6  Section B?
7            Has Nebraska Medicaid established a
8  reimbursement methodology that is consistent with
9  these federal requirements?
10      **A.   Yes, it has.**
11      Q.   I'd like to turn your attention to
12 Section 447.301.  It's the top of the third
13 column.
14      **A.   I have that.**
15      Q.   Do you see where it -- there's a
16 definition for estimated acquisition cost?
17      **A.   Yes.  I see that.**
18      Q.   Can you please read silently that
19 definition?
20      **A.   Yes.**
21      Q.   Has the Nebraska Medicaid program
22 endeavored to determine an EAC consistent with