# Exhibit 14

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*,
Civil Action No. 01-12257-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of United States' Common Memorandum of Law in Support of Cross-Motions for
Partial Summary Judgment and in Opposition to the Defendants' Motions for Summary
Judgment

NJ Dept of Human Services (Edward J Vaccaro)                    December 2, 2008

# Trenton, NJ

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

-------------------------------X

IN RE: PHARMACEUTICAL INDUSTRY    ) MDL NO. 1456

AVERAGE WHOLESALE PRICE           ) CIVIL ACTION:

LITIGATION                        ) 01-CV-12257-PBS

-------------------------------X

THIS DOCUMENT RELATES TO          )

ALL CLASS ACTIONS                 )

-------------------------------X


VIDEOTAPED DEPOSITION OF THE NEW JERSEY DEPARTMENT

OF HUMAN SERVICES by EDWARD J. VACCARO


C O M P U T E R I Z E D   T R A N S C R I P T

of the stenographic notes of the proceedings in the

above-entitled matter as taken by and before MARY T.

NOVAK, a Certified Shorthand Reporter and Notary

Public of New Jersey, at the U.S. Attorney's Office,

402 East State Street, Trenton, New Jersey on

Tuesday, December 2, 2008 commencing at fifteen

minutes after nine o'clock in the forenoon.

9fdaca77-07c3-4a10-b060-958ff774dfcb

NJ Dept of Human Services (Edward J Vaccaro)                    December 2, 2008
                            Trenton, NJ

Page 2

1                  A P P E A R A N C E S

2

3      Attorneys for United States and United States ex

4      rel. Ven-a-Care of the Florida Keys v. Abbott

5      Laboratories, Inc., Dey Labs and Roxane

6                UNITED STATES DEPARTMENT OF JUSTICE

7                BY: JAMIE ANN YAVELBERG, ESQ.

8                Commercial Litigation Branch

9                Ben Franklin Station, P.O. Box 261

10               Washington, D.C. 20044

11               (202) 514-6514

12               jamie.yavelberg@usdoj.gov

13

14     Attorney for the State of New Jersey and

15     Edward J. Vaccaro

16               STATE OF NEW JERSEY

17               BY: ZOE J. McLAUGHLIN, ESQ.,

18               DEPARTMENT OF LAW & PUBLIC SAFETY

19               25 Market Street

20               Trenton, New Jersey  08625

21               (609) 341-3689

22               zoe.mclaughlin@law.dol.lps.state.nj.us

NJ Dept of Human Services (Edward J Vaccaro)                    December 2, 2008
Trenton, NJ

Page 70

1    DataBank drug reference file?

2         A.    Yes.

3         Q.    And once New Jersey started using this

4    drug reference file, was this then the primary

5    source that was used?

6         A.    The only source.

7         Q.    And why is that?

8         A.    Claims processing was performed in an

9    electronic world and once you introduce that

10   technology into the process you must have an

11   electronic file of data to reference during

12   claims processing and First DataBank was selected

13   by the state as the sole source of that

14   information.

15        Q.    And did the First DataBank drug

16   reference file cover all 50,000 of the drugs that

17   New Jersey Medicaid covered?

18        A.    Yes, it did.

19        Q.    And included pricing information on all

20   of those drugs?

21        A.    Yes, it did.

22        Q.    And why is it important to New Jersey

9fdaca77-07c3-4a10-b060-958ff774dfcb

NJ Dept of Human Services (Edward J Vaccaro)                    December 2, 2008
Trenton, NJ

Page 71

1    Medicaid to use this automated process?

2         A.    When you're processing 15,000,000

3    claims a year it's kind of difficult to do it in

4    any environment other than an electronic

5    environment.

6         Q.    And what about, what role does

7    standardization play?

8         A.    It's an important role.  It allows

9    consistency in a way we provide reimbursement,

10   how we determine coverage for eligibles and that

11   kind of thing.

12        Q.    And regarding that drug reference file

13   in 1991, when New Jersey started using this

14   automated drug reference file, the drug reference

15   file contained a number of fields in it, did it

16   not?

