# Exhibit 16

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*,
Civil Action No. 01-12257-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of United States' Common Memorandum of Law in Support of Cross-Motions for Partial Summary Judgment and in Opposition to the Defendants' Motions for Summary Judgment

Raleigh, NC

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

----------------------------------x

In Re:   PHARMACEUTICAL INDUSTRY      ) MDL No. 1456

AVERAGE WHOLESALE PRICE LITIGATION ) Civil Action

----------------------------------x 01-12257-PBS

THIS DOCUMENT RELATES TO:             )

United States of America, ex rel.    ) Hon. Patti B.

Ven-A-Care of the Florida Keys,      )    Saris

Inc., v. Abbott Laboratories, Inc.,)

Civil Action No. 06-11337-PBS        )

and United States of America ex      ) Video 30(b)(6)

rel. Ven-a-Care of the Florida       ) Deposition of

Keys, Inc., v. Dey, Inc., et al.,   ) State of North

Civil Action No. 05-11084-PBS        ) Carolina Dept.

and United States of America ex      ) of Health &

rel. Ven-a-Care of the Florida       ) Human Services

Keys, Inc., v. Boehringer            ) by Lisa Weeks

Ingelheim Corp., et al., Civil       )

Action No. 07-10248-PBS              ) Raleigh, NC

----------------------------------x October 21, 2008

Reporter: Marisa Munoz-Vourakis-RMR, CRR, Notary Public

NC Department of Health and Human Services (Lisa Weeks)                    October 21, 2008
Raleigh, NC

Page 2

1  Video Deposition of THE NORTH CAROLINA
2  DEPARTMENT OF HEALTH AND HUMAN SERVICES by LISA WEEKS,
3  taken by the Plaintiffs, at the US Attorney's Office,
4  310 New Bern Avenue, Terry Sanford Building, Raleigh,
5  North Carolina, on the 21st day of October, 2008 at
6  9:15 a.m., before Marisa Munoz-Vourakis, Registered
7  Merit Reporter, Certified Realtime Reporter and Notary
8  Public.

Page 43

1        A.    Um-hum.
2              MR. KATZ:  Objection to form.
3        Q.    Do you mean AWP with no discount?
4        A.    Yes.
5        Q.    And what does AWP stand for?
6        A.    Average wholesale price.
7        Q.    And prior to 1990, when the state first
8    proposed AWP with no discount, was that
9    definition with estimated acquisition cost used?
10             MR. KATZ:  Objection to form.
11       A.    No, I believe that, if I remember, CMS
12   would not approve the state plan without a
13   discount.
14       Q.    A discount to what?
15       A.    To AWP.
16       Q.    Where does North Carolina get its AWPs?
17       A.    From First Data Bank.
18       Q.    And why would North Carolina use First
19   Data Bank to get average wholesale price
20   information?
21       A.    Because they provided a file that we
22   can use in our claims processing that has that

1   information.
2       Q.   Does North Carolina have any other
3   source available for average wholesale prices?
4       A.   No.
5       MR. KATZ:  Objection, form.
6       Q.   Why did North Carolina choose average
7   wholesale price minus ten percent as its
8   estimated acquisition cost?
9       MR. KATZ:  Objection, form.
10      A.   It was the state's best estimate of the
11  cost of drugs.
12      Q.   Why wouldn't the state use actual
13  acquisition cost on every claim that was
14  submitted?
15      A.   Because we don't have that available.
16      Q.   What if the pharmacies provided it on
17  every claim that they submitted to the state?
18      A.   We're not -- our processes would not
19  accommodate that.
20      Q.   Why not?
21      A.   Because of the volume of claims we
22  process.

Page 101

1       A.   Yes.
2       Q.   And does EDS process your claims
3   consistent with the state formula for
4   reimbursement?
5       A.   Yes.
6       Q.   And how does it get the state formula
7   for reimbursement?
8       A.   It's set in the system.
9       Q.   In the electronic claims processing
10  system?
11      A.   Yes.
12      Q.   And how does EDS get the price points
13  that you've referred to throughout your
14  deposition today, the AWP minus ten percent, the
15  state MAC, the federal upper limit, how does EDS
16  get that pricing information?
17           MR. KATZ:  Objection, form.
18      A.   They get that from First Data Bank.
19  They have a contract with First Data Bank on
20  behalf of the state.
21      Q.   Does EDS get that pricing information
22  directly from First Data Bank?

