# Exhibit 18

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*,
Civil Action No. 01-12257-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of United States' Common Memorandum of Law in Support of Cross-Motions for Partial Summary Judgment and in Opposition to the Defendants' Motions for Summary Judgment

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

----------------------------------X

IN RE: PHARMACEUTICAL INDUSTRY    ) MDL No. 1456

AVERAGE WHOLESALE PRICE           ) Civil Action No.

LITIGATION                        ) 01-12257-PBS

----------------------------------X

THIS DOCUMENT RELATES TO:         ) Hon. Patti B.

United States of America ex rel. ) Saris

Ven-A-Care of the Florida Keys,   )

Inc. v. Abbott Laboratories, Inc.)

Civil Action No. 06-11337-PBS;    )

United States of America ex rel. )

Ven-A-Care of the Florida Keys,   )

Inc. v. Dey, Inc., et al., Civil ) DEPOSITION OF

Action No. 05-11084-PBS; and      ) VA DEPT. OF

United States of America ex rel. ) MEDICAL ASSISTANCE

Ven-A-Care of the Florida Keys,   ) SERVICES by KEITH

Inc. v. Boehringer Ingelheim      ) T. HAYASHI

Corp., et al., Civil Action No.   )

07-10248-PBS                      ) DECEMBER 4, 2008

----------------------------------X

1    care pharmacies?

2    **A. Yes.**

3    Q. So it would not apply to retail

4    pharmacies; is that right?

5    **A. That's correct.**

6    Q. Does First Health process Virginia

7    pharmacy claims consistent with Virginia's

8    reimbursement methodology?

9    MR. TORBORG: Object to form.

10    **A. Yes.**

11    Q. In what form does First Health obtain

12    data from FDB?

13    **A. I can't say for certain. I'm not a**

14    **systems person. But I do believe it's a certain**

15    **type of file that comes over with the**

16    **information.**

17    Q. Is it an electronic file?

18    **A. Yes, it is.**

19    Q. What's included in the FDB data that's

20    transmitted to First Health?

21    **A. I could not speak for all the**

22    **information that is transmitted. In terms of**

1   pricing information I do believe that the AWP is
2   transmitted. Also the WAC is transmitted. There
3   is also other clinical information that I do
4   believe is transmitted also.
5       Q.   You said that the information is
6   updated weekly; is that right?
7       A.   That is correct.
8       Q.   Does Virginia Medicaid need updated
9   pricing information in order to have First Health
10  process claims?
11          MR. TORBORG:  Object to form.
12      A.   Can you repeat that, please?
13      Q.   Sure.  Is it important to Virginia that
14  First Health obtain updated pricing information
15  from FDB?
16      A.   Yes.
17      Q.   And why is that important?
18      A.   Well, we would like the most accurate
19  information available to adjudicate our claims.
20      Q.   You said previously that there were
21  five people in the pharmacy program on staff.  Is
22  that right?

29

1    A.    That is correct.

2    Q.    Would it be possible for that size of
3  staff to obtain on a regular basis the type of
4  pricing information that First Health obtains
5  from FDB?

6          MR. TORBORG:  Object to form.

7    A.    Can you please repeat that question?

8    Q.    Sure.  Do you have enough staff to
9  obtain manually the type of pricing information
10 that First Health obtains from FDB?

11   A.    Manually, no.

12         MR. TORBORG:  Objection.

13         THE WITNESS:  Sorry.

14   Q.    Does First Health maintain a claims
15 database for Virginia?

16         MR. TORBORG:  Object to form.

17   A.    I do believe so.

18   Q.    Is there any reason to think that the
19 database that First Health maintains through the
20 point of sale system that you mentioned does not
21 accurately represent the claims paid by the state
22 of Virginia?

                                                                        30

1            MR. TORBORG:  Object to form.
2       A.   Can you rephrase that, please?
3       Q.   Sure.  Is it the state's understanding
4  that the claims database maintained by First
5  Health accurately represents the claims paid by
6  the state of Virginia?
7       A.   Yes.
8       Q.   How are the claims paid?
9       A.   There are four different pricing
10 methodologies that we have in our system.  The
11 federal upper limit, FUL; our state MAC program,
12 maximum allowable costs; our estimated
13 acquisition costs or EAC, which is AWP minus a
14 percentage, which is 10.25 percent; or the
15 pharmacy provider's usual and customary charge.
16      Q.   And how does Virginia define the usual
17 and customary charge?
18           MR. TORBORG:  Object to form.
19      A.   The provider's usual and customary
20 charge to the public as identified on the claim
21 form.
22      Q.   You mentioned a "lower of" methodology.