# Exhibit 22

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*,
Civil Action No. 01-12257-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of United States' Common Memorandum of Law in Support of Cross-Motions for Partial Summary Judgment and in Opposition to the Defendants' Motions for Summary Judgment

Clifford, Margaret                                      October 29, 2008
                         Concord, NH

Page 1

```
          UNITED STATES DISTRICT COURT

       FOR THE DISTRICT OF MASSACHUSETTS

----------------------------------X

In Re: PHARMACEUTICAL INDUSTRY     ) MDL No. 1456

AVERAGE WHOLESALE PRICE LITIGATION ) Master File No.

----------------------------------) 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:          )

United States of America ex rel.   ) Hon. Patti B.

Ven-A-Care of the Florida Keys,    )    Saris

Inc., et al. v. Dey, Inc., et al., )

Civil Action No. 05-11084-PBS,     ) VIDEOTAPED

and United States of America ex    ) DEPOSITION

rel. Ven-A-Care of the Florida     ) OF MARGARET

Keys, Inc., et al. v. Boehringer   ) CLIFFORD

Ingelheim Corp., et al., Civil     )

Action No. 07-10248-PBS and United ) OCTOBER 29, 2008

States, ex rel. Ven-A-Care of the  )

Florida Keys v. Abbott             )

Laboratories, Inc. Civil Action    )

Nos. 06-CV-11337 and 07-CV-11618   )

----------------------------------X
```

Clifford, Margaret                                          October 29, 2008
                              Concord, NH

                                                                    Page 2
1           Videotaped Deposition of MARGARET CLIFFORD
2                        Concord, New Hampshire
3                      Wednesday, October 29, 2008
4                              9:30 a.m.
5
6
7
8
9                          A P P E A R A N C E S
10
11    On behalf of the United States of America:
12
13         GEORGE B. HENDERSON, ESQ.
14         Assistant United States Attorney
15         United States Courthouse
16         1 Courthouse Way
17         Suite 9200
18         Boston, MA  02210
19         617-748-3272
20         george.henderson2@usdoj.gov
21
22      (CONTINUED)

Page 203

1    that they were responsible for making sure we had
2    the most current AWPs in our system and that they
3    would contract with First Data Bank to get that
4    information.  I don't know whether it was weekly
5    or how often they received it.  But then -- but I
6    don't know of anything that said they had to
7    verify that that was accurate.
8    BY MR. HENDERSON:
9         Q.   Did the department rely on the accuracy
10   of the Average Wholesale Prices that were
11   reported by First Data Bank?
12        A.   Yes.
13             MR. KATZ:  Objection to form.
14   BY MR. HENDERSON:
15        Q.   And before, before 2000, before you
16   learned about these so-called DOJ prices, what
17   was your understanding of Average Wholesale
18   Prices and what they reflected?
19             MR. KATZ:  Objection to form.
20             THE WITNESS:  My understanding was that
21   they basically reflected the cost that the
22   pharmacy would incur to get that drug; and that