# Exhibit 23

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*,
Civil Action No. 01-12257-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of United States' Common Memorandum of Law in Support of Cross-Motions for Partial Summary Judgment and in Opposition to the Defendants' Motions for Summary Judgment

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------X

IN RE: PHARMACEUTICAL INDUSTRY     ) MDL No. 1456

AVERAGE WHOLESALE PRICE            ) Civil Action No.

LITIGATION                         ) 01-12257-PBS

---------------------------------X

THIS DOCUMENT RELATES TO:          ) Hon. Patti B.

United States of America ex rel.   ) Saris

Ven-A-Care of the Florida Keys,    )

Inc. v. Abbott Laboratories, Inc.,) Chief Magistrate

Civil Action No. 06-11337-PBS;     ) Judge Marianne

United States of America ex rel.   ) B. Bowler

Ven-A-Care of the Florida Keys,    )

Inc. v. Dey, Inc., et al., Civil   ) DEPOSITION OF

Action No. 05-11084-PBS; and       ) WA DEPT. OF

United States of America ex rel.   ) SOCIAL AND HEALTH

Ven-A-Care of the Florida Keys,    ) SERVICES by AYUNI

Inc. v. Boehringer Ingelheim       ) HAUTEA-WIMPEE

Corp., et al., Civil Action No.    )

07-10248-PBS                       ) NOVEMBER 24, 2008

---------------------------------X

Page 2

```
 1                UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3     ------------------------------------X

 4     IN RE: PHARMACEUTICAL INDUSTRY      ) MDL NO. 1456

 5     AVERAGE WHOLESALE PRICE             ) Civil Action No.

 6     LITIGATION                          ) 01-CV-12257-PBS

 7     ------------------------------------X

 8     THIS DOCUMENT RELATES TO:           ) Hon. Patti B.

 9     U.S. ex rel. Ven-A-Care of the      ) Saris

10     Florida Keys, Inc. v. Abbott        )

11     Laboratories, Inc., No.             ) Chief Magistrate

12     06-CV-11337-PBS and U.S. ex rel.    ) Judge Marianne

13     Ven-A-Care of the Florida Keys,     ) B. Bowler

14     Inc. v. Abbott Laboratories, Inc.,)

15     No. 07-CV-11618-PBS                 )

16     ------------------------------------X

17         VIDEOTAPED DEPOSITION UPON ORAL EXAMINATION

18      OF THE STATE OF WASHINGTON DEPARTMENT OF SOCIAL

19         AND HEALTH SERVICES by AYUNI HAUTEA-WIMPEE

20                     Olympia, Washington

21                  Monday, November 24, 2008

22                          9:00 a.m.
```

Page 137

1    Q.   And the United States alleges that
2  manufacturers such as Abbott, Dey and Roxane
3  reported inflated prices to pricing compendia
4  such as First DataBank, knowing that those prices
5  would be used by Medicare and Medicaid to
6  reimburse for claims.  And my question to you is
7  you've previously testified that Washington
8  Medicaid relied upon First DataBank to provide
9  accurate information; is that correct?
10   A.   Yes.
11   Q.   And accurate data for reimbursing for
12  drugs covered under the Medicaid program; is that
13  correct?
14   A.   Yes.
15   Q.   That's correct?
16   A.   Correct.
17   Q.   Did Washington Medicaid also assume
18  that manufacturers would report true prices to
19  pricing compendia such as First DataBank?
20        MR. REALE:  Objection to form.
21        MS. RAMSEY:  Objection.
22        MS. MANGIARDI:  Objection.

1        THE WITNESS:  We knew that they
2   reported prices to First DataBank, but we did
3   not, you know, concern ourselves basically with
4   what was the information pub -- reported.
5   BY MS. FORD:
6        Q.   And you say that you do not concern
7   yourself with the information that was reported?
8        A.   We assumed that First DataBank would
9   take a look at their information and do whatever
10  was necessary to make sure that they were
11  reporting -- that First DataBank reported to us
12  accurate information.
13       Q.   Would the Washington Medicaid program
14  further assume that -- that manufacturers who
15  wished to participate in Medicaid programs would
16  report true and accurate prices to First
17  DataBank?
18            MR. REALE:  Objection to form.
19            MS. MANGIARDI:  Objection.
20            MS. RAMSEY:  Objection.
21            THE WITNESS:  Yes.
22  BY MS. FORD: