# Exhibit 27

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Abbott Laboratories, Inc., et al.*,
Civil Action No. 01-12257-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of United States' Common Memorandum of Law in Support of Cross-Motions for Partial Summary Judgment and in Opposition to the Defendants' Motions for Summary Judgment



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Health Care Financing Administration

Refer to: MCD-P-CAW

Region IX
75 Hawthorne Street
San Francisco, CA 94105

OCT 24 1991

Winona E. Rubin, Director
Department of Human Services
P.O. Box 339
Honolulu, Hawaii 96809

Dear Mrs. Rubin:

This is in response to Omel Turk's request for technical assistance in developing a State plan amendment (SPA) to reflect Hawaii's implementation of the pharmacy rebate program mandated by Section 4401 of the Omnibus Budget Reconciliation Act of 1990 (OBRA '90).

Based on the requirements of Section 1927 of the Social Security Act (the Act), the State plan should be revised to reflect the following requirements, as appropriate, concerning the drug rebate agreement:

A. In the Supplement to Attachments 3.1-A and 3.1-B of your current State plan:

   1. Provide an assurance that the Medicaid agency will meet all reporting and provision of information requirements as specified in Section 1927 (b)(2) of the Act concerning Section 4401 of OBRA '90.

   2. Assure that the State will pay for covered outpatient drugs, except restricted/excluded drugs in accordance with section 1927(d) of the Act, of a participating manufacturer that has entered into and has in effect a rebate agreement with the Secretary. List those drugs excluded and otherwise restricted, including all limitations or conditions of coverage. (Only drugs specified in 1927(d)(1)-(2) may be listed. Because of the extenuating circumstance waiver, States may cover non-participating manufacturers' drugs for claims with dates of service through March 31, 1991.)

   3. Provide an assurance that, if the State has separate (new and/or existing) rebate agreements with manufacturers, the State will operate them in conformance with law, will report any rebates received from the separate agreements, and for new agreements, will obtain HCFA approval. List all manufacturers with which the State has existing and/or new agreements.

   4. Assure that the State will not pay for covered outpatient drugs of a non-participating manufacturer except for drugs rated 1-A or 1-AA by the FDA. List those drugs

that are not covered under the rebate program, but for which the State will provide coverage.

5. Provide assurances that, if the State imposes a prior authorization requirement on covered outpatient drugs, the following conditions are met:

   (a) The State will not subject to prior authorization any new drugs for the first six month period after FDA approval and upon notification by the manufacturer of the new drug (including excluded/restricted drugs). The State may put the drug through its formulary but it cannot prior authorize it.

   (b) The State's prior authorization program will respond to a prior authorization request within 24 hours of receipt by telephone or other telecommunication. The State will provide for the dispensing of at least a 72 hour supply of the drug in emergency situations, and will ensure that it responds to a prior authorization request before the emergency supply is exhausted.

   Include your State's definition of an "emergency situation."

   (c) The State will provide annual written assurances to the Secretary that the State's prior authorization requirements do not prevent recipients from gaining access to medically needed drugs.

6. Specify any maximum/minimum quantities and limits on the number of refills the State maintains to discourage waste. NOTE: This does not affect the State's right to limit amount, duration and scope to put limits on numbers of prescriptions and/or dispensing fees per month.

B. In Attachment 4.19-B of your current State plan:

1. Assure that the Medicaid agency will meet all reporting and provision of information requirements as specified in Section 1927 (b)(2) of the Act concerning 4401 of OBRA '90.

2. Describe all methods of payment for drugs, including the State's dispensing fees and any drug co-payment amounts required of beneficiaries.

3. Assure that the State will not provide reimbursement for an innovator multiple source drug, subject to the Federal upper limits (42 CFR 447.332(a)), if, under applicable State law, a less expensive non-innovator multiple source drug could have been dispensed.

✓4.   Provide an assurance that the State will provide reimbursement in cases where State law provides for dispensing of the drug, except where the drug is subject to the Federal upper limits, and in cases where the prescription has been hand annotated by the prescriber as "brand medically necessary."

5.   Assure that reimbursement for covered drugs other than multiple source drugs subject to the Federal upper limits shall not exceed the lower of:

   ✓(a)   estimated acquisition cost (EAC) plus a reasonable dispensing fee (described in item B.2),

   ✓(b)   the provider's usual and customary charge to the general public,

   ✓(c)   the providers actual charge to the Medicaid agency,

   ✓(d)   the maximum allowable cost limit established by the State.

   ✓ Define the State's EAC.

C.   Include the following assurances in the cover letter transmitting your State plan amendment:

   ✓1.   The State will comply with the reporting requirements for State utilization information and on restrictions to coverage.

   ✓2.   The State will allow manufacturers to audit utilization data.

   ✓3.   The State will keep the unit rebate amount confidential and will not disclose it for purposes other than rebate invoicing and verification.

   ✓4.   The State will not reduce its limits on covered outpatient drugs or dispensing fees effective January 1, 1991, unless it was out of compliance with Federal requirements on November 5, 1990.

In accordance with Federal regulations at 42 CFR 430.20, for purposes of Federal financial participation (FFP), State plan amendments that provide additional services to Medicaid-eligible individuals, or make additional groups eligible for services, cannot be effective any earlier than the first day of the quarter in which they are received by HCFA. Additionally, the HCFA Rebate Agreements were effective January 1, 1991, and FFP is not available for drug products not covered under a HCFA Rebate Agreement and dispensed on or after January 1, 1991. In light of this

information, we encourage you to submit a drug rebate State plan amendment as soon as possible.

I hope that the above information is helpful. Please have your staff contact Cynthia Williams if they have any questions. She can be reached at (415) 744-3596.

                Sincerely,


                Lawrence L. McDonough
                Associate Regional Administrator
                Division of Medicaid


cc:  Winnie Odo, HCAD
     Omel Turk, HCAD
     Bob Bath, Pacific Area Representative


bcc: Joanne Lee

*[handwritten initials and dates: 10/22/91, cwr 10-22-91, LMcD 10/22/91]*

HHC016-0606