# Exhibit 29

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Abbott Laboratories, Inc., et al.*,
Civil Action No. 01-12257-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of United States' Common Memorandum of Law in Support of Cross-Motions for
Partial Summary Judgment and in Opposition to the Defendants' Motions for Summary
Judgment

Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop C2-21-15
Baltimore, Maryland 21244-1850



**Center for Medicaid and State Operations**

April 22, 2004

John Stephen
Commissioner
Department of Health and Human Services
129 Pleasant Street
Concord, New Hampshire  03301-3857

Dear Mr. Stephen:

We have reviewed New Hampshire's State Plan Amendment (SPA) 04-005 received in the Boston Regional Office on February 11, 2004.  This SPA allows the state to enter into the Michigan Multi-State Pooling Supplemental Drug Rebate Agreement.  We have determined that the SPA and Supplemental Drug Rebate Agreement are consistent with the objectives of the Medicaid program. Both the SPA and Supplemental Drug Rebate Agreement are designed to increase the efficiency and economy of the Medicaid program and benefit the Medicaid population.  Therefore, we are pleased to inform you that SPA 04-005 is approved, effective July 1, 2004.

Please note that approval of SPA 04-005 extends only to the Amendment to the Supplemental Drug Rebate Agreement and Exhibit A that were submitted to CMS on April 9, 2004, as well as to Exhibit A1 that was submitted to CMS on April 15, 2004.  If changes are subsequently made to the Michigan Multi-State Pooling Supplemental Drug Rebate Agreement, the Amendment, or the Exhibits, a new SPA and the revised document(s) should be submitted to CMS for review and authorization.

The Boston Regional Office will forward a copy of the CMS-179 form and the approved state plan pages for incorporation into the New Hampshire state plan.  If you have any questions regarding this amendment, please call Larry Reed at (410) 786-3325.

Sincerely,

/s/

Dennis G. Smith
Director



cc:   Bruce Greenstein, ARA, Boston Regional Office
      Harold Finn, Seattle Regional Office

Post-it® Fax Note   7671   Date 4/23/04   # of pages ▶ 5
To Geo. Woods   From Marolyn Doyle
Co./Dept. TENCARE Bureau   Co. DHHS | NH
Phone #   Phone # 603 271 6360
Fax # 615 7410882   Fax #
615 532 5236

NH00092

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
JFK Federal Building, Government Center
Room 2325
Boston, Massachusetts 02203



CENTERS for MEDICARE & MEDICAID SERVICES

## Division of Medicaid and Children's Health / Region I

April 23, 2004

John A. Stephen, Commissioner
Department of Health and Human Services
129 Pleasant Street
Concord, New Hampshire 03301-3857

Dear Mr. Stephen:

We have enclosed the approved State plan amendment (SPA) 04-005, and the Form HCFA –179. You were informed of the approval of this SPA by letter dated April 22, 2004, from Dennis G. Smith, Director, Center for Medicaid and State Operations. A copy of this letter is enclosed. This SPA is approved effective July 1, 2004.

Should you have any questions or comments, please contact Harold Finn at (617) 565-1225.

Sincerely,

Margaret Leoni

Margaret A. Leoni
Chief, Medicaid Program Branch

Enclosures (2)

NH00093

Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop C2-21-15
Baltimore, Maryland 21244-1850



**Center for Medicaid and State Operations**

APR 22 2004

John Stephen
Commissioner
Department of Health and Human Services
129 Pleasant Street
Concord, New Hampshire 03301-3857

Dear Mr. Stephen:

We have reviewed New Hampshire's State Plan Amendment (SPA) 04-005 received in the Boston Regional Office on February 11, 2004. This SPA allows the state to enter into the Multi-State Pooling Supplemental Drug Rebate Agreement. We have determined that the SPA and Supplemental Drug Rebate Agreement are consistent with the objectives of the Medicaid program. Both the SPA and Supplemental Drug Rebate Agreement are designed to increase the efficiency and economy of the Medicaid program and benefit the Medicaid population. Therefore, we are pleased to inform you that SPA 04-005 is approved, effective July 1, 2004.

