# Exhibit 31

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*,
Civil Action No. 01-12257-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of United States' Common Memorandum of Law in Support of Cross-Motions for Partial Summary Judgment and in Opposition to the Defendants' Motions for Summary Judgment

DEPARTMENT OF HEALTH & HUMAN SERVICES
Centers for Medicare & Medicaid Services
7500 Security Boulevard, Mail Stop S2-26-12
Baltimore, Maryland 21244-1850



CENTERS for MEDICARE & MEDICAID SERVICES

**Center for Medicaid and State Operations**

MAY 3 2004

Patrick J. O'Connell
Assistant Attorney General
Chief, Civil Medicaid Fraud Section
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548

Dear Mr. O'Connell:

This is in response to your letter in which you request guidance from the Centers for Medicare & Medicaid Services (CMS) with regard to issues involving the reporting of prices to the Vendor Drug Program of the Health and Human Services Commission of Texas pursuant to Texas law. I regret the delay in this response.

First, you ask for confirmation that State Medicaid programs may not use the rebate information, including the Unit Rebate Amount (URA) and Reconciliation of State Invoice (ROSI) reports, to calculate an estimated acquisition cost (EAC) for reimbursement. You are correct. In light of the confidentiality provisions of section 1927(b)(3)(D) of the Social Security Act (the Act), drug pricing information disclosed by manufacturers pursuant to the drug rebate provisions is confidential and shall not be disclosed by either the Secretary or the State.

In addition, you seek confirmation that the Texas Medicaid State program does not have the authority to remove a manufacturer from its formulary even if the manufacturer is violating Texas law so long as the manufacturer properly complies with its obligations under the rebate agreement. This is also correct. The statute generally requires State Medicaid programs to cover the drugs of manufacturers that have signed a Medicaid drug rebate agreement with CMS. Under section 1927(b)(4)(B) of the Act, the Secretary and the manufacturers are given the authority to terminate a rebate agreement. The Act does not provide such authority to the states. We will follow up with the state of Texas regarding next steps.

I trust that this response has adequately addressed your questions. If you have additional questions, please contact Larry Reed at (410) 786-3325.

Sincerely,

Dennis G. Smith
Director