# Exhibit 37

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Abbott Laboratories, Inc., et al.*,
Civil Action No. 01-12257-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of United States' Common Memorandum of Law in Support of Cross-Motions for Partial Summary Judgment and in Opposition to the Defendants' Motions for Summary Judgment

287

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

| | |
|---|---|
| IN RE: PHARMACEUTICAL | ) MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) CIVIL ACTION |
| PRICE LITIGATION | ) 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) |
| U.S. ex rel. Ven-a-Care of | ) Judge Patti B. Saris |
| the Florida Keys, Inc. | ) |
| v. | ) Chief Magistrate |
| Abbott Laboratories, Inc., | ) Judge Marianne B. |
| No. 06-CV-11337-PBS | ) Bowler |

- - - - - - - - - - - - - - - -

(cross captions appear on following pages)

Videotaped deposition of SUE GASTON

Volume II

Washington, D.C.

Wednesday, March 19, 2008

9:00 a.m.

527

1  program.  Interpreting -- we didn't have a
2  regulation.  So trying to interpret parts of the
3  program, interpret the statute for states or for
4  drug manufacturers.
5      Q.   Did you have any administrative
6  responsibilities when it came to the Medicare
7  rebate program?
8      A.   What type of administrative
9  responsibilities?
10     Q.   Well, for example, I understand that
11 under the Medicaid rebate program manufacturers
12 had to submit AMPs and best price?  That's how
13 the rebate got calculated, right.
14     A.   Correct.
15     Q.   Did you have any responsibility for
16 collecting the AMP and best price information?
17     A.   No.  That's another staff that takes
18 care of that.
19     Q.   What staff takes care of that?
20     A.   They're called the operations staff.
21 Actually, they're in a separate group, in a
22 separate division within CMSO.

528

```
 1        Q.   Would you have had access to that AMP
 2   information?
 3        A.   Yes.
 4        Q.   Did you ever use that AMP information
 5   in setting FULs?
 6        A.   No.
 7        Q.   Did you ever use that AMP information
 8   in terms of evaluating and the approval of state
 9   Medicaid plans?
10        A.   State Medicaid plans are for the
11   states.  So we really wouldn't use AMPs.
12        Q.   Well, as I understand it, one of your
13   responsibilities -- one of your other
14   responsibilities was approving state Medicaid
15   plans, right?
16        A.   Correct.
17        Q.   And to get approval, one of the things
18   a state had to demonstrate was the reasonableness
19   of its reimbursement rates?
20        A.   Correct.  Their methodology.
21        Q.   Their methodology.
22        A.   Correct.
```

1     Q.    And I guess what I'm wondering is in
2  examining the reasonableness of the methodology,
3  the reasonableness of the reimbursement rates the
4  state was proposing to pay, if you ever looked at
5  AMP information.
6     A.    No.
7     Q.    Switching back to putting your FUL hat
8  back on, what if anything did CMS do to monitor
9  when drugs were coming off patents and therefore
10 going generic?
11    **A.    Well, when I was doing the FUL program**
12 **basically I just waited to get notification if**
13 **somebody would let me know.  I really didn't do**
14 **anything proactively, because I just didn't have**
15 **the capability of doing it or the time.**
16    Q.    Is it different today?  Do you know?
17    **A.    I don't know.**
18    Q.    And who typically will let you know
19 that something came off patent and therefore went
20 generic?
21    **A.    Industry folks.  I can't say**
22 **specifically.  But sometimes pharmacies might**

530

1  have an idea.  So they would call and let us know
2  if something was occurring.
3      Q.   So how was it that you determined when
4  it was time to update or set a new FUL?
5      A.   It's been a while.  But from what I
6  remember, we were on a schedule.  I can't
7  remember if it was once a year.  And then
8  periodically we would update the FULs list with
9  memos.  And then we would come out and produce a
10 whole new FUL list.  I think we tried to do it
11 once a year.  I can't remember the schedule after
12 that.  I think we got to a point where it was on
13 an as-needed basis.
14     Q.   Okay.  So let me try and unpack that a
15 little bit, because it seems like there were a
16 couple of things going on.  It sounds like on
17 some periodic basis, and you think maybe
18 annually, CMS tried to update the entire FUL
19 list?
20     A.   Correct.  And that was probably earlier
21 in the program, like earlier when I was there.
22     Q.   So not towards the 2003 end of time,