# Exhibit 38

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Abbott Laboratories, Inc., et al.*,
Civil Action No. 01-12257-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of United States' Common Memorandum of Law in Support of Cross-Motions for Partial Summary Judgment and in Opposition to the Defendants' Motions for Summary Judgment

953

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

------------------------------x

IN RE: PHARMACEUTICALS         )   MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE     )   Civil Action

PRICE LITIGATION               )   01-CV-12257-PBS

------------------------------)

THIS DOCUMENT RELATES TO:      )   Judge Patti

U.S. ex rel. Ven-A-Care        )    B. Saris

of the Florida Keys, Inc.      )

v. Abbott Laboratories,        )   Magistrate

Inc., et al,                   )   Judge Marianne B.

No. 06-CV-11337-PBS            )   Bowler

------------------------------x

                    VOLUME FOUR

    Continued Video Taped Deposition of ROBERT VITO, was taken pursuant to notice at Morgan, Lewis, 1701 Market Street, Philadelphia, Pennsylvania, on. Wednesday, February 6, 2008, beginning at 9:10 a.m., before Jeanne Christian, Court Reporter-Notary Public, and Richard Kanzinger, Jr., Video Tape Operator, there being present.

1195

```
 1   us, or we had to go through our people in
 2   Baltimore, who would have access to it, and then
 3   they would give it to us, or eventually, we had
 4   direct access to it.
 5   Q.    When did you get direct access to it?
 6   A.    I don't remember.
 7   Q.    What would be your best estimate?
 8   A.    And I'm not sure exactly what -- I don't
 9   know if we -- I meant direct access is through
10   our office.  I don't know if we have the access
11   in Philadelphia.  I don't remember, to be
12   honest.
13   Q.    Let's just take it step by step.  In terms
14   of the point in which you got direct access, and
15   we will discuss in a moment what that may or may
16   not mean, what's the best time frame you can
17   give me for when --
18   A.    Well, I guess direct access, we can say we
19   got through our Baltimore office.  That was
20   probably in, I don't know, 2000, 2000 -- I guess
21   2003 or 2004, somewhere in that range, I
22   believe, and prior to that, there was a time
```

1196

1  when we went through the Office of Audit
2  Service, but I don't know the exact dates.
3  Q.     And that's the office in Little Rock, you
4  are talking about?
5  A.     Yes.
6  Q.     And before that time, you'd go to the
7  office in Little Rock?
8  A.     I think so, but again, I can't recall all
9  the details.
10 Q.     When you talk about the agreement you had
11 with CMS to go either through the Little Rock
12 office or the Baltimore office, what are you
13 talking about in terms of an agreement?
14 A.     I think that information is very
15 proprietary information.  They are very careful
16 about who gets it, and so forth, so our Office
17 of Audit had made arrangements with them to get
18 it directly.  So we just got it from them when
19 we were doing our work.
20 Q.     But did you have a written formalized
21 agreement with CMS about how you would obtain
22 it?

1  A.    I don't know, I don't know that we did.
2  Maybe Office of Audit did, and maybe, when we
3  got it from our Baltimore office, they might
4  have an agreement directly with CMS on how that
5  was supposed to work, or it could have been just
6  a verbal agreement.  I'm not sure.
7  Q.    But throughout your time working at the
8  Office of Inspector General, you were able to
9  get, if you wanted, for work on a report or for
10 your investigations, you were able to get data
11 like average manufacturer price and the rebate
12 information through either the Little Rock or
13 the Baltimore office?
14 A.    Yes.  Sometimes, not immediate, but we
15 were able to get it generally, yes.
16 Q.    But any time you wanted to get it for
17 whatever reason, you could contact them and get
18 that, right?
19 A.    For the most part.  There might be some
20 periods of time in which there was some issue
21 why we couldn't get it.
22 Q.    Now, once you got direct access some time