# Exhibit 40
# Part B

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Abbott Laboratories, Inc., et al.*,
Civil Action No. 01-12257-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of United States' Common Memorandum of Law in Support of Cross-Motions for
Partial Summary Judgment and in Opposition to the Defendants' Motions for Summary
Judgment

# EXHIBIT C

08/21/2001

# Federal Upper Limit System

Product Group: 1067
Strengths: 100MG
Routes: ORAL
Ingredients: METOPROLOL TARTRATE

Package Size: 100
Dosage: TABLET
Exclusion Code:

| Excl CD | Direct Price | AWP | WAC | SRCE CD | NDC Number | Company Name | MDRI Date |
|---|---|---|---|---|---|---|---|
| 0.00000 | | 0.03763* | Def | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. | |
| 0.00000 | | 0.01159* | Def | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC., | |
| 0.00000 | | 0.05114* | Def | 52544/0463/01 | WATSON PHARMACEUTICALS | |
| 0.00000 | | 0.02971* | Def | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. | |
| 0.00000 | 0.65400 | 0.00000 | M | 00904/7947/60 | MAJOR PHARMACEUTICALS | |
| 0.00000 | 0.65400 | 0.00000 | M | 00904/7773/60 | MAJOR PHARMACEUTICALS | |
| 0.00000 | 0.65400 | 0.06180 | B | 00904/7947/60 | MAJOR PHARMACEUTICALS | |
| 0.00000 | 0.65400 | 0.06180 | R | 00904/7947/60 | MAJOR PHARMACEUTICALS | |
| 0.00000 | 0.65400 | 0.18480 | R | 00904/7773/60 | MAJOR PHARMACEUTICALS | |
| 0.00000 | 0.65400 | 0.21110 | B | 00904/7773/60 | MAJOR PHARMACEUTICALS | |
| 0.00000 | 0.67410 | 0.00000 | B | 55370/0821/07 | MOVA LABORATORIES INC. | |
| 0.00000 | 0.67860 | 0.00000 | B | 00603/4628/21 | QUALITEST PRODUCTS, INC. | |
| 0.00000 | 0.67860 | 0.00000 | M | 00603/4628/21 | QUALITEST PRODUCTS, INC. | |
| 0.00000 | 0.67860 | 0.00000 | R | 00603/4628/21 | QUALITEST PRODUCTS, INC. | |
| 0.00000 | 0.69750 | 0.00000 | M | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. | |
| 0.00000 | 0.69750 | 0.00000 | R | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. | |
| 0.00000 | 0.73850 | 0.00000 | B | 64376/0503/01 | BOCA PHARMACAL, INC. | |
| 0.00000 | 0.73850 | 0.00000 | M | 57664/0167/08 | CARACO PHARMACEUTICAL LABORATO | |
| 0.00000 | 0.73850 | 0.00000 | M | 64376/0503/01 | BOCA PHARMACAL, INC. | |
| 0.00000 | 0.73850 | 0.05690 | B | 57664/0167/08 | CARACO PHARMACEUTICAL LABORATO | |
| 0.00000 | 0.73850 | 0.05690 | R | 57664/0167/08 | CARACO PHARMACEUTICAL LABORATO | |
| 0.00000 | 0.73990 | 0.00000 | M | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC., | |
| 0.00000 | 0.73990 | 0.05440 | R | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC., | |
| 0.00000 | 0.76300 | 0.00000 | M | 00677/1483/01 | UNITED RESEARCH LABORATORIES | |
| 0.00000 | 0.76300 | 0.00000 | M | 53489/0367/01 | MUTUAL PHARMACEUTICAL COMPANY | |
| 0.00000 | 0.76300 | 0.06090 | B | 53489/0367/01 | MUTUAL PHARMACEUTICAL COMPANY | |
| 0.00000 | 0.76300 | 0.06090 | R | 00677/1483/01 | UNITED RESEARCH LABORATORIES | |
| 0.00000 | 0.76300 | 0.06090 | R | 53489/0367/01 | MUTUAL PHARMACEUTICAL COMPANY | |
| 0.00000 | 0.76300 | 0.08600 | B | 00677/1483/01 | UNITED RESEARCH LABORATORIES | |
| 0.00000 | 0.80100 | 0.00000 | B | 52544/0463/01 | WATSON PHARMACEUTICALS | |
| 0.00000 | 0.80100 | 0.00000 | M | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. | |
| 0.00000 | 0.80100 | 0.00000 | M | 52544/0463/01 | WATSON PHARMACEUTICALS | |
| 0.00000 | 0.80100 | 0.00000 | R | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. | |
| 0.00000 | 0.80100 | 0.00000 | R | 52544/0463/01 | WATSON PHARMACEUTICALS | |
| 0.00000 | 0.80100 | 0.07250 | B | 00378/0047/01 | MYLAN PHARMACEUTICALS, INC. | |
| 0.00000 | 0.94280 | 0.00000 | M | 00186/1092/05 | ASTRA PHARMACEUTICALS L.P. | |
| 0.00000 | 0.94280 | 0.78570 | R | 00186/1092/05 | ASTRA PHARMACEUTICALS L.P. | |
| 0.00000 | 0.94284 | 0.78570 | B | 00186/1092/05 | ASTRA PHARMACEUTICALS L.P. | |
| 0.00000 | 1.15260 | 0.00000 | M | 00028/0071/01 | NOVARTIS PHARMACEUTICALS | |
| 0.00000 | 1.15260 | 0.96050 | B | 00028/0071/01 | NOVARTIS PHARMACEUTICALS | |
| 0.00000 | 1.15260 | 0.96050 | R | 00028/0071/01 | NOVARTIS PHARMACEUTICALS | |
| 0.06520 | 0.73990 | 0.05440 | B | 00781/1228/01 | GENEVA PHARMACEUTICALS, INC., | |
| 0.10500 | 0.69750 | 0.09880 | B | 00093/0734/01 | TEVA PHARMACEUTICALS USA, INC. | |
| 0.55070 | 0.65400 | 0.00000 | M | 59772/3693/02 | APOTHECON INC | |
| 0.55070 | 0.65400 | 0.52320 | B | 59772/3693/02 | APOTHECON INC | |
| 0.55070 | 0.65400 | 0.52320 | R | 59772/3693/02 | APOTHECON INC | |

