# Exhibit 44

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*,
Civil Action No. 01-12257-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of United States' Common Memorandum of Law in Support of Cross-Motions for Partial Summary Judgment and in Opposition to the Defendants' Motions for Summary Judgment

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS;<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 06-11337-PBS<br><br>Hon. Patti B. Saris |

## DECLARATION OF WILLIAM S. LASOWSKI
### DEPUTY DIRECTOR, CENTER FOR MEDICAID & STATE OPERATIONS

I, William S. Lasowski, do hereby declare as follows:

1. I am the Deputy Director of the Center for Medicaid and State Operation (CMSO), Centers for Medicare & Medicaid Services, U.S. Department of Health and Human Services. I have held the Deputy Director position since February, 2006. Prior to that, I was the Senior Financial Advisor to the Director of CMSO, Dennis Smith from November, 2001 to February, 2006. Prior to 2001, I was the Director, Division of Financial Management. Except to the extent specifically stated, I have personal knowledge of the matters stated herein.

2.  As Deputy Director of CMSO, I oversee the State plan amendment review process. I am generally familiar with the statutes and regulations governing State plan amendments and the State plan forms.

3.  In this declaration I generally describe and authenticate certain State Plan Amendments approved under the Medicaid program.

4.  Each State that participates in the Medicaid program must have a State plan, approved by the Secretary of Health and Human Services. 42 U.S.C. § 1396a(a). The Social Security Act provides that the State plan must "provide that it shall be in effect in all political subdivisions of the State, and, if administered by them, be mandatory upon them." Id. § 1396a(a)(1). The Department of HHS regulation at 42 C.F.R. § 430.10 states:

> The State plan is a comprehensive written statement submitted by the agency describing the nature and scope of its Medicaid program and giving assurance that it will be administered in conformity with the specific requirements of title XIX, the regulations in this Chapter IV, and other applicable official issuances of the Department. The State plan contains all information necessary for CMS to determine whether the plan can be approved to serve as a basis for Federal financial participation (FFP) in the State program.

5.  A State plan for medical assistance must state the methods and procedures of payment for care and services available under the plan. Under this authority, the State plan must include the methods of paying for prescription drugs. 1396a(a)(30).

6.  Under CMS regulations, the State plan must provide that the plan will be amended when, among other things, material changes occur in State law, organization, or policy, or in the State's operation of the Medicaid program. 42 C.F.R. § 430.12(c).

7.  Each State plan typically includes provisions describing how the State reimburses pharmacy providers for drugs dispensed to Medicaid recipients. These provisions are set forth in

Attachment 4.19B to the State plan. Most, if not all, of the states have amended Attachment 4.19B to its plan one or more times since the Secretary's approval of the original State plan.

8. Since at least 1990, CMS, including its regional offices, has generally followed standard administrative procedures for the review and approval of amendments to state Medicaid Plans. See 42 C.F.R. § 430.00 et. seq. When a state seeks to amend its State Plan, it submits the proposed change using a cover page consisting of a standard Form HCFA-179, together with an attachment setting forth the proposed new description of the relevant features of the State Plan. The Form HCFA-179 must be filled out by the State and must be signed by an authorized State official. The attachment normally includes a header on each page that identifies the portion of the State Plan to be amended, for example, "Attachment 4.19B." Frequently the attachment consists of only the State plan page containing the proposed amendment and not other pages that would not be amended. The attachment normally includes a footer to be used for identifying the Transmittal Number ('TN") of the amendment; the TN of the immediately preceding amendment that is superseded by the new amendment; the effective date of the amendment; and a space for CMS to insert the date of CMS's approval of the proposed amendment.

9. Upon approval of an SPA by the CMS Central Office, the CMS regional official signs the HCFA-179 in Box #20, inserts the approval date in the footer of each page of the attachment, and sends a copy of the approved Form HCFA-179 and accompanying amendment to the State Medicaid agency. An example of an approved SPA is contained as Attachment 1 hereto. This example is TN 96-008 for the State of Maine, approved August 2, 1996, with an effective date April 1, 1996. It is common for SPAs to be approved after the effective date of the amendment. In this example, as per usual practice, the amendment has been crossed out and there appears a handwritten note stating, "OBS BY TN 96-009 EFF. 7/23/98." This notation is

routine, and indicates that a CMS official noted that the SPA was obsolete because it was superseded by TN 96-009, effective July 23, 1998.

