UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS Subcategory No. 06-11337-PBS Hon. Patti B. Saris |

# ADDENDUM

TO

**UNITED STATES' CONSOLIDATED MEMORANDUM OF LAW IN SUPPORT OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION TO THE DEY DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Summary of Spreads Between Dey AWPs and Average Price for Pharmacy Class of Trade based on Dey Indirect Transaction Data as calculated by StoneTurn, LLC

| | | 1993 | 1995 | 1997 | 1999 | 2001 | 2003 | 2005 | 2007 |
|---|---|---|---|---|---|---|---|---|---|
| Albuterol Inhalation Aerosol 17 gm (90 mcg Aerosol Inhaler) | 49502-0303-17 & 49502-0333-17 | | 73.6% | 413.2% | 636.3% | 378.7% | 408.9% | | |
| Albuterol Inhalation Aerosol (refill) 17 gm | 49502-0303-27 & 49502-0333-27 | | | 405.5% | 575.9% | 512.2% | | | |
| Albuterol Inhalation Solution 0.5%,   20 ml | 49502-0196-20 & 49502-0105-01 | | | 189.4% | 256.8% | 294.9% | 364.8% | | |
| Albuterol Sulfate 0.083%    3 ml, 25s | 49502-0697-03 & 49502-0697-24 | 98.9% | 180.0% | 259.3% | 383.5% | 586.5% | 823.5% | 1050.5% | 1193.5% |
| Albuterol Sulfate 0.083%  3 ml, 30s | 49502-0697-33, 49502-0697-29, 49502-0697-30 | | 166.7% | 262.1% | 381.4% | 610.5% | 835.7% | 1088.9% | 1223.1% |
| Albuterol Sulfate 0.083%   3 ml 60s | 49502-0697-60, 49502-0697-61 | 87.3% | 180.8% | 262.6% | 385.4% | 616.7% | 860.9% | 1110.5% | 1246.1% |
| Cromolyn Sodium 2 ml 120s | 49502-0689-12 | | 50.3% | 90.9% | 150.4% | 300.9% | 415.4% | 367.0% | |
| Cromolyn Sodium 2 ml 60s | 49502-0689-02, 49502-0689-61 | | 47.5% | 88.9% | 149.6% | 300.7% | 405.8% | 424.7% | 341.4% |
| Ipratropium Bromide 0.02 % 2.5 ml, 25's | 49502-0685-03, 49502-0685-24, 49502-0685-26 | | | 129.1% | 203.2% | 369.3% | 710.7% | 1359.3% | 1690.7% |
| Ipratropium Bromide 0.02 % 2.5 ml, 30's | 49502-0685-33, 49502-0685-29, 49502-0685-31 | | | 139.9% | 208.5% | 361.9% | 760.5% | 1044.6% | 1298.6% |
| Ipratropium Bromide 0.02 % 2.5 ml, 60's | 49502-0685-60, 49502-0685-61, 49502-0685-62 | | | 129.9% | 209.2% | 376.1% | 755.8% | 1564.7% | 1699.8% |

Spreads listed above are representative examples from the Summaries A1 through A13 of the affidavit of Simon D. Platt.