UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS; ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS Subcategory No. 06-11337-PBS Hon. Patti B. Saris |

**UNITED STATES' NOTICE OF FILING EXHIBITS 76 TO 99 TO THE DECLARATION OF MARK LAVINE SUBMITTING EXHIBITS IN SUPPORT OF UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT, AND IN OPPOSITION TO ABBOTT LABORATORIES INC.'S MOTION FOR SUMMARY JUDGMENT**

The United States hereby gives notice of the filing of Exhibits 76 to 99 to the Declaration of Mark Lavine Submitting Exhibits in Support of United States' Memorandum of Law in Support of Cross-motion for Partial Summary Judgment and 56.1 Statement, and in Opposition To Abbott Laboratories Inc.'s Motion for Summary Judgment and 56.1 Statement.

Respectfully submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL K. LOUCKS<br>ACTING UNITED STATES ATTORNEY | MICHAEL F. HERTZ<br>DEPUTY ASSISTANT ATTORNEY GENERAL |
| \_\_\_s/ George Henderson_____<br>George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3398<br>Fax: (617) 748-3272 | \_\_\_/s  Gejaa Gobena_____<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Gejaa T. Gobena<br>Rebecca Ford<br>Elizabeth Strawn<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C.  20044<br>Phone:  (202) 307-1088<br>Fax: (202) 307-3852 |
| JEFFREY H. SLOMAN<br>ACTING UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | |
| \_\_/s Mark Lavine_____<br>Mark A. Lavine<br>Ann St. Peter-Griffith<br>Special Assistant U.S. Attorneys<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL  33132<br>Phone:  (305) 961-9003<br>Fax: (305) 536-4101 | |

Dated: July 24, 2009

CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **UNITED STATES' NOTICE OF FILING EXHIBITS 76 TO 99 TO THE DECLARATION OF MARK LAVINE  SUBMITTING EXHIBITS IN SUPPORT OF UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT, AND IN OPPOSITION TO ABBOTT LABORATORIES INC.'S MOTION FOR SUMMARY JUDGMENT**" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

    /s/ Mark Lavine

Dated: July 24, 2009