# Exhibit 78




MICHAEL HEGGIE
MANAGER, REIMBURSEMENT
0R69; AP 34 Ext. 7-1784
INTEROFFICE MEMO

DATE: October 26, 1994

TO: J. Ward

cc D. Longley

RE: **Medicaid Rebates**

I would like to give you an update and my recommendations again so that we can get the rebate program working correctly.

**Bulletin 12 Compliance:**

We need to resolve this issue. What if any new products will we be including on the HCFA eligible list?

**Illinois:**

We should make every attempt to get this back.

**Reserves and Payments:**

We are not adequately watching this. We are under estimating the cost of this program.

We must track the payment to the individual states and check this against the initial claims so that there are limited amounts in dispute. Disputed amounts may be costing us interest expense.

**Calculation of AMP and BP**

We must have coordination with HPD on pricing of the items on the HCFA list. We must adjust the prices we use for the AMP in particular so that there is not this huge discrepancy between list price and sale price thus forcing us to rebate more than we need to.

**Follow Up**

We need to develop a follow up mechanism with PPD so that we are receiving timely and correct documentation from the states when we have a claim in dispute.

Confidential
AB0018683

**Hospital Products Division**

Michael Heggie
Manager, Reimbursement
Dept. R69, AP34
Abbott Park, IL 60064

December 12, 1995

Mr. Marvin Hazelwood
210 South Grand Ave E
3rd Floor Bloom Bldg.
Springfield, Il 62763-0001

Dear Mr. Hazelwood,

I need help with a problem involving an overpayment that Abbott Laboratories made to the State of Illinois.

Some time ago we discovered we had overpaid a Medicaid rebate for the third quarter of 1993. We discovered this in mid 1994 and I have been working on recovering this money since late 1994, which is approximately one year. I have spoken to Alberta Levan who you suggested I contact after I explained the problem to you. Ms. Levan has been very pleasant but to date I have heard nothing from the State of Illinois.

Could you please help me with the recovery of our $83,000.00 overpayment. If there is anything we can do I am willing to do it, however, I do not want to let this go on much longer. If there is some one else who could help would you put us in touch with that person. This is not a complicated problem involving a dispute over units of measure or some other issue. It is a straight forward mistake on our part which together we can easily rectify.

I have worked with the Medicaid rebate program for two years now and I appreciate the difficulties you have in administering this program but I am sure you agree with me that a year is long enough to solve this problem. Let me know what to do so that we can see resolution in the remainder of this year.

Thank you for the help.

Sincerely,

Michael Heggie

Confidential
AB0018684