# Exhibit 79



# ABBOTT

**Hospital Products Division**

Michael Heggie
Manager, Reimbursement
Abbott Renal Care;
Dept. R69, AP34
Abbott Park, IL 60064

January 12, 1995

Mr. Al Beachley
Medicaid Drug Rebate Program
P.O. Box 26686
Baltimore, MD 21207-0486

Restatement of AMP's

Dear Al,

In Release Number 14 you have stated you wish to be notified if a manufacturer is going to recalculate AMPs. We are going to recalculate some AMPs for some Abbott products.

Abbott Laboratories is a divisionalized multinational corporation. Divisions operate within the corporation in different ways. The two divisions effected by the Medicaid drug Rebate Program conduct their business in different manners. Pharmaceutical Products Division and Hospital Products Division are the two divisions effected by this program and their businesses are conducted differently.

We are going to restate the AMPs for the Hospital Products Division.

We must recalculate the AMPs for the Hospital Products Division because in some cases we are paying more in rebate than we are being paid for the drug. This is our error in our initial programming of the software utilized to calculate the AMP for the products coming from the Hospital Products Division. This error can be explained simply. We misunderstood the definition of Average Manufacturer Price as it appears in the original legislation.[OBRA 90 Part 1 Reductions in Spending Sec. 4401 (k)(1)]. We intend to correct this past error immediately.

At the inception of the program Hospital Products Division believed it would be little effected by this legislation. Therefore, the Hospital Products Division did not commit the time and resources to properly administer the program. It is my belief that we incorrectly stated the AMP from the beginning. We have stated the AMP without taking into consideration discounts etc., and consequently have paid more in rebate amounts than we should have.

ABT214133

ABBOTT

BMW036-1619

You asked us to state if this recalculation will be retroactive and prospective. It will be both. We will be going back to 2Q94 and calculating from there forward. It is our intention not to cause the individual states time and money in dealing with the recalculations. However, because we have overpaid, excessively in some cases, we wish to receive credit for those overpayments. *from 2Q94 to the recalculation*

The supporting documentation follows. I hope for your prompt reply so this matter can be cleared up as quickly as possible.

As I have mentioned to both you and Sue Gaston I also believe that Abbott Hospital Products division is paying rebates for products which are not meant to be captured in this legislation. That issue has nothing to do with the restatement of the AMP's, however, it is an issue I will deal with once I have the AMP's under control.

It was a pleasure to meet both you and Sue Gaston in Washington last week. I was pleased with the level of cooperation that exists between the states, the manufacturers, and HCFA. My experience has been mostly with the Medicare folks who I find equally helpful and genuinely concerned with doing the right thing for all parties. I am pleased that attitude extends to the Medicaid folks as well. I look forward to working with both you and Sue.

Sincerely,

Michael Heggie

ABT214134

ABBOTT                                                                                                    BMW036-1620