# Exhibit 80



### Hospital Products Division

Michael Heggie
Manager, Reimbursement
Dept. R69, AP34
Abbott Park, IL 60064



February, 9, 1995

Mr. Al Beachley
Medicaid Drug Rebate Program
P.O. Box 26686
Baltimore, MD 21207-0486

Restatement of AMP's

Dear Al,

I want to thank you and Larry Reed for talking to me yesterday afternoon. I would like to start the restatement as soon as possible.

As I explained to you and Larry on the phone we have overstated the AMP for some products. We have not captured, in our calculations, charge backs given to wholesalers who are selling hospital products to the retail class of trade.

The overall number of products on which we are restating is small and, therefore, I believe the restatement of AMP will have an impact on the program of $200,000.00 to $300,000.00 over the course of a year. However, without going all the way through the entire recalculations I cannot be certain; The impact could be as much as $500,000.00. Again that is for the year ond over the entire Hospital Products line.

Thanks for the help. I look forward to your response so that I can go forward with this recalculation. I would like to see the transmission for the first quarter of 1995 reflect these changes.

Sincerely,

Michael Heggie

**ABT214165**