# Exhibit 81



*Mike congratulations and thanks — can you help me estimate impact in 1995 (credits) ?*

*FYI the fun starts now*

# ⊐ABBOTT

## Hospital Products Division

Michael Heggie
Manager, Reimbursement
Dept. R69, AP34
Abbott Park, IL 60064

RECEIVED   MAR 1 1995

EXHIBIT
#796
5/17/07

February 24, 1995

Mr. Mike Keogh
Office of Medicaid Policy
P.O. Box 26686
Baltimore, MD 21207-0486

Sent Via Fax as per your instructions

Dear Mr. Keogh,

As per our conversation of this morning I understand that I have your approval to proceed with the restatement of the AMP's for the Hospital Products Division of Abbott Laboratories. This is good news and I thank you for your help.

As I told you we estimate the impact to be less than $500,000.00  Should we exceed this figure I will advise you.

Thank you for the confidence you placed in us by giving us this verbal go ahead.

Sincerely,

Michael Heggie

**ABT214131**