# Exhibit 83

 **ABBOTT**

| | **FROM:** | Donald C. Robertson |
| | | Vice President & General Manager |
| | | Alternate Site |
| **INTEROFFICE CORRESPONDENCE** | **DEPT:** | D-H50  **BLDG:** J14 **EXT:** 7-9984 |

**TO:**  Kris Kringel

**DATE:**  June 14, 1991

**CC:**  Ginny Tobiason
Chris Begley
Bill Dempsey
Mike King
John Ward

**RE:**  **PROPOSED RULES CHANGES PUBLISHED BY HCFA**

Attached are the proposed rules changes published by HCFA regarding the reimbursement for drugs "incident to" patient treatment in the physician's office or dialysis center.  These rules are being published within the larger context of a re-examination of the entire system and allocation of physician reimbursement.  The changes are intended to effect drugs administered by injection or infusion.  This would include Pain Management drugs, Oncolytics, Lupron, and Calcijex.  Rationale for a 15% reduction in reimbursement is that physicians should be able to achieve a 15% discount from manufacturers and wholesalers and that AWP is a poor indicator of actual drug acquisition cost.

Several professional groups have vested interests in resisting these changes.  They include the American Society of Clinical Oncology (ASCO), the PMA, the American Society of Nephrology (ASN), and the Alliance for Infusion Therapy.  These groups are being contacted by appropriate Alternate Site and Abbott Washington personnel to determine a response to the proposed rules changes.  As these responses take shape, we will discuss them with you. The HCFA proposal has significant momentum, and we believe that some form of reimbursement reduction has a high probability of occurring.  Our efforts are to ensure that these changes are as small as possible.  The abandonment of AWP as a good indicator of product acquisition cost and the statement in the proposal that "wholesale price guidelines substantially overstate the true cost of drugs" as well as the statement that "ultimately there should be a national drug fee schedule" have significant implications for our business.  The framework for a downward spiral of drug prices is laid through these rules.

We will keep you informed of progress regarding the industry responses and our response both as supplier and manufacturer.



EXHIBIT
ROBERTSON
2
9-13-07

MEMOS DOC/4

ABT212056

HLY CONFIDENTIAL                                    ABT-DOJ 0048753

JUN 1 1 1991

FOR REIMBURSEMENT  TASK  FORCE

(per attached  distribution   list)

U.S. HEALTH  CARE  SYSTEM  REFORM

A CURRENT  PROFILE

JUNE  1,  1991

Contact:  Victoria  Shain
Abbott-Washington
202/659-8524

**ABT212057**

ABBOTT

BMW035-3501

## INTRODUCTION

"Health care reform" has moved to the top of the domestic agenda for Congress - at least for the Democratic leadership.  It will also be a top campaign issue for the 1992 elections.  The press has helped drive the momentum with prominent coverage over the last two years of the problems of cost and access.  While government and business have begun to make inroads into cost containment in the current system, the need to cover the uninsured and other unmet needs is pushing policy-makers to look at more widespread and fundamental reform measures.  Now five years into debate, with the benefit of numerous public and private sector studies and recommendations, it would appear that the options are narrowing and consensus is in the making.  While budget and special interest politics make a sweeping comprehensive federal response unlikely, the more likely an incremental approach will be dramatic.  Cost containment will be central to any plan.

The report which follows is intended to cull from the vast and complex universe of the health care reform debate to profile the essential aspects.  It's purpose is to make you aware of these developments because of their significance to our customers and the environment into which we will develop and market products.  It represents only one perspective and interpretation of the proposals and their likely outcome.  The issue is a moving target and will continue to evolve.

## THE PROBLEM

The issue centers around the high cost of health care in America compared to other industrialized nations while some 33 million people remain uninsured.  In addition, the cost of long-term chronic care requiring nursing home or home care for such conditions as Alzheimers, and stroke, is not adequately covered and leaves many impoverished.

