# Exhibit 84

**Hospital Product Division**



**GVR Reporting Model**

## ABBOTT LABORATORIES

# QUARTERLY MEDICAID/PHS AMP & BEST PRICE REPORT

## GOVERNMENT REPORTING SYSTEM

### PHASE A: CONCEPTUAL DEFINITION DOCUMENT

EXHIBIT _99/_
WIT: _Patel_
DATE: _6-/3-07_
Cynthia Vohlken

Version1.0 5/17/00
GVR_Model_Concept_

Highly Confidential

ABT AWP/MDL 172726
**CMOAL208077**
CMOAL208077 [D]

 **Hospital Products Division**                                **GVR Reporting Model**

# A. TABLE OF CONTENTS

| | | |
|---|---|---|
| **A.** | **TABLE OF CONTENTS** | **2** |
| **A.1** | **PROCESS APPROVALS** | **3** |
| A.1.1. | PROJECT NAME: PROJECT NAME | 3 |
| A.1.2. | PROCESS: PHASE A: CONCEPTUAL DEFINITION | 3 |
| A.1.3. | APPROVALS: | 3 |
| **A.2** | **FEASIBILITY SECTION** | **4** |
| A.2.1. | PROBLEM STATEMENT | 4 |
| A.2.2. | BUSINESS CASE | 4 |
| **A.3** | **CONCEPT** | **5** |
| A.3.1. | SCOPE | 5 |
| A.3.2. | REQUIREMENTS LIST | 5 |
| A.3.3. | ALTERNATIVES | 6 |
| A.3.4. | RECOMMENDATION | 6 |
| **A.4** | **TECHNICAL DIRECTION** | **6** |
| A.4.1. | HIGH LEVEL OVERVIEW | 6 |
| A.4.2. | TECHNOLOGY OVERVIEW REPORT | 8 |
| A.4.3. | PRELIMINARY HARDWARE CONFIGURATION | 8 |
| **A.5** | **FUNDING** | **9** |
| A.5.1. | VALIDATION ASSESSMENT | 9 |
| A.5.2. | ESTIMATE | 9 |
| A.5.3. | CONTINGENCIES | 9 |
| A.5.4. | ASSUMPTIONS | 9 |
| **A.6** | **PRELIMINARY PROJECT** | **9** |
| A.6.2. | BASIC RESOURCES | 9 |
| **A.7** | **DETAIL SPECIFICATIONS** | **10** |

Highly Confidential

ABT AWP/MDL 172727
**CMOAL208078**
CMOAL208078

 **Hospital Products Division**                                          **GVR Reporting Model**

## A.1  PROCESS APPROVALS

### A.1.1.  PROJECT NAME:     QUERTERLY GVR REPORT

### A.1.2.  PROCESS:          PHASE A: CONCEPTUAL DEFINITION

### A.1.3.  APPROVALS:

| | |
|---|---|
| Richard Proctor<br>Manager, HPD Rebates & Logistics | Date |
| Robert Lyman<br>Manager, Major Accounts (Contract Marketing) | Date |
| Diane Latz<br>Contract Analyst (PHS/Medicaid) | Date |
| Shirish Patel<br>Project Manager, HPD Business Systems | Date |

Highly Confidential                                          ABT AWP/MDL 172728

**CMOAL208079**
CMOAL208079

## A.2    FEASIBILITY SECTION

### A.2.1.    PROBLEM STATEMENT

Currently, Pharmaceutical Product Division (PPD) reports the Average Manufacturer Price (AMP) and Best Price (BP) data to Health Care Financing Administration (HCFA) on a quarterly basis for the products sold by Hospital Product Division (HPD). PPD uses the direct sales data from the Mainframe systems.

An HPD initiated review of prior quarterly reports indicated that incomplete prices have been reported to the HCFA due to not accessing/processing the correct data.

