# Exhibit 87

**Rick Gonzalez Work History**

06/1977:  Sales Representative, ADD

02/1980:  Sales Trainer, ADD

05/1981:  Product Manager, TDx System, ADD

01/1983:  District Sales Manager, ADD

05/1986:  U.S. Marketing Manager, Hepatitis/Retrovirus, ADD

12/1987:  Southeastern Regional Sales Manager, ADD

04/1990:  Director, U.S. Marketing, ADD

06/1992:  Divisional Vice President & General Manager, U.S. & Canada, ADD

06/01/1995:  Corporate Vice President, Abbott HealthSystems (AHD)

03/01/1998:  Sr. VP HPD/President HPD

08/01/2000:  Executive VP Medical Products

12/19/2001:  President & COO Medical Products

03/27/2006:  President & COO Abbott


EXHIBIT
Gonzalez #1
6/3/08 RMC