# Exhibit 92



**ABBOTT LABORATORIES INC.**

Diane Latz                             Dept. H56 Bldg. AP34
Reimbursement Technician               200 Abbott Park Road
Abbott Home Infusion Services          Abbott Park IL 60064-3537
Fax: (847)937-9424                     Telephone: (847)937-8308

9\97
10\97 un<sup>m</sup>

## THIRD AND FINAL REQUEST

October 7, 1998

9\14 - 10\14\97 Rec# 959
11\21\21

Ms. Rosamaria Castaneda
8052 S. Coles
Chicago, Il 60617        **Patient Number: 28004718**

Dear Ms. Castaneda,

Our records show an outstanding balance on your account. The total, **$11,965.57** is now seriously past due. (Your balance due is for charges from September 1997 thru October 1997.)

On several occasions, we requested payment from you for home therapy supplies we provided to Theresa. We have not had any response from you. We are reluctant to take any action which might jeopardize your good credit rating. Since we have not heard from you, we are unfortunately in a position where we must consider placing your account with a collection agency.

However, we prefer dealing with you and believe that is also your desire. Therefore, you have fourteen (14) days from the date of this letter to contact me at (800)553-8019 x78308 regarding payment of your outstanding balance. Please leave a message on my voice mail if I am not available. Please leave a day time phone number of where I can reach you to set up payment arrangements.

Please do not take this lightly, as when one account is placed with a collection agency, it will be placed on your credit history to remain for seven (7) years. They will also begin collection activity that could lead to legal action.

Sincerely,


Diane Latz
Reimbursement Specialist
FINALLTR.WPS

Highly Confidential                                                    ABT-DOJ 0385100



ABBOTT LABORATORIES INC.1

Krystal Franklin
Reimbursement Technician
Abbott Home Infusion Services
Fax: (847)937-9424

Dept. H56 Bldg. AP34
200 Abbott Park Road
Abbott Park IL 60064-3537
Telephone: (847)938-3594

August 26, 1998

**PATIENT NUMBER: 280047l8**

Ms. Rosamaria Castaneda
8052 S. Coles
Chicago, IL 60617

Dear Ms. Castaneda:

Enclosed you will find your billing for home infusion services provided to *Abraham* by Abbott Home Infusion Services. We understand you have applied for Medicaid coverage; however, you are not eligible. You may wish to take these bills to your caseworker to expedite your eligibility or you may begin making payments toward the balance due. Please contact our office as soon as you receive your medical card. Until then, the balance due shown below is your financial responsibility.

| Service Month | Billed Amt | Amt Paid | Balance Due |
|---|---|---|---|
| 09/16/97 | $11,446.57 | .00 | $11,446.57 |
| 10/16/97 | $519.00 | .00 | $519.00 |

**Please pay this amount:**           $11,965.57

Payment may be made by check or money order. Make check or money order payable to Abbott Home Infusion Services and return it in the enclosed envelope.

**If you would like to arrange a payment plan, call me as soon as possible.**

If you have any questions, please contact me at (800)553-8019.

Sincerely,

*Krystal Franklin*

Krystal Franklin
Reimbursement Technician
LETTERHD.WPS

Highly Confidential





Page - 8

**ABBOTT LABORATORIES INC.**

Krystal Franklin  
Reimbursement Technician  
Abbott Home Infusion Services  
Fax: (847)937-9424

Dept. H56 Bldg. AP34  
200 Abbott Park Road  
Abbott Park IL 60064-3537  
Telephone: (847)938-3594

July 23, 1998                **PATIENT #: 28004718**

Ms. Rosamaria Castaneda  
8052 S. Coles  
Chicago, IL 60617

Dear Ms. Castaneda:

We have provided home infusion services to *Alex* and have been informed by Illinois Department of Public Aid that he is not eligible for medicaid coverage. Please call us as soon as possible with any insurance or medicaid information. The balance due shown below is your financial responsibility.

| Service Month | Billed Amt | Amt Paid | Balance Due |
|---|---|---|---|
| 09/16/97 | 11446.57 | .00 | $11446.57 |
| 10/16/97 | 519.00 | .00 | $519.00 |

**Please pay this amount:**                **$11965.57**

Payment may be made by check or money order. Make check or money order payable to Abbott Home Infusion Services and return it in the enclosed envelope.

**If you would like to arrange a payment plan, call me as soon as possible.**

If you have any questions, please contact me at (800)553-8019.

