# Exhibit 93

December 19, 2001                          THIRD AND FINAL
                                           MWS03933

Ms. Karen Allen
6501 Germantown Rd.
Middletown, OH  45042

Dear Ms. Allen,

We have previously billed you for the amount of $30,513.22 for services provided to you
by Midwest Home Infusion. This is our third and final request for the balance due. In
order to avoid further collection action, we need to receive payment.  We are reluctant to
take any action which may jeopardize your good credit rating. Since we have not
received payment from you, we unfortunately are in a position where we must consider
placing your account with a collection agency. According to your insurance company the
payments went to you, therefore we do not know if these claim are paid correctly or what
the deductible or co-insurance is so we must bill you the full amount. Please endorse the
checks mailed to you and forward to Midwest along with a copy of the explanation of
benefits. The balance due is your financial responsibility.

| DATE | BILLED AMT | PAID AMT | BAL DUE |
|------|-----------|----------|---------|
| PREVIOUS AMT DUE | | | $30,513.22 |

**PLEASE PAY THIS AMOUNT**                          **$30,513.22**

However, we prefer dealing with you and believe that is also your desire.  Therefore, you
have fourteen (14) days from the date of this letter to contact me at (800) 550-8019
ext.70358 regarding the outstanding balance.  If I'm not available please leave a daytime
phone number where I can reach you to make payment arrangements.  If we do not hear
from you we will have to forward this to a collection agency.

For your convenience, we accept VISA, MasterCard, as well as you're personal check.
Make your check or money order payable to Northwestern Memorial Home Health
Services.  A self-addressed envelope has been provided.

Sincerely,

$m u$

Highly Confidential                                    ABT-DOJ 0377371

November 27, 2001                        ACCT# MWS03933


Karen Allen
6501 Germantown Rd.
Middletown, OH 45042


Dear Mrs Allen,

      Your insurance company has informed us they sent you the payments for your services with Midwest Home Infusion. We are also billing you for your co-insurance and deductibles. If you have returned payments recently that do not appear below. Please deduct these payments from your balance due. If you have not made these payments, please be aware that all past due payments are due immediately. If not received within 21 days. We will be in a position to place your account with a collections agency. We prefer resolving the situation with out taking this action. Please pay all amounts promptly so we may avoid this action and any detrimental impact to you credit history.   If you have any questions please call me at 800-553-8019 EX. 85355. The amount listed below is your financial responsibility.

| SERVICE DATE | AMOUNT BILLED | AMOUNT PAID | BALANCE DUE |
|---|---|---|---|
| 06/03/00 | $  3386.32 | $0.00 | $  3386.32 |
| 07/05/00 | $  3265.38 | $0.00 | $  3265.38 |
| 02/06/01 | $ 23849.78 | $0.00 | $ 23849.78 |
| 03/02/01 | $     11.74 | $0.00 | $      11.74 |

**PLEASE PAY THIS AMOUNT**:                        **$ 30,513.22**
Please enclose this letter with your payment within 21 days from the above date. Please make checks payable to Midwest Home Infusion Services.


Sincerely,
Melissa Plumley
Reimbursement Technician


Highly Confidential

January 9, 2001                                    Account # MWS03933

Ms. Karen Allen
6501 Germantown Rd.
Catalina Trail Park Lot #83
Middletown, OH   45042

Dear Ms.Allen,

We have previously billed you for services provided to you by Midwest Home Infusion.
We recently found that you did not receive our mailings.  Our records show that you
insurance company made payments directly to you.  Because we do not have the
explanation of benefits we are in a position to bill you for the full amount of the billed
charges including any co-pays or deductibles.  We were informed by your insurance
company that payments were made to you back in September.  We have not heard from
you, this was your responsibility to contact either your insurance company or us as to why
you received payments.  Due to the large dollar amount due we are requesting payment
within 21 days from receipt of this bill.  The balance due is your financial responsibility.

| Service Date | Amount Billed | Amt Paid | Bal. Due |
|---|---|---|---|
| 060300 | $ 3386.32 | | $ 3386.32 |
| 070500 | $ 3265.38 | | $ 3265.38 |
| 020601 | $23849.78 | | $23849.78 |
| 030201 | $   11.74 | | $   11.74 |

## PLEASE PAY THIS AMOUNT            $30,513.22

Please enclose this letter with your payment in the envelope provided within 21 days from
the above date.  Please make checks payable to Midwest Home Infusion Services.  If you
would like to make payment arrangements, please call me at 1-800-553-8019 ext. 70358.

Sincerely,

Highly Confidential

AdminaStar Federal, Inc.
DMERC Region B Carrier
P.O. Box 240
Indianapolis, In 46206

MEDICARE
REMITTANCE
NOTICE

877-299-7900

MIDWEST HOME INFUSION SER
DEPT 0415
CINCINNATI, OH 45263-0000

| PROVIDER #: | 0296730001 |
| PAGE #: | 1 OF 2 |
| DATE: | 06/12/01 |
| CHECK/EFT #: | 01163000008 |
| STATEMENT #: | Z11633AD8221SYS |

```
*********************************************************************************
*   AdminaStar Federal's Customer Service Representatives do not perform routine status checks of claims   *
*   via telephone or in writing.  All providers are encouraged to utilize Claims Status Inquiry (CSI).     *
*   If you do not have CSI and would like to be setup to do so, you need to call the EDI Call Center at     *
*   (800) 470-9630 and select options 3 & 1.  You may also use the Automated Response Unit (ARU) by dia    *
*   ling (877) 299-7900 and select the option for claim status inquiry.                                    *
*                                                                                                          *
*   Effective February 1, 2001 only suppliers may submit claims for drugs to Medicare.  The supplier       *
*   must submit an assigned claim.  Beginning July 1, 2001, beneficiary submitted claims will be denied.   *
*                                                                                                          *
*********************************************************************************
```

| PERF PROV | SERV DATE | POS | NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|

NAME ALLEN, KAREN        HIC 429883165A       ACNT MNS03933-00144959    ICN 01158800641000    ASG Y  MOA MA15  MA01
0296730001 0206 020601 12     1 E0776 RRXAGACC     99.00      0.00      0.00      0.00  PR-B17     99.00          0.00
0296730001 0206 022601 12    28 A9270           1161.65      0.00      0.00      0.00  PR-46    1161.65          0.00
0296730001 0206 022601 12   144 J7060 ZY        6964.35      0.00      0.00      0.00  PR-46    6964.35          0.00
PT RESP  8225.00          CLAIM TOTALS        8225.00      0.00      0.00      0.00            8225.00          0.00
                                                                                        0.00 NET

NAME AMATULLI, ANGELO     HIC 294162756A       ACNT ANT04258-00145287    ICN 01159804517000    ASG Y  MOA MA18  MA01
0296730001 0522 060501 12    15 A9270            125.50      0.00      0.00      0.00  PR-46     125.50          0.00
PT RESP  125.50           CLAIM TOTALS         125.50      0.00      0.00      0.00             125.50          0.00
CLAIM INFORMATION FORWARDED TO:   NAME WITHHELD                                    0.00 NET

