# Exhibit 98

Page 1

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

In re: PHARMACEUTICAL          )  MDL DOCKET NO.
INDUSTRY AVERAGE WHOLESALE     )  CIVIL ACTION
PRICE LITIGATION               )  01CV12257-PBS

Videotaped Deposition of P. LOREEN
MERSHIMER, at 77 West Wacker Drive,
Chicago, Illinois, commencing at
9:00 a.m. on Thursday,
August 23, 2007, before Donna M.
Kazaitis, RPR, CSR  No. 084-003145.

Mershimer, P. Loreen                              August 23, 2007
                          Chicago, IL

Page 43

1   and he supported my business along with other
2   businesses.
3       Q.   Meaning he supported renal and other
4   components of the hospital business?
5       A.   No.  At that time he was over in
6   Alternate Site and I was in Alternate Site.
7       Q.   Was renal a component part of Alternate
8   Site?
9       A.   Yes.
10      Q.   So Mr. Heggie provided reimbursement
11  services for Alt Site as well as, for renal as
12  well as other components of Alt Site?
13      A.   Yes.
14      Q.   What were the other components of Alt
15  Site that he supported?
16      A.   You know, I don't remember in detail
17  because that was set up before I came in.  So I
18  don't remember.
19              I know he assisted Mike Sellers and
20  Pete Baker, but I'm not sure, you know, what, I
21  don't know the details behind that.
22      Q.   But he reported to you with regard to