1

# Exhibit 81

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

# National Accounts
# Monthly Report
# April 2000

## COMPETITION:

*Colin Carr-Hall*
**Competitive Pricing:** Listed on CPI. Endo laboratories is starting to lower their prices on Morphine Sulf ER Tabs. They are most likely preparing for ESI/Lederle's entrance into the market. They lowered pricing to PCN as follows; 15mg X 100   $49.60 / 30mg X 100   $94.27 / 60mg  X 100   $183.94

*Mike Doan*
Duramed has come into Medco with an offer of  $19.95 on Hydroxyurea. Dey is selling Ipratropium through RLI for $11.50 x 25ct; $15.00 x 30ct. JJ Balan is listing Hydroxyurea for $32.99 from Duramed. ANDA is selling Ipratropium $12.95 for 25ct., and $30.75 for 60ct.

*Dawn Gordon*
Information already supplied to Michelle Summers and Kim Storck.

*Debbie Kutner*
**Kinray:** Par form was submitted to contracts to adjust the prices on the following items for Kinray:

| Item | Our Price | Competitor |
|---|---|---|
| Diclofenac 25mg/60 | Our Price $6.20 | Geneva $5.25 |
| Diclofenac 25mg/100 | Our Price $10.40 | Geneva $8.50 |
| Diclofenac 50mg/60 | Our Price $8.40 | Geneva $6.45 |
| Diclofenac 50mg/100 | Our Price $13.50 | Geneva $7.65 |
| Diclofenac 75mg/60 | Our Price $7.80 | Geneva $6.33 |
| Diclofenac 75mg/100 | Our Price $12.75 | Geneva $8.08 |
| Furosemide 20mg/1000 | Our Price $11.50 | Mylan $7.25 |
| Furosemide 40mg/1000 | Our Price $16.36 | Mylan $9.80 |
| Furosemide 80mg/500 | Our Price $16.00 | Mylan $10.00 |
| Hydroxyurea 500mg/100 | Our Price $32.00 | Duramed $28.00 |

We need to stay Market Competitve to win the business in New York. To many wholesalers in a small geographical area.

**Happy Harry's:**  Par form was submitted to contracts to lower the price on Ipratropium 25's for Debbie Gossert.  She received a written proposal from Dey to price the 25's at $9.79.  We will meet the competition.  She also received another written proposal from Mylan to lower the cost on Azathioprine to $37.00, a Par Form was submitted.

**Rochester Drug ( Source One):**  A Par Form was submitted to contracts to adjust the price on Azathioprine.  Gary also received a written proposal from Mylan to lower the cost to $48.00.  This price was awarded.

*Steve Snyder*
**Ipratropium** competition has cooled at Cardinal.  Was expecting a competitive offer for the past month, but apparently Apothecon has supply issues, is concerned about price point, or IVX entry has complicated the matter.

Confidential
BOEH02708428

Morton Grove placed Cromolyn in the Cardinal Preferred position a month ago. Price point is mid $17's on the 60's. Seems a bit high compared to other prices I've seen, but I expect there are considerable rebates involved, and I heard that initial free goods were huge.

*Anthony Tavolaro*
Cromolyn Sodium- I have confirmed that RPR/Arcola has been disbanded. They will no longer distribute Cromoyln. A customer informed me that HMS is selling off the remaining inventory. I have heard they have as much as a year supply for Arcola customers. This is a golden opportunity to obtain Cromolyn business.

*Tom Via*
Celebrex and Vioxx are offered to the GPOs on contract, this includes hospital and LTC groups. I couldn't get specific percentages but the 2% we are considering was deemed to be competitive. Currently, there are no programs in place for either drug to drive market share through the groups.
Purdue Frederick continues to pull away from the LTC market. Innovatix has reported they are not interested in putting a program together with their products. This presents an opportunity for RLI to establish a solid palliative care "loyalty" within this group in preparation for the launch of Extain. I will work with the palliative care marketing team to develop a program for the group.

# SUCCESSES:

*Colin Carr-Hall*
**Bergen** – Put together a Bergen in-house telemarketing agreement for Mobic, carved out call universe so Access Worldwide will not call Bergen stores and assigned performance parameters. Bergen has closed a number of turnovers already for Mobic. I also put together a Bergen retail pharmacy "quickfax" for Mobic utilizing sell points from the recent FDA approval letter and trade launch sheet.

