1

# Exhibit 82

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

| | |
|---|---|
| From: | WATERER, JUDY          ROXUS |
| Sent: | Friday, July 07, 2000 2:51 PM |
| To: | SYKORA, ROBERT        ROXUS |
| Cc: | FELDMAN, RICHARD      ROXUS; Russillo, Tom        BICLE |
| Subject: | RE: Cardinal Counter & Furosemide |

Bob-

Thanks for the update on Cardinal. Things are getting "interesting". I doubt Alpharma can supply Cardinal right away, as they have virtually no marketshare according to IMS, and pharmacists may be hesitant to switch.... We can hope so anyway. Please keep me in the loop on future Cardinal developments!

You've indicated that AWP on Furosemide is critical now, and that we'd have real business opportunities if we could change it. As you've been informed, Tom is prepared to take furosemide up the line. We believe we'll have better success with one product to "break the ice", and from your feedback, furosemide is the one with the highest likelihood of a positive outcome in the field. If we demonstrate positive return vs. risk on it - then we'll go for the rest of the line...

All that we are waiting for to submit the AWP change request is the data you have told us you can provide to support it.

Let's make this thing happen - I can't guarantee the outcome, but I can guarantee that without sound support in the form of customer requests, commitments and comments we'll not see any change. All I need is a compilation of copies of the customer requests that you've told me you've already gotten, and we're set to go...

-----Original Message-----
From: SYKORA, ROBERT        ROXUS
Sent: Friday, July 07, 2000 2:25 PM
To: WATERER, JUDY          ROXUS
Cc: FELDMAN, RICHARD      ROXUS; Russillo, Tom        BICLE
Subject: RE: Cardinal Counter & Furosemide

Judy,

1. Steve and I had a conference call with Cardinal this morning regarding the competitive response. To make matters short, they felt that nothing in our offer provided them with incremental value except for the spec buying opportunity. As a result, they were still looking for RLI to pony up $1.4 million ($1.8 less $400K spec buy) to keep the business. I chose to take our offer off the table and agreed that they should reaward the product to the vendor of their choice. Steve has already taken steps to pull pricing from the contract effective Monday. My instinct says that Cardinal was not prepared for our refusal to pony up more monies and may come back with a counterproposal. I'll be at their Management Conference next week if they want to counter.

2. I feel that you've thrown Furo onto my lap when the entire generic line AWPs need to be reviewed and adjusted. The most consistent complaint I hear from retail customers is our AWPs (which is better than a year ago when it was our service level). I realize there is political pressure on AWP currently but it should not run our business. Logic dictates that no matter what the AWP is, if big brother wants to punish, they will so why not make some money meanwhile. We could have and should have changed the AWP on furo and other products months ago and no amount of documentation is going to mitigate the risk. I can put some documentation together but do not want to take my focus off of customers if we're not really serious about implementing AWP changes. Is this the real deal or busy work?

Thanks.

-----Original Message-----
From: WATERER, JUDY          ROXUS
Sent: Friday, July 07, 2000 11:10 AM
To: SYKORA, ROBERT        ROXUS
Cc: FELDMAN, RICHARD      ROXUS; Russillo, Tom        BICLE
Subject: Cardinal Counter & Furosemide

1

D0127948

RLI-AWP-00461575

Stopped by, but you weren't in your office... Two issues we need to follow-up on. I'm in all day - let me know what time is good for you.

1.) Please provide an update to let me know how things are going on the Cardinal counter offers we on June 16. Did we keep the business?? Also, please forward me a copy of the final proposal they were sent. Per you earlier request to get it from Steve, I requested it from him, but have not received a response. Hopefully, you have a copy on hand so we can get copies of the proposal to me (did Contracts get a file copy of the offer?)

2.) I agree that time is ripe on Furosemide. Marketing will put forth a price change recommendation once we have the summary supporting data on customer comments, demands, etc. from you to attach to it. Also, if you have any information on Mylan's new AWP and WAC, we'll need that too. (The price change has not shown up on our database yet.) Tom is aware of the AWP situation, and will support the increase - provided we have solid supporting information. The change will be submitted as soon as we receive the necessary information from you.

2

D0127949
RLI-AWP-00461576