1

# Exhibit 83

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

**WATERER, JUDY    ROXUS**

From:      Russillo, Tom        BICLE
Sent:      Friday, July 07, 2000 6:56 PM
To:        SYKORA, ROBERT       ROXUS; WATERER, JUDY      ROXUS
Cc:        FELDMAN, RICHARD     ROXUS
Subject:   RE: Cardinal Counter & Furosemide

Bob, I assure you it's real. To get the approval we need from Conn. though we need some "hard" info. Don't shoot the meesenger, Judy is only doing what I asked her to do. Rich can assure you of the mood in BI. Tom

-----Original Message-----
From:      SYKORA, ROBERT       ROXUS
Sent:      Friday, July 07, 2000 2:25 PM
To:        WATERER, JUDY        ROXUS
Cc:        FELDMAN, RICHARD     ROXUS; Russillo, Tom       BICLE
Subject:   RE: Cardinal Counter & Furosemide

Judy,

1. Steve and I had a conference call with Cardinal this morning regarding the competitive response. To make matters short, they felt that nothing in our offer provided them with incremental value except for the spec buying opportunity. As a result, they were still looking for RLI to pony up $1.4 million ($1.8 less $400K spec buy) to keep the business. I chose to take our offer off the table and agreed that they should reaward the product to the vendor of their choice. Steve has already taken steps to pull pricing from the contract effective Monday. My instinct says that Cardinal was not prepared for our refusal to pony up more monies and may come back with a counterproposal. I'll be at their Management Conference next week if they want to counter.

2. I feel that you've thrown Furo onto my lap when the entire generic line AWPs need to be reviewed and adjusted. The most consistent complaint I hear from retail customers is our AWPs (which is better than a year ago when it was our service level). I realize there is political pressure on AWP currently but it should not run our business. Logic dictates that no matter what the AWP is, if big brother wants to punish, they will so why not make some money meanwhile. We could have and should have changed the AWP on furo and other products months ago and no amount of documentation is going to mitigate the risk. I can put some documentation together but do not want to take my focus off of customers if we're not really serious about implementing AWP changes. Is this the real deal or busy work?

Thanks,

-----Original Message-----
From:      WATERER, JUDY        ROXUS
Sent:      Friday, July 07, 2000 11:10 AM
To:        SYKORA, ROBERT       ROXUS
Cc:        FELDMAN, RICHARD     ROXUS; Russillo, Tom       BICLE
Subject:   Cardinal Counter & Furosemide

Stopped by, but you weren't in your office... Two issues we need to follow-up on. I'm in all day - let me know what time is good for you,

1.) Please provide an update to let me know how things are going on the Cardinal counter offers we on June 16. Did we keep the business?? Also, please forward me a copy of the final proposal they were sent. Per you earlier request to get it from Steve, I requested it from him, but have not received a response. Hopefully, you have a copy on hand so we can get copies of the proposal to me (did Contracts get a file copy of the offer?)

2.) I agree that time is ripe on Furosemide. Marketing will put forth a price change recommendation once we have the summary supporting data on customer comments, demands, etc. from you to attach to it. Also, if you have any information on Mylan's new AWP and WAC, we'll need that too. (The price change has not shown up on our database yet.) Tom is aware of the AWP situation, and will support the increase - provided we have solid supporting information. The change will be submitted as soon as we receive the necessary information from you.

RoxCT0049701

PLAINTIFF'S EXHIBIT 15
GH 11-29-05

CONFIDENTIAL
CEC 2003 - 0356

**WATERER, JUDY         ROXUS**

From:       SNYDER,STEVE      SLS BIPUS
Sent:       Monday, June 12, 2000 9:50 AM
To:         WATERER, JUDY      ROXUS
Cc:         FELDMAN, RICHARD    ROXUS; SYKORA, ROBERT   ROXUS
Subject:    FW: Furosemide soln. manufacturer change

Looks like Mr. Hetey is really looking out for us. Who can address this one?

