1

# Exhibit 84

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

| | |
|---|---|
| From: | WATERER, JUDY   ROXUS |
| Sent: | Wednesday, July 26, 2000 7:43 AM |
| To: | PAOLETTI, LESLI   ROXUS |
| Subject: | FW: Furosemide Tablet AWP adjustment |

-----Original Message-----

| | |
|---|---|
| From: | SYKORA, ROBERT   ROXUS |
| Sent: | Tuesday, July 25, 2000 6:58 PM |
| To: | WATERER, JUDY   ROXUS |
| Cc: | FELDMAN, RICHARD   ROXUS; Russillo, Tom   BICLE; CIARELLI,GREGG   MK BIPUS; POWERS, JOHN   ROXUS |
| Subject: | Furosemide Tablet AWP adjustment |

Per your request, attached is the sales justification for an upward adjustment in the AWP of Furosemide tablets based upon the competitive environment.

Please note that Mylan's latest (within the last few days) WAC & AWP changes are not reflected. I expect to have this in hand by Wednesday, however, I'm leaving on customer calls and I wanted to get the ball rolling in case it didn't arrive before I left. Regardless, since Mylan changes are increases, it only serves to make our current AWPs more deleterious in our customers' view.

If anyone has any questions, I'll be in the office Wednesday until 1pm and back on Friday afternoon. Thanks.

FuroAWP.doc    FuroAWP.xls

EXHIBIT 008
Sykora 12/4/08

1

D0217823
RLI-AWP-00330562

# FUROSEMIDE
# AWP

### 1. Market Situation

Furosemide tablets are a product marketed as a multisource generic by RLI for many years. Due to the recent raising of wholesale acquisition cost (WAC), average wholesale price (AWP), and most probably contract pricing by Mylan Labs, a number of customers have proactively contacted us about contracting for their award on the product. After providing information on the product including AWP and contract prices, these customers have rejected our bids even though our contract prices have been competitive. This is due to the RLI Furosemide having the lowest AWP of all the generic Furosemide so when they are reimbursed on an AWP less fixed percentage by third party insurance (85% of their business), our low AWP ensures them the worse profitability.

The RLI Furosemide has not been adjusted since April 11, 1994 while Mylan's has been raised seven times since then (1995, 3x in 1996, 1998, 1999, & 2000) and the brand has had at least annual AWP & WAC increases.

By raising our AWP to reflect that of the other generic Furosemide, RLI can remove the barrier to securing additional Furosemide business from the customer's perspective. Additional Furosemide unit volume would not only increase revenues but also lower overhead costs on all products due to the large tablet volume of the product.

### 2. Competition

See FuroAWP.xls (tab #1) for a comparison of AWPs of all currently available generics and brand Furosemide.

### 3. Reimbursement Analysis

See FuroAWP.xls (tab #2) for analysis of our customer's profitability dispensing RLI Furosemide versus Mylan's on third party reimbursed insurance plans.

This shows that the customer loses money ($70-80) on every 1000 tablets of Roxane Furosemide dispensed if used instead of Mylan. Based upon CVS volume, this represents $934,500 of profit margin loss to CVS annually.

D0217824
RLI-AWP-00330563

4. Customer Analysis

The following three customers requested contract pricing, received a contract bid, and rejected a RLI award since April 2000.

<u>Caremark:</u>

Furo 20mg   5.6 million tablets
Furo 40mg   13.35 million tablets
Furo 80mg   2.38 million tablets

**E-mail from Anthony Tavolaro (RLI) per vm left by Janet Miller of Caremark (April 2000)**

JM- "Your AWP's are 78% below the rest of the industry. I am not aware of any competitor with AWP's below $100.00 for bottles of 40mg 1000s. Mylan and Zenith are approximately $120.00, yours is $29.00"

AT- Caremark's commented they could not possibly award the product to us unless we increased our AWP's. Janet Miller also added that Roxane has a history of having AWP's out of sync with the rest of the industry.

AT- I don't know why we have to wait until our customers complain before we adjust an AWP. Major customers (Walgreen, Wal-Mart, CVS, Medco, Caremark) expect their leading suppliers to maintain their AWP's. Not executing this core competency reflects negatively on Roxane, and promotes a perception of Roxane not understanding industry dynamics.

<u>CVS:</u>

Furo 20mg   36 million tablets
Furo 40mg   68 million tablets
Furo 80mg   11.5 million tablets

**E-mail from Steve Snyder (RLI) per vm left by Matt Leonard of CVS (June 2000)**

SS- CVS is looking for a Furosemide vendor. Apparently, the HCFA Macs are changing at shortly, and they are not happy with the margins from their current supplier. They did not have the new MACs available to share with me, but being public record, I am certain we should have them somewhere. In fact, I think Bob has them on his desk. In the past,

D0217825
RLI-AWP-00330564

CVS has asked for AWP less 55% to be competitive on generics. I am not sure how the MAC impacts this. I would like to discuss this with Bob and/or Anthony before we bid. For now I have listed the requested bid price at AWP less 50%.

ML- "CVS would award Roxane the product if we would adjust our AWPs to reflect where the other generic companies are. Otherwise, CVS would award to ZenithGoldline."

Can I request that we (Judy, John, Bob) discuss this Thursday or Friday AM? They asked that I get them a quote by the end of the day Friday. I think it would put us in a good light if we could respond by then. However, I made no promises except that I would notify them if we could not meet that timeframe. If a Friday PM response is out of the question, I just want to let CVS know when they will receive our reply.

