1

# Exhibit 86

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment








EXHIBIT

Shaffer
19      ID
mr.   5/6/06

PENGAD 800-631-6989

# Oramorph SR - 2000 Marketing Plan

## Craig A. Russell, Product Manager

*Crais -
Overall it's there.
Some suggestions and
Questions. Let's discuss
Comments and implement changes
you feel are appropriate*

---

RLI-TX_71650

RLI-AWP-00170479

## Oramorph SR - 2000 Marketing Plan
### Situation Analysis

**Summary of Competition**

## Morphine Key Competitors:  Companies & Products

| Company | Brand | Strength | RX's MAT/ August 99 | % Change over previous Period | Sales MAT/August 99 (thousands) |
|---------|-------|----------|------------------|-------------------------------|---------------------------------|
| Purdue Frederick | MS Contin | 15,30, 60, 100 mg (Q12 Hour) | 757,000 | -3.8% | $154,061 |
| Roxane | Oramorph SR | 15, 30, 60, 100 mg (Q12 hour) | 166,000 | +28.5% | $26,685 |
| ABG | Morphine Sulfate | 15,30, 60, 100 mg (Q12 Hour) | 14,000 | NA | $8,086 |
| Apotex | Morphine Sulfate | 15, 30, 60, 100 mg (Q 12 hour) | 37,000 | -60.5% | $9,218 |
| Faulding | Kadian | 20, 50 & 100 mg (Q24 hour) | 18,000 | +54.6% | $2,469 |
| Endo | Morphine Sulfate | 15, 30, 60 mg (Q12 hour) | 118,000 | NA | NA |

Roxane currently competes in the morphine portion of the chronic pain/controlled release market. The chart above provides an overview of the companies, the individual products and their respective performance, in terms of prescriptions and sales

- MS Contin continues to be the sustained release morphine market share leader since its introduction in 1984. As the first Q 12 hour morphine product, MS Contin  was heavily promoted and subsequently achieved high name recognition in the malignant and non-malignant chronic pain market. During 1998, in an effort to counter generic introductions, Purdue introduced its own generic version of MS Contin under the ABG brand.
- Oramorph SR, introduced as the second controlled release morphine product to the market, continues to hold a small but growing share of this market.  Introduced without head-to-head comparative studies against the market leader, MS Contin, the product was viewed as a generic.  Although the product was introduced as a brand and is not AB-rated to MS Contin,  early  promotional campaigns focusing on the pricing advantage over MS Contin supported the generic perception of the product.
- Kadian is the only 24-hour morphine product on the market.  The product, owned by Faulding, was first promoted by Zeneca.  Due to low acceptance, the arrangement ended and the product is now promoted by a contract sales organization.  Product acceptance has been slow due its perceived lack of supportive data, a mismatched offering of dosages and the side effect concerns over a morphine product lasting 24 hours.
- Apotex is marketing a generic version of MS Contin.  It is produced by Purdue Frederick for  a small portion of the market and is has not been  widely available.  The majority of its use has been with Walgreen's.
- Endo Generic Products introduced an AB-rated (Reference drug: MS Contin) generic extended release morphine sulfate in 4Q 99.  The product which offers a less expensive alternative to MS Contin, has gained market share by being substituted for MS Contin.

Roxane Laboratories, Inc.          Tuesday, November 02, 1999                    2

RLI-TX_71651
RLI-AWP-00170480

**Oramorph SR - 2000 Marketing Plan**
**Situation Analysis**

**Prescription Share Trends**



### MAT/August 98

- Endo 0%
- AB Generic 0%
- Oramorph SR 13%
- Apotex 9%
- Kadian 1%
- MS Contin 77%

Total Prescriptions  1,021,000

### MAT/August 99

- Endo 11%
- AB Generic 1%
- Apotex 3%
- Kadian 2%
- Oramorph SR 15%
- MS Contin 68%

Total Prescriptions  1,111,000

Market Growth 8.8%

*Purdue's*

The pie charts above demonstrate prescription market share for two rolling 12 month periods.  Over these two periods the morphine controlled release prescription market grew by nearly 9%.

While MS Contin continues to hold its position as market share leader, its share of the market has declined by 9% from the earlier period.   Endo's and ABG's products has gained market share at the expense of MS Contin and Apotex, a generic version of MS Contin.

