1

# Exhibit 87

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

TO: RD's, AR's, CSR's

FROM: Tom Via

DATE: March 30, 1995

RE: Price Increase

**Roxane Laboratories, Inc.**

APR 0 3 1995

#12

# MARKETING MEMO

Our friends at Purdue Frederick have recently increased the price of MS Contin by 6.5%. In order to continue our current promotional campaign, we will be adjusting the price of Oramorph SR as well. Our wholesale acquisition cost (WAC) is now 30% less than MS Contin across the entire product line. This means there has been a price increase on both the 30mg and 60mg strengths, while the 100mg price will remain unchanged.

There has been a change in the average wholesale price (AWP) as well. In the past Oramorph SR has been at a 40% AWP (40% over WAC), now we will structure the AWP to be 43% more than the WAC. The change in AWP will do little to the retail price comparisons you use in the physicians' office. The major impact will be at the retail level, as this small increase will add to the profit a retailer can make.

There are two primary systems in use by retailers for third party reimbursement, Medi-Span and First Data Bank. In the Medi-Span system, both Oramorph SR and MS Contin are listed as brand name products and reimbursement is handled the same for both. In the First Data Bank system however, Oramorph SR is listed as a generic product and reimbursement is different.

In First Data Bank the spread between WAC and AWP is discounted 15% for brand name products, and that is what is reimbursed for third party prescriptions. When a generic is dispensed the spread is discounted 35%. With our old 40% AWP pharmacists were making approximately 7% more when dispensing Oramorph SR instead of MS Contin. As a general rule, a pharmacist will now make around 15% more profit when they switch a prescription from MS Contin to Oramorph SR.

Review the attached worksheet illustrating the impact on profit for the retailer with this change. You should be comfortable enough with the math that you can work the actual numbers out with the pharmacists.

*This spread was created because FDB listed OSR as a generic which created a reimb to wholesaler of only 6.5% spread of AWP vs 85% style same*

Continued.....


EXHIBIT
Shaffer
7

As you can see, there have been some fairly significant changes made to the pricing structure of Oramorph SR for 1995. The best way to summarize the promotion of Oramorph SR is as follows. In the physicians' office we want him to prescribe Oramorph SR for his elderly patients, because 46% of the elderly have no insurance for prescriptions. At the retail level, Oramorph SR is the product pharmacists should dispense for third party prescriptions to maximize profit. We are now in the position of being the best choice for both DAW prescriptions (dispense as written) and generic substitution prescriptions.

REMEMBER, WE MUST **PAINT THE PATIENT PICTURE** TO:
**CREATE** THE NEED, **FILL** THE NEED, AND **CLOSE** THE SALE!!!!!!

| | | | |
|---|---|---|---|
| G. Burkett | J. Hart | J. Powers | D. Surface |
| D. Chmielewski | D. Homan | M. Schobelock | B. Trowbridge |
| F. Duy | M. Kreitzer | M. Shaffer | E. Tupa |
| E. Frank | K. Mosdell | Dr. Shepard | J. Walsh |
| K. Gierman | J. Lawler | J. Sincich | G. Wojta |
| J. Puszkar | | | |

RLI-TX_72173

RLI-AWP-00171002

## ORAMORPH SR PRICES

|  | Package | AWP | WAC |  |
|---|---|---|---|---|
| 15mg | 100 | $ 64.71 ✓ | $ 45.26 ✓ | |
| | 500 | 307.42 ✓ | 214.98 ✓ | |
| | 4x25 | 70.36 ✓ | 49.20 ✓ | |
| 30mg | 50 | 64.71 | 45.26 | NOT UPDATED IN MEDISPAN |
| | 100 | 122.98 | 86.00 | |
| | 250 | 298.17 | 208.51 | |
| | 4x25 | 140.56 | 98.28 | |
| 60mg | 100 | 239.97 | 167.81 | NOT UPDATED IN 4/1 MEDISPAN |
| | 1x25 | 70.25 | 49.13 | |
| 100mg | 100 | *359.80* 367.51 | 257.00 ✓ | |
| | 1x25 | *108.15* 110.47 | 77.25 ✓ | |

RLI-TX_72174
RLI-AWP-00171003

## MS CONTIN PRICES

|  | Package | AWP | WAC |
|---|---|---|---|
| **15mg** | 100 | $ 77.61 ✓ | $ 64.65 ✓ |
|  | 500 | 368.68 ✓ | 307.11 ✓ |
|  | 1x25 | 21.09 ✓ | 17.57 ✓ |
| **30mg** | 50 | 77.61 ✓ | 64.65 ✓ |
|  | 100 | 147.49 ✓ | 122.86 ✓ |
|  | 250 | 357.59 ✓ | 297.87 ✓ |
|  | 500 | 678.37 ✓ | 565.08 ✓ |
|  | 1x25 | 42.14 ✓ | 35.10 ✓ |
| **60mg** | 100 | 287.79 ✓ | 239.73 ✓ |
|  | 500 | 1,323.81 ✓ | 1,102.73 ✓ |
|  | 1x25 | 84.25 ✓ | 70.18 ✓ |
| **100mg** | 100 | 436.33 ✓ | 363.46 ✓ |
|  | 500 | 1,777.64 ✓ | 1480.77 ✓ |
|  | 1x25 | 131.24 ✓ | 109.32 ✓ |
| **200mg** | 100 | 799.08 ✓ | 665.63 ✓ |
|  | 1x25 | 245.41 ✓ | 204.43 ✓ |

