1

# Exhibit 89

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



**Roxane**
Laboratories, Inc.

| | |
|---|---|
| **TO:** | Gary Ellexson |
| **FROM:** | Dan Smith |
| **DATE:** | January 12, 1998 |
| **SUBJECT:** | Oramorph® SR Price Increase of 5.0% |

*Dan,*
*Good work. Obviously so*
*share with Craig so*
*he can appreciate issue.*
*G*

*(please return copy)*

### Recommendation

A 5.0% price increase is recommended on each individual line item of Oramorph SR. This recommendation is consistent with feedback from the Contract Business Unit and field sales management. Both groups support that the 5.0% increase will have little or no impact on our current pricing strategy versus MS Contin.

### Background

Listed below are the new Oramorph SR recommended prices for WAC, direct purchase and AWP. The 5.0% increase will generate sales growth since the vast majority of retail business is not under contract pricing. Please note that the recommended direct price is a 15% premium over the new WAC for each line item.

### ORAMORPH SR

| NDC LIST NO. 0054 | LINE ITEM/SIZE | WAC ($) | DIRECT ($) | RECOMMENDED AWP ($) |
|---|---|---|---|---|
| 8790-24 | 15mg - 4 x 25s | $56.42 | $64.88 | $87.44 |
| 4790-25 | 15mg - 100s | 51.89 | 59.67 | 80.43 |
| 4790-29 | 15mg - 500s | 246.50 | 283.48 | 382.06 |
| 8805-24 | 30mg - 4 x 25s | 112.69 | 129.59 | 174.67 |
| 4805-19 | 30mg - 50s | 51.89 | 59.67 | 80.43 |
| 4805-25 | 30mg - 100s | 98.61 | 113.40 | 152.85 |
| 4805-27 | 30mg - 250s | 239.07 | 274.93 | 370.58 |
| 8792-11 | 60mg - 25s | 56.32 | 64.77 | 87.31 |
| 4792-25 | 60mg - 100s | 192.41 | 221.27 | 298.24 |
| 8793-11 | 100mg - 25s | 88.58 | 101.87 | 137.30 |
| 4793-25 | 100mg - 100s | 294.67 | 338.87 | 456.74 |

RLI TX 67333

RLI-AWP-00166209
ROX038-7655      F

The next table compares Oramorph SR (with the recommended price increase) to comparable line items of MS Contin for both WAC and AWP using Medi-Span (Red Book) figures as of January 1998.

| | WAC | | | AWP | | |
|---|---|---|---|---|---|---|
| LINE ITEM/SIZE | OSR ($) | MSC ($) | %Diff. | OSR ($) | MSC ($) | %Diff. |
| 15mg - 100s | 51.89 | 75.90 | 31.6 | 80.43 | 94.88 | 15.2 |
| 15mg - 500s | 246.50 | 360.59 | 31.6 | 382.06 | 450.74 | 15.2 |
| 30mg - 50s | 51.89 | 75.90 | 31.6 | 80.43 | 94.88 | 15.2 |
| 30mg - 100s | 98.61 | 144.26 | 31.6 | 152.85 | 180.33 | 15.2 |
| 30mg - 250s | 239.07 | 349.74 | 31.6 | 370.58 | 437.18 | 15.2 |
| 60mg - 100s | 192.41 | 281.48 | 31.6 | 298.24 | 351.85 | 15.2 |
| 100mg - 100s | 294.67 | 416.75 | 29.3 | 456.74 | 520.94 | 12.3 |

Oramorph SR is priced almost **32%** less than MS Contin using a WAC comparison for all line items, with the exception of the 100mg - 100s. Oramorph SR is **15%** less expensive than MS Contin using the Red Book AWP comparison. Thus, the current claim used in the Oramorph SR professional journal ad of "Cost Savings of 30%" using WAC is accurate. This claim will have value to select physician and uninsured patients.

*31.6?*

The reason for a smaller AWP price gap (**15.2%**) than the price gap for WAC, and MS Contin is different AWP markups. MS Contin has a mark up of 20.0% where as the mark up for Oramorph SR is 35.5%. This differential is based on a strategy. Roxane implemented several years ago, which was to ~~possess posses~~ a lower WAC price and offer significant profit advantage for retail pharmacies. The history behind the strategy is as follows. There are two major systems used by retail pharmacies for third-party reimbursement, Medi-Span (Red Book) and First Data Bank. In 1995, Medi-Span classified both products as branded products and reimbursement was uniform. However, First Data Bank listed Oramorph SR as a generic product, which negatively impacted retail profit. First Data Bank reimbursed the spread between AWP minus WAC at 85% for **branded** products (reimbursement for third-party prescriptions). However, when a **generic** was dispensed the reimbursed spread is only 65%. Examples below demonstrate the impact on Oramorph SR when it is classified as a generic.

### MEDI-SPAN EXAMPLE

| PRODUCT | AWP MARKUP | AWP - WAC = SPREAD x .85 = THIRD-PARTY REIMBURSEMENT |
|---|---|---|
| MSC 30mg - 100s | 20% | 180.33 - 144.26 = 36.07 x .85 = **$30.66** |
| OSR 30mg - 100s | **35.5%** | 152.85 - 98.61 = 46.10 x .85 = **$39.19** |
| OSR 30mg - 100s | **20%** | 118.33 - 98.61 = 19.72 x .85 = **$16.76** |

**Summary** - Retailers make an additional 28% profit (39.19 - 30.66) when dispensing OSR instead of MSC using a 35% AWP markup. If OSR took a comparable AWP markup, then retail profit on MSC would be 45% greater than OSR (16.76 - 30.66).

RLI TX 67334

2

RLI-AWP-00166210
ROX038-7656

## FIRST DATA BANK EXAMPLE

| PRODUCT | AWP MARKUP | AWP - WAC = SPREAD x .85 = THIRD-PARTY REIMBURSEMENT |
|---|---|---|
| MSC 30mg - 100s | 20% | 180.33 - 144.26 = 36.07 x .85 = $30.66 |
| OSR 30mg - 100s | **35.5%** | 152.85 - 98.61 = 46.10 x .65 = **$29.97** |
| OSR 30mg - 100s | 20% | 118.33 - 98.61 = 19.72 x .65 = $12.82 |

**Summary** - The First Data Bank example shows the dollar profit impact when OSR is reimbursed as a generic. Retailers made only an additional 2% profit (29.97 - 30.66) when dispensing MSC instead of OSR, using a 35% AWP markup. This profit percentage increases to 58% for MSC with only a 20% AWP markup (12.82 - 30.66) on OSR.

These examples support why the AWP markup strategy was pursued. Oramorph SR could claim a lower WAC for the elderly patients with no insurance and it offered retail pharmacists higher profits to push generic substitution prescriptions.

## ISSUES FOR CONSIDERATION

- Has Roxane effectively communicated the retail chain profit advantage of OSR over MSC in appropriate states allowing substitution?

- Does the First Data Bank reimbursement scenario in 1995 remain the same today?

- Is Roxane comfortable with the pricing strategy of driving substitution through select states with retail chain pharmacists at the expense of higher retail costs to the patient? If no...can and how could this strategy be impacted/changed?

- The current promotional campaign directed toward physicians and patients (elderly couple) uses a tagline of "30% less based on WAC." If the 98-1 campaign is planning a more aggressive approach (dollar differential and months of free therapy saved) by using a tagline like "$287.00 less expensive which equates to 6 months of free OSR therapy." Do we run the risk of losing the WAC comparison due to complaints by Purdue Frederick?

RLI TX 67335

RLI-AWP-00166211
ROX038-7657      L