1

# Exhibit 90

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

**ORAMORPH – SR**

**RLI-TX_66528**

RLI-AWP-00165405
ROX038-6851     FL

GRAMORPH SP

RLI-TX_66529

RLI-AWP-00165406
ROX038-6852      FL

| | |
|---|---|
| To: | AM's & RD's |
| From: | Craig Russell |
| Date: | January 11, 1999 |
| RE: | Oramorph SR Price Increase |
| CC: | Ellexson, Feldman, Hart, Lewis, Mayhew, Shaffer, and D. Smith |

Roxane Laboratories, Inc., has increased the prices of Oramorph SR on Wholesale Acquisition Cost (WAC), Average Wholesale Price (AWP) and Direct Price, effective January 11, 1999. The price changes effect all strengths and package sizes.

Attached you will find a table outlining the changes and an additional table outlining how the price changes compare to the prices of competitive products.

RLI-TX_66530

RLI-AWP-00165407
ROX038-6853      FL