1

# Exhibit 91

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

From: COMSTON, DON      ROXUS
Sent: Monday, March 15, 1999 5:42 PM
To: POWERS, JOHN       ROXUS; RUSSELL, CRAIG      ROXUS
    LANZILLOTTA, DAVID    ROXUS; VIA, TOM       ROXUS; HOMAN, DAVE
    ROXUS; SHAFFER, MARK      ROXUS; SWARTZ, JOHN       ROXUS
Subject: RE: PBI Contract Pricing - Oramorph SR vs MS Contin

John,

Attached is the Medicaid analysis on the impact of bidding from 20% of WAC to 50% of WAC. The current best prices are about 35% of WAC, so the additional Medicaid exposure would be about $670,000. This assumes that AMP would remain constant. As I have stated in the past, it only takes one unit at a lowest price to affect all Medicaid units for a quarter. If you have questions, let me know.


OSR_PBI.xls


EXHIBIT
Shaffer
17
5/21/08

Thanks,
Don

-----Original Message-----
From: POWERS, JOHN      ROXUS
Sent: Wednesday, March 10, 1999 11:37 AM
To: COMSTON, DON     ROXUS; RUSSELL, CRAIG     ROXUS
Cc: LANZILLOTTA, DAVID    ROXUS; VIA, TOM      ROXUS; HOMAN, DAVE    ROXUS; SHAFFER, MARK    ROXUS
Subject: RE: PBI Contract Pricing - Oramorph SR vs MS Contin

Gentlemen,

This issue needs to be resolved. Among the questions that need to be answered with participation from Marketing and Finance: Are we gaining market share/presence/advantage by having a lower AWP than MS Contin? What is the financial/profitability impact if we lower our OSR bid prices without an AWP change to create a spread advantage over MS Contin (as well as Endo)? Are OSR sales under Medicaid significant enough to impact the decision? Do we institute the bid price change or the AWP adjustment or both? What are the implications? What is the Marketing plan going forward with or without the changes? What market share can be gained by changing our current POA?

When can we meet to conclude this issue?

-----Original Message-----
From: LANZILLOTTA, DAVID    ROXUS
Sent: Wednesday, March 10, 1999 10:16 AM
To: POWERS, JOHN     ROXUS; VIA, TOM     ROXUS
Subject: FW: PBI Contract Pricing - Oramorph SR vs MS Contin

I am forwarding this info Dave Garrison, Palliative Care Rep for central Florida provided. He has hospices accounts that are members of PBI. According to the pricing information provided to Dave from his accounts MS Cotin has better pricing on three of the four OSR items he checked. Also, note that MS Cotin has a better spread between contract price and AWP.

Dave L

-----Original Message-----
From: HOMAN, DAVE      ROXUS
Sent: Wednesday, March 10, 1999 9:08 AM
To: GARRISON, DAVID    ROXUS; LANZILLOTTA, DAVID    ROXUS
Cc: 'SHAFFER, MARK    ROXUS'
Subject: RE: PBI Contract Pricing - Oramorph SR vs MS Contin

1

Good work Dave G. in getting this information. Mark and Dave L. we need to move quickly, PBI is a major contract for long term care and some Hospice, including Lifepath. Dave L. can we offer Lifepath a seperate bid for our hospice appropriate products? We have made a major investment there, let's not lose out over a few dollars.
　　　　DH

-----Original Message-----
From:         GARRISON, DAVID      ROXUS
Sent:         Tuesday, March 09, 1999 11:41 AM
To:           LANZILLOTTA, DAVID    ROXUS
Cc:           HOMAN, DAVE          ROXUS; SHAFFER, MARK      ROXUS
Subject:      PBI Contract Pricing - Oramorph SR vs MS Contin

　　　Historically Oramorph has always had the price advantage and better AWP spread when compared to MS Contin. It appears Perdue has made an aggressive move to take away the advantage. As we discussed, below are the current contract prices for the 15mg., 30mg., 60mg., 100mg., bottles of 100, the current AWP, AWP spread, and finally the $ advantage MS Contin now has over Oramorph SR.

| Bottles of 100 | Contract Price | AWP | AWP Spread | + / - $ Advantage |
|---|---|---|---|---|
| 15mg | | | | |
| Oramorph SR | $49.03 | $84.45 | $35.42 | -$12.76 |
| MS Contin | $51.45 | $99.63 | $48.18 | |
| 30mg | | | | |
| Oramorph SR | $93.19 | $160.50 | $67.31 | -$31.58 |
| MS Contin | $90.45 | $189.34 | $98.89 | |
| 60mg | | | | |
| Oramorph SR | $181.83 | $313.15 | $131.32 | -$69.30 |
| MS Contin | $168.82 | $369.44 | $200.62 | |
| 100mg | | | | |
| Oramorph SR | $278.46 | $479.58 | $201.12 | -$77.00 |
| MS Contin | $268.87 | $546.99 | $278.12 | |

Below is the previous contract price, current contract price, and price decrease for MS Contin.

| Strength | Previous Price | Current Price | Price Decrease |
|---|---|---|---|
| MSC 15mg | $61.45 | $51.45 | $10.00 |
| MSC 30mg | $116.78 | $90.45 | $26.33 |
| MSC 60mg | $227.87 | $168.82 | $59.05 |
| MSC 100mg | $337.33 | $268.87 | $68.46 |

I recieved these prices with a customer directly from PBI. I know you agree Roxane's Oramorph business is at risk with customers purchasing from this contract. I hope you find this information helpful, and we can work toward regaining our advantage.

Regards,

David Garrison

2

RLI-AWP-00321556