1

# Exhibit 92

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

| STORCK, KIM | ROXUS | | |
|---|---|---|---|
| From: | POWERS, JOHN     ROXUS | | |
| Sent: | Thursday, May 06, 1999 3:26 PM | | |
| To: | SHAFFER, MARK     ROXUS; RUSSELL, CRAIG     ROXUS; HART, JERRY     ROXUS; ELLEXSON, GARY     ROXUS | | |
| Cc: | VIA,TOM     SLS BIPUS; BONEHAM,CHRISTOPHER     SLS BIPUS; zzCOL ROXANE CONTRACTS DEPARTMENT; CIARELLI,GREGG     MK BIPUS; PAVIA,WENDY     MK BIPUS; ANDRUSH,FRED     MK BIPUS | | |
| Subject: | OSR Contract Price Update | | |

Mark,

In order to compete with the new MS Contin prices appearing on LTC and Hospice market contracts, Oramorph SR contract prices will be reduced to cover both price and AWP spread differentials putting OSR in parity with MSC. The new price level is:

| | | | |
|---|---|---|---|
| 15mg | Bottle of 100 | $ 36.27 | NDC 0054-4790-25 |
| 15mg | Bottle of 500 | $181.35 | NDC 0054-4790-29 |
| 30mg | Bottle of 50 | $30.81 | NDC 0054-4805-19 |
| 30mg | Bottle of 100 | $61.61 | NDC 0054-4805-25 |
| 30mg | Bottle of 250 | $154.02 | NDC 0054-4805-27 |
| 60mg | Bottle of 100 | $112.33 | NDC 0054-4792-25 |
| 100mg | Bottle of 100 | $201.46 | NDC 0054-4793-25 |

Letters with these new prices will be sent via fax to the following customers or GPO's who service the LTC and Hospice market by Friday May 7:

| | | | |
|---|---|---|---|
| Hospice Pharmacia | Wyncote, PA | • Eff. May 10, 1999 | |
| NCS Healthcare | Beechwood, OH | | Eff. May 17, 1999 |
| PBI | Boulder, CO | " | |
| MHA | Florham Park, NJ | " | |
| PDM | Cleveland, OH | " | |
| Hospice Provider Group | Westfield, NJ | " | |
| Gerimed | Louisville, KY | " | |
| Pharmerica | Tampa, FL | " | |

*John R. Powers*
*Director, Contract Operations*
*Phone # 800/848-0120 (Ext. 5445)*
*FAX # 614/276-3786*
*Internet EMail Address: jpowers@col.boehringer-ingelheim.com*

1

EXHIBIT
SHAFFER 23
8/5/08

RLI-TX 32589
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00131941