1

# Exhibit 93

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

*Pharmaceuticals for palliative care*

**Palliative Care Field Communication 00-04**

**Topic:** Price Comparison Grid

**To:** Roxane Laboratories Palliative Care Field Sales Force

**From:** Jim Jefferis, Associate Product Manager, Palliative Care

**Introduction:**

Attached is a most recent update on AWP and WAC pricing for Roxane products and our competitors. **This pricing grid is for representative use only and is not to be copied or distributed in the field.**

<u>Definitions:</u>

- *AWP* is *Average Wholesale Price* and is a benchmark for the amount a pharmacy is reimbursed for dispensing a prescription.

- *WAC* is *Wholesale Acquisition Cost* and is the price pharmacies pay to wholesalers to acquire pharmaceutical products.

- The *Spread* is the difference between AWP and WAC and represents the profit to pharmacies.

**Requested Action:**

Utilize this pricing grid as a reference in your pharmacies to demonstrate the lower acquisition cost and a higher spread for many of our products.

Good Selling!

**CC:** Area Managers
Internal Distribution List


EXHIBIT
Shaffer
12
MJK  5/21/08

© Roxane Laboratories, Inc. 1998 Form # RX-2191

RLI-TX_63309
RLI-AWP-00162186

## Morphine 20mg/ml Solution

| Product | Strength | AWP | WAC | Spread |
|---|---|---|---|---|
| King | 30 ml | 20.05 | 13.11 | 6.94 |
|  | 120 ml | 73.00 | 49.08 | 23.92 |
|  | 240 ml | 119.90 | 84.18 | 35.72 |
| MGP | 30 ml | 21.00 | na |  |
|  | 120 ml | 78.00 | na |  |
|  | 240 ml | 132.00 | na |  |
| Ethex | 30 ml | 20.76 | na |  |
|  | 120 ml | 77.96 | na |  |
|  | 240 ml | 131.22 | na |  |
| Apotex | 30 ml | 15.83 | na |  |
|  | 120 ml | 59.50 | na |  |
| Purdue | 30 ml | 21.80 | 18.16 | 3.64 |
|  | 120 ml | 81.90 | 68.22 | 13.68 |
| Upsher | 30 ml | 17.82 | 14.14 | 3.68 |
|  | 120 ml | 66.93 | 53.12 | 13.81 |
| Roxanol | 30 ml | 20.76 | 13.40 | 7.36 |
|  | 120 ml | 77.96 | 50.31 | 27.65 |
|  | 240 ml | 131.22 | 73.61 | 57.61 |
| Roxanol-T | 30 ml | 20.76 | 13.40 | 7.36 |
|  | 120 ml | 77.96 | 50.31 | 27.65 |

## Morphine Sustained Release

| Product | Strength | AWP | WAC | Spread |
|---|---|---|---|---|
| Kadian | 50 mg/60's | 200.39 | 160.32 | 40.07 |
| ABG | 15 mg | 90.95 | NA |  |
|  | 30 mg | 172.86 | NA |  |
|  | 60 mg | 337.32 | NA |  |
| Endo | 15 mg | 89.17 | 60.49 | 28.68 |
|  | 30 mg | 169.46 | 114.97 | 54.49 |
|  | 60 mg | 330.61 | 224.32 | 106.29 |
| MS Contin | 15 mg | 99.63 | 79.70 | 19.93 |
|  | 30 mg | 189.34 | 151.47 | 37.87 |
|  | 60 mg | 369.44 | 295.55 | 73.89 |
|  | 100 mg | 546.99 | 437.59 | 109.40 |
| Oramorph SR | 15 mg * | 86.99 | 56.12 | 30.87 |
|  | 30 mg * | 165.31 | 106.65 | 58.66 |
|  | 60 mg * | 322.54 | 208.09 | 114.45 |
|  | 100 mg * | 493.95 | 318.68 | 175.27 |

Bottles of 100

## Oxycodone Immediate Release Tablet

| Product | Strength | AWP | WAC | Spread |
|---|---|---|---|---|
| Ethex | 5mg | 27.51 | na |  |
| Amide | 5mg | 35.99 | na |  |
| M-Oxy | 5mg | 35.09 | na |  |
| Percolone | 5mg | 68.75 | 55.00 | 13.75 |
| Roxicodone | 5mg | 31.04 | 22.99 | 8.05 |
| OxyIR | 5mg | 32.60 | 24.45 | 8.15 |

Bottles of 100

## Oxycodone Sustained Release

| Product | Strength | AWP | WAC | Spread |
|---|---|---|---|---|
| OxyContin | 10mg | 120.61 | 96.49 | 24.12 |
|  | 20 mg | 230.84 | 184.67 | 46.17 |
|  | 40 mg | 409.59 | 327.67 | 81.92 |
|  | 80 mg | 770.23 | 616.18 | 154.05 |

Bottles of 100

## Oxycodone Concentrated Solution

| Product | Strength | AWP | WAC | Spread |
|---|---|---|---|---|
| OxyFast | 20mg/ml | 35.95 | 28.76 | 7.19 |
| Roxicodone Intensol | 20mg/ml | 40.56 | 30.04 | 10.52 |

30 ml bottles

Based upon Medi-Span and Redbook, January, 2000
*Reflects January, 2000 price increase

RLI-TX_63310
RLI-AWP-00162187