1

# Exhibit 96

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Roxane Laboratories, Inc (James F. McIntyre)                February 26, 2009
                            Chicago, IL

Page 1

```
             UNITED STATES DISTRICT COURT

               DISTRICT OF MASSACHUSETTS

    ------------------------------X

    In Re:  PHARMACEUTICAL        )

    INDUSTRY AVERAGE WHOLESALE    )  MDL No. 1456

    PRICE LITIGATION              ) Civil Action No.

    ------------------------------X 01-12257-PBS

    THIS DOCUMENT RELATES TO:     )

    United States of America ex   )

    rel. Ven-a-Care of the        )

    Florida Keys, Inc., et al.    )

    v. Boehringer Ingelheim       )

    Corp., et al., Civil Action   )

    No. 07-10248-PBS              )

    ------------------------------X

           The videotaped 30(b)(6) deposition of

    Roxane Laboratories, Inc., Roxane Laboratories, Inc.

    n/k/a Boehringer Ingelheim Roxane, Inc., Boehringer

    Ingelheim Pharmaceuticals, Inc., and Boehringer

    Ingelheim Corporation by JAMES F. McINTYRE

                  Chicago, Illinois

              Thursday, February 26, 2009
```

                Henderson Legal Services, Inc.
202-220-4158                              www.hendersonlegalservices.com

3290963b-fd9b-45c2-b7e9-ee2d2617ccc4

Roxane Laboratories, Inc (James F. McIntyre)                February 26, 2009
                                Chicago, IL

```
                                                                   Page 2
 1         IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
 2              IN AND FOR LEON COUNTY, FLORIDA
 3     ----------------------------------X
 4     THE STATE OF FLORIDA              )
 5     ex rel.                           )
 6         VEN-A-CARE OF THE             )
 7         FLORIDA KEYS, INC., a         )
 8         Florida Corporation,          )
 9         by and through its            )
10         principal officers            )
11         and directors,                )
12         ZACHARY T. BENTLEY            )
13         and T. MARK JONES,            )
14                  Plaintiffs,          )
15              vs.                      ) Civil Action No.
16     BOEHRINGER INGELHEIM              ) 98-3032A
17     CORPORATION, et al.               )
18                  Defendants.          )
19     ----------------------------------X
20
21
22         (cross-captions continue on following page)
```

                    Henderson Legal Services, Inc.
202-220-4158                          www.hendersonlegalservices.com

3290963b-fd9b-45c2-b7e9-ee2d2617ccc4

Roxane Laboratories, Inc (James F. McIntyre)                February 26, 2009
                          Chicago, IL

```
                                                           Page 80
 1   She was -- I don't know exact -- I don't recall her
 2   exact position at this time.
 3        Q.   It's a e-mail.  The subject of the e-mail
 4   is:  "Atrovent UDV," and then it says, "AM11,"
 5   slash, "US."  Ms. Maloney writes, "BIPI is the
 6   holder for the Atrovent NDA.  Roxane distributes
 7   the generic product Ipratropium Bromide legally out
 8   of the NDA.  Also, Novation distributes Ipratropium
 9   Bromide out of the NDA.  All three products are
10   manufactured by Roxane."  Do you see that?
11        A.   Yes.
12        Q.   Does this refresh your recollection as to
13   whether at least by 1999 Roxane had filed an ANDA
14   for Ipratropium Bromide UDV?
15        A.   It doesn't say that they filed an ANDA.
16        Q.   And it actually says that Roxane
17   distributes the generic product out of the NDA,
18   which was held by BIPI; correct?
19        A.   Correct.
20        Q.   It also says that all three products are
21   manufactured by Roxane.  Do you see that?
22        A.   Yes.
```

Page 81

1  Q.  Roxane manufactured Atrovent?
2  A.  Yes.
3  Q.  When did that start?  Focusing on the
4  Atrovent UDV.
5  A.  UDV, 1993, I believe.
6  Q.  Did Roxane sell Atrovent to BIPI?
7      MS. RIVERA:  Object to form.
8  BY THE WITNESS:
9  A.  Yes, they would've sold the -- the
10 Atrovent UDV would've been sold to -- to -- to BIPI
11 by RLI.
12 BY MR. FAUCI:
13 Q.  And then BIPI would turn around and
14 market and sell the products to customers under a
15 BIPI label?
16 A.  That's correct.
17 Q.  Were there written contracts evidencing
18 sales of Atrovent from Roxane to BIPI?
19 A.  Yes, I believe there was a 1993 contract
20 manufacturing agreement.
21 Q.  And that contract would have governed for
22 the life of Atrovent UDV?