1

# Exhibit 98

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

| | |
|---|---|
| From: | FERRARA,CHRISTINE MK BIPUS <ferrara@boehringer-ingelheim.com> |
| Sent: | Thursday, August 24, 2000 9:55 AM |
| To: | DUY, FRED ROXUS <duy@boehringer-ingelheim.com> |
| Cc: | Ciarelli,Gregg MK BIP-US-R <ciarelli@boehringer-ingelheim.com>; LEONETTI,MIKE HR BIPUS <leonetti@boehringer-ingelheim.com>; KING,JIM MK BIPUS <jimking@boehringer-ingelheim.com>; FELDMAN, RICHARD ROXUS <feldman@boehringer-ingelheim.com>; POWERS, JOHN ROXUS <powers@boehringer-ingelheim.com> |
| Subject: | FW: Price |
| Attach: | Roxicodone WAC AWP proposal.doc |

Fred,

I have received verbal confirmation that the attached pricing has been approved by Shelly and Werner:

I will send hard copies of this approval via mail.

Regards,

Chris

-----Original Message-----
From: FERRARA,CHRISTINE MK BIPUS
Sent: Wednesday, August 23, 2000 12:18 PM
To: DUY, FRED ROXUS
Subject: Price

Dear Fred,

Shelly has signed the approval, but Werner won't be in until tomorrow at which time I expect that he will review and hopefully approve as well.

Regards,

Chris



EXHIBIT
36
10/31/08 Berck

Highly Confidential                                                                                                  BOEH00242611