1

# Exhibit 100

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

# Roxicodone 15mg, 30mg
## Profit Calculator

### BRAND

| Roxicodone IR | Brand WAC | Brand AWP | % Off AWP | % WAC Mark-Up | Spread $ |
|---|---|---|---|---|---|
| 15mg x 100 | $ 55.00 | $ 110.00 | 50.00% | 100% | $ 55.00 |
| 30mg x 100 | $ 106.00 | $ 212.00 | 50.00% | 100% | $ 106.00 |

### Generic

**Oxycodone 5mg**

| | Generic WAC | Generic AWP | Gx Contract PRICE | % Off AWP | % WAC Mark-Up | Spread $ |
|---|---|---|---|---|---|---|
| 3*5mg (15mg) x 100 | $ 68.00 | $ 93.12 | $ 68.00 | 26.98% | 36.94% | $ 25.12 |
| 6*5mg (30mg) x 100 | $ 137.94 | $ 186.24 | $ 138.00 | 25.93% | 35.02% | $ 48.30 |

### Profit Calculator

| | Rox IR AWP | Rox IR WAC | Rox IR Reimbursement | Profit Brand at AWP less 12% | Oxy 5mg AWP | Oxy 5mg Contract | Oxy 5mg Reimbursement | Profit Generic at AWP less 30% |
|---|---|---|---|---|---|---|---|---|
| 15mg x 100 | $ 110.00 | $ 55.00 | $ 96.80 | $ 41.80 | $ 93.12 | $ 48.00 | $ 65.18 | $ 17.18 |
| 30mg x 100 | $ 212.00 | $ 106.00 | $ 186.56 | $ 80.56 | $ 186.24 | $ 96.00 | $ 130.37 | $ 34.37 |

#### SUMMARY COMPARISON
Spread after Rebate calculated at
Brand AWP less 12%
Generic AWP less 30%

| | Profit Brand at AWP less 12% | Profit Generic at AWP less 30% | Brand vs. Generic |
|---|---|---|---|
| 15mg x 100 | $ 41.80 | $ 17.18 | $ 24.62 |
| 30mg x 100 | $ 80.56 | $ 34.37 | $ 46.19 |

Boehringer Ingelheim/
Roxane Laboratories, Inc

DRAFT-Confidential

RLI-TX_63089
RLI-AWP-00161966
ROX038-3412