# Exhibit 102

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



Boehringer Ingelheim
Roxane Laboratories

May 17, 2000

Ms. Amelia Tillman
National Director, Group Purchasing
Preferred Pharmacy Inc. c/o PPSC
369 Office Plaza Drive
Tallahassee, FL 32301

Roxane Laboratories, Inc.

Dear Ms. Tillman:

Due to changes in market conditions, Roxane Laboratories, Inc. offers the following price reduction for the following item on our current agreement.

| NDC NO. 00054- | PRODUCT DESCRIPTION | PRICE | AWP |
|---|---|---|---|
| 8402-11 | Ipratropium Bromide Inhalation Solution, 0.02%, 25x2.5mL vials in a foil pouch | $ 9.75/25x2.5mL | $ 44.06 |

This price will be effective May 22, 2000 through May 31, 2001.

If you have any questions regarding this offer, please contact our Contract Sales and Administration Office Toll Free at 800-848-0120, Ext: 2253. If you have any questions regarding the products or services of Roxane Laboratories, please contact Customer Service Toll Free at 800-520-1631, or Fax 800-520-1666.

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

**NOTE TO WHOLESALER(S):**
**Should you receive a copy of this offer from the customer expecting to be billed at these prices but have not received a confirming "Award Notification" from Roxane, please contact the undersigned immediately in order to avoid misbillings and rejected chargeback claims. Thank you.**

In the event a Roxane multi-source item should, at a later date, become a sole-source or a sole-generic item available exclusively from Roxane, the company reserves the option to adjust the contract prices awarded prior to the original contract expiration date.

Roxane Laboratories, Inc. and you shall maintain the confidentiality of the terms and conditions of this agreement for its duration and for three years following. Any breach of this confidentiality is cause for immediate termination of this agreement.

Best regards,

*Kimberly K. Storck*

Kimberly K. Storck
Contract Analyst II

KKS/cpl

File #: 9904030
cc: D. Gordon
    S. German

ROXMA042166

RLI-AWP-00217991
ROX044-6723    FL