# Exhibit 103

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

## LEARK, CARRIE  ROXUS

**From:** GORDON,DAWN   SLS BIPUS
**Sent:** Thursday, April 13, 2000 11:47 AM
**To:** LEARK, CARRIE  ROXUS
**Cc:** STORCK, KIM   ROXUS
**Subject:** RE: ANDA offers

Carrie,
Thanks.
..Dawn

-----Original Message-----
**From:** LEARK, CARRIE  ROXUS
**Sent:** Thursday, April 13, 2000 9:06 AM
**To:** GORDON,DAWN   SLS BIPUS
**Cc:** STORCK, KIM   ROXUS
**Subject:** RE: ANDA offers

Dawn,
   After discussing it with Kim, we agreed that we could include the WAC price, although we will have to do a serrate paragraph stating the price. It will not be under the header with the AWP and Contract price. Unfortunately, BI format for letters, does not leave enough room for the additional information. I hope that Irwin will be content with the way we will have to do it.

-----Original Message-----
**From:** GORDON,DAWN   SLS BIPUS
**Sent:** Thursday, April 13, 2000 8:36 AM
**To:** STORCK, KIM   ROXUS; LEARK, CARRIE  ROXUS
**Subject:** ANDA offers

Hi.

Irwin has requested that on all future offers, or price revisions that we list WAC, Contract Price, and AWP.
Thanks,
Dawn

1

RLI-TX 37909
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00137261
ROX035-5031