# Exhibit 104

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Boehringer Ingelheim
Roxane Laboratories

# FACSIMILE COVER SHEET

Roxane Laboratories, Inc.

TO: I Wechsler

COMPANY:

FAX #: 954-217-4132

PHONE #:

---

FROM: David J. Lanzillotta
Contract Analyst II

COMPANY: Roxane Laboratories, Inc. / Boehringer Ingelheim
Pharmaceuticals

FAX # :    614/276-3786

PHONE#:   800/848-0120 (Ext 2249)

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

---

DATE SENT: 1-26

PAGES INCLUDING THIS COVER: 2

\_\_\_\_ Original hard copy will follow via US Mail
\_\_\_\_ Original hard copy will follow via Overnight Mail/Federal Express
__X__ This facsimile message is the only document you will receive

---

**PRIVILEGED AND CONFIDENTIAL.** Information intended only for the use of the addressees(s) named above. If the reader of this message is not the intended recipient or the employee or the agent responsible for delivering the message to the intended recipient(s) please note that any dissemination, distribution or copying of this communication is strictly prohibited. Anyone who receives this communication in error should notify us immediately by telephone and return the original message to us at the address shown above via U.S. Mail. Thank you.

**COMMENTS:**

RLI-TX 37225
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00136577
ROX035-4347


Boehringer Ingelheim
Roxane Laboratories

January 4, 2001

Mr. Dan Movens
V.P. Purchasing
Anda Generics, Inc.
2915 Weston Rd.
Weston, FL 33331

**FILE COPY**

Roxane Laboratories, Inc.

Dear Mr. Movens:

Due to changes in market conditions, Roxane Laboratories, Inc. offers the following price reduction for the following item on our current agreement.

| NDC NO. 00054- | PRODUCT DESCRIPTION | PRICE | AWP |
|---|---|---|---|
| 2247-25 | Hydroxyurea Capsules USP, 500mg, Bottle of 100 | $ 25.50/C | $127.73 |

The WAC Price for item 00054-2247-25 is $51.50.

This price will be effective <u>January 8, 2001</u> through <u>November 30, 2001</u>.

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

If you have any questions regarding this offer, please contact our Contract Sales and Administration Office Toll Free at 800-848-0120, Ext:2253. If you have any questions regarding the products or services of Roxane Laboratories, please contact Customer Service Toll Free at 800-520-1631, or Fax 800-520-1666.

**NOTE TO WHOLESALER(S):**
**Should you receive a copy of this offer from the customer expecting to be billed at these prices but have not received a confirming "Award Notification" from Roxane, please contact the undersigned immediately in order to avoid misbillings and rejected chargeback claims. Thank you.**

In the event a Roxane multi-source item should, at a later date, become a sole-source or a sole-generic item available exclusively from Roxane, the company reserves the option to adjust the contract prices awarded prior to the original contract expiration date.

Roxane Laboratories, Inc. and you shall maintain the confidentiality of the terms and conditions of this agreement for its duration and for three years following. Any breach of this confidentiality is cause for immediate termination of this agreement.

**RLI-TX 37226**
**Highly Confidential**
**Attorneys' Eyes Only**

RLI-AWP-00136578
ROX035-4348


Boehringer Ingelheim
Roxane Laboratories

January 5, 2001
Mr. Dan Movens
Anda Generics, Inc.
Page 2

Best regards,

Kimberly K. Storck
Contract Analyst II

KKS/bjr

File #:2009012

cc: I. Wechsler
    P. Sciortino
    D. Gordon

RLI-TX 37227
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00136579
ROX035-4349