# Exhibit 105

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



Boehringer Ingelheim
Roxane Laboratories

September 19, 2000

Mr. Dan Movens
V.P., Purchasing
Anda Generics, Inc.
2915 Weston Rd.
Weston, FL 33331



Roxane Laboratories, Inc.

Dear Mr. Movens:

Roxane Laboratories, Inc. extends a firm price offer for the following additional products:

| NDC NO. 00054- | PRODUCT DESCRIPTION | PRICE | AWP |
|---|---|---|---|
| 4657-25 | Roxicodone ™ Tablets (Oxycodone Tablets USP, 5mg) ℮ (Immediate Release) Bottle of 100 | $ 12.99/C | $ 31.04 |

The WAC price for the above item is $22.99.

| | | | |
|---|---|---|---|
| 4658-25 | Roxicodone ™ Tablets (Oxycodone Tablets USP, 15mg) ℮ (Immediate Release) Bottle of 100 | *$ 54.45/C | $ 110.00 |

The WAC price for the above item is $55.00.

| | | | |
|---|---|---|---|
| 4665-25 | Roxicodone ™ Tablets (Oxycodone Tablets USP, 30mg) ℮ (Immediate Release) Bottle of 100 | *$104.94/C | $ 230.00 |

The WAC price for the above item is $106.00.

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

* The contract price stated in this offer represents a specific percentage discount from Wholesale Acquisition Cost (WAC). Thirty (30) days following the announcement of a WAC change, your contract price will reflect the original discount percentage, but at a new discounted contract price.

We will hold this offer open for your signed acceptance until October 19, 2000. These products are offered under the same terms and conditions as the products on your existing contract. Upon acceptance, the pricing will be in effect seven days from receipt of signed acceptance through November 30, 2000.

If you have any questions regarding this offer, please contact our Contract Administration Office Toll Free at 800-848-0120, Ext: 2253. If you have any questions regarding the products or services of Roxane Laboratories, please contact Customer Service Toll Free at 800-520-1631, or Fax 800-520-1666.

RLI-TX 37981
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00137333
ROX035-5103      F



Boehringer Ingelheim
Roxane Laboratories

September 19, 2000
Mr. Dan Movens
V.P., Purchasing
Anda Generics, Inc.
Page 2

**NOTE TO CUSTOMER:**
**Unless a signed copy of this offer is returned to Roxane Laboratories Attn: Contract Sales Department within the stated acceptance period, you will be unable to receive these special item prices from your selected NWDA Wholesaler when placing orders.**

You may indicate your acceptance by returning a copy of this letter to the Roxane Contract Sales and Administration Office by mail, or by faxing a copy to us at 614-276-3786.

In the event a Roxane multi-source item bid and awarded herein should, at a later date, become a sole-source or a sole-generic item available exclusively from Roxane, the company reserves the option to adjust the contract prices awarded prior to the original contract expiration date.

Roxane Laboratories, Inc. and you shall maintain the confidentiality of the terms and conditions of this agreement for its duration and for three years following. Any breach of this confidentiality is cause for immediate termination of this agreement.

Best regards,

*Kimberly K. Storck* (signature)

Kimberly K. Storck
Contract Analyst II

KKS/cpl

File #: 9909018

cc: I. Wechsler
    D. Gordon

UPON ACCEPTANCE, PLEASE SIGN
AND RETURN ONE COPY.

_____
Signature

_____
Printed Name

_____
Title

_____
Date

RLI-TX 37982
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00137334
ROX035-5104    L