# Exhibit 106

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



July 12, 2000

Mr. Dan Movens
Vice President, Purchasing
Anda Generics, Inc.
2915 Weston Rd.
Weston, FL 33331

Roxane Laboratories, Inc.

Dear Mr. Movens:

Due to changes in market conditions, Roxane Laboratories, Inc. offers the following price reduction for the following item on our current agreement.

| NDC NO. 00054- | PRODUCT DESCRIPTION | PRICE | AWP |
|---|---|---|---|
| 4084-25 | Azathioprine Tablets USP, 50mg Bottle of 100 | $ 35.00/C | $131.08 |

The WAC price for item 4084-25 is $56.25.

This price will be effective July 14, 2000 through November 30, 2000.

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

If you have any questions regarding this offer, please contact our Contract Sales and Administration Office Toll Free at 800-848-0120, Ext: 2253. If you have any questions regarding the products or services of Roxane Laboratories, please contact Customer Service Toll Free at 800-520-1631, or Fax 800-520-1666.

In the event a Roxane multi-source item should, at a later date, become a sole-source or a sole-generic item available exclusively from Roxane, the company reserves the option to adjust the contract prices awarded prior to the original contract expiration date.

Roxane Laboratories, Inc. and you shall maintain the confidentiality of the terms and conditions of this agreement for its duration and for three years following. Any breach of this confidentiality is cause for immediate termination of this agreement.

Best regards,

Kimberly K. Storck

Kimberly K. Storck
Contract Analyst II

KKS/cpl

File #: 9909018

cc: D. Gordon
     I. Wechsler

RLI-TX 38076
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00137428
ROX035-5198