# Exhibit 110

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment


**Boehringer Ingelheim**

## Inter-office memorandum

**To:** List*  **Date:** November 14, 1995

**From:** Joseph E. Ashey

**Subject: Medicare Regions & Atrovent® Solution Reimbursement**

For your information, attached you will find your copy of a map reflecting the territories and states within each of the 4 Medicare reimbursement regions.

By region, the reimbursement Insurance carriers are:

| *Region* | *Insurance Carrier* |
|---|---|
| A | Travelers – Nanticoke, PA |
| B | Adminastar – Indianapolis, IN |
| C | Palmetto – Columbia, SC |
| D | Cigna – Nashville, TN |

Reimbursement rules by region are:

| | |
|---|---|
| Region A | Only accept claims against one J code (7645). Claim(s) can be submitted as Atrovent® Inhalation Solution or as Ipratropium Bromide for which they will reimburse 80% of $1.87 per 2.5 ml or 80% of $.75 per ml |
| Region B | Accepts two (2) codes namely J7645 and J7699. J7645 is used for brand name filing such as Atrovent® or Ipratropium Bromide. Code 7699 is a miscellaneous code used for submission of claims for compounded drugs. |

*(JEA:ja0001E/3)*

ROX-05000

RLI-AWP-00300270
ROX054-0119        F

| | |
|---|---|
| Region C | Only accepts code J7699 due to J7645 not as yet activated. When filing the provider identifies as Ipratropium Bromide or Ipratropium Bromide compounded. Reimbursed @ 80% of $1.87 per 2.5 ml or $.44 per ml for compounded Ipratropium Bromide. |
| Region D | Accepts claims against code J7645 and J7699 with reimbursement at 80% of $1.87 per 2.5 ml of Atrovent® and $.44 per ml of Ipratropium Bromide compounded. |

Regards,

*[signature]*

Joseph E. Ashey

JEA:pas

Attachment

(JEA:ja0001E/3)

ROX-05001

RLI-AWP-00300271
ROX054-0120       L



ROX-05002

RLI-AWP-00300272
ROX054-0121    FL