# Exhibit 111

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

## Sales Strategy

Although we should be aware of all the immunosupressants competing in this market, we should really focus in on Imuran as our sole target - it is the only one we have time and resources to challenge. We will not, then, be selling the benefits of Roxane Azathioprine compared to Cellcept, for example. We will promote confidence in our product as being bioequivalent to Imuran and cost effective.

### Advantages over Imuran

1) We are less expensive than Imuran for patients who have to pay for their meds. A kidney transplant can be a burden on the patient and family. It often drains the financial resources of the family. Roxane Azathioprine, at a cost of <u>25% less than Imuran</u>, should be a welcomed arrival to the family.

2) Roxane currently has <u>exclusivity on Unit Dose packaging.</u> Glaxo Wellcome has recently discontinued unit dose packaging. This drug can be toxic with excess handling (i.e. carcinogenic - see black box warning), so pharmacists would rather dispense packaged azathioprine. This is in addition to the time/resource savings that any drug prepackaging incurs.

### *MOST IMPORTANT*

3) Roxane azathioprine, by virtue of its favorable pricing, has a distinct <u>Medicare advantage</u>. Medicare pays for oral immunosupressant tablets because they are intimately related to the success of graft survival. In other words, it would be counterproductive for Medicare to cover the high costs of a kidney transplant but not cover the costs of immunosuppressant therapy. Medicare accounts for approximately **40%** of total Imuran reimbursement.

There are four regional agencies called DMERC's which set the Medicare reimbursement amounts to pharmacies. This amount is currently about $100 for 100 tablets. A pharmacy will dispense azathioprine (the only option now is Imuran) and then bill Medicare on a patient by patient basis.

If a pharmacist purchases a bottle of Imuran at (about) $100 and bills the code established for azathioprine (they are always listed generically and make no NDC code distinction) he will receive $100. This turns no net profit or loss. If, on the other hand he purchases Roxane azathioprine at $75 and bills the same code (there is only one for azathioprine), then he makes a $25 profit.

Once we launch, the DMERC's are likely to reduce the allowable reimbursement for azathioprine (based on the average of the 2 WAC's, for example). Then when a pharmacist bills the code, he gets $90 from Medicare for any azathioprine. If she chooses to fill with Imuran at $100 acquisition cost, she loses $10; If she fills with Roxane azathioprine costing $75, she profits $15.

This should help allay concerns over bioequivalence, in addition to your mastery of the bio data. The following pages should yield additional insight into the Medicare sale.

**PAOLETTI 81005**

RLI-AWP-00084338
ROX029-3238      F