# Exhibit 112

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

# In The Matter Of:

## THE STATE OF TEXAS ex rel.  v.
## DEY, INC., ET AL.

### RICHARD A. FELDMAN
### June 25, 2002

---

**FREDERICKS-CARROLL REPORTING**
Court Reporting-Video Services-Litigation Support
7719 WOOD HOLLOW DRIVE, SUITE 156
Austin, TX  78731
(512) 477-9911    FAX: (512) 345-1417

Original File 0625FELD.AMI, 239 Pages
Min-U-Script® File ID: 2994784180

**Word Index included with this Min-U-Script®**

Page 1

[1]   CAUSE NO. GV002327
[2]   THE STATE OF TEXAS        ) IN THE DISTRICT COURT
      ex rel.                   )
[3]   VEN-A-CARE OF THE         )
      FLORIDA KEYS, INC.        )
[4]
      Plaintiffs,               )
[5]
      VS.                       ) TRAVIS COUNTY, TEXAS
[6]
      DEY, INC.; ROXANE         )
[7]   LABORATORIES, INC. and    )
      WARRICK PHARMACEUTICALS   )
[8]   CORPORATION,              )
[9]   Defendants.               ) 53rd JUDICIAL DISTRICT
[10]
[11]
           ORAL AND VIDEOTAPED DEPOSITION OF
[12]            RICHARD A. FELDMAN
              TUESDAY, JUNE 25, 2002
[13]
[14]
[15]
[16]    ORAL DEPOSITION OF RICHARD A. FELDMAN,
[17] produced as a witness at the instance of the Plaintiffs
[18] and duly sworn, was taken in the above-styled and
[19] numbered cause on the 25th day of June 2002, from 8:17
[20] a.m. to 3:54 p.m., before Randall N. Finch, CSR in and
[21] for the State of Texas, reported by machine shorthand,
[22] at the offices of Boehringer Ingelheim, Inc., 900
[23] Ridgebury Road, Ridgefield, Connecticut, pursuant to
[24] Notice, the Texas Rules of Civil Procedure and the
[25] provisions as previously set forth.

Page 2

[1]         APPEARANCES
[2] FOR THE PLAINTIFF STATE OF TEXAS:
[3]    MR. JOE CRAWFORD
       MR. JARRETT ANDERSON
[4]    Office of the Attorney General
       State of Texas
[5]    P.O. Box 12548
       Austin, Texas 78711-2548  (512) 475-4300
[6]         (512) 474-1062 Fax
[7] FOR THE RELATOR:
[8]    MR. JAMES JOSEPH BREEN
       The Breen Law Firm, P.A.
[9]    8201 Peters Road, Suite 1000
       Plantation, Florida 33324  (954) 916-2713
[10]        (954) 916-2714 Fax
            -and-
[11]   MR. JOHN E. CLARK (Of Counsel)
       Goode Casseb Jones Riklin Choate &
[12]   Watson, P.C.
       2122 North Main Avenue
[13]   P.O. Box 120480
       San Antonio, Texas 78212-9680  (210) 733-6030
[14]        Fax (210) 733-0330
            -and-
[15]   MS. JOY CLAIRMONT
       Berger & Montague
[16]   1622 Locust Street
       Philadelphia, Pennsylvania 19103
[17]
   FOR THE DEFENDANT DEY, INC.:
[18]
       MR. STEPHEN M. HUDSPETH
[19]   Coudert Brothers
       1114 Avenue of the Americas
[20]   New York, New York 10036-7703  (212) 626-4442
            (212) 626-4120
[21]
   FOR THE DEFENDANT WARRICK PHARMACEUTICALS CORPORATION:
[22]
       MS. KARIN TORGERSON
[23]   Locke Liddell & Sapp, L.L.P.
       2200 Ross Avenue, Suite 2200
[24]   Dallas, Texas 75201-6776  (214) 740-8000
            (214) 740-8800 Fax
[25]

Page 9

[1] and truthful testimony. Is that agreeable?
[2] **A:** Yes.
[3] **Q:** And secondly, and this is more of a
[4] housekeeping matter, it's important — and you're doing
[5] a very good job of this, by the way — that you wait
[6] until I am through asking my question before you
[7] respond, and I in turn wait until you finish your
[8] response before I ask my question, so that the court
[9] reporter can make a clean record of these proceedings.
[10] Is that agreeable?
[11] **A:** Yes.
[12] **Q:** Okay. Are you taking any medication or have
[13] any other infirmity that would prevent you from
[14] providing accurate and truthful testimony today?
[15] **A:** No.
[16] **Q:** I have a copy of your resume and I would like
[17] to go through some of your experiences. Prior to
[18] your — well, first, when were you hired by Roxane
[19] Laboratories?
[20] **A:** I believe it was 12 of '96.
[21] **Q:** Where did you work immediately preceding your
[22] hiring at Roxane?
[23] **A:** Schein Pharmaceutical.
[24] **Q:** Who do you currently work for?
[25] **A:** Boehringer Ingelheim Pharmaceuticals, Inc.

