# Exhibit 114

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---------------------------X

IN RE: PHARMACEUTICAL         )   MDL No. 1456

INDUSTRY AVERAGE WHOLESALE    )   Civil Action No.

PRICE LITIGATION              )   01-12257-PBS

---------------------------X

THIS DOCUMENT RELATES TO:     )   Judge Patti B. Saris

United States of America,     )

ex rel. Ven-A-Care of the     )   Magistrate Judge

Florida Keys, Inc, et al. v.) Marianne B. Bowler

Boehringer Ingelheim Corp.,   )

et al., Civil Action No.      )

07-10248-PBS                  )

---------------------------X

VIDEOTAPED DEPOSITION OF WALTER FREDERICK DUY

Tuesday, December 16, 2008

9:57 a.m.

Habash, Reasoner & Frazer

471 East Broad Street, 15th floor

Columbus, Ohio   43215

REPORTED BY:   SUSAN L. COOTS, RPR

Duy, Walter Frederick                              December 16, 2008
                          Columbus, OH

                                                              Page 2
1                     A P P E A R A N C E S
2
3    On behalf of United States Department of Justice
4
5            LAURIE A. OBEREMBT, Attorney at Law
6            Assistant United States Attorney
7            Civil Division, Commercial Branch
8            P.O. Box 201
9            Ben Franklin Station
10           Washington, D.C.  20044
11           (202) 514-3345
12           Laurie.Oberembt@usdoj.gov
13
14   On behalf of Relator Ven-a-Care of the
15   Florida Keys, Inc.
16
17           SHAUNA ITRI, Attorney at Law
18           Berger & Montague, P.C.
19           1622 Locust Street
20           Philadelphia, Pennsylvania  19103-6305
21           (215) 875-3000
22           sitri@bm.net

Duy, Walter Frederick                          December 16, 2008
                        Columbus, OH

Page 24

1   A.   No, ma'am.
2   Q.   What about in pricing of Roxane's
3   drugs?
4   A.   No, ma'am.
5   Q.   Did you do any lobbying work on behalf
6   of Roxane while you were vice president of
7   operations?
8   A.   Lobbying like to government
9   organizations?
10  Q.   Right.
11  A.   No.
12  Q.   According to Exhibit 2, in 1993 to
13  1994, you were vice president of marketing and
14  sales for Roxane Laboratories; is that accurate?
15  A.   Well, actually in 1992, I became vice
16  president business planning and development and
17  held that position until 1996, that title.  From
18  the -- roughly the middle of 1993 to the middle
19  of 1994, I acted as the head of marketing and
20  sales while we sought a replacement for the
21  person who had left.
22  Q.   And who had left?

Duy, Walter Frederick                               December 16, 2008
                          Columbus, OH

Page 25

1    A.   Doug Webb.
2    Q.   So the title listed on Exhibit 2 of
3    vice president business planning and development,
4    you actually assumed in 1992 and not 1994, as
5    Exhibit 2 indicates; is that correct?
6    A.   That's correct.
7    Q.   Following that, Exhibit 2 shows you
8    holding a title of director of business
9    development; is that -- was that correct?
10   A.   Yes.
11   Q.   How long did you hold the title of
12   director of business development?
13   A.   Until the end of July 2001.
14   Q.   And what happened in July 2001?
15   A.   I retired.
16   Q.   And why did you decide to retire?
17   A.   The organization that I was involved in
18   was centralizing in Connecticut, so I could
19   either move to Connecticut, or because I was old
20   enough, I had the opportunity to retire and
21   elected to do that.
22   Q.   Were you offered any incentives to

Page 188

1   or direct price would be reported to the pricing
2   publisher?
3            MR. KAVANAUGH:  Objection to form.
4            THE WITNESS:  Not now.
5   BY MS. OBEREMBT:
6       Q.   Would you turn to page 39 of the launch
7   plan.  Is there a heading on here that refers to
8   Medicaid Reimbursement Plan?
9       A.   Yes.
10      Q.   And what was the Medicaid Reimbursement
11  Plan?
12      A.   To announce the availability to
13  Medicaid programs and to have 15 and 30 added to
14  Medicaid formulas.
15      Q.   Was it important to the plan to have
16  Medicaid cover the drug?
17      A.   I don't remember what portion of any of
18  the palliative care product sales were Medicaid.
19  It -- it certainly didn't hurt, but I don't
20  remember Medicaid being a large factor to any of
21  the products.
22           So was it important?  Sure, it was the

Duy, Walter Frederick                         December 16, 2008
                        Columbus, OH

Page 189

1   thing.  Had we not had it in here, Shelly or one
2   of the other people would have said, "Have you
3   guys forgotten about Medicaid?"
4        Q.   Okay.  Would you turn to the second
5   attachment to the e-mail, which is the last page
6   of this exhibit, entitled Introductory Pricing
7   Proposal.  Did you draft this?
8        A.   I don't think so.
9        Q.   Do you know who drafted this?
10       A.   My -- no, for sure.  I do not know for
11  sure who drafted it.  My guess would be Bob
12  Sykora who worked for Rich Feldman maybe.  Maybe
13  Don Comston in the accounting group who often
14  pulled numbers like this together.  He may well
15  have done the words.  I would guess Sykora or
16  Feldman or some of the trade people provided the
17  words or the -- the reimbursement assumptions
18  that went into this.
19       Q.   Would you have approved this before you
20  sent it to Mr. Berkle?
21       A.   Sure.
22       Q.   Does this document reference a