# Exhibit 116

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

# Home Health Reimbursement

- Based on AWP
  - For Medicare patient
    - 80% paid by Medicare & 20% paid by patient, private insurance, or Medicaid
  - Private Pay Patient
    - AWP charged to Private insurance or patient pays cash
    - Negotiated price is paid by Insurer



# Hospital Reimbursement

- Based on the Diagnosis Related Group (DRG)
- Drugs are usually included in the DRG
- Hospital receives a total amount for the DRG which includes treatment and meds

# Retail Reimbursement

- Example
  - WAC = $30 (close to the pharmacy acquisition)
  - AWP = $36
  - Copay = $5
  - Pharmacist is paid:

By the plan (AWP-14% + dispensing fee) :

$30.96 + 2.50 - $5 copay = $28.46

Patient pays $5 copay

Total = $33.46 - cost of drug = $3.46

# Retail Reimbursement

- For Branded Products:
  - AWP is used to calculate reimbursement
  - Pharmacist is also paid a dispensing fee

- Typical Reimbursement Formula
  - Pharmacist is paid:

  AWP-X% + Dispensing Fee

# Combivent Inhalation Solution
# Launch Team Meeting

## May 24, 2000 – CR # 3C101/102
## 1:00 – 3:00 pm

## Agenda

| Introduction |
| --- |
| Packaging Updates |
| Launch Timelines |
| Market Updates – Dey Labs |
| Updates to follow up items:<br><br>• Fred Andrush – Contracting<br>• Dale Baird – Business Intelligence<br>• Pam Demala – Public Relations<br>• Dawn Gordon – Trade Relations<br>• Karen Gunther – Medical<br>• Kathy Lucas – Prof. Relations<br>• Rita Riebero – Sales Analysis<br>• Dorothy Rich – Marketing Research<br>• Jim Rowenhorst - Reimbursement<br>• Hemal Shaw – H/E<br>• Rich Smilowitz – Field Sales<br>• Chuck Wagner – MHC / Fed. Markets<br>• Kim Zaborowski – Sales Training |
| Q & A |
| Follow up action items |
| Next Meeting |

## Combivent UDV Launch Team Meeting Members

| Core Team | Discipline | Team Member | Phone/Extension | Department | Administrative Assistant |
|---|---|---|---|---|---|
| | Contracting | Fred Andrush | 203-798-4032 | Contracting | |
| | Competitive Intelligence | Dale Baird | 203-798-4452 | Business Intelligence | |
| | Public Affairs | Pam DeMala | 203-798-4700 | Public Relations | Carol Rubinow |
| | Forecasting | Karen Devine | 203-798-5745 | Business Analysis | |
| * | Product Management | Elizabeth Garofalo | 203-798-5264 | Marketing | Doris Peterson |
| * | Trade | Dawn Gordon | 727-363-6623 | Trade Relations | |
| * | Medical | Karen Gunther | 203-798-4032 | Medical | Lynn Rich |
| | Marketing Services | JoAnn Huckvale | 203-798-4044 | Marketing | Barbara Roy |
| * | Sales | Steve James | 315-637-6813 | Field Sales | |
| | Professional Relations | Kathy Lucas | 203-798-4050 | Professional Relations | Angie Macko |
| | Drug Information | Maureen Oakes | 203-798-5723 | Drug Information | |
| | Sales Analysis | Rita Ribeiro | 203-798-4080 | Sales Analysis | |
| * | Marketing Research | Dorothy Rich | 203-798-4074 | Marketing Research | Pat Slade |
| * | Reimbursements | Jim Rowenhorst | 203-798-4177 | Reimbursements | Beverly Dlugos |
| | Pharmacoeconomics | Hemal Shah | 203-798-5557 | Health Economics | Louise Maynard |
| * | DRA | Rick Tamorria | 203-798-4344 | DRA Product Support Group | Barbara Petruso |
| * | Legal | Scott Terrillion | 203-791-6098 | Legal | Maureen Iovino |
| | Production | Ron Tobin | 614-272-4725 | Production | |
| * | Managed Care | Chuck Wagner | 203-798-5611 | Managed Health Care | Jeanne Rogers |
| | Federal Markets | Chuck Wagner | 203-798-5611 | Managed Health Care | Jeanne Rogers |
| | Disease State Management | Chuck Wagner | 203-798-5611 | Managed Health Care | Jeanne Rogers |
| | DRA | Brian Walter | 203-798-4871 | DRA Development | Janet McWade |
| | Production | Scott Wells | 614-272-4779 | Production | |
| * | Sales Training | Kim Zaborowski | 203-798-7851 | Sales Training | |

Updated May 24, 2000