# Exhibit 117

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

| | |
|---|---|
| From: | Morgan, Kay [Kay_Morgan@firstdatabank.com] |
| Sent: | Tuesday, March 07, 2000 2:02 PM |
| To: | 'rfeldman@col.boeringer-ingelheim.com' |
| Subject: | AWP |



AWP.doc

<<AWP.doc>>

Hope this helps.

1

D0020615
RLI-AWP-00000435
ROX020-0187    FL

## Average Wholesale Price

I have many conversations regarding what is "AWP" and how does FDB determined it. There is much folklore and misunderstanding as to the determination of AWP and where we get the data.

AWP is the average **wholesale** price. That is, AWP is the average of the prices charged by the national drug wholesalers for a given product(NDC). The operative word is *average*. AWP was developed to provide a price which all parties could agree upon for electronic processing to be possible.

In order to determine the AWP, First DataBank surveys national wholesalers to ascertain what they use as a price basis in their AWP files. We contact the wholesalers to determine what the markup should be for a new company or to confirm that the markup that we are applying is current. A survey may be performed on a single NDC number or for a manufacturer's entire line of products. In either case, each national wholesaler is surveyed on a number of products from each manufacturer.

The number of surveys performed is increasing. First DataBank surveys drug wholesalers that represent over two-thirds of the wholesaler total dollar volume. The markup that First DataBank utilizes is representative of wholesalers on a national level. Because individual wholesalers may mark up each manufacturer differently, a weighted average, not a consensus average, is calculated. That is, the market share held by the wholesalers surveyed affects the markup proportionally. Wholesalers with higher drug dollar volumes have more weight in the determination of the final markup. Thus, a higher degree of certainty is achieved. We also consider the manufacturer's suggested wholesale price (SWP) in our determination.

Many are under the impression that the manufacturer sets the AWP. FDB considers the wholesale price suggested by the manufacturer a "Suggested Wholesale Price (SWP)" and has a different data element called "SWP' on the NDDF file for those customers who chose to use SWP instead of AWP. Frequently, the SWP and AWP are the same; however, we are having more instances where they are differing. We will populate the SWP with the new mark-up, but will survey the national wholesalers to determine AWP. The AWP will be populated with the wholesaler survey price even if it disagrees with the SWP.

In most cases, the results from surveys match what First DataBank is using. In the instances that they do not, it is policy that First DataBank will change the markup to report marketplace reality.

D0020616

RLI-AWP-00000436
ROX020-0188      FL