# Exhibit 119

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

BU Operations Committee Meeting Minutes
November 12, 1997

Present:    B. Banks          G. Fulton
            W. Baiker         J. Huth
            S. Berkle         J. King
            G. Ciarelli       K. Shepard
            R. Feldman        E. Tupa
                              R. Press (Minutes)

Guests:     G. Ellexson       S. Zagowzewski
            M. Smith

1. **Approval of Minutes from October 24, 1997**

Minutes were approved with minor corrections and will be re-issued as final.

2. **Review of Business Performance / Revised 1998 Budget**

The sales budget has been reduced in the area of direct promotion. Total sales have to be increased $1.156 million after taking out the $11.9 million in budget cut. Gregg provided handouts of his financial presentation on sales for the month and year to date. Shelly reminded those present that the year end is fast approaching. Everyone is asked to be right on top of departmental expenses and Jim and Ed are asked to carefully monitor sales.

RLI wants to reduce WAC pricing across the board to wholesalers and a team is being formed (G. Ciarelli and E. Tupa) in order to discuss the necessary steps / repercussions for the processes which will need to be in place before this can occur. Walter Poerschmann will be advised prior to any implementation.

3. **Internet Presentation**

Mike Smith provided a brief history of the RLI website and its evolution up to today. He brought us through the various icons and different viewing and input capabilities.

As a result of Mike's presentation, Pam DeMala will be contacted by Shelly in order to have her present an update on the status of the BI website.

4.      **Product Update on Flomax, Mirpex and Combivent**

Prescriptions for these products are steadily increasing. Combivent sales are slightly behind, however, Atrovent sales are significantly over budget. In terms of Mirapex, the forecast was raised to $20 million from the original forecast of $12 million. Currently, sales are over $15 million. Flomax sales are picking up after the initial stocking. Hytrin will be promoted with both more money and sales rep support which could have a mixed impact in 1998 on Flomax; lack of a generic will support our pricing and possibly formulary acceptance but continued or increased Abbott promotion of Hytrin will intensify competition for physician attention.

Greg reported that monthly reports will be initiated for all therapeutic areas starting next month in addition to separate reports for Combivent and Flomax.

5.      **Holiday Parties**

Everyone is reminded to use good judgement when planning departmental holiday parties.

6.      **Business Intelligence**

Sharlene proposed that the second pilot topic be chosen which would be completed by the end of the first quarter. Based on BI's strategic initiatives at this time, the topic of *What are the issues in our Palliative (Pain Management) therapeutic area?* was chosen.

7.      **Update on Ben Venue Acquisition**

Shelly reported that the tentative closing date is December 1, 1997. A visit to Ben Venue is planned for later this week by Shelly, Werner Gerstenberg and David Nurnberger to meet with Tom Russillo, COO of Ben Venue and the top senior executives. Tom will be named to this committee early next year.

After the closing another visit to Ben Venue, which will include colleagues from Ingelheim, will occur to provide an overview of BI and to provide an opportunity for all managers and supervisors from Ben Venue to ask questions of us.

Christian Scheiner, who was heavily involved in the acquisition process, will be moving to the USA and will be the liaison for the internationalization of the business. Also under consideration is bringing in a DRA person to help with this process. An Integration Steering Committee, (W. Gerstenberg, S. Berkle, T. Heil, G. Perez, H. Huels, D. Nurnberger, C. Scheiner, T. Russillo, R. Rautsola) will be meeting shortly to set in place the process for the whole business

integration.  Ben Venue will be the focus of a dedicated hospital care / critical care business.

3
buoc minutes 11/12/97

D0014152
BOEH01046467

**8. Corporate Donations Guidelines & Procedures**

Rich Feldman gave a brief history of this work-in-process which evolved out of a short dated inventory situation. A procedure is now being developed to enable the corporation to move this product via charitable donations.

Rich stressed that this is a work-in-process and shared a list of proposed recipients. There is currently a draft procedure being routed for comments. In addition, some product has, in fact, been donated which enabled the group working on this project to see how the process works and what glitches arose. Rich passed out the proposed guideline for any comments which should be directed to Dick Surface at RLI.

The issue of product going abroad needs to be addressed in order that we do not impact our license agreement negatively. Shelly will discuss this with Werner Gerstenberg.

**9. Consolidation in Industry Regarding Distribution**

Ed reported that various companies within the pharmaceutical industry have filed objections to some of the proposed mergers of the large distribution chains. These resultant mega-distributors impact significantly on our business.

In order to try to counter this, RLI made a presentation to Cardinal Drug during which discussions took place on how to better partner in business. In the future, it is felt that these types of top management meetings where potential partnering is discussed, will be the best way to go. Alternative approaches to distribution of product still needs to be considered in addition to this partner approach to move our products through these major chains.

**10. Miscellaneous**

Shelly Berkle reported on his discussion with Werner Gerstenberg regarding future Management Forum meetings and requested from the group suggestions for topics on subsequent forums.

Regarding space planning, the Invest Commission in Ingelheim has approved the leasing of outside space (Union Carbide) to alleviate the crowding at the AOB but this must still be approved by the Board.

Shelly reported on discussions on licensing for beclomethasone from 3M. 3M has informed Ingelheim that they have a US partner which has offered a larger forecast than BI offered. As we are having other, broader discussions with 3M, it might be appropriate to go back to this license (beclomethasone) issue.

D0014153
BOEH01046468

Out of a possible 90, the meeting was rated 62 - overall rating of 6.8:

| *What worked:* | *What didn't work:* |
| --- | --- |
| ↳ Good honest interchange<br>↳ Business Intelligence agreement to action | ↳ Meeting too structured<br>↳ Honest issues and interchange are not being put on the table<br>↳ More discipline<br>↳ More time needed for Misc. Items<br>↳ More time for actionable items<br>↳ Force rank topics |

**The December BUOC meeting will take place on December 15 starting at 3:00pm - location to be advised.**

5
buoc minutes 11/12/97

D0014154

BOEH01046469