# Exhibit 121

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

**Roxane Laboratories, Inc.**

# Memo

**To:** Mr. W. Gerstenberg

**From:** Judy Waterer

**CC:** Mr. E. Tupa

**Date:** February 7, 1998

**Re:** WAC Adjustment Implementation Update

---

In setting a trigger date for implementation of our proposed WAC adjustment it is critical to keep in mind that the reason we are implementing this is primarily customer driven, and hence we must strive to meet the customers needs and timelines to the best of our ability.

In order to test the customers' acceptance of our methodology for calculation of the WAC adjustments on a Net to Net basis, we ran a trial WAC adjustment on just two products (Ranitidine and IB-UDV) in December. While the roll-out was widely accepted by our smaller customers, we are still have significant unresolved concerns with our largest wholesalers who are, for the most part, demanding a WAC to WAC adjustment. As the customers have already received significant rebates on our products, a WAC to WAC adjustment would potentially cost us millions of dollars, and the customer would, in essence, be getting a double credit for his rebate. The trade relations group is working diligently to resolve this issue with our largest and most critical customers. We believe it would not be appropriate to move forward with adjustment of approximately 200 SKUs until we are able to reach a reasonable understanding and agreement with our customers on the initial WAC adjustment.

Additionally, in order to implement 200 SKUs, the system must be automated and validated. The Test WAC was run by hand, with the assistance of Excel Spreadsheets. The programming is in its final stages of validation, and should be ready to handle implementation in a few weeks – provided the validation goes well. In order to validate the programming, "mock" data have been compiled for 2 major accounts. Once the data is run, Trade Relations will need to validate that all appropriate customer pricing is being captured correctly on a net basis.

Comprehensive and far reaching implications of this price adjustment required extensive field representative training during Trimester 1 meetings, and additional implementation training will occur immediately before launch implementation. Customers are being prepared gently and carefully, as this will entail a great deal on their part and we have to be sure it is positioned correctly. The Net to Net calculation issue is a huge challenge to our customers, but it must be calculated by this method (at least until we get our pricing in line with the market as a whole).

At this time, we anticipate that the customer issues will be sufficiently put to rest to implement the full WAC adjustment in mid-March.

EXHIBIT
Tupa 652
DLS 1-31-03

CONFIDENTIAL
ROX-TX 01264

## Sample WAC Adjustment Calculation assuming:

| | |
|---|---|
| Current WAC | $85 |
| New WAC | $35 |
| Current Contract/Source Price | $28 |
| New Contract/Source Price | $28 |

## WAC to WAC Calculations

| | |
|---|---|
| Current WAC | $85 |
| - 67% Source Rebate | $57 |
| Customer Net Cost | $28 |
| | |
| Current WAC | $85 |
| - New WAC | $35 |
| Adjustment Due Customer | $50 |
| | |
| Customer Net Cost | $28 |
| - Adjustment Due Customer | $50 |
| Customer's Final Cost | -$22 |

## NET to NET Calculations

| | |
|---|---|
| Current WAC | $85 |
| - 67% Source Rebate | $57 |
| Customer Net Cost | $28 |
| | |
| Customer Net Cost | $28 |
| - New Net Cost | $28 |
| Adjustment Due Customer | $0 |
| | |
| Customer Net Cost | $28 |
| - Adjustment Due Customer | $0 |
| Customer's Final Cost | $28 |

CONFIDENTIAL
ROX-TX 01265