# Exhibit 122

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

## WAC Adjustment and Program Implementation
### Tuesday, February 17, 1998
### 11:00 am – 6:00 pm

Attendees:

| | | |
|---|---|---|
| Phyllis Alesio | Rich Feldman | Everett Mathews |
| Cheryl Silvia | Ed Tupa | Judy Waterer |
| Ed DiPaola | Lesli Paoletti | Herman Dick |
| Nellie Whitehill | Kevin Pennells | John Powers |
| Sharon Wray | | |

cc:     Dave Roberts, Greg Ciarelli, Ed Tupa

- Trial WAC adjustment was reviewed and it was agreed that we should run the full line WAC as similarly as possible. All systems worked and ran well.
- New Source Program was reviewed for implementation steps.
- Scope of project expanded to include simultaneous roll-out of the following:
    - WAC Price increases
    - WAC Price decreases
    - Net to Net Inventory adjustments
    - Change to 2% terms on all products
    - Contract price adjustments
    - New Source Program
    - Commitment Package

- Full Implementation:
- **END MARCH 15/BEGIN MARCH 16**

- Full Line WAC Adjustment
- Finished product by March 10, 1998, for roll-out on March 13, 1998

### A. CRITICAL STEPS

1. Program Design (S. Wray, E. DiPaola, K. Pennells, C. Silvia)
    a. System to pull contract, source, non-contract and exception pricing to get customer net price for wholesalers
    b. Design customer letter attachments (individualized) – 2 formats
    c. System for input and analysis of customer supplied data
    d. Criteria and system for validation of customer supplied inventory quantities
    e. Draft kick-out criteria (based on Trial WAC) and circulated for agreement. Include variable inventory months and

**PAOLETTI 04387**

RLI-AWP-00072643
ROX028-0145     F

"auto-kick-out" of Bergen, Cardinal, Amerisource, and McKesson. (Alesio, Slivia)
    f.    Add "Inventory Months Kick-out" column to WAC grid (Waterer)
    g.    Design of credit documentation to return to customers
    h.    System to generate "30 day" reminder list
    i.    Format for field and customer notifications.

1. WAC Price Determination (J. Waterer)
   a. Obtain buy-in of Trade Relations and Contracts
   b. Impact analysis relative to budget
   c. Circulated for approvals
   d. Assure entry into item master

1. Source Pricing Program (Waterer, Powers, Feldman, Paoletti)
   a. Obtain buy in of Trade Relations and Contracts
   b. Customer by Customer impact analysis (Feldman and field)
   c. Assure data entry into system (change %'s)
   d. Contract development (Powers)

1. Financial Impact Analysis (Waterer, Dick)
   a. WAC adjustment liabilities
   b. Medicaid impact
   c. Change in terms impact
   d. Gross and net sales impact
   e. Budget impact

1. Customer Communication Development
   a. Letter to accompany WAC Adjustment credit memo (BISC)
   b. Trade letter announcing changes (Feldman)
   c. Contracts for Source A, B, C (Powers, Waterer)

1. Field Implementation (Feldman)
   a. Field training and direction
   b. Customer analysis and path forward
   c. Explanation of programs
   d. Priorities and targeting

## A. PROCESS FLOW RESPONSIBILITIES

1. Net Price Validation (S. Wray, E. DiPaola, K. Pennells)
   a. Refresh data (S. Wray)

**PAOLETTI 04388**

RLI-AWP-00072644
ROX028-0146

    b. Update item masters (N. Whitehill)
    c. Enter source % changes (L. Paoletti, N. Whitehill)
    d. Run current net pricing for key wholesalers and validate net price capture is correct (E. Dipaola)
    e. Print all wholesaler's sheets in both formats

1. Mailings to Customers (Feldman)
    a. Validate customer sheets with field
    b. Compile letters, attachments, grids, etc and assemble mailings to customers with cc: to home office file and field representative.

1. Customer response tracking
    a. Logging customer responses and sending (BISC)
    b. 30 day notice list to R. Feldman/Creating reminder letters (BISC)
    c. Sending reminder letters/Contacting non-responders (Feldman)

1. Data Entry and Evaluation
    a. Data entry of customer responses (BISC)
    b. Evaluation of customer eligibility based on programmed criteria
    c. Credits returned to R. Feldman for approval (BISC)
    d. Approval of credits returned to BISC (Feldman)

1. Credits Issued
    a. Data entry of approved credits (BISC)
    b. Customer notification and documentation of allowed credits (BISC)
    c. Field notification of customer approved credits with documentation
    d. Maintain file copy of transaction (BISC)

## C. REPORT FORMATS

I
    I. WAC Adjustment Summary: To be mailed to customer. Will print only products which are eligible for adjustment on net to net basis.

| NDC# / Description | A<br>Inventory<br>On Hand<br>3/16/1998 | B<br>Inventory<br>In Transit<br>3/16/1998 | C<br>Qty On<br>Order<br>Not Rcvd | D<br>Qty On<br>Order at<br>Old Price | E<br>Total Qty<br>Adjustment<br>Allowed | Old<br>Invoice<br>Price | Old<br>Net<br>Price | New<br>Invoice<br>Price | New<br>Net<br>Price | Unit<br>Net<br>Difference |
|---|---|---|---|---|---|---|---|---|---|---|

**PAOLETTI 04389**

RLI-AWP-00072645
ROX028-0147

To include following statement on bottom:
- a. "These adjustments may have to be disclosed to Medicaid or other state or federal programs."
- b. "Prices subject to change without notice."
- c. "Net pricing assumes no change in Source Program Status"

II. Representative Worksheet

I. To be used by representative in reviewing account with customer

| NDC # | Old Invoice Price | Old Source % | Old Net Price | New Invoice Price | New Source % | New Net Price |
|-------|-------------------|--------------|---------------|-------------------|--------------|---------------|

## D. STILL TO DO

I. Initially, Source Program will run in rebate checks – will switch to credits once it has system ready – Targeting July 1998

**PAOLETTI 04390**

RLI-AWP-00072646
ROX028-0148    L