# Exhibit 123

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



P.O. Box 16532 • Columbus, Ohio 43216-6532 • Phone 614/276-4000 • Fax 614/274-0974

March 13, 1998

Company
Street Address
City, State  Zip
Key Contact 1
Key Contact 2
Key Contact 3

Dear Wholesale Buyer:

As a result of your input, Roxane Laboratories is announcing major changes to the way it conducts its business. Below and enclosed please find information on:

- WAC/AWP changes
- terms
- source program modifications
- explanation for the shelf-stock adjustments

### WAC/AWP Changes

Effective 12:01a.m. Eastern Standard Time, **March 16, 1998**, the attached prices are effective. Enclosed please find a shelf-stock adjustment worksheet (sent to corporate only) to be returned to Roxane to receive your credits. Please note shelf-stock adjustments must be submitted no later than **Friday, April 17, 1998**. **Please return the worksheets to:**

Ms. Phyllis Alesio, Boehringer Ingelheim Service Center, 900 Ridgebury Road, Ridgefield, CT, 06877-0368.

### Terms

Effective 12:01a.m. Eastern Standard Time, **March 16, 1998**, Roxane terms will be 2% 30 days net 31 days for all products. Orders received prior to this date but not yet shipped will receive the new terms.

### Source Program

Effective 12:01a.m. Eastern Standard Time, **March 16, 1998**, all rebates currently associated with your Roxane Wholesaler Source Partners Program will be modified as noted in the attachment.

Your Account Representative will be contacting you shortly to answer any questions that you may have with respect to these changes.

We believe these changes are positive and are a direct response to many of your suggestions. As always, we appreciate your business and thank you for your continued support.

Sincerely,

Richard A. Feldman, R. Ph.
Executive Director, Trade and Pharmacy Affairs

RAF/acm
Enclosures

ROXANE • PAIN • INSTITUTE

DEPOSITION
EXHIBIT
Weber 855
DLS 4-1-03

**CONFIDENTIAL
Attorney's Eyes Only**

WAC LTR 95.doc

1 • 800 • 335 • 9100

**ROX TX 14599**

CONFIDENTIAL
Attorney's Eyes Only

# Price Changes Effective March 16, 1998

| PRODUCT DESCRIPTION | NDC # 0054- | STRENGTH | PACKAGE | OLD AWP | NEW AWP | OLD WAC | NEW WAC |
|---|---|---|---|---|---|---|---|
| ACETAMINOPHEN ORAL SOL'N | 3010-50 | 160MG/5ML | 120ML | $ 2.35 | $ 2.35 | $ 1.74 | $ 1.74 |
| ACETAMINOPHEN ORAL SOL'N | 3010-63 | 160MG/5ML | 500ML | $ 6.87 | $ 6.87 | $ 5.09 | $ 4.25 |
| ACETAMINOPHEN ORAL SOL'N | 8005-04 | 160MG/5ML | 100X5ML | $ 46.63 | $ 46.63 | $ 34.54 | $ 20.16 |
| ACETAMINOPHEN ORAL SOL'N | 8006-04 | 325MG/10.15ML | 100X10.15ML | $ 46.63 | $ 46.63 | $ 34.54 | $ 23.14 |
| ACETAMINOPHEN ORAL SOL'N | 8007-04 | 650MG/20.3ML | 100X20.3ML | $ 78.45 | $ 78.45 | $ 58.11 | $ 28.22 |
| ACETAMINOPHEN TABLETS | 8014-25 | 325MG | 100UD | $ 5.73 | $ 5.73 | $ 4.24 | $ 3.15 |
| ACETAMINOPHEN TABLETS | 8016-25 | 500MG | 100UD | $ 7.61 | $ 7.61 | $ 5.63 | $ 4.60 |
| ACETAMINOPHEN & CODEINE OS | 3005-50 | 120mg/12mg/5mL | 120mL | $ 6.72 | $ 6.72 | $ 5.04 | $ 5.04 |
| ACETAMINOPHEN & CODEINE OS | 3005-63 | 120MG/12MG/5ML | 500ML | $ 20.77 | $ 20.77 | $ 15.38 | $ 7.35 |
| ACETAMINOPHEN & CODEINE OS | 8013-04 | 120MG/12MG/5ML | 100X5ML | $ 54.87 | $ 54.87 | $ 40.64 | $ 25.54 |
| ACETAMINOPHEN & CODEINE OS | 8002-04 | 300MG/30MG/12.5ML | 100X12.5ML | $ 57.08 | $ 57.08 | $ 42.28 | $ 29.42 |
| ACETAMINOPHEN & CODEINE OS | 8017-04 | 360MG/36MG/15ML | 100X15ML | $ 57.83 | $ 57.83 | $ 42.83 | $ 32.94 |
| ACET/CODEINE TABLETS | 8022-25 | 300MG/30MG | 100UD | $ 14.67 | $ 14.67 | $ 10.87 | $ 8.42 |
| ACET/CODEINE TABLETS | 8022-24 | 300MG/30MG | 4X25RN | $ 22.13 | $ 22.13 | $ 16.39 | $ 12.22 |
| ACETYLCYSTEINE SOLUTION | 3027-02 | 10% | 3X10ML | $ 19.56 | $ 19.56 | $ 14.49 | $ 14.49 |
| ACETYLCYSTEINE SOLUTION | 3025-02 | 10% | 3X30ML | $ 34.94 | $ 34.94 | $ 25.88 | $ 25.88 |
| ACETYLCYSTEINE SOLUTION | 8059-05 | 10% | 12X4ML | $ 30.74 | $ 30.74 | $ 22.77 | $ 22.77 |
| ACETYLCYSTEINE SOLUTION | 3028-02 | 20% | 3X10ML | $ 24.45 | $ 24.45 | $ 18.11 | $ 18.11 |
| ACETYLCYSTEINE SOLUTION | 3026-02 | 20% | 3X30ML | $ 39.13 | $ 39.13 | $ 28.98 | $ 28.98 |
| ACETYLCYSTEINE SOLUTION | 8060-05 | 20% | 12X4ML | $ 33.54 | $ 33.54 | $ 24.84 | $ 24.84 |
| ACYCLOVIR CAPSULES | 2080-25 | 200MG | 100 | $ 97.70 | $ 97.70 | $ 54.28 | $ 23.01 |
| ACYCLOVIR CAPSULES | 8080-25 | 200MG | 100UD | $ 111.29 | $ 111.29 | $ 61.82 | $ 28.71 |
| ALUM HYDROXIDE GEL | 3035-63 | 450MG/5ML | 500ML | $ 5.19 | $ 5.19 | $ 3.84 | $ 3.84 |
| ALUM HYDROXIDE GEL | 8035-11 | 2700MG/30ML | 100X30ML | $ 50.43 | $ 68.17 | $ 37.36 | $ 50.50 |
| ALUM HYDROXIDE GEL CONC | 3034-54 | 675MG/5ML | 180ML | $ 2.25 | $ 2.25 | $ 1.67 | $ 1.67 |
| ALUM HYDROXIDE GEL CONC | 3034-63 | 675MG/5ML | 500ML | $ 6.13 | $ 6.13 | $ 4.54 | $ 4.54 |
| ALUM HYDROXIDE GEL CONC | 8036-04 | 2700MG/20ML | 100X20ML | $ 62.03 | $ 62.03 | $ 45.95 | $ 45.95 |
| ALUM HYDROXIDE GEL CONC | 8028-04 | 4050MG/30ML | 100X30ML | $ 66.78 | $ 66.78 | $ 49.47 | $ 40.02 |
| ALUMINA & MAGNESIA SUSP | 8540-04 | 200/220 | 100X30ML | $ 50.92 | $ 50.92 | $ 37.72 | $ 30.61 |
| ALUMINA/MAGNESIA/SIMETH | 8037-04 | 640/600/60/15ML | 100X15ML | $ 33.02 | $ 33.02 | $ 24.46 | $ 24.46 |
| ALUMINA/MAGNESIA/SIMETH | 8038-04 | 640/600/60/15ML | 100X30ML | $ 40.05 | $ 40.05 | $ 29.67 | $ 29.67 |
| AMINOPHYLLINE ORAL SOL'N | 3045-63 | 105MG/5ML | 500ML | $ 18.01 | $ 18.01 | $ 13.34 | $ 13.34 |
| AMINOPHYLLINE ORAL SOL'N | 8049-16 | 105MG/5ML | 40X10ML | $ 23.04 | $ 23.04 | $ 17.07 | $ 17.07 |
| AMINOPHYLLINE ORAL SOL'N | 8050-16 | 105MG/5ML | 40X15ML | $ 24.05 | $ 24.05 | $ 17.82 | $ 17.82 |
| AROMATIC CASCARA | 8048-16 | | 40X5ML | $ 37.59 | $ 37.59 | $ 27.84 | $ 15.68 |
| AZATHIOPRINE TABLETS | 4084-25 | 50MG | 100 | $ 116.63 | $ 116.63 | $ 83.35 | $ 83.35 |
| AZATHIOPRINE TABLETS | 8084-25 | 50MG | 100UD | $ 128.31 | $ 128.31 | $ 91.68 | $ 91.68 |
| CALCIUM CARBONATE TABLETS | 4120-25 | 1250MG | 100 | $ 9.19 | $ 9.19 | $ 6.81 | $ 5.44 |
| CALCIUM CARBONATE TABLETS | 8120-25 | 1250MG | 100UD | $ 11.90 | $ 11.90 | $ 8.82 | $ 6.05 |
| CALCIUM CARBONATE SOL'N | 3117-63 | 1250MG/5ML | 500ML | $ 9.50 | $ 9.50 | $ 7.03 | $ 7.03 |
| CALCIUM CARBONATE SOL'N | 8116-16 | 1250MG/5ML | 40X5ML | $ 17.94 | $ 17.94 | $ 13.29 | $ 13.29 |
| CALCIUM GLUCONATE TAB | 4121-25 | 500MG | 100 | $ 7.47 | $ 7.47 | $ 5.53 | $ 5.53 |
| CALCIUM GLUCONATE TAB | 8121-25 | 500MG | 100UD | $ 13.93 | $ 13.93 | $ 10.32 | $ 10.32 |
| CASTOR OIL | 8131-04 | USP | 100X30ML | $ 57.78 | $ 57.78 | $ 42.80 | $ 42.80 |
| CASTOR OIL | 8132-11 | USP | 100X60ML | $ 127.18 | $ 127.18 | $ 94.21 | $ 94.21 |
| CASTOR OIL | 8133-04 | FLVD | 100X30ML | $ 60.10 | $ 60.10 | $ 44.52 | $ 44.52 |
| CASTOR OIL | 8134-11 | FLVD | 100X60ML | $ 138.53 | $ 138.53 | $ 102.62 | $ 102.62 |
| CHLORPROMAZINE INTENSOL | 3144-50 | 30MG/ML | 120ML | $ 5.95 | $ 5.95 | $ 4.41 | $ 4.25 |
| CHLORPROMAZINE INTENSOL | 3146-58 | 100MG/ML | 240ML | $ 20.12 | $ 20.12 | $ 14.90 | $ 9.97 |
| CIMETIDINE ORAL SOLUTION | 3227-58 | 300MG/5ML | 240ML | $ 89.08 | $ 89.08 | $ 21.00 | $ 21.00 |

