# Exhibit 124

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Exhibit ___B___ for ID
Witness *Russillo*
L. O'Sullivan, CSR  *1-8-09*

| | |
|---|---|
| **From:** | GERRITY, DAN MK BIPUS <gerrity@boehringer-ingelheim.com> |
| **Sent:** | Saturday, February 20, 1999 4:22 AM |
| **To:** | CIARELLI,GREGG MK BIPUS <gciarell@rid.boehringer-ingelheim.com> |
| **Cc:** | GERRITY, DAN MK BIPUS <dgerrity@bi-pharm.com> |
| **Subject:** | Redesign & RLI Pricing -- FW: URGENT!! Price Change effective 2/22/99 - Prelu-2 |
| **Attach:** | RLI 0299 Prelu-2 INCREASE DATA.xls; RLI Prelu-2.doc |

Gregg,

A few quick questions & thoughts - related to the Redesign.

- What is the RLI price change approval process and who formally approved it (I am not aware of their new methods since Tupa's departure)?
- Were you made aware of this price change before it occurred, and how early in the process were you involved?
- Is RLI's price changes processed in a manner similar to BIPI's in that there is a Pricing Committee to analyze, review and approve each?
- Now that we are one Corporation, should these processes be combined and/or at least have common participants?

We both have noted that since Tupa's departure we have an opportunity to improve these processes and ensure all elements are properly addressed.  In particular, I had noted in the past that RLI focused only on WAC pricing and that the AWP's were not adjusted/properly addressed resulting in major spreads.  For example, BIPI's WAC to AWP is traditionally a 20% increase for all products, whereas RLI's range from the 30% to 300% depending on the product.  The impact I noted on MC was that for the RLI Brands I had to create different conversion tables so that the % rebate of WAC would equal the same dollars off AWP with a much lower %.  When I investigated further, I was informed that Judy Waterer never considered changing the AWP with her WAC adjustments this past year.

The bottom line is that these process are the same and we need a process whereby the appropriate individuals are included to ensure all aspects & perspectives are addressed.

I will need to include this in the Redesign, and would appreciate you input on improving this process.

Another late night - so please understand that I had to get this off and hope it makes cents.

***Thanks,***

***Dan Gerrity***

Director, Strategic Contracting & Pricing

Boehringer Ingelheim Pharmaceuticals, Inc.

Phone: (203) 798-4626 Fax:   (203) 791-6189

Email:  dgerrity@rid.boehringer-ingelheim.com

-----Original Message-----
**From:** MYER, ALEISHA        ROXUS  **On Behalf Of** FELDMAN, RICHARD        ROXUS
**Sent:** Friday, February 19, 1999 11:45 AM

**To:** Alesio, Phyllis; Banks, Bruce; Berkle, Shelly; BURTON, HEATHER; CARR-HALL, COLIN; Ciarelli, Gregg; Cumming, Jim; Delaney, John; DICK, HERMAN; Dockins, Terry; ELLEXSON, GARY; FELDMAN, RICHARD; Feller, Greg; Ferrara, Christine; Fulton, Greg; George, Andrew; Gerrity, Dan; GORDON, DAWN; Gordon, Susan; GROEBEL, ROBERT; GUNN, ED; Hankins, Bill; HART, JERRY; HAWTHORNE, PENNY; Hayes, Elizabeth; Hirst, Kathleen; KELMAN, DAVID        ROXUS; KUTNER, DEBORAH        ROXUS; Kwong, Chris; LAROWE, LOUIS        ROXUS; Leonetti, Mike; Lloyd, Kimball; LOXLEY, RHODA        ROXUS; MATHEWS, EVERETT        ROXUS; MATHEWS, KIRK        ROXUS; MCCOY, LYNDA        ROXUS; MELLODY, JIM; Michelsen, Scott; MYER, ALEISHA; Nelson, Richard; PAOLETTI, LESLI        ROXUS; Peterman, Richard; POWERS, JOHN        ROXUS; Press, Roseann; QUERRY, DAVID; Robert, Dave; ROSS, TERESA; Rowenhorst, James; RUSSELL, CRAIG        ROXUS; Russillo, Tom; SAWYER, TOM        ROXUS; SHEPARD, KIRK DR.        ROXUS; SINCICH, JERRY        ROXUS; SMITH, DAN; SMITH, MIKE        ROXUS; SNYDER, STEVE; SWARTZ, JOHN        ROXUS;

Confidential

SYKORA, ROBERT        ROXUS; Thompson, Tommy; TROWBRIDGE, ELIZABETH    ROXUS; VIA, TOM            ROXUS; WATERER, JUDY
ROXUS; WHITEHILL, NELLIE      ROXUS; Zebendon, Cheryl

**Subject:**      URGENT!! Price Change effective 2/22/99 - Prelu-2
**Importance:**   High

## Memo from Rich Feldman

Attached please find a copy of the February 22, 1999 Immediate Wholesaler Price Change Announcement. As a courtesy to you, I am sending this **internal document** now in order to give everyone a little advance warning. This price list will be sent via fax modem to Wholesalers and Warehousing Chain Accounts **beginning today, February 19, 1999, approximately 4:00p.m. EST** .

Due to the fact that the AWP has changed, notification will also be sent to Third Party Pricing Services.

If I have inadvertently left anyone off of the list above please forward this document to them and notify my assistant, Aleisha Myer for future price notifications.  Thank you.

Regards,                    <<...>>

Rich/acm


**NAMS,**

For your reference I have also attached a spreadsheet of the customers that we have notified.  This way you can check your accounts to make sure they were all on the list to be notified.

Aleisha

<<...>>

Confidential                                                                  BOEH01311261

