# Exhibit 125

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

# Memo

To:     Judy Waterer

From:   Lesli Paoletti

Date:   10/19/1998

Re:     Unit Dose Liquids Pricing Recommendation

---

Per Mr. Tupa's request, the products he identified have been evaluated for price increases. Eleven products on the list are not recommended for price increases. Gross margins on Cimetidine, Codeine Phosphate, Digoxin, Diphenhydromine/Atropine, Lithium Citrate, and Propranolol are currently in excess of 70%, and with exception of Lithium Citrate, have undergone price increases within the past 12 months.

For the remaining products, there is little or no congruency within product lines with regard to pricing structure, and the nearly all the SKU's identified are sole source generic items. Therefore, in order to bring pricing to an acceptable level, the increases are structured in relation to margin and with little regard to the pricing of remainder of the product line.

In most instances where the minimum bid is raised, there is also a WAC increase. WAC has been set according to one of the following scenerios:

- If minimum bid is currently $.05 less than WAC, the proposed WAC is calculated as $.25 more than proposed minimum bid.

- If minimum bid is currently greater than $.05 less than WAC, the proposed WAC is calcualted as 20% more than proposed minimum bid.

- If the current WAC is at least 20% higher than proposed minimum bid, WAC was not changed.

Finally, where appropriate due to brand and generic competitors' pricing, I am also recommending an AWP increase in order to maintain the current spread on those products undergoing WAC increases.

D0222994
RLI-AWP-00004782
ROX020-3837    FL