# Exhibit 126

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

| | |
|---|---|
| From: | PAOLETTI, LESLI    ROXUS |
| Sent: | Friday, November 05, 1999 1:45 PM |
| To: | WATERER, JUDY    ROXUS |
| Subject: | RE: Florida Medicaid Reimbursement |

I spoke with Terri from First Data Bank (she was out yesterday). They are now willing to remove our WAC pricing from their database. However, there are two glitches she is researching. They apparently get questions from customers because some of our generics (branded) publish WAC pricing while others (multisource) don't. They problem arises because there is not a clear line. For example, we publish methadone (handled by brand, but technically multisource) and not Prelu-2 (multisource, but technically branded).

The second issue is that, although the pricing has been changed to $0, history is still available. This is the case with the Lorazepam direct pricing identified below. Some agencies may be using the most recent price they have available. Any suggestions on how we handle the latter?

-----Original Message-----
From: WATERER, JUDY      ROXUS
Sent: Thursday, November 04, 1999 10:41 AM
To: ROWENHORST,JAMES    MK BIPUS
Cc: LEONETTI,MIKE    HR BIPUS; PAOLETTI, LESLI    ROXUS
Subject: RE: Florida Medicaid Reimbursement

Our entire data base with First Data Bank was reviewed and revisions/corrections were sent in last month on the 20th. Lesli received a copy of corrections back from them yesterday afternoon, and discovered that First Data Bank is still reporting incorrect pricing, despite our submitted revisions. We are working with First Data Bank to get them to get them to delete the incorrect information, but to date, they have refused. They have not provided us with a corrected Direct pricing report to date, so we've been focusing on the WAC and AWP issues, while struggling to get the Direct issues adjusted as well. Lesli is planning on contacting them again today (they're in CA, so it's still too early to call). In the event that we are unable to get them to correct the database, and they insist on reporting incorrect data, we will probably have to involve Legal. Let's hope it doesn't get to that!!

-----Original Message-----
From: ROWENHORST,JAMES    MK BIPUS
Sent: Thursday, November 04, 1999 10:04 AM
To: WATERER, JUDY    ROXUS
Cc: LEONETTI,MIKE    HR BIPUS
Subject: FW: Florida Medicaid Reimbursement

Judy,

I have a pharmacist calling me with two prescriptions for the lorazepam product mentioned below, but because of the data issue he is not receiving the correct reimbursement. I have explained to him that we are working on the problem but it is now over 3 weeks since he notified me and he is getting agitated. I need a status update on this as soon as possible.

Thanks,
Jim

-----Original Message-----
From: ROWENHORST,JAMES    MK BIPUS
Sent: Thursday, October 14, 1999 11:39 AM
To: WATERER, JUDY    ROXUS
Cc: PAOLETTI, LESLI    ROXUS
Subject: Florida Medicaid Reimbursement

Judy,

I spoke with the Florida Medicaid department yesterday regarding the reimbursement issue with lorazepam intensol (00054-3532-54). They changed their method of reimbursement to pharmacists in July 99. Previously, they were reimbursing pharmacists at MAC or an AWP minus calculation depending on status of the drug being a single source versus multisource. Florida Medicaid is now reimbursing the pharmacist the lowest price in the First

EXHIBIT
Tupa 654
DCS 1-31-03

1

CONFIDENTIAL
ROX-TX 00840

Data Bank System be it AWP, WAC (WHN), or Direct, plus 7%.

In researching lorazepam intensol, I found the following prices in First Data Bank:
AWP  $1.3407/ml effective 3/16/98
WHN  $0.9070/ml effective 4/3/95
Direct  $0.7423/ml effective 10/18/91

Since their reimbursement system now looks for the lowest price, the direct price is used for the calculation. I spoke with Leslie Paoletti regarding this issue and asked her to follow up on all Roxanne NDCs to validate that the most current prices are entered into First Data Bank and that old WHN and Direct prices are removed or updated. I would also ask that the changes in first Data Bank be made retroactive to ensure the previous claims are calculated at the appropriate rate, in the event pharmacists have outstanding claims that have not been paid.

Please let me know if you have any questions.

Regards,
Jim Rowenhorst
(203) 798-4177
Fax: (203)791-6189
jrowenho@rdg.boehringer-ingelheim.com

CONFIDENTIAL
ROX-TX 00841