# Exhibit 133

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

# National Accounts
# Monthly Report
# June 1998

**COMPETITION:**

**Snyder:** Have heard of no **Aza or Ipratropium** competitive launch threats yet. Continue to hear from accounts that Mallinkrodt is getting aggressive with CII's, but not aware of any business that they have taken yet.

**Snyder:** Dey seems to have lowered their **Ipratropium** price to <$15. Rite Aid, having just awarded us Ipratropium, is asking for an adjustment to match a Dey offer.

**Snyder:** Continue to compete against ourselves with our strategy of bidding buying groups lower than chains. Also causes self inflicted competition when we raise prices to given customers while lower prices still exist on other contracts which run for several months longer. (**Sykora:** this is becoming a bigger issue as wholesaler's utilize their contract system to find the lowest Roxane contract price for a product and request us to match it)

**Gordon: HEButt**
HEB supplied the following competition information while discussing Commitment Agreement qualifications:

| PRODUCT | NET COMPETITIVE PRICE | COMPETITOR |
|---|---|---|
| Acetylcysteine 10% 3x10ml | 11.06 | Dey |
| "            20% 3x10ml | 13.08 | " |
| Sodium Chloride 3ml | 8.55 | " |
| Lactulose 240ml | 4.10 | ? |
| Diclofenac 75mg x 100 | 15.68 | Purepak |

**Gordon: Giant Food**
While discussing the Commitment Agreement, Laura Schneider supplied the following competitive information:

| PRODUCT | NET COMPETITIVE PRICE | COMPETITOR |
|---|---|---|
| Prednisone 5mg x 1000 | 8.70 | Mutual |
| "        10mg x 500 | 8.30 | " |
| "        20mg x 100 | 3.50 | " |
| Lidocaine 2% | 1.20 | Alpharma |
| Lithium caps 300mg 100 | 2.70 | Solvay |
| Furosemide 20mg x 1000 | 6.75 | Watson |
| "        40mg x 1000 | 8.11 | " |
| "        80mg x 100 | 2.52 | " |

**Gordon: RespiFlow**
The Ipratropium price is as follows at RespiFlow:

| PRODUCT | NET COMPETITIVE PRICE | COMPETITOR |
|---|---|---|
| Ipratropium 30's | 16.80 | Dey |

EXHIBIT
Carr-Hall 17
12·12·08   OK

Confidential

D0019343
BOEH01046677

**Gordon: ANDA**
ANDA supplied the following competitive information:

| PRODUCT | NET COMPETITIVE PRICE | COMPETITOR |
|---|---|---|
| Ipratropium 25's | 15.88 | Dey |
| Megestrol 20mg | 19.50 | Barr |
| "           40mg | 28.00 | " |
| Diclofenac 25mg x 100 | 13.00 | Geneva |
| "           50mg x 100 | 19.00 | " |
| "           50mg x 1000 | 180.50 | " |
| "           75mg x 100 | 20.50 | " |
| "           75mg x 1000 | 195.00 | " |
| Methotrexate 100's | 48.70 | Barr |
| Mexiletine 150mg | 16.80 | Novopharm |
| "           200mg | 20.00 | " |
| "           250mg | 26.00 | " |

**Carr-Hall: Ipratroprium** – Dey retained Ipratropium business at $14.21 PER BOX OF 25 on the GPP program. Their price to McKesson is not as aggressive at around $15.43. I have not yet been able to determine what else Dey had offered since we met their $14.21 price to keep the Bergen business.

**Hawthorne:** Dey Labs bid the Bindley Gap program at $14.10 net on **Ipratropium** 25's.

**SUCCESSES:**

**Snyder: Genovese** signed a contract including new business products Mexilitine and Prednisone. Poolner claims that he is going to sign all 4 agreements. They are with his attorneys now for review, and he expects them back any day.

