# Exhibit 134

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) ) | |
| THIS DOCUMENT RELATES TO: ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and ) ) ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS ) ) ) ) | |

## DECLARATION OF IAN DEW

I, Ian Dew, do hereby declare as follows:

1. I am a Senior Analyst and Partner at Steck Consulting, LLC in Washington, DC.

2. I have a B.A. in Mathematics and Psychology from the University of Virginia, an M.E. in Systems Engineering from the University of Virginia, and an M.S. in Environmental Science from the Johns Hopkins University. I am a senior member of IEEE and am a co-author of twelve peer-reviewed publications. I have more than 10 years experience analyzing large datasets including more than five years analyzing Medicare claims data.

3. Steck Consulting has provided technical support to Mark G. Duggan, Ph.D, who has provided expert reports concerning damages in connection with the above-captioned cases.

1

4. On or about March 21, 2007, I received from CMS a set of 25 IBM 3490 tape cartridges containing Medicare Durable Medical Equipment (DME) claims data. On or about June 18, 2008 and June 25, 2008 I received from CMS 13 IBM 3490 tape cartridges containing additional Medicare DME claims data. The tapes contain data in a COBOL format that I converted to ASCII. With the exception of a small fraction of multi-record claims, each claim is represented by one record. Each record is composed of a single "header" sub-record and a variable number of seven other types of sub-records. The header sub-record consists of 78 fields including filler fields, which contain no information. The other types of sub-records combined consist of 71 fields, including filler fields.

5. Fields in the header sub-record list the payment date and the carrier that processed the claim. Carriers are identified by their CMS-assigned identification number. Documentation for Medicare DME claims data available from CMS includes appendices that associate identification numbers with carrier names.

6. Fields in the "DMERC Line Item" sub-records of DME claim records identify each drug associated with the claim by its HCPCS code. Each DMERC Line Item sub-record also lists the first and last date of service, submitted amount, allowed amount, payment amount, number of units, deductible amounts, copay amounts, and third party liability amounts associated with the line item, among other values.

Attached as Exhibit A is a copy of a representative example of an electronic claim paid by DMERC D, CIGNA, for K0518. Exhibit A is a true and correct copy except that I have

deleted the following sensitive information: patient name (CLM-PTNT-*-NAME); beneficiary SSN (BENE-CLM-ACNT-NUM); birth date (BENE-BIRTH-DT); gender (BENE-SEX-IDENT-CD); and diagnosis code (CLM-DGNS-CD).

7. Exhibit A consists of one header sub-record, one "Diagnosis Group" sub-record, and three DMERC Line Item sub-records. The CARR-NUM field of the header sub-record identifies the carrier, and the CARR-CLM-SCHLD-PMT-DT indicates the payment date. The third DMERC Line Item sub-record references K0518 in the LINE-HCPCS-CD field and KO in the LINE-HCPCS-INTL-MDFR-CD field. The LINE-NCH-PMT-AMT value of 168.96 indicates the amount paid for the line item. This is 80% of the 211.20 allowed amount listed in the LINE-ALOW-CHRG-AMT field and accounts for a 20% patient copay. The patient copay would typically be listed in the LINE-COINSRNC-AMT field, but this field was often not populated by CMS until late 1997. The allowed amount is $3.52 per unit after dividing by the 60 units listed in the LINE-SRVC-CNT field.

8. Attached as Exhibit B is a copy of a representative example of an electronic claim paid by CIGNA for J7644 with the KP modifier code, showing the same data fields with a per-unit allowed amount of $3.34. The copy is true and correct except that I have deleted the sensitive information referenced in paragraph 6 above.

9. I have undertaken to summarize data extracted from the CIGNA claims data for K0518 with KO and KP modifier codes for the period 1997 Q1 through 2000 Q1, in order to show the number of paid DME claims with different per-unit allowed amounts and the time periods associated with them. I prepared my summary by first compiling from the

3

        CIGNA Medicare claims data the per-unit allowed amount in each claim line item referencing K0518 with KO and KP modifiers and the date of service of each claim. I then organized the data to show, in ascending order (shown vertically), all per-unit allowed amounts in increments of $.25 with the exception of the specific values, $3.34 and $3.52 and the increments they are in. Then, for each per-unit allowed amount increment, I showed the first and last date when any per-unit allowed amount in the increment was used as the basis for payment, and then I aggregated for each calendar quarter, the number of claim line items for which per-unit allowed amounts in the increment were used as the basis for payment.

10. For K0518 with KO and KP modifiers, from the second quarter of 1997 through the fourth quarter of 1997, the vast majority of CIGNA paid claim line items (86.6%) have a per-unit allowed amount of $3.52. All but one of the remaining 10,535 (13.4%) of line items have per-unit allowed amounts that are less than $3.52, and all of these claims list paid amounts that are consistent with the submitted amount. In addition, from the first quarter of 1998 through the first quarter of 2000, the vast majority of paid claim line items (91.2%) have a per-unit allowed amount of $3.34, which is 95% of $3.52. All but one of the remaining 34,280 (8.8%) of line items have per-unit allowed amounts that are less than $3.34, and all but three of these list paid amounts that are consistent with the submitted amount.

