# Exhibit 135

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

# National Accounts
# Monthly Report
# May 1998

COMPETITION:

**S. Snyder-** Have heard of no Aza or Ipratropium competitive launch threats yet. Continue to hear from accounts that Mallinkrodt is getting aggressive with CII's, but not aware of any business that they have taken yet.

**P Hawthorne-** Apotex continues to be aggressive on Ranitidine bid to Meijer's. 150mg. 60's $4.99, 150mg. 500's $40.02, 300mg. 30's $4.99. I will submit PAR to Kelli Self.

**C Carr-Hall-** ipratropium - Down to the wire for Bergen's GPP auto substitution program. Dey has lowered the existing award that they have with GPP to $14.21 per box of 25.

**C Carr-Hall-** Acetaminophen/Codeine Tabs – American Stores informed me that Duramed has significantly raised their pricing on this product (i.e. Mylan). No new prices from them yet.

**C Carr-Hall-** Methadone – Mallinkrodt has advertised "Methadose" tabs on Bergens Auto Substitution (GPP) program at very low **sell** pricing to their members. Methadose 5mg 100's @$5.16 and 10mg 100's @ $8.40. Bergen looks for 15% margins so the contract pricing is way below any "A Net" that we have. Because they advertised the sell price on their "Accusource" computer systems, PCN buying group has picked up on it and wants us to respond.

**D. Gordon** -AARP agreed to add Dex to their contract and warehouse. A few of the strengths were not added because we were not able to meet competitive prices:

| PRODUCT | COMPETITIVE PRICE | COMPETITOR |
|---|---|---|
| Dex .5mg x 100 | $1.89 | Qualitest, PAR |
| Dex .75mg x 100 | 2.03 | |
| Dex 1.5mg x 100 | 2.70 | |

**D. Gordon-** AmeriSource supplied the following competitive information:

| PRODUCT | PRICE | COMPETITOR |
|---|---|---|
| Oxycodone 5mg x 100 | $14.45 | Mallinkrodt |
| Concentrated Morphine Sol (Roxanol) 30ml | 4.00 | Morton Grove |
| "                                  120ml | 12.90 | " |

**D. Gordon-** PharMerica informed me that our contract prices for Haloperidol are higher than the MAC prices:

| | MAC | RLI CONTRACT PRICE |
|---|---|---|
| Haloperidol tabs 2mg x 100 | $2.03 | $2.69 |
| 2mg x 1000 | 20.30 | 22.56 |
| 5mg x 100 | 2.93 | 3.11 |

**D. Gordon-** USA Drug provided competitive information on the following items:

| PRODUCT | PRICE (NET) | COMPETITOR |
|---|---|---|
| Diclofenac 25mg x 60 | $8.71 | |
| 25mg x 100 | 12.11 | |
| 50mg x 60 | 10.28 | |
| 50mg x 100 | 15.98 | |
| 50mg x 1000 | 151.30 | |
| 75mg x 60 | 11.90 | |
| 75mg x 100 | 17.00 | |
| 75mg x 1000 | 165.75 | |



EXHIBIT
Carr-Hall  16
12-12-08   OK

D0019711
RLI-AWP-00327751
ROX057-1006      F

| | | |
|---|---|---|
| Hydroxyurea | 74.08 | wholesaler |
| Ipratropium 25's | 15.20 | Dey |
| Megestrol 20mg x 100 | 16.75 | Barr |
| 40mg x 100 | 26.90 | Barr |
| Methotrexate 2.5mg x 36 | 22.50 | ESI |
| 2.5mg x 100 | 44.19 | ESI |
| Mexiletine 150mg x 100 | 16.20 | |
| 200mg x 100 | 19.40 | |
| Ranitidine 150mg x 60 | 4.10 | |

SUCCESSES:

**S Snyder-** Genovese signed a contract including new business products Mexilitine and Prednisone. Poolner claims that he wants to qualify for Commitment, and will meet with me in two weeks to lay out a plan.

