# Exhibit USAbt-B

Newark, DE

Page 273

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

----------------------------------X

IN RE: PHARMACEUTICAL INDUSTRY   ) MDL No. 1456

AVERAGE WHOLESALE PRICE          ) Civil Action No.

LITIGATION                       ) 01-12257-PBS

----------------------------------X

THIS DOCUMENT RELATES TO:        ) Hon. Patti B.

United States of America ex rel. ) Saris

Ven-A-Care of the Florida Keys,  )

Inc. v. Dey, Inc., et al., Civil )

Action No. 05-11084-PBS; and     )

United States of America ex rel. )

Ven-A-Care of the Florida Keys,  )

Inc. v. Boehringer Ingelheim     )

Corp., et al., Civil Action No.  )

07-10248-PBS                     )

----------------------------------X

Videotaped deposition of

THE DELAWARE DIVISION OF MEDICAID AND MEDICAL

ASSISTANCE by CYNTHIA DENEMARK - VOLUME II

December 10, 2008 - Newark, Delaware

1    Q.   Did a representative from any of the
2    defendants in this case ever come to you and
3    suggest that it was -- that they were reporting
4    inflated AWPs to compensate for a dispensing fee
5    that in the State of Delaware that they
6    considered to be too low?
7              MR. CYR:  Objection.
8              MS. RAMSEY:  Objection.
9              THE WITNESS:  I have never had any
10   manufacturer propose that, or manufacturer's
11   representative propose that to me.
12   BY MS. HEALY SMITH:
13   Q.   Did you ever communicate to any
14   manufacturer that you understood and approved
15   their reporting of AWPs that were two or three or
16   four or five or even ten times higher than actual
17   prices?
18             MR. CYR:  Objection.
19             MS. RAMSEY:  Objection.
20             THE WITNESS:  I would never -- I don't
21   recall ever, and I don't have the opinion that it
22   is a reasonable thing to have an inflated AWP, so

1  I would have never had a conversation stating
2  that I approved of what they were doing.
3  BY MS. HEALY SMITH:
4      Q.   And what is your opinion of an inflated
5  AWP?
6           MS. RAMSEY:  Objection.
7           MR. CYR:  Objection.
8           THE WITNESS:  I think it is sad
9  commentary on the profession that we have no data
10 element that we can reliably use for ingredient
11 costs so that we can move to reimbursing the
12 professional clinician for their services
13 rendered.
14 BY MS. HEALY SMITH:
15     Q.   If you would look at Exhibits 612, 613,
16 614 and 615, please.
17          MS. RAMSEY:  I'm sorry.  Which numbers
18 did you say? 612 through 615; is that correct?
19          MS. HEALY SMITH:  Yes.
20          THE WITNESS:  Okay.  These are the OIG
21 reports is what you're asking me to look at.
22          Okay.  Got 'em.