# Exhibit USAbt-F

# Springfield, IL

Page 1

                    IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF MASSACHUSETTS

--------------------------------X

IN RE:  PHARMACEUTICAL INDUSTRY    )

AVERAGE WHOLESALE PRICE LITIGATION ) MDL No. 1456

--------------------------------) Civil Action

THIS DOCUMENT RELATES TO:          ) No. 01-12257-PBS

United States of America, ex. rel. ) Hon. Patti Saris

Ven-a-Care of the Florida Keys,    ) Magistrate Judge

Inc., v. Abbott Laboratories, Inc.,)

Civil Action No. 06-11337-PBS; and )

United States of America, ex. rel. ) VIDEOTAPED

Ven-a-Care of the Florida Keys,    ) DEPOSITION OF

Inc., v. Dey, Inc., et. al., Civil ) THE ILLINOIS

Action No. 05-11084-PBS; and United) DEPARTMENT OF

States of America, ex. rel.        ) HEALTHCARE AND

Ven-a-Care of the Florida Keys,    ) FAMILY SERVICES

Inc., v. Boehringer Inglehelm      ) by  JAMES PARKER

Corp. et. al., Civil Action        )

No. 07-10248-PBS.                  ) NOVEMBER 18, 2008

--------------------------------X

IL Department of Healthcare and Family Services (James Parker)                    November 18, 2008
                              Springfield, IL

                                                                    Page 32

1        at 9:42 a.m.

2        BY MS. OBEREMBT:

3            Q.   Mr. Parker, could you review Exhibit 2?

4            A.   Okay.

5            Q.   Does this appear to be the federal

6        regulation regarding payment for prescription

7        drugs in state Medicaid programs?

8            A.   Yes, it does.

9            Q.   If I could direct your attention to

10       Section 447.331(b) entitled "Other drugs."  If

11       you could take a minute to read that paragraph?

12           A.   (Witness reviewing document.)

13                Okay.

14           Q.   Do you see where it says that it refers

15       to "...payment levels that the Agency has

16       determined by applying the lower of the -- (1)

17       Estimated acquisition cost plus reasonable

18       expense and fees established by the Agency; or

19       (2) Providers' usual and customary charges to the

20       general public"?

21           A.   Yes.

22           Q.   Has HFS established a reimbursement

Springfield, IL

Page 33

1      methodology that applies these elements?

2           A.    Yes.

3           Q.    What about usual and customary charges

4      to the general public, how does the State define

5      that?

6           A.    It's defined as the price that a

7      pharmacy would charge to a cash-paying customer.

8           Q.    I'd like you to also look at Section

9      447.301 "Definitions."

10          A.    (Witness so doing).

11          Q.    Which I'm not sure that's on here,

12     actually.

13                MR. LIBMAN:  Yes.

14                THE WITNESS:  Yes.

15                MS. OBEREMBT:  Oh, right above, sure.

16     If you could take a look at that where the second

17     sentence says, "Estimated acquisition cost"?

18          A.    Okay.

19          Q.    Are you familiar with that definition?

20          A.    Yes, I am.

21          Q.    Has Illinois tried to determine

22     estimated acquisition cost in accordance with

IL Department of Healthcare and Family Services (James Parker)          November 18, 2008

Springfield, IL

Page 34

1       that definition?

2              A.    Yes, we have.

3              Q.    Does the State have a formula for

4       reimbursing for the drug ingredient portion of

5       pharmacy claims?

6              A.    Yes, we do.

7              Q.    And where is the State's formula

8       typically written down?

9              A.    It is both in the rules that we publish

10      under the Illinois Administrative Procedure Act

11      and in our State Plan on file with Federal CMS.

12             Q.    When you use the term "CMS," to what

13      are you referring?

14             A.    The Centers for Medicaid and Medicare

15      Services or whichever one they put first.

16             Q.    And is that part of the Department of

17      Health and Human Services?

18             A.    Yes, it is.

19             MS. OBEREMBT:   I'd like the court

20      reporter to mark as Exhibit 3 a summary exhibit.

21                   (Plaintiff's Exhibit Parker 003

22      was marked for ID)

IL Department of Healthcare and Family Services (James Parker)                November 18, 2008

## Springfield, IL

Page 61

1    you issue a final version of a rule?

