# Exhibit USAbt-H

Page 311

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

----------------------------------X
IN RE:  PHARMACEUTICAL INDUSTRY        )
AVERAGE WHOLESALE PRICE LITIGATION ) MDL No. 1456
----------------------------------) Civil Action
THIS DOCUMENT RELATES TO:          ) No. 01-12257-PBS
United States of America, ex. rel. ) Hon. Patti Saris
Ven-a-Care of the Florida Keys,    )
Inc., v. Dey, Inc., et. al., Civil )
Action No. 05-11084-PBS; and United)
States of America, ex. rel.        ) December 3, 2008
Ven-a-Care of the Florida Keys,    ) 9:32 a.m.
Inc., v. Boehringer Ingleheim      )
Corp. et. al., Civil Action        )
No. 07-10248-PBS.                  ) VOLUME II
----------------------------------X

Continued deposition of THE NEBRASKA DEPT. OF HEALTH AND

HUMAN SERVICES by GARY CHELOHA, taken by Defendants,

pursuant to Notice, held at the Cornhusker Hotel, Lincoln,

Nebraska, before Shana W. Spencer, a Certified Shorthand

Reporter and Notary Public of the State of Nebraska.

1   EAC calculation for each of those NDCs?
2           MS. LORENZO:  Objection.  Form.
3           THE WITNESS:  No.
4       Q.   (BY MR. MAO)  Would it be responsible
5   to develop a drug reimbursement system where you
6   relied upon data that bore no relationship to
7   actual market prices?
8           MS. LORENZO:  Objection.  Form.
9           THE WITNESS:  No.  That would not be a
10  responsible -- that would not be responsible.
11          (Exhibit DOJ NE 001 was marked for
12  identification.)
13      Q.   (BY MR. MAO)  I'd like to turn your
14  attention to what I am marking as DOJ Nebraska
15  Exhibit 1.
16          MS. CITERA:  Could you describe it for
17  me?
18          MR. MAO:  Yeah.  It's Federal Register
19  52, Fed. Register, page 28657.
20          MS. CITERA:  Andy, what year?
21          MR. MAO:  It's 1987.
22      Q.   (BY MR. MAO)  Mr. Cheloha, can I turn

Page 351

1  your attention to Section 447.331(b)?  It's the
2  third column over at about -- a little more than
3  halfway down.  Do you see that section?
4      A.   I do.
5      Q.   Can you please read through silently
6  Section B?
7           Has Nebraska Medicaid established a
8  reimbursement methodology that is consistent with
9  these federal requirements?
10     A.   Yes, it has.
11     Q.   I'd like to turn your attention to
12 Section 447.301.  It's the top of the third
13 column.
14     A.   I have that.
15     Q.   Do you see where it -- there's a
16 definition for estimated acquisition cost?
17     A.   Yes.  I see that.
18     Q.   Can you please read silently that
19 definition?
20     A.   Yes.
21     Q.   Has the Nebraska Medicaid program
22 endeavored to determine an EAC consistent with

1     that definition?
2          A.   Yes, it has.
3          Q.   And how has it done that?
4          A.   Originally did the survey in 1986 and
5     determined what the discount or the difference
6     from AWP should be to establish this EAC number
7     and currently relies on the information in the
8     First DataBank file.  And the Department directs
9     the calculation of EAC at the point -- in the
10    point-of-sale system.
11         Q.   Okay.  I'd like to turn your attention
12    to Section 447.333.  It's on the second page.
13    It's the second column.  And I'd like to turn
14    your attention to what's titled Subsection B,
15    findings and assurances.  Do you see that?
16         A.   Yes, I do.
17         Q.   Can you please take a look at that
18    subsection?
19         A.   All right.
20         Q.   Has there been any time that the
21    Nebraska Medicaid program has not complied with
22    these federal requirements?

Henderson Legal Services, Inc.
202-220-4158                                   www.hendersonlegalservices.com
91ca7b64-6253-482e-a301-eca4da7ee2c5

Page 353

1           MS. LORENZO:  Objection.  Form.
2           THE WITNESS:  No.
3      Q.   (BY MR. MAO)  Thank you.  What is a
4  state plan?
5      A.   A state plan is the legal document
6  submitted to CMS by the State in order to access
7  federal funding for Medicaid services.
8      Q.   And has the Nebraska state plan been
9  amended over time?
10     A.   Yes, it has.
11     Q.   About how frequently has it been
12 amended?
13     A.   The state plan covers all services, not
14 just drugs.  I -- although I'm not the keeper of
15 the SPAs, I would say generally about once a
16 year.  As other services' coverage changes, state
17 plan amendments are filed for those services, as
18 they would be for changes in the pharmacy
19 program.
20     Q.   And does the state plan have provisions
21 describing the methodology by which the Medicaid
22 program reimburses for pharmacy costs?

1        MR. DUNNING:  I would like to.

2        MR. MAO:  Great.  We can take a five-
3   minute break.  Thank you.

4        VIDEOGRAPHER:  We're off the record.

5             (Short recess.)

