# Exhibit USAbt-J

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------X

In Re: PHARMACEUTICAL INDUSTRY        )

AVERAGE WHOLESALE PRICE LITIGATION    )

------------------------------------X MDL No. 1456

THIS DOCUMENT RELATES TO:             ) Master File No.

United States of America ex rel.      ) 01-CV-12257-PBS

Ven-A-Care of the Florida Keys, Inc.,)

et al. v. Dey, Inc., et al.,          )

Civil Action No. 05-11084-PBS,        ) Hon. Patti B.

and United States of America ex rel. ) Saris

Ven-A-Care of the Florida Keys, Inc.,)

et al. v. Boehringer Ingelheim Corp.,)

et al., Civil Action No. 07-10248-PBS)

------------------------------------X

VIDEOTAPED DEPOSITION OF

THE VERMONT DEPARTMENT OF HEALTH by ANN RUGG

Montpelier, Vermont

Monday, December 15, 2008

9:00 a.m.

1   Vermont Medicaid established a dispensing fee
2   that's separate and apart from the price of the
3   product?
4       A.   Yes.  And the only reason I pause is
5   that OIG that said it was 2.95 and 10 percent of
6   anything over $29.50, or whatever that you
7   provided us in an earlier exhibit.  But certainly
8   since the early '90s and since the dispensing fee
9   has been a standing -- stands alone, it isn't
10  related to the price of the product.
11      Q.   When you say it is not related, do you
12  mean that the dispensing fee did not have add-on
13  component that is based on EAC?
14          MR. FAUCI:  Objection to form.
15          THE WITNESS:  I'm saying to illustrate
16  that the dispensing fee, for example, at four and
17  quarter or $4.75 is the dispensing fee regardless
18  of whatever the cost of the product might be.
19  The dispensing fee is based on the dispensing of
20  a drug and not the cost of the drug.
21  BY MR. KIM:
22      Q.   So your testimony is that the

1   dispensing fee needs to reflect the dispensing
2   cost only; is that correct?
3       A.   That's correct.
4       Q.   And has that been the case in Vermont?
5       A.   It has been the case, to my knowledge,
6   since the early '90s.
7       Q.   Has Vermont conducted independent
8   dispensing cost surveys?
9       A.   Yes.  In 2006.
10      Q.   2006.  Has it done any in earlier
11  periods?
12      A.   Not to my knowledge.
13      Q.   So when Vermont Medicaid changed its
14  dispensing fee from $4.25 to $4.75 in 2005, I
15  believe, was that based on some sort of a survey?
16      A.   No.  I indicated that that was and it
17  still is related to that contribution program
18  that the pharmacies participate in, and solely
19  related to that.  It is unrelated to the cost of
20  the products that they are dispensing.
21      Q.   So, it is unrelated to the dispensing
22  cost; is that right?

1　　　　　MR. FAUCI:  Objection to form.

2　　　　　THE WITNESS:  That is not correct.  I
3  said it is unrelated to the cost of the product.
4  BY MR. KIM:
5　　　Q.　Okay.  Is that increase?
6　　　A.　It is for their cost of dispensing,
7  yes.
8　　　Q.　And to the extent that it is, that
9  there is that $.50 assessment; is that right?
10　　　A.　Right.
11　　　Q.　And that reflects solely that
12  particular collection that Vermont Medicaid was
13  taking from the pharmacies; is that right?
14　　　A.　Right.
15　　　Q.　No other costs of dispensing a drug is
16  reflected aside from that particular?
17　　　　　MR. FAUCI:  Objection to form.
18　　　　　MR. DONOFRIO:  Object.
19　　　　　THE WITNESS:  Well, the whole of the
20  dispensing fee is a payment for their cost of
21  dispensing.
22  BY MR. KIM:

Page 253

1    Q.   So it is around $10, little bit above
2    $10?
3         MR. FAUCI:  Objection to form.
4    BY MR. KIM:
5    Q.   The average cost of dispensing or mean
6    average cost of dispensing for the pharmacies in
7    Vermont, according to the survey, is $10.55?
8    A.   As reported in this survey.
9    Q.   As reported in this survey.  And do you
10   have any reason to disagree with what is reported
11   in this survey?
12   A.   One of the problems that we had with
13   the survey was that the vast majority of retail
14   pharmacies in Vermont are not solely pharmacies,
15   they are a bigger business operation.  And so
16   what we didn't have was the cost of doing
17   business.  So to what -- we had no way of
18   measuring the cost of a business.  So, for
19   example, it was based on general things like
20   square footage of the, you know, whatever space
21   and all the rest of that.  So it was what it was.
22   It was similar to one on a federal level, and so

