# Exhibit USAbt-M

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY

AVERAGE WHOLESALE PRICE

LITIGATION

_____/

| | |
|---|---|
| THIS DOCUMENT RELATES TO | MDL No. 1456 |
| State of California, ex rel. | Civil Action: |
| Ven-A-Care v. Abbott | 01-12258-PBS |
| Laboratories, Inc., et al. | |

_____/

--oOo--

TUESDAY, SEPTEMBER 23, 2008

--oOo--

VIDEOTAPED DEPOSITION OF

DOUGLAS B. HILLBLOM

--oOo--

Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

              Registered Merit Reporter

Henderson Legal Services, Inc.
202-220-4158                            www.hendersonlegalservices.com
59a7f9f9-30c2-4b26-a88f-b90f6ae9a028

Hillblom, Douglas B.                                September 23, 2008
                        Sacramento, CA

Page 93

1   discussions where the concept of using invoices as
2   a basis for reimbursement for pharmacy dispensed
3   prescription drugs was the topic of conversation?
4        A.    Not what I would call a "discussion" --
5   a flippant remark maybe.
6        Q.    By whom?
7        A.    I can't recall.
8        Q.    Did you ever make that kind of a
9   flippant remark?
10       A.    Not that I recall.
11       Q.    Recall ever considering why it wasn't --
12  why wasn't it possible to reimburse prescription
13  drugs on the same basis as blood clotting factors,
14  for example?
15             MR. PAUL:  Objection to form.
16             THE WITNESS:  Pharmacy reimbursement is a
17  multi-component item.
18             Cost of the drug product is only one
19  component.
20  BY MR. BUEKER:
21       Q.    The other component is dispensing fee;
22  correct?

Henderson Legal Services, Inc.
202-220-4158                        www.hendersonlegalservices.com
59a7f9f9-30c2-4b26-a88f-b90f6ae9a028

Page 94

1    A.    Correct.

2    Q.    And that's a rate that was set
3    independently of the ingredient cost reimbursement
4    rate; is that fair?

5    A.    Yes.

6    Q.    And together the two had to total
7    something that the Department considered
8    reasonable; right?

9    A.    Yes.

10   Q.    But in terms of the actual calculation
11   of the two components, the calculation of the two
12   components, that portion of it was done separately?

13   A.    Yes.

14   Q.    So it would have been possible to
15   calculate the ingredient cost rates in a -- in a
16   different way?

17         MR. PAUL:  Objection to form.

18         THE WITNESS:  Could you please clarify
19   what you mean by "different form."

20   BY MR. BUEKER:

21   Q.    Yeah.

22         It would have been possible to calculate

                    Henderson Legal Services, Inc.
202-220-4158                      www.hendersonlegalservices.com
                                         59a7f9f9-30c2-4b26-a88f-b90f6ae9a028