# Exhibit USAbt-N

36826smccann11072007

392

```
 1
 2
 3
 4        IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
                       STATE OF MISSOURI
 5
 6   STATE OF MISSOURI, EX REL.      )
     JEREMIAH W. (JAY) NIXON,        )
 7   ATTORNEY GENERAL,               )
                                     )
 8               PLAINTIFFS,         )
                                     )   CASE NO.
 9               V.                  )   054-1216
                                     )
10   DEY INC, DEY LP, MERCK KGAA,    )   DIVISION NO. 31
     EMD INC, WARRICK                )
11   PHARMACEUTICALS CORPORATION,    )
     SCHERING-PLOUGH CORPORATION,    )
12   AND SCHERING CORPORATION,       )
                                     )
13               DEFENDANTS.         )
14
15
16
17
18         VIDEO DEPOSITION OF MS. SUSAN MCCANN
19                      VOLUME II
20    Taken on behalf of the Defendants Warrick, Schering,
21                  and Schering-Plough
22                   November 7, 2007
23
24
25
```

Page 1

36826smccann11072007

440

```
 1        Q.   Pharmaceutical manufacturers don't
 2   receive reimbursement from Missouri Medicaid, correct?
 3        MS. ADAMS:  Object to the form of the
 4   question.  Lack of foundation.  Calls for speculation
 5   from this witness.
 6        A.   I'm not aware of any mechanism with the
 7   exception of possibly dispute resolution where they
 8   would receive reimbursement, unless they owned a
 9   subsidiary that also provided care directly to
10   patients.
11        MR. MCDONALD:
12        Q.   Now when you refer to dispute
13   resolution, you're talking about dispute resolution
14   regarding Medicaid rebates, correct?
15        A.   Yes.
16        Q.   That's not reimbursement for --
17        A.   A service.
18        Q.   Correct?
19        A.   Sorry.  Yes.
20        Q.   Okay.
21        THE WITNESS:  Was I out of the frame?  I was
22   stepping on something.
23        MR. MCDONALD:
24        Q.   If you'll look at page 11, please.
25        A.   (The witness turns to the requested
```

36826smccann11072007

441

```
 1   page.)
 2              Q.   Paragraph 33.
 3              A.   Okay.
 4              Q.   It says, "For drug pricing information
 5   MMP contracted with First Databank." Do you see that?
 6              A.   Yes.
 7              Q.   And that's what we had previously just
 8   talked about. Of -- First Databank is the entity that
 9   gave drug pricing information to Missouri Medicaid,
10   correct?
11              A.   Correct.
12              Q.   And Missouri Medicaid receives a weekly
13   computer-generated tape with this pricing information
14   from First Databank, correct?
15              A.   We did while I was there.
16              Q.   Okay. And do you see that this
17   paragraph goes on to say that that tape that Missouri
18   Medicaid receives contains AWP prices. Do you see
19   that?
20              A.   AW -- yes.
21              Q.   Okay. And it says the AWP prices --
22   well, let me -- let me back up.
23              Again, this AWP information that was received
24   by Missouri Medicaid from First Databank are the AWP
25   prices that Missouri Medicaid relied on for
```

36826smccann11072007

607

```
 1           MS. ADAMS:
 2           Q.   Is that correct?
 3           MR. McDONALD:  Object to the form.
 4           A.   I believed at the time that the fee
 5   should reflect the cost to dispense.  And I believe --
 6   it was what was in the number that was in the survey.
 7   I don't recall the precise number.
 8           MS. ADAMS:
 9           Q.   Okay.  So you believe that the
10   ingredient fee should have been balanced by the
11   difference, the $1.23 difference in the dispensing
12   fee, is that correct?
13           A.   My position always was that we should
14   pay accurately for both the ingredient cost and the
15   fee.  That the ingredient cost should be what is being
16   paid for the drug and that the fee should be
17   appropriate for the dispensing.
18           MS. ADAMS:
19           Q.   Okay.  Thank you.  And one more question
20   about the dispensing fee.  Is the dispensing fee set
21   by the legislature?
22           A.   I believe so.  I think it's in the
23   appropriation.
24           Q.   Okay.  Do you know if it's any of the
25   rules and regulations?
```