# Exhibit USAbt-O

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------X

| | | |
|---|---|---|
| In Re: PHARMACEUTICAL INDUSTRY | ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE LITIGATION | ) | Master File No. |
| ------------------------------------ | ) | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) | |
| United States of America ex rel. | ) | Hon. Patti B. |
| Ven-A-Care of the Florida Keys, | ) | Saris |
| Inc., et al. v. Dey, Inc., et al., | ) | |
| Civil Action No. 05-11084-PBS, | ) | VIDEOTAPED |
| and United States of America ex | ) | DEPOSITION |
| rel. Ven-A-Care of the Florida | ) | OF THE NEW |
| Keys, Inc., et al. v. Boehringer | ) | HAMPSHIRE DEPT. |
| Ingelheim Corp., et al., Civil | ) | OF HEALTH & |
| Action No. 07-10248-PBS and United | ) | HUMAN SERVICES |
| States, ex rel. Ven-A-Care of the | ) | BY LISE C. |
| Florida Keys v. Abbott | ) | FARRAND |
| Laboratories, Inc. Civil Action | ) | |
| Nos. 06-CV-11337 and 07-CV-11618 | ) | OCTOBER 28, 2008 |

------------------------------------X

1    MR. KATZ:  Objection, form.
2    THE WITNESS:  I see that that's what
3    this says.  I don't know that that was ever done
4    by the state.
5    BY MR. HENDERSON:
6        Q.   Well, let me ask you.  When the --
7    after the date of this, the next time when state
8    of New Hampshire changed its or made changes to
9    its reimbursement methodology was in relation to
10   House Bill 32?
11       A.   1996.
12       Q.   Okay.  And are you aware of whether or
13   not in determining the dispensing fee whether or
14   not the state of New Hampshire took into account
15   the cost of the drug?
16       MR. KATZ:  Objection, form.
17   BY MR. HENDERSON:
18       Q.   Was that part of the determination of
19   dispensing fee?
20       A.   No, I don't believe so.
21       Q.   All right.  And conversely, when the
22   state determined what the EAC should be, if you

Page 252

1  know, did the state base that on the amount of
2  costs of dispensing of the drug?
3          MR. KATZ:  Objection, form.
4          THE WITNESS:  No.
5  BY MR. HENDERSON:
6      Q.   So in that regard, was the state's
7  determination of dispensing fee separate and
8  distinct from its determination of Estimated
9  Acquisition Cost?
10         MR. KATZ:  Objection, form.
11         THE WITNESS:  Yes.
12 BY MR. HENDERSON:
13     Q.   Are you aware of any policy or practice
14 by the state of New Hampshire in the time that
15 you've been working there to base Estimated
16 Acquisition Cost in part on the cost of
17 dispensing the drug?
18     A.   No.
19     Q.   And similarly, are you aware at any
20 time that the state has based the dispensing fee
21 in part on the costs of acquiring the drug?
22         MR. KATZ:  Objection, form.