# Exhibit USAbt-S

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - -x

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY | : MDL No. 1456 |
| AVERAGE WHOLESALE PRICE | : Civil Action No. |
| LITIGATION | : 01-12257-PBS |

- - - - - - - - - - - - - - - - -x

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | : VIDEOTAPED |
| United States of America, ex rel. | : DEPOSITION OF |
| Ven-A-Care of the Florida Keys, | : THE VIRGINIA |
| Inc. v. Abbott Laboratories, Inc. | : DEPARTMENT OF |
| Civil Action No. 06-11337-PBS; | : MEDICAL |
| and United States of America ex | : ASSISTANCE |
| rel. Ven-A-Care of the Florida | : SERVICES by |
| Keys, Inc., v. Dey, Inc., et al., | : HOWARD BRYAN |
| Civil Action No. 05-11084-PBS; | : TOMLINSON, II |
| and United States of America ex | : |
| rel. Ven-A-Care of the Florida | : NOVEMBER 3, 2008 |
| Keys, Inc., v. Boehringer | : |
| Ingelheim Corp., et al., Civil | : RICHMOND, |
| Action No. 07-10248-PBS | : VIRGINIA |

- - - - - - - - - - - - - - - - -x

1    A.    Yes.

2    Q.    Are there any people in that section
3  who are specifically focussed on pharmacy
4  services?

5    A.    Not specifically focussed.

6    Q.    Do the program integrity people ever
7  conduct state-wide surveys of pharmaceutical
8  prices?

9    A.    Not in my experience.

10   Q.    I'd like to focus on the reimbursement
11 methodology that Virginia has used over the years
12 to pay for pharmaceuticals.

13          MS. OBEREMBT:  And I'm going to start
14 by marking an exhibit -- a page from the Federal
15 Register, dated July 31, 1987, Volume 52, Number
16 147, Pages 28657 to 58.  It's a two-sided page
17 from the Federal Register, and it announces
18 amendments to 42 CFR Part 413.  Would you,
19 please, mark that as Exhibit 3?
20          (The Federal Register document was
21 marked and received for identification as Exhibit
22 Tomlinson 003.)

Page 32

1  BY MS. OBEREMBT:

2      Q.   Mr. Tomlinson?

3      A.   Yes.

4      Q.   Does this appear to be the federal
5  regulation regarding payment for prescription
6  drugs in state Medicaid programs?

7      A.   Yes, it does appear to be.

8      Q.   If I could direct your attention to
9  Section 447.331b, other drugs. Could you just
10 take a minute to read that paragraph? Do you see
11 where -- where it refers to payment levels that
12 it focuses on applying the lower of either
13 estimated acquisition costs plus reasonable
14 dispensing fees established by the agency, or to
15 the providers usual and customary charges to the
16 general public?

17     A.   Yes.

18     Q.   Has DMAS established a reimbursement
19 methodology that applies to these elements?

20          MR. TORBORG: Object to form.

21     A.   With respect to these elements or --
22 okay, could you rephrase that, please?

1      Q.   Sure. Let me just ask it more
2  generally. Does DMAS have a reimbursement
3  methodology that's consistent with what you're
4  reading in this regulation?
5           MR. TORBORG:  Object to form.
6      A.   DMAS -- DMAS has a policy which
7  reflects these -- these components, yes.
8      Q.   Okay. And how has that policy been
9  developed?
10     A.   How has it been developed?
11     Q.   Yes.
12     A.   With respect to? Could you clarify,
13 please?
14     Q.   Sure. Sure. Well, first of all, what
15 -- what is the state's current reimbursement
16 methodology for pharmaceuticals?
17     A.   With respect to the -- well, we have --
18 well, let me -- could you clarify that? We have
19 a pretty complex program, so with respect to what
20 aspect?
21     Q.   Okay. Well, for example, this
22 regulation references estimated acquisition cost?

1  dispensing fee that have occurred in the last
2  five years originated with DMAS?
3       A.   My recollection is that they have.  It
4  has occurred.
5            MS. OBEREMBT:  I wanted to mark as
6  Exhibit 28 a document dated August 12, 1994, from
7  the Director of Medicaid Bureau to all associate
8  regional administrators in the Division of
9  Medicaid.  This is a two-sided document with
10 Bates number HHC902-0878-0879.
11           (The Department of Health and
12 Human Services document, from the Director of
13 Medicaid Bureau was marked and received for
14 identification as Exhibit Tomlinson 028.)
15 BY MS. OBEREMBT:
16      Q.   Mr. Tomlinson, would you look at the
17 back page of this, the second-to-last paragraph?
18      A.   Yes.
19      Q.   Would you focus on the sentence that
20 says:
21           "We would also clarify our policy that
22 a dispensing fee determination must be separate

1    and distinct from the EAC determination and
2    unrelated to the cost of the drug product."
3            Do you see that there?
4        A.   Yes.
5        Q.   Okay.  Is Virginia's state
6    reimbursement formula and state plans consistent
7    with this policy?
8        A.   Yes.
9            MR. REALE:  Objection to form.
10   Foundation.
11           MR. TORBORG:  Objection.
12       Q.   Does Virginia have any practice or
13   policy of paying increased ingredient costs in
14   order to make up for some type of shortfall in
15   the dispensing fee?
16           MR. REALE:  Objection to form.
17   Foundation.
18       A.   No.
19       Q.   Mr. Tomlinson, in the United States
20   complaint against Abbott Laboratories, the United
21   States alleges that Abbott knowingly reported
22   false prices to First Data Bank with the