# Exhibit USAbt-V

SD Department of Social Services (Larry Iversen)                    December 15, 2008
                                Pierre, SD

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------X

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) MDL No. 1456 |
| AVERAGE WHOLESALE PRICE | ) Civil Action No. |
| LITIGATION | ) 01-12257-PBS |

---------------------------------X

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | ) Hon. Patti B. |
| United States of America ex rel. | ) Saris |
| Ven-A-Care of the Florida Keys, | ) |
| Inc. v. Abbott Laboratories, Inc. | ) |
| Civil Action No. 06-11337-PBS; | ) TRANSCRIPT OF |
| United States of America ex rel. | ) PROCEEDINGS |
| Ven-A-Care of the Florida Keys, | ) |
| Inc. v. Dey, Inc., et al., Civil | ) DEPOSITION OF |
| Action No. 05-11084-PBS; and | ) THE SOUTH DAKOTA |
| United States of America ex rel. | ) DEPARTMENT OF |
| Ven-A-Care of the Florida Keys, | ) SOCIAL SERVICES |
| Inc. v. Boehringer Ingelheim | ) by LARRY IVERSEN |
| Corp., et al., Civil Action No. | ) |
| 07-10248-PBS | ) DECEMBER 15, 2008 |

---------------------------------X

SD Department of Social Services (Larry Iversen)                December 15, 2008
Pierre, SD

Page 162

1   definition of estimated acquisition cost.
2            MS. RAMSEY:  I understand your topic
3   now.
4            MS. ACTON:  I haven't asked him the
5   question yet.
6            MS. RAMSEY:  Thank you.
7       Q.   (BY MS. ACTON)  So if you look at the
8   first -- the definition of estimated acquisition
9   cost under Section 447.301; do you see that?
10      A.   Yes.
11      Q.   Can you read that quietly to yourself
12  right now and tell me when you are done.
13      A.   Okay.
14      Q.   In using AWPs in your reimbursement
15  methodology, specifically in determining the
16  estimated acquisition cost, has the Department of
17  Social Services endeavored to determine the
18  estimated acquisition cost in accordance with
19  that definition in the federal regulation that
20  you are looking at?
21      A.   Yes.
22           MS. RAMSEY:  Objection to form.