# Exhibit USAbt-W

Kramer, Sandra                                     March 25, 2008

Page 1

                    UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF MASSACHUSETTS


IN RE:   PHARMACEUTICAL INDUSTRY          MDL NO. 1456

AVERAGE WHOLESALE PRICE LITIGATION        Civil Action:

                                          01-CV-12257-PBS

THIS DOCUMENT RELATES TO U.S.             Judge Patti B. Saris

Ex rel. Ven-A-Care of the Florida         Magistrate Judge

Keys, No. 06-CV-11337-PBS                 Marianne B. Blower

                              /


        The Videotaped Deposition of SANDRA KRAMER,

        Taken at 2860 Eyde Parkway,

        East Lansing, Michigan,

        Commencing at 9:08 a.m.,

        Tuesday, March 25, 2008,

        Before Cynthia A. Chyla, CSR 0092.

a2ec164a-d34e-4eff-9164-2373f4149e12

Kramer, Sandra                                    March 25, 2008

1    before I came on board and then the agency would amend

2    it.

3        Q.    During the time that you worked for Michigan

4    Medicaid, did you believe that there was some

5    consistent percentage that reflected the spread?

6        A.    Yes.

7                    MR. HENDERSON:  Objection to the

8    form.

9        A.    The spread for AWP discounts?

10   BY MR. GABEL:

11       Q.    Yes.

12       A.    Yes.

13       Q.    And what did you understand that the

14   consistent percentage to be?

15       A.    It depended on the time.

16       Q.    Well, we saw the document and it's -- I'm

17   sorry, Abbott Exhibit 658 (sic) and that shows that

18   there were spreads ranging from 13 percent to 500

19   percent?

20                   MR. MATUS:  For what drugs?

21   BY MR. GABEL:

22       Q.    For the drugs that were on the attachment

Kramer, Sandra                                    March 25, 2008

1    that you sent to Mr. Smith; is that right?

2         A.    I think my focus was on the generic drugs.

3         Q.    Okay.  Did you understand for generics that

4    there could be a variety of percentages that reflected

5    the spread?

6         A.    I did.  I did not know how deep those

7    discounts could be.

8         Q.    Okay.  But you understood there was no

9    consistent percentage discount?

10                   MR. HENDERSON:  Objection to the

11   form.

12   BY MR. GABEL:

13        Q.    Is that right?

14        A.    I would -- I just can't -- I don't know.

15        Q.    Did you understand that -- well, have you

16   ever heard of the term volume discounts?

17        A.    Yes.

18        Q.    All right.  Did you understand that there

19   could be volume discounts for a purchaser who purchases

20   a large quantity of drugs and a purchaser who purchases

21   maybe just one unit of a drug wouldn't receive those

22   same discounts?

Kramer, Sandra                                    March 25, 2008

1    price?

2         A.    Yes.

3         Q.    Do you know what direct price -- what do you

4    believe direct price is meant to refer to?

5                    MR. HENDERSON:   Objection to the

6    form.

7         A.    It's another version of a list price, would

8    be what the manufacturer would sell directly to the

9    pharmacy or the purchaser.

10   BY MR. GABEL:

11        Q.    Am I right that that means if a provider

12   were to go directly to the manufacturer to buy a unit

13   of a drug they would potentially sell it to them at

14   that direct price, is that how you understand it?

15        A.    I think there also is requirements for --

16   you know, you can't just go to any manufacturer and buy

17   a bottle of this.  You might have to have minimum -- a

18   minimum order or a minimum purchase amount for a

19   particular drug within your order.

20        Q.    And you understand that there were discounts

21   given to some purchasers that resulted in acquisition

22   costs below the direct price?

a2ec164a-d34e-4eff-9164-2373f4149e12

Kramer, Sandra                                    March 25, 2008

1      A.      At what time?

2      Q.      Were you aware of that between 1991 and

3  2001?

4      A.      I thought that the direct price was the

5  direct price.

6      Q.      All right.  You understood, though, that

7  AWP, there could be significant discounts below AWP?

8      A.      Right.

9      Q.      Did you believe there was anything wrong or

10  illegal for manufacturers to offer discounts --

11                    MR. MATUS:  Objection.

12                    MR. HENDERSON:  Objection to the

13  form.

14  BY MR. GABEL:

15      Q.      -- to some purchasers?

16      A.      I guess I didn't -- don't have a real

17  opinion on that.  My charge was just to set up the

18  reimbursement so that it was representative of what I

19  thought the pharmacies actually paid for their drug

20  procurement.

21      Q.      Having worked at Michigan Medicaid for I

22  guess 22 years -- right? -- I'd like to ask you some