# Exhibit USAbt-X

Ridout, C. Benny                                    December 5, 2008
                          Raleigh, NC

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---------------------------------x
In re:  PHARMACEUTICAL INDUSTRY  )   MDL No. 1456
AVERAGE WHOLESALE PRICE          )   Master File No.
LITIGATION                       )   01-CV-12257-PBS
---------------------------------x
THIS DOCUMENT RELATES TO:        )   Judge Patti B.
United States of America ex      )   Saris
rel. Ven-A-Care of the Florida   )
Keys, Inc., et al.  v.  Dey,     )
Inc., et al., Civil Action No.   )
05-11084-PBS                     )
---------------------------------x


        Video Deposition of C. BENNY RIDOUT,
taken by the Defendants, at the Hilton North
Raleigh, 3415 Wake Forest Road, Boardroom, Raleigh,
North Carolina, on the 5th day of December, 2008 at
9:10 a.m., before Marisa Munoz-Vourakis, Registered
Merit Reporter, Certified Realtime Reporter and
Notary Public.

1   MS. YAVELBERG: It's the same question,
2   it's vague.
3   BY MR. COOK:
4   Q. Do you understand what I'm asking, Mr.
5   Ridout?
6   A. Yeah.
7   Q. Okay, let me ask it again.
8   From the mailings that you described,
9   what did you learn upon reading them?
10  MS. YAVELBERG: Objection, form.
11  A. I learned that there was a discrepancy
12  in what the AWP was and what the pharmacist paid
13  for it.
14  Q. Did you find any predictable
15  relationship between what the AWP would be and
16  what the pharmacies were paying for those drugs,
17  for generics?
18  MS. YAVELBERG: Objection, form.
19  A. Not knowing what the pharmacist
20  actually paid, I had a price list in front of me,
21  but I don't know, and I'm assuming that that
22  company had all pharmacists with that price on

Page 48

1   that sheet, but I can't say it was. Or, you
2   know, when it was published, I would have to
3   assume that. Or either what they were buying
4   from that. They might have had a deal better
5   from somebody else, maybe another drug is listed.
6   I didn't see that they were buying from was
7   better than this one.
8           So I have no idea what the pharmacists
9   were paying for drugs.
10      Q.  You would see the wholesaler list that
11  would tell you the example you gave, the AWP is
12  $100, and we will sell it to you for $30, right,
13  that was the example --
14      A.  That was the example. It was
15  variations by product. Some of them by $10, some
16  of them might be 20 spread, some of them might be
17  100, some might be 200. That's when I jumped out
18  of my seat.
19      Q.  Some spreads might be $9?
20      A.  Yeah, it depends. Some are close. It
21  depends on the competition and the product as to
22  what kind of range they had.

1   exactly what the pharmacy had to pay for it and
2   the wholesaler billed it for and everything,
3   because that's the way it was always taught to
4   us.
5       Q.   That was in 1972, right?
6       A.   Yeah '72, '73, '74, we didn't know
7   there was a spread in that.
8       Q.   At some point, did you learn that there
9   was a spread and that -- well, at some point did
10  you learn that there was a spread?
11          MS. YAVELBERG:  Objection, form.
12      A.   Yeah, when they start sending me those
13  price lists, and I can't remember how I picked up
14  on all the other stuff as you say hearsay or
15  whatever.
16      Q.   The drugs that you mentioned that you
17  saw or that you learned had shortages and caused
18  the price to fluctuate, we were talking about
19  that a minute ago, do you recall whether or not
20  Vancomycin was ever such a drug?
21      A.   Yep.
22      Q.   There were shortages of Vancomycin?

Page 60

1  A.  I don't know about shortages.  I
2  remember the price, there was a spread in it.
3  And I was told -- it was not sort of common
4  knowledge at that point that the chemotherapy
5  drugs had an inflated price in them.  In fact, I
6  picked that up from a physician.
7  Q.  When did you pick that up?
8  A.  I don't remember the exact year, but
9  when a pharmacist or a physician couldn't get a
10 drug for the price that we had in our system,
11 they would call me and complain, look, you are
12 not even paying me what this drug cost me.
13        So then I would investigate that drug
14 to see what the price should be, and I would give
15 it to First Data Bank or CMS and said well, you
16 know, I just investigated this drug, and the cost
17 in North Carolina is higher than what the AWP is
18 reported by the manufacturer or First Data Bank,
19 supposedly.  And therefore I'm going to have to
20 increase this price.  And we could do that based
21 on that documentation I'd keep.  Because I would
22 call the wholesaler and ask them what they will

