# Exhibit USAbt-Y

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

----------------------------------X

IN RE: PHARMACEUTICAL INDUSTRY      ) MDL No. 1456

AVERAGE WHOLESALE PRICE             ) Civil Action No.

LITIGATION                          ) 01-12257-PBS

----------------------------------X

THIS DOCUMENT RELATES TO:           ) Hon. Patti B.

United States of America ex rel.    ) Saris

Ven-A-Care of the Florida Keys,     )

Inc. v. Dey, Inc., et al., Civil    )

Action No. 05-11084-PBS; and        )

United States of America ex rel.    )

Ven-A-Care of the Florida Keys,     )

Inc. v. Boehringer Ingelheim        )

Corp., et al., Civil Action No.     )

07-10248-PBS                        )

----------------------------------X

VIDEOTAPED DEPOSITION OF THE OREGON DEPARTMENT

OF HUMAN SERVICES by JESSE ANDERSON

PURSUANT TO FEDERAL RULE 30(B)(6)

TUESDAY, DECEMBER 16, 2008

1   the state kept its AWP reimbursement percentage
2   at the same amount or at a certain amount -- I'm
3   sorry.  Let me restart.
4          Are there any other factors that you
5   believe need to be taken into account in terms of
6   assessing why -- why Oregon kept its AWP discount
7   percentage at a certain level in order to have a
8   full understanding of the way the Oregon Medicaid
9   drug reimbursement program operated?
10          MR. HEINZ:  Object to form.
11          THE WITNESS:  Yes.  I think you have to
12  take into account that there's also the -- the
13  limits, the federal up limits, the state MACs,
14  and we pay the lesser of.  So not every drug is
15  paid at AWP minus 15.  It can be lower payments
16  than the AWP price.
17     Q.   BY MS. SCHNEIDER THOMAS:  Thinking back
18  to the spreads that were reflected in the
19  complaint exhibits -- or pull them up if that
20  would be helpful -- do you have any reason to
21  believe that the Oregon Medicaid program desired
22  to pay providers, pharmacy providers, the amount

OR Department of Human Services (Jesse Anderson)                December 16, 2008
Salem, OR

Page 230

1   of spread that was reflected in the price charts
2   in those complaint exhibits?
3           MR. HEINZ:  Object to form.
4           MR. MALONEY:  Object to form.
5           THE WITNESS:  No.  I don't think that,
6   if the department had that information at the
7   time, that they would have paid them in the
8   method that they paid.
9           Q.   BY MS. SCHNEIDER THOMAS:  Was the goal
10  of -- Was it a goal of the Oregon Medicaid
11  program, in setting the amount of discount off of
12  AWP, to try to ensure that full costs were
13  covered for nearly or all pharmacies, for nearly
14  all NDCs?
15          A.   We try to pay costs when they're
16  appropriate costs.  If like on the federally
17  qualified rural health centers, they are -- they
18  are paid costs, but the costs are actually true
19  costs as opposed to what some people define as
20  costs.
21          Q.   When Mr. -- Do you recall when Mr.
22  Heinz was asking you questions about whether