# Exhibit USAbt-Z

WY Department of Health (Roxanne Homar) - Vol. II                    December 3, 2008

## Cheyenne, WY

Page 371

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

-------------------------------X

In re:  PHARMACEUTICAL INDUSTRY ) MDL No. 1456

AVERAGE WHOLESALE PRICE          ) Master File No.

LITIGATION                       ) 01-CV-12257-PBS

-------------------------------X

United States of America ex rel.) Hon. Patti B. Saris

Ven-A-Care of the Florida Keys, )

Inc., et al. v. Dey, Inc., et   ) 30(b)(6) VIDEO

al., Civil Action No.           ) DEPOSITION OF

05-11084-PBS, and United States ) NONPARTY STATE OF

of America ex rel. Ven-A-Care of) WYOMING DEPARTMENT

the Florida Keys, Inc., et al.  ) OF HEALTH by and

v. Boehringer Ingelheim Corp.,  ) through ROXANNE

et  al., Civil Action No.        ) HOMAR

07-10248-PBS, and U.S. ex rel.  )

Ven-A-Care of the Florida Keys, )    VOLUME II

Inc., v. Abbott Laboratories,   ) DECEMBER 3, 2008

Inc., Nos. 06-CV-11337-PBS and  ) CHEYENNE, WYOMING

07-CV-11618-PBS                 )

-------------------------------X

1        Q.    (By Ms. Thomas)   So you have -- it's

2    the printout from the Federal Register?

3        A.    Yes.   July 31, 1987.

4        Q.    And do you recall that there is

5    reference in this document to an estimated

6    acquisition cost?

7        A.    Yes.

8        Q.    Is it your understanding that when

9    Wyoming used the term "estimated acquisition

10   cost," it intended to use that term consistently

11   with Federal regulations?

12       A.    Yes.

13       Q.    Has Wyoming Medicaid ever had a

14   different definition of "estimated acquisition

15   cost" than that which the Federal Government

16   used?

17       A.    No, not that I'm aware of.

18       Q.    Do you have any understanding whether

19   CMS or its predecessor, HCFA, intended for -- I'm

20   sorry.  We're finished with that document.  Do

21   you have any understanding whether CMS or HCFA

22   intended for a reading cost reimbursement and

Henderson Legal Services, Inc.
202-220-4158                          www.hendersonlegalservices.com
f81f1249-bf96-410a-aeef-b31564564308