# Exhibit USAbt-AB

Case 1:01-cv-12257-PBS Document 6314-29 Filed 07/24/09 Page 2 of 4

1995

FIRST DATABANK

# BLUE BOOK

## Essential Directory of Pharmaceuticals

# HOW TO USE B

## Pricing Section

### FEATURES:

1. Drug products are listed alphabetically by brand name, and generic grouping.
2. BaseLine pricing (BLP™)is included to make price comparison easy
3. Orange Book evaluation codes are included.
4. HCFA upper limit prices are provided where applicable.

### DEFINITIONS:

HCFA represents the Aggregate Federal Upper Limit price.

BLP is First DataBank's calculated BaseLine Price (BLP™), see Detail Definition.

ORANGE BOOK CODE is obtained from "Approved Drug Products With Therapeutic Equivalence Evaluations", see Detail Definition.

BLUE BOOK AWP is either the published suggested wholesale price obtained from the manufacturer/labeler or the price commonly charged by wholesalers as determined by survey.

DIRECT PRICES are obtained from the manufacturer.

ADDITIONAL DESCRIPTORS provide trademarked dosage forms, case sizes, etc.

DESI indicates products which lack substantial evidence of effectiveness as reported by the Food and Drug Administration in the Federal Register and also products identical, similar, or related.

LEGEND INDICATOR shows whether a drug requires a prescription.

DEA CLASS indicates the DEA class of controlled substances.

TOP 200 represents those drug products found in the American Druggist list of the most widely dispensed drugs ranked on total number of prescriptions dispensed. The time period covered is December, 1993 to November, 1994

OBRA MANUFACTURERS are those labelers that have signed a medicaid rebate agreement with HCFA to supply rebates to the states based on the utilization of their products. Manufacturers may join the program or leave it if they desire. Only products from those manufacturers with a signed rebate agreement need be covered under the medicaid programs. The data here represents the manufacturers with rebate agreements as of January 1995.

### DETAIL DEFINITION:

BaseLine Price deals with all products, regardless of brand versus generic issues and arbitrary and subjective pricing methods.

The "BaseLine Price" is updated mid-month for each group of generic ingredients, strength, dosage form, route and package size — our definition of a specific product group. The database used is First DataBank's National Drug Data File (NDDF). It consists of over 200,000 NDCs and pricing information from over 1,200 manufacturers.

The "BaseLine Price" is derived by calculating the mean average for all NCDs in a specific product group, determining the standard deviation, and calculating a new mean average using all prices within one standard deviation of the original mean average. This new mean average is the "BaseLine Price."

DESI occasionally refers only to the generic substitutes of certain drugs. For the purpose of Blue Book, only those drug entities which are DESI in all cases are listed as "DESI".

ORANGE BOOK CODE is obtained from "Approved Drug Products With Therapeutic Equivalence Evaluations", published by the Food and Drug Administration. Codes beginning with "A" indicate drug products that are generally considered therapeutically equivalent and interchangeable with pharmaceutically equivalent drug products. The "A" code values are:

> AA, AN, AO, AP, or AT = no known or suspected bioequivalence problems. The dosage form determines the second character.
>
> AB = actual or potential problems resolved by evidence.

Codes beginning with "B" indicate drug products that are not considered therapeutically equivalent to other pharmaceutically equivalent products. The "B" code values are:

> BC, BD, BE, BN, BP, BR, BS, BT, or BX = actual or potential problems not resolved by evidence. The second character is specific to the dosage form.

*Codes Added by First DataBank*

> ZA = Entity evaluated; but not this labeler's product. Rated equivalents (A or B) available. For distributed products, ask Distributor for source or consult label information.
>
> ZB = Nonprescription; or not evaluated.
>
> AC = In Orange Book but does not have therapeutic equivalency rating.

