# Exhibit 137

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

| From: | CIARELLI,GREGG          MK BIPUS |
|---|---|
| Sent: | Friday, August 13, 1999 7:27 AM |
| To: | FELDMAN, RICHARD      ROXUS; FERRARA,CHRISTINE    MK BIPUS; HANKINS,BILL    MK BIPUS; PAVIA,WENDY      MK BIPUS; POWERS, JOHN       ROXUS; ROWENHORST,JAMES    MK BIPUS; LEONETTI,MIKE      HR BIPUS; HLAVAC, MARTIN    ROXUS; ELLEXSON, GARY      ROXUS; QUERRY, DAVID      ROXUS; FULTON,GREG       MK BIPUS; GERRITY, DAN       MK BIPUS |
| Subject: | AWP / WAC Pricing Spread Meeting |

Very interesting results.... It appears that a majority of these competitors products (99.4%) are offering 20% or less and 55.8% are offering below our current standard of 20%.

| % Of Total | Number of SKUs | WAC as % Discount from AWP |
|---|---|---|
| 0.1% | 1 | 0.00% Total |
| 51.8% | 846 | 16.67% Total |
| 4.0% | 65 | 17.00% Total |
| 43.6% | 711 | 20.00% Total |
| 0.1% | 1 | 24.07% Total |
| 0.1% | 1 | 30.51% Total |
| 0.1% | 1 | 36.36% Total |
| 0.3% | 5 | 44.44% Total |
| 0.1% | 1 | 56.52% Total |
| 100.0% | 1632 | Grand Total |

-----Original Message-----
| From: | HLAVAC, MARTIN    ROXUS |
|---|---|
| Sent: | Thursday, August 12, 1999 4:30 PM |
| To: | POWERS, JOHN       ROXUS |
| Subject: | WAC and AWP Summary |

John,

Please see below the summary of the query showing WAC as % discount from AWP (1-WAC/AWP) for the requested manufactures.
Thanks

Martin
I can be reached at ext. 2843  with any questions or comments.

1

D0020029
RLI-AWP-00390920
ROX066-5258       F

| Manufacture Name | Number of SKUs | WAC as % Discount from AWP |
|---|---|---|
| Glaxo | 157 | 16.67% |
|  | 4 | 20.00% |
| Merck | 64 | 16.67% |
|  | 262 | 20.00% |
| Pfizer | 181 | 20.00% |
| Searle | 87 | 16.67% |
| Novartis | 259 | 16.67% |
|  | 11 | 20.00% |
| BMS | 19 | 16.67% |
|  | 65 | 17.00% |
|  | 39 | 20.00% |
| Schering | 180 | 16.67% |
| Bayer | 1 | 0.00% |
|  | 72 | 16.67% |
|  | 23 | 20.00% |
|  | 1 | 24.07% |
|  | 1 | 30.51% |
|  | 1 | 36.36% |
|  | 5 | 44.44% |
|  | 1 | 56.52% |
| SKB | 8 | 16.67% |
|  | 191 | 20.00% |

*Thanks,*
*Gregg Ciarelli*

Head - Pricing, Contracting, & Marketing Controlling
Boehringer Ingelheim Pharmaceuticals, Inc.
Phone:   (203) 798-4863   Fax: (203) 791-6411

Email:   gciarell@rdg.boehringer-ingelheim.com


-----Original Message-----
From:     HAYES,LIZ        MK BIPUS
Sent:     Thursday, August 12, 1999 10:25 AM
To:       CIARELLI,GREGG    MK BIPUS; FELDMAN, RICHARD    ROXUS; FERRARA,CHRISTINE   MK BIPUS; HANKINS,BILL    MK BIPUS; PAVIA,WENDY    MK BIPUS; POWERS, JOHN    ROXUS; ROWENHORST,JAMES   MK BIPUS
Cc:       LEONETTI,MIKE    HR BIPUS
Subject:  Minutes from AWP / WAC Pricing Spread Meeting


Attached you will find minutes from the above meeting which took place on July 22nd.  Apologies to those who did not receive them.


<< File: pricing meeting.doc >>

D0020030
RLI-AWP-00390921
ROX066-5259      L