# Exhibit 141

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

NDDF 1994


EXHIBIT 2 Morgan 11-30-07

FDB-AWP 05345

HIGHLY CONFIDENTIAL

Copy No:____

# NATIONAL DRUG DATA FILE

# (NDDF™)

# USER MANUAL

(This manual version generated July, 1994)

All reproduction, quotations, broadcasting and publication rights reserved. No part of this Manual may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopy, recording or any information storage and retrieval system, without the express written consent of The Hearst Corporation.

© Copyright 1994. The Hearst Corporation. All Rights Reserved.

FDB-AWP 05347

HIGHLY CONFIDENTIAL

Blue Book Average Wholesale            NDDF User Manual
Unit Price and Date

| | |
|---|---|
| NAME: | Blue Book Average Wholesale Unit Price and Date |
| MNEMONIC: | BB |
| MESSAGE NUMBER: | 320000 |

**FIELD SPECIFICATIONS:**

Two numeric fields
Date in form YYMMDD and unit price
Picture: Date: 9(06), Price: 9(04)v9(05)

**FIELD CONTENT:**

This is the BB AWP unit price and associated date. A drug record may contain one or more of these price segments, with the first one being the most current up to a maximum of eight segments, based on actual survey of drug wholesalers.

For additional information on the AWP please see Appendix G.

**USER EDITS:**

The user may request the date as packed decimal (4 bytes) or zoned decimal (6 bytes). The price may be formatted in full word fixed binary (4 bytes), packed decimal (5 bytes) or zoned decimal (9 bytes). The date and price may occur up to eight times depending on the user's requirements.

Copyright (C) June 1992 - The Hearst Corporation

FDB-AWP 05604

HIGHLY CONFIDENTIAL

NDDF User Manual											Direct Package Price and Date

```
NAME:            Direct Package Price and Date

MNEMONIC:        DIRPKG

MESSAGE NUMBER:  342000
```

**FIELD SPECIFICATIONS:**

Two numeric fields
Date in form YYMMDD and unit price
Picture: Date: 9(06). Price: 9(04)v9(05)

**FIELD CONTENT:**

This is the manufacturer's Direct Package Price and associated date. A drug record may contain one or more of these price segments, with the first one being the most current up to maximum of three segments. Note that not all manufacturers sell direct, so not every record will have a direct price.

NOTE: It is valid to have an effective date with a zero price. This would indicate a period when the DIRPKG did not apply.

**USER EDITS:**

The user may request the date as packed decimal (4 bytes) or zoned decimal (6 bytes). The price may be formatted in full word fixed binary (4 bytes), packed decimal (5 bytes) or zoned decimal (9 bytes). The date and price may occur up to three times depending on the user's requirements.

Copyright (C) June 1992 - The Hearst Corporation

FDB-AWP 05609

145

HIGHLY CONFIDENTIAL

Direct Unit Price and Date                                    NDDF User Manual

---

NAME:           Direct Unit Price and Date

MNEMONIC:       DIR

MESSAGE NUMBER: 340000

---

**FIELD SPECIFICATIONS:**

Two numeric fields
Date in form YYMMDD and unit price
Picture: Date - 9(06), Price - 9(04)v9(05)

**FIELD CONTENT:**

This is the manufacturer's Direct Unit Price and associated date. A drug record may contain one or more of these price segments, with the first one being the most current up to a maximum of eight segments. Note that not all manufacturers sell direct, so not every record will have a direct price.

NOTE: It is valid to have an effective date with a zero price. This would indicate a period when the DIR did not apply.

**USER EDITS:**

The user may request the date as packed decimal (4 bytes) or zoned decimal (6 bytes). The price may be formatted in full word fixed binary (4 bytes), packed decimal (5 bytes) or zoned decimal (9 bytes). The date and price may occur up to eight times depending on the user's requirements.

Copyright (C) June 1992 - The Hearst Corporation

FDB-AWP 05608

144

HIGHLY
CONFIDENTIAL

Wholesale Unit Price and Date                                    NDDF User Manual

---

NAME:            Wholesale Unit Price and Date

MNEMONIC:        WHN

MESSAGE NUMBER:  390000

---

**FIELD SPECIFICATIONS:**

Two numeric fields
Date in form YYMMDD and unit price
Picture: Date: s9(06), Price: s9(04)v9(05)

**FIELD CONTENT:**

This element provides a manufacturer's wholesale net unit price and associated date. A drug record may contain one or more of these price segments, with the first one being the most current, up to a maximum of three segments. Note that not all manufacturers sell through wholesalers, so not every record will have a wholesale net price.

Note: It is valid to have an effective date with a zero price. This would indicate a period when the WHN did not apply.

**USER EDITS:**

The user may request the date as packed decimal (4 bytes) or zoned decimal (6 bytes). The price may be formatted in full word fixed binary(4 bytes), packed decimal (5 bytes) or zoned decimal (9 bytes). The date and price may occur up to three times, depending on user's requirements.

Copyright (C) June 1992 - The Hearst Corporation

FDB-AWP 05614

148

HIGHLY CONFIDENTIAL

NDDF User Manual                              Wholesale Package Price and Date

> NAME:            Wholesale Package Price and Date
>
> MNEMONIC:        WHNPKG
>
> MESSAGE NUMBER:  392000

**FIELD SPECIFICATIONS:**

Two numeric fields
Date in form YYMMDD and unit price
Picture: Date: s9(06), Price: s9(04)v9(05)

**FIELD CONTENT:**

This element provides a manufacturer's wholesale net package price and associated date. A drug record may contain one or more of these price segments, with the first one being the most current, up to a maximum of three segments. Note that not all manufacturers sell through wholesalers, so not every record will have a wholesale net price.

Note: It is valid to have an effective date with a zero price. This would indicate a period when the WHN did not apply.

**USER EDITS:**

The user may request the date as packed decimal (4 bytes) or zoned decimal (6 bytes). The price may be formatted in full word fixed binary (4 bytes), packed decimal (5 bytes) or zoned decimal (9 bytes). The date and price may occur up to three times, depending on user's requirements.

Copyright (C) June 1992 - The Hearst Corporation

FDB-AWP 05616

HIGHLY CONFIDENTIAL

149