# Exhibit 142

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

# HEALTH CARE FINANCING REVIEW



TUFTS UNIVERSITY
ARTS & SCIENCES LIBRARY
OCT - 5 1994
GOVT. PUBS. 0258

**Spring 1994**
**Volume 15, Number 3**

U.S. Department of Health and Human Services
Health Care Financing Administration
Office of Research and Demonstrations
Baltimore, Maryland

# State Medicaid Pharmacy Payments and Their Relation to Estimated Costs

E. Kathleen Adams, Ph.D., David H. Kreling, R.Ph., Ph.D., and Kathleen Gondek, Ph.D.

*Although prescription drugs do not appear to be a primary source of recent surges in Medicaid spending, their share of Medicaid expenditures has risen despite efforts to control costs. As part of a general concern with prescription drug policy, Congress mandated a study of the adequacy of Medicaid payments to pharmacies. In this study, several data sources were used to develop 1991 estimates of average pharmacy ingredient and dispensing costs. A simulation was used to estimate the amounts States pay. Nationally, simulated payments averaged 96 percent of estimated costs overall but were lower for dispensing costs (79 percent) and higher for ingredient costs (102 percent).*

## INTRODUCTION

Growth in Medicaid expenditures has recently become a major policy concern. Medicaid expenditures are growing faster than any other State budgetary expense. Total Medicaid expenditures and in particular drug benefit expenditures have in most States grown substantially, yet drug expenses as a percentage of the total Medicaid budget have risen relatively slowly. The adequacy and fairness of Medicaid payments to pharmacies are of concern, thus differences in how States set these payment levels are important.

Over the years, there has been Federal legislation aimed at controlling program costs for prescription drug benefits. In 1987, States were given more flexibility in establishing their own payment methodologies. State payment policies now vary for the two major drug classifications. For multisource drugs, there can be State maximum allowable charge (MAC) limits in place that differ from the Federal maximums, although States' payments must stay within the Federal aggregate expenditure limits. For other (non-multisource) drugs, States pay for the lower of the pharmacy's usual and customary charges or the estimated acquisition cost (EAC) as determined by the State.

Pertinent to this study, section 4401(d)(4) of the Omnibus Budget Reconciliation Act of 1990 required the Secretary of Health and Human Services to conduct a study on reimbursement rates to pharmacists. The specific mandates for the study were to determine:

- "the adequacy of current reimbursement rates to pharmacists under each State medical assistance programs [sic] conducted under Title XIX of the Social Security Act.
- the extent to which reimbursement rates under such programs have an effect on beneficiary access to medications covered and pharmacy services under such programs."

Although the relationship between adequacy and access was addressed in a larger report (Adams, Gavin, and Kreling, 1993), this article provides findings related only to the level and adequacy of State payments for Medicaid pharmaceutical services. Specifically, it addresses the following questions:

E. Kathleen Adams is with Emory University School of Public Health; David H. Kreling is with the University of Wisconsin School of Pharmacy; and Kathleen Gondek is with the Health Care Financing Administration. The opinions expressed herein are those of the authors and do not necessarily reflect the views of Emory University, the University of Wisconsin, or the Health Care Financing Administration.

- Are State payments adequate in relation to the costs of dispensing drugs, and are they generally above estimated marginal costs?
- Does the payment adequacy differ for ingredient versus dispensing costs?
- Are there regional patterns in terms of adequacy of payment?

To answer these questions, 1991 data from several sources were used to derive key measures of payment levels and adequacy. The method for measuring the adequacy of State payments involves two major steps: (1) developing estimates of average pharmacy ingredient and dispensing costs at the State level; and (2) simulating State Medicaid payments for the same set of drugs. The difference between these payment and cost measures for a representative market basket of drug products forms the basis of the adequacy measure presented here. That is, adequacy is measured relative to average total costs, before profits. The results must be considered in light of the data constraints and assumptions made in deriving estimates.

Although Federal Medicaid regulations dictate the method for paying for prescription drugs, it is ultimately the interaction of Federal and State policies that determines the level of State payments for pharmacy services. States have significant flexibility in their Medicaid eligibility and payment policies. The challenge for this study was to examine the issue of adequacy of State payment at a national level, recognizing that the unique circumstances of each State may affect these outcomes. The focus of this study was on data and measures that are available and consistent for all, or the majority of, States for a given time period. By examining data for the Nation as a whole, the study provides a better understanding of Federal drug payment policy and its implementation in each State and provides a comparative understanding across States.

## BACKGROUND

There are numerous definitions of terms specific to pharmaceutical payment policies. To aid the reader, we have provided a glossary of key terms shown in Table 1.

It is also helpful to consider how these terms relate to the adequacy measures estimated by this study. There are two components to this measure: dispensing and ingredient. All of the terms in Table 1

Table 1

Definitions of Terms Specific to Pharmaceutical Payment Policy

| Term | Definition |
| --- | --- |
| Actual Acquisition Cost (AAC) | Pharmacist's net payments made to purchase a drug from any source (e.g., manufacturer, wholesaler) net of discounts, rebates, etc. |
| Estimated Acquisition Cost (EAC) | An estimate of pharmacies' actual acquisition costs that are made by the States and other third-party payers. |
| Maximum Allowable Cost (MAC) | A maximum dollar amount the pharmacist is paid for selected products. |
| Average Manufacturer's Price (AMP) | The average price paid by wholesalers to manufacturers for products to be distributed to retailers. |
| Average Wholesale Price (AWP) | The manufacturer's suggested wholesale price to the retailer, listed in either the Red or Blue Book. |
| Wholesale Acquisition Cost (WAC) | The wholesaler's net payment made to purchase a drug product from the manufacturer, net of purchasing allowances and discounts. |

SOURCE: Adams, E.K., Emory University School of Public Health, Atlanta, GA, and Gondek, K., Health Care Financing Administration, Baltimore, MD, 1993.