# Exhibit 143

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



Program Reference # 110

# Roxane Laboratories Wholesaler Source Program
# B Level (Sole Source) Participation

### General Plan Overview:

Wholesaler, as defined on the signature line of this Agreement, will receive contract pricing (via chargeback) plus a monthly rebate as described below and in Attachment #1 on select Roxane Laboratories, Inc. ("Roxane") multisource Products in return for purchase and promotion of such multisource Products through a recognized "Sole Source" type Source Program.

### Definitions:

Wholesaler- warehouses and distributes a complete line of brand and generic pharmaceuticals from a majority of recognized Pharma companies and through its sales and distribution network provides such pharmaceuticals to its retail and institutional pharmacy customers.

Source Program- a formulary program established and maintained by a Wholesaler as a means of increasing its profitability. The multisource generic products on such formulary are promoted by the Wholesaler (more than its non-formulary products) through distinct marketing activities and pricing policies which are designed to increase the marketshare of those formulary products.

Sole Source- the selection by the Wholesaler, on an exclusive basis, of a multisource generic product for inclusion into Wholesaler's Source Program (s).

Marketshare- the percent of all unit sales (tablets, capsules, and vials), excluding sales to hospital and federal/state government entities that generate a chargeback, from the Wholesaler to its customers for like products on Attachment 1 of such multisource generic product.

Roxane Wholesaler Source Multisource Products- those products listed in Attachment 1, which are distributed by Roxane Laboratories, Inc.

Products- pharmaceutical preparations as listed in Attachment 1.

Contract Net Sales- chargeback units received and processed by Roxane Laboratories prior to each calculation period times contract price.

Pharmacies- DEA registered facilities each of which is staffed by a Registered Pharmacist that dispense prescription medications to the public.

Rebate- an incentive payment, paid monthly, determined by multiplying Contract Net Sales by Wholesaler of selected Roxane Wholesaler Source Multisource Products for the contract number assigned to this agreement, by the applicable percents listed on Attachment 1. Purchases not direct from Roxane, brokerage sales, and drop shipments are excluded from the Rebate calculation.

1

**Wholesaler Commitment:**

I.  Wholesaler represents to Roxane that it is a Wholesaler with a Source Program which in the course of its business has the potential to provide specified multisource generic products with preferential status as Sole Source.

II. Wholesaler agrees to place the Roxane Wholesaler Source Multisource Products as designated in Attachment 1 in its Sole Source program and maintain each Product at a 75% or greater Marketshare (for that Program) during the term of this Agreement.

III. Wholesaler agrees to offer the Roxane Products designated in Attachment 1 in all of Wholesaler's Sole Source programs (s) and market to Wholesaler's customers as the preferred product for such multisource generic product.

IV. Wholesaler shall enforce compliance of its Sole Source program (s).

V. Wholesaler shall maintain inventories of Product at adequate levels at all of its distribution center locations serving their Source Program (s).

VI. Each Roxane Product selected in Attachment 1 must receive 75% Marketshare within the specified Sole Source Program to be eligible for the Rebate.

VII. Wholesaler covenants that the Roxane Wholesaler Source Multisource Products purchased pursuant to this Agreement shall only be sold to Pharmacies ("own use"). Sale of Roxane Wholesaler Source Multisource Products to another wholesaler or distributor shall be considered a material breach of this Agreement.

VIII. Wholesaler agrees to provide documentation acceptable to Roxane each calendar quarter of the Marketshare attained by each Roxane Wholesaler Source Multisource Product in this Agreement. (Documentation to be aggregate of Wholesaler distribution center locations.)

**Roxane Commitment:**

I.  Roxane represents that if Wholesaler fulfills all of the Wholesaler Commitment obligations of this Agreement for each specified product, it shall receive the Rebates as specified for those Roxane Wholesaler Source Multisource Products listed in Attachment 1.

II. The Rebate, in the form of a credit (or check, at the sole discretion of Roxane), shall be issued within 30 days of the end of each month, provided documentation verifying Sole Source status and marketshare qualification for the previous calendar quarter has been provided.

