# Exhibit 147

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| IN RE:  PHARMACEUTICAL | ) | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) | CIVIL ACTION |
| PRICE LITIGATION | ) | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) | |
| U.S. ex rel. Ven-a-Care of | ) | Judge Patti B. Saris |
| the Florida Keys, Inc. | ) | |
| v. | ) | Chief Magistrate |
| Abbott Laboratories, Inc., | ) | Judge Marianne B. |
| No. 06-CV-11337-PBS | ) | Bowler |

- - - - - - - - - - - - - - - -

(cross captions appear on following pages)

Videotaped deposition of SUE GASTON

Volume I

Washington, D.C.

Thursday, January 24, 2008

9:00 a.m.

c68935c6-4f35-4a4e-9ec1-be302bbe74cf

Gaston, Sue                                              January 24, 2008
                        Washington, DC

<div style="border:1px solid">

Page 2

1                    UNITED STATES DISTRICT COURT

2                  FOR THE DISTRICT OF MASSACHUSETTS

3         - - - - - - - - - - - - - - - - -

4         IN RE:  PHARMACEUTICAL          )   MDL NO. 1456

5         INDUSTRY AVERAGE WHOLESALE      )   CIVIL ACTION

6         PRICE LITIGATION                )   01-CV-12257-PBS

7                                         )   Judge Patti B. Saris

8         THIS DOCUMENT RELATES TO        )   Chief Magistrate

9         ALL CASES IN MDL NO. 1456       )   Judge Marianne B.

10        - - - - - - - - - - - - - - -       Bowler

11

12

13         IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

14               THIRD JUDICIAL DISTRICT AT ANCHORAGE

15        - - - - - - - - - - - - - - - - -

16        STATE OF ALASKA,                )

17                  Plaintiff,            )

18           vs.                          )   Case No.

19        ALPHARMA BRANDED PRODUCTS       )   3AN-06-12026 CI

20        DIVISION, INC., et al.          )

21                  Defendants.           )

22        - - - - - - - - - - - - - - - - -

</div>

Gaston, Sue                                            January 24, 2008
                        Washington, DC

Page 232

1  902-0446.  Ms. Gaston, if you would take a look at
2  that document and let me know if that's a document
3  that you're familiar with.
4      A.   Yes.  I am familiar with it.
5      Q.   Could you tell us what this document is?
6      A.   It looks like it's just an overview of
7  the federal upper limit program.
8      Q.   Did you play a part in drafting this
9  document?
10     A.   I may have.  I'm not sure.
11     Q.   Ms. Gaston, can you walk me through
12 basically what you did to establish federal upper
13 limits for drugs?  Can you just walk me through the
14 process?
15     A.   Do you want me to use this exhibit?
16     Q.   If it helps --
17     A.   Okay.
18     Q.   -- that would be fine.  I'm just trying
19 to have you -- put me back in your office back in
20 the mid-'90s or whenever you were working on this
21 and tell me what you did.
22     A.   Well, first of all we have an

1   application.  I'm going to talk about it in
2   reference to the application that's used that houses
3   this information.  But our systems folks when it's
4   time to set a FUL or put out a new list of FUL
5   drugs, the system folks will obtain the FDA Orange
6   Book data and they'll pull that into their system.
7   And there are some standards within that program
8   that look for the criteria that's sort of detailed
9   in this handout here.
10            Once that criteria is met then the system
11  will pull in the latest compendia data and then
12  they'll merge the two.  And the compendia data,
13  there's some criteria in there too.  But they try to
14  match the compendia data to the drugs pulled from
15  the FDA.  And they match them together and then the
16  application -- and I'm simplifying this -- but the
17  application will have in there FUL groups, which
18  include like all NDC numbers, and it will have the
19  FUL group, the drug names, the NDC number and then
20  the compendia and the compendia pricing in there.
21            So it will have the source, if it's Red
22  Book, Blue Book, Medi-Span, and then it will have

Gaston, Sue  January 24, 2008
Washington, DC

Page 234

1   the prices.  It will have an AWP price, a direct
2   price or WAC price.  If there's not a price it'll
3   just be blank in any of those categories.  And then
4   the system, the application itself -- from my
5   recollection -- it's been a while since I've used
6   it.  But it will determine a FUL price where it can.
7              Then we apply some manual review just to
8   assure we have -- there's some edits and I can't
9   remember all of those.  But we want to make sure
10  that it's using -- because it's supposed to use the
11  lowest price in published compendia, and we want to
12  make sure that that lowest price is a true price,
13  that it's using a true price to establish a FUL.
14             So there's a manual review that's applied
15  to some of the drugs where the pricing might not
16  look right in there or there's missing pricing.  But
17  basically there's a lot of manual review that's
18  included before the final FUL listing will come out.
19       Q.    Okay.  I appreciate that.  I'm going to
20  try to follow up on each of those steps as best I
21  can.  You indicated that there was a system
22  involved.

Page 250

1         A.    I don't know.
2         Q.    Have you ever seen a policy memorandum or
3    any other memorandum that discusses why injectables
4    are specifically excluded from the FUL program?
5               MS. MARTINEZ:  Objection, form.
6         A.    I'm not aware of that.
7         Q.    Are you aware of any other criteria that
8    HCFA has used to eliminate drugs that might
9    otherwise satisfy the regulatory or statutory
10   criteria?
11        A.    I think unit dose.
12        Q.    Can you explain a little bit -- that unit
13   stuff always makes my head spin.
14        A.    Just the little individual unit dose
15   packets, like little individual blister tablets that
16   might be in the little blister pack that are
17   generally distributed within a hospital setting.
18        Q.    And why are those -- do you understand
19   why those are excluded?
20        A.    Here again, what I think they're trying
21   to focus on is what's the drugs that are commonly
22   used and dispensed by the pharmacies.