# Exhibit 151

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



**Boehringer Ingelheim**
**Roxane Laboratories**

October 30, 2003

Texas Department of Health Y-915
Ms. Martha McNeil R.Ph.
1100 West 49th Street
Austin, TX 78756

Roxane Laboratories, Inc.

*Sent regular mail 10/30*

Re:   3Q03 AMP Prices for RLI and BIPI

Dear Ms. McNeil:

Accompanying this letter are the third quarter 2003 AMP prices (as defined by applicable federal law) for each of the products of Roxane Laboratories, Inc. ("RLI") and Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI") that we believe currently are on the Texas Drug Code Index. This information is on the enclosed diskette. As you can no doubt appreciate, the AMP information BIPI and RLI are supplying is extremely sensitive and proprietary, and should not be disseminated by your department to any outside persons or entities. It should especially not be provided to any of BIPI's or RLI's competitors. It is our understanding that this information will not be disclosed by you to any third party.

900 Ridgebury Rd./P.O. Box 368
Ridgefield, CT 06877-0368
Telephone (800) 520-1631
Telefax (203) 791-6189

We will continue to provide its AMP information to you on a quarterly basis for each of RLI's and BIPI's products on the Texas Vendor Code Drug index. The information Roxane will be providing to you will be the same as that which BIPI and RLI will report on a quarterly basis for the corresponding products to the Federal government under the Medicaid Rebate Program. If this is not the AMP information you seek, please notify us immediately.

With respect to other pricing data now requested by the Vendor Drug Program on the VDP application, serious and unanswered questions remain as to how all of that information is to be calculated. Unlike the AMP information being provided, the pricing terms used by you on the form you provided are not defined and no precise formulas have been provided to manufacturers for calculating that information in a uniform way. While BIPI and RLI wish to provide and/or update its pricing information for you, it has posed in letters to you and to the Texas Attorney General's office, a series of questions that BIPI and RLI must have answered before it can confidently provide you with the accurate information BIPI and RLI presume you want.

RLI-TX 2792
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00102144
ROX031-3664

Page 2 - 3Q03 AMP Prices for RLI and BIPI

We refer you specifically to the letter sent by Edward Miller to you dated July 26, 2002, and the letter by Mr. Miller to Patrick J. O'Connell of the Texas Attorney General's office, Civil Medicaid Fraud Section, of November 25, 2002. The favor of a prompt response to the questions posed to the VDP in these two letters would be greatly appreciated.

In the meantime, if you have any questions, or need additional information, please contact me.

Sincerely,

*[signature]*

Joseph L. DeCapua
Associate Director, Government Programs

RLI-TX 2793
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00102145
ROX031-3665