# Exhibit 152

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

## NOW AVAILABLE FROM ROXANE LABORATORIES, INC
## IPRATROPIUM BROMIDE INHALATION SOLUTION 0.02% UDV
## (UNIT DOSE VIALS)

Roxane Laboratories, Inc. is pleased to announce the availability of Ipratropium Bromide Inhalation Solution 0.02% UDV (25's), the first and only generic equivalent of Atrovent® Inhalation Solution UDV.

### PRODUCT INFORMATION

- Ipratropium Bromide Inhalation Solution 0.02% UDV

- NDC 0054-8402-11

- Each carton contains 25x2.5mL vials in a foil pouch
  Each case contains 48 cartons

- AWP $44.06/Carton of 25 vials

- Price $26.44/Carton *

- 10% Monthly Rebate on purchases

- Loyalty Bonus Program (see attached)

|  |  |
|---|---|
| * Orders must be placed directly with: | Roxane Laboratories, Inc.<br>Customer Service Department<br>P.O. Box 368  (900 Ridgebury Road)<br>Ridgefield, CT  06877 |
| Call Customer Service at:<br>Customer Service FAX : | 800-520-1631<br>800-520-1666 |

- First Order PO# _____    Quantity _____

- 90 Day Dating on First Order !!   Initial Order must be in case lots

CONFIDENTIAL ATTORNEYS' EYES ONLY
ROX TX - 21945

RLI-AWP-00069903
ROX027-5991         F

Ipratropium Bromide Inhalation Solution 0.02% UDV
Page 2

The purchase of this product shall be subject to the provisions of this agreement and to Roxane Laboratories, Inc. (RLI) standard terms and conditions in effect at the time of purchase. The diversion by customer of Ipratropium Bromide Inhalation Solution sold by RLI shall result in the immediate termination of this agreement. If during the term of this agreement, customer considers an offer for an identical commercially prepared product, customer will provide RLI with a copy of the offer and allow RLI to counter the offer. Customer will allow RLI authorized personnel 7 (seven) days to propose a new price offer. This agreement may not be assigned by customer. This agreement shall be governed and construed in accordance with the laws of the State of Ohio and any disputes arising under or concerning this agreement shall be before the courts of the State of Ohio.

Roxane Laboratories, Inc. hopes that you will take advantage of this special offer. You may indicate your acceptance of this agreement by returning a signed copy of this offer to the Roxane Contract Sales & Administration office by mail, or FAX your copy to 614/276-2470.

**Offered by:**                                  **Accepted by:**

Roxane Laboratories, Inc.                        _____

P.O. Box 16532                                   _____

Columbus, OH  43216-6532                         _____


_____Name               _____

_____Title              _____

_____Date


**Product will be available for shipment June 3, 1996.**

Ipratropium Bromide Inhalation Solution 0.02% UDV (Roxane) packaging configuration data:

    Carton dimensions:            9" (L)  1 3/4" (H)  6 5/8" (W)
    Shipping Case contains:       48x25x2.5mL and weighs 18 lbs.
    Shipping Case dimensions:     20 5/8" (L)  15 1/8" (H)  18 5/8" (W)


Atrovent® is a registered trademark of Boehringer Ingelheim International GmbH

C

CONFIDENTIAL ATTORNEYS' EYES ONLY
ROX TX - 21946

RLI-AWP-00069904
ROX027-5992          L