# Exhibit 153

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

# MEMORANDUM

|  |  |
|---|---|
| TO: | John Powers |
| FROM: | David J. Lanzillotta |
| DATE: | May 20. 1998 |
| SUBJECT: | Novation Bid Analysis |
| CUSTOMER: | Novation Proposal (VHA, UHC, HPPI) |

CONTRACT NUMBER:  #'9805004
EFFECTIVE DATES:   Oct 1 1998 to Sept 30 2000

ACTUAL
SALES

        VHA $12,300,834 81
        UHC $ 3,828,671.72
        HPPI $ 982,867.19
        Total $17.112.373.72(12 month snapshot of Hospitals.)

POTENTIAL SALES:   See SpreadSheet

GROUP SYNOPSIS: Novation is the new group that was developed from the combination of VHA UHC, and HPPI. This combination of organizations has created one of the largest supply chair management service provider. Novation launched in Jan. 1998 is a limited liability company that serves as an agent for UHC, VHA and HPPI in bidding, negotiating and service contracts with manufacturers Membership consist of approx. 1,600 health care organization members for VHA, 1,700 members in HPP and 283 participants in UHC. VHA/HPPI members consist of hospital and alternate care. UHC consist of academic health centers and associate members. Average purchases per member are as follows VHA $10,807, UHC $14,113 and HPPI $3,911. For VHA and HPPI averages are for the hospital portions only.

CONTRACT ANALYSTS

STRENGTHS: All groups involved in the past were strong customers of and have a positive attitude toward Roxane. This is reflected in the large number of items on contract with Roxane.
Products of strength are Ipratropium 25's and Viramune

WEAKNESSES: Because this is the first contract for this group I believe that there will be a learning curve involved. This may hinder Novation in making decisions that other wise would be easier to make when each group operated separately.

Targets for addition to the contract include: Diclofenac, DHT for VHA/HPPI, Haloperidol with UHC, Hydromorphone missing from all three, Leucovorin, Megestrol, Methotrexate, Prednisone, Cocaine HCl at VHA/HPPI.

RLI-TX 53773
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00153120
ROX037-3319      F

**Threats:**
Ipratropium by Dey

Opportunities: Mirror bundle agreements quoted as in Premier but in a scaled down version. I would not include Azathioprine 50mg in any bundle. I do not feel we need to include any additional %'s. The bundle as they stand can be effective without Bedford Labs.

TOP 7 DOLLAR ITEMS:
1. Ipratropium 25x2.5ml $6,708,737.28
2. Sodium Polystyrene 10x60ml $654,720
3. Azathioprine Tabs 1C $426,841
4. Viramune Tabs 1C $426,841
5. Lactulose Sol 40x30ml $336,608
6. Ipratropium 30x2.5ml $247,971
7. Azathioprine Tabs UD $213,632

TOP 5 PURCHASING MEMBERS: VHA 1. The General Hospital $206, 503
2. Brigham & Women Hospital $205,657
3. Barnes-Jewish Hospital $200,044
4. Wlliam Beaumount Hospital $164,868
5. Memorial Hospital $155,869

HPPI 1. Memorial Hospital $45, 772
2. Connecticut Valley Hospital $7,267
3. Morristown Memorial Hospital $7,042
4. Franciscan Childrens $5,863
5. Dana Faber Caner $5,780

UHC 1. Univ. Of Calif- Sacramento $195,880
2. Univ. Of WI $118,087
3. Univ. Of Calif $109,005
4. Harborview Med Center $104,177
5. Texas Dept. Of Criminal $87,939

NATIONAL ACCOUNTS COMMENTARIES:
See Results of Discussion

GPO CHARACTERISTICS: Characteristics of past groups when they operated independently, may not be the same as one group. As I mentioned earlier, this is the first time for this quote as Novation. Both groups had different ways of quoting. i. e. the "no contact after bids," is a UHC policy adopted by Novation which was not the policy of VHA/HPPI.

STRATEGY: I recommend they we follow the same Premier pricing for hospital, alternate care and retail, retail reflecting that class of trade pricing. The success of the Premier pricing has been proven. It is also important to keep these two groups equal in their respective markets. It is very likely Premier and Novation will be 1 and 2 hospital GPO's in the country in 12 months. We just are not sure which will be which. I recommend we do not have to provide as an extensive bundle as in Premier. For OSR offer nominal for hospital and 20% from WAC for alternate care.

**RLI-TX 53774**
**Highly Confidential**
**Attorneys' Eyes Only**

RLI-AWP-00153121
ROX037-3320

ITEMS NEEDING SPECIAL DISCUSSION:
1. OSR Pricing-What to extend to A/C
2. Majority of awards will be made to a single supplier (auto -sub) Novation will make award on different types of packages per line items, including, but not limited to, ampules, vials and pintop vials even those the products' strength and size may be the same.
3. Market fee Admin fee 3% on contracted items only. Viramune ?
4. Quote retail as Premier
5. 4-6-8-10 Incentive rebate?
6. Page 3, item f. give max. only 30 day notice.
7. Page 4 item c. Roxane will only commit to a 95% service rate but not greater than 95%. Roxane can not be held responsible for circumstances not with-in Roxane's control.
8. Page 5, item I Roxane Return policy will prevail.
9. Page 6, j. Failure to supply, Roxane will reimbuse Novation membership for similar multi-source generic products. Roxane will not be held responsible for any other damages which may incur due to any shortage, nor will Roxane be liable for any loss of Admin fee.
10. Page 7, item f shelf life. Several of Roxane items have a shelf life of 12 months. One such product is cocaine HCL. I NEED TO CREATE A LIST OF ITEMS WITH A 12 MONTH LIFE.
11. Page 7, Item 6. Reports and Electronic Data Interchange. This is a item I need to review and discuss. This needs to be review in conjunction with Exhibit E which a clarifications was sent. See Attached page from Novation.

Results Of Meeting:
Strategy meeting held May 21,1998 with Tom Via, John Powers and myself. Review of the pricing strategy we decided to follow the same pricing as used in Premier. Offer OSR as recommend. Review Premier award for any non-awarded items and quote a more aggressive price if possible.

To ensure a strong Roxane award, we propose a Three Tier Bundle tied to additional Marketing Fees payable to Novation:

First tier, if accepted would result in Novation collecting a 3% Marketing Fee on total contract item sales. The product families awarded to Roxane under a sole source award must include: Ipratropium, Sodium Polystrene, and Azathioprine. Under the Second tier to reach the 4% Marketing Fee level, Novation would have to add these product families to the first tier list: Hydroxyurea, Roxanol, and Roxicodone. Finally, by adding products to the award from the Third tier, Novation would receive a 5% Marketing Fee. The product families awarded would consist of Diclofenac, Cocaine HCl, Hydromorphone, Lactulose and Methotrexate. To be eligible for the 4%, Novation would have to accept the first tier and second and all three tiers for the max of 5%.

RLI-TX 53775
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00153122
ROX037-3321