# Exhibit 154

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

NOVATION PHARMACY PURCHASING PROGRAM
2001 INVITATION TO BID (ITB)
AGREEMENT TERM 10/1/2001 - 9/30/2004

# APPENDIX A
# NOVAPLUS REQUIREMENTS AND SPECIFICATIONS

**NOVAPLUS Private Label Products**

Novation will continue the successful private label program begun by VHA as VHA PLUS®. VHA began to private-label products 15 years ago. These products consistently offer Members a complete line of products designed to give them a competitive edge in the marketplace. The NOVAPLUS family of products includes pharmacy, radiology, medical-surgical and laboratory products. The NOVAPLUS name represents *quality, value and availability.*

<u>Quality</u>. Each manufacturer adheres to the same high quality standards used for products sold under its own label. Novation's regulatory affairs/quality assurance department ensures that every product bearing the NOVAPLUS label meets or exceeds quality standards. In addition, the Institute of Safe Medication Practices has played an integral role in developing the NOVAPLUS pharmaceutical labeling standards.

<u>Value</u>. Comparative analysis has shown median savings of more than 10 percent when comparing NOVAPLUS products to other leading brands. To ensure long-term value, every NOVAPLUS manufacturer has agreed to a contractual market competitive clause to keep pricing responsive to changes in the marketplace. Our commitment is to provide superior quality products at significant savings.

<u>Availability</u>. The NOVAPLUS inventory, which represents more than 250 product lines, is available to Members through the Novation authorized distributor network. NOVAPLUS manufacturers commit to insuring that NOVAPLUS products are always available.

**Private Label Opportunity**

Manufacturers interested in participating in the NOVAPLUS Private Label Program should complete the following requirements by Sept. 30, 2001:

- Novation Private Label Supplier Agreement
- Private Label Memorandum of Understanding
- Novation QA/RA (Quality Assurance/Regulatory Affairs) Audit of facilities
- Adherence to Private Label Graphic Standards
- Wholesalers stocked with 60 days of inventory

NOVATION PHARMACY PURCHASING PROGRAM
2001 INVITATION TO BID (ITB)
AGREEMENT TERM 10/1/2001 - 9/30/2004

The following chart lists the status of all NOVAPLUS items currently under agreement. Proposals for new items not included in this list are also encouraged.

| NOVAPLUS Bid Opportunities | | |
|---|---|---|
| **Bid for All Novation** | **Bid for UHC Membership only** | **Not Bidding in 2001** |
| Amikacin | Acyclovir | Alprostadil |
| Amphotericin B | Alfentanil | Cefazolin |
| Bleomycin | Atracurium | Cladribine |
| Bumetanide | Butorphanol | Enalapril Maleate |
| Carboplatin | Enflurane | Enalaprilat |
| Cefuroxime | Hetastarch | Famotidine |
| Cisplatin | Isoflurane | Haloperidol Decanote |
| Cyclophosphamide | Ketorolac | Ipratropium Bromide |
| Cytarabine | Pentamidine | Midazolam |
| Daunorubicin | Propofol | Paclitaxel |
| Diltiazem | Sevoflurane | |
| Dipyridamole | Sufentanil | |
| Dobutamine | Vancomycin | |
| Doxorubicin | Vecuronium | |
| Etoposide | | |
| Ifosfamide and Mesna | | |
| Leucovorin | | |
| Mesna | | |
| Mutamyacin | | |
| Tobramycin | | |

**Written Offer (Bid)**

Novation will require submission of a separate legal Agreement for any NOVAPLUS proposals. NOVAPLUS agreements differ in contract duration and the additional requirements in the Trademark Licensing Agreement and are therefore awarded separately from other product agreements in the pharmacy portfolio. The NOVAPLUS portfolio offers a manufacturer unique opportunities to provide value in diverse contracting scenarios. Based on Novation's experience with the non-standard provisions of existing NOVAPLUS agreements, we feel that the enclosed bid program CD is not the most appropriate format for comprehensive submission of your NOVAPLUS offer. Therefore, each bidder is required to submit any proposals for NOVAPLUS in a separate file on the Forms and Legal Agreement Disk and as a printed, signed copy. This format allows greater flexibility to present this value.

