# Exhibit 155

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

**Novation**®
The Supply Company of VHA & UHC

NOVATION LLC
The Supply Company of VHA and UHC

> **PHASE 3:**
> **REQUEST FOR PRICING QUOTATIONS**
> **AND**
> **ONLINE BID SYSTEM**

NOVATION PHARMACY PROGRAM
March 1, 2004

**RESPONSE DUE:**
Electronic submission:  Thursday, April 8, 2004, 12:00 noon (CST)
Written submission:  Friday, April 9, 2004, 3:00 p.m. (CST)

ENVELOPE MUST BE SEALED AND MARKED
"PHASE 3 — PHARMACY BID ENCLOSED"

**PHASE 3 BID OPENING TIME:**
Tuesday, April 13, 2004, 9:00 a.m. (CST)

**RETURN TO:**
NOVATION
ATTN. PHARMACY BUSINESS UNIT
125 EAST JOHN CARPENTER FREEWAY
IRVING TX  75062-2324

**SUBMIT BID QUESTIONS TO:**
rxbids@novationco.com

**FOR TECHNICAL ASSISTANCE WITH THE ONLINE BID SYSTEM, CALL:**
(800) 327-8116

RLI-TX 28119
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00127471
ROX034-4020

# TABLE OF CONTENTS

I.   BID SPECIFICATIONS
  - NOVAPLUS® PRODUCT BID ELIGIBILITY
  - NOVAPLUS® BID REQUIREMENTS AND SPECIFICATIONS

II.  BID INSTRUCTIONS
  - GENERAL INFORMATION
  - ONLINE BID SYSTEMS INSTRUCTIONS

III. WRITTEN RESPONSE
  - CHECKLIST AND BID CERTIFICATION

IV.  AWARD CRITERIA AND NOTIFICATION


ATTACHMENT A:   LIST OF DISPROPORTIONATE SHARE HOSPITALS (DSH)

ATTACHMENT B:   LIST OF TEACHING HOSPITALS

ATTACHMENT C:   ALTERNATE CARE SITE DEFINITIONS

RLI-TX 28120
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00127472
ROX034-4021

**NOVATION LLC**
2004 INVITATION TO BID (ITB)
NOVATION PHARMACY PROGRAM
PROPOSED AGREEMENT TERM: OCT. 1, 2004 – SEPT. 30, 2007
NOVAPLUS® PRODUCT AGREEMENT TERM: OCT. 1, 2004 – SEPT. 30, 2009

# I.  BID SPECIFICATIONS

PHASE 3 BID RESPONSE DUE DATE

- Electronic Submission:  Thursday, April 8, 2004, at 12:00 noon CST
- Written Submission:  Friday, April 9, 2004, at 3:00pm CST
- **If a supplier's *WRITTEN* confirmation is not at the Novation office by 3:00 p.m. CST on the designated date, Novation reserves the right to not award any items to such supplier.**

LENGTH OF CONTRACT

- Three years:  Oct. 1, 2004 to Sept. 30, 2007
- Novation reserves the right to extend any product item with two (2) one-year extensions.
- NOVAPLUS terms may be up to five (5) years with two (2) one-year extensions at the discretion of Novation.

PRODUCT SPECIFICATIONS

- Pharmaceuticals and related pharmacy products.
- Novation has determined that certain products are NOT available for awards through this bid, and has indicated such items with an "N" in the biddable column in the Item Master section of the online bid entry system.

BID RESPONSES

- Products and pricing must be entered in the online bid entry system and submitted electronically.
- Written responses submitted via facsimile machine will not be accepted.
- Envelope containing written response must be sealed and marked "Phase 3 — Pharmacy Bid Enclosed."
- Responses must include all items on the checklist and must be signed by an authorized representative of the bidder.

LATE RESPONSES

Novation will not accept late responses.

---

RLI-TX 28121
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00127473
ROX034-4022

NOVATION LLC
2004 INVITATION TO BID (ITB)
NOVATION PHARMACY PROGRAM
PROPOSED AGREEMENT TERM:  OCT. 1, 2004 – SEPT. 30, 2007
NOVAPLUS® PRODUCT AGREEMENT TERM: OCT. 1, 2004 – SEPT. 30, 2009

# I.  BID SPECIFICATIONS
# NOVAPLUS PRODUCT BID ELIGIBILITY

## NOVAPLUS PRODUCTS ELIGIBLE FOR BID*

| | |
|---|---|
| Acyclovir | Famotidine vial |
| Atracurium besylate | Idarubicin |
| Dipyridamole | Levocarnitine |
| Dobutamine sol. | Pentamidine |
| Dobutamine vial | Tobramycin |
| Enalaprilat | |

## NOVAPLUS PRODUCTS ELIGIBLE FOR UHC ONLY*

| | |
|---|---|
| Alfentanil | Sevoflurane |
| Butorphanol tartrate | Sufentanil |
| Hetastarch | Vancomycin |
| Isoflurane | Vecuronium |
| Ketorolac | Midazolam |

## NOVAPLUS PRODUCTS NOT ELIGIBLE FOR BID**

| | | |
|---|---|---|
| Alprostadil | Cyclophosphamide | Ifosfamide |
| Amikacin | Cytarabine | Leucovorin |
| Amiodarone | Dacarbazine | Megestrol acetate |
| Amphotericin-B | Daunorubicin | Mesna |
| Bleomycin | Diltiazem | Milrinone |
| Bumetanide | Doxorubicin | Milrinone premix |
| Cathflo™ Activase® | Esmolol | Mitomycin |
| Carboplatin | Etoposide | Paclitaxel |
| Cefazolin | Famotidine premix | Pamidronate |
| Cefotan | Floxuridine | Promethazine |
| Cefotaxime sodium | Fluconazole premix | Propofol |
| Cefuroxime | Haloperidol decanoate | Thiotepa |
| Cisplatin | Haloperidol lactate | Ticarcillin/clavulanate |
| Cladribine | Hydralazine | Vinorelbine |
| Clindamycin | Ifosfamide/mesna kit | |

*The online bid system displays these items in the "Item Master" tab, and the first column indicates a "Yes" in the "Biddable" field.

**The "Biddable" column indicates a "No" on these items.

RLI-TX 28122
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00127474
ROX034-4023

**NOVATION LLC**
2004 INVITATION TO BID (ITB)
NOVATION PHARMACY PROGRAM
PROPOSED AGREEMENT TERM:  OCT. 1, 2004 – SEPT. 30, 2007
NOVAPLUS® PRODUCT AGREEMENT TERM: OCT. 1, 2004 – SEPT. 30, 2009

# II.  BID SPECIFICATIONS
# NOVAPLUS BID REQUIREMENTS AND SPECIFICATIONS

### NOVAPLUS PRIVATE LABEL PRODUCTS
With a 17-year record of success and more than $1.3 billion in annual member purchases, NOVAPLUS provides VHA, UHC and HPPI members with a competitive advantage in the marketplace. Novation works with manufacturers of all sizes to offer products frequently used by members in the private label.

First introduced in 1985 as VHA PLUS®, the NOVAPLUS brand has helped smaller manufacturers — with less common market recognition — compete effectively with manufacturers many times their size. In some situations, the NOVAPLUS products have eclipsed leading national brands as the market share leader within VHA and UHC organizations.

In addition, as pharmaceutical products near their patent expirations, many manufacturers choose to provide these products in the NOVAPLUS label at the off-patent price prior to patent expiration as a way to maintain market share. The member hospitals realize the great benefits from such a strategy and respond by choosing NOVAPLUS.

NOVAPLUS delivers value to suppliers through:

- solid brand recognition with VHA and UHC members and HPPI members and clients
- strong marketing and service delivery focus
- member loyalty
- increased market share
- the ability to offer unique value without eroding margins in other markets

NOVAPLUS supply partners are carefully selected and consistently evaluated though a rigorous quality assurance process. Novation's quality assurance/regulatory affairs team regularly conducts inspections of the manufacturing plants and their processes for all NOVAPLUS products.

