# Exhibit 156

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

# National Accounts
Monthly Report
August 1998

## COMPETITION:

**Snyder:**
Have heard of no Aza or Ipratropium competitive launch threats yet.

**Snyder:**
The **Duramed** Hydroxyurea launch poses a threat in that I have received comments indicating that there is a revenge opportunity for the way customers perceive that we have set our acquisition price and AWP compared to brand, and the fact that we deferred Loyalty rebate payments.  I am not overly concerned, as I believe customers will ultimately, for the most part, want to maintain label consistency.

**Snyder:**
No indication that Merck has started talking about Atacand (sp?) yet.

**Gordon:**
**Atacand**
I have asked a couple of my accounts if they have heard any information about Atacand. Nothing has been heard as of yet.

**Gordon:**
**Hydroxyurea**
As long as we keep my accounts competitive, I feel we should be able to keep the majority, if not all, of the business.
According to Sam Willson of HEB, Droxia is now available in 200, 300, and 400mg strengths.  (I have not confirmed this information.)  Is RLI going to offer additional strengths?

**Snyder:**
**Dey** appears to be getting ultra aggressive with Ipratropium.  This could be a ramification of our recent success at converting Rite Aid from Dey to Roxane label.

**Carr-Hall:**
**Mallinckrodt CII's –**  No hardcopy of the agreement, but I thought it was worth mentioning that several sources have commented that Mallinckrodt  paid upfront  fees to Bergen  totaling $400,000 for placement of their CII line on the GPP program**.**

**Gordon:**
**HEButt**
HEB supplied the following competition information while discussing Commitment Agreement qualifications:

| PRODUCT | NET COMPETITIVE PRICE | COMPETITOR |
|---|---|---|
| Roxicet | 4.89 | Endo |
| Roxicet 500's | 21.96 | Endo |
| Roxanol 120ml | 17.00 | Morton Grove |
| Hydromorphone 2mg | 10.25 | Endo |
| "            4mg | 19.30 | Endo |
| Roxicodone tabs | 16.76 | Amide |
| Roxiprin | 5.40 | Endo |

D0000365

BOEH00138415

**Hawthorne:**

| Mallinkrodt bid CII's at Krogers | **Hydromorphone** | 2mg | 100's | $10.74 |
|---|---|---|---|---|
| | | 4mg | 100's | $16.50 |
| | **Roxicet** | 5/325 | 100's | $ 4.05 |
| | | | 500's | $19.85 |
| | **Roxilox** | 5/500 | 100's | $13.65 |
| | **Roxicodone** | 5mg | 100's | $14.39 |

**Hawthorne:**

AB Generics (Apotex) has reduced the prices at Walgreens to beat the **Oramorph** prices.

| | MSSR | 15mg | 100's | $ 57.54 |
|---|---|---|---|---|
| | | 30mg | 100's | $109.36 |
| | | 60mg | 100's | $213.43 |
| | | 100mg | 100's | $323.57 |

**Hawthorne:**

| Ethex **Roxanol** prices at Bindley Western | 30ml | $ 7.50 |
|---|---|---|
| | 120ml | $28.00 |
| | 240ml | $44.00 |

**SUCCESSES:**

**Snyder:**
**CVS** has repaid nearly all of the unauthorized deductions that they had on the books for the past several months.

**Snyder:**
**Cardinal** has agreed to work with us to resolve about $3 million of unauthorized deductions that they have outstanding.  While I expect some of the issues to be resolved quickly, I expect the $1.7 million excessive deduction from the Net to Net shelf stock adjustments to be a tough sell, to take significantly longer to resolve than we would like, and to eventually get to a CFO level meeting.

**Carr-Hall:**
**Rx America** signed agreement for azathioprine. hydroxyurea, and lithium carb.

**Gordon:**
**AmeriSource**
AmeriSource has agreed to add Methadone, Ipratropium 60's, Lithium Tabs, SSPS, Codeine, and Furosemide (once we have ample supply) to their Source Programs.

**Hawthorne:**
We responded in 3 days to my PAR for **Krogers** and kept the CII business. They were inspired to relay this information because they want to do the commitment agreement.   I have booked appointments with all my customers at NACDS.  It should be a good meeting.

**AREAS OF OPPORTUNITY:**

**Snyder:**
I have requested a meeting with David Stevans and Dan Smith to pursue an Oramorph agreement for **Brooks.**

D0000366

Confidential

BOEH00138416

**Snyder:**
**Rite Aid** is anxious to begin Compliance and Persistency programs.  Jim Cummings is "selling" the idea in Connecticut from legal, and marketing.

