# Exhibit 158

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

# New
# Product · Price · Package Information

**Number 9**

**Date  May 3, 1999**

## NEW FROM ROXANE

**The following products will be available for shipment effective June 1, 1999.**

| NDC List No. 0054 | Product | Packaging | New AWP |
|---|---|---|---|
| 8404-11 | Ipratropium Bromide Inhalation Solution 0.02% (NOVAPLUS®) | 25 x 2.5mL Unit Dose Vials (5 x 5) | $44.06 |
| 8404-13 | Ipratropium Bromide Inhalation Solution 0.02% (NOVAPLUS®) | 30 x 2.5mL Unit Dose Vials (6 x 5) | $52.87 |
| 8404-21 | Ipratropium Bromide Inhalation Solution 0.02% (NOVAPLUS®) | 60 x 2.5mL Unit Dose Vials (12 x 5) | $105.74 |

D0496620

RLI-AWP-00425586