# Exhibit 159

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



Boehringer Ingelheim
Roxane Laboratories

Roxane Laboratories, Inc.

May , 1999

**Novation, LLC Agreement Announcement**

*[handwritten annotation: I'm not sure this is correct (it's all caps on the art) - check uppercase "N" + "p" to see if it's OK.]*

Richard A. Feldman, R.Ph.
Telephone (614) 272-4750
Telefax (614) 276-0158
E-Mail rfeldman@col.boehringer-ingelheim.com

Dear Wholesaler,

Roxane Laboratories, Inc. is pleased to announce an agreement with Novation, LLC to begin distributing and promoting Ipratropium Bromide Inhalation Solution 0.02% with a NovaPlus label. Product with the NovaPlus label will begin shipping the week of June 1, 1999. The new product will ship with our new ProtectaPak™ packaging configuration that was previously announced.

1809 Wilson Rd./P.O. Box 16532
Columbus, Ohio 43216-6532
Telephone (203) 798-9988

*[handwritten: NOVAPLUS®]*

We would ask that you review your current inventory demands of Roxane label product and make the appropriate adjustments for smoothing inventory between now and receipt of NovaPlus labeled product.

In order to assist with this transition, Novation, LLC will be supplying each distribution center with demand history. In addition, Roxane Laboratories, Inc. will provide an additional 30 days dating for your initial order (2% 60 days, net 61 days).

Enclosed please find a NWDA Standard Product Information Sheet for each SKU. Please note that the NDC numbers are different from the Roxane labeled product. The wholesale price remains the same.

Should you have any questions please contact Roxane Customer Service at 1-800-520-1631. As always, thank you for your support, and we appreciate your business.

Sincerely,

*[signature]*

Richard A. Feldman, R. Ph.
Executive Director, Trade and Pharmacy Affairs

RAF/acm

Enclosures