# Exhibit 160

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



Boehringer Ingelheim
**Roxane Laboratories**



## FILE

Ms. Susan Norvell
Product Manager
Novation, LLC
125 East John Carpenter Freeway
Suite 1500
Irving, TX 75062-2324

Roxane Laboratories, Inc.

Dear Susan:

September 19, 2000

Due to changes in market conditions, Roxane Laboratories, Inc. offers the following
price reductions for items on our current agreement.

| NDC NO. 0054- | PRODUCT DESCRIPTION | PRICE |
|---|---|---|
| 8404-11 | Ipratropium Bromide Inhalation Solution - NOVAPLUS, 0.02%, 25x2.5mL vials in a foil pouch | $ 10.25/25x2.5mL |
| 8404-13 | Ipratropium Bromide Inhalation Solution - NOVAPLUS, 0.02%, 30x2.5mL vials in a foil pouch | $ 12.30/30x2.5mL |
| 8404-21 | Ipratropium Bromide Inhalation Solution - NOVAPLUS, 0.02%, 60x2.5mL vials in a foil pouch | $ 24.60/60x2.5mL |
| 8402-11 | Ipratropium Bromide Inhalation Solution, 0.02%, 25x2.5mL vials in a foil pouch | $ 10.75/25x2.5mL |
| 8402-13 | Ipratropium Bromide Inhalation Solution, 0.02%, 30x2.5mL vials in a foil pouch | $ 12.90/30x2.5mL |
| 8402-21 | Ipratropium Bromide Inhalation Solution, 0.02%, 60x2.5mL vials in a foil pouch | $ 25.80/60x2.5mL |

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

These prices will be effective October 1, 2000 through September 30, 2001.

If you have any questions regarding this offer, please contact our Contract Sales and
Administration Office Toll Free at 800-848-0120, Ext: 2249.  If you have any
questions regarding the products or services of Roxane Laboratories, Inc., please
contact Customer Service Toll Free at 800-520-1631, or Fax 800-520-1666.

**RLI-TX 48838**
**Highly Confidential**
**Attorneys' Eyes Only**



Boehringer Ingelheim
**Roxane Laboratories**

Ms. Susan Norvell
Novation, LLC
Page 2

**NOTE TO WHOLESALER(S):**
**Should you receive a copy of this offer from the customer expecting to be billed at**
**these prices but have not received a confirming "Award Notification" from**
**Roxane, please contact the undersigned immediately in order to avoid misbillings**
**and rejected chargeback claims. Thank you.**

In the event a Roxane multi-source item should, at a later date, become a sole-source or
a sole-generic item available exclusively from Roxane, the company reserves the
option to adjust the contract prices awarded prior to the original contract expiration
date.

Roxane Laboratories, Inc. and you shall maintain the confidentiality of the terms and
conditions of this agreement for its duration and for three years following.  Any
breach of this confidentiality is cause for immediate termination of this agreement.

Best regards,

John R. Powers
Director, Contract Operations

JRP/mmw

File #:  NovaPlus

cc:  T. Via

**RLI-TX 48839**
**Highly Confidential**
**Attorneys' Eyes Only**

RLI-AWP-00148186
ROX036-7171        L