# Exhibit 162

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

| | |
|---|---|
| **From:** | VIA, TOM        SLS BIPUS |
| **Sent:** | Wednesday, September 13, 2000 10:38 AM |
| **To:** | POWERS, JOHN        ROXUS; WATERER, JUDY        ROXUS |
| **Cc:** | SYKORA, ROBERT        ROXUS; FELDMAN, RICHARD        ROXUS |
| **Subject:** | NovaPlus Meeting |

John and Judy,

The following is a summary of the NovaPlus meeting in Dallas September 12, 2000

The purpose of the meeting was to discuss the upcoming telemarketing program Novation will conduct to recapture lost market share on the Plus label and the RLI labeled IBUDV. The intent of the program is to push the share of these products over the first tier threshold of 70%, in recent months the share has been declining with the month of July sliding to the 66% range.

A quick overview of their program:

- There are 12 in house telemarketing representatives that will be making the calls
- The telemarketing group focuses exclusively on Novation's membership, with a primary focus on VHA
- The calls are made utilizing the Novation data base, isolating the key decision maker for the specified product in pharmacy
- Using Novation's pharmacy purchasing data base the results can be tracked (we can specify how we want to slice and dice the data)
- Target size of the program is 300 hospitals from VHA and HPPI
- The targets will be quantified focusing on the members that purchase 80% of total IBUDV (contract and non-contract)
- Targets are identified as follow:
    - A Targets    Members who have shifted from contract to non-contract sales since February 2000 (all or part)
    - B Targets    Members who split purchases between contract and non-contract
    - C Targets    High volume members who never purchased from the contract
- Telemarketing representatives will utilize a script prepared by Ross Day and the Tele-services manager.
- Script will focus on:
    - A: Value of NovaPlus program to the member
    - B: Price responsiveness on IBUDV/Announcing price reduction
    - C: NovaPlus is private labeled Atrovent
    - D: Value add of the packaging
- Program will be conducted within the next 2 to 3 weeks and should be completed in less than a week

In addition to the above program Ross has committed to working with RLI in conducting a second wave of telemarketing by and outside firm in early November. This program will need to be further defined but a few baseline items have been established.

- Novation needs to be involved to assure the program operates within their normal standard of business
- The script utilized in the program above will be the starting point for the outside firm's script, adjusted as needed to maximize impact
- Targets will include those mentioned above, at a minimum. The scope will be expanded as funds permit.
- Total cost of the program will not exceed $50,000
- Cost will be shared equally by RLI and Novation if a minimum share of 70% is attained, Novation's portion of the program will be deducted from the marketing fee
- If the 70% tier is not reached RLI will pay for the total cost of the program
- Results can be measured in the same manner as the above program
- Novation will supply the data base for the outside telemarketing company to use

I believe the information above answers most of the questions that came up in our meeting at RLI on September 11 other than the following:
- Who purchased the 60,000 Alpharma vials in March through McKesson?
    They will run a query and find that, we should know by early next week
- Can they identify who has switched from RLI to Dey since March of 2000?

1

D0106581

RLI-AWP-00451166
ROX074-3659        F

The focus will not be just on RLI, the query used for targets in the telemarketing program will identify members that have switched from contract to non-contract

In summary the meeting was positive and clearly defined the strategy for the telemarketing program. I was encouraged in Ross' willingness to work with us on an outside program. He understands how important November and December are in attaining the specified share and believes these two programs will allow Novation to regain lost share. Finally, I sense a renewed enthusiasm on Ross' part for the product. I have reviewed the packaging issue with him before but this time he seemed to embrace the issue and fully accepted the value our package offers. I didn't get the feeling from him, as I did in the past, that putting the RLI IBUDV into the Plus label was a mistake.

Let me know if you need additional information.

TV

Tom Via
National Accounts Manager

# ABCDef

Phone:317-826-8851   VM:800-848-0120 Ext 2599   FAX:317-826-8805

2

D0106582
RLI-AWP-00451167
ROX074-3660   L