# Exhibit 164

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



*experience does matter*

# CASE:  In re:  Pharmaceutical Industry Average Wholesale Price Litigation
# DATE:  February 29, 2008

Enclosed is the Original of the transcript of the testimony of **Robin Kreush Stone** along with the errata sheet in the above-titled case.  Please have the witness read the deposition and sign the signature page before a Notary Public.

After the signature page has been notarized, please return the original transcript and errata sheets to the custodial attorney within 30 days of receipt for proper filing.

Thank you for your attention to this matter and please feel free to contact us with any questions or concerns.

Sincerely,

Henderson Legal Services

Encl.

Henderson Legal Services
Phone: 202-220-4158
Fax: 202-220-4162
Website: www.hendersonlegalservices.com

Page 223

```
           UNITED STATES DISTRICT COURT

         FOR THE DISTRICT OF MASSACHUSETTS

                  MDL NO. 1456

         CIVIL ACTION NO. 01-CV-12257-PBS

              Judge Patti B. Saris

       Magistrate Judge Marianne B. Bowler

IN RE:   PHARMACEUTICAL INDUSTRY

AVERAGE WHOLESALE PRICE LITIGATION

_____

THIS DOCUMENT RELATES TO:

U.S. Ex rel. Ven-A-Care of the

Florida Keys, Inc., v. Abbott

Laboratories, Inc., et al.,

No. 06-CV-11337-PBS

                VOLUME II OF II

    VIDEOTAPE 30(B)(6) DEPOSITION OF PALMETTO

              (ROBIN KREUSH STONE)

           Friday, February 29, 2008

              9:00 AM to 4:00 PM

           Columbia, South Carolina

Reported by:  Jane G. LaPorte

              Merit and Professional Certifications
```

1    incident where Palmetto is reporting its pricing
2    practices to HCFA, correct?
3         A.    Yes.
4         Q.    Now -- and correct me if I'm wrong --
5    this appears to be a document in which Palmetto is
6    responding on behalf of all four DMERCs; is that
7    correct?
8         A.    Yes.
9         Q.    Now, how often did your unit interact
10   with the pricing units of the other DMERCs?
11        A.    Frequently.
12        Q.    How frequently?
13        A.    We would coordinate and review pricing
14   updates on a quarterly basis.
15        Q.    So, if I understand correctly, you would
16   prepare your quarterly pricing and send it to the
17   other three DMERCs, and they would do the same to
18   you, right?
19        A.    Correct.
20        Q.    And then would you call -- or would you
21   set up a conference call with the other DMERCs to
22   discuss any differences --

Page 302

1  A.  Yes.
2  Q.  -- on the pricing?
3  A.  (No response.)
4  Q.  And you would do this every quarter?
5  A.  Yes.
6  Q.  That's over the period from 1996 to 2003?
7  A.  I don't recall the exact start date of
8  that practice.
9  Q.  But at some point -- do you know roughly
10 when you started --
11 A.  (No response.)
12 Q.  -- communicating with the other DMERCs
13 like that?
14 A.  I'm not sure if it was prior to the
15 development of the K code methodologies or not --
16 Q.  Okay.
17 A.  -- off the top of my head.
18 Q.  Now, what would you do if you discovered
19 a discrepancy on these conference calls or
20 communications with the other DMERCs?
21 A.  We would usually rectify the differences
22 and make sure that everybody agreed with the

1   changes.
2       Q.    So, would you discuss the reason that
3   there is a difference and then correct that problem
4   if there was a problem?
5       A.    Yes.
6       Q.    Now, at the time this communication was
7   prepared, did all four DMERCs price their -- set
8   their reimbursement levels in the same way?
9             MR. HENDERSON:  Objection to the form.
10      A.    I'm not sure, you know, that we all had
11  the same established procedures.
12            I think there may have been some
13  differences in sources, and that is where we would
14  rectify any of those differences during those
15  calls.
16            But for the most part, the procedure
17  should have been the same.
18      Q.    In this letter, you are reporting to HCFA
19  on behalf of all four DMERCs, right?
20      A.    True.
21            And they would have reviewed it for
22  input.