# Exhibit 169

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



*experience does matter*

## CASE:  In re:  Pharmaceutical Industry Average Wholesale Price Litigation
## DATE:  February 28, 2008

Enclosed is the Original of the transcript of the testimony of **Robin Kreush Stone** along with the errata sheet in the above-titled case.  Please have the witness read the deposition and sign the signature page before a Notary Public.

After the signature page has been notarized, please return the original transcript and errata sheets to the custodial attorney within 30 days of receipt for proper filing.

Thank you for your attention to this matter and please feel free to contact us with any questions or concerns.


Sincerely,

Henderson Legal Services



Encl.

Henderson Legal Services
Phone: 202-220-4158
Fax: 202-220-4162
Website: www.hendersonlegalservices.com

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

MDL NO. 1456

CIVIL ACTION NO. 01-CV-12257-PBS

Judge Patti B. Saris

Magistrate Judge Marianne B. Bowler

IN RE:  PHARMACEUTICAL INDUSTRY

AVERAGE WHOLESALE PRICE LITIGATION

_____

THIS DOCUMENT RELATES TO:

U.S. Ex rel. Ven-A-Care of the

Florida Keys, Inc., v. Abbott

Laboratories, Inc., et al.,

No. 06-CV-11337-PBS

VOLUME I OF II

VIDEOTAPE 30(B)(6) DEPOSITION OF PALMETTO

(ROBIN KREUSH STONE)

Thursday, February 28, 2008

9:00 AM to 5:00 PM

Columbia, South Carolina

Reported by:  Jane G. LaPorte

Merit and Professional Certifications

```
                                                              Page 2
 1                     APPEARANCES:

 2    FOR THE ABBOTT LABORATORIES:

 3         BY:   DAVID S. TORBORG

 4         JONES DAY

 5         51 Louisiana Avenue, NW

 6         Washington, DC    20001-2113

 7         202.879.3939 - telephone

 8         202.626.1700 - fax

 9         DSTORBORG@JONESDAY.COM

10

11    FOR THE UNITED STATES:

12         BY:   GEORGE B. HENDERSON

13         -and-      KATIE McALLISTER

14         US DEPARTMENT OF JUSTICE

15         US ATTORNEY'S OFFICE

16         United States Courthouse

17         One Courthouse Way

18         Suite 9200

19         Boston, MA    02210

20         617.748.3272 - telephone

21         617.748. 3971 - fax

22         george.henderson2@usdoj.gov
```

1   the document you prepared for today's deposition.
2       Q.    Were you the person who put together the
3   arrays yourself?
4       A.    No. Not all of the arrays, no.
5             I probably oversaw the majority of the
6   arrays.
7             I had oversight of those who do and
8   primarily DMERC during that time period.
9       Q.    So, as I understand how it worked, at
10  least looking at your documents, Palmetto's
11  documents, I should say, somebody went into the Red
12  Book and pulled out some pricing and put it into
13  array; is that fair to say?
14      A.    (No response.)
15      Q.    That's your understanding of how the
16  process worked?
17      A.    Yes.
18      Q.    Were you the person who went into Red
19  Book to determine which pricing to put in the
20  arrays? Or was that someone else?
21      A.    That was usually someone else, and I
22  would assist, as needed.

1    A.    That would have been based on the
2    average.
3    Q.    This is a situation where we have an even
4    number of drugs in the array, and you averaged the
5    two middle numbers?
6    A.    Correct.
7          MR. TORBORG:  Mark this as the next
8    exhibit.
9          (EXHIBIT ABBOTT 533 MARKED.)
10         MR. TORBORG:  For the record, what is
11   marked as Exhibit 533, is a cover page -- an excerpt
12   from the 1993 Red Book, bearing the Bates No.
13   RB03629, 04230 through 31.
14   A.    Uh-huh.
15   Q.    Ms. Stone, you are familiar with the Red
16   Book?
17   A.    Yes, I am.
18   Q.    When Palmetto calculated the AWP prices,
19   would it use hard copy of the annual book, monthly
20   updates, quarterly updates, all of those?  Or none
21   of those?
22   A.    I'm trying to recall.  And I think it

1    depended on, you know, receipt of the information.
2              What I recall is, that at one time we
3    used the annual -- at one time we used the annual,
4    plus I think monthly.
5              But I'm not positive if that was a
6    monthly publication.
7              And then I think later we used the
8    quarterly CD.
9         Q.   If we go to -- you see the column in the
10   array document that says the page number 585?
11        A.   Uh-huh.
12        Q.   If you go to the last page of the exhibit
13   that I just handed you, 533; is there a page number
14   at the top that says 585?
15        A.   Yes.
16        Q.   Does it -- does this allow you to infer
17   that this is the -- a copy of the page that the
18   consultant used to come up with the arrays?
19        A.   I would think so.
20        Q.   And do you see there that there is --
21   under Vancomycin HCL, you see that, at the top --
22        A.   Yes.