# Exhibit 171

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Red Book(TM) for Windows®

57644

## Product Information

Release: JULY, 2002

| Product | Manuf/Dist | Identifier | Form | Strength | Size | UD | AWP | WAC |
|---|---|---|---|---|---|---|---|---|
| ATROVENT | Boehr Ingelheim Phar | 00597-0080-62 | SOL | 0.02% | 2.500 ml 25s | U | 73.09 | 60.91 |
| IPRATROPIUM BROMIDE | Allscripts | 54569-4910-00 | SOL | 0.02% | 2.500 ml 25s | U | 18.46 | |
| IPRATROPIUM BROMIDE | Alpharma USPD | 00472-0751-23 | SOL | 0.02% | 2.500 ml 25s | U | 56.50 | |
| IPRATROPIUM BROMIDE | Alpharma USPD | 00472-0751-30 | SOL | 0.02% | 2.500 ml 30s | U | 67.80 | |
| IPRATROPIUM BROMIDE | Alpharma USPD | 00472-0751-60 | SOL | 0.02% | 2.500 ml 60s | | 118.80 | |
| IPRATROPIUM BROMIDE | Apotex Corp. | 60505-0806-01 | SOL | 0.02% | 2.500 ml 25s | U | 56.00 | 16.00 |
| IPRATROPIUM BROMIDE | Dey | 49502-685030 | SOL | 0.02% | 2.500 ml 25s | | 44.10 | 12.63 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-03 | SOL | 0.02% | 2.500 ml 25s | | 44.10 | 12.63 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-33 | SOL | 0.02% | 2.500 ml 30s | | 52.80 | 15.15 |
| IPRATROPIUM BROMIDE | Dey | 49502-685330 | SOL | 0.02% | 2.500 ml 30s | | 52.80 | 15.15 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-60 | SOL | 0.02% | 2.500 ml 60s | | 105.60 | 30.30 |
| IPRATROPIUM BROMIDE | Dey | 49502-685600 | SOL | 0.02% | 2.500 ml 60s | | 105.60 | 30.30 |
| IPRATROPIUM BROMIDE | Ivax Pharm | 00172-6407-44 | SOL | 0.02% | 2.500 ml 25s | U | 44.10 | 13.98 |
| IPRATROPIUM BROMIDE | Ivax Pharm | 00172-6407-49 | SOL | 0.02% | 2.500 ml 60s | U | 105.60 | 34.99 |
| IPRATROPIUM BROMIDE | Phys Total Care | 54868-4082-01 | SOL | 0.02% | 2.500 ml 25s | U | 23.54 | |
| IPRATROPIUM BROMIDE | Phys Total Care | 54868-4082-00 | SOL | 0.02% | 2.500 ml 60s | U | 42.25 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-11 | SOL | 0.02% | 2.500 ml 25s | U | 44.06 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-13 | SOL | 0.02% | 2.500 ml 25s | U | 44.06 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-21 | SOL | 0.02% | 2.500 ml 30s | U | 52.87 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8404-11 | SOL | 0.02% | 2.500 ml 60s | U | 105.74 | |
| IPRATROPIUM BROMIDE NOVAPLUS | Roxane | | SOL | 0.02% | 2.500 ml 25s | U | 44.06 | |
| IPRATROPIUM BROMIDE NOVAPLUS | Roxane | 00054-8404-13 | SOL | 0.02% | 2.500 ml 30s | U | 52.87 | |
| IPRATROPIUM BROMIDE NOVAPLUS | Roxane | 00054-8404-21 | SOL | 0.02% | 2.500 ml 60s | U | 105.74 | |

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

Red Book(TM) for Windows®   *JGO40*

Release: JULY, 2002

## Product Information

| Product | Manuf/Dist | Identifier | Form | Strength | Size | UD | AWP | WAC |
|---|---|---|---|---|---|---|---|---|
| BLENOXANE | B/M Squibb Onc/Vir | 00015-3010-20 | PDS | 15 U | ea | | 304.60 | 243.68 |
| BLENOXANE NOVAPLUS | B/M Squibb Onc/Vir | 00015-3010-26 | PDS | 15 U | ea | | 304.60 | 243.68 |
| BLEOMYCIN SULFATE | Abbott Hosp | 00703-3154-01 | PDS | 15 U | ea | | 305.78 | 141.75 |
| BLEOMYCIN SULFATE | Faulding Pharm | 61703-0332-18 | PDS | 15 U | ea | | 309.00 | |
| BLEOMYCIN SULFATE NOVAPLUS | Abbott Hosp | 00703-3154-91 | PDS | 15 U | ea | | 305.78 | 141.75 |

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

AWP038-1316    L

Red Book(TM) for Windows®    J9/02

Release: JULY, 2002

## Product Information

| Product | Manuf/Dist | Identifier | Form | Strength | Size | UD | AWP | WAC |
|---------|-----------|-----------|------|----------|------|----|----|-----|
| CYTARABINE | Bedford | 55390-0131-10 | PDS | 100 MG | 10s ea | | 62.50 | 30.00 |
| CYTARABINE NOVAPLUS | Bedford | 55390-0806-10 | PDS | 100 MG | 10s ea | | 62.50 | 28.00 |
| CYTOSAR-U | Pharmacia Corp | 00009-0373-01 | PDS | 100 MG | ea | | 8.98 | 7.18 |

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

Page 1

Red Book(TM) for Windows®

*J900*

Release: JULY, 2002

## Product Information

| Product | Manuf/Dist | Identifier | Form | Strength | Size | UD | AWP | WAC |
|---------|-----------|-----------|------|----------|------|----|-----|-----|
| FLOXURIDINE | APP | 63323-0145-07 | PDS | 0.5 GM | ea | | 150.00 | 119.00 |
| FLOXURIDINE | Bedford | 55390-0135-01 | PDS | 0.5 GM | ea | | 136.38 | 120.00 |
| FLOXURIDINE NOVAPLUS | Bedford | 55390-0435-01 | PDS | 0.5 GM | ea | | 136.39 | 120.00 |

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

AWP038-1328   L

Red Book(TM) for Windows®

*7q208*

## Product Information

Release: JULY, 2002

| Product | Manuf/Dist | Identifier | Form | Strength | Size | UD | AWP | WAC |
|---------|-----------|-----------|------|----------|------|----|----|-----|
| IFEX | B/M Squibb Onc/Vir | 00015-0556-05 | PDS | 1 GM | ea | | 169.84 | 135.87 |
| IFEX NOVAPLUS | B/M Squibb Onc/Vir | 00015-0556-11 | PDS | 1 GM | ea | | 169.84 | 135.87 |

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

Red Book(TM) for Windows®

Release: JULY, 2002

1/9/10

## Product Information

| Product | Manuf/Dist | Identifier | Form | Strength | Size | UD | AWP | WAC |
|---------|-----------|-----------|------|----------|------|----|----|----|
| CYTOSAR-U | Pharmacia Corp | 00009-0473-01 | PDS | 500 MG | ea | | 35.64 | 28.51 |
| CYTARABINE NOVAPLUS | Bedford | 55390-0807-10 | PDS | 500 MG | 10s ea | | 250.00 | 75.00 |
| CYTARABINE | Bedford | 55390-0132-10 | PDS | 500 MG | 10s ea | | 250.00 | 85.00 |

Copyright © 2002, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

Page 1

AWP038-1324      L