# Exhibit 172

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim*
*Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Wells, Jerry - May 25, 2004 09:04:00 a.m.

```
419:1    IN THE CIRCUIT COURT OF THE

   2                 SECOND JUDICIAL CIRCUIT,

   3           IN AND FOR LEON COUNTY, FLORIDA

   4                   CASE NO. 98-3032A

   5    THE STATE OF FLORIDA, ex rel,

   6    VEN-A-CARE OF THE FLORIDA

   7    KEYS, INC., a Florida

   8    corporation, by and through

   9    its principal officers and

  10    directors, ZACHARY T. BENTLEY

  11    and T. MARK JONES,

  12           Plaintiffs,                VOLUME 4

  13    vs.                        PAGES 419 - 617

  14    BOEHRINGER INGELHEIM

  15    CORPORATION; DEY, INC.; DEY,

  16    L.P.; EMD PHARMACEUTICALS,

  17    INC.; LIPHA, S.A. MERCK, KGaA;

  18    MERCK-LIPHA, S.A.; SCHERING

  19    CORPORATION; SCHERING-PLOUGH

  20    CORPORATION; ROXANE

  21    LABORATORIES, INC., and

  22    WARRICK PHARMACEUTICALS

  23    CORPORATION,

  24           Defendants.

  25    _____
```

Wells, Jerry - May 25, 2004 09:04:00 a.m.

```
420:1   CONTINUED VIDEOTAPED

   2    DEPOSITION OF:          JERRY WELLS

   3    TAKEN AT INSTANCE OF:   The Defendants

   4    DATE:                   May 25, 2004

   5    TIME:                   Recommenced at 9:04 a.m.

   6                            Adjourned at 4:00 p.m.

   7    LOCATION:               215 S. Monroe Street

   8                            Tallahassee, Florida

   9    REPORTED BY:            SANDRA L. NARGIZ

  10                            Certified Realtime Reporter

  11          ACCURATE STENOTYPE REPORTERS, INC.

  12             2894 REMINGTON GREEN LANE

  13        TALLAHASSEE, FL  32308   (850)878-2221

  14                                                   420

  15    APPEARANCES:

  16          REPRESENTING DEY, INC., DEY LP, EMD

  17          PHARMACEUTICALS:

  18          WILLIAM A. ESCOBAR, ESQUIRE

  19          ANTONIA F. GIULIANA, ESQUIRE

  20          KELLEY DRYE & WARREN

  21          101 Park Avenue

  22          New York, NY  10178

  23          212-808-7800

  24          KELLY OVERSTREET JOHNSON, ESQUIRE

  25          BROAD & CASSEL
```

Wells, Jerry - May 25, 2004 09:04:00 a.m.

455:1            Let me direct your attention to paragraph 7 of

   2   your new affidavit.  In the second sentence it says --

   3   actually third sentence, "Pursuant to a legislative

   4   change effective July 1, 2000, an additional test to

   5   determine EAC was added.  Based on this legislative

   6   change, EAC was the lower of average wholesale price

   7   minus 13.25 percent, WAC plus 7 percent, the FUL, or

   8   SMAC," S-M-A-C.

   9            Now that's not entirely correct, is it?

  10            MR. AZORSKY:  Object to the form.

  11            MS. MILLER:  Object to the form.

  12            THE WITNESS:  I don't know what's not correct

  13       about it.

  14   BY MR. ESCOBAR:

  15       Q    You say that effective July 1, 2000, EAC was

  16   the lower of AWP minus 13.25 percent, WAC plus 7

  17   percent.

  18            From July 1, 2000 to April 2002, WAC was not

  19   in the logic, correct?

  20       A    It was removed from the logic.

  21       Q    Right.  So when you say in this sworn

  22   affidavit that effective July 1, 2000, EAC was the lower

  23   of AWP minus 13.25, WAC plus 7 percent, that's not

  24   correct, is it?

  25            MR. AZORSKY:  Object to form.