# Exhibit 178

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment



*experience does matter*

**CASE:  In re: Pharmaceutical Industry Average Wholesale Price Litigation**
**DATE:  April 24, 2007**

Enclosed is the Original of the transcript of the testimony of **Tawes, David - Vol. I** along with the errata sheet in the above-titled case.  Please have the witness read the deposition and sign the signature page before a Notary Public.

After the signature page has been notarized, please return the original transcript and errata sheets to the custodial attorney within 30 days of receipt for proper filing.

Thank you for your attention to this matter and please feel free to contact us with any questions or concerns.

Sincerely,

Henderson Legal Services

Encl.

Henderson Legal Services
Phone: 202-220-4158
Fax: 202-220-4162
Website: www.hendersonlegalservices.com

```
                                                              Page 2
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS

 3   ------------------------------------X

 4   THE COMMONWEALTH OF MASSACHUSETTS  :  CIVIL ACTION NO.

 5            Plaintiff,                :  03-CV-11865-PBS

 6       v.                             :

 7   MYLAN LABORATORIES, INC., et al.   :

 8            Defendants.               :

 9   ------------------------------------X

10

11            SUPERIOR COURT OF NEW JERSEY

12                    UNION COUNTY

13   ------------------------------------X

14   CLIFFSIDE NURSING HOME, INC., on   :  LAW DIVISION

15   behalf of itself and all others    :  DOCKET NO.

16   similarly situated, as defined     :  UNN-L-2329-04

17   herein,                            :

18            Plaintiffs,               :

19       v.                             :

20   DEY, INC., et al.                  :

21            Defendants.               :

22   ------------------------------------X
```

Page 5

1                COMMONWEALTH OF KENTUCKY

2            FRANKLIN CIRCUIT COURT - DIV. I

3      -------------------------------------X

4      COMMONWEALTH OF KENTUCKY, ex rel.    :   CIVIL ACTION NO.

5      GREGORY D. STUMBO, Attorney General:   03-CI-1487

6             Plaintiff,                    :

7          v.                               :

8      ALPHAPHARMA, INC., et al.            :

9             Defendants.                   :

10     -------------------------------------X

11                         - - -

12           Videotaped deposition of DAVID

13     TAWES was taken, pursuant to notice, at MORGAN

14     LEWIS & BOCKIUS, LLP, 1701 Market Street,

15     Philadelphia, Pennsylvania, on Tuesday, April

16     24, 2007, beginning at 8:45 a.m., before M.

17     Kathleen Muino, Professional Shorthand

18     Reporter, Notary Public; Richard Kanzinger,

19     Jr., Videographer, there being present:

20

21

22

bcab4204-38f1-4b48-ab34-7037316b0f5a

Page 31

1    program analyst does?
2         A.   The program analyst does -- usually
3    works for a team leader on various
4    inspection-related work that -- that the office
5    does.  This could be anything from doing background
6    research on a topic to drafting data collection
7    instruments, analyzing data, writing reports.
8    Those sorts of things.
9         Q.   And are you still a program analyst
10   today?
11        A.   No.
12        Q.   Okay.  What is your position today?
13        A.   I believe my official title is director
14   of the Medicare and Medicaid pricing unit -- Drug
15   Pricing Unit.
16        Q.   And when did you assume that position?
17        A.   September of 2005.
18        Q.   And prior to assuming the position as
19   the director of Medicare and Medicaid Drug Pricing
20   Unit, were you a program analyst?
21        A.   Yes.
22        Q.   Were you also a team leader or a project

bcab4204-38f1-4b48-ab34-7037316b0f5a

Page 32

```
 1   leader on --
 2        A.   Yes.
 3        Q.   -- some of the reports?  And that is not
 4   necessarily a title, but a position with respect to
 5   a particular report?
 6        A.   Yes.
 7        Q.   Okay.  Meaning that you're responsible
 8   for that report, in essence?
 9        A.   Yes.
10        Q.   Let's talk about your current job a
11   little bit, as the director of the Medicare and
12   Medicaid Drug Pricing Unit.  Could you tell me what
13   the charge of or the mission of the Medicare and
14   Medicaid Drug Pricing Unit is?
15        A.   I don't know that we ever got a
16   particular charge.  It was created after the
17   passage of MMA, and the Office of Inspector General
18   was mandated under MMA to conduct certain pricing
19   evaluations on a regular basis.  Because this was
20   ongoing work, headquarters, I believe, in DC
21   decided that there should be a unit that is focused
22   on prescription drug pricing related issues.
```

bcab4204-38f1-4b48-ab34-7037316b0f5a