# Exhibit 179

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

Page 535

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

IN RE:  PHARMACEUTICAL          )   MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE      )   CIVIL ACTION

PRICE LITIGATION                )   01-CV-12257-PBS

THIS DOCUMENT RELATES TO        )

U.S. ex rel. Ven-a-Care of      )   Judge Patti B. Saris

the Florida Keys, Inc.          )

     v.                         )   Chief Magistrate

Abbott Laboratories, Inc.,      )   Judge Marianne B.

No. 06-CV-11337-PBS             )   Bowler

- - - - - - - - - - - - - - - -

        (cross-captions on following pages)


                    Washington, D.C.

                    Wednesday, March 26, 2008

                    9:22 a.m.


     Videotaped deposition of DEIRDRE DUZOR

                 Volume III

20f05866-234b-46da-bf0b-d8962eb8d876

Duzor, Deidre - Vol. III                                  March 26, 2008
                         Washington, DC

                                                              Page 536
1              IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
2                   IN AND FOR LEON COUNTY, FLORIDA
3    - - - - - - - - - - - - - - - - - - )
4    THE STATE OF FLORIDA, ex rel.        )
5    VEN-A-CARE OF THE FLORIDA KEYS,      )
6    INC., a Florida Corporation, by and  )
7    through its principal officers and   )
8    directors, ZACHARY T. BENTLEY and    )
9    T. MARK JONES,                       )
10             PLAINTIFFS,                ) Civil Action
11        vs.                             ) No. 98-3032A
12   BOEHRINGER INGELHEIM CORPORATION,    )
13   et al.,                              ) Judge William
14             DEFENDANTS.                ) L. Gary
15   - - - - - - - - - - - - - - - - - - )
16
17
18
19
20
21   (CONTINUED)
22

Page 644

1  generic reimbursement is allowed between 10 and
2  20 percent when, in fact, CMS is aware that on
3  average for all drugs, for all generic drugs,
4  pharmacists are obtaining them on average at AWP
5  minus 60 percent or higher?
6           MS. MARTINEZ:  Objection.  Form.
7           THE WITNESS:  Because we're in
8  partnership with the states in running these
9  programs, so we don't dictate to states -- we
10 don't set the payment rates for states.
11 BY MR. MERKL:
12     Q.   Well, yes, but you approve or
13 disapprove the plan, right?
14     A.   Yes.
15     Q.   So if you felt the plan was
16 inappropriate for some reason, you would
17 disapprove it, right?
18          MS. MARTINEZ:  Objection.  Form.
19          THE WITNESS:  Yes, but the consequence
20 of disapproval could be greater overpayments.
21 BY MR. MERKL:
22     Q.   Could you explain that?

```
                                                          Page 645
 1       A.   If a state is requesting to go from AWP
 2  minus 10 to AWP minus 15 and we disapprove it,
 3  then they remain obligated to pay at AWP minus
 4  10.
 5       Q.   Well, you could disapprove that too,
 6  couldn't you?
 7       A.   Well, that's not on the table.  That
 8  was approved at a prior point in time.
 9       Q.   So there is no mechanism that you have
10  to go back and disapprove an existing rate?
11       A.   As I understand it, no.
12       Q.   So if a state in 1990 was reimbursing
13  at AWP flat, as long as they didn't come to you
14  and ask to change their rate, there is nothing
15  you could do to have them reimburse at a lower
16  rate?
17       A.   I don't believe -- there has never been
18  any discussion that I have been a part of to
19  indicate that we could unilaterally require them
20  to change their payment rates.
21       Q.   Now, notwithstanding that you can't
22  require them to change the rate, you can stop
```

Page 647

1  that allow reimbursement for generics at AWP
2  minus 15 or minus 20?
3             MS. MARTINEZ:  Objection.  Form.
4             MR. KELLEY:  Objection.  Form.
5             MS. ALBEE:  Objection.  Form.
6             THE WITNESS:  Because they're moving in
7  the right direction.  They're reducing pharmacy
8  reimbursement and saving the states and the
9  federal government money by doing so.
10 BY MR. MERKL:
11      Q.   So you are aware, then, that the
12 pharmacies are making money on that difference
13 between what they're acquiring the drug for and
14 what they're reimbursing it at in the case of
15 generics?
16            MS. MARTINEZ:  Objection.  Form.
17            MS. ALBEE:  Objection.  Form.
18            THE WITNESS:  Yes.  Based upon the OIG
19 reports, we are aware of that.
20 BY MR. MERKL:
21      Q.   And you have been aware of it for some
22 time?

20f05866-234b-46da-bf0b-d8962eb8d876