# Exhibit 180

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the July 24, 2009, Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

| | |
|---|---|
| **From:** | Russillo, Tom          BICLE |
| **Sent:** | Friday, September 10, 1999 4:52 PM |
| **To:** | FELDMAN, RICHARD     ROXUS; WATERER, JUDY     ROXUS |
| **Cc:** | CIARELLI,GREGG     MK BIPUS |
| **Subject:** | RE: Azathioprine AWP |

Go ahead and implement the $131.08 AND $144.18 AWP change as well as the new pricing for Alprazolam Intensol. Price changes for M/S, except in certain cases which will be more clearly defined later, do not need to go to a pricing committee. Gregg is in agreement.   Tom

-----Original Message-----
| | |
|---|---|
| **From:** | FELDMAN, RICHARD     ROXUS |
| **Sent:** | Friday, September 10, 1999 3:57 PM |
| **To:** | Russillo, Tom          BICLE |
| **Subject:** | FW: Azathioprine AWP |

-----Original Message-----
| | |
|---|---|
| **From:** | TAVOLARO,ANTHONY     SLS BIPUS |
| **Sent:** | Friday, September 10, 1999 3:19 PM |
| **To:** | WATERER, JUDY     ROXUS |
| **Cc:** | SYKORA, ROBERT     ROXUS; FELDMAN, RICHARD     ROXUS; zzCOL ROXANE NATIONAL ACCOUNTS |
| **Subject:** | Azathioprine AWP |

Judy:
    Could you give me an update on the proposed AWP change for Azathioprine. Our AWP is lower than Geneva's and I have a mail-order pharmacy asking us to raise the AWP or lower our price to meet the spread. I was told a change was in the works. Is this correct?

D0020960
RLI-AWP-00000438
ROX020-0190     FL