# Exhibit 4

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*,
Civil Action No. 01-12257-PBS

Exhibit to the United States' Common Memorandum of Law in Support of Cross-Motions for Partial Summary Judgment and in Opposition to the Defendants' Motions for Summary Judgment

```
 1  LOURDES G. BAIRD
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
    Chief, Civil Division
 3  HOWARD F. DANIELS
    Assistant United States Attorney
 4  Chief, Civil Fraud Section
    FRANK D. KORTUM
 5  Assistant United States Attorney
        1100 United States Courthouse
 6      312 North Spring Street
        Los Angeles, California 90012
 7      Telephone: (213) 894-5710

 8  Attorneys for Plaintiff
```

Dec 14  2 47 PM '90
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

NO JS-6

FILED
FEB 1 1 1991
CLERK, U.S. DISTRICT CO.
CENTRAL DISTRICT OF CALIF.
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 90-3408-AWT(Kx) |
| Plaintiff, | |
| v. | [PROPOSED] |
| CONSOLIDATED AERONAUTICS CORP., et al., | ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT |
| Defendant. | |

The motion of plaintiff United States of America for partial summary judgment came on regularly for hearing before this Court on January 7, 1991. After considering the moving and opposition papers, arguments of counsel, and all other matters presented to the Court,

IT IS HEREBY ORDERED that the government's motion for partial summary judgment is GRANTED as to Consolidated's claim

1  that the government has a duty to mitigate damages. The cour[t]
2  rules that, as a matter of law under the False Claims Act, th[e]
3  government has no legal duty to mitigate damages.
4  Except to the extent granted above, plaintiff's motion fo[r]
5  partial summary judgment is DENIED.
6  Dated: FEB 11 1991

        A. WALLACE TASHIMA
        United States District Judge