UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| ) ) | Subcategory No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO: ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*,  Civil Action No. 06-11337-PBS; ) ) ) | |

**UNITED STATES' NOTICE OF FILING
FIRST CORRECTED DECLARATION OF MARK LAVINE
SUBMITTING EXHIBITS IN SUPPORT OF UNITED STATES' MEMORANDUM OF
LAW IN SUPPORT OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT,
AND IN OPPOSITION TO ABBOTT LABORATORIES INC.'S MOTION FOR
SUMMARY JUDGMENT**

The United States hereby gives notice of the filing of the attached First Corrected Declaration of Mark Lavine Submitting Exhibits in Support of United States' Memorandum of Law in Support of Cross-motion for Partial Summary Judgment and 56.1 Statement, and in Opposition to Abbott Laboratories Inc.'s Motion for Summary Judgment and 56.1 Statement, and attaches hereto, a corrected Attachment 1 Exhibit List 1 to 140 and Exhibits 100 to 140.

Respectfully submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL K. LOUCKS<br>ACTING UNITED STATES ATTORNEY | MICHAEL F. HERTZ<br>DEPUTY ASSISTANT ATTORNEY GENERAL |
| ___s/ George Henderson_____<br>George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone: (617) 748-3398<br>Fax: (617) 748-3272 | ___/s  Gejaa Gobena_____<br>Joyce R. Branda<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Gejaa T. Gobena<br>Rebecca Ford<br>Elizabeth Strawn |
| JEFFREY H. SLOMAN<br>ACTING UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261<br>Ben Franklin Station |
| ___/s Mark Lavine_____<br>Mark A. Lavine<br>Ann St. Peter-Griffith<br>Special Assistant U.S. Attorneys<br>99 N.E. 4th Street, 3rd Floor<br>Miami, FL  33132<br>Phone:  (305) 961-9003<br>Fax: (305) 536-4101 | Washington, D.C.  20044<br>Phone:  (202) 307-1088<br>Fax: (202) 307-3852 |

Dated: July 27, 2009

CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above **UNITED STATES' NOTICE OF FILING FIRST CORRECTED DECLARATION OF MARK LAVINE SUBMITTING EXHIBITS IN SUPPORT OF UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT, AND IN OPPOSITION TO ABBOTT LABORATORIES INC.'S MOTION FOR SUMMARY JUDGMENT** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

    /s/ Mark Lavine

Dated: July 27, 2009

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION )<br>)<br>)<br>)<br>──────────────────────────────── )<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS; )<br>)<br>) | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Subcategory No. 06-11337-PBS<br><br>Hon. Patti B. Saris |

**DECLARATION OF MARK LAVINE SUBMITTING EXHIBITS IN SUPPORT OF UNITED STATES' MEMORANDUM OF LAW IN SUPPORT OF CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION TO ABBOTT LABORATORIES INC.'S MOTION FOR SUMMARY JUDGMENT**

I, Mark Lavine, do hereby declare as follows:

1. I am an Assistant U.S. Attorney in the Office of the United States Attorney, Southern District of Florida. I am a member in good standing of the bar of this Court.

2. On behalf of the plaintiff United States of America, I am submitting with this declaration Exhibits in Support of United States' Memorandum of Law in Support of Cross-motion for Partial Summary Judgment and in Opposition to Abbott Laboratories Inc.'s Motion for Summary Judgment.

3. The exhibits listed on Attachments 1 and 2 to this Declaration are true and correct copies of the materials described therein and submitted with this declaration.

I swear under the penalties of perjury that the foregoing statements are true and correct.