17        A.    Yes, it did.

18        Q.    And was one of those fields AWP?

19        A.    Yes.

20        Q.    And what does the acronym AWP stand

21   for?

22        A.    Average wholesale price.

Henderson Legal Services, Inc.

9fdaca77-07c3-4a10-b060-958ff774dfcb

NJ Dept of Human Services (Edward J Vaccaro)                    December 2, 2008

Trenton, NJ

Page 72

1      Q.   And in 1991, when New Jersey started

2    using the drug reference file, what was New

3    Jersey's understanding of what that average

4    wholesale price field represented?

5      A.   Well, it was populated by First

6    DataBank.  The understanding we had, it was a

7    value that was supplied to First DataBank by drug

8    manufacturers.

9      Q.   And what was the New Jersey's

10    understanding of what the term, what average

11    wholesale prices represented?

12      A.   It represented an average of wholesale

13    prices for particular product.

14      Q.   And why, we talked a little bit earlier

15    about estimated acquisition costs.

16      A.   Yes.

17      Q.   Do you recall?  And estimated

18    acquisition cost as defined by New Jersey Code

19    and in the State Plan, remind me, what is it

20    again in New Jersey?

21      A.   The estimated acquisition cost as part

22    of the entire formula onto itself is average

9fdaca77-07c3-4a10-b060-958ff774dfcb

NJ Dept of Human Services (Edward J Vaccaro)                December 2, 2008
                        Trenton, NJ

Page 77

1        Q.    And where is that, is that term used in

2    any New Jersey statute?

3        A.    AMP in New Jersey, as in other states,

4    would be related to the drug rebate program.

5        Q.    And is the drug rebate program a

6    federal or a state program?

7        A.    Federal program.

8        Q.    And did New Jersey use the AMPs from

9    the drug rebate program for reimbursement

10   purposes?

11       A.    No.

12             MR. KIM:   Objection to form.

13       Q.    And why didn't New Jersey use the AMP

14   for reimbursement purposes?

15       A.    We were instructed by CMS that the

16   information was confidential.

17       Q.    In the, I think you said that the

18   budget process was annual; is that correct?

19       A.    That's correct.

20       Q.    And that pharmacy services and

21   reimbursement rates may come up annually or not

22   necessarily?

9fdaca77-07c3-4a10-b060-958ff774dfcb

NJ Dept of Human Services (Edward J Vaccaro)                    December 2, 2008

Trenton, NJ

Page 102

1      Q.   Are there times when a pharmacy claim

2  needs to be looked at manually for any purpose?

3      A.   I should amend my prior answer.

4  Somewhere between 2 to 5 percent, 2 to 3 percent

5  of pharmacy claims may come in in a paper

6  environment and there are limited situations in

7  which that is necessary and for which we accept

8  the paper claim from the provider.

9          An example, and there's only one or two

10  examples like this where we may want to pay a

11  claim that would otherwise deny any electronic

12  environment such as early refill, an early

13  prescription refill.  We actually require that

14  the paper claim come in from the pharmacy with a

15  letter of explanation attached from the pharmacy

16  indicating why this particular person needs an

17  early refill on a prescription.

18      Q.   And the claims that are processed

19  manually, it's not, for example, one specific

20  drug that's always processed manually?

21      A.   Not at all, no.

22      Q.   And what are the, are there any

9fdaca77-07c3-4a10-b060-958ff774dfcb

Page 103

1   benefits in having the claims process handled in

2   an electronic environment?

3        A.   Many benefits.

4        Q.   And what are those benefits?

5        A.   Well, the primary benefit is the

6   ability to pay claims in a week's time.  We

7   actually make a payment to providers in New

8   Jersey every seven days.  It's a standardized

9   process in that you assure yourself that by using

10  computer logic to process claims identically

11  every time a claim comes through.  And there's

12  sufficiencies in the operation.  You're not going

13  to have large staff resources necessary to

14  process pharmacy claims.

15       Q.   And the claims processing system

16  managed by Unisys, did that contain the elements

17  of the formula of reimbursement that New Jersey

18  used?

19       A.   Absolutely.

20       Q.   And remind me again what those elements

21  were.

22       A.   We paid a lesser of those three