1    A.   Yes.
2    Q.   Is this an electronic transmission?
3    A.   Yes.
4    Q.   Is it a database?
5    A.   It's a file, we call it a drug file, a
6  database.
7    Q.   A drug file?
8    A.   Yes.
9    Q.   And is this drug file sent straight to
10 EDS?
11   A.   Yes.
12   Q.   Does North Carolina also get a copy of
13 this drug file?
14   A.   No.
15   Q.   Does EDS contact drug manufacturers for
16 pricing information?
17        MS. LIEBERMAN:  Objection, form.
18   A.   Only if the AWP is not present in the
19 file or in Red Book.
20   Q.   Given the amount of claims that the
21 state processes, would it be possible to
22 administer the program without a computerized

Page 103

1  system?
2          MR. KATZ:  Objection, form.
3      A.  No.
4      Q.  Why not?
5      A.  Because the claim volume is too much to
6  do it manually.
7      Q.  What about if there were no formula for
8  reimbursement?
9          MR. KATZ:  Objection, form.
10     A.  I don't understand.
11     Q.  Would it be possible to administer the
12 pharmacy program without a formula for
13 reimbursement?
14     A.  No.
15         MR. BERLIN:  Objection to form.
16     Q.  Why not?
17         MR. BERLIN:  Same objection.
18     A.  If we had no formula, we wouldn't know
19 what to price drugs at.  We have to have a
20 formula.
21     Q.  And that formula relies on what
22 elements?

Page 104

1      A.    It relies on the AWP, the FUL, the
2  state MAC or usual and customary.
3      Q.    About how long has EDS been using the
4  First Data Bank drug file?
5      A.    Well, I know as of 1996 is when we
6  established the point of sale system, but even
7  prior to that, they were using First Data Bank,
8  but it was a manual process.  They received AWP
9  still from First Data Bank.
10     Q.    How frequently -- are there price
11 changes in this database, this First Data Bank
12 drug file that EDS receives?
13     A.    Yes.
14     Q.    And how frequently are there price
15 changes?
16     A.    Well, we get the updates from First
17 Data Bank weekly.
18     Q.    And we means who?
19     A.    Well, EDS gets the updates from First
20 Data Bank weekly.  There may or may not be price
21 changes with those weekly updates.
22     Q.    In this claims processing system, have

1    the units utilized of a drug, the manufacturer
2    will pay a rebate per unit amount.
3         Q.   And have you ever -- are you familiar
4    with the term average manufacturer's price or
5    amp?
6         A.   I mean, I'm somewhat familiar with it.
7         Q.   Would the state be familiar with that
8    term?
9         A.   Yes.
10        Q.   And has the state ever used -- does the
11   state use amp data?
12             MR. KATZ:  Objection to form.
13        A.   No.
14        Q.   Does the state have amp data?
15             MR. KATZ:  Objection, form.
16        A.   No, the only relevance to amp is the
17   unit rebates that we get on the CMS tape.  That's
18   the only thing that the state has anything to do
19   with amp, and that goes to CMS.  So I would say
20   the state doesn't have amps.
21        Q.   And has the state ever used the unit
22   rebate amounts for purposes of determining claim

Page 113

1  reimbursement amounts?

2       A.    No.

3       Q.    And why not?

4       A.    Well, first of all, that's confidential
5  information.  We treat it very confidentially,
6  because it's a requirement in Section 1927 of the
7  Social Security Act that it's kept confidential.
8  So we treat it very confidentially, and the
9  process isn't -- we can't use those in claims
10 processing.

11            MS. YAVELBERG:  I'd like to show you --
12 I'd like to mark this as Exhibit 14.

13                 (The document referred to was
14 marked Plaintiff's Exhibit Weeks 014 for
15 identification.)

16      Q.    Ms. Weeks, if you will take a minute to
17 look that document over.

18                 (Pause.)

19      A.    Okay.

20      Q.    This is a document dated January 2002
21 called notice of price change.

22            First, let me ask a general question.