Please note that approval of SPA 04-005 extends only to the Amendment to the Supplemental Drug Rebate Agreement and Exhibit A that were submitted to CMS on April 9, 2004, as well as to Exhibit A1 that was submitted to CMS on April 15, 2004. If changes are subsequently made to the Multi-State Pooling Supplemental Drug Rebate Agreement, the Amendment, or the Exhibits, a new SPA and the revised document(s) should be submitted to CMS for review and authorization.

The Boston Regional Office will forward a copy of the CMS-179 form and the approved state plan pages for incorporation into the New Hampshire state plan. If you have any questions regarding this amendment, please call Larry Reed at (410) 786-3325.

Sincerely,

Dennis G. Smith
Director

cc:    Bruce Greenstein, ARA, Boston Regional Office
       Harold Finn,        Regional Office

NH00094

| TRANSMITTAL AND NOTICE OF APPROVAL OF STATE PLAN MATERIAL FOR: HEALTH CARE FINANCING ADMINISTRATION | 1. TRANSMITTAL NUMBER: 0 4 — 0 0 5 | 2. STATE: NH |
|---|---|---|
| TO: REGIONAL ADMINISTRATOR HEALTH CARE FINANCING ADMINISTRATION DEPARTMENT OF HEALTH AND HUMAN SERVICES | 3. PROGRAM IDENTIFICATION: TITLE XIX OF THE SOCIAL SECURITY ACT (MEDICAID) | |
| | 4. PROPOSED EFFECTIVE DATE  7/1/04 | |

5. TYPE OF PLAN MATERIAL (Check One):

☐ NEW STATE PLAN    ☐ AMENDMENT TO BE CONSIDERED AS NEW PLAN    ☒ AMENDMENT

COMPLETE BLOCKS 6 THRU 10 IF THIS IS AN AMENDMENT (Separate Transmittal for each amendment)

| 6. FEDERAL STATUTE/REGULATION CITATION: | 7. FEDERAL BUDGET IMPACT: a. FFY 2004 $ (1.025 million) b. FFY 2005 $ (4.625 million) |
|---|---|
| 8. PAGE NUMBER OF THE PLAN SECTION OR ATTACHMENT: Attachment 3.1-A, page 5a(1) Attachment 3.1-B, page 4c | 9. PAGE NUMBER OF THE SUPERSEDED PLAN SECTION OR ATTACHMENT (If Applicable): n/a |

10. SUBJECT OF AMENDMENT:

Pharmacy Services - PDL - Supplemental Rebates

11. GOVERNOR'S REVIEW (Check One):

☐ GOVERNOR'S OFFICE REPORTED NO COMMENT
☐ COMMENTS OF GOVERNOR'S OFFICE ENCLOSED
☐ NO REPLY RECEIVED WITHIN 45 DAYS OF SUBMITTAL

☒ OTHER, AS SPECIFIED:

Comments, if any, will follow

| 12. SIGNATURE OF STATE AGENCY OFFICIAL: *John A Stephen* | 16. RETURN TO: |
|---|---|
| 13. TYPED NAME: John A Stephen | Maralyn Doyle Office of Program SUpport DHHS Brown Building 129 Pleasant St. Concord, NH 03301 |
| 14. TITLE: Commissioner | |
| 15. DATE SUBMITTED: February 9, 2004 | |

FOR REGIONAL OFFICE USE ONLY

17. DATE RECEIVED:
February 11, 2004

18. DATE APPROVED:
MAY 20 2004

19. EFFECTIVE DATE OF APPROVED MATERIAL:
July 1, 2004

20. SIGNATURE OF REGIONAL OFFICIAL:

21. TYPED NAME:
Bruce D. Greenstein

22. TITLE: Associate Regional Administrator Division of Medicaid and Children's Health

23. REMARKS:

FORM HCFA-179 (07-92)

*Instructions on Back*

NH00095

AMOUNT, DURATION AND SCOPE OF MEDICAL AND REMEDIAL CARE AND SERVICES PROVIDED

Title XIX – NH
Attachment 3.1-A
Page 5a(1)

12a. Prescribed Drugs (continued)

Preferred Drug Lists and Supplemental Rebate Agreements:

In accordance with Section 1927 of the Social Security Act, the state is establishing a preferred drug list.