FULs Price: .0174
Percent Difference: -36.74
High Price: 1.15260

Prior FULs Price: .1290
Source Code: R
Low Price: .01159

* indicates the price is an AMP supplied by defendants ("Def")

# EXHIBIT D

EXHIBIT

NY Counties
Defendants 7
OW          3/19/06

PENGAD 800-631-6989

Product Group : 250
Strengths : 500MG
Routes : ORAL
Ingredients : CEFADROXIL/CEFADROXIL HEMIHYDRATE

Package Size : 100
Dosage : CAPSULE
Exclusion Code :

| Excl CD | Direct Price | AWP | WAC | SRCE CD | NDC Number | Company Name | MDRI Date |
|---|---|---|---|---|---|---|---|
| | 0.00000 | 2.84650 | 0.00000 | M | 00904/7878/60 | MAJOR PHARMACEUTICALS | |
| P | 0.00000 | 2.84650 | 0.00000 | M | 00904/5450/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 2.84650 | 0.84990 | B | 00904/7878/60 | MAJOR PHARMACEUTICALS | |
| P | 0.00000 | 2.84650 | 0.84990 | B | 00904/5450/60 | MAJOR PHARMACEUTICALS | |
| P | 0.00000 | 2.84650 | 2.29950 | R | 00904/5450/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 3.19950 | 0.00000 | M | 00555/0582/02 | BARR LABORATORIES INC | |
| | 0.00000 | 3.19950 | 0.00000 | R | 00555/0582/02 | BARR LABORATORIES INC | |
| | 0.00000 | 3.19950 | 2.12330 | B | 00555/0582/02 | BARR LABORATORIES INC | |
| | 0.00000 | 3.27950 | 0.00000 | M | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| | 0.00000 | 3.27950 | 0.00000 | M | 63304/0582/01 | RANBAXY PHARMACEUTICALS, INC. | |
| | 0.00000 | 3.27950 | 1.95500 | B | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| | 0.00000 | 3.27950 | 1.95500 | R | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| | 0.00000 | 3.27950 | 2.12900 | B | 63304/0582/01 | RANBAXY PHARMACEUTICALS, INC. | |
| | 0.00000 | 3.27950 | 2.12900 | R | 63304/0582/01 | RANBAXY PHARMACEUTICALS, INC. | |
| | 2.56840 | 3.05000 | 0.00000 | M | 59772/7271/04 | APOTHECON INC | |
| | 2.56840 | 3.05000 | 2.44000 | B | 59772/7271/04 | APOTHECON INC | |
| | 2.56840 | 3.05000 | 2.44000 | R | 59772/7271/04 | APOTHECON INC | |

FULs Price : 1.2749 2.9000
Percent Difference : 0.00
High Price : 3.27950

Prior FULs Price : .0000
Source Code : B
Low Price : .84990

***FULs Price not greater than another supplier***

7/25- FUL was too low at 1.2749, but when I raised it, it
became = to Major's awp - delete for now

# EXHIBIT E

07/24/2001

# Federal Upper Limit System

Product Group: 250
Strengths: 500MG
Routes: ORAL
Ingredients: CEFADROXIL/CEFADROXIL HEMIHYDRATE