10. Based on my discussions with Department of Justice attorneys and attorneys with the Office of the General Counsel, CMS Division, I understand that in 2004, before the United States intervened in the above-captioned actions, certain parties served subpoenas upon CMS in connection with *In Re: Lupron Marketing and Sales Practices Litigation*, MDL No. 1430/Civil Action No. 01-10861 (D. Mass.), and *In re: Pharmaceutical Industry Average Wholesale Price Litigation*, MDL Docket No. 1456/Civil Action No. 01-12257 (D. Mass.). In response to those subpoenas, CMS produced SPA materials relating to drug reimbursement. Those materials were imaged and stamped with bates-stamp numbers having the prefix "HHC." SPA materials produced in that litigation with bates-stamps having the prefix "HHC" are true copies of official CMS documents

11. Based on my discussions with Department of Justice attorneys and attorneys with the Office of the General Counsel, CMS Division, I understand that in response to requests for documents made by the defendants and the Department of Justice in connection with this litigation, CMS gathered, among other materials, copies of SPA and related materials. In 2007 and 2008 these materials were provided to the Department of Justice and embossed with bates-stamp numbers having the prefix "HHD." The Department of Justice has produced these materials, as well as the materials described in the preceding paragraph 10, to the defendants.

12. Attachment 2 hereto is a list of SPAs that I understand were relied upon by the Department of Justice's consultant, Myers and Stauffer, LLC, in preparing summaries of state Medicaid reimbursement methodologies. I have reviewed each of the SPAs identified in Attachment 2. Each SPA is in a format used by CMS and the States for amending State Plans

under the Medicaid program. Each SPA indicates that it was approved by CMS or its predecessor HCFA. Based on this, I conclude that each SPA identified in Attachment 2 is a true and correct copy of a federally-approved SPA setting forth the activities of the agency.

I declare under the penalties of perjury that the foregoing statements are true and correct. Executed this 20th day of July, 2009.

*William S. Lasowski*
William S. Lasowski, Deputy Director
Center for Medicaid and State Operations
Centers for Medicare & Medicaid Services

# Attachment 1 to the Declaration of CMS Official, William Lasowski

| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>HEALTH CARE FINANCING ADMINISTRATION | | FORM APPROVED<br>OMB NO. 0938-0193 |
|---|---|---|
| **TRANSMITTAL AND NOTICE OF APPROVAL OF STATE PLAN MATERIAL**<br><br>**R: HEALTH CARE FINANCING ADMINISTRATION** | 1. TRANSMITTAL NUMBER:<br>9 6 -- 0 0 8 | 2. STATE:<br>MAINE |
| | 3. PROGRAM IDENTIFICATION: TITLE XIX OF THE SOCIAL SECURITY ACT (MEDICAID) | |
| TO: REGIONAL ADMINISTRATOR<br>HEALTH CARE FINANCING ADMINISTRATION<br>DEPARTMENT OF HEALTH AND HUMAN SERVICES | 4. PROPOSED EFFECTIVE DATE<br><br>4/1/96 | |

5. TYPE OF PLAN MATERIAL (CHECK ONE):

☐ NEW STATE PLAN     ☐ AMENDMENT TO BE CONSIDERED AS NEW PLAN     ☒ AMENDMENT

COMPLETE BLOCKS 6 THRU 10 IF THIS IS AN AMENDMENT (Separate Transmittal for each amendment)

| 6. FEDERAL STATUTE/REGULATION CITATION: | 7. FEDERAL BUDGET IMPACT:<br>a. FFY _____ $ _____<br>b. FFY _____ $ _____ |
|---|---|
| 8. PAGE NUMBER OF THE PLAN SECTION OR ATTACHMENT:<br><br>ATTACHMENT 4.19-B, PAGE 3 | 9. PAGE NUMBER OF THE SUPERSEDED PAN SECTION OR ATTACHMENT (If Applicable):<br><br>ATTACHMENT 4.19-B, PAGE 3 |

10. SUBJECT OF AMENDMENT:

PRESCRIBED DRUGS -- PAYMENT RATES

| 11. GOVERNOR'S REVIEW (Check One):<br>☐ GOVERNOR'S OFFICE REPORTED NO COMMENT<br>☐ COMMENTS OF GOVERNOR'S OFFICE ENCLOSED<br>☐ NO REPLY RECEIVED WITHIN 45 DAYS OF SUBMITTAL | ☒ OTHER, AS SPECIFIED<br>COMMISSIONER, DEPT. OF HUMAN SERVICES |
|---|---|
| 12. SIGNATURE OF STATE AGENCY OFFICIAL:<br>*Kevin W Concannon* | 16. RETURN TO:<br><br>Francis T. Finnegan, Jr.<br>Director, Bureau of Medical Services<br>#11 State House Station<br>249 Western Ave.<br>Augusta, ME 04333-0011 |
| 13. TYPED NAME:<br>Kevin W. Concannon | |
| 14. TITLE:<br>Commissioner, Maine Department of Human Services | |
| 15. DATE SUBMITTED:<br>6/26/96 | |