**ABT212058**

ABBOTT

-2-

Total spending on health care in the U.S. was $660 billion in 1990, representing about 12% of our gross national product. On a per capita basis, the U.S. is currently spending $2,354 compared to $1,683 in Canada; $1,232 in Germany; $1,035 in Japan; and $836 in Britain. For business as well as for government, the cost of health benefits has become acute. Representing 24% of 1989 profits, the costs also seriously impact American businesses' foreign competitiveness. Importantly, while other countries spend less, they also provide a basic level of coverage for everyone. In the U.S., small businesses, the self-employed, and individuals who don't qualify for welfare, are either unable to obtain or afford health insurance coverage and fall between the cracks of others who receive health benefits under Medicare, Medicaid or other federal programs such as from the military for veterans.

Often cited as culprits of rising health care costs are: a steady stream of new technology innovations rapidly embraced and used by the medical profession; the fee-for-service payment incentives of the public and private insurers; and threat of malpractice lawsuits making doctors practice defensively.

While paying the most for health care, the U.S. makes available to those who have insurance the best in choices and technology, leaving others without access to even basic health care. Hospital emergency rooms become the entry point both for the routing and acute care needs of the uninsured. In past years, hospitals would shift the cost of this uncompensated care to the paying patients, that avenue is now limited. Now public and private payors also limit their payments, hospitals face real challenges to both make profits and survive, while seeing their uninsured patient loads increase.

The costs and uninsured crisis in America has also placed the quality of the care we're paying for under the microscope. Reportedly, life expectancy in the U.S. is shorter than in approximately 15 other nations, and infant mortality is worse than in 22 other countries. Research over the last ten years has also shown that we have wide variations in medical practice with varying outcomes and that it is often something other than scientific consensus that drives the choices doctors make.

**ABT212059**

ABBOTT

-3-

America's pluralistic system yields considerable inefficiencies. Of every dollar spent on health care, approximately 15 cents goes for administration through the public and private insurance system. This compares with 2~3% spent in Canada. U.S. providers face increasing costs associated with insurance payment and more oversight of their decisionmaking. Controlling costs in a system which pays separately for every service provided based mostly on billed charges (except for Medicare hospital inpatient services) has brought about intrusive and expensive micro management. The public and private parts that make up the health care system in the U.S. are mostly unconnected. The coverage and payment policies of Medicare are different from those of the private payors. Facing tighter payment form the government payors, hospitals and doctors have tended to shift the cost to the private payors, increasing (to the tune of about $12 billion) the health benefit costs of business.

Public opinion reveals anxiety over the costs of health care and the fear that without employment-based coverage, health insurance is unobtainable. In addition, the elderly are increasingly aware that Medicare does not protect them from the costs of long term nursing home or home care caused by chronic and severe illnesses such as Alzheimers or stroke.

While the federal government's attention has been focused on cutting the costs of existing federal health programs, it now faces the difficult political problem of having to find a way to cover the uninsured. Mounting Public pressure is making it difficult to avoid the hard choices over how to pay for this.

## WHY SHOULD ABBOTT CARE?

The implications of "reform" initiatives affect Abbott both as an employer and as a product manufacturer. For example, an apparent obvious outcome on the product side resulting from insurance coverage of the uninsured is increased utilization, therefore a broader market for products. However, this is likely to be offset be more formalized and widespread cost controls.

**ABT212060**

ABBOTT

-4-

<u>Our customers have a great deal at stake</u>.
<u>Hospitals</u> face increasing pressures on profitability and
survival resulting from reduced payment and utilization, an
increasing number of uninsured patients both treated and
admitted through the emergency room, and a diminishing
public-private price differential that previously allowed
them to shift the costs of uncompensated care.  <u>Doctors</u> face
increasingly reduced fees and oversight of their medical
practice decisions from government and private insurers.
Their financial incentive or ability to treat uninsured
patients is disappearing.  Reimbursement limits and bad debt
from uninsured patients place real cost pressures on the
providers of care - which translates into price pressures on
us.  A federal solution to cover the uninsured has
increasing support among our customers.

As an employer, Abbott faces possible tax
increases on the company and its employees to pay for at
least some portion of the uninsured; potential changes in
the tax laws for employee benefits; potential changes in the
ERISA laws for self-insured employers; and generally a more
intrusive federal role in insurance laws, benefits, and cost
control.  Abbott, like other companies, is experiencing
significant Health Benefits cost increases and is taking
steps to control them.