Furthermore, the critical data to generate these reports resides on HPD's client server systems or is generated by HPD financial personnel. As demonstrated by HPD's experience in updating GVR for Federal Ceiling Price (FCP), It is a difficult and labor intensive task to monitor the accuracy of the data is being used by PPD's system in calculating the correct AMP and/or BP.

HPD needs to develop an interim solution to rapidly bring the division into full compliance with Medicaid/PHS AMP and BP quarterly reporting. The system is to deliver accurate quarterly reports of the highest possible quality within the quarterly HCFA reporting cycle. Full project completion may require several months of development.

### A.2.2.    BUSINESS CASE

Manufacturer participating in the Medicaid Rebate program are required to submit quarterly pricing data for outpatient drugs to HCFA. The Medicaid regulations provide specific guidelines for calculating the pricing data i.e.:

-    The AMP is the average price paid by wholesalers for drugs sold to non-hospital customers after deducting discounts and any price reductions. Customers associated with Public Health Services (PHS) or the federal government are excluded from this process.

-    The BP is the lowest price paid by essentially all customers excluding PHS and federal government customers. The BP applies only to innovator products.

-    The rebate per unit is calculated by using AMP and BP and the appropriate Medicaid rebate, 11% for Non-Innovator products and 15.1% + for innovator products. Furthermore, the calculated rebate must be in the unit specified by HCFA. Innovator products with price increases above historical growth in the Consumer Price Index for urban customers are subject to additional price discounts.

The process to calculate the correct price requires very complex logic. Products acquired through acquisition and creation of business partnership must be included in a timely fashion.

The current GVR system (PPD) is not accessing the correct data and not using the correct logic to calculate the AMP's and BP's for HPD.

Highly Confidential

ABT AWP/MDL 172729
**CMOAL208080**
CMOAL208080



**Hospital Products Division**                              **GVR Reporting Model**

As the business need increases, access of the data in a timely manner is critical. In order to improve the productivity and accuracy of data, we must produce this data quickly and in a timely manner. Some of the benefits from this project may include:

- Regulatory compliance
- Risk Reduction in governmental audit,
- Increase in profitability,
- Future Cost Avoidance,
- Error Reduction,
- Personnel Productivity,
- Increased Timeliness, etc.

Based on the 1998 and 1999 charges, there were significant cost occurred for the re-statement of this data for HPD.

## A.3  CONCEPT

### A.3.1.  SCOPE

The main objective of the project is to create a model for creating a quarterly Medicaid/PHS AMP and BP report.data. Verify the the results for accuracy and get HCFA's and user approval on the model. Once the model is approved by User and HCFA, create a system on HPD's client server platform.

### A.3.2.  REQUIREMENTS LIST

Create the following new tables with the information provided by user on the Development server.

**Innovator Product Table ← Data will be Supplied by User**

List Number

TUC Number

**Non-Innovator Product Table ← Data will be Supplied by User**

List Number

TUC Number

**PHS/Medicaid and Federal Government Customer Buying Group sales for specific Profiles under the Buying Group ← Data will be Supplied by User**

Buying Group:

PHS: 243

FSS: 405

Department of Defense: 6598

---

Version1.0 5/17/00
GVR_Model_Concept_

Highly Confidential

ABT AWP/MDL 172730

**CMOAL208081**
CMOAL208081

 **Hospital Products**
   **Division**                                    **GVR Reporting Model**

### A.3.3. ALTERNATIVES

Attempt to work through GVR.

### A.3.4. RECOMMENDATION

Create a model on the client server system using the same data used for current GVR reporting. Once the model is approved by the affected parties, create an automated processes based on the new model.

## A.4   TECHNICAL DIRECTION

### A.4.1.   HIGH LEVEL OVERVIEW

#### A.4.1.1   CURRENT SYSTEM/PROCESSES

1)      Direct Sales is extracted from the Mainframe system for division 01 and 75.

2)      A table containing Innovator products is used in identifying the innovator and non innovator products on the Mainframe system. This table is maintained by PPD/Mainframe.