Sincerely,

Krystal Franklin  
Reimbursement Technician  
LETTERHD.WPS

Highly Confidential                ABT-DOJ 0385102



**ABBOTT LABORATORIES INC**

| | |
|---|---|
| Michelle Walton<br>Reimbusement Technician<br>Abbott Home Infusion Services | Dept. H56 Bldg. AP34<br>200 Abbott Park Road<br>Abbott Park, IL 60064-3537<br>Telephone: (847)935-1573 |

February 20, 1998

To the Parents of Abraham Osuna,

Attached are invoices, services of which services were provided to Abraham. We have called Share Terminal to verify Abraham's eligibility to Illinois Medicaid, we were informed that he is not eligible. If you have a recepient number for Abraham please call as soon as possible so that we can bill Medicad on your behalf or if you or he is insured to any other carrier, please let us know so we can bill these invoices. Untill we hear from you the amount shown below is your financial responsibility.

| DATE OF SERVICE | AMOUNT BILLED | BALANCE DUE |
|---|---|---|
| 091697 | 11446.57 | 11446.57 |
| 101697 | 519.00 | 519.00 |
| | | $11965.57 |

**PLEASE PAY THIS AMOUNT**          **$11,965.57**

Until we hear from you, the attached bills are your financial responsibility. Should you have any questions, please don't hesitate to call me at 800-553-8019 ext 5-1573.

We appreciate your immediate attention regarding this matter.

Sincerely,

Michelle Walton
Reimbursement Technician
UNINSURE.WPS

ABBOTT HOME INFUSION SVCS
DEPARTMENT H56 BLDG. AP34
ABBOTT PARK           IL 60064

PATIENT: 28004718  CLAIM: 00278105        ABT

ABRAHAM       OSUNA                  INSURANCE PENDING
8052 S COLES 2ND FLR
CHICAGO             IL  60617

| PROCEDURE CODE | LIST NUMBER | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | EXTENDED PRICE | RX NBR |
|---|---|---|---|---|---|---|
| 09/16/97 | | | | | | |
| - | 013570-01 | PROVIDER ASV SET W/.2 | 8.00 | 30.15 | 241.20 | |
| - | 013586-01 | PROV AIM AC ADAPTER | 1.00 | 94.74 | 94.74 | |
| - | 013594-01 | PROV AIM SML CARRYING | 1.00 | 88.88 | 88.88 | |
| - | 022545-03 | MASK ISOLATION W/EAR L | 8.00 | .63 | 5.04 | |
| - | 024410-01 | SUTURE REMOVAL KIT | 1.00 | 5.33 | 5.33 | |
| - | 025202-01 | EXT SET MICRO PRIME 3" | 2.00 | 8.24 | 16.48 | |
| - | 025807-01 | PATIENT HANDBOOK | 1.00 | | | |
| - | 025807-02 | ANTIBIOTIC EXPLANATION | 1.00 | | | |
| - | 025807-05 | CATHETER CARE EXPLANAT | 1.00 | | | |
| - | 025899-01 | MEDISCRUB #44020:61048 | 1.00 | 13.04 | 13.04 | |
| - | 026353-02 | UNIVL SECURMNT DEVICE | 2.00 | 2.13 | 4.26 | |
| A4454 - | 024405-01 | TAPE WETPROOF 1" X 5 Y | 1.00 | 4.58 | 4.58 | |
| B4220 - | 021040-63 | ALCOHOL-ISOPROPYL 16OZ | 1.00 | 3.96 | 3.96 | |
| B4220 - | 021132-63 | NU GAUZE 2" X 2" 4 PLY | 25.00 | .24 | 6.00 | |
| B4220 - | 021509-63 | CLAMP DRAVON | 1.00 | 3.03 | 3.03 | |
| B4220 - | 022083-02 | DRESSING KIT CLINIPAD | 2.00 | 20.26 | 40.52 | |
| B4220 - | 022086-01 | DRESSING TEGADERM 10CM | 2.00 | 4.95 | 9.90 | |
| B4220 - | 022125-01 | BANDAGE 2" X 5 YD DYNA | 1.00 | 4.76 | 4.76 | |
| B4220 - | 022138-01 | NDL 25G X 5/8" BD5122 | 100.00 | .48 | 48.00 | |
| B4220 - | 022629-01 | SYR 12ML LUER LOK SHER | 100.00 | 1.13 | 113.00 | |
| B4220 - | 024499-01 | CLICK LOCK MALE INJECT | 4.00 | 3.49 | 13.96 | |
| B4220 - | 024598-70 | GLOVES SURGEON SZ 7 | 5.00 | 1.93 | 9.65 | |
| B4220 - | 024605-01 | SHARPS-TAINER 6.9QT BD | 1.00 | 15.62 | 15.62 | |