NAME FUGATE, HENRY        HIC 300627269A       ACNT ANT03368-00145274    ICN 01159804509000    ASG Y  MOA MA01
0296730001 0503 052301 12    21 A9270           1176.00      0.00      0.00      0.00  PR-46    1176.00          0.00
0296730001 0503 052301 12    31 J3370 ZY         974.61      0.00      0.00      0.00  PR-46     974.61          0.00
PT RESP  2150.61          CLAIM TOTALS        2150.61      0.00      0.00      0.00            2150.61          0.00
                                                                                        0.00 NET

NAME HAMMAN, ELAINE       HIC 271128025D       ACNT MNS04240-00145225    ICN 01158800639000    ASG Y  MOA MA01
0296730001 0501 050101 12     1 E0776 RRXAGACC     99.00      0.00      0.00      0.00  PR-B17     99.00          0.00
0296730001 0501 053001 12    30 A9270            442.52      0.00      0.00      0.00  PR-46     442.52          0.00
0296730001 0501 053001 12     4 J3370 ZY         420.04      0.00      0.00      0.00  PR-46     420.04          0.00
PT RESP  961.56           CLAIM TOTALS         961.56      0.00      0.00      0.00             961.56          0.00
                                                                                        0.00 NET

NAME MILLER, CLIFFORD     HIC 274305674A       ACNT NGM04230-00145278    ICN 01159804508000    ASG Y  MOA MA01
0296730001 0519 053001 12    12 A9270            696.00      0.00      0.00      0.00  PR-46     696.00          0.00
0296730001 0519 053001 12     5 J3370 ZY         742.59      0.00      0.00      0.00  PR-46     742.59          0.00
PT RESP  1438.59          CLAIM TOTALS        1438.59      0.00      0.00      0.00            1438.59          0.00
                                                                                        0.00 NET

| TOTALS: | TOTAL CLAIMS | TOTAL BILLED | TOTAL ALLOWED | TOTAL DEDUCT | TOTAL COINS | TOTAL RC-AMT | TOTAL PROV PD |
|---|---|---|---|---|---|---|---|
|  | 5 | 12901.26 | 0.00 | 0.00 | 0.00 | 12901.26 | 0.00 |

| ADJS: | TOTAL PREV PD | TOTAL PD TO BENE | TOTAL INT | TOTAL PRIMARY | TOTAL OFFSET | TOTAL OTHER ADJS | AMOUNT OF CHECK |
|---|---|---|---|---|---|---|---|
|  | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Highly Confidential

ABT-DOJ 0377380

AdminaStar Federal, Inc.
DMERC Region B Carrier
P.O. Box 240
Indianapolis, In 46206

MEDICARE
REMITTANCE
NOTICE

877-299-7900

MIDWEST HOME INFUSION SER
DEPT 0415
CINCINNATI, OH 45263-0000

PROVIDER #:     0296730001
PAGE #:         1 OF   2
DATE:           06/11/01
CHECK/EFT #: 01162000005
STATEMENT #: Z11623AD1331SYS

※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※
※ AdminaStar Federal's Customer Service Representatives do not perform routine status checks of claims  ※
※ via telephone or in writing.  All providers are encouraged to utilize Claims Status Inquiry (CSI).   ※
※ If you do not have CSI and would like to be setup to do so, you need to call the EDI Call Center at  ※
※ (800) 470-9630 and select options 3 & 1.  You may also use the Automated Response Unit (ARU) by dia  ※
※ ling (877) 299-7900 and select the option for claim status inquiry.                                  ※
※                                                                                                       ※
※ Effective February 1, 2001 only suppliers may submit claims for drugs to Medicare.  The supplier     ※
※ must submit an assigned claim.  Beginning July 1, 2001, beneficiary submitted claims will be denied.  ※
※                                                                                                       ※
※                                                                                                       ※
※                                                                                                       ※
※                                                                                                       ※
※                                                                                                       ※
※                                                                                                       ※
※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※※

| PERF PROV | SERV DATE | POS NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME ALLEN, KAREN | | HIC 429883165A | | | ACNT MWS03933-00144959 | | | ICN 0115880064101 0 | | ASG Y MOA MA95 | MA130 |
| | | | | | | | | | | MA13 | |
| 0296730001 | 0206 022601 12 | 72 | J7799 | ZY | 15624.78 | 0.00 | 0.00 | 0.00 | CO-96 | 15624.78 | 0.00 |
| PT RESP   0.00 | | | CLAIM TOTALS | | 15624.78 | 0.00 | 0.00 | 0.00 | | 15624.78 | 0.00 |
| | | | | | | | | | 0.00 NET | | |
| NAME HOLT, JOAN | | HIC 268301087A | | | ACNT MWS03906-00145226 | | | ICN 0115880064000 0 | | ASG Y MOA MA01 | |
| 0296730001 | 0515 052301 12 | 9 | A9270 | ZY | 28.24 | 0.00 | 0.00 | 0.00 | PR-46 | 28.24 | 0.00 |
| 0296730001 | 0515 052301 12 | 9 | J0713 | ZY | 703.44 | 0.00 | 0.00 | 0.00 | PR-46 | 703.44 | 0.00 |
| PT RESP  731.68 | | | CLAIM TOTALS | | 731.68 | 0.00 | 0.00 | 0.00 | | 731.68 | 0.00 |
| | | | | | | | | | 0.00 NET | | |
| NAME MORRIS, AUSTIN | | HIC 302120754A | | | ACNT ANT04235-00145230 | | | ICN 0115880063600 0 | | ASG Y MOA MA18 | MA01 |
| 0296730001 | 0508 051401 12 | 7 | A9270 | ZY | 191.53 | 0.00 | 0.00 | 0.00 | PR-46 | 191.53 | 0.00 |
| PT RESP   191.53 | | | CLAIM TOTALS | | 191.53 | 0.00 | 0.00 | 0.00 | | 191.53 | 0.00 |
| CLAIM INFORMATION FORWARDED TO:   NAME WITHHELD | | | | | | | | | 0.00 NET | | |
| NAME PENNY, TONI | | HIC 362460533A | | | ACNT MWS04080-00145231 | | | ICN 0115880063500 0 | | ASG Y MOA MA01 | |
| 0296730001 | 0522 062001 12 | 30 | A9270 | ZY | 54.06 | 0.00 | 0.00 | 0.00 | PR-46 | 54.06 | 0.00 |
| PT RESP   54.06 | | | CLAIM TOTALS | | 54.06 | 0.00 | 0.00 | 0.00 | | 54.06 | 0.00 |
| | | | | | | | | | 0.00 NET | | |
| NAME PYLES, DIANE | | HIC 348342883A | | | ACNT MWS00045-00145232 | | | ICN 0115880063400 0 | | ASG Y MOA MA01 | |
| 0296730001 | 0504 052801 12 | 28 | A9270 | ZY | 678.92 | 0.00 | 0.00 | 0.00 | PR-46 | 678.92 | 0.00 |
| 0296730001 | 0504 052801 12 | 10 | J1030 | ZY | 194.44 | 0.00 | 0.00 | 0.00 | PR-46 | 194.44 | 0.00 |
| 0296730001 | 0504 052801 12 | 10 | J3490 | ZY | 194.44 | 0.00 | 0.00 | 0.00 | PR-46 | 194.44 | 0.00 |
| PT RESP  1067.80 | | | CLAIM TOTALS | | 1067.80 | 0.00 | 0.00 | 0.00 | | 1067.80 | 0.00 |
| | | | | | | | | | 0.00 NET | | |
| NAME SINGLETON, JUANITA | | HIC 301269417D | | | ACNT MWS04216-00145235 | | | ICN 0115880063200 0 | | ASG Y MOA MA01 | |
| 0296730001 | 0501 060301 12 | 34 | A9270 | ZY | 663.22 | 0.00 | 0.00 | 0.00 | PR-46 | 663.22 | 0.00 |
| 0296730001 | 0501 060301 12 | 196 | J0690 | ZY | 5731.04 | 0.00 | 0.00 | 0.00 | PR-46 | 5731.04 | 0.00 |
| PT RESP  6394.26 | | | CLAIM TOTALS | | 6394.26 | 0.00 | 0.00 | 0.00 | | 6394.26 | 0.00 |
| | | | | | | | | | 0.00 NET | | |