**Bergen GPP** – Signed CCP contract price agreement

**ServAll** – Signed CCP contract price agreement

**Costco** - Signed CCP contract price agreement

**Safeway Vons** – Issued a partial award so that they can start loading the Auto-Sub primary awards now through McKesson (used to be Bergen). Our first round award notice found us keeping Azathioprine and gaining Ipratropium as primary autosub awards. With the additions of Dominicks, Randalls and Carrs stores to Safeway Inc., we should see a minimum annual volume of <u>32,000 cartons</u> of the 25ct up to <u>45,000 cartons</u> of the 25ct (if I can get full participation from Randalls and Dominicks stores 45K is entirely attainable) this is also taking any minimal 30 and 60 count carton usage and rolling it up into the 25's for the totals above. Some loose ends to tie up with contract loading, getting rebate agreements signed etc. but that comes with the territory.

**McKesson** – Came in with a nice order for Mobic (haven't seen the PO's but should be 30,000 bottles including RDC order). I have been putting pressure on them to auto ship. The approved P.I. that included key safety and efficacy information as illustrated on our trade binders should help sew it up. I really played what an impact the PI will have on physicians once they see the GI tables and note the efficacy comparing us to Piroxicam and Diclofenac SR.

**Albertsons** – ordered 2,900 bottles of Mobic. Full suggested order.

*Mike Doan*
It is not final but I believe that we will be adding Diclofenac to the GDI/Superior contract as primary.

*Dawn Gordon*
Warehousing Chains
Eckerd
Eckerd sponsored a lung cruise for over 300 patients. We supplied
BI giveaways, patient info and an AIM unit. Over 200 patients used the AIM unit and now most see the importance of using a spacer. According to David Medvedeff, the AIM unit was the hit of the cruise! He and George Kitchens were very appreciative of the loan. Soon Eckerd will have their own BI supplied AIM and Spirometer to use.
CCP is already in the warehouses.

*Penny Hawthorne*
All orders for Mobic have been placed with follow-up steps in place for Quick Ships.

*Debbie Kutner*
JJ Balan, HD Smith, Barnes and Texas: New contracts are being set up for these wholesalers. Since they are now operating under one umbrella, all four wholesalers will have the same contract and pricing. We are trying to get back the Ipratropium business that we lost on the Premier Bid.

**Happy Harry's:** Debbie Gossert agreed to ship one bottle of MOBIC per store with 50% back up. We were just awarded all there Cromolyn Sodium business. Debbie Gossert estimates about $100,000.00 in business per year on just the 120ml. They use very little on the 60ml.

**Rochester Drug/ Wegman's:** Ruth Corey agreed to ship one bottle of MOBIC per store with 50% back up at Rochester Drug. Business is really increasing at Rochester Drug's. Their administration fee has been increased to 5%.

**Bellco:** A major MOBIC blitz will begin next week at Bellco. Jayne is using inside sales to launch this product to all retailers.

**Kinray:** Bill Hurst agreed to Auto-ship one bottle of MOBIC to all his A customers.

**Value Drug:** Mike Aigner also agreed to use inside sales to blitz this wonderful product.

*Steve Snyder*
**Cardinal** agreed to put Acetylcysteine in the Preferred position. This business will apparently more than double our current sales if we can service all of the volume. We are struggling with supply and taking steps to increase production as quickly as possible.

**Mobic** is loaded in almost all accounts at the retail level. Was an easy sell. Independent, Chain, and wholesale, all are satisfied with the opening deal, and convinced the product will move.

**Cardinal** signed the renewed business agreement effective April 1, 2000. Our rebate exposure is estimated to be as little as 1/3 of our previous agreement, and will be paid, for the most part, only on contract sales that are considered to be "Cardinal controlled".

**Cardinal** is auto-shipping Mobic to 4,000+ retail pharmacies immediately upon receipt.

*Anthony Tavolaro*
**Hi-School/PriceMart**- verbal commitment of commitment program award. Projected sales from this award are estimated to be $150,000-$200,000. Also received award for Cromolyn Sodium.
**Shop-Ko-** Shop-Ko awarded, Ipratroprium, Lithium Carbonate 300mg, Mexiletine 150mg, 200mg, and Prednisone 1mg, 2.5mg, 5mg, 10mg, 20mg. Total award worth approximately $600,000

**IPC**- Agreed in principal to purchase Azathioprine direct into IPC warehouse. Gaining this award provides the opportunity to recapture lost units from McKesson's select program with IPC members. Projected sales $150,000-$225,000.

*Tom Via*
D&K is going to add CCP to their multi-source contract. Novation and Premier are going to add the product to their contract as well.