Steve Snyder
National Account Manager - Eastern Midwest
Ph - 614-898-9607
voicemail - 800-848-0120 ext. 2529
fax - 614-898-9547

-----Original Message-----
From:       Hetey, Richard [SMTP:Richard.Hetey@ghv.com]
Sent:       Saturday, June 10, 2000 3:42 PM
To:         SNYDER,STEVE     SLS BIPUS
Subject:    FW: Furosemide soln. manufacturer change

Serious consideration should be given to changing the label and or carton
these products come in. Please check to see how many of these incidents have
been reported or should I instruct the Pharmacy Manager to report it to the
FDA
>------
> From:    Feeney Chuck
> Sent:    Thursday, April 27, 2000 6:32 PM
> To:      Hetey, Richard
> Cc:      Williams Jim; Schultz Sandra
> Subject: Furosemide soln. manufacturer change
>
> Rich,
>    This past week, we had a med error occur that involved the
> switching of Digoxin El. for Furosemide Soln., both of which are
> manufactured by Philips-Roxane. This is significant because one of
> the
> contributing factors is that except for the name of the medication,
> the manufacturer's labels on the bottles are almost identical. Since
> administration of the incorrect med could have resulted in a
> "sentinel" event (resident could have been seriously harmed or
> killed), I'm going to switch to Morton Grove, our next best buy. This
>
> will eliminate one possible reason for the error re-occurring. If
> there is a way to get this product at PR's $2.99 cost rather than
> MG's
> cost of $3.54, we not only eliminate any negative cost impact of the
> switch, but protect the MAC spread as well. We could actually improve
>
> the spread since MG's AWP is $1.30 better than PR. Please check it
> out
> and let me know. You may want to check with Occurence Mgt. Group to
> see if they think the fact that PR packaging of liquids is almost
> identical should be a consideration when selecting product,
> especially
> with the potential for these type of interchanges. Perhaps, PR rep
> should be contacted as well.          Thanks, Chuck
>

1

CONFIDENTIAL
CEC 2003 - 0357

RoxCT0049702

**WATERER, JUDY    ROXUS**

From:     GORDON,DAWN    SLS BIPUS
Sent:     Wednesday, May 03, 2000 12:31 PM
To:     WATERER, JUDY    ROXUS
Cc:     SYKORA, ROBERT    ROXUS
Subject:     Furosemide

Judy,

In a recent discussion with Ahold there has been an opportunity to add furosemide tablets to the Ahold warehouse, but due to the non-competitive AWP of the product line the decision was made to solicit another vendor.

Do we have any plans to adjust the AWP's for this line?

Thanks,
Dawn

1

CONFIDENTIAL
CEC 2003 - 0358

RoxCT0049703

**WATERER, JUDY        ROXUS**

From:       VIA,TOM         SLS BIPUS
Sent:       Tuesday, May 02, 2000 6:01 PM
To:         WATERER, JUDY           ROXUS
Cc:         SYKORA, ROBERT          ROXUS
Subject:    Furosemide AWP

Hello Judy,

Is there any way we can revisit our AWP on Furosemide? I have been trying to gain awards with PACE and D&K for the product but our AWP is so much lower than the competition I have been unable to get the product awarded. Any relief you can offer would be appreciated.

TV

1

CONFIDENTIAL
CEC 2003 - 0359

RoxCT0049704

**WATERER, JUDY**     **ROXUS**

From: SYKORA, ROBERT    ROXUS
Sent: Friday, April 14, 2000 2:18 PM
To: WATERER, JUDY    ROXUS; POWERS, JOHN    ROXUS
Cc: FELDMAN, RICHARD    ROXUS; PAOLETTI, LESLI    ROXUS
Subject: furosemide awp

Hello,
Anthony approached Caremark about furosemide when he heard that they were dissatisfied with their current supplier. Janet Miller of Caremark said she would like to give us the business except our AWP was far too low for it to be profitable for them. Anthony did some rsearch and found out the following.

| Lasix 40mg 1000 | AWP |
|---|---|
| Hoescht | 241.62 |

| Furosemide 40mg 1000 | |
|---|---|
| Mylan | 151.90 |
| Watson | 141.90 |
| ZenithGoldline | 151.90 |
| Geneva | 140.30 |
| Roxane | 45.25 |

This is certainly a hindrance to retail customers wanting to use our product. It would appear that an adjustment to the mid-140's is justified. If we can do this quickly, we can get the Caremark business. Thanks.

1

CONFIDENTIAL
CEC 2003 - 0360

RoxCT0049705