### Safeway-Vons

| | |
|---|---|
| Furo 20mg | 4.3 million tablets |
| Furo 40mg | 9 million tablets |
| Furo 80mg | 1.95 million tablets |

**Voicemail from Colin Carr-Hall (RLI) from live conversation with Rita Bonowski of Safeway-Vons (July 2000)**

RB- "Watson notified us that they will no longer supply be able to supply us with Furosemide. I'd love to give the business to Roxane but there's an AWP problem with that product?"

## 5. Opportunity

**Roxane Furosemide Volume in 1999**

| | |
|---|---|
| Furo 20mg | 29.9 million tablets |
| Furo 40mg | 64.5 million tablets |
| Furo 80mg | 5.8 million tablets |

By securing at least one of the three awards above, RLI could have increased its Furosemide unit volume by 10% to 100% depending on the account. This would account for $610,000 to $6.1 million in increased revenue.

With Watson exiting the Furosemide business and Mylan having isolated customers by increasing the WAC (July 2000) and most probably their contract pricing in September 2000, there exists an opportunity for Roxane to significantly increase it unit volume sales of Furosemide tablets.

We have an immediate opportunity with Bergen to gain the prime award for their autosubstitution volume which should be comparable to the CVS unit volume listed above.

D0217826
RLI-AWP-00330565

### Furosemide 20mg

| AWP 100 | Ranking | AWP 500 | Ranking | AWP 1000 | Ranking | Label | AWP Change Date | WAC |
|---|---|---|---|---|---|---|---|---|
| 11.86 | 7 | 26.64 | 4 | 122.78 | 5 | ESI-Lederle | | |
| 13.58 | 5 | na | na | 121.55 | 6 | Geneva | | 2.82/17.74 |
| 13.45 | 6 | na | na | 139.90 | 2 | Major | 1/19/2000 | 3.73/27.49 |
| 14.30 | 2 | na | na | 81.83 | 7 | Mylan | | |
| 9.05 | 8 | na | na | 36.05 | 8 | Qualitest | | |
| 5.25 | 9 | na | na | na | na | Roxane | | |
| na | na | na | na | 133.25 | 3 | URL | | |
| 13.58 | 4 | 64.51 | 2 | 133.25 | 4 | Watson | | |
| 13.60 | 3 | 42.70 | 3 | | | Zenith Goldline | | |
| 19.92 | 1 | 94.02 | 1 | 178.44 | 1 | Aventis | | 16.60/17.45/78.35 |

Lasix 20mg

### Furosemide 40mg

| AWP 100 | Ranking | AWP 500 | Ranking | AWP 1000 | Ranking | Label | AWP Change Date | WAC |
|---|---|---|---|---|---|---|---|---|
| 13.56 | 7 | na | na | 59.46 | 9 | ESI-Lederle | | |
| 15.50 | 3 | na | na | 140.30 | 4 | Geneva | | 3.25/22.18 |
| 15.35 | 6 | na | na | 138.90 | 6 | Major | | 4.95/32.99 |
| 16.30 | 2 | na | na | 159.50 | 2 | Mylan | 1/19/2000 | |
| na | na | na | na | 93.53 | 8 | Qualitest | | |
| 5.98 | 8 | na | na | 45.25 | 10 | Roxane | | |
| na | na | na | na | 140.28 | 5 | URL | | |
| 15.50 | 4 | na | na | 141.90 | 3 | Watson | | 18.33 |
| 15.50 | 5 | 48.69 | 2 | 133.25 | 7 | Zenith Goldline | | |
| 27.90 | 1 | 132.30 | 1 | 251.28 | 1 | Aventis | | |

Lasix 40mg

### Furosemide 80mg

| AWP 100 | Ranking | AWP 500 | Ranking | AWP 1000 | Ranking | Label | AWP Change Date | WAC |
|---|---|---|---|---|---|---|---|---|
| 20.69 | 7 | 65.13 | 7 | na | | ESI-Lederle | | |
| 41.60 | 4 | 198.00 | 4 | na | | Geneva | | 6.64/29.99 |

D0217827
RLI-AWP-00004512

| Lasix | 80mg | | | | | |
|---|---|---|---|---|---|---|
| | | 41.19 | 5 | 196.05 | 5 | na |
| | | 43.70 | 1 | 213.90 | 1 | na |
| | | 27.74 | 6 | na | 6 | na |
| | | 13.49 | 8 | 67.47 | 8 | na |
| | | 41.60 | 2 | na | na | na |
| | | 41.60 | 3 | 203.75 | 3 | na |
| | | na | na | na | na | na |
| | | na | na | 213.84 | 2 | na |

Major
Mylan
Qualitest
Roxane
URL
Watson
Zenith Goldline
Aventis

1/19/2000

5.49

D0217828
RLI-AWP-00004513



D0217829
RLI-AWP-00004514

D0217830
RLI-AWP-00004515

| semide | Av. Contract PRICE | % Off AWP | % WAC Mark-Up | Competitor Contract | Customer Reimbursement on Mylan | Profit Competitor at AWP less 30% |
|---|---|---|---|---|---|---|
| | $ 10.00 | 35.89% | 55.98% | $ 10.00 | $ 97.93 | $ 87.93 |
| | $ 12.00 | 35.89% | 55.98% | $ 12.00 | $ 111.65 | $ 99.65 |
| | $ 12.00 | 35.89% | 55.98% | $ 12.00 | $ 149.73 | $ 137.73 |

D0217831
RLI-AWP-00004516

D0217832
RLI-AWP-00004517