*how*

Conversely,  Oramorph SR has demonstrated a 2% increase in prescription market share and a 28.5% increase in absolute prescriptions.

*total*

Kadian maintains a small share of the market (2%) and has demonstrated a 54% increase in prescriptions on its small base.

*versus the previous 12 months*

*• Do you want to mention why OSR Rxs have grown?*   *PF's promotion of MsContin*

Roxane Laboratories, Inc.                    Tuesday, November 02, 1999                    3

RLI-TX_71652

RLI-AWP-00170481

**Oramorph SR - 2000 Marketing Plan**
**Situation Analysis**

**Prescription Share Trends**

### Change in Prescriptions over last three years



#### Individual Competitors
The bar chart depicts the prescriptions for individual brands competing in the controlled release morphine market over three consecutive 12-month periods. Clearly, MS Contin is the market leader in terms of prescription market share. The remaining brands have small, but growing shares of the market.

#### Total Morphine Market
The total controlled release morphine market continues to grow. The bar chart above demonstrates total prescriptions for three consecutive 12-month periods. The annual growth rates for these periods are 7.3% for '97 to 98, and 8.8% for 98 to 99.

Roxane Laboratories, Inc.          Tuesday, November 02, 1999                    4

RLI-TX_71653

RLI-AWP-00170482

**Oramorph SR - 2000 Marketing Plan**
**Situation Analysis**

**Usage Trends**



**Avg RX** TABS

Scott Levin "SPA" August 99



**Daily Consumption**

☐ M S Contin
☐ Oramorph SR
☐ Kadian
■ Apotex

**Days of Therapy**

- The Q-12 hour controlled release analgesics (Apotex, MS Contin and Oramorph SR) are not perceived to provide effective pain relief for 12 hours. Each of these brands is being dosed on a TID (Three times a day) Schedule.
- Kadian, approved as either a 24 or 12 hour analgesic, is clearly positioned by the market as a twice a day product.
- Length of therapy data supports that the average prescription is written for approximately 25 days
- It is possible that the prescribed dosing (mg) for these products is not sufficient for adequate pain relief or perhaps the patient is dosing more frequently for psychological reasons.

RLI-TX_71654

RLI-AWP-00170483



## Oramorph SR - 2000 Marketing Plan
### Situation Analysis

▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋▋

### Prescribing Base and Specialty Productivity

| MS Contin & Oramorph SR Prescribers Total Rxs 5/98-6/99 | # of Physicians | Cum # of Physicians | MS Contin & Oramorph SR Total Rxs | Cumulative RX Totals |
|---|---|---|---|---|
| 1 | 266 | 266 | 81,122 | 81,122 |
| 2 | 608 | 874 | 80,954 | 162,076 |
| 3 | 943 | 1,817 | 81,044 | 243,120 |
| 4 | 1,343 | 3,160 | 80,932 | 324,052 |
| 5 | 1,863 | 5,023 | 81,138 | 405,190 |
| 6 | 2,529 | 7,552 | 81,040 | 486,230 |
| 7 | 3,456 | 11,008 | 81,001 | 567,231 |
| 8 | 4,838 | 15,846 | 81,003 | 648,234 |
| 9 | 7,326 | 23,172 | 80,998 | 729,232 |
| 10 | 13,182 | 36,354 | 80,769 | 810,001 |



Average yearly prescriptions by specialty

RLI-TX_71655

RLI-AWP-00170484

**Oramorph SR - 2000 Marketing Plan**
**Situation Analysis**

**Prescriber Base by Specialty**





MAT August 99
Source Scott-Levin SPA

- The GP/FP/DO/IM prescriber group accounts for the highest percentage of prescriptions for each of the controlled release C-II analgesics, but as the graph on the previous page demonstrates this group is the least productive

- Apotex, generic MS Contin, has a prescriber profile that is similar to that of MS Contin. This is as expected since Apotex is no doubt largely dispensed as a result of MS Contin prescriptions. The generalist group appears to be slightly less and the anesthesiologist group seems to be somewhat higher. This may reflect the difference between specialties concerning their attitudes towards substitution or it may simply be a reflection of the impact of formularies.