AWP = Average Wholesale Price
WAC = Wholesale Acquisition Cost

MS Contin prices based on Medi-Span, January 1, 1995

|  |  | ORAMORPH SR | | MS CONTIN | |
|---|---|---|---|---|---|
|  |  | AWP | WAC | AWP | WAC |
| 15mg | 100 | $64.71 | $45.26 | $77.61 | $64.65 |
|  | 500 | 307.42 | 214.98 | 368.68 | 307.11 |
|  | 4x25 | 70.36 | 49.20 | 84.36 | 70.28 |
| 30mg | 50 | 64.71 | 45.26 | 77.61 | 64.65 |
|  | 100 | 122.98 | 86.00 | 147.49 | 122.86 |
|  | 250 | 298.17 | 208.51 | 357.59 | 297.87 |
|  | 4x25 | 140.56 | 98.28 | 168.56 | 140.40 |
| 60mg | 100 | 239.97 | 167.81 | 287.79 | 239.73 |
|  | 1x25 | 70.25 | 49.13 | 84.25 | 70.18 |
| 100mg | 100 | 367.51 | 257.00 | 436.33 | 363.46 |
|  | 1x25 | 110.47 | 77.25 | 131.24 | 109.32 |

RLI-TX_72176
RLI-AWP-00171005

## FIRST DATA BANK
## WORKSHEET

**BRAND NAME**     AWP - WAC = SPREAD x .85 = REIMBURSEMENT
**GENERIC**        AWP - WAC = SPREAD x .65 = REIMBURSEMENT

**EXAMPLES**
**MSC 30mg 100**   $147.49 - $122.86 = $24.63 x .85 = $20.94

**OSR 30mg 100**   $122.98 - $86.00 = $36.98 x .65 = $24.04
(Oramorph SR is considered a generic by First Data Bank)

$24.04 - $20.94 = $3.10 / $20.94 = **14.8%**

Retailers make an additional **14.8%** profit when dispensing Oramorph SR instead of MS Contin.


## MEDI-SPAN
## WORKSHEET

**BRAND NAME**     AWP - WAC = SPREAD x .85 = REIMBURSEMENT

**EXAMPLES**
**MSC 30mg 100**   $147.49 - $122.86 = $24.63 X .85 = $20.94

**OSR 30mg 100**   $122.98 - $86.00 = $36.98 x .85 = $31.43
(Both products are listed as brand name products.)

$31.43 - $20.94 = $10.49 / $20.94 = **50.1%**

Retailers make an additional **50.1%** profit when dispensing Oramorph SR instead of MS Contin.

RLI-TX_72177
RLI-AWP-00171006

## Recommended Pricing
## Oramorph SR

JAN 1 2 1995

|  | WAC | AWP | Spread | 1st DataBank Reimbursement | Profit Advantage |
|---|---|---|---|---|---|
| **30mg** | | | | | |
| 50's | $ 45.26 | $ 64.72 | $19.46 | $12.65 | 14.8% |
| 100's | 86.00 | 122.98 | 36.98 | 24.04 | 14.8% |
| 250's | 208.51 | 298.17 | 89.66 | 58.28 | 14.8% |
| 4x25 | 98.28 | 140.54 | 42.26 | 27.47 | 14.7% |
| **60mg** | | | | | |
| 100's | $167.81 | $239.97 | $72.16 | $46.90 | 14.8% |
| 1x25 | 49.13 | 70.26 | 21.13 | 13.73 | 14.8% |
| **100mg** | | | | | |
| 100's | $254.42 | $363.82 | $109.40 | $71.11 | 14.8% |
| 1x25 | 76.52 | 109.42 | 32.90 | 21.39 | 14.8% |
| **15mg** | | | | | |
| 100's | $ 45.25 | $ 64.71 | $ 19.46 | $12.65 | 14.8% |
| 500's | 214.98 | 307.42 | 92.44 | 60.09 | 14.8% |
| 4x25 | 49.19 | 70.34 | 21.15 | 13.75 | 14.9% |

This price increase ranges from 4.3% on the 30mg 4x25 to 5.9% for the 60mg bottles of 100. All of the price increases on WAC were done to bring Oramorph SR to the 30% less claim we are using in our promotional efforts. In the case of the 100mg tablets this required a price decrease of approximately 1%.

Another change you should note is the AWP. In the past we have had a 40% AWP, that has now been changed to a 43% AWP. This was done to take advantage of our generic classification with 1st Data Bank. 1st Data bank discounts the spread between AWP and WAC 15% on brand name products and generics are discounted 35%. By raising our AWP to this level the profit is increased from 7.5% to 14.8%, providing the retailer additional incentive to substitute Oramorph SR for MS Contin.

RLI-TX_72178
RLI-AWP-00171007

## MS Contin 1st Data Bank Reimbursement Information

|  | Spread | Reimbursement |
|---|---|---|
| **30mg** | | |
| 50's | $12.96 | $11.02 |
| 100's | 24.63 | 20.94 |
| 250's | 59.72 | 50.76 |
| 4x25 | 28.16 | 23.94 |
| **60mg** | | |
| 100's | $48.06 | $40.85 |
| 1x25 | 14.07 | 11.96 |
| **100mg** | | |
| 100's | $72.87 | $61.94 |
| 1x25 | 21.92 | 18.63 |
| **15mg** | | |
| 100's | $12.96 | $11.02 |
| 500's | 61.57 | 52.33 |
| 4x25 | 14.08 | 11.97 |

RLI-TX_72179

RLI-AWP-00171008