Page 10

[1] **Q:** When did you become employed by Boehringer
[2] Ingelheim?
[3] **A:** I want to say January 2000. Or 2001. 2001, I
[4] think it was.
[5] **Q:** January 2001? Is that Boehringer Ingelheim
[6] Pharmaceuticals, Incorporated?
[7] **A:** Yes.
[8] **Q:** Is Boehringer Ingelheim Corporation the parent
[9] of Boehringer Ingelheim Pharmaceuticals, Incorporated?
[10] **A:** Don't know.
[11] **Q:** Is Roxane Laboratories a subsidiary of
[12] Boehringer Ingelheim Pharmaceuticals, Incorporated?
[13] **A:** I'm not sure.
[14] **Q:** What's your current job title?
[15] **A:** Executive director trade relations.
[16] **Q:** What are your job duties as executive director
[17] of trade relations?
[18] **A:** I'm responsible for the trade.
[19] **Q:** What — what comprises the trade?
[20] **A:** Wholesalers, chains, pharmacy, GPOs.
[21] **Q:** When you say pharmacy, what do you mean by
[22] that category?
[23] **A:** Warehousing chains would be an example.
[24] **Q:** Nonwarehousing chains also?
[25] **A:** Yes.

Page 11

[1] **Q:** Any other subsets within pharmacy?
[2] **A:** Regular retailers, independents.
[3] **Q:** Do you call upon independent pharmacies?
[4] **A:** No.
[5] **Q:** Does anyone to your knowledge at Boehringer
[6] Ingelheim call upon independent pharmacies?
[7] **A:** Not sure.
[8] **Q:** When I say independent, I'm thinking of a
[9] stand-alone pharmacy owned by either a sole
[10] proprietorship or what have you, a small operation. Is
[11] that what you mean by independent pharmacy?
[12] **A:** Yes.
[13] **Q:** Do you sell brand drugs as well as generic
[14] drugs?
[15] **A:** You need to clarify "you."
[16] **Q:** You personally. When you call upon these
[17] customers, wholesalers, chains, pharmacy and GPOs, are
[18] you selling brand drugs and generic drugs?
[19] **A:** No.
[20] **Q:** Are you selling only generic drugs?
[21] **A:** No.
[22] **Q:** You're selling only brand drugs?
[23] **A:** Yes.
[24] **Q:** When did — strike that.
[25] As of January 2001, did you start

Page 12

[1] selling only brand drugs?
[2] **A:** Yes.
[3] **Q:** Prior to that, you were employed by Roxane
[4] Labs. Is that correct?
[5] **A:** Yes.
[6] **Q:** When you were working at Roxane Labs, did you
[7] sell generic drugs?
[8] **A:** Yes.
[9] **Q:** And in calling upon customers, did you also
[10] sell brand drugs?
[11] **A:** Yes.
[12] **Q:** Roughly, do you recall at Roxane what
[13] percentage of sales you personally were involved in
[14] were generic as compared to brand?
[15] **A:** I really can't tell you. I don't know.
[16] **Q:** Do you have any rough estimate?
[17] **A:** No. Don't want to guess.
[18] **Q:** Well, I don't want you to guess. What is
[19] it — was it about half and half?
[20] **A:** I just told you, I don't want to guess.
[21] **Q:** Okay. In dollars, would you say you sold more
[22] brand drugs than generic drugs?
[23] **A:** Yes.
[24] **Q:** In units, would you say you sold more generic
[25] drugs than brand drugs?