Roxane Laboratories, Inc.

Page 1 of 9

ROX TX 14600

TXEX01068

## Price Changes Effective March 16, 1998

| PRODUCT DESCRIPTION | NDC # 0054- | STRENGTH | PACKAGE | OLD AWP | NEW AWP | OLD WAC | NEW WAC |
|---|---|---|---|---|---|---|---|
| CIMETIDINE ORAL SOLUTION | 8227-16 | 300MG/5ML | 5MLX40 | $ 100.98 | $ 100.98 | $ 56.00 | $ 56.00 |
| CIMETIDINE ORAL SOLUTION | 8230-16 | 300MG/5ML | 6.7MLX40 | $ 135.31 | $ 135.31 | $ 75.04 | $ 75.04 |
| COCAINE HCL TOPICAL | 3154-40 | 4% | 10ML | $ 50.35 | $ 50.35 | $ 40.69 | $ 31.79 |
| COCAINE HCL TOPICAL | 8163-03 | 4% | 5X4ML | $ 101.85 | $ 101.85 | $ 82.30 | $ 60.99 |
| COCAINE HCL TOPICAL | 3155-40 | 10% | 10ML | $ 86.37 | $ 86.37 | $ 69.78 | $ 65.93 |
| COCAINE HCL TOPICAL | 8164-03 | 10% | 5X4ML | $ 173.99 | $ 173.99 | $ 140.60 | $ 127.54 |
| CODEINE PHOSPHATE SOL'N | 3161-63 | 15MG/5ML | 500ML | $ 32.53 | $ 35.78 | $ 24.09 | $ 26.37 |
| CODEINE PHOSPHATE SOL'N | 8160-16 | 15MG/5ML | 40X5ML | $ 53.70 | $ 59.07 | $ 39.78 | $ 43.70 |
| CODEINE SULFATE TABLETS | 8155-24 | 15MG | 4X25RN | $ 34.01 | $ 37.41 | $ 21.81 | $ 23.89 |
| CODEINE SULFATE TABLETS | 4156-25 | 30MG | 100 | $ 36.61 | $ 40.27 | $ 23.47 | $ 25.76 |
| CODEINE SULFATE TABLETS | 8156-24 | 30MG | 4X25RN | $ 40.54 | $ 44.59 | $ 25.99 | $ 28.55 |
| CODEINE SULFATE TABLETS | 4157-25 | 60MG | 100 | $ 67.06 | $ 73.77 | $ 42.99 | $ 47.22 |
| CODEINE SULFATE TABLETS | 8157-24 | 60MG | 4X25RN | $ 73.61 | $ 80.97 | $ 47.18 | $ 51.83 |
| DEXAMETHASONE TABLETS | 4179-25 | 0.5MG | 100 | $ 12.01 | $ 12.01 | $ 7.70 | $ 3.41 |
| DEXAMETHASONE TABLETS | 8179-25 | 0.5MG | 100UD | $ 14.99 | $ 14.99 | $ 11.10 | $ 3.87 |
| DEXAMETHASONE TABLETS | 4180-25 | 0.75MG | 100 | $ 14.61 | $ 14.61 | $ 9.37 | $ 4.25 |
| DEXAMETHASONE TABLETS | 8180-25 | 0.75MG | 100UD | $ 17.22 | $ 17.22 | $ 12.76 | $ 5.50 |
| DEXAMETHASONE TABLETS | 4181-25 | 1MG | 100 | $ 25.51 | $ 28.06 | $ 16.35 | $ 17.89 |
| DEXAMETHASONE TABLETS | 8174-25 | 1MG | 100UD | $ 25.79 | $ 28.37 | $ 19.10 | $ 20.91 |
| DEXAMETHASONE TABLETS | 4182-25 | 1.5MG | 100 | $ 27.14 | $ 27.14 | $ 17.40 | $ 7.88 |
| DEXAMETHASONE TABLETS | 8181-25 | 1.5MG | 100UD | $ 29.08 | $ 29.08 | $ 21.54 | $ 8.95 |
| DEXAMETHASONE TABLETS | 4183-25 | 2MG | 100 | $ 49.95 | $ 54.95 | $ 32.02 | $ 35.20 |
| DEXAMETHASONE TABLETS | 8176-25 | 2MG | 100UD | $ 48.76 | $ 53.64 | $ 36.12 | $ 39.70 |
| DEXAMETHASONE TABLETS | 4184-25 | 4MG | 100 | $ 58.41 | $ 58.41 | $ 37.44 | $ 10.37 |
| DEXAMETHASONE TABLETS | 8175-25 | 4MG | 100UD | $ 56.41 | $ 56.41 | $ 41.78 | $ 10.52 |
| DEXAMETHASONE TABLETS | 4186-25 | 6MG | 100 | $ 98.88 | $ 98.88 | $ 63.38 | $ 41.09 |
| DEXAMETHASONE TABLETS | 8183-25 | 6MG | 100UD | $ 88.49 | $ 88.49 | $ 65.55 | $ 45.00 |
| DEXAMETHASONE SOLUTION | 3177-63 | 0.5MG/5ML | 500ML | $ 17.56 | $ 17.56 | $ 13.01 | $ 11.88 |
| DEXAMETHASONE SOLUTION | 8177-16 | 0.5MG/5ML | 40X5ML | $ 27.07 | $ 29.78 | $ 20.05 | $ 22.00 |
| DEXAMETHASONE SOLUTION | 8168-16 | 2MG/20ML | 40X20ML | $ 34.04 | $ 37.44 | $ 25.22 | $ 27.70 |
| DEXAMETHASONE INTENSOL | 3176-44 | 1MG/ML | 30ML | $ 14.30 | $ 15.73 | $ 10.59 | $ 11.65 |
| DIAZEPAM ORAL SOLUTION | 3188-63 | 5MG/5ML | 500ML | $ 38.79 | $ 42.67 | $ 28.73 | $ 31.60 |
| DIAZEPAM ORAL SOLUTION | 8207-16 | 5MG/5ML | 40X5ML | $ 67.57 | $ 74.33 | $ 50.05 | $ 55.05 |
| DIAZEPAM ORAL SOLUTION | 8208-16 | 10MG/10ML | 40X10ML | $ 94.49 | $ 103.94 | $ 69.99 | $ 76.97 |
| DIAZEPAM INTENSOL | 3185-44 | 5MG/ML | 30ML | $ 21.38 | $ 23.52 | $ 15.84 | $ 17.40 |
| DICLOFENAC SODIUM TABLET | 4223-21 | 25MG | 60 | $ 26.58 | $ 26.58 | $ 13.99 | $ 13.33 |
| DICLOFENAC SODIUM TABLET | 4223-25 | 25MG | 100 | $ 44.30 | $ 44.30 | $ 23.31 | $ 21.70 |
| DICLOFENAC SODIUM TABLET | 8223-25 | 25MG | 100UD | $ 47.40 | $ 47.40 | $ 30.72 | $ 23.75 |
| DICLOFENAC SODIUM TABLET | 4221-21 | 50MG | 60 | $ 51.66 | $ 51.66 | $ 24.25 | $ 17.15 |
| DICLOFENAC SODIUM TABLET | 4221-25 | 50MG | 100 | $ 86.13 | $ 86.13 | $ 40.45 | $ 28.06 |
| DICLOFENAC SODIUM TABLET | 4221-31 | 50MG | 1000 | $ 846.52 | $ 846.52 | $ 397.39 | $ 238.35 |
| DICLOFENAC SODIUM TABLET | 8221-25 | 50MG | 100UD | $ 92.17 | $ 92.17 | $ 59.74 | $ 31.94 |
| DICLOFENAC SODIUM TABLET | 4222-21 | 75MG | 60 | $ 62.58 | $ 62.58 | $ 29.35 | $ 19.06 |
| DICLOFENAC SODIUM TABLET | 4222-25 | 75MG | 100 | $ 104.31 | $ 104.31 | $ 45.53 | $ 31.23 |
| DICLOFENAC SODIUM TABLET | 4222-31 | 75MG | 1000 | $ 1,025.25 | $ 1,025.25 | $ 409.76 | $ 275.30 |
| DICLOFENAC SODIUM TABLET | 8222-25 | 75MG | 100UD | $ 111.63 | $ 111.63 | $ 72.35 | $ 33.00 |
| DIFLUNISAL TABLETS | 4210-21 | 250MG | 60 | $ 47.85 | $ 47.85 | $ 20.96 | $ 20.96 |
| DIFLUNISAL TABLETS | 8210-25 | 250MG | 100UD | $ 87.25 | $ 87.25 | $ 49.68 | $ 49.68 |
| DIFLUNISAL TABLETS | 4220-21 | 500MG | 60 | $ 59.90 | $ 68.89 | $ 26.91 | $ 32.46 |
| DIFLUNISAL TABLETS | 8220-25 | 500MG | 100UD | $ 104.28 | $ 104.28 | $ 65.21 | $ 65.21 |

Roxane Laboratories, Inc.