BOEH01311262

RLI-2259 Prev-2 Increase Data

| Account Name | Street Address | City | State Zip | Con Phone | Fax | RU#B 1 Key Customer Contact | 2 Key Custom 3 Key Cust 4 Key Cust Accou | BU Accou | Expr1 |
|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | Aleshka | Aleshka 2 | WCH | TEST |
| A | | | | | | Aleshka | Aleshka 2 | WCH | TEST |
| Albertsons | 250 Park Center Blvd. | Boise | ID 83726 | 614-275-6158 | 614-275-6158 | Robert Henson, R.Ph., Corp. Pharm. Procurmt Mgr. | | WCH | Colin Carn-Hall |
| American Drug Stores | 299 East Shawmut Ave Dr Drop 150#37 | Salt Lake City | UT 84111-22003 | 208-395-5502 | 208-395-6103 | Tony Michiski, R.Ph, Director of Compliance and Pharm | Branded Pharmaceutical Buyer | WCH | Colin Carn-Hall |
| AmerisourceBergen | 1717 Corvus Valley Parkway | Pelham | AL 35124 | 205-985-4100 | 205-985-5800 | George Brbrby, Division General Manager | Jerry Beal, Sales Manager | WHO | Colin Carn-Hall |
| AmerisourceBergen | 11010 Hopkins St., Unit C | Mira Loma | CA 91751 | 909-360-0257 | 909-360-3200 | Joe Brecko, Division General Manager | | WHO | Dawn Gordon |
| AmerisourceBergen | 3224 Iris St. | Paducah | KY 42001 | 270-444-6000 | 270-444-6707 | Dave Carter, Division Manager | | WHO | Colin Carn-Hall |
| AmerisourceBergen | 576 College St. | Springfield | MA 01104 | 413-627-8600 | 413-627-9625 | Jim Jackson, Div. Gen. Mgr. | Denise Gillaland, Division General Manager | WHO | Dawn Gordon |
| AmerisourceBergen | 6810 Shady Oak Rd. | Eden Prairie | MN 55344 | 612-941-8000 | 612-941-0669 | Denny Lindell, Purchasing | Ben Trasch, Div Gen Mgr | WHO | Dawn Gordon |
| AmerisourceBergen | 5th and Grand | Joplin | MO 64801 | 417-625-2100 | 417-625-5100 | Frank Brown, Division General Manager | Howard Thompson, Sales Mgr | WHO | Colin Carn-Hall |
| AmerisourceBergen | 100 Friars Lane | Thorofare | NJ 08086 | 609-848-0400 | 609-848-1684 | Bill Brifhart, Purchasing | Larry Lonergan, Division General Manager | WHO | Dawn Gordon |
| AmerisourceBergen | 3180 Noboru Ave. | Toledo | OH 43613 | 419-471-2021 | 419-531-5654 | Paul Carr, Division General Manager | | WHO | Dawn Gordon |
| AmerisourceBergen | 1200 S. 5th St. | Columbus | OH 43207 | 614-253-3481 | 614-253-0181 | Randall Cavanaw, Buyer | Jon Briney, Division General Manager | WHO | Dawn Gordon |
| AmerisourceBergen | 10151 SE Jennifer St. | Clackamas | OR 97015 | 503-557-7907 | 503-557-3849 | Rich Mahowers, Div. Gen. Mgr. | Fred Morgan, Sales Manager | WHO | Dawn Gordon |
| AmerisourceBergen | 412 Church St. | Johnson City | TN 37604 | 423-282-3271 | 423-928-3277 | Joe Dickson, Div. Gen. Manager | | WHO | Dawn Gordon |
| AmerisourceBergen | 300 Tallan Building/Two Union Square | Chattanooga | TN 37402 | 615-693-9455 | 615-693-9085 | Keith Murray | | WHO | Dawn Gordon |
| AmerisourceBergen | 200 N. Holly St. | Chattanooga | TN 37404 | 423-698-0423 | 423-624-2600 | Frank Dulf, Division General Mgr. | Jerry Beal, Gen. Smith, Sales Manager | WHO | Dawn Gordon |
| AmerisourceBergen | 1259 Avenue H | Grand Prairie | TX 75050 | 972-602-3210 | 972-602-3400 | Bud Lowry, VP & General Mgr. | Jack Lazerton, Sales Mgr. | WHO | Dawn Gordon |
| AmerisourceBergen | 5221 Timberlake Rd. | Lynchburg | VA 24502 | 804-582-4755 | 804-582-4755 | Dave Farley, Division General Mgr. | Charlie Blash, S. Bruce Bowron, Sales Mgr. | WHO | Dawn Gordon |
| AmerisourceBergen Corporation | 300 Chester Field Parkway | Malvern | PA 19355 | 610-296-4480 | 610-722-3113 | Bill Lloyd, Information Standards | Margaret Hamilton, Information Standards | WHO | Dawn Gordon |
| AmerisourceBergen Corporation | 300 Chester Field Parkway | Malvern | PA 19355 | 610-296-4480 | 610-651-0464 | Kurt Hillberry, R.Ph., Corp., VP, Pharmaceutical Programs | Dan Roberth, Mgr. Multisource Programs | WHO | Dawn Gordon |
| AmerisourceBergen Corporation (C) | 300 Chester Field Parkway | Malvern | PA 19355 | 610-296-4480 | 610-651-0464 | Bonne Keith, VP Chief Procurement Officer | Joe Morton, R.Ph., VP, Trade Relations | WHO | Dawn Gordon |
| AmerisourceBergen Corporation (NE) | 100 Friars Lane | Thorofare | NJ 08086 | 609-848-5000 | 609-848-1684 | Tony Martone, R.Ph., Div. Gen. Mgr. | | WHO | Dawn Gordon |
| AmerisourceBergen Corporation (S) | 300 Tallan Bldg., Two Union Sq. | Chattanooga | TN 37402 | 423-209-1150 | 423-209-1150 | Andre Ziegelmann | | WHO | Dawn Gordon |
| AmerisourceBergen Corporation (W) | 6810 Shady Oak Road | Eden Prairie | MN 55344 | 612-941-8000 | 612-941-0669 | Hal Harrison, Purchasing | Matt Hayes | WHO | Dawn Gordon |
| AmerisourceBergen Corporation Idaho Falls | 985 Lincoln Rd. | Idaho Falls | ID 83401 | 208-523-6790 | 208-523-5141 | Joe Reeves | | WHO | Dawn Gordon |
| AmerisourceBergen Corporation Louisville | 244 East Woodlawn | Louisville | KY 40214 | 502-363-2551 | 502-368-9441 | Alan Conant, VP & General Mgr. | Dave Tucker, Sales Manager | WHO | Dawn Gordon |
| AmerisourceBergen Corporation Orlando | 2100 Directors Row | Orlando | FL 32809 | 407-850-4200 | 407-850-4204 | Scott Wilson, Division General Manager | | WHO | Dawn Gordon |
| AmerisourceBergen Corporation Phoenix | 107 South 41st Ave. | Phoenix | AZ 85009 | 602-269-5111 | 602-269-6006 | Kent Rochar, Division General Manager | Charla Lehan, Sales Mgr. | WHO | Dawn Gordon |
| AmerisourceBergen West Sacramento | 3000 Stanford Ranch | West Sacramento | CA 95691 | 916-373-5402 | 916-373-5400 | Rob Shluz, Sales Manager | Rich Shluz, Sales Manager | WHO | Dawn Gordon |
| Anda Generics | 4400 104 Ave., Suite #295 | Ft. Lauderdale | FL 33314 | 954-954-4520 | 954-815-1181 | Chris Tomlanovich, VP Purchasing | Al Cohen | WHO | Dawn Gordon |
| Arbor Drugs, Inc. | 3301 West Big Beaver Road | Troy | MI 48007-2510 | 248-637-1500 | 248-637-1041 | Tom Cailan, R.Ph., VP Pharmacy Purchasing | | WCH | Steve Snyder |
| Barnes Wholesale Co. | 111 Highland Drive | Highland | CA | 909-890-6748 | 909-890-6746 | | Janya Goulding, PAR | WHO | Steve Snyder |
| Bellevney Drug | 411 Landman Drive | Wilmington | OH 23412 | 000-000-0000 | 000-000-0000 | James Mills, VP, GM | Paul Cameron, Re-Buyer | WHO | Naidu B |
| BelCo Drug Corp | 101 E. Hoffman Ave. | Lindon Hurst | NY 11757 | 516-226-5000 | 516-226-5204 | Lisa Adkinson, Buyer | | WHO | Debbie Kolter |
| Bergen Brunswig Drug Co. | 4000 Metropolitan Drive | Orange | CA 92868 | 714-385-4000 | 714-385-4444 | Ubaldo Rocca, VP Sales | Debbie Kolter | WHO | Debbie Kolter |