**Snyder:** Expect the new **Cardinal ACCESS** contract to be signed and returned in the next two weeks.

**Gordon: Advance Paradigm**
I am finally starting to make progress with this account! Gretta Farmer agreed to start purchasing RLI product directly from RLI instead of through Bindley. This will offer RLI many new opportunities. I am waiting for Advance Paradigm to complete the New Account Application form so that a credit line can be established. Gretta has agreed to allow RLI to rebid such items as Diclofenac and Methotrexate in order to replace their current supplier.

**Gordon: HEButt**
Sam Willson has agreed to bring Propantheline tabs and Lithium Caps into their warehouse.

**Gordon: RespiFlow**
Walt Kraemer agreed to begin purchasing RLI Ipratropium 30's again. An initial order was placed for 3,840 cartons.

Confidential

D0019344
BOEH01046678

**Gordon: AmeriSource**
Dan Roberts was able to add the following new products to the Source Program in time for them to be introduced and promoted at the AmeriSource Trade Show: Metaproterenol, Sodium Chloride, Acetylcysteine, Meperidine Syrup, Morphine Sulfate and Roxicodone.

**Gordon: Eckerd**
The Combivent Managed Care FFS program is up and running. Jim Cummings has done a wonderful job in implementing this program to the Managed Care facility in Pittsburgh, PA.

**Carr-Hall**: Secured an order for new business, Prednisone 1mg bottles of 100 for **American Stores**. A total of 21,300 bottles went out to both of their facilities.

**Hawthorne: Kroger and Walgreens** approved the Commitment Agreement. I will work to get them closed in the next couple weeks.

**Via: Premier** award is finalized and strong for RLI, the specific information will follow in the account section of the report. This award will play a major role in developing a corporate partnership agreement between Premier and BIC.

**Via: Novation** MUE program is moving forward, a recent meeting between RLI medical and marketing personnel with Novation clinical and marketing personnel resulted in a clearer picture of how the program will be designed and what type of information will be obtained from the program.

## AREAS OF OPPORTUNITY:

**Snyder: Brooks** is an excellent Oramorph target with 140 stores in Mass., and currently virtually no compliance. I forwarded a plan to Craig Russell for his review and comment. No answer yet, but there has to be opportunity here.

**Snyder**: Meeting with **Rite Aid** to discuss Compliance and Persistency opportunities on 6/17.

**Snyder: Med Shoppe** shows a sincere interest in running with a Palliative Care initiative, backed by Roxane. Probably looking to an early '99 training and educational program.

**Gordon: Advance Paradigm**
As mentioned under "Successes," I can finally say that there are now valid opportunities with this account. Once the 'direct account' status is completed, I can begin to revisit this account with more competitive pricing. Gretta has already agreed to accept rebids on RLI products. She will not give me competitive information, but will agree or disagree on whether or not the new prices being offered are competitive enough to replace current suppliers. First right of refusal will not be given to other suppliers. In addition to adding more products to this mail order facility, I hope to get a signed Commitment Agreement. The Commitment Agreement has been briefly presented to Advance Paradigm. Gretta was extremely interested. Advance Paradigm also participates in various market share programs, which I plan on following up with in the near future.

**Gordon: RespiFlow**
Up until recently, RespiFlow has been a mail order facility primarily focusing on respiratory, diabetes and osteomy. Today RespiFlow employs four sales reps that are responsible for signing on Managed Care groups. Sixteen Managed Care accounts, including Humana FL, Etna NJ, United Midwest are now affiliated with RespiFlow for their areas of specialty (i.e. Respiratory), but are interested in expanding the mail order facility contracting to include a much broader product line. For this reason, RespiFlow is currently in the process of partnering with

Confidential

D0019345
BOEH01046679

branded and generic manufacturers. The negotiations are still in the beginning stages, therefore, this may be a great opportunity for not only RLI, but BIPI as well.