11. Exhibit C to this declaration is a spreadsheet print-out that truly and accurately summarizes the information from the CIGNA claims data as described above.

12. I have undertaken a similar summary for the CIGNA claims data for J7644 with KO and KP modifiers, for the period 2000 Q1 through 2003 Q4, using a procedure essentially the same as described above for K0518. For J7644 with KO and KP modifiers, for the period 2000 Q1 through 2003 Q4, 93.7% of the paid claim line items have a per-unit allowed amount of $3.34. All of the remaining 115,991 (6.3%) of claim line items have a per-unit allowed amount less than $3.34, and all but 168 of these list paid amounts that are consistent with the submitted amount.

13. I understand that during the period 1994 through 2003, updates to allowable amounts were applied to all claims in the CMS system that had not yet been processed. Because my summaries of claims data are organized by date of service, rather than date of processing, one would expect that, in the event of a change in the allowable amount, the data would show some claims with dates of service before the date of the change being paid at the new allowed amount.

14. The CIGNA claims dataset I analyzed covering the period April 1, 1997, through March 30, 2001, consisted of 929,942 claims of which 855,297 indicate that a payment was made by CIGNA. Of these, 718,404 claims list allowed amounts consistent with per-unit allowed amounts of $3.52 or $3.34.

15. During the period April 1, 1997 through September 30, 2001 the CIGNA claims dataset that I analyzed consisted of 1,165,290 claims of which 1,076,790 indicate that a payment was made by CIGNA. Of these, 910,835 claims list allowed amounts consistent with per-unit allowed amounts of $3.52 or $3.34.

16. I have made similar summaries of the Medicare claims data for K0518 and J7644 for the all four DMERCs, DMERC-A, DMERC-B, DMERC-C, and DMERC-D, covering the period 1997 Q2 through 2003 Q4. They all show the same pattern in the allowed amounts. Specifically, for each of the four DMERCs, the vast majority of claims list allowed amounts consisted with per-unit allowed amounts of $3.52 for claims processed before January 1, 1998. For claims processed after 1997, the vast majority of claims list allowed amounts consisted with per-unit allowed amounts of $3.34.

First DataBank Data

17. On or about May 25, 2006, I received from the Department of Justice 11 CD ROMs containing what the Department told me was First DataBank ("FDB") NDDF data produced by FDB pursuant to a federal subpoena. When I attempted to use the data, I found that some of the data files were corrupt. I then contacted Attorney John Kern of the law firm Mannatt, Phelps and Phillips, who I understood to represent FDB, and requested that they send me replacement CDs. On or about February 8, 2007, I received by Federal Express from Mannatt, Phelps and Phillips replacement CDs containing FDB NDDF data.

18. On or about August 14, 2008, I sent to The StoneTurn Group LLC FDB NDDF documentation and subsets of the FDB NDDF data consisting of drug information and price data referencing NDCs in the Dey complaint with the exception of those NDCs that do not appear in the FDB data (49502-0685-26, 49502-0685-30, 49502-0685-31, 49502-0685-62, and 49502-0697-30) and drug information and price data referencing NDCs in

the Roxane complaint with the exception of the NovaPlus NDCs (00054-8404-11, 00054-8404-13, and 00054-8404-21).

19. On or about January 6, 2009, I sent to The StoneTurn Group LLC FDB NDDF data consisting of drug information and price data referencing the Roxane NovaPlus NDCs (00054-8404-11, 00054-8404-13, and 00054-8404-21).

   Red Book Data

20. On or about March 18, 2008, I downloaded Red Book historical pricing and drug information data from a Thomson/Micromedex ftp site under a subscription purchased by the Department of Justice.

21. On or about August 14, 2008, I sent to The StoneTurn Group LLC Red Book historical pricing and drug information data, including a listing of prices I identified as being valid as of the first day of each quarter, referencing NDCs in the Dey and Roxane complaints with the exception of Dey NDCs that do not appear in the Red Book data (49502-0196-20, 49502-0303-17, 49502-0303-27) and Roxane NovaPlus NDCs (00054-8404-11, 00054-8404-13, and 00054-8404-21).

22. On or about January 6, 2009, I sent to The StoneTurn Group LLC Red Book historical pricing and drug information data referencing the Roxane NovaPlus NDCs (00054-8404-11, 00054-8404-13, and 00054-8404-21).

   I swear under the penalty of perjury that the foregoing statements are true and correct.