**P. Hawthorne-**Had a big meeting with Walgreen's accounting people and cleared up deductions as far back as 1996. They were very reasonable about the issues but had exceptions to pricing and returns. (**Sykora-** meeting attended by Rory Skislock, Don Comston, Chris Kwong, Penny & myself- initial results are payback by Walgreen of approx. $300k- more to come both ways)

**C. Carr-Hall-** Secured an order for Lithium Carbonate 300mg caps 1000's for American Stores. Dollar value on their first order $88,000.00. Looking for large prednisone 1mg order before end of May if we have it available looking for a 26,500 bottle initial order.

**D. Gordon-** HEB promoted Azathioprine and Hydroxyurea in their last newsletter under "Gross Profit Opportunities." During the last two months, unit sales have increased substantially!
HEB forwarded the Roxanol T information sheet to all pharmacies. Sam Willson would like all rebate dollars from Roxanol T orders to be sent to HEB corporate.

**D. Gordon-** To assist RLI in getting Roxanol T stocked in all DC's, Joe Montoto forwarded a request to all AmeriSource regional buyers to place an initial order. To date, orders have been placed in about half of the DC's.
AmeriSource has agreed to add Acetylcysteine, Sodium Chloride, Metaproterenol, Roxicodone tabs, Morphine tabs and solution and Meperidine solution to their Source Programs, as long as we match competition.

AREAS OF OPPORTUNITY:

**S Snyder- Brooks** is an excellent Oramorph target with 140 stores in Mass., and currently virtually no compliance. I forwarded a plan to Craig Russell for his review and comment. No answer yet, but there has to be opportunity here.

**S Snyder-** Bob Cunard believes that we have excellent opportunity at **Rite Aid** with compliance and persistency programs. We are currently setting up a meeting to review with BI marketing and Jerry Prentice at Rite Aid. Once Rite Aid compliance and persistency is laid out for Rite Aid, we can approach Eagle Managed Care with a fee for service program. Issue exists with where funds will come from for both programs. Cunard believes that we should pursue a Palliative Care initiative with Rite Aid. This would be driven through Prentice.

**S Snyder- CVS** sounds like they will reconsider an Oramorph program. I am forwarding some information to Anthony for his review.

D0019712
RLI-AWP-00327752
ROX057-1007

**S. Snyder-** Ed Gunn will go with me to **CVS** in June to discuss Marinol opportunities with the ProCare group. I also invited Craig Russell, as I believe ProCare would support an Oramorph program. No word from Craig yet, but I am hopeful that he will attend.

**P. Hawthorne-** The **Bindley Western** GAP bid still has not been decided but I remain optimistic.

**P. Hawthorne-** Meeting is set for the presentation of The Commitment Agreement to **Walgreen's** (Sykora- meeting happened with Sheila Bennett, John Ziebell, & George Reidl- went well- anticipate 90% chance of closure). I am working on scheduling a similar meeting at Wal-Mart.

**C. Carr-Hall-** Customers currently reviewing Generic agreements:
**Bergen, McKesson** and **American** Stores.

**C. Carr-Hall-** Customers to be presented Generic agreements in April:
**Longs** Drugs

**D. Gordon- AmeriSource-** Joe Montoto and I are once again working on Market Share Agreements for Azathioprine and Hydroxyurea. At this time AmeriSource is unable to participate in any Compliance Programs, unless we are willing to accept manual reporting. AmeriSource is not capable of gathering patient data. Joe is currently working on a program that would allow and encourage pharmacists and vendors to work with AmeriSource on various Market Share Programs.

**D. Gordon- HEB-** A meeting is scheduled in two weeks to hopefully finalize the Commitment Agreement. Pricing has been submitted for all products that HEB needs to add in order to qualify. The only issue is how this Agreement will effect the HEB rebate structure in place with McKesson.
An offer was submitted to HEB for Diclofenac, Propantheline and Lactulose.
HEB has not participated in many Market Share Programs. I hope to educate Sam Willson and start a program with Azathioprine and Hydroxyurea and Combivent.

**D. Gordon- Giant Food-** A meeting is scheduled next week with Laura Schneider of Giant Food to revisit the Commitment Agreement. If we can successfully negotiate products and pricing for the Select Agreement, I believe Laura will agree to the offer. At this point, Roxanol is the only product on Select that has been agreed to.