2         A.    Our rulemaking process internally to

3    the Agency does circulate the rules to all of the

4    divisions, and the rules would be commented upon

5    by the Division of Finance and the Office of

6    General Counsel and at times the Office of

7    Information Systems, which is the computer people

8    that have to program every policy change into the

9    computers.

10         Q.    Turning back to Exhibit 3, has the

11   State of Illinois historically determined its

12   Estimated Acquisition Costs separate from its

13   determination of a dispensing fee?

14         A.    Yes, I mean there was a period when

15   there was a correlation between a dispensing fee

16   on an individual product and acquisition cost,

17   but the process of determining each is separate.

18         Q.    Has the State of Illinois ever had a

19   practice or a policy of paying increased

20   ingredient cost in order to make up for some type

21   of inadequate dispensing fee?

22         A.    No.

IL Department of Healthcare and Family Services (James Parker)                    November 18, 2008
Springfield, IL

Page 165

1    assumption that Walgreen's is not selling drugs

2    at a loss.

3          Q.   And one of the reasons they may not be

4    setting -- selling at a loss, if their dispensing

5    fees are estimated to be $11 by one study, is

6    through their reimbursement through ingredient

7    cost, correct?

8                MR. LIBMAN:  Objection to form.

9                THE WITNESS:  That's a theoretical

10   possibility.

11   BY MR. REALE:

12         Q.   And what other explanations would there

13   be?

14         A.   That the study who determined it cost

15   $11 to dispense a prescription was faulty.

16         Q.   But why -- do you believe that it's

17   faulty?

18         A.   I do.  I don't believe that their costs

19   are that high or they wouldn't sell drugs at a

20   much lower cost.

21         Q.   So it's more out of a matter of

22   principle? You don't have specific evidence that

Page 166

1  shows you what it really costs a pharmacy in

2  Illinois to dispense drugs?

3       A.    I have no data that establishes a

4  different dispensing cost.

5       Q.    And when you set the rates for

6  dispensing fees in Illinois, you look to

7  primarily what other states are using as a

8  dispensing fee rate?

9            MS. OBEREMBT:  Objection.

10           MR. LIBMAN:  Objection.  Objection to

11 form.

12           THE WITNESS:  That's one of the sources

13 of information we look to, yes.

14 BY MR. REALE:

15      Q.    And the other source you would look to

16 would be third-party payers?

17      A.    Third-party payers, yes.

18                (Exhibit Roxane IL 004 was marked

19 for ID)

20 BY MR. REALE:

21      Q.    Mr. Parker, you've just been handed a

22 document which has been marked Roxane Illinois

IL Department of Healthcare and Family Services (James Parker)    November 18, 2008

Springfield, IL

Page 341

1    BY MR. BERLIN:

2        Q.    And you mentioned earlier the Grant-

3    Thornton study.   You're aware of that study,

4    right?

5        A.    Yes.

6        Q.    And you said that it found that it

7    estimated the costs of dispensing for Illinois

8    pharmacies was around $11?   Is that what you

9    testified?

10        A.    I testified that that was my

11    recollection.

12        Q.    So what do you account for the

13    difference between that and the actual dispensing

14    fee that Illinois currently has?

15            MR. LIBMAN:  Objection, asked and

16    answered.

17            You may answer it again.

18            THE WITNESS:  As I discussed this

19    morning, the fact that not only the chain drug

20    stores, but all drug stores accept lower

21    dispensing fees than $11 and lower dispensing

22    fees than our dispensing fees and quite clearly

IL Department of Healthcare and Family Services (James Parker)                    November 18, 2008

## Springfield, IL

Page 342

1    make profits.  As anybody that peruses the

2    business pages of the Chicago Tribune, at least,

3    would see that Walgreen's is an extremely

4    profitable company, and it has continually

5    reported that the sale of prescription drugs is

6    what drives their profits.  And so if they're not

7    selling drugs at a loss by taking lower rates, I

8    do not believe that their true cost of dispensing

9    a prescription is $11.

10   BY MR. BERLIN:

11        Q.    Any other basis you have for believing

12   that their true costs of dispensing is not

13   actually $11?

14        A.    No.

15        Q.    Other than that?  I'm sorry.  Other

16   than that?

17        A.    That is correct.

18        Q.    And that's in fact one of the things

19   that the Department looked at was what was --

20   what were other third-party payers paying as

21   their dispensing fee, right?

22        A.    Yes.