6        VIDEOGRAPHER:  We're back on the
7   record.

8        Q.   (BY MR. MAO)  Mr. Cheloha, I'd like to
9   talk to you briefly regarding dispensing fees.

10       A.   All right.

11       Q.   What is the current range of dispensing
12  fees paid by the Nebraska Medicaid program?

13       A.   I believe it's $3.20 to $5.05.

14       Q.   And has that range been relatively
15  constant since 1990?

16       A.   Yes, it has.

17       Q.   What was the highest dispensing fee
18  paid by the Nebraska Medicaid program?

19       A.   The 5.05.

20       Q.   And what was the lowest dispensing fee
21  paid by Nebraska Medicaid?

22       A.   At one point, some fees were lowered to

1   $2.87.  I -- well, due to the price -- or the
2   other payer rules about how they set the AWP and
3   what the dispensing fees were, and some fees
4   were, for a while, lowered to that.  And then
5   those pharmacies cancelled those contracts with
6   those other payers and reverted back to what they
7   had before.  It was a short time for a very small
8   number of pharmacies.
9       Q.   Does the pharmacy program set the
10  dispensing fees for the state of Nebraska?
11      A.   Yes, it does.
12      Q.   And has that always been the case?
13      A.   Yes, it has.
14      Q.   And does the dispensing fee received by
15  a pharmacy depend upon a number of factors?
16      A.   Yes, it does.
17      Q.   What are some of those factors?
18      A.   The pharmacy's location, volume of
19  prescriptions, and services offered to their
20  customers such as unit dose, delivery.  I think
21  those are the primary elements.
22      Q.   And so the dispensing received by a

1  pharmacy from the state of Nebraska is tailored
2  somewhat to those factors, the volume of scrips
3  filled there and the services that they provide;
4  is that correct?
5        A.    That's correct.
6        Q.    Okay.  Can you please describe for me
7  generally the relationship between the pharmacy
8  program and the pharmacy community in Nebraska?
9        A.    Yes, I can.  It's a very open and -- I
10 don't know if you would say friendly, but it's
11 open and mutually cooperating between the
12 pharmacies and the state.
13       Q.    Given that relationship, would
14 pharmacists let the pharmacy program know if they
15 thought that dispensing fees were too low?
16             MS. LORENZO:  Objection.
17             MS. CITERA:  Form.
18             THE WITNESS:  Yes, they would.
19       Q.    (BY MR. MAO)  Approximately how many
20 times has a pharmacist complained to the pharmacy
21 program regarding the dispensing fee being too
22 low?

1    A.   Very few times.  One, I allowed a
2  pharmacy to complete the dispensing survey -- it
3  was a Beatrice, Nebraska, pharmacy -- because of
4  the services that it was offering.  And that's
5  over the entire time that I've been here, over --
6  off and on since 1972.
7    Q.   Given the rare number of complaints
8  received by the pharmacy program, is it your
9  belief that the pharmacists believe that the
10  dispensing fees paid by the Nebraska Medicaid
11  program are adequate?
12        MS. LORENZO:  Objection.  Form.
13        THE WITNESS:  Yes, it does.
14    Q.   (BY MR. MAO)  How many home health
15  pharmacies are there in Nebraska currently?
16    A.   I don't know an exact number, but my
17  belief is there are ten or fewer.
18    Q.   During your time with the Nebraska
19  Medicaid program, how many times has a home
20  health pharmacist complained to the pharmacy
21  program regarding the dispensing fees being too
22  low?

1    Exhibit No. 4.

2         Q.    (BY MR. MAO)   Mr. Cheloha, I'd like to
3    turn your attention to the second page, the last
4    full paragraph.

5         A.    I see that.

6         Q.    Can you read that aloud, please?

7         A.    We would like to clarify HFCA policy
8    that a dispensing fee determination must be
9    separate and distinct from the EAC determination
10   and unrelated to the cost of the drug products.
11   In every instance, regardless of the State
12   determination of individual prescription payment
13   limits, the State must have established the
14   reasonable dispensing fees which would be used to
15   determine whether the State is in compliance with
16   the upper limits as specified in current drug
17   regulations at 42 CFR 447.331.

18        Q.    Thank you.  Has Nebraska ever increased
19   its ingredient cost reimbursement to make up for
20   inadequate dispensing fees?

21             MS. LORENZO:   Objection.  Form.

22             MS. CITERA:   Form.

1       THE WITNESS:  No, it has not.
2       Q.   (BY MR. MAO)   Has Nebraska ever
3  increased its dispensing fee in order to make up
4  for inadequate ingredient cost payments?
5       MS. LORENZO:  Objection.  Form.
6       MS. CITERA:  Form.
7       THE WITNESS:  No, it has not.
8       Q.   (BY MR. MAO)   Has Nebraska Medicaid
9  ever decreased its dispensing fee to adjust for
10 inflated ingredient cost reimbursements?
11      MS. LORENZO:  Objection.  Form.
12      THE WITNESS:  No, it has not.
13      Q.   (BY MR. MAO)   Thank you.  In your --
14 one more question.  In your extensive time with
15 the Medicaid program in Nebraska, has it ever
16 been the policy of the Nebraska program to use
17 one component of the pharmacy cost reimbursement,
18 be it ingredient cost or dispensing fee, to make
19 up for potential inadequacies of the other
20 component?
21      MS. LORENZO:  Objection.  Form.
22      THE WITNESS:  No, it has not.

1    Q.   (BY MR. MAO)  Thank you.  I need to ask
2  you some technical questions regarding some of
3  the data, claims data that you provided to the
4  Government and to the parties in this litigation.
5    A.   All right.
6    Q.   What date is used to determine the
7  reimbursement amount for a claim?  Is it the
8  service date or the adjudication date or some
9  other date?
10   A.   It's the service date.
11   Q.   And was this consistent from 1990
12 through the present?
13   A.   Yes.
14   Q.   Under what circumstances, if any, might
15 a published price not be updated or entered in
16 the system?
17        MS. LORENZO:  Objection.  Form.
18   Q.   (BY MR. MAO)  Or put another way, can
19 you think of any circumstances when a published
20 price wasn't updated or entered into a system?
21   A.   No.
22   Q.   How is reimbursement calculated if the