1    that might be characterizes the general cost.
2    But we had no really way of evaluating it.
3         Q.   Do you believe that there was any way
4    of evaluating the actual dispensing costs of
5    pharmacies in Vermont?
6         A.   I guess I don't know based on how to
7    absolutely do it based on the business.
8         Q.   Okay.  So your testimony is that you do
9    have reason to disagree with the $.10, the
10   average of $10 that's reported in this survey?
11        A.   I have questions.  I don't know that I
12   would say -- I can't absolutely say I agree or
13   disagree with it.  I have questions that we
14   couldn't resolve in this.
15        Q.   Is it part of the Medicaid's
16   responsibility to ensure that the dispensing fees
17   cover the cost of dispensing?
18             MR. DONOFRIO:  Objection.
19             MR. FAUCI:  Objection.
20             THE WITNESS:  It is not.  I think if we
21   go back to your -- I think it is Exhibit 1 or
22   thereabouts we talked about -- I guess I'm losing

1    some of my exhibits here.
2    BY MR. KIM:
3        Q.   Well, let me rephrase that question
4    then.  Does Medicaid have any obligation or duty
5    to survey pharmacies in Vermont or pharmacies
6    participating in Vermont Medicaid to assess the
7    cost of dispensing drugs?
8        A.   Do we have an obligation?  No.
9        Q.   Does Vermont Medicaid have any
10   obligation to set reasonable dispensing fees?
11       A.   We don't have a mandated.  We can only
12   attempt.
13       Q.   Does Vermont Medicaid attempt to set
14   reasonable dispensing fees?
15       A.   We believe that 4.75 is reasonable.
16       Q.   You would agree or you would testify
17   that $4.75, well, let me ask this question first.
18   What is the current dispensing fee as of today?
19       A.   $4.75.
20       Q.   And what was the dispensing fee as of
21   the date of this report?
22       A.   $4.75.

1  providers.
2  BY MR. KIM:
3      Q.   Okay.  Well, let me ask the question
4  this way then.  If the dispensing fee is lower
5  than the dispensing cost in Vermont, would that
6  have insured enough providers to participate in
7  Medicaid?
8           MR. FAUCI:  Objection.
9           MR. DONOFRIO:  Join.
10          THE WITNESS:  Say that again.
11 BY MR. KIM:
12     Q.   Okay.  If the dispensing fee is lower,
13 if the dispensing fee that Vermont Medicaid paid
14 was lower than actual cost of dispensing
15 pharmaceuticals, would that have insured adequate
16 provider participation?
17          MR. DONOFRIO:  Objection.
18          MR. FAUCI:  Objection.
19          THE WITNESS:  I can only say that at
20 this point that 142, 145 in-state pharmacies, 142
21 participate in Vermont Medicaid and another 120
22 out-of-state providers.  So that would be an

1   indication that our rates are sufficient to
2   enlist providers.
3   BY MR. KIM:
4       Q.   And that's also an indication that your
5   dispensing fee is adequate, that you have enough,
6   that you have 142 providers out of 145?
7       A.   I don't know if it is a measure of
8   adequate but it seems to be sufficient to enlist
9   providers to serve our beneficiaries.
10      Q.   So based on the amount of or that
11  number of pharmacies that participate in
12  Medicaid, that is your basis for considering
13  whether the dispensing fee is adequate?
14           MR. FAUCI:  Objection.
15  Mischaracterizes testimony.
16           THE WITNESS:  I'm saying that you asked
17  if it was adequate, and I said we weren't
18  obligated to assure that it is adequate.  We are
19  only obligated to pay enough to enlist providers.
20  And we have enlisted providers to serve our
21  beneficiaries.
22  BY MR. KIM:

Page 366

1    in the package size of drug most frequently
2    purchased by providers."
3         Q.    In setting out its reimbursement
4    methodology, did OVHA endeavor to reimburse drugs
5    at its best estimate of the prices generally and
6    currently paid by providers?
7         A.    In general, yes.
8         Q.    Let's look at Exhibit 6.  It was the
9    collection of State Plan Amendments that Mr. Kim
10   showed you earlier.
11        A.    Getting a little dog-ear'd.
12              MR. KIM:  That's okay.  I am having
13   trouble finding it myself.
14              THE WITNESS:  Okay.
15   BY MR. FAUCI:
16        Q.    Do you have that?
17        A.    I do.
18        Q.    Looking at the first page, the document
19   marked TN Number 9112.  Do you see that?
20        A.    I do.
21        Q.    Was this State Plan in effect circa
22   1991?