1   do.
2           And Vancomycin and some of the other
3   drugs, antibiotics, certain antibiotics were in
4   that class, chemotherapy drugs, the physician
5   called me and told me it was not what he was --
6   had to pay for the drug, and I happened to know
7   it was a drug that had a spread on it.  I said
8   doc, you are already getting paid more anyhow
9   than this extra dollar you are complaining about.
10  He said well, that was built in that anyhow so I
11  could make a profit on selling these drugs.
12       Q.   Do you remember when you had that
13  conversation?
14       A.   No, just a physician.
15       Q.   In the '80s, the '90s?
16       A.   It was quite some while ago.  I can't
17  remember.  It was probably in the late '80s, mid-
18  '80s.  That's a long time ago.  It may have been
19  early '90s, who knows.  It was discussed more
20  than once during those times.  It wasn't just a
21  one-time deal.
22           In fact, you know, the CMS is closing

1   any sort of additional payment for the additional
2   services that you described?
3           MS. YAVELBERG:  Objection, form.
4       A.  I'm not aware what they received, but
5   some of them were eligible for some reimbursement
6   through the home health program, the third-party
7   program we had, durable medical equipment, some
8   of the pumps they had to supply and some of the
9   equipment they had to supply, they could bill
10  that through the durable medical equipment
11  program, but it didn't come through the
12  outpatient drug program.  We paid for drugs.
13      Q.  You mentioned earlier your belief that
14  given the amount of services that some of these
15  specialty pharmacies were providing, that you
16  were led to believe that they were buying drugs
17  at deeper discounts.  Do you recall that
18  testimony?
19          MS. YAVELBERG:  Objection, form.
20          MS. HAYES:  Objection, form.
21          MS. YAVELBERG:  I don't believe that
22  was his testimony.

Page 73

1      A.   I just said that I don't see how they
2  could do it for that.  I have no idea what they
3  were buying it for, what was going on.
4      Q.   Leaving aside the specifics of what
5  they were paying for it, you had an
6  understanding, am I correct, that they were
7  making profit on the drug side?
8           MS. YAVELBERG:  Objection, form.
9      A.   I had to assume that if I was taking
10 ten percent off of that price, and they were
11 providing all this service, that somehow they had
12 to be getting some kind of help from somewhere.
13 I mean, I couldn't see how they can do it with me
14 taking ten percent off of the drug cost and then
15 them providing those extra services and billed
16 for that.  That was my opinion.
17     Q.   Did you ever have any conversations
18 with anybody from IV pharmacies about that issue?
19     A.   I used to just try to discuss it with
20 them, but they didn't want to talk to me about
21 drug pricing.  In fact, I went to meetings and
22 talked to my providers and told them you know

1  what was going on?  But that was something that
2  they would never volunteer to tell me what they
3  were paying.  They would say to me, some of the
4  independents would say we can't buy drugs for
5  what the chains can.  And one independent is
6  large, depending on volume, can buy it at a
7  better price than I can.
8           So it wasn't just that one price fits
9  all, it was based on volume and size of the
10 provider, whether it was a chain, and if it was a
11 chain, was it a North Carolina chain, or was it a
12 national chain, like Walgreens and Eckerds and
13 those, they were supposed to get better prices
14 than Kerr, the local chain.
15          So it's just all kinds of pricing modes
16 and mechanism in place.  There was no one set
17 price, and that's one reason why when I tried to
18 adjust my AWP, how do you adjust the AWP to cover
19 everybody, not knowing what it is?
20      Q.  The price list that you had received
21 from wholesalers, did those ever relate to
22 infusion or home IV drugs?

Ridout, C. Benny                                         December 5, 2008
                              Raleigh, NC

Page 75

1    A.   Most of the time it did not.  But most
2    of the time the manufacturers would come in and
3    want us to make sure we had that price in the
4    system, because they were working with that
5    specialty pharmacist to get that drug out.
6         You know, I can remember sometimes the
7    company itself would contract with a K-Mart or
8    specialty pharmacist to promote that drug and
9    they would make that drug available to that
10   specialty pharmacist and that specialty
11   pharmacist would get all the physicians and try
12   to recruit that business with the help of the
13   manufacturer.
14   Q.   And when you are referring to that sort
15   of detailing with respect to a particular drug,
16   you are referring to a brand drug?
17        MS. YAVELBERG:  Objection, form.
18   A.   I would have to say most of the time
19   it's probably a brand.  There could be some
20   generic, in fact, some of them went generic, some
21   of those specialty drugs I've seen that went
22   generic over a period of time.  So originally it

1    Q.   We will get to that study in a minute,
2    but if that study was in 1984, you would agree
3    with me that by 1984, you no longer believed that
4    average whole sale prices were surveyed prices
5    that represented an average of prices charged by
6    wholesalers?
7         MS. YAVELBERG:  Objection, form.
8         MS. HAYES:  Objection, form.
9    A.   Yeah, at that time, I didn't know what
10   pricing, what was going on in pricing, except
11   that we had heard that pharmacies were buying
12   drugs below what we were -- AWP.  That's all we
13   heard, not even knowing whether it was two
14   percent, one percent, and some pharmacists
15   claimed they had to pay AWP, so we heard
16   everything.
17   Q.   The conversations with Ms. Shipley,
18   getting back to that, you never asked Ms. Shipley
19   for pricing information even regarding the drugs
20   that you saw on mailings from wholesalers, right?
21   A.   Never asked her for pricing
22   information, because that's not where I picked up