Case 1:01-cv-12257-PBS Document 6314-29 Filed 07/24/09 Page 4 of 4

| PROD/MFG | | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|---|
| (continued from previous page) | | | | |
| 100 ea | ZC | 00004-0140-01 | | 172.10 |
| **VALU-HIST** | | | | |
| **H.L. Moore, Division Moore Medical Corp.** OBRA | | | | |
| Tablet Sa | | | | |
| 120-8mg (Rx) | | | | |
| HCFA n/a | BLP | 2.98 | | |
| 10 ea | ZB | 00839-7245-05 | | 2.82 |
| **VANCENASE** | | | | |
| **Schering Corp., Subsidiary of Schering-Plough Corp.** OBRA | | | | |
| Aer W/Adap | | | | |
| 42mcg (Rx) | | | | |
| 7 gm(pockethaler) | | | | |
| | BN | 00085-0649-02 | | 30.01 |
| **VANCENASE AQ** | | | | |
| **Schering Corp., Subsidiary of Schering-Plough Corp.** Ⓣ OBRA | | | | |
| Spray | | | | |
| 0.042% (Rx) | | | | |
| 25 gm(w/pump) | | | | |
| | BN | 00085-0259-02 | | 32.40 |
| **VANCERIL** | | | | |
| **Schering Corp., Subsidiary of Schering-Plough Corp.** Ⓣ OBRA | | | | |
| Aer W/Adap | | | | |
| 42mcg (Rx) | | | | |
| 16.8 gm | BN | 00085-0736-04 | | 30.01 |
| **VANCOCIN** | | | | |
| **Lilly, Eli, & Co.** OBRA | | | | |
| Capsule | | | | |
| 125mg (Rx) | | | | |
| 20 ea(u-d, pulvule) | | | | |
| | ZC | 00002-3125-42 | | 94.50 |
| 250mg (Rx) | | | | |
| 20 ea(u-d, pulvule) | | | | |
| | ZC | 00002-3126-42 | | 189.01 |
| Soln Recon | | | | |
| 250mg/5ml (Rx) | | | | |
| 20 ml(6's, outer) | | | | |
| | AB | 00002-5105-16 | | 205.20 |
| Froz.Piggy | | | | |
| 0.5g/100ml(Rx) | | | | |
| 100 ml(12's, plastic bag) | | | | |
| | ZB | 00002-7467-12 | | 132.04 |
| Vial | | | | |
| 10gm (Rx) | | | | |
| 1 ea | AP | 00002-7355-01 | | 156.01 |
| 500mg (Rx) | | | | |
| HCFA n/a | BLP | 73.29 | | |
| 10 ea(outer, add-vantage) | | | | |
| | AP | 00002-7297-10 | | 82.80 |
| 1gm (Rx) | | | | |
| HCFA n/a | BLP | 150.24 | | |
| 10 ea(outer) | AP | 00002-7321-10 | | 156.01 |
| HCFA n/a | BLP | 150.24 | | |
| 10 ea(outer, add-vantage) | | | | |
| | AP | 00002-7298-10 | | 160.81 |
| **VANCOCIN HCL** | | | | |
| **Lilly, Eli, & Co.** OBRA | | | | |
| Vial | | | | |
| 500mg (Rx) | | | | |
| HCFA n/a | BLP | 8.83 | | |
| 1 ea | AP | 00002-1444-01 | | 7.80 |
| HCFA n/a | BLP | 88.26 | | |
| 1 ea(10's, ampoule) | | | | |
| | AP | 00002-1444-10 | | 78.00 |
| **VANCOCIN HCL FOR ORAL SOLUTION** | | | | |
| **Lilly, Eli, & Co.** OBRA | | | | |
| Soln Recon | | | | |
| 500mg/6ml (Rx) | | | | |
| 120 ml | ZC | 00002-2372-37 | | 276.21 |
| **VANCOLED** | | | | |
| **Lederle Standard Products-Div. American Cyanamid** OBRA | | | | |
| Vial | | | | |
| 500mg (Rx) | | | | |
| HCFA n/a | BLP | 73.29 | | |
| 10 ea | AP | 00205-3154-88 | 46.05 | 57.56 |
| 1gm (Rx) | | | | |
| HCFA n/a | BLP | 150.24 | | |
| 10 ea | AP | 00205-3154-15 | 92.12 | 115.15 |
| 5gm (Rx) | | | | |
| 1 ea | AP | 00205-3154-05 | 46.05 | 57.56 |
| **VANCOMYCIN HCL** | | | | |
| **A-A Spectrum, Div. Spectrum Chemical Mfg. Corp.** | | | | |
| Powder (Rx) | | | | |
| .25 gm(250mg) | | | | |
| | ZB | 49452-8095-01 | 16.45 | 24.50 |