**Other Agreement Terms:**

- The term of this Agreement shall be one (1) year. This Agreement may be extended annually for one (1) year period (s) upon written agreement and acceptance by both parties.
- Failure of Wholesaler to provide accurate documentation within 60 days of the end of the calendar quarter shall cause forfeiture of the Rebate.
- Roxane reserves the right to audit Marketshare and chargeback data provided by the Wholesaler within twelve (12) months of submission of such data.
- Except as required by law, each party shall at all times, whether during the term of this Agreement or subsequent thereto, honor, maintain and protect the confidentiality of the terms, conditions, and information provided pursuant to this Agreement as well as the substance of all discussions pertaining thereto. Nothing contained herein, however, shall prevent the disclosure of Product prices in response to requests for pricing information made by governmental agencies in connection with federal, state, or local governmental inquiries.
- Wholesaler represents that its receipt of rebates, credits, adjustments, discounts and performance of its obligations under the Agreement do not violate any of its legal, contractual or other obligations. The Rebate may constitute a discount or reduction in purchase price which may have to be disclosed to the governmental agencies under the regulations that govern Medicaid, Medicare, other similar federal or state health care programs.

ROXMA003095

RLI-AWP-00178920
ROX040-2852

JAN 2 5 1999

- Wholesaler hereby offers Roxane the opportunity to counter any competitive pricing or proposals offered by any competitor, in order to maintain sales of any Product which Wholesaler is purchasing from Roxane. Customer shall provide Roxane written notice of any competitive proposal and sufficient time to respond.
- Violation by Wholesaler of the "own use" covenant in this Agreement will be considered a material breach, permitting Roxane to cancel this Agreement in its entirety immediately upon written notice. In addition, Wholesaler would forfeit any earned or accrued but unpaid rebates.
- The deduction of the Rebate by Wholesaler prior to Roxane's issuance of credit shall be considered a material breach of this Agreement permitting Roxane to cancel this Agreement in its entirety upon written notice. Provided it is paid by the designated time.
- This Agreement may not be assigned by Wholesaler without the written agreement of Roxane. This Agreement shall be governed and construed in accordance with the laws of the State of Ohio, and any and all disputes arising under or concerning this Agreement shall be before the courts of the State of Ohio.
- Roxane reserves the right to modify this Agreement at its own discretion, in writing, upon 30 days written notice to Wholesaler. Either party may terminate this Agreement at any time, provided 30 days written notice is given to the other party, and further provided that if Wholesaler terminates the Agreement prior to the one year term, such action shall result in the forfeiture of any accrued but unpaid Rebate (s).

APN/ The F. Dohmen Co.,("Wholesaler"):    Roxane Laboratories, Inc.:

_____  
Signature

Lisa K. Badura, CPhT/John B. Pike  
Printed Name

Source Program Coordinator/  
VP - Research and Development   1/22/99  
Title                          Date

_____  
Signature

Kelli S. Self  
Printed Name

Supv. Bids & Contracts   12-14-98  
Title                          Date

**Effective Term**

From: __12-1-98__  
     Date

To: __12-31-99__  
    Date

3

ROXMA003096
RLI-AWP-00178921
ROX040-2853

- Wholesaler hereby offers Roxane the opportunity to counter any competitive pricing or proposals offered by any competitor, in order to maintain sales of any Product which Wholesaler is purchasing from Roxane. Customer shall provide Roxane written notice of any competitive proposal and sufficient time to respond.
- Violation by Wholesaler of the "own use" covenant in this Agreement will be considered a material breach, permitting Roxane to cancel this Agreement in its entirety immediately upon written notice. In addition, Wholesaler would forfeit any earned or accrued but unpaid rebates.
- The deduction of the Rebate by Wholesaler prior to Roxane's issuance of credit shall be considered a material breach of this Agreement permitting Roxane to cancel this Agreement in its entirety upon written notice.
- This Agreement may not be assigned by Wholesaler without the written agreement of Roxane. This Agreement shall be governed and construed in accordance with the laws of the State of Ohio, and any and all disputes arising under or concerning this Agreement shall be before the courts of the State of Ohio.
- Roxane reserves the right to modify this Agreement at its own discretion, in writing, upon 30 days written notice to Wholesaler. Either party may terminate this Agreement at any time, provided 30 days written notice is given to the other party, and further provided that if Wholesaler terminates the Agreement prior to the one year term, such action shall result in the forfeiture of any accrued but unpaid Rebate (s).

**APN/ The F. Dohmen Co.,("Wholesaler"):**   **Roxane Laboratories, Inc.:**

_____     _Kelli A. Self_____
Signature                    Signature

_____     _Kelli S. Self_____
Printed Name                 Printed Name

_____     _Supv. Bids & Contracts  12-14-98_
Title            Date         Title                    Date

Effective Term

From: __12-1-98__
         Date

To: __12-31-99__
       Date

ENTERED JAN 15 1999

3

ROXMA003097

RLI-AWP-00178922
ROX040-2854