NOVATION PHARMACY PURCHASING PROGRAM
2001 INVITATION TO BID (ITB)
AGREEMENT TERM 10/1/2001 - 9/30/2004

NOVAPLUS proposals should be detailed in Exhibit B to the Novation Pharmacy Supplier Agreement. Required specific details include, but are not limited to:
- Acceptance of the Novation Pharmacy Supplier Agreement including the Trademark Licensing Agreement.
- *Exhibit A, Products and Pricing* of this Agreement should include
    - Pricing for both Manufacturer-labeled and NOVAPLUS-labeled product
    - Alternate site pricing, if applicable
- *Exhibit B, Non-price Specifications* should include
    - Marketing fees and incentives to Novation
- The Trademark License Agreement from Appendix A should be included in the Agreement as Exhibit C.
- Acceptance of the Private Label Memorandum of Understanding between Manufacturer and Novation
- Indication of willingness to submit to QA/RA audit
- Indication of willingness to maintain market competitive pricing within three days of a bona fide offer of a lower price
- Indication of willingness and ability to conform to NOVAPLUS Graphic Standards

It is Novation's expectation that once approved packaging has been produced by the manufacturer, both the NOVAPLUS labeled product and the manufacturer's labeled product will be available on contract to Members.

NOVATION PHARMACY PURCHASING PROGRAM
2001 INVITATION TO BID (ITB)
AGREEMENT TERM 10/1/2001 - 9/30/2004

## PRIVATE LABEL PRODUCT TRADEMARK LICENSE

If any of the Products listed in Exhibit A to the Supplier Agreement are designated as "Private Label Products," Supplier and Novation agree as follows:

1. **MARKS.** Novation is the owner of all right, title and interest in, to and under the marks "**VHA PLUS®**" and "**NOVAPLUS**™" ("Marks") and is engaged in licensing the Marks solely for use in connection with the manufacture of selected high quality products and services and the distribution and sale of such products and services to the Members.

2. **GRANT.** Novation grants to Supplier, and Supplier accepts from Novation, a nonexclusive license for the Term to use the Marks solely in connection with the manufacture of the Private Label Products and the distribution and sale of the Private Label Products in the United States to the Members.

3. **TRADEMARK NOTICES.** Supplier will legibly apply the appropriate Mark or Marks to each item and all cartons and cases of and for each and every one of the Private Label Products manufactured, distributed or sold under the Supplier Agreement strictly in accordance with the provisions of the Novation Graphics Standards Manual, a current copy of which Supplier acknowledges having received, as amended by Novation from time to time. The initials "TM" or the letter "R" encircled will be used as directed from time to time by Novation on all advertising, promotional, packaging and wrapping material and any other material where the Marks appear. Except as may be otherwise required by law, neither the name of Supplier nor any other name or trademark may be used with respect to any Private Label Product without Novation's prior written consent.

4. **QUALITY CONTROL.** Supplier will not use the Marks other than in connection with the Private Label Products. The Private Label Products will be at least equal in quality to comparable unlicensed products as then manufactured and marketed by Suppler. Novation may from time to time modify or supplement the quality standards applicable hereunder upon written notice to Supplier with the approval of Supplier, which approval will not be unreasonably withheld or delayed. Supplier will promptly furnish to Novation, without cost, any samples of advertisements or other then existing uses of the Marks requested by Novation.

5. **GOODWILL.** Supplier recognizes the great value of the publicity and goodwill associated with the Marks and, in such connection, acknowledges that such goodwill, and all rights in the Marks, exclusively belong to Novation. All use of the Marks by Supplier will inure to the benefit of Novation.

6. **SPECIFIC UNDERTAKINGS.** During the Term, Supplier agrees that (i) it will not attack the title of Novation in and to the Marks, nor will it attack the validity of the license granted hereunder; (ii) it will not harm or misuse the Marks or bring the Marks into disrepute; (iii) it will manufacture, sell and distribute the Private Label Products in an ethical manner and in accordance with the terms and intent of the Supplier Agreement; (iv) if any Private Label Product is a pharmaceutical covered by a Medicare/Medicaid rebate agreement with any federal or state agency, it will include such Private Label Product with a unique NDC number in its rebate agreements and pay any rebates due on such Private Label Products; and (v) it will use its best efforts to sell the Private Label Products.

NOVATION PHARMACY PURCHASING PROGRAM
2001 INVITATION TO BID (ITB)
AGREEMENT TERM 10/1/2001 - 9/30/2004

7.	**REGISTRATION AND ENFORCEMENT.** Registration and any other protection for the Marks will only be obtained by Novation in its name and at its expense. Supplier will furnish to Novation at its request any information about, and specimens illustrative of, the manner of use of the Marks by Supplier. Enforcement of the Marks by the institution of litigation or otherwise will be in the sole discretion of Novation, but Supplier will at its own expense cooperate with Novation by providing documentary evidence, employee testimony or the like in any enforcement action undertaken by Novation and will notify Novation in the event that Supplier obtains information related to infringement of the Marks.