### PRIVATE LABEL OPPORTUNITY
Manufacturers interested in participating in the NOVAPLUS private label program should complete the following requirements by Sept. 30, 2004:

- Novation Private Label Supplier Agreement
- Private Label Memorandum of Understanding
- Novation QA/RA audit of facilities
- adherence to private label graphic standards
- wholesalers stocked with 60 days of inventory

RLI-TX 28123
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00127475
ROX034-4024

### NOVAPLUS PRICING IN THE ONLINE BID SYSTEM

Suppliers proposing NOVAPLUS quotations as part of this bid are required to input the price in the online bid system. Follow the instructions on pages 10-12 for entering a **Baseline Quote** with the modifications noted below:

- Make the **Quote Number** (not quote name) start with the word "NOVAPLUS" and the product name or contract ID should follow.
  - Example: <u>Novaplus 1234</u> or <u>NOVAPLUS pentamidine</u>
  - Do not include the same products in your other "core business" baseline quote.

- Make the **Admin Fee** equal to zero and submit all information related to fees and fee structures in written format. The NOVAPLUS portfolio offers manufacturers unique opportunities to provide value in diverse contracting scenarios, and the written format allows greater flexibility to present this value. Based on the types of value currently in place with our existing NOVAPLUS agreements, the online bid system may limit your ability to fully respond with an appropriate offer.

- When uploading or manually entering products to a NOVAPLUS quote, include your company labeled product NDC numbers as well as NOVAPLUS NDC numbers when available.

### WRITTEN OFFER (BID)

Each bidder intending to submit a NOVAPLUS proposal should respond to the Trademark License Agreement, provided in the Phase 1 document and available upon request.

To maintain the integrity of the NOVAPLUS brand, suppliers should also be prepared to make additional commitments including but not limited to:

- acceptance of the Private Label Memorandum of Understanding between manufacturer and Novation

- indication of willingness to submit to QA/RA audit

- indication of willingness to maintain market-competitive pricing within a defined time when an offer of a market-wide lower price is confirmed

- indication of willingness and ability to conform to NOVAPLUS graphic standards

- pricing for both manufacturer-labeled and NOVAPLUS-labeled product

- alternate site pricing, if applicable*

It is Novation's expectation that both the NOVAPLUS-labeled product and the manufacturer's labeled product will be available on contract to members.

**RLI-TX 28124**
**Highly Confidential**
**Attorneys' Eyes Only**

RLI-AWP-00127476
ROX034-4025    L

NOVATION LLC
2004 INVITATION TO BID (ITB)
NOVATION PHARMACY PROGRAM
PROPOSED AGREEMENT TERM:  OCT. 1, 2004 – SEPT. 30, 2007

# III.  WRITTEN RESPONSE

## CHECKLIST AND BID CERTIFICATION

Please sign and return these two pages along with the required reports, to indicate that the following steps have been completed or included.  Failure to submit any of the requested information in your written offer may result in disqualification of the bid.

Checklist of required items:

| (✓) | STEP | VIA | TO | BY |
|---|---|---|---|---|
|  | Create and submit pricing quotations online as described in the Bid Specifications | Online Web connection | *www.novationco.com* | 4/8/2004 |
|  | Send one printed copy of all Quote Reports from the online bid system and supporting documents as described in III. Written Response. | Printed copy | 125 E. John Carpenter Freeway Irving, TX 75062-2324 | 4/9/2004 |
|  | Send one signed copy of the Checklist and Bid Certification | Printed copy | 125 E. John Carpenter Freeway Irving, TX 75062-2324 | 4/9/2004 |
|  | Current Product Catalog | Printed or Diskette | 125 E. John Carpenter Freeway Irving, TX 75062-2324 | 4/9/2004 |
|  | Current wholesale/distributor price list | Printed or Diskette | 125 E. John Carpenter Freeway Irving, TX 75062-2324 | 4/9/2004 |

**I hereby certify that all of the items checked above are included in our company's bid response and that all quoted information has been submitted in accordance with the instructions set forth in this ITB.  I further certify and agree that:**

1.  Upon receipt by Novation of the enclosed bid response, all submitted documents shall become the property of Novation.  Responses may be reviewed and evaluated by individuals other than competing bidders at the discretion of Novation.

2.  The Proposed Novation Pharmacy Supplier Agreement shall become a part of the bid only to the extent that any exceptions and deviations contained therein are agreed to by Novation.  An authorized agent of bidder has signed the Agreement.

3.  Bidder may withdraw its bid response by delivering to Novation a written notice of withdrawal at any time prior to the Bid Opening Time.  However, the bidder may not resubmit a withdrawn bid prior to the Bid Opening Time, except in Novation's sole discretion, and in no event may Bidder resubmit a withdrawn bid after Bid Opening Time.  Bidder may not withdraw its bid after Bid Opening Time.  Novation reserves the right to extend the time for responding to this invitation to bid.

4.  Bidder shall provide to Novation answers or clarifications to the bid response or technical data for any product subject to the bid within five working days after it receives a request from Novation.  All answers, clarifications and technical data provided pursuant hereto shall become part of the bid response and shall become the property of Novation upon receipt.

5.  At the Bid Opening Time, Novation will open the bid responses and read publicly the names of each bidder.  All responding suppliers are welcome to attend.

6.  Novation shall have complete discretion in determining which bidders, if any, shall be awarded a supplier agreement.  A pharmacy products supplier agreement may be awarded for a product, a product line or a family of

RLI-TX 28125
Highly Confidential
Attorneys' Eyes Only
RLI-AWP-00127477
ROX034-4026          F

products consisting of sole-source and multisource products.  In addition to price, other factors that Novation may use to evaluate bids may include, but are not limited to: 1) criteria which affect acceptability, including inspection, testing, quality, workmanship, delivery and suitability for a particular purpose; 2) criteria that affect price, including rebates, free goods, volume discounts, pricing on an item that is contingent upon the award of one or more distinct item(s) and payment terms; 3) criteria relating to value-added goods and services; 4) criteria relating to the costs of converting from the member's existing supplier to the new supplier; 5) criteria that consider the manner of distributing the products, including distribution through Authorized Distributors; 6) criteria relating to the use of generally accepted standards of electronic transmission for the processing of orders, invoices and other transactions; and 7) criteria relating to the payment of fees and incentives payable to Novation on behalf of VHA and UHC.

7.    Any oral comments or response made by Novation personnel with respect to any question shall not be binding upon Novation.

8.    Bidder shall meet the terms, conditions and specifications of this invitation to bid.  Bidder has clearly indicated all desired changes to the Novation Pharmacy Supplier Agreement by "redlining" the agreement as described in the instruction section of this bid. If the proposed Novation Pharmacy Supplier Agreement terms include any changes, Novation, in its sole discretion, may reject the bid on that basis alone.  Novation also reserves the right to accept the bid with the changes, to waive any technicality in the bid (and/or the Supplier Agreement) and to accept any part of the bid (and/or the Supplier Agreement).

9.    Bidder also certifies that 1) bidder has not directly or indirectly entered into any agreement, participated in any collusion or otherwise taken any action or restraint of free competitive bidding in connection with the ITB; 2) the terms in the bid response have been arrived at independently without consultation, communication or agreement as to any matter relating to such prices with any other bidder or with any competitor; 3) unless otherwise required by law, the terms quoted in the bid response have not been knowingly disclosed by bidder and will not knowingly be disclosed by bidder directly or indirectly to any other bidder or to any competitor; and 4) no attempt has been made or will be made by bidder to induce any other person or firm to submit or not to submit a bid for the purposes of restricting competition.