**Snyder:**
**Cardinal** appears interested in Compliance and market share programs on BI products.  I will pursue with Craig Cowman.  Craig has also committed to look into an Oramorph contract.

**Snyder:**
**Brooks** has a Commitment Agreement offer that makes a lot of sense.  I just have to figure out how to get them to agree with me.

**Snyder:**
**CVS** has a Commitment Agreement offer that includes Diclofenac and Ipratropium.  It is worth nearly $500,000 annually to CVS in new rebates.  They are upset with Dey for the recent EpiPen recall and showed an interest in wanting to hurt them with an Ipratropium switch.

**Snyder:**
**Rite Aid** has a Commitment Agreement offer that would also involve nearly $500,000 in new rebates.  They are hung up on Metaproterenol of all things, and finding an acceptable Select product mix.

**Snyder:**
**Genovese** continues to say they will sign all four agreements "in the next couple of days".

**Carr-Hall:**
**Owen Healthcare -**  Submitted multiple item agreement to Owen Healthcare. The products are primarily Unit Dose Solids and Liquids I anticipate awards of at least two products that I know have been accepted,  probably  more once the Contracts manager goes over the revised proposal.

**Carr-Hall:**
**American Drug Stores –** Building to the Commitment Agreement one product grouping at a time. Currently a proposal is underway to complete the Select Multisource Agreement by and hopefully bring on  a number of  CII's as primary with the understanding that the Respiratory Group is to follow.

**Carr-Hall:**
**PCN Award –**Just arrived in contracts. I will identify what awards can be considered successes once I get the complete PCN catalog and see what prices our competitors are published at.

**Carr-Hall:**
**Safeway/Vons –** Submitted strong pricing for Diclofenac and Ipratropium on  the Bid. Will follow up for response.  A disadvantage is that we can't pay Safeway / Vons Admin. Fees, nor rebates in the manner in which they ask.  This puts offers like the 4,6,8,10 at a standstill because all fees and rebates are stipulated to be paid off of their own reports.

**Gordon:**
**Advance Paradigm**
A direct account has recently been approved and opened.  Unfortunately, due to reorganization at Advance Paradigm, I am not able to offer a new contract until September.  I hope to meet with this account in September.

Confidential

D0000367

BOEH00138417

**Gordon:**
**PPSC**
Ellen Frank and I have received approval to move forward with the Oramorph SR Program at PPSC.  We plan to promote Oramorph SR to the PPSC members in the month of Sept and Oct. We also plan to co-promote Hydromorphone Solution.  These efforts will hopefully increase Oramorph SR market share, as well as help pull Hydromorphone Solution from the wholesalers.

**Gordon:**
**AARP**
Michelle Burton is reviewing the movement of Atrovent MDI and Albuterol to determine if we can work together to promote Combivent.  I hope to determine the status of this project at the NACDS meeting the end of this month.
The 1999 bid is out.  We have the opportunity to pick up:
Diclofenac-Geneva is not as strong of a partner with AARP as they were a couple years ago.
Mexiletine-     "          "          "          "
Haloperidol, Triazolam, Quinidine, Prednisone, Furosemide, etc.-If we can bid competitively, we have a shot.
We are not in jeopardy of losing Ipratropium, Azathioprine, or Hydroxyurea.  By offering an additional rebate, or discounted price on one or all of these products, we may be able to lock in a couple new items, such as Diclofenac, etc.

**Gordon:**
**USA Drug**
USA has agreed to lock in Hydroxyurea and Azathioprine, as long as we match their current prices…which happen to be lower than our A net prices.  If RLI agrees to match these prices, USA will also warehouse RLI's Methotrexate, Megestrol, and Ipratropium.

**Hawthorne:**
Bids have been submitted to **Bindley Western's** GAP HP program and to **Caremark** Medpartners combined program.  Both are still pending and hopeful.

**Hawthorne:**
Submitted a bid to **F. Kerr** for their Autosub program.  Many products like Ipratropium and Diclofenac were bid that were not on their old source program.