_____
Mark Lavine
Assistant U.S. Attorney

Executed this 24th day of July, 2009

| **ATTACHMENT 1** | | |
|---|---|---|
| # | EXHIBIT DESCRIPTION | Attachments |
| 1 | Pat Ormond Affidavit | A1-A45, B1-B6 |
| 2 | Ian Dew Affidavit | |
| 3 | 1990 Abbott Labs HPD Supplemental Price List ABT001443 | |
| 4 | 1991 Abbott Labs HPD Supplemental Price List ABT001400 | |
| 5 | 1992 Abbott Labs HPD Supplemental Price List ABT001353 | |
| 6 | 1993 Abbott Labs HPD Price Catalog ABT286-0859 | |
| 7 | 1994 Abbott Labs HPD Price Catalog ABT286-0900 | |
| 8 | 1995 Abbott Labs HPD Price Catalog ABT286-0943 | |
| 9 | 1996 Abbott Labs HPD Price Catalog ABT329-3240 | |
| 10 | 1997 Abbott Labs HPD Price Catalog ABT330-3372 | |
| 11 | 1998 Abbott Labs HPD Price Catalog ABT061-0165 | |
| 12A | 04/15/99 Cicerale Email to First-Data with 3 attachments (ABT015-0628); APR419.TXT [section 1] | |
| 12B | APR419.TXT [section 2] (ABT015-0666); | |
| 12C | APR419.xls (ABT015-0700); | Excel Spreadsheet |
| 12D | XXX.TXT (ABT015-0741); | Text |
| 13 | 2001 Abbott Labs HPD Price Catalog ABT-DOJ 0410898 | |

| | | |
|---|---|---|
| 14 | 2002 Abbott Labs HPD Price Catalog<br>ABT-DOJ 0410787 | |
| 15 | 04/15/94 Cicerale correspondence to Wyndy Jones, MEDI-SPAN<br>BMW032-0492 | |
| 16 | 09/15/94 Cicerale correspondence to Beth Radar First Data Bank<br>BMW039-0120 | |
| 17 | 12/07/95 Cicerale FAX to First Data, RedBook and Medi-Span<br>Subject: Abbott HPD Calcijex Price Changes<br>BMW007-1224 | |
| 18 | 01/16/96 Mitchell correspondence to Heggie RE: Medi Span File Attachment: MEDISPAN.DOC/AWP for Calcijex<br>BMW007-1241 | |
| 19 | 01/17/96 Cicerale Medi-Span (FAX)<br>Subject: Calcijex AWP Price Change for Abbott Labs File Attachment: CAL117.TXT<br>BMW007-1247, Deposition Exhibit 933 | |
| 20 | 09/19/97 Heggie Fax to Red Book/Medical Economics re The New Calcijex AWPs<br>Redbook 00545 | |
| 21 | 11/30/98 Brown Fax to Roni Lane Red Book re The New Calcijex AWPs<br>ABT094-0567 | |
| 22 | 01/03/00 Brown Fax to Roni Lane Red Book re The New Calcijex AWPs<br>ABT094-0608 | |
| 23 | 01/04/01 Cicerale email to Kay Morgan<br>Subject: Abbott Labs HPD Calcijex/Zemplar Price Changes<br>ABT-DOJ-E 0612711 | |
| 24A | 03/31/97 Cicerale E-Mail to First DataBank<br>Subject: Abbott Laboratories HPD 4/7/97 Prices<br>ABT-DOJ 0155768, Sellers 3-16-08 30(b)(6) Exhibit 6U | Exhibit 30(b)(6) Sellers 6U 3/16/08 |

| | | |
|---|---|---|
| 24B | 03/31/97 Cicerale E-Mail to Medi-Span and RedBook<br>Subject: Abbott Laboratories HPD 4/7/97 Changes<br>ABT-DOJ 0155802 | |
| 24C | 04/02/97 Cicerale E-Mail to First Data (Kathy)<br>Subject: Abbott Laboratories HPD 4/7/97 Direct Prices<br>ABT-DOJ 0219565, Sellers 3-16-08 30(b)(6) Exhibit 6V | Exhibit 30(b)(6) Sellers 6V 3/16/08 |
| 24D | 04/02/97 Cicerale E-Mail to First Data (Kathy)<br>Subject: Abbott Laboratories HPD 4/7/97<br>ABT013-2775-2808, 04/07/05 Deposition Exhibit 10 | |
| 25 | 03/25/98 Cicerale E-Mail/Fax to Medi-Span, RedBook, and First Data<br>Subject: Abbott Laboratories HPD Changes<br>ABT015-0610 | |
| 26 | 04/09/98 Cicerale E-Mail to First Data<br>Subject: Abbott Laboratories HPD List Price Change<br>ABT-DOJ 0156177 - ABT-DOJ 0156203 | Exhibit 30(b)(6) Sellers 6DD 3/16/08 |
| 27 | 04/09/98 Cicerale E-Mail to RedBook<br>Subject: Abbott Laboratories HPD List Price Changes<br>ABT015-0502 | |
| 28 | 04/09/98 Cicerale E-Mail to Medi-Span<br>Subject: Abbott Laboratories HPD List Price Changes<br>ABT015-0554 | |
| 29A | 11/24/98 Cicerale E-mail to First Databank<br>Subject: Abbott Laboratories HPD Updates<br>ABT-DOJ0219706 | Exhibit 30(b)(6) Sellers 6GG 3/16/08 |
| 29B | 11/24/98 Cicerale E-Mail to First Data<br>Subject: Abbott Laboratories HPD Product Information<br>ABT-DOJ0219711 | |