Certain covered products, in accordance with Section 1927 of the Social Security Act, may not be among the baseline preferred drugs identified by the Pharmacy and Therapeutics Advisory Committee (PTAC) for various therapeutic classes. All Medicaid covered products remain available through the Medicaid program, but may require prior authorization. The state, or the state in consultation with a contractor, may negotiate supplemental rebate agreements that would reclassify any drug not designated as preferred in the baseline listing for as long as the agreement is in effect.

The prior authorization program provides a response by telephone or other telecommunication device within 24 hours of a request. In an emergency situation, the prior authorization program provides for the dispensing of at least a 72-hour supply of a covered drug.

The state is in compliance with Section 1927 of the Social Security Act. Based on the requirements for Section 1927 of the Act, the state has the following policies for the supplemental drug rebate program for the Medicaid population:

- Supplemental rebate agreements between the state and a pharmaceutical manufacturer will be separate from federal rebates and are in excess of those required under the national drug rebate agreement.

- The supplemental rebate agreements will apply to the Medicaid program.

- CMS has authorized the state of New Hampshire to enter into the Michigan multi-state pooling agreement. The Amendment to the Supplemental Drug Rebate Agreement was submitted to CMS on April 9, 2004, and has been authorized by CMS.

- Supplemental rebates received by the state in excess of those required under the national drug rebate agreement will be shared with the federal government on the same percentage basis as applied under the national rebate agreement.

- All drugs covered by the program, irrespective of any prior authorization requirement, will comply with provisions of the national drug rebate agreement.

- Manufacturers with supplemental rebate agreements are allowed to audit utilization data.

- The unit rebate amount is confidential and cannot be disclosed in accordance with Section 1927(b)(3)(D) of the Social Security Act.

TN No:  04-005
Supersedes                          Approval Date  04/22/2004          Effective Date: 07/01/04
TN No:  xxxxx

AMOUNT, DURATION AND SCOPE OF MEDICAL AND REMEDIAL CARE AND SERVICES PROVIDED

Title XIX – NH
Attachment 3.1-B
Page 4c

12a.  Prescribed Drugs (continued)

Preferred Drug Lists and Supplemental Rebate Agreements:

In accordance with Section 1927 of the Social Security Act, the state is establishing a preferred drug list.

Certain covered products, in accordance with Section 1927 of the Social Security Act, may not be among the baseline preferred drugs identified by the Pharmacy and Therapeutics Advisory Committee (PTAC) for various therapeutic classes.  All Medicaid covered products remain available through the Medicaid program, but may require prior authorization.  The state, or the state in consultation with a contractor, may negotiate supplemental rebate agreements that would reclassify any drug not designated as preferred in the baseline listing for as long as the agreement is in effect.

The prior authorization program provides a response by telephone or other telecommunication device within 24 hours of a request.  In an emergency situation, the prior authorization program provides for the dispensing of at least a 72-hour supply of a covered drug.

The state is in compliance with Section 1927 of the Social Security Act.  Based on the requirements for Section 1927 of the Act, the state has the following policies for the supplemental drug rebate program for the Medicaid population:

- Supplemental rebate agreements between the state and a pharmaceutical manufacturer will be separate from federal rebates and are in excess of those required under the national drug rebate agreement.

- The supplemental rebate agreements will apply to the Medicaid program.

- CMS has authorized the state of New Hampshire to enter into the Michigan multi-state pooling agreement.  The Amendment to the Supplemental Drug Rebate Agreement was submitted to CMS on April 9, 2004, and has been authorized by CMS.

- Supplemental rebates received by the state in excess of those required under the national drug rebate agreement will be shared with the federal government on the same percentage basis as applied under the national rebate agreement.

- All drugs covered by the program, irrespective of any prior authorization requirement, will comply with provisions of the national drug rebate agreement.

- Manufacturers with supplemental rebate agreements are allowed to audit utilization data.

- The unit rebate amount is confidential and cannot be disclosed in accordance with Section 1927(b)(3)(D) of the Social Security Act.