Package Size: 100
Dosage: CAPSULE
Exclusion Code:

| Excl CD | Direct Price | AWP | WAC | SRCE CD | NDC Number | Company Name | MDRI Date |
|---|---|---|---|---|---|---|---|
| 0.00000 | | 1.09508 | H | 00555/0582/02 | BARR LABORATORIES INC | |
| 0.00000 | | 0.96398 | H | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| 0.00000 | 2.84650 | 0.00000 | M | 00904/7878/60 | MAJOR PHARMACEUTICALS | |
| 0.00000 | 2.84650 | 0.00000 | M | 00904/5450/60 | MAJOR PHARMACEUTICALS | |
| 0.00000 | 2.84650 | 0.84990 | B | 00904/7878/60 | MAJOR PHARMACEUTICALS | |
| 0.00000 | 2.84650 | 0.84990 | B | 00904/5450/60 | MAJOR PHARMACEUTICALS | |
| 0.00000 | 2.84650 | 2.29950 | R | 00904/5450/60 | MAJOR PHARMACEUTICALS | |
| 0.00000 | 3.19950 | 0.00000 | M | 00555/0582/02 | BARR LABORATORIES INC | |
| 0.00000 | 3.19950 | 0.00000 | R | 00555/0582/02 | BARR LABORATORIES INC | |
| 0.00000 | 3.19950 | 2.12330 | B | 00555/0582/02 | BARR LABORATORIES INC | |
| 0.00000 | 3.27950 | 0.00000 | M | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| 0.00000 | 3.27950 | 0.00000 | M | 63304/0582/01 | RANBAXY PHARMACEUTICALS, INC. | |
| 0.00000 | 3.27950 | 1.95500 | B | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| 0.00000 | 3.27950 | 1.95500 | R | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| 0.00000 | 3.27950 | 2.12900 | B | 63304/0582/01 | RANBAXY PHARMACEUTICALS, INC. | |
| 0.00000 | 3.27950 | 2.12900 | R | 63304/0582/01 | RANBAXY PHARMACEUTICALS, INC. | |
| 2.56840 | 3.05000 | 0.00000 | M | 59772/7271/04 | APOTHECON INC | |
| 2.56840 | 3.05000 | 2.44000 | B | 59772/7271/04 | APOTHECON INC | |
| 2.56840 | 3.05000 | 2.44000 | R | 59772/7271/04 | APOTHECON INC | |

FULs Price: .6146
Percent Difference: 0.00
High Price: 3.27950

Prior FULs Price: .0000
Source Code: B
Low Price: .40973

**\*\*\*FULs Price not greater than another supplier\*\*\***

# EXHIBIT F

07/24/2001

# Federal Upper Limit System

Product Group: 250
Strengths: 500MG
Routes: ORAL
Ingredients: CEFADROXIL/CEFADROXIL HEMIHYDRATE

Package Size: 100
Dosage: CAPSULE
Exclusion Code:

| Excl CD | Direct Price | AWP | WAC | SRCE CD | NDC Number | Company Name | MDRI Date |
|---|---|---|---|---|---|---|---|
| | 0.00000 | | 0.367417* | Def | 00555/0582/02 | BARR LABORATORIES INC | |
| | 0.00000 | | 0.392086* | Def | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| | 0.00000 | 2.84650 | 0.00000 | M | 00904/7878/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 2.84650 | 0.00000 | M | 00904/5450/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 2.84650 | 0.84990 | B | 00904/7878/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 2.84650 | 0.84990 | B | 00904/5450/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 2.84650 | 2.29950 | R | 00904/5450/60 | MAJOR PHARMACEUTICALS | |
| | 0.00000 | 3.19950 | 0.00000 | M | 00555/0582/02 | BARR LABORATORIES INC | |
| | 0.00000 | 3.19950 | 0.00000 | R | 00555/0582/02 | BARR LABORATORIES INC | |
| | 0.00000 | 3.19950 | 2.12330 | B | 00555/0582/02 | BARR LABORATORIES INC | |
| | 0.00000 | 3.27950 | 0.00000 | M | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| | 0.00000 | 3.27950 | 0.00000 | M | 63304/0582/01 | RANBAXY PHARMACEUTICALS, INC. | |
| | 0.00000 | 3.27950 | 1.95500 | B | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| | 0.00000 | 3.27950 | 1.95500 | R | 00172/4058/60 | ZENITH LABORATORIES, INC | |
| | 0.00000 | 3.27950 | 2.12900 | B | 63304/0582/01 | RANBAXY PHARMACEUTICALS, INC. | |
| | 0.00000 | 3.27950 | 2.12900 | R | 63304/0582/01 | RANBAXY PHARMACEUTICALS, INC. | |
| | 2.56840 | 3.05000 | 0.00000 | M | 59772/7271/04 | APOTHECON INC | |
| | 2.56840 | 3.05000 | 2.44000 | B | 59772/7271/04 | APOTHECON INC | |
| | 2.56840 | 3.05000 | 2.44000 | R | 59772/7271/04 | APOTHECON INC | |

FULs Price: .5511
Percent Difference: 0.00
High Price: 3.27950

Prior FULs Price: .0000
Source Code: B
Low Price: .36742

**\*\*\*FULs Price not greater than another supplier\*\*\***

\* indicates the price is an AMP supplied by defendants ("Def")