**FOR REGIONAL OFFICE USE ONLY**

| 17. DATE RECEIVED:<br>June 29, 1996 | 18. DATE APPROVED:<br>August 30, 1996 |
|---|---|
| PLAN APPROVED - ONE COPY ATTACHED | |
| 19. EFFECTIVE DATE OF APPROVED MATERIAL:<br>April 1, 1996 | 20. SIGNATURE OF REGIONAL OFFICIAL: |
| 21. TYPED NAME:<br>Ronald Preston | 22. TITLE: Associate Regional Administrator<br>Division of Medicaid |
| 23. REMARKS: | |

FORM HCFA-179 (07-92)             **Instructions on Back**

HHD040-0115        F

STATE PLAN UNDER TITLE XIX OF THE SOCIAL SECURITY ACT

Attachment 4.19-B
Page 3

State: Maine

PAYMENT RATES FOR CARE AND SERVICES OTHER THAN INPATIENT HOSPITAL

12. Prescribed drugs, dentures, and prosthetic devices; and eyeglasses prescribed by physician skilled in diseases of the eye or by an optometrist.   **OFFICIAL**

   a. Prescribed drugs - Payment is made at the lowest of the following (1) Estimated Acquisition (EAC) plus professional fee, (2) Maine Maximum Allowable Cost (MMAC) plus professional fee, (3) Federal Upper Limits (FUL) plus professional fee, or (4) the provider's usual and customary charge or any amount the provider will accept from any other third party program as from the public in the form of discounts, special rebates, incentives, coupons, club plans or contracts with the exception of senior citizen discounts. Reimbursement for compound drugs is based upon a professional compounding fee and the cost of ingredients.

   For pharmacy providers serving nursing facilities, ICFs/MR and boarding homes for which Medicaid is billed, reimbursement is at average wholesale price minus 7 1/2% for only the actual doses administered, with one dispensing fee per month; and the program results in no drugs subject to return for credit.

   b. Dentures - See item 10 above.

   c. Prosthetic Devices - The State Agency will make payments based upon the acquisition cost for these devices.

   d. Eyeglasses - Payment is made on the basis of a fixed fee schedule, but not to exceed the 75th percentile established by Medicare Part B.

13. Other diagnostic, screening, preventive and rehabilitative services - The State agency will apply the payment rate as described in Attachment 4.19-A when provided by a hospital and as described in Item 5 above when provided as Physicians' Services.

   Rehabilitation Services:

   a. Private non-medical institutions - Payment is made under contracts which are based on capitation rates.

   b. Mental health Clinic services - Payment is made based on negotiated rates.

   c. Substance Abuse Treatment Services - Payment is made based on fee-for-service rates.

   d. Day Health Services - Payment is made based on a fixed fee schedule.

   e. Rehabilitation Services - Payment is made based on a negotiated fee schedule.

   f. Early Intervention Services - Payment is made based on a negotiated fee schedule.

   g. Home Based Mental Health - Payment is made based on a negotiated fee schedule.

---

TN No. __96-008__   Approval Date __8/2/96__   Effective Date __4/1/96__
Supersedes
TN No. __95-006__