**THE PLAYERS AND PROPOSED SOLUTIONS**

Proposals range from:  (1) a sweeping national
health system where everyone is covered by the same system
and payment is negotiated regionally or locally with doctors
and hospitals  (2) maintaining the current public-private
pluralistic system filling the most critical gaps directly,
and providing incentives (mostly tax) for the rest.  With
cost containment realized through the range of "managed
care" approaches.  The <u>outcome</u> will be somewhere in between.
In general, the unions, consumer groups, and several liberal
democrats in Congress favor the former, while the business
community - with exceptions in the industrial sector - favor
changes within the current system.  Our customers - the AMA
and not-for-profit hospitals - <u>in general</u> favor a federal
role in mandating employer coverage and providing access for
the <u>unemployed</u> uninsured who are not covered by Medicaid.
The for-profit health care systems and the insurance
community oppose this approach in favor of tax and insurance
law changes.

**ABT212061**

ABBOTT

BMW035-3505

-5-

Central to the successful solution are  (1) the respective roles of government, private insurers, employers, and individuals;  (2) access to what level of coverage (primary, acute, catastrophic, etc.); and  (3) a financing mechanism that is politically acceptable.

## CONGRESSIONAL PROPOSALS

In Congress, the House and Senate have been working through partisan and bi-partisan task forces to produce a plan that responds to the political and public reactions to the proposals of the past five years.  These efforts have just hatched at least the framework of a new hybrid approach by the Democrats that builds on the recommendations of the Pepper Commission issued last year, but costing less and covering less.

While Senator Jay Rockefeller (D-W.VA) and Congressman Henry Waxman (D-CA) have introduced revised versions of the Pepper Commission recommendations, a larger Democratic Leadership proposal is taking shape along similar lines.  It is unlikely that either would pass in proposed form, but will serve as a "blueprint" on which to seek compromise with Republicans.  In this respect, the Democratic plan has two major hurdles to overcome to gain Republican support - it <u>mandates</u> employers to participate, and it involves <u>tax increases</u>.  It also includes strong cost containment mechanisms sure to be opposed by the provider community.  However, the proposal reflects some elements of broad consensus on which compromise will be easier.

### "Pay or Play" Approach

#### <u>The Employed Uninsured:</u>

The Democratic plan would cover the uninsured who have jobs (estimated to be two-thirds of all uninsured) by requiring employers with 100 employees and more to provide a basic benefit plan health insurance or to pay a tax to cover them - expected to be 7.5-8.0 percent or higher.  Tax credits would be provided to small businesses with fewer than 100 employees.  In addition, the proposal will include provisions to restructure the private health small group insurance market to reduce premiums for small businesses. The combination responds to the argument that small businesses cannot afford health insurance.

**ABT212062**

ABBOTT

-6-

### "AmeriCare":

Medicaid, the federal-state program providing health insurance for the poor, would be restructured to include the current Medicaid eligibles and those who are not covered in the workplace (because their employers chose to pay the tax rather than provide health benefits) and are not otherwise eligible for Medicare, Medicaid, or other federal programs. Named "AmeriCare", this program would provide the same basic benefits as employers to those below a federally-set poverty line. It would be free and require premiums from those above the poverty line based on income. The tax deduction for the self employed would be increased from 25% to 100%.

### Cost and Financing:

The Democratic proposal would be phased in over five years and would be financed in part by the tax on employers who choose not to provide health benefits directly to their employees. This cost is estimated to be $27.5 billion for those who do not currently insure. The plan is estimated to cost $24 billion/year in federal funds when fully implemented. Specific ways to pay for the plan are not yet developed. However, several options, are proposed, including increases in excise taxes on cigarettes and alcohol, an increase in the top income tax rate to 33 percent, and a 4 percent value added tax. Congressman Waxman seems to be inclined to use a combination of payroll and income tax increases to pay for the program. Unlike the original Pepper Commission proposal, this revised version excludes long-term care from it coverage. This will be addressed separately later. As such, its federal price tag is $24 billion versus the original $66 billion.