3)      A table containing PHS Medicaid customer class is used in identifying PHS customers on the Mainframe system. This table is maintained by PPD/Mainframe.

4)      PPD's Mainframe system calculate the AMP, BP, and the unit of measure specified by HCFA.

5)      Override for price adjustments are supplied by the HPD.

6)      If no sales data is provided and AMP and/or BP were calculated for the previous quarter, PPD uses the previous quarter data for reporting.

7)      A report is created for HPD's approval prior to sending the data to HCFA.

8)      Electronically Data Interchange (EDI) is utilized to transmit the HPD data to HCFA.

**NOTE: Process flow chart will be created after the model is approved.**

Highly Confidential

 **Hospital Products Division**                                                **GVR Reporting Model**

### A.4.1.2    PROPOSED SYSTEM/PROCESSES

HPD needs to override the incomplete results from the GVR system in order to be compliant with PHS/Medicaid guidelines. This will be achieved by:

1)          Create ten sets of data files.

- Innovator Product list for PHS/Medicaid Reporting.

- Non-Innovator Product list for PHS/Medicaid Reporting.

- Customer Class list for Hospital Customers.
- Customer Class list for Non-Hospital customers.
- Direct Sales to hospital customers for the Innovator Products.

- Indirect Sales to hospital customers for the Innovator Products.

- Direct Sales to non-hospital customers for the Innovator Products.

- Indirect Sales to non-hospital customers for the Innovator Products.

- Direct Sales to non-hospital customers for the non-Innovator Products.

- Indirect Sales to non-hospital customers for the non-Innovator Products.

1)          Download sales data to MS Access database

2)          Calculate cash discounts offered by Abbott to the customer for direct sales or the wholesaler/distributor for indirect sales.

3)          Calculate the regulatory Unit based on the definition provided by the government (From CPP file)

4)          Calculate Indirect Accruals.

Accruals = (Rebates / Sales) / Units / (Saleable Unit)

5)          Calculate the net sale.

Net Sales = Extended Amount(Direct Sales)
-   Chargeback (Indirect Sales)
                      Management Fees/Contract
         Rebate
                      Cash Discounts

1)          Calculate the ASP.

Average Selling Price (ASP) = Net Sales (frpm previous step) / Regulatory Unit

Highly Confidential                                                  ABT AWP/MDL 172732
**CMOAL208083**
CMOAL208083

2)                          Calculate  the  AMP.

Innovator and Non-Innovator Products: For each 9 digit NDC, sum total net sales from non-hospital customers.  Divide net sales by total regulatory units. The result is AMP.

3)                          Calculate  the  BP.

Applies to Innovator Products only: Determine the lowest ASP offered to any hospital or non-hospital customer at any time during the quarter being reported.  A single line item could set the BP for the entire quarter.

4)                          Compute total discount by interfacing AMP and BP for the quarter with Base AMP (AMP in first full quarter of product sales following introduction or Q4 1990 whichever is later.)

5)                          Create an Excel spreadsheet  to export to GVR.

**NOTE: Process  flow  chart  will  be  created  after  the  model  is approved.**

### A.4.1.3   ENVIRONMENT

N/A  for  creating  the  model.

### A.4.2.   TECHNOLOGY OVERVIEW REPORT

N/A

### A.4.3.   PRELIMINARY HARDWARE CONFIGURATION (EXAMPLE)

N/A

Highly Confidential

 **Hospital Products Division**                                    **GVR Reporting Model**

## A.5   FUNDING

### A.5.1.   VALIDATION ASSESSMENT

This project will not be linking to any validated systems. The HPD's standard testing methodology will be followed to insure the accuracy and ease of use for the users.