Highly Confidential

ABT-DOJ 0385104

ABBOTT HOME INFUSION SVCS
DEPARTMENT H56 BLDG. AP34
ABBOTT PARK        IL 60064

PATIENT: 28004718  CLAIM: 00278105        ABT

ABRAHAM     OSUNA                INSURANCE PENDING
8052 S COLES 2ND FLR
CHICAGO              IL  60617

| PROCEDURE CODE | LIST NUMBER | DESCRIPTION | QUANTITY SHIPPED | UNIT PRICE | EXTENDED PRICE | RX NBR |
|---|---|---|---|---|---|---|
| 09/16/97 | | | | | | |
| B4224 - | 024628-01 | CLICK LOCK HOUSING W/2 | 21.00 | 5.68 | 119.28 | |
| E0781 - | 013967-02 | PMP PROV AIM PLUS | 30.00 | 17.30 | 519.00 | |
| RENTAL | | | | | | |
| J1644 - | 001151-70 | HEPARIN LOCK 10U/ML 10 | 12.00 | 2.74 | 32.88 | 0085600 |
| 10000U/BILL UNIT | | | | | | |
| J1644 - | 001152-70 | HEPARIN LOCK 100U/ML 1 | 4.00 | 2.74 | 10.96 | 0085598 |
| 1000U/BILL UNIT | | | | | | |
| J2912 - | 007984-37 | SOD CHL 0.9% 4/PK 100M | 20.00 | 14.20 | 284.00 | |
| 00000 - | 004888-25 | SOD CHL 0.9% 10ML FTVL | 25.00 | 2.50 | 62.50 | 0085599 |
| 00000 - | 024283-88 | ACYCLOVIR CPD | 20.00 | 213.00 | 4260.00 | 0085593 |
| | | 570.0000 MG | | | | |
| 00000 - | 026366-01 | BATTERY "DOUBLE A" | 16.00 | 1.00 | 16.00 | |
| | TOTAL SHIPPED | 09/16/97 | | | 6076.57 | |
| 09/18/97 | | | | | | |
| B4220 - | 024499-01 | CLICK LOCK MALE INJECT | 7.00 | 3.49 | 24.43 | |
| B4220 - | 024598-70 | GLOVES SURGEON SZ 7 | 7.00 | 1.93 | 13.51 | |
| B4220 - | 024936-02 | GLOVES LATEX MEDIUM | 100.00 | .40 | 40.00 | |
| | TOTAL SHIPPED | 09/18/97 | | | 77.94 | |
| 09/22/97 | | | | | | |
| - | 013578-01 | PROVIDER ASV SET W/.2 | 8.00 | 30.15 | 241.20 | |
| - | 025202-01 | EXT SET MICRO PRIME 3" | 4.00 | 8.24 | 32.96 | |
| B4220 - | 024499-01 | CLICK LOCK MALE INJECT | 8.00 | 3.49 | 27.92 | |
| B4224 - | 024628-01 | CLICK LOCK HOUSING W/2 | 21.00 | 5.68 | 119.28 | |
| J2912 - | 007984-37 | SOD CHL 0.9% 4/PK 100M | 21.00 | 14.20 | 298.20 | |
| 00000 - | 024283-88 | ACYCLOVIR CPD | 21.00 | 213.00 | 4473.00 | 0085593 |
| | | 570.0000 MG | | | | |
| | TOTAL SHIPPED | 09/22/97 | | | 5192.56 | |
| 09/24/97 | | | | | | |
| B4220 - | 022138-01 | NDL 25G X 5/8" BD5122 | 32.00 | .48 | 15.36 | |
| B4220 - | 022629-01 | SYR 12ML LUER LOK SHER | 32.00 | 1.13 | 36.16 | |

Highly Confidential

ABT-DOJ 0385105

ABBOTT HOME INFUSION SVCS
DEPARTMENT H56 BLDG. AP34
ABBOTT PARK       IL 60064

PATIENT: 28004718  CLAIM: 00278105      ABT

ABRAHAM      OSUNA                INSURANCE PENDING
8052 S COLES 2ND FLR
CHICAGO              IL  60617

| PROCEDURE | LIST | | QUANTITY | UNIT | EXTENDED | |
|---|---|---|---|---|---|---|
| CODE | NUMBER | DESCRIPTION | SHIPPED | PRICE | PRICE | RX NBR |

09/24/97

| J1644 - | 001131-70 | HEPARIN LOCK 10U/ML 10 | 2.00 | 2.74 | 5.48 | 0085600 |
| | 1000U/BILL UNIT | | | | | |
| 00000 - | 004888-25 | SOD CHL 0.9% 10ML FTVL | 17.00 | 2.50 | 42.50 | 0085599 |

        TOTAL SHIPPED  09/24/97                         99.50

           TOTAL PATIENT   28004718                    11446.57


INVOICES PROCESSED...
00597687 00597350 00597189 00597835

Highly Confidential                                              ABT-DOJ 0385106

```
                    ABBOTT HOME INFUSION SVCS
                    DEPARTMENT H56 BLDG. AP34
                    ABBOTT PARK            IL 60064


        PATIENT: 28004718  CLAIM: 00279330         ABT

                ABRAHAM       OSUNA                  INSURANCE PENDING
                8052 S COLES 2ND FLR
                CHICAGO              IL  60617

        PROCEDURE LIST                        QUANTITY   UNIT    EXTENDED
        CODE     NUMBER    DESCRIPTION        SHIPPED    PRICE   PRICE      RX NBR

10/16/97
        E0781 -  013967-02   PMP PROV AIM PLUS    30.00   17.30   519.00   00000000
             RENTAL
                TOTAL   SHIPPED    10/16/97                       519.00

                     TOTAL   PATIENT    28004718                  519.00


INVOICES PROCESSED...
00600181
```

Highly Confidential

ABT-DOJ 0385107