1000194 DM1DRS2  07954

Highly Confidential

ABT-DOJ 0377381

ADMINISTAR/MEDICARE
P.O. BOX 7027                                                        MWS03933
DMEPOS MEDICARE DENIAL                                              00144959 - 1
INDIANAPOLIS          IN 46207                                      H1


X                                                    429883165A

ALLEN        KAREN           01 30 1945        X

6501 GERMANTOWN RD

MIDDLETOWN              OH

45042        513  727-9767                                              ¬

                                          NONE

                                   X

                                   X

                                   X



     Signature on file



KEVIN C. STRAIT, MD        C03333



   891   OPEN WOUND-KENN/LEG/A

   041.1 INFECTION-STAPHYLOCOC



02 06 01 02 26 01 12      A9270          1      1161.65  28

02 06 01 02 26 01 12      J7060 ZY       1      6964.35 144

02 06 01 02 26 01 12      J7799 ZY       1     15624.78  72

02 06 01 02 06 01 12      E0776 RR KI GA 1        99.00   1



31-1127485       X   MWS03933144959 X          23849.78      .00

                                          MIDWEST HOME INFUSION
                                          PO BOX 63-0415
MICHELLE WALTO6/06/01                     CINCINNATI      OH 45263
                                            0296730001
FOR CLAIM INQUIRY - CONTACT
MIDWEST HOME INFUSION SVC (937) 865 8701

Highly Confidential                                    ABT-DOJ 0377382

Highly Confidential

ABT-DOJ 0377383

```
Requested By: WALM
==== PRODUCTION ROW ====

Payor.....: M210                                    XM1401                                          XM1401 Print NSF Ver 2                     6/06/01  16:57:11
Status....: EDITING    on 6/06/01                   Transmission Number: 35631 at MEDHOSFIL         Patient: MMED3933 ALLEN, KAREN            Page:  1
                                                                                                                                              Claim: 00144959

                                                    Therapy: ABT  ANTIBIOTIC              Batch: 011753         Provider Nbr: 0296730001
                                                                    0:101:00                                    Destination.: REGIONB

=============================================================================================================================================================
Patient Number..: MMED3933-00144959   CA0 PATIENT DATA                 Legal Representative Exists? N
Name (Last, First MI): ALLEN                 KAREN
Address.........:  6501 GERMANTOWN RD                                  Birth Date.............: 1/30/1945                             Sex: F
                   CATALINA TRAIL, PK LOT83                             Marital Status.........: D
                   MIDDLETOWN            OR 45042-0000                  Phone..................: 5137279767
                   0411

Payor Sequence Number: 01 Primary - Medicare    DAO PAYOR DATA         Type: NO Medicare Primary   Payment Source: C Medicare      Filing Flag: P Payment
Insured ID.......: 4298831465A                                         Relation to Insured..: 01 Patient is insured   Patient Signature Source....: B Signed auth for 12 & 13
Insured Name (Last, F):                                                Insured Date of Birth:

=============================================================================================================================================================
Employment-Related : N   Not employment-related  EAO CLAIM DATA        Accident: X None
Release of Info....: Y   Release on file                               Adm'l Documentation: 6 EAO Record Included
Diagnosis Codes....: 891   OPEN WOUND-KNEE/LEG/ANKLE
                     0411  INFECTION-STAPHYLOCOCCUS
Provider Assignment: A   Assigned                                      Provider Signature on file: Y                   Facility/Lab Name:

=============================================================================================================================================================
LINK NUMBER  1    Line Item Control Nbr: 00144959 001 1   FBI CLAIM HCPCS
Service From              To Date            Place of Service          HCPCS Procedure Code      Modifiers      Diagnosis Pointers        $ Charges       Days or Units
2/06/2001                2/26/2001           12 Home                   A9270 Non-covered item or serv.         1 891                     1,151.65        28.0

     Review By Code.:  Not entered                                     Rendering Provider: 0296730001                                    UPIN: C03333
     Ordering Provider (Last, First MI): STRAIT                , KEVIN                                        Rendering Provider: 0296730001
         BILLING FOR DENTAL NON COVERED DRUG J7060 Dex 5% cath flush

=============================================================================================================================================================
LINK NUMBER  2    Line Item Control Nbr: 00144959 001 2   FAO CLAIM HCPCS
Service From              To Date            Place of Service          HCPCS Procedure Code      Modifiers      Diagnosis Pointers        $ Charges       Days or Units
2/06/2001                2/26/2001           12 Home                   J7060 D5W 500 ml          ZY             1 891                     6,964.35        144.0

     Review By Code.:  Not entered                                     Rendering Provider: 0296730001                                    UPIN: C03333
     Ordering Provider (Last, First MI): STRAIT                , KEVIN                                        Rendering Provider: 0296730001
         BILLING FOR DENTAL NON COVERED DRUG J7060 Dex 5% cath flush

=============================================================================================================================================================
LINK NUMBER  3    Line Item Control Nbr: 00144959 001 3   FBI CLAIM HCPCS
Service From              To Date            Place of Service          HCPCS Procedure Code      Modifiers      Diagnosis Pointers        $ Charges       Days or Units
2/06/2001                2/26/2001           12 Home                   J7799 NOC drugs (non inhale)  ZY         1 891                     15,624.78       72.0

     Review By Code.:  Not entered                                     Rendering Provider: 0296730001                                    UPIN: C03333
     Ordering Provider (Last, First MI): STRAIT                , KEVIN
         BILLING FOR DENTAL NON COVERED DRUG J7799 SYNERCID, no pump used
```

Highly Confidential
ABT-DOJ 0377384

```
XM1401                  Transmission Number: 35621 at MELDOSFIL
Requested By: WALM                                                                      XM1401 Print: NSF Ver 2              6/06/01   16:57:11
PRODUCTION RUN                                                                          Patient: M803933 ALIAN, KAREN                Page: 2
                                                                                                                                    Claim: 0114959
LINE NUMBER  4  Line Item Control Nbr: 00144959 001.4
====================================== PAO CLAIM HCPCS =======================================================================================
Service From        To Date      Place of Service      HCPCS Procedure Code    Modifiers    Diagnosis Pointers    $ Charges    Days or Units
2/06/2001           2/06/2001    12 Home               K0776  1.5" pole        RX RX QA     1 851                 99.00        1.0

Review By Code.:    Not entered                        Rendering Provider: 029673002I

Ordering Provider (Last, First MI): SMALTZ
------------------------------------- PBS ORDERING PROVIDER -------------------------------------------------------------------- , KEVIN
                                      BBD MEDEQUITTE                                                                      UPIN: C00133
BILLING FOR DENTAL NOT COVERED SERVICES ANTIBIOTIC NON COVERED DRUGDRUG
5%, SYNEROID.
=============================================== PAO  CLAIM TRAILER ============================================================================
Record counts in claim C  1      Total Allowed Amt:        .00   Total Deductable Amt:       .00   Total Coinsurance Amt:       .00
                        D  1      Total Payor Amt.:         .00   Patient Paid Amt....:       .00
                        B  1
                        F  8
                        G  0
                        H  3
          Total         14        Total Claim Charges: 23849.78

Number of errors found in claim:          0

*** END OF REPORT ***
```