# AREAS OF OPPORTUNITY:

*Colin Carr-Hall*
**Bergen GPP –** Still awaiting a Leucovorin award for the NCS, Tenet portion of CPS, should hear this week.

**Bergen CPS –** Signed contract for OSR to be sent in tomorrow. Will start to ask how we can communicate preferred position and sew up my final draft of the OSR marketshare agreement to go on to legal.

**American Stores –** Still an opportunity for additional CII business, Tony is filling in for the generic buyer now departed. Have to keep pressing until he can respond. (same as last month but per my latest conversation with him it still holds)

*Dawn Gordon*
Warehousing Chains
Eckerd
Lynn King does not think it will be difficult to reach market share goals for CCP. She will supply dispense data and work with us on the Agreement so that it fits both RLI and Eckerd's needs.
Another meeting is planned at Eckerd with Sheila McPhillips to continue the training process for Quit For Good.

Home Care
MP TotalCare
I am waiting to hear back from John Riccardi regarding an appointment to discuss Cromolyn opportunities. He is also interested in Albuterol information.

Respiflow
Mr. Kraemer has verbally committed to the Cromolyn business. An offer will be sent.

Wholesalers
ANDA
At FMI Steve Cohen and I discussed potential opportunities. ANDA works with a mail order account (one of the top 3…but not Statlanders (?)). He would like a price for Methotrexate for this account only. I am waiting for volume before I request a price.

Mail Order
RPS
A bid was recently submitted for misc CII's, Cromolyn, Sodium Chloride, Levorphanol and Acetylcysteine. RPS is reviewing the offer.

Advanced Paradigm
A meeting planned for next month to discuss multisource opportunities.

*Penny Hawthorne*
An offer is being prepared for Ipratropium and Cromolyn to Krogers. Usage data has been forwarded to Carl Cardelli and Kelli Self for analysis of rebate and pricing.

*Tom Via*
As mentioned above, a palliative care "bundle" for Innovatix provides a potential for increasing acceptance of Extain once it is launched. If a program can be developed for Innovatix it should have applicability within all LTC groups. This potentially could translate into achieving a fairly significant market-share for Extain within this market channel with little intervention required from the outside sales force. (At best, at worst it will provide them a market more willing to hear their message, with little initial intervention from Purdue)

## SPECIFIC ACCOUNT INFO:
### Retail

*Colin Carr-Hall*
**Longs Drugs** – somewhat of a set back with the outcome on the OSR action plan from Longs legal dept. Will need to attack from a different angle. Longs agreed with the California pharmacy professional code regarding substitution of BC rated product. However, this substitution must be done as a cost savings measure for the patient. The argument was why do this for OSR when a patient could actually pay out more than if they put their efforts into switching the patient to Endo's AB rated generic. 80% of Longs patients are on a health plan that could quite possibly charge them a higher co pay by using the brand. There may be some holes I can shoot in this, will have to look at some other arguments.

Longs has completely gone over to GPP for their generic purchases. This necessitated the closing of their Loyalty Agreement since Hydroxy is no longer with Bergen GPP. However there is a silver lining for now, Longs did agree that our CII products were not auto sub items and were mainstay products in many of their pharmacies. They will keep our contract open and continue with the CII's as business as usual. Longs goal with GPP is to shut down their many generic contracts. I will verbalize that they should start with Malinkrodt, Endo and Ethex!

*Mike Doan*
Medco- We have a few issues with Medco that I hope to get resolved before our meeting in May. The pricing on Cyclophosphamide is not in the range that Medco needs to switch from the brand. Even at 90% conversion they would only be at a 45% rebate. Medco needs 55% before they start to make more money with the generic than with the brand. Mitch mentioned that when we launched our last two exclusives that Roxane had the spread needed to get the business. We also have two other issues regarding products that were carved out and listed as branded in the contract. Medco states that they awarded these items based on the brand listing which would give them a higher payment from their customers. Propantheline did not change until March and from January until March Medco believes that they lost money. They are running the numbers for me now. Prednisone is still an issue. They believed that Roxane was going to get the generic classification changed and when it didn't, it cost them money. They are looking for relief on both of these issues. Roxane has matched the $19.95 price on Hydroxyurea.

*Dawn Gordon - Retail GPO*
PPSC
The warehouse contract is due to expire. After speaking with Amelia I learned that PPSC is attempting to increase warehouse sales by the following: Marketing reps are calling and visiting more stores, and Preferred Rx is warehousing some brand products to help build awareness to the generics. I recommend we continue to support this project. We don't need to undercut the big chains, but we should keep the warehouse and GPO competitively priced.