- Other than a few minor differences, the remainder of the prescriber groups appear to be similar. Obviously, the majority of prescriptions for controlled release opioid analgesics are written by a large generalist group, and two substantially smaller specialty groups. Although, the oncology and anesthesiology segments represent a much smaller number of individual prescribers, they are very prolific writers of controlled release morphine analgesics when compared against the larger generalist group.

---

Roxane Laboratories, Inc.          Tuesday, November 02, 1999          7

RLI-TX_71656

RLI-AWP-00170485

**Oramorph SR - 2000 Marketing Plan
Situation Analysis**

Pricing

| Product | AWP | WAC | Spread |
|---------|-----|-----|--------|
| Endo Morphine Sulfate | | | |
| 15 mg | $89.17 | $60.49 | $28.68 |
| 30 mg | $169.46 | $114.97 | $54.49 |
| 60 mg | $330.61 | $224.32 | $106.29 |
| Kadian | | | |
| 20 mg | $124.61 | $103.84 | $20.77 |
| 50 mg | $311.44 | $259.53 | $51.91 |
| 100 mg | $568.44 | $473.70 | $94.74 |
| MS Contin | | | |
| 15 mg | $99.63 | $79.70 | $19.93 |
| 30 mg | $189.34 | $151.47 | $37.87 |
| 60 mg | $369.44 | $295.55 | $73.89 |
| 100 mg | $546.99 | $437.59 | $109.40 |
| 200 mg | $1,001.71 | $801.37 | $200.34 |
| Oramorph SR | | | |
| 15 mg | $84.45 | $54.48 | $29.97 |
| 30 mg | $160.50 | $103.54 | $56.96 |
| 60 mg | $313.15 | $202.03 | $111.12 |
| 100 mg | $479.58 | $309.40 | $170.18 |

Source:  Medi-Span, Inc.  (Bottles of 100) February 1999

One of the key motivating factors for a retail pharmacy is the reimbursement
spread, the difference between acquisition cost and reimbursement. Due to the
lower costs associated with Oramorph SR and the higher AWP, on a percentage
basis, the "spread" for Oramorph SR is more attractive to retail pharmacies.

RLI-TX_71657

RLI-AWP-00170486

**Oramorph SR - 2000 Marketing Plan**
**Situation Analysis**

**Reimbursement**





Source: Scott-Levin SPA MAT/August 99

- The method of payment for the controlled release products is fairly consistent across all brands

- Managed Care accounts for the majority of reimbursement followed by third party

- Medicaid appears to account for the least amount of reimbursement with this class of products

- Oramorph SR appears to have a lower percentage of reimbursement from the managed care sector as compared to the other competitors in the class-additional efforts in this area could stimulate additional product utilization

---

Roxane Laboratories, Inc.          Tuesday, November 02, 1999          9

RLI-TX_71658

RLI-AWP-00170487

## Oramorph SR - 2000 Marketing Plan
### Situation Analysis

**Competitive Share of Voice***





| Product | YTD/August 99 Total Audited Details | % Share | MAT/August 99 Total Audited Details | % Share |
|---------|-------------------------------------|---------|-------------------------------------|---------|
| Kadian | 5,000 | 28% | 14,000 | 47% |
| MS Contin | 9,000 | 50% | 9,000 | 30% |
| Oramorph SR | 4,000 | 22% | 7,000 | 23% |

Source: Scott-Levin SPA August 99

Oramorph SR share of voice is substantially less than that of its primary competitors.

- Year to date data demonstrates that Oramorph SR details account for a 22% share of voice in the sustained release morphine market.

- Although market information indicates that MS Contin is not officially detailed, the audits demonstrate that physicians perceive that they are being detailed more than Kadian or Oramorph SR.  In fact, MS Contin holds a 50% share of voice for the year to date period through August 99.

- The rolling 12-month data again demonstrate that Oramorph SR holds a share a voice that is less than its competitors.

* Share of voice data is compiled from a panel of approximately 7,000 physicians covering 31 specialties.  The physicians report calls made within a single 5 day period each month.  Due to the size of the existing Roxane sales force, it is likely that actual details are understated.

---

Roxane Laboratories, Inc.          Tuesday, November 02, 1999          10

RLI-TX_71659

RLI-AWP-00170488

## Oramorph SR - 2000 Marketing Plan
## Oramorph SR Overview

*convenient*



### Oramorph SR Overview

Oramorph SR was originally launched under the brand name of Roxanol SR in 1985.  MS Contin was also launched in the same year.  As the first two SR morphine products, these two market entries helped redefine the morphine market, bringing the benefits of sustained relief to the oral pain market.  Oramorph SR was "grandfathered" in for approval, since this was early in the "extended-release" era of products.