Page 41

[1] specifically to nursing home pharmacies.
[2] **A:** Not directly that I can remember.
[3] **Q:** And so you also don't specifically recall any
[4] discussions about profit margins in negotiating with
[5] GeriMed?
[6] **A:** No.
[7] **Q:** In dealing with GeriMed, have you —
[8] **MR. McCONNICO:** Take a break, five
[9] seconds?
[10] **MR. ANDERSON:** Yeah. I didn't mention
[11] that earlier, but if you need to take a break, you let
[12] me know and we'll try to accommodate you.
[13] **VIDEOGRAPHER:** We're off the record at
[14] 9:06 a.m.
[15]  (Brief recess from 9:06 to 9:27 a.m.)
[16] **VIDEOGRAPHER:** We're back on the record
[17] at 9:27 a.m.
[18] **Q:** (By Mr. Anderson) Mr. Feldman, we just took a
[19] break. And I want to ask you some basic questions
[20] about the pharmaceutical industry. How many years have
[21] you been in the pharmaceutical industry?
[22] **A:** From the industry side, 1982, I think.
[23] **Q:** When did you graduate from college?
[24] **A:** '78. 1978.
[25] **Q:** And what degree did you obtain?

Page 42

[1] **A:** Pharmacy degree.
[2] **Q:** Did you practice pharmacy for a few years?
[3] **A:** Yes.
[4] **Q:** And in 1982 you stopped being a practicing
[5] pharmacist and went to work for a pharmaceutical
[6] company?
[7] **A:** No.
[8] **Q:** I notice from your resume in '82 you went to
[9] work for Knoll Pharmaceuticals. Is that true?
[10] **A:** Yes.
[11] **Q:** Is Knoll Pharmaceuticals a pharmaceutical
[12] company?
[13] **A:** Yes.
[14] **Q:** Okay. And now I understand you took another
[15] job before Knoll in which you were not practicing
[16] pharmacy?
[17] **A:** No.
[18] **Q:** Okay. You graduated in '78 and you had a
[19] degree in pharmacy and you became a practicing
[20] pharmacist in a pharmacy, I take it?
[21] **A:** Yes.
[22] **Q:** And you were dispensing pharmaceuticals. Is
[23] that right?
[24] **A:** Yes.
[25] **Q:** And did you do that up until the time that you

Page 43

[1] took the job in '82 with Knoll Pharmaceuticals?
[2] **A:** Yes.
[3] **Q:** So from that time to the present is 20 years.
[4] Have you for those 20 years been involved in the
[5] pharmaceutical industry?
[6] **A:** Yes.
[7] **Q:** Okay. So you have 20 years of experience in
[8] the pharmaceutical sales industry?
[9] **A:** Yes.
[10] **Q:** In that time, have you heard of a term known
[11] as AWP?
[12] **A:** Yes.
[13] **Q:** What do you understand AWP to stand for?
[14] **A:** Average Wholesale Price.
[15] **Q:** And does AWP have some significance in the
[16] pharmaceutical industry?
[17] **A:** Yes.
[18] **Q:** What's it used for?
[19] **A:** A price.
[20] **Q:** And what is that price used for?
[21] **A:** It's a price that's set and given to
[22] wholesalers.
[23] **Q:** Is it only provided to wholesalers?
[24] **A:** No.
[25] **Q:** Let's back up one step. Who sets AWP?

Page 44

[1] **A:** Who meaning...?
[2] **Q:** What sector of the pharmaceutical industry
[3] sets AWP?
[4] **A:** Clarify again for me.
[5] **Q:** Do pharmacies set AWP?
[6] **A:** No.
[7] **Q:** Do wholesalers set AWP?
[8] **A:** Yes.
[9] **Q:** Do pharmaceutical manufacturers set AWP?
[10] **A:** Yes.
[11] **Q:** For what drugs do wholesalers set AWP? For
[12] what types of drugs do wholesalers set AWPs?
[13] **A:** Prescription drugs.
[14] **Q:** Generic prescription drugs?
[15] **A:** They could.
[16] **Q:** To your knowledge, have they?
[17] **A:** Don't know.
[18] **Q:** At Roxane, did any wholesalers set Roxane's
[19] AWPs on any generic drugs?
[20] **A:** No.
[21] **Q:** In your employment with Boehringer Ingelheim,
[22] has any wholesaler ever set an AWP on Boehringer
[23] Ingelheim's products?
[24] **A:** Yes.
[25] **Q:** What wholesaler sets AWP for Boehringer