Page 2 of 9

CONFIDENTIAL
Attorney's Eyes Only

ROX TX 14601

TXEX01069

## Price Changes Effective March 16, 1998

| PRODUCT DESCRIPTION | NDC # 0054- | STRENGTH | PACKAGE | OLD AWP | NEW AWP | OLD WAC | NEW WAC |
|---|---|---|---|---|---|---|---|
| DIGOXIN ELIXIR | 3192-46 | 0.05MG/ML | 60ML | $ 10.40 | $ 10.40 | $ 7.70 | $ 5.75 |
| DIGOXIN ELIXIR | 8192-16 | 0.125MG/2.5ML | 40X2.5ML | $ 41.93 | $ 46.12 | $ 31.06 | $ 34.11 |
| DIGOXIN ELIXIR | 8193-16 | 0.25MG/5ML | 40X5ML | $ 62.30 | $ 68.53 | $ 46.15 | $ 50.26 |
| DHT TABLETS | 4190-19 | 0.125MG | 50 | $ 47.01 | $ 49.36 | $ 33.95 | $ 35.65 |
| DHT TABLETS | 8172-25 | 0.125MG | 100UD | $ 96.61 | $ 101.44 | $ 71.54 | $ 75.12 |
| DHT TABLETS | 4189-25 | 0.2MG | 100 | $ 95.50 | $ 100.28 | $ 70.72 | $ 74.26 |
| DHT TABLETS | 8182-25 | 0.2MG | 100UD | $ 109.13 | $ 114.59 | $ 80.80 | $ 84.84 |
| DHT TABLETS | 4191-19 | 0.4MG | 50 | $ 85.71 | $ 90.00 | $ 63.49 | $ 66.66 |
| DHT INTENSOL | 3170-44 | 0.2MG/ML | 30ML | $ 35.26 | $ 38.79 | $ 26.12 | $ 28.16 |
| DILUENT | 3173-63 | | 500ML | $ 10.11 | $ 11.12 | $ 7.49 | $ 8.01 |
| DILUENT | 8173-16 | | 40X15ML | $ 21.81 | $ 23.99 | $ 16.16 | $ 17.37 |
| DIPHENHYDRAMINE HCl ELIXIR | 8190-04 | 25MG/10ML | 100X10ML | $ 51.89 | $ 51.89 | $ 38.43 | $ 32.57 |
| DIPHENOX W/ATROPINE OS | 3194-46 | 2MG/4ML | 60ML | $ 6.28 | $ 6.28 | $ 4.65 | $ 4.65 |
| DIPHENOX W/ATROPINE OS | 8191-16 | 2.5MG/5ML | 40X5ML | $ 32.49 | $ 35.74 | $ 24.07 | $ 25.82 |
| DIPHENOX W/ATROPINE OS | 8171-16 | 5MG/10ML | 40X10ML | $ 53.54 | $ 58.89 | $ 39.66 | $ 42.83 |
| DOCUSATE SODIUM SYRUP | 8187-04 | 50MG/15ML | 100X15ML | $ 68.73 | $ 68.73 | $ 50.91 | $ 29.36 |
| DOCUSATE SODIUM SYRUP | 8188-04 | 100MG/30ML | 100X30ML | $ 71.39 | $ 71.39 | $ 52.88 | $ 34.48 |
| DOLOPHINE TABLETS | 4216-25 | 5mg | 100 | $ 9.86 | $ 9.86 | $ 7.89 | $ 7.89 |
| DOLOPHINE TABLETS | 4217-25 | 10mg | 100 | $ 16.01 | $ 16.01 | $ 12.81 | $ 12.81 |
| DOLOPHINE INJECTION | 1218-42 | 10mg/mL | 20mL VIAL | $ 15.13 | $ 15.13 | $ 12.10 | $ 12.10 |
| DURACLON INJECTION | 8233-01 | 1mg/10mL | 10mL VIAL | $ 51.00 | $ 51.00 | $ 42.50 | $ 42.50 |
| FERROUS SULFATE SOLUTION | 8281-04 | 300MG/5ML | 100X5ML | $ 46.64 | $ 46.64 | $ 34.55 | $ 23.95 |
| FERROUS SULFATE TABLETS | 8284-25 | 300MG | 100UD | $ 6.02 | $ 6.02 | $ 4.46 | $ 3.35 |
| FUROSEMIDE ORAL SOLUTION | 3294-46 | 10MG/ML | 60ML | $ 9.10 | $ 9.10 | $ 6.74 | $ 6.74 |
| FUROSEMIDE ORAL SOLUTION | 3294-50 | 10MG/ML | 120ML | $ 17.67 | $ 17.67 | $ 13.09 | $ 13.09 |
| FUROSEMIDE ORAL SOLUTION | 3298-63 | 40MG/5ML | 500ML | $ 29.04 | $ 29.04 | $ 21.51 | $ 21.51 |
| FUROSEMIDE ORAL SOLUTION | 8298-16 | 40MG/5ML | 40X5ML | $ 47.50 | $ 47.50 | $ 35.18 | $ 35.18 |
| FUROSEMIDE TABLETS | 4297-25 | 20MG | 100 | $ 5.25 | $ 5.25 | $ 3.37 | $ 3.37 |
| FUROSEMIDE TABLETS | 4297-31 | 20MG | 1000 | $ 36.05 | $ 36.05 | $ 23.11 | $ 23.11 |
| FUROSEMIDE TABLETS | 8297-25 | 20MG | 100UD | $ 7.57 | $ 7.57 | $ 5.61 | $ 5.61 |
| FUROSEMIDE TABLETS | 4299-25 | 40MG | 100 | $ 5.98 | $ 5.98 | $ 3.83 | $ 3.83 |
| FUROSEMIDE TABLETS | 4299-31 | 40MG | 1000 | $ 45.25 | $ 45.25 | $ 29.01 | $ 29.01 |
| FUROSEMIDE TABLETS | 8299-25 | 40MG | 100UD | $ 8.49 | $ 8.49 | $ 6.29 | $ 6.29 |
| FUROSEMIDE TABLETS | 4301-25 | 80MG | 100 | $ 13.49 | $ 13.49 | $ 8.65 | $ 8.65 |
| FUROSEMIDE TABLETS | 4301-29 | 80MG | 500 | $ 67.47 | $ 67.47 | $ 43.25 | $ 43.25 |
| FUROSEMIDE TABLETS | 8301-25 | 80MG | 100UD | $ 17.54 | $ 17.54 | $ 12.99 | $ 12.99 |
| GUAIFENESIN SYRUP | 3337-50 | 100MG/5ML | 120ML | $ 1.90 | $ 1.90 | $ 1.41 | $ 1.41 |
| GUAIFENESIN SYRUP | 8337-04 | 100MG/5ML | 100X5ML | $ 41.76 | $ 41.76 | $ 30.93 | $ 22.13 |
| GUAIFENESIN SYRUP | 8338-04 | 200MG/10ML | 100X10ML | $ 46.58 | $ 46.58 | $ 34.50 | $ 24.01 |
| GUAIFENESIN SYRUP | 8339-04 | 300MG/15ML | 100X15ML | $ 51.35 | $ 51.35 | $ 38.03 | $ 29.52 |
| HALOPERIDOL INTENSOL | 3350-41 | 2MG/ML | 15ML | $ 9.76 | $ 9.76 | $ 7.22 | $ 3.80 |
| HALOPERIDOL INTENSOL | 3350-50 | 2MG/ML | 120ML | $ 31.84 | $ 31.84 | $ 23.58 | $ 12.00 |
| HALOPERIDOL TABLETS | 4342-25 | 0.5MG | 100 | $ 13.78 | $ 13.78 | $ 9.88 | $ 1.98 |
| HALOPERIDOL TABLETS | 8342-25 | 0.5MG | 100UD | $ 13.44 | $ 13.44 | $ 11.13 | $ 2.57 |
| HALOPERIDOL TABLETS | 4343-25 | 1MG | 100 | $ 20.22 | $ 20.22 | $ 14.49 | $ 2.52 |
| HALOPERIDOL TABLETS | 4343-31 | 1MG | 1000 | $ 190.67 | $ 190.67 | $ 136.62 | $ 19.66 |
| HALOPERIDOL TABLETS | 8343-25 | 1MG | 100UD | $ 19.13 | $ 19.13 | $ 15.84 | $ 3.02 |
| HALOPERIDOL TABLETS | 4344-25 | 2MG | 100 | $ 28.08 | $ 28.08 | $ 20.13 | $ 3.58 |
| HALOPERIDOL TABLETS | 4344-31 | 2MG | 1000 | $ 267.15 | $ 267.15 | $ 191.48 | $ 24.23 |
| HALOPERIDOL TABLETS | 8344-25 | 2MG | 100UD | $ 25.82 | $ 25.82 | $ 21.37 | $ 3.96 |

Roxane Laboratories, Inc.