| Bergen Brunswig Drug Co. | 2981 W. Fairview Ave. | Montgomery | AL 36108 | 334-834-3000 | 334-265-3455 | Tommy Andrades, Division Manager | Michael Jernigan, Sales Manager | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. | 2101 West Roosevelt St. | Phoenix | AZ 85009 | 602-272-9161 | 602-275-2711 | Bellevey Reed, Division Manager | | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. | 4000 Metropolitan Drive | Orange | CA 92868 | 714-385-4000 | 714-385-4630 | Terry Rubold, Nat'l Div Mgr | Lawrence Brines, Division Manager | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. | 4000 Metropolitan Drive | Orange | CA 92868 | 714-385-4000 | 714-385-4630 | Walter Grand, Inventory Control | Doug Bishop, VP, Generic Purchasing Programs | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. | 4000 Metropolitan Drive | Orange | CA 92868 | 714-385-4000 | 714-385-4630 | Simon Grand, Inventory Manager | Christine Doherty, National Director Brande | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. | 4000 Metropolitan Drive | Valencia | CA 91355 | 805-257-5400 | 805-257-6199 | Dave Lewis, Nat'l Prodct Mgr, Multisource | | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. | 24600 Avenue Kearny | Valencia | CA 91355 | 805-257-5400 | 805-257-6101 | Mike Quick, VP Sales | Mike Miller, Dev. Mgr. | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. | 4000 Metropolitan Drive | Orange | CA 92808 | 714-385-4000 | 714-385-4630 | Doyle Pearce, VP, Retail Slls, & Mktg. | | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. | 1281 National Ct. | Sacramento | CA 95834 | 916-928-0041 | 916-928-7716 | Mike Kroke, Div. Mgr. | | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. | 4000 Metropolitan Drive | Orange | CA 92868 | 714-385-4000 | 714-385-4630 | Ken Weinstein, Nat'l Prod. Dir. Spec. Purch. | Austin Rumsbey, Division Manager | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. | 2100 Directors Row | Orlando | FL 32809 | 407-857-4661 | 407-859-5756 | Connie Cutler, Div. Manager | | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. | 1985 Satellite Boulevard | Suwanee | GA 30178 | 770-623-0190 | 770-476-1332 | Bob Carpwell, Sales Manager | | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. | 4144 Mendenhall, Inc. | Suwanee | GA 40650-5011 | 404-629-3003 | 404-629-3600 | Karen Brown, Buyer | Ron White, Buyer | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. | 7641 National Turnpike | Louisville | KY 40214 | 502-368-1213 | 502-368-9924 | Dennis Harris, Sales Mgr. | | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. | One Industrial Park Drive | Williamston | MA 48895 | 517-655-5455 | 517-655-1138 | Danny Lamm, Buyer | | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. | 8000 S. Louis St., South Industrial Park | Meridian | MS 39301 | 601-485-6942 | 601-485-7810 | James Raden, Division Manager | | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. | 6806 Ebenezer Church Road | Raleigh | NC 27613 | 919-782-6400 | 919-783-4741 | Jim Travis, Div Mgr | | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. | 6308 Ocean Ave. | Beaverton | OR 97005 | 503-641-4141 | 503-644-5049 | Nick Desauto, Sales Mgr. | | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. | 1200 Christiana Boulevard | Artesia | CA 91549-0101 | 615-245-0000 | 615-245-0109 | Edd Holbron, Division Manager | | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. | 1766 Fremont Ct. | Salt Lake City | UT 84104 | 801-972-4121 | 801-575-6344 | Sid Spencer, Div Mgr | Gary Leishman, Buyer | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. | 9999 J.E.B Stuart Parkway | Glen Allen | VA 23060 | 804-530-5500 | 804-530-5544 | Rick Hitt, Buyer | | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. (E) | 5093 Spectrum Dr., Ste. 715 West | Orlando | TX 75240 | 972-980-7990 | 972-980-9914 | Larry Bundin, Exec VP, Central Region | John Boehart, Division Manager | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. (E) | 2702 Directors Row | Orlando | FL 32809-6236 | 407-857-5590 | 407-859-9776 | William Allen, Exec. VP - East Rgn | | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. (W) | 4000 Metropolitan Drive | Orange | CA 92868 | 714-385-4000 | 714-385-4444 | Karen Wittman, Exec, VP, W. Region | Louisa Green PAR | WHO | Colin Carn-Hall |
| Bergen Brunswig Drug Co. (W) | Route 80 at Hook Mountain Road | Indianapolis | IN 46256 | 317-704-4000 | 317-704-4611 | Linda Vanwert, Buyer | John Davenport, Buyer | WHO | Colin Carn-Hall |
| Bindley Western Drug Co. | 8909 Purdue Road | Indianapolis | IN 46268 | 317-704-4131 | 317-704-4604 | David D Durlow, Sr. VP, Purchasing & Marketing | | WHO | Penny Hawthorne |
| Bindley Western Drug Co. | 5415 Westport Rd. | San Antonio | TX 47222 | 318-628-9511 | 318-626-4791 | Paul Milowed, Sales Manager | Jeff Bowers, Division Mgr. | WHO | Penny Hawthorne |
| Bindley Western Drug Co. | 550 North Pioneer Avenue, Suite 100 | Woodland | CA 95776 | 530-661-7150 | 530-661-7156 | Kraig Branham, Cust. Svc. | | WHO | Penny Hawthorne |
| Bindley Western Drug Co. | 181 Huyler Street | Orange | CT 06477 | 203-795-2270 | 203-795-2670 | Ed Hodson, Division Mgr. | John Bonham, Division Manager | WHO | Penny Hawthorne |
| Bindley Western Drug Co. | 2600 Titan Row | Orlando | FL 32811 | 407-438-0500 | 407-438-2771 | Gary Laboo, VP Division Manager | Bob Rhoades Sr. | WHO | Penny Hawthorne |
| Bindley Western Drug Co. | 8005 Trion Circle | Austell | GA 30001 | 770-793-5000 | 770-739-8138 | Bob Wright, Sales Manager | Jerry Buhrey, Dir. Generic Re Programs | WHO | Penny Hawthorne |
| Bindley Western Drug Co. | 4212 Mt. 71st Street | Indianapolis | IN 46268 | 317-875-3000 | 317-875-3794 | Gerald Larimore, Sales Manager | George Venchia, VP Division Manager | WHO | Penny Hawthorne |
| Bindley Western Drug Co. | 8909 Purdue Road | Indianapolis | IN 46268 | 317-704-4131 | 317-704-4614 | Paul Duram, Div. Generic Re Programs | Kathy Byrns, VP, Chain Account Procurmt | WHO | Penny Hawthorne |
| Bindley Western Drug Co. | Riverside Industrial Pkwy. | Portland | ME 04101-0662 | 207-797-2912 | 207-797-0012 | George Tirabini, VP Division Manager | | WHO | Penny Hawthorne |
| Bindley Western Drug Co. | 2000 North Union Blvd | Middletown | PA 17057 | 717-944-5200 | 717-944-5205 | Bill Nncolta, VP Division Manager | | WHO | Penny Hawthorne |
| Bindley Western Drug Co. | 309 Commerce Park Drive | Nashville | TN 37210 | 615-399-1000 | 615-399-6701 | Dutch Harmon, Buyer | Steve Barnett, VP Division Manager | WHO | Penny Hawthorne |
| Bindley Western Drug Co. | 1000 Holien Street, Suite 100 | Grapevine | TX 76051 | 817-251-5499 | 817-251-0715 | Jim Straughan, Sales Manager | Dave Honsite, VP Division Manager | WHO | Penny Hawthorne |
| Bindley Western Drug Co. | 4217 Mini Way | Dallas | TX 75237 | 214-339-3744 | 214-337-5407 | | | WHO | Penny Hawthorne |