**Carr-Hall:** Customers currently reviewing Commitment agreements: **McKesson** and **American Stores** and **Longs Drugs**

**Hawthorne:** The **Bindley Western** GAP bid still has not been decided but I remain optimistic on Schedule II's. Bids have been submitted to Bindley Western's GAP HP program and to **Caremark** Medpartners combined program.

**Via:** For my accounts the largest area of opportunity is to develop market share programs that will be an incentive for the groups, retail or acute, to actively promote our products. Not being able to offer the majority of my customers the components of the commitment agreement has slowed my efforts somewhat. It doesn't appear any programs are forthcoming and I will now try to develop programs, with the assistance and guidance of both Bob and John Powers, independently. I am in the early stages of this process with Gerimed and will likely build off my experiences in developing programs for them for future programs with other groups.

## SPECIFIC ACCOUNT INFO:
### Retail

**Snyder:** **Kmart** rebate program is still with Bruce Banks for comments/approval.

**Snyder:** **Stadtlander's** has decided not to come to Columbus to meet with our marketing group. They want a program on Viramune and Azathioprine that rewards them appropriately for their volume. They have committed to me that they will forward their volume on all Roxane products and Roxane equivalent products to my attention. I will propose a plan of action at that time.

**Snyder:** **Med Shoppe** rebate program will be proposed after the Kmart plan passes through legal.

**Snyder:** **Cardinal/Kmart/Med Shoppe** have strong feelings about the way we have priced Azathioprine. Buying groups have a lower contract price. If we do not make adjustments in the short term, I do not expect to keep the business upon a competitive launch.

**Snyder:** **CVS** asking for free goods (1 bottle of each warehoused product for each Arbor store), to help with conversion of the Arbor warehouse. I will not pursue until CVS repays the deductions that they committed to repay several weeks ago.

**Snyder:** **Rite Aid** Hydroxyurea price increase will be discussed with Ed Tupa on 6/18. I hope to get an extension of the old lower price. Rite Aid made it clear that a price increase would warrant revenge when they get the opportunity (Azathioprine!!).

**Gordon: Eckerd**
We received the 1998-99 generic award notification from Eckerd indicating that we lost Ipratropium. Without Ipratropium in the Eckerd warehouse, Eckerd no longer qualifies for the Commitment Agreement. I have an appointment scheduled in July to determine why we lost this product, and to also discuss the pending CII offer. Due to the fact that we no longer have the Commitment Agreement to bundle with the CII offer, we are in the process of revising our CII proposal. Ipratropium has been lost.... I do not want to lose any of the CII analgesic business, which is on target to reach sales this year of $2,010,148.

Confidential

**Gordon: Giant Food**
Once the Commitment Agreement is revised to meet certain requirements requested by Giant, Giant Food will sign the Agreement. An RFQ and PAR have been submitted for Prednisone, Lidocaine, Lithium, Furosemide, Acetylcysteine, Metaproterenol, Sodium Chloride and Dexamethasone. If we are competitive, Laura will add these products to their warehouse or, if the product is not warehoused, be put in a primary position.
Since Giant Food prescriptions do not appear on the RD's DDD reports, I have requested Giant provide product movement on the RD's promoted products (Marinol, Oramorph SR, Roxicodone, and Viramune.)

**Gordon: HEButt**
Once the Commitment Agreement is revised to meet certain requirements requested by HEB, and the attorneys approve the Agreement, HEB will sign. A revised, more competitive proposal has been offered for those products necessary for qualification.
At this time, HEB does not have the data available to participate in Compliance Programs. I suggested doing a program for Combivent, but it will have to wait until their system has been updated.

**Gordon: PharMerica**
Jim Cummings and I will be meeting with Chip Johnson at the end of the month to discuss contract opportunities with the BI product line.