   _____
   Ian Dew

Executed this 21st day of July, 2009

# Exhibit A

**Exhibit A: Sample Medicare DME Claim for K0518 Processed by DMERC D (CIGNA) in Q2 1997**

| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] |
|---|---|---|---|---|---|---|---|---|
| | Header Sub-Record | | | | DMERC Line Item Sub-Records | Line Item 1 | Line Item 2 | Line Item 3 |
| 1 | NCH-SYSTEM-USER | | | 1 | NCH-LINE-TRLR-IND-CD | L | L | L |
| 2 | NCH-FIELD-TBD | | | 2 | DMERC-LINE-SUPLR-PRVDR-NUM | 0356230001 | 0356230001 | 1042850001 |
| 3 | NCH-DESY-SORT-KEY | | | 3 | DMERC-LINE-SUPLR-NPI-NUM | | | |
| 4 | REC-LNGTH-CNT | 1131 | | 4 | DMERC-LINE-PRCNG-STATE-CD | 35 | 35 | 34 |
| 5 | NCH-NEAR-LINE-REC-VRSN-CD | I | | 5 | DMERC-LINE-PRVDR-STATE-CD | 35 | 35 | 05 |
| 6 | NCH-NEAR-LINE-RIC-CD | M | | 6 | DMERC-LINE-SUPLR-TYPE-CD | 3 | 3 | 3 |
| 7 | NCH-MQA-RIC-CD | | | 7 | LINE-PRVDR-TAX-NUM | 4502267113 | 4502267113 | 3306753433 |
| 8 | NCH-CLM-TYPE-CD | 81 | | 8 | LINE-HCFA-PRVDR-SPCLTY-CD | 99 | 99 | 58 |
| 9 | BENE-CLM-ACNT-NUM | | | 9 | LINE-PRVDR-PRTCPTG-IND-CD | 1 | 1 | 3 |
| 10 | NCH-CTGRY-EQTBL-BIC-CD | 10 | | 10 | LINE-SRVC-CNT | 100 | 250 | 60 |
| 11 | BENE-IDENT-CD | 10 | | 11 | LINE-HCFA-TYPE-SRVC-CD | 1 | P | P |
| 12 | NCH-STATE-SGMT-CD | B | | 12 | LINE-PLC-SRVC-CD | 12 | 12 | 12 |
| 13 | BENE-RSDNC-SSA-STD-STATE-CD | 35 | | 13 | LINE-1ST-EXPNS-DT | 19970402 | 19970402 | 19970424 |
| 14 | CLM-FROM-DT | 19970402 | | 14 | LINE-LAST-EXPNS-DT | 19970402 | 19970402 | 19970424 |
| 15 | CLM-THRU-DT | 19970402 | | 15 | LINE-HCPCS-CD | J7051 | K0505 | K0518 |
| 16 | NCH-WKLY-PROC-DT | 19970502 | | 16 | LINE-HCPCS-INITL-MDFR-CD | | KQ | KO |
| 17 | CWF-CLM-ACRTN-DT | 19970426 | | 17 | LINE-HCPCS-2ND-MDFR-CD | | | |
| 18 | CWF-CLM-ACRTN-NUM | 1 | | 18 | DMERC-LINE-HCPCS-3RD-MDFR-CD | | | |
| 19 | CARR-CLM-CNTL-NUM | 97114821960000 | | 19 | DMERC-LINE-HCPCS-4TH-MDFR-CD | | | |
| 20 | FILLER | | | 20 | LINE-NCH-BETOS-CD | O1E | D1E | D1E |
| 21 | NCH-DAILY-PROC-DT | 20000410 | | 21 | LINE-IDE-NUM | | | |
| 22 | NCH-SGMT-LINK-NUM | 33248 | | 22 | DMERC-LINE-NOC-HCPCS-CD-TXT | | | |
| 23 | CLM-TOT-SGMT-CNT | 1 | | 23 | LINE-NATL-DRUG-CD | | | |
| 24 | CLM-SGMT-NUM | 1 | | 24 | LINE-NCH-PMT-AMT | 18.40 | 28.00 | 168.96 |
| 25 | CLM-TOT-LINE-CNT | 3 | | 25 | LINE-BENE-PMT-AMT | 0 | 0 | 0 |
| 26 | CLM-SGMT-LINE-CNT | 3 | | 26 | LINE-PRVDR-PMT-AMT | 0 | 0 | 0 |
| 27 | FILLER | | | 27 | LINE-BENE-PTB-DDCTBL-AMT | 0 | 0 | 0 |
| 28 | CARR-CLM-ENTRY-CD | 1 | | 28 | LINE-BENE-PRMRY-PYR-CD | | | |
| 29 | FILLER | | | 29 | LINE-BENE-PRMRY-PYR-PD-AMT | 0 | 0 | 0 |
| 30 | CLM-DISP-CD | 01 | | 30 | LINE-COINSRNC-AMT | 0 | 0 | 0 |
| 31 | NCH-EDIT-DISP-CD | | | 31 | LINE-INTRST-AMT | 0 | 0 | 0 |
| 32 | NCH-CLM-BIC-MDFY-CD | | | 32 | LINE-PRMRY-PYR-ALOW-CHRG-AMT | 0 | 0 | 0 |