**D. Gordon- PharMerica-** Joe Tomkiewicz is aware of our interest in getting Oramorph SR on formulary. I am waiting for PharMerica's total Sustained Release Morphine usage and single entity Oxycodone usage. With this data in hand I hope to present a proposal that will more than compete with Purdue Frederick's package deal.

**T. Via-** I feel value added programs in **palliative care** are a tremendous opportunity. All of my accounts are looking for these types of programs and will be receptive to a wide variety of programs, much like the ones we discussed at the sales meeting. If it is possible for the marketing department to keep us in the loop as these programs are being developed it would allow us to be proactive with our customers and pave the way for acceptance of the programs once they are complete.

SPECIFIC ACCOUNT INFO:

*Retail*

**S Snyder- CVS** meeting with Chris Kwong and me on April 29 to discuss payables issues was a success. Nearly all outstanding funds are expected to be repaid.

**S. Snyder- Drug Emporium** should have 11/96-9/97 rebate within the next two weeks. All approvals are in. With 1st Q '98 having just arrived, this will bring DE rebates up to date. **(Sykora-** Thanks Ed for your help in resolving.)

**S. Snyder- Kmart** rebate changed direction this month. We will pony up strong to Kmart, and stop pursuing Cardinal Commitment Agreement. We believe this will cost approx $400,000 less per year, and give us Kmart support. Kmart is very instrumental in the Cardinal decision making process.

**S. Snyder-** Still no action on: (Sent detail to Ed Tupa at his request)
**Rite Aid** is not getting rebate credit for their Western DC's (Oregon, Cal., Utah). I submitted an email to Everett and Nellie on 2/27 inquiring. Verbally they have committed to look into it, and admit that it appears we will have to pay Rite Aid retroactively on these DC's. I have no dollar amounts yet or further detail. (Reported on March report - still waiting on Everett and Nellie to advise) **(Sykora-** suggest we use Rite Aids report to pay- it's been too long)

**S. Snyder- Stadtlander's** is dragging their feet on a meeting to discuss Viramune opportunities and Aza. Computer conversion has all of their attention. Not so urgent anymore as Aza competition seems further off. No purchases are showing on my reports. I believe they are still buying from ANDA, or perhaps GPP can offer a better price than we are. **(Sykora-** there is no Statlanders contract sales in 1998 that I've been able to find)

**S. Snyder- Med Shoppe** rebate program will be proposed soon. I don't expect it to be as lucrative as Kmart, or retroactive to the beginning of the year. Hope to make it tiered to pay more % as compliance increases.

**P. Hawthorne- Walgreen's** is not happy about the pricing of Roxanol T. We need to come up with a pilot program to stock Roxicodone Intensol and Oramorph 60 and 100mg. They do not have any contract templates. **(Sykora-** consignment inventory has been discussed for Roxicodone Intensol- this would be a good pilot in case we need it for CafCit retail)

**P. Hawthorne-** Meijer has stopped deducting for a 10% rebate on Ipratropium. Now we have to get them to pay the deductions back.

**P. Hawthorne- Wal-Mart** received their rebate from the 4-6-8-10 program and will now schedule other meetings. I have to schedule one to discuss their return deductions. They are using RDS and they price it at Medispan's WAC plus an upcharge. We also need to present the Commitment Agreement, appointment on June 10.

**C. Carr-Hall- Safeway/Vons** bid coming up in June. Will have admin. fee issue resolved by end of next week (with the help of John, Bob and Rich).

D0019714

RLI-AWP-00327754
ROX057-1009

**C. Carr-Hall- American Stores** Return Goods – American stores goes through an inventory management recycling process to minimize goods returned to the manufacturer. They pull inventory from their stores shelves with 6 to 12 months life back into a separate re-distribution area to send it back out to stores that can dispense the product. Because the added logistics incur higher costs, they have asked Roxane to consider crediting partials since they take extra measures to cut down on waste. What can we do to help? (Sykora- Rich, will the revision of the return goods policy address this in any way?)

**D. Gordon.- HEB-** HEB is really starting to work with me and jointly look for ways to increase sales for both companies. Although this is a small warehousing chain, I feel there is a lot of potential.