1  hospital, a nursing home, trying to get a wide
2  range of providers, so it would give us an
3  overall view of what's going on with the
4  discounts, what they were actually paying, not
5  knowing what it would be, but we wanted all
6  providers represented, and we felt like that they
7  didn't understand that we found us leading them
8  to that, they wouldn't understand how the
9  providers differed, the pharmacists, the
10 business, they were just auditors.
11             So we discussed that with them and came
12 up with this and we helped write the letter that
13 went out to the pharmacists, and, of course, they
14 chose these states that we brought here, okay,
15 since you are all here, we are talking, use your
16 all states.  Of course they used some more, I
17 think, besides this.
18      Q.   If you look at the summary here in the
19 second paragraph under comments, they indicate
20 that: "The state officials expressed concern that
21 our review is limited to one aspect of pharmacy
22 reimbursement.  They said that any effort to

Ridout, C. Benny                                           December 5, 2008
                            Raleigh, NC

Page 167

1    lower the reimbursement acquisition cost should
2    also include the sum review of dispensing fees."
3            Do you recall a discussion of that
4    during your meetings in Richmond?
5        A.   Yeah.
6        Q.   And what was that discussion?
7        A.   Well, it was like I described earlier,
8    you know, sometimes dispensing fee didn't cover
9    all the true costs, especially some types of
10   providers that we discussed.  And if you lowered,
11   they were sent as a range there, if you lowered
12   this side to where just down to what they
13   actually paid for it, and then the fee doesn't
14   actually cover it, and we were required, supposed
15   to, by federal regulations, to do a dispensing
16   fee survey, it said periodically, and we tried to
17   get the Feds to interpret that, what does that
18   word mean? And they leave it up to the state as
19   to what fee we pay and how often we did a survey.
20           Well, the states were really slacking
21   doing surveys, all the costs had gone up.
22   Sometimes we would adjust our fee based on

1   inflationary factors, and, of course, the survey
2   costs so much to do.  If you hire somebody like
3   Myers and Stauffer or somebody else to come in
4   and do a survey, it was a lot of money.
5           So we really did not adjust the fees
6   like we should.  And we knew it was lower than it
7   should be.  If you want to look at our fee in
8   North Carolina, it's been the same thing for the
9   last 15 years, I guess.  Well, you know, it cost
10  more than that to fill a prescription than it did
11  15 years ago.
12          So they are not getting paid what they
13  should be getting paid.  And then they were
14  living on part of that little spread.  We knew
15  there was some spread.  We didn't know it was as
16  big as it was.
17          So if you do away with all that spread
18  and get to the actual acquisition cost, and you
19  want somebody to fill prescriptions for you, you
20  are going to have to raise the fee and there
21  ain't going to be nobody.
22      Q.  Did you have any amount in mind that

Ridout, C. Benny                                        December 5, 2008
                            Raleigh, NC

Page 169

1    was necessary in order to make up for the
2    shortfalls in the dispensing fee?
3            MS. YAVELBERG:  Objection to form.
4       A.   Not without doing the dispensing fee
5    survey.  We didn't know what it would be.  I have
6    had some done recently.  Since I retired, I've
7    seen some.  It was to be $10 or $12, it varies
8    from state to state, what it actually costs a
9    pharmacist to fill a prescription.  And that's an
10   average too.  When it comes out, Myers and
11   Stauffer, anybody does one, they give you an
12   average, but sometimes in one pharmacy it may
13   cost him 15, another one may cost 10, but that's
14   an average, see, that's what we pay based on
15   averages.
16      Q.   Do you recall which specifically of the
17   state officials expressed these concerns as
18   described in Ridout 5?
19           MS. YAVELBERG:  Objection, form.
20   BY MR. COOK:
21      Q.   That's the -- if you look at the
22   paragraph, the state officials expressing concern

1   Sunday night and get the price down where it
2   should be in line.  That will be it.  Let them
3   advertise their price.  Let them do what they
4   want to.  They will bring them down in line, and
5   we can all leave here and it will be resolved.
6              I also told them at the time I said,
7   you also could request a First Data Bank or the
8   states not put anything in the computer greater
9   than 20 percent above what the wholesaler cost
10  is, and that's for the wholesaler to make some
11  money when he sells it to the pharmacist and the
12  pharmacist to make a little off of it when he
13  buys it.  But we would know what percentage he
14  was getting, and in fact, it was common practice
15  that a lot of the ethical pharmaceutical
16  companies were 20 percent markup companies and
17  they will give their price to First Data Bank
18  with a 20 percent markup on it, and it wasn't
19  inflated to 100 percent or 200 percent or 300
20  percent like some of them were.
21             And basically that's what went during
22  the discussion at that meeting.  And we left