| PROD/MFG | | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|---|
| 1 gm | ZB | 49452-8095-02 | 46.75 | 69.75 |
| **Abbott Labs, Hospital Products Div.** OBRA | | | | |
| Vial | | | | |
| 500mg (Rx) | | | | |
| HCFA n/a | BLP | 8.83 | | |
| 1 ea(add-vantage) | | | | |
| | AP | 00074-6534-01 | 9.16 | 10.88 |
| 1gm (Rx) | | | | |
| 1 ea | AP | 00074-6533-01 | 50.90 | 60.44 |
| 1 ea(add-vantage) | | | | |
| | AP | 00074-6535-01 | 18.32 | 21.76 |
| 5gm (Rx) | | | | |
| 1 ea(pharmacy bulk pkg) | | | | |
| | AP | 00074-6509-01 | 114.52 | 135.99 |
| 500mg (Rx) | | | | |
| HCFA n/a | BLP | 8.83 | | |
| 1 ea(fliptop vial) | | | | |
| | AP | 00074-4332-01 | 25.46 | 30.23 |
| **Elkins-Sinn, Inc.** OBRA | | | | |
| Piggyback | | | | |
| 500mg (Rx) | | | | |
| 1 ea(100ml) | ZB | 00641-2777-41 | 6.85 | 8.56 |
| Vial | | | | |
| 500mg (Rx) | | | | |
| HCFA n/a | BLP | 73.29 | | |
| 10 ea | AP | 00641-2778-43 | 150.50 | 188.13 |
| 1gm (Rx) | | | | |
| HCFA n/a | BLP | 150.24 | | |
| 10 ea | AP | 00641-2779-43 | 300.50 | 375.63 |
| **Schein Pharmaceutical, Inc.** OBRA | | | | |
| Vial | | | | |
| 500mg (Rx) | | | | |
| HCFA n/a | BLP | 73.29 | | |
| 10 ea | ZA | 00364-2472-33 | | 70.00 |
| 1gm (Rx) | | | | |
| HCFA n/a | BLP | 150.24 | | |
| 10 ea | ZA | 00364-2473-91 | | 140.41 |
| **VANEX** | | | | |
| **Abana Pharmaceuticals, Inc.** OBRA | | | | |
| Expect. | | | | |
| 100-30-2.5(Rx C-III) | | | | |
| HCFA n/a | BLP | 29.35 | | |
| 480 ml | ZB | 12463-0123-16 | | 35.56 |
| **VANEX FORTE** | | | | |
| **Abana Pharmaceuticals, Inc.** OBRA | | | | |
| Tablet Sa (Rx DESI) | | | | |
| 100 ea(caplet) | ZB | 12463-0125-01 | | 51.24 |
| **VANEX-HD** | | | | |
| **Abana Pharmaceuticals, Inc.** OBRA | | | | |
| Syrup | | | | |
| 5-1.67-2 (Rx C-III) | | | | |
| HCFA n/a | BLP | 16.20 | | |
| 480 ml(alcohol,dye free) | | | | |
| | ZB | 12463-0300-16 | | 22.21 |
| **VANEX-LA** | | | | |
| **Abana Pharmaceuticals, Inc.** OBRA | | | | |
| Tablet Sa | | | | |
| 400/75 (Rx) | | | | |
| HCFA n/a | BLP | 10.49 | | |
| 100 ea | ZB | 12463-0400-01 | | 33.42 |
| **VANOXIDE-HC** | | | | |
| **Dermik Labs, Inc.** OBRA | | | | |
| Lotion (Rx) | | | | |
| | ZB | 00066-0424-25 | 18.51 | 23.14 |
| **VANSIL** | | | | |
| **Pfizer Us Pharmaceutical Group** OBRA | | | | |
| Capsule | | | | |
| 250mg (Rx) | | | | |
| 24 ea | ZC | 00069-6410-24 | 103.18 | 122.53 |
| **VANTIN** | | | | |
| **Upjohn Co., The** OBRA | | | | |
| Susp Recon | | | | |
| 50mg/5ml (Rx) | | | | |
| 100 ml | ZB | 00009-3531-01 | 24.48 | 30.62 |
| 100mg/5ml (Rx) | | | | |
| 100 ml | ZB | 00009-3615-01 | 46.57 | 58.26 |
| Tablet | | | | |
| 100mg (Rx) | | | | |
| 20 ea | ZB | 00009-3617-01 | 31.51 | 39.42 |
| 100 ea | ZB | 00009-3617-02 | 149.97 | 187.61 |
| 100 ea(u-d) | ZB | 00009-3617-03 | 153.71 | 192.29 |
| 200mg (Rx) | | | | |
| 20 ea | ZB | 00009-3618-01 | 60.08 | 75.16 |
| 100 ea | ZB | 00009-3618-02 | 285.67 | 357.37 |
| 100 ea(u-d) | ZB | 00009-3618-03 | 292.81 | 366.31 |