8.	**REPORTS.** At each of the times Supplier submits a report covering all Products as required under Subsections 7.a and 7.b of the Supplier Agreement, Supplier will also submit to Novation at the same time and place a supplemental report for Private Label Products in the same format and containing the same information as the report covering all Products, except that the information contained in such supplemental report will relate only to Private Label Products and the associated License Fees.

9.	**LICENSE FEE.**

   a.	**Calculation.** Supplier will pay to Novation, in addition to the Marketing Fees payable under Section 9 of the Supplier Agreement and as the authorized collection agent for each of the Clients and certain of each Client's subsidiaries and affiliates, respectively (and not collectively), trademark license fees ("License Fees") belonging to any of the Clients or certain of their subsidiaries or affiliates equal to _____ percent (_____%) of the aggregate gross charges of all net sales of the Private Label Products to the Members directly or indirectly from Supplier. Such gross charges for Private Label Products will be determined in the same manner as gross charges are determined for all Products under Subsection 9.a of the Supplier Agreement.

   b.	**Payment.** On or about the Effective Date, Novation will advise Supplier in writing of the amount determined by Novation to be Supplier's monthly estimated License Fees. Thereafter, Supplier's monthly estimated License Fees may be adjusted from time to time upon written notice from Novation based on actual purchase data. No later than the tenth (10th) day of each month, Supplier will remit the monthly estimated License Fees for such month to Novation. Such payment will be adjusted to reflect the reconciliation between the actual License Fees payable for the second month prior to such month with the estimated License Fees actually paid during such prior month. Supplier will pay all estimated and adjusted License Fees by check made payable to "Novation, LLC." All checks should reference the Supplier Agreement number. Supplier will include with its check the reconciliation calculation used by Supplier to determine the payment adjustment, with separate amounts shown for each Client's component thereof. Checks shall be sent by first class mail or by courier to the addresses set forth in Subsection 9.b of the Supplier Agreement.

10.	**ADMINISTRATIVE DAMAGES.** Novation and Supplier agree that Novation would incur additional administrative costs if Supplier fails to provide reports as required in Section 8 above or if Supplier fails to pay License Fees as required in Section 9 above, in each case within the time and manner required therein. Novation and Supplier therefore agree that the schedule of administrative damages in, and the other relevant provisions of, Section 10 of the Supplier Agreement will be applicable in the event of any such failure.

Confidential                                                                                                                       BOEH04393948

NOVATION PHARMACY PURCHASING PROGRAM
2001 INVITATION TO BID (ITB)
AGREEMENT TERM 10/1/2001 - 9/30/2004

11. **LICENSE TERMINATION.** The license granted to Supplier hereunder will terminate upon the expiration or other termination of the Supplier Agreement; provided, however, that in the event of termination without cause by Novation upon at least ninety (90) days' prior written notice in accordance with Section 3 of the Supplier Agreement, the license will be extended beyond the effective date of termination solely for the purpose of permitting the distribution and sale of the Private Label Products in the United States to the Members to the extent necessary to permit Supplier to sell reasonable levels of finished goods inventories existing on the date that Supplier receives the written notice of termination. Novation will not be responsible for the costs of any unsold finished goods or any unused packaging materials. All unused packaging materials containing the Marks will be destroyed by Supplier on or about the effective date of termination.

12. **REMEDIES.** Supplier recognizes and acknowledges that a breach by Supplier of any of its covenants, agreements or undertakings relating to the Marks or any infringement of the Marks may cause Novation irreparable damage which cannot be readily remedied in damages in an action at law, thereby entitling Novation to immediate injunctive relief relative to products bearing the Marks, costs and reasonable attorneys' fees.

13. **RECOVERY OF LICENSE FEES.** Novation reserves, on behalf of itself and the Clients, the right to recover all loss of License Fees (i) that would have been payable to Novation on behalf of the Clients but for Supplier's breach through the date of termination of the Supplier Agreement by Novation due to Supplier's breach and for one hundred eighty (180) days thereafter; (ii) resulting from any unacceptable discontinuation of any of the Private Label Products or changes in packaging which render any of the Private Label Products substantially different in use, function or distribution; or (iii) resulting from any failure of Supplier to supply the Private Label Products in accordance with the terms of the Supplier Agreement.

14. **NO SUBLICENSE.** Supplier will not sublicense any of its rights under this trademark license.