10.   In exchange for consideration of bidder's bid response and other good and valuable consideration, the receipt of which is hereby acknowledged, bidder, on behalf of itself as well as its shareholders, officers, directors, successors, assigns and affiliates (collectively "Bidder"), hereby releases, acquits and forever discharges Novation LLC ("Novation"), VHA Inc. ("VHA"), University HealthSystem Consortium ("UHC") and Healthcare Purchasing Partners International, LLC ("HPPI"), their officers, directors, affiliates, members, successors and assigns (collectively the "Released Parties") from any and all claims, causes of action, suits, controversies and demands whatsoever, in law or in equity, present or future, whether known or unknown, including but not limited to claims for fraud, antitrust violations, negligent misrepresentation, tortious interference or the like, that it may have against the Released Parties arising out of, based upon or in any way related to the ITB, bid response, the Released Parties' selection of supplier(s) other than Bidder, or any other matter arising out of the ITB or this response, save and except claims expressly addressed by a subsequent supplier agreement between Bidder and Novation, should such a contract be awarded. BIDDER EXPRESSLY RELEASES THE RELEASED PARTIES FOR ANY AND ALL CLAIMS OF NEGLIGENCE, INCLUDING THOSE ARISING FROM THE NEGLIGENCE OR GROSS NEGLIGENCE OF THE RELEASED PARTIES.  Under no circumstances will the Released Parties be liable to the Bidder for any direct, consequential, incidental, indirect, special or punitive damages arising out of the ITB, the bid response, or the selection of parties other than Bidder or any related matter, whether based on, but not limited to, loss of use, lost profits or revenue, interest, lost goodwill, lost opportunity, or the like, without regard to the theory of liability asserted.

**ACCEPTED:**

Company:       _____

Authorized
Representative
Signature:     _____

Title:         _____      Date:  _____

**RLI-TX 28126**
**Highly Confidential**
**Attorneys' Eyes Only**

RLI-AWP-00127478
ROX034-4027

NOVATION LLC
2004 INVITATION TO BID (ITB)
NOVATION PHARMACY PROGRAM
PROPOSED AGREEMENT TERM:  OCT. 1, 2004 – SEPT. 30, 2007

# IV.  AWARD CRITERIA AND NOTIFICATION

### DECISION AWARD CRITERIA

Supplier Agreement awards are made by Novation with input from member advisory councils.  A combination of financial and non-financial criteria will be used to determine the lowest best bid(s).  Novation award decisions will give consideration to innovative technology that provides incremental benefits for patient care, patient safety or employee safety.

**Non-financial Award Criteria** — The non-financial award criteria are outlined below.  These performance criteria are provided and assigned a weight by the Novation Pharmacy Purchasing Council.  This is provided to give each supplier an opportunity to respond in a manner that meets Member and Novation expectations for suppliers.  Current Suppliers in particular should take this opportunity to increase their Member commitment in these areas.

- **Pricing Policy** — It is the members' expectation that pricing will be firm for the three-year period.  Points will be subtracted from the supplier's score with decreased commitment to members on pricing. The responses will be grouped as follows:

    - No price increases
    - Annual price increase with cap
    - No price protection

- **Failure to Supply terms** — The supplier should be able to meet Member demand for the product and support the customer if the supplier is unable to meet this obligation.  Supplier must agree with Force Majeure language.  Points will be subtracted for any deviation from the Supplier Agreement that reduces compensation or adds complexity to the Failure to Supply process for Members.

- **Market Competitive Language** — It is Members' expectation that by participating in the Novation Pharmacy Program, they will receive the best pricing in the market from suppliers.  Commitment to this principle will be measured by the supplier's response to the market competitive language in the Novation Pharmacy Supplier Agreement.  Responses will be grouped as follows:

    - No changes
    - Minimal changes
    - Significant changes

- **Class of Trade** — The supplier will be scored based on the number of classes of trade that are eligible to access contract pricing on awarded products.

- **Bar Coding** — The supplier will be given full credit for criteria if all awarded products are bar coded to the unit of use.  No credit will be given if all products do not meet this standard.

- **Price Discounts** — It is the members' preference that value be obtainable through upfront price discounts.  Suppliers will be awarded points based on the method that is utilized to provide value.  The responses will be grouped as follows:

    - Upfront price
    - Wholesaler credit
    - Rebate directly to member

- **Current Contract Compliance** — Novation measured suppliers' performance during this current agreement term and scored awarded suppliers.  However suppliers with no current Novation agreement

RLI-TX 28127
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00127479
ROX034-4028

will not be disadvantaged in the non-financial equation. Novation has identified three areas that focus on contract compliance history.

- Ability to supply to Novation Authorized Distributors for contracted items.
- Price Increases taken on current Novation Agreements.
- Products discontinued from current Novation Agreements.

**Financial Award Criteria** — This represents the financial impact to Novation and the members.

- **Pricing** — competitive pricing, ease of access to programs, rebates vs. off invoice discounts, fixed pricing, alternate site, teaching hospital, disproportionate share hospital and integrated delivery system value.

- **Fees and incentives to Novation** — Each proposal should include information on the fees and any incremental incentives to be paid to Novation on behalf on its clients VHA, UHC and HPPI. Fees should be described as a percentage of sales. *(In the case of NOVAPLUS trademark license agreements; margin share arrangements can be described as a percent of the gross sales margin.)* Incremental incentives should be explained in detail as to the purpose, value, method, and time of calculation.


## AWARD NOTIFICATION

Novation will notify suppliers of the product awards by June 10, 2004, with contract prices to be effective Oct. 1, 2004, through Sept. 30, 2007. Each supplier will be required to provide a confirmation list of awarded products and pricing to Novation no later than July 1, 2004. Instructions for how to utilize the online bid system to provide such notification will accompany the award notification. Novation will provide confirmation of awards to the Authorized Distributors by August 2, 2004.

**RLI-TX 28128**
**Highly Confidential**
**Attorneys' Eyes Only**

RLI-AWP-00127480
ROX034-4029

NOVATION LLC
2004 INVITATION TO BID (ITB)
NOVATION PHARMACY PROGRAM
PROPOSED AGREEMENT TERM:  OCT. 1, 2004 – SEPT. 30, 2007

# ATTACHMENT A:  LIST OF DISPROPORTIONATE SHARE HOSPITALS (DSH)

*PROVIDED AS AN EXCEL FILE AND ATTACHED TO AN EMAIL*

*SENT TO ALL BID SYSTEM USERS ON*

*MARCH 1, 2004*

**RLI-TX 28129**
**Highly Confidential**
**Attorneys' Eyes Only**

RLI-AWP-00127481
ROX034-4030

NOVATION LLC
2004 INVITATION TO BID (ITB)
NOVATION PHARMACY PROGRAM
PROPOSED AGREEMENT TERM:  OCT. 1, 2004 – SEPT. 30, 2007

# ATTACHMENT B:  LIST OF TEACHING HOSPITALS

*PROVIDED AS AN EXCEL FILE AND ATTACHED TO AN EMAIL*

*SENT TO ALL BID SYSTEM USERS ON*

*MARCH 1, 2004*

**RLI-TX 28130**
**Highly Confidential**
**Attorneys' Eyes Only**

RLI-AWP-00127482
ROX034-4031

NOVATION LLC
2004 INVITATION TO BID (ITB)
NOVATION PHARMACY PROGRAM
PROPOSED AGREEMENT TERM:  OCT. 1, 2004 – SEPT. 30, 2007

# ATTACHMENT C:  ALTERNATE CARE SITE DEFINITIONS

**Introduction:**
Novation serves a variety of alternate care sites and wants to obtain pricing from our pharmaceutical supply partners for these alternate sites of care. Each Novation pharmaceutical supplier is encouraged to offer all of their items for contract consideration to all classes of trade without restriction.

**VHA Alternate Site Participants:**
Novation has established a variety of product portfolios to serve health care delivery systems. Alternate site of care facilities that are owned or leased (effectively controlled) by a VHA Shareholder, Partner, or affiliate are eligible to access Novation agreements through a sponsoring VHA Shareholder, Partner, or affiliate. The "controlled" relationship may be any variety of ownership, lease, or long-term management. The term "control" means the possession of the power to direct or cause the direction of management and policies of the health care organization. The only requirement for a VHA member organization to sponsor a site outside of the hospital is that the acute care hospital must be a participant in the Novation Pharmacy Program.

**UHC Alternate Purchasing Locations:**
An alternate purchasing location is defined as a health care provider ( other than an acute care hospital) operated legally and organizationally as an integral and component part of either a UHC member or associate member or the entity that operates and controls the UHC member or associate member.