**Via:**
**Novation** private label for IBUDV in response to a lower bid by Dey ($13.53 compared to our $15.25)  Novation has requested that RLI participate in the new Novation private label program that will be modeled after the VHA Plus program.  Due to the structure of Novation and the requirements of UHC this will be a bid rather than a negotiated agreement.  This group represents $12 million IBUDV business, we currently hold approximately 60% of this the remaining 40% is in the Dey 60 package.  Dan Sweeney stated that whoever is placed in the Plus program will be at an 80% share within 90 days.  Novation will be sending out the request for bid the week of August 24 with a 2 to 3 day turnaround time.  Typically these agreements call for no profit sharing until a specified threshold is obtained at which point profit sharing begins on a sliding scale with a 50/50 split at 80%.  Issues to be resolved center on Medicaid rebates and ownership of packaging for the product.  This is a program that is very important to Novation and will give BIC a new level of access and visibility within the group. It should be a springboard to our future success with Novation, not only with the multi-source line but on our brand side as well.

**Via:**
**PBI;** a bundle with RLI product and BIPI product is one possible way of regaining the IBUDV business.  Paul Pelanek liked the idea of structuring a bundle that would provide a rebate of a

D0000368

couple percent on Atrovent MDI and Combivent if the member purchased the RLI IBUDV. He asked that I visit a sampling of his membership for their input, as previous experience with bundles have proven to be less successful than had been hoped. He believes prior bundles had been too complicated and didn't meet the specific needs of his members, thus bringing them into the discussion while the program is being developed will help meet their needs.

## SPECIFIC ACCOUNT INFO:

### *Retail:*

**Snyder:**
**Med Shoppe** claims to have over 800 of their 900+ stores set up to receive Cardinal source products as auto-sub. I have a rebate program in to Bruce Banks for review. Bob Sykora and I agree that this is important and can help secure our Cardinal position much as the Kmart agreement does. This has been under legal review for well over a month now.

**Snyder:**
I presented **Stadtlander's** with an Azathioprine contract. Thought we had a good program only to find out Stadtlander's can buy better through a buying group (PDM). They have been buying from ANDA for quite some time because they could previously buy better there. I am hoping that John agrees to offer Stadtlander's a revision to correct this situation.

**Carr-Hall:**
**Albertsons /American Stores** - Albertsons has Purchased American Drug Stores. The FTC is expected to clear the merger sometime in the third quarter of this year. Currently it's business as usual. No personnel changes should occur until early 1999. My/Roxane's greatest hope should be that the current infrastructure at ADS move to Albertsons corporate headquarters in Boise. Specifically, that Tony Mihelich continue as Director of Procurement. The management personnel for the corporate pharmacy at Albertson's is about 1/5 the size of ADS.

**Gordon:**
**Eckerd**
Mike LaBrecque is interested in meeting with Jim Cummings. Jim and I hope to meet with Mike in September after the Micardis launch.
Eckerd is not happy with our backorder situation. Questions about the availability of Lithium, Furosemide and Roxicet have been brought to my attention on more than one occasion.
I am still waiting for Lynn King to sign the 1998-99 Oramorph SR Pharmacy Program Agreement. Once the Agreement is signed I plan on working with the Eckerd Therapeutic Intervention Center and Craig Russell to further promote this product.
Walt Slijepcevich, has resigned from Eckerd. Until the position is filled, Bob Verscharen will take over those responsibilities. I look forward to working with Bob in the near future (HA!)

**Gordon:**
**Giant Food**
Giant is waiting for the Commitment Agreement Addendum. Once received and reviewed, the Agreement will be signed and implemented.
I am still in the process of opening a direct account up with BIPI.
Back order situation is of some concern.

**Gordon:**
**HEButt**
Competitive information on the CII's was supplied by Sam Willson. He wants to keep RLI in a primary spot due to the pending Commitment Agreement.
I am still in the process in opening a direct account with BIPI. The necessary information has been provided to me.

D0000369

Confidential

BOEH00138419

This account has had many problems with regards to receiving RLI product in a timely order. There have been errors on the part of RLI and our shippers that have caused delays. The account is interested in bringing more product into the HEB warehouse, but there are concerns about our inventory supply and service levels.

**Gordon:**
**PPSC**
PPSC is still waiting on a decision from RLI regarding the warehousing proposal.

**Hawthorne:**
**Krogers** has signed the Select portion of the Commitment Agreement and the rest will follow soon.

**Hawthorne:**
**Walgreens** has the Commitment Agreement back from their Legal Dept and will fax them over soon. Wal-Mart is buying Lithium from us again. They will sue 8500 bottles of 300mg 100's a month.

**Hawthorne:**
We picked up Leucovorin, Diclofenac, and Megestrol at **Meijers.** I expect movement on these products to be faxed to me tomorrow (8-21).