| | | |
|---|---|---|
| 29C | 11/24/98 Cicerale E-Mail to RedBook<br>Subject: RedBook Verification Kit<br>ABT-DOJ-E 1349429 | |
| 30 | 1991 RedBook Excerpts | |
| 31 | 1992 RedBook Excerpts | |
| 32 | 1993 RedBook Excerpts | |
| 33 | 1994 RedBook Excerpts | |
| 34 | 1995 RedBook Excerpts | |
| 35 | 1996 RedBook Excerpts | Exhibit Minne 006 11/18/08 |
| 36 | 1997 RedBook Excerpts | |
| 37 | 1998 RedBook Excerpts | |
| 38 | 1999 RedBook Excerpts | |
| 39 | 2000 RedBook Excerpts | |
| 40A | 2001 RedBook Excerpts | Exhibit Minne 010 11/18/08 |
| 40B | 2002 RedBook Excerpts | Exhibit Minnie 010 11/18/08 |
| 41 | 2/24/99 Cicerale E-Mail to Roni Lane<br>Subject: Abbott Labs HPD Product Information<br>ABT094-0576 | |
| 42A | 04/02/99 Cicerale E-Mail to RedBook<br>Subject: Products For Abbott Labs (HPD)<br>ABT015-0746 | |
| 42B | 04/02/99 Cicerale E-Mail to Medi-Span<br>Subject: New Products Abbott Labs<br>ABT015-0742 | |
| 43A | 08/02/99 Cicerale E-Mail to First-DataBank<br>Subject: (First-DataBank) Abbott Laboratories HPD Price Changes<br>ABT015-0620 | |
| 43B | 08/02/99 Cicerale E-Mail to Redbook<br>Subject: (RedBook) Abbott Laboratories HPD Price Changes<br>ABT015-0616 | |

| 43C | 08/02/99 Cicerale E-Mail to Medi-Span<br>Subject: (Medi-Span) Abbott Laboratories HPD Price Changes<br>ABT015-0612 | |
| --- | --- | --- |
| 44A | 12/29/99 Factora E-Mail to Cicerale<br>Subject: Abbott Hospital Report<br>(First DataBank as of 12/29/99) Section A | Exhibit Sellers 30(b)(6)<br>6 S 3/16/08 |
| 44B | 12/29/99 Factora E-Mail to Cicerale<br>Subject: Abbott Hospital Report<br>(First DataBank as of 12/29/99) Section B | Exhibit Sellers 30(b)(6)<br>6 S 3/16/08 |
| 44C | 12/29/99 Factora E-Mail to Cicerale<br>Subject: Abbott Hospital Report<br>(First DataBank as of 12/29/99) Section C | Exhibit Sellers 30(b)(6)<br>6 S 3/16/08 |
| 45A | 05/15/00 Cicerale E-Mail to RedBook<br>Subject: HPD Price Changes Effective 5/15/00 | |
| 45B | 05/15/00 Cicerale E-Mail to Kay Morgan<br>Subject: HPD Price Changes Effective 5/15/00 | |
| 46 | 05/22/00 Latz E-Mail to Sellers<br>Subject: FW: Medicaid AWP Listing from First Data Bank | Exhibit Sellers 30(b)(6)<br>6 JJ 3/16/08 |
| 47A | 01/31/01 Cicerale E-Mail to Kay Morgan<br>Subject: Abbott Labs Wholesale Price Change | Exhibit Sellers 30(b)(6)<br>6 LL 3/16/08 |
| 47B | 01/31/01 Cicerale E-Mail to RedBook<br>Subject: Abbott Labs Wholesale Price Change | |
| 48A | 02/01/01 Cicerale E-Mail to Kay Morgan<br>Subject: Abbott Labs Wholesale Price Change | Exhibit Sellers 4/12/07 |
| 48B | 02/01/01 Adams E-Mail to Cicerale<br>Subject: Abbott Labs Wholesale Price Change | |
| 48C | 06/18/01 Morgan E-Mail to Cicerale<br>Subject: Re: Confirmation of Direct and Wholesale Prices for 04332-01<br><br>06/19/01 Lane E-Mail to Cicerale<br>Subject: Re: Price Confirmation (4332-01) | |
| 49 | 06/05/01 Adams E-Mail to Chronis<br>Subject: Abbott Laboratories HPD Price Changes (5/7/01) | Exhibits Sellers 30(b)(6)<br>6A, 3/16/08 |