TN No:   04-005
Supersedes
TN No:   xxxxx                    Approval Date  04/22/2004              Effective Date: 07/01/04

NH00097

**Amendment to the Supplemental Drug-Rebate Agreement**
**Between**
**The State of Michigan, First Health Services Corporation**
**And**
**[Insert Manufacturer Name]**

WHEREAS, the State of Michigan, First Health Services Corporation ("First Health"), and ("Manufacturer") have entered into a Supplemental Drug-Rebate Agreement Contract # **[Insert Contract Number]** (the "Agreement"), effective as of **[insert date]**; and

WHEREAS, the States of Vermont, Nevada, Alaska, and New Hampshire have become parties to the **Michigan Multi-State Pooling Supplemental Rebate Agreement** by executing the Addendum provided for in Section 9.9 of the Agreement; and

WHEREAS, the states of Hawaii and Tennessee have evidenced an intent to become parties to the Agreement; and

WHEREAS, the Centers for Medicare and Medicaid Services ("CMS") is now requiring certain changes to the Agreement before it will authorize them; and

WHEREAS, additional states have indicated their willingness to become Participating States, as defined in Section 3.14 of the Agreement, and thereby participate in the State Supplemental Rebates (as defined in Section 3.19 of the Agreement) available under the Agreement.

NOW, THEREFORE, IN CONSIDERATION OF THE MUTUAL COVENANTS, PROMISES, AND CONDITIONS CONTAINED HEREIN, THE PARTIES AGREE TO THE FOLLOWING AMENDMENTS TO THE AGREEMENT.

1.  Section 1.1: The states of Vermont, Nevada, Alaska, and New Hampshire are added on the second line and "State" is changed to "States."

2.  Any and all references to "U.S. Territories" is stricken from the entire Agreement.

3.  Section 2.1: On line 3 "State" is changed to "States" and the clauses beginning immediately thereafter with "and/or" are deleted down to "Participating States" on line 8. On the third line, the words "CMS approved state-funded programs" are replaced with "non-Medicaid programs approved by CMS in the Medicaid state plan(s)".

4.  Section 3.3: Is deleted in its entirety and "'Client State(s)'" is stricken from the entire agreement.

5.  Section 3.11: "State" within the parentheses on line one is made "States." In line three, "HHS approved state-funded programs" is deleted and replaced with "non-Medicaid programs approved by CMS in the Medicaid state plan(s)".

6.  Section 3.12: This section is deleted in its entirety. "First Health Client's States" and "FH Client's States" are stricken from this Agreement.

7.  Section 3.14· This section is modified to read as follows:

"'Participating State(s)' means the (i) States as named in Section 1.1 hereof, and (ii) other states that, subsequent to the execution of this Agreement by the States, elect to participate under this Agreement and have all necessary authorizations and approvals from CMS to do so. Unless otherwise approved by CMS on a state-by-state basis, Participating States shall be limited to ones that have a CMS approved contract under which First Health has been engaged to provide PBA Services to that state. For each new Participating State, a unilateral amendment ("New Participating State Amendment") to this Agreement shall be executed by the new Participating State and First Health and sent to the Manufacturer prior to the Participation Commencement Date. Each Participating State, including the new Participating State, must submit a state plan amendment adding the new Participating State to the Agreement to CMS for approval. A copy of the form Amendment is attached hereto as Exhibit A."

8.  Section 3.16: This section is modified to read as follows:

"'Participation Commencement Date' means the latter of the date (i) a Manufacturer's Supplemental Covered Product is effectively placed in a Participating States Preferred Drug List Program by distribution of it (via website or otherwise) to providers and prescribers, or (ii) the New Participating State Amendment is received by the Manufacturer from a new Participating State. It is the date when the Participating States entitlement to a rebate from the Manufacturer begins to accrue."

9.  Section 3.20: On the second line: the phrase "state funded, HHS approved programs" is deleted and replaced with "non-Medicaid programs approved by CMS in the state plan(s) as provided in Section 2.1 hereof".

10.  Section 5.1: The last sentence of this section is modified to read:

"Each Participating State will notify Manufacturer and First Health, within ten (10) business days of adoption and publication of a new or revised Preferred Drug List, when Manufacturer's Supplemental Covered Product is added to the Participating State's Preferred Drug List by providing Manufacturer and First Health a copy of the Preferred Drug List in accordance with the notice provisions of Section 9.2 hereof."