OBS. BY TN# 96-009
EFF. 7/23/98

HHD040-0116

# Attachment 2 to the Declaration of CMS Official, William Lasowski

**Attachment 2 to the Declaration of
CMS Official, William Lasowski**

| State | TN # | Bates Number |
|---|---|---|
| Alabama | AL-98-05 | HHD137-0174 |
| Alaska | 89-2 | HHC020-1268 - 1269 |
|  | 00-007 | HHD074-0005 |
| Arizona | NA |  |
| Arkansas | 99-03 | HHD076-0017 |
|  | 99-03 | HHD076-0019 |
|  | 99-23 | HHD076-0016 |
|  | 00-05 | HHD076-0015 |
|  | 00-11 | HHD076-0014 |
|  | AR-01-07 | HHD076-0013 |
|  | AR-01-07 | HHD076-0018 |
| California | 95-002 | HHD041-0175 |
|  | 03-012 | HHD041-0169 - 0172 |
|  | 04-010 | HHD041-0162 - 0163 |
|  | 04-010 | HHD041-0165 |
| Colorado | 90-03 | HHD038-1103 |
|  | 01-011 | HHD038-1114 - 1115 |
|  | 03-018 | HHD038-1199 - 1200 |
| Connecticut | 91-8 | HHD040-0235 |
|  | 91-8 | HHD040-0248 |
|  | 93-16 | HHD040-0249 |
|  | 95-011 | HHD040-0240 |
|  | 95-010 | HHD040-0231 |
|  | 95-018 | HHD040-0247 |
|  | 00-006 | HHD040-0233 |
|  | 04-008 | HHD040-0218 |
|  | 05-006 | HHD040-0208 |
|  | 05-006 | HHD040-0215 |
| Delaware | SP-397 | HHD039-0082 - 0083 |
| District of Columbia | 97-08 | HHD039-0024 |
|  | 03-003 | HHD039-0020 |
|  | 05-05 | HHD039-0026 |
|  | 05-05 | HHD039-0015 - 0016 |
| Florida | 93-56 | HHD137-0181 |
| Georgia | NO DOCS |  |
| Hawaii | 90-15 | HHD041-0084 |
|  | 91-02 | HHD041-0083 |
|  | 92-08 | HHD041-0080 - 0081 |
|  | 92-08 | HHC016-0581 |

1

**Attachment 2 to the Declaration of
CMS Official, William Lasowski**

|  | 96-002 | HHD041-0078 |
|---|---|---|
|  | 97-005 | HHD041-0072 - 0075 |
|  | 99-003 | HHD041-0068 - 0069 |
|  | 99-003 | HHD041-0063 |
|  | 01-004 | HHD041-0066 - 0067 |
|  | 02-006 | HHD041-0065 |
|  | 02-007 | HHD041-0061 |
|  |  |  |
| Idaho | 99-001 | HHD074-0251 |
|  | 01-012 | HHD074-0114 |
|  | 02-006 | HHD074-0121 |
|  | 03-002 | HHD074-0163 - 0164 |
|  | 04-002 | HHD074-0143 - 0144 |
|  | 06-007 | HHD074-0185 - 0186 |
|  |  |  |
| Illinois | 95-16 | HHD075-0089 - 0090 |
|  | 00-15 | HHD075-0038 - 0039 |
|  | 01-15 | HHD075-0043 - 0044 |
|  | 02-09 | HHD075-0048 |
|  |  |  |
| Indiana | 90-4 | HHD075-0114 |
|  | 93-032 | HHD075-0129 |
|  | 02-005 | HHD075-0092 - 0093 |
|  | 05-011 | HHD075-0109 |
|  |  |  |
| Iowa | MS-90-13 | HHD077-0069 |
|  | MS-99-2 | HHD077-0068 |
|  | MS-99-9 | HHD077-0067 |
|  | MS-02-24 | HHD077-0066 |
|  | MS-02-24 | HHD077-0072 |
|  | MS-03-16 | HHD077-0065 |
|  | MS-03-16 | HHD077-0071 |
|  | MS-05-013 | HHD077-0064 |
|  | MS-05-018 | HHD077-0070 |
|  |  |  |
| Kansas | MS-95-02 | HHD077-0098 |
|  | MS-00-11 | HHD077-0102 |
|  | MS-00-14 | HHD077-0097 |
|  | MS-02-02 | HHD077-0099 |
|  | MS-02-09 | HHD077-0096 |
|  | MS-02-09 | HHD077-0101 |
|  |  |  |
| Kentucky | NO DOCS |  |
|  |  |  |
| Louisiana | 92-01 | HHD076-0040 - 0041 |
|  | 92-01 | HHD076-0043 |
|  | 98-11 | HHD076-0042 |
|  | 99-12 | HHD076-0039 |
|  | 00-08 | HHD076-0038 |
|  | 01-08 | HHD076-0037 |
|  |  |  |
| Maine | 90-21 | HHD040-0120 |