### Cost Controls:

Recognized by all policymakers as essential to any expansion of health benefits are stronger cost control mechanisms. The Democratic plan would create a National Health Care Expenditure Board that would set annual spending targets for health, and through a consortia of insurance firms, businesses and consumer groups in each state or locality would negotiate with doctor and hospital groups to set payment rates. Of special note and concern in this respect is the mention of special controls on reimbursement for new technology. Not spelled out are any enforcement strategies for cost control. It is likely that total

ABT212063

ABBOTT

-7-

spending over the set annual targets would trigger a
corollary reduction in the annual rate of increase for
health providers, as is now in place for Medicare physician
services - and is being proposed for all outpatient
services under Medicare.  Important is whether the targets
and cost controls would apply to all spending, including
that of current employer coverage.  If not, the cost shift
to large employers would be further aggravated.

     The use of practice guidelines, technology
assessment and "managed care" would be emphasized in both
public and private plans.  Malpractice reforms and paperwork
reduction will also be addressed in the comprehensive plan.

     **Outlook**

     The Democratic proposal is, as it is intended, a
blueprint or template form which to negotiate compromise.
It is recognized as not being enactable in its present form.
The Democrats want to take a leadership position in offering
a solution to the U.S. health care problem before next
year's election.  In doing so, they will put the Republicans
and the Bush Administration on the defensive.

     While our customers, the provider groups
(particularly AMA and AHA) support expanded access through
employment-based coverage, they will object to the spending
limits and cost control proposals.

     Both small and large businesses as represented by
the Federation of Independent Business, the National
Association of Manufacturers, and the U.S. Chamber of
Commerce **oppose** employer mandated coverage.

     The Health Insurance Association of America,
representing the commercial insurers, also oppose employer
mandates in favor of voluntary participation through more
affordable insurance options as well as targeted tax
exclusions and credits to encourage small businesses and
individuals to insure.

     The AFL-CIO considers the Democratic proposal
"promising", but would like to see it go further and have
even stronger cost containment.

**ABT212064**

ABBOTT

-8-

The outlines of the Democratic proposal – while having several major political hurdles in the form of employer mandates, increased taxes, and tough cost controls – also has some elements of broad agreement among various interest groups.  These are:  restructuring Medicaid to capture the near-poor and working poor, reform of the insurance market to make health coverage more affordable, and at least some formalized cost containment mechanism. Also, it represents a middle ground between doing nothing to expand access and more centralized federal national health or social insurance system which minimizes the role of the private sector, favored by John Dingell (D-MI) and Pete Stark (D-CA) in their proposals.

**THE BUSH ADMINISTRATION**

The Administration has not yet staked out its approach to the problems of health care access and cost control, except for the ongoing cost containment initiatives it pursues for the Medicare and Medicaid programs.  It has, however, recently put forward a proposal – to be enacted by the states – to limit the costs of malpractice and defensive medicine.  A specially appointed Commission on Social Security Reform created two years ago and charged with making recommendations on reforming the health care system, has been unable to reach agreement and disbanded last month. Instead, its report to be issued later this year, will reflect the findings and conclusions of the Commission as represented by its Chairman, Deborah Steelman, and staff. However, OMB Director, Darman, indicates an Administration position will be forthcoming in time for the 1992 elections.

Health and Human Services Secretary, Louis Sullivan, and spokespersons Assistant Secretary for Health, Constance Hoerner, who chairs the inter-agency task force on health reform and Gail Wilensky, Administrator of the Health Care financing Administration (Medicare and Medicaid) caution against rushing into quick global fixes to the problem.  They point out there is much that is good in our current system that should be preserved, and proposals to embrace a Canada-type system are foolhardy.

**ABT212065**

-9-

**The Uninsured:**  <u>The Administration does not</u>
<u>support employer mandated health insurance coverage but does</u>
<u>support small group market reforms to make insurance</u>
<u>affordable for small businesses</u> - recognizing that nearly
three-quarters of the uninsured are workers or dependents of
workers who lack workplace insurance.  In this respect, HHS
believes the five-point plan of the Health Insurance
Association of America which addresses this need, is a good
starting point.