### A.5.2.   ESTIMATE

| Function Description | Estimated start Date | Estimated Comp. Date | Estimated Hrs. | Estimated Cost |
|---|---|---|---|---|
| Administration | 4/1/2000 | 7/31/2000 | 24 hrs | $ 2,400 |
| Create Concept document | 4/1/2000 | 5/1/2000 | 16 hrs. | $ 1,600 |
| Extract Data | 4/10/2000 | 4/21/2000 | 40 hrs. | $ 4,000 |
| Validates data | 4/1/2000 | 4/21/2000 | 60 hrs. | $ 6,0000 |
| Calculate AMP & BP prices | 4/1/2000 | 4/21/2000 | 32 hrs. | $ 3,200 |
| Create and Validates new tables | 4/1/2000 | 4/21/2000 | 8 hrs. | $ 800 |
| Test | 4/17/2000 | 4/21/2000 | 16 hrs. | $ 1,600 |
| **TOTAL DEVELOPMENT COSTS** | | | **196 hrs.** | **$ 19,600** |

### A.5.3.   CONTINGENCIES (EXAMPLES)

This estimate is based upon the information provided and as stated in this document. Changes to the requirements of this project may effect the cost and the time required for the successful implementation. If this estimate is not approved within a reasonable time, business system has the right to re-estimate the cost and time.

### A.5.4.   ISSUES

*   Should we include calcijex for the reporting?

## A.6   PRELIMINARY PROJECT

### BASIC RESOURCES

Project Sponsor:       Richard Proctor
Project Manager:     Shirish Patel
Developer:               Arun Viswanathiah.

Highly Confidential                                    ABT AWP/MDL 172734
**CMOAL208085**
CMOAL208085

 **Hospital Products Division**                                                          **GVR Reporting Model**

## A.7   DETAIL SPECIFICATIONS

### Request Number 1:

## Programming Specifications (Direct Sales):

**General:**

Create a file in HPDBSYS2/MVSXFER using the following selection criteria. Use ";" as a delimiter to separate the data element.

**Input:**

Innovator Product table (Excel Spreadsheet)
PHS Medicaid Customer Classes (Excel Spreadsheet)
COP_Data_Delphi (from PRD)
Product (from PRD)
Shipto (from PRD)
Contract_Indic (from HUB2)

**Output:**

See the Column selection

**Data Selection:**

**Select the data from the COP_DATA_DELPHI table for:**

- For the products found in Innovator Product Table (also 01200-01 & 01210-01)
- Profit Division 01 & 75
- For all transaction Codes except 03,07,08, and 09
- For instruction Code 00, 01, 04, 05, 06, 07, & 70
- For the first Quarter data (January through March)
- For the classes found in PHS Medicaid Customer Classes (Not tagged an "N")
- Excluding Buying Subgroup 243, 405, 6598, 398, 399, 507, 526, 5546, and 6915

**Joining Different Data Bases:**

**Use Product_Id from COP_DATA_DELPHI and Product**
**Use Ship_2240_Copa31 from COP_Data_Delphi and Shipto**
**Use Contr_Nbr from COP_DATA_DELPHI and Contract_Indic**
**Use Buy_grp_nbr from Contract_Indic and Buygrp**