MIDWEST HOME INFUSION SVC
2150 LEITER ROAD
MIAMISBURG          OH 45342


PATIENT: MWS03933  CLAIM: 00144959          ABT


KAREN        ALLEN                    ADMINISTAR/MEDICARE
6501 GERMANTOWN RD                    P.O. BOX 7027
CATALINA TRAIL. PK LOT83              DMEPOS MEDICARE DENIAL
MIDDLETOWN          OH 45042          INDIANAPOLIS        IN 46207

| PROCEDURE | LIST | | QUANTITY | UNIT | EXTENDED | |
|-----------|------|-------------|----------|-------|----------|--------|
| CODE | NUMBER | DESCRIPTION | SHIPPED | PRICE | PRICE | RX NBR |

02/06/01

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | 001674 68 | DIAL-A-FLO MICRODRIP 7 | 3.00 | 11.38 | 34.14 | |
|  | ABBOTT HPD | 1674-01 | | | | |
|  | 024391 03 | PATIENT THERAPY MANUAL | 1.00 | | | |
| NO CHARGE | | | | | | |
|  | 025984 01 | PREP PADS ALCOHOL | 100.00 | .20 | 20.00 | |
|  | CLN | B60301 | | | | |
|  | NDC: 19154-0995-10 | AWP: | | | | |
|  | 026027 01 | GLOVES N/S MED #330 SK | 100.00 | .46 | 46.00 | |
|  | SKINGARD | 330 | | | | |
|  | 026134 01 | PATIENT INFORMATION PA | 1.00 | | | |
|  | MIDWEST HOME INF. | | | | | |
|  | 026141 01 | PATIENT MONOGRAPH | 1.00 | | | |
|  | 026259 01 | ESTIMATE OF FINANCIAL | 1.00 | | | |
|  | 026271 08 | PT ALLERGIES VERIFIED | 1.00 | | | |
| A4221 | 022022 01 | TAPE-DERMICEL CLOTH 1" | 1.00 | 3.19 | 3.19 | |
|  | JOHNSON & JOHNSON 5144 | | | | | |
| A4221 | 022562 01 | DRESSING KIT -TPN CHUR | 3.00 | 20.26 | 60.78 | |
|  | TRISTATE | 5145 | | | | |
| A4222 | 011408 01 | LIFESHIELD LAV VIAL AD | 6.00 | 1.59 | 9.54 | |
|  | ABBOTT | 11408 | | | | |
|  | NDC: 00741-1408-01 | AWP: | | | | |
| A4222 | 011477 01 | LIFESHIELD MALE/FEMALE | 60.00 | 3.49 | 209.40 | |
|  | ABBOTT | 11477 | | | | |
|  | NDC: 00741-1477-01 | AWP: | | | | |
| A4222 | 011521 01 | LIFESHIELD MALE VALVE | 3.00 | 1.69 | 5.07 | |
|  | ABBOTT | 11521-01 | | | | |
|  | NDC: 00741-1521-01 | AWP: | | | | |
| A4246 | 025982 02 | BETADINE SRG SCRUB 4 O | 1.00 | 10.70 | 10.70 | |
|  | INST | 2200-04 | | | | |
|  | NDC: 00034-2200-04 | AWP: 5.62 | | | | |
|  | PER PINT | | | | | |
| B4220 | 001966 73 | SOD CHL 0.9% 30ML BACT | 2.00 | 4.28 | 8.56 | 0019776 |
|  | ABBOTT HPD | 1966-73 | | | | |
|  | NDC: 00074-1966-07 | AWP: 2.24 | | | | |

Highly Confidential

ABT-DOJ 0377385

```
                        MIDWEST HOME INFUSION SVC
                        2150 LEITER ROAD
                        MIAMISBURG        OH 45342


        PATIENT: MWS03933  CLAIM: 00144959        ABT


               KAREN       ALLEN               ADMINISTAR/MEDICARE
               6501 GERMANTOWN RD              P.O. BOX 7027
               CATALINA TRAIL. PK LOT83        DMEPOS MEDICARE DENIAL
               MIDDLETOWN         OH 45042     INDIANAPOLIS      IN 46207
```

```
     PROCEDURE LIST                        QUANTITY  UNIT    EXTENDED
     CODE      NUMBER      DESCRIPTION      SHIPPED   PRICE   PRICE    RX NBR
```

02/06/01

```
     B4220   022073 01    SYR 10 ML LUER LOK BD   30.00    .69    20.70
             BECTON DICKENSON      3096-04
             NDC: 08290-3096-04     AWP:     .18


     B4224   024020 01    SHARPS-TAINER MEDIUM    1.00   13.90    13.90
             WINFIELD            182


     E0776   021445 01    POLE TEN                1.00   99.00    99.00
             ARKAY               2000


     J1642   001152 73    HEPARIN LOCK 100U/ML 3  4.00    5.58    22.32   0019775
             ABBOTT HPD          1152-73
             NDC: 00074-1152-78     AWP:    4.03
       10U/BILL UNIT
     J7060   007922 62    DEX 5% 250ML            5.76   14.20    81.79
             ABBOTT HPD          7922-02
             NDC: 00074-7922-02     AWP:   11.80
       500ML/BILL UNIT
     J7060   026297 88    CATH FLUSH CPD         12.00   41.52   498.24   0019774
             MIDWEST
       500ML/BILL UNIT          5.0000  ML
             COMPOUND INGREDIENTS
             007922-62   DEX 5% 250ML
              UNITS:   .24 EA   TOTL:    60.000 cc
             ABBOTT HPD      MFG#: 7922-02
             NDC: 00074-7922-02 AWP:   11.80
             022073-01   SYR 10 ML LUER LOK BD
              UNITS:  12.00 EA   TOTL:    12.000
             BECTON DICKENSO MFG#: 3096-04
             NDC: 08290-3096-04 AWP:     .18
             025585-02   SYR TIP CONNECTOR-B.BRAUN
              UNITS:  12.00 EA   TOTL:    12.000 Ea
             B BRAUN         MFG#: SC3000
     J7799   026296 88    SYNERCID CPD            6.00  215.01  1290.06   0019773
                                500.0000  MG
             COMPOUND INGREDIENTS
             007922-62   DEX 5% 250ML
              UNITS:   5.76 EA   TOTL:  1440.000 cc
             ABBOTT HPD      MFG#: 7922-02
             NDC: 00074-7922-02 AWP:   11.80
             026266-97   SYNERCID 500MG VIAL
              UNITS:   6.00 MG   TOTL:    30.000 ml
                             MFG#: 905110
             NDC: 00075-9051-10 AWP:  107.43
```