More stores are signing up for the PPSC auto sub program. Cardinal and Amerisource have been advised of this new program and have agreed to cooperate. According to Amelia it has been difficult to get the stores to commit to the program, but they are starting to come around.

*Penny Hawthorne*
All chains have submitted orders for CCP. Usage data on Cytoxan is being submitted for the market share rebate component.
Aggrenox stocking rebate checks have been received by all applicable accounts.
Appointment set for Meijers to present the new rebate program.

*Steve Snyder*
Sheila McPhillips, Jim Rowenhorst, and myself are working with CVS to look for ways to utilize **CVS** massive customer database. Refill reminder, couponing, patient education, are a few ways that CVS uses the information with other manufacturers.

**CVS** has declined to support CCP due to what they feel is an inadequate AWP/contract spread. They did offer to support CCP and bring an estimated 60% market share if we offered a spread in the 50% range. To date product management has decided to maintain current spreads.

**Express Scripts** was newly assigned to the trade group in April. To date, Express Scripts has declined to accept or return calls. This is the same experience the managed care group had for the past several months.

**Brooks** is in the midst of awarding a significant multisource award. To better our position in the evaluation process, I made them aware that we would 1) have terms adjusted to 2% 60 days net 61 on RLI multisource products. 2) arrange for their on hand inventory to be price shelf stock protected. 3) commit to providing educational allowances at a rate of .5% of our annual sales.

*Anthony Tavolaro*
**Bartell's- Contract** price for Cyclophosphamide submitted 3/31. Trying to get appointment week of May 22nd to review Marketshare agreement.


<u>Hi-School/PriceMart-</u> Received e-mail from Rene Blomke (Darold Neidermyer's assistant) on 4/13 regarding their pending bid. Rene told me we got the award for Ipratroprium as well as most of the other products that are bundled to the commitment program. Rene also requested lower pricing for Methadone 5mg and Hydromorphone. We met the price on the Methadone 5mg but had to walk from the Hydromorphone due to our supply problem.

I also got their Cromolyn Sodium business as well. This was given to us with the understanding that we would consider it as a substitute for Meperidine for the commitment rebates. The Ipratroprium and Cromolyn business was taken from Dey.

I should be receiving a final award notice next week. Projected sales from this award are estimated to be $150,000-$200,000.

**Medicap Pharmacies-** Committed to auto-shipping Mobic. Approximately 100 Medicap stores will receive shipment. Also submitted Cyclophosphamide pricing on 3/31. Steve Muellenix VP Managed Care and Professional Services will be attending our advisory board in May.

<u>Shop-Ko-</u> I am happy to report that Shop-Ko FINALLY has agreed to award Roxane 5 products (10 SKU's) that were presented in February. Proposal was basically accepted in its entirety. Shop-Ko has awarded Azathioprine (new business was buying Geneva through McKesson Select), Ipratroprium (was

Confidential
BOEH02708433

stocking Dey I think), Lithium Carbonate, Mexiletine 150mg, 200mg, and Prednisone 1mg, 2.5mg, 5mg, 10mg, 20mg. Total award is worth approximately $600,000. Will be presenting Cyclophosphamide and Cromolyn on May 11.

**Walgreen's-** A meeting with the Walgreen's accounts payable and vendor relations groups was held on 4/13. Scott Michelson, Jody Lambrech, and Carol Greenlaw represented the BISC. Walgreen's had several representatives present. Three key people were identified at this meeting. Diane Field, Manager Store Payables, Angela Fox, Supervisor Vendor Relations, and Rena Funk, Assistant Manager DC Payables.

The objective of this meeting was to open a line of communication with these groups and to review Walgreen policies and procedures for addressing shortage claims, damages, and other deductions. These objectives were met. In addition several other initiatives were identified.

Walgreen's would like BIPI to move to EDI and EFT as quickly as possible. Walgreen's mentioned additional dating would need to be negotiated before they would agree to EFT. Scott Michelson has taken the lead on this. Scott will discuss the EDI status of Walgreen's for BIPI with Sandra Johnson (BISC) and start discussing EFT with Robert Dorsey of Walgreen's. It was discovered that Walgreen's was not receiving payback claims sent by the BISC. Scott and Jody were given the correct address and contact persons. I was also given the contact person (Steve Howard) for inquires pertaining to the new store opening program. or any other programs that Walgreen's bills or invoices us for.

The follow-ups from the meeting are as follows:

EDI & EFT for BIPI, EFT for Roxane: Scott Michelson had lead on this.