Subsequent to the launches, the FDA mandated an NDA submission for both products, allowing them to remain on the market, but suspending "active" promotion.  MS Contin submitted available European trial data and received approval in 1989.  Roxanol SR was approved two years later, and re-launched as Oramorph SR in 1991.

Currently, the Orange Book lists MS Contin as the innovator, while approval was as a non-innovator.  The opposite is true for Oramorph SR, in that SR was approved as the innovator, and is Orange Book listed as a non- innovator.  The primary impact is on Medicaid rebates.

Both products are rated BC, however 14 states allow therapeutic substitution, thus enabling pharmacist discretion in making substitution decisions in the absence of an "AB" rated product.

The widespread acceptance of long-acting morphine has fostered the growth of the breakthrough pain segment, now largely by rescue morphine products, such as Roxanol-T, Roxanol, and various others. Recently, Actiq launched into this segment, representing a new "lozenge" formulation.


### Product Definition

Oramorph SR is a sustained released, oral dosage form  of morphine sulfate.

### Product Characteristics

Oramorph SR is a white tablet supplied in 15, 30, 60, and 100mg dosage strengths.

The major effects of morphine are on the central nervous system and the bowel.  Opioids act as agonists, interacting with stereospecific and saturable binding sites or receptors in the brain and other tissues.  Morphine is about two-thirds absorbed from the GI tract.

RLI-TX_71660
RLI-AWP-00170489

**Oramorph SR - 2000 Marketing Plan**
**Oramorph SR Overview**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

### Clinical and Pharmacological properties supporting promotional claims

#### Clinical Studies

Studies have shown that 63-74% of patients had no breakthrough pain at any time on days 3 and 6 of clinical study.(Finn & Walsh articles)

Studies have shown that 80-85% of patients had no breakthrough pain during the last 4 hours of the dosing interval. (Finn & Walsh articles)

Finn article reported that 97% of patients reported no pain or mild to moderate pain during the study period.

Ritch article reported that 76% of patients in treatment phase for at least 3 days maintained a degree of relief rated from good to excellent.

Walsh, MacDonald article reported that 81% of patients chose to continue on Oramorph SR.

#### Pharmacological Properties

The mean steady-state plasma concentrations following multiple dose administration of 30mg tablets every 12 hours are as follows:

$C_{avg}$ = 13.87 ng/mL

$C_{max}$ = 21.71 ng/mL

Food intake does not effect plasma concentrations

About 40% of the administered dose reaches the central compartment because of first pass effect.

The onset of action of the product is 1 - 2 hours with a duration of action of 12 hours.

90% of a single dose is excreted in 24 hours.

#### Side Effect Profile

Adverse reactions caused by Oramorph SR are essentially those observed with other Opioid analgesics. The most frequently reported adverse reactions are constipation, nausea, vomiting, lightheadedness, dizziness, sedation, dysphoria, euphoria, and sweating.

RLI-TX_71661

RLI-AWP-00170490

**Oramorph SR - 2000 Marketing Plan**
**SWOT Analysis**

## SWOT Analysis

### Strengths

- Approved 12 hour morphine product
- Higher plasma morphine levels than MS Contin at <u>end</u> of dosing interval (potentially resulting in less breakthrough pain during 8-12 hour window)
- Ability to be substituted for non AB-rated extended release morphine in 17 states
- Pharmacy acquisition cost advantage (based on WAC) over market share leader, MS Contin
- Low level of breakthrough pain
- No analgesic "ceiling"-ability to titrate to effect
- Variety of dosage strengths
- Easy to swallow tablets

### Weaknesses

- Low brand awareness Vs MS Contin
- Lower peak plasma levels at beginning of dosing intervals (potentially resulting in slower onset of action)
- All white tablets Vs MS Contin color coded line
- Perception of larger tablet size Vs MS Contin
- Brand historically has had a low share of voice (due to Field Force Size and Prioritization)
- No comparative data for promotional use
- Perceived as a generic product
- Oramorph SR classified as the "innovator" drug by Medicaid (MS Contin is not)
- Low Formulary Presence
- RLI Manufacturing supply