Page 45

[1] Ingelheim?
[2] A: Don't know.
[3] Q: McKesson?
[4] A: Possibly.
[5] Q: Cardinal?
[6] A: Possibly.
[7] Q: Amerisource Bergen?
[8] A: Possibly.
[9] Q: Do you know for a fact, for the ladies and
[10] gentlemen of the jury, that either of those three
[11] wholesalers set Boehringer Ingelheim AWPs?
[12] A: Yes.
[13] Q: How do you know that?
[14] A: Because the pricing services, First Data Bank,
[15] surveys them to get the AWP and then publishes it.
[16] Q: Do you know how First Data Bank goes about
[17] that survey?
[18] A: No.
[19] Q: Do you know how the wholesalers create the AWP
[20] which they in turn provide First Data Bank during First
[21] Data's survey?
[22] A: No.
[23] Q: Are there formulas in the industry governing
[24] the setting of AWPs?
[25] A: Maybe.

Page 46

[1] Q: Are you aware that First Data Bank uses
[2] formulas to set AWPs?
[3] A: I'm not aware that they do.
[4] Q: Do you know for a fact that they don't?
[5] A: Yes.
[6] Q: Do you know for a fact that pharmaceutical
[7] manufacturers use formulas to set AWPs?
[8] A: Narrow the question.
[9] Q: Do pharmaceutical manufacturers set AWP?
[10] A: Some.
[11] Q: Does Roxane set AWPs?
[12] A: Yes.
[13] Q: Do you know how Roxane goes about doing that?
[14] A: Yes.
[15] Q: How?
[16] A: Which product?
[17] Q: Well, let's focus on Ipratropium Bromide.
[18] Does it change — strike that.
[19]     Does it change from product to product
[20] how an AWP is set?
[21] A: Possibly.
[22] Q: Does it — are AWPs for generic products set
[23] differently than AWPs for generic products? Do — are
[24] AWPs for generic products set differently than AWPs for
[25] brand products?

Page 47

[1] A: Yes.
[2] Q: Let's start with brand products. How are the
[3] AWPs for brand products set at Roxane?
[4] A: Now, say it again.
[5] Q: In your employment with Roxane, you're aware
[6] that Roxane set AWPs for its products. Is that true?
[7] A: Yes.
[8] Q: And I think it was your testimony that Roxane
[9] exclusively sets those AWPs for its products. Is that
[10] true?
[11] A: No.
[12] Q: What other entities set AWPs for Roxane?
[13] A: Don't know. That's why I can't use — I can't
[14] agree with you on exclusive, because I can only tell
[15] you what we do, Roxane Laboratories.
[16] Q: Right. And in your employment with Roxane
[17] Laboratories, do you know for a fact that any other
[18] institute other than Roxane set Roxane AWPs?
[19] A: No.
[20] Q: So to your knowledge, Roxane exclusively set
[21] the AWPs for its products? To your knowledge?
[22] A: I still don't like the word exclusive, because
[23] I know we set it. I can't speak for, you know, the
[24] rest of the free world.
[25] Q: I'm not asking you to speak for anyone other

Page 48

[1] than yourself. In your employment at Roxane, to your
[2] knowledge, only Roxane set its AWPs. Is that true?
[3] A: Rephrase the question.
[4] Q: You were employed by Roxane for several years.
[5] Right?
[6] A: Correct.
[7] Q: And in that employment you were aware that
[8] Roxane set the AWPs on its products.
[9] A: Correct.
[10] Q: And to your knowledge, no other entity had
[11] involvement in setting those AWPs other than Roxane.
[12] A: Correct.
[13] Q: Okay. How did Roxane set the AWPs for its
[14] brand products?
[15] A: It was a percentage marked up from the
[16] wholesale acquisition cost.
[17] Q: What percentage?
[18] A: Which product?
[19] Q: Did it change from one brand product to the
[20] next?
[21] A: It possibly could have.
[22] Q: What was the typical percentage markup from
[23] wholesale acquisition cost to set a brand AWP at
[24] Roxane?
[25] A: It was 20 percent up from wholesale

Page 85

[1] A: No.
[2] Q: Do you believe that the AWPs reported by
[3] Roxane during the five years you were there reasonably
[4] and fairly reflected the actual prices — the average
[5] prices at which the wholesalers were selling Roxane's
[6] drugs?
[7] A: Can you clarify that one? I'm not sure I
[8] understand the —
[9] Q: Read — read it back, please.
[10]    (Requested portion was read)
[11] I'll restate the question. Do you
[12] believe that the AWPs reported by Roxane during the
[13] five years that you were at Roxane fairly and
[14] reasonably reflected the average prices that the
[15] wholesalers were selling Roxane's drugs for?
[16] A: We sold — Roxane Laboratories sold the
[17] product for WAC. What the wholesaler did and how they
[18] priced was up to them. I was concerned about us
[19] selling the product from Roxane to the wholesaler.
[20] Q: No, I understand that. But you testified to
[21] Mr. Anderson's questions that Roxane reported its AWPs
[22] to First Data Bank and Red Book. Correct?
[23] A: That's correct.
[24] Q: Okay. So it wasn't the wholesalers reporting
[25] those AWPs, it was Roxane. Correct?