Page 3 of 9

CONFIDENTIAL
Attorney's Eyes Only

ROX TX 14602

TXEX01070

## Price Changes Effective March 16, 1998

| PRODUCT DESCRIPTION | NDC # 0054- | STRENGTH | PACKAGE | OLD AWP | NEW AWP | OLD WAC | NEW WAC |
|---|---|---|---|---|---|---|---|
| ALOPERIDOL TABLETS | 4345-25 | 5MG | 100 | $ 45.96 | $ 45.96 | $ 32.91 | $ 4.14 |
| HALOPERIDOL TABLETS | 4345-31 | 5MG | 1000 | $ 438.36 | $ 438.36 | $ 314.12 | $ 27.85 |
| HALOPERIDOL TABLETS | 8345-25 | 5MG | 100UD | $ 41.23 | $ 41.23 | $ 34.16 | $ 4.45 |
| HALOPERIDOL TABLETS | 4346-25 | 10MG | 100 | $ 65.00 | $ 65.00 | $ 46.58 | $ 4.39 |
| HALOPERIDOL TABLETS | 4346-31 | 10MG | 1000 | $ 650.00 | $ 650.00 | $ 465.75 | $ 33.06 |
| HALOPERIDOL TABLETS | 8346-25 | 10MG | 100UD | $ 62.55 | $ 62.55 | $ 51.75 | $ 4.84 |
| HALOPERIDOL TABLETS | 4347-25 | 20MG | 100 | $ 115.57 | $ 115.57 | $ 82.80 | $ 9.89 |
| HALOPERIDOL TABLETS | 8347-25 | 20MG | 100UD | $ 112.50 | $ 112.50 | $ 93.15 | $ 11.03 |
| HYDROCHLOROTHIAZIDE SOL'N | 3383-63 | 50MG/5ML | 500ML | $ 15.37 | $ 16.91 | $ 11.38 | $ 12.51 |
| HYDROMORPHONE HCL TABLETS | 4392-25 | 2MG | 100 | $ 28.82 | $ 28.82 | $ 18.48 | $ 16.00 |
| HYDROMORPHONE HCL TABLETS | 8392-24 | 2MG | 4X25RN | $ 32.03 | $ 32.03 | $ 23.72 | $ 19.20 |
| HYDROMORPHONE HCL TABLETS | 4394-25 | 4MG | 100 | $ 47.53 | $ 47.53 | $ 30.47 | $ 29.36 |
| HYDROMORPHONE HCL TABLETS | 8394-24 | 4MG | 4X25RN | $ 49.07 | $ 49.07 | $ 36.35 | $ 32.00 |
| HYDROXYUREA CAPSULES | 2247-25 | 500MG | 100 | $ 127.73 | $ 127.73 | $ 90.21 | $ 90.21 |
| HYDROXYUREA CAPSULES | 8247-25 | 500MG | 100UD | $ 132.27 | $ 132.27 | $ 99.19 | $ 99.19 |
| INDOMETHACIN ORAL SOLUTION | 3423-63 | 25MG/5ML | 500ML | $ 61.89 | $ 61.89 | $ 45.84 | $ 45.84 |
| IPECAC SYRUP | 8425-11 | | 25X15ML | $ 33.75 | $ 33.75 | $ 25.00 | $ 25.00 |
| IPECAC SYRUP | 8427-11 | | 25X30ML | $ 50.01 | $ 50.01 | $ 37.04 | $ 30.07 |
| IPECAC SYRUP (CONSUMER) | 8425-07 | | 20X2X15ML | $ 67 38 | $ 67.38 | $ 49.91 | $ 49.91 |
| IPRATROPIUM BROMIDE | 8402-11 | 0.02% | 25X2.5ML | $ 44.06 | $ 44.06 | $ 20.50 | $ 20.50 |
| IPRATROPIUM BROMIDE | 8402-13 | 0.02% | 30X2.5ML | $ 52.87 | $ 52.87 | $ 24.60 | $ 24.60 |
| IPRATROPIUM BROMIDE | 8402-21 | 0.02% | 60X2.5ML | $ 105.74 | $ 105.74 | $ 49.20 | $ 49.20 |
| ISOETHARINE INHALATION | 3408-40 | 1% | 10ML | $ 18.25 | $ 18.25 | $ 15.21 | $ 15.21 |
| OETHARINE INHALATION | 3408-44 | 1% | 30ML | $ 54.75 | $ 54.75 | $ 45.62 | $ 45.62 |
| KAOLIN PECTIN SUSPENSION | 3482-54 | | 180ML | $ 1.87 | $ 1.87 | $ 1.38 | $ 1.38 |
| KAOLIN PECTIN SUSPENSION | 8482-04 | | 100X30ML | $ 48.98 | $ 48.98 | $ 36.28 | $ 26.67 |
| LACTULOSE SOLUTION | 3486-58 | 10G/15mL | 240mL | $ 14.40 | $ 14.40 | $ 10.70 | $ 4.70 |
| LACTULOSE SOLUTION | 3486-63 | 10g/15mL | 500ML | $ 25.95 | $ 25.95 | $ 17.14 | $ 8.87 |
| LACTULOSE SOLUTION | 3486-68 | 10g/15mL | LITER | $ 47.00 | $ 47.00 | $ 34.82 | $ 18.47 |
| LACTULOSE SOLUTION | 8486-16 | 10g/15mL | 40X30ML | $ 115.60 | $ 115.60 | $ 50.35 | $ 36.20 |
| LACTULOSE SOLUTION | 8483-11 | 10g/15mL | 25X45ML | $ 70.30 | $ 70.30 | $ 47.80 | $ 41.53 |
| LEUCOVORIN TABLETS | 4496-13 | 5MG | 30 | $ 61.48 | $ 61.48 | $ 45.54 | $ 33.52 |
| LEUCOVORIN TABLETS | 4496-25 | 5MG | 100 | $ 202.60 | $ 202.60 | $ 150.08 | $ 108.87 |
| LEUCOVORIN TABLETS | 8496-19 | 5MG | 50UD | $ 140.00 | $ 140.00 | $ 103.00 | $ 78.74 |
| LEUCOVORIN TABLETS | 4497-05 | 10MG | 12 | $ 69.86 | $ 69.86 | $ 51.75 | $ 51.75 |
| LEUCOVORIN TABLETS | 4497-10 | 10MG | 24 | $ 138.33 | $ 138.33 | $ 102.47 | $ 92.02 |
| LEUCOVORIN TABLETS | 8497-06 | 10MG | 10UD | $ 66.00 | $ 66.00 | $ 47.00 | $ 43.12 |
| LEUCOVORIN TABLETS | 4498-05 | 15MG | 12 | $ 104.81 | $ 104.81 | $ 77.63 | $ 49.16 |
| LEUCOVORIN TABLETS | 4498-10 | 15MG | 24 | $ 195.62 | $ 195.62 | $ 144.90 | $ 87.96 |
| LEUCOVORIN TABLETS | 8498-06 | 15MG | 10UD | $ 82.00 | $ 82.00 | $ 59.00 | $ 46.56 |
| LEUCOVORIN TABLETS | 4499-11 | 25MG | 25 | $ 475.07 | $ 475.07 | $ 351.90 | $ 217.00 |
| LEUCOVORIN TABLETS | 8499-06 | 25MG | 10UD | $ 170.00 | $ 170.00 | $ 136.00 | $ 106.60 |
| LEVORPHANOL TABLETS* | 4494-25 | 2MG | 100 | $ 56.23 | $ 56.23 | $ 41.73 | $ 41.73 |
| LEVORPHANOL TABLETS* | 8494-24 | 2MG | 100UD | $ 75.13 | $ 75.13 | $ 55.65 | $ 55.65 |
| LIDOCAINE VISCOUS | 3500-49 | 2% | 100ML | $ 2.63 | $ 2.63 | $ 1.95 | $ 1.95 |
| LIDOCAINE VISCOUS | 8500-16 | 2% | 40X20ML | $ 50.50 | $ 50.50 | $ 37 41 | $ 23.95 |
| DOCAINE HCL TOPICAL | 3505-47 | 4% | 50ML | $ 7 04 | $ 7.04 | $ 5.22 | $ 3.99 |
| LITHIUM CARBONATE CAPSULE | 2526-25 | 150MG | 100 | $ 7 63 | $ 7.63 | $ 4.91 | $ 4.91 |
| LITHIUM CARBONATE CAPSULE | 8526-25 | 150MG | 100UD | $ 9.95 | $ 9.95 | $ 6.40 | $ 6.40 |
| LITHIUM CARBONATE CAPSULE | 2527-25 | 300MG | 100 | $ 8.13 | $ 8.13 | $ 5.23 | $ 5.23 |

Roxane Laboratories, Inc.