Confidential

RU 0299 Prelim 2 Increase Data

| Company | Address | City | ST | Zip | Phone | Contact | Title | | Div | Rep |
|---|---|---|---|---|---|---|---|---|---|---|
| Binday Western Drug Co. | 8727 Tanner Road | Houston | TX | 77041 | 713-460-2977 | | Dave Bascom, Division Manager | BU | WHO | Penny Hawthorne |
| Binday Western Drug Co. | 8372 North Steven Road | Milwaukee | WI | 53223 | 414-365-2916 | | Ben Banks, Division Manager | BU | WHO | Penny Hawthorne |
| Binday Western Drug Co. | 1955 Frederick Street | Shelby | NC | 28151 | 704-482-3461 | | Mike Williamson, VP Division Manager | BU | WHO | Penny Hawthorne |
| Boschow Drug | Calal St. & Las American, Urb.Ind. 3 Monjitas | Halo Rwy | PR | 00918 | 787-765-2500 | | Magaly Rivera, R.Ph. | BU | WCH | House |
| Brooks Pharmacy | 50 Service Avenue | Warwick | RI | 02886 | 401-825-3900 | | Bob Moriany | BU | WCH | Steve Snyder |
| Brukink, Inc. | 219 Medium St. | Malden | MA | 02148 | 781-321-4800 | | Scott Brody, Purchasing Mgr. | BU | WCH | House |
| Burlington Drug Company | 91 Catamount Dr | Milton | VT | 05468-1001 | 802-893-5105 | | Chris Millspy | BU | WCH | House |
| C.D. Smith | 3513 S. Valley View Boulevard/Suite E-121 | Las Vegas | NV | 89102 | 702-871-1877 | | Andrew Hobbs, Inv Operations | BU | WHO | NAM 7 |
| C.D. Smith Wholesale Drug | 3907 S. 48th Terrace | St. Joseph | MO | 64504 | 816-232-8400 | | Eric Fahey, Buyer | BU | WHO | NAM 7 |
| C.D. Smith Wholesale Drug | 3907 S. 48th Terrace | St. Joseph | MO | 64504 | 800-252-0104 | | Rick Kaufman, Exec.VP | BU | WHO | NAM 7 |
| Cahill Wholesale | 673 Williams Ave | Columbia | MO | 64214 | 816-474-5226 | | Jim Cahill, Buyer, Manager | BU | WHO | Penny Hawthorne |
| Cardinal Health | 4422 South 39th Place | Phoenix | AZ | 85040 | 602-453-2501 | | Brian Mills, Inventory Manager | BU | WHO | Steve Snyder |
| Cardinal Health | 5255 Dwight Road | Elk Grove | CA | 95758 | 916-384-2000 | | Paul Schram, Inventory Manager | BU | WHO | Steve Snyder |
| Cardinal Health | 1205 Pacific | Ontario | CA | 91761 | 909-390-8200 | | Dennis Lee, Inventory Manager | BU | WHO | Steve Snyder |
| Cardinal Health | 27800 Avenue Mentry | Valencia | CA | 91355 | 661-294-3100 | | Janet Nichols, Inventory Manager | BU | WHO | Steve Snyder |
| Cardinal Health | 4741 Marston Street | Denver | CO | 80216 | 303-295-5027 | | Patrick Abbott, Inventory Manager | BU | WHO | Steve Snyder |
| Cardinal Health | 2045 Interstate Dr | Lakeland | FL | 33805 | 941-686-8784 | | Paul Shaibi, Inventory Control Mgr | BU | WHO | Steve Snyder |
| Cardinal Health | 42 Ross Road | Savannah | GA | 31405 | 912-234-7204 | | Richard Solomons, Inventory Control Mgr | BU | WHO | Steve Snyder |
| Cardinal Health | 2600 Prospect Drive | Aurora | IL | 60504 | 630-236-2700 | | Betty Pullman, Inventory Manager | BU | WHO | Steve Snyder |
| Cardinal Health | 11 Centennial Drive | Peabody | MA | 01960 | 978-532-6000 | | Susan Thornton, Inventory Manager | BU | WHO | Steve Snyder |
| Cardinal Health | 980 Lone Oak Road, Suite 134 | Eagan | MN | 55121 | 612-686-9810 | | Yogi Ommaveria, Inventory Manager | BU | WHO | Steve Snyder |
| Cardinal Health | 13198 Livernois Road | Earth City | MO | 63045 | 314-770-1402 | | Rick Robbins, Inventory Manager | BU | WHO | Steve Snyder |
| Cardinal Health | 7901 NE Gardner Ave | Kansas City | MO | 64120 | 816-483-4462 | | Brad Cannella, Inventory Manager | BU | WHO | Steve Snyder |
| Cardinal Health | 13042 Gravois Road | Madison | WI | 53718 | 608-249-2550 | | Gina McNeil, Inventory Manager | BU | WHO | Steve Snyder |
| Cardinal Health | 3988 West Point Blvd | Winston-Salem | NC | 27103 | 336-659-8920 | | Mark Ahles, Inventory Manager | BU | WHO | Steve Snyder |
| Cardinal Health | 7201 Los Volcanes Rd., NW | Albuquerque | NM | 87121 | 505-833-8900 | | | BU | WHO | Tom Vu |
| Cardinal Health | 6310 Molloy Road | Syracuse | NY | 13211 | 315-431-5267 | | | BU | WHO | Tom Vu |
| Cardinal Health | 5555 Glendon Court | Dublin | OH | 43016 | 614-757-5000 | Central Database Annie Rumfola, Dir of | Jody Taylor, Mgr. of Database Services | BU | WHO | Tom Vu |
| Cardinal Health | 1000 Linden Ave | Zanesville | OH | 43016 | 740-453-0201 | | Betty Pullman, Inventory Manager | BU | WHO | Tom Vu |
| Cardinal Health | 5555 Glendon Court | Dublin | OH | 43016 | 614-757-5000 | | Karen Ozane, Inventory Manager | BU | WHO | Tom Vu |
| Cardinal Health | 5555 Glendon Court | Dublin | OH | 43016 | 614-757-7843 | | Neil Warren | BU | WHO | Tom Vu |
| Cardinal Health | 5555 Glendon Court | Dublin | OH | 43016 | 614-757-5000 | Tom McCaulley, Mgr., Generic Retail Progr | Josh Carlton, Dir., Retail Generic Product Management | BU | WHO | Tom Vu |
| Cardinal Health | 5555 Glendon Court | Dublin | OH | 43016 | 614-757-7843 | | Sid Geller | BU | WHO | Tom Vu |
| Cardinal Health | 7000 Marx Drive | Houston | TX | 77072 | 254-751-5827 | | Lawrence Romero, Inventory Manager | BU | WHO | Tom Vu |
| Cardinal Health | 2610 North Main Street | Waco | TX | 76704 | 713-740-6211 | | Trina Maddox, Inventory Manager | BU | WHO | Tom Vu |
| Cardinal Health | 955 West 2100 South | South Salt Lake City | UT | 84119 | 801-973-4865 | | Paul Schram, Inventory Manager | BU | WHO | Tom Vu |
| Cardinal Health | 901 C Street | Auburn | WA | 98001 | 253-833-3422 | | Rick Jackson, Inventory Manager | BU | WHO | Tom Vu |