**Gordon: PPSC**
PPSC has submitted a New Account Application form to the BISC. Once approved, we can offer a contract for their warehouse. PPSC has decided to move forward with their warehouse and hope to have product in the warehouse by August 1998. Their initial focus will be on the Florida pharmacies.
The bid (non-warehouse) for 1998-99 has been completed and submitted to PPSC.

**Carr-Hall: American Stores** - Have recently sent a letter to be forwarded that requests that B.I. and Roxane start to Bar Code label. I would be most interested in hearing if we are currently on the path to do this.

**Carr-Hall: Rx America** – Made first visit with V.P. of Operations, Purchasing and MIS. He will immediately sign a contract proposal with Azathioprine, Hydroxyurea, Lithium Carbonate and Prednisone 1mg. He will entertain a proposal for our other products. I believe they can qualify for the "Agreements" and have given him a preview. They can split out rebates so that if there are rebates attached to RX America PBM patients for formulary utilization they can break out a separate rebate component for the "Commitment" carving out the population that belongs to the PBM.

**Hawthorne:** Presented the Commitment Agreement to **Wal-Mart** and they were not happy with all the hoops they must jump through to get the rebate on BI products and to go direct. They feel we should have opened them up as a direct account long ago. They did agree to pay back the $61,000 in pricing errors on returns and talk to RDS about these errors.

**Hawthorne:** A meeting has been scheduled to discuss the deduction problem with **Meijers.**

Confidential

D0019347
BOEH01046681

**Wholesale**

**Snyder: Cardinal** will not be pursued for the Commitment Agreement. We will propose stronger rebate programs to Kmart and Med Shoppe to strengthen our position. We expect this to be $300,000- $400,000 cheaper for Roxane.

**Snyder: Cardinal's** Craig Cowman will meet with us this week to discuss possible programs for Compliance, market share, switching as it relates to BI products.

**Snyder: Cardinal** reports that 4 states have issued "cease and desist" orders on compliance programs to all chains within the states. (Ohio, Minn., Virg., Cal.)

**Gordon: AmeriSource**
AmeriSource is still reviewing the Commitment Agreement. The account qualifies but the Agreement still needs to reviewed and approved by the attorneys.
Because it is difficult to retrieve BIPI product movement data from the AmeriSource regions, Joe Montoto has agreed to supply a monthly report containing this information. AmeriSource does not have this type of report already set up, therefore, one needs to be established. I hope to have this report by July.

**Gordon: ANDA**
ANDA has agreed to supply RLI a member listing in order to qualify for Source Program pricing. Dan Movens has supplied product movement and competitive prices. An RFQ and PAR has been submitted.

**Carr-Hall: McKesson** – Should have signed Oramorph SR agreement within the next few days.

**Carr Hall: Bergen** – Oramorph SR agreement. Put together and sent a package for inside sales to roll out to pharmacies in substitution states. I included sample dialog, nation wide pharmacy membership listing of Bergen GNP pharmacies and a spread analysis grid of the incremental profit pharmacists can realize if they are paying WAC for MS Contin. Only one problem, I was informed that Oramorph SR is not a promoted product for inside sales. I have rolled this out to Glen Burkett for his sales people to use. The program needs an informed sales effort to maximize the message particularly in substitution states to drive conversion.

**Hawthorne: Bindley Western** was presented the commitment agreement and thought it was too complicated and demanding. They don't like giving up a customer list and thought it was absurd to ask for quarterly reports. No other generic companies make these demands.

**Hawthorne: DMS** opened and shipped their first order.

**Hospital**

**Carr-Hall**: First Visit to **Owen** June 16th, 1998

**Hawthorne: CMMA** merger is set to complete by July 1. The new company will be called Consorta Inc.

**Via: Premier**, the following information was pulled from two memos I recently sent detailing information regarding the Premier award (I've cut and pasted and tried to fix the wording but some sections may still read a little awkwardly):

I met with Steve Reiser at Premier on Thursday, May 28 in order to discuss the recent award notice. There were two primary objectives of this meeting: 1) to ascertain the status of the RLI products that were part of the BIC bundle (exclusive or dual) 2) in light of the Bedford bundle products not being

Confidential

D0019348
BOEH01046682

awarded what did Premier expect from BIC regarding the products that were awarded for RLI and BIPI.