| 33 | BENE-RSDNC-SSA-STD-CNTY-CD | 280 | | 33 | LINE-10PCT-PNLTY-RDCTN-AMT | 0 | 0 | 0 |
| 34 | CARR-CLM-RCPT-DT | 19970424 | | 34 | LINE-SBMT-CHRG-AMT | 23.00 | 35.00 | 224.40 |
| 35 | CARR-CLM-SCHLD-PMT-DT | 19970427 | | 35 | LINE-ALOW-CHRG-AMT | 23.00 | 35.00 | 211.20 |
| 36 | CWF-FRWRD-DT | 0 | | 36 | DMERC-LINE-SCRN-SVGS-AMT | 0 | 0 | 0 |
| 37 | CARR-NUM | 05655 | | 37 | LINE-DME-PURC-PRICE-AMT | 23.00 | 35.00 | 211.20 |
| 38 | FILLER | | | 38 | LINE-PRCSG-IND-CD | A | A | A |
| 39 | CWF-TRNSMSN-BATCH-NUM | | | 39 | LINE-PMT-80-100-CD | 0 | 0 | 0 |
| 40 | BENE-MLG-CNTCT-ZIP-CD | 585800000 | | 40 | LINE-SRVC-DDCTBL-IND-SW | 0 | 0 | 0 |
| 41 | BENE-SEX-IDENT-CD | | | 41 | LINE-PMT-IND-CD | 1 | 1 | 3 |
| 42 | BENE-RACE-CD | 1 | | 42 | DMERC-LINE-MTUS-CNT | 100 | 250 | 60 |
| 43 | BENE-BIRTH-DT | | | 43 | DMERC-LINE-MTUS-IND-CD | 3 | 3 | 3 |
| 44 | CWF-BENE-MDCR-STUS-CD | 10 | | 44 | LINE-DGNS-CD | 496 | 496 | |
| 45 | CLM-PTNT-6-PSTN-SRNM-NAME | | | 45 | FILLER | | | |
| 46 | CLM-PTNT-1ST-INITL-GVN-NAME | | | 46 | LINE-ADDTNL-CLM-DCMTN-IND-CD | 0 | 0 | 0 |
| 47 | CLM-PTNT-1ST-INITL-MDL-NAME | | | 47 | DMERC-LINE-SCRN-SUSPNSN-IND-CD | | | |
| 48 | BENE-CWF-LOC-CD | I | | 48 | DMERC-LINE-SCRN-RSLT-IND-CD | | | |
| 49 | CLM-PRNCPAL-DGNS-CD | 496 | | 49 | DMERC-LINE-WVR-PRVDR-LBLTY-SW | | | |
| 50 | FILLER | | | 50 | DMERC-LINE-DCSN-IND-SW | | | |
| 51 | CARR-CLM-PMT-DNL-CD | 1 | | 51 | FILLER | | | |
| 52 | CLM-EXCPTD-NEXCPTD-TRTMT-CD | | | | | | | |
| 53 | CLM-PMT-AMT | 187.20 | | | | | | |
| 54 | CARR-CLM-PRMRY-PYR-PD-AMT | 0 | | | Diagnosis Group Sub-Record | | | |
| 55 | FILLER | | | 1 | NCH-DGNS-TRLR-IND-CD | Y | | |
| 56 | DMERC-CLM-ORDRG-PHYSN-UPIN-NUM | D77166 | | 2 | CLM-DGNS-CD | | | |
| 57 | DMERC-CLM-ORDRG-PHYSN-NPI-NUM | | | 3 | FILLER | | | |
| 58 | CARR-CLM-PRVDR-ASGNMT-IND-SW | A | | | | | | |
| 59 | NCH-CLM-PRVDR-PMT-AMT | 0 | | | | | | |
| 60 | NCH-CLM-BENE-PMT-AMT | 0 | | | | | | |
| 61 | CARR-CLM-BENE-PD-AMT | 0 | | | | | | |
| 62 | NCH-CARR-SBMT-CHRG-AMT | 234.00 | | | | | | |
| 63 | NCH-CARR-ALOW-CHRG-AMT | 234.00 | | | | | | |
| 64 | CARR-CLM-CASH-DDCTBL-APPLY-AMT | 0 | | | | | | |
| 65 | CARR-CLM-HCPCS-YR-CD | 0 | | | | | | |
| 66 | CARR-CLM-MCO-OVRRD-IND-CD | | | | | | | |
| 67 | CARR-CLM-HOSPC-OVRRD-IND-CD | | | | | | | |
| 68 | FILLER | | | | | | | |
| 69 | DMERC-NCH-EDIT-CD-CNT | 0 | | | | | | |
| 70 | DMERC-NCH-PATCH-CD-I-CNT | 0 | | | | | | |
| 71 | DMERC-MCO-PRD-CNT | 0 | | | | | | |
| 72 | DMERC-CLM-HLTH-PLANID-CNT | 0 | | | | | | |
| 73 | DMERC-CLM-DEMO-ID-CNT | 0 | | | | | | |
| 74 | DMERC-CLM-DGNS-CD-CNT | 1 | | | | | | |
| 75 | DMERC-CLM-LINE-CNT | 3 | | | | | | |
| 76 | DSY-SGMT-LINK-NUM2 | 0 | | | | | | |
| 77 | FILLER | | | | | | | |
| 78 | END-REC-CD | | | | | | | |