**D. Gordon- AARP-** I thought I was awarded Dex for the AARP warehouse, but after Susan German and Steve Grote took a better look at the competitive prices, I was informed I needed to match competition or AARP would be forced to keep Dex with it's current supplier. Fortunately we were awarded the 4mg strength. We were not awarded the .5mg, .75mg, or the 1.5mg strengths.
AARP will eventually be purchasing all products through McKesson. As AARP's inventory is depleted, McKesson will automatically replenish the stock. AARP will still participate in new product first time deals, but then McKesson will take over. By the end of the year only two warehouses, instead of seven, will remain in operation: Horsham, PA and Portland, OR.
At NACDS, AARP displayed a high interest level in the new RLI Palliative Care Program. I hope to work with AARP on a Palliative Care Program in the near future.

**D. Gordon- Advanced Paradigm-** Gretta Farmer and I have a meeting scheduled for next week. This mail order house is finally purchasing RLI product. I hope to increase sales by adding new contract items, as well as through Market Share Program opportunities.

**D. Gordon- Eckerd-** With the assistance of Rich Feldman and Bob Sykora we were able to negotiate and then meet Eckerd's Generic Bid conditions. The RLI Generic Bid, which included the Commitment Agreement, was submitted and reviewed. Award notifications will be mailed to vendors this month.
According to Lynn King, Eckerd will *not* consider the Commitment Agreement until after the generic awards have been made. I met with Lynn twice, spoke to her numerous times on the telephone, and followed up with letters and faxes about the specifics of the Agreement and Generic Bid. I also discussed what the implications would be if certain multisource generics were not awarded to RLI (For example: No rebate on the BI product line). At this point in time I can only be hopeful that Eckerd will not award any of the multisource products necessary for the Commitment Agreement, to another vendor.
Any package deal that included CII's was not reviewed, but will be reviewed during CII negotiations. The CII bidding process is due to begin after the Generic Bid is completed. This, of course, would include the Commitment Agreement, which at that time may be too late. All generic products will have already been awarded. The Oramorph SR Pharmacy Program will be considered at that time as well.
All Oramorph SR Market Share or Compliance Programs have been put on hold until CII awards are made.
The Managed Care Combivent FFS Program is due to begin any day.
Roxanol T will not be added to the warehouse. Eckerd is in favor of substituting Roxanol T for Roxanol, but will not consider this until a contract price, competitive to concentrated morphine solution, is offered.

**D. Gordon- Giant Food-** Due to Giant Food sales not appearing on DDD, the RD's do not get credit for any RLI product dispensed at Giant pharmacies. I have requested Giant supply sales

D0019715
RLI-AWP-00327755
ROX057-1010

information on Oramorph SR. I will also try to get sales data on Viramune, Roxicodone and Marinol.

**D. Gordon- PPSC-** PPSC is still interested in warehousing. They still have not made any final decisions on products or pricing/rebates. Amelia Tillman has heard that some of the wholesalers may not load the Retail GPO contracts if the GPO decides to warehouse. This is a concern to PPSC and should be to RLI if this is indeed true.

**D. Gordon- USA Drug-** After Steve LaFrance reviewed the recent proposal, competitive pricing was provided by USA Drug. I have requested a PAR. Hopefully the contract's dept will match these prices this week so that we can get this account rolling.

*Wholesale*
**S. Snyder- Cardinal** claims Sodium Chloride will be stumbling block on Commitment Agreement. Also playing ping-pong with Acetylcysteine (Dey). We will not pursue, but rather team up with Kmart. (see Kmart above)

**S. Snyder-** Sent GWSA update document to Cardinal and internal. John Powers has asked that I request Cardinal sign and date the document.

**S. Snyder- Cardinal** new Preferred items buy-in, LIFO buy, and trade show buy all calculated, and communicated to BISC and Cardinal. No orders received yet. **(Sykora-** TS orders received 5/20- appear larger than 3 month allotment)

**P. Hawthorne- Bindley Western** has finally placed an order for Roxanol T. Debby Kutner is coming in to help present the Commitment Agreement next week.