| PROD/MFG | | NDC/UPC | DP/♦SRP | AWP |
|---|---|---|---|---|
| **VASCOR** | | | | |
| **McNeil Pharmaceutical** OBRA | | | | |
| Tablet | | | | |
| 200mg (Rx) | | | | |
| 30 ea(unit-of-use) | | | | |
| | ZB | 00045-0682-30 | 58.42 | 70.10 |
| 90 ea(3x30's, unit-of-use) | | | | |
| | ZB | 00045-0682-33 | 183.84 | 220.61 |
| 100 ea(u-d) | ZB | 00045-0682-10 | 224.73 | 269.68 |
| 300mg (Rx) | | | | |
| 30 ea(unit-of-use) | | | | |
| | ZB | 00045-0683-30 | 71.27 | 85.52 |
| 90 ea(3x30's, unit-of-use) | | | | |
| | ZB | 00045-0683-33 | 224.29 | 269.15 |
| 100 ea(u-d) | ZB | 00045-0683-10 | 274.10 | 328.92 |
| 400mg (Rx) | | | | |
| 30 ea(unit-of-use) | | | | |
| | ZB | 00045-0684-30 | 80.38 | 96.45 |
| 90 ea(3x30's, unit-of-use) | | | | |
| | ZB | 00045-0684-33 | 252.95 | 303.54 |
| 100 ea(u-d) | ZB | 00045-0684-10 | 309.13 | 370.96 |
| **VASERETIC** | | | | |
| **Merck & Co.** OBRA | | | | |
| Tablet | | | | |
| 10/25 (Rx) | | | | |
| 100 ea | ZC | 00006-0720-68 | | 166.60 |
| **VASOCIDIN** | | | | |
| **Ciba Vision Ophthalmics** OBRA | | | | |
| Drops | | | | |
| 0.25% (Rx) | | | | |
| HCFA 11.03 | BLP | 15.03 | | |
| 10 ml | AT | 00058-2887-10 | 15.05 | 18.06 |
| Ointment | | | | |
| 0.5% (Rx) | | | | |
| 3.5 gm | AT | 00058-3095-01 | 9.65 | 11.58 |
| Drops | | | | |
| 0.25% (Rx) | | | | |
| HCFA 8.25 | BLP | 11.28 | | |
| 5 ml | AT | 00058-2887-05 | 11.25 | 13.50 |
| **VASOCON** | | | | |
| **Ciba Vision Ophthalmics** OBRA | | | | |
| Drops | | | | |
| 0.1% (Rx) | | | | |
| HCFA 3.38 | BLP | 6.03 | | |
| 15 ml(regular) | AT | 00058-2884-15 | 11.50 | 13.80 |
| **VASOCON-A** | | | | |
| **Ciba Vision Ophthalmics** OBRA | | | | |
| Drops (Rx) | | | | |
| 15 ml | ZC | 00058-2880-15 | 11.10 | 13.32 |
| **VASODILAN** | | | | |
| **Apothecon, Div Bristol Myers Squibb** OBRA | | | | |
| Tablet | | | | |
| 10mg (Rx DESI) | | | | |
| HCFA n/a | BLP | 5.37 | | |
| 100 ea | ZB | 00087-0543-01 | 26.14 | 28.94 |
| 100 ea(u-d) | ZB | 00087-0543-05 | 31.73 | 35.13 |
| HCFA n/a | BLP | 33.73 | | |
| 1000 ea | ZB | 00087-0543-02 | 248.45 | 275.18 |
| 20mg (Rx DESI) | | | | |
| HCFA n/a | BLP | 7.98 | | |
| 100 ea | ZB | 00087-0544-01 | 41.87 | 46.38 |
| HCFA n/a | BLP | 50.04 | | |
| 1000 ea | ZB | 00087-0544-06 | 370.27 | 410.13 |
| **Mead Johnson & Co., Pharmaceutical Div.** OBRA | | | | |
| Tablet | | | | |
| 10mg (Rx DESI) | | | | |
| HCFA n/a | BLP | 33.73 | | |
| 1000 ea | ZB | 00087-0543-53 | | 248.45 |
| 20mg (Rx DESI) | | | | |
| HCFA n/a | BLP | 95.75 | | |
| 100 ea(12's,spanish lbl(pr)) | | | | |
| | ZB | 00087-0544-10 | 121.89 | 146.86 |
| **VASOFLEX** | | | | |
| **Kramer Pharmacal, Inc.** | | | | |
| Tablet (Rx) | | | | |
| 60 ea | ZB | 52083-0335-60 | | 12.00 |
| **VASOLATE** | | | | |
| **Major Pharmaceuticals, Inc.** OBRA | | | | |
| Solution | | | | |
| 2% (Rx) | | | | |
| HCFA n/a | BLP | 3.85 | | |
| 15 ml | ZA | 00904-0315-35 | | 3.75 |
| **VASOLATE-HC** | | | | |
| **Major Pharmaceuticals, Inc.** OBRA | | | | |
| Drops (Rx) | | | | |
| HCFA n/a | BLP | 6.20 | | |
| 10 ml | ZA | 00904-0316-10 | | 6.15 |

Elkins-Sinn, Inc. ESI — STANDARD PRODUCTS — ESI PHARMA
Merging together to serve you better.