**Novation Classes of Trade for Alternate Care Settings:**

Long Term Care Facilities and Providers (Closed Pharmacy)
- <u>Nursing home</u>: provides regular, intermediate care for individuals who do not require the degree of care or treatment of a skilled nursing unit. Nursing homes have either an on-site or an off-site pharmacy.
- <u>Retirement center</u>: provides residential care for the elderly who do not need nursing or medical services but might need some daily living assistance
- <u>Skilled nursing facility</u>: provides 24 hour medical and nursing care services, therapy and social services under the supervision of a registered nurse
- <u>Sub-acute facility</u>: provides skilled nursing care for three or more hours per day for patients needing ventilator, enteral, parenteral, respiratory or intravenous therapy. Sub-acute care is the level below that of tertiary or acute care but above care provided by most long-term care facilities.

Ambulatory Care Centers
- Outpatient center: provides services to outpatients that can include laboratory or diagnostic testing
- Surgery center: provides scheduled surgical services for patients who do not require an overnight hospital stay
- Oncology center: provides cancer treatment using drugs or chemicals
- Dialysis center: provides renal insufficiency treatment
- Ambulatory care center: nonacute site that provides primary or specialty care

**RLI-TX 28131**
**Highly Confidential**
**Attorneys' Eyes Only**

RLI-AWP-00127483
ROX034-4032

Home Health Care
- Home health care: provides home services such as nursing, therapy, and health-related or social services
- Home infusion: infusion therapy services provided at home
- Hospice: provides palliative care, chiefly medical relief of pain and supportive services for terminally ill patients and their families. Care can be provided for inpatients or at home
- DME/HME: durable medical equipment for the home based patient

Physician Clinics and Offices
- Clinical or medical group: special medical clinics serving a target population including family and general physician practices
- Physician's office: physicians who provide patient care and services in an office or office building

Managed Care Plan (Closed)
- Staff model health maintenance organization
- Group model health maintenance organization

Retail Facilities
- Retail outlets: provide prescription and over-the-counter drugs and other health-related items to patients discharged from the hospital and to the general public


The above definitions will be utilized by Novation during the bid process. If you do not agree with these definitions, you will need to supply Novation with your definitions, which will be considered as an exception. It is critical to our supplier agreements that alternate site classes of trade are clearly defined and agreed upon.

**RLI-TX 28132**
**Highly Confidential**
**Attorneys' Eyes Only**

RLI-AWP-00127484
ROX034-4033      L

# II.  BID INSTRUCTIONS
## GENERAL INFORMATION

This section includes the instructions for responding to the Novation LLC ("Novation") Pharmacy Program Invitation to Bid Phase 3.  This ITB is offered on behalf of certain participating health care providers defined as "Members" in Section 1 of the Pharmacy Supplier Agreement received in Phase 1.  **Please read this package carefully and completely.**  Should your company elect to respond to this ITB, it is essential that all requested information be completed and an authorized representative of your company sign all appropriate documents.

### QUIET PERIOD
A "quiet period" will be in effect from March 1 through April 13, 2004.  Any questions about this ITB during the quiet period should be directed by email to *rxbids@novationco.com*.  For technical assistance with the online bid system, please call Novation at (800) 327-8116.  You may not contact other Novation personnel during this period for any information or questions regarding this bid.  Novation may respond via e-mail to questions on each Friday during the quiet period.  If Novation so responds, the question(s) and answer(s) will be provided to all suppliers that have received a Phase 3 ITB using the e-mail addresses for each user of the online bid system. Novation reserves the right not to make a response.

### SUBMIT PRICES FOR SOLE-SOURCE AWARDS
Suppliers submit price quotes by National Drug Code (NDC) number to Novation.  It is our intention to award one item for every grouping of same items among competitors.  Novation markets baseline price awards to over twelve thousand acute, nonacute and physician-related organizations with a collective buying volume of $9 billion in 2003.

### TIERED PRICING PROGRAMS AND QUOTES
In order for Novation to consider a tiered pricing program for award, the supplier must first include a base price discount offer.  Incremental price discounts tiers may then be bid using the online bid system and supporting documents.  Each price program must include a program name; sign up or automatic enrollment requirements; class of trade eligibility; price start and end date; and fee percentage.

The supplier will describe the criteria for each tier whether it is market share or volume or both and provide the parameters for every achievement criteria.  Provide a list of items in the program and prices for all items for each tier.  If the criteria includes market share, provide a list of all products by NDC in the market share basket.

### RETROACTIVE REBATES TO MEMBERS
Rebate offers are not preferred by Members and are penalized compared to up-front price offers in Novation's evaluation process due to the timeliness of the benefit and the resources necessary to track payments.  Suppliers must submit a baseline offer on the rebated items in order to submit a rebate quote on these items.  The best rebate offer would be paid by credit memo to the member's wholesaler account no more than thirty days after each quarter.  Novation will not accept or distribute retroactive rebate payments on behalf of the members.  Each rebate should be described in detail as to required criteria, value offered, method of distribution, and timing of calculation and payments.

### PRODUCT GROUPINGS
Suppliers may include product families or groups expecting Novation to award the group in its entirety in order to provide incremental value.  However, bids restricting Novation's ability to aggregate optimum value through mandatory linkage across non-related product lines, or bids offering corporate bundles will be refused accordingly.  All products must be included in a baseline quote in order to create a product groupings quote in

RLI-TX 28133
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00127485
ROX034-4034      F

the online bid system. Among the information to be included is award status of Sole, Dual, or Multi-awards allowable.

## NON-ACUTE PRICING
As health care continues to change and the delivery of care moves from the inpatient to outpatient environment, the ability to provide value across the continuum of care continues to grow in importance. Novation currently represents more than 2,000 acute care members and 10,000 other healthcare providers. Pricing equivalent to acute care pricing is encouraged across all classes of trade. Quotes excluding non-acute classes of trade will be penalized compared to quotes offering non-acute pricing in Novation's award process. Novation serves a variety of non-acute healthcare providers including ambulatory care, home health care, long term care, physician clinics, staff model HMO's and retail pharmacies.

## MEMBER SEGMENTS
Novation uses the term member segment to describe a group of members who share a common quality or need, but not necessarily related to their trade class. The examples of DSH, Teaching Hospitals, and IHS as described below represent member segments.

## DISPROPORTIONATE SHARE HOSPITALS (DSH) PRICING
Novation represents approximately 70 VHA, UHC and HPPI disproportionate share organizations with an annual combined acute care drug spending of $1.1 billion. The *Medicare Prescription Drug, Improvement, and Modernization Act of 2003* (MPDIMA) allows for better inpatient pricing exempted from the Medicaid best price calculation for qualified publicly funded safety-net hospitals. Novation intends to provide a discounted contract portfolio to these DSH organizations and expects suppliers to submit a DSH contract offering through this bid process.

Suppliers offer pricing to disproportionate share hospitals by submitting a member segment quote in the online bid system. In the award status field, click the pull down box and select "DSH pricing." A list of VHA, UHC and HPPI eligible DSH institutions is provided as ATTACHMENT A.

## TEACHING HOSPITAL PRICING
Novation serves a significant number of teaching facilities in the United States. These members are also part of the American Association of Medical Colleges. As stated on their website, *www.aamc.org*, "In pursuing its purpose, the Association works to strengthen the quality of medical education and training, to enhance the search for biomedical knowledge, to advance research in health sciences, and to integrate education into the provision of effective health care." These customers frequently partner with the pharmaceutical industry and, in return, have requested that special pricing be extended to their members.

Suppliers offer pricing to teaching hospitals by submitting a member segment quote in the online bid system. In the award status field, click the pull down box and select "Teaching Hospital." A list of VHA, UHC and HPPI teaching hospitals as reported by the Coalition of Teaching Hospitals (CoTH) is provided as ATTACHMENT B.

## INTEGRATED HEALTH SYSTEMS (IHS) PRICING
Due to their ability to drive product standardization and deliver high market share across multiple healthcare providers, integrated health system members have requested that they be offer uniform pricing across all classes of trade. In addition, please consider the large volumes controlled by these members when constructing volume based price tiers and provide a level appropriate for them. The membership list in the online bid system provides system name in order to group individual members by their system.