**Hawthorne:**
Discussed the Atrovent Nasal problems with **Walgreens** and Sheila Bennett thought the problems were resolved. She reminded me that it is their policy that no reps call on individual stores so stay out. She looked at the movement of ANS and they are moving 1200 pieces a month. That is up about 10% over last month.

**Hawthorne:**
Had a meeting at Walgreens with Mark Shaffer, Area Manager, and Dave Wedlake, RD in Milwaukee, to discuss adding **Oramorph** 15, 60 and 100 mgs to the warehouse. We have to submit lower prices to even be considered, but I think he will do it.

**_Wholesale:_**

**Carr-Hall:**
**Bergen** – Inside sales has utilized the Telxon ordering unit from purchased from Bergen and has successfully taken and processed T.O. orders from retail customers. There are challenges, Dey has implemented a rebate coupon program that rebates pharmacies submitting GOP invoices. We should try to coordinate passing through extra terms or putting together a program of our own to add a spin to the inside sales effort.

**Gordon:**
**AmeriSource**
We are in the final stages of getting a signature on the Commitment Agreement. I hope to get a signature before the start of the third trimester.
We are not going to renegotiate the Family Pharmacy contract. Amerisource would like to convert all Family Pharmacy members over to the Select Program. I do not want to lose the sales that the Family Pharmacy Program generates (over $500,000 for RLI), therefore I will assist AmeriSource in any way I can to help switch these members over to Select.
Denise Wiesemann, "Walker Drug" is resigning.

**D0000370**

Confidential

**Gordon:**
**ANDA**
A meeting is scheduled for August 25th to review the Source Program offer.  Once the offer is signed, and a member listing is supplied, the new prices can go into effect immediately, and we can adjust all outstanding rebates due to this account.

**Hawthorne:**
A bid will be sent to **DMS** soon to pick up several products.

*Hospital*

**Hawthorne:**
**CMMA** merger is postponed until September 15.  The new company will be called Consorta Inc.

**Via:**
**Novation** will announce their awards within the next couple of weeks, the contract goes into effect October 1 and runs for three years.  As mentioned above, the Plus program is an opportunity to expand the BIC presence within the group, Novation now sees the BIC as a valuable strategic partner and has a strong desire to expand the base of business between the two companies.

**Via:**
**Premier**; there was a mix up on the part of Premier and the Dey IBUDV was placed on contract without the knowledge of Steve Reiser.  He is working at getting the product removed from contract in order to obtain the additional 2% marketing fee that was offered at the time the award was made and RLI IBUDV was exclusive.  It is important to note that this situation was discovered by the inside sales force (I believe it was Craig), they are truly our only eyes and ears for monitoring a contract and improving compliance of the membership.  I would like to let them know I recognize and appreciate the part they play in our successes with the groups.  Keep up the good work.

**Via:**
**Gerimed** has resigned the 4-6-9-10 program for 1998/99 and is looking for ways to expand their business with RLI.  I would like to try to put a program together focusing on the Intensols, but to date have not been able to develop anything that makes sense for both companies.  If anyone has any ideas on how to structure a market share program for these products I would like to hear form you.  The problem I have is how to define the market, should it be market share for each individual product, movement of dollar volume for entire Intensol line or some other variation?

**PRODUCT INFO:**

**Hawthorne:**
Response to **Hydromorphone** Oral Solution is OK, not a product the chains will warehouse.

**KEY MEETINGS:**
Sept. 15th Micardis Launch

**INDUSTRY EVENTS:**
NACDS at end of Aug

**PERSONNEL ISSUES:**
None

**BUDGET UPDATE:**
On target with sales and expenses.

D0000371

Confidential

BOEH00138421

PROJECT UPDATES:

**Carr-Hall:**
Attended my first **Micardis** Launch meeting.  Will start to assemble materials for Wholesale and Retail Chain portion of launch.

SUGGESTIONS:

**Via:**
I would like to see our **Legal** team attend our sales meetings and possibly make occasional calls on our customers.  (No I haven't lost my mind)  It has become very easy for legal to tell us why something can't be done, rather than offer ways to accomplish our goals.  If they were exposed to the issues we face on a daily basis they may see things from a slightly different perspective and be able to find alternative solutions to some of our problems.  Also I believe the customer visits may sensitize legal to some of our customer's issues, again potentially presenting an opportunity for new approaches to be developed.  At the very least legal needs to attend the upcoming advisory board to hear our customers' issues first hand.

D0000372

Confidential