| 50 | 05/07/02 Cicerale E-Mail to Morgan Subject: Abbott Labs HPD 5/7/02 Price Changes | |
|---|---|---|
| 51A | 09/15/95 Red Book Product Listing Verification Section A | |
| 51B | 09/15/95 Red Book Product Listing Verification Section B | |
| 51C | 09/15/95 Red Book Product Listing Verification Section C | |
| 51D | 09/15/95 Red Book Product Listing Verification Section D | |
| 51E | 09/15/95 Red Book Product Listing Verification Section E | |
| 52A | 09/27/96 Red Book Product Listing Verification Section A | |
| 52B | 09/27/96 Red Book Product Listing Verification Section B | |
| 52C | 09/27/96 Red Book Product Listing Verification Section C | |
| 52D | 09/27/96 Red Book Product Listing Verification Section D | |
| 52E | 09/27/96 Red Book Product Listing Verification Section E | |
| 53A | Stamp dated 12/17/02 RedBook Product Listing Verification Section A | |
| 53B | Stamp dated 12/17/02 RedBook Product Listing Verification Section B | |

| 53C | Stamp dated 12/17/02 RedBook Product Listing Verification Section C | |
|---|---|---|
| 54A | 3/27/96 Cicerale Fax to First Data<br>Subject: Abbott Labs HPD 4/1/96 Price Changes<br>Section A | Exhibit Sellers 30(b)(6) 6 G 3/16/08<br>HPD 4/1/96 Trade Price Changes (missing some pages on attachment) |
| 54B | 3/27/96 Cicerale Fax to Medi-Span, RedBook, First Data<br>Subject: Abbott Labs HPD 4/1/96 Price Changes<br>Section B | Same as 54A with complete attachment |
| 54C | 3/27/96 Cicerale Fax to Medi-Span, RedBook, First Data<br>Subject: Abbott Labs HPD 4/1/96 Price Changes<br>Section C | |
| 54D | 3/27/96 Cicerale Fax to Medi-Span, RedBook, First Data<br>Subject: Abbott Labs HPD 4/1/96 Price Changes<br>Section D | |
| 54E | 3/27/96 Cicerale Fax to Medi-Span, RedBook, First Data<br>Subject: Abbott Labs HPD 4/1/96 Price Changes<br>Section E | |
| 54F | 3/27/96 Cicerale Fax to Medi-Span, RedBook, First Data<br>Subject: Abbott Labs HPD 4/1/96 Price Changes<br>Section F | |
| 55 | 3/13/95 Contract Marketing Dept. Vancomycin List Price, Rx link acquisition price, Rx link customer price, old awp, awp/gram, awp as % of list, Suggested list price, Estimated awp/Manufacturers AWP prices | |

| | | |
|---|---|---|
| 56 | 3/28/95 Cicerale correspondence to Medi-Span, First Data Bank & Medical Economics Data/RedBook<br>Subject: Abbott Labs HPD Catalog Increase (Vanco) | |
| 57 | 5/5/95 Cicerale correspondence to Medi-Span, First Data, & Medical Economics Data/RedBook<br>Subject: List Price Change (Vanco) | |
| 58 | 5/30/95 Cicerale correspondence to Medi-Span, First Data, & Medical Economics Data/RedBook<br>Subject: List Price Change (Vanco) | |
| 59 | State Medicaid Agency Regional Bulletin, No. 94-25, dated<br>September 6, 1994, HHC006-429) | |
| 60 | Payments for Covered Outpatient Drugs Exceed Providers' Costs,<br>GAO-01-1118, Sept 21, 2001 | |
| 61 | March 17, 2000 Memo from Defendants Arguing Against Intervention | |
| 62 | Sept. 1, 2000 Daniel Reidy Letter on behalf of Abbott in joining in<br>the Defendants' | |
| 63 | HHS-OIG Subpoenas in 1997-2000 | |
| 64 | August 28, 2000 from Chris Cook to Mark Lavine and Linda Hiller | |
| 65 | November 3, 1999 Letter from Reed Stephens to Dan Reidy referencing a<br>presentation by the Government to Abbott | |
| 66 | Congressman Stark's letter to Mr. White | |
| 67 | May 26, 1994 Memo re Current Red Book AWPs, ABT006333, Kipperman 3-7-07 Deposition Ex. 480 | |
| 68 | March 26, 1998 Letter from Dennis Walker to Susan Rhodus, Sellers 30-31-08 30(b)(6) Ex. 11, ABT 277679 | |