11.  Section 8.3 is modified by deleting items (ii) and (iii) so that it now reads as follows:

"Termination by a FH Client of its PBA Services Agreement with First Health shall, as of the same termination effective date, terminate this Agreement as to that Participating State."

12.  Section 9.2: This section is modified by adding the notice addresses for Nevada, Vermont, New Hampshire, and Alaska, which are as follows:

Director of Pharmacy
Office of Vermont Health Access
103 South Main Street
Waterbury, VT 05671-1201

Division of Health Care Financing and Policy
Nevada Department of Human Resources
Mark Willden, Director
1100 East Williams Street
Carson City, Nevada   89701

State of New Hampshire Department of Health and Human Services
Commissioner John Stephen
129 Pleasant Street
Concord, NH 03301

Dwayne Peeples
Director of Health Care Services
State of Alaska Health & Social Services Department
Health Care Services Division
4501 Business Park Boulevard, Ste. 24
Anchorage, AK 99503

13.    Section 9.9: This section is modified to read as follows:

"This Agreement will not be altered except by (i) an amendment in writing signed by
all the parties, other than (ii) in the case of the addition of a new Participating
State(s), by its execution of the New Participating State Amendment, both (i) and (ii)
of which shall require the approval of CMS.  It is acknowledged that the intent of the
previous sentence is that the addition of a new Participating State(s) by amendment
shall only require the consent of First Health and the approval of CMS, not
Manufacturer.  Manufacturer agrees that any Participating State may be added to this
Agreement by amendment and that said Participating State's covered Medicaid (and
other non-Medicaid programs approved by CMS in the Medicaid state plan(s)) lives
shall apply to the provisions of Schedules 2 and 3 and will affect the rebates to all
Participating States in accordance with Schedules 2 and 3. The New Participating
State Amendment shall be executed by First Health and the new Participating State
with a copy provided to Manufacturer for its records. Other than as stated herein, no
individual is authorized to alter or vary the terms or make any representation or
inducement relative to it, unless the alteration appears by way of a written
amendment, signed by duly appointed representatives of the Participating State(s),
First Health, and the Manufacturer."

14.    Section 9.11: In the second line, replace "other state funded" with "non-Medicaid
programs approved by CMS in the Medicaid state plan(s)".

15.    Except as expressly amended herein, all other terms, conditions and provisions of the
Agreement shall remain in full force and effect and the parties hereto hereby ratify
and confirm the same as of the date hereof. To the extent that any provisions of this
Amendment conflict with the provisions of the Agreement, the provisions of
Amendment shall control.

As evidence of their agreement to the foregoing terms and conditions, the parties have signed
below.

MANUFACTURER

By: _____          Date: _____
Name: _____
Title_____

FIRST HEALTH SERVICES CORPORATION

By: _____          Date: _____
Name:  Teresa R. DiMarco
Title:  President

STATE OF MICHIGAN, DEPARTMENT OF COMMUNITY HEALTH

By: _____          Date:_____
Name: _____
Title: _____

STATE OF VERMONT, DEPT. OF PREVENTION, ASSISTANCE, TRANSITION AND
        ACCESS

By: _____          Date: _____
Name: _____
Title: _____

STATE OF NEVADA, DEPARTMENT OF HEALTH CARE FINANCING AND POLICY

By: _____          Date:_____
Name: _____
Title: _____

STATE OF ALASKA, DIVISION OF HEALTH CARE SERVICES

By: _____          Date:_____
Name: _____
Title: _____

STATE OF NEW HAMPSHIRE DEPARTMENT OF HEALTH & HUMAN SERVICES

By: _____          Date:_____
Name: _____
Title: _____

EXHIBIT A

## New Participating State Amendment to Supplemental Drug-Rebate Agreement Between The States of Michigan, Vermont, New Hampshire, Alaska and Nevada; First Health Services Corporation And (Manufacturer Name ("Manufacturer"))

WHEREAS, the State of Michigan, First Health Services Corporation ("First Health"), and Manufacturer have entered into a Supplemental Drug-Rebate Agreement (the "Agreement"), effective as of _____; and

WHEREAS, the participating States as named in Section 8 below have become parties to the Agreement as Participating States by previous amendment or addenda; and

WHEREAS, additional states have indicated their willingness to become a new Participating State, as defined in Section 3.14 of the Agreement, and thereby participate in the State Supplemental Rebates (as defined in Section 3.19 of the Agreement) available under the Agreement.