2

**Attachment 2 to the Declaration of
CMS Official, William Lasowski**

|  | 02-005 | HHD040-0096 |
|---|---|---|
|  | 04-016 | HHD040-0078 - 0079 |
|  |  |  |
| Maryland | 88-8 | HHD039-0220 - 0221 |
|  | 91-19 | HHD039-0222 |
|  | 93-4 | HHD039-0194 |
|  | 93-4 | HHD039-0217 |
|  | 97-1 | HHD039-0193 |
|  | 97-1 | HHD039-0201 |
|  | 99-3 | HHD039-0183 |
|  | 99-3 | HHD039-0180 |
|  | 99-3 | HHD039-0178 |
|  | 03-7 | HHD039-0171 |
|  | 03-7 | HHD039-0173 |
|  | 04-08 | HHD039-0181 |
|  | 04-23 | HHD039-0133 |
|  | 05-03 | HHD039-0146 |
|  |  |  |
| Massachusetts | 93-03 | HHD040-0030 |
|  | 00-006 | HHD040-0032 -0033 |
|  | 03-004 | HHD040-0028 |
|  | 03-025 | HHD040-0018 |
|  | 05-003 | HHD040-0015 |
|  |  |  |
| Michigan | 01-15 | HHD075-0146 |
|  | 04-13 | HHD075-0161 |
|  | 05-03 | HHD075-0167 |
|  |  |  |
| Minnesota | 91-21 | HHD075-0358 |
|  | 91-21 | HHD075-0349 - 0350 |
|  | 98-32 | HHD075-0363 |
|  | 03-01 | HHD075-0242 - 0243 |
|  | 03-29 | HHD075-0259 - 0260 |
|  | 03-29 | HHD075-0247 |
|  | 03-29 | HHD075-0253 |
|  | 05-09 | HHD075-0326 - 0328 |
|  | 05-09 | HHD075-0330 |
|  |  |  |
| Mississippi | NO DOCS |  |
|  |  |  |
| Missouri | 01-45 | HHD077-0127 |
|  |  |  |
| Montana | 88(10)02 | HHD038-1056 |
|  | 95-01 | HHD038-1054 |
|  | 00-008 | HHD038-1047 |
|  | 03-002 | HHD038-0961 |
|  | 03-002 | HHD038-0964 |
|  |  |  |
| Nebraska | MS-95-7 | HHD077-0162 |
|  | MS-95-7 | HHD077-0165 |
|  | MS-02-10 | HHD077-0160 |
|  | MS-02-10 | HHD077-0163 |

Attachment 2 to the Declaration of
CMS Official, William Lasowski

| | | |
|---|---|---|
| Nevada | 91-21 | HHD041-0248 |
| | 95-01 | HHD041-0247 |
| | 02-12 | HHD041-0246 |
| | 03-16 | HHD041-0245 |
| | 04-02 | HHD041-0224 |
| | 04-018 | HHD041-0244 |
| | | |
| New Hampshire | 90-14 | HHD040-0166 |
| | 93-15 | HHD040-0165 |
| | 94-11 | HHD040-0158 |
| | 98-12 | HHD040-0154 |
| | 01-11 | HHD040-0152 |
| | 02-013 | HHD040-0140 |
| | 04-001B | HHD040-0137 |
| | | |
| New Jersey | 87-20B | HHD037-0129 - 0134 |
| | 95-6 | HHD037-0128 |
| | 96-11 | HHD037-0126 - 0127 |
| | 96-29 | HHD037-0121 - 0125 |
| | 03-05-MA | HHD037-0119 |
| | | |
| New Mexico | 91-06 | HHD076-0069 |
| | 91-06 | HHD076-0074 |
| | 91-17 | HHD076-0073 |
| | 92-03 | HHD076-0072 |
| | 98-01 | HHD076-0068 |
| | 98-01 | HHD076-0071 |
| | NM 02-02 | HHD076-0070 |
| | 04-10 | HHD076-0066 - 0067 |
| | | |
| New York | 90-45 | HHD037-0062 |
| | 95-13 | HHD037-0060 |
| | 98-30 | HHD037-0059 |
| | 03-37 | HHD037-0057 |
| | 04-41 | HHD037-0055 |
| | 05-53 | HHD037-0054 |
| | 06-30 | HHD037-0017 - 0018 |
| | | |
| North Carolina | 89-09 | HHD137-0248 |
| | 92-05 | HHD137-0247 |
| | 01-25 | HHD137-0242 |
| | 01-25 | HHD137-0245 |
| | | |
| North Dakota | 90-06 | HHD038-0034 |
| | 02-013 | HHD038-0100 |
| | 02-022 | HHD038-0107 |
| | 03-007 | HHD038-0110 |
| | 05-005 | HHD038-0120 |
| | | |
| Ohio | No Docs | |