Under the HIAA plan, small companies would be
guaranteed coverage; high-risk individuals could not be
excluded by either the insurer or the employer; policy
renewability would be guaranteed; and restrictions on
pre-existing medical conditions would be eliminated.  In
addition, a group's premium rate would be held to 135
percent of the median rate, and annual increases could not
exceed 15 percent of the year-to-year increase in the lowest
new business rate.

The HHS Sullivan inter-agency task force is also
looking at options which include: tax credits to help
modest-income people buy insurance; taxing as employee
income the health insurance premium employers pay, if it
exceeds a certain amount, to discourage provision of
high-cost benefits.  (Known as the "tax cap" proposal, this
plan has been opposed in the past by business and the
insurance industry.)

**Medicaid**

Also of interest but politically difficult for the
Administration is the recognition that Medicaid eligibility
leaves out a significant number of people who don't meet
state-set poverty levels and who cannot afford to buy
insurance or pay for health services.  Congress has made
several changes in the last three years to expand Medicaid
eligibility for more women and children.  This has already
imposed a financial hardship on states already strapped by
Medicaid budgets.  Federal mandates to expand Medicaid to
include more of the near-poor and working poor uninsured
would be strongly opposed by the states without a Federal
commitment of funds.

**ABT212066**

-10-

## Public Education

Talking to some of the other "discreet problems" fueling the need for reform, HHS emphasizes the need to continue aggressive public education on the need for individual responsibility for healthy lifestyles.  Pointing out that 250,000 low birthweight babies are born each year and 450,000 persons die each year from smoking, alcohol and drug abuse, the Administration says insurance won't cure illnesses from preventable disease.

### THE STATES

Medicaid expenditures shared by the federal and state governments for health care for the welfare eligible population increased by 18.4 percent in 1990 and are expected to rise by almost 25 percent in 1991.  Therefore, the Administration is highly sensitive to the reactions and initiatives of states to any additional federal mandates such as has been imposed on them in recent years, for example, to cover more pregnant women and children, as well as for new federal nursing home standards.

While states, like California and Wisconsin, pursue their own initiatives to cover the uninsured, the National Governors Association (NGA) is developing a model for states to follow in containing costs and expanding access.  A fifteen-member NGA panel is drafting formal policy options to be considered at NGA's annual meeting in August.  The outcome will be closely monitored by the Administration as they develop a Bush proposal for next year.  On cost containment an NGA task force proposes a state-level, all-payer system in which an association of purchasers would join together to negotiate payments with health care providers.  The state-level purchasing group could also make decisions on global budgeting or on defining total limits on health care allocations.

In developing its own health care package of proposals, the Administration will pay close attention to the direction the states are taking.  The Bush Administration, like the Reagan Administration, prefer state solutions over federal ones, and market place incentives over regulatory mandates.

**ABT212067**

ABBOTT

-11-

## OTHER MAJOR INTEREST GROUPS

Politically significant to any proposal to expand access to the uninsured and cost containment are unions, business, insurers, providers (doctors, hospitals, etc.) and consumers.

The **AFL-CIO** appears to be in general support of the Democratic Leadership plans as outlined, favoring even stricter cost containment. Others within the union ranks would opt for a national health insurance, single-payer, government controlled system, somewhere between Canada and Great Britain.

**Business,** (as represented by the National Association of Manufacturers, and the U.S. Chamber), share some themes in common with the commercial insurers as alternatives to the employer mandate approach, i.e.

- make small group and individual insurance affordable through reforms;

- "encourage" the purchase of insurance through targeted tax credits and deductibility;

- create state risk pools to make insurance affordable for otherwise uninsurable individuals;

- expand public coverage for the poor and near poor; and

- use "managed care" and outcomes-based practice guidelines to contain costs and improve quality.