---

Highly Confidential

 **Hospital Products Division**

**GVR Reporting Model**

## Column Selection:

| FIELD NAME | TABLE NAME FROM | TABLE COLUMN | REMARKS |
|---|---|---|---|
| LIST\TUC\SS | PRODUCT DELPHI | LIST_NMBR_ID/TUC_ID/SALES_SIZE_ID | For products found in "Reported innovator products 2000 Q1" table supplied by Rich Proctor |
| LIST Number | PRODUCT DELPHI | LIST_NMBR_ID | For selected products from table |
| TUC | PRODUCT DELPHI | TUC_ID | For selected products from table |
| SS | PRODUCT DELPHI | SALES_SIZE_ID | For selected products from table |
| PROFIT DIVISION | COP_DATA_DELPHI DELPHI | PROFIT_DIV_COPA31 | Only 01 and 75 |
| TRANSACTION CODE | " | TXN_CODE_COPA31 | Exclude 03,07,08,09 |
| TERM CODE | " | TERMS_CODE_COPA31 | |
| INSTRUCTION CODE | " | INSTRUCT_CODE_COPA31 | For 00,01,04,05,06,07,70 |
| BILL MONTH | " | MONTH_ID | First Qtr 2000 |
| BILL YEAR | " | EXTRACT FROM MONTH_ID | First Qtr 2000 |
| BILL MONTH | " | EXTRACT FROM MONTH_ID | First Qtr 2000 |
| BILL DAY | " | EXTRACT FROM MONTH_ID | First Qtr 2000 |
| SHIPTO NUMBER | " | SHIP_2240_COPA31 | |
| SHIPTO CLASS (DIVISIONAL CLASS CODE) | " | SHIP_TO_CLASS_COPA31 | For selected classes from "PHS Medicaid Cust. Classes for AMP & BP 2000 Q1" table provided by Rich Proctor (Exclude classes tagged as "N") |
| QUANTITY | " | QTY_INV_SIZE_COPA31 | Detail Line Item |
| EXTENDED AMOUNT | " | LINE_EXTN_COPA31 | Detail Line Item |
| REBATE ACCRUAL AMOUNT | " | REBATE_ACCRUAL_COPA31 | Detail Line Item |
| CONTRACT NUMBER | CONTRACT_INDIC CAS | CONTR_NBR | |
| PROFILE NUMBER (SHIPTO) | " | PRF_NBR | |
| BUYING GROUP NUMBER | " | BUY_GRP_NBR | Exclude 243,405,6598, 398, 399, 507, 526, 5546, and 6915 |

Highly Confidential

ABT AWP/MDL 172736

**CMOAL208087**
CMOAL208087

 **Hospital Products
Division**                                                    **GVR Reporting Model**

## Request Number 2:

## Programming Specifications (Direct Sales):

Create another file using the same criteria as indicated in request number 1   except
"For the classes found in PHS Medicaid Customer Classes (Tagged as "N").

Highly Confidential

ABT AWP/MDL 172737
**CMOAL208088**
CMOAL208088

 **Hospital Products Division**                                    **GVR Reporting Model**

## Request Number 3:

## Programming Specifications (Indirect Sales):

### General:

Create a file in HPDBSYS2/MVSXFER using the following selection criteria. Use ";" as a delimiter to separate the data element.

### Input:

Innovator Product table (Excel Spreadsheet)
PHS Medicaid Customer Classes (Excel Spreadsheet)
Detail_Hist (from HUB2)
Product (from HUB2)
Shipto (from HUB2)
Contract_Indic (from HUB2)

### Output:

See the Column selection

### Data Selection:

**Select the data from the Detail_Hist table for:**

- For the products found in Innovator Product Table (also 01200-01 & 01210-01)
- For the first Quarter data (January through March)
- For the classes found in PHS Medicaid Customer Classes (Not tagged an "N")
- Excluding Buying Subgroup 243, 405, and 6598

### Joining Different Data Bases:

**Use Prdct_id from Detail_Hist and Product**
**Use Abt_Cust_Nbr from Detail_Hist and Shipto**
**Use Cas_cust_contr_nbr from Detail_Hist and Contract_Indic**
**Use Buy_grp_nbr from Contract_Indic and Buygrp**

Highly Confidential                                    ABT AWP/MDL 172738
**CMOAL208089**
CMOAL208089