Highly Confidential                                                    ABT-DOJ 0377386

MIDWEST HOME INFUSION SVC
2150 LEITER ROAD
MIAMISBURG          OH 45342

PATIENT: MWS03933   CLAIM: 00144959          ABT

KAREN     ALLEN                    ADMINISTAR/MEDICARE
6501 GERMANTOWN RD                 P.O. BOX 7027
CATALINA TRAIL. PK LOT83           DMEPOS MEDICARE DENIAL
MIDDLETOWN          OH 45042       INDIANAPOLIS          IN 46207

| PROCEDURE | LIST | | QUANTITY | UNIT | EXTENDED | |
|---|---|---|---|---|---|---|
| CODE | NUMBER | DESCRIPTION | SHIPPED | PRICE | PRICE | RX NBR |

02/06/01

TOTAL  SHIPPED   02/06/01                                2433.39

02/08/01

| | 001674 68 | DIAL-A-FLO MICRODRIP 7 | 4.00 | 11.38 | 45.52 | |
| | ABBOTT HPD | 1674-01 | | | | |
| | | | | | | |
| A4222 | 011408 01 | LIFESHIELD LAV VIAL AD | 2.00 | 1.59 | 3.18 | |
| | ABBOTT | 11408 | | | | |
| | NDC: 00741-1408-01   AWP: | | | | | |
| | | | | | | |
| B4220 | 001966 73 | SOD CHL 0.9% 30ML BACT | 1.00 | 4.28 | 4.28 | 0019776 |
| | ABBOTT HPD | 1966-73 | | | | |
| | NDC: 00074-1966-07   AWP:   2.24 | | | | | |
| | | | | | | |
| B4220 | 022073 01 | SYR 10 ML LUER LOK BD | 30.00 | .69 | 20.70 | |
| | BECTON DICKENSON   3096-04 | | | | | |
| | NDC: 08290-3096-04   AWP:   .18 | | | | | |
| | | | | | | |
| J1642 | 001152 73 | HEPARIN LOCK 100U/ML 3 | 1.00 | 5.58 | 5.58 | 0019775 |
| | ABBOTT HPD | 1152-73 | | | | |
| | NDC: 00074-1152-78   AWP:   4.03 | | | | | |
| | 10U/BILL UNIT | | | | | |
| J7060 | 007922 62 | DEX 5% 250ML | 5.76 | 14.20 | 81.79 | |
| | ABBOTT HPD | 7922-02 | | | | |
| | NDC: 00074-7922-02   AWP:   11.80 | | | | | |
| | 500ML/BILL UNIT | | | | | |
| J7060 | 026297 88 | CATH FLUSH CPD | 12.00 | 41.52 | 498.24 | 0019774 |
| | MIDWEST | | | | | |
| | 500ML/BILL UNIT        5.0000  ML | | | | | |

COMPOUND INGREDIENTS
007922-62   DEX 5% 250ML
UNITS:    .24 EA   TOTL:   60.000 cc
ABBOTT HPD      MFG#: 7922-02
NDC: 00074-7922-02  AWP:   11.80
022073-01   SYR 10 ML LUER LOK BD
UNITS:   12.00 EA   TOTL:   12.000
BECTON DICKENSO  MFG#: 3096-04
NDC: 08290-3096-04  AWP:   .18
025585-02   SYR TIP CONNECTOR-B.BRAUN
UNITS:   12.00 EA   TOTL:   12.000 Ea
B BRAUN       MFG#: SC3000

| J7799 | 026296 88 | SYNERCID CPD | 6.00 | 215.01 | 1290.06 | 0019773 |
| | | 500.0000 MG | | | | |

Highly Confidential                                    ABT-DOJ 0377387

```
                    MIDWEST HOME INFUSION SVC
                    2150 LEITER ROAD
                    MIAMISBURG      OH 45342


    PATIENT: MWS03933  CLAIM: 00144959         ABT


            KAREN       ALLEN              ADMINISTAR/MEDICARE
            6501 GERMANTOWN RD             P.O. BOX 7027
            CATALINA TRAIL. PK LOT83       DMEPOS MEDICARE DENIAL
            MIDDLETOWN         OH 45042     INDIANAPOLIS      IN 46207


    PROCEDURE LIST                      QUANTITY   UNIT    EXTENDED
    CODE     NUMBER      DESCRIPTION    SHIPPED    PRICE   PRICE     RX NBR


            COMPOUND INGREDIENTS
            007922-62  DEX 5% 250ML
             UNITS:    5.76 EA   TOTL:   1440.000 cc
            ABBOTT HPD     MFG#: 7922-02
             NDC: 00074-7922-02  AWP:    11.80
            026266-97  SYNERCID 500MG VIAL
             UNITS:    6.00 MG   TOTL:     30.000 ml
                            MFG#:  905110
             NDC: 00075-9051-10  AWP:   107.43
            TOTAL  SHIPPED    02/08/01                    1949.35

02/10/01
    J7060    007922 62    DEX 5% 250ML        5.76   14.20    81.79
            ABBOTT HPD          7922-02
            NDC: 00074-7922-02    AWP:   11.80
        500ML/BILL UNIT
    J7060    026297 88    CATH FLUSH CPD     12.00   41.52   498.24   0019774
            MIDWEST
        500ML/BILL UNIT          5.0000  ML
            COMPOUND INGREDIENTS
            007922-62  DEX 5% 250ML
             UNITS:     .24 EA   TOTL:     60.000 cc
            ABBOTT HPD     MFG#: 7922-02
             NDC: 00074-7922-02  AWP:    11.80
            022073-01  SYR 10 ML LUER LOK BD
             UNITS:   12.00 EA   TOTL:     12.000
            BECTON DICKENSO  MFG#: 3096-04
             NDC: 08290-3096-04  AWP:      .18
            025585-02   SYR TIP CONNECTOR-B.BRAUN
             UNITS:   12.00 EA   TOTL:     12.000 Ea
            B BRAUN         MFG#: SC3000
    J7799    026296 88    SYNERCID CPD        6.00  215.01  1290.06   0019773
                            500.0000 MG
            COMPOUND INGREDIENTS
            007922-62  DEX 5% 250ML
             UNITS:    5.76 EA   TOTL:   1439.904 cc
            ABBOTT HPD     MFG#: 7922-02
             NDC: 00074-7922-02  AWP:    11.80
            026266-97  SYNERCID 500MG VIAL
             UNITS:    6.00 MG   TOTL:     29.998 ml
                            MFG#:  905110
             NDC: 00075-9051-10  AWP:   107.43
            TOTAL  SHIPPED    02/10/01                    1870.09

02/12/01
            001674 68    DIAL-A-FLO MICRODRIP 7    7.00   11.38    79.66
            ABBOTT HPD          1674-01
```

                                      ABT-DOJ 0377388

MIDWEST HOME INFUSION SVC
2150 LEITER ROAD
MIAMISBURG        OH 45342


PATIENT: MWS03933  CLAIM: 00144959        ABT


         KAREN      ALLEN                    ADMINISTAR/MEDICARE
         6501 GERMANTOWN RD                  P.O. BOX 7027
         CATALINA TRAIL. PK LOT83            DMEPOS MEDICARE DENIAL
         MIDDLETOWN         OH 45042         INDIANAPOLIS      IN 46207