All correspondence must including vendor numbers: This would have to be done manually by A/R and Customer Service. Jody and Carol agreed to this. I will communicate this to Laurie McCarthy and Chris Ludgis.

Walgreen's will test e-mail transmission of electronic debit memos with Frank Padavano.

One Box must reference debit memo numbers on all credits. I will contact Lou Larowe to discuss getting this done.

Jody agreed to send a spreadsheet twice a month summarizing account status to Angela Fox, Thomas Sheppard, and Teresa Willoughby. This will allow all issues to be reviewed on a regular and continuous basis.

Diane Fields agreed to prioritize the outstanding items supplied by Scott and Jody and respond within 4 weeks. She very plainly stated the anything prior to 1998 would have to be discussed for settlement.

*Tom Via*
Novation is up to the required marketshare for the payout of the NovaPlus marketing fee for the month of March (70%-combined share). There is still some confusion regarding the payout for the marketing fees prior to this time. The confusion centers on when the contract was initiated versus when product was available and what time frame the overall share needs to be at 70% for the first year. The funds for the 1999 payout have been allocated from last years budget, it now remains for Novation to provide data detailing their attainment of share to receive their 1999 payout.
Novation has shown a strong interest in putting together programs on two of our new products, Aggrenox and Cafcit. Jerry Sincich has met with the Novation staff to initiate talks regarding the structure of a Cafcit program and I am working with Susan to develop the Aggrenox program. The two programs will be different, as Aggrenox will likely be a marketshare program that incents members to utilize the product, where the Cafcit program will be a combination clinical and marketshare program. The Cafcit

program would be based within the pediatric program at Novation and would be part of a committed program they are currently developing.

Premier should be receiving their final payout on back admin fees owed the week of April 24. This will bring us current on BIPI admin fees and all should work smoothly from this point forward.

Gerimed is looking forward to trying some marketshare programs with BIPI products. I am working with them to pull information for Aggrenox as a "pilot" program to evaluate their ability to influence utilization of product within their committed membership. This program would only be available for members that belong only to GeriMed, this would exclude all Omnicare and NCS pharmacies. Their estimate is this membership represents around 300,000 beds. The program works through backend rebates for share obtained in conjunction with clinical emphasis from the Gerimed. They can utilize our data, if it is in the geriatric patient population, helping to reduce the cost of the program. I will keep you posted as the program develops. They are also interested in putting a program together focusing on the RLI Intensol product line. This program would be a rebate paid to the member based on increase in utilization of the entire product line.

Kimball Lloyd and I made our first joint call on Kaiser, nothing of note to report other than the fact we are moving forward with the plan laid out in Scottsdale at our recent meeting.

## Wholesale

*Mike Doan*
Mike Doan: Our contract with Morris and Dickson has started and is moving well. They do $9 Million a year with Mylan. The potential here is great for a single house. There is still an accounting issue that I am working on that will take a while to resolve. It dates back to May of 1998 and M&D was notified December 1999. The first time they were told about the problem, they owed $58,000. M&D asked for more information and were told that they owed $17,000 and that B-I found that some of what M&D deducted was valid. I am reviewing the information but it is still incomplete and have asked the BISC for more information. This is going to take a while since it is so old. They ordered 3,000 bottles of Mobic and will auto-ship.
Walsh will continue to have a program even after the APCI bid is running. This is due to the NWC's that Walsh services. The Walsh Program has been set up for them and they don't want APCI doing the bidding for them or to loose the flexibility to modify their generic purchasing to fit their needs. Walsh has ordered Mobic but has ordered light. Walsh is using the history of movement on our last few launches to calculate their purchases. Ed is going to review his order and may increase it. All Walsh divisions will auto-ship Mobic. Aggrenox is starting to move. In Texas Walsh moved 47 and in Birmingham they moved only 22 in February. Walsh is going to have a vendor meeting and they bring in the NWC's that they service and some prospective new customers. I will look at the cost when the information comes in.
Superior- Tried to add Hydroxyurea, Diclofenac and Leucovorin. Hydroxyurea they now have Duramed and the price is below $32.00. There is no sense in lowering the price just to have Duramed match it. Diclofenac we have a shot at. Leucovorin they carry from Barr, but there is very little movement on the item so they are not interested in changing. Superior has no relations with Geneva or Purepac.
Mckesson RDCs- I am able to have Random reports run for the RDC any time I need them. Collin or Rich if you could let me know when you need them, I will call and get them run.