---

RLI-TX_71662

RLI-AWP-00170491

**Oramorph SR - 2000 Marketing Plan**
**SWOT Analysis**



### Opportunities

- Growing medical recognition of the importance of effective pain control
- Maximize data from recent Oramorph SR Vs. MS Contin study conducted at the Cleveland Clinic
- Palliative care bundling of products and services *in managed care*
- Capitalize on the enhanced retail profitability of Oramorph SR, as compared to MS Contin, due to reimbursement spread (defined as AWP less WAC) with pharmacy customers
- Bundling to achieve Managed Care Formulary Presence
- Maximize substitution at pharmacy level in those states which allow pharmacists to make substitution decisions in the absence of an AB rated product.

### Threats

- RLI new product launches planned for year 2000 will decrease the sales force time on Oramorph SR
- "Morphine stigma" – physician reluctant to prescribe due to fear of side effects, addiction and patient perceptions
- OxyContin (sustained release oxycodone) viewed as a weaker Opioid but as effective in relieving moderate pain conditions and with fewer side effects (non-morphine)
- Multiple generic competitors that are AB rated to MS Contin
- Oral Morphine market erosion due to expansion of oxycodone in pain market
- Oral morphine market erosion due to introduction of sustained release hydromorphone (being pursued by both Knoll and Purdue)

*handwritten:* • Price erosion due to

RLI-TX_71663

RLI-AWP-00170492

**Oramorph SR - 2000 Marketing Plan**
**Key Issues**

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

**Key Issues**

- **Oramorph SR has a low level of brand identity and brand recognition**
  Market research revealed that physicians are not generally aware of Oramorph SR and physicians and nurses view Oramorph SR as a generic version of MS Contin

  *Can these be combined?*

- **Share of voice is inadequate**
  The C-II analgesic market is extremely voice sensitive and historically the RLI sales force efforts for Oramorph SR have been dwarfed by its chief competition, namely MS Contin; the upcoming RLI new product launches will reduce the selling time available for Oramorph SR

- *Good* **Availability of sustained release morphine generics and the incursion of OxyContin will bring about a further decrease in overall sales**
  Approximately 50% of Oramorph SR prescriptions result from substitutions for prescriptions written for MS Contin and the introduction of Endo's "AB" rated generic morphine threatens to reduce Oramorph SR market share by taking those "substitution" prescriptions. Additionally, the rapid expansion of the controlled-release oxycodone market has resulted in flat growth for the morphine market. An increase in the number of competitors in the morphine market could lead to lower market share for Oramorph SR.

  *morphine Rxs*

- *Lack of Field Force Time* → *A key issue in 2000 is how will we maintain or stop significant loss in prescriptions with decrease detail activity?*

RLI-TX_71664

RLI-AWP-00170493

**Oramorph SR - 2000 Marketing Plan**
**Marketing Objectives**

## Marketing Objectives

- Achieve and maintain a 22% share of voice in the market

- Achieve and maintain a 16% of the morphine controlled-release market

- Achieve $20.1 million in sales for year 2000

- Effectively target high prescribers *that offer best opportunity to expand prescriber base*

- Differentiate Oramorph SR through use of strong positioning, core message and brand image

- Gain formulary access at a competitive number of top targeted Managed Care Organizations

- Ensure sales force is trained to deliver core message *to Key targeted physicians*

*[handwritten annotations: see data, details?, $26 M in 99 — are we saying that price erosion will effect the sales #?, key, Measurable objective or on Strategy, # of tms = frequency will it keep you @ 22%]*

*• Journal ad Reach and Frequency %*

*• Direct Mail hits*

*• — Triggered mail etc.*

RLI-TX_71665
RLI-AWP-00170494

**Oramorph SR - 2000 Marketing Plan**
**Key Strategies**

*[handwritten: Craig I'd place these in order of importance. Then many tactical programs to each later. Physician Strategy!]*

**Key Strategies**

- **Continue the Oramorph SR promotional platform that was introduced  99-01 that focuses on efficacy of the product versus a pricing/substitution only campaign**
  Market research has continued to confirm that the least important aspect of choosing a product is price.