Page 86

[1] A: That's correct.
[2] Q: I will ask my question again: Since you
[3] were — Roxane was reporting its AWPs, do you believe
[4] that the AWPs Roxane reported fairly and reasonably
[5] represented the average prices the wholesalers were
[6] selling the generic drugs for?
[7] A: Yes.
[8] MR. McCONNICO: Objection; form. Go
[9] ahead and answer it.
[10] THE WITNESS: Yes.
[11] MR. BREEN: The answer is yes. Basis
[12] for objection?
[13] MR. McCONNICO: Asked and answered.
[14] Q: (By Mr. Breen) Okay. I believe in response
[15] to one of Mr. Anderson's questions you indicated that
[16] you personally never participated in negotiations with
[17] a customer during which the customer's margin or profit
[18] on Roxane's drugs were discussed. Is that correct?
[19] A: To my recollection, that's correct.
[20] Q: So is it your testimony to the jury that you
[21] never entered into negotiations with any customer of
[22] Roxane during which you participated in a discussion
[23] about the spread on Roxane's drugs?
[24] MR. McCONNICO: Objection; form.
[25] THE WITNESS: Which drug?

Page 87

[1] Q: (By Mr. Breen) Ipratropium Bromide.
[2] A: Not to my knowledge. Uh-uh.
[3] Q: Is your testimony the same that you've got no
[4] knowledge of any of your subordinates having
[5] discussions with any customers of Roxane in negotiating
[6] the sales of Ipratropium Bromide during which the issue
[7] of the spread was discussed?
[8] MR. McCONNICO: Objection; form.
[9] MR. BREEN: What's the basis for the
[10] objection, Counsel?
[11] MR. McCONNICO: That was specifically
[12] asked by Mr. Anderson. It's asked and answered.
[13] Q: (By Mr. Breen) Is that your testimony?
[14] A: Define spread for me, please.
[15] Q: How do you define spread, sir, after 20 years
[16] in the pharmaceutical industry?
[17] A: Spread can be the difference between the
[18] wholesale acquisition cost and AWP. Spread can be the
[19] difference between what a pharmacy buys a product for
[20] and what they get reimbursed from a third-party payer
[21] for. So I — I — you know, I — you have a very vague
[22] question.
[23] Q: Well, you've indicated two possibilities. So
[24] my question about spread either relates to the
[25] difference between WAC and AWP, or the difference

Page 88

[1] between AWP and what a — or reimbursement and what a
[2] pharmacy buys the product for. Correct?
[3] A: Correct.
[4] Q: Okay. Those are the only two contexts you've
[5] used spread in — as your — in your tenure in the
[6] pharmaceutical industry. Correct?
[7] A: There could be other variables.
[8] Q: Such as?
[9] A: There could be a variable on what a maximum
[10] allowable cost would be. So there's other terms in how
[11] modeling occurs.
[12] Q: What's a maximum allowable cost?
[13] A: It's a price that a third party would set that
[14] would limit what a pharmacy can get for a given
[15] product —
[16] Q: Do you know whether or not —
[17] A: — it's reimbursed for.
[18] Q: I'm sorry. Did I interrupt you?
[19] A: Yes.
[20] Q: I'm sorry. I apologize. Go ahead.
[21] A: That's all right. Go ahead. I lost what I
[22] was going to say.
[23] Q: That's what my wife says all the time.
[24] A: It was probably good, too.
[25] Q: All right. Have you ever been aware that