Page 4 of 9

CONFIDENTIAL
Attorney's Eyes Only
ROX TX 14603

TXEX01071

CONFIDENTIAL
Attorney's Eyes Only

# Price Changes Effective March 16, 1998

| PRODUCT DESCRIPTION | NDC # 0054- | STRENGTH | PACKAGE | OLD AWP | NEW AWP | OLD WAC | NEW WAC |
|---|---|---|---|---|---|---|---|
| LITHIUM CARBONATE CAPSULE | 2527-31 | 300MG | 1000 | $ 69.24 | $ 69.24 | $ 44.52 | $ 44.52 |
| LITHIUM CARBONATE CAPSULE | 8527-25 | 300MG | 100UD | $ 10.42 | $ 10.42 | $ 6.70 | $ 6.70 |
| LITHIUM CARBONATE TABLETS | 4527-25 | 300MG | 100 | $ 7.99 | $ 7.99 | $ 4.76 | $ 4.76 |
| LITHIUM CARBONATE TABLETS | 4527-31 | 300MG | 1000 | $ 71.29 | $ 71.29 | $ 42.43 | $ 42.43 |
| LITHIUM CARBONATE TABLETS | 8528-25 | 300MG | 100UD | $ 11.26 | $ 11.26 | $ 6.70 | $ 6.70 |
| LITHIUM CARBONATE CAPSULE | 2531-25 | 600MG | 100 | $ 13.23 | $ 13.23 | $ 8.51 | $ 8.51 |
| LITHIUM CARBONATE CAPSULE | 8531-25 | 600MG | 100UD | $ 17.18 | $ 17.18 | $ 11.04 | $ 11.04 |
| LITHIUM CITRATE SYRUP | 3527-63 | 8mEq/5ML | 500ML | $ 19.82 | $ 19.82 | $ 14.68 | $ 14.68 |
| LITHIUM CITRATE SYRUP | 8529-04 | 8mEq/5ML | 100X5ML | $ 71.56 | $ 71.56 | $ 53.01 | $ 53.01 |
| LITHIUM CITRATE SYRUP | 8530-04 | 16mEq/10ML | 100X10ML | $ 84.09 | $ 84.09 | $ 62.29 | $ 62.29 |
| LOPERAMIDE HCL CAPSULE | 2537-25 | 2MG | 100 | $ 37.32 | $ 37.32 | $ 27.64 | $ 10.43 |
| LOPERAMIDE HCL CAPSULE | 2537-29 | 2MG | 500 | $ 176.43 | $ 176.43 | $ 130.69 | $ 49.54 |
| LOPERAMIDE HCL CAPSULE | 8537-25 | 2MG | 100UD | $ 39.02 | $ 39.02 | $ 28.98 | $ 18.50 |
| LOPERAMIDE HCL SOLUTION | 3535-50 | 1MG/5ML | 120ML | $ 5.56 | $ 5.56 | $ 4.12 | $ 4.12 |
| LOPERAMIDE HCL SOLUTION | 8534-16 | 1MG/5ML | 40X5ML | $ 30.18 | $ 30.18 | $ 22.36 | $ 22.36 |
| LOPERAMIDE HCL SOLUTION | 8535-16 | 2MG/10ML | 40X10ML | $ 41.65 | $ 41.65 | $ 30.85 | $ 30.85 |
| LORAZEPAM INTENSOL | 3532-44 | 2MG/ML | 30ML | $ 36.56 | $ 40.22 | $ 27.21 | $ 29.81 |
| MARINOL CAPSULES | 2601-11 | 2.5mg | 25 | $ 84.72 | $ 84.72 | $ 62.16 | $ 62.16 |
| MARINOL CAPSULES | 2601-21 | 2.5mg | 60 | $ 195.13 | $ 195.13 | $ 143.15 | $ 143.15 |
| MARINOL CAPSULES | 2601-25 | 2.5mg | 100 | $ 302.43 | $ 302.43 | $ 221.86 | $ 221.86 |
| MARINOL CAPSULES | 2602-11 | 5mg | 25 | $ 169.21 | $ 169.21 | $ 124.14 | $ 124.14 |
| MARINOL CAPSULES | 2602-25 | 5mg | 100 | $ 598.27 | $ 598.27 | $ 438.89 | $ 438.89 |
| MARINOL CAPSULES | 2603-11 | 10mg | 25 | $ 336.93 | $ 336.93 | $ 247.17 | $ 247.17 |
| MARINOL CAPSULES | 2603-21 | 10mg | 60 | $ 745.81 | $ 745.81 | $ 547.13 | $ 547.13 |
| MEGESTROL ACETATE TABLETS | 4603-25 | 20MG | 100 | $ 65.48 | $ 65.48 | $ 22.75 | $ 22.75 |
| MEGESTROL ACETATE TABLETS | 8603-25 | 20MG | 100UD | $ 72.03 | $ 72.03 | $ 29.80 | $ 29.80 |
| MEGESTROL ACETATE TABLETS | 4604-25 | 40MG | 100 | $ 116.80 | $ 116.80 | $ 37.75 | $ 37.75 |
| MEGESTROL ACETATE TABLETS | 8604-25 | 40MG | 100UD | $ 128.48 | $ 128.48 | $ 50.95 | $ 50.95 |
| MEPERIDINE HCL SYRUP | 3545-63 | 50MG/5ML | 500ML | $ 77.06 | $ 77.06 | $ 40.68 | $ 40.68 |
| MEPERIDINE HCL SYRUP | 8545-16 | 50MG/5ML | 40X5ML | $ 37.38 | $ 37.38 | $ 19.77 | $ 19.77 |
| MEPERIDINE HCL TABLETS | 4595-25 | 50MG | 100 | $ 68.63 | $ 68.63 | $ 36.24 | $ 36.24 |
| MEPERIDINE HCL TABLETS | 8595-11 | 50MG | 1X25RN | $ 15.53 | $ 15.53 | $ 8.29 | $ 8.29 |
| MEPERIDINE HCL TABLETS | 4596-25 | 100MG | 100 | $ 130.55 | $ 130.55 | $ 68.93 | $ 68.93 |
| MEPERIDINE HCL TABLETS | 8596-11 | 100MG | 1X25RN | $ 28.54 | $ 28.54 | $ 15.22 | $ 15.22 |
| METAPROTERENOL INHALATION | 861311 | 0.40% | 25X2.5ML | $ 34.83 | $ 34.83 | $ 10.95 | $ 10.39 |
| METAPROTERENOL INHALATION | 861411 | 0.60% | 25X2.5ML | $ 34.83 | $ 34.83 | $ 10.95 | $ 10.39 |
| METHADONE HCL SYRUP | 3555-63 | 5mg/5mL | 500mL | $ 29.38 | $ 29.38 | $ 23.50 | $ 23.50 |
| METHADONE HCL SYRUP | 3556-63 | 10mg/5mL | 500mL | $ 50.89 | $ 50.89 | $ 40.71 | $ 40.71 |
| METHADONE HCL INTENSOL | 3553-44 | 10mg/mL | 30mL | $ 21.45 | $ 21.45 | $ 17.16 | $ 17.16 |
| METHADONE HCL ORAL CONC | 3553-67 | 10mg/mL | QT | $ 79.08 | $ 79.08 | $ 60.86 | $ 60.86 |
| METHADONE HCL TABLETS | 4570-25 | 5mg | 100 | $ 8.45 | $ 8.45 | $ 6.76 | $ 6.76 |
| METHADONE HCL TABLETS | 8553-24 | 5mg | 4x25RN | $ 32.53 | $ 32.53 | $ 26.02 | $ 26.02 |
| METHADONE HCL TABLETS | 4571-25 | 10mg | 100 | $ 14.04 | $ 14.04 | $ 11.23 | $ 11.23 |
| METHADONE HCL TABLETS | 8554-24 | 10mg | 4x25RN | $ 37.01 | $ 37.01 | $ 29.61 | $ 29.61 |
| METHADONE DISPERSIBLE TAB | 4547-25 | 40mg | 100 | $ 34.45 | $ 34.45 | $ 26.50 | $ 26.50 |
| METHADONE HCL DISKETS | 4538-25 | 40mg | 100 | $ 35.49 | $ 35.49 | $ 27.30 | $ 27.30 |
| METHADONE HCL POWDER | 9750-85 | 50gm | 50gm | $ 281.25 | $ 281.25 | $ 225.00 | $ 225.00 |
| METHADONE HCL POWDER | 9750-88 | 100gm | 100gm | $ 662.50 | $ 662.50 | $ 450.00 | $ 450.00 |
| METHOTREXATE TABLETS | 4550-15 | 2.5MG | 36 | $ 133.88 | $ 133.88 | $ 58.00 | $ 37.96 |
| METHOTREXATE TABLETS | 4550-25 | 2.5MG | 100 | $ 305.16 | $ 305.16 | $ 157.00 | $ 77.94 |

Roxane Laboratories, Inc.