| Cardinal Health | 71 Mirrian Drive | Wheeling | WV | 26003 | 304-242-9525 | | Rick Martin, Inventory Manager | BU | WHO | Tom Vu |
| CVSPharmacy | One CVS Drive | Woonsocket | RI | 02895 | 401-765-1500 | Martin Kotek | Matt Leonard | BU | WCH | Steve Snyder |
| D & K Healthcare Resources | 406 Madison Ave. Ste. 960 | Alton | IL | 61810 | 618-936-6411 | Patty Cameron, Rx Buyer | Greg Lendis, Inventory Control Manager | BU | VCH | Steve Snyder |
| D & K Healthcare Resources | 800 North Third Street | Minneapolis | MN | 55403 | 612-338-7401 | | Terri Twomey, Generic Buyer | BU | WHO | Tom Vu |
| D & K Healthcare Resources | 8000 Maryland Ave., Ste. 950 | St. Louis | MO | 63015 | 314-727-3485 | Robert B. Orr, VP, Purchasing | Danise Wiesemann | BU | WHO | NAM 7 |
| D & K Healthcare Resources | 1575 Mallory Road | Cape Girardeau | MO | 63701 | 573-339-5280 | | Gary Banse, Director of Sales | BU | WHO | NAM 7 |
| D & K Healthcare Resources | 8000 Maryland Ave., Ste. 950 | St. Louis | MO | 63015 | 314-727-3485 | | Fred Stern, President and CEO | BU | WHO | NAM 7 |
| D & K Healthcare Resources | 510 Kingsland Drive | Lexington | KY | 40509 | 606-263-6920 | G.K. Richards, F. Dave Fraddin, CA Buyer | Gary Present, Dir. Sales and Purch. | BU | WHO | NAM 7 |
| DIK Drug Co. | 2495 North Main Street | Minot | ND | 58703 | 701-852-3711 | | Carl Tumminelli, Dir. Pharmacy Operations | BU | WHO | NAM 7 |
| Dakota Drug | 190 Tower Dr | Burr Ridge | IL | 60521 | 630-655-0200 | | David A. Williams, VP Purch. Marketing | BU | WHO | Dawn Gordon |
| Dik Drug Co. | 211 Union Blvd. Drive | Totowa | NJ | 04256 | 973-595-5600 | | David Twomey, Pres./CEO | BU | WHO | NAM 7 |
| Discount Drug Mart, Inc. | 420 Northwest Fifth Street | Evansville | IN | 47708-0871 | 812-426-6700 | | Jeanna Carpigena, Sales Director | BU | WHO | Dawn Gordon |
| Diversified Healthcare, Inc. | 250 Caspari Road | Philadelphia | PA | 19115 | 215-673-3445 | | Brenda Hernandez, R.Ph. | BU | WHO | NAM 7 |
| Dixon-Shane Wholesale Drug, Inc. | 2555 Delanceur Road | Philadelphia | PA | 00025 | 215-676-4444 | | Brandon Chandler | BU | WHO | NAM 7 |
| Drogueria Betances | Road #174 34.0 | Caguas | PR | 00725 | 787-746-0651 | | Robert Vonghram, VP Pharmaceutical Purchasing & Formulary Mgt | BU | WCH | House |
| Drogueria Betances | PO #11,191 15.5 Tel.p., Ind. | Ponce | PR | 00066 | 787-251-7525 | | Lisa zo Englicko | BU | WCH | NAM 7 |
| Drogueria Central | 8393 Bryan Dairy Road | Largo | FL | 33777 | 727-596-6024 | | Douglas Revere, Dir. Sales | BU | WCH | Dawn Gordon |
| Drogueria Central | 12 170 N.W. 96th St. | Germantown | WI | 53022 | 800-444-0346 | Lynn King, RPh, Mike LaBross Mary Jo Batti | Donna Tomczak, Assistant VP Purchasing | BU | WCH | NAM 7 |
| Eckard Corporation | 8000 Maryland Ave., Ste. 950 | Germantown | WI | 53022 | 414-255-0041 | Steven Strobl, Dir. Purchasing | Phil Carlton | BU | WCH | Dawn Gordon |
| F. Dohmen Co. | 2001 Kennedy Street NE | Minneapolis | MN | 55413 | 612-379-1540 | | Joe Harris, Pres. and COO | BU | WCH | NAM 7 |
| F. Dohmen Co. | 4355 Wilson Ave North | Minot | ND | 11693 | 701-852-2711 | | | BU | WCH | NAM 7 |
| F. Dohmen Company Minneapolis, The | 180 Crandall Drive | Plainview | NY | 11803 | 516-349-8622 | | Laura Schneider, R.Ph., Pharmaceutical Buyer | BU | WCH | NAM 7 |
| F. Dohmen Company | 200 N. Fairview Ave. | Chicago | IL | 60610-1200 | 773-826-4321 | Michelle Gregor, Reg'l Inv Mgr | William Allen, Sr. President | BU | WCH | NAM 7 |
| G & G Drug (Wholesalers, Inc.) | 66 North Drive | Melville | NY | 11747 | 516-982-1380 | | Rick Purvis, Merchandise Buyer | BU | WCH | NAM 8 |
| General Drug Company | 6300 Shafd Rd. | Landover | MD | 20785 | 301-341-4420 | Lynne Sala | Bob Dynek, Mgr. Vendor Rel. | BU | WCH | Not Covered |
| Gard Food (MD) | 1410 Main St West | Wheeling | WV | 26003 | 304-233-1870 | Lou DelCallo | | BU | WCH | Not Covered |
| Goodwin Drug Co. | 4650 Industrial Drive | Springfield | IL | 62707 | 217-529-1644 | Russ Flair | Bob Wilson, Pharmaceutical Category Mgr. | BU | WCH | Not Covered |
| H.D. Smith | 900 Lewis Blvd | Wood Dale | IL | 60191 | 630-227-9420 | | Cheryl Harper, General Mgr. | BU | WCH | Dawn Gordon |
| H.E. Butt | 646 S. Main Ave. | San Antonio | TX | 78204 | 210-938-8444 | Debra Mullen, Buyer | Nancy Carlson, VP Purchasing | BU | WCH | Steve Snyder |
| Hanard Drug Group | 8390 Alton Drive | San Diego | CA | 92126 | 800-642-1212 | Ramiro Rivera, Buyer | Al Ortman, Senior Buyer | BU | WCH | Steve Snyder |
| Hanard Drug Group-Detroit | 31778 Enterprise Dr. | Livonia | MI | 48150 | 734-525-0700 | | Brian Stock, Director of Purchasing | BU | WCH | Steve Snyder |
| Independent Drug | 2851 Commerce Parkway | Miramar | FL | 34270-3000 | 954-441-7004 | Jay Levine, President | Bob McGuire, Retail Merchandise Mgr. | BU | WCH | Dawn Gordon |
| J.I. Blan | 5725 Foster Avenue | Brooklyn | NY | 11234-1001 | 718-251-0600 | Mike Schafer, Buyer | Jose Gik Hodrige, Head Buyer | BU | WCH | Debbie Kutner |
| Jewel Drug Company | 217 Rabey Street, S.E. | Aberdeen | MD | 00000 | 410-273-0300 | | | BU | WCH | NAM 7 |
| JM Blanco Inc | Diana Street #21 | Guaynabo | PR | 00968 | 787-793-6262 | Merrit Blake | | BU | WCH | Steve Snyder |
| Kerr Drug | 2525 S. Tri-Center Blvd. | Durham | NC | 27713 | 919-544-3706 | Bill Bradley | | BU | WCH | House |