Steve informed me that all of the RLI products involved in the bundle were awarded as exclusives, save one, Sodium Polystyrene. This was awarded as a dual with Carolina, this is how the current contract was awarded so this is not a change that will result in a loss of business. He again stated his opinion that our bundle was the type of offer that had hoped we would put together and was disappointed they were not able to award the Bedford products due to prior corporate partner commitments.

The discussion then centered on incentive payments based on the awarded bundle. John Powers and I developed a proposed incentive program that would reward Premier for the level of commitment they gave RLI, without involving BIPI and Bedford in the program. This was done in light of the strong support Premier showed for the RLI bid in order to foster further goodwill. An additional marketing fee will be paid over and above the standard 3% administration fee, this will allow us to continue our pursuit of a corporate partnership agreement with Premier. Rather than offer the additional 3% marketing fee on **all** contract sales that was in the initial bundle, we offered an additional 2% on **multi-source** contract sales only. There was some discussion on the part of Premier regarding the 1% marketing fee on BIPI products offered as part of the BIC bundle. I expressed my regrets and stated that money would not be available, that was only offered as a part of the BIC bundle.

The intent of this program is to protect the IBUDV business as well as the products that comprise 80% of our total sales to the group. The new program that was being offered was an RLI program only; BIPI and Bedford programs will be discussed in future discussions in pursuit of a corporate partnership agreement with Premier.

This program was well received and opened a discussion regarding the three products that were in the top 80% from the last contract that were not awarded on this contract. Mr. Reiser was going to investigate why these were not awarded and, if possible, add them back as a dual award. These products, Potassium Chloride 15 mL UD, Furosemide 40 mg UD tabs and Loperamide UD caps had sales of roughly $300,000 in 1997, not huge sales but the gesture is an indication of how favorable Premier views BIC and their desire to work more closely with us.

In summary, the award was strong for RLI and BIPI, unfortunately prior commitments prevented the award of the top Bedford items. The amended bundle for RLI products of the standard admin fee of 3% plus additional marketing fees of 2% on all RLI contract multi-source sales should protect our IBUDV business as well as continue to build good will between Premier and BIC. Ultimately this goodwill should result in a corporate partnership that should result in a strengthened position for all three BIC companies. Finally, it should be noted that Premier has a strong desire to enter into a corporate partnership agreement with BIC and are encouraged by the steps we have taken in order to develop an even stronger relationship between the two companies.

One additional item should be noted OSR is back on the contract at nominal as it was on the contract that expires on June 30.

**Via: Novation**; as mentioned above the MUE program is moving forward and should be initiated sometime in the 3rd Quarter and possibly completed by year-end. The bid was submitted on time and has gone through an initial review. There was some minor confusion regarding the payment of an admin fee that has been addressed to Novation's satisfaction.

A CME program, focusing on pain management, is being developed for Novation Gulf States and will take place on September 25. This program is important to note as I believe it will be a prototype of value added programs we will offer to the larger GPOs. I envision these programs as incentives for awarding complete bundles of our products. This could ultimately result in lower fees being paid (probably wishful thinking, but something I think we should try). I will have the Novation Oncology marketing people in attendance to evaluate the program to see if this

Confidential

D0019349
BOEH01046683

value added program they are seeking. I also am going to seek permission to have Steve Reiser from Premier in attendance to evaluate the program as part of our offering in the corporate partnership agreement.