# Exhibit B

**Exhibit B: Sample Medicare DME Claim for J7644 Processed by DMERC D (CIGNA) in Q4 2000**

| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] |
|---|---|---|---|---|---|---|---|---|
| | Header Sub-Record | | | | DMERC Line Item Sub-Records | Line Item 1 | Line Item 2 | Line Item 3 |
| 1 | NCH-SYSTEM-USER | | | 1 | NCH-LINE-TRLR-IND-CD | L | L | L |
| 2 | NCH-FIELD-TBD | | | 2 | DMERC-LINE-SUPLR-PRVDR-NUM | 1042850001 | 1042850001 | 1042850001 |
| 3 | NCH-DESY-SORT-KEY | | | 3 | DMERC-LINE-SUPLR-NPI-NUM | | | |
| 4 | REC-LNGTH-CNT | 1131 | | 4 | DMERC-LINE-PRCNG-STATE-CD | 16 | 16 | 16 |
| 5 | NCH-NEAR-LINE-REC-VRSN-CD | I | | 5 | DMERC-LINE-PRVDR-STATE-CD | 05 | 05 | 05 |
| 6 | NCH-NEAR-LINE-RIC-CD | M | | 6 | DMERC-LINE-SUPLR-TYPE-CD | 3 | 3 | 3 |
| 7 | NCH-MQA-RIC-CD | 7 | | 7 | LINE-PRVDR-TAX-NUM | 3306753433 | 3306753433 | 3306753433 |
| 8 | NCH-CLM-TYPE-CD | 82 | | 8 | LINE-HCFA-PRVDR-SPCLTY-CD | A5 | A5 | A5 |
| 9 | BENE-CLM-ACNT-NUM | | | 9 | LINE-PRVDR-PRTCPTG-IND-CD | 3 | 3 | 3 |
| 10 | NCH-CTGRY-EQTBL-BIC-CD | 14 | | 10 | LINE-SRVC-CNT | 75 | 375 | 1 |
| 11 | BENE-IDENT-CD | 16 | | 11 | LINE-HCFA-TYPE-SRVC-CD | P | P | 9 |
| 12 | NCH-STATE-SGMT-CD | B | | 12 | LINE-PLC-SRVC-CD | 12 | 12 | 12 |
| 13 | BENE-RSDNC-SSA-STD-STATE-CD | 16 | | 13 | LINE-1ST-EXPNS-DT | 20001127 | 20001127 | 20001127 |
| 14 | CLM-FROM-DT | 20001127 | | 14 | LINE-LAST-EXPNS-DT | 20001127 | 20001127 | 20001127 |
| 15 | CLM-THRU-DT | 20001127 | | 15 | LINE-HCPCS-CD | J7644 | J7619 | E0590 |
| 16 | NCH-WKLY-PROC-DT | 20001208 | | 16 | LINE-HCPCS-INITL-MDFR-CD | KP | KQ | |
| 17 | CWF-CLM-ACRTN-DT | 20001130 | | 17 | LINE-HCPCS-2ND-MDFR-CD | | | |
| 18 | CWF-CLM-ACRTN-NUM | 1 | | 18 | DMERC-LINE-HCPCS-3RD-MDFR-CD | | | |
| 19 | CARR-CLM-CNTL-NUM | 00334808536000 | | 19 | DMERC-LINE-HCPCS-4TH-MDFR-CD | | | |
| 20 | FILLER | | | 20 | LINE-NCH-BETOS-CD | D1E | D1E | O1E |
| 21 | NCH-DAILY-PROC-DT | 20001204 | | 21 | LINE-IDE-NUM | | | |
| 22 | NCH-SGMT-LINK-NUM | 3420406 | | 22 | DMERC-LINE-NOC-HCPCS-CD-TXT | | | |
| 23 | CLM-TOT-SGMT-CNT | 1 | | 23 | LINE-NATL-DRUG-CD | | | |
| 24 | CLM-SGMT-NUM | 1 | | 24 | LINE-NCH-PMT-AMT | 200.40 | 42.00 | 4.00 |
| 25 | CLM-TOT-LINE-CNT | 3 | | 25 | LINE-BENE-PMT-AMT | 0 | 0 | 0 |
| 26 | CLM-SGMT-LINE-CNT | 3 | | 26 | LINE-PRVDR-PMT-AMT | 200.40 | 42.00 | 4.00 |
| 27 | FILLER | | | 27 | LINE-BENE-PTB-DDCTBL-AMT | 0 | 0 | 0 |
| 28 | CARR-CLM-ENTRY-CD | 1 | | 28 | LINE-BENE-PRMRY-PYR-CD | | | |
| 29 | FILLER | | | 29 | LINE-BENE-PRMRY-PYR-PD-AMT | 0 | 0 | 0 |
| 30 | CLM-DISP-CD | 01 | | 30 | LINE-COINSRNC-AMT | 50.10 | 10.50 | 1.00 |
| 31 | NCH-EDIT-DISP-CD | | | 31 | LINE-INTRST-AMT | 0 | 0 | 0 |
| 32 | NCH-CLM-BIC-MDFY-CD | | | 32 | LINE-PRMRY-PYR-ALOW-CHRG-AMT | 0 | 0 | 0 |