**P. Hawthorne-** Rich gave approval to open **DMS** up as a new account. Bob will hand carry the file to BISC.

**C. Carr-Hall- McKesson –** Presenting customized wholesale Oramorph SR program to Branded National Mgr May 18th.

**C. Carr-Hall- Bergen** - Oramorph SR program is moving along. Sharon Storck in inside sales has reported that communications have been received at the independent pharmacy level. The outlook is positive. Next week I will forward a full package of membership and contract pricing/ AWP spread benefits for inside sales to capitalize on.

**D. Gordon- AmeriSource-** AmeriSource is in the final stages of approving and signing the Commitment Agreement.
Joe Montoto at AmeriSource does not feel comfortable in promoting CII's in Market Share Programs, Compliance Programs, etc. Therefore a program for Roxanol T or Oramorph SR is not an option at this point in time.
A while back Rich inquired about the existence of wholesaler score cards. AmeriSource does not have any such score card that they use to evaluate vendors...except for Vendor of the Year...which I hope RLI to be awarded!
AmeriSource cannot add any product that is listed in First Data Bank as a branded product onto their Source Programs. Products that fall into this category are Roxanol, Roxicet and Roxicodone solutions.

**D. Gordon- ANDA-** Dan Movens has agreed to supply a member listing so that ANDA can become eligible for Grid Pricing. We plan on meeting within the next week or so to clean up all outstanding issues, and to negotiate a new contract.

D0019716
RLI-AWP-00327756
ROX057-1011

**T. Via- D&K**: The Loyalty Multi Source agreement ahs been signed and sent into the office, the products selected were Aza and Hydroxyurea. They have also added as well as jj Paulo.several items to their autosub program and I look forward to continued improvements in our relationship with D&K

*Hospital*
**P. Hawthorne- CMMA** moving headquarters from St. Louis to Chicago. No firm date set yet. The new group will be called DHS.

**C. Carr-Hall-  Owen** – cancelled appointment. Major shift in personnel. Trying to get in June 3rd.

**T. Via- MHA**: Joe DeProspo will leaving his position as Manager of bids and contracts to take a field position with MHA. This will mean Sue Gleason will take over Joe's duties for the short term. This could have a minor negative impact at the account due to work overload on her part. I will continue to try and develop programs for our "A List" products, now that we will not be able to offer the components of the commitment agreement to the groups. I had presented the programs to Joe who felt they might be of interest to his group, with some minor changes. I will try to develop proposals based on his suggestions and will run them by John Powers for a feasibility check. Basically, they will be a market share programs offered to the entire membership at a given percentage, there would then be a second tier offered to the MHA 2000 members if they sign a commitment letter for a higher market share than the general agreement offered to all members. The products selected will likely be the same ones that comprise the commitment agreement. While I would like to find a way to tie RLI and BIPI product lines together, I don't see this as an option at this time and will seek ways to pursue value added programs for BIPI products, specifically Combivent and Flomax.

**T. Via- Hospice Provider Group**: This was my first call on HPG since it was assigned to me. They are eager to help Roxane expand the concept of palliative care, especially as it relates to hospice. This was an "intro" call intended to determine capabilities of the group and evaluate the best method of expanding our business with the group. As it turns out they are very eager to work with RLI and presented me with one very interesting option, administering our hospice rebate program. They would do this not only for their membership, but also as a clearinghouse for non-members as well. Unfortunately, the rebate program is in the process of being redesigned which will prevent us from acting on this until the program is complete. Once this is done I believe we should pursue this as an option for expanding business within the hospice market, HPG represents 800+ hospices in nearly all 50 states that could conceivably enroll in the program overnight. This would increase the rebate payouts by a large percentage but this would certainly be offset by increased business.  HPG has also expressed interest in receiving additional training on our products that are on contract, in order to more effectively represent the products they offer their membership. Their particular area of interest is related to competitive product information and how best to handle objections related to our analgesic product line. I have spoken to Gary Nichols about trying to have Randy G. spend a day in their location to provide the training they seek, he has asked Randy to contact me to arrange a time this can be done. I also inquired about Hospice Pharmacia and the impact they believe that group will have on their membership. Ron Silber, President of HPG stated that had I asked this question 6 months ago he would have had a very different opinion than he does today. Initially he believed this group could have potentially driven HPG out of business, but now believes they cannot deliver all that they promise. Specifically they do not secure enough pharmacy support for the hospices that enroll in the Hospice Pharmacia program and the service they do have is not always available 24 hours. He further stated many of his members who had left for Hospice Pharmacia have called HPG trying to get better pricing on selected items (Cherry Picking). Ron stated he would gladly offer them their old contract pricing, if they drop out of Hospice