RLI-TX 28134
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00127486
ROX034-4035

NOVATION LLC
2004 INVITATION TO BID (ITB)
NOVATION PHARMACY PROGRAM
PROPOSED AGREEMENT TERM:  OCT. 1, 2004 – SEPT. 30, 2007

# II.  BID INSTRUCTIONS

# ONLINE BID SYSTEM INSTRUCTIONS

### *REQUEST FOR PRICING QUOTATIONS*

Novation has developed an online bid system for prospective suppliers to use in preparing their bid responses. **For technical assistance with this system, please call Novation at (800) 327-8116 or email** *rxbids@novationco.com.*

Each supplier should use the unique username and password issued during Phase 2 of this ITB.  If you do not have a username or password, send an email message to *rxbids@novationco.com* and make the subject line read "password."

### Online Bid System Training

Novation is providing training for the online bid system utilizing WebEx technology, an interactive, real-time Web meeting service that integrates teleconferencing.  Five one-hour sessions have been scheduled allowing you to choose one according to your availability.   To enroll, click the corresponding "Enroll" button below or navigate your web-browser to http://novation.webex.com.

| Event | Presenters | Date | Start Time | End Time | |
|---|---|---|---|---|---|
| *Pharmacy Supplier Bid Software Training Session 1* | Novation Contract Staff | 3/04/2004 | 10:00 am CST | 11:00 am | Enroll |
| *Pharmacy Supplier Bid Software Training Session 2* | Novation Contract Staff | 3/09/2004 | 1:00 pm CST | 2:00 pm | Enroll |
| *Pharmacy Supplier Bid Software Training Session 3* | Novation Contract Staff | 3/16/2004 | 10:00 am CST | 11:00 am | Enroll |
| *Pharmacy Supplier Bid Software Training Session 4* | Novation Contract Staff | 3/23/2004 | 1:00 pm CST | 2:00 pm | Enroll |
| *Pharmacy Supplier Bid Software Training Session 5* | Novation Contract Staff | 3/30/2004 | 10:00 am CST | 11:00 am | Enroll |

### Before you Begin

This system is designed to capture quotes from suppliers in a manner that will allow for an award process by Novation, data integration into an online catalog for Members, and pricing synchronization with authorized pharmaceutical wholesalers.  Before you begin, consider how your company would communicate to wholesalers if everything you submit for bid were awarded by Novation.  How many contract numbers (also known as charge back tracing identifiers) would you be sending the wholesalers?

Novation wants you to create as many quote headers as if you were sending all price awards to wholesalers.  As a matter of fact, Novation expects you to provide this actual contract charge back number in the "Quote Number" or "Sub-ID Number" in the case of price tiers.  All awarded suppliers will be required to provide the actual contract charge back number no later than one week after award notification.

**Important:  All prices into the system should represent quantity in which members buy.**  If the product is sold in a carton of 5 vials, do NOT enter the price for one vial.  Verify that the package quantity (PKG QTY) amounts in the Item Master component are correct for each item.  If any are incorrect, please send a spreadsheet to *rxbids@novationco.com* with subject line that reads "Item pkg qty change."  Include NDC numbers and correct package quantity amounts.

RLI-TX 28135
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00127487
ROX034-4036

To begin supplying your company's information, go to *www.novationco.com* and select the "Bid Calendar" link in the narrow gray navigation bar. Near the middle of the screen, select the blue link titled "Pharmacy Portfolio Invitation to Bid (Phase 2 & 3)," then enter your username and password as prompted.

**Home**

You should see a personalized welcome message with your company's name. This is the bid system home page from which you can link to all the functions of the bid system. The home page will also track your progress through the data entry process in order to link you back to unfinished or incomplete components. The Contact Check and Item Attributes Check should already be complete based on your Phase 2 submission.

**Item Master**

This section should have been completed in Phase 2. Continue using it to find usage data and add items not yet present in the system.

*Objective 1: Notify all suppliers which items will and will not be available for bid, and report annual usage history on product categories.*

From the main menu bar, click the **Item Master** link to view all items Novation's system associates with your company. The first column titled "Biddable" indicates whether or not Novation is accepting bids on this item. An "N" in this column indicates a product presentation for which Novation does not intend to make a new product award during this invitation to bid.

Clicking on the NDC will prompt a pop-up window that includes an annual usage amount of member purchases of that item for quick review. You may also download a list of items that will include this usage information. Click on the white **Download** tab on the bottom-right corner of the screen, or select **Reports** from the gray navigation bar. Single click on the Item Master link, and save the file by right clicking on the new Item Master Report link and selecting the "Save target as..." option. Name and place the *.csv file at your own discretion.

> **Background on usage data**: The number in the usage column represents 12 months of purchase history by the members included in the Membership List. It is an aggregated number of companies' products that are exactly like the NDC in your company's item master list.

> For example: if your company markets ibuprofen 200 mg tablets in 100-count bottles, the usage data would report about 162,000 (which equals 1.62 million tablets and does not include unit-dose presentations). This number represents the current awarded Novation supplier's sales and may also include any noncontract sales in the last 12 months.

> Regarding products sold to members in cartons of multiple items, the usage number is the number of *cartons* sold, not the number of items in the carton. For example: if the product is sold in cartons of 25, 2-milliliter vials and the usage number is 423,000, then 10,575,000 2-milliliter vials were sold. For your convenience, we have provided a carton or count quantity field called "Pack_Quantity," which in the two examples above would be 100 and 25, respectively. This pack quantity number should help you identify usage numbers in any format you choose, and may help you with price calculation.

*Objective 2: Add items to Novation's records that are not currently displayed in this system.*

Novation continually refreshes the product lists in this system with updates from First DataBank. If your company's product is not displayed in the **Item Master** list, it is most likely not correct or even included in First DataBank's national drug database file, and your company should take appropriate measures to correct inaccuracies with First DataBank. Otherwise, the item may be incorrectly associated with a different supplier in Novation's records.

In either circumstance, you should add the product by clicking **Add Item** in the bottom-left corner of the **Item Master** page. Then follow either of the bulleted steps below to enter a new product:

> **To copy a similar item that already exists in the market:** To streamline your data entry process, Novation has provided a list of current NDCs from which you may copy another company's item that is exactly like the one you are adding. Sort and search this list (sorting by generic name is recommended) to locate an appropriate item to copy. In the **Copy Item** column of the table, click the round radio button next to the existing NDC, then click **Add Item** in the bottom-left once again. In the next screen you will be asked to provide *your* company's NDC and brand name for this item.

RLI-TX 28136
**Highly Confidential**
**Attorneys' Eyes Only**

RLI-AWP-00127488
ROX034-4037

**To add a brand-new item:** If the list does not include a current item you can copy, click **Add Item** on the first page. On the next screen, click Add Item a second time. You can now click **Add Brand New Item** in the bottom center of the following page to build a new item. Use the drop-down boxes where available, so that the system can recognize your entry. When all the fields have been populated correctly, and you have added any notes for Novation to consider, then click **Add Item** in the bottom left. You will receive either a confirmation message or an error message instructing you to make corrections.

## SUBMIT QUOTES

### Baseline Quotes
Novation's catalog for members contains a base price for every NDC on an agreement, and the online bid system requires every NDC offered in a supplier's bid to be attached to a baseline quote. A supplier can create as many baseline quotes as needed; however, an NDC can only be on one baseline quote for a particular class of trade.

For example: If you are including "00702123456" in your bid to Novation for $1 for all classes of trade except retail which is $1.05, then you would need to set up two baseline price quotes. In the first one possibly named "Core business bid" you select all the class of trade check boxes, attach the NDC above to the quote and enter the price "1.00". On the second baseline quote possibly named "Retail business bid" you only select the check box for the retail class of trade, attach the same item to this quote and enter the price "1.05".

For a second example: You cannot add "00702123456" to two baseline quotes that include the same classes of trade.

### Baseline Quote – Header Information
1. Click **Submit Quotes** in the gray navigation bar, and then click the **Baseline** bar to create a Baseline Quote. (Refer to the print screen example below.)