| 69 | Abbott Policy for List Price Adjustments, Sellers 30-31-08 30(b)(6) Ex. 15, TXABT 674741 | |
|---|---|---|
| 70 | Updating Attached backgrounder on Vancomycin, Sellers 30-31-08 30(b)(6) Ex. 27, ABT-DOJ-E 0396008 | |
| 71 | Vancomycin Draft, November 13, 2000, Sellers 30(b)(6) 30-31-08 Ex. 28, TXABT-E 0621602 | |
| 72 | October 23, 2001 email from Mike Sellers re Vancomycin, Sellers 30(b)(6) Ex. 29, ABT-DOJ 0233994 | |
| 73 | March 7, 2001 Interoffice Correspondence from Mike Sellers, Sellers 03-31-08 30(b)(6) Ex. 33, TXABT 674736 | |
| 74 | 01/18/01 Catalog Price Adjustment Memorandum, Sellers 03-31-08 30(b)(6) Ex. 34 | |
| 75 | Undated memo re unexpected action by First DataBank with regard to AWPs, Sellers 03-31-08 30(b)(6) Ex. 35, TXABT 674744 | |
| 76 | May 1, 2001 Interoffice Correspondence from Mike Sellers, Sellers 03-31-08 30(b)(6) Ex. 36 | |
| 77 | September 26, 1996 Memorandum from Michael Heggie, Manager, Reimbursement, Heggie 05/17/07 Ex. 789, ABT-DOJ 0142329 | |
| 78 | October 26, 1994 Memorandum from Michael Heggie, Manager, Reimbursement, Heggie 05/17/07 Ex. 790, ABT-DOJ 0142335 | |
| 79 | January 12, 1995 letter from Michael Heggie to Al Beachley, Heggie 05/17/07 Ex. 792, ABT214133 | |
| 80 | February 9, 1995 letter from Michael Heggie to Al Beachley, Heggie 05/17/07 Ex. 795 | |
| 81 | February 24, 1995 Letter from Michael Heggie to Mike Keough, Heggie 05/17/07 Ex. 796, ABT214131 | |
| 82 | September 30, 1999 Letter from Department of Justice to Daniel Reidy, Gonzalez 6/3/08 Ex. 4 | |

| | | |
|---|---|---|
| 83 | June 14, 1991 Interoffice Correspondence from Donald Robertson to Kris Kringel, Robertson 9/13/07 Ex. 2, ABT212056 | |
| 84 | Quarterly Medicaid PHS/AMP & Best Price Report, Patel 6/13/07 Ex. 991, ABT AWP/MDL 172726 | |
| 85 | Tap Pharmaceuticals v. United States, Complaint for Declaratory and Injunctive Relief, April 10, 1997, District of South Carolina | |
| 86 | 04/04/97 Brief in Opposition to Defendants Mot to Dismiss, Tap Pharmaceuticals v. United States, District of South Carolina, TAPAWPDOJ 001540 | |
| 87 | Rick Gonzalez Work History, Gonzalez 6/3/08 Ex. 1 | |
| 88 | 30(b)(6) Abbott (Sellers, Michael) 031608 Deposition pages 1 to 331 | |
| 89 | 30(b)(6) Abbott (Sellers, Michael) Deposition - Vol II 033108 pages 332 to 668 | |
| 90 | 30(b)(6) Abbott (Fishman, David S) 031208 Deposition pages 1 to 361 | |
| 91 | 30(b)(6) Abbott (Fishman, David) - Deposition Vol II 032008 pages 362 to 709 | |
| 92 | Composite Exhibit of Home Infusion Dunning Letters to Rosamaria Casteneda and "The Parents of Abraham Osuna" seeking $11,965.57 balance denied by Illinois Medicaid, ABT-DOJ 0385100 | |
| 93 | Composite Exhibit of Home Infusion Dunning Letters to Karen Allen a/k/a Karen Buesking seeking $30,513.22 owed to Home Infusion Partner "Midwest Home Infusion, ABT-DOJ 0377371 | |
| 94 | 9.28.01 Letter to Reidy and Savage Re-Side Letter Agreement with Abbott Laboratories | |