Now, therefore, in consideration of the mutual covenants, promises, and conditions contained herein and in the Agreement, the parties agree as follows:

1.  The State of _____**[insert new participating state]**_____ is hereby added as a party to the Agreement as a new Participating State, as defined in Section 3.14 of the Agreement.

2.  This Amendment shall become effective upon the date determined in accordance with Section 3.16 of the Agreement.

3.  An executed copy of this Amendment shall be sent via certified mail, return receipt requested to Manufacturer's address of record as set forth in the Agreement within five (5) business days of its execution by the parties. Any notice to Participating State shall be sent to the names and address in section 9 of this Exhibit:

4.  This Addendum adds a new Participating State to the Agreement and does not otherwise change or alter the Agreement. The new Participating State(s) understand(s) and agrees to be bound by the terms of the Agreement.

5.  The undersigned State acknowledges that manufacturer rebate pricing information is confidential information under applicable

EXHIBIT A

Federal law and shall be exempt from public disclosure pursuant to State Code Section _____.

6. The undersigned State represents that it has not requested authorization from CMS to include any state pharmaceutical assistance program within the rebate provisions of the Agreement [or CMS has authorized the inclusion of _____ within the Agreement].  The above representation shall not prohibit the undersigned State from requesting CMS authorization to include (other) pharmaceutical assistance programs within the Agreement at a later date.  Upon receipt of CMS authorization, State shall given written notice to Manufacturer of the date Manufacturer's Supplemental Covered Product is effectively placed on the preferred drug list of the undersigned State's non-Medicaid programs approved by CMS in the Medicaid state plan(s) by completing the attached Exhibit A1.

7. The approximate enrollment in the undersigned State's Medicaid program at the time of execution of this Amendment is _____.

8. As of the effective date of this Amendment, the following are all of the Participating States under the Agreement:

   Michigan _____        _____ Alaska _____

   Vermont _____         _____ Nevada _____

   New Hampshire _____   _____

9. The contact information for each of the Participating States listed above in section 8 and new states shall be as follows:

   **State of Michigan**    Department of Community Health
                            Medical Services Administration
                            Attn: Dave McLaury
                            400 S. Pine Street
                            Lansing, MI 48933

   **State of Vermont**     Director of Pharmacy
                            Office of Vermont Health Access
                            103 South Main Street
                            Waterbury, VT 05671-1201

   **State of Nevada**      Division of Health Care Financing and Policy
                            Nevada Department of Human Resources
                            Mark Willden, Director
                            1100 East Williams Street
                            Carson City, Nevada  89701

NH00103

EXHIBIT A

| | |
|---|---|
| **Sate of New Hampshire** | State of New Hampshire Department of Health and Human Services<br>Commissioner John Stephen<br>129 Pleasant Street<br>Concord, NH 03301 |
| **State of Alaska** | Dwayne Peeples<br>Director of Health Care Services<br>State of Alaska Health & Social Services Department<br>Health Care Services Division<br>4501 Business Park Boulevard, Ste. 24<br>Anchorage, AK 99503 |

[Insert new participating state contact information]

_____    _____

_____

_____

_____

_____

STATE OF  [insert name] ,

DEPARTMENT OF  [insert name]

By: _____

Name: _____

Title: _____

Date: _____

FIRST HEALTH SERVICES CORP

By: _____

Name_____

Title: _____

Date: _____

NH00104

EXHIBIT A

## Participating State's Non-Medicaid Programs Approved by CMS in the Medicaid State Plan(s)

Participating State: (***Insert State Name***)

Non-Medicaid programs approved by CMS in the Medicaid State Plan(s)- Date of Approval

1. _____     _____

2. _____     _____

3. _____     _____

4. _____     _____

5. _____     _____

6. _____     _____

NH00105