**Attachment 2 to the Declaration of**
**CMS Official, William Lasowski**

| | | |
|---|---|---|
| Oklahoma | 90-04 | HHD076-0084 |
| | 93-16 | HHD076-0081 |
| | 95-19 | HHD076-0083 |
| | 00-02 | HHD076-0080 |
| | 00-02 | HHD076-0082 |
| | OK-02-03 | HHC010-0671 |
| | 03-15 | HHD076-0077 |
| | | |
| Oregon | 91-8 | HHD074-0265 - 0267 |
| | 01-12 | HHD074-0389 |
| | 02-04 | HHD074-0327 - 0328 |
| | 02-16 | HHD074-0412 - 0414 |
| | 02-17 | HHD074-0417 - 0418 |
| | 02-17 | HHD074-0431 |
| | 03-14 | HHD074-0432 |
| | 04-10 | HHD074-0316 |
| | | |
| Pennsylvania | 95-22 | HHD039-0347 |
| | 05-012 | HHD039-0305 |
| | | |
| Rhode Island | 87-15 | HHD040-0062 |
| | 95-005 | HHD040-0061 |
| | 95-017 | HHD040-0057 |
| | | |
| South Carolina | NO DOCS | |
| | | |
| South Dakota | 90-11 | HHD038-0492 |
| | 91-16 | HHD038-0422 |
| | 05-015 | HHD038-0253 |
| | | |
| Tennessee | NO DOCS | |
| | | |
| Texas | 90-12 | HHD076-0129 |
| | 90-12 | HHD076-0135 |
| | 90-12 | HHD076-0140 |
| | 95-20 | HHD076-0128 |
| | 95-20 | HHD076-0134 |
| | 95-20 | HHD076-0139 |
| | 96-01 | HHD076-0127 |
| | 96-01 | HHD076-0133 |
| | 96-01 | HHD076-0138 |
| | 97-15 | HHD076-0126 |
| | 97-15 | HHD076-0132 |
| | 97-15 | HHD076-0124 |
| | 03-26 | HHD076-0125 |
| | 03-26 | HHD076-0130 |
| | 03-26 | HHD076-0123 |
| | 04-31 | HHD076-0121 - 0122 |
| | | |
| Utah | 89-02 | HHD038-0535 |
| | 90-28 | HHD038-0804 |

5

**Attachment 2 to the Declaration of
CMS Official, William Lasowski**

|  | 93-002 | HHD038-0797 |
|---|---|---|
|  | 93-002 | HHD038-0538 |
|  | 00-012 | HHD038-0811 |
|  | 01-004 | HHD038-0824 |
|  | 01-004 | HHD038-0537 |
|  | 03-005 | HHD038-0823 |
|  |  |  |
| Vermont | 96-6 | HHD040-0198 |
|  | 00-06 | HHD040-0180 |
|  | 00-09 | HHD040-0196 |
|  | 01-24 | HHD301-0047 |
|  | 05-07 | HHD040-0172 |
|  |  |  |
| Virginia | 95-07 | HHC007-0920 |
|  | 02-04 | HHD039-0423 |
|  | 02-08 | HHD039-0419 - 0420 |
|  | 03-09 | HHD039-0414 - 0416 |
|  | 03-10 | HHD039-0411 |
|  | 04-16 | HHD039-0386 |
|  | 04-16 | HHD039-0439 |
|  | 04-16 | HHD039-0388 - 0389 |
|  | 05-06 | HHD039-0374 |
|  | 06-02 | HHD039-0359 |
|  |  |  |
|  |  |  |
| Washington | 97-04 | HHD074-0484 -0486 |
|  | 02-022 | HHD074-0476 |
|  | 03-004 | HHD074-0438 |
|  | 03-004 | HHD074-0434 |
|  | 03-004 | HHD074-0438 - 0441 |
|  |  |  |
| West Virginia | 97-12 | HHD039-0546 |
|  | 00-11 | HHD039-0538 - 0539 |
|  | 03-10 | HHD039-0501 - 0503 |
|  | 05-03 | HHD039-0567 |
|  | 05-03 | HHD039-0471 |
|  |  |  |
| Wisconsin | 03-010 | HHD075-0420 - 0421 |
|  |  |  |
| Wyoming | 91-04 | HHD038-0930 |
|  | 91-09 | HHD038-0840 - 0841 |
|  | 01-004 | HHD038-0827 |
|  | 02-002 | HHD038-0874 |