### The Insurers

The Health Insurance Association of America is rising to the challenge to make health insurance affordable for the small employer market. HIAA's is advancing a reform and reinsurance legislative proposal that would:

**ABT212068**

ABBOTT                                                                    BMW035-3512

-12-

- guarantee small employer groups access to
  health insurance regardless of health risk
  presented;

- cover entire employer groups where neither an
  employer or an insurer would be able to exclude
  from group coverage individuals who present
  high medical risks;

- prohibit employer groups and/or individuals
  from being cancelled at renewal time because
  of deteriorating health;

- maintain continuity of coverage once a person
  has satisfied a plan's pre-existing condition
  restrictions, i.e. that person would not have
  to meet any new requirements when changing
  jobs or insurance carriers;

- limit how much rates could vary for groups
  similar in geography, demographic composition
  and plan design

- limit the year-to-year premium increases to
  no more than 15 percent above the carrier's
  "trend".

**THE AMA***

The AMA's <u>Health Access America</u> plan recommends,
among other things:

- employer-mandated health insurance such as
  in the Democratic Leadership proposal

- medicaid reform to increase access through
  uniform eligibility across all states for
  people at and below poverty level

- state risk pools for small employers and
  individuals otherwise unable to obtain
  affordable health insurance

ABT212069

-13-

- cost containment and quality improvement
  through the use of practice guidelines
  developed by the profession

- limiting the tax treatment of employee
  health care benefits; and

- malpractice reforms.

\* The College of American Physicians has its own reform
proposal, along with other physician groups who advocate
systems more like Canada.

### Hospitals

The not-for-profit hospitals come down differently
than the proprietary systems on health care reform.  While
they both wholeheartedly support managed care and practice
guidelines approaches to cost containment over payment cuts,
they differ on how to cover the uninsured.  Whereas the
non-profits support mandated employer-based insurance for
all working uninsured and access to affordable insurance
through reforms, the for-profits as a group (with exceptions
in the ranks) seem to retreat form endorsing federal
employer mandates in favor of incentives to purchase
affordable insurance.

**ABT212070**

ABBOTT

BMW035-3514

-14-

## OUTLOOK FOR REFORM

### ACCESS

**Prediction:**

**Universal coverage for everyone in the U.S. will build on the current public-private system of insurance rather than a centralized/ regionalized all-payer system.**

> **\* It appears likely there will be federal legislation this Congress (1991-92) to make insurance more accessible and affordable for small employers and individuals \*\***

Since the majority of the uninsured have some connection to employment, any viable proposal on access must include options for small employer coverage. Whether or not employers will be <u>mandated</u> to directly provide health insurance or pay a tax to fund it, won't be clear until late in the year after the Democratic package gets negotiated with Republican alternatives.

**Emerging as part of any mandated or voluntary approach addressing the employed uninsured will be small group market reform.** Such reform provisions could include 1) raising the small business threshold to 100 employees; 2) prohibiting pre-existing condition clauses; 3) requiring annual re-issuance of insurance policies; 4) prohibiting excluding individuals once the entire group is accepted; 5) providing a reinsurance mechanism for high risk persons; and 6) permitting small employers to use Medicare reimbursement rates.

In reaching agreement with insurers, sure to be an issue will be the role of the federal government vs. states, and the degree of regulation over the conditions of insurance vs. insurer flexibility.

**ABT212071**

ABBOTT

BMW035-3515

-15-

> ***The Democratic Leadership proposal will get
> bargained with more moderate Republican alter-
> natives such as those supported by business and
> insurers***

These will include:

-- small employer tax credits as an incentive
   to purchase health insurance for employees;

-- full deductibility for self-employed
   health insurance premiums;

-- state risk pools for high risk groups and
   individuals;

-- Medicaid expansion to include more
   of the near poor and medically indigent
   at or above the poverty line.

Without a funding source, states will resist this
last option given their already crippling Medicaid
expenditures.  The tax incentives also carry a federal cost
and will not "sail" through.  In addition to employer,
income taxes, and excise taxes to pay for the uninsured,
another one - visited many times in recent years - is to cap
or limit the tax-free health care benefits currently enjoyed
by employees of large employers with "rich" benefit
packages.

## COST CONTROLS

Cost containment is now an integral part of our
health care system.  While it is unlikely that a global
budgeting, single-payer system will emerge from the reform
debate, the government, private insurers, and employers (70
percent of large employers are self-insured) will continue
to get more aggressive in restraining costs.