 **Hospital Products Division**                    **GVR Reporting Model**

## Column Selection:

| FIELD NAME | TABLE NAME FROM | TABLE COLUMN | REMARKS |
|---|---|---|---|
| LIST\TUC\SS | PRODUCT HUB2 | LIST_NMBR_ID/ TUC_ID/ SALES_SIZE_ID | For products found in "Reported innovator products 2000 Q1" table supplied by Rich Proctor |
| LIST Number | PRODUCT HUB2 | LIST_NMBR_ID | For selected products from table |
| TUC | PRODUCT HUB2 | TUC_ID | For selected products from table |
| SS | PRODUCT HUB2 | SALES_SIZE_ID | For selected products from table |
| TRANSACTION DATE | DETAIL_HIST HUB2 | DLP_RPT_DT | First Qtr 2000 |
| TRANSACTION YY | " | EXTRACT FROM DLP_RPT_DT | First Qtr 2000 |
| TRANSACTION MM | " | EXTRACT FROM DLP_RPT_DT | First Qtr 2000 |
| TRANSACTION DD | " | EXTRACT FROM DLP_RPT_DT | First Qtr 2000 |
| SHIPTO NUMBER | " | ABT_CUST_NBR | |
| SHIPTO CLASS (DIVISIONAL CLASS CODE) | SHIPTO HUB2 | CLASS_CODE_ID | For selected classes from "PHS Medicaid Cust. Classes for AMP & BP 2000 Q1" table provided by Rich Proctor (Exclude classes tagged as "N") |
| CLAIM_NUMBER | DETAIL_HIST HUB2 | CLAIM_NBR | |
| QUANTITY | " | WHLSLR_SGL_QTY | Detail Line Item |
| EXTENDED AMOUNT | CALCULATED | WHLSLR_SGL_QTY * CAS_WHLSLR_WCS_COST_EACH | Detail Line Item |
| REBATE AMOUNT | DETAIL_HIST HUB2 | REBATE_AMT_APPR | Detail Line Item |
| CONTRACT NUMBER | CONTRACT_INDIC HUB2 | CONTR_NBR | |
| PROFILE NUMBER | " | PRF_NBR | |
| BUYING GROUP NUMBER | " | BUY_GRP_NBR | Exclude 243,405,6598 |
| MANAGEMENT FEES | DETAIL_HIST HUB2 | MNGMNT_FEE | |
| WHOLESALER PROFILE NUMBER | ?? | | |

Highly Confidential

ABT AWP/MDL 172739
**CMOAL208090**
CMOAL208090

 **Hospital Products Division**                              **GVR Reporting Model**

## <u>Request Number 4:</u>

## Programming Specifications (Indirect Sales):

Create another file using the same criteria as indicated in request number 3  except "For the classes found in PHS Medicaid Customer Classes (Tagged as "N").

Highly Confidential                           ABT AWP/MDL 172740
                                                        **CMOAL208091**
                                                        CMOAL208091

 **Hospital Products
Division**

**GVR Reporting Model**

## Request Number 5:

## Programming Specifications (Direct Sales):

### General:

Create a file in HPDBSYS2/MVSXFER using the following selection criteria. Use ";" as a delimiter to separate the data element.

### Input:

Non Innovator Product table (Excel Spreadsheet)
PHS Medicaid Customer Classes (Excel Spreadsheet)
COP_Data_Delphi (from PRD)
Product (from PRD)
Shipto (from PRD)
Contract_Indic (from HUB2)

### Output:

See the Column selection

### Data Selection:

### Select the data from the COP_DATA_DELPHI table for:

- For the products found in Non Innovator Product Table
- Profit Division 01 & 75
- For all transaction Codes except 03,07,08, and 09
- For instruction Code 00, 01, 04, 05, 06, 07, & 70
- For the first Quarter data (January through March)
- For the classes found in PHS Medicaid Customer Classes (Not tagged an "N")
- Excluding Buying Subgroup 243, 405, 6598, 398, 399, 507, 526, 5546, and 6915

### Joining Different Data Bases:

**Use Product_Id from COP_DATA_DELPHI and Product
Use Ship_2240_Copa31 from COP_Data_Delphi and Shipto
Use Contr_Nbr from COP_DATA_DELPHI and Contract_Indic
Use Buy_grp_nbr from Contract_Indic and Buygrp**