    PROCEDURE LIST                           QUANTITY   UNIT   EXTENDED
    CODE     NUMBER     DESCRIPTION          SHIPPED    PRICE  PRICE     RX NBR

02/12/01
    A4221    022562 01    DRESSING KIT -TPN CHUR    1.00    20.26    20.26
             TRISTATE          5145

    A4222    011408 01    LIFESHIELD LAV VIAL AD    7.00    1.59    11.13
             ABBOTT            11408
             NDC: 00741-1408-01    AWP:

    A4222    011477 01    LIFESHIELD MALE/FEMALE    30.00    3.49    104.70
             ABBOTT            11477
             NDC: 00741-1477-01    AWP:

    A4222    011521 01    LIFESHIELD MALE VALVE    2.00    1.69    3.38
             ABBOTT            11521-01
             NDC: 00741-1521-01    AWP:

    B4220    001966 73    SOD CHL 0.9% 30ML BACT    2.00    4.28    8.56    0019776
             ABBOTT HPD        1966-73
             NDC: 00074-1966-07    AWP:    2.24

    B4220    022073 01    SYR 10 ML LUER LOK BD    60.00    .69    41.40
             BECTON DICKENSON    3096-04
             NDC: 08290-3096-04    AWP:    .18

    B4220    022537 01    WHISK ADHESIVE REMOVER    6.00    .44    2.64
             HOLL              0077660
             NDC: 38380-0776-06    AWP:

    J1642    001152 73    HEPARIN LOCK 100U/ML 3    5.00    5.58    27.90    0019775
             ABBOTT HPD        1152-73
             NDC: 00074-1152-78    AWP:    4.03
         10U/BILL UNIT
    J7060    007922 62    DEX 5% 250ML              11.80    14.20    167.56
             ABBOTT HPD        7922-02
             NDC: 00074-7922-02    AWP:    11.80
         500ML/BILL UNIT
    J7060    026297 88    CATH FLUSH CPD            24.00    41.52    996.48    0019774
             MIDWEST
         500ML/BILL UNIT           5.0000  ML
             COMPOUND INGREDIENTS
             007922-62  DEX 5% 250ML
             UNITS:     .84 EA   TOTL:   210.000 cc
             ABBOTT HPD     MFG#: 7922-02
             NDC: 00074-7922-02  AWP:   11.80

Highly Confidential                                    ABT-DOJ 0377389

MIDWEST HOME INFUSION SVC
2150 LEITER ROAD
MIAMISBURG         OH 45342


PATIENT: MWS03933  CLAIM: 00144959        ABT


KAREN       ALLEN                  ADMINISTAR/MEDICARE
6501 GERMANTOWN RD                 P.O. BOX 7027
CATALINA TRAIL. PK LOT83           DMEPOS MEDICARE DENIAL
MIDDLETOWN         OH  45042       INDIANAPOLIS       IN  46207


| PROCEDURE | LIST | | QUANTITY | UNIT | EXTENDED | |
|---|---|---|---|---|---|---|
| CODE | NUMBER | DESCRIPTION | SHIPPED | PRICE | PRICE | RX NBR |

```
            COMPOUND INGREDIENTS
            022073-01   SYR 10 ML LUER LOK BD
            UNITS:    24.00 EA   TOTL:    24.000
            BECTON DICKENSO  MFG#: 3096-04
            NDC: 08290-3096-04  AWP:     .18
            025585-02   SYR TIP CONNECTOR-B.BRAUN
            UNITS:    24.00 EA   TOTL:    24.000 Ea
            B BRAUN          MFG#: SC3000
J7799       026296 88     SYNERCID CPD          12.00    215.01   2580.12    0019807
                             500.0000  MG

            COMPOUND INGREDIENTS
            007922-62   DEX 5% 250ML
            UNITS:    11.80 EA   TOTL:   2949.952 cc
            ABBOTT HPD       MFG#: 7922-02
            NDC: 00074-7922-02  AWP:    11.80
            026266-97   SYNERCID 500MG VIAL
            UNITS:    12.00 MG   TOTL:    59.999 ml
                             MFG#: 905110
            NDC: 00075-9051-10  AWP:   107.43
            TOTAL  SHIPPED    02/12/01                         4043.79


02/16/01
            001674 68     DIAL-A-FLO MICRODRIP 7   7.00     11.38     79.66
            ABBOTT HPD        1674-01


A4222       011521 01     LIFESHIELD MALE VALVE    3.00      1.69      5.07
            ABBOTT            11521-01
            NDC: 00741-1521-01   AWP:


B4224       024516 01     SHARPS-TAINER LARGE      1.00     17.44     17.44
            WINFIELD CORP        180


J7060       007922 62     DEX 5% 250ML            20.16     14.20    286.27
            ABBOTT HPD        7922-02
            NDC: 00074-7922-02  AWP:    11.80
            500ML/BILL UNIT
J7060       026297 88     CATH FLUSH CPD          42.00     41.52   1743.84    0019774
            MIDWEST
            500ML/BILL UNIT           5.0000  ML
            COMPOUND INGREDIENTS
            007922-62   DEX 5% 250ML
            UNITS:     .84 EA   TOTL:    210.000 cc
            ABBOTT HPD       MFG#: 7922-02
            NDC: 00074-7922-02  AWP:    11.80
            022073-01   SYR 10 ML LUER LOK BD
            UNITS:    42.00 EA   TOTL:    42.000
            BECTON DICKENSO  MFG#: 3096-04
            NDC: 08290-3096-04  AWP:     .18
```

Highly Confidential

ABT-DOJ 0377390

```
                    MIDWEST HOME INFUSION SVC
                    2150 LEITER ROAD
                    MIAMISBURG        OH 45342


    PATIENT: MWS03933  CLAIM: 00144959          ABT


        KAREN      ALLEN                    ADMINISTAR/MEDICARE
        6501 GERMANTOWN RD                  P.O. BOX 7027
        CATALINA TRAIL. PK LOT83            DMEPOS MEDICARE DENIAL
        MIDDLETOWN         OH 45042         INDIANAPOLIS      IN 46207
```