*Dawn Gordon*
Amerisource
Added CCP to Select Program.
Dina Calvanese (Dan Robert's ex-girlfriend) was newly appointed as the Brand Rx Manager. She will report to Joe Montoto.
Amerisource is one of the pilot accounts for BIPI e-commerce. Shortly accounts will have the capability to order product, check on status of orders, etc. Cathy Brunelle is working with Jack Paden on this pilot.

Although MOBIC is not my responsibility with this account, I spoke to Joe and Dina recently about the approval, the programs we are offering to physicians (Trial Scripts), etc. An order will be placed if it has not been placed already.
A large amount of expired Diclofenac has recently been returned. An unusually amount of product was bought last year around Trade Show, and never used. I will discuss with Hal Harrison to make sure the same does not happen again this year.

ANDA
CCP added to Source Program. An order has been placed.
ANDA's Cromolyn Sodium price from Zenith, Arcola and Dey is currently too low for RLI to match. If we are not able to gain any market share, only then will I approach.
VIP was acquired by ANDA. Chris Kwong has approved VIP. I have asked Kim Storck to load the contract and member listing.

*Penny Hawthorne*
All orders for Mobic have been submitted. Bindley, Diversified and Dik Drug will take advantage of the Quick Ship. All EOE numbers have been communicated to Lisa Hawley. All have submitted orders for CCP. None have committed to the market share rebate program due to the reporting requirements.

*Steve Snyder*
**Cardinal** is reporting many instances of retail buying group pricing that is lower than Cardinal's retail contract price. Most instances, Roxane contracts group is alleging that the buying group prices have expired or been increased. Cardinal and their customers search the pricing files regularly, and will continue to raise these issues if they continue to find them.

**Cardinal** reported having 6,600 bottles of Aggrenox on hand from their initial purchase. It represents 5 ½ months of sales. We agreed to extend $480,000 of payables out 60 days rather than take a return.

Notified **Cardinal** that Hydromorphone is on back-order through June. This will prevent service level penalties from being assessed during the lean weeks ahead.

**Cardinal** anticipated trade show deal will include a buy-in at a 6% bill-back on Ipratropium. (150,000 units of 25's, 22,000 units of 30's, and 20,000 units of 60's). Equates to a 3.5 to 4 month supply at current sales rates. All other Preferred products will be eligible for a 5% bill-back on Cardinal sales out.

**Cardinal** submitted a $30,000 invoice today for allowances they claim were never submitted in 1998's trade show buy. I will work with the BISC to resolve. Needless to say, this will be difficult to trace back 2 years. I will do what I can to provide documentation to Cardinal, but I have no intention of allowing them to collect this after 2 years. In fact, I would consider not signing a 2000 agreement until they agree to cancel the 1998 claim.

*Anthony Tavolaro*
**Dakota Drug-** Mobic order placed ( 144 x 100) 3/23. Cyclophosphamide pricing submitted 3/31.

**F.Dohmen-** Met with Lisa Badura on 4/13 to review CCP launch. Lisa will be placing an order shortly. Also delivered 2 rebate letters for Source B and Loyalty A. Explained to Lisa she had to submit a letter to process the Source A rebate still due. Lisa is still reviewing our 2000-2001 bid for the APN program. Reminded her to keep a dialog going if she could not meet our program requirements. I have a strong feeling we will gain significant items for this bid cycle.

Mobic order was placed 3/21. Initially had the wrong price loaded in system. Price has been corrected.

**H.D. Smith**- Mobic order placed ( 180 x 100) 3/21. Debbie Kutner is working with Brian Block of J.J. Balan in an effort to gain a primary position for several items on the H.D., Barnes, and Balan's multisource program.

**McQueary Bros.-** Mobic order placed (288 x 100) 3/21. Cyclophosphamide pricing submitted 3/31.

**OptiSource-** Spoke to Rick on 4/12 regarding CCP. Reviewed the rebates available on CCP told him we are not offering any rebate but he would get his admin fee. Rick agreed to send out info to all members. Will follow up next week. Discussed the upcoming OptiSource bid as well. Should be receiving it in a few weeks. Set up an appointment for 5/16.

## GPOs
*Anthony Tavolaro*
**IPC**- IPC agreed to purchase Mobic (720 x 100) directly and ship to their member stores. Met with Gary Helgerson and Jim Blake on April 11th to discuss multisource opportunities in the IPC warehouse. Gary is now director of contracts. Jim has taken on a business development role and is leading IPC's e-commerce strategy.

IPC has recently signed an agreement to allow Keystone and UPNI managed care members to purchase direct from the IPC warehouse. The total number of independents that may purchase through the IPC warehouse now totals over 4500 stores.