  *[handwritten: agree however let's discuss]*

- **Develop non-personal promotional campaign to maintain share-of-voice and awareness among physicians that are either not called upon, receive a low frequency of presentations or for those FP/GPs for which we lack coverage**
  Due to the reach and frequency limitations, there are many prospective customers that are not called upon.   Developing a non-personal promotional campaign to communicate the Oramorph SR promotional platform  to non called upon  targets would  maximize the dissemination of the  message

- **Encourage substitution of MS Contin with Oramorph SR in those states which allow pharmacists discretion in dispensing and reinforce that Oramorph SR has no  AB rated generic and should not be substituted in those states that require an "AB" rating for substitution**
  Several states allow pharmacists discretion in making dispensing decisions by not mandating the use of the "Orange Book".  Oramorph SR maintains a higher percentage spread between wholesaler acquisition cost and Average Wholesale Price, which results in an attractive financial spread for retail pharmacists.

  *[handwritten: Retail Strategy]*

- **Implement family of products ("MasterBranding") so the line includes Oramorph SR, Roxanol and Roxanol T**
  Leverages the entire line and provides a sell that corresponds to the Palliative Care approach to delivering pain care

  *[handwritten: Good]*

- *[handwritten: Craig A key strategy to include will be what you want to do with the sales force on OSR next year. ie — 115 RDs from 48 — Targeting strategy — Prescription Rxers in a product that's very mature etc. — Meet listed objective of 22% so R]*

RLI-TX_71666

RLI-AWP-00170495

**Oramorph SR - 2000 Marketing Plan**
**Key Issues and Strategies**

|  | Key Issue #1:<br><br>Low level of brand identity and recognition | Key Issue #2:<br><br>Share of voice is inadequate | Key Issue #3:<br><br>Availability of sustained release morphine generics and the incursion of OxyContin will bring about a further decrease in overall sales |
|---|---|---|---|
| Strategy — Direct Promotion (Physician)<br><br>Continue the Oramorph SR promotional platform that was introduced 99-01 that focuses on efficacy of the product versus a pricing only campaign | X |  | X |
| Strategy — Indirect Pro—<br><br>Develop non-personal promotional campaign to maintain share-of-voice and awareness among physicians that are either not called upon, receive a low frequency of presentations or for those FP/GPs for which we lack coverage | X | X | X |
| Strategy — Direct/Indirect Promotion (Retail RPL)<br><br>Encourage substitution of MS Contin with Oramorph SR in those states which allow pharmacists discretion in dispensing and reinforce that Oramorph SR has no AB rated generic and should not be substituted in those states that require an AB rating for substitution | X | X | X |
| Strategy → Communication.<br><br>Implement family of products ("MasterBranding") so the line includes Oramorph SR, Roxanol and RoxanolT | X | X |  |

• Include Targeting Strategy

RLI-TX_71667

RLI-AWP-00170496

**Oramorph SR - 2000 Marketing Plan**
**Tactical Overview**

**Target Audience Analysis**

*? Just ones servicing hospice?*

**PCPs**

- Concerned with Addiction / CII requirements
- Step up to C-II's after using combination agents and non-oxycodone products
- Chronic patients are often in a hospice
- Greatly influenced by hospice nurse for CII use

**Oncologist**

- Principally treats malignant chronic pain
- Refers to anesthesiologist when pain problem persists      — Yes
- Sees breakthrough pain in over half of patients
- Less concerned with addiction, more concerned with treating pain

**Anesthesiologists**

- True pain specialist
- Heavy user of CII analgesics
- Receives referrals      — Yes
- More readily starts patients on CII
- Treats malignant and non-malignant pain
- Also concerned with abuse
- High writer of C-IIs, generally found in pain clinics



*May WANT this earlier Right after River base Specialty P.ap*

---

RLI-TX_71668

RLI-AWP-00170497

*Key tactics: • How you will — Physician POA*
*target sales force*
*• Key Message — Physician communication objectives*
*→ • Retail POA*
*• Non Personal Program*

**Oramorph SR - 2000 Marketing Plan**
**Tactical Overview**

**Communication Objectives**

- Continue to reinforce the message discovered by market research to be the most motivating and meaningful in order to build brand identity (pain control that makes life worth living)

- Reinforce the benefits (focus on efficacy) of Oramorph SR to target audiences

- Tie in the benefits of Oramorph SR within the palliative care continuum

- *The track to Family of Products?*

RLI-TX_71669
RLI-AWP-00170498

## Oramorph SR - 2000 Marketing Plan
## Tactical Overview

*Cris*
- *I would lead with Tactical Programs that address most important + Strategies first, then proceed systematically.*