Page 89

[1] state Medicaid programs set MACs, or Maximum Allowable
[2] Cost, on occasion for drugs?
[3]  **A:** Yes.
[4]  **Q:** Do you know whether or not the Medicaid
[5] programs ever put a MAC on Ipratropium Bromide, such as
[6] the Ipratropium Bromide sold by Roxane?
[7]  **A:** I believe they did, but I'm not a hundred
[8] percent sure.
[9]  **Q:** Okay. Do you have a — a — a — a
[10] recollection as to when you first had a perception that
[11] the state Medicaid programs may have put a MAC on
[12] Roxane's Ipratropium Bromide?
[13]  **A:** I — exact time, no.
[14]  **Q:** While you were at Roxane and while Roxane was
[15] selling Ipratropium Bromide, were — did you — were
[16] you ever under the perception that there was no MAC for
[17] Medicaid purposes on Roxane's Ipratropium Bromide?
[18]  **A:** The only time that probably there wouldn't
[19] have been would be just after it launched, because I
[20] believe — and I wasn't employed at the time — it was
[21] the only generic available.
[22]  **Q:** So is it your testimony that it was your best
[23] understanding for the entire time that you were at
[24] Roxane that Roxane's generic Ipratropium Bromide was
[25] subject to a state Medicaid MAC?

Page 90

[1]  **A:** I don't know that. I am not even sure if
[2] there was a state MAC. But there could very well have
[3] been.
[4]  **Q:** Well, assuming there was — assuming there's
[5] no MAC, you testified that one meaning of the word
[6] spread would be the difference between what a pharmacy
[7] pays for Roxane's Ipratropium Bromide and the AWP.
[8] Correct?
[9]  **A:** Yes.
[10]  **Q:** Okay. You also testified earlier in response
[11] to Mr. Anderson's questions that it was — has been
[12] your perception during your tenure in the
[13] pharmaceutical industry that AWP is used as a benchmark
[14] for reimbursement by third parties. Is that correct?
[15]  **A:** That's not correct. Read my jury back that
[16] piece because I don't believe I — I said that exactly.
[17]  **Q:** Well, let's find out what you — what you do
[18] believe to be the truth on that issue. Have you ever
[19] had any belief during your tenure in the pharmaceutical
[20] industry that state Medicaid programs or the federal
[21] Medicare program used AWPs as a benchmark for
[22] reimbursement?
[23]  **A:** Yes.
[24]  **Q:** How long have you had that perception?
[25]  **A:** 20 plus years.

Page 91

[1]  **Q:** Okay. So you — for 20 plus years now you've
[2] had the perception that state Medicaid programs and the
[3] federal Medicare program use AWP as a benchmark for
[4] reimbursement. Correct?
[5]  **A:** The state Medicaid programs for sure. Did you
[6] mention — did you say Medicare?
[7]  **Q:** I combined them. State Medicaid programs and
[8] the federal Medicare program.
[9]  **A:** I'm not sure on the Medicare program. So —
[10]  **Q:** Okay.
[11]  **A:** — let's hold that a second.
[12]  **Q:** Today do you have a perception as to whether
[13] or not the federal Medicare program uses AWP as a
[14] benchmark for reimbursement?
[15]  **A:** I'm not that familiar with the Medicare
[16] reimbursement, so I — I can't answer that.
[17]  **Q:** Okay. Do you have any perception whatsoever
[18] that AWP is a factor in Medicare reimbursement for
[19] Roxane's drugs?
[20]  **A:** I don't know.
[21]  **Q:** Who would know? At Roxane?
[22]  **A:** Don't know.
[23]  **Q:** And — and is there a reason why you would be
[24] more familiar with state Medicaid reimbursement for
[25] Roxane's pharmaceuticals than you would be familiar

Page 92

[1] with the subject of Medicare reimbursement for Roxane
[2] pharmaceuticals?
[3]  **A:** Medicaid is much more common. It's — the
[4] Medicaid is for the — it's using pharmacy. In
[5] general, Medicare does not reimburse for prescription
[6] medicine, other than obviously if a device is used.
[7]  **Q:** So Medicare would reimburse for Roxane's
[8] Ipratropium Bromide if it was delivered by a — a
[9] nebulizer. Correct?
[10]  **A:** That's correct.
[11]  **Q:** Okay. All right. Let's go back to the
[12] Medicaid side since that's what you're — you're most
[13] familiar with. That AWP that you for 20 some years now
[14] have operated under the perception — perception that
[15] the state Medicaid programs use as a benchmark for
[16] reimbursement, is that the same AWP that Roxane sets
[17] for its generic products?
[18]  **A:** It's the published, I assume — once again,
[19] Roxane sets or establishes an AWP and reports that to
[20] First Data Bank, for instance, pricing service, and
[21] what happens after that point and how individual
[22] customers and/or states may or may not decide to use
[23] that is up to them.
[24]  **Q:** My only — my question is: The AWP that
[25] you've testified that for 20 some years now you've