Page 5 of 9

## Price Changes Effective March 16, 1998

| PRODUCT DESCRIPTION | NDC # 0054- | STRENGTH | PACKAGE | OLD AWP | NEW AWP | OLD WAC | NEW WAC |
|---|---|---|---|---|---|---|---|
| METHOTREXATE TABLETS | 8550-25 | 2.5MG | 10X10 | $ 305.16 | $ 305.16 | $ 172.33 | $ 119.21 |
| METHOTREXATE TABLETS | 8550-03 | 2.5MG | 4X2 | $ 23.00 | $ 23.00 | $ 15.50 | $ 12.80 |
| METHOTREXATE TABLETS | 8550-05 | 2.5MG | 4X3 | $ 35.00 | $ 35.00 | $ 23.00 | $ 16.52 |
| METHOTREXATE TABLETS | 8550-06 | 2.5MG | 4X4 | $ 49.00 | $ 49.00 | $ 30.75 | $ 19.88 |
| METHOTREXATE TABLETS | 8550-07 | 2.5MG | 4X5 | $ 61.00 | $ 61.00 | $ 38.50 | $ 24.32 |
| METHOTREXATE TABLETS | 8550-10 | 2.5MG | 4X6 | $ 72.00 | $ 72.00 | $ 46.25 | $ 28.12 |
| METOCLOPRAMIDE ORAL SOL'N | 3563-50 | 5MG/5ML | 120ML | $ 10.89 | $ 10.89 | $ 4.34 | $ 3.06 |
| METOCLOPRAMIDE ORAL SOL'N | 3563-63 | 5MG/5ML | 500ML | $ 21.24 | $ 21.24 | $ 15.73 | $ 6.53 |
| METOCLOPRAMIDE ORAL SOL'N | 8563-04 | 10MG/10ML | 100X10ML | $ 61.89 | $ 61.89 | $ 45.84 | $ 36.95 |
| METOCLOPRAMIDE INTENSOL | 3564-44 | 10MG/ML | 30ML | $ 19.49 | $ 19.49 | $ 14.44 | $ 14.44 |
| MEXILETINE HCL CAPSULES | 2616-25 | 150MG | 100 | $ 69.06 | $ 69.06 | $ 47.06 | $ 24.45 |
| MEXILETINE HCL CAPSULES | 8616-25 | 150MG | 100UD | $ 72.60 | $ 72.60 | $ 58.08 | $ 26.90 |
| MEXILETINE HCL CAPSULES | 2617-25 | 200MG | 100 | $ 82.24 | $ 82.24 | $ 56.05 | $ 27.79 |
| MEXILETINE HCL CAPSULES | 8617-25 | 200MG | 100UD | $ 86.35 | $ 86.35 | $ 69.08 | $ 30.57 |
| MEXILETINE HCL CAPSULES | 2618-25 | 250MG | 100 | $ 95.66 | $ 95.66 | $ 65.19 | $ 29.95 |
| MILK OF MAGNESIA CONC | 3567-49 | | 100ML | $ 2.51 | $ 2.51 | $ 2.01 | $ 2.01 |
| MILK OF MAGNESIA CONC | 3567-61 | | 400ML | $ 5.85 | $ 5.85 | $ 4.68 | $ 4.68 |
| MILK OF MAGNESIA CONC | 8567-04 | | 100X10ML | $ 34.65 | $ 34.65 | $ 27.72 | $ 23.84 |
| MILK OF MAGNESIA | 3573-54 | | 180ML | $ 1.88 | $ 1.88 | $ 1.39 | $ 1.39 |
| MILK OF MAGNESIA | 8573-04 | | 100X30ML | $ 40.52 | $ 40.52 | $ 30.02 | $ 25.69 |
| MILK OF MAGNESIA W/CAS | 8564-04 | | 100X15ML | $ 50.01 | $ 50.01 | $ 37.04 | $ 31.26 |
| MILK OF MAGNESIA W/MO | 8568-04 | | 100X30ML | $ 45.56 | $ 45.56 | $ 33.75 | $ 33.75 |
| MILK OF MAGNESIA W/MO | 8569-04 | | 100X30ML | $ 45.56 | $ 45.56 | $ 33.75 | $ 33.75 |
| MINERAL OIL USP | 8575-04 | | 100X30ML | $ 45.44 | $ 45.44 | $ 33.66 | $ 31.68 |
| MINERAL OIL, TOPICAL LIGHT | 8577-11 | | 25X10ML | $ 33.87 | $ 33.87 | $ 25.09 | $ 25.09 |
| MINERAL OIL, TOPICAL LIGHT | 8578-11 | | 25X30ML | $ 48.59 | $ 48.59 | $ 35.99 | $ 35.99 |
| MORPHINE SULFATE TABLETS | 4582-25 | 15MG | 100 | $ 18.32 | $ 18.32 | $ 13.58 | $ 9.25 |
| MORPHINE SULFATE TABLETS | 8582-24 | 15MG | 4X25RN | $ 26.12 | $ 26.12 | $ 19.35 | $ 19.35 |
| MORPHINE SULFATE TABLETS | 4583-25 | 30MG | 100 | $ 31.22 | $ 31.22 | $ 23.12 | $ 15.75 |
| MORPHINE SULFATE TABLETS | 8583-24 | 30MG | 4X25RN | $ 44.34 | $ 44.34 | $ 32.85 | $ 32.85 |
| MORPHINE SULFATE SOLUTION | 3785-49 | 10MG/5ML | 100ML | $ 9.04 | $ 9.04 | $ 6.70 | $ 6.70 |
| MORPHINE SULFATE SOLUTION | 3785-63 | 10MG/5ML | 500ML | $ 31.20 | $ 31.20 | $ 23.11 | $ 16.94 |
| MORPHINE SULFATE SOLUTION | 8585-16 | 10MG/5ML | 40X5ML | $ 24.81 | $ 24.81 | $ 18.38 | $ 16.58 |
| MORPHINE SULFATE SOLUTION | 8586-16 | 20MG/10ML | 40X10ML | $ 37.40 | $ 37.40 | $ 27.71 | $ 25.00 |
| MORPHINE SULFATE SOLUTION | 3786-49 | 20MG/5ML | 100ML | $ 12.88 | $ 12.88 | $ 9.54 | $ 9.54 |
| MORPHINE SULFATE SOLUTION | 3786-63 | 20MG/5ML | 500ML | $ 52.61 | $ 52.61 | $ 38.97 | $ 26.00 |
| NAPROXEN TABLETS | 4641-25 | 250MG | 100 | $ 66.10 | $ 66.10 | $ 30.98 | $ 8.03 |
| NAPROXEN TABLETS | 4641-29 | 250MG | 500 | $ 325.90 | $ 325.90 | $ 150.94 | $ 37.34 |
| NAPROXEN TABLETS | 8641-25 | 250MG | 100UD | $ 68.75 | $ 68.75 | $ 35.00 | $ 11.57 |
| NAPROXEN TABLETS | 4642-25 | 375MG | 100 | $ 85.40 | $ 85.40 | $ 36.79 | $ 9.59 |
| NAPROXEN TABLETS | 4642-29 | 375MG | 500 | $ 417.20 | $ 417.20 | $ 193.13 | $ 46.86 |
| NAPROXEN TABLETS | 8642-25 | 375MG | 100UD | $ 88.00 | $ 88.00 | $ 42.00 | $ 14.83 |
| NAPROXEN TABLETS | 4643-25 | 500MG | 100 | $ 104.30 | $ 104.30 | $ 48.60 | $ 12.68 |
| NAPROXEN TABLETS | 4643-29 | 500MG | 500 | $ 509.60 | $ 509.60 | $ 235.76 | $ 61.30 |
| NAPROXEN TABLETS | 8643-25 | 500MG | 100UD | $ 109.00 | $ 109.00 | $ 55.50 | $ 19.43 |
| NAPROXEN SUSPENSION | 3630-63 | 125MG/5ML | 500ML | $ 34.75 | $ 38.23 | $ 24.75 | $ 25.99 |
| NAPROXEN SODIUM TABLETS | 4638-25 | 275MG | 100 | $ 60.00 | $ 60.00 | $ 30.00 | $ 8.47 |
| NAPROXEN SODIUM TABLETS | 4638-29 | 275MG | 500 | $ 300.00 | $ 300.00 | $ 145.00 | $ 40.22 |
| NAPROXEN SODIUM TABLETS | 8638-25 | 275MG | 100UD | $ 60.00 | $ 60.00 | $ 35.00 | $ 13.27 |
| NAPROXEN SODIUM TABLETS | 4639-25 | 550MG | 100 | $ 90.00 | $ 90.00 | $ 47.00 | $ 14.32 |

Roxane Laboratories, Inc.