Confidential

BOEH01311263

RLI 0299 Priva-2 Increase Data

| Company | Address | City | State | C | Zip | Phone 1 | Phone 2 | Contact / Title | Code | Name | Code | Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| King Drug | 606 W. Lucas St. | Florence | SC | C | 29501 | 843-662-0411 | 843-662-0414 | Charles Poole, Buyer | BU | | WHO | Not Covered |
| Kinney | 526 East Main St. | Gouverneur | NY | | 13642 | 315-287-0600 | 315-287-0178 | Owen Halloran, R.Ph., Pharmacy Category Mana | BU | | VCH | Debbie Kufner |
| Kinray Inc. | 152-35 10th Ave. | Whitestone | NY | | 11357-1112 | 718-767-1800 | 718-767-4796 | Sandy Cohen, VP Purchasing & Mktg. | BU | | WHO | Debbie Kufner |
| Kroger-Payton | 1014 Vine St. | Cincinnati | OH | | 45202 | 513-762-1565 | 513-762-1547 | Bob Brewitz, Proc. Procurement Mgr. | BU | | VCH | Penny Hawthorne |
| Long's Drug Stores | 141 North Civic Drive | Walnut Creek | CA | | 94596 | 925-926-2000 | 925-210-6222 | Michelle Wright, Purchasing Assistant | BU | | WHO | Colin Cam-bell |
| Long's Drug Stores | 5701 East Santa Ana Street | Ontario | CA | | 91761 | 909-390-3700 | 909-390-3711 | | BU | | WHO | Colin Cam-bell |
| Louisiana Wholesale Drug Co., Inc. | 2055 I-49 South Service Road | Sunset | LA | | 70584 | 318-662-5100 | 318-662-5764 | Gayle White, Pres. | BU | | WHO | NAM 8 |
| Mary's Drug Stores, Inc. | 3423 South Service Rd. Ste 100 | Tolaca | CA | | 91355 | 818-846-1414 | | Bob Bailey, Buyer | BU | | WHO | NAM 8 |
| McKesson Drug Co. | 3461 Minnesota Drive | Anchorage | AK | | 99518 | 907-762-5600 | 907-762-5655 | Dave Fagenkiog, DCM | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 2025 North 27th Ave. | Phoenix | AZ | | 85009 | 602-233-4470 | 602-233-4479 | Kathy Deaton-e-Hoover, VP, Sales | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 2028 N. 27th Avenue | Phoenix | AZ | | 85009 | 602-272-5200 | 602-272-5267 | Tracy Evans, DCM | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 9601 S. Norwalk Blvd. | Santa Fe Springs | CA | | 90670 | 562-463-5100 | 562-463-2110 | Charlie Tomassene, Divisional Mgr. | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 2375 5th Ave. | W. Sacramento | CA | | 95691 | 916-373-4600 | 916-373-4611 | Warren Pearson, DCM | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 3775 Sacramento St. | San Francisco | CA | | 94118 | 415-563-8900 | 415-563-8960 | John Bonner, Senior Dir. Investment Purcha | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 14000 East 39th Ave. | Aurora | CO | | 80011 | 303-371-0770 | 303-373-5453 | Grant Erin , VP Sales | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | One Pond Place | Rocky Hill | CT | | 06067 | 860-721-0060 | 860-721-0062 | David Arrison, DCM | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 915 Chel Lane | Tampa | FL | | 33619 | 813-621-8844 | 813-622-8245 | Jim Springer, VP Sales | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 2575 Evergreen Pkwy | Duluth | GA | | 30097 | 770-813-6145 | 770-831-1651 | Jack Desmond, VP Sales | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 672 East Gate Industrial Rd. | Honolulu | HI | | 81819 | 808-831-6000 | 808-831-6050 | Chris Kaler, VP, Cam Mgr/VP, Sales | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 7701 Polk Street | Landover | MD | | 20785 | 301-322-1100 | 301-322-3600 | Peggy Bralak, DCM | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 3380 Tubman Road | Union City | GA | | 30110 | 770-477-6900 | 770-471-1621 | Chris Crouse, VP Sales | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 232 Stone Road | Slidell | LA | | 70466 | 504-649-0800 | 504-649-2505 | Fred Canniti, NWC Sales Manager | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 9 Hawkins Drive | Methuen | MA | | 01844-1569 | 978-685-9300 | 978-685-6000 | Debra Schening, DCM | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 7731 Polk Street | Landover | MD | | 20785 | 301-322-1100 | 301-322-3600 | Pete Green, VP Sales | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 5900 Tolmem Road | Livonia | MI | | 48150 | 734-779-9000 | 734-779-9050 | Jack Rice, Dist. Mgr. | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 3290 Stinson Street | St Paul | MN | | 55117 | 612-484-4800 | 612-484-6226 | Jane Kockeboel, DGM | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 1 Commerce Drive | Methuen | MA | | 63378 | 314-270-1600 | 314-270-4000 | Robert Stranglin, VP, Sales | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 5401 E. Trinity Mills, Tollway | Dallas | TX | | 75061 | 818-454-2005 | 818-454-6000 | Jay Slaphol, DCM | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 5378 Southgate Dr. | Billings | MT | | 59101 | 406-252-8316 | 406-252-5082 | Ron Avering, DC Mgr. | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 7006 South 10th St. | La Vista | NE | | 68128 | 402-502-3300 | 402-502-3147 | Bob Stragh, VP Sales | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 4 Ethel Road | Edison | NJ | | 08817 | 732-248-6800 | 732-248-6900 | John Bonner, National Buyer | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 400 Delran Pkwy. | Delran | NJ | | 08075 | 609-461-7600 | 609-461-7452 | Ken Morgan, VP Sales | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 500 Kosciusko Way | Cheektowaga | NY | | 14227 | 716-895-2700 | 716-895-2500 | Joe Rodzewski, DCM | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | One Executive Blvd. S. Westchester Industrial Park | Yonkers | NY | | 10704-0000 | 914-964-6000 | 914-964-6011 | Chris Lynch, VP, Sales | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 3000 Farmeyer Vthe | Washington Court House | OH | | 43160 | 740-636-0600 | 740-636-2026 | Bob Kearney, Distribution Center Mgr. | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 9 Keystone Avenue | N. Canton | OH | | 44720 | 330-499-1700 | 330-499-7966 | David Solomon, VP Sales | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 420 Distribution Circle | Fairfield | OH | | 45014 | 513-860-4645 | 513-860-4470 | Gary McSwain, DCM | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 4012 South Purdue | Oklahoma City | OK | | 73179 | 405-682-5559 | 