**Via: Gerimed**; as mentioned above I am beginning to develop some market share programs for Gerimed. These programs will pay an incentive (rebate) to the member who purchases selected RLI product. This will be down to the member level and will only reward those members who actually perform. Product lines that will be examined for these programs are the Schedule II's, OSR, Intensols and IBUDV. There is a strong desire for programs for BIPI products as well, specifically Flomax and Combivent. I am going to investigate the possibility of developing these programs with BI marketing (for the money) and have already informed the account it may not be feasible to initiate a program until sometime in 1999.

**Via: Omnicare**; we are still in the process of determining the true impact and influence of an Omnicare contract. Through a little investigation I have heard that the number of beds that Omnicare states they control is overstated. They purchase pharmacies that are servicing a given number of beds and add that to their total, several nursing homes don't like the impersonal service they receive and find another pharmacy to work with, Omnicare continues to count all the beds that were serviced at the time of purchase. One case was cited where a pharmacy serviced 6,000 beds at time of purchase and now only services approximately 2,000 beds, on the Omnicare list the pharmacy still is listed as servicing 6,000 beds. This is not to say they are not a large provider, they are, they are just not as large as they state.

The level of control Omnicare has over their pharmacists does not appear to be as great as was presented during our meeting. In order to circumvent the Omnicare contract a pharmacist simply purchases from their secondary supplier and buys off of another contract (typically either MHA or Gerimed). This raises an issue of the value of the Omnicare contract for items like IBUDV; as long as there is an out the pharmacy can opt for competitor's product and not honor the Omnicare agreement. (This actually is an opportunity for us on IBUDV as an attractive incentive program could pull share away from Dey, which is on the Omnicare contract).

**PRODUCT INFO:**
**Snyder**: We need a meeting to discuss **Oramorph**. I get different information from everyone in the company. Its substitutability is misunderstood. The profitability advantage needs documented for sales tools. The Mass. Mandatory substitution issue is confusing to Roxane personnel as well as customers. If I am going to have success getting Oramorph rebate contracts signed, my customers and I need answers.

**Carr-Hall: Roxanol – T**, Bergen and McKesson DC's ordered. Did we B.O. one of the sizes from the start?

**Hawthorne**: Response to the **Palliative Care** program is good, There is interest to have a Pharmacist certification program by Walgreens.

**Hawthorne**: Walgreens had an issue with the storage restrictions on **Marinol.** They wanted to return all inventory at Presidents Plaza and at the store level but Bob and Ed Gunn helped address their concerns.

**KEY MEETINGS:**

Confidential

D0019350
BOEH01046684

Snyder: Cardinal trade show in Las Vegas July 21-24. Need an assistant to man the booth due to Melinda going AWOL on me.

Carr-Hall: McKesson on June 17th, Bringing together customer service and Distribution/Traffic personnel from both sides of the Business to meet in Carrollton Texas. The goal is to maximize supplier/customer efficiencies on both sides of the business to bring down lead times.

Carr-Hall: McKesson Trade Show June. Bergen Trade show July, Owen Healthcare July,

Via: ASHP in Baltimore allowed me to meet with a couple of my customers and actually spent a large amount of time with several people from Novation. It should be noted that the Bedford people have been very helpful in expanding my network within Novation and graciously allowed me to join them for dinner with Dave Grohl from the oncology clinical marketing group (after my plans fell through). This contact should be very beneficial in expanding our presence within the oncology market of Novation in order to promote palliative care.

### INDUSTRY EVENTS:

### PERSONNEL ISSUES:
Snyder: Thanks to Heather Burton for continually volunteering to help with various projects.

### BUDGET UPDATE:

### PROJECT UPDATES:

### SUGGESTIONS:
Snyder: Comprehensive product listing including color/shape, rating, NDC, brand comp., AWP, WAC, A,B,C price, and source rebate level, sorted alpha by product.

Snyder: List of all customer contract prices for entire line w/ contract expiration dates.

Snyder: Monthly sales/profit report with "quotas" as it relates to our bonus plan.

Snyder: Electronic PAR form.

Confidential

D0019351
BOEH01046685