| 33 | BENE-RSDNC-SSA-STD-CNTY-CD | 680 | | 33 | LINE-10PCT-PNLTY-RDCTN-AMT | 0 | 0 | 0 |
| 34 | CARR-CLM-RCPT-DT | 20001129 | | 34 | LINE-SBMT-CHRG-AMT | 250.50 | 52.50 | 5.00 |
| 35 | CARR-CLM-SCHLD-PMT-DT | 20001202 | | 35 | LINE-ALOW-CHRG-AMT | 250.50 | 52.50 | 5.00 |
| 36 | CWF-FRWRD-DT | 20001130 | | 36 | DMERC-LINE-SCRN-SVGS-AMT | 0 | 0 | 0 |
| 37 | CARR-NUM | 05655 | | 37 | LINE-DME-PURC-PRICE-AMT | 250.50 | 52.50 | 5.00 |
| 38 | FILLER | | | 38 | LINE-PRCSG-IND-CD | A | A | A |
| 39 | CWF-TRNSMSN-BATCH-NUM | 2629 | | 39 | LINE-PMT-80-100-CD | 0 | 0 | 0 |
| 40 | BENE-MLG-CNTCT-ZIP-CD | 508640000 | | 40 | LINE-SRVC-DDCTBL-IND-SW | 0 | 0 | 0 |
| 41 | BENE-SEX-IDENT-CD | | | 41 | LINE-PMT-IND-CD | 1 | 1 | 1 |
| 42 | BENE-RACE-CD | 1 | | 42 | DMERC-LINE-MTUS-CNT | 75 | 375 | 1 |
| 43 | BENE-BIRTH-DT | | | 43 | DMERC-LINE-MTUS-IND-CD | 3 | 3 | 4 |
| 44 | CWF-BENE-MDCR-STUS-CD | 10 | | 44 | LINE-DGNS-CD | 496 | 496 | 496 |
| 45 | CLM-PTNT-6-PSTN-SRNM-NAME | | | 45 | FILLER | | | |
| 46 | CLM-PTNT-1ST-INITL-GVN-NAME | | | 46 | LINE-ADDTNL-CLM-DCMTN-IND-CD | 1 | 1 | 1 |
| 47 | CLM-PTNT-1ST-INITL-MDL-NAME | | | 47 | DMERC-LINE-SCRN-SUSPNSN-IND-CD | | | |
| 48 | BENE-CWF-LOC-CD | F | | 48 | DMERC-LINE-SCRN-RSLT-IND-CD | | | |
| 49 | CLM-PRNCPAL-DGNS-CD | 496 | | 49 | DMERC-LINE-WVR-PRVDR-LBLTY-SW | | | |
| 50 | FILLER | | | 50 | DMERC-LINE-DCSN-IND-SW | | | |
| 51 | CARR-CLM-PMT-DNL-CD | 1 | | 51 | FILLER | | | |
| 52 | CLM-EXCPTD-NEXCPTD-TRTMT-CD | 0 | | | | | | |
| 53 | CLM-PMT-AMT | 246.40 | | | | | | |
| 54 | CARR-CLM-PRMRY-PYR-PD-AMT | 0 | | | Diagnosis Group Sub-Record | | | |
| 55 | FILLER | | | 1 | NCH-DGNS-TRLR-IND-CD | Y | | |
| 56 | DMERC-CLM-ORDRG-PHYSN-UPIN-NUM | A03325 | | 2 | CLM-DGNS-CD | | | |
| 57 | DMERC-CLM-ORDRG-PHYSN-NPI-NUM | | | 3 | FILLER | | | |
| 58 | CARR-CLM-PRVDR-ASGNMT-IND-SW | A | | | | | | |
| 59 | NCH-CLM-PRVDR-PMT-AMT | 246.40 | | | | | | |
| 60 | NCH-CLM-BENE-PMT-AMT | 0 | | | | | | |
| 61 | CARR-CLM-BENE-PD-AMT | 0 | | | | | | |
| 62 | NCH-CARR-SBMT-CHRG-AMT | 308.00 | | | | | | |
| 63 | NCH-CARR-ALOW-CHRG-AMT | 308.00 | | | | | | |
| 64 | CARR-CLM-CASH-DDCTBL-APPLY-AMT | 0 | | | | | | |
| 65 | CARR-CLM-HCPCS-YR-CD | 0 | | | | | | |
| 66 | CARR-CLM-MCO-OVRRD-IND-CD | 0 | | | | | | |
| 67 | CARR-CLM-HOSPC-OVRRD-IND-CD | 0 | | | | | | |
| 68 | FILLER | | | | | | | |
| 69 | DMERC-NCH-EDIT-CD-CNT | 0 | | | | | | |
| 70 | DMERC-NCH-PATCH-CD-I-CNT | 0 | | | | | | |
| 71 | DMERC-MCO-PRD-CNT | 0 | | | | | | |
| 72 | DMERC-CLM-HLTH-PLANID-CNT | 0 | | | | | | |
| 73 | DMERC-CLM-DEMO-ID-CNT | 0 | | | | | | |
| 74 | DMERC-CLM-DGNS-CD-CNT | 1 | | | | | | |
| 75 | DMERC-CLM-LINE-CNT | 3 | | | | | | |
| 76 | DSY-SGMT-LINK-NUM2 | 0 | | | | | | |
| 77 | FILLER | 0 | | | | | | |
| 78 | END-REC-CD | | | | | | | |