Pharmacia and use HPG as their sole contracting source for their meds. His opinion of Hospice Pharmacia is that they will either completely fold within the next couple of years or they will reduce the size of the geographic area they try to cover and become more regional in nature rather than continue trying to operate on a national level. This is a good group that could potentially have a huge impact in our palliative care line, not just analgesics, it may be worthwhile to have the marketing department call on this group to examine potential synergies.

**T. Via- Novation:** We have received the bid for Novation and are in the process of developing a similar offer to the one that was presented to Premier. One significant difference will be the Bedford tie in, Bedford is heavily involved in the VHA Plus program which is designed as a profit sharing program, any additional incentive would result in VHA making more on those products than Ben Venue does (according to Tom Murphy). Therefore it may be necessary to bundle only with BIPI products or possibly with non-Plus products that Bedford contracts for. A meeting with the contracts department is scheduled for May 21st to discuss and finalize our strategy for this bid. Other than that everything is moving along smoothly with this group. There is strong interest in a Palliative Care value add program within the Oncology Clinical Markets group, and a meeting is scheduled for June 1 to provide input into the design of the criteria for the upcoming OSR MSC MUE program. Mike Schobelock and myself will represent Roxane, Craig Russell may attend if his schedule allows Novation will be represented by Susan Norville and Mary Ann Restino.

**T. Via- Premier:** The award notification has been received and reviewed, apparently our award is a very strong one. I am still trying to contact Steve Reiser to determine exclusivity of our bundled products. Once this has been completed I will be contacting John Powers to determine how best to handle the incentive portion of our bid, in light of the fact Bedford was not awarded their top two products. Initial discussion with John have centered on offering the rebate for Roxane product at the highest tier level and not paying an incentive on the BIPI portion, reserving that as an enticement for the corporate partnership we will pursue after the new contract is in place. I have requested a meeting with Steve for the week of May 26.

**T. Via- Gerimed:** WAH WAH WAH, you like MHA better than you like us. Same old story, different day. I am meeting with Susan Rhodus within the next couple of weeks to try and develop market share programs for their group. These will likely focus on our CII's or on selected liquids. One item I intend to address is the abysmal performance of OSR with this group. If they are unable to generate an acceptable level of sales for OSR I will be reluctant to believe they can impact sales to any great extent with their membership. I was able to speak briefly with Susan at the ASCP meeting in Orlando and she expresses a strong interest to work more closely with RLI, but again, I don't have much confidence in their ability to move share.

PRODUCT INFO:
**P. Hawthorne-** Response to Roxanol T launch has not been as positive as I hoped. Many accounts are hung up on the fact that it is more expensive than regular Roxanol and insurance reimbursement will be less profitable. (**Sykora-** need an update on TMS success to determine if we stay with our current strategy)

**C. Carr-Hall-** Roxanol – T, wholesale numbers assigned and communicated for Bergen and McKesson. With the new extended buy in date, I will start to contact DC's personally via phone to generate more orders. (**Sykora-** disappointed that Colin had to contact each dc personally to discuss deal- thought his request to KARs and Inside Sales would have provided some support)

KEY MEETINGS:
**P. Hawthorne-** NACDS meeting coming up the last weekend in August. We should start making appointments now. (**Sykora-** Penny has valid point- NAMs start getting commitments)

D0019718

RLI-AWP-00327758
ROX057-1013

**P. Hawthorne-** We could not attend the Bindley May Partners Meeting. It took place during our sales meeting. I will try to spend that money there on Source GAP advertising or similar to keep peace here. (**Sykora-** remember that promotional expense control is part of bonus plan- spend money wisely)

**D. Gordon-** AmeriSource Trade Show in Las Vegas, NV July 16-19.
AmeriSource National Sales Meeting in Tampa, FL Nov 2-4.