2. On the "Baseline Quote Details" screen, enter a **Quote Number**, which is a reference number for this quote that the supplier intends to utilize in contract maintenance with wholesalers, if and when Novation awards the quote (e.g. Chargeback ID). If a reference number has not been issued yet, enter a placeholder (letters or numbers) in this field until one has been assigned.

3. Enter a **Quote Name**.

4. Place a checkmark next to the **Classes of Trade** that are eligible for contract pricing.

5. Choose **Discount off WAC** or **Firm Pricing**.

**RLI-TX 28137
Highly Confidential
Attorneys' Eyes Only**

RLI-AWP-00127489
ROX034-4038

a.  If you choose **Discount off WAC**, enter the percentage in decimal format (Example: .03). *The price you intend to enter should already include the discount. Do NOT enter WAC or AWP pricing.*

b.  If you choose **Firm Pricing**, enter start and end dates indicating the length of time for firm pricing. The default dates are Oct. 1, 2004 through Sept. 30, 2007.

6.  You may enter notes in the **Price Notes** free-text field.

7.  Enter an **Admin Fee** percentage in decimal format (Example: .03) for the baseline quote. Once the information in this screen has been saved, you will have the option of modifying the administrative fee for specific NDCs under the **Upload Baseline Quote** or **Manually Enter Baseline Quote** option at the bottom of the page.

8.  **Click Save at the bottom of the screen.** You will receive a red confirmation note at the top of the page indicating if the quote was successfully saved.

9.  Now you have the option of uploading a baseline quote from a file or manually entering a baseline quote.

## Option #1:  Upload Baseline Quote

B.  On the "Baseline Quote Details" screen, click on **Upload Baseline Quote** at the bottom of the page.

C.  You can upload a file already on your computer to enter a quote for all the items you intend to bid. (PLEASE REVIEW THE ITEM MASTER SECTION under the gray **Item Master** bar at the top of the page to ensure which items you chose to bid on. The items listed in the **Item Master** section are based on the response you provided during Phase 2 of the ITB.)

**File Layout** details.

- All uploaded files should be in *tab-delimited* format.
- **NDCs** must be listed as 11-digit codes *without* dashes or spaces. This should be in numeric, text or custom format. Manually typing NDCs with leading zeros may require custom format. (Example:  00074711807)
- **Contract price** should be in numeric format and NOT in currency format (Example:  3.55, not $3.55). Prices of a thousand or more cannot include commas (Example: 1537.00, not 1,537.00).
- **Admin fee** should be in numeric format and NOT in percentage format.  (Example:  0.03, not 3%)
- If you selected **Discount off WAC** as the quote's price structure, you are also required to include a **Discount Value** that must be in numeric format and NOT in percentage format.  (Example:  0.20, not 20%)

D.  Click the **Browse** button, and locate the report you saved on your computer.

E.  If the first row of the data in your file contains column headings, then check the box accordingly.

F.  Indicate which order the columns are saved in the file you uploaded.

G.  Click **Upload From File** near the bottom of the screen. You will receive a red confirmation note at the top of the page indicating if the file was successfully uploaded. (Note: You cannot upload items that are not currently listed in the **Item Attributes** section. The items listed in the **Item Attributes** section are based on the responses you provided during Phase 2 of the ITB.)

H.  Click **View Saved Items** at the bottom of the page to verify that the appropriate information was uploaded.

I.  If you do not intend to submit a quote for an item on the "View Baseline Items" screen, place a check in the **Delete** box to the far right of that line item, then click on the **Delete** tab near the bottom of the page. You will receive a red confirmation note at the top of the page indicating that the NDC was successfully deleted.

J.  To view your Baseline Quote report, click on the gray **Reports** bar at the top of the page. Single click on the appropriate baseline quote link. At the bottom of the page, right-click the Baseline Quote Report link and select either the "Open" or the "Save Target As…" option from the pop-up menu. Name and place

RLI-TX 28138
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00127490
ROX034-4039

the file at your discretion. **You must submit a printed copy of your baseline quote report** as part of your response to this phase of the ITB.

### Option #2: Manually Enter Baseline Quote

A. On the "Baseline Quotes Details" screen, click on **Manually Enter Baseline Quote** at the bottom of the page.

B. Click **Add More** in the middle of the "View Baseline Items" screen. (All of the items listed in the **Item Attributes** section will appear. The items listed in the **Item Attributes** were based on the response you provided during Phase 2.)

C. Manually enter the contract price for each item you intend to bid on. The **Add** box to the far right will automatically be checked beside each line item for which a contract price is added.

D. **REMEMBER to click on the Save tab at the bottom of the page before moving on to the next page.** You will receive a red confirmation note at the top of the page indicating if the NDC was successfully saved. These saved items will be moved to a file.

E. Once you have submitted a contract price for your selected group of items, click **Back** at the bottom of the page to view all the items for which you manually entered pricing in your baseline quote.

F. If you wish to include more items in your baseline quote from the **Item Attributes** page, click **Add More** at the bottom of the page and manually enter your quotes. **REMEMBER to click on the Save tab at the bottom of the page before moving on to the next page.**

G. If you do not intend to submit a quote for an item on the "View Baseline Items" screen, check the **Delete** box to the far right of that line item, then click **Delete** at the bottom of the page. You will receive a red confirmation note at the top of the page indicating if the NDC was successfully deleted.

H. To view your Baseline Quote report, click on the gray **Reports** bar at the top of the page. Single click on the appropriate baseline quote link. At the bottom of the page, right-click the Baseline Quote Report link and select either the "Open" or the "Save Target As..." option from the pop-up menu. Name and place the file at your discretion. **You must submit a printed copy of your baseline quote report** as part of your response to this phase of the ITB.

### Delete an Existing Baseline Quote

1. Click the gray **Submit Quotes** bar at the top of the page and then click on the **Baseline** bar.

2. Click on the radio button to the right of the **Quote Name** you would like to delete and then click the **Delete** tab directly below.

RLI-TX 28139
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00127491
ROX034-4040

*PRICE TIER AND REBATE QUOTE – HEADER INFORMATION*

1. Click **Submit Quotes** in the gray navigation bar at the top of the page and then click on the **Price Tier & Rebate** bar.  (Refer to the print-screen example below.)



2. On the "Price Tier and Rebate Quote Details" screen, enter a unique **Quote Number** that is different than any other quotes, which is a reference number for this quote that the supplier intends to utilize in contract maintenance with wholesalers in the event Novation awards the quote (e.g. Chargeback ID).  If a reference number has not been issued yet, enter a placeholder (letters or numbers) in this field until one has been assigned.

3. Enter a **Quote Name**.

4. If an enrollment form is required for members to be eligible for your incentive program, check the box next to **Signup Required**.

5. You may enter notes in the **Quote Description** free-text field.  Include a description of what is expected of the participating health care organization.

6. Place a checkmark next to the **Classes of Trade** that are eligible for tiered pricing or rebates.

7. Choose **Firm Pricing** and enter start and end dates indicating the term of the firm pricing.  The default dates are Oct. 1, 2004, through Sept. 30, 2007.  *Do NOT choose the Discount off WAC price option for a price tier or rebate quote.*

8. You may enter notes in the **Price Notes** free-text field.

9. Enter an **Admin Fee** percentage in decimal format (Example: .03) for the price tier and rebate quote.

10. **Click Save at the bottom of the screen.**  You will receive a red confirmation note at the top of the page indicating if the quote was successfully saved.

11. You will now have the option of setting up a price tier or a rebate quote.

RLI-TX 28140
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00127492
ROX034-4041

***Option #1: Price Tier Setup***

1. On the "Price Tier and Rebate Quote Details" screen, click **Price Tier Setup** at the bottom of the page. (Refer to the print screen example below.)