| | | |
|---|---|---|
| 95 | Excerpt of Transcript of Testimony of Mark Haberberger, May 6, 2004, in US V. McKenzie, CR-01-10350-DPW, pages 110 to 134 | |
| 96 | Transcript of Deposition of Red Book through Gail Luka, June 14, 2007 | |
| 97 | 12/20/96 Rieger Interoffice Correspondence RE: Medicare Working Group ABT-DOJ 233008, Ex. Plaintiff's 1121, RMJ 7/12/07 | |
| 98 | Excerpt of Transcript of Deposition of P. Loreen Mershimer Dep. 8.23.07, page 43 | |
| 99 | Transcript of 12/4/2008 hearing before Magistrate Judge Bowler | |
| 100 | 09/13/07 Don Robertson Deposition Transcript | |
| 101 | 03/07/07 Steve Kipperman Deposition Transcript | |
| 102 | 06/03/08 Richard Gonzalez Deposition Transcript | |
| 103 | 05/17/07 Michael Heggie Deposition Transcript | |
| 104 | 06/12/07 David Brincks Deposition Transcript | |
| 105 | 04/19/07 Christine Snead Deposition Transcript | |
| 106 | 11/18/08 Thomson PDR, Inc./Red Book/Kristen Minne Deposition Transcript | |
| 107 | 05/30/07 Jerrie Cicerale Deposition Transcript | |
| 108A 108B 108C | 05/30/07 Jerrie Cicerale Exhibit 931 (Red Book Product Listing Verification Form) | |
| 109 | 06/13/07 Shirish Patel Deposition Transcript | |
| 110 | 08/30/07 Rosemary Haas Deposition Transcript | |
| 111 | 07/30/07 James E. Miller Deposition Transcript | |
| 112 | 10/25/07 Michael Tootell Deposition Transcript | |
| 113 | 02/28/08 Peter Baker Deposition Transcript | |

| 114 | 01/22/08 Virginia Tobiason Deposition Transcript | |
|---|---|---|
| 115 | 01/17/08 Lynn Leone Deposition Transcript | |
| 116 | 02/07/08 Karla Kreklow Deposition Transcript | |
| 117 | 08/29/07 Bruce Rodman Deposition Transcript (Vol. 1) and 10/11/07 Bruce Rodman Deposition Transcript (Vol. 2) | |
| 118 | Home Infusion Contracts, Proposals, Etc. | |
| 119 | Exhibit 24 from 11/18/08 Thomson PDR, Inc./Red Book/Kristen Minne Deposition | |
| 120 | June 21, 2000 letter from Abbott to Gerimed, Sellers 30(b)(6) Vol. 1, 031608, Ex. 12 | |
| 121 | Exhibit 3 to 03/14/07 Deposition of Ellen Klaus | |
| 122 | Exhibit 4 to 03/14/07 Deposition of Ellen Klaus | |
| 123 | Exhibit 6 to 03/14/07 Deposition of Ellen Klaus | |
| 124 | 10/9/07 Don Robertson Deposition Transcript | |
| 125 | 30(b)(6) Abbott (Sellers, Michael) Deposition - Vol II 033108, page 592 | |
| 126 | 30(b)(1) Michael Sellers deposition 11/01/07 | |
| 127 | 1/18/08 Defendant Abbott Laboratories, Inc.'s Responses to the United States' Second Set of Requests for Admission 32 and 33, 49 | |
| 128 | 11/30/07 United States' Second Set of Requests for Admission | |
| 129 | Exhibit 25 to 30(b)(6) Abbott (Sellers, Michael) Deposition - Vol II 033108 | |
| 130 | Exhibit 30 to 30(b)(6) Abbott (Sellers, Michael) Deposition - Vol II 033108 | |
| 131 | Exhibit 586 to 04/12/07 Deposition of Michael Sellers | |
| 132 | Exhibit 11 to 30(b)(6) Abbott (Sellers, Michael) Deposition - Vol I 031608 | |