ABT212072

ABBOTT

BMW035-3516

-16-

## MEDICARE

Since prospective payment (DRGs) for inpatient hospital care in 1983, the Medicare program has annual updates to hospitals below the hospital inflation rate and held limited payment increases for all other services.

**Some important current and future changes of significance to our customers and Abbott:**

-- In January 1992 Medicare will institute a new physician payment reform system that pays physicians based on resource use, establishes total expenditure targets, and ties increases or decreases in fee updates to meeting those targets.

-- Beginning October 1, 1991 and phased in over 10 years, Medicare will begin to pay hospitals for capital expenditures on a prospective basis with limits.

-- Under study for implementation in the near future is prospective payment for hospital outpatient services.

-- Being considered is prospective payment for all outpatient services and/or total expenditure targets for all Medicare Part B services (not just physician services).

-- "Bundling" of Services:  Already being evaluated in demonstration projects is the linking of Medicare Parts A and B into one payment for episodes of care or particular procedures involving inpatient and outpatient services, such as coronary by-pass.  Medicare has already moved to include EKGs as part of physician office visit payments.

-- A proposal recommended to HCFA by the Office of the Inspector General is to roll-in to physician office payments, the payment for laboratory services.  Known as "laboratory roll-in, or LRI", this proposal is unlikely to be realized within the next two years, but reflects a growing sentiment that volume will outstrip reimbursement controls unless capped or bundled.

**ABT212073**

-17-

While Medicare has not successfully enticed a large number of beneficiaries into the HMO/risk contract option, it continues to believe in "managed care" approaches to cost containment as preferable to micro managing under the current fee for service system.  To this end, HCFA is pursuing alternatives.  To preserve the important element of beneficiary "choice", one initiative under development is giving beneficiaries financial incentives to choose - on a service-by-service basis - one of a nationwide pool of Preferred Providers ("efficient doctors") selected by HCFA around the country and to be made known to beneficiaries. HCFA would prefer that these providers serve as primary care gatekeepers to all other needed services.  They are asking for ideas and participation from private insurers and the provider community.

Outcomes research/practice guidelines:  With the goal of making more rational and uniform medical practice and enhancing quality and "value", both Congress and the Administration are placing considerable hope in the use of practice guidelines.  The Agency for Health Care Policy and Research (AHCPR) was established by congress in 1989 to conduct research to identify medical practices that are most effective for the net outcome of the patient in diagnosing, treating and preventing selected conditions and disease states.  Based on this research, the agency will develop and disseminate guidelines designed to guide the clinical decisionmaking of physicians and hospitals.

While the government activity in outcomes will be most visible, in fact, this activity is being vigorously pursued by the insurers (Blue Cross/Blue Shield and the commercials).  In addition, AMA has a formal process for the development and dissemination of practice guidelines.

Inevitably whether public or private, practice guidelines that stand the test of scientific and clinical credibility will be used to make coverage and payment decisions.

**ABT212074**

-18-

> *** For Abbott, this activity is significant
> because it will over time prescribe very
> specific courses of action in medical
> practice for particular diseases and
> conditions and particular patient profiles
> Already two guidelines are being drafted
> by AHCPR for Medicare covering BPH and pain
> management.***
>
> Abbott must evaluate product development
> against patient outcome criteria***.

- Medicare is planning to add cost-effectiveness as a criteria in approving new technologies for Medicare coverage.

## PRIVATE SECTOR

While some large industrial, unionized companies believe effective cost control can only come about by a universal all-payer system with strong price controls, the majority of large businesses prefer to pursue their own cost control approaches.  These fall under the catch-all movement of "managed care".  Ranging all the way from second opinion programs to staff-model HMOs, many companies are embracing a variety of options in between.  The large, self-insured companies enjoy more flexibility in this respect since they are exempt from the restraints of state insurance laws that mandate benefits.

While some companies have simply dropped health insurance benefits because of costs and others are placing direct limits on benefits, others are increasing their use of:

- "Preferred providers" selected based often on price, but in the future in the future more on "value" as quality standards get developed. Employees are provided incentives to use "preferred providers".