Highly Confidential

 **Hospital Products Division**

**GVR Reporting Model**

## Column Selection:

| FIELD NAME | TABLE NAME FROM | TABLE COLUMN | REMARKS |
|---|---|---|---|
| LIST\TUC\SS | PRODUCT DELPHI | LIST_NMBR_ID/TUC_ID/SALES_SIZE_ID | For products found in "Reported Non innovator products 2000 Q1" table supplied by Rich Proctor |
| LIST Number | PRODUCT DELPHI | LIST_NMBR_ID | For selected products from table |
| TUC | PRODUCT DELPHI | TUC_ID | For selected products from table |
| SS | PRODUCT DELPHI | SALES_SIZE_ID | For selected products from table |
| PROFIT DIVISION | COP_DATA_DELPHI DELPHI | PROFIT_DIV_COPA31 | Only 01 and 75 |
| TRANSACTION CODE | " | TXN_CODE_COPA31 | Exclude 03,07,08,09 |
| TERM CODE | " | TERMS_CODE_COPA31 | |
| INSTRUCTION CODE | " | INSTRUCT_CODE_COPA31 | For 00,01,04,05,06,07,70 |
| BILL MONTH | " | MONTH_ID | First Qtr 2000 |
| BILL YEAR | " | EXTRACT FROM MONTH_ID | First Qtr 2000 |
| BILL MONTH | " | EXTRACT FROM MONTH_ID | First Qtr 2000 |
| BILL DAY | " | EXTRACT FROM MONTH_ID | First Qtr 2000 |
| SHIPTO NUMBER | " | SHIP_2240_COPA31 | |
| SHIPTO CLASS (DIVISIONAL CLASS CODE) | " | SHIP_TO_CLASS_COPA31 | For selected classes from "PHS Medicaid Cust. Classes for AMP & BP 2000 Q1" table provided by Rich Proctor (Exclude classes tagged as "N") |
| QUANTITY | " | QTY_INV_SIZE_COPA31 | Detail Line Item |
| EXTENDED AMOUNT | " | LINE_EXTN_COPA31 | Detail Line Item |
| REBATE ACCRUAL AMOUNT | " | REBATE_ACCRUAL_COPA31 | Detail Line Item |
| CONTRACT NUMBER | CONTRACT_INDIC CAS | CONTR_NBR | |
| PROFILE NUMBER (SHIPTO) | " | PRF_NBR | |
| BUYING GROUP NUMBER | " | BUY_GRP_NBR | Exclude 243,405,6598, 398, 399, 507, 526, 5546, and 6915 |

Highly Confidential

ABT AWP/MDL 172742

**CMOAL208093**
CMOAL208093

 **Hospital Products Division**                                    **GVR Reporting Model**

## Request Number 6:

## Programming Specifications (Indirect Sales):

**General:**

Create a file in HPDBSYS2/MVSXFER using the following selection criteria. Use ";" as a delimiter to separate the data element.

**Input:**

Non Innovator Product table (Excel Spreadsheet)
PHS Medicaid Customer Classes (Excel Spreadsheet)
Detail_Hist (from HUB2)
Product (from HUB2)
Shipto (from HUB2)
Contract_Indic (from HUB2)

**Output:**

See the Column selection

**Data Selection:**

**Select the data from the Detail_Hist table for:**

- For the products found in Non Innovator Product Table
- For the first Quarter data (January through March)
- For the classes found in PHS Medicaid Customer Classes (Not tagged an "N")
- Excluding Buying Subgroup 243, 405, and 6598

**Joining Different Data Bases:**

**Use Prdct_id from Detail_Hist and Product**
**Use Abt_Cust_Nbr from Detail_Hist and Shipto**
**Use Cas_cust_contr_nbr from Detail_Hist and Contract_Indic**
**Use Buy_grp_nbr from Contract_Indic and Buygrp**