| PROCEDURE LIST | | | QUANTITY | UNIT | EXTENDED | |
|---|---|---|---|---|---|---|
| CODE | NUMBER | DESCRIPTION | SHIPPED | PRICE | PRICE | RX NBR |

```
        COMPOUND INGREDIENTS
        025585-02   SYR TIP CONNECTOR-B.BRAUN
           UNITS:  42.00 EA   TOTL:   42.000 Ea
           B BRAUN        MFG#: SC3000
J7799   026296 88   SYNERCID CPD           21.00   215.01   4515.21   0019807
                            500.0000 MG
        COMPOUND INGREDIENTS
        007922-62   DEX 5% 250ML
           UNITS:  20.16 EA  TOTL:  5040.000 cc
           ABBOTT HPD     MFG#: 7922-02
           NDC: 00074-7922-02  AWP:   11.80
        026266-97   SYNERCID 500MG VIAL
           UNITS:  21.00 MG  TOTL:   105.000 ml
                          MFG#: 905110
           NDC: 00075-9051-10  AWP:  107.43
        028071-01   VIAL-MATE ADAPTOR
           UNITS:  21.00 EA  TOTL:    21.000
           BAXTER         MFG#: 2B8071
        TOTAL  SHIPPED  02/16/01                         6647.49

02/23/01
        001674 68   DIAL-A-FLO MICRODRIP 7    7.00   11.38    79.66
        ABBOTT HPD          1674-01


A4221   022562 01   DRESSING KIT -TPN CHUR    1.00   20.26    20.26
        TRISTATE            5145


A4222   011408 01   LIFESHIELD LAV VIAL AD    6.00    1.59     9.54
        ABBOTT              11408
        NDC: 00741-1408-01   AWP:


A4222   011477 01   LIFESHIELD MALE/FEMALE   20.00    3.49    69.80
        ABBOTT              11477
        NDC: 00741-1477-01   AWP:


A4222   011521 01   LIFESHIELD MALE VALVE     3.00    1.69     5.07
        ABBOTT              11521-01
        NDC: 00741-1521-01   AWP:


B4220   001966 73   SOD CHL 0.9% 30ML BACT    2.00    4.28     8.56   0019776
        ABBOTT HPD          1966-73
        NDC: 00074-1966-07   AWP:    2.24


J1642   001152 73   HEPARIN LOCK 100U/ML 3    4.00    5.58    22.32   0019775
        ABBOTT HPD          1152-73
        NDC: 00074-1152-78   AWP:    4.03
        10U/BILL UNIT
```

Highly Confidential

```
                    MEDWAY HOME INFUSION SVC
                    2150 LEITER ROAD
                    MIAMISBURG          OH 45342


     PATIENT: MWS03933   CLAIM: 00144959        ABT


          KAREN       ALLEN              ADMINISTAR/MEDICARE
          6501 GERMANTOWN RD             P.O. BOX 7027
          CATALINA TRAIL. PK LOT83       DMEPOS MEDICARE DENIAL
          MIDDLETOWN        OH  45042    INDIANAPOLIS      IN  46207

     PROCEDURE LIST                    QUANTITY  UNIT    EXTENDED
      CODE     NUMBER    DESCRIPTION    SHIPPED  PRICE    PRICE     RX NBR

02/23/01
     J7060    007922 62   DEX 5% 250ML          20.16   14.20    286.27
              ABBOTT HPD        7922-02
              NDC: 00074-7922-02   AWP:   11.80
          500ML/BILL UNIT
     J7060    026297 88   CATH FLUSH CPD        42.00   41.52   1743.84   0019774
              MIDWEST
          500ML/BILL UNIT        5.0000  ML
              COMPOUND INGREDIENTS
              007922-62   DEX 5% 250ML
              UNITS:     .84 EA   TOTL:   210.000 cc
              ABBOTT HPD      MFG#: 7922-02
              NDC: 00074-7922-02  AWP:   11.80
              022073-01   SYR 10 ML LUER LOK BD
              UNITS:   42.00 EA   TOTL:    42.000
              BECTON DICKENSO MFG#: 3096-04
              NDC: 08290-3096-04  AWP:    .18
              025585-02   SYR TIP CONNECTOR-B.BRAUN
              UNITS:   42.00 EA   TOTL:    42.000 Ea
              B BRAUN       MFG#:  SC3000
     J7799    026296 88   SYNERCID CPD          21.00  221.87   4659.27   0019807
                          500.0000  MG
              COMPOUND INGREDIENTS
              007922-62   DEX 5% 250ML
              UNITS:   20.16 EA   TOTL:  5040.000 cc
              ABBOTT HPD      MFG#: 7922-02
              NDC: 00074-7922-02  AWP:   11.80
              026266-97   SYNERCID 500MG VIAL
              UNITS:   21.00 MG   TOTL:   105.000 ml
                              MFG#: 905110
              NDC: 00075-9051-10  AWP:  107.43
              TOTAL  SHIPPED  02/23/01                       6904.59

              SALES TAX                                         1.08
                 TOTAL  PATIENT    MWS03933               23849.78


INVOICES PROCESSED...
00301996 00302033 00302121 00302034 00302122 00302160
```

Highly Confidential

ABT-DOJ 0377392

```
ADMINISTAR/MEDICARE
P.O. BOX 7027                                          MWS03933
DMEPOS MEDICARE DENIAL                                00144959 - 1
INDIANAPOLIS              IN 46207                     H1


X                                         429883165A

ALLEN        KAREN          01 30 1945    X

6501 GERMANTOWN RD

MIDDLETOWN              OH

45042       513  727-9767                                      -

                                       NONE

                              X

                              X

                              X



     Signature on file



KEVIN C. STRAIT, MD         C03333


   891   OPEN WOUND-KENN/LEG/A

   041.1 INFECTION-STAPHYLOCOC


02 06 01 02 26 01 12      A9270         1      1161.65  28

02 06 01 02 26 01 12      J7060 ZY      1      6964.35 144

02 06 01 02 26 01 12      J7799 ZY      1     15624.78  72

02 06 01 02 06 01 12      E0776 GA      1         99.00   1



31-1127485       X   MWS03933144959 X          23849.78    .00

                                        MIDWEST HOME INFUSION
                                        PO BOX 0415
MICHELLE WALT05/31/01                   CINCINNATI      OH 45263
                                          0296730001
FOR CLAIM INQUIRY - CONTACT
MIDWEST HOME INFUSION SVC (937) 865 8701
```

Highly Confidential

ABT-DOJ 0377393

November 20, 2001                    ACCT# MWS03933


Karen Allen
6501 Germantown Rd.
Middletown, OH 45042


Dear Mrs Allen,

      Your insurance company has informed us they sent you a payment of $5576.70 for dates of service 6/3/00 and 7/5/00. We are also billing you for your out of pocket expense which is $1000.00 and your deductible for the year which is $75.00.  If you have any questions please call me at 800-553-8019 EX. 85355. The amount listed below is your financial responsibility.

| SERVICE DATE | AMOUNT BILLED | AMOUNT PAID | BALANCE DUE |
|---|---|---|---|
| 06/03/00 | $ 3386.32 | $0.00 | $3386.32 |
| 07/05/00 | $ 3265.38 | $0.00 | $3265.38 |
| **PLEASE PAY THIS AMOUNT**: | | | **$ 6651.70** |

Please enclose this letter with your payment within 30 days from the above date. Please make checks payable to Midwest Home Infusion Services.


Sincerely,
Melissa Plumley
Reimbursement Technician

Highly Confidential

SEPTEMBER 20, 2001                    ACCT. # MWS03933


Karen Allen
6501 Germantown Rd.
Middletown, OH 45042


Dear Mrs Allen

     Your insurance company has informed us they sent you a payment of $5576.70 for dates of
service 6/3/00 and 7/5/00. We are also billing you for your out of pocket expense which is $1000.00 and
your deductible for the year which is $75.00. If you have any questions please feel free to call me at 800-
553-8019 EX. 85355. The amount listed below is your financial responsibility.

| SERVICE DATE | AMOUNT BILLED | AMOUNT PAID | BALANCE DUE |
|---|---|---|---|
| 06/03/00 | $ 3386.32 | $00.00 | $ 3386.32 |
| 07/05/00 | $ 3265.38 | $00.00 | $ 3265.38 |


**PLEASE PAY THIS AMOUNT**:                                    **$ 6651.70**
Please enclose this letter with your payment within 30 days from the above date. Please
make checks payable to MIDWEST HOME INFUSION.