During our meeting I presented a contract to purchase Azathioprine direct. Gary reviewed the terms and agreed in principle to proceed with the proposal. Gaining this award provides the opportunity to recapture lost units from McKesson's select program with IPC members. IPC has agreed to chargebacks but requested extra dating on the opening order to off set the time delay in processing the chargeback. We also discussed Diclofenac, Hydroxyurea, and Ipratroprium. Once we agree to contract language we will discus adding these items to the warehouse contract.

Jim Blake and I agreed to meet in May to further discuss IPC's e-commerce capabilities and initiatives.

**NWPS-** Met with Norm Reitz and Floyd Monhan on 3/16. Checked on status of Myers program. NWPS was waiting for us to respond to the latest budget proposal. Jim Rowenhorst has since responded. We are still looking to reduce the cost of the program.

Also discussed the Roxane contract with Norm. Our current contract needs a price review. We need to bring several items down to be competitive. Norm and I also discussed Roxane's possible interest in participating in an NDC lockout program. NWPS has proposed to lockout competitive multisource NDC's in an effort to move marketshare to our products. Only two vendors are being considered to participate in the program initialy. Roxane would pay incentives only for marketshare gains on the agreed generic items. Norm has sent the RX data I requested to evaluate the opportunity.

Cyclophosphamide pricing was submitted on 3/31.

**PBA-** Cyclophosphamide pricing was submitted on 3/31. Meeting scheduled for May 16th to discuss PBA auto-sub formulary.

## Home Care
*Dawn Gordon*
Respiflow
Mr. Kraemer has resigned from Respiflow effective April 30. He will take a part time position with his son, Mark, at the small distributor/exporter owned by Mark.
I will discuss Cromolyn opportunities with the new buyer.

### Hospital GPO
*Colin Carr-Hall*
**Insource** - hasn't performed to our expectations on the rebate program in aggregate. Instead of offering them a new bid with no more rebates and soft pricing that they would definitely walk from, I analyzed that there were some bright spots for certain products that Insource performed on last year. I'm working with David on net pricing for certain growth items and keeping their BIPI admin fee intact (which they get anyway)  Going back in with a moderate incentive so that we can keep at least some products primary would benefit us. A big problem with the existing rebate program with Insource is that they kept all the rebates and didn't pass anything along to their members  (unlike ServAll who does well with this program).  The effect was a contract price that was high because of the back end rebates we paid. This caused many alternate care members buy off other GPOs to get better net contract pricing.

### Mail Order
*Anthony Tavolaro*
**Provantage-** I was invited by Pat Miller and Margaret Smith and Bill Hankins to attend a meeting with Maren Spangler on April 10. During this meeting I was able to discuss the 2000 bid and Provantage's decision to drop Roxane Laboratories. Maren explained the politics involved that led to Roxane being dropped from her program. She also offered suggestions on how we might structure a proposal to regain the business. Maren clearly stated that if we were to tie brand rebates with generic purchases she could help us to regain the business. I have a follow-up meeting with Maren scheduled for May 15th to discuss a new proposal that would address Maren's request.

Pat Miller and I have agreed to maintain constant communication on matters regarding this account. We will continue to work together on future proposals to ensure we can fully leverage the Boehringer/Roxane portfolio.

**Caremark-**  A meeting with Janet Miller, Director of Generic contracts has been set for May 10 @ 1:00pm. Earl Crosby and I plan to have further discussions next week at the Managed Care meeting in Southbury, CT (Earl and I are attending the negotiating seminar on April 25th). Discussions will center on Caremark's business practices, identify any outstanding issues, business opportunities, and threats.

Kelli Self informed me that Caremark had called in requesting a proposal for Furosemide. I contacted Janet Miller to discuss the opportunity. Janet gave me some pricing information said she would like to give us the business. Then she brought to my attention the problem of low AWP's on this and several other products.   After researching the AWP for Furosemide I discovered our AWP was far below our competitors. Without raising the AWP we have **no chance** of getting this business. An increase was requested by Bob Sykora via e-mail on 4/14. I spoke to Judy Waterer on 4/19 and she informed me that she couldn't raise our AWP until further discussions take place with senior management. This will take a minimum of 2 weeks.

### Warehousing Chains
*Dawn Gordon*
Eckerd
Bid submitted.  Should receive notification by May 12 of products awarded.
Eckerd is warehousing the 50mg x 100.  According to Lynn, the contract price is unacceptable.  The price needs to be at a max of AWP – 40% in order for Eckerd to promote over the brand.  I briefly discussed the market share program with her.  As long as the agreement is acceptable, both from a legal and attainable standpoint, Lynn believes Eckerd won't have a problem promoting RLI's product.
Lynn will not allow RLI to bid Cromolyn.  All bids are in and are final.