### Oramorph SR Tactical Program (Introduced in 99-02)

- Oramorph SR journal ad
- Dosing calculator
- Rep triggered letters

### Planned Tactical Program for Oramorph SR
### Physician Tactics

### Personal Promotion

- **Slim Jim**

  A detail aid leave behind that will focus on the efficacy of Oramorph SR

- **Flash Card**

  A detail aid leave behind that will allow the rep to give a quick detail on the benefits of Oramorph SR

- **Anesthesiologist Detail Aid**

  A detail aid leave behind that will enable representatives to effectively communicate the benefits of Oramorph SR and the Roxane line of analgesics to targeted high prescribing anesthesiologists
  This piece can also be an integral component of a direct mail campaign for this important target

- **Hospice Binder**

  A selling tool that will help representatives convey the benefits of Oramorph SR and the Roxanne line to physicians and nurses in the hospice setting

- **Medi-scripts**

  Personalized prescription pads for high prescribing oncologists that will keep Oramorph SR top of mind when physician is writing the prescription.

- **Note pads**

  Reinforces brand identity

- **Reminder Items**

  Reinforces brand identity

RLI-TX_71670

RLI-AWP-00170499

**Oramorph SR - 2000 Marketing Plan**
**Tactical Overview**



*Key targets as well?*

### Non personal Promotion

- **Direct mail**

  A vehicle to reinforce sales force message.  Provide high prescribing physicians with useful information (paper on hot topic in pain management, etc.)
  Components: Letter, clinical paper, detail aid

### Pharmacy/Distribution Tactics

- **Direct Mail**

  A vehicle to reinforce sales force message.  A regional program to provide pharmacist with information on Oramorph SR that will keep Oramorph SR top of mind when prescription is being filled.

### Conventions

- **Convention panels**

RLI-TX_71671

RLI-AWP-00170500

## Oramorph SR - 2000 Marketing Plan
## Key Strategies and Tactics

### Strategies linked with Tactics

*Good Just add additional strategy.*

| Tactics | Strategy Continue the Oramorph SR promotional platform that was introduced 99-01 that focuses on efficacy of the product versus a pricing only campaign | Strategy Develop non-personal promotional campaign to maintain share-of-voice and awareness among physicians that are either not called upon, receive a low frequency of presentations or for those FP/GPs for which we lack coverage | Strategy Encourage substitution of MS Contin with Oramorph SR in those states which allow pharmacists discretion in dispensing and reinforce that Oramorph SR has no AB rated generic and should not be substituted in those states that require AB rating for substitution | Strategy Implement family of products ('Master Branding') so the line includes Oramorph SR, Roxanol and Roxanol T |
|---|---|---|---|---|
| Oramorph SR Journal Ad | X | | | |
| Dosing Calculator | X | | | X |
| Rep Triggered Letters | X | X | | |
| Slim Jim | X | | X | |
| Flash Card | X | | X | |
| Anesthesiologist Detail Aid | X | X | | X |
| Hospice Binder | | | | X |
| Medscripts | X | X | | X |
| Reminder Items | X | X | X | |
| Direct mail | X | X | X | |
| Convention Panels | X | | | X |