Page 173

[1] Q: And you currently sell Boehringer Ingelheim
[2] drugs as well as what other drugs?
[3] A: Current?
[4] Q: Currently.
[5] A: Currently I sell brand pharmaceuticals for
[6] Boehringer Ingelheim Pharmaceuticals, Inc. And there's
[7] still one brand product that has a Roxane label that
[8] I'm responsible for.
[9] Q: What product is that?
[10] A: Torecan.
[11] Q: Do you have responsibility for selling a drug
[12] known as Viramune?
[13] A: Yes.
[14] Q: Is that sold under the Roxane label or the
[15] Boehringer Ingelheim label?
[16] A: The Boehringer Ingelheim Pharmaceuticals, Inc.
[17] label.
[18] Q: Has Viramune ever been sold under the Roxane
[19] label?
[20] A: Yes.
[21] Q: Do you know why it was that that was — that
[22] product was switched to the Boehringer Ingelheim label?
[23] A: Yes.
[24] Q: Why was that?
[25] A: It's a brand product.

Page 174

[1] Q: And Roxane sold brand products. Right?
[2] A: Used to.
[3] Q: Was there a decision made that Roxane would no
[4] longer sell brand products?
[5] A: Yes.
[6] Q: Do you know what position Mark Pope has ever
[7] held with Roxane or Boehringer Ingelheim?
[8] A: Yes.
[9] Q: And in what capacity did he work with Roxane
[10] or Boehringer?
[11] A: I believe he was a consultant to Roxane.
[12] Q: Was he hired as an independent contractor, to
[13] your knowledge?
[14] A: Don't — that I'm not sure. I mean,
[15] independent contractor versus consultant — he was not
[16] an employee.
[17] Q: You're — you're certain he wasn't an
[18] employee?
[19] A: I'm pretty sure he was not an employee of
[20] Roxane Laboratories.
[21] Q: Do — do you know Mark Pope's prior
[22] experiences, know of his prior experiences in the
[23] pharmaceutical industry?
[24] A: Some of them, yes.
[25] Q: Do you know if he ever worked for any other

Page 175

[1] pharmaceutical manufacturers?
[2] A: Yes.
[3] Q: What pharmaceutical manufacturers do you know
[4] Mark Pope used to work for?
[5] A: Schein Pharmaceutical.
[6] Q: Did you work with Mark at Schein?
[7] A: Yes.
[8] Q: Do you keep up with Mark?
[9] A: No.
[10] Q: Do you know where Mark lives now?
[11] A: Not a hundred percent sure, but —
[12] Q: Where do you think he lives?
[13] A: Napa Valley.
[14] Q: Do you understand that Mark Pope also worked
[15] for Dey Pharmaceuticals?
[16] A: Yes.
[17] Q: Did Mark Pope leave Schein to go to work for
[18] Dey, to your knowledge?
[19] A: No.
[20] Q: Where did Mark Pope work after he left Schein?
[21] A: He started his own business.
[22] Q: As a consultant? A pharmaceutical consultant?
[23] A: I don't believe so, but don't know.
[24] Q: Do you know at what point in his career Mark
[25] Pope worked for Dey? Was it before or after Schein?

Page 176

[1] A: It was before Schein.
[2] Q: Do you know roughly what years that would have
[3] been?
[4] A: It had to be — well, I started with Schein
[5] in — my resume will tell you that — '82. And I left
[6] Schein in — what, '88, '89, something like that.
[7] Q: That sounds right.
[8] A: Yeah, close enough. So...
[9] Q: So you've, to your knowledge — you were with
[10] Schein apparently from '92 to '96, according to your
[11] resume.
[12] A: Kind of.
[13] Q: You were with a subsidiary of Schein from '88
[14] to '92 named Danbury Pharmacal. Is that right?
[15] A: Yes.
[16] Q: Is that a company that used to be located in
[17] Danbury, Connecticut?
[18] A: No.
[19] Q: Where was it located?
[20] A: Carmel, New York.
[21] Q: Okay. And from let's say '88 to '96, in your
[22] involvement with Schein companies, is that when you
[23] worked with Mark Pope?
[24] A: Yes.
[25] Q: So to your knowledge, Mark Pope was at Dey