CONFIDENTIAL
Attorney's Eyes Only

ROX TX 14605

Page 6 of 9

TXEX01073

## Price Changes Effective March 16, 1998

| PRODUCT DESCRIPTION | NDC # 0054- | STRENGTH | PACKAGE | OLD AWP | NEW AWP | OLD WAC | NEW WAC |
|---|---|---|---|---|---|---|---|
| NAPROXEN SODIUM TABLETS | 4639-29 | 550MG | 500 | $ 450.00 | $ 450.00 | $ 225.00 | $ 68.39 |
| NAPROXEN SODIUM TABLETS | 8639-25 | 550MG | 100UD | $ 100.00 | $ 100.00 | $ 50.00 | $ 22.44 |
| NEOMYCIN SULFATE TABLETS | 4600-25 | 500MG | 100 | $ 36.63 | $ 36.63 | $ 27.13 | $ 13.06 |
| NEOMYCIN SULFATE TABLETS | 8600-25 | 500MG | 100UD | $ 57.05 | $ 57.05 | $ 42.26 | $ 15.01 |
| NYSTATIN ORAL SUSPENSION | 8607-16 | 100,000U/mL | 40X5mL | $ 46.96 | $ 46.96 | $ 34.78 | $ 27.32 |
| ORAMORPH SR TABLETS | 4790-25 | 15mg | 100 | $ 80.43 | $ 80.43 | $ 51.89 | $ 51.89 |
| ORAMORPH SR TABLETS | 4790-29 | 15mg | 500 | $ 382.06 | $ 382.06 | $ 246.50 | $ 246.50 |
| ORAMORPH SR TABLETS | 8790-24 | 15mg | 4x25RN | $ 87.44 | $ 87.44 | $ 56.42 | $ 56.42 |
| ORAMORPH SR TABLETS | 4805-19 | 30mg | 50 | $ 80.43 | $ 80.43 | $ 51.89 | $ 51.89 |
| ORAMORPH SR TABLETS | 4805-25 | 30mg | 100 | $ 452.85 | $ 452.85 | $ 98.61 | $ 98.61 |
| ORAMORPH SR TABLETS | 4805-27 | 30mg | 250 | $ 370.58 | $ 370.58 | $ 239.07 | $ 239.07 |
| ORAMORPH SR TABLETS | 8805-24 | 30mg | 4x25RN | $ 174.64 | $ 174.64 | $ 112.69 | $ 112.69 |
| ORAMORPH SR TABLETS | 4792-25 | 60mg | 100 | $ 298.24 | $ 298.24 | $ 192.41 | $ 192.41 |
| ORAMORPH SR TABLETS | 8792-11 | 60mg | 1x25RN | $ 87.31 | $ 87.31 | $ 56.32 | $ 56.32 |
| ORAMORPH SR TABLETS | 4793-25 | 100mg | 100 | $ 456.74 | $ 456.74 | $ 294.67 | $ 294.67 |
| ORAMORPH SR TABLETS | 8793-11 | 100mg | 1x25RN | $ 137.30 | $ 137.30 | $ 88.58 | $ 88.58 |
| ORLAAM ORAL SOLUTION | 3649-63 | 10mg/mL | 500mL | $ 240.00 | $ 240.00 | $ 152.00 | $ 152.00 |
| PHENOBARBITAL ELIXIR | 8704-04 | 20MG/5ML | 100X5ML | $ 45.77 | $ 45.77 | $ 33.90 | $ 23.50 |
| PHENOBARBITAL ELIXIR | 8701-04 | 30MG/7.5ML | 100X7.5ML | $ 47.99 | $ 47.99 | $ 35.55 | $ 25.64 |
| PHENOBARBITAL TABLETS | 8703-25 | 15MG | 100UD | $ 5.92 | $ 5.92 | $ 4.38 | $ 2.80 |
| PHENOBARBITAL TABLETS | 8705-25 | 30MG | 100UD | $ 6.95 | $ 6.95 | $ 5.15 | $ 3.09 |
| PHENOBARBITAL TABLETS | 8708-25 | 60MG | 100UD | $ 7.27 | $ 7.27 | $ 5.38 | $ 3.52 |
| PHENOBARBITAL TABLETS | 8707-25 | 100MG | 100UD | $ 7.45 | $ 7.45 | $ 5.52 | $ 3.94 |
| POTASSIUM CHLORIDE SOL'N 10% | 3716-63 | 40MEQ/30ML | 500ML | $ 6.83 | $ 6.83 | $ 5.06 | $ 3.36 |
| POTASSIUM CHLORIDE SOL'N 10% | 8711-04 | 15MEQ/11.25ML | 100X11.25ML | $ 41.64 | $ 41.64 | $ 30.84 | $ 30.84 |
| POTASSIUM CHLORIDE SOL'N 10% | 8714-04 | 20MEQ/15ML | 100X15ML | $ 41.64 | $ 41.64 | $ 30.84 | $ 30.84 |
| POTASSIUM CHLORIDE SOL'N 10% | 8712-04 | 30MEQ/22.5ML | 100X22.5ML | $ 41.64 | $ 41.64 | $ 30.84 | $ 30.84 |
| POTASSIUM CHLORIDE SOL'N 10% | 8713-04 | 40MEQ/30ML | 100X30ML | $ 41.64 | $ 41.64 | $ 30.84 | $ 30.84 |
| POTASSIUM CHLORIDE SOL'N 20% | 3714-63 | 80MEQ/30ML | 500ML | $ 9.23 | $ 9.23 | $ 6.83 | $ 3.42 |
| POTASSIUM IODIDE (SAT) | 3717-44 | 1MG/ML | 30ML | $ 5.87 | $ 5.87 | $ 4.35 | $ 4.35 |
| POTASSIUM IODIDE (SAT) | 3717-58 | 1MG/ML | 240ML | $ 29.31 | $ 29.31 | $ 21.71 | $ 21.71 |
| PREDNISONE TABLETS | 4741-25 | 1MG | 100 | $ 3.25 | $ 3.58 | $ 2.41 | $ 2.53 |
| PREDNISONE TABLETS | 4741-31 | 1MG | 1000 | $ 23.81 | $ 26.19 | $ 17.63 | $ 18.54 |
| PREDNISONE TABLETS | 8739-25 | 1MG | 100UD | $ 6.47 | $ 7.12 | $ 4.79 | $ 5.04 |
| PREDNISONE TABLETS | 4742-25 | 2.5MG | 100 | $ 5.02 | $ 5.02 | $ 3.72 | $ 3.68 |
| PREDNISONE TABLETS | 8740-25 | 2.5MG | 100UD | $ 8.19 | $ 8.19 | $ 6.07 | $ 4.52 |
| PREDNISONE TABLETS | 4728-25 | 5MG | 100 | $ 4.23 | $ 4.23 | $ 3.13 | $ 2.11 |
| PREDNISONE TABLETS | 4728-31 | 5MG | 1000 | $ 25.99 | $ 25.99 | $ 19.25 | $ 15.23 |
| PREDNISONE TABLETS | 8724-25 | 5MG | 100UD | $ 7.21 | $ 7.21 | $ 5.34 | $ 3.28 |
| PREDNISONE TABLETS | 4730-25 | 10MG | 100 | $ 6.09 | $ 6.09 | $ 4.51 | $ 2.84 |
| PREDNISONE TABLETS | 4730-29 | 10MG | 500 | $ 28.09 | $ 28.09 | $ 20.81 | $ 12.57 |
| PREDNISONE TABLETS | 8725-25 | 10MG | 100UD | $ 8.85 | $ 8.85 | $ 6.56 | $ 3.95 |
| PREDNISONE TABLETS | 4729-25 | 20MG | 100 | $ 11.77 | $ 11.77 | $ 8.72 | $ 5.36 |
| PREDNISONE TABLETS | 4729-29 | 20MG | 500 | $ 57.72 | $ 57.72 | $ 42.76 | $ 23.57 |
| PREDNISONE TABLETS | 8726-25 | 20MG | 100UD | $ 13.17 | $ 13.17 | $ 9.76 | $ 5.83 |
| PREDNISONE TABLETS | 4733-25 | 50MG | 100 | $ 25.88 | $ 25.88 | $ 19.17 | $ 15.38 |
| PREDNISONE TABLETS | 8729-25 | 50MG | 100UD | $ 29.27 | $ 29.27 | $ 21.68 | $ 16.08 |
| PREDNISONE ORAL SOLUTION | 3722-50 | 5mg/5mL | 120mL | $ 9.04 | $ 9.94 | $ 7.05 | $ 7.44 |
| PREDNISONE ORAL SOLUTION | 3722-63 | 5MG/5ML | 500ML | $ 17.22 | $ 18.94 | $ 12.76 | $ 13.46 |
| PREDNISONE ORAL SOLUTION | 8722-16 | 5MG/5ML | 40X5ML | $ 20.87 | $ 22.96 | $ 15.46 | $ 16.31 |

Roxane Laboratories, Inc.