405-682-0085 | Robert Stranglin, VP, Sales | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 9730 NW Commerce Circle | Hillsboro | OR | | 97120 | 503-640-5000 | 503-640-5012 | Mark Ashey, Distribution Mgr. | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 79 Industrial Park, Bldg. 320-325 | Sweddley | PA | | 15143 | 412-741-1900 | 412-741-1917 | Kevin Hans, Distribution Manager | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 2601 Commerce Dr | Cayce | SC | | 29033 | 803-796-7900 | 803-731-1728 | Jack Desmond, VP Sales | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 4868 Industrial Access Road | Smyrna | TN | | 37015 | 901-640-3700 | 901-640-3770 | Linda Rivers, DCM | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 4860 Composter | Memphis | TN | | 38141 | 901-543-9700 | 901-543-2270 | Charles Harbour, DC Mgr. | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 12515 Charrer Parkway | Carrollton | TX | | 75006 | 972-466-4000 | 972-466-4021 | John Perna, National Buyer | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 809 110th Street | Arlington | TX | | 76011 | 817-653-7601 | 817-653-7699 | Dennis Milarov, VP, Sales | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 5100 Oases Court | San Antonio | TX | | 78218 | 210-663-2200 | 210-662-2210 | Bob Heath, DCM | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 1055 S. 4400 W. | Salt Lake City | UT | | 84104 | 801-977-7300 | 801-977-7090 | Chris Lynch, VP, Sales | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 4501 Carolina Ave., Bldg F | Richmond | VA | | 23220 | 804-228-2800 | 804-228-2814 | Kelly Woltery, DCM | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 710 132 East SW | Everett | WA | | 98204 | 425-743-3100 | 425-743-3765 | Kathy Solomon, DCM | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co., -- | 6201 Yakima Ave. South | Spokane | WA | | 99204 | 509-489-6000 | 509-489-6020 | Richard Keene, DCM | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. | 3000 Airport Road | LaCrosse | WI | | 54603 | 608-781-4600 | 608-781-3370 | Paul Trau, VP, Genera-Purchasing | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. (C) | One East Street | San Francisco | CA | | 94104 | 415-983-8300 | 415-983-7000 | Lillian Horn, Nat' Skip Johnson, VP Operati | BU | | WHO | Colin Cam-bell |
| McKesson Drug Co. (NW) | One Post Street | San Francisco | CA | | 94104 | 415-983-8300 | 415-983-8961 | Donna Wall, National Prod, Mgr. Brands | BU | | VCH | Penny Hawthorne |
| McKesson Drug Co. | 2001 Butterfield Rd., Ste. 1440 | Downers Grove | IL | | 60517 | 630-434-4300 | 630-434-4310 | Bill Harris, Sr. VP | BU | | WHO | NAM 7 |
| McQueary Bros. Drug Co. | 1901 E. Blaine St. | Springfield | MO | | 65803 | 417-865-8271 | 417-865-8275 | Pam Wells, MultiSource Buyer | BU | | WHO | Colin Cam-bell |
| McQueary Bros. Drug Co. | 500 West Chestnut St. | Springfield | MO | | 65802 | 417-869-6627 | 417-881-6617 | Joanne Grantham, Assistant | BU | | VCH | Penny Hawthorne |
| Mid-Main Wholesale | 2200 North NW | Grand Rapids | MI | | 49544 | 616-791-8300 | 616-791-8370 | Willie Richard, Rx, Buyer | WHO | | WHO | NAM 6 |
| MM | 100 Yale Ave. | Brooklyn | NY | | 11704 | 518-474-0400 | 518-474-2370 | Alisha Mew | BU | | WHO | TEST |
| Mullin & Dickson Co., Ltd. | 416 Egg Lane | Shreveport | LA | | 71101 | 318-791-7800 | 318-791-7055 | Alisha Mew2, Alesha Mew Alesha Mew | VCH | | WHO | NAM 8 |
| Mullin & Haynes Co., Inc. | 600 Pleasant Valley Rd. | Owensboro | KY | | 42303 | 502-683-3921 | 502-684-6200 | Wayne Floyd, Buyer | BU | | WHO | Not Covered |
| Myer, Aliska | | | | | | | | Karen Milee | BU | | WHO | NAM 8 |
| N. I. Morris Wholesale Drug Co. | 616 Elm Rd. | Durham | NC | | 27703-0001 | 919-544-6000 | 919-544-6070 | Jean Ellis | BU | | WHO | Debbie Kufner |
| Neuman Distributors, Inc. | 184 Ferri Road | Newington | CT | | 06111 | 860-666-6471 | 860-667-6472 | Jean Ellis | BU | | WHO | Debbie Kufner |
| Neuman Distributors, Inc. | 17922 Commerce Dr. | New Berton | NJ | | 08104 | 734-753-5400 | 734-753-5967 | Jim Kumms, Operations Mgr. | BU | | WHO | Debbie Kufner |
| Neuman Distributors, Inc. | 250 Moonachie Road | Moonachie | NJ | | 07074 | 201-804-6600 | 201-804-6583 | Jim Kumms | BU | | WHO | David McClure |
| Neuman Distributors, Inc. | 909 Pearson Avenue | Brooklyn | NY | | 11266 | 504-806-7070 | 718-272-2081 | Gene Mahmood | BU | | WHO | Not Covered |
| Penner & Welsch, Inc. | 12000 East 48th Street | Kenner | LA | | 70062 | 504-471-0500 | 504-471-0550 | John Penner, Sales & Purchasing | BU | | WHO | Not Covered |
| Prescription Supply Inc. | 2287 Toyo Road | Northwood | OH | | 43619-122 | 419-691-6800 | 419-691-6617 | John Crouts, Dir. of Purchasing | BU | | WHO | Managed Care |
| Priority Health Care Corp. | 285 West Central Pkwy, Ste 1704 | Altamonte Springs | FL | | 32714 | 407-869-7001 | 407-869-9757 | Don Rowe, Buyer | BU | | WHO | NAM 8 |
| Reno Savings Center | 3015 East Patrick Road | Brooklyn | NY | | 11205 | 718-574-2280 | 718-574-2290 | Bruce Diamond, Buyer | BU | | VCH | Steve Snyder |
| Rite-Aid Corp. | 11 Lemoyne Road | Harrisburg | PA | | 17011 | 717-761-2801 | 717-761-2802 | Irwin Wechsler, R.Ph., Dir. Pharm Purch | BU | | VCH | Steve Snyder |
| Rochester Drug Cooperative | 50 Jet View Drive | Rochester | NY | | 14607 | 716-258-7000 | 716-272-5638 | Kenneth Boyce, Pharm Buyer | BU | | WHO | Debbie Kufner |
| Roxane Labs/BPI | 2020 South Montevideo | San Bernardino | CA | | 92675 | 909-889-0000 | 909-889-0617 | Don Fredman, Buyer | PU | | WHO | Debbie Kufner |
| Roxane Labs/BPI | 3500 Harris Heights | Anaheim | CA | | 95843 | 916-332-4500 | 916-332-4502 | Colin Cam-bell, NAM | PU | | WHO | Colin Cam-bell |
| Roxane Labs/BPI | 8001 Morehouse | Sun Valley | CA | | 91392 | 702-345-8000 | 702-346-6209 | Mark Collins, NAM | PU | | WHO | Colin Cam-bell |
| Roxane Labs/BPI | 8015 Crossley Drive, Apt 1504 | Indianapolis | IN | | 46226 | 317-826-8400 | 317-826-8805 | Tom Visg, NAM | PU | | WHO | Tom Vis |
| Roxane Labs/BPI | Nine Sentinel Drive | Wilder | KY | | 41076 | 606-781-7776 | 606-781-7776 | Penny Hawthorne, NAM | PU | | VCH | Penny Hawthorne |