# Exhibit C

Exhibit C: Line Items of K0518 per Quarter in DME Paid Claims with Different Unit Allowed Amounts by DMERC-D CIGNA (05655)

| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] | [P] | [Q] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Allowed Unit | | | | | | | | Year-Quarters | | | | | | | | |
| Amount | First Date | Last Date | 1997-1 | 1997-2 | 1997-3 | 1997-4 | 1998-1 | 1998-2 | 1998-3 | 1998-4 | 1999-1 | 1999-2 | 1999-3 | 1999-4 | 2000-1 | Total |
| >=0.00, <0.25 | 19970128 | 20000214 | 5 | 28 | 20 | 34 | 47 | 28 | 29 | 31 | 41 | 43 | 41 | 29 | 12 | 388 |
| >=0.25, <0.50 | 19970108 | 20000330 | 8 | 199 | 167 | 177 | 250 | 220 | 207 | 219 | 270 | 286 | 268 | 264 | 134 | 2,669 |
| >=0.50, <0.75 | 19970101 | 20000330 | 56 | 623 | 384 | 329 | 381 | 341 | 370 | 379 | 423 | 444 | 453 | 441 | 292 | 4,916 |
| >=0.75, <1.00 | 19970130 | 20000329 | 7 | 574 | 274 | 231 | 273 | 243 | 210 | 200 | 253 | 236 | 197 | 232 | 111 | 3,041 |
| >=1.00, <1.25 | 19970401 | 20000324 | - | 95 | 63 | 52 | 78 | 94 | 106 | 156 | 180 | 112 | 106 | 119 | 51 | 1,212 |
| >=1.25, <1.50 | 19970220 | 20000327 | 4 | 51 | 48 | 97 | 105 | 83 | 81 | 133 | 169 | 175 | 165 | 165 | 106 | 1,382 |
| >=1.50, <1.75 | 19970331 | 20000331 | 1 | 70 | 83 | 66 | 75 | 105 | 84 | 97 | 207 | 259 | 240 | 295 | 110 | 1,692 |
| >=1.75, <2.00 | 19970123 | 20000327 | 2 | 103 | 89 | 106 | 164 | 161 | 174 | 189 | 240 | 197 | 238 | 295 | 117 | 2,075 |
| >=2.00, <2.25 | 19970111 | 20000330 | 5 | 203 | 150 | 172 | 278 | 266 | 283 | 234 | 274 | 330 | 344 | 292 | 150 | 2,981 |
| >=2.25, <2.50 | 19970123 | 20000331 | 2 | 126 | 224 | 163 | 242 | 283 | 324 | 298 | 357 | 341 | 353 | 360 | 160 | 3,233 |
| >=2.50, <2.75 | 19970113 | 20000328 | 22 | 277 | 269 | 364 | 400 | 406 | 349 | 304 | 421 | 436 | 425 | 405 | 163 | 4,241 |
| >=2.75, <3.00 | 19970124 | 20000327 | 7 | 254 | 226 | 255 | 281 | 291 | 294 | 329 | 474 | 591 | 516 | 482 | 319 | 4,319 |
| >=3.00, <3.25 | 19970107 | 20000331 | 21 | 371 | 349 | 321 | 399 | 615 | 808 | 767 | 627 | 540 | 533 | 588 | 338 | 6,277 |
| >=3.25, <3.34 | 19970401 | 20000331 | - | 74 | 80 | 86 | 603 | 474 | 417 | 344 | 640 | 409 | 292 | 327 | 174 | 3,920 |
| 3.34 | 19970203 | 20000331 | 3 | 77 | 39 | 75 | 28,896 | 30,530 | 33,214 | 36,963 | 42,612 | 48,844 | 51,742 | 55,959 | 28,174 | 357,128 |
| >=3.341, <3.50 | 19970204 | 19980129 | 10 | 488 | 414 | 450 | 1 | - | - | - | - | - | - | - | - | 1,363 |
| >=3.50, <3.52 | 19970107 | 19971231 | 7 | 374 | 313 | 377 | - | - | - | - | - | - | - | - | - | 1,071 |
| 3.52 | 19970101 | 19971231 | 273 | 20,969 | 22,628 | 24,335 | - | - | - | - | - | - | - | - | - | 68,205 |
| >=4.50, <4.75 | 19970408 | 19970408 | - | 1 | - | - | - | - | - | - | - | - | - | - | - | 1 |