**T. Via-** National Sales meeting: Seven productive days in California. I learned a lot of valuable information and expect future meetings will offer the same opportunity to expand our knowledge base outside our normal scope of thought. I believe all in National Accounts found this information useful and a refreshing change from the constant rehashing of the same information time and time again. One thing I would like to see, if possible, is some way for our group to interact with the RDs in their breakouts. Another possibility would be a meeting with the MIT people who could then present the sales force issues they have regarding our accounts and allow us to bring them into the loop about what we have going on. This could potentially uncover possible areas of opportunities we are not aware of as well as provide the RDs with potential areas of opportunity. (**Sykora-** RD breakouts are usually physician detail focused, however, an opportunity to update the RD's about NA status and field questions would be educational for both)

**T. Via-** ASCP: This was their midyear meeting that is not all that well attended and was somewhat a disappointment for me. I had the opportunity to meet with my customers that were there displaying, but the booth time provided less opportunity for success than I had hoped for. This meeting is one of those that you feel obligated to attend, for political reasons, but never feel as though much is accomplished. One way to possibly increase the value of this meeting is to sponsor a session next year, BIPI sponsored two and this generated an tremendous amount of booth traffic that they felt was very useful. This group would seem to be a natural fit for palliative care programs. (**Sykora-** I thought we were BIPI too)


INDUSTRY EVENTS:
**C. Carr-Hall-** McKesson Trade Show June. Bergen Trade show July


PERSONNEL ISSUES:
**Sykora-** None

BUDGET UPDATE:

PROJECT UPDATES:
**C. Carr-Hall-** Loaded "Maximizer" sales contact software for beta test. Will utilize "Maximizer" once software patch arrives to export my "Palm Pilot" information over (**Sykora-** Colin, Tom, & Steve are testing Act, Maximizer, & Goldmine as Contact Managers- Max Perf goal)

SUGGESTIONS/COMMENTS:
**S. Snyder-** Comprehensive product listing including color/shape, rating, NDC, brand comp., AWP, WAC, A,B,C price, and source rebate level, sorted alpha by product.

**S. Snyder-** List of all customer contract prices for entire line w/ contract expiration dates. (**Sykora-** I may have this info as part of 1st trimester sales reporting- will provide to NAMs when I get this week.)

D0019719
RLI-AWP-00327759
ROX057-1014

**S. Snyder**- Monthly sales/profit report with "quotas" as it relates to our bonus plan. (**Sykora**- Sales Reporting has committed to providing this to me monthly to forward- personnel turnover there has slowed things down- until resolved, you will get SAR273 for your accounts)

**D. Gordon**- Pricing to warehouse Dex was requested for HEB. Competitive pricing was provided along with the RFQ. In order to match competition we would have to bid below A Net. We decided not to bid below A Net, therefore losing the business. David Lanzillotta even went to J. Powers, but was not able to get approval to go below A Net. During the same time period, the same scenario took place with AARP. Fortunately, we did take the competitive information into consideration; matched competition where possible; and have won a few of the Dex strengths, including the 4mg. Two different contract supervisors worked on two separate accounts, but only one account was awarded the RLI product…the other was lost to our competition. Why? In my opinion this should not have happened. This is frustrating. There apparently is a lack of consistency and communication. I am meeting with HEB in two weeks.

**D. Gordon**- During new product introductions, Joe Montoto from AmeriSource suggested that we request a specific quantity we want ordered. This should be possible if our homework has been done with regards to competition.

**T. Via**- Sales I am concerned about the sales reports we have been receiving and the apparent lack of complete coverage in these reports. My SAR 163 (the only report I receive) for April shows total YTD sales of slightly more than $9.3 million, while the data Bob gave us at the sales meeting showed sales through February at slightly more than $13.1 million. Where can I find the rest of my sales and how can I be sure all of them are being picked up from the various sources for the data. (**Sykora**- Most of the reports currently generated at Roxane are for a specific sales force, product manager, etc so contain different products or different definitions of "sales". The reports that you will be receiving from me via Sales Reporting will contain the products and sales that the bonus plan is based upon and once personnel issues are resolved there will be provided monthly).

D0019720
RLI-AWP-00327760
ROX057-1015    L