2. In the **Name** field, specify the tier level number along with the name of the price tier program.

3. Enter **Sub-ID** number, which is a reference number that the supplier will utilize in contract maintenance with wholesalers in the event Novation awards the quote (e.g. Chargeback ID). This should be a sub-category of the **Quote Header Number**. For each price differential, a new sub-ID must be created. If the supplier is unable to provide a reference number or quote number, then a placeholder (letters or numbers) can be used in this field until one has been assigned. For example:

   - Quote number: 5629
   - Tier 1 sub-ID: 5629-01
   - Tier 2 sub-ID: 5629-02

4. Give a brief **description** of the price tier along with the percent discount. Include information where there is an expectation of the participating health care organization.

5. In the **Type** field, select either Volume or Market Share, based on the measurement requirements for achieving pricing relevant to that tier.

   - If the measurement type is Volume, type in a numeric value in the **From** and **To** fields to indicate the volume range for that tier. For measurements where there is no limit, place all 9's in the **To** field. (Refer to example above.)

   - If the measurement type is Market Share, type in the numeric value in the **From** and **To** fields to indicate the percent range for that tier. Use whole numbers for percentages. (Refer to example above.)

6. In the **UOM** field, specify the unit of measure in U.S. dollars (USD) or Units.

7. Select the "AND" option in the **AND/OR** field if an additional requirement is necessary to reach a tier level. Select the "OR" option if another requirement can be fulfilled to reach a tier level.

8. **Remember to click Save at the bottom of the screen.** You will receive a red confirmation note at the top of the page indicating if the tier setup was successfully saved.

RLI-TX 28141
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00127493
ROX034-4042

9. Click **Add More Tiers** if you need to add more tiers to the program. Use the **Show Records** drop down box to view additional tiers that were saved.

10. To add price tier items, click **Attach Items** at the bottom-right of the screen.

11. Then click **Add More Items** in the middle of the "View Price Tier Items" screen.

12. On the "Add New Price Tier Items" screen, use the search features to find the items in your company's portfolio that are to be included in the price tier program. Then click **Search** on the right-hand side.

13. Click the **Add** checkbox to the right of each line item that is part of this price tier program.

14. **REMEMBER to click the Save tab at the bottom of the page after adding items and before moving on to the next page.**

15. Click **Back** at the bottom of the page to view all the items from your company's portfolio that you have added to the price tier setup.

16. On the "View Price Tier Items" screen, click the blue **Setup** link to the far right of each NDC that you selected. You will be directed to the "Item Pricing Setup for Price Tiers" screen.



17. On the "Item Pricing Setup for Price Tiers" screen, enter the appropriate price, in numeric format, for each tier based on its discount value. (Refer to the print screen example below.)

18. **Click Save at the bottom of the screen.**

19. To set up pricing for the next NDC, either use the NDC drop-down list in the middle of the page or click on the **Back** tab at the bottom of the page, which will take you back to the "View Price Tier Items" screen. Then click the next line item's blue **Setup** link to the far right. Repeat steps #17, #18 and #19 above until pricing has been set up for all items on the "View Price Tier Items" screen. When you have finished setting up prices for all your price tiers, click **Back** on the "Item Pricing Setup for Price Tiers" screen.

**RLI-TX 28142**
**Highly Confidential**
**Attorneys' Eyes Only**

RLI-AWP-00127494
ROX034-4043



20. Set up the market basket as follows:

    a. Click **Market Basket** at the bottom of the "View Price Tier Items" screen. The resulting "View Price Tier Market Basket" screen should include the items you have already set up.

    b. Click **Add More Items** at the bottom of the screen to get to the "Add Items to Price Tier Market Basket" screen. You can then view the **Item Master** list, which will allow you to include other manufacturers' items to the market basket setup. Use the search features to find the items that need to be included in the market basket, then click **Search** on the right.

    c. Click the **Add Item** checkbox to the far right of each line item you want to add to the market basket. Then click **Add to Market Basket** at the bottom of the page. You will receive a red confirmation note at the top of the page indicating which NDCs were successfully added to the price tier market basket. Repeat steps (b) and (c) to add more items from the **Item Master** to the market basket.

    d. To view all the items included in the marketbasket, click **Back** at the bottom of the page.

21. To view this report, click on **Reports** in the gray navigation bar. Single click on the appropriate price tier file you just saved under "Price Tier & Rebate Quotes." At the bottom of the page, right-click the Price Tier & Rebate Quote Report link, and select either "Open" or "Save Target As…" from the pop-up menu. Name and place the file at your discretion. **You must submit a printed copy of your Price Tier & Rebate Quote Report as part of your response to this phase of the ITB.**

**RLI-TX 28143
Highly Confidential
Attorneys' Eyes Only**

RLI-AWP-00127495
ROX034-4044

**Option #2: Rebate Setup**

1. On the Price Tier and Rebate Quote Details screen, click **Rebate Setup** at the bottom of the screen. (Refer to the print screen example below.)



2. In the **Name** field, specify the rebate level number along with the name of the rebate program.

3. Give a brief **description** of the rebate along with the percent discount off contract price. Include a description of what is expected of the participating health care organization.

4. If the measurement type is Volume, type in a numeric value in the **From** and **To** fields to indicate the volume range for that tier. For measurements where there is no limit, place all 9's in the **To** field. (Refer to example above.) If the measurement type is Market Share, type in the numeric value in the **From** and **To** fields to indicate the percent range for that tier. Use whole numbers for percentages.

5. In the **UOM** field, specify the unit of measure in U.S. dollars (USD) or Units.

6. Type in the percent rebate in the **%** field in numeric format. Use whole numbers. (Refer to example above.)

7. Select the AND option in the **AND/OR** field if an additional requirement is necessary to reach a tier level. Select the OR option if another requirement can be fulfilled to reach a tier level.

8. **Click Save at the bottom of the screen.** You will receive a red confirmation note at the top of the page indicating if the rebate setup was successfully saved.

9. Click on **Rebate Details** at the bottom of the "Rebate Setup" screen. On the "Rebate Details" screen, indicate whether the **Payment Method** will be Wholesaler Credit or Check, and indicate the payment **Frequency** in the drop-down box. If another payment method or frequency is preferred, enter that information in the **Payment Terms** free-text field. Also, specify whether this is a volume or market share based rebate program. **Click Save at the bottom of the screen.** You will receive a red confirmation note at the top of the page indicating if the rebate program was successfully saved. Repeat this step if additional rebates are in the **Rebate Name** drop down box.

10. After the **Rebate Details** have been successfully saved, click **Back** at the bottom of the page. On the "Rebate Setup" screen, click **Attach Items** at the bottom right to associate items to the rebate program.

11. On the "View All Items" screen, use the Search feature to locate the items to include in the rebate program.

---

RLI-TX 28144
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00127496
ROX034-4045

12. Click the **Select** box to the far right of each line item that is part of the rebate program.

13. **REMEMBER to click Save at the bottom of the page** after selecting items and before moving on to the next screen. You will receive a red confirmation note at the top of the page indicating which NDCs were successfully saved.

14. Click the **View Rebate Items (Selected Items)** radio button in the middle of the page to see all of the rebate items that were selected.

15. Set up market basket

   a. Click **Market Basket** at the bottom of the "View Rebate Items" screen. The resulting "View Rebate Market Basket" screen should include the items you have already set up.

   b. Click **Add More Items** at the bottom right of the page to view the "Add Items to Rebate Market Basket" screen. You can then view the **Item Master** list, which will allow you to include other manufacturers' items to the market basket setup. Use the search features to find the items that need to be included in the market basket and then click **Search** on the right.

   c. Click the **Add Item** checkbox to the far right of each line item that you want to add to the market basket. Then click **Add to Market Basket** at the bottom of the page. This will take you to the "Add Items to Rebate Market Basket" screen. You will receive a red confirmation note at the top of the page indicating which NDCs were successfully added to the rebate market basket. Repeat steps (b) and (c) to add more items from the **Item Master** to the marketbasket.

   d. To view all the items included in the market basket, click **Back** at the bottom of the screen.

16. To view this report, click on **Reports** in the gray navigation bar. Single click on the appropriate rebate file under Price Tier & Rebate Quotes. At the bottom of the page, right-click the Price Tier & Rebate Quote Report link, and select either "Open" or "Save Target As..." from the pop-up menu. Name and place the file at your discretion. **You must submit a printed copy of your Price Tier & Rebate Quote Report as part of your response to this phase of the ITB.**


### Product Grouping – Header Information

1. Click **Submit Quotes** in the gray navigation bar at the top of the page and then click the **Product Grouping & Member Segments** bar.