| 133 | Exhibit 35 (Part 1-3) to 8/22/07 Guy R. Wiebking Deposition | |
|---|---|---|
| 134 | 10/5/2000 McGuan letter to David Ogden, AAG, on Behalf of Counsel for Manufacturers | |
| 135 | 8/25/2000 McGuan letter to David Ogden, AAG, on Behalf of Counsel for Manufacturers | |
| 136 | Abbott Laboratories, Inc.'s Responses to the United States' First Set of Interrogatories | |
| 137 | Document titled "Examples of the Best Price and AMP Differential" stating that "AMP's are totally distorted because in our calculation of the AMP we did not figure in the chargebacks" ABT006256 | |
| 138 | Composite Exhibit of Documents Regarding Abbott's Calculation of AMPs, Price Waterhouse review, and related materials; ABT-DOJ-E-1059745; ABT-DOJ-E-0445341; ABT-DOJ-E-0450594-5; ABT-DOJ-E-1059636-68 at p. 4 of 33; ABT-DOJ 0423051-66 at p. 4 of 16 | |
| 139 | Defendant Abbott Laboratories, Inc.'s Responses to the United States' Second Set of Requests for Admission | |
| 140 | 30(b)(6) M. Sellers 03/16/08 Deposition, Exhibit 3 | |

**ATTACHMENT 2**

**<u>Exhibits Cited in Opposition to Abbott's SOFs</u>**

C. Denemark Dep. (Delaware) 12/9/08 …………………………… Exhibit USAbt-A

C. Denemark Dep. (Delaware) 12/10/08…………….…………….. Exhibit USAbt-B

S. Bridges Dep. (Arkansas) 12/10/08 ……………………….……….. Exhibit USAbt-C

A. Chapman Dep. (Colorado) 12/15/08……………………….……Exhibit USAbt-D

J. Dubberly Dep. (Georgia) 12/15/08 …………………...……… Exhibit USAbt-E

J. Parker Dep. (Illinois) 11/18/08 ……………………………....… Exhibit USAbt-F

J. Fine Dep. (Maryland) 12/9/08……………………………………Exhibit USAbt-G

G. Cheloha Dep. (Nebraska) 12/3/08…………………...………. Exhibit USAbt-H

R. Stevens Dep. (New Mexico) 12/15/08 ….………………………Exhibit USAbt-I
.
A. Rugg Dep (Vermont) 12/15/08 ……………………...……….Exhibit USAbt-J

D. Campana Dep. (Alaska) 8/21/08 ……………………………… Exhibit USAbt-K

K. Gorospe Dep. (California) 12/3/08 ……………………….…. Exhibit USAbt-L

D. Hillblom Dep. (California) 9/23/08 ……………………….…. Exhibit USAbt-M

S. McCann Dep. (Missouri) 11/7/07 ……………………....…… Exhibit USAbt-N

L. Farrand Dep. (New Hampshire) 10/28/08 ……………...………Exhibit USAbt-O

M. Clifford Dep. (New Hampshire) 10/29/08 ………………..…… Exhibit USAbt-P

E. Vaccaro Dep. (New Jersey) 12/2/08 …………………………… Exhibit USAbt-Q

L. Weeks Dep. (North Carolina) 10/21/08 …………………………Exhibit USAbt-R

H. Tomlinson Dep. (Virginia) 11/3/08 ……………………………. Exhibit USAbt-S

M. Davis Dep. (Washington) 12/3/08 ..…………………………..…Exhibit USAbt-T

A. Hautea-Wimpee Dep. (Washington) 11/24/08 ……....…………..Exhibit USAbt-U

L. Iverson Dep. (South Dakota) 12/15/08 ……………………….…Exhibit USAbt-V

S. Kramer Dep. (Michigan) 03/25/08 ……………………………...… Exhibit USAbt-W

C.B. Ridout Dep. (North Carolina) 12/5/08 …..……………….….. Exhibit USAbt-X

J. Anderson Dep. (Oregon) 12/16/08 ……………………….…...…Exhibit USAbt-Y

R. Homar Dep. (Wyoming) 12/03/08 …………………………….. Exhibit USAbt-Z

J. Young Dep. (Rhode Island) 12/3/08 …………..………………… Exhibit USAbt-AA

1995 Blue Book ………………………………………………… Exhibit USAbt-AB