ABT212075

-19-

- Case management:  Providing incentives and
  screening mechanisms to assure the most
  cost-effective approaches and preferred
  providers for such high cost benefits
  such as mental health/substance abuse.

- Cafeteria plans which offer a choice of
  benefit packages and cost sharing, with
  employees paying more for richer benefits.

- Utilization Review, including second
  opinion programs; prior approval for certain
  services; pre-admission review for hospital
  stays; and concurrent review during hospital
  stay.

- Prevention/Wellness/Employee Assistance
  Programs including on-site fitness programs
  and clinics;  employee assistance
  for evaluation and referral for substance
  abuse, mental health;  financial incentives
  for wellness and prevention.


Technology assessment is being more aggressively
undertaken by the private insurers.  The national Blue
Cross-Blue Shield organization has perhaps the most
sophisticated program in this respect with the private
insurers trying to establish a national technology
assessment function.  Like Medicare, public/private practice
guidelines as they are developed and sanctioned will become
an integral part of private employer and insurer coverage
and payment decisionmaking.

For those of you who are interested, I have
profiles of selected companies' activities in managing their
health benefit costs.

Please let me know if you want these, and also if
you have any other questions or comments regarding this
report.


-----------oooooooooooooooo-----------


**ABT212076**

ABBOTT

BMW035-3520

## DISTRIBUTION LIST
## FEDERAL HEALTH ISSUES REPORT

### CORPORATE

D. Hamilton, D383 AP6D
R. Roose, D383 AP6D2
D. Johnson, D383 AP6D2
D. Morehead, D369 AP6D
A. Marshall, D369 AP6D
U. Mehta, DO4J, AP14C
H. Weishaar, D-396 AP6D/Linda Loehrke, D589, AP6B

### PPD

C. A. Kuebler, D533 AP30
H. T. Watkins, D34S, AP30
F. Murad, M.D., D473, AP10
W. D. Terry, D299, BBURN
D. Buell, D502, AP30
K. Morgan, D355, AP30
S. Beck, D55J, AP30

### ADD

A. Collins, D574, AP6C
P. Landauer, D34J, AP6C-5
R. Gonzalez, D939, AP6C
M. White, D948, AP6C
H. R. McCollum, D92N, AP6C-2
S. Weger, D92G, AP6C
I. Kerr, D99N, AP6C
J. Iero, D99L AP6C
V. Bannister, Irving
C. Grimm, Irving
I. Hrusovsky, D491, AP10
D. Oyler, DZZ2, AP6C
D. Mowles, D93C, AP20
R. Schieffer, D92P, AP6C

### HPD

L. Shaw, M.D., D970, AP30
R. Wallace, Mountain View
G. Wiebking, D349, AP30
W. Narajowski, D980, AP6B
J. Janss, D980, AP6B
R. Prozeller, D4EF, AP30
E. H. Hayman, D4EF, AP30
P. Karas, D729, AP33
S. Murphy, D979, AP30
J. Ward, D34G, AP6C
M. Johnson, D35G, AP30
R. Buhler, D971, AP4
R. Sorenson, D306, AP30

**ABT212077**

ABBOTT

BMW035-3521

-2-

HOMECARE

D. C. Robertson, D94H, AP6C
M. King, Renal, DR10, AP30
V. Tobiason, DH56, J14
G. Pavalakis, DH56, J14


CORPORATE HOSPITAL MARKETING


J. Amundson, DH50, J14
J. Hrusovsky, D494, AP6B
W. Dwyer, D494, AP6B
E. Borton, D492, AP6B
C. Babington, D49R, AP6B
K. Lestan, D49R, AP6B
T. Innes, D49R, AP6B
Corporate Hospital A/c Managers (attached list)


ROSS

H. Scholick, Washington
M. Tootell, Columbus
J. Daugherty, Columbus
F. Norenberg, Columbus
D. Duvarney, Columbus


TAP

L. Sherry, D-T21, BBURN
J. Campbell, Kingswood, Texas


**ABT212078**

ABBOTT

BMW035-3522    LL