Highly Confidential

ABT AWP/MDL 172743
**CMOAL208094**
CMOAL208094

 **Hospital Products Division**                                              **GVR Reporting Model**

## Column Selection:

| FIELD NAME | TABLE NAME FROM | TABLE COLUMN | REMARKS |
|---|---|---|---|
| LIST\TUC\SS | PRODUCT HUB2 | LIST_NMBR_ID/ TUC_ID/ SALES_SIZE_ID | For products found in "Reported Non Innovator products 2000 Q1" table supplied by Rich Proctor |
| LIST Number | PRODUCT HUB2 | LIST_NMBR_ID | For selected products from table |
| TUC | PRODUCT HUB2 | TUC_ID | For selected products from table |
| SS | PRODUCT HUB2 | SALES_SIZE_ID | For selected products from table |
| TRANSACTION DATE | DETAIL_HIST HUB2 | DLP_RPT_DT | First Qtr 2000 |
| TRANSACTION YY | " | EXTRACT FROM DLP_RPT_DT | First Qtr 2000 |
| TRANSACTION MM | " | EXTRACT FROM DLP_RPT_DT | First Qtr 2000 |
| TRANSACTION DD | " | EXTRACT FROM DLP_RPT_DT | First Qtr 2000 |
| SHIPTO NUMBER | " | ABT_CUST_NBR | |
| SHIPTO CLASS (DIVISIONAL CLASS CODE) | SHIPTO HUB2 | CLASS_CODE_ID | For selected classes from "PHS Medicaid Cust. Classes for AMP & BP 2000 Q1" table provided by Rich Proctor (Exclude classes tagged as "N") |
| CLAIM_NUMBER | DETAIL_HIST HUB2 | CLAIM_NBR | |
| QUANTITY | " | WHLSLR_SGL_QTY | Detail Line Item |
| EXTENDED AMOUNT | CALCULATED | WHLSLR_SGL_QTY * CAS_WHLSLR_WCS_COST_EACH | Detail Line Item |
| REBATE AMOUNT | DETAIL_HIST HUB2 | REBATE_AMT_APPR | Detail Line Item |
| CONTRACT NUMBER | CONTRACT_INDIC HUB2 | CONTR_NBR | |
| PROFILE NUMBER | " | PRF_NBR | |
| BUYING GROUP NUMBER | " | BUY_GRP_NBR | Exclude 243,405,6598 |
| MANAGEMENT FEES | DETAIL_HIST HUB2 | MNGMNT_FEE | |
| WHOLESALER PROFILE NUMBER | ?? | | |

Highly Confidential                                              ABT AWP/MDL 172744

**CMOAL208095**
CMOAL208095

Hospital Products
Division

GVR Reporting Model

## Create EXCEL spreadsheet for PPD:

## Programming Specifications:

### General:

Create an Excel file and e-mail it to PPD for their processing.

### Input:

Merged Direct and Indirect sales data
Summarized Direct and Indirect sales data for hospitals

### Output:

| FIELD NAME | TABLE NAME FROM | TABLE COLUMN | REMARKS |
|---|---|---|---|
| LIST NUMBER | | | 5 byte long |
| EFFECTIVE YEAR | | | 4 byte long |
| EFFECTIVE QTR | | | 1 byte long |
| DATE RECORD ADDED | SYS-DATE | SYSDATE | yyyymmdd format |
| AMP | Calculated | | With 8 decimals |
| BEST PRICE | Calculated | | With 8 decimals |
| BASIC REBATES | Calculated | | With 8 decimals |
| ADDITIONAL REBATES | Calculated | | With 8 decimals |
| TOTAL REBATES | Calculated | Basic Rebates + Additional Rebates | With 8 decimals |
| USERID | Constant | T85DMLM | |
| REASON DESCRIPTION # 1 | Constant | AMP/BP RECALC | |
| REASON DESCRIPTION # 2 | Constant | None | |

Highly Confidential

ABT AWP/MDL 172745
**CMOAL208096**
CMOAL208096