Sincerely,
Melissa Plumley
Reimbursement Technician


Highly Confidential

AdminaStar Federal, Inc.
DMERC Region B Carrier
P.O. Box 240
Indianapolis, In 46206

MEDICARE
REMITTANCE
NOTICE

877-299-7900

MIDWEST HOME INFUSION SER
DEPT 0415
CINCINNATI, OH 45263-0000

PROVIDER #:       0296730001
PAGE #:        1 OF     2
DATE:         02/20/01
CHECK/EFT #: 00025737457
STATEMENT #: Z10513AE0691SYS

```
*********************************************************************************
*   AdminaStar Federal's Customer Service Representatives do not perform routine status checks of claims   *
*   via telephone or in writing.  All providers are encouraged to utilize Claims Status Inquiry (CSI).    *
*   If you do not have CSI and would like to be setup to do so, you need to call the EDI Call Center at    *
*   (800) 470-9630 and select options 3 & 1.  You may also use the Automated Response Unit (ARU) by dia   *
*   ling (877) 299-7900 and select the option for claim status inquiry.                                   *
*                                                                                                          *
*                                                                                                          *
*                                                                                                          *
*                                                                                                          *
*                                                                                                          *
*                                                                                                          *
*                                                                                                          *
*                                                                                                          *
*********************************************************************************
```

| PERF PROV | SERV DATE | POS NOS | PROC | MODS | BILLED | ALLOWED | DEDUCT | COINS | GRP/RC-AMT | PROV PD |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME BUESKING, KAREN | | HIC 429883165A | | ACNT MMS03933 | | | ICN 01026800199000 | | ASG Y  MOA MA01 | |
| 0296730001 | 0603 063000 | 12 | 28 J3370 ZY | | 866.32 | 0.00 | 0.00 | 0.00 PR-46 | 866.32 | 0.00 |
| 0296730001 | 0603 063000 | 12 | 28 A4221 ZY | | 2520.00 | 0.00 | 0.00 | 0.00 CO-50 | 2520.00 | 0.00 |
| REM: M25 | | | | | | | | | | |
| PT RESP | 866.32 | | CLAIM TOTALS | | 3386.32 | 0.00 | 0.00 | 0.00 | 3386.32 | 0.00 |
| | | | | | | | | 0.00 NET | | |

M230 ① P052 ② (# 144766) 2°

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME BUESKING, KAREN | | HIC 429883165A | | ACNT MMS03933 | | | ICN 01026800198000 | | ASG Y  MOA MA01 | |
| 0296730001 | 0705 073100 | 12 | 27 J3370 ZY | | 835.38 | 0.00 | 0.00 | 0.00 PR-46 | 835.38 | 0.00 |
| 0296730001 | 0705 073100 | 12 | 27 A4221 ZY | | 2430.00 | 0.00 | 0.00 | 0.00 CO-50 | 2430.00 | 0.00 |
| REM: M25 | | | | | | | | | | |
| PT RESP | 835.38 | | CLAIM TOTALS | | 3265.38 | 0.00 | 0.00 | 0.00 | 3265.38 | 0.00 |
| | | | | | | | | 0.00 NET | | |

(#144768) 2°

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME EGER, GERALD | | HIC 276329321A | | ACNT MMS05099 | | | ICN 01025800289000 | | ASG Y  MOA MA01 | |
| 0296730001 | 0107 011300 | 12 | 1 B4220 | | 716.38 | 7.10 | 0.00 | 1.42 CO-42 | 709.28 | 5.11 |
| | | | | | | | | CO-B4 | 0.57 | |
| 0296730001 | 0107 011300 | 12 | 6 B4184 | | 610.72 | 0.00 | 0.00 | 0.00 PR-B17 | 610.72 | 0.00 |
| 0296730001 | 0107 011300 | 12 | 7 B4189 | | 2107.70 | 0.00 | 0.00 | 0.00 PR-B17 | 2107.70 | 0.00 |
| 0296730001 | 0107 011300 | 12 | 7 B4224 | | 261.85 | 155.33 | 0.00 | 31.07 CO-42 | 106.52 | 111.83 |
| | | | | | | | | CO-B4 | 12.43 | |
| PT RESP | 2750.91 | | CLAIM TOTALS | | 3696.65 | 162.43 | 0.00 | 32.49 | 3547.22 | 116.94 |
| | | | | | | | | 116.94 NET | | |

4230 ① P+16 ② 72%0 #143508

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME PARIZEK, SUZANNE | | HIC 284404246C3 | | ACNT MMS04107-00144872 | | | ICN 01047810934000 | | ASG Y  MOA MA01 | |
| 0296730001 | 0104 020201 | 12 | 30 A9270 | | 315.00 | 0.00 | 0.00 | 0.00 PR-46 | 315.00 | 0.00 |
| PT RESP | 315.00 | | CLAIM TOTALS | | 315.00 | 0.00 | 0.00 | 0.00 | 315.00 | 0.00 |
| | | | | | | | | 0.00 NET | | |

4230 ① Ioo1 ② (#144872) 2°

| TOTALS: | TOTAL CLAIMS | TOTAL BILLED | TOTAL ALLOWED | TOTAL DEDUCT | TOTAL COINS | TOTAL RC-AMT | TOTAL PROV PD |
|---|---|---|---|---|---|---|---|
| | 4 | 10663.35 | 162.43 | 0.00 | 32.49 | 10513.92 | 116.94 |

| ADJS: | TOTAL PREV PD | TOTAL PD TO BENE | TOTAL INT | TOTAL PRIMARY | TOTAL OFFSET | TOTAL OTHER ADJS | AMOUNT OF CHECK |
|---|---|---|---|---|---|---|---|
| | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 116.94 |

GLOSSARY: Group, Reason, MOA, Remark and Offset Codes:

CO            Contractual obligation.  The patient may not be billed for this amount.

⑥ us
⑦ DR, →

Highly Confidential

ABT-DOJ 0377407

December 28, 2000                    ACCT. # MWS03933

Karen Buesking
6501 Germantown Rd.
Middletown, OH 45042

Dear Miss Buesking,
    We are sending you an itemized statement for your June, and July charges. Medicare does not
cover this therapy. Medicaid is QMB only. If Medicare denies then Medicaid will not cover your therapy.
You are no longer eligible for Medicaid as of June 30, 2000. If you have any other insurance coverage
please call us and give us the information. The balance due below is your financial responsibility.

| SERVICE DATES | AMOUNT BILLED | AMOUNT PAID | BALANCE DUE |
|---|---|---|---|
| 06/03/00 | $ 5141.12 | | $ 5141.12 |
| 07/05/00 | $ 5328.71 | | $ 5328.71 |

**BALANCE DUE:**                                                    **$ 10,469.83**
For your convenience, we accept Visa, and Master Card, as well as your personal check.
Please enclose this letter with your payment within 21 days from the above date. Please
make checks payable to MIDWEST HOME INFUSION. Send your payment to
MIDWEST HOME INFUSION P.O BOX 0415 CINCINNATI, OH 45263. If you would
like to make payment arrangements, please call me at 847-938-5355.

Sincerely,
Melissa Plumley
Reimbursements
Visa#_____ Exp.Date_____ $AMT_____

Master
Card#_____ Exp.Date_____ $AMT_____

Highly Confidential