Confidential                                                                                                                                                         BOEH02708438

Eckerd A/P is FINALLY starting to work with us in getting the past due balances paid. Unidentified deduction documentation is starting to trickle in, invoices are being paid, and pricing issues have diminished drastically.
MOBIC order was placed. I will try to speed up the distribution process to the stores.
The Directions meeting was well attended by Eckerd personnel. I spoke with Bob Verscharen, Lynn King, George Kitchens, David Medvedeff, Mary Jo Batters and Eric Vincent…everybody! Tom Sprung and I promoted Aggrenox, Mobic to a degree, CCP, Palliative Care Program, among others.
Rick Powis has resigned and is working at a place where he can learn to build furniture for his big home in Maine. Jim Smith is at CVS and Frank Newman is at More.com. No replacements have been officially made for Rick or Frank. Mike Fridella is taking over for Jim Smith. He is now VP of E-Commerce.

Wal-Mart
Bill Spradlin wants to warehouse CCP but will not promote CCP with the current contract and rebate being offered. I briefly discussed the market share program, offering up to an additional 20%. He wants the 20%, or part of it, now. I asked him not to make any decisions about the support of CCP until I discussed the program with him in more detail. He thinks RLI doesn't understand the generic market…this being a prime example.
I advised Bill of Cromolyn availability. I will discuss in more detail at our meeting in May.
A meeting is planned for next month with WalMart AP to discuss all books of business. Scott Michelsen, Dan Parnell, maybe Lou LaRowe, etc will also attend.
I advised John Denman of MOBIC approval and changes in launch dates. I do not think he will place an order, but I wanted to make sure he was aware in case he changed his mind.

Ahold
CCP offer signed. Will purchase from Cardinal. A meeting is planned to discuss market share program.
MOBIC PO is in. Auto-ship planned.
Discussed Smoking Cessation and Palliative Care program with Elani at FMI. At this time there is no interest. I will follow up again with Laura and Tom.

# KEY MEETINGS:

*Mike Doan*
PAC Meeting
Romar Training
Meeting in Phoenix.

*Dawn Gordon*
Eckerd Direction Meeting
Although we have sponsored this meeting for years, this was the first year we displayed. Many of the district pharmacy managers (DPM) stopped by. I think Bobby V made them this year! If we would like to sponsor regional meetings, CE programs, etc, the DPM's are the ones to work with. As far as product info, they were not too interested since they are not hands on. I did speak to every one of my contacts from Eckerd during the trade show. The presence at the show was important, therefore I recommend we display next year.
FMI
The appointments we had at this show were with smaller grocery chains. They all use wholesaler source programs to purchase generics, therefore there was not much opportunity with the multisource products. However, there was interest in the brand products and opportunities. They don't seem to have much contact with many of the vendors, therefore if we want to target a smaller market, this group may be one

Confidential
BOEH02708439

to hit with brand programs.  The meeting is in Dallas next year.  I believe it was important to have a presence there, therefore I recommend one of us attend next year.

*Penny Hawthorne*
Advisory board meeting in May.

*Debbie Kutner*
Meeting with Anthony Tavolara and Rick Meehan from Optisource on May 16,2000.

*Anthony Tavolaro*
Due to air traffic problems at Laguardia Airport I was unable to attend the FMI meeting on 4/16.

*Tom Via*
Romar Training March 30
National Account Team Meeting April 2 through 4
VHA Leadership Conference April 16 through 18
UHC Supplier Conference April 19


## PROJECT UPDATES:
*Mike Doan*
PAC is in place.

*Steve Snyder*
PROJECT UPDATES: We recently developed a strategy by which we were going to approach the marketplace concerning our multi-source product line.  We agreed on which products we would aggressively bid in an effort to increase marketshare where marketshare was currently below acceptable levels.  I have found that we still have resistance to meet market pricing.  Recent attempts to bring marketshare at Giant Eagle, Drug Emporium, and Harvard Drug have been rejected at the pricing approval stage due to the price levels required to meet/beat our competitors.

Notified all accounts that Mobic allowance deadlines were all advanced one month to  1) purchase allowance – PO's in by 4/25  2) QuikShip allowance – orders shipped by 5/21  3) Retail Stocking Allowance – product received by 6/5.

Confidential
BOEH02708440