| Roxane Laboratories, Inc. | Tuesday, November 02, 1999 | 23 |

RLI-TX_71672
RLI-AWP-00170501



**Appendix**

- Oramorph SR P&L
- Five Year Forecast
- Current Promotional Campaign

RLI-TX_71673

RLI-AWP-00170502

## Oramorph SR - 2000 Marketing Plan
## Budget and Sales Forecast

|||||| 

### Oramorph SR

| | Preview | Budget | |
|---|---|---|---|
| | 1999 | 2000 | % Change |
| Factory Sales | $33,538,462 | $30,926,887 | -7.79% |
| Chargebacks (35%) | ($11,738,461.54) | ($10,824,410.45) | |
| Gross Net Sales (before Medicaid & Cash Disc.) | $21,800,000 | $20,102,477 | -7.79% |
| Cash Discounts (2% of Gross Net Sales) | ($436,000) | ($402,050) | |
| Rebates - Medicaid (16.0% of Gross Net Sales) | ($3,575,200.00) | ($3,296,806.15) | |
| Indigent Patient Expenses | ($1,300,000.00) | ($1,400,000.00) | |
| % of Gross Net Sales (discounts + rebates) | -18.40% | -18.40% | |
| Net Net Sales (after Cash Discounts & Rebates) | $16,488,800 | $15,003,621 | -9.01% |
| Cost of sales | ($1,319,104) | ($1,200,290) | |
| % of net sales | 8.00% | 8.00% | |
| Manufacturing Margin | $15,169,696 | $13,803,331 | -9.01% |
| **Production Costs of Advertising:  556131** | | | |
| Out of pocket , non-working media | | $50,000 | |
| **Direct Mail:  556144** | | | |
| Pharmacy Direct Mail: 2 wave per selling cycle | | $90,000 | |
| Physician Direct Mail: 12 times per year to top 4 deciles | | $80,000 | |
| Rep-Triggered Mail | | | |
| (6 issue oriented letters distributed to physicians post sales call) | | $55,000 | |
| **Agency Fees:  556161** | | | |
| Vital Healthcare Communications (agency of Record) | | $175,000 | |
| **Journal Ad Space:  556184** | | | |
| PDR | | $30,000 | |
| Nursing and physician Journal space | | $375,000 | |
| Placement Fees | | $5,000 | |
| Media Planning | | $15,000 | |
| **Rep Materials & Aids:  556186** | | | |
| Leave-behind Slim Jim 2000-01 | | $50,000 | |
| Leave-behind Flashcard 2000-02 | | $50,000 | |
| Hospice Program: Presentation binder and support materials | | | |
| to aid promotion in Hospice setting | | $75,000 | |
| Abstract Review | | $35,000 | |
| **Promotional Specialties:  556187** | | | |
| Medi-scripts Program to higher prescribing Oncologists | | $85,000 | |
| Oramorph SR note pads | | $50,000 | |
| Oramorph SR  Reminder Items | | $40,000 | |
| **Conventions Display/Exhibits:  556193** | | | |
| Multiple Pain and Palliative Care meeting and exhibits | | $75,000 | |
| **Educational Materials Programs:  556196** | | | |
| **Educational Grants:  556198** | | | |
| Hospice Grants | | $125,000 | |
| **Marketing Consulting: 556201** | | | |
| Attitude, Trial and Awareness | | $40,000 | |
| **TOTAL DIRECT PROMOTION EXPENSES** | **($3,125,000)** | **($1,500,000)** | |
| % of net sales (before Cash discounts & rebates) | 14.33% | -7.46% | |
| **Product Contribution I** | **$12,044,696** | **$12,303,331** | 2.15% |
| - - - - % of net sales | 73.05% | 82.00% | |
| Field Sales Force Allocation | ($3,920,000) | ($371,696) | |
| Field Sales Force Costs + Promotion Expenses | ($7,045,000) | ($1,871,696) | |
| ------ % of Net Sales | 42.73% | 12.47% | |
| **Product Contribution IA** | **$8,124,696** | **$11,931,635** | 46.86% |
| - - - - % of net sales | 49.27% | 79.53% | |

| Roxane Laboratories, Inc. | Tuesday, November 02, 1999 | 25 |
|---|---|---|

RLI-TX_71674

RLI-AWP-00170503

**Oramorph SR - 2000 Marketing Plan**
**Budget and Sales Forecast**

## Oramorph SR 5-year Forecast

| Year | Sales (Gross Net) | Expenses | % of Sales |
|------|-------------------|----------|------------|
| 1999 | $21.83 | $3.125 | 14.3% |
| 2000 | $20.1 | $2.16 | 10.6% |
| 2001 | $19.79 | $2.25 | 11.4% |
| 2002 | $19.53 | $2.10 | 10.8% |
| 2003 | $20.27 | $2.00 | 9.9% |
| 2004 | $20.67 | $2.00 | 9.7% |
| Cumulative Totals | $122.19 | $13.635 | 11.2% |

RLI-TX_71675

RLI-AWP-00170504

**Oramorph SR - 2000 Marketing Plan**
**Oramorph SR Journal Ad**





Roxane Laboratories, Inc.          Tuesday, November 02, 1999          27

RLI-TX_71676

RLI-AWP-00170505