Page 7 of 9

CONFIDENTIAL
Attorney's Eyes Only

ROX TX 14606

TXEX01074

CONFIDENTIAL
Attorney's Eyes Only

# Price Changes Effective March 16, 1998

| PRODUCT DESCRIPTION | NDC # 0054- | STRENGTH | PACKAGE | OLD AWP | NEW AWP | OLD WAC | NEW WAC |
|---|---|---|---|---|---|---|---|
| PREDNISONE INTENSOL | 3721-44 | 5MG/ML | 30ML | $14.02 | $15.42 | $10.38 | $10.95 |
| PRELU-2 CAPSULES | 2719-25 | 105MG | 100 | $104.68 | $104.68 | $87.23 | $87.23 |
| PROPANTHELINE BROMIDE | 4721-25 | 15MG | 100 | $21.53 | $23.68 | $8.54 | $9.04 |
| PROPANTHELINE BROMIDE | 4721-31 | 15MG | 1000 | $161.70 | $177.87 | $64.17 | $67.25 |
| PROPANTHELINE BROMIDE | 8737-25 | 15MG | 100UD | $18.51 | $20.36 | $13.71 | $14.37 |
| PROPRANOLOL HCL SOL'N | 3727-63 | 20MG/5ML | 500ML | $31.50 | $34.65 | $23.33 | $25.43 |
| PROPRANOLOL HCL SOL'N | 8764-16 | 20MG/5ML | 40X5ML | $50.74 | $55.81 | $37.58 | $40.95 |
| PROPRANOLOL HCL SOL'N | 3730-63 | 40MG/5ML | 500ML | $45.01 | $49.51 | $33.34 | $36.24 |
| PROPRANOLOL HCL SOL'N | 8765-16 | 40MG/5ML | 40X5ML | $72.57 | $79.83 | $53.76 | $58.23 |
| PROPRANOLOL INTENSOL | 3728-44 | 80MG/ML | 30ML | $30.48 | $33.53 | $22.58 | $24.52 |
| PSEUDOEPHEDRINE HCL TAB | 4743-25 | 30MG | 100 | $3.49 | $3.49 | $2.59 | $1.74 |
| PSEUDOEPHEDRINE HCL TAB | 8743-25 | 30MG | 100UD | $7.20 | $7.20 | $5.33 | $2.55 |
| PSEUDOEPHEDRINE HCL TAB | 4744-25 | 60MG | 100 | $4.38 | $4.38 | $3.24 | $2.60 |
| PSEUDOEPHEDRINE HCL TAB | 8744-25 | 60MG | 100UD | $8.25 | $8.25 | $6.11 | $3.96 |
| RANITIDINE TABLETS | 4853-21 | 150MG | 60 | $89.28 | $89.28 | $29.76 | $10.74 |
| RANITIDINE TABLETS | 4853-25 | 150MG | 100 | $148.81 | $148.81 | $48.61 | $17.53 |
| RANITIDINE TABLETS | 4853-29 | 150MG | 500 | $744.02 | $744.02 | $235.61 | $85.00 |
| RANITIDINE TABLETS | 4854-13 | 300MG | 30 | $81.05 | $81.05 | $27.02 | $9.75 |
| RANITIDINE TABLETS | 4854-25 | 300MG | 100 | $270.19 | $270.19 | $85.56 | $30.87 |
| RANITIDINE TABLETS | 4854-27 | 300MG | 250 | $675.48 | $675.48 | $202.64 | $73.11 |
| ROXANOL | 3751-44 | 20mg/mL | 30mL | $20.76 | $20.76 | $13.40 | $13.40 |
| ROXANOL | 3751-50 | 20mg/mL | 120mL | $77.96 | $77.96 | $50.31 | $50.31 |
| ROXANOL 100 | 3751-58 | 20mg/mL | 240mL | $131.22 | $131.22 | $73.61 | $73.61 |
| ROXANOL UDV | 8781-11 | 10mg/2.5mL | 1x25RN | $23.16 | $23.16 | $17.16 | $17.16 |
| ROXANOL UDV | 8785-11 | 20mg/5mL | 1x25RN | $26.06 | $26.06 | $19.31 | $19.31 |
| ROXANOL UDV | 8788-11 | 30mg/1.5mL | 1x25RN | $28.98 | $28.98 | $21.47 | $21.47 |
| ROXICODONE ORAL SOLUTION | 3682-63 | 5mg/5mL | 500mL | $41.65 | $41.65 | $32.04 | $32.04 |
| ROXICODONE ORAL SOLUTION | 8782-16 | 5mg/5mL | 40x5mL | $55.84 | $55.84 | $41.36 | $41.36 |
| ROXICODONE INTENSOL | 3683-44 | 20mg/mL | 30mL | $40.56 | $40.56 | $30.04 | $30.04 |
| ROXICODONE TABLETS | 4657-25 | 5mg | 100 | $31.04 | $31.04 | $22.99 | $22.99 |
| ROXICODONE TABLETS | 8657-24 | 5mg | 4x25RN | $42.49 | $42.49 | $31.47 | $31.47 |
| ROXICET ORAL SOLUTION | 3686-63 | 5MG/325MG/5ML | 500ML | $37.37 | $37.37 | $28.75 | $28.75 |
| ROXICET ORAL SOLUTION | 8648-16 | 5MG/325MG/5ML | 40X5ML | $44.55 | $44.55 | $33.00 | $33.00 |
| ROXICET TABLETS | 4650-25 | 5MG/325MG | 100 | $23.23 | $23.23 | $12.73 | $6.77 |
| ROXICET TABLETS | 4650-29 | 5MG/325MG | 500 | $71.87 | $71.87 | $55.29 | $30.40 |
| ROXICET TABLETS | 8650-24 | 5MG/325MG | 4X25RN | $29.54 | $29.54 | $21.88 | $21.88 |
| ROXICET 5/500 CAPLETS | 4784-25 | 5MG/500MG | 100 | $53.83 | $53.83 | $30.76 | $30.76 |
| ROXICET 5/500 CAPLETS | 8784-24 | 5MG/500MG | 4X25RN | $52.85 | $52.85 | $39.15 | $39.15 |
| ROXILOX CAPSULES | 2795-25 | 5MG/500MG | 100 | $50.19 | $50.19 | $32.49 | $22.94 |
| ROXIPRIN TABLETS | 4653-25 | 4.5MG/0.38MG/325MG | 100 | $22.28 | $22.28 | $12.73 | $8.59 |
| ROXIPRIN TABLETS | 8653-24 | 4.5MG/0.38MG/325MG | 4X25RN | $33.08 | $33.08 | $23.61 | $23.61 |
| SALIVA SUBSTITUTE | 3769-50 | | 120ML | $4.38 | $4.82 | $3.24 | $4.21 |
| SALIVA SUBSTITUTE | 8803-11 | | 25 x 5ML | $6.57 | $11.66 | $4.87 | $8.65 |
| SODIUM CHLORIDE | 8809-25 | 0.90% | 100X3ML | $31.82 | $31.82 | $31.82 | $11.01 |
| SODIUM CHLORIDE | 8810-25 | 0.90% | 100X5ML | $31.82 | $31.82 | $31.82 | $11.01 |
| SODIUM POLYSTYRENE | 3805-63 | 15G/60ML | 500ML | $47.86 | $47.86 | $35.45 | $23.64 |
| SODIUM POLYSTYRENE | 8816-11 | 15G/60ML | 10X60ML | $86.49 | $86.49 | $64.07 | $31.96 |
| SODIUM POLYSTYRENE | 8815-01 | 30G/120ML | 120ML | $19.67 | $19.67 | $14.57 | $8.37 |
| SODIUM POLYSTYRENE | 8817-55 | 50G/200ML | 200ML | $29.50 | $29.50 | $21.85 | $14.28 |
| THEOPHYLLINE SOLUTION | 3841-63 | 80MG/15ML | 500ML | $7.31 | $7.31 | $5.42 | $4.06 |

Roxane Laboratories, Inc.

Page 8 of 9

ROX TX 14607

TXEX01075

## Price Changes Effective March 16, 1998

| PRODUCT DESCRIPTION | NDC # 0054- | STRENGTH | PACKAGE | OLD AWP | NEW AWP | OLD WAC | NEW WAC |
|---|---|---|---|---|---|---|---|
| THEOPHYLLINE SOLUTION | 8845-04 | 80MG/15ML | 100X15ML | $ 39.58 | $ 39.58 | $ 29.32 | $ 24.29 |
| THEOPHYLLINE SOLUTION | 8848-16 | 100MG/18.75ML | 40X18.75ML | $ 22.79 | $ 22.79 | $ 16.88 | $ 16.88 |
| THEOPHYLLINE SOLUTION | 8846-04 | 160MG/30ML | 100X30ML | $ 47.94 | $ 47.94 | $ 35.51 | $ 31.55 |
| THIORIDAZINE INTENSOL | 3860-50 | 30MG/ML | 120ML | $ 15.28 | $ 15.28 | $ 11.31 | $ 8.86 |
| THIORIDAZINE INTENSOL | 3861-50 | 100MG/ML | 120ML | $ 36.89 | $ 36.89 | $ 27.32 | $ 18.11 |
| TORECAN INJECTION | 1701-07 | 10mg/2mL | 20/Bx | $ 105.63 | $ 105.63 | $ 78.28 | $ 78.28 |
| TORECAN INJECTION | 1701-25 | 10mg/2mL | 100/Bx | $ 447.84 | $ 447.84 | $ 331.72 | $ 331.72 |
| TORECAN TABLETS | 4748-25 | 10mg | 100 | $ 54.30 | $ 54.30 | $ 40.21 | $ 40.21 |
| TORECAN TABLETS | 8748-25 | 10mg | 100UD | $ 72.99 | $ 72.99 | $ 54.06 | $ 54.06 |
| TRIAZOLAM TABLETS | 4858-06 | 0.125MG | 10X10 | $ 64.90 | $ 64.90 | $ 38.00 | $ 18.04 |
| TRIAZOLAM TABLETS | 4858-29 | 0.125MG | 500 | $ 275.00 | $ 275.00 | $ 185.00 | $ 85.69 |
| TRIAZOLAM TABLETS | 8858-25 | 0.125MG | 100UD | $ 64.00 | $ 64.00 | $ 39.00 | $ 31.26 |
| TRIAZOLAM TABLETS | 4859-06 | 0.25MG | 10X10 | $ 66.60 | $ 66.60 | $ 41.00 | $ 19.76 |
| TRIAZOLAM TABLETS | 4859-29 | 0.25MG | 500 | $ 315.00 | $ 315.00 | $ 190.00 | $ 93.86 |
| TRIAZOLAM TABLETS | 8859-25 | 0.25MG | 100UD | $ 69.00 | $ 69.00 | $ 42.00 | $ 33.68 |
| VIRAMUNE TABLETS | 4647-25 | 200mg | 100 | $ 424.80 | $ 424.80 | $ 354.00 | $ 354.00 |
| VIRAMUNE TABLETS | 8647-25 | 200mg | 100UD | $ 432.00 | $ 432.00 | $ 360.00 | $ 360.00 |

*Item Temporarily Unavailable -

**Roxane Laboratories, Inc.**

CONFIDENTIAL
Attorney's Eyes Only

ROX TX 14608