Confidential

BOEH01311264

FLU Q2'05 Prevac2 Increase Data

| Company | Address | City | ST | Zip | | Phone 1 | Phone 2 | | Contact | | WHO/VCH | Name |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Roxane Labs/BPI | 118 Erie Avenue | Rockaway | NJ | 07866 | E | 973-627-4521 | 973-627-4585 | BU | Deborah Kufner, NAM | | WHO | Debbie Kufner |
| Roxane Labs/BPI | 9950 Crown Drive | Westerville | OH | 43082 | E | 614-899-9607 | 614-899-9647 | BU | Steve Snyder, NAM | | WHO | Steve Snyder |
| Shopko Stores, Inc. | 700 Pilgrim Way | Green Bay | WI | 54307 | | 920-617-5211 | 920-424-4138 | BU | Jerry Kern, Sr.Ph, Senior Buyer | | VCH | NAM 7 |
| Smith Drug Company | 450 Wofford Street | Spartanburg | SC | 29301 | C | 864-560-1218 | 864-591-0033 | BU | Christa Hampton, Marketing Administration | Gail Pedash, Buy Sue Hutchins, Buyer | VCH | NAM 8 |
| Smith Medical Partners | 950 Lively Blvd. | Wood Dale | IL | 60191 | C | 630-227-9420 | 630-227-9220 | BU | Seymour Stoller, President | | VCH | Not Covered |
| Smith Food & Drug Centers | 1775 West 1300 South | Salt Lake City | UT | 84104 | C | 801-974-1441 | 801-975-1940 | BU | Kent Harmon, Pharm. Ser. Admin. | Blair Wood | WCH | Colin Can-Hal |
| Sobol Pharmaceuticals | 50 Empire Boulevard | Brentwood | NY | 11719 | C | 516-231-7733 | 516-787-1368 | FLU | Marie Villardi, Director of Purchasing | | WCH | Debbie Kufner |
| Standard Trading Co. | 4114 LaBranch Drive | Dallas | TX | 75244 | | 972-991-2566 | 972-789-5613 | FLU | Laura Gastulimo | Doug Brennon | WCH | Not Covered |
| Stalenden | 600 Penn Center Blvd. | Pittsburgh | PA | 15235 | | 412-826-4175 | 412-824-7143 | BU | Art Klar, R.Ph., Dir. Materials Mgmt. | John Dejo, Manager Contract Pricing | WCH | Steve Snyder |
| Stop & Shop/Pharmacy Technologies | 646 ParkEast Drive - Highland Industrial Pk. | Woonsocket | RI | 02886 | C | 401-769-6204 | 401-769-6405 | BU | Tom McGovern, Pharmaceutical Buyer | | WCH | Debbie Kufner |
| Texas Drug Co. | 1101 W. Vickery Blvd. | Fort Worth | TX | 76104 | | 817-335-5761 | 817-334-5310 | BU | Brian Patterson, Inventory Control Mgr/Buyer | | WCH | NAM 8 |
| USA Drug | 3517 N. Midland Drive | Pine Bluff | AR | 71603 | C | 870-535-5411 | 870-535-5601 | BU | Steven LaFrance, Sr President | | WCH | NAM 8 |
| Valley Drug Company | 315 W. Boardman Street | Youngstown | OH | 44503 | | 330-744-5283 | 330-744-5282 | BU | Edward Baird, Head Buyer | | WCH | Steve Snyder |
| Valdex Wholesale Drug Company | 1421 W. Fremont St. | Stockton | CA | 95203-05 | C | 890-247-6255 | 209-465-5658 | BU | Dan Halaus, Pharmd Buyer | | WCH | Colin Can-Hal |
| Value Drug | One GoWerx | Altoona | PA | 16605 | C | 814-944-8016 | 814-944-5553 | BU | Tom Donahue, Buyer | | WCH | Debbie Kufner |
| WalMart | 702 SW 8th Street | Bentonville | AR | 72716 | | 501-273-4209 | 501-273-1693 | FLU | Bill Spradlin, Pharmaceutical Buyer | | WCH | Penny Hawthorne |
| Walgreen's | 200 Wilmot Rd. MS 2108 | Deerfield | IL | 60015-4616 | | 847-914-2223 | 847-914-3875 | FLU | John Zakell, Pharmaceutical Buyer | Tia Baker, Ed Lewis, Irv, Ron Nelson | VCH | Penny Hawthorne |
| Walsh Distributor Co., L.L.C. | 5005 North State Line | Texarkana | TX | 75501 | | 903-794-5141 | 903-793-4658 | BU | Randall Wilson, Dir. Purchasing | Ed Lewis | WHO | NAM 8 |
| Walsh Dohmen Southeast, L.L.C. | 3560 Valley East Industrial Dr. | Birmingham | AL | 35217 | C | 205-815-1862 | 205-815-1071 | BU | John Mair, Inventory Manager | Aleisha Myer2, Aleisha Myer3 | WHO | NAM 8 |
| Walsh Dohmen Southeast, L.L.C. | 5005 North State Line | Texarkana | TX | 75501 | | 903-794-5141 | 903-793-4653 | BU | Marjorie Hampton | Aleisha 2 | WHO | NAM 8 |
| ZZ | | | | | | 614-276-4400 | 614-276-2470 | BU | Aleisha Myer | | WCH | TEST |
| ZZ | | | | | | 614-276-0158 | 614-276-0158 | BU | Aleisha | | WHO | TEST |

Confidential

BOEH01311265

# ABCDef

Pharmaceutical Buyer

Roxane Laboratories,
Inc.

February 19, 1999

## PRODUCT PRICE CHANGE NOTIFICATION

Richard A. Feldman,
R. Ph.
Telephone (614) 272-4750
Telefax (614) 276-0158
E-Mail
rfeldman(col.boehringer-
ingelheim.com

1809 Wilson Road
Columbus, Ohio 43228
Telephone (614) 276-4000
Telefax (614) 274-0974

Please note, effective 12:01 a.m. Eastern Standard Time, February 22, 1999, there will be an immediate price change for Prelu-2® Timed Release Capsules 105mg within the Roxane Laboratories, Inc., product line.  This change is due to an increase in manufacturing and supply costs.

| DESCRIPTION | NDC LIST NO. 0054- | UNIT PACKAGING | WHOLESALE PRICE | AWP PRICE |
|---|---|---|---|---|
| Prelu-2® Timed Release Capsules 105mg | 2719-25 | Bottle of 100 | $100.27 | $120.32 |

Any order received by Roxane Laboratories, Inc. after 12:01 a.m., Eastern Standard Time on February 22, 1999, will be billed at the new price.  *__Be aware__ __that this announcement is being sent to your headquarters only__*.  Please notify the appropriate personnel in your company of this price change.  If there should be any questions about this price, please contact our Customer Service Department at 1-800-520-1631.

Please note any changes or updates of contact person(s) and return by fax to (614) 276-0158 so that we may maintain our records.  Thanks for your continued support.

Sincerely,

Richard A. Feldman, R.Ph.
Executive Director, Trade and Pharmacy Affairs

RAF/jdk

Confidential

BOEH01311266