# Exhibit D

Exhibit D: Line Items of J7644 per Quarter in DME Paid Claims with Different Unit Allowed Amounts by DMERC-D CIGNA (05655)

| [A] | [B] | [C] | [D] | [E] | [F] | [G] | [H] | [I] | [J] | [K] | [L] | [M] | [N] | [O] | [P] | [Q] | [R] | [S] | [T] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | Year-Quarters | | | | | | | |
| Allowed Unit Amount | First Date | Last Date | 2000-1 | 2000-2 | 2000-3 | 2000-4 | 2001-1 | 2001-2 | 2001-3 | 2001-4 | 2002-1 | 2002-2 | 2002-3 | 2002-4 | 2003-1 | 2003-2 | 2003-3 | 2003-4 | Total |
| >=0.00, <0.25 | 20000105 | 20031231 | 29 | 26 | 30 | 24 | 35 | 31 | 36 | 28 | 58 | 59 | 54 | 52 | 59 | 75 | 103 | 106 | 805 |
| >=0.25, <0.50 | 20000104 | 20031231 | 176 | 268 | 248 | 220 | 234 | 202 | 189 | 157 | 173 | 179 | 154 | 158 | 165 | 252 | 221 | 270 | 3,266 |
| >=0.50, <0.75 | 20000101 | 20031231 | 220 | 507 | 505 | 529 | 498 | 391 | 442 | 434 | 512 | 610 | 578 | 587 | 583 | 615 | 506 | 376 | 7,893 |
| >=0.75, <1.00 | 20000101 | 20031231 | 190 | 291 | 287 | 289 | 352 | 296 | 298 | 324 | 381 | 370 | 358 | 354 | 455 | 534 | 469 | 493 | 5,741 |
| >=1.00, <1.25 | 20000103 | 20031231 | 83 | 103 | 125 | 97 | 114 | 135 | 126 | 156 | 188 | 216 | 207 | 230 | 239 | 351 | 286 | 330 | 2,986 |
| >=1.25, <1.50 | 20000104 | 20031231 | 191 | 247 | 151 | 254 | 324 | 349 | 360 | 325 | 462 | 472 | 454 | 461 | 353 | 331 | 310 | 310 | 5,354 |
| >=1.50, <1.75 | 20000101 | 20031231 | 214 | 376 | 429 | 386 | 516 | 486 | 573 | 434 | 379 | 543 | 596 | 582 | 522 | 708 | 580 | 437 | 7,761 |
| >=1.75, <2.00 | 20000101 | 20031231 | 227 | 453 | 543 | 565 | 573 | 550 | 463 | 332 | 339 | 373 | 360 | 387 | 517 | 579 | 541 | 487 | 7,289 |
| >=2.00, <2.25 | 20000102 | 20031231 | 214 | 425 | 518 | 527 | 583 | 543 | 548 | 769 | 796 | 725 | 699 | 514 | 471 | 549 | 521 | 476 | 8,878 |
| >=2.25, <2.50 | 20000101 | 20031231 | 301 | 432 | 421 | 435 | 432 | 416 | 381 | 466 | 593 | 559 | 529 | 524 | 533 | 437 | 383 | 310 | 7,152 |
| >=2.50, <2.75 | 20000101 | 20031231 | 280 | 459 | 361 | 376 | 429 | 372 | 418 | 523 | 505 | 518 | 517 | 572 | 567 | 605 | 621 | 365 | 7,488 |
| >=2.75, <3.00 | 20000103 | 20031231 | 577 | 1,060 | 985 | 1,334 | 1,458 | 1,386 | 982 | 775 | 886 | 876 | 783 | 743 | 858 | 797 | 806 | 832 | 15,138 |
| >=3.00, <3.25 | 20000101 | 20031231 | 771 | 2,440 | 2,388 | 1,666 | 1,525 | 1,724 | 1,317 | 1,197 | 1,109 | 1,210 | 1,400 | 1,509 | 1,707 | 1,422 | 1,531 | 1,758 | 24,674 |
| >=3.25, <3.34 | 20000103 | 20031231 | 176 | 426 | 420 | 409 | 424 | 473 | 545 | 570 | 679 | 754 | 872 | 1,287 | 1,154 | 1,093 | 1,051 | 1,233 | 11,566 |
| 3.340 | 20000101 | 20031231 | 37,363 | 70,117 | 73,481 | 79,579 | 88,780 | 92,967 | 97,679 | 105,394 | 117,360 | 120,646 | 126,105 | 132,608 | 140,166 | 146,276 | 150,141 | 160,775 | 1,739,437 |