2. On the "Product Grouping & Member Segments Quote Details" screen, enter a unique **Quote Number** that is different than any other quotes, which is a reference number for this quote that the supplier intends to utilize in contract maintenance with wholesalers in the event Novation awards the quote (e.g. Chargeback ID). If a reference number has not been issued yet, substitute a placeholder (letters or numbers) in this field until one has been assigned.

3. Enter a **Quote Name**.

4. Place a checkmark next to the **Classes of Trade** that are eligible for product groupings and member segments.

5. Choose **Discount off WAC or Firm Pricing**.

   a. If you choose **Discount off WAC**, enter the percentage in decimal format (Example: .03). *The price you intend to enter should already include the discount. Do NOT enter WAC or AWP pricing.*

   b. If you choose **Firm Pricing**, enter start and end dates indicating the length of time for firm pricing. The default dates are Oct. 1, 2004 through Sept. 30, 2007.

6. You may enter notes in the **Price Notes** free-text field.

7. Enter an **Admin Fee** percentage in decimal format (Example: .03) for the product grouping and member segments quote.

8. Indicate the **Award Status** as Sole Source, Dual Source, Multi Source, DSH Pricing or Teaching Hospital Pricing.

RLI-TX 28145
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00127497
ROX034-4046

9.  **Click Save at the bottom of the screen.** You will receive a red confirmation note at the top of the page indicating if the quote was successfully saved.

10. If you have more than one baseline quote saved, click **Copy from Baseline Quote** at the bottom of the screen to specify which portfolio of items will be used for product groupings and member segments. You will receive a red confirmation note indicating that all items have been copied from the specified baseline quote to the product grouping and member segments quote number. Close the pop-up screen.

11. Click on **View Saved Items** at the bottom of the "Product Grouping and Member Segments Quote Details" screen to view all the items in the baseline quote you selected.

12. In the "View Product Grouping Items" screen, click the **Delete** box to the far right of each line item that will *not* be grouped, then click **Delete** directly below them.

13. You may modify the contract price for the product grouping and member segments items that are left. **Remember to click Save at the bottom of the page** to include those items in the product grouping and member segments.

14. To view this report, click on **Reports** in the gray navigation bar. Single click the link of the appropriate product grouping and member segment quote under Product Grouping Quotes and Member Segments. At the bottom of the page, right-click the Product Grouping and Member Segments Quote Report link, and select either "Open" or "Save Target As..." from the pop-up menu. Name and place the file at your discretion. You **must submit a printed copy of your Product Grouping Quote Report** as part of your response to this phase of the ITB.

**DSH or Teaching Hospital Quote Header Setup**

1.  Click **Submit Quotes** in the gray navigation bar at the top of the page and then click the **Product Grouping & Member Segments** bar.

2.  On the "Product Grouping & Member Segments Quote Details" screen, enter a unique **Quote Number** that is different than any other quotes, which is a reference number for this quote that the supplier intends to utilize in contract maintenance with wholesalers in the event Novation awards the quote (e.g. Chargeback ID). If a reference number has not been issued yet, substitute a placeholder (letters or numbers) in this field until one has been assigned.

3.  Insert "DSH Contract Quote" or "Teaching Hospital Quote" as the **Quote Name**.

4.  Place a checkmark next to the **Acute Care** box to identify the **Class of Trade** that is eligible for the DSH Contract Quote (Only eligible acute care sites will have access to this contract quote).

5.  Choose the **Firm Pricing** option. The default dates are Oct. 1, 2004 through Sept. 30, 2007 (for purposes of the DSH Contract Quote, do not change the default dates).

6.  You may enter notes in the **Price Notes** free-text field (Unless noted in the **Price Notes** field, all Terms and Conditions of the 2004-2007 Pharmacy Supplier Agreement will apply to this price quote).

7.  Enter an **Admin Fee** percentage in decimal format (Example: .03) for the DSH Contract quote or Teaching Hospital Quote.

8.  Indicate the **Award Status** as DSH Pricing or Teaching hospital.

9.  **Click Save at the bottom of the screen.** You will receive a red confirmation note at the top of the page indicating if the quote was successfully saved.

10. If you have more than one baseline quote saved, click **Copy from Baseline Quote** at the bottom of the screen to specify which portfolio of items will be used for the DSH or Teaching hospital Contract Quote. You will receive a red confirmation note indicating that all items have been copied from the specified baseline quote to the DSH contract quote number. Close the pop-up screen.

11. Click on **View Saved Items** at the bottom of the "Product Grouping and Member Segments Quote Details" screen to view all the items in the baseline quote you selected.

RLI-TX 28146
**Highly Confidential**
**Attorneys' Eyes Only**

RLI-AWP-00127498
ROX034-4047

12. In the "View Product Grouping Items" screen, click the **Delete** box to the far right of each line item that will *not* be grouped, then click **Delete** directly below them.

13. You may modify the contract price for the DSH or Teaching Hospital contract items that are left. **Remember to click Save at the bottom of the page** to include those items in the quote.

14. To view this report, click on **Reports** in the gray navigation bar. Single click the link of the quote number under Product Grouping Quotes and Member Segments. At the bottom of the page, right-click the Product Grouping and Member Segments Quote Report link, and select either "Open" or "Save Target As…" from the pop-up menu. Name and place the file at your discretion. **You must submit a printed copy of your Product Grouping & Member Segment Quote Report as part of your response to this phase of the ITB.**

### *SUBMIT BID ELECTRONICALLY IN THE ONLINE BID SYSTEM*

A supplier should print out each quote and verify each one for accuracy. If each requirement on the Home page has been completed and confirmed with a green checkmark, then the **Submit Bid** button at the bottom of the Home page will be activated. Once you click the **Submit Bid** button, you will receive a confirmation note at the top of the page indicating that your bid was successfully submitted.

If there are any red "X's" on the Home page, then you will be unable to submit the bid. Click on the blue status link next to the incomplete requirement and provide the missing information.

If any supplier has saved quotes in the online bid system by April 8th at 12pm (CST).

**RLI-TX 28147
Highly Confidential
Attorneys' Eyes Only**

RLI-AWP-00127499
ROX034-4048

# III.  WRITTEN RESPONSE

**REQUEST FOR HARD COPY SUBMISSION**

All Bidders must submit the **Checklist and Bid Certification** with check marks included as the table indicates, along with:

- A printed copy of all **Baseline Quote Reports** from the online bid system
  - Including NOVAPLUS baseline quotes (if created) with fee offer attached.
- A printed copy of all **Price Tier and Rebate Reports** (if created)
  - Including member sign up forms or other supporting documents.
- A printed copy of all Product Grouping and Member Segments Quotes (if created)
- Current product catalog
- Current wholesale/distributor price list

by **Friday, April 9, 2004, at 3:00 p.m. Central time.**  THE ENVELOPE MUST BE SEALED AND MARKED "PHASE 3 – PHARMACY BID ENCLOSED."

**ADDITIONAL INFORMATION**

A. Bidders must submit a complete response to Phase 3 of the ITB using the format specified.  An official representative authorized to bind the supplier must sign the various documents as required.  Responses to this ITB by the successful bidder will become contractual obligations at the time the agreement is awarded.

B. Novation reserves the right to ask for further information from the prospective bidder(s) either in writing or verbally at any point during the selection process.  Prospective bidder(s) may be required to provide a verbal presentation and demonstration of their proposal.  **Failure to provide all required information may result in disqualification for award consideration.**

C. Novation may cancel this ITB without any cost or obligation at any time until an award, if any, is made.  In the event an agreement cannot be reached with the selected bidder(s), Novation reserves the right to select alternative bidder(s) or to decline to make any award at any time.  Novation also reserves the right to extend the time for responding to this bid.

D. This ITB may not be distributed, reproduced or advertised for any purpose without the prior written permission of Novation.

RLI-TX 28148
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00127500
ROX034-4049        L