# Exhibit 107

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


In re:  PHARMACEUTICAL          )
INDUSTRY AVERAGE WHOLESALE      ) MDL No. 1456
PRICE LITIGATION                ) Civil Action No.
                                )    01-12257-PBS
                                )
THIS DOCUMENT RELATES TO:       )
                                )
United States of America,       ) Hon. Patti Saris
ex rel. Ven-a-Care of the       )
Florida Keys, Inc., v.          )
Abbott Laboratories, Inc.,      )
and Hospira, Inc.               )
CIVIL ACTION NO. 06-11337-PBS   )


****************************************************

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


IN RE:  PHARMACEUTICAL          )
INDUSTRY AVERAGE WHOLESALE      ) MDL No. 1456
PRICE LITIGATION                ) Civil Action No.
                                )    01-CV-12257-PBS
                                )
THIS DOCUMENT RELATES TO:       )
                                ) Judge Patti B. Saris
State of Arizona v. Abbott      )
Labs., et al.                   )
Civil Action No. 06-CV-11069-PBS )


****************************************************

ORAL AND VIDEOTAPED DEPOSITION OF

JERALDINE CICERALE

May 30, 2007

****************************************************

36182266-7c50-47fe-9423-7b2843292aab

Page 2

```
 1        UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
 2
 3  IN RE: PHARMACEUTICAL        )
    INDUSTRY AVERAGE WHOLESALE   ) MDL No. 1456
 4  PRICE LITIGATION             ) Civil Action No.
                                 )  01-CV-12257-PBS
 5                               )
    THIS DOCUMENT RELATES TO:    ) Judge Patti B. Saris
 6  ALL CASES                    )
 7  ****************************************************
 8        UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
 9
10  IN RE: PHARMACEUTICAL        )
    INDUSTRY AVERAGE WHOLESALE   ) MDL No. 1456
11  PRICE LITIGATION             ) Civil Action No.
                                 )  01-CV-12257-PBS
12                               )
    THIS DOCUMENT RELATES TO:    ) Judge Patti B. Saris
13  State of California, ex rel. )
14  Ven-A-Care v. Abbott         ) Magistrate
    Laboratories, et al.         ) Judge Marianne Bowler
15  Cause Nos. 03-cv-11226-PBS   )
16  ****************************************************
17            NO. D-1-GV-04-001286
18  THE STATE OF TEXAS           ) IN THE DISTRICT COURT
19  ex rel.                      )
        VEN-A-CARE OF THE        )
20      FLORIDA KEYS, INC.,      )
          Plaintiffs,            )
21                               )
    VS.                          ) TRAVIS COUNTY, TEXAS
22                               )
    ABBOTT LABORATORIES INC.,    )
23  ABBOTT LABORATORIES, and     )
    HOSPIRA, INC.,               )
24      Defendant(s).            ) 201ST JUDICIAL DISTRICT
25  ****************************************************
```

Page 3

```
 1       ORAL AND VIDEOTAPED DEPOSITION OF JERALDINE
 2  CICERALE, produced as a witness at the instance of the
 3  Plaintiff(s), and duly sworn, was taken in the
 4  above-styled and numbered causes on the 30th day of
 5  May, 2007, from 9:03 a.m. to 5:02 p.m., before WILLIAM
 6  M. FREDERICKS, CSR in and for the State of Texas,
 7  reported by machine shorthand, at the offices of
 8  Habush, Habush & Rottier, 6905 Green Bay Road,
 9  Suite 201, Kenosha, Wisconsin, pursuant to the Federal
10  and Texas Rules of Civil Procedure and the provisions
11  attached previously.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1          A P P E A R A N C E S
 2  FOR THE PLAINTIFF THE STATE OF TEXAS:
 3     Mr. Raymond C. Winter
        Assistant Attorney General
 4      Office of the Attorney General
        State of Texas
 5      Post Office Box 12548  (78711-2548)
        300 W. 15th Street, 9th Floor
 6      Austin, Texas 78701
 7  FOR THE PLAINTIFF UNITED STATES OF AMERICA:
 8     Mark Levine
        Assistant U.S. Attorney
 9      United States Attorney's Office
        Southern District of Florida
10      99 N.E. Fourth Street
        Miami, Florida 33132
11
    FOR THE PLAINTIFF THE STATE OF ARIZONA AND MDL
12  PLAINTIFFS:
13     Mr. Christopher Stuart
        Wexler Toriseva Wallace LLP
14      One North LaSalle Street, Suite 2000
        Chicago, Illinois 60602
15
    FOR THE PLAINTIFF THE STATE OF CALIFORNIA:
16
       Mr. Eliseo Sisneros
17      Deputy Attorney General
        BMFEA
18      Bureau of Medi-Cal Fraud & Elder Abuse
        State of California Department of Justice
19      110 West A Street #1100
        San Diego, California 92101
20
    FOR THE RELATOR:
21
       Mr. C. Jarrett Anderson
22      Anderson LLC
        1300 Guadalupe, Suite 103
23      Austin, Texas 78703
24
25
```

Page 5

```
 1  FOR THE DEFENDANTS ABBOTT LABORATORIES INC. AND
    HOSPIRA, INC.:
 2
 3     Mr. Jeremy Cole
        Jones Day
 4      77 West Wacker, Suite 3500
        Chicago, Illinois 60601-1692
 5
    FOR THE WITNESS:
 6
 7     Mr. David J. Stetler
        Stetler & Duffy, Ltd.
 8      11 South LaSalle Street, Suite 1200
        Chicago, Illinois 60603
 9
10  ALSO PRESENT:
11     Mr. Brian Bobbitt, Videographer.
12            *-*-*-*-*
13
14
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 to 5)

36182266-7c50-47fe-9423-7b2843292aab

Page 6

INDEX

1
2   Appearances...................................... 4-5
3   JERALDINE CICERALE
        Examination by Mr. Winter................ 8
4       Examination by Mr. Anderson............. 236
5   Reporter's Certificate........................ 353
6
    VIDEOTAPE NUMBER
7
        1 ...................................... 8
8       2 ...................................... 80
        3 ...................................... 147
9       4 ...................................... 188
        5 ...................................... 230
10      6 ...................................... 302
11              EXHIBITS
12  NO.  DESCRIPTION                      PAGE
13          (Previous Exhibits)
14      280........................................... 307
        281........................................... 262
15      286........................................... 331
        359........................................... 105
16      361........................................... 182
        363........................................... 334
17      366........................................... 151
        368........................................... 315
18      582........................................... 275
        586........................................... 236
19      780........................................... 305
        905........................................... 195
20      920........................................... 81
        922........................................... 51
21      927........................................... 102
22          (New Exhibits)
23      923........................................... 9
        Deposition Notice
24      924........................................... 10
        Jerrie Cicerale Resume
25      925........................................... 74

Page 7

1   926............................................ 83
    E-mail "Abbott Laboratories HDP 4/19/96 Fax
2   Answers"
    927............................................ 90
3   "Abbott Labs HPD Change"
    928............................................ 96
4   "Manufacturer Directory Information Form"
    929............................................ 97
5   "Abbott Laboratories HPD 4/7/97 Prices"
    930............................................ 101
6   "Abbott Laborators HPD Information"
    931............................................ 123
7   "Manufacturer Directory Information Form"
    932............................................ 126
8   "Redbook Product Listing Verification"
    933............................................ 143
9   "Calcijex AWP Price Change for Abbott Labs"
    934............................................ 153
10  E-mail "FW: 06533-01 Question"
    935............................................ 164
11  E-mail "FW: Abbott hospital product"
    936............................................ 176
12  E-mail "FW: AWP Question(First DataBank)"
    937............................................ 190
13  E-mail "Abbott Labs HPD Calcijex/Zemplar
    Price Changes"
    938............................................ 193
14  Abbott Labs Pricing
    939............................................ 203
15  E-mail "Documents for Civil Investigation"
    940............................................ 206
16  "Draft Catalog Price Adjustment"
    941............................................ 233
17  E-mail "Re: Abbott Labs Wholesale Price
    Change"
18  942............................................ 269
    "October 1995 Resource File"
19  943............................................ 300
    "PCX Price Increase Procedure"
20  944............................................ 304
    "Price Increase Outline (11/12/92 JC)"
21  945............................................ 319
    E-mail "Re: Final 2/1/01 WAC/RxCust/JIT
    Price Changes"
22  946............................................ 345
    E-mail "List Price Information"
23  947............................................ 346
    E-mail "Pricing Comparison"
24
25

Page 8

1           (Deposition Exhibit 923 marked.)
2           THE VIDEOGRAPHER:  We're on the record
3   May 30th, 2007.  The time is 9:03 a.m.  This is the
4   beginning of Tape No. 1.
5           Would the court reporter please swear in
6   the witness.
7           THE REPORTER:  Raise your right hand,
8   please, ma'am.
9               JERALDINE CICERALE,
10  having been first duly sworn, testified as follows:
11              EXAMINATION
12  BY MR. WINTER:
13     Q.  Good morning, Mr. Cicerale.  My name is
14  Raymond Winter, and you and I met face to face for the
15  first time just a few minutes ago, correct?
16     A.  Right.
17     Q.  And do you recall that you and I had a
18  telephone conversation in approximately April of 2004?
19     A.  No, I don't recall that.
20     Q.  Okay.  Would it surprise you if I stated to
21  you that I recall a phone conversation when myself and
22  my colleague Mr. Anderson gave you a phone call in or
23  about April 29th of 2004 and we spoke with you for a
24  brief 10 or 15 minutes, after which time you let us
25  know that you didn't want to continue the

Page 9

1   conversation?  You don't recall that?
2      A.  Not really.
3      Q.  Okay.  Fair enough.  Let me -- let me go
4   ahead and hand you a couple of documents and ask you
5   if you recognize them.
6           I've marked as Exhibit 923 a package,
7   which includes a letter from me to Mr. Stetler, who is
8   here as your counsel today, correct?
9      A.  Correct.
10     Q.  And it has a notice of your deposition, which
11  is noticed for this morning, as well as a document
12  request.
13          And I'm going to ahead and show it to
14  the attorneys on the other side here first and let
15  them look at it because I only have one copy.
16     A.  Okay.
17          (Document tendered.)
18          MR. STETLER:  Ray, you may just want to
19  show her the subpoena.  That's all she's seen that
20  relates to this case anyway.
21          MR. WINTER:  Pardon me?
22          MR. STETLER:  You may just want to show
23  her the subpoena.
24          MR. WINTER:  Okay.
25          MR. STETLER:  The Wisconsin subpoena.

3 (Pages 6 to 9)

36182266-7c50-47fe-9423-7b2843292aab

Page 10

1    That's a lot of miscellaneous stuff in there.
2         MR. WINTER:  I understand.
3         MR. STETLER:  Okay.
4         MR. COLE:  Do you have -- do you have
5    multiple copies of the --
6         MR. WINTER:  This is the --
7         MR. COLE:  -- other exhibits or --
8         MR. WINTER:  Yeah, most of them I do.
9         MR. COLE:  Oh, okay.  Okay.
10   Q.  (BY MR. WINTER) Ms. Cicerale, if you'll
11   look through there, attached in that package is a copy
12   of the subpoena from the State of Wisconsin, which my
13   question to you is have you seen it before?
14   A.  Yes, I've seen this.
15        (Deposition Exhibit 924 marked.)
16   Q.  (BY MR. WINTER) Okay.  And you have tendered
17   through counsel this morning a copy, one-page copy of
18   a resume, which I've now marked as Exhibit 924.  And,
19   again, I only have one copy, so I'm going to show it
20   to Mr. Cole here first.
21        (Document tendered.)
22        MR. COLE:  Okay.
23   Q.  (BY MR. WINTER) And let me ask you,
24   Ms. Cicerale, is that your resume that was current --
25   A.  Right.  Correct.

Page 11

1    Q.  As of when?
2    A.  This is a long time ago.  I mean, this is the
3    latest one I have.
4    Q.  Okay.
5    A.  It's probably -- I'm not really sure what
6    date.
7    Q.  Well, is it something that you prepared when
8    you were working at Abbott Laboratories?
9    A.  Yes.
10   Q.  Okay.  And given the entry under "Master
11   Database Coordinator," which you say you have held
12   that job from May, 1976, to present, was that the last
13   position that you held at Abbott Laboratories?
14   A.  Yes.
15   Q.  Okay.  So this would have been a current
16   resume for you at -- at or about the time that you
17   retired from Abbott?
18   A.  Correct.
19   Q.  Okay.  And when did you retire from Abbott?
20   A.  December of 2000 -- 2003.
21   Q.  December of 2003?
22   A.  Right.
23   Q.  Okay.  And I know that you have been deposed
24   at least one time prior to today, is that correct?
25   A.  Correct.

Page 12

1    Q.  Okay.  There are a couple of rules of the
2    road that we like to follow, and one of which is that
3    you and I don't talk over each other because it's very
4    difficult for Bill to take down the testimony, which
5    is very important in this case.  So we have to speak
6    one at a time.
7    A.  Okay.
8    Q.  And I'll ask you to listen carefully to my
9    question, and if you don't understand any part of it,
10   please ask me for clarification and I'll try to do a
11   better job of articulating the question so that you
12   can understand it.
13   A.  Okay.
14   Q.  Is that fair enough?
15   A.  That's fine.
16   Q.  Good.  I also need an affirmative response
17   from you, either a yes or a no, but an articulated
18   response and not just a nod of the head or an "uh-huh"
19   or an "uh-uh" because that can be ambiguous.  Okay?
20   A.  Okay.
21   Q.  If you need to take a break to speak with
22   Mr. Stetler, just let us know and we'll take a short
23   recess.
24   A.  Okay.
25   Q.  Finally, from time to time you may hear an

Page 13

1    objection from Mr. Stetler or from Mr. Cole, and it's
2    typically going to be an objection as to form, and
3    what that means essentially is they're preserving
4    rights to challenge the question at a later date, but
5    you can still answer the question if you know the
6    answer.
7    A.  Okay.
8    Q.  Okay?  All right.  Now, I understand that you
9    worked at Abbott for approximately 25 years before you
10   took your retirement in December, 2003, is that
11   correct?
12   A.  That's correct.
13   Q.  Okay.  And did you hold essentially three
14   different functions when you were at Abbott?
15   A.  Let's see.  Yeah, about three.
16   Q.  Is that true?
17   A.  Right.
18   Q.  I'm looking at your resume, and you basically
19   describe three different duties, if I can use that
20   word, that you had generally at Abbott.  One is an
21   R/D Secretary.
22   A.  Correct.
23   Q.  Another is a Catalog Specialist Assistant,
24   and then finally is a Master Database Coordinator.
25        Is that a fair characterization of the

4 (Pages 10 to 13)

36182266-7c50-47fe-9423-7b2843292aab

Page 14

1    duties -- of the general titles of the functions that
2    you had at Abbott?
3        A.  Yes, that's correct.
4        Q.  Okay.  What's an R/D Secretary?
5        A.  Research and development secretary.  I worked
6    in the -- that area for 18 different engineers and
7    scientists.
8        Q.  Okay.  And was that -- what division was that
9    R/D Secretary position in?
10       A.  That was Hospital Products.
11       Q.  At all times that you worked at Abbott, all
12   25 years, were you an employee of the Hospital
13   Products Division?
14       A.  Yes.
15       Q.  And if I refer to that as HPD, is that okay
16   with you?  We have the understanding that means
17   Hospital Products Division?
18       A.  Yes.
19       Q.  Okay.  And at all times when you were an
20   employee of HPD, did you work in the Hospital Business
21   Sector?
22       A.  Yes.
23       Q.  Okay.  And did you generally understand that
24   Abbott's HPD had two business units, the Hospital
25   Business Sector, which was sometimes referred to as

Page 15

1    HBS, and then the Alternate Site Business Sector?
2        A.  Yes.
3        Q.  Okay.  And did you know the difference
4    between the two business sectors, HPD -- HBS and
5    Alternate Site?
6        A.  Well, I knew what HBS was.
7        Q.  What was HBS?
8        A.  The hospital products.  We dealt with
9    hospital products.
10       Q.  Who did Abbott sell its hospital products to?
11       A.  Hospitals.
12       Q.  Who did the Alternate Site Business Sector
13   sell their products to?
14           MR. COLE:  Object to the form.
15       A.  I don't know.  I didn't work in that area.
16       Q.  (BY MR. WINTER)  Did you have interaction
17   with the Alternate Site Business Sector?
18       A.  Not really.
19       Q.  You never had interaction with Tena Brown or
20   Michael Heggie?
21           MR. COLE:  Object to the form.
22       A.  Other than -- no, not really.  Just sending
23   catalogs to them.
24       Q.  (BY MR. WINTER)  Your sole interaction with
25   Tena Brown and Michael Heggie was to send catalogs to

Page 16

1    them?
2        A.  From what I recall, yes.
3        Q.  What is a Catalog Specialist Assistant?
4        A.  Are you asking me what my job function was?
5        Q.  Yes, ma'am.
6        A.  I put together catalogs to send out to the
7    customers, and then I also would put the list price,
8    the wholesale price and government price into our
9    computer system, which was at the time called OPS.
10   And then I would put new products in that database and
11   update them when there were price changes.
12       Q.  And that was the function that you had as a
13   Catalog Specialist Assistant?
14       A.  Yes.
15       Q.  Okay.  How did your job change when you
16   transitioned from being a Catalog Specialist Assistant
17   to a Master Database Coordinator in or about May of
18   1976?
19       A.  Well, we had an internal department database,
20   which was just used by our Contract Marketing
21   Department, and that -- I would also add products to
22   that and keep up the pricing on it, the list pricing,
23   and send out -- when I got updates, I'd send out
24   the notif- -- you know, the different updates to
25   department people and enter that information into that

Page 17

1    internal database, which the department used for
2    using -- writing contracts.
3        Q.  When you refer to "the department," are you
4    referring to the Hospital Products Division Contract
5    Marketing Department?
6        A.  Correct.
7        Q.  And who was in charge of the Hospital
8    Products Division Contract Marketing Department when
9    you first started working there?
10       A.  There were many of them.  Are you talking
11   about the director, the person that -- the highest?
12       Q.  Who was -- what was the -- well, let's start
13   with the organization.
14           What was the name of the person who was
15   in charge of the Hospital Products Division Contract
16   Marketing Department?  Was that a director position?
17       A.  Right.
18       Q.  Okay.
19       A.  Correct.
20       Q.  Is that the organization that you went to
21   work for in May of 1976?
22       A.  Right.  Correct.
23       Q.  Prior to May of 1976, were you in a different
24   organization besides Contract Marketing?
25       A.  Yes.  I was in the HPD Marketing Department.

FREDERICKS-CARROLL REPORTING
AUSTIN (512) 477-9911 - HOUSTON (713) 572-8897 - SAN ANTONIO (210) 222-9161

36182266-7c50-47fe-9423-7b2843292aab

Page 18

1    Q.  Okay.  So when you were a Catalog Specialist
2  Assistant you were part of the Marketing Department?
3    A.  Correct.
4    Q.  And then when you moved over to become the
5  Master Database Coordinator you went to the Contract
6  Marketing Department?
7    A.  Correct.
8    Q.  Okay.  And that's the unit that you were in
9  from May of 1976 until you retired?
10    A.  Correct.
11    Q.  Okay.  Now, you mentioned that there were as
12  an internal department database that you had
13  responsibility to manage?
14    A.  Correct.
15    Q.  Okay.  Did you have that responsibility for
16  the entire time from May of 1976 through December of
17  2003?
18    A.  Yes.
19    Q.  What was the name of that internal department
20  database?
21    A.  It was called CAS, C-A-S.
22    Q.  And does that stand for Contract
23  Administration System?
24    A.  Yes.
25    Q.  Did it have the name CAS or Contract

Page 19

1  Administration System for the entire time period
2  May, 1976, through December of 2003?
3    A.  Towards the end it was called something
4  different.
5    Q.  They changed the name?
6    A.  I believe so.  I -- that was when I was
7  getting ready to retire, and they changed computer
8  systems.
9    Q.  Well, that was going to be my next question.
10  Do you re- -- is it your recollection that they
11  actually phased out the CAS and brought on line a new
12  system that performed essentially the same functions,
13  or did they simply modify the existing CAS system and
14  give it a new name as part of the modification?
15        MR. COLE:  Object to the form.
16    A.  They made a new system.
17    Q.  (BY MR. WINTER)  Okay.  So all the
18  information that was in the CAS would transition and
19  the data into the new system?
20    A.  That's my understanding.
21    Q.  Okay.  Do you recall the name of the new
22  system?
23    A.  No.
24    Q.  During the time period of May, '76, through
25  December, '03, when you were responsible for the CAS

Page 20

1  system and whatever this -- well, strike that
2  question.
3        Let me ask you this:  The new system
4  that came in on line to replace CAS, was that
5  transition -- was it still in the works or had it been
6  completed prior to your leaving?
7        MR. COLE:  Object to the form.
8    A.  It was -- it was completed.
9    Q.  (BY MR. WINTER)  Okay.  And did you take on a
10  management responsibility for the new system just as
11  you had for the CAS?
12    A.  No.
13    Q.  Somebody else took over the new system?
14    A.  Yes.
15    Q.  Who was that?
16    A.  I don't know.  I -- I had no involvement with
17  that system any more.
18    Q.  You didn't have any kind of a transition
19  process where you were helping to educate the new
20  person about what your duties and responsibilities had
21  been, sort of a passing of the baton kind of thing?
22        MR. COLE:  Object to the form.
23    A.  No.
24    Q.  (BY MR. WINTER)  So you had no interaction
25  whatsoever with the person who took over the new

Page 21

1  system?
2        MR. COLE:  Object to the form.
3    A.  No.
4    Q.  (BY MR. WINTER)  And you don't have any idea
5  what the name of the person is who took over the new
6  system?
7        MR. COLE:  Object to the form.
8    A.  It wasn't a person.  It was, you know -- when
9  they were creating this new system --
10    Q.  (BY MR. WINTER)  Uh-huh.
11    A.  -- it was a big, you know, group, computer
12  group, and it went on for a couple of years when they
13  converted it.  So there was no person --
14    Q.  Well, who was in --
15    A.  -- that took over what I did.  It was the
16  computer system that took it over.
17    Q.  Okay.  Well, you mentioned this big group.
18  Are you referring to a team of information technology
19  specialists --
20    A.  Correct.
21    Q.  -- and business unit specialists who would
22  have charge of the data that went into the system that
23  all worked together?
24    A.  Correct.
25    Q.  Okay.  Who was in charge of this group that

6 (Pages 18 to 21)

36182266-7c50-47fe-9423-7b2843292aab

Page 22

1  was overseeing the process of bringing the new system
2  on line?
3      A.  I can't recall what their -- his name was or
4  her name.  It was a big group, and I wasn't really
5  involved.
6      Q.  Well, who do you know that was involved?
7      A.  Lynn Leone.
8      Q.  And what was Ms. Leone's responsibility at
9  that time?  Was she in Contract Marketing or was she
10  in Alternate Site?  What was her --
11     A.  She was part of that computer technology
12  team.
13     Q.  Was that the official name within Abbott, the
14  computer technology team?
15     A.  No.  I don't recall what the -- what the name
16  was that they -- they used.
17     Q.  Other than Ms. Leone, who else can you recall
18  who participated on this computer technology team?
19     A.  There was, you know, a mass of people, and
20  I -- I wasn't really involved other than when they'd
21  ask, you know, my expertise.  If they wanted to know
22  how something worked, then I would go and attend a
23  meeting.
24     Q.  Okay.  So --
25     A.  Show them how a current thing worked.

Page 23

1      Q.  Sure.  I appreciate that.  So from time to
2  time did the members of the computer technology team,
3  Ms. Leone or others, come to you and ask for your
4  support and input?
5      A.  Right.
6      Q.  Okay.  So you attended meetings from time to
7  time --
8      A.  Correct.
9      Q.  -- of this team?  Okay.
10         So besides Ms. Leone, who else attended
11  these meetings?
12     A.  Well, the -- my manager was Greenberg, his
13  last name was.  Alan Greenberg.
14     Q.  Was it Greenberg or Greenthal?
15     A.  Greenthal.  Greenthal.  He would be there.
16  He was my manager.
17     Q.  What about Harry Adams?
18     A.  Yes.
19     Q.  What about Mike Sellers?
20     A.  Yes.
21     Q.  What about Bob Lyman?
22     A.  Yes.
23     Q.  Do any others come to mind now that we have
24  named a few?
25     A.  Bruce Stowell.

Page 24

1      Q.  What about Nancy Carlson?
2      A.  I don't know that person.
3      Q.  Approximately how many meetings of this
4  transition technology team did you participate in?
5      A.  Well, the project went on for a couple of
6  years, so I can't recall how many meetings I went to.
7      Q.  Okay.  Now, besides the Contract
8  Administration System database -- the internal
9  department database is how you referred it to, right?
10     A.  Correct.
11     Q.  -- did you have responsibility for any other
12  databases when you were the Master Database
13  Coordinator?
14     A.  Just that one and then the corporate one,
15  which I mentioned, OPS --
16     Q.  The corporate one?
17     A.  -- which was the order processing system.
18     Q.  Okay.  And that's what you've referred to as
19  synonymous with the corporate database?
20     A.  Correct.
21     Q.  Did the order processing system ever have any
22  other name?
23     A.  No, not -- not that I can recall.
24     Q.  At or near the time that the CAS system was
25  phased out and replaced with the new database, was

Page 25

1  there some sort of a similar transition or phase-out
2  of OPS?
3      A.  Yes.
4      Q.  Were the -- were CAS and OPS both merged
5  together into the new database or was there a parallel
6  track of transition where --
7      A.  It was a parallel.
8      Q.  Okay.  So CAS had its replacement, whatever
9  the name of that database was --
10     A.  Right.
11     Q.  -- and similarly there was a replacement for
12  OPS?  Is that your testimony?
13     A.  Correct.
14     Q.  Okay.  Do you recall what the name of the
15  database was that replaced OPS?
16     A.  I can't think of it right now.
17     Q.  Is it something that you knew back then and
18  perhaps a document or something might refresh your
19  recollection?
20     A.  It might.
21     Q.  Besides the internal department database --
22  and, again, when we say "internal department," we're
23  referring to the Contract Marketing Department, right?
24     A.  Correct.
25     Q.  So besides the internal Contract Marketing

FREDERICKS-CARROLL REPORTING
AUSTIN (512) 477-9911 - HOUSTON (713) 572-8897 - SAN ANTONIO (210) 222-9161

36182266-7c50-47fe-9423-7b2843292aab

Page 26

1   Department database known as CAS and the corporate
2   database known as OPS, were there any other databases
3   that you had responsibility for when you were the
4   Master Database Coordinator?
5       A.  The database I updated, the corporate one,
6   was called CPP, corporate product price file.
7       Q.  CPT?
8       A.  PP.
9       Q.  Two Ps?
10      A.  CPP.
11      Q.  CPPT.  Corporate product price --
12      A.  No.  Just CPP.  Two Ps.
13      Q.  Okay.  There's no T at the end?
14      A.  No.
15      Q.  Okay.  My apologies.  Corporate --
16      A.  Product price file.
17      Q.  Okay.
18      A.  That was the corporate system I fed updates
19  to, which that system fed to OPS.
20      Q.  Okay.  So are you saying that you only had
21  responsibility for the CPP part that fed into OPS or
22  did you have responsibility for all of OPS?
23      A.  No, just the CPP portion.
24      Q.  Okay.
25      A.  And that did a direct feed to OPS.

Page 27

1       Q.  Okay.  Who did you interact with at the
2   corporate level who had greater responsibility for
3   OPS?
4           MR. COLE:  Object to the form.
5       A.  The personal I would send information to for
6   CPP was Bruce Stowell's area.
7       Q.  (BY MR. WINTER)  Was Bruce Stowell?
8       A.  His -- his area.
9       Q.  Okay.  And would you --
10      A.  But that was to update CPP.
11      Q.  That was to update CPP?
12      A.  Well, to make a change to it or whatever.
13      Q.  Okay.  And was the information that was
14  housed in CPP then transmitted or input into OPS?
15      A.  It was transmitted.
16      Q.  Okay.
17      A.  A nightly feed would --
18      Q.  Okay.  Now, when you were updating CPP, was
19  it your understanding that the updates you were making
20  to CPP would be then transmitted to OPS every night?
21      A.  Correct.
22      Q.  Okay.  And so was Mr. Stowell somebody who
23  had oversight at OPS or was he on the -- on the CPP
24  end of the process?
25      A.  He was on the CPP end.

Page 28

1       Q.  Okay.  Who was on the OPS end of this
2   process?  If you had a question about something that
3   was going to OPS and you needed to talk to an OPS
4   person, who would you --
5       A.  I would talk to his area, and he would then
6   go to OPS people.
7       Q.  I got you.  Were you and Mr. Stowell housed
8   in the same physical location?
9       A.  No.
10      Q.  You were in different buildings?
11      A.  Correct.
12      Q.  In the Abbott Park complex?
13      A.  Yeah.  I mean, we were across the street from
14  each other at one time, and then years back he was in
15  North Chic-- -- his area was in North Chicago.  So we
16  were always, you know, apart.
17      Q.  Were there other persons besides you who were
18  providing inputs to the CPP that would be received by
19  Mr. Stowell?
20      A.  Yes, other divisions.
21      Q.  Okay.  So CPP wasn't owned by HPD?
22      A.  No.
23      Q.  Okay.
24      A.  It was a corporate system.
25          MR. COLE:  Object --

Page 29

1       Q.  (BY MR. WINTER)  Okay.
2           MR. COLE:  Object to the form.
3       Q.  (BY MR. WINTER)  So were the inputs you were
4   submitting to CPP inputs that were coming from CAS?
5       A.  Pardon me?
6       Q.  You had information and data that you would
7   input to CPP, correct?
8       A.  Correct.
9       Q.  Was that information and data that you were
10  inputting to CPP information and data that was in the
11  ordinary course of business housed within CAS?
12      A.  Yes.
13      Q.  Okay.  So let's -- if I understand what
14  you're describing, and tell me if I'm mistaken, you
15  had an internal Hospital Products Division Contract
16  Marketing Department database known as CAS that had
17  data and information, correct?
18      A.  Correct.
19      Q.  And you were responsible for making sure that
20  that data and information was housed properly in CAS
21  and that it was accurate information, correct?
22      A.  Yes.  Certain pieces of information.
23      Q.  Okay.
24      A.  I didn't update everything in there.
25      Q.  Okay.  And we'll talk about what those pieces

8 (Pages 26 to 29)

36182266-7c50-47fe-9423-7b2843292aab

Page 30

1 were that you had responsibility for.
2    A.  Correct.
3    Q.  But you at least had a responsibility for
4 part of CAS?  Is that true?
5    A.  Correct.
6    Q.  Okay.  And the information that you had
7 responsibility for that was housed within CAS, you
8 would make data inputs from CAS to CPP from time to
9 time, correct?
10    A.  It was a separate transaction.  They didn't
11 feed each other.
12    Q.  Okay.  What was the information that you were
13 responsible for within CAS?
14    A.  From what I can recall, it was generic
15 information about the product, the list number, the
16 description of it, the case size, the list price,
17 wholesale price and the government price.
18    Q.  Are those the only three pricing values that
19 you had responsibility for within CAS?
20    A.  Correct.
21    Q.  And was this for all of the products that
22 were marketed by the Hospital Products Division?
23    A.  Correct.
24    Q.  You used the term "generic" in your answer a
25 moment ago.  What were you referring to?

Page 31

1    A.  What did I say?  I don't --
2    Q.  You said something to the effect of I had
3 responsibility for generic information.
4    A.  Oh.  Well, I meant -- I meant, you know, I
5 didn't get into specifics about any other thing.  It
6 was -- I guess maybe I used the wrong term.  I don't
7 know.
8    Q.  Well, I'm just trying to be -- make sure that
9 I clearly understand your testimony.
10          You weren't limiting your description to
11 generic drugs?
12    A.  No, no, no.
13    Q.  Okay.
14    A.  No.
15    Q.  You understand the difference between branded
16 drugs and generic drugs?
17    A.  Yes.
18    Q.  Okay.  But you weren't using the word --
19    A.  No, no.
20    Q.  -- "generic" in that context?
21    A.  No.
22    Q.  Okay.  So for all the drugs that were
23 marketed by the Hospital Products Division, you had
24 the responsibility of inputting into the CAS certain
25 what I'll -- I'll use the word demographic data --

Page 32

1    A.  Okay.
2    Q.  -- for lack of a better term.  Is that fair?
3    A.  That's good.
4    Q.  Okay.  Which included the list number, the
5 product description, case size, the list price, the
6 wholesale price and the government price?
7    A.  Correct.
8    Q.  No other pricing terms?
9    A.  No.
10    Q.  Okay.  And did you have this responsibility
11 within CAS from 1976 til December, 2003?
12    A.  Yes.
13    Q.  Okay.  Were you continuing to make inputs
14 into CAS all the way up until the time of your
15 retirement?
16    A.  Yes.
17    Q.  So does that mean that the transition from
18 CAS to the new system was not yet complete?
19    A.  I guess.  I -- I don't recall when they cut
20 off the CAS feeds.  You know, they ran the two, the
21 new and the old, parallel for a while.  I don't recall
22 the date when they cut them off.
23    Q.  Well, do you recall that there was a time
24 before you retired when you no longer had to make
25 inputs into CAS because it had been terminated?

Page 33

1    A.  No, I -- I kept feeding.
2    Q.  Okay.
3    A.  I kept the database updated.
4    Q.  Where did you get the information that you
5 would feed into the CAS system?
6    A.  From various people.  The majority of it came
7 from the marketing manager, whosever product it -- you
8 know, responsibility it was.
9    Q.  So you would look up a specific product by
10 NDC number, figure out who the marketing manager was
11 for that product and go to that person to get the
12 information?
13    A.  They actually came to me with a form, a new
14 product form, where they would fill out the
15 information on the form.
16    Q.  Did you only update the CAS whenever there
17 was a new product launched or was it updated
18 periodically?
19          MR. COLE:  Object to the form.
20    A.  Well, I would update it when it -- when they
21 did yearly price changes also.
22    Q.  (BY MR. WINTER)  Okay.  And what was the
23 information that you put into the -- did the database,
24 CAS, have a -- could you -- could you print for a
25 specific NDC a shot, a screen shot or a --

36182266-7c50-47fe-9423-7b2843292aab

Page 34

1    A.  Yes.
2    Q.  -- printed page that would list the NDC
3  number, the product description, the case size and
4  then have columns for list price, wholesale price and
5  government price?
6    A.  Well, you could get that information.  I
7  don't remember if it was all on one screen or not.
8    Q.  Okay.  But you could look on your computer
9  and you would have that information, the list price,
10  the wholesale price, the government price, correct?
11    A.  Correct.
12    Q.  And you could print that to a piece of paper
13  if you wanted to or two sheets of paper if it took --
14    A.  Correct.
15        MR. COLE:  Object to the form.
16    Q.  (BY MR. WINTER)  Okay.  What was the
17  information that was in the column or the category for
18  list price?
19    A.  I don't understand the question.
20    Q.  What did you understand the list price to be?
21    A.  Whatever the marketing manager gave me on the
22  form that he submitted.
23    Q.  How did you know that you needed to put list
24  price into this computer system?
25    A.  On the form, it would, you know, say "list

Page 35

1  price."  That's the price I would put into the
2  computer system.
3    Q.  Did you create the form that requested the
4  list price from the marketing manager?
5    A.  No.  They submitted it to me.
6    Q.  So this was a form that the marketing manager
7  or the Marketing Department created?
8        MR. COLE:  Object to the form.
9    A.  They had access to these forms.
10    Q.  (BY MR. WINTER)  Do you know who created the
11  form that was filled out by the Marketing Department?
12    A.  Well, it was a long-time form, so I'm not
13  exactly sure who first generated it.
14    Q.  Well, did you have input into the creation of
15  the form that was used by the Marketing Department?
16    A.  Probably.
17    Q.  Okay.  Do you have any recollection as to why
18  you needed or wanted or requested the Marketing
19  Department to provide you with the list price?
20    A.  It was their responsibility to come up with
21  those prices.
22    Q.  Why did you need to have list prices included
23  in the CAS system?
24        MR. COLE:  Object to the form.
25    A.  That was one of the fields I had to update.

Page 36

1    Q.  (BY MR. WINTER)  Did you have any
2  understanding as to why you needed to update that
3  field?
4        MR. COLE:  Object to the form.
5    A.  That was part of my job.  I had to update
6  that field.
7    Q.  (BY MR. WINTER)  Okay.  Did somebody -- who
8  was your supervisor?  Was it Mr. Greenthal at the time
9  you retired?
10    A.  Yes.
11    Q.  Was he -- had he been your supervisor all the
12  way since back in 1976?
13    A.  No.
14    Q.  Okay.  So when you first came on board in
15  1976 to this -- to this job --
16    A.  Uh-huh.
17    Q.  -- to update the CAS, did somebody on the
18  first day or the first week sit down with you and say
19  part of your job is going to be to update the list
20  price in the CAS?
21    A.  Yes.
22    Q.  Okay.  Did they ever give you an
23  understanding as to why you needed to update the list
24  price in the CAS?
25    A.  No.

Page 37

1    Q.  And you were never curious from 1976 til 2003
2  as to why you were updating the list price?
3        MR. COLE:  Object to the form.
4    A.  Well, that was just one of my job functions.
5  That's one of the fields I had to update.
6    Q.  (BY MR. WINTER)  Did you have any
7  understanding as to how and by whom the list price was
8  used?
9    A.  Well, it was published in the catalogs.
10    Q.  When you say the catalog, are you referring
11  to the price catalogs that Abbott published?
12    A.  Correct.
13    Q.  Those were the same price catalogs that you
14  had responsibility for before you became the database
15  coordinator?
16    A.  Correct.
17    Q.  Okay.  And do you know why Abbott published
18  the list price in the catalogs?
19    A.  So that companies or hospitals would know
20  what the price of the products were.
21    Q.  So did you have an understanding that the
22  list price that was published in the catalog and it
23  was updated by you in this CAS was a market price, a
24  price that was actually available in the marketplace
25  that people could purchase Abbott's drugs at?

Page 38

1          MR. COLE: Object to the form.
2     A.  That's my understanding.
3     Q.  (BY MR. WINTER) Okay.  Did you have the
4  understanding that Abbott actually sold drugs at list
5  price?
6          MR. COLE: Object to the form.
7     A.  They could.
8     Q.  (BY MR. WINTER) Well, my question is not
9  could Abbott.  My question is did Abbott.
10         Do you have an understanding if Abbott
11  did sell drugs at list price?
12         MR. COLE: Object to the form.
13    A.  Yes.
14    Q.  (BY MR. WINTER) You have an understanding?
15  Okay.  Let me ask a better question.
16         Did Abbott sell drugs at list price?
17         MR. COLE: Object to the form.
18    A.  I wouldn't know that for sure.
19    Q.  (BY MR. WINTER) So you don't know one way or
20  another whether Abbott actually sold drugs at list
21  price?  Is that your testimony?
22    A.  Yes.
23    Q.  Okay.  Now, besides the list price, you had a
24  category for wholesale price, correct?
25    A.  Correct.

Page 39

1     Q.  What was the price that was put into that
2  category?
3     A.  Whatever the marketing manager put on the
4  form.
5     Q.  Did you have an understanding as to what the
6  wholesale price was, what -- what -- what was the
7  difference, as far as you understood, between a list
8  price and a wholesale price?
9     A.  Well, it was always less, a little bit less
10  or whatever than the list price.  That's about all
11  I -- my understanding would be.
12    Q.  Did you have an understanding that a
13  wholesale price was a price that was paid by a
14  wholesaler for Abbott's drugs?
15    A.  What was that again?
16    Q.  Did you have an understanding that a
17  wholesale price would be a price that would be paid by
18  a wholesaler when it purchased Abbott's drugs?
19    A.  Well, the wholesale price was the price that
20  was published in the wholesale catalog.
21    Q.  Okay.  And did you have the understanding
22  that the price that was published in the wholesale
23  catalog purported to be the price that was paid by
24  wholesalers when they purchased Abbott's products?
25         MR. COLE: Object to the form.

Page 40

1     A.  It would be the same as the list.  I, you
2  know, can't be certain that that's what they paid.  I
3  don't -- I don't know for sure.
4     Q.  (BY MR. WINTER) Well, do you think that the
5  wholesale price was intended to depict some other
6  price point, some other transaction besides the
7  transaction between Abbott and wholesalers?
8          MR. COLE: Object to the form.
9     A.  No.  It was meant for wholesalers.
10    Q.  (BY MR. WINTER) Okay.  So you understood
11  that the wholesale price that was published in the
12  catalog and that was maintained in your CAS system was
13  intended to represent the transaction between Abbott
14  and wholesalers?
15         MR. COLE: Object --
16    Q.  (BY MR. WINTER) Is that true?
17    A.  Yes.
18         MR. COLE: Object to the form.
19         MR. WINTER) Okay.  Now, my question --
20  next question here is similar to the one that I asked
21  you before but about list price.
22    A.  Uh-huh.
23    Q.  And I think I understood your answer, but I'm
24  not quite certain.  So let me ask it this way:  Do you
25  know if Abbott actually sold to wholesalers product at

Page 41

1  the wholesale price that was printed in the catalogs
2  and that you carried in your CAS system?
3     A.  That's what was printed.  I don't know for
4  certain because I -- I didn't -- wasn't privy to that
5  information, what they actually paid.
6     Q.  So you don't know one way or another whether
7  wholesalers actually paid the wholesale price that you
8  had responsibility for inputting?  Is that true?
9          MR. COLE: Object to the form.
10    A.  True.
11    Q.  (BY MR. WINTER) Okay.  Was the wholesale
12  price that you entered in the CAS system the same
13  wholesale price that was printed in the catalog?
14    A.  Yes.
15    Q.  Do you know if Abbott had any other wholesale
16  prices other than the ones that you had responsibility
17  for?
18    A.  No.  Just the ones I was responsible for.
19    Q.  As far as you knew, Abbott only had one
20  wholesale price and it was the one that was published
21  in the catalog and the one that was included in your
22  CAS system?
23         MR. COLE: Object to the form.
24    Q.  (BY MR. WINTER) Is that true?
25    A.  They had other ones, but I don't know what

11 (Pages 38 to 41)

36182266-7c50-47fe-9423-7b2843292aab

Page 42

1  they were.  I mean, I -- I remember a term called WAC.
2     Q.  So did you have an understanding that WAC was
3  a different price point or a different price than the
4  wholesale price that you had responsibility for?
5     A.  I just remember the term.
6     Q.  Well, do you --
7     A.  And I -- I know that it had to do with the
8  wholesale price, but I didn't have any involvement
9  with it.  I remember the term going around, but --
10    Q.  Would it be your expectation and belief based
11 upon your 25 years at Abbott Laboratories that WAC and
12 wholesale price are two different price terms?
13    A.  I -- I don't know.
14    Q.  Do you -- do you know whether for any given
15 drug -- let's take -- are you familiar with
16 Abbott's Vancomycin product that had the NDC 653301?
17    A.  I don't remember those numbers any more,
18 but --
19    Q.  Do you remember Abbott sold Vancomycin?
20    A.  Yes.
21    Q.  And do you remember that Vancomycin was one
22 of the drugs that you had responsibility for because
23 it was marketed by HPD?
24    A.  Yes.
25    Q.  Okay.  Let's just take an Abbott Vancomycin

Page 43

1  drug.  Would it be your expectation that in addition
2  to a list price, a wholesale price and a government
3  price that that Vancomycin product might also at the
4  same point in time also have a WAC that was different
5  than the wholesale price?
6           MR. COLE:  Object to the form.
7     A.  I don't -- I don't know.
8     Q.  (BY MR. WINTER)  You don't know?  You just
9  knew that the term WAC was used --
10    A.  Right.
11    Q.  -- within Abbott?  You heard people talking
12 about WACs, correct?
13    A.  Right.
14    Q.  Okay.  Who used the phrase or the term WAC?
15          MR. COLE:  Object to the form.
16    A.  It would be the wholesale department.  They
17 had a, you know, subsection within Contract Marketing.
18    Q.  (BY MR. WINTER)  Those would be the folks
19 within Contract Marketing that were -- had
20 responsibility for dealing with wholesalers?
21    A.  Correct.
22    Q.  Would that be Harry Adams' department?
23    A.  Yes.
24    Q.  Was Mr. Adams somebody who you heard use the
25 word or the term WAC?

Page 44

1     A.  Yes.
2     Q.  So just so we're clear and so I'm clear, you
3  don't really know one way or another whether the WAC
4  was different than the wholesale price?  You just
5  heard that was a different phrase and that was a term
6  or a phrase that you weren't used to using?  Is that
7  true?
8     A.  Correct.
9           MR. COLE:  Object to the form.
10    Q.  (BY MR. WINTER)  Okay.
11          (Discussion off the record.)
12    Q.  (BY MR. WINTER)  You said that when you got
13 the list price information, the wholesale price
14 information and the government price information you
15 would always get that from the Marketing Department?
16 Is that true?
17    A.  Correct.
18    Q.  Okay.  Now, was that the same department that
19 Mr. Adams was in?
20    A.  He was in Contract Marketing.
21    Q.  Okay.  So Mr. Adams would not be somebody who
22 would be getting you the inputs that you would make
23 into CAS?  Is that true?
24          MR. COLE:  Object to the form.
25    A.  He -- he had a signature line on that form.

Page 45

1     Q.  (BY MR. WINTER)  Okay.  So --
2     A.  So he would review that form.
3     Q.  For any given drug then you would -- the
4  person responsible for filling it out would be the
5  marketing manager for that drug?
6     A.  Correct.
7     Q.  Okay.
8     A.  And then he -- it would go -- you know, Harry
9  would sign off on it also.
10    Q.  It would go through Mr. Adams, he'd sign off
11 on it, and then it would land on your desk and you'd
12 make the inputs?
13    A.  Well, the government people would -- it would
14 then go to the government area for their pricing.
15 They would sign off on it.
16    Q.  So the Marketing Department would only
17 provide you the list price and the wholesale price?
18          MR. COLE:  Object to the form.
19    A.  They would get the information, and then the
20 other areas would review it; and if they had an issue
21 with it, they would go to the marketing manager and
22 review it with them.
23    Q.  (BY MR. WINTER)  So when Harry Adams signed
24 off on it, was he signing off on the government price
25 too or just the list price and the wholesale price?

FREDERICKS-CARROLL REPORTING
AUSTIN (512) 477-9911 - HOUSTON (713) 572-8897 - SAN ANTONIO (210) 222-9161

36182266-7c50-47fe-9423-7b2843292aab

Page 46

1     A.   Just the list and wholesale.
2     Q.   What was the government price?
3     A.   The government price that got printed in
4  their catalog.
5     Q.   Was that like the Federal Supply Schedule
6  pricing?
7     A.   Yes.
8     Q.   Okay.  Did Mr. Adams have a database of his
9  own that housed WAC prices?
10         MR. COLE:  Object to the form.
11    A.   I -- I believe he had some kind of -- another
12  database, or it could have been interlinked with CAS
13  somehow.
14    Q.   (BY MR. WINTER)  Was there a section within
15  CAS that Mr. Adams had direct inputs to and people
16  working for Mr. Adams had direct inputs to that was
17  different than the area that you had?
18    A.   Yes.
19    Q.   Okay.  What was it called?
20    A.   Well, like I said, I think it was something
21  that got fed into CAS.  They inputted it somewhere and
22  it went to CAS.
23    Q.   The part within CAS that you had
24  responsibility for, did it have a specific name?
25    A.   No.

Page 47

1     Q.   Did it have some kind of a description, or
2  was it just called Jerrie's part?  I mean, how did --
3  how did you distinguish between your part and the part
4  that Mr. Adams and other people had input to?
5     A.   Well, I had just an input area, and I would
6  put the information in, and in the nighttime I'd send
7  it off and it would get fed into the main database.
8     Q.   Did you see screen shots of the other data
9  that was input into -- into CAS by other people?
10    A.   No.
11    Q.   Never?
12    A.   Oh, you mean if I wanted to look it up later?
13    Q.   Yes, ma'am.
14    A.   No.
15    Q.   Did you ever see a field within the CAS
16  computer system that had the column "WAC" or the
17  heading "WAC"?
18    A.   No.
19    Q.   W-A-C, WAC.
20    A.   No.
21    Q.   Did you ever see a field that had a column or
22  heading "RxLink Acquisition"?
23    A.   No.
24    Q.   Have you ever heard of RxLink pricing?
25    A.   That's another term like WAC.  I've heard of

Page 48

1  it, yes.
2     Q.   And you know that that was a term that was
3  used within Abbott?
4     A.   Yes.
5     Q.   Did you have any responsibility for RxLink
6  pricing?
7     A.   No.
8     Q.   Do you know what a resource file is?
9     A.   Yes.
10    Q.   What is a resource file?
11    A.   It was a spreadsheet basically, an Excel
12  spreadsheet, that had pretty much information in it
13  like CAS only it had probably more -- a lot more
14  fields in it.
15    Q.   Was the resource file printed from the CAS
16  database or was it printed from some other source?
17    A.   It was just an Excel spreadsheet.
18    Q.   Where was the data that was loaded into the
19  resource file housed?
20    A.   On this internal database that -- where I
21  would put the information to feed CAS.  It was -- it
22  was a big internal database.
23    Q.   So was there a -- are you describing now a
24  separate internal database that housed information
25  that you would extract from that source and plug it

Page 49

1  into CAS?
2     A.   The information that went to CAS came off of
3  that data -- internal database.
4     Q.   What was the name of that internal database?
5     A.   It was -- I think we just called it H -- HPD
6  prods.  Product.  It was an in -- you know, internal
7  database that was -- PC Express was the language it
8  used.
9     Q.   PC Express?
10    A.   Uh-huh.
11    Q.   And that was a computer language?
12    A.   Correct.
13    Q.   Okay.  So is that where -- is that the
14  original location of the data that you would -- and
15  you would take the information and the data from that
16  internal Hospital Products Division database and you
17  would then input it into CAS?  Do I understand that
18  accurately?
19    A.   Well, I'd put it into that database, and then
20  there was a program --
21    Q.   Okay.
22    A.   -- that I'd submit this program, and it would
23  go and pick out the information that got fed to CAS,
24  and it would do it overnight.
25    Q.   So when you actually put inputs into the

13 (Pages 46 to 49)

36182266-7c50-47fe-9423-7b2843292aab

Page 50

1   internal HPD products database, those were the inputs
2   you were getting from the marketing manager that came
3   through Harry Adams, is that correct?
4       A.  Correct.
5       Q.  Okay.  And you'd put them into the HPD
6   products internal database, and then there would be a
7   program that would send that information to CAS?
8       A.  Correct.
9       Q.  Right?
10      A.  Correct.
11      Q.  And did this happen on a -- on what frequency
12  did this happen?
13      A.  Every night.
14      Q.  Every night.  Okay.  So every day during your
15  ordinary workday you would get information in the
16  ordinary course of business from the Marketing
17  Department, and it would come through Harry Adams, and
18  you would make inputs on this internal HPD products
19  database, correct?
20      A.  Correct.
21      Q.  And then every night the same information
22  that you would input would be electronically
23  transmitted up to CAS?  Is that true?
24      A.  Correct.
25      Q.  And then on some frequency the information

Page 51

1   that was in CAS would be transmitted to the CPP?
2       A.  No.
3       Q.  No.  Okay.
4           MR. ANDERSON:  OPS.
5       A.  CPP was done via memos.  I would send a
6   memo --
7       Q.  (BY MR. WINTER)  Okay.
8       A.  -- to Bruce Stowell's area saying update such
9   and such a field.
10      Q.  So you had no --
11      A.  Or here is a new product.  This is the
12  information you need to update the database.
13      Q.  Okay.  So the CPP updates you would just send
14  in paper?  You would send a memo or an e-mail?
15      A.  Correct.
16      Q.  Okay.  But you had no electronic data input
17  yourself to CPP?  Is that true?
18      A.  Correct.
19      Q.  Okay.  Were the -- let's set aside CPP for a
20  minute and let's go back to CAS.
21      A.  Uh-huh.
22      Q.  Every night there would be an electronic
23  transfer of data and information from your database,
24  the internal Hospital Products Division database, to
25  CAS, correct?

Page 52

1       A.  Correct.
2       Q.  And was that information then electronically
3   transmitted to OPS?
4       A.  No.
5       Q.  Was there any connection between CAS and OPS?
6       A.  No.
7       Q.  Okay.  So the only way the information that
8   was housed in CAS found its way to OPS is via your
9   paper memo or e-mail line of communication?  Is that
10  true?
11      A.  Correct.
12      Q.  Okay.  And why wasn't there a direct
13  electronic data connection between CAS and OPS?
14          MR. COLE:  Object to the form.
15      A.  I don't know.  Maybe they didn't have the
16  money to build it.
17      Q.  (BY MR. WINTER)  What information would you
18  from time to time submit to Bruce Stowell via memo or
19  e-mail that came from CAS that you would ask him to
20  update to the CPP?
21      A.  Well, it didn't come from CAS.
22      Q.  Okay.
23      A.  It came from the form that I got from the
24  marketing manager signed -- signed off by Harry and
25  government.

Page 53

1       Q.  Okay.  So that would be the same pricing
2   points, the list price, the wholesale price, the
3   government price that you got on the form that you
4   downloaded into your internal database, correct?
5       A.  Correct.
6       Q.  And then you would from time to time via memo
7   or e-mail submit that pricing information to Bruce
8   Stowell so he could update the CPP?
9       A.  Correct.
10      Q.  Okay.  On what frequency did you make your
11  communication to Mr. Stowell for this purpose?
12      A.  Whenever I had a new product.
13      Q.  Was it only new products or did you also
14  provide the annual updates when there was a price
15  change?
16      A.  Well, I -- when -- the annual updates also.
17      Q.  Okay.  So essentially is it true then that
18  the same information that you were feeding to CAS
19  electronically you would transmit to Mr. Stowell via
20  e-mail or memo?
21      A.  Correct.
22      Q.  Okay.
23      A.  Except -- on the annual updates, that would
24  be a feed, because you're talking like 3,000 prices.
25      Q.  When you were referring to "annual updates"

14  (Pages 50 to 53)

36182266-7c50-47fe-9423-7b2843292aab

Page 54

1    right now, you're -- which annual updates?  To who?
2        A.  For a list price change.  Every year they'd
3    change list price.
4        Q.  Okay.  And so when you made that annual
5    update to Mr. Stowell, you would do it via a feed?
6        A.  Correct.
7        Q.  Okay.  Instead of a memo or instead of an
8    e-mail?
9        A.  Right.
10       Q.  So there was some sort of a data connection
11   then where you could do a feed between your internal
12   database and CPP?
13       A.  Only on prices.
14       Q.  Only on prices?
15       A.  Correct.  Only on, you know, the list price,
16   the wholesale price or the government price.
17       Q.  Now, we were talking about this resource
18   file, which -- what you described as an Excel
19   spreadsheet.  Is that true?
20       A.  Correct.
21       Q.  Okay.  And the data and pricing points that
22   were fed into the resource file, they came directly
23   out of your Hospital Products Division internal
24   database?  Is that true?
25       A.  Correct.

Page 55

1        Q.  Okay.  What were the fields within the
2    Hospital Products Division internal database that you
3    were responsible for populating?
4        A.  Well, it would be all the price fields; the
5    description; the case -- case size; package size.
6        Q.  The same --
7        A.  Invoice name.
8        Q.  Are these the same demographic data that you
9    were collecting from the Marketing Department?
10       A.  Correct.
11       Q.  Okay.  So everything that you collected from
12   the Marketing Department was available within your
13   database and could be fed into the resource file for a
14   specific drug?
15       A.  Yes.
16       Q.  Okay.  What about contract prices?  When
17   Abbott would sell drugs to customers on contracts,
18   were those contract prices housed in your internal
19   products database that you ran with PC Express?
20       A.  No.
21       Q.  Where were those contract prices housed?
22           MR. COLE:  Object to the form.
23       A.  CAS.
24       Q.  (BY MR. WINTER)  So they were housed in CAS
25   but not in your internal database?

Page 56

1        A.  Correct.
2        Q.  Okay.  Could those contract prices that were
3    available to Abbott's customers in the marketplace,
4    would those show up on the resource file?
5        A.  The resource file was used for the analysts
6    to negotiate contract prices.  It was their tool.  It
7    was -- you know, each analyst would have their own
8    copy of it, and they'd do their own thing for
9    gener- -- you know, calculating contract prices.
10       Q.  When you say the analyst, you're talking
11   about Contract Marketing analysts?
12       A.  Correct.
13       Q.  Okay.  Did the Contract Marketing analysts
14   that were in the Alternate Site department have access
15   to the same resource file information?
16           MR. COLE:  Object to the form.
17       A.  Yes.
18       Q.  (BY MR. WINTER)  Did you know Steve
19   Kipperman?
20       A.  Yes.
21       Q.  Did you interact with him from time to time?
22   Did he have occasion to ask you questions about data?
23       A.  Yes.
24       Q.  So could -- could you print the resource file
25   only from the internal database that you ran with

Page 57

1    PC Express or could one print a resource file from the
2    CAS system directly?
3            MR. COLE:  Object to the form.
4        A.  No.  It was an Excel spreadsheet.  So I guess
5    you could print it if you wanted to.  Each analyst has
6    their own copy and their own information in it.
7        Q.  (BY MR. WINTER)  Did they have to get that
8    information from CAS directly or could they get it
9    through the HPD products database that you ran with
10   PC Express?
11       A.  I would create the -- the resource file from
12   that HPD products file.  So maybe once a month I'd put
13   a new one out there, which would just have new
14   products added to it.
15       Q.  Okay.  So you were responsible for creating
16   the resource file on the database, and then the
17   contract analyst could extract it if he wanted to or
18   she wanted to?
19           MR. COLE:  Object to the form.
20       A.  Yeah.  It was put out on a server, and then
21   they'd make their copy and do their thing with it.
22       Q.  (BY MR. WINTER)  Okay.  Are you familiar with
23   a pricing point or phrase known as parameter pricing?
24       A.  I've heard the phrase.
25       Q.  Do you know what it means?

15  (Pages 54 to 57)

36182266-7c50-47fe-9423-7b2843292aab

Page 58

1    A.  No.
2    Q.  Did the resource file that you had
3  responsibility for updating and maintaining include
4  markers for parameter pricing?
5    A.  No.
6    Q.  Were there any other price points that you
7  recall maintaining or updating besides list price,
8  wholesale price and government price?
9    A.  No.
10   Q.  Now, is it true that from time to time you
11 also had responsibility to communicate certain pricing
12 points to not only the people who published the
13 catalog but also to external publishing houses known
14 as --
15   A.  Correct.
16   Q.  -- price compendia?
17   A.  Pardon me?
18   Q.  You're familiar with the term --
19   A.  Yes.
20   Q.  -- phrase "price reporting compendia"?
21   A.  Well, I'm not familiar with that term.
22   Q.  Okay.  What -- do you know what First
23 DataBank is?
24   A.  Yes.
25   Q.  Okay.  And you're familiar with Medi-Span?

Page 59

1    A.  Yes.
2    Q.  Okay.  And Redbook?
3    A.  Correct.
4    Q.  Okay.  What -- what's your phrase, what's
5  your terminology for those three companies?
6         MR. COLE:  Object to the form.
7    A.  I just -- they were outside companies that
8  published our --
9    Q.  (BY MR. WINTER)  Price publish --
10   A.  -- our -- our list prices and that.
11   Q.  I just want to use some language you're
12 familiar with.  So would you call them the
13 price-publishing companies?
14   A.  Yes.
15   Q.  Okay.  So from 1976 all the way through
16 December, 2003, did you have the responsibility of
17 reporting to the price-publishing companies?
18   A.  I don't know if it was that long.  I don't
19 think in 1976 I did things like that.
20   Q.  In -- in the middle 1980s, were you
21 responsible for reporting Abbott's prices to the
22 price-publishing companies?
23   A.  I could have been.
24   Q.  Certainly as early as the early 1990s
25 until --

Page 60

1    A.  Correct.
2    Q.  -- you left in December, 2003, you had that
3  duty, correct?
4    A.  Right.
5    Q.  Okay.  What was the information that you
6  would transmit to the price-publishing companies?
7    A.  I would give them pretty much what I fed into
8  OPS, which would be the list price, the wholesale
9  price, the product description, the NDC number and the
10 case size.
11   Q.  So it was essentially the same information
12 that you fed into OPS via the CPP, correct?
13   A.  What was that?
14   Q.  The infor-- you said you -- your answer
15 just a minute ago was I gave the price-publishing
16 companies pretty much the same thing that I gave --
17 that I fed into OPS, correct?
18   A.  Correct.
19   Q.  Okay.  And the way you fed information to OPS
20 was via your memo to Bruce Stowell or your e-mail to
21 Bruce Stowell, and he would update the CPP, correct?
22   A.  Correct.
23   Q.  And then the CPP had a -- had a feed to OPS?
24   A.  Correct.
25   Q.  Okay.  Is that the only way that you fed

Page 61

1  information to OPS?
2    A.  Yes.
3    Q.  There was no direct link between your
4  database and OPS, correct?
5    A.  No, there was no...
6    Q.  Okay.  But essentially the same information
7  that you would transmit from time to time to
8  Mr. Stowell that he would download to CPP and then
9  feed to OPS you would provide from time to time to the
10 price-publishing companies?
11   A.  Correct.
12   Q.  Okay.  And that came -- did you provide it to
13 them electronically; did you send them spreadsheets?
14 How would you do that?
15   A.  Well, towards the latter years it was through
16 e-mail.  Prior to that, it was either a fax or through
17 the mail.
18   Q.  Was there a form that you created on your own
19 that you would fill out and submit to the
20 price-publishing services or did you fill out a form
21 that they gave you?
22         MR. COLE:  Object to the form.
23   A.  I would just basically give them those -- you
24 know, those four or five fields.  Say here's a new
25 product.  Here's the list price; wholesale price;

16  (Pages 58 to 61)

36182266-7c50-47fe-9423-7b2843292aab

Page 62

1  product description.
2      Q.  (BY MR. WINTER)  So you would do --
3      A.  And the introduction date, you know, when we
4  put it in our system.
5      Q.  So you're specifically referring now to a new
6  product launch, correct?
7      A.  Correct.
8      Q.  Okay.  You've testified this morning about
9  the fact that Abbott took an annual price increase,
10  correct?
11      A.  Correct.
12      Q.  Okay.  What prices were increased annually?
13      A.  The list price, and then -- sometimes at the
14  same time the wholesale price, but sometimes that was
15  at a different time.
16      Q.  Was the government price increased annually?
17      A.  Yeah, but that was handled by the government
18  area.
19      Q.  Do you know why Abbott took a list price
20  increase on an annual basis?
21      A.  No.
22      Q.  These annual price increases would be across
23  the board for all the HPD products, correct?
24      A.  Correct.
25      Q.  Okay.  When you had a massive amount of

Page 63

1  products to update such as with an annual price
2  increase, how did you transmit that information to the
3  price-reporting services?
4      A.  I think -- towards the end I gave them a
5  spreadsheet, an Excel spreadsheet, but prior to that
6  it would just be, you know, the catalog.  Send them
7  the catalog, and so here is our new products, our new
8  prices.
9      Q.  So sometimes you would just physically mail
10  them a bound catalog?
11      A.  Correct.
12      Q.  And that's what you did in the early days
13  before you had the capability to transmit the
14  information electronically?
15      A.  Correct.
16      Q.  How many different catalogs did Abbott have?
17      A.  Well, HPD had the list price catalog, the
18  wholesale catalog and then the federal government
19  catalog.
20      Q.  Have you ever heard a catalog described as a,
21  quote, "customer catalog"?
22      A.  Yeah, I've heard that term.
23      Q.  What would that mean to you?
24      A.  To me, I would interpret that as being a list
25  price catalog.

Page 64

1      Q.  And would that catalog house or contain the
2  same list prices that you and I have been talking
3  about this morning, the ones that you got from the
4  marketing managers that you'd input into the internal
5  database?
6      A.  Yes.
7          MR. COLE:  Object to the form.
8      Q.  (BY MR. WINTER)  Those are the same list
9  prices that were increased annually?
10      A.  Yes.
11      Q.  Okay.  And those are the same list prices
12  that you don't have any idea whether anybody actually
13  bought product at those list prices, right?
14      A.  Correct.
15          MR. COLE:  Object to the form.
16      Q.  (BY MR. WINTER)  The wholesaler catalog,
17  would it include the wholesale prices that you have
18  referred to?
19      A.  Correct.
20      Q.  Did it also include WAC prices?
21      A.  No.
22      Q.  Have you ever heard of a catalog described as
23  a field catalog?
24      A.  Yes.  It would be probably a sales rep
25  catalog.

Page 65

1      Q.  A sales rep catalog.  Okay.  Is that the same
2  as either the wholesaler catalog or the -- or the
3  customer catalog, or is it a different catalog?
4      A.  That's a different one, but that -- you know,
5  that was years ago.  They discontinued making that
6  one.
7      Q.  When?
8      A.  I don't know what year it was.
9      Q.  Well, do you -- do you think that Abbott
10  still -- is it your recollection that Abbott still had
11  field sales rep catalogs in the middle 1990s, say
12  1995?
13      A.  I can't be sure.
14      Q.  Is it your best recollection and your sense
15  that they had phased it out prior to that?
16      A.  I can't be sure on the date.
17      Q.  What information was included in a sales rep
18  catalog?
19      A.  It was just a small version of the list price
20  catalog.  It was a little pocket one so they could
21  carry it, you know, when they did their sales calls or
22  whatever.
23      Q.  So it had the same information, the list
24  prices; it was just in a reduced format so it was
25  easier to carry around?

17 (Pages 62 to 65)

36182266-7c50-47fe-9423-7b2843292aab

Page 66

1     A.  Correct.
2     Q.  It didn't have any different pricing terms or
3  pricing points?
4           MR. COLE:  Object to the form.
5     A.  Not that I can recall.  I know it had product
6  descriptions in there, like bigger -- you know,
7  descriptions of the product.
8     Q.  (BY MR. WINTER)  Of the chemical makeup of
9  the product --
10     A.  Right.
11     Q.  -- and the efficacy and things like that?
12     A.  Things like that.  Diagrams of sets, you
13  know, filters and that kind of thing.
14     Q.  Have you heard the term "direct price"?
15     A.  Yes.
16     Q.  That's a pricing term that you used when you
17  worked within Abbott, correct?
18     A.  Yes.
19     Q.  What did the direct -- what was the direct
20  price?
21     A.  The list price.
22     Q.  In your mind, direct price and list price are
23  synonymous?
24     A.  Yes.
25     Q.  Okay.  Was the direct price the price in

Page 67

1  which Abbott sold customers -- at which Abbott sold to
2  customers directly?
3           MR. COLE:  Object to the form.
4     A.  It's the same as a list price.
5           MR. WINTER:  Objection, nonresponsive.
6     Q.  (BY MR. WINTER)  My question, ma'am, is this:
7  Did Abbott sell directly to customers at direct price?
8           MR. COLE:  Object to the form.
9     A.  They could.
10     Q.  (BY MR. WINTER)  Again, that -- my question
11  is not could Abbott.  My question is, did Abbott
12  sell --
13     A.  That I don't know.
14     Q.  Okay.  Let -- let me get the question out
15  first, and then we'll get the answer.
16     A.  Oh.
17     Q.  Did Abbott to your knowledge sell to
18  customers at direct price?
19           MR. COLE:  Object to the form.
20     A.  I don't know.
21     Q.  (BY MR. WINTER)  Okay.  Have you ever heard
22  the phrase "Medicaid file" used within Abbott?
23     A.  No.
24     Q.  Is that not a phrase that you ever used in
25  the ordinary course of business in your interaction or

Page 68

1  dealings with any of your colleagues within Abbott?
2           MR. COLE:  Object to the form.
3     A.  Me personally?  No.
4     Q.  (BY MR. WINTER)  Yes, ma'am.
5     A.  No.
6     Q.  So you don't have any idea what a, quote,
7  "Medicaid file" is?
8     A.  No.
9           MR. COLE:  Object to the form.
10     Q.  (BY MR. WINTER)  Ms. Cicerale, what is the --
11  you've heard the phrase "AWP"?
12     A.  I've heard the phrase, yes.
13     Q.  Do you understand what that "AWP" stands for?
14     A.  Not really.
15     Q.  Have you ever heard the extended phrase
16  "average wholesale price"?
17     A.  Yes.
18     Q.  Do you equate average wholesale price and
19  AWP?
20     A.  Yes.
21     Q.  Okay.  Who publishes the AWP on Abbott's
22  products?
23           MR. COLE:  Object to the form.
24     A.  I don't know.
25     Q.  (BY MR. WINTER)  You don't have any idea who

Page 69

1  publishes AWP on Abbott products?  Is that your
2  testimony this morning?
3           MR. COLE:  Object to the form.
4     A.  I -- AWP?  No, I don't know who publishes
5  that.
6     Q.  (BY MR. WINTER)  You don't know from your
7  time at working at Abbott Labs from 1976 through 2003
8  when you were responsible for the databases that
9  price-publishing services like we have talked about
10  published AWP on Abbott products?
11           MR. COLE:  Object to the form.
12     A.  I would put out the wholesale price.  If
13  that's what you're referring to as AWP, then I would
14  publish that in their catalogs, the wholesale price.
15     Q.  (BY MR. WINTER)  Ma'am, my question was
16  not -- was not that.
17           My question is, did you know that the
18  price-publishing companies that we've talked about,
19  First DataBank, Medi-Span, Redbook --
20     A.  Uh-huh.
21     Q.  -- that they published AWP or average
22  wholesale price on Abbott products?
23           MR. COLE:  Object to the form.
24     A.  I know they published a wholesale price.
25     Q.  (BY MR. WINTER)  And when you say you know

18  (Pages 66 to 69)

36182266-7c50-47fe-9423-7b2843292aab

Page 70

1 they published the wholesale price, you're referring
2 to the same wholesale price that you would report to
3 them, correct?
4     A.  Yes.
5     Q.  Okay.  But you had no clue that those
6 price-publishing companies also published an AWP on
7 Abbott products?  Is that your testimony?
8     A.  Yes.  I never saw any of their publications.
9     Q.  You never saw anything that was published by
10 the price-publishing companies such as First DataBank?
11         MR. COLE:  Object to the form.
12     A.  Just the list price, you know, when I'd
13 get -- have to review one.  They'd send that, and it
14 would have their list price in it.
15     Q.  (BY MR. WINTER)  So from time to time you
16 recollect and -- you acknowledge that from time to
17 time the price-publishing companies would send back to
18 you information they had received from Abbott and ask
19 you to review and update and confirm that the
20 information was accurate, correct?
21         MR. COLE:  Object to the form.
22     A.  One company did that.
23     Q.  (BY MR. WINTER)  Which company?
24     A.  I believe it was Redbook.
25     Q.  First DataBank never sent you anything and

Page 71

1 asked you to look at it and review it?
2     A.  No.
3     Q.  Okay.  So First DataBank never did that, but
4 Redbook from time to time would send you a printout,
5 isn't that true, of what it had on its system as far
6 as pricing points for Abbott drugs, correct?
7     A.  Correct.
8         MR. COLE:  Object to the form.
9     Q.  (BY MR. WINTER)  And those were the pricing
10 points that Redbook had received from you, correct?
11     A.  Correct.
12     Q.  And they'd send them back to you on some
13 frequency and ask you to look at them and verify that
14 the information was accurate, right?
15     A.  Correct.
16     Q.  Okay.  And is it your testi- -- first of all,
17 what frequency did Redbook transmit this information
18 back to you and ask you to look at it?
19     A.  Once a year.
20     Q.  Once a year.  Okay.
21         And so that happened for many, many
22 years up until the time of your retirement, correct?
23     A.  Correct.
24     Q.  Once -- so you probably did this once a year
25 for 10 or 15 years?  Is that true?

Page 72

1     A.  Correct.
2     Q.  Okay.  Is it your testimony for that 10- or
3 15-year time period when Redbook once a year
4 transmitted these prices for Abbott drugs back to you
5 that the only price that was listed was your -- was
6 Abbott's list price and wholesale price?
7     A.  Correct.
8     Q.  These communications back to you did not
9 clude -- include AWP information on Abbott products?
10         MR. COLE:  Object to the form.
11     A.  Correct.
12     Q.  (BY MR. WINTER)  Okay.  So Redbook never
13 asked you to verify Abbott's AWP?  Is that your
14 testimony?
15     A.  Correct.
16     Q.  And First DataBank never asked you to verify
17 any prices whatsoever?
18     A.  Correct.
19         MR. COLE:  Object to the form.
20     Q.  (BY MR. WINTER)  Okay.  Are you familiar with
21 a document called the --
22         (Discussion off the record.)
23         MR. WINTER:  No.  Hold on.
24     Q.  (BY MR. WINTER)  Are you familiar with a
25 document called the Contract Marketing Basic Operating

Page 73

1 Procedure Manual?
2     A.  (No audible response.)
3     Q.  That's not a SOP or a manual that you used in
4 the Contract Marketing Department?
5     A.  Personally, no.
6     Q.  Did you have any kind of a standard operating
7 procedure or a manual that you would look to from time
8 to time sort of as the procedures manual for your
9 function?
10     A.  No.
11     Q.  Did you have any kind of a written
12 description of what your duties and responsibilities
13 were?
14     A.  Well, my manager might have.
15     Q.  But you didn't have anything?
16     A.  Not a manual, no.
17     Q.  Well, I didn't ask for your manager.  My
18 question is, did you have any kind of a written
19 procedures manual that you could go to --
20     A.  No, not a manual.  I said I didn't have a
21 manual.
22     Q.  Okay.  Did you have any kind of a resource
23 guide, a computer program that you could look up what
24 your procedures were if you had a question or needed
25 to refresh your memory about anything?

19 (Pages 70 to 73)

36182266-7c50-47fe-9423-7b2843292aab

Page 74

1    A.  No.
2    Q.  Let me mark here as Exhibit 925 a document,
3  Ms. Cicerale, and let me ask you if you can recognize
4  this?
5         (Deposition Exhibit 925 marked.)
6         (Document tendered.)
7         MR. WINTER:  I only have one extra copy.
8    Q.  (BY MR. WINTER)  Ms. Cicerale, do you
9  recognize what we've marked as Exhibit 925?
10   A.  Yes.
11   Q.  Could you just tell us what it is, please.
12   A.  It's the information I would -- I sent to
13 First DataBank, it looks like, on the annual price
14 change.
15   Q.  Okay.  So just for the record, this is a --
16 the first page of the exhibit is an e-mail from you to
17 First DataBank, correct?
18   A.  Yes.
19   Q.  And you're sending this to Beth Rader at FDB,
20 right?
21   A.  Correct.
22   Q.  Is Beth Rader somebody that you dealt with in
23 the ordinary course of business over the years at
24 Abbott?
25   A.  She worked at First DataBank.

Page 75

1    Q.  She was one of your contacts, right?
2    A.  Correct.
3    Q.  Okay.  And this is an example of what we
4  talked about earlier of an annual price update,
5  correct?
6    A.  Correct.
7    Q.  Okay.  Was April of each year at or about the
8  same time when Abbott would -- would effectuate its
9  annual price increases?
10   A.  Yes.
11   Q.  Okay.  And attached to -- attached to the
12 document is a spreadsheet, is that true, that has the
13 actual NDCs listed --
14   A.  Correct.
15   Q.  -- in several columns, right?
16   A.  Correct.
17   Q.  And let's look at that page that has the
18 Bates label CA ABT 004792.  Do you see that?
19   A.  What was that again?
20   Q.  On the -- I'm sorry.  On the bottom right, do
21 you see the letters "CA ABT" --
22   A.  Okay.
23   Q.  -- and then "004792"?
24   A.  Okay.
25   Q.  Okay.  That's a Bates label.  So I'll refer

Page 76

1  to that from time to time.
2    A.  Bates label?
3    Q.  Yes, ma'am.
4    A.  Okay.
5    Q.  That's what lawyers do, is they stamp it when
6  they produce documents.
7    A.  Oh, okay.
8    Q.  And I'll represent to you that this
9  particular document came from Abbott's business
10 records, and it was Bates stamped when it was produced
11 in the litigation.
12   A.  Okay.
13   Q.  Okay?  And so let's look at the columns here.
14 You've got the "List-TUC," and it says "Cription."  Is
15 that short for description?
16   A.  Yeah.  I think it's, you know --
17   Q.  Oh, I --
18   A.  -- rolled over --
19   Q.  I see that.
20   A.  -- from the end column.
21   Q.  And you've got the "Des" on the -- on the
22 line before.
23   A.  Right.
24   Q.  Okay.  And that's basically part of the NDC
25 number for the drug, right?

Page 77

1    A.  The first two fields.
2    Q.  Okay.
3    A.  Yeah.
4    Q.  And then underneath that is a description of
5  the product itself, three -- three-and-a-half percent,
6  100 milli- -- 1,000 milliliters?
7    A.  Correct.
8    Q.  Okay.  And then you've got the column for the
9  date that the product was introduced by Abbott, right?
10   A.  Correct.
11   Q.  And then you have a column for "Trade," and
12 then there's a pricing value included in that column,
13 right?
14   A.  Correct.
15   Q.  What is "Trade"?
16   A.  List price.
17   Q.  The same thing as direct price, right?
18   A.  Correct.
19   Q.  Okay.  And then you've got a column for
20 "Wholesale," right?
21   A.  Correct.
22   Q.  And is that the same wholesale price that
23 we've talked about earlier that you would obtain from
24 the Marketing Department, both the "Trade" and the
25 "Wholesale"?

20  (Pages 74 to 77)

36182266-7c50-47fe-9423-7b2843292aab

Page 78

1   A.  And, you know, Harry Adams.
2   Q.  And Harry Adams.  Okay.
3   A.  Correct.
4   Q.  So if the trade is -- in Abbott's world is
5   synonymous with the direct price -- we talked about
6   how the wholesale price purports to be the transaction
7   between Abbott and the wholesaler, right?
8   A.  Correct.
9   Q.  Does the trade price or the direct price
10  purport to be a transaction between Abbott and a
11  direct customer?
12       MR. COLE:  Object to the form.
13  A.  A hospital.
14  Q.  (BY MR. WINTER)  Okay.  Would that be
15  different than any of Abbott's other non-hospital
16  direct customers?  Would that be a different direct
17  price?
18       MR. COLE:  Object to the form.
19  A.  I don't -- I don't understand that question.
20  Q.  (BY MR. WINTER)  Well, you said that -- you
21  agreed with my question -- let me rephrase it then.
22       You indicated that the trade is also the
23  same as the direct price, right?
24  A.  Correct.
25  Q.  And you indicated that the direct price would

Page 79

1   purport to be the price between Abbott when it sells
2   directly to a hospital, correct?
3   A.  Correct.
4        MR. COLE:  Object to the form.
5   Q.  (BY MR. WINTER)  Okay.  Would it also be the
6   same -- would -- would the direct price purport to be
7   the same pri -- the price between Abbott when it sells
8   direct to another customer besides a hospital, such as
9   an alt site customer?
10       MR. COLE:  Object to the form.
11  A.  That -- yeah, that would be their price.
12  Q.  (BY MR. WINTER)  Okay.  So again, your
13  question -- when you limited it to a hospital, it
14  really -- your answer is not limited to just a
15  hospital.  If Abbott sells direct to any customer --
16  A.  Well, we didn't sell to, you know, somebody
17  off the street, is what I'm saying.
18  Q.  Okay.  I appreciate your distinction.  Let me
19  just make sure the record is clear.
20       If Abbott is selling to one of its
21  legitimate customers who is entitled under law to
22  purchase pharmaceutical products --
23  A.  Yes.
24  Q.  -- such as a hospital customer or such as one
25  of its alternate site customers, the direct price

Page 80

1   would purport to be the price between Abbott and that
2   customer on a direct sale?
3        MR. COLE:  Object to the form.
4   A.  Correct.
5   Q.  (BY MR. WINTER)  Okay.
6        THE REPORTER:  We have to change our
7   videotape.  Stand by, please.
8        THE VIDEOGRAPHER:  Off the record at
9   10:20 a.m.  This concludes Tape 1.
10       (Recess.)
11       THE VIDEOGRAPHER:  The time is
12  10:30 a.m.  Back on the record.  Beginning of Tape 2.
13  Q.  (BY MR. WINTER)  Okay, Ms. Cicerale.  We were
14  looking at Exhibit 925, and we were looking at the
15  columns there on the page that says "Databank,
16  HPD 4/1/96 Trade Price Changes."  Do you see that?
17  A.  Yes.
18  Q.  And we were talking about the "Trade" and the
19  "Wholesale" price columns, right?
20  A.  Correct.
21  Q.  And this is an example of one of your annual
22  communications to one of the price-reporting services,
23  and in this case it was First DataBank, right?
24  A.  Correct.
25  Q.  Beth Rader, somebody you dealt with from time

Page 81

1   to time, correct?
2   A.  Right.
3   Q.  And this is a case where you on behalf of
4   Abbott are representing to the price-publishing
5   companies the price at which Abbott sells product
6   direct --
7   A.  Correct.
8   Q.  -- to pharmacy customers, right?
9        MR. COLE:  Object to the form.
10  A.  Correct.
11  Q.  (BY MR. WINTER)  And also the prices at which
12  Abbott would sell to wholesalers?
13  A.  Correct.
14       MR. COLE:  Object to the form.
15  Q.  (BY MR. WINTER)  Correct?  Okay.
16       And this is something that you did on an
17  annual basis with each of the compendia every time
18  Abbott did these across-the-board list price changes,
19  right?
20  A.  Right.
21  Q.  Okay.  Let me show you what has been marked
22  as Exhibit 920 in a prior deposition.
23       MR. WINTER:  And I only have one copy
24  here, but it was previously marked.
25       MR. STETLER:  Never apologize for not

21  (Pages 78 to 81)

36182266-7c50-47fe-9423-7b2843292aab

Page 82

1 having a copy of an exhibit that's more than three
2 pages for me.
3           MR. WINTER:  And it was used in a prior
4 deposition.  Would you, after you look at it, Jeremy,
5 hand it to the witness, please.
6           MR. STETLER:  But, I mean, you don't
7 have one copy for us to share now?
8           MR. WINTER:  I'm afraid I don't.
9           MR. STETLER:  Okay.
10          MR. WINTER:  But it's -- I think we're
11 not going to spend a lot of time on it, and --
12          MR. STETLER:  Okay.  Well, that's all
13 right.
14          MR. COLE:  Are there a lot more like
15 that, Ray?
16          MR. WINTER:  There are a couple of big
17 ones for which we have very few copies, but believe
18 me, guys, you're not going to have to really worry
19 about it.
20          MR. STETLER:  We like trees.  That's
21 okay.  Nobody is whining at this point.  That will
22 come later.
23    Q.  (BY MR. WINTER)  Okay.  Ms. Cicerale, if
24 you'd look at 920 and compare it with 925, would you
25 agree with me that this is just an example of the same

Page 83

1 price report just to a different service?
2    A.  Correct.
3    Q.  Okay.  The same time frame and everything.
4 The same date even, I believe.  You're just submitting
5 the same information this time instead of to First
6 DataBank to Medi-Span?
7    A.  Correct.
8    Q.  And again, you've got the same columns, if
9 you look on the second page of the document.  You've
10 got the "Trade" and the "Wholesale" price, and this is
11 where Abbott is representing to Medi-Span the prices
12 at which it sells direct to pharmacies under the
13 "Trade" column, right?
14    A.  Correct.
15          MR. COLE:  Object to the form.
16    Q.  (BY MR. WINTER)  And the prices at which it
17 sells to wholesalers under the "Wholesale" column?
18          MR. COLE:  Object to the form.
19    A.  Correct.
20    Q.  (BY MR. WINTER)  Okay.
21          MR. WINTER:  We'll mark this one as
22 Exhibit 926, and I've got plenty of copies of it for
23 everybody.
24          (Deposition Exhibit 926 marked.)
25          (Document tendered.)

Page 84

1    Q.  (BY MR. WINTER)  Ms. Cicerale, would you
2 please take a look at that, and I'll ask you if you
3 recognize what Exhibit 926 is?
4    A.  Okay.  What was the question?
5    Q.  Okay.  My question is do you recognize
6 Exhibit 926?
7    A.  Oh.  Yes.
8    Q.  And would you please describe it for us.
9 What is it?
10   A.  It's a -- one of my communications to
11 Redbook.  She must have had some questions.
12   Q.  And this is Roni Lane at Redbook, right?
13   A.  Correct.
14   Q.  And this is a few weeks after the last price
15 update that we looked at it in Exhibit 925, right?
16   A.  Yes.
17   Q.  Okay.  Now, it looks like you're trying to
18 supply some information to Roni at Redbook in response
19 to questions that she had for you, right?
20   A.  Correct.
21   Q.  Okay.  And do you see in the third paragraph
22 the sentence that begins "The area"?
23   A.  Uh-huh.
24   Q.  Would you read that for us, please.
25   A.  "The area where you wanted me to verify AWP

Page 85

1 decreases, I have supplied a file called AWP.TXT which
2 are all the current prices.  None of my prices matched
3 the prices on your fax."
4    Q.  So this would indicate that you had AWP
5 information that you're supplying to Roni Lane, right?
6          MR. COLE:  Object to the form.
7    A.  I think they called it different than what I
8 called it.  I call it wholesale price.
9    Q.  (BY MR. WINTER)  Well, Ms. Cicerale, are you
10 in this e-mail to Ms. Lane at Redbook stating that
11 you're providing to her a file known as AWP.TXT?
12   A.  That's what this says.
13   Q.  Okay.  Do you have any reason to believe that
14 you put erroneous information in your e-mail to her,
15 or do you believe that you, in fact, provided her a
16 file known as AWP.TXT on or about April 23rd, 1996?
17          MR. COLE:  Object to the form.
18   A.  Well, it looks like I gave her that, but I --
19 I know that term was mixed with wholesale price
20 also --
21   Q.  (BY MR. WINTER)  Do you --
22   A.  -- the same as direct and list.
23   Q.  Do you see the icons at the bottom of the
24 page?
25   A.  Yes.

22  (Pages 82 to 85)

36182266-7c50-47fe-9423-7b2843292aab

Page 86

1    Q.  And there are three attachments?
2    A.  Uh-huh.
3    Q.  And do you see that the third one to the far
4  right there says "AWP.TXT"?
5    A.  Correct.
6    Q.  Okay.  Do you recall maintaining on the
7  database that you had responsibility for a file or a
8  compilation of data known as AWP or AWP text files?
9    A.  No, I didn't have a file -- a field called
10  AWP.
11    Q.  Where did you --
12    A.  I had a field called wholesale price.
13    Q.  Where did you get the information that you
14  utilized to create the AWP text file that you
15  submitted to Roni Lane?
16    A.  I took it from that HPD products file,
17  database, and it was the wholesale price that I sent
18  to her.
19    Q.  So it's your testimony that when you provided
20  information for Roni on or about April 23rd, 1996, and
21  you transmitted it under a file that you called the
22  AWP text file, that what you were providing her was
23  the same information that you maintained in your
24  databases in your wholesaler -- wholesale price --
25    A.  Field.

Page 87

1    Q.  -- field?
2    A.  Yes.
3    Q.  Why is it that you believe when she was
4  asking for AWP information that what she wanted from
5  you was information that you called wholesale?
6    A.  Because the only fields I ever sent to the
7  databanks was the list price and the wholesale price.
8  I never sent them any other kind of prices.
9    Q.  So in your understanding and in Abbott's
10  language, "AWP" means the wholesale price that was
11  charged by Abbott to wholesalers?
12        MR. COLE:  Object to the form.
13    A.  Yes.
14    Q.  (BY MR. WINTER)  So is it your belief then
15  that AWP and wholesale price are synonymous?
16    A.  Yes.
17        MR. COLE:  Object to the form.
18    Q.  (BY MR. WINTER)  Do you believe that AWP and
19  wholesale price are also synonymous with the phrase
20  WAC?
21        MR. COLE:  Object to the form.
22    A.  That I don't know.
23    Q.  (BY MR. WINTER)  Let's go back and look at
24  Exhibit 920 for a second, the one we just got through
25  looking at.  Page 2.

Page 88

1        And we talked about that column that
2  says "Wholesale," right?
3    A.  Correct.
4    Q.  And this is an example of where Abbott is
5  representing to a price-publishing company the price
6  at which Abbott sells to wholesalers, right?
7    A.  Correct.
8    Q.  And is that the same as the WAC price?
9        MR. COLE:  Object to the form.
10    A.  That I don't know.
11    Q.  (BY MR. WINTER)  You stated in response to
12  one of my questions earlier that you didn't believe or
13  you didn't -- I don't think you used the word
14  "believe."  You just stated as a matter of fact that
15  you did not receive AWP information from Redbook ever,
16  correct?
17    A.  I received what they published in their
18  publications.
19    Q.  And did you receive AWP information from
20  Redbook?
21    A.  I don't remember what the columns were in
22  their books, what they were labeled.
23    Q.  Well, does looking at Exhibit 926 refresh
24  your recollection that among other things Redbook
25  published AWP for Abbott drugs?

Page 89

1        MR. COLE:  Object to the form.
2    A.  Well, it looks like it from this memo.
3    Q.  (BY MR. WINTER)  Okay.  So is your
4  recollection now, your memory, refreshed that Redbook
5  did, in fact, publish AWP information on Abbott drugs,
6  and from time to time Roni Lane would submit that to
7  you and ask you to look at it and verify its accuracy?
8        MR. COLE:  Object to the form.
9    A.  Yes.
10    Q.  (BY MR. WINTER)  Okay.  So you just were a
11  little fuzzy on your memory this morning when you
12  testified that you never looked at AWP information
13  from Redbook?  Your recollection now --
14    A.  Well, AWP to me is the wholesale price, the
15  direct wholesale price, which was all the fields that
16  I've always updated.
17    Q.  Do you believe that Redbook used "AWP"
18  synonymously with "wholesale price"?
19        MR. COLE:  Object to the form.
20    A.  I don't know that.
21    Q.  (BY MR. WINTER)  Okay.  Earlier you testified
22  that you never looked at any AWP information that was
23  submitted on Abbott drugs back to you by Redbook, but
24  now after looking at Exhibit 926, your memory is
25  refreshed and that earlier testimony that you gave, it

23  (Pages 86 to 89)

36182266-7c50-47fe-9423-7b2843292aab

Page 90

1  was just inaccurate because you didn't remember that?
2  Is that the case?
3     A.  Correct.
4        MR. COLE:  Object to the form.
5     Q.  (BY MR. WINTER)  Okay.  So you acknowledge
6  now your memory is refreshed to the fact that you did
7  from time to time look at AWP information that was
8  submitted to you by Redbook for Abbott drugs and that
9  you were asked to verify it, correct?
10       MR. COLE:  Object to the form.
11    A.  I would look at the wholesale price that they
12  had listed.
13    Q.  (BY MR. WINTER)  Well, would you also look at
14  the AWP price that Redbook had listed?
15    A.  Like I say, I don't remember what was on --
16  in their publications.
17    Q.  Well, let's mark as the next document
18  Exhibit 927.
19       (Deposition Exhibit 927 marked.)
20       (Document tendered.)
21       MR. WINTER:  There you go.
22       MR. COLE:  Thank you.
23       MR. WINTER:  And I'm afraid you guys
24  have to share that one.
25    Q.  (BY MR. WINTER)  And, Ms. Cicerale, this

Page 91

1  purports to be a memo or an e-mail from you to Roni
2  Lane at Redbook dated September 10, 1996, correct?
3     A.  Correct.
4     Q.  And in the first sentence you say "Roni - In
5  reviewing the 'Redbook Product Listing Verification'
6  sheets I believe you are not listing the 5 items
7  correctly.  Below are the prices that should be
8  listed."  Do you see that?
9     A.  Yes.
10    Q.  And then you have five NDCs listed, and
11  you're -- you've given new direct and wholesale
12  prices, correct?
13    A.  Correct.
14    Q.  Okay.  And then looking at the attachment,
15  it's a Redbook Product Listing Verification form with
16  a date of September 27, '96.  Do you see that?
17    A.  Yes.
18    Q.  Okay.  And you've got a "Received"
19  September 13, '96.  That's actually received in
20  Redbook when you sent it back to them, right?
21       MR. COLE:  Could you say that again,
22  Ray.
23       MR. WINTER:  Sure.
24       MR. COLE:  I'm sorry.  I didn't follow
25  that.

Page 92

1     Q.  (BY MR. WINTER)  Do you see the date stamp in
2  the upper left-hand column -- upper left side of the
3  page with the "Received" September 13, '96?
4     A.  Right.
5     Q.  That would be the date that this document
6  after you reviewed it sent it back to Redbook,
7  correct?
8     A.  It's the -- must be their received date --
9     Q.  Right.
10    A.  -- that Redbook -- yeah.
11    Q.  Yeah.  So it's after you reviewed it and you
12  signed off on it and you sent it back to Redbook,
13  right?
14       MR. COLE:  I'll object to the form.
15    A.  Yes, I guess.  Yes.
16    Q.  (BY MR. WINTER)  Do you -- do you recognize
17  your signature on the bottom of the page, ma'am?
18    A.  Yes.
19    Q.  Okay.  So this is, in fact, a Redbook
20  printout that was sent to you by Roni Lane, you
21  reviewed it, you notified her via e-mail of any
22  changes, and you signed off otherwise verifying the
23  accuracy of the information, correct?
24    A.  It looks like it, yes.
25    Q.  Okay.  And let's look at the first product.

Page 93

1  It's the Hydrocort Univial, and if you look to the
2  right, you've got several pricing points.  You've got
3  a column for "AWP."  Do you see that, ma'am?
4     A.  Yes.
5     Q.  $26.84 listed?
6     A.  Yes.
7     Q.  You've got a column for "DIRP."  Does that
8  mean direct price?
9     A.  Yes.
10    Q.  And then you've got a column for "WAC."  Do
11  you see that?
12    A.  Yes.
13    Q.  And then can you make out what that next
14  column -- I think it's "SRP."
15    A.  Yes.
16    Q.  What does "SRP" mean?
17    A.  I have no idea.
18    Q.  Okay.  Well, if you look at the products on
19  this first page, it looks like the only one that has
20  any information or data or price points filled out for
21  any of these pricing terms is the "AWP" column.  Do
22  you see that?
23    A.  Yes.
24    Q.  So this is an example where Redbook provided
25  AWP information to you and you verified that that AWP

24  (Pages 90 to 93)

36182266-7c50-47fe-9423-7b2843292aab

Page 94

1  was accurate, correct?
2      A.  Well, that I can't be sure --
3          MR. COLE:  Object to the form.
4      A.  -- about.
5      Q.  (BY MR. WINTER)  Well, do you -- you did sign
6  it, didn't you?
7      A.  Yes.
8      Q.  And it says "OK with changes" in a little box
9  to the left of your signature, right?
10     A.  Yes.
11     Q.  Now, do you see where you've made any changes
12 on this page?
13     A.  No.
14     Q.  And, in fact, there are no changes anywhere
15 on this document, are there, except in your cover
16 e-mail?
17         MR. COLE:  Object to the form.
18     A.  Correct.
19     Q.  (BY MR. WINTER)  Okay.  So you were --
20     A.  According to what this is, yes.
21     Q.  You're verifying the pricing --
22     A.  I don't know that I ever verified AWP,
23 though.  I think when I got these I -- I looked for
24 adds and deletes.
25     Q.  Well, let's look at the "Instructions" on the

Page 95

1  sheet, ma'am.  On the bottom under the column -- under
2  the title "Instructions," Page 2, "Please make
3  corrections directly on this printout."  Do you see
4  that?
5      A.  Yes.
6      Q.  Okay.  And you didn't make any corrections to
7  any of the pricing -- AWP price information anywhere
8  on this Price Listing Verification, did you?
9      A.  No.
10     Q.  So you're verifying that the AWP information
11 that's printed here is correct, and that's why you
12 signed it and dated it?
13         MR. COLE:  Object to the form.
14     A.  I guess.
15     Q.  (BY MR. WINTER)  Okay.  So the only
16 corrections that you made to the package sizes,
17 and that's denoted on your cover e-mail to Roni Lane,
18 right?
19     A.  Correct.
20     Q.  And this, for the record, is Redbook Bates
21 label 00334 through -- and this is Exhibit 926?  27.
22     A.  27.
23     Q.  927.  You did understand, didn't you,
24 Ms. Cicerale, that when Redbook transmitted
25 information to you such as Exhibit 927, it was asking

Page 96

1  you to verify that the information it was carrying for
2  Abbott products was accurate, right?
3          MR. COLE:  Object to the form.
4      A.  Correct.
5      Q.  (BY MR. WINTER)  Okay.  And I'll hand you
6  what's marked as Exhibit 928.
7          (Deposition Exhibit 928 marked.)
8          (Document tendered.)
9      Q.  (BY MR. WINTER)  And do you recognize this,
10 Ms. Cicerale, as an example of the type of
11 instructions that you would receive from Redbook when
12 it would transmit pricing information back to Abbott
13 for verification?
14     A.  Well, I don't -- I don't remember this, but
15 it must be.
16     Q.  Well, do you see the entry in the very first
17 paragraph, "Please verify" that "the following
18 data" -- excuse me.  Let me rephrase.  "Please verify
19 the following data to ensure that your organization is
20 properly listed in the current Red Book."
21         Did I read that accurately?
22     A.  Correct.
23     Q.  Okay.  And then under "Instructions," under
24 Entry No. 1, "Please make all changes directly on the
25 forms.  Mark through the old price (AWP, DIRP, WAC,

Page 97

1  SRP) and note the new price in the same box.  Always
2  include the effective date of" a "change" -- "of
3  change for prices."
4          Did I read that accurately?
5      A.  Yes.
6      Q.  Okay.  So you would agree with me then that
7  this was an indication to you that you're to verify
8  that the pricing information that Redbook has is
9  accurate and make changes if it's not, correct?
10         MR. COLE:  Object to the form.
11     A.  Yes.
12     Q.  (BY MR. WINTER)  Okay.  And, Ms. Cicerale,
13 you would agree with me -- I think you've already
14 stated that you did those notifications on an annual
15 basis every time Abbott conducted a list price
16 increase for all of the compendia, not just Redbook,
17 but also for First DataBank, right?
18     A.  Correct.
19     Q.  Okay.
20         (Deposition Exhibit 929 marked.)
21     Q.  (BY MR. WINTER)  So just so we have one more
22 example, Exhibit 929 is an example of your update to
23 First DataBank, which is a year after the one we've
24 already looked at.  This is the 1997 list price
25 changes, correct?

FREDERICKS-CARROLL REPORTING
AUSTIN (512) 477-9911 - HOUSTON (713) 572-8897 - SAN ANTONIO (210) 222-9161

36182266-7c50-47fe-9423-7b2843292aab

1    A.  Correct.
2         MR. WINTER:  Nine two -- what did I say?
3         MR. COLE:  You're marking this as 929?
4         MR. WINTER:  929.  If I misspoke, I
5    apologize.
6         MR. COLE:  I don't think you did, but
7    there was -- there was an earlier exhibit that had
8    another exhibit number on it that we didn't number in
9    the 900 sequence.
10        MR. ANDERSON:  Yeah.  That was in this
11   case.
12        MR. COLE:  Okay.  So this is from a
13   different case?
14        MR. ANDERSON:  The "47" exhibit number
15   references to the West Virginia case I believe.
16        MR. COLE:  Okay.
17        MR. WINTER:  Yeah.  For the record,
18   you'll see there's an Abbott West Virginia
19   label, 00630, on the first page of this and also a
20   Texas ABT Bates label, and the Exhibit 47 sticker in
21   the upper right-hand corner was from West Virginia
22   I'll -- I'll represent for the record.
23        Q.  (BY MR. WINTER)  Okay.  So, Ms. Cicerale,
24   what I've marked as Texas Exhibit 929 is just another
25   example of your making pricing representations to

1    First DataBank, in this case, in -- in or about
2    March of 1997, right?
3         A.  Correct.
4         Q.  And again, under the "Trade" column on
5    Page 2, what you're representing here is that these
6    are the prices for that first entry, that LTA II Kit,
7    that Abbott sells directly to customers at $321.36,
8    correct?
9         MR. COLE:  Object to the form.
10        A.  Correct.
11        Q.  (BY MR. WINTER)  What is the unit price
12   that's listed?
13        A.  It's the trade price divided by the package.
14        Q.  Okay.  So that would be the $321.36 divided
15   by 24?
16        A.  Correct.
17        Q.  Okay.  So again, that would be the direct
18   price Abbott is representing that it sells one of
19   these at $13.39 directly to pharmacies?
20        MR. COLE:  Object to the form.
21        A.  It's just giving a unit price of that.
22        Q.  (BY MR. WINTER)  And it's a subset of the
23   direct price, though, right?
24        A.  Right.  It's a calculation off the first
25   column.

1         Q.  Okay.  So if Abbott sold one of these, not
2    the whole package of 24, but only sold one, would it
3    sell it directly at $13.39?
4         MR. COLE:  Object to the form.
5         A.  They didn't sell units.
6         Q.  (BY MR. WINTER)  Oh.  You only sold them
7    in -- in packages of 24?
8         A.  Right.
9         Q.  Okay.  Well, if you look down to the first
10   "Morphine," do you see the morphine sulfate injection
11   USP, 25 milligrams?
12        A.  Correct.
13        Q.  It's about 10 or so products down.  Do you
14   see that, ma'am?
15        A.  Right.
16        Q.  And the trade price, which is the direct
17   price, is $24.15, and so is the unit price, right?
18        A.  Right.
19        Q.  So if Abbott sold one of these, it was
20   representing it would sell one directly to pharmacies
21   at $24.15, right?
22        MR. COLE:  Object to the form.
23        A.  No, because the package column is
24   representing how Abbott sold it.
25        Q.  (BY MR. WINTER)  Are you -- so what are you

1    saying --
2         A.  So the -- the -- see the package column,
3    "PKG"?
4         Q.  Yes, ma'am.  And there's only one in that
5    package column.
6         A.  Oh, the multiple.  I'm sorry.  The -- the
7    columns are shifted over.  The M-U-T (sic) column --
8         Q.  Right.
9         A.  -- that meant that Abbott forced the customer
10   to buy 25 of those.
11        Q.  I see.  And the price would be at $24.15 per
12   each, so the -- if he had to buy -- if the customer
13   had to buy 25 at a time, you'd multiply the 24.15 by
14   25?
15        A.  Correct.
16        Q.  Okay.  Let's mark this Exhibit 930.
17            (Deposition Exhibit 930 marked.)
18            (Document tendered.)
19        Q.  (BY MR. WINTER)  Ms. Cicerale, this is
20   another example of one of your price -- ordinary
21   course of business price reports to the compendia.
22   This is one to Redbook dated April of 1997, correct?
23        A.  Correct.
24        Q.  And this one has a little bit different
25   pricing information if you look on the second page in

36182266-7c50-47fe-9423-7b2843292aab

Page 102

1  that you have not only Abbott's direct price; you've
2  also got the wholesale price, correct?
3      A.  Correct.
4      Q.  So again, that's the price that Abbott is
5  representing that it sells these products to
6  wholesalers at?
7      A.  Correct.
8          MR. COLE:  Object to the form.
9      Q.  (BY MR. WINTER)  Okay.  But you don't know
10 whether that's the same as Abbott's WAC or not,
11 correct?
12     A.  Right.
13     Q.  I mean, it could be.  You just don't know one
14 way or the other?
15     A.  Right.
16     Q.  Ms. Cicerale, would you take a look, please,
17 at Exhibit 927, and if you'd flip to the second page
18 of that.
19         That's a format that you recognize,
20 isn't it?
21     A.  Yes.
22     Q.  And that's something that you reviewed from
23 time to time not just that one year that's listed on
24 that exhibit, but you reviewed those Redbook Product
25 Listing Verification forms from time to time over the

Page 103

1  years that you worked for Abbott, correct?
2      A.  Correct.
3      Q.  And you'd sign off on them just like you did
4  on the second page there in 1996?
5          MR. COLE:  Object to the form.
6      A.  Correct.
7      Q.  (BY MR. WINTER)  And as part of that process,
8  you were signifying that you were verifying the
9  pricing information that was presented back to you by
10 Redbook and you would make changes where appropriate?
11         MR. COLE:  Object to the form.
12     A.  Correct.
13     Q.  (BY MR. WINTER)  Isn't that true?
14     A.  Correct.
15     Q.  Okay.  So if you had information that
16 indicated to you that the AWP information that Redbook
17 had listed was erroneous or needed to be updated, you
18 would provide that information to Redbook, correct?
19         MR. COLE:  Object to the form.
20     A.  I would give them the wholesale price.
21     Q.  (BY MR. WINTER)  So if the information that
22 you had in your column for wholesale was lower than
23 the information that Redbook was publishing, for
24 example -- let's look back at 927 again, and let's
25 just look at that first product there.

Page 104

1          They have a list -- listed an AWP of
2  $26.84, correct?
3      A.  Correct.
4      Q.  So if you looked on your database and your
5  wholesale price was let's say $24 -- which is
6  different than 26.84, right?
7      A.  Right.
8      Q.  -- would you have made a correction to the
9  form and would you have reported back to Redbook that
10 they had the wrong AWP listed and it should be $24
11 instead of $26.84?
12         MR. COLE:  Object to the form.
13     A.  I would tell them that the wholesale price
14 was different.
15     Q.  (BY MR. WINTER)  You would just tell them the
16 wholesale price that we have is different than what
17 you show for the AWP?
18     A.  Right.
19     Q.  Okay.  Why would you do it -- do you -- do
20 you have any present recollection, first of all, of
21 ever doing that, of ever telling Redbook that the
22 wholesale price that you had listed was different than
23 the AWP they had listed?
24     A.  I could have.  I don't -- you know, I can't
25 think of anything specifically.

Page 105

1      Q.  So you can't testify today that you ever
2  actually did that?
3          MR. COLE:  Object to the form.
4      A.  I guess I can't for sure recall.
5      Q.  (BY MR. WINTER)  Okay.  Now, is it your
6  testimony that you -- that Redbook is the only company
7  that ever sent you a price verification form and asked
8  you to look at it and make the changes -- make any
9  changes that were appropriate and send it back to
10 them?
11     A.  From what I remember.
12     Q.  So you don't have any recollection that
13 First DataBank ever sent you forms for you to review
14 and verify the pricing information?  Is that your
15 testimony?
16     A.  Not in a big packet or anything like a yearly
17 one.
18     Q.  Let me show you what's been marked as
19 Exhibit 359 in an earlier deposition in this case.
20         (Document tendered.)
21     Q.  (BY MR. WINTER)  You know a gentleman by the
22 name of Mike Sellers, don't you?
23     A.  Yes.
24         MR. WINTER:  Here you go, Jeremy.
25         MR. COLE:  Thank you.

27 (Pages 102 to 105)

36182266-7c50-47fe-9423-7b2843292aab

Page 106

1          (Document tendered.)
2     Q.  (BY MR. WINTER)  Mr. Sellers is somebody that
3   you dealt with in the ordinary course of business from
4   time to time, correct?
5     A.  Correct.
6     Q.  What kinds of issues would you interact with
7   Mr. Sellers regarding?
8     A.  Well, he was our director.
9     Q.  He was the director of Hospital Products
10  Division Contract Marketing Department?  Okay.
11    A.  Correct.
12    Q.  So was he a couple levels up on the chain of
13  command above you?
14    A.  Yes.
15    Q.  Okay.  Before he became the director of the
16  Contract Marketing Department within HPD, do you know
17  what position Mr. Sellers held?
18    A.  He had various positions.
19    Q.  He did have a number of positions within
20  Abbott over the years, didn't he?
21    A.  Right.
22    Q.  Do you -- do you recall a time period when he
23  was over in the Alternate Site Department and was the
24  general manager of Home Infusion Services?
25    A.  Yes.

Page 107

1     Q.  Did you interact with him from time to time
2   when he was over in Alternate Site as the GM of Home
3   Infusion Services?
4     A.  No.
5     Q.  You never had any interaction with him during
6   that time period --
7         MR. COLE:  Object to the form.
8     Q.  (BY MR. WINTER)  -- with respect to -- to
9   your job duties and responsibilities as far as
10  updating pricing?
11    A.  No.
12        MR. COLE:  Object to the form.
13    Q.  (BY MR. WINTER)  He didn't have any sign-off
14  responsibility on any of the prices that you carried
15  in your databases and reported to the compendia?
16        MR. COLE:  Object to the form.
17    A.  Not that I can recall.
18    Q.  (BY MR. WINTER)  Did you ever have occasion
19  to discuss with Mr. Sellers the responsibilities that
20  you had to report Abbott's pricing to the
21  price-reporting services?
22    A.  I can't remember.
23    Q.  Well, is it possible that you had discussed
24  with Mr. Sellers your duties and responsibilities to
25  report pricing to the price-reporting services, that

Page 108

1   you talked about that with Mike Sellers and you just
2   don't recall it, or are you just saying you never --
3   you never talked to him about those duties?
4         MR. COLE:  Object to the form.
5     A.  I -- I don't recall.
6     Q.  (BY MR. WINTER)  Do you recall a time period
7   when Mr. Sellers or Mr. Adams or anybody else in
8   the -- in your reporting chain came to you with any
9   concerns or questions about your procedures for
10  reporting to the price-reporting services?
11        MR. COLE:  Object to the form.
12    A.  Maybe Harry Adams.
13    Q.  (BY MR. WINTER)  What do you recall about
14  Mr. Adams coming to you with questions or concerns
15  about your price-reporting procedures?
16    A.  Well, I -- like I say, he -- he would be the
17  one to sign off on the wholesale price, and he would
18  just say, Have you sent the information to
19  First DataBank.
20    Q.  I'm sorry.  Say that again.  He would sign
21  off on the wholesale price and what?
22    A.  Ask me if I had sent -- you know, would ask
23  if I had sent my information to the databank.
24    Q.  Okay.  So he knew that it was part of your
25  job function to take that data and those price points

Page 109

1   that you would save on your internal database, he knew
2   that you would transmit that same information to the
3   price-reporting services, right?
4         MR. COLE:  Object to the form.
5     A.  Correct.
6     Q.  (BY MR. WINTER)  Okay.  And did he know
7   why -- well, let me strike that question and rephrase
8   it this way:  Why is it that you were sending this
9   information to the price-reporting services?
10    A.  So that they could publish it in their
11  publications.
12    Q.  Why did Abbott want the price-reporting
13  services to publish these prices in their publications
14  for Abbott drugs?
15        MR. COLE:  Object to the form.
16    A.  I can't speak for Abbott.  I don't know.
17    Q.  (BY MR. WINTER)  What is your understanding
18  as to why Abbott wanted the price-reporting services
19  to publish the price points that you transmitted to
20  them for Abbott drugs?
21        MR. COLE:  Object to the form.
22    A.  For an advertisement-type point.
23    Q.  (BY MR. WINTER)  Did you think it would be of
24  assistance and use to Abbott in selling its drugs?
25        MR. COLE:  Object to the form.

28  (Pages 106 to 109)

36182266-7c50-47fe-9423-7b2843292aab

Page 110

1    A.  That's my opinion.
2    Q.  (BY MR. WINTER)  Okay.  It was your
3  understanding and belief as a 25-year Abbott employee
4  that the duty that you had to report this pricing
5  information to the price-publishing services was
6  something that was important to Abbott?
7    A.  Yes.
8         MR. COLE:  Object to the form.
9    Q.  (BY MR. WINTER)  I'm sorry.  I didn't hear
10  you.
11    A.  Yes.
12         MR. WINTER:  And if you could, Counsel,
13  please -- you're getting your objection out before I'm
14  getting my question out, and we're cluttering up the
15  record a bit here with everybody talking at the same
16  time.  So --
17         MR. COLE:  Well, there's pauses in your
18  questions, but I'll try to wait until you're finished
19  before I interpose my objection.
20         MR. WINTER:  I appreciate that.
21         MR. COLE:  No problem.
22    Q.  (BY MR. WINTER)  Okay.  Ms. Cicerale, let's
23  look at Exhibit 359.
24    A.  Which one?  57?  Or --
25    Q.  No, ma'am.  359.

Page 111

1    A.  Oh.
2    Q.  It should be --
3         MR. STETLER:  That's the same one.
4  You've got it.
5         THE WITNESS:  Oh, oh, over here.  Okay.
6    Q.  (BY MR. WINTER)  Yeah.  The same one I just
7  handed you.
8    A.  All right.  Okay.
9    Q.  And this is an example of a request by
10  First DataBank for you to review and verify the
11  pricing information that First DataBank had published
12  for Abbott drugs, correct?
13    A.  Correct.
14    Q.  And do you recognize the attachment as being
15  in a format that you saw over the years in the
16  ordinary course of business at Abbott when First
17  DataBank would ask you to verify the pricing
18  information that it had published on Abbott products?
19         MR. COLE:  Object to the form.
20    A.  Well, here I don't think it was asking for
21  prices.  I think it was asking for active Hospital
22  Products' NDCs.
23    Q.  (BY MR. WINTER)  Okay.
24    A.  And I verified that they were active
25  products.

Page 112

1    Q.  So is it your testimony that when you
2  received this particular attachment from Terri Factora
3  at First DataBank in or about December of 1999 and you
4  looked it over, you weren't looking at the pricing
5  points; the only thing you were verifying was that the
6  product was still active?
7    A.  Correct.
8    Q.  Well, let's look at the attachment itself.
9  "National Drug Data File Product Update Report."
10         Do you see that across the center of the
11  first page?
12    A.  Uh-huh.  Yes.
13    Q.  Okay.  And is this printout, this -- have you
14  ever heard of the phrase "NDDF"?
15    A.  No.
16    Q.  Okay.  Is this printout, this National Drug
17  Data File Product Update Report, a printout in a
18  format that you recognize?
19    A.  I recognize it because I'm looking at it.
20    Q.  Does it refresh your recollection that you
21  saw --
22    A.  Right.
23    Q.  -- printouts from First DataBank of prices
24  and package size information on Abbott drugs from time
25  to time over the years and that FDB asked you to

Page 113

1  verify information on those printouts?
2         MR. COLE:  Object to the form.
3    A.  Product information, yes.
4    Q.  (BY MR. WINTER)  Okay.  So is it your
5  representation and testimony today that you did not
6  verify the information in the pricing-point columns?
7  For example, do you see wholesale net?  Do you see
8  that price?
9    A.  Yes.
10    Q.  It actually says "WHLNET," right?
11    A.  Correct.
12    Q.  And do you understand that to mean wholesale
13  net?
14    A.  Yes.
15    Q.  Okay.  Do you understand that to be the same
16  as Abbott's wholesale price?
17    A.  I -- I can't -- I don't know.
18    Q.  You don't know?  You don't know if that's the
19  same price that Abbott would represent when it reports
20  to the price-reporting services that it's representing
21  that's the price it sells to wholesalers?
22         MR. COLE:  Object to the form.
23    A.  Right.  I'm unclear as to what that is.
24    Q.  (BY MR. WINTER)  Okay.  Well, look at the
25  price column that says "DIR."  Do you see that?

29 (Pages 110 to 113)

36182266-7c50-47fe-9423-7b2843292aab

Page 114

1    A.  Yes.
2    Q.  Do you believe that to be the same pricing
3  value that when Abbott reports to price-reporting
4  services it's representing this is the price that
5  Abbott sells direct to pharmacies?
6         MR. COLE:  Object to the form.
7    A.  Yes.
8    Q.  (BY MR. WINTER) Okay.  And do you see the
9  "AWP" column?
10   A.  Yes.
11   Q.  And is it your testimony that you believe
12  that that should be Abbott's price to wholesalers,
13  when it sells to wholesalers?
14   A.  I don't know --
15        MR. COLE:  Object to the form.
16   A.  -- for sure what that is.
17   Q.  (BY MR. WINTER) Well, your earlier testimony
18  today was you thought that AWP was the same price as
19  what Abbott called wholesale price, right?
20   A.  That's what I'm thinking.  You know, I can't
21  be sure that that's what that is.
22   Q.  Well, based --
23   A.  In my mind --
24   Q.  Go ahead, ma'am.  In your mind.
25   A.  -- I thought that they were the same.

Page 115

1    Q.  Okay.  So it would be your expectation based
2  upon your experience working for Abbott Laboratories
3  for 25 years that the price that's printed under "AWP"
4  would be the price at which Abbott sold to
5  wholesalers?  Would that be your expectation?
6         MR. COLE:  Object to the form.  It's an
7  unfair question based on her prior testimony.
8         MR. STETLER:  That's allowed under the
9  Texas rules.
10        MR. WINTER:  Well, actually, no, it's
11  not, but we'll deal with that in a second.
12        MR. STETLER:  Well, these are unfair,
13  but I'll leave it at that.
14   A.  I thought they were the same.
15   Q.  (BY MR. WINTER) So it would have been your
16  expectation that what First DataBank was printing
17  under the column that says "AWP" would be the same
18  price that you had reported as the wholesaler price?
19        MR. COLE:  Object to the form.
20   A.  Well, you know, it would be clearer if they
21  put "wholesale," because that's the only price I ever
22  gave to them, was whole -- wholesale price.
23   Q.  (BY MR. WINTER) But you thought and
24  understood that what they did is they just took what
25  you reported as wholesaler and plugged it in as AWP?

Page 116

1         MR. COLE:  Object to the form.
2    Q.  (BY MR. WINTER) Is that true?
3    A.  Well, I don't know what they did.  I can't
4  say what they did.  I can say what I did.  I submitted
5  wholesale prices to them.  What they did, I can't say.
6    Q.  Why did you believe that First DataBank and
7  the other price-reporting services took the same
8  pricing point that you would call wholesale price and
9  called it AWP?
10        MR. COLE:  Object to the form.
11   A.  Well, if you -- if you think about what it --
12  it says average wholesale price, so I don't know.  I
13  don't know.
14   Q.  (BY MR. WINTER) Did anybody ever tell you
15  that when you worked for Abbott?
16   A.  I can't recall.
17   Q.  Okay.  So looking at 359, your testimony is
18  that when you reviewed this, the only thing you did
19  was verify that the drug was still a current Abbott
20  product and you didn't look at the pricing information
21  at all?
22   A.  That's correct.
23   Q.  So as far as you were concerned, Abbott --
24  excuse me -- First DataBank could have been publishing
25  erroneous and outdated, inaccurate pricing information

Page 117

1  on this form when it submitted to you and you didn't
2  care?
3         MR. COLE:  Object to the form.
4    A.  According to this form, that's all I
5  verified.
6    Q.  (BY MR. WINTER) So if First DataBank had
7  been publishing erroneous, outdated pricing
8  information on this form, you weren't going to make
9  any changes and you weren't representing to First
10  DataBank when you submitted this form back to them
11  that this pricing information was accurate?
12        MR. COLE:  Object to the form.
13   A.  I was answering that they -- these were
14  active products.  That's what this form was about.
15   Q.  (BY MR. WINTER) Well, didn't you testify --
16   A.  This review.
17   Q.  Excuse me.  I didn't mean to speak over you.
18   A.  This review was to say are these all current
19  products.
20   Q.  You testified earlier today that you felt
21  that your function and your duty and responsibility to
22  report pricing information to the price-reporting
23  compendia was something that was important to Abbott?
24        MR. COLE:  Object to the form.
25   A.  Yes.

30  (Pages 114 to 117)

36182266-7c50-47fe-9423-7b2843292aab

Page 118

1    Q.  (BY MR. WINTER)  Right?
2    A.  Yes.
3    Q.  So wasn't it -- doesn't it follow logically
4  that it was important to Abbott and also, by
5  extension, important to you that the pricing
6  information that was published by the price-reporting
7  services be the most accurate and up to date, truthful
8  report?
9         MR. COLE:  Object to the form.
10    A.  Yes.
11    Q.  (BY MR. WINTER)  So doesn't it then follow
12  that when you would receive a printout such as this
13  one that we've looked as Exhibit 359 that it would be
14  not only in your best interest to make sure you're
15  doing your job up to the performance standard but also
16  in Abbott's best interest --
17         MR. COLE:  Object to the form.
18    Q.  (BY MR. WINTER)  -- that the information that
19  was printed and sent back to you for review and
20  verification was truthful and accurate?
21         MR. COLE:  Object to the form.
22    A.  Well, like I said, this was a verification of
23  active products, this review, and that's what I did.
24    Q.  (BY MR. WINTER)  But you didn't look at and
25  you didn't verify the pricing information?  That's

Page 119

1  your testimony?
2         MR. COLE:  Object to the form.
3         Ray, you've asked her this countless
4  times already.
5    A.  Not on this one.
6         MR. WINTER:  It's a different question,
7  and --
8         MR. COLE:  No, it's not.
9         MR. WINTER:  Yes, it is, and your
10  objections are inappropriate under the Texas Rules.
11  You can object to form.  If I wish for an explanation,
12  I'll ask you for one, Jeremy.
13         MR. COLE:  They're not inappropriate,
14  Ray.
15         MR. WINTER:  Yeah, they are.
16         MR. COLE:  They're not inappropriate,
17  and I can --
18         MR. WINTER:  Let's move on.
19         MR. COLE:  -- quote you chapter and
20  verse from your co-counsel's depositions where he has
21  made similar objections beyond objection to the form.
22  Now --
23         MR. WINTER:  We can --
24         MR. COLE:  -- I won't do it here, and I
25  won't waste time on the record --

Page 120

1         MR. WINTER:  Good.
2         MR. COLE:  -- but you -- you are --
3  it's -- you're starting to harass her in questioning
4  her about this document, and I think you're taking
5  liberties with this document.
6         MR. WINTER:  Well, my statement stands;
7  your statement stands.  We've preserved our positions,
8  and let's move on.
9         MR. COLE:  Fair enough.
10    Q.  (BY MR. WINTER)  Was it your practice in the
11  ordinary course of business to allow the
12  price-publishing services to publish information for
13  Abbott drugs that you knew to be inaccurate?
14         MR. COLE:  Object to the form.
15    A.  What was the -- say -- say that again.
16    Q.  (BY MR. WINTER)  Was it your practice to
17  allow the price-publishing services to publish
18  information that you knew to be inaccurate?
19         MR. COLE:  Object to the form.
20    A.  No, it wasn't my practice.
21    Q.  (BY MR. WINTER)  So if you found out that
22  there was pricing information that the
23  price-publishing service was reporting, you would take
24  steps to correct that pricing information and ensure
25  that what they were reporting was, in fact, accurate

Page 121

1  price reporting -- pricing information and not the
2  inaccurate information, right?
3         MR. COLE:  Object to the form.
4    A.  Right.
5    Q.  (BY MR. WINTER)  Are you aware of any
6  instance where you reported pricing information in the
7  direct price column or the wholesale price column
8  where the information that you were reporting as,
9  quote, direct prices was pricing information that was
10  never offered to any Abbott customers?
11         MR. COLE:  Object to the form.
12    A.  No.
13    Q.  (BY MR. WINTER)  Are you aware of ever
14  reporting pricing information to any of the
15  price-reporting services in the wholesale price column
16  where you reported information as a wholesale price
17  that was a price that was never offered to any Abbott
18  wholesalers?
19    A.  No.
20         MR. COLE:  Object to the form.
21    Q.  (BY MR. WINTER)  If that had been brought to
22  your attention, that Abbott was reporting pricing
23  information under the direct price column and the
24  wholesale price column that were prices that were not
25  offered in the marketplace, would you take steps to

31 (Pages 118 to 121)

36182266-7c50-47fe-9423-7b2843292aab

Page 122

1  correct that and ensure that accurate pricing
2  information was reported --
3     A.  Yes.
4     Q.  -- to the compendia?
5        MR. COLE:  Object to the form.
6     Q.  (BY MR. WINTER)  Did it ever come to your
7  attention where the information that was provided to
8  you from the Marketing Department or from Harry Adams
9  did not in your mind based upon your experience
10  comport with what Abbott was really selling its
11  products for?
12        Did a situation like that ever arise
13  where you had to go back to Mr. Adams or somebody in
14  the Marketing Department and verify, Are you sure this
15  is the accurate information?
16     A.  Well, what they gave me is what I put into
17  the systems.
18     Q.  So did you just assume that whatever they
19  gave you was truthful and accurate pricing
20  information?
21     A.  Yes.
22     Q.  And when you signed off on these price
23  reports from First DataBank and Redbook, you were
24  verifying that information based upon information that
25  was provided to you by Mr. Adams and the Marketing

Page 123

1  Department?
2        MR. COLE:  Object to the form.
3     Q.  (BY MR. WINTER)  Is that true?
4     A.  Correct.
5     Q.  Let me mark as Exhibit 931 this next document
6  and ask you to take a look at it, please.
7        (Deposition Exhibit 931 marked.)
8        (Document tendered.)
9        MR. COLE:  Thank you.
10        MR. WINTER:  You bet.
11     Q.  (BY MR. WINTER)  Ms. Cicerale, is this
12  another example of a situation where Redbook had
13  provided pricing information on Abbott drugs which it
14  had received from you over time and published and it
15  was sending back that same pricing information to you
16  for verification?
17     A.  Yes.
18     Q.  Okay.  And you've signed the first page of
19  this, correct?
20     A.  Yes.
21     Q.  And if you look on the second page, you've
22  got the same types of information that we've talked
23  about, the demographic data that we called it earlier
24  today, the NDC number, the product description and
25  package size information, right?

Page 124

1     A.  Correct.
2     Q.  And then you also have pricing points?
3     A.  Correct.
4     Q.  You've got the AWP column, the direct price
5  column, a WAC price column and an SRP column, right?
6     A.  Correct.
7     Q.  And it looks like in the first one there's
8  been a correction made to the WAC price.  It was
9  listed as $280, and there was a correction made to
10  $345.  Do you see that?
11     A.  Yes.
12     Q.  And is that your handwriting?
13     A.  I don't think it is.
14     Q.  So whose correction of 280 to 345 do you --
15  would you believe that to be?
16     A.  I don't -- I don't know.
17     Q.  Well, let's look at the first page.
18     A.  I don't -- I don't think that is my
19  handwriting, but --
20     Q.  If you would, please, ma'am, let's look at
21  the very first page of the document, and you see that
22  you've signed off on this and you say "OK with
23  changes," correct?
24     A.  Correct.
25     Q.  And you're representing on this first page

Page 125

1  when you transmitted this back to Redbook that you're
2  asking Redbook to make the changes that you've got
3  noted in these columns, right?
4     A.  Correct.
5     Q.  So Abbott is making a change to what Redbook
6  had carried as its WAC price for the very first drug,
7  correct, or for the catheter?
8        MR. COLE:  Object to the form.
9     A.  Yes.
10     Q.  (BY MR. WINTER)  It was carried by Redbook as
11  280, and Abbott has taken a price increase to raise
12  that WAC price to $345, right?
13     A.  Correct.
14     Q.  And you can see there are various changes
15  made to the WAC pricing throughout the document.  Did
16  you see that?
17     A.  Yep, I do.
18     Q.  And so to the extent that there is not a
19  change made, then by virtue of your verification where
20  you say "OK with changes," you're representing back to
21  Redbook that the other pricing information included in
22  the AWP and the direct price columns is truthful and
23  accurate, correct?
24     A.  Correct.
25     Q.  Ms. Cicerale, is the format of Exhibit 931 a

32 (Pages 122 to 125)

36182266-7c50-47fe-9423-7b2843292aab

Page 126

1    format that you recognize as -- does this refresh your
2    recollection this is a format that you saw from time
3    to time over the years?
4        A.  Yes.
5        Q.  Okay.  This particular one is dated
6    October of 2001, right?
7        A.  Correct.
8        Q.  And it's got your name as the contact name in
9    the upper right-hand side of the first page, Page 1 of
10   152, correct?
11       A.  Correct.
12       Q.  And you also would have done this in -- in or
13   about October of 2002, correct?
14       A.  Correct.
15       Q.  And you would have performed the same
16   function -- we're going to have another copy we'll
17   mark as an exhibit here.
18           (Deposition Exhibit 932 marked.)
19           MR. WINTER:  I only have one of these.
20   We'll make a copy if you'd like at the break, but here
21   it is.
22           (Document tendered.)
23       Q.  (BY MR. WINTER) Okay.  Ms. Cicerale, would
24   you please go to the page that says "Redbook 01199" in
25   the lower right.  It's about -- it's about a third of

Page 127

1    the way through the document.
2            MR. COLE:  What's the Bates number on
3    that again, Ray?
4            MR. WINTER:  It's Redbook 01199.
5            MR. COLE:  Thank you.
6            MR. WINTER:  You bet.
7        Q.  (BY MR. WINTER) Ms. Cicerale, do you see
8    your signature on the bottom of that page?
9        A.  Yes.
10       Q.  And you're making a representation that --
11   that when you reviewed this printout dated October 11,
12   2002, that it's okay with the changes that you have
13   indicated?  Is that true?
14       A.  That -- what was the question?
15       Q.  You're verifying that the information that
16   Redbook has listed here is accurate and it's okay with
17   the changes that have been handwritten into the
18   document --
19       A.  Yes.
20       Q.  -- correct?  Okay.
21           If you look on the next page, exhibit --
22   I mean -- excuse me -- Bates label 01200, do you see
23   the two dextrose products in the bottom of the top
24   half of the page?
25       A.  Yes.

Page 128

1        Q.  And you have made corrections, or Abbott has
2    made corrections to the direct price and the WAC
3    prices for both of those two products, correct?
4        A.  Correct.
5        Q.  Taken a slight increase from $82.08 on the
6    first drug to $83.04 cents for the direct and an
7    increase from $77.28 to $82.08 on the WAC, right?
8        A.  Correct.
9        Q.  Other than the handwritten changes, you're
10   representing to Redbook that all the other
11   information, including the AWP and the direct and the
12   WAC pricing, is accurate, correct?
13           MR. COLE:  Object to the form.
14       A.  Well, I know I never verified AWP, so...
15       Q.  (BY MR. WINTER) It was your belief that when
16   signing off on the bottom of the page, as you did here
17   on exhibit -- on Page 01200 where you say "OK with
18   changes" that you're remaining neutral as to the
19   accuracy of the AWP?  You're not saying anything about
20   it?
21           MR. COLE:  Object to the form.
22       A.  That's correct.  I have nothing to look at it
23   against.  I didn't even know what it is, so how can I
24   verify it.
25       Q.  (BY MR. WINTER) Did you tell Redbook when

Page 129

1    you signed off on these annual -- not annual, but
2    these periodic Price Listing Verification forms that
3    you were only verifying the direct price and the WAC
4    price but not the AWP?
5        A.  Yes.
6        Q.  When did you tell them that?
7        A.  I don't know.  Sometime along the years.
8        Q.  How do you recall having transmitted that
9    information to them?  Did you tell them verbally?
10       A.  Well, every time I send them an update, all I
11   would give them was direct and wholesale price.  Those
12   are the only prices I ever gave them.  So why would I
13   verify AWP when I never gave them that information.
14       Q.  Well, ma'am, my question is, did you ever
15   tell Redbook that when you reviewed these product
16   listing verification forms such as the one we're --
17       A.  Probably, yes.  Probably I did.
18       Q.  If you would, please, let me get my question
19   out first.
20           My question is, did you ever tell
21   Redbook when you reviewed these Redbook product
22   listing verification forms such as Exhibit 932, and
23   when you signed off on them and said "OK with changes"
24   and transmitted them back to Redbook, did you tell
25   Redbook, I'm only verifying the direct and the WAC;

33 (Pages 126 to 129)

36182266-7c50-47fe-9423-7b2843292aab

Page 130

1  I'm not verifying the AWP?
2     A.  I can't recall completely.
3     Q.  Did you ever tell First DataBank when you
4  reviewed the national drug data file forms and sent
5  those back that you were not verifying the AWP
6  information?
7     A.  You know, I can't remember from years and
8  years and years ago what exactly I said, but I know
9  those are the only fields I would verify.
10    Q.  Let me ask you about these changes that
11 you're making on the page that we have turned open,
12 which is 01200.  Where did you get the information
13 to -- that you were representing to Redbook was the
14 accurate information?  Where did you get the new
15 information that you were putting in there with pen?
16    A.  From the marketing managers or Harry Adams.
17    Q.  Well, would this be information that you
18 would have to go back to Mr. Adams, and would you have
19 to show him this printout from Redbook and say, Is
20 this information true or accurate, or is it
21 information that you had already previously received
22 from Mr. Adams that you would have in your database,
23 your internal database that you used?
24        MR. COLE:  Object to the form.
25    A.  Well, it looks like it was a price change

Page 131

1  effective on the 7th of May, 2002.
2     Q.  (BY MR. WINTER)  Yes, ma'am.
3     A.  So it would have been communicated to me from
4  those people, the price change, and then my procedure
5  was to communicate to them the price change.
6     Q.  Okay.  So would the change that was effective
7  on or about May 7, 2002, have been communicated to you
8  from the people who made the change at or about that
9  time, at or about May of --
10    A.  Correct.
11    Q.  -- 2002?
12    A.  Correct.
13    Q.  Okay.  And the people that communicated these
14 price changes to you, such as the Marketing Department
15 personnel and Mr. Adams, were they the persons who had
16 the responsibility for making those changes and
17 adjustments?
18        MR. COLE:  Object to the form.
19    A.  Well, they were -- they were some of them,
20 yes.
21    Q.  (BY MR. WINTER)  Okay.  Who else besides the
22 personnel in the Marketing Department and Mr. Adams
23 had responsibility to actually set the prices?
24    A.  Management within Contract Marketing.
25    Q.  And when you say "Management within Contract

Page 132

1  Marketing," who are you referring to?
2     A.  Whoever the managers were at the time.
3     Q.  Well, let's talk about when you were phasing
4  out your job and getting ready to retire in 2003.  Who
5  were the managers?  Was Harry Adams still a manager?
6     A.  Yes.  He still dealt with wholesale prices.
7     Q.  He -- he would do what now?
8     A.  He dealt with the wholesale price end of it.
9     Q.  When you --
10    A.  The direct price would be, you know, the
11 marketing managers or Contract Marketing manager, you
12 know.
13    Q.  Okay.  Now, when you talked about Harry Adams
14 and he had responsibility for the wholesale prices,
15 you looked at the document there and you went up and
16 down this form here.  Were you referring to the WAC
17 column?
18    A.  Yeah.
19    Q.  So is it your belief that on this form the
20 WAC that's depicted here is synonymous with the
21 wholesale price that you carried in your database?
22        MR. COLE:  Object to the form.
23    A.  Yes.
24    Q.  (BY MR. WINTER)  So by you striking the
25 $72.28 here on the first dextrose that had the

Page 133

1  effective change of 5/7/02, you're representing to
2  Redbook that Abbott's price when it sells to
3  wholesalers is $82.08, correct?
4         MR. COLE:  Object to the form.
5     A.  Correct.
6     Q.  (BY MR. WINTER)  Okay.  And in your mind,
7  that would be the same thing as the WAC, at what
8  Redbook is carrying the WAC -- as the WAC here?
9     A.  Yes.
10        MR. COLE:  Object to the form.
11    Q.  (BY MR. WINTER)  Okay.  What was this process
12 that you would use, that you would follow when you
13 received these product listing verification forms such
14 as this exhibit and, for example, the other one we saw
15 from First DataBank?  What -- what process would you
16 follow to verify the information?
17    A.  I would take a catalog, a list -- direct list
18 price catalog and a wholesale catalog and go back and
19 forth.  Proofread it.
20    Q.  Okay.  Now, what -- would you just do this
21 manually?  You --
22    A.  Yeah.
23    Q.  You never had an opportunity to do it
24 electronically and do a comparison?
25    A.  No.  They always sent everything paper.

34  (Pages 130 to 133)

36182266-7c50-47fe-9423-7b2843292aab

Page 134

1    Q.  Okay.  But you would look physically at your
2  printed catalog?  You wouldn't look at your own
3  computer database?
4    A.  No.
5    Q.  What if there had been a price change that
6  had taken effect in the middle of the year?
7    A.  Well, this must have been one of them.
8    Q.  But if you were looking at your catalog, what
9  would be printed in the catalog would be whatever the
10 change -- the price was before the change, right?
11   A.  Well, I might have printed the list prices
12 out of the computer.
13   Q.  Okay.  So it might not have been the catalog.
14   A.  Yeah.
15   Q.  You might have printed a current listing of
16 the pricing that you carried on your computer, and you
17 might have been looking at that?
18   A.  Right.
19   Q.  Okay.  So if that's the case, then whatever
20 you had on your computer was updated on a daily basis,
21 right?
22   A.  Right.
23   Q.  So you should have the most current and
24 accurate and complete, truthful information on your
25 computer, right?

Page 135

1    A.  Right.
2    Q.  Okay.
3        MR. COLE:  Object to the form.
4    Q.  (BY MR. WINTER)  So that would have been your
5  process.  You would have taken what they sent you, and
6  you just would have gone page by page and done a
7  comparison?
8    A.  Correct.
9    Q.  Okay.  Would your computer tell you that
10 there had been a change to the dextrose -- if you
11 were -- if you were undertaking this process in or
12 about October of 2002 -- let me ask you this:  Is
13 that -- is that a fair assumption --
14   A.  Yes.
15   Q.  -- based upon the date of the document, that
16 you would have been doing this comparison process in
17 or around October --
18   A.  Sometime in October, yes.
19   Q.  Okay.  And if you were looking at your print
20 of the most current, updated, accurate and truthful
21 information from your database, would it tell you that
22 there had been a price change on May 7, '02, on the
23 dextrose?
24   A.  It would have had a different price.
25   Q.  Would it have the effective date of the

Page 136

1  change or is that something you would have had to go
2  to some other source to find?
3    A.  I probably would have had to gone to another
4  source.
5    Q.  Would -- would you be accessing your resource
6  file for a particular drug in order to generate this
7  list or could you just --
8    A.  No.  From that HPD product catalog or product
9  file.
10   Q.  HPD product file?
11   A.  Yeah.
12   Q.  Okay.  Was --
13   A.  The internal one.
14   Q.  Was that the name of the file for all the
15 list prices and all the wholesale prices?
16   A.  That was the internal, you know, department
17 file.
18   Q.  The internal department file, the actual file
19 that was maintained --
20   A.  Database.
21   Q.  Okay.  A database includes multiple files,
22 right?
23   A.  Multiple -- this one had multiple fields.
24   Q.  Okay.
25   A.  It could have had a hundred different fields

Page 137

1  in it.
2    Q.  Okay.  What -- what other pricing points were
3  included -- what other pricing fields were included
4  besides list, direct -- list and direct are the same,
5  right?
6    A.  Uh-huh.  Right.
7    Q.  -- wholesale and government?
8    A.  The unit price was in there.
9    Q.  Was factory cost in there?
10   A.  Factory cost was in there.
11   Q.  Were there contract prices in there that were
12 inputted by the contract analysts?
13   A.  No, not that in that database.
14   Q.  That database didn't have any of the market
15 contract prices?  Is that your testimony?
16   A.  Correct.
17   Q.  Okay.  You mentioned that -- that you never
18 had any responsibility for reporting AWP to the
19 price-publishing companies, right?
20   A.  Correct.
21   Q.  Okay.  But you saw -- and we've looked at
22 several examples of documents -- from time to time
23 that price-publishing companies provided you
24 information which would indicate to you that the
25 price-publishing companies published AWP on Abbott

FREDERICKS-CARROLL REPORTING
AUSTIN (512) 477-9911 - HOUSTON (713) 572-8897 - SAN ANTONIO (210) 222-9161

36182266-7c50-47fe-9423-7b2843292aab

Page 138

1  drugs, right?
2      A.  Correct.
3      Q.  So you knew and this refreshes your
4  recollection, the documents we've seen today, that the
5  price-publishing companies, in fact, published AWP on
6  Abbott drugs?
7          MR. COLE:  Object to the form.
8      A.  Correct.
9      Q.  (BY MR. WINTER)  Okay.  Did you ever notify
10  the price-publishing services that they should cease
11  publishing AWP on Abbott products?
12      A.  No.
13      Q.  Why not?
14      A.  It wasn't my responsibility to say anything
15  like that.  It's their publication.
16      Q.  Well, did it ever strike --
17      A.  Not Abbott's.
18      Q.  Pardon me.  Did it ever strike you as curious
19  that the price-publishing services were publishing
20  this thing they called an AWP that you didn't have any
21  input into, that you didn't ever report to them?
22          MR. COLE:  Object to the form.
23      A.  I didn't have anything to -- to do with it.
24      Q.  (BY MR. WINTER)  It never struck you as
25  curious and it never raised any questions in your

Page 139

1  mind?
2          MR. COLE:  Object to the form.
3      A.  No.
4      Q.  (BY MR. WINTER)  Why didn't you just mark out
5  the AWP column on these printouts when you submitted
6  them back to Redbook or First DataBank or whoever it
7  was that you were dealing with?
8          MR. COLE:  Object to the form.
9      A.  I don't know.
10      Q.  (BY MR. WINTER)  Ms. Cicerale, were you aware
11  of the fact that the price-reporting services such as
12  Redbook and Medi-Span published AWPs based upon a
13  markup of pricing information that you reported to
14  them?
15      A.  No.  I mean, I don't know how they came up
16  with AWP.
17      Q.  Well, let me -- let me ask you this.  I'm not
18  asking you if you know specifically any specific
19  calculation.  My question is a general one.
20          Did you know that the price-publishing
21  services took the pricing information that you
22  reported to them and applied a markup to reach AWP?
23      A.  Yes.  You can, you know, look at that and see
24  it right here (indicating).
25      Q.  Okay.  So when you said a minute ago that you

Page 140

1  don't know how they did it, are your test- -- are you
2  testifying that you don't know the specific
3  calculation and the specific markup that they applied
4  to the prices you reported --
5      A.  Correct.
6      Q.  -- to get to AWP?
7      A.  Correct.
8      Q.  Okay.  But you knew generally that the
9  pricing information that you reported and that Abbott
10  reported -- when I say "you," I'm talking about the
11  job you did on behalf of Abbott Laboratories, just so
12  we're clear on that.  Right?
13      A.  Okay.
14      Q.  Okay.  You understood and, in fact, your
15  bosses and the people that you reported to in Abbott's
16  Hospital Products Division Contract Marketing
17  Department knew and understood that the pricing that
18  you reported to the price-publishing services was
19  taken by those price-publishing services, a markup was
20  applied to it and an AWP was created for the drugs?
21          MR. COLE:  Object to the form.
22      A.  Correct.
23      Q.  (BY MR. WINTER)  Okay.  You knew that and
24  understood that and so did Harry Adams, right?
25          MR. COLE:  Object to the form.

Page 141

1      A.  I can't speak for him, but for me, I can say
2  yes.
3      Q.  (BY MR. WINTER)  Well, did you never have any
4  conversations with Harry Adams where you discussed the
5  fact that the prices that you reported to the
6  price-publishing services were taken by the
7  price-publishing services and a markup was applied to
8  them and the AWP was created?
9      A.  No.
10      Q.  You never -- your testimony this morning here
11  is that you never had any discussions with Harry Adams
12  about how AWP was calculated by price-publishing
13  services?
14      A.  No.
15      Q.  Did you ever have any discussions or
16  communications with Mike Sellers on the issue of how
17  the price-publishing services reported AWP on Abbott
18  products?
19      A.  No.
20          (Discussion off the record.)
21      Q.  (BY MR. WINTER)  What about Michael Heggie?
22  Did you ever have any discussions with Michael Heggie
23  on the issue of how AWP was published by the
24  price-publishing services on Abbott drugs?
25      A.  I didn't have any discussions with him, no.

36 (Pages 138 to 141)

36182266-7c50-47fe-9423-7b2843292aab

Page 142

1    Q.  Did you ever have any communications via
2  e-mail, telephone message -- if you didn't actually
3  talk to him in person, did you ever have a
4  communication with Mr. Heggie on the issue of how the
5  price-publishing services reported AWP on Abbott
6  drugs?
7            MR. COLE:  I'll object to the form.
8    A.  No.  They -- I never had discussions on how
9  they got calculated.
10   Q.  (BY MR. WINTER)  I'm sorry?
11   A.  I never had any discussions on how they got
12 calculated with him.
13           MR. WINTER:  Do we have extra copies?
14           MR. ANDERSON:  Bill -- yeah -- do you
15 have a stapler?  Do you have one?
16           THE REPORTER:  No, I don't have one.
17           MR. LEVINE:  A stapler?
18           MR. ANDERSON:  Yeah.
19           THE REPORTER:  Hold on.
20           MR. ANDERSON:  I got it.
21   Q.  (BY MR. WINTER)  Ms. Cicerale, did you ever
22 communicate with any of the price-reporting compendia
23 and tell them how they should calculate an AWP on
24 Abbott products?
25   A.  I -- I can't recall.

Page 143

1    Q.  So just so we're clear on your testimony
2  here -- I want to make sure I understand it -- you
3  don't recall any time where you ever told anybody at a
4  price-reporting service how it should calculate AWP on
5  any Abbott products, is that correct?
6    A.  Well, there was a division called the Renal
7  Care Division --
8    Q.  Yes, ma'am.
9    A.  -- and I remember Heggie was responsible for
10 coming up with their pricing on those products.  They
11 were Calcijex -- that's what the product was.  And he
12 was responsible for the pricing on those products, and
13 he would give me the prices to send to the databanks.
14   Q.  Did you ever make communications to the
15 databanks, the price-reporting services, about how
16 they should calculate AWP on Abbott products?
17   A.  If Michael Heggie told me to send such a
18 communication, then that's what I did, but it was per
19 him.
20   Q.  Let me show you what we're going to mark as
21 Exhibit 933.  I'll tender it to counsel first and then
22 ask him to tender it to you.
23           (Deposition Exhibit 933 marked.)
24           (Document tendered.)
25           MR. COLE:  You don't have an extra copy

Page 144

1  of this, Ray?
2            MR. WINTER:  I don't right now.  We can
3  make one pretty easily at the next break.
4    Q.  (BY MR. WINTER)  While counsel are looking at
5  that document, let me just make sure I also
6  understanding something that you previously told me.
7            You knew that there was some sort of a
8  markup applied, but you didn't know what it was?  Is
9  that true?
10   A.  Correct.
11   Q.  Okay.  Now let's look at Exhibit 933, and,
12 Ms. Cicerale, do you recognize this to be an e-mail
13 that you commun- -- that you sent to Medi-Span --
14   A.  Yes.
15   Q.  -- regarding Calcijex?
16   A.  Correct.
17   Q.  And this is going to Michelle.  What was
18 Michelle's last name?  Do you recall?
19   A.  No.
20   Q.  But she's somebody you dealt with at
21 Medi-Span just like you dealt with Beth Rader at --
22   A.  Correct.
23   Q.  -- at First DataBank and Roni Lane at --
24   A.  Christopher it says.
25   Q.  Michelle Christopher.  Okay.  Page 2.

Page 145

1            And on your e-mail, you say, "Michelle -
2  Please adjust the AWP price on the attached two
3  Calcijex items.  I know the normal calculation is
4  120 percent but these two should use 125 percent.  If
5  you have any questions please let me know.  The
6  attachment is from Michael Heggie."
7            Did I read that accurately?
8    A.  Yes.
9    Q.  Does your second sentence mean that the
10 normal calculation on all other Abbott HPD drugs was
11 120 percent, in other words, a 20 percent markup?
12   A.  Per Michael Heggie, yes.  That's where I got
13 that calculation, that figure.
14   Q.  Okay.  So that's information that you would
15 have gotten from Mr. Heggie; that's not information
16 that you had --
17   A.  Right.
18   Q.  -- from any other source?
19   A.  Right.
20   Q.  Okay.  But you knew this as of January, 1996,
21 when Mr. Heggie informed you of this information,
22 right?
23   A.  Well, it looks like it, yes.
24   Q.  So your earlier testimony today when you said
25 you didn't know what the markup was, is that testimony

FREDERICKS-CARROLL REPORTING
AUSTIN (512) 477-9911 - HOUSTON (713) 572-8897 - SAN ANTONIO (210) 222-9161

36182266-7c50-47fe-9423-7b2843292aab

Page 146

1   refreshed now by your review of this document?
2       A.  Yes.
3       Q.  Okay.  So it's true that you did know that
4   the normal calculation was a 20 percent markup, and
5   that's information that you got as early as January of
6   1996 from Mr. Heggie; true?
7           MR. COLE:  Object to the form.
8       A.  Well, it was per this note, yes, at that
9   time.
10      Q.  (BY MR. WINTER)  Okay.  But in this case,
11  you, based upon direction from Mr. Heggie, are telling
12  Medi-Span how they should calculate the AWP on these
13  Calcijex products, correct?
14      A.  Yes, per his note.  He's telling me --
15      Q.  Mr. Heggie asked you to do this, to send this
16  communication to Medi-Span?
17      A.  Yes, because he wasn't the data person.  You
18  know, they wouldn't take his name because I was noted
19  as the data person for Abbott.  So that's why I sent
20  his note along.
21      Q.  So this refreshes your recollection, doesn't
22  it, that this is a situation where Abbott did tell the
23  price-publishing service how it should calculate AWP
24  on Abbott product?
25          MR. COLE:  Object to the form.

Page 147

1       A.  In this case, yes.
2       Q.  (BY MR. WINTER)  Okay.  So when you testified
3   earlier that that didn't happen, this now refreshes
4   your recollection and this is one instance that you
5   can -- that you can recall where it did happen?
6       A.  Correct.
7       Q.  Okay.
8           THE REPORTER:  We have to change our
9   videotape.  Stand by, please.
10          MR. WINTER:  Okay.
11          THE VIDEOGRAPHER:  Off the record at
12  11:43 a.m.  This concludes Tape 2.
13          (Recess.)
14          THE VIDEOGRAPHER:  The time is
15  11:46 a.m.  We're back on the record.  Beginning of
16  Tape 3.
17      Q.  (BY MR. WINTER)  Ms. Cicerale, when you --
18  you testified that when you would review this
19  process -- when you would review the product listing
20  verification form and compare it with the most recent,
21  current, accurate, truthful information you had on
22  your database --
23      A.  Correct.
24      Q.  -- that you would probably print the product
25  listing report so you could look at the pages side by

Page 148

1   side, right?
2       A.  Correct.
3       Q.  Okay.  Were there any specific commands that
4   you would give to the database as far as which fields
5   to print or would you print the whole thing?
6       A.  No, no.  I would give commands.
7       Q.  Which fields would you print, which pricing
8   fields would you print for comparison purposes?
9       A.  The list price, direct, the wholesale price
10  and the unit price.
11      Q.  Did your database that had the most current,
12  accurate, updated information that you had, the
13  independent -- I think you called it the HPD products
14  database, the one that ran with PC Express --
15      A.  Correct.
16      Q.  -- did that include a field for AWP?
17      A.  No.
18      Q.  Did that include a field for average
19  wholesale price?
20      A.  No.
21      Q.  Did that include a field for SWP?
22      A.  No.
23      Q.  Have you ever heard of a pricing point or a
24  pricing term called suggested wholesale price?
25      A.  I've heard the term.

Page 149

1       Q.  Did it include a field for estimated AWP?
2       A.  No.
3       Q.  What about estimated wholesale price?
4       A.  No.
5       Q.  So is it your testimony that you had no basis
6   on your database that you had access to from which you
7   could do a direct comparison of AWP as carried on your
8   database versus the AWP that was printed by the
9   price-publishing service and that you were asked to
10  look at?
11      A.  That's correct.
12          MR. COLE:  Object to the form.
13      A.  That's correct.
14      Q.  (BY MR. WINTER)  What about on the CAS
15  system, do you know if it had a column for AWP?
16      A.  I don't believe so.  I can't be sure.
17      Q.  What about CPP?  Do you know if it had a
18  column --
19      A.  No, it didn't.
20      Q.  You know for a fact it did not?
21      A.  Correct.
22          MR. STETLER:  And let him finish his
23  questions.  You're stepping on his lines.  Okay?
24          MR. WINTER:  Okay.
25          MR. STETLER:  He wants you to -- he

38 (Pages 146 to 149)

36182266-7c50-47fe-9423-7b2843292aab

Page 150

1  wants to finish, and we want him to finish.  And he
2  wants -- wants him to finish.
3      Q.  (BY MR. WINTER)  Do you know for a fact one
4  way or another whether OPS, the order processing
5  system, had a column for AWP?
6      A.  No, it didn't.
7      Q.  You know for a fact it did not?
8      A.  Correct.
9      Q.  Okay.  So the only one that you're uncertain
10 about is the CAS?
11     A.  Correct.
12     Q.  Is that true?  Okay.
13         Now, we looked at one of the Redbook
14 national drug data file printouts where it was
15 transmitted to you from Redbook, and your testimony
16 was the only thing you verified on that particular
17 instance was whether the document -- the drugs were
18 still current Abbott products?
19     A.  Correct.
20     Q.  Okay.  So is it your testimony that you did
21 not ever verify the pricing information that was
22 provided to you at that similar format by Redbook?
23         MR. COLE:  Object to the form.
24     A.  I verified the direct price and the wholesale
25 price, which are pricing fields.  That's all I would

Page 151

1  verify.
2      Q.  (BY MR. WINTER)  You did that for Redbook
3  too -- excuse me -- for First DataBank as well as
4  Redbook?
5      A.  Correct.
6      Q.  Okay.  So, again, this is a situation where
7  the documents you have been shown this morning refresh
8  your recollection -- your earlier testimony today
9  where you said I only did this for Redbook, not for
10 First DataBank, was incorrect, and your recollection
11 and your memory is now refreshed, and you did verify
12 pricing --
13     A.  Correct.
14     Q.  -- for Redbook?
15     A.  Correct.
16     Q.  Okay.
17         MR. COLE:  Object to the form.
18     Q.  (BY MR. WINTER)  And we're going to mark
19 here as -- it's previously been marked as Exhibit 366.
20         (Document tendered.)
21     Q.  (BY MR. WINTER)  And, Ms. Cicerale, this is
22 an e-mail from you to Roni Lane at Redbook with a copy
23 to Harry Adams dated November 24, 1998, correct?
24     A.  Correct.
25     Q.  And what you're telling Ms. Lane is "Roni - I

Page 152

1  will not be returning your verification package
2  because I send you adds and deletes" throughout the
3  year.
4          Did I read that sentence accurately?
5      A.  Correct.
6      Q.  So what you're telling her there is that
7  throughout the yearly process with adds and deletes
8  you're providing her with updated, accurate, truthful
9  information, right?
10     A.  Correct.
11     Q.  Okay.  Your next sentence says, "I also send
12 you our new catalog every year for your reference.
13 This letter should serve as your signoff for your next
14 printing."
15          Did I read that accurately?
16     A.  Correct.
17     Q.  So you're telling her by virtue of
18 representing with that sentence that this is your
19 sign-off that the information that she's got is the
20 latest, most up to date, truthful and accurate
21 information as reflected in your records?
22     A.  Correct.
23     Q.  Okay.  And then you say, "Below are some adds
24 and deletes for your next update."
25     A.  Correct.

Page 153

1      Q.  So that would be new products, and to the
2  extent it was a new product, it would include the most
3  current, accurate, truthful pricing representations by
4  Abbott of the price that it sells direct to pharmacies
5  as well as the prices at which it sells to
6  wholesalers, correct?
7          MR. COLE:  Object to the form.
8      A.  Correct.
9      Q.  (BY MR. WINTER)  Okay.  And likewise, the
10 deletes would be products that you're no longer going
11 to market?
12     A.  Right.
13     Q.  Okay.  Do you recall from time to time the
14 price-reporting services would come to you on an
15 ad-hoc basis not as part of a normal verification
16 process and ask you specifically for verification of
17 AWP information?
18         MR. COLE:  Object to the form.
19     A.  They would ask for, you know, both direct and
20 the wholesale price.  I don't recall AWP, because I
21 wouldn't have anything to verify it against.
22         (Deposition Exhibit 934 marked.)
23     Q.  (BY MR. WINTER)  I'm going to hand you an
24 e-mail thread which we've marked as Exhibit 934, and I
25 think to get the flavor of it you've got to start

39 (Pages 150 to 153)

36182266-7c50-47fe-9423-7b2843292aab

Page 154

1  at -- you know, several pages back at the beginning of
2  the communication.
3          MR. STETLER:  Do you mind if we take a
4  look at it?
5          MR. WINTER:  Not at all.  I've got a
6  copy for you.
7          (Document tendered.)
8          MR. STETLER:  Thank you.
9          MR. COLE:  Is this your writing or -- it
10  came as is I take it?
11          MR. WINTER:  That came as is.  That is
12  not counsel's handwriting.
13          MR. STETLER:  And, Ray, I'm not sure you
14  gave the number.  Maybe you did.
15          MR. WINTER:  I think it's 934.
16          THE WITNESS:  Four.
17          MR. STETLER:  It is 934.
18          MR. WINTER:  Yeah.
19    Q.  (BY MR. WINTER) If you look at the last two
20  pages -- at the bottom of the second-to-last page,
21  Ms. Cicerale, is I think when this all begins with an
22  e-mail from you to Anne Davis at Micromedex.
23          MR. COLE:  I don't mean to interrupt,
24  Ray.  Have you had a chance to read the whole
25  document?

Page 155

1          THE WITNESS:  No, but --
2    Q.  (BY MR. WINTER) I'm going to kind of vector
3  you in on --
4    A.  Okay.
5    Q.  -- on where I think the communication begins.
6  If you'd look at that page that begins with 01129 as
7  the Bates number.
8    A.  Okay.
9    Q.  And do you see on the bottom there is an
10  original message from Jerrie Cicerale dated Thursday,
11  October 24th, 2002?
12    A.  Yes.
13    Q.  Okay.  And I think this is the first
14  communication in this thread.  Would you agree with
15  that?
16    A.  Yeah.
17    Q.  Okay.
18    A.  That's right.
19    Q.  And you're sending to Anne Davis some
20  information, and you say, "Tracy called on"
21  October 22nd "wanted prices for NDC 6533-01," and then
22  you provide a direct and a wholesale.  Do you see
23  that?
24    A.  Correct.
25    Q.  And "If you need further information give me

Page 156

1  a call," and that's your standard signature block in
2  your e-mail, right?
3    A.  Correct.
4    Q.  Okay.  You said you don't remember NDC
5  numbers, but does 6533-01 now refresh your
6  recollection that that's a Vancomycin product?
7          MR. COLE:  Object to the form.
8    A.  If you -- if you say it is.  I --
9    Q.  (BY MR. WINTER) You don't have any
10  independent reason to -- that doesn't resonate with
11  you as ringing a bell?
12    A.  No, I don't -- the numbers don't --
13    Q.  Okay.
14    A.  -- really mean much to me any more.
15    Q.  All right.  You're -- you're reporting to
16  Micromedex that there was a significant change in the
17  direct and the wholesale pricing on or about May 7,
18  2001, right?
19          MR. COLE:  I'm just going to object
20  here, Ray.  I -- if Ms. Cicerale could have a few
21  moments to review the document.
22          THE WITNESS:  Okay.  What was the
23  question?
24    Q.  (BY MR. WINTER) If you look at your first
25  communication, you're reporting to Micromedex, who

Page 157

1  owns Redbook, right, that --
2    A.  Correct.
3    Q.  -- that there is a significant decrease in
4  the published -- in the prices -- in Abbott's
5  representation of its direct price to pharmacies and
6  its price to wholesalers that took place at or about
7  May 7th, 2001, correct?
8    A.  Correct.
9    Q.  Okay.  So you sent that to Redbook, and
10  Redbook responds internally on Friday, October 25th,
11  2002, and Tracy says to Laura (sic), Laura, "this is
12  the info I received back from Jerrie so far.  I have
13  called to verify AWP, with no answer yet."
14          Did I read that accurately?
15          MR. COLE:  I'll object to the form as to
16  this communication.
17    A.  Yes, you read it accurately.
18    Q.  (BY MR. WINTER) Okay.  And underneath that
19  is an e-mail copied into her e-mail to Laur -- to
20  Lauri where -- where she has copied her e-mail to you,
21  and it says "Hi Jerrie.  I received your email.
22  Thanks.  I need to verify AWP also.  We have $176.82
23  effective on 5/7/01.  Is this correct.  Thanks a lot,
24  Traci."  Right?
25          MR. COLE:  Same objection.

40  (Pages 154 to 157)

Page 158

1  A.  Correct.
2  Q.  (BY MR. WINTER)  Okay.  Do you recall -- does
3  this ring a bell with you now where there had been --
4  first of all, let me ask you this question:  Do you
5  recall a time period in the spring of 2001 when Abbott
6  took significant price decreases across the board on a
7  number of products and that you communicated those
8  price changes to the price-publishing services?
9      MR. COLE:  Object to the form.
10     MR. STETLER:  I apologize, Ray, and this
11 is intended to be helpful.  Do you mean 2002?
12     MR. WINTER:  No, I mean 2001.
13     MR. STETLER:  Okay.  I guess I wasn't.
14 Sorry.
15     MR. COLE:  I'll object to the form.  I
16 think I already did, but just to make sure.
17  A.  Yeah, I remember, you know, vaguely.
18  Q.  (BY MR. WINTER)  Okay.  What -- what do you
19 remember vaguely that happened in or about May of
20 2001?
21     MR. STETLER:  Oh, I see.
22  A.  That the prices, you know, went down, and,
23 you know, the databank was questioning the changes.
24  Q.  (BY MR. WINTER)  And so based upon your
25 review of this e-mail thread and especially starting

Page 159

1  with the communication from you to Redbook, does it
2  appear in your mind that this communication was
3  concerning those questions that came from the
4  price-reporting services after that across-the-board
5  price decrease?
6      MR. COLE:  Object to the form.
7  A.  Yeah, it looks like it from this e-mail.
8  Q.  (BY MR. WINTER)  Okay.  And, in fact, when
9  you submitted the e-mail with the new information on
10 NDC 6533-01, you reported the new information on the
11 direct and the wholesale, right?
12  A.  Correct.
13  Q.  And Redbook got back to you, and they said we
14 need the AWP information also, right?
15     MR. COLE:  Object to the form.  That's
16 not what this document says.
17  A.  Well, they're asking for it.
18  Q.  (BY MR. WINTER)  Okay.
19  A.  But --
20  Q.  Did you provide the AWP information or did
21 you verify the AWP information that Redbook had
22 listed?
23  A.  No.
24     MR. COLE:  Object to the form.
25  Q.  (BY MR. WINTER)  Do you have a present

Page 160

1  recollection today of having responded to Redbook and
2  telling them, I'm not going to provide a verification
3  for the AWP?
4      MR. COLE:  Object to the form.
5  A.  Well, I think I said it back here.
6  Q.  (BY MR. WINTER)  Could you show me where you
7  said it, please?
8  A.  Well, I must have on -- you know, on the
9  phone or something because it says "I asked her if
10 there had been an update since 5/1 they do not provide
11 AWP we use markup from" direct.
12  Q.  Would you continue reading that paragraph.
13  A.  "So is she saying her email that there has
14 been no change to" direct "since 5/1 the customer
15 thinks that there has been a change in price on 4/1
16 which is probably the price change from 5/1 looks like
17 the price went down.  I am not quite sure the WAC has
18 an effective date of 5/2 and the AWP and" direct "have
19 effective date of 5/1."
20  Q.  So does this indicate to you from reading it
21 that there was some confusion within First DataBank as
22 to which prices were current, accurate, updated prices
23 for this drug?
24     MR. COLE:  Object to the form.
25  A.  Yes, it looks like there was confusion.

Page 161

1  Q.  (BY MR. WINTER)  And if you continue to the
2  top of the page, the next e-mail from Traci Kellam
3  back to Laura Lovato says, "Yes, that is how I read
4  her e-mail (prior to" May 7, '02).  "I looked in" the
5  "manufacturer notes, the note was ambiguous concerning
6  the mark-up, so I called Jerrie back, she is out until
7  Monday. I'll call her back then.  The WAC it seems
8  from her email is effective" May 7 -- "5/7/02 of
9  $48.50 and prior to that date it was $141.80 (went
10 down).  Concerning the AWP per the pricing notes the
11 Price of $764.16 was effective on 4/19/99 and the
12 price of $176.82" was "effective on 5/7/01, Right?"
13 She's asking the question.
14     Did I read that accurately?
15     MR. COLE:  I'll just object again to you
16 asking her questions about internal Redbook
17 communications.
18  A.  You read it correctly.
19  Q.  (BY MR. WINTER)  And it looks like the author
20 of that e-mail, Traci Kellam, made the same mistake as
21 Mr. Stetler in applying a 2002 effective date of the
22 change instead of a 2001 in at least part of the text
23 of her e-mail.  Do you see that?
24  A.  Yes.
25     MR. COLE:  Object to the form.

41 (Pages 158 to 161)

36182266-7c50-47fe-9423-7b2843292aab

1      MR. STETLER:  Well, I'm going to object
2  to what mistakes I made.  If you want -- if you want
3  me to tell you why I made the mistake, I'll tell you
4  why I made the mistake, but it doesn't have anything
5  to do with that.  I didn't read the document close
6  enough.  I saw a date on the top that said '02 --
7      MR. WINTER:  I didn't ask for an
8  explanation.
9      MR. STETLER:  -- and I thought I'd be
10  helpful.  But asking her why I made a mistake and
11  admit did they make the same mistake is really kind of
12  ridiculous.
13      MR. WINTER:  I didn't ask her why you
14  made any mistake, Dave.
15      MR. STETLER:  You said she made the same
16  mistake I made.
17      MR. WINTER:  Let's move on.
18      MR. STETLER:  I mean, ask a serious
19  question.
20      MR. WINTER:  Dave, I don't need any
21  instruction from you --
22      MR. STETLER:  Well, let me tell you
23  something.
24      MR. WINTER:  -- and I didn't -- no,
25  let's move on.

1      MR. STETLER:  I'm sitting here patiently
2  and you're asking questions about me making a mistake
3  when I'm sorry I tried to --
4      MR. WINTER:  Dave, let's move on.
5      MR. STETLER:  And I'm sorry I tried to
6  be helpful.  I apologize.
7      MR. ANDERSON:  I don't think we ever got
8  an answer.  I mean, you can rephrase it or whatever.
9      MR. WINTER:  I think we got an answer.
10      THE REPORTER:  "Yes."
11      MR. COLE:  And note my objection to the
12  question, please.
13   Q.  (BY MR. WINTER)  Ms. Cicerale, I would like
14  to ask you to take a little bit more time and review
15  the rest of this e-mail and tell me if you can find a
16  communication from you directly to Redbook where
17  you're telling Redbook, I'm not going to verify the
18  AWP information.
19      And my -- and after you review it, my
20  question to you, is there such an affirmative
21  statement from you in the e-mail?
22      MR. COLE:  Object to the form.
23      (Interruption.)
24   A.  No, I don't have anywhere where I'm telling
25  them what the AWP price is.

1   Q.  (BY MR. WINTER)  Do you have any recollection
2  of having told personnel at Redbook that they should
3  continue applying the same markup that they had been
4  using previously after May of 2001 to create the AWP
5  on Abbott drugs?
6   A.  No, I didn't tell them how to calculate AWP.
7   Q.  You didn't?
8   A.  No.
9   Q.  So if Redbook personnel thought that you had
10  told them how to calculate AWP, they were just
11  mistaken?
12      MR. COLE:  Object to the form.
13   A.  The only one that I told them was the Michael
14  Heggie situation with Calcijex.
15   Q.  (BY MR. WINTER)  Okay.  We're going to mark
16  this as 935.
17      (Deposition Exhibit 935 marked.)
18      (Document tendered.)
19   Q.  (BY MR. WINTER)  So your testimony is other
20  than the situation with Calcijex that we looked at a
21  short while ago back in 1996, you never told a
22  manufacturer how it should calculate AWP on Abbott
23  products, is that correct?
24   A.  That's correct.
25   Q.  If you would, please, look at Exhibit 935,

1  and this purports to be an e-mail thread from Laura
2  Lovato to Kathy Voeck -- I don't know if I pronounced
3  her name correctly -- dated Thursday, November 14,
4  '02.  Do you see that, ma'am?
5   A.  Yes.
6   Q.  On top of the page.  And for the record,
7  this is a two-page e-mail thread with the Bates label
8  Redbook 01147 and Redbook 01148.
9      And underneath the message from Laura
10  Lovato to Kathy Voeck, there's an embedded message
11  from Carol Flanagan to Laura Lovato.
12      Do you see that, ma'am?
13   A.  Yes.
14   Q.  Do you know who Carol Flanagan is?
15   A.  I don't recall her.
16   Q.  You don't recall that name?
17   A.  No.
18   Q.  Is it possible she was somebody at Redbook
19  that you had dealings with and made price reports to
20  from time to time?
21   A.  I -- I -- I don't know because I don't really
22  recall that name.
23   Q.  You just don't recall one way or another?
24   A.  No.
25   Q.  So she could have been somebody you dealt

36182266-7c50-47fe-9423-7b2843292aab

Page 166

1  with and you just don't remember?  Is that true?
2     A.  I don't remember.
3     Q.  So my question is, could she have been
4  somebody that you dealt with that you just don't
5  remember --
6          MR. COLE:  Object to the form.
7     Q.  (BY MR. WINTER)  -- dealing with her?
8     A.  Well, if I don't remember, I, you know, can't
9  say.  It could have been because I don't remember.
10    Q.  (BY MR. WINTER)  Okay.  Well, let's see if
11 this e-mail thread refreshes your recollection.
12         MR. COLE:  Ray, is this another internal
13 Redbook e-mail?  If so, I'll -- I'll just have a
14 standing objection to asking her about this document.
15         MR. WINTER:  Okay.
16    Q.  (BY MR. WINTER)  Let's look at the e-mail,
17 Ms. Cicerale.  It says, "Hi" -- the embedded one.  It
18 says, "Hi Laura, Abbott Hospital Note: AWP equals
19 Inner Pack $(Trade) minus 5 percent plus 25 percent."
20 And then in a parenthetical it has "(Solid Size equals
21 Units/Inner Pack)."  And then there's a parenthetical
22 that says "(18.75 percent).  4/97 per Michael Heggie
23 can now add" direct price, "DIRP(trade or inner pack$)
24 and WAC - See Calcijex Notes.  See" miscellaneous
25 "note," or "MISC note regarding FDB."

Page 167

1          Did I read that accurately?
2     A.  Yes.
3     Q.  Okay.  And does the reference to Mr. Heggie
4  and Calcijex appear to you to be a reference to that
5  incident that you recall in a document that we looked
6  at where Abbott directed how the price-publishing
7  service should report AWP on Calcijex?
8          MR. COLE:  Object to the form.  Ray,
9  you're asking her about something that somebody else
10 wrote.  She's not even on the communication.  That's
11 not appropriate.
12         MR. WINTER:  I didn't ask for an
13 explanation as to your form objection.
14    A.  It look -- it appears to be related to it.
15    Q.  (BY MR. WINTER)  Okay.  Continuing on in the
16 next paragraph, "The notes say the markup is Inner
17 Pack Price Or Trade minus five percent plus 25 percent
18 equals AWP; Or plus 18.75 percent equals AWP.  Those
19 calculations are both the same.  It's much easier to
20 add 18.75 percent."
21         Did I read that sentence accurately?
22    A.  Yes.
23         MR. COLE:  Object to the form.
24    Q.  (BY MR. WINTER)  Does that mathematical
25 calculation of direct price minus five percent plus

Page 168

1  25 percent equals AWP ring true to you as the markup
2  that was applied by the price-publishing services to
3  prices reported by Abbott to create the AWP?
4          MR. COLE:  Object to the form.
5     A.  I -- I don't know because I -- I didn't even
6  pay attention to those AWP prices.
7     Q.  (BY MR. WINTER)  But you knew at least as of
8  January of 1996 by virtue of the communications you
9  had with Michael Heggie that there was a standard
10 20 percent markup on Abbott's reported prices to get
11 AWP?
12         MR. COLE:  Object to the form.
13    Q.  (BY MR. WINTER)  You knew that then, right?
14         MR. COLE:  Object to the form.
15    A.  According to his note, yes.
16    Q.  (BY MR. WINTER)  And according to your own
17 testimony, you recall now that you knew that back in
18 January of 1996, right?
19         MR. COLE:  Object to the form.
20    A.  Per him, yes.
21    Q.  (BY MR. WINTER)  You knew that for him or --
22    A.  Per him.
23    Q.  Per him.  Okay.
24    A.  Yes.
25    Q.  And you knew that was the standard markup on

Page 169

1  all Abbott products --
2     A.  No, I didn't know that.
3     Q.  You didn't?  Well, you knew --
4     A.  I knew that for Calcijex.
5     Q.  Well, you knew that you were changing the
6  markup from 20 percent to 25 percent for Calcijex,
7  right?
8     A.  Correct.
9          MR. COLE:  Object to the form.
10    Q.  (BY MR. WINTER)  Okay.  Do we need to look at
11 the exhibit again?  Let's -- let's look at it just to
12 make sure that you're -- you're not changing your
13 rec -- your earlier recollection.  But it's
14 Exhibit 933.
15         All right, ma'am.  Do you see the second
16 sentence there?  It says, "I know the normal
17 calculation is 120 percent but these two should use
18 125 percent."
19    A.  Correct.
20    Q.  Okay.  And that's information you got from
21 Mr. Heggie, right?
22    A.  Correct.
23    Q.  Okay.
24    A.  From his note here.
25    Q.  And so you knew that the normal markup for

43 (Pages 166 to 169)

36182266-7c50-47fe-9423-7b2843292aab

Page 170

1  all the other Abbott products was a 20 percent markup?
2      A.  No, not for all the other products.  For
3  Calcijex.
4      Q.  So you thought that that normal markup only
5  pertained to Calcijex and not all the other drugs?
6      A.  This situation was just related to Calcijex.
7      Q.  Okay.
8      A.  That was my understanding.  I don't know what
9  the calculation was for other products.
10     Q.  So you thought the normal -- when you use the
11 words "normal markup" in your e-mail --
12     A.  Uh-huh.
13     Q.  -- you thought that the normal markup for
14 Calcijex was 120 percent, but for these two Calcijex
15 drugs we're going to go to 125 percent?  Is that what
16 you understood?
17     A.  That's correct.
18     Q.  Okay.  And you didn't have any idea what the
19 markup was on any other Abbott product?  Is that your
20 testimony?
21     A.  Right.
22     Q.  And you never knew what the markup was for
23 any other Abbott product?
24         MR. COLE:  Object to the form.
25     A.  It wasn't my job to -- to know.

Page 171

1          MR. WINTER:  Well, objection
2  nonresponsive.
3      Q.  (BY MR. WINTER)  My question, ma'am, is not
4  whether it was your job to know.  My question is, did
5  you ever know what the markup was for all the other
6  HPD drugs?
7      A.  No.
8          MR. COLE:  Object to the form.
9      Q.  (BY MR. WINTER)  If you would, please, let's
10 look at the second page of Exhibit 933, and underneath
11 the entries for the two drugs, the AWP for NDC number,
12 et cetera, is 6375.  You've got two entries there.
13 And then there's a paragraph that begins with "I
14 know."  Do you see that, ma'am?
15     A.  Yes.
16     Q.  Would you read that, please.
17     A.  "I know this is not the usual formula you use
18 for Abbott Hospital Products Division, however, this
19 is the formula we use for these two products.  These
20 are the only two list numbers that are handled
21 separately."
22     Q.  Now, when Mr. Heggie wrote that, he didn't
23 limit that statement to Calcijex; he was describing
24 Hospital Products Division, correct?
25         MR. COLE:  Object to the form.

Page 172

1      A.  That's what he's saying, yes.
2      Q.  (BY MR. WINTER)  Okay.  He's also copied you
3  on this, right?
4      A.  Yes.
5      Q.  Okay.  Did you gain an understanding from
6  discussions with Mr. Heggie that what he meant was
7  that that normal 20 percent markup was only the normal
8  markup for Calcijex and not for the other Hospital
9  Products Division drugs?
10         MR. COLE:  Object to the form.
11     A.  Well, if I'm reading this, I can, you know --
12 I can guess what he meant.
13     Q.  (BY MR. WINTER)  Well, I'm not asking you to
14 guess.  My questions and all the testimony that --
15 that I'm --
16     A.  He says "Hospital Products Division."
17     Q.  Did you understand that to be limited to
18 Calcijex or did you understand that to be all Hospital
19 Products Division drugs?
20     A.  Well, it looks like all Hospital Products
21 Division --
22     Q.  Okay.
23     A.  -- drugs.
24     Q.  So does it follow then that as of January of
25 1996 you knew that the standard markup on all of

Page 173

1  Hospital Products Division drugs was a 20 percent
2  markup?
3          MR. COLE:  Object to the form.
4      A.  Yes.
5      Q.  (BY MR. WINTER)  Okay.  Let's go back to
6  Exhibit 935, and there is a paragraph that says,
7  "There is a separate note regarding Calcijex."  Do you
8  see that?
9      A.  Yes.
10     Q.  "Calcijex and Zemplar only get AWP and WAC
11 which are the same.  No DIRP per Michael Heggie.  Only
12 use prices from Tena Brown."
13         Did I read that accurately?
14     A.  Yes.
15     Q.  Do you know who Tena Brown is?
16     A.  She worked for Michael.
17     Q.  And she's somebody that you dealt with from
18 time to time as far as getting pricing on certain
19 Abbott products that would be included in the
20 databases that you maintained?
21     A.  Correct.
22     Q.  "This states the Calcijex and Zemplar should
23 only have AWP and WAC pricing entered, not" direct
24 price.  "Since both products do have" a "DIRP in the
25 database, this note no longer applies and should be

44  (Pages 170 to 173)

36182266-7c50-47fe-9423-7b2843292aab

Page 174

1  deleted."
2        The next paragraph:  "The last reference
3  is to a note regarding FDB (First Data Bank).  FDB
4  changed m/u to 25 percent on 1/02 for all price
5  changes.  Per manufacturer we are to continue using
6  their usual M/U (18.75 percent) per Jerrie."
7        Did I read that accurately?
8     A.  Yes.
9     Q.  Do you believe that's a reference to you?
10       MR. COLE:  Object to the form.
11    A.  Yes.
12    Q.  (BY MR. WINTER)  Is there anybody else named
13 Jerrie who had responsibility within Abbott to report
14 to price-reporting compendia?
15    A.  Not in HPD.
16    Q.  Okay.  "This tells you that we had talked to
17 Abbott about FDB making their markup 25 percent and
18 they told us to continue using" the "18.75 percent"
19 markup.
20       Did I read that accurately?
21    A.  Yes.
22    Q.  Does this refresh your recollection that from
23 time to time you on behalf of Abbott told Redbook how
24 to calculate AWP on Abbott products?
25       MR. COLE:  Object to the form.

Page 175

1     A.  For Calcijex per Michael Heggie.
2     Q.  (BY MR. WINTER)  Other than the situation
3  with Michael Heggie and Calcijex, does this document
4  reflect (sic) your recollection that from time to time
5  you informed price-publishing services, including
6  Redbook, how to calculate the AWP on Abbott products?
7     A.  No.
8        MR. COLE:  Object to the form.
9     Q.  (BY MR. WINTER)  Is it your belief that this
10 discussion that we just got through reading with -- in
11 the second -- or third-to-last paragraph from Carol
12 Flanagan is limited to only Calcijex?
13    A.  Yes.
14    Q.  Why is it that you think that's limited only
15 to Calcijex?
16       MR. COLE:  Object to the form.  She
17 didn't write it.
18       THE WITNESS:  Right.
19    A.  As he says, I didn't write it.  I don't know.
20    Q.  (BY MR. WINTER)  My question to you, ma'am,
21 is why is it you believe -- what is it contextually in
22 this e-mail leads you to conclude that your
23 direction --
24    A.  Well, up here, "See Calcijex Notes."
25    Q.  You're referring to the very first paragraph

Page 176

1  in bold, the one that begins with "AWP equals Inner
2  Pack"?
3     A.  Right.
4     Q.  Okay.  And is it your belief that -- that the
5  entirety of the discussion as to how AWP is to be
6  calculated on Abbott products and specifically the
7  recitation of the instructions that Redbook received
8  from you is entirely limited to Calcijex?
9        MR. COLE:  Object to the form.
10    A.  Correct.
11    Q.  (BY MR. WINTER)  You don't recall any other
12 incident besides the one we've already talked about
13 that occurred in or about January, 1996, where you
14 gave instructions to Redbook on how to calculate AWP
15 on Calcijex, you don't recall any other instance where
16 you informed the price-reporting compendia as to how
17 they should calculate AWP on Abbott products?
18       MR. COLE:  Object to the form.
19    A.  Correct.
20    Q.  (BY MR. WINTER)  Let's mark as Exhibit 936 a
21 one-page e-mail thread from you to you dated
22 February 6, 2001.
23       (Deposition Exhibit 936 marked.)
24       (Document tendered.)
25    Q.  (BY MR. WINTER)  Do you see that, ma'am?

Page 177

1     A.  Yes.
2     Q.  Okay.  And embedded in your e-mail from you
3  to yourself is an e-mail that begins January 17th,
4  2000.  Do you see that?
5     A.  Yes.
6     Q.  And it's from you and it's to Terri Factora
7  over at First DataBank dated January 17, 2000, and
8  it's reference "AWP Question."  Do you see that,
9  ma'am?
10    A.  Yes.
11    Q.  "Terri -- can you send me the calculation you
12 use to figure AWP for Abbott HPD products.  Thanks and
13 Happy Monday!  Jerrie Cicerale."
14       Did I read that accurately?
15    A.  Yes.
16    Q.  And Ms. Factora responded to you two days
17 later and she says, "Good Morning Jerrie.  We use a
18 1.1875 mark up from the direct price."  Correct?
19    A.  Correct.
20    Q.  Okay.  Does this refresh your recollection
21 that you at least knew the calculation from direct
22 price to reach AWP that was employed by the
23 price-reporting services?
24    A.  Yes.
25    Q.  Okay.  And this isn't limited to Calcijex, is

45 (Pages 174 to 177)

36182266-7c50-47fe-9423-7b2843292aab

Page 178

1  it?
2       A.  It doesn't appear to be.
3       Q.  Okay.  And does this refresh your
4  recollection that you knew that that was the markup
5  that applied for all of Abbott products?
6            MR. COLE:  Object to the form.
7       A.  From this note, yes.
8       Q.  (BY MR. WINTER)  Okay.  And let me rephrase
9  just to make sure we're clear.
10           This is the markup -- well, never mind.
11  I think we got the answer.  Let me move on.
12           You -- this communication thread between
13  you and Ms. Factora at First DataBank occurred in or
14  around the January 17th, 18th, 19th time frame 2000.
15  More than a year later you forwarded the e-mail to
16  yourself.
17           Do you see that, ma'am?
18       A.  Yeah.
19       Q.  And it looks like in between in or about
20  May of 2000 this e-mail was flagged, according to what
21  the document says.  Can you explain that?
22       A.  Well, I think somebody was asking me, and I
23  can't recall who -- it could have been Harry Adams --
24  asked me to find out what their calculation was.
25       Q.  Is it your recollection that in general

Page 179

1  Harry Adams or somebody in the chain of supervision
2  asked you to find out what First DataBank's
3  calculation was?
4       A.  Correct.
5       Q.  And that's why you had gone to Terri and
6  asked her for that information, right?
7       A.  Correct.
8       Q.  Why was it flagged a few months later?
9            MR. COLE:  Object to the form.
10      A.  I don't know.
11      Q.  (BY MR. WINTER)  Do you recall whether you're
12  the person who put the flag on this e-mail thread?
13      A.  It could have been, because I knew that, you
14  know, I wanted to keep it marked so in case somebody
15  asked me the question I'd have it handy.
16      Q.  Now, do you see that it says "Follow Up Flag"
17  and then colon, and then it says "Follow up"?
18      A.  Where is that?
19      Q.  It's -- there's the e-mail thread from you to
20  you, and immediately underneath that it says "Follow
21  Up Flag" colon, and then there's a space and it says
22  "Follow up."  Do you see that?  The fourth line down
23  from the top.
24      A.  Oh, from the very top?
25      Q.  Yes, ma'am.

Page 180

1       A.  Oh, okay.
2       Q.  Do you see that now?
3       A.  Yeah.
4       Q.  And then it's got a "Due By:  Tuesday,
5  May 9th, 2000" --
6       A.  Right.
7       Q.  -- "5:00 PM."
8       A.  Right.
9       Q.  Then a "Flag Status:  Flagged," right?
10      A.  Right.
11      Q.  Okay.  Do you believe that you're the person
12  who made those notations on this e-mail thread?
13      A.  I probably was, you know, responding to
14  somebody that wanted to know what the calculation was.
15      Q.  When you flag something, what does that do?
16  Does it just save it for you so you can find it again,
17  or what --
18      A.  Right.  Probably.  I used to flag a lot of
19  things so that it would catch my eye if I wanted to,
20  you know, be able to find it easily.
21      Q.  In your archived e-mails?
22      A.  Right.
23      Q.  Is that why?  Okay.
24      A.  Right.
25      Q.  And is it your testimony that you believe you

Page 181

1  flagged this because it was information that somebody
2  had asked you for, and if they asked again, you wanted
3  to be able to find it?
4       A.  Right.
5       Q.  Okay.  Do you have a recollection as to why
6  you forwarded this e-mail to yourself in February of
7  2001?
8       A.  I probably was updating my mail.  I had
9  current year and then the next year and the next year.
10  I used to keep an archive of it.  So I probably
11  forwarded it so I could put it in that year's file so
12  I could find it easily.
13      Q.  Is there a specific incident or communication
14  interchange that you had in the first quarter of the
15  year 2001, let's say in January of 2001, that would
16  have caused you to go back and look at this situation
17  and find this e-mail thread?
18      A.  No.  Like I said, every year I would create
19  new folders for the year, and I'd take important
20  information from the old folders and put it into the
21  current year so I could find them.
22      Q.  But nothing stands out as far as any specific
23  incident or communication or request that you had
24  received that occurred in January of '01?
25      A.  Not that I can recall.

36182266-7c50-47fe-9423-7b2843292aab

Page 182

1        MR. COLE:  Object to the form.
2        Q.  (BY MR. WINTER)  Let me show you what's
3   marked as Exhibit 361 from Mr. Sellers' deposition.
4   It was also marked as Exhibit 55 in a prior deposition
5   I believe in West Virginia.
6            (Document tendered.)
7        MR. STETLER:  Thank you.
8        Q.  (BY MR. WINTER)  And if you look at the
9   bottom of the page, Ms. Cicerale, you see the original
10  message from you to Redbook, to Roni Lane, "AWP
11  Question" -- and this is substantially similar to the
12  first question that we looked at in the prior exhibit,
13  correct?
14       A.  Correct.
15       Q.  The first one was to First DataBank, and this
16  one is to Redbook.  "Roni -- can you send me the
17  calculation you use to figure AWP for Abbott HPD
18  products.  Thanks and Happy Monday!"
19           Did I read that accurately?
20       A.  Yes.
21       Q.  So you would have created this within
22  minutes -- the two e-mails within minutes of each
23  other to the two price -- primary price-reporting
24  services, correct?
25       A.  Correct.

Page 183

1        Q.  And the response that you got from Roni is,
2   "Jerrie, Did I do this?  If not, I'm so sorry.  Per
3   instructions from Abbott we mark up your Trade price.
4   We use the following calculation to get the AWP.
5   Trade minus five percent plus 25 percent which is
6   equal to adding 18.75 percent," signed "Roni."
7            Did I read that accurately?
8        A.  Yes.
9        Q.  Does this refresh your recollection that
10  Abbott instructed the price-reporting services,
11  including Redbook, that that was the markup that
12  should be applied to Abbott's direct price?
13       MR. COLE:  Object to the form.
14       A.  I -- I think this is -- I was asking the
15  question.  I wasn't instructing them.
16       Q.  (BY MR. WINTER)  Well, ma'am, do you see the
17  sentence -- the statement that Roni Lane made back to
18  you in her second full paragraph, "Per instructions
19  from Abbott we mark up on your Trade price"?  Did I
20  read that sentence accurately?
21       A.  Yes.
22       Q.  And trade price, per your testimony, is the
23  same as the direct price, correct?
24       A.  Correct.
25       Q.  And that's the price that Abbott represented

Page 184

1   to the publishing services that Abbott would sell
2   product direct to pharmacies at?
3        MR. COLE:  Object to the form.
4        Q.  (BY MR. WINTER)  Correct?
5        A.  Correct.
6        Q.  Okay.  And so she's telling you that this
7   markup is applied by First Data -- excuse me -- by
8   Redbook per Abbott's instructions, correct?
9        A.  That's what she says.
10       Q.  Okay.  Well, do -- do you disagree with that?
11       A.  I don't disagree that that's what that says.
12       Q.  Do you disagree that Abbott instructed
13  Redbook to apply that markup to the prices that Abbott
14  reported in order to create the AWP?
15       MR. COLE:  Object to the form.
16       A.  Yeah, I disagree with that.
17       Q.  (BY MR. WINTER)  You think that Ms. Lane was
18  erroneous and just not stating an accurate fact when
19  she says, quote, "Per instructions from Abbott we mark
20  up your Trade price"?
21       MR. COLE:  Object to the form.
22       Q.  (BY MR. WINTER)  Is that your testimony?
23       A.  I can only say what I'm reading here, and
24  that's what she says.
25       Q.  (BY MR. WINTER)  I know that's what she says,

Page 185

1   ma'am.  My question is not whether there's any
2   confusion about what she says.  We've all agreed what
3   she says, and it's printed there on the page.
4            My question to you is, do you believe
5   that what she wrote in her e-mail to you is wrong?
6        MR. COLE:  Object to the form, Ray.  She
7   already answered that question.
8        A.  No.  I can only say what she's saying here.
9        Q.  (BY MR. WINTER)  So do you disagree with her
10  statement that Abbott applies the -- excuse me -- that
11  Redbook applies the markup that it applies per
12  Abbott's instructions?
13       MR. COLE:  Object to the form.
14       A.  Well, she never got instructions from me
15  other than the Calcijex.
16       Q.  (BY MR. WINTER)  Okay.  So other than the
17  Calcijex situation, which is the only incident --
18  instance that you can recall --
19       A.  Uh-huh.
20       Q.  -- you didn't instruct Redbook or Roni Lane
21  how to calculate AWP from the list prices and the
22  direct prices and the wholesale prices that Abbott
23  reported, is that correct?
24       A.  Correct.
25       MR. COLE:  Object to the form.

47 (Pages 182 to 185)

36182266-7c50-47fe-9423-7b2843292aab

Page 186

1    Q.  (BY MR. WINTER) So if Roni or Redbook
2   received instructions from Abbott, it would have been
3   from somebody else different than you?
4         MR. COLE:  Object to the form.
5    A.  Yes.
6    Q.  (BY MR. WINTER) Do you know whether somebody
7   else different than you gave instructions to Redbook
8   as to how they should calculate the AWP on Abbott
9   products?
10   A.  Well, there were other divisions.
11        MR. WINTER:  Objection, nonresponsive.
12   Q.  (BY MR. WINTER) Ma'am, my question is this:
13  Do you know whether anyone else in Abbott besides
14  yourself ever gave instructions to Redbook as to how
15  it should calculate the AWP on Abbott product?
16   A.  Not that I know of.
17   Q.  Did you respond to Roni Lane and call into
18  question her statement that the markup on Abbott's
19  trade price was done pursuant to instructions from
20  Abbott?  Did you e-mail her back and say, Roni, what
21  do you mean per instructions from us?  We didn't
22  instruct you to do that.  Did you --
23   A.  I don't recall.
24   Q.  Did you call her and have a telephone
25  conversation with you -- with her where you called

Page 187

1   into question her statement that the Redbook
2   calculation was done on the instructions of Abbott?
3    A.  No, I don't recall that.
4    Q.  It didn't strike you when you read this
5   e-mail when you got -- that you got from Roni Lane as
6   something that stood out as being just a misstatement
7   and that needed to be corrected?
8         MR. COLE:  Object to the form.
9    A.  No.
10   Q.  (BY MR. WINTER) You weren't concerned when
11  she wrote to you that this markup was applied per
12  instructions from Abbott?  That didn't strike you as
13  anything that was controversial?
14        MR. COLE:  Object to the form.
15   A.  Well, I was asking her what -- what their
16  calculation is.  That's what my question was to her.
17   Q.  (BY MR. WINTER) Yes, ma'am, I understand
18  that.
19        So my question to you is, when she
20  responded our calculation is the following per
21  instructions from Abbott, did that not strike you as
22  something that was of interest or controversial or
23  wrong when she said it was at Abbott's instructions?
24        MR. COLE:  Objection, asked and
25  answered.

Page 188

1    A.  It must have not even meant anything to me at
2   the time.
3    Q.  (BY MR. WINTER) Okay.  Just -- it just
4   didn't -- didn't raise a flag with you at all?
5    A.  No.
6    Q.  Okay.
7         MR. WINTER:  We said we'd take a lunch
8   break at 12:30, and it's 12:32.  So why don't we go
9   ahead and recess for lunch.
10        THE REPORTER:  Stand by, please.
11        THE VIDEOGRAPHER:  Off the record at
12  12:33 p.m.  This concludes Tape 3.
13        (Recess.)
14        THE VIDEOGRAPHER:  The time is 1:33 p.m.
15  We are back on the record.  Beginning of Tape 4.
16   Q.  (BY MR. WINTER) Ms. Cicerale, this morning I
17  asked you if you recalled a telephone conversation
18  that you and I had on or about April 29th, 2004, and
19  you didn't seem to recall that, but I'll tell you that
20  I'm looking at my handwritten notes of our discussion,
21  and my note indicates that you stated in our telephone
22  conversation that WAC stood for wholesale acquisition
23  cost.
24        Does that comport with your belief and
25  understanding, that WAC is wholesale acquisition cost?

Page 189

1         MR. COLE:  Object to the form.
2    A.  Yes.
3    Q.  (BY MR. WINTER) My notes also reflect that
4   you indicated that WAC was the invoice price to the
5   wholesaler.
6         Does that also comport with your
7   understanding as to how the term WAC was used within
8   Abbott?
9         MR. COLE:  I object to the form.
10        Are you going to make those notes
11  available to --
12   A.  Yes.
13        MR. COLE:  -- all of the counsel, Ray?
14        MR. WINTER:  No.  I'm just going to ask
15  a couple of questions of my notes of this discussion
16  with her.  These are not a verbatim transcription of
17  anything.  It's my notes.
18   Q.  (BY MR. WINTER) Does that comport with your
19  recollection, ma'am, that WAC, the wholesale
20  acquisition cost, was the invoice cost to the
21  wholesaler?
22        MR. COLE:  Object to the form.
23   A.  The same as the wholesale price, yes.
24   Q.  (BY MR. WINTER) Okay.  And it was the same
25  as the wholesale price that -- which is the language

48  (Pages 186 to 189)

36182266-7c50-47fe-9423-7b2843292aab

Page 190

1  that you were most familiar with, which was the
2  wholesale price that you recorded on your database
3  systems?
4      A.  Right.
5      Q.  Which you represented to the price-publishing
6  companies was the price at which Abbott sold product
7  to wholesalers, correct?
8          MR. COLE:  Object to the form.
9      A.  Correct.
10         MR. COLE:  That wasn't her testimony
11  from this morning.
12     Q.  (BY MR. WINTER)  Ms. Cicerale --
13         MR. ANDERSON:  Move to strike the
14  sidebar comment.
15     Q.  (BY MR. WINTER)  -- I'm going to show you
16  Exhibit 937 and ask you to take a look at it, please.
17         (Deposition Exhibit 937 marked.)
18         (Document tendered.)
19     Q.  (BY MR. WINTER)  This purports to be an
20  e-mail that was printed from your computer.  Is that
21  true, Ms. Cicerale?
22     A.  Yes.
23     Q.  And it was from you to Kay Morgan dated
24  January 4th, 2001, with a copy of several persons
25  within Abbott Laboratories, correct?

Page 191

1      A.  Correct.
2      Q.  And the note in your e-mail says, "Kay
3  attached is new pricing for our Calcijex/Zemplar
4  items.  Please make these prices effective 2/1/01.
5  You should calculate the AWP using the same
6  percentages as our other HPD items."
7          Did I read that correctly?
8      A.  Yes.
9      Q.  Mrs. Cicerale, this is an example of where
10  you're instructing the database of how to calculate
11  the AWP on Abbott products, correct?
12         MR. COLE:  Object to the form.
13     A.  I'm not telling them how to calculate it.
14  I'm saying do it the same as the other ones, other
15  products.
16     Q.  (BY MR. WINTER)  Well, what does the last
17  sentence in your e-mail say?
18     A.  "You should calculate the AWP using the same
19  percentage as our other HPD products."
20     Q.  So your testimony is that you're -- when you
21  state that, when you wrote that, you're not telling
22  them how to do it?
23         MR. COLE:  Object to the form.
24     A.  I'm telling them to do it the same as -- as
25  the other products.

Page 192

1      Q.  (BY MR. WINTER)  So you knew how they did the
2  other products as well, right?
3          MR. COLE:  Object to the form.
4      A.  Well, it doesn't say that.  It says do it the
5  same way as you do the other products.
6      Q.  (BY MR. WINTER)  Is it your testimony that
7  you didn't know how the price-reporting service was
8  calculating the AWP on the other HPD products?
9      A.  Well, I knew because of the previous notes.
10     Q.  Okay.
11     A.  I knew, but I didn't tell them those
12  calculations.
13     Q.  So you knew what the percentage markup was,
14  as evidenced by the documents that we have seen
15  today --
16     A.  Right.
17     Q.  -- in our discussion --
18     A.  Right.
19     Q.  -- and what you're telling this
20  price-reporting service, which is First DataBank --
21     A.  Uh-huh.
22     Q.  -- where Kay Morgan works is what they should
23  do is use that same percentage to calculate the AWP in
24  this case, the same percentage they used for the other
25  HPD products, correct?

Page 193

1      A.  Correct.  That's what it says here, yes.
2      Q.  Okay.  So that's an instruction, isn't it, to
3  First DataBank as to how they should calculate the
4  AWP?
5          MR. COLE:  Object to the form.
6      A.  Yeah.  I'm saying do it the same.
7      Q.  (BY MR. WINTER)  Okay.
8          (Deposition Exhibit 938 marked.)
9      Q.  (BY MR. WINTER)  Let me show you what's
10  marked as Exhibit 938.
11         (Document tendered.)
12         MR. WINTER:  Dave.
13         (Document tendered.)
14         MR. WINTER:  It's 938.
15     Q.  (BY MR. WINTER)  Ms. Cicerale, this purports
16  to be a multi-page communication from Abbott to
17  Redbook.  Do you see that on the first page?
18     A.  Yes.
19     Q.  Bates label Redbook 00942 running through
20  00948.  And in the text of the communication, it says,
21  "Dear Abbott/Ross Data Vendor:  Effective with the
22  close of business" today "August 2, 1999, the prices"
23  on "our Abbott Pharmaceutical products have changed as
24  follows," and then there are several columns.  You've
25  got a column for the product and the NDC code and the

49  (Pages 190 to 193)

36182266-7c50-47fe-9423-7b2843292aab

Page 194

1  case size, the same kind of demographic data that you
2  and I have talked about, as well as pricing values.
3  You've got a trade price, which your testimony is
4  that's the direct price, correct?
5      A.  Correct.
6      Q.  And you've got the wholesale price, and your
7  testimony is that's the price that Abbott represents
8  it's selling product to wholesalers at, correct?
9          MR. COLE:  Object to the form.
10     A.  Correct.
11     Q.  (BY MR. WINTER) And then you've got an AWP
12  price, and this is an example of Abbott making a
13  representation to a data-reporting service, in this
14  case Redbook, of its AWPs, correct?
15         MR. COLE:  Object to the form.  This is
16  PPD.  This isn't HPD.
17     A.  It appears to be, yes.
18     Q.  (BY MR. WINTER) It appears to be an example
19  of Abbott making a report of its AWP pricing to a
20  data-reporting service, correct?
21         MR. COLE:  Same objection.
22     A.  Correct.
23         MR. LEVINE:  I'm going to object to
24  Jeremy's continued editorial comments beyond an
25  objection to form.  Suggesting information like that

Page 195

1  is not appropriate.
2          MR. COLE:  I'll just respond that I
3  think it's inappropriate to question a witness about
4  documents that she had no involvement with whatsoever.
5      Q.  (BY MR. WINTER) Ms. Cicerale, let me show
6  you what's been marked as Exhibit 905 in a prior
7  deposition.  It doesn't have a sticky on it, but I'll
8  represent to you this is 905 from a previous
9  deposition.
10         (Document tendered.)
11         MR. COLE:  I'm sorry, Ray.  Could you
12  repeat the exhibit number.
13         MR. WINTER:  905.
14         MR. COLE:  Thank you.
15         MR. WINTER:  Uh-huh.
16     Q.  (BY MR. WINTER) Ms. Cicerale, this is again
17  printed from your computer, and it's an e-mail thread
18  between -- exchange between you and Bruce Rodman,
19  correct?
20     A.  Yes.
21     Q.  Who is Bruce Rodman?
22     A.  I don't know.
23     Q.  You don't remember Bruce Rodman?
24     A.  No.
25     Q.  Why don't you take a moment to look over this

Page 196

1  e-mail thread, and, again, you probably need to start
2  on the second page and work your way forward, and see
3  if that rec- -- refreshes your recollection any.
4      A.  I still don't remember who Bruce Rodman is.
5  I -- I don't remember the person.
6      Q.  Well, Ms. Cicerale, if I'll -- I'll represent
7  to you that there is evidence in the document
8  production in this case that indicates that Mr. Rodman
9  worked in the Home Infusion Services Department and
10  had involvement with the CHIP system.
11     A.  With the what?
12     Q.  Would that refresh your recollection as to
13  who Mr. Rodman is?
14         MR. COLE:  Object to the form.
15     A.  The what system?
16     Q.  (BY MR. WINTER) The CHIP system.  Have you
17  ever heard of the CHIP system, ma'am?
18     A.  No.
19     Q.  If you'll look at the embedded e-mail message
20  on the first page, not the one that is from you dated
21  March 15th at 11:11 a.m., but, rather, the one from
22  Mr. Rodman to you dated March 15th, 2001, at
23  10:43 a.m.  Do you see that in the center of the first
24  page?
25     A.  Yeah.

Page 197

1      Q.  Okay.  And that says, "Jerrie, the screen
2  below is what our CHIP system gets from FDB."
3          Did I read that first sentence
4  accurately?
5      A.  Yes.
6      Q.  Okay.  "Observe Package AWP equals $99.58 and
7  Package Quantity equals 10.  That computes to" an "AWP
8  per each of" $9.00 58 -- excuse me -- $9.00 95
9  point -- point 958 cents.  "In stark contrast,
10  Redbook's data base provided to our CHIP system
11  reports AWP per each of $99.58.  Bruce."  And then it
12  has a screen shot.
13         Do you see that, ma'am?
14     A.  Yes.
15     Q.  Does this refresh your recollection that at
16  least as of March, 2001, you knew who Bruce Rodman
17  was, you had an exchange in the ordinary course of
18  business and he was discussing the CHIP system with
19  you?
20         MR. COLE:  Object to the form.
21     A.  Well, it looks like it, but I really don't
22  remember it.  I don't remember who he is.
23     Q.  (BY MR. WINTER) Okay.  And -- and you don't
24  recollect having any knowledge of the CHIP system?  At
25  least as you sit here today you don't remember it?

50  (Pages 194 to 197)

36182266-7c50-47fe-9423-7b2843292aab

Page 198

1    A.  Right.
2    Q.  Okay.  Well, would you conclude from the fact
3  that he's discussing the CHIP system with you in or
4  about March of 2001 that you had some working
5  knowledge of what it was back then?
6          MR. COLE:  Object to the form.
7    A.  Well, I must have at the time.  I don't --
8    Q.  (BY MR. WINTER)  Okay.
9    A.  I really don't recall this.
10    Q.  Okay.  You responded to his e-mail, if you
11  move up the page, a few minutes later, and you said,
12  "I really can't explain anymore.  I verified what both
13  FirstDataBank has in their system and what Redbook
14  shows in their databank.  They both take our direct
15  price and they calculate AWP.  That's all I can do for
16  you at this time.  Thanks, Jerrie."
17          Did I read that accurately?
18    A.  Yes.
19    Q.  Okay.  So you knew and you communicated with
20  Mr. Rodman, whoever he was, how the price-reporting
21  services calculated the AWP?
22          MR. COLE:  Object to the form.
23    Q.  (BY MR. WINTER)  Correct?
24    A.  Well, yes.
25    Q.  I mean, that's what it says in your -- in the

Page 199

1  text of your message to Mr. Rodman, right?
2    A.  Right.
3    Q.  Okay.  And that was the information and
4  knowledge that you had gained over the ordinary course
5  of business, right?
6    A.  Correct.
7    Q.  Okay.  And as we have seen in -- well, strike
8  that question.  I'll move on to another one.
9          Sometime in the year -- in the year
10  2000, Ms. Cicerale, do you recall Abbott undertaking
11  an internal analysis of its prices and embarking upon
12  a project to make adjustments to its pricing?
13          MR. COLE:  Object to the form.
14    A.  Other than the -- their yearly, you know,
15  price change, if that's what you're talking about.
16    Q.  (BY MR. WINTER)  Well, let me -- let me go at
17  it this way:  This morning we spoke about the fact
18  that there was a price adjustment that took place
19  within Abbott in or around May, 2001.  In fact, we've
20  seen documents that indicate that the effective date
21  of these price changes was May 7, 2001.  Do you recall
22  that?  Do you recall --
23    A.  Oh, from the documents, yeah.
24    Q.  Yes, ma'am.
25    A.  Right.

Page 200

1    Q.  Not -- not only from looking at the
2  documents.  The documents refreshed your
3  recollection --
4    A.  Right.
5    Q.  -- and you now have a present recollection of
6  Abbott undertaking an across-the-board price change to
7  its HPD product line, correct?
8    A.  Correct.
9    Q.  Okay.  Now, that effort that resulted and
10  came to fruition in May of 2001 is an undertaking that
11  began back in 2000; isn't that true?
12          MR. COLE:  Object to the form.
13    A.  I -- I can't say that for certain.  I mean, I
14  don't -- I don't know.
15    Q.  (BY MR. WINTER)  You just don't have a
16  present recollection right now as to when that project
17  started?
18    A.  Right.
19    Q.  Okay.  Did you participate in that
20  price-adjustment project from the beginning whenever
21  it first started?
22    A.  No.  I -- I was always the end result.
23  Whatever got finalized, I received the prices, and
24  then I would do my communications and create the
25  catalogs.

Page 201

1    Q.  So on the front end when there were analyses
2  and determinations and discussions and meetings about
3  how, if at all, the prices would be adjusted, you
4  didn't participate in those?
5    A.  No.
6    Q.  Do you have a recollection of Abbott's
7  pricing conduct coming under scrutiny from
8  governmental bodies?
9          MR. COLE:  Object to the form.
10    A.  Well, I -- at times I was asked to produce
11  catalogs for the Legal Department.
12          MR. COLE:  Let me just interject
13  something here, Ray.  I would -- I would ask,
14  Ms. Cicerale, that you not divulge to Mr. Winter the
15  substance of any communications that you may have had
16  with anyone at Abbott Legal or any outside counsel for
17  Abbott.
18    Q.  (BY MR. WINTER)  And, Ms. Cicerale, let me
19  make my question very clear.  I'm not asking you what
20  any lawyer told you, whether it was Mr. Stetler or any
21  other outside counsel for Abbott or in-house counsel
22  for Abbott.
23          My question is, were you aware that
24  Abbott's pricing practices were under investigation?
25    A.  I was just asked to produce documents.

51 (Pages 198 to 201)

36182266-7c50-47fe-9423-7b2843292aab

Page 202

1     Q.  So you're aware that you were asked to
2  produce documents.  Did you make the connection that
3  the reason you were asked to produce documents was in
4  connection with an investigation of some sort?
5     A.  No.
6     Q.  You just knew that there were requests that
7  were presented to you to collect --
8     A.  Right.
9     Q.  -- documents and provide them to the Legal
10  Department?
11     A.  Well, to my management.
12     Q.  Did you have any understanding whatsoever
13  that the ration- -- the reason behind this request for
14  you to collect information and present it back to your
15  management was somehow connected with an
16  investigation?
17     A.  Yeah.  I mean, the management would say they
18  needed this information.
19     Q.  When is the earliest time that you can recall
20  collecting documents in connection with an
21  investigation?
22     A.  I don't know dates.
23          MR. WINTER:  Do we have any extras of
24  these?
25          MR. ANDERSON:  No.

Page 203

1          MR. WINTER:  This is the only one I've
2  got, so I'll pass it over to counsel.
3          (Deposition Exhibit 939 marked.)
4          MR. WINTER:  This purports to be an
5  e-mail from Ms. Cicerale to Charlie Mitchell,
6  multi-page, beginning with TXABT 675306 and ending
7  with TXABT 675312.
8          (Document tendered.)
9          MR. LEVINE:  I may have copies of it.
10          MR. WINTER:  You do?
11          MR. STETLER:  You're stealing his
12  thunder, Ray.
13          MR. WINTER:  Well, in the meantime,
14  while you're looking for yours, Mark, let's go ahead
15  and proceed.
16          MR. LEVINE:  Okay.
17          MR. STETLER:  Just give me one second.
18          (Document tendered.)
19     Q.  (BY MR. WINTER)  All right, ma'am.  That's an
20  e-mail thread from you to Charlie Mitchell, correct?
21     A.  Yes.
22     Q.  And the date on it is 1996?
23     A.  Correct.
24     Q.  What's the full date?
25     A.  February 16th, 1996.

Page 204

1     Q.  Okay.  And if I may, ma'am, look at it real
2  quick.
3          Okay.  Now, this is an example of where
4  you're collecting information in response to a
5  directive or a request from your management, and
6  you're transmitting it back to -- back to Charlie
7  Mitchell, who at the time was the director of Contract
8  Marketing, correct?
9     A.  Correct.
10     Q.  Okay.  And you knew and understood by virtue
11  of the text of the e-mail that this was in connection
12  with an investigation.  True?
13          MR. COLE:  Object to the form.
14     A.  Correct.
15     Q.  (BY MR. WINTER)  Would you read the text of
16  your message, please.
17     A.  "Most of my files are still in duplicating
18  and will be done by Monday.  I will have approximately
19  2 boxes ready on Monday.  Also attached is a document
20  I put together which shows the introductory date of an
21  item and the date an item was deleted.  I scanned my
22  database and these are the items I came up with that
23  have names listed on the document you gave me under
24  Drugs:  I don't have this information on paper anymore
25  but it is in my database history.  The attachment is

Page 205

1  sorted in product description order."
2     Q.  And what does the reference line on the
3  e-mail say, ma'am?
4     A.  "Documents For Civil Investigation."
5     Q.  Thank you.  Does this refresh your
6  recollection, Ms. Cicerale, that as early as February,
7  1996, you knew there was an investigation being
8  undertaken to Abbott's -- into Abbott's pricing
9  practices?
10     A.  Yes.
11     Q.  And were you also aware that there were a
12  number of investigations over the years?  Is that
13  information that you had as well?
14          MR. COLE:  Object to the form.
15     A.  Because I was requested by my management to
16  get documents together.  That's how I was notified of
17  it.
18     Q.  (BY MR. WINTER)  Okay.  Let me ask you this:
19  Were you asked by your management to collect documents
20  on more than one occasion?
21     A.  Yes.
22     Q.  Approximately how many times?
23     A.  I don't know.  I couldn't -- eight or so.  I
24  don't know.
25     Q.  Eight or so?

52 (Pages 202 to 205)

36182266-7c50-47fe-9423-7b2843292aab

Page 206

1    A.  Uh-huh.
2    Q.  Would you conclude based upon your experience
3  that there were eight different investigations being
4  undertaken or did you have the understanding that they
5  were all related to the same one?
6          MR. COLE:  Object to the form.
7    A.  I didn't have an understanding.
8          (Deposition Exhibit 940 marked.)
9    Q.  (BY MR. WINTER)  Do you have an understanding
10  as to the nature of the investigation into Abbott's
11  pricing practices?
12    A.  I wasn't really privy to that.  They just
13  asked me to collect documents, and I did it.
14    Q.  Well, did you gain an understanding based
15  upon discussions with people other than counsel as to
16  what the specific issue, complaint or concern was --
17    A.  No.
18    Q.  -- with regard to Abbott's pricing practices?
19    A.  No.  They would just say there's a legal
20  issue going on; collect these -- these documents.
21    Q.  All right, ma'am.  I'm going to show you
22  what's been marked now as Exhibit 940, a two-page
23  document with the Bates label TXABT 674725.
24          And, Ms. Cicerale, this purports to be a
25  draft memo with a date of 01/18/01 in the upper

Page 207

1  left-hand corner, and it says "Draft Catalog Price
2  Adjustment" at the top.  Do you see that?
3    A.  Yes.
4    Q.  And under the first paragraph that says
5  "Proposal," it says, "Reduce the catalog price of all
6  Hospital Products Division Products to better
7  correlate with actual national market selling price
8  range.  A reduction would be predicated on the current
9  Wholesale Acquisition Prices (WAC) plus a fixed
10  differential (plus 5 percent).  This change would
11  become effective April 1st, 2001."
12          Did I read that accurately?
13    A.  Yes.
14    Q.  And then under the "Background" paragraph,
15  ma'am, the second paragraph -- excuse me -- the second
16  sentence beginning with "Since 1986" reads, "Since
17  1986, the HPD net average selling prices have declined
18  year over year due to this highly competitive market
19  environment.  The HPD catalog (a.k.a. suggested
20  manufacturer's list price) price for these products
21  has remained unadjusted despite significant erosion in
22  actual selling prices."
23          Did I read those two sentences
24  accurately?
25    A.  Yes.

Page 208

1    Q.  And then if you skip down two sentences,
2  there's sentence that begins with "Increases."
3  "Increases" -- well, let's go to the previous sentence
4  that starts with "Due."
5          MR. COLE:  Which paragraph are you in,
6  Ray?
7          MR. WINTER:  The one that says
8  "Background" immediately where I just quit reading.
9          MR. COLE:  Okay.
10    Q.  (BY MR. WINTER)  The very next sentence says,
11  "Due to other considerations related to contractual
12  and" governmental regula- -- excuse me -- "government
13  regulatory demands, HPD, prior to the year 2000,
14  published annual increases once a year on the catalog
15  prices.  Increases that generally approximated the
16  change in the Consumer Price Index change for the
17  Urban market basket (CPI-U), exacerbating any
18  differential to 'real' prices in the market.  Though
19  the majority of eventual sales dollars are processed
20  at steep discounts to the catalog pricing under
21  contractual commitments, there continues to be a small
22  portion of sales (less than 1 percent) which are
23  processed at these elevated levels."
24          Did I read those sentences accurately,
25  ma'am?

Page 209

1    A.  Yes.
2    Q.  Were you aware that the majority, more than
3  99 percent of Abbott's drugs, were sold at deep
4  discounts off of the prices that were printed in the
5  catalog?
6          MR. COLE:  Object to the form.
7    A.  I knew that the -- they were priced on
8  contracts.  Hospitals bought their products on
9  contracts.  That's all I knew.  From the contract
10  price that they figured out.
11    Q.  (BY MR. WINTER)  All right, ma'am.  And my
12  question is, did you know that the majority of
13  Abbott's Hospital Products Division drugs, in fact,
14  more than 99 percent, were sold at deep discounts off
15  the published catalog pricing?
16          MR. COLE:  Object to the form.
17    A.  I knew that the majority of them were
18  bought -- sold off of contract prices.
19    Q.  (BY MR. WINTER)  And did you know that those
20  contract prices were at deep discounts --
21    A.  No.  I --
22    Q.  -- from --
23    A.  -- didn't --
24    Q.  -- the list prices?
25    A.  No.  I didn't get involved with contract

36182266-7c50-47fe-9423-7b2843292aab

Page 210

1 prices, nor see them.
2 Q. Did you have any idea of the relation between
3 contract pricing and the pricing that you reported?
4 A. No.
5 Q. You didn't know which one was higher than the
6 other?
7 A. I didn't see contract prices.
8 MR. WINTER: Objection, nonresponsive.
9 Q. (BY MR. WINTER) My question, ma'am, is, did
10 you know which prices were higher, the prices you
11 reported or the contract prices?
12 A. Well, the direct price was always the highest
13 price. That's what was published in the catalog.
14 That was our direct price --
15 Q. So did you know that that was --
16 A. -- not contract.
17 Q. -- that that was higher -- did you know --
18 A. Yes.
19 Q. -- that Abbott's reported direct prices were
20 higher than its contract prices?
21 A. Yes.
22 Q. Did you know that Abbott's reported
23 wholesaler prices were higher than its contract
24 prices?
25 A. Yes.

Page 211

1 Q. Let's move on to the third paragraph under
2 "Background." "The wide disparity in catalog prices
3 and average market prices as currently configured is
4 not supported by sufficient financial or market
5 factors to survive scrutiny of public opinion. This
6 was voiced in December 2000 in a letter from" United
7 States "Representative Pete Stark to Miles White."
8 Did I read that accurately?
9 A. Yes.
10 Q. Is that consistent with your understanding
11 that you gained in the ordinary course of business,
12 that there was a wide disparity between the catalog
13 prices and the average market prices?
14 MR. COLE: Object to the form.
15 A. I knew that the direct price was higher than
16 the contract price.
17 Q. (BY MR. WINTER) Did you know that the United
18 States Congress was one of the entities that was
19 conducting an investigation into Abbott's pricing
20 practices?
21 A. No.
22 Q. Let's move down to the paragraph that reads
23 "Division Impact." And the second sentence in that
24 begins with the word "Additionally." Do you see that,
25 ma'am?

Page 212

1 A. Yes.
2 Q. "Additionally, lowering the catalog price
3 will reduce Average Wholesale Price (AWP) published by
4 the market clearinghouses and may result in lost sales
5 due to alternative sourcing of products by customers
6 away from Abbott in the alternate site markets where
7 both government and commercial reimbursement to
8 providers is based upon a function of AWP."
9 Did I read that accurately?
10 A. Yes.
11 Q. Ms. Cicerale, were you aware of the fact that
12 the prices that you reported to the price-publishing
13 companies such as First DataBank and Redbook that
14 we've talked about, that those were prices that were
15 important in the processing of claims for
16 reimbursement by pharmacies who were reimbursed by
17 government programs such as Medicare and Medicaid?
18 MR. COLE: Object to the form.
19 Q. (BY MR. WINTER) Were you aware of that?
20 MR. COLE: Object to the form.
21 A. No. I just -- no.
22 Q. (BY MR. WINTER) So you were not aware that
23 the prices you reported to the price-publishing
24 compendia had anything to do with Medicare or Medicaid
25 reimbursement?

Page 213

1 MR. COLE: Object to the form.
2 A. Well, I knew that they had something to do
3 with it, but I didn't --
4 Q. (BY MR. WINTER) Okay.
5 A. -- you know --
6 Q. What did you --
7 A. -- know how important or --
8 Q. Okay. What did you --
9 A. -- how it was done.
10 Q. -- believe and understand was the connection
11 or relationship between the prices you reported to the
12 price-publishing services and reimbursement by
13 Medicare or Medicaid?
14 A. Well, I didn't get involved with that
15 process, so I don't know.
16 Q. You just knew there was some connection or
17 some -- something to do -- that the prices you
18 reported had something to do with reimbursement?
19 A. Correct.
20 Q. But you didn't know what?
21 A. Right.
22 Q. Were you aware of the fact that governmental
23 reimbursement programs such as Medicare and Medicaid
24 based off of -- their reimbursement to pharmacies,
25 based their reimbursement on a percentage discount off

54 (Pages 210 to 213)

36182266-7c50-47fe-9423-7b2843292aab

Page 214

1  of AWP?
2       MR. COLE: Object to the form.
3    A.  No.
4    Q.  (BY MR. WINTER)  Have you ever heard of the
5  fact that AWP as published by the price-reporting
6  compendia was something that was important to
7  governmental reimbursement programs such as Medicare
8  and Medicaid?
9       MR. COLE: Object to the form.
10   A.  I didn't have to know.  I mean, I didn't have
11 anything to do with AWP or any of that.
12   Q.  (BY MR. WINTER)  So --
13   A.  So why would I know about it or care about
14 it.
15   Q.  So you didn't care about AWP and how the
16 price-reporting services reported Abbott's AWP?
17   A.  No.  I had nothing to do with it.  It wasn't
18 in my job function.
19   Q.  Well, you state that you had nothing to do
20 with it, but we've seen several instances throughout
21 the day today, communications between you and the
22 price-reporting compendia, some dealing specifically
23 with Calcijex and others not, where Abbott is
24 reporting AWP information to the price-reporting
25 services --

Page 215

1       MR. COLE: Object --
2    Q.  (BY MR. WINTER)  -- or --
3    A.  But I never told them how to calculate --
4       MR. COLE: Object to the form.
5    A.  -- or gave them those prices.  I gave them
6  direct and I gave them wholesale.  That's all I ever
7  gave those companies.
8    Q.  (BY MR. WINTER)  And you didn't care what
9  they did with your direct or wholesale as far as
10 calculating the AWP?  As far as you were concerned,
11 they could do it any way they wanted to do it?
12      MR. COLE: Object --
13   Q.  (BY MR. WINTER)  Is that your testimony?
14      MR. COLE: Object to the form.
15   A.  It wasn't my job function to -- to question
16 anything.  I didn't work for those companies.
17   Q.  (BY MR. WINTER)  Ma'am, I didn't suggest that
18 you did.
19      My question is, as far as you were
20 concerned, First DataBank or Redbook could have
21 calculated the AWP any way they wanted to and you
22 didn't care?  Is that true?
23   A.  That's true.
24      MR. COLE: Object to the form.
25   Q.  (BY MR. WINTER)  So these times where we've

Page 216

1  seen examples where you've told the price-reporting
2  compendia you should continue to use the markup you
3  use for all other HPD products -- we can look at the
4  specific exhibit if you'd like to --
5    A.  No, I know what you're talking about.
6    Q.  You know what I'm talking about?
7    A.  Yeah.
8    Q.  Okay.  So when you stated to the
9  price-reporting service that you should do it this
10 way, is it your testimony you really didn't mean
11 that and you --
12      MR. COLE: Object to the form.
13   Q.  (BY MR. WINTER)  -- and you really weren't
14 suggesting to them or directing them as to how they
15 should calculate the AWP?
16      MR. COLE: Object to the form.
17   A.  On those Calcijex items, I told them how to
18 do it per Michael Heggie, because he was the one who
19 told them how to do it.  Those are the only two
20 products I ever told them how to calculate AWP.
21   Q.  (BY MR. WINTER)  So for any other product,
22 you didn't have any concern as to how the
23 price-reporting service calculated the AWP?  Is
24 that --
25   A.  That's correct.

Page 217

1       MR. COLE: Object to the form.
2    Q.  (BY MR. WINTER)  Okay.  Did you know that the
3  price-reporting services -- excuse me -- that some of
4  the price -- government third party -- let me start
5  this question over.  It's convoluted.
6       Did you know that some of the
7  third-party reimbursing entities such as government
8  programs like Medicare and Medicaid may have
9  calculated reimbursement to providers based on
10 Abbott's direct price?
11      MR. COLE: Object to the form.
12   A.  I didn't -- I know there was a department
13 that did all that.  That's all I know.  I didn't have
14 any involvement with that.
15   Q.  (BY MR. WINTER)  But you knew generally that
16 the prices that you reported to the price-reporting
17 services were somehow connected and used in the
18 reimbursement process?
19   A.  Yes.
20   Q.  You knew that, right?  Okay.
21      All right.  Ms. Cicerale, let me show
22 you what was marked as 586 in a prior deposition.
23      (Document tendered.)
24   Q.  (BY MR. WINTER)  And this purports to be an
25 e-mail thread between you and Kay Morgan, and let's go

55 (Pages 214 to 217)

36182266-7c50-47fe-9423-7b2843292aab

Page 218

1  again to the fourth page.  The Bates label is TXABT
2  56944 running through nine -- 56948.
3        And if you go to the fourth page, ma'am,
4  on the bottom it's got a little "4" on it, and it says
5  "Original Message," and it's from you to Kay Morgan
6  sent January 31, 2001.  Do you see that?
7     A.  Yeah.
8     Q.  Okay.  At approximately 10:16 a.m.  And the
9  subject is "Abbott Labs Wholesale Price Change."  Do
10 you see that, ma'am?
11    A.  Yes.
12    Q.  And the text of it is, "Kay -- attached are
13 95 products that are having a wholesale price change
14 effective 2/1/01.  The direct price will not be
15 changing.  Only the wholesale price."  And then you
16 have "Thanks" and your signature block.
17        Do you see that?
18    A.  Yep.
19    Q.  Did I read your -- the text of your statement
20 accurately?
21    A.  Yes.
22    Q.  And you attached to your e-mail text files
23 with these wholesale price changes, correct?
24    A.  Correct.
25    Q.  Okay.  And within a few hours on the same

Page 219

1  date, Ms. Morgan e-mails back to you, and this begins
2  on the next page, Page 4, in the center of the page,
3  and she says, "I have already told Pat DeGrace that
4  this is not going to be keyed on our database.  He
5  promised to check into it."
6        Did I read her message to you
7  accurately?
8     A.  Yes.
9     Q.  Who was Pat DeGrace at this time?
10    A.  He was the director of wholesale -- I don't
11 know what -- he went out to the wholesalers and
12 negotiated with them.  I guess wholesale liaison or
13 some -- might have been his title.
14    Q.  And was he within the Contract Marketing
15 Department --
16    A.  No.
17    Q.  -- at HPD?
18    A.  No.
19    Q.  Was he within the sales department at HPD?
20    A.  I don't know what department it was.  It
21 could have been the sales department.
22    Q.  Okay.
23    A.  I'm not sure which one.
24    Q.  Now, if you look up to your response on the
25 top of this same page, Page 4, and if you look at the

Page 220

1  time, her message to you in the middle of the page was
2  1:17 p.m.  And Kay Morgan was out in California,
3  right?
4     A.  Correct.
5     Q.  With First DataBank.  So that's California
6  time, right?
7        And your response to her that has the
8  12:00 o'clock time -- and that would be Chicago time,
9  correct?
10    A.  Correct.
11    Q.  Central time?  Okay.
12        And your response to Ms. Morgan is,
13 "What do you mean?  Do you need this information in
14 some other type of format?"  And that was your
15 question to her, correct?
16    A.  Correct.
17        MR. COLE:  Ray, could we give
18 Ms. Cicerale just a moment to review the entire
19 document?  I don't know that she's had a chance to do
20 that.
21    Q.  (BY MR. WINTER)  Sure, Ms. Cicerale, if you'd
22 like to take minute and look over the whole thing.
23        MR. COLE:  If not, you can proceed.  I
24 just -- I don't know if she's had time to do that.
25    Q.  (BY MR. WINTER)  Would you like time to read

Page 221

1  the whole thing?
2     A.  Well, just go ahead.
3     Q.  Okay.
4     A.  Because we're kind of working our way back.
5     Q.  Yes, ma'am.
6     A.  So go ahead.
7     Q.  Or, actually, kind of working our way
8  forward.
9     A.  Right.
10    Q.  Right?
11    A.  Right.
12    Q.  Okay.  So let's go to Page 3.  So you had
13 just asked her what does she mean, does she need it in
14 a different format, and if you look on Page 3, she's
15 responding to you, and she says, "HPD is set on AWP
16 equals 1.1," and then she's got another decimal point,
17 "1.1.875 and WAC equals Direct.  If you change the
18 pricing structure as you suggest we will need to
19 re-survey to the determine the AWP for HPD.  Also,
20 many payers, pay from WAC so lowering the WAC, will
21 cause major grief for everyone.  Also, DoJ needs to be
22 considered.  Pat said he had would address the issue
23 before making the decision, perhaps he did, but I
24 don't want to put" all these "in because it was not
25 thought out and then get to change them back.  Please

56  (Pages 218 to 221)

36182266-7c50-47fe-9423-7b2843292aab

Page 222

1  double check the plan and I will need some time to
2  survey the wholesalers. Recognize that you will be
3  lowering the AWP for your products and in fact the AWP
4  will probably wind up being lower than Direct. Much
5  grief will occur" from "this move."
6          Did I read that accurately, ma'am?
7      A. Yes.
8      Q. And you respond to Ms. Morgan and you say on
9  the bottom of Page 2, "In the past AWP was always
10 calculated from the Direct price not from the
11 wholesale price. I thought the wholesale price is out
12 on your file for reference purposes only. Our direct
13 price is not changing so the AWP should not change."
14         Did I read that accurately?
15     A. Yes.
16     Q. And then at the top of the page -- I'm
17 sorry -- the middle of the page Ms. Morgan responds
18 back to you and she says, "AWP stands for Average
19 Wholesale Price - it is the price from the wholesaler.
20 As long as WAC and Direct were equal, it did not
21 matter whether we were using WAC or Direct. Direct is
22 not from wholesaler is from Abbott, so we cannot
23 use Direct to determine AWP if it is different."
24         And then you respond to her and you
25 state, "I really believe you have always calculated it

Page 223

1  from the direct price. It wasn't until a few years
2  ago that you started listing the wholesale prices. I
3  know for a fact that the other databank company
4  calculates it from the direct price and before you
5  when Beth use to do the listing for First DataBank
6  (and Wendy) they used direct price. Please look at a
7  few to confirm what I am saying."
8          Did I read that accurately?
9      A. Yes.
10     Q. And when you use the "it" in this
11 communication with Ms. Morgan, you're referring to the
12 AWP, correct?
13     A. Yes.
14         MR. COLE: Object to the form. Which
15 "it" are you talking about, Ray?
16     Q. (BY MR. WINTER) Well, let's look at the
17 first sentence in your e-mail, Ms. Cicerale. "I
18 really believe" that "you have always calculated it
19 from the direct price.
20         The "it" there refers to AWP, correct?
21     A. Correct.
22     Q. Okay. And then in the third sentence --
23 well, that's the only one. Okay.
24         And that -- so that "it" in that first
25 line is AWP, right?

Page 224

1      A. Correct.
2      Q. Okay. Then Ms. Morgan responds to you, and
3  she says, "I don't tell you how to do your job, please
4  do not question how I do mine and do not ask me to ask
5  2 technicians how to do the manager's job. I know
6  what I am doing. If this is the last word from you
7  guys, we will do the survey and give them your name to
8  call when they question me."
9          Did I read that accurately?
10     A. Yes.
11     Q. You respond to Ms. Morgan, "Kay -- I wasn't
12 trying to question what you are doing but that is how
13 I have understood" the "process for over 20 years.
14 Sorry for the misunderstanding. I don't want to come
15 across in that manner."
16         Did I read that --
17     A. Correct.
18     Q. All right. And she responds to you and she
19 says, "I can appreciate what you thought was the
20 process, many people think they understand until they
21 make a change. Let me re-iterate what I" said "below.
22 AWP is Average Wholesale Price. We determine AWP by
23 contacting the wholesalers for the mark-up. As long
24 as your direct was equal to WAC life was fine. Now,
25 you have a vastly different WAC, so the pricing

Page 225

1  scenario had to change. I have completed the survey
2  and the mark-up is 1.25 times WAC. This makes my life
3  very difficult as I will have to apply this to each
4  NDC (cannot use the corporate application since you
5  are now different than PPD). Additionally, I will
6  receive many calls regarding the accuracy of the
7  Abbott data and why reimbursement went down. I will
8  give them whoever you tell me to give them name and
9  number at Abbott. Also, you AWP is going to be less
10 than Direct in the majority of cases. We will start
11 on this tomorrow, but will probably not get it all on
12 till next week, so it will miss the monthly and
13 weekly" databases.
14         Did I read that accurately?
15     A. Yeah.
16     Q. And you responded to her and you said,
17 "Kay -- please don't adjust anything until Harry
18 Adam's talks to you. He will be contacting you
19 sometime today. Thanks."
20         Did I read that accurately?
21     A. Correct.
22     Q. Okay, ma'am. Now, this is a situation where
23 Abbott was attempting to lower its wholesale prices
24 but not effectuate any change in its direct prices,
25 correct?

57 (Pages 222 to 225)

Page 226

1      A.  Correct.
2      Q.  And when Ms. Morgan at First DataBank told
3  you, Well, if you lower those wholesale prices, those
4  WAC prices, it's going to change your AWP, you and she
5  got into an extended discussion over that, correct?
6      A.  Right.
7      Q.  And you didn't want her to make changes to
8  Abbott's AWP, did you?
9          MR. COLE:  Object to the form.
10     A.  Oh, I forwarded it on to management so they
11  could handle it.
12     Q.  (BY MR. WINTER)  Well, in fact, you asked
13  Ms. Morgan not to do anything until you -- until she
14  heard back from Harry Adams, right?
15     A.  Correct.
16     Q.  So you didn't want her to make these changes
17  because she had indicated to you if she made the
18  changes it would affect Abbott's AWP?
19         MR. COLE:  Object to the form.
20     A.  I figured it wasn't my level to make this
21  decision, so I handed it over to the management --
22     Q.  Okay.
23     A.  -- and said you deal with it.
24     Q.  I appreciate that.  You wanted to run it up
25  the flag pole, right?

Page 227

1      A.  Uh-huh.
2      Q.  Okay.  But before you heard back from the
3  people up in the management chain, you told her don't
4  make the changes that we have transmitted to you,
5  correct?
6          MR. COLE:  Object to the form.
7      A.  Yes.
8      Q.  (BY MR. WINTER)  And because you didn't want
9  her to go ahead and implement those changes and have a
10  resulting reduction in Abbott's AWP?
11     A.  Well, not til everything --
12         MR. COLE:  Object to the form.
13     A.  -- was confirmed with management's review.
14     Q.  (BY MR. WINTER)  I'm sorry.  Could you repeat
15  your answer.
16     A.  Not til everything was confirmed with
17  management's review.
18     Q.  You didn't want her to make the changes --
19     A.  Correct.
20     Q.  -- which would result in lower AWPs until
21  such time as you had a chance to talk to management
22  about it?
23         MR. COLE:  Object to the form.
24     A.  Right.
25     Q.  (BY MR. WINTER)  Okay.  Well, was there

Page 228

1  something in particular about Ms. Morgan's statement
2  to you that this would result in an AWP change that
3  made you reconsider your request that she implement
4  these changes to the wholesale prices?
5          MR. COLE:  Object to the form.
6      A.  Say that again.
7      Q.  (BY MR. WINTER)  What was it about
8  Ms. Morgan's communication to you and her indication
9  to you that the price changes you wanted implemented
10  would lower the AWP that caused you to rethink the
11  whole thing until you got --
12     A.  Well, just what she states in here.
13         MR. COLE:  Object to the form.
14     Q.  (BY MR. WINTER)  Okay.  So it was the fact
15  that your price changes you were communicating to her
16  would result in lower AWPs, that was the fact that you
17  decided you needed to go seek some further guidance
18  on, right?
19     A.  From her communication in this note, correct.
20     Q.  And when -- and when you refer to her
21  communication and notes, you're referring specifically
22  to the part where she says this is going to result in
23  a lower AWP?
24     A.  Right.
25         MR. COLE:  Object to the form.

Page 229

1      Q.  (BY MR. WINTER)  Okay.  You thought as long
2  as -- if this is going to impact our AWP and result in
3  lower AWPs for Abbott drugs, then I need to talk to
4  somebody else?
5          MR. COLE:  Object to the form.
6      Q.  (BY MR. WINTER)  Is that true?
7      A.  Well, I saw that there was an issue, a big
8  issue, and so I took it to management.
9      Q.  And the issue that you took up to management
10  was the impact that Abbott's price changes would have
11  on AWP?
12         MR. COLE:  Object to the form.
13     A.  Well, the whole -- the whole issue.
14     Q.  (BY MR. WINTER)  Is there any other issue in
15  here besides the effect that this would have on AWP?
16     A.  Well, how it got -- you know, using direct
17  price and versus wholesale, how she states way back
18  when.  So I guess it's all involving AWP, but...
19     Q.  Okay.  Well, Ms. Cicerale, is your
20  instruction to Ms. Morgan that she shouldn't implement
21  these price changes to your WAC prices that you had
22  transmitted, and the reason you gave that instruction
23  to her not to implement those changes is because of
24  the AWP issue that she raised, correct?
25     A.  No, because I felt it was a management's

36182266-7c50-47fe-9423-7b2843292aab

Page 230

1   decision to -- to follow through with this, not mine.
2   I was at a real low level in that company.  It wasn't
3   my decision to make.  It was a management -- manager's
4   decision.
5       Q.  And the reason --
6       A.  That's why I forwarded it on to management.
7       Q.  And the reason you felt management should
8   look at it is because it concerned a change to
9   Abbott's AWP pricing, right?
10          MR. COLE:  Object to the form.
11      A.  Well, a change, yes.
12      Q.  (BY MR. WINTER)  Okay.  How is that
13  consistent with your earlier testimony that you gave
14  me just a few minutes ago that you said you didn't
15  really care how AWP was reported by the
16  price-reporting services other than Calcijex?
17      A.  On a normal day, I didn't; but when you,
18  know, a huge amount were changing and she felt there
19  was such a big, you know, impact and all this, as you
20  can see from this note, you know, I felt that it
21  should be reviewed by a manager.
22      Q.  So is it your testimony that because there
23  were so many products at issue here, there were 95
24  products whose AWPs would drop, that that's why you
25  thought it was something that should be flagged for

Page 231

1   management?
2           MR. COLE:  Object to the form.
3       A.  Yes.
4       Q.  (BY MR. WINTER)  If it just had been one drug
5   you wouldn't have cared?
6       A.  No.  It's -- it's the fact that we were
7   lowering the prices, you know, that whole process,
8   which we didn't normally do on a routine basis.
9       Q.  On a --
10      A.  So --
11      Q.  I'm sorry.
12      A.  So it was something different that we would
13  do.
14      Q.  So this was unusual to you in that in your
15  experience Abbott didn't routinely lower the prices
16  that it published to the price-publishing services; it
17  ordinarily raised them, correct?
18          MR. COLE:  Object to the form.
19      A.  That's correct.
20      Q.  (BY MR. WINTER)  And you knew that those
21  prices that Abbott reported that it was raising on a
22  regular basis were somehow related to the
23  reimbursement system, right?
24          MR. COLE:  Object to the form.
25      A.  No, I don't understand that question.

Page 232

1       Q.  (BY MR. WINTER)  Well, let me -- let me --
2   let me rephrase.
3           You knew, based upon your prior
4   testimony today -- you've acknowledged that you knew
5   that the prices that you reported to the
6   price-reporting services that you represented were
7   Abbott's prices to pharmacies when it sold direct and
8   its prices to wholesalers --
9       A.  Correct.
10      Q.  -- that those prices went up on an annual
11  basis, right?
12      A.  Correct.
13          MR. COLE:  Object to the form.
14      Q.  (BY MR. WINTER)  Okay.  You also knew that
15  those same prices were important to the reimbursement
16  system somehow, right?
17          MR. COLE:  Object to the form.
18      A.  I guess.
19      Q.  (BY MR. WINTER)  Well, you knew that those
20  prices were --
21      A.  I knew that they had a relationship.  I don't
22  know the importancy.
23      Q.  Okay.  And to the extent that AWP was
24  calculated as a markup on the prices that Abbott
25  reported and to the extent that Abbott reported

Page 233

1   ever-increasing prices on an annual basis, the numbers
2   got higher, that makes sense that the AWPs would get
3   higher too, right?
4           MR. COLE:  Object to the form.
5       A.  Correct.
6       Q.  (BY MR. WINTER)  Okay.  And you knew there
7   was a relationship, some relationship between AWP and
8   reimbursement by Medicare and Medicaid, correct?
9       A.  Correct.
10      Q.  Okay.  Now, did you communicate this concern
11  that you had and this issue that you had with
12  Ms. Morgan to somebody in your chain of command?
13      A.  Yeah.  Harry Adams.
14      Q.  You let Harry know that there was an issue
15  that you were having with Kay Morgan about this impact
16  of your adjusted pricing, right?
17      A.  Correct.
18          (Deposition Exhibit 941 marked.)
19      Q.  (BY MR. WINTER)  Let me show you what's
20  marked now as Exhibit 941.
21          (Document tendered.)
22      Q.  (BY MR. WINTER)  And this, Ms. Cicerale, is
23  printed from your computer, and beginning pages
24  TXABT 42054, and it goes through 42057.
25          And, Ms. Cicerale, is -- if you look in

59 (Pages 230 to 233)

36182266-7c50-47fe-9423-7b2843292aab

Page 234

1  the middle of the first page, there is a part of the
2  e-mail thread that you and I just looked at that was
3  exchanged between you and Ms. Morgan, correct?
4      A.  Correct.
5      Q.  And then above that is your passing the
6  information on to Harry Adams.  True?
7      A.  Yes.
8      Q.  And you say to Mr. Adams, "Harry -- I sent
9  the price decrease changes for the WAC prices to the
10  databank companies today and I am not really
11  understanding how First DataBank calculates the AWP
12  that's in their system.  I have always known that
13  price to be a calculation from our direct (list) price
14  not the wholesale price."
15          Does that confirm what we've talked
16  about somewhat today that you've always known that the
17  price-reporting services calculated AWP as a markup
18  from the direct price that Abbott published?
19          MR. COLE:  Object to the form.
20      A.  Correct.
21      Q.  (BY MR. WINTER)  Okay.  "Was something
22  changed in the past few years.  Kay says it is
23  calculated from the wholesale price but I know Redbook
24  does it from the list price.  I'm sure you will be
25  hearing from Kay.  Just an fyi.  Jerrie."

Page 235

1          Did I read that accurately?
2      A.  Correct.
3      Q.  And to the extent that you're talking about
4  your knowledge that the markup that First DataBank
5  employs to calculate an AWP is from the direct price,
6  that knowledge that you had wasn't limited to
7  Calcijex; that was knowledge you knew across the board
8  for the HPD product portfolio, correct?
9      A.  Correct.
10      Q.  Okay.  And Mr. Adams responds to you and he
11  says, "Jerrie I will call Kay.  Thanks for the
12  heads-up!  Harry."
13      A.  Right.
14      Q.  Right?  Okay.
15          Now, to your knowledge, did Mr. Adams
16  follow up with Kay Morgan?
17      A.  I'm assuming so.
18      Q.  Why are you assuming so?
19      A.  Well, I don't recall hearing back from her.
20      Q.  Well, do you recall ever seeing evidence that
21  the reduced WAC prices that you attempted to submit to
22  her but then you told her not to implement were ever
23  implemented?
24          MR. COLE:  Object to the form.
25      A.  I don't -- I don't recall.

Page 236

1      Q.  (BY MR. WINTER)  You don't recall?  Okay.
2          MR. WINTER:  All right.  Ms. Cicerale,
3  why don't we take a very short recess here.  It's
4  about 2:25, and -- why don't we take about a
5  five-minute break.
6          THE REPORTER:  Stand by, please.
7          THE VIDEOGRAPHER:  Off the record at
8  2:24 p.m.  This concludes Tape 4.
9          (Recess.)
10          THE VIDEOGRAPHER:  The time 2:31 p.m.
11  We are back on the record.  Beginning of Tape 5.
12          MR. WINTER:  Well, as we just mentioned,
13  Ms. Cicerale, I'm going to let Mr. Anderson ask you
14  some questions now.  Thank you for your time.
15          THE WITNESS:  Oh, okay.
16          EXAMINATION
17  BY MR. ANDERSON:
18      Q.  Ms. Cicerale, if you could, look at Page 3 of
19  Exhibit 586, which is that e-mail communication you
20  had with Kay Morgan.  It should be relatively on top
21  there, ma'am.  That's it.
22      A.  Okay.
23      Q.  And look at Page 3, which is Bates labeled
24  TXABT 56946 of Exhibit 586.  Specifically up at the
25  top, you write to Kay and state, "Our direct price is

Page 237

1  not changing so the AWP should not change."
2          Why did you make that statement to Kay
3  Morgan back on or about January 31st, 2001?
4      A.  Well, she must have said something about it
5  in the note.
6      Q.  Well, you're right.  Previously --
7      A.  So I was responding to her.
8      Q.  Right.  Previously Ms. Morgan had notified
9  you the AWPs were going to come down as a result of
10  lower reported wholesale prices by Abbott, correct?
11      A.  Correct.
12      Q.  But why is it that you told Kay your
13  understanding of how AWPs were calculated off of
14  direct price?
15      A.  Because that was my understanding.
16      Q.  Right.  And -- but why were you sharing that
17  understanding with Kay Morgan?
18      A.  Because she had brought up this issue, and
19  she didn't want to change the prices.  She thought
20  that there was going to be a problem if she changed
21  the wholesale prices.
22      Q.  The problem being that the AWPs on Abbott
23  products were going to come way down, correct?
24          MR. COLE:  Object to the form.
25      A.  According to her note, yes.

60 (Pages 234 to 237)

36182266-7c50-47fe-9423-7b2843292aab

Page 238

1    Q.  (BY MR. ANDERSON)  Okay.  And given that you
2  understood Kay was telling you the AWPs would come
3  down, why did you share with her your understanding
4  that AWPs should not change?
5    A.  Because the direct price, our list direct
6  price wasn't changing.  It was the wholesale price
7  that was changing.
8    Q.  And why was that important that your direct
9  price was not changing?
10        MR. COLE:  Object to the form.
11   A.  Because it was my understanding that's how
12 they always did their calculation, off the direct
13 price.
14   Q.  (BY MR. ANDERSON)  And when you say "their
15 calculation," you mean price-publishing services
16 calculated AWP for Abbott products off direct price,
17 correct?
18   A.  Correct.
19   Q.  Okay.  So now we've kind of gone full circle.
20 Why is it that you were telling Kay that you thought
21 the AWP should be calculated off of the direct price?
22        MR. COLE:  Object to the form.
23   A.  I wasn't really telling her that.  I was --
24 well, what I was saying was I don't know why, you
25 know, from this note that you have an issue because

Page 239

1  the direct price isn't changing.
2    Q.  (BY MR. ANDERSON)  Why did you care if the
3  AWPs changed one way or the other?
4    A.  Well, I didn't care.
5    Q.  So why did you write Kay Morgan and tell her
6  that you didn't think the AWP should change?
7    A.  Because she's the one who brought it -- you
8  know, started the issue saying, you know, if you
9  change your wholesale prices, this is what's going to
10 happen.
11   Q.  Right.  Why didn't you just leave it at that
12 and let the AWPs come down?
13   A.  Because she kept, you know, bringing it --
14 you know, writing back and saying that there's going
15 to be a problem and I'm not going to input your
16 prices.  That's what she said in here, I'm not going
17 to input your wholesale prices.
18        MR. ANDERSON:  Objection, nonresponsive.
19   Q.  (BY MR. ANDERSON)  Ma'am, I'm asking a very
20 precise question.
21        Why is it that you told Kay Morgan you
22 didn't think the AWPs should come down if you don't
23 care about the AWPs?
24        MR. COLE:  Object to the form.
25   A.  I don't understand.  I think I'm trying to

Page 240

1  tell you what I'm -- what you're asking.
2    Q.  (BY MR. ANDERSON)  We'll take it step by
3  step.
4        MR. STETLER:  You know, I -- I object to
5  you grimacing, shaking your head and trying to
6  intimidate the witness.  The camera can't pick that
7  up, but the witness certainly can, and I don't
8  appreciate it.
9        MR. ANDERSON:  Dave, I object to your
10 sidebar comment.
11        MR. STETLER:  I don't care.  I object to
12 you making faces to her.  So please stop.
13        MR. ANDERSON:  I am not making faces.
14 That is ridiculous.
15   Q.  (BY MR. ANDERSON)  Ma'am, am I intimidating
16 you at all?
17   A.  Well, I'm answering the question, and I
18 don't --
19   Q.  No.  Let's try to address your counsel's
20 sidebar.
21        Do you feel like I'm intimidating you at
22 all?
23   A.  Being here is intimidating me.  How is that?
24 I'm a retired person.  I shouldn't even be here.  How
25 is that?

Page 241

1    Q.  You think that because you're retired you
2  don't need to testify about the pricing actions that
3  you were involved in at Abbott?
4        MR. COLE:  Object to the form.
5    A.  Let's continue.  Let's continue with the
6  questions.
7    Q.  (BY MR. ANDERSON)  Are you willing to answer
8  my question, ma'am?
9    A.  Yes.  Continue.
10   Q.  Okay.
11   A.  What's your question?
12   Q.  Do you feel -- do you feel like I'm
13 intimidating you?
14   A.  No.
15        MR. COLE:  Object to the form.
16   Q.  (BY MR. ANDERSON)  All right.  Thank you.
17        Now, given that you've testified several
18 times today that you don't care about AWPs, why did
19 you inform Kay Morgan that you thought the AWPs should
20 not change on or about January 31st, 2001?
21        MR. COLE:  Object to the form.
22   A.  Well, what I'm saying in here -- this is how
23 I'm reading it -- is that I'm telling her that the
24 direct price did not change, only the wholesale price,
25 and my understanding that AWP got calculated off

61 (Pages 238 to 241)

36182266-7c50-47fe-9423-7b2843292aab

Page 242

1  direct price. That's my understanding. And that's
2  why I said to her since our direct price is not
3  changing, so the AWP shouldn't change.
4      Q.  (BY MR. ANDERSON) Is it true that you were
5  telling her that because Abbott did not want the AWPs
6  to come down?
7          MR. COLE: Object to the form.
8      A.  No.
9      Q.  (BY MR. ANDERSON) No?
10     A.  That's not true.
11     Q.  You were just doing it really out -- as
12  matter of courtesy to just let her know what you
13  thought the formula was?
14     A.  Yes.
15     Q.  You said that this became a big issue. Did
16  I -- am I noting your prior testimony here today
17  correctly?
18     A.  Well, from reading this, you can see it was
19  an issue.
20     Q.  And as a result of this Kay Morgan AWP issue
21  becoming a big issue, you forwarded it up to upper
22  management, correct?
23     A.  Correct.
24     Q.  Why did you feel like upper management needed
25  to be involved in discussions about whether or not

Page 243

1  AWPs should come down?
2      A.  Well, I felt they could address it better
3  than me. Me being clerical who was just a
4  communicator of prices, why should I be involved with
5  this. That's why I sent it to upper management.
6      Q.  Outside of your view that you were clerical,
7  did you feel like there was something important about
8  the AWP changes that deserved upper management
9  attention?
10         MR. COLE: Object to the form.
11     A.  From her, you know, bringing out --
12  emphasizing that this could have an effect, yes, I
13  thought it was important, so I forwarded it to
14  management.
15     Q.  (BY MR. ANDERSON) In what -- in what way did
16  you understand AWPs possibly being decreased be -- to
17  be important to Abbott?
18     A.  Just from what was read in this note.
19     Q.  You say "this note." You're talking about
20  Exhibit 586?
21     A.  Yes.
22     Q.  What part of it -- of Exhibit 586 indicated
23  to you that this AWP decrease issue deserved upper
24  management attention?
25     A.  Well, when she says that she wasn't going to

Page 244

1  change the WAC prices because it, you know, involved a
2  lot of work and that somebody should review it before
3  they went ahead and -- and processed them.
4      Q.  Where do you -- where do you see that, ma'am?
5      A.  On Page 3, it says, "If" -- "If you change
6  the pricing structure as you" -- "you suggest we need
7  to re-survey to determine the AWP for HPD. Also, many
8  payers pay from WAC so lowering," blah, blah, blah,
9  you know. "Also" the D -- you know, that -- that
10  whole section.
11     Q.  You were about to say the "DoJ needs to be
12  considered," correct?
13     A.  Yeah. I don't know what "DOJ" means.
14     Q.  But the reference by Kay Morgan to DOJ
15  triggered in your mind a need to get upper management
16  involved?
17     A.  No.
18         MR. COLE: Object to the form.
19     A.  No, that wasn't it. It was the whole --
20  whole -- the whole note all together that I felt, you
21  know, why am I -- why am I being involved here. I'm
22  the person that takes what somebody gives me and I
23  send it to somebody else. That was my job function.
24     Q.  (BY MR. ANDERSON) And you understood --
25     A.  So as far as making decisions, I didn't think

Page 245

1  it was up to me. It was up to the management to do
2  that.
3      Q.  And over the years when you were the person
4  who took information that was determined by Abbott
5  pricing personnel and in turn you shared that with the
6  price-reporting services, you understood what those
7  prices were, correct?
8          MR. COLE: Object to the form.
9      A.  Yes. I understood what direct price was and
10  wholesale price.
11     Q.  (BY MR. ANDERSON) Right.
12     A.  I understood those.
13     Q.  Right. And you also understood that those
14  prices were in turn utilized to calculate AWP,
15  correct?
16         MR. COLE: Object to the form.
17     A.  Correct.
18     Q.  (BY MR. ANDERSON) All right. But in this
19  one particular instance where you were the person who
20  was going to take the prices determined by Abbott
21  pricing personnel and in turn share those with the
22  pricing services, something went a little differently
23  and you told Kay Morgan that you didn't agree with how
24  she was going to calculate AWP, correct?
25         MR. COLE: Object to the form.

62 (Pages 242 to 245)

36182266-7c50-47fe-9423-7b2843292aab

Page 246

1    A.  Well, how she was saying it wasn't how I
2  understood it.
3    Q.  (BY MR. ANDERSON)  Right.  And what I'm
4  trying to get to, ma'am, is after all of these many
5  years of performing this job, what was it about
6  January 31st of 2001 that was different?
7         MR. COLE:  Object to the form.
8    A.  Well, I guess because we were lowering those
9  wholesale prices.
10   Q.  (BY MR. ANDERSON)  Right.  And so when Abbott
11 chose to lower wholesale prices, that in turn was
12 going to cause lower AWPs to be published, correct?
13        MR. COLE:  Object to the form.
14   A.  That I don't know.
15   Q.  (BY MR. ANDERSON)  That's at least what Kay
16 was telling you?
17   A.  Because as I stated, I always thought they
18 were calculated from the direct price.
19   Q.  Right.  But when Kay informed you on
20 January 31st, 2001, that, in fact, the lower wholesale
21 prices would cause lower AWPs to be published, you
22 perceived a problem, correct?
23   A.  Correct.
24   Q.  And that's the problem that you felt needed
25 upper management attention, correct?

Page 247

1    A.  Correct.
2    Q.  Why would upper management need to be
3  involved in an AWP decrease?
4         MR. COLE:  Object to the form.
5    A.  I guess they needed to -- to know there could
6  be an issue.
7    Q.  (BY MR. ANDERSON)  And what would the issue
8  be?
9         MR. COLE:  Object to the form.
10   A.  Maybe they had to review their wholesale
11 prices that they were planning on changing.
12   Q.  (BY MR. ANDERSON)  Let me take a bigger brush
13 here.
14        How is AWP important to Abbott?
15        MR. COLE:  Object to the form.
16   A.  I don't know.  I don't know.
17   Q.  (BY MR. ANDERSON)  Did you understand that
18 AWP was important to Abbott?
19        MR. COLE:  Object to the form.
20   A.  I heard the term.
21   Q.  (BY MR. ANDERSON)  And in addition to hearing
22 the term, you knew it was important, and that's why
23 you raised an AWP decrease issue with upper
24 management, correct?
25        MR. COLE:  Object to the form.

Page 248

1    A.  I raised the issue because of Kay raising the
2  issue.
3    Q.  (BY MR. ANDERSON)  And Kay raised the issue
4  in the context of lowering the AWPs, correct?
5    A.  That's what she states, yes.
6    Q.  All right.  And as a result, you understood
7  that that would be an important issue to Abbott,
8  correct?
9         MR. COLE:  Object to the form.
10   A.  Well, I felt that management should see this.
11   Q.  (BY MR. ANDERSON)  Right.
12   A.  Correct.
13   Q.  Why is it that you felt that way?
14        MR. COLE:  Object to the form.  You've
15 asked her this at least six or seven times.
16        THE WITNESS:  I agree.  I've answered it
17 many times.
18   Q.  (BY MR. ANDERSON)  Ma'am, I don't want to
19 argue with you on the record.  I just want to know why
20 you felt that an AWP decrease was something that
21 deserved upper management approval?
22        MR. COLE:  Object to the form.
23   A.  I felt that they needed to review it because
24 of the issues Kay brought up.
25   Q.  (BY MR. ANDERSON)  "The issues" being the

Page 249

1  AWPs coming down, correct?
2    A.  Well, that is the issue that she's stating in
3  here, yes.
4    Q.  Right.  Why did you feel like that needed
5  upper level -- upper management attention?
6    A.  It wasn't on my level --
7         MR. COLE:  Object to the form.
8    A.  -- to answer her question.
9    Q.  (BY MR. ANDERSON)  If AWP was unimportant,
10 couldn't you handle that issue yourself?
11   A.  No.
12        MR. COLE:  Object to the form.
13   A.  I had nothing to do with AWP.  I've stated
14 that since I walked in here.  I never did anything
15 with AWP.
16   Q.  (BY MR. ANDERSON)  Other than tell the
17 compendia what formula to use and verify the annual
18 prices?
19   A.  I've never told them that.  Just the Calcijex
20 products, and I didn't do it.  Mikey -- Mike Heggie
21 did that.
22   Q.  You agree that you've testified repeatedly
23 today that you knew the formula for all the Abbott HPD
24 products, correct?
25        MR. COLE:  Object to the form.

63 (Pages 246 to 249)

36182266-7c50-47fe-9423-7b2843292aab

Page 250

1     A.  I know the formula.  I never told them that
2  formula.
3     Q.  (BY MR. ANDERSON)  Oh, okay.
4     A.  They have their formulas.  I never told them
5  to use that formula.
6     Q.  Is the truth, ma'am, that you understood AWP
7  was important and potential decreases deserved upper
8  management attention because it was going to impact
9  reimbursement on Abbott drugs?
10        MR. COLE:  Object to the form.
11    A.  No.  I sent this to Harry because Kay brought
12 up this issue and she wasn't going implement these
13 prices, so I sent it to Harry and said, This is in
14 your court now.  You deal with it.
15    Q.  (BY MR. ANDERSON)  So you didn't feel like
16 that had anything at all to do with Medicaid
17 reimbursement?
18    A.  No.  To me, it was a price change that I was
19 communicating to her.
20        (Discussion off the record.)
21        MR. WINTER:  Can you find an exhibit?
22 Let's take a recess and find an exhibit on your disk
23 that was previously entered.
24        THE REPORTER:  Stand by, please.
25        THE VIDEOGRAPHER:  Off the record at

Page 251

1  2:47 p.m.
2         (Discussion off the record.)
3         THE VIDEOGRAPHER:  The time is 2:49 p.m.
4  Back on the record.
5         MR. WINTER:  Ma'am, this -- this doesn't
6  have a sticker on it, but it was 922 in a prior
7  deposition.
8         THE WITNESS:  Okay.
9         (Document tendered.)
10    Q.  (BY MR. ANDERSON)  Ma'am, if you could,
11 please review what's marked as Exhibit 922.  It's an
12 e-mail conversation involving you back on or about
13 May 5th, 1997.
14    A.  Okay.
15    Q.  Up at the top of the page, does that appear
16 to be an e-mail that you wrote to Harry Adams back on
17 May 5th, 1997?
18    A.  Yes.
19    Q.  And it's concerning a "Vancomycin list price
20 discrepancy," correct?
21    A.  Correct.
22    Q.  And you write and you state in the second
23 paragraph, "Just to let you know, these are some of
24 the items Jerry Eichhorn tried to adjust a few years
25 ago and it caused all kinds of issues with medicaid

Page 252

1  reimbursements (i.e Redbook, First Data Bank,
2  Medi-Span Companies)."
3         Did I read that correctly?
4     A.  Yes.
5     Q.  What did you mean by that statement?
6     A.  I -- all I can say is from reading this.  It
7  caused some issues.  I don't really remember this, you
8  know, clearly.
9     Q.  You understand, don't you, over your years of
10 experience at Abbott that information, particularly
11 pricing information, published by Redbook, First
12 DataBank and Medi-Span has been utilized in Medicaid
13 reimbursements, correct?
14    A.  Yes.
15    Q.  All right.  And while you might not recall
16 the specific Vancomycin issues, you knew that when you
17 reported prices to Redbook, First DataBank and
18 Medi-Span, that that information in turn would be
19 published to Medicaid for reimbursement, correct?
20    A.  Correct.
21        MR. COLE:  Object to the form.
22    Q.  (BY MR. ANDERSON)  All right.  Given that
23 knowledge that you had back in May of '97 and -- as
24 early as May of '97, is that probably why you felt
25 like significant AWP decreases on many products on or

Page 253

1  about January 31st of 2001 would require upper
2  management approval at Abbott?
3         MR. COLE:  Object to the form.
4     A.  Well, as stated before, I, you know, felt
5  that they're the ones that should make the decision
6  for --
7     Q.  (BY MR. ANDERSON)  So is the answer to my
8  question a yes?
9     A.  Yes.
10        MR. COLE:  Object to the form.
11    Q.  (BY MR. ANDERSON)  All right, Ms. Cicerale.
12 I'm going to have some questions for you about your
13 resumé actually, which I believe is marked as
14 Exhibit 924.
15        Specifically, under "Awards," you wrote
16 a section titled "Awards," and one of the awards you
17 listed was "Received award in 1994 for the
18 implementation of the Contract Proposal Bid Management
19 System within Contract Marketing."
20        Did I read that correctly?
21    A.  Correct.
22    Q.  What was the contract proposal bid management
23 system?
24    A.  It was a contract system, and that -- CAS was
25 what came out of this system.  You know, they went

64  (Pages 250 to 253)

36182266-7c50-47fe-9423-7b2843292aab

Page 254

1  from this generation to CAS.  So they were the same --
2  the same system.
3      Q.  All right.  So the CPBMS was merely the
4  predecessor to the Contract Administration System,
5  also known as CAS?
6      A.  Correct.
7      Q.  All right.  Now, that leads me to my next
8  series of questions, which was this morning you were
9  describing the basic database structure, and if -- if
10 you don't mind, I'd like to literally diagram this so
11 that I can understand better the architecture.
12          If I understand your testimony
13 correctly, there was a system known as OPS, Order
14 Processing System, correct?
15     A.  Correct.
16     Q.  And it -- that was the system that actually
17 was utilized in creating invoices that were billed to
18 Abbott customers, correct?
19     A.  Correct.
20     Q.  And that was the only system that billed
21 customers, correct?
22     A.  Correct.
23     Q.  Right.  And the OPS in turn was populated
24 from a field -- I mean -- pardon me -- a file known as
25 the CPP, correct?

Page 255

1      A.  Correct.
2      Q.  And that stood for Corporate Product Price
3  file, correct?
4      A.  Right.  Correct.
5      Q.  And how did the information from the CPP get
6  transmitted to OPS?
7      A.  It was a nightly feed.
8      Q.  So that was done electronically, correct?
9      A.  Correct.
10     Q.  All right.  Then there was another database
11 known as the CAS, Contract Administration System,
12 correct?
13     A.  Correct.
14     Q.  Did the CAS in any way transmit information
15 to OPS?
16     A.  I can't be a hundred percent sure on that.
17 Somehow the two of them worked together, CAS and OPS,
18 as far as generating the correct price.  So if a
19 hospital had a contract price, it would get the feed
20 from CAS to get the contract price.  I'm not sure
21 where the tie is.  They worked together, the two
22 systems.
23     Q.  All right.  So you're not sure exactly how it
24 was done, but you understood that the pricing
25 information in the CAS system was utilized in

Page 256

1  determining what price to invoice Abbott customers?
2      A.  Correct.
3      Q.  All right.  And you believe that that was
4  through some type of automatic connection, but you're
5  not exactly sure how?
6      A.  Right.
7      Q.  And if I understood your testimony correctly
8  this morning, the person or group, rather, that was
9  considered kind of the administrator and manager of
10 the CAS system was the Contract Marketing also known
11 as the pricing department, correct?
12     A.  Correct.
13     Q.  And the CPP, on the other hand, was a
14 database that was ultimately maintained and
15 administered by the data group managed by Bruce
16 Stowell?
17     A.  And it was a corporate database.
18     Q.  Right.  What does that mean?  When you say
19 "corporate," what do you mean by that?
20     A.  It was used by all the divisions.  So, you
21 know, the pharmaceutical division would send their
22 feeds; the veterinarian division send their feeds.
23 All the different divisions of -- of Abbott would put
24 their input into OPS.
25     Q.  When --

Page 257

1      A.  Or CPP rather.
2      Q.  When you use the -- the word "corporate," I
3  take it you mean a single corporation?
4          MR. COLE:  Object to the form.
5      Q.  (BY MR. ANDERSON) Is that right?
6      A.  Yeah.
7      Q.  What corporation did you understand
8  maintained the CPP?
9      A.  Well, "corporate," I meant the division.
10 There was a division called Corporate.
11     Q.  Oh.  Okay.  So it was -- it was a group of
12 individuals that were part of a division titled
13 Corporate that worked to assist all of the other
14 operating divisions of Abbott, is that correct?
15     A.  Correct.
16     Q.  Okay.  Then if I understood your testimony
17 correctly about databases, you personally input data
18 routinely into something called the product database,
19 correct?
20     A.  Correct.
21     Q.  And that database in turn nightly fed the CAS
22 system, correct?
23     A.  Correct.
24     Q.  And in turn, to the extent prices were being
25 billed to customers, the CAS system was referenced in

36182266-7c50-47fe-9423-7b2843292aab

Page 258

1  some way, and you're not exactly sure the specifics,
2  correct?
3      A.  Correct.
4          MR. COLE:  Object to the form.
5      Q.  (BY MR. ANDERSON)  Now, the product database
6  had, if I understand your testimony correctly, three
7  different price types or price fields, and those were
8  government, wholesale and direct, correct?
9      A.  Correct.
10     Q.  And government was a price that was actually
11  billed to government purchasers and government
12  entities who dispensed drugs, correct?
13     A.  Correct.
14     Q.  Such as the Federal Supply Schedule?
15     A.  Right.
16     Q.  Or the VA, Veterans Administration, correct?
17     A.  Correct.
18     Q.  All right.  What pricing terms -- is that the
19  universe of pricing terms that were maintained in the
20  product database?
21     A.  What's the question?
22     Q.  I'm sorry.  I'll rephrase it.
23         Other than direct, wholesale and
24  government, were there any other pricing terms or
25  pricing fields that were maintained in the product

Page 259

1  database?
2      A.  No.
3      Q.  Now, what were the pricing terms that were
4  maintained in the CAS system?
5      A.  That had the same three --
6      Q.  Of course.
7      A.  -- fields, and then it would have contract
8  prices.
9      Q.  Are you familiar with prices at Abbott known
10  as parameter prices?
11         MR. COLE:  Object to the form.
12     A.  Yeah, I've heard the -- heard it.
13     Q.  (BY MR. ANDERSON)  And did you understand
14  that the parameter prices were kept in the CAS system?
15     A.  I -- I don't -- I didn't know that.  I
16  thought it was on a spreadsheet or something like
17  that.
18     Q.  Okay.  You've referenced a spreadsheet.
19  Is -- is that what is also known as the resource file?
20     A.  Yes.
21     Q.  And if I understood your testimony correctly
22  this morning, you actually were responsible for
23  retrieving information out of the CAS system to create
24  these resource file spreadsheets, and then in turn you
25  would share those with the analysts, correct?

Page 260

1      A.  I -- I wouldn't pull the information from
2  CAS.  I'd pull it from that product database.
3      Q.  Did you have access to the CAS system?
4      A.  Yes.
5      Q.  Did you have access to the product database?
6      A.  Yeah.
7      Q.  Other than those two databases, what other
8  databases did you have electronic access to?
9      A.  Well, I would send a CPP.  You know, when we
10  had the major price changes --
11     Q.  Uh-huh.
12     A.  -- I could electronically feed that database.
13     Q.  Oh.  So you had -- you had direct access to
14  CPP electronically as well?
15     A.  Only for prices.
16     Q.  For prices?
17     A.  When -- when we do the price change yearly.
18     Q.  So while you -- you sometimes transmitted
19  pricing information to CPP via e-mail or memo, you
20  also sometimes could input it directly yourself,
21  correct?
22     A.  Correct.
23     Q.  Now, for each of those databases, did you
24  have to have some type of password or were -- were you
25  able to just get on immediately?

Page 261

1      A.  No.  You had to have a password.
2      Q.  Okay.  And did you understand that as well as
3  you, others in Contract Marketing, also known as the
4  pricing department, had that access?
5      A.  Right.
6      Q.  Right.  So, for instance, persons like Jerry
7  Eichhorn, Harry Adams, your boss, Alan Greenthal,
8  others had the same access to the same databases you
9  did, correct?
10         MR. COLE:  Object to the form.
11     A.  To CAS.
12     Q.  (BY MR. ANDERSON)  To CAS.  But also to the
13  product database?
14     A.  No.
15     Q.  Oh, no?  Who had access to the product
16  database other than yourself?
17     A.  Myself and there was a co-worker.
18     Q.  What was that person's name?
19     A.  At the time, it was Kathy Hoyle.
20     Q.  I take it Ms. Hoyle is not with Abbott any
21  longer?
22     A.  Correct.
23     Q.  Did she retire as well?
24     A.  I think she just quit.
25     Q.  Do you recall roughly what years Kathy Hoyle

66  (Pages 258 to 261)

36182266-7c50-47fe-9423-7b2843292aab

Page 262

1  was working alongside you?
2      A.  Probably the mid-90s to when I retired.
3      Q.  You mentioned that you would make these
4  resource file spreadsheets available on the server.
5          Was that a server that was accessible by
6  all of Abbott HPD?
7      A.  No.  Just people in Contract Marketing.
8      Q.  And when you say "Contract Marketing," you
9  mean all individuals working in Contract Marketing
10 within HPD both at the HBS, Hospital Business Sector,
11 and at Alternate Site Business Sector, correct?
12     A.  Correct.
13     Q.  So accordingly, Alternate Site Contract
14 Marketing personnel had access to the CAS system that
15 was equal to the access that HBS Contract Marketing
16 individuals had, correct?
17     A.  Correct.
18     Q.  All right.  I'm going to show you an example
19 of a resource file.  Please take a look, if you could,
20 Ms. Cicerale, at what's been marked in this case as
21 Exhibit 281.
22          (Document tendered.)
23          THE WITNESS:  Okay.
24     Q.  (BY MR. ANDERSON)  Does this document look
25 familiar to you, or at least the format of this

Page 263

1  document?
2      A.  Yes.
3      Q.  Is this what was known as a resource file
4  spreadsheet?
5      A.  Yes.
6      Q.  And if you could, looking at the first page
7  of Exhibit 281, I see in the middle of the page a
8  field titled "Factory Cost."  Do you see that?
9      A.  Yes.
10     Q.  Is that a price field that you would have
11 been responsible for retrieving from the CAS system
12 and -- I mean -- pardon me -- the product database
13 system and including in the resource file spreadsheet?
14     A.  I -- I got it from a feed from somebody from
15 another department, and then I would electronically
16 put it into that database.
17     Q.  Okay.  What other pricing fields on
18 Exhibit 281 would you have been responsible for
19 placing into the resource file spreadsheets?
20     A.  Let's see.  Up to "Factory Cost" -- all of
21 them up to "Factory Cost"; and then the "RxLink WAC"
22 and customer contract and -- the next three pricing
23 fields, I would pull from CAS with the contract
24 number, I'd pull the -- that contract.  So I'd feed it
25 in here so that they could view it.  So I don't know

Page 264

1  that -- I wasn't responsible for it, but I gave them
2  the information so that they'd have it for analyzing
3  their prices.
4      Q.  When you say you used a contract number, you
5  mean there was one numerical descriptor of the RX
6  program, and you could use that to pull --
7      A.  Yes.
8      Q.  -- all of the RxLink prices?
9      A.  Correct.
10     Q.  Including the wholesale acquisition cost
11 price, as well as the contract price, correct?
12     A.  Correct.
13     Q.  And you were retrieving those from CAS,
14 correct?
15     A.  Correct.
16     Q.  And not only did you have that ability, but
17 it was your understanding that everybody in Contract
18 Marketing whether they be Alternate Site or Hospital
19 Business Sector could do the same thing?
20          MR. COLE:  Object to the form.
21     A.  If they knew the contract number, yes.
22     Q.  (BY MR. ANDERSON)  And it was just one single
23 contract number, I take it, correct?
24     A.  Well, when things changed, then the version
25 number would change, the contract number would change.

Page 265

1      Q.  But it wasn't customer specific?
2      A.  No.
3      Q.  What was -- you may not recall, and I
4  understand if you don't, but given that you might have
5  dealt with it enough times, do you remember the
6  contract number?
7      A.  No.
8      Q.  Where did you go to reference the contract
9  number when you were wanting to retrieve RX --
10     A.  I would go contact one of Harry Adams' people
11 that worked for him, and I'd ask them what the latest
12 contract number was for these various prices.
13     Q.  And since Harry's group was kind of the
14 wholesale Contract Marketing group, they would have
15 the latest and greatest identifier for the RX program,
16 they would share that identifier with you, and in turn
17 you could retrieve all the prices, correct?
18     A.  Correct.
19          MR. COLE:  Object to the form.
20     Q.  (BY MR. ANDERSON)  So obviously Harry's
21 people could retrieve all of the related wholesale
22 prices too?
23     A.  Right.
24     Q.  Then next to those Rx price -- RxLink prices
25 is a price titled "Government Price," correct?

67 (Pages 262 to 265)

36182266-7c50-47fe-9423-7b2843292aab

Page 266

1    A.  Correct.
2    Q.  That you could retrieve from your product
3  database?
4    A.  Correct.
5    Q.  Okay.  Then there's other prices that seem to
6  be customer specific.
7        Did you have any responsibility in
8  retrieving those prices?
9    A.  No.
10   Q.  Looking at the back of the exhibit, which is
11  Page 3 of Exhibit 281, there is -- in the middle of
12  the page there's two pricing terms known as "Group
13  Low" and "Group High."  Do you see that?
14   A.  Right.
15   Q.  Did you have any responsibility for
16  retrieving those prices?
17   A.  No.
18   Q.  Did you ever have any experience pulling
19  those prices?
20   A.  No.
21   Q.  Over toward the right-hand side of the page
22  there's a pricing field titled "Pricing Strategy."  Do
23  you see that?
24   A.  Oh, yeah.  Okay.  Yeah, I see that.
25   Q.  And then some percentages there of

Page 267

1  2.7 percent for each drug, correct?
2    A.  Correct.
3    Q.  Do you have an understanding of what that
4  means?
5    A.  No.
6    Q.  Did you ever have any experience in
7  retrieving pricing strategy information?
8    A.  No.
9    Q.  In your experience, when these annual direct
10  price increases were taken, were they roughly about
11  two or three percent a year?
12   A.  Yeah.  Probably, yeah.
13   Q.  Did you ever hear of a pricing strategy for
14  the Abbott HPD products other than two to three
15  percent annual increases?
16   A.  You mean was there ever anything higher than
17  that?  Or what are you asking?
18   Q.  Well, I'll -- I appreciate you don't recall
19  the exact percentages for each year.
20   A.  Right.
21   Q.  But what I'm asking is other than an
22  approximate increase around three percent each year,
23  do you recall any other Abbott HPD pricing strategies?
24   A.  No.
25   Q.  What would you consider the price changes

Page 268

1  that Abbott implemented in or about May of 2001 to be?
2        MR. COLE:  Object to the form.
3    A.  Price changes.
4    Q.  (BY MR. ANDERSON)  Would you consider that to
5  have been part of a pricing strategy?
6        MR. COLE:  Object to the form.
7    A.  Yes.
8    Q.  (BY MR. ANDERSON)  Were you aware of some
9  ongoing pricing strategy to change the way that prices
10  were reported by Abbott on or about May of 2001?
11   A.  No.
12   Q.  Before you were asked to share the prices to
13  First DataBank that were attached to your initial
14  January 31st, '01, e-mail to Kay Morgan, were you
15  aware that lower wholesale prices were going to be
16  reported by Abbott?
17   A.  No.
18   Q.  Before you actually transmitted the
19  attachment to Kay Morgan, did you understand that the
20  prices, the wholesale prices, were much lower than
21  they had previously been reporting?
22   A.  No.  Because when I would get the price
23  increases, they'd give them to me on a spreadsheet;
24  say here are the new prices.
25   Q.  Right.  And my question really goes to when

Page 269

1  you would receive these pricing spreadsheets, would
2  you analyze them for accuracy or review them in any
3  way or would you just simply pass them along to the
4  price-publishing services?
5    A.  I would pass them along.
6        MR. WINTER:  This is new, right?
7        MR. ANDERSON:  Yes.
8        MR. WINTER:  942.
9        (Deposition Exhibit 942 marked.)
10   Q.  (BY MR. ANDERSON)  Ma'am, please take a look
11  at what's been marked as Exhibit 942.
12       (Document tendered.)
13       THE WITNESS:  Okay.
14   Q.  (BY MR. ANDERSON)  Does this also appear to
15  be an example of a resource file spreadsheet?
16   A.  Yes.
17   Q.  How -- I noticed that this resource file is
18  dated December 6, 2002, and the prior exhibit,
19  Exhibit 281, was dated July, 1995.
20       How often were the resource files
21  updated?
22   A.  I usually --
23       MR. COLE:  Object to the form.
24   A.  -- would do them once a month.  Once a month.
25   Q.  (BY MR. ANDERSON)  And so, for instance,

68  (Pages 266 to 269)

36182266-7c50-47fe-9423-7b2843292aab

Page 270

1  Exhibit 942 titled "October 1995 Resource File" and
2  Exhibit 281 labeled "July 1995 Resource File" are
3  examples of those monthly resource files, correct?
4      A.  Correct.
5      Q.  And so if Abbott wanted to provide updated
6  pricing information, they had a ready spreadsheet on a
7  monthly basis that they could reference, correct?
8          MR. COLE:  Object to the form.
9      A.  Yeah, the department had this.  Not Abbott,
10 but the department.
11     Q.  (BY MR. ANDERSON)  "The department" meaning
12 the Contract Marketing, also known as the pricing
13 department, correct?
14     A.  Correct.
15     Q.  And that was true for your entire tenure in
16 the pricing or Contract Marketing Department, correct?
17     A.  No, they didn't have this early on.
18     Q.  Oh, okay.  Before early of the age of
19 computers, the resource file wasn't maintained?
20     A.  Right.
21     Q.  Well, they had them at least until you left,
22 correct?
23     A.  Correct.
24     Q.  When do you think they started maintaining
25 resource files, roughly?

Page 271

1      A.  Well, this is '95.
2      Q.  So at least by --
3      A.  I'd say, you know, early '90s.
4      Q.  So in your experience, a monthly resource
5  file was created and maintained by Abbott on all the
6  HPD drugs somewhere from the early '90s all the way to
7  2003 when you left, correct?
8          MR. COLE:  Object to the form.
9      A.  Correct.
10     Q.  (BY MR. ANDERSON)  If you look at the bottom
11 of Exhibit 942, ma'am, do you see a file path there?
12     A.  Do I see a file path?
13     Q.  I'll be a little more specific.
14         In very small print in the lower
15 left-hand corner of the first page of Exhibit 942 --
16     A.  Okay.
17     Q.  -- do you see a file path?
18     A.  Yes.
19     Q.  Okay.  Is that a file path that you're
20 familiar with where all the resource files were
21 maintained on the server?
22     A.  I would -- this wouldn't be the file path
23 where I would put it.  You know, the -- I would put it
24 on the upper plat -- platform of the server, and then
25 analysts would go and extract copies of it, and then

Page 272

1  they'd use their copies for their analysis.  But they
2  would never touch the library copy, let's say, the one
3  that I put out there.
4      Q.  Got you.  Okay.
5      A.  They'd make copies of -- of that for their
6  own use.
7      Q.  Is there any computer file name or shorthand
8  to describe that upper platform on the server that was
9  basically a library for the resource files?
10     A.  Well, I think it just said P colon slash
11 resource.  That was where the -- the main one was.
12     Q.  Okay.  In -- in your years of extracting
13 RxLink WAC prices and including those in the resource
14 file, did you ever contrast those WAC prices with the
15 wholesale prices that you reported to the
16 price-publishing services?
17     A.  No.
18     Q.  Did you understand that those WACs that you
19 were using to populate the resource file were the same
20 wholesale prices that you were publishing to the
21 price-publishing services?
22     A.  Yes.
23         MR. COLE:  Object to the form.
24     Q.  (BY MR. ANDERSON)  And so, for instance, when
25 you saw routinely WAC prices published by Redbook, how

Page 273

1  would you go about verifying that those WAC prices
2  were correct?
3      A.  I would look it up in my HPD product
4  database.
5      Q.  Did you ever also look it up in the CAS WAC
6  pricing?
7      A.  No.
8      Q.  You believed that the CAS WAC pricing was the
9  same as the product database wholesale pricing?
10     A.  Yes.
11     Q.  Did you ever come to understand that the WACs
12 that were actually used by the CAS system to bill
13 wholesalers were different than the wholesale prices
14 that had been reported to the price-publishing
15 services prior to May of 2001?
16     A.  No.
17     Q.  Did you understand that the prices that you
18 published to Kay Morgan on or about January 31st,
19 2001, were much lower because they were the actual
20 invoice wholesale prices?
21         MR. COLE:  Object to the form.
22     A.  I -- repeat that.  I didn't understand that.
23     Q.  (BY MR. ANDERSON)  Did you understand that
24 the wholesale prices you reported to Kay Morgan on or
25 about January 31st, 2001, were much lower than the

69 (Pages 270 to 273)

36182266-7c50-47fe-9423-7b2843292aab

Page 274

1  previously reported wholesale prices because those
2  were the actual invoice prices to wholesalers?
3          MR. COLE: Object to the form.
4      A. No, I didn't understand that. I understood
5  that they were lowered.
6      Q. (BY MR. ANDERSON) Was there any type of
7  computer barrier or hurdle that would have prevented
8  any pricing personnel from reviewing the Rx WACs in
9  reporting prices to the compendia such as First
10 DataBank or Redbook or directly to Medicaid programs
11 such as Texas Medicaid?
12         MR. COLE: Object to the form.
13     A. I don't -- I don't -- I'm not sure I know
14 what you mean.
15     Q. (BY MR. ANDERSON) Was there some type of --
16 I'll rephrase it slightly.
17         Can you think of any reason why actual
18 WACs billed to wholesalers would not have been
19 reported to the price-publishing services such as
20 First DataBank or directly to Medicaid such as Texas
21 Medicaid?
22         MR. COLE: Object to the form.
23     A. Why they wouldn't be?
24     Q. (BY MR. ANDERSON) Yes, ma'am.
25     A. No, I can't think of any.

Page 275

1      Q. And as the person who was basically
2  responsible for receiving pricing determined by Abbott
3  and in turn sharing that with the pricing services,
4  you believed you were sharing the actual invoice
5  prices charged to wholesalers, correct?
6          MR. COLE: Object to the form.
7      A. Correct.
8      Q. (BY MR. ANDERSON) And still to this day, you
9  understand that you were sharing the actual wholesale
10 prices charged to wholesalers by Abbott, correct?
11         MR. COLE: Object to the form.
12     A. Correct.
13         MR. WINTER: If you could pull up
14 Exhibit 582 on your computer, please.
15         MR. ANDERSON: No, that's cool.
16         MR. WINTER: There's only one copy of
17 it.
18         MR. ANDERSON: It's fine.
19     Q. (BY MR. ANDERSON) Ma'am, if you could, take
20 a look at what's been marked in this case as
21 Exhibit 582. And it's just one page, so I'll allow
22 counsel to take a look at it first.
23         MR. WINTER: That one is not marked, but
24 that's it.
25         (Document tendered.)

Page 276

1          MR. COLE: Do we have a number for this?
2          MR. ANDERSON: 580 --
3          MR. WINTER: 582.
4          MR. ANDERSON: 582.
5          MR. COLE: 582. Okay. Let me just jot
6  the Bates stamp here. Thank you.
7          (Document tendered.)
8          THE WITNESS: Okay.
9      Q. (BY MR. ANDERSON) Does Exhibit 582 appear to
10 be an e-mail you wrote to Harry Adams with a copy to
11 Tom Turner back on or about October 27th, 1997?
12     A. Yes.
13     Q. And you're explaining to Mr. Adams your
14 procedure for communicating to the databank companies,
15 correct?
16     A. Correct.
17     Q. And specifically, that would include
18 Medi-Span, Redbook and First DataBank, correct?
19     A. Correct.
20     Q. And, in fact, you list them underneath with
21 contact information, correct?
22     A. Correct.
23     Q. And you write under the paragraph titled
24 No. 1, quote, "Each price increase I send the three
25 data bank companies our list price (direct) and the

Page 277

1  wholesale price (highest wholesale price)."
2          Did I read that first sentence
3  correctly?
4      A. Yes.
5      Q. What did you mean by "highest wholesale
6  price"?
7      A. The wholesale price that I implemented into
8  CPP for --
9      Q. The prices contained --
10     A. -- the wholesale price.
11     Q. -- in the pricing field titled "wholesale" in
12 the CPP database?
13     A. Correct.
14     Q. And would those be the same wholesale prices
15 that were input into the product database?
16     A. Correct.
17     Q. When you say "highest wholesale price," were
18 you aware of some other lower wholesale prices on
19 respective products?
20     A. Well, I didn't want him to get confused as to
21 those contract -- wholesale contract prices.
22     Q. And when you say "wholesale contract prices,"
23 you're talking about what?
24     A. The RxLink and the other ones that are
25 mentioned in the resource file.

FREDERICKS-CARROLL REPORTING
AUSTIN (512) 477-9911 - HOUSTON (713) 572-8897 - SAN ANTONIO (210) 222-9161

36182266-7c50-47fe-9423-7b2843292aab

Page 278

1     Q.  Did you consider the RxLink WAC pricing to be
2  a contract price?
3     A.  Yes.
4     Q.  Did you understand that any wholesalers
5  purchased products other than through the RxLink
6  program?
7           MR. COLE:  Object to the form.
8     A.  Did what now?
9     Q.  (BY MR. ANDERSON)  Did you understand that
10  wholesalers actually purchased product outside of the
11  RxLink program?
12     A.  Well, whatever contract they had, they --
13  that's the price they would get priced off of.
14     Q.  Okay.  I think I understand your answer.
15          Did you have any understanding that any
16  wholesalers did business with Abbott outside of the
17  context of the RxLink program or any other contract?
18          MR. COLE:  Object to the form.
19     A.  No.
20     Q.  (BY MR. ANDERSON)  You knew that all the
21  wholesalers were part of the program, correct?
22     A.  Right.
23          MR. COLE:  Object to the form.
24     Q.  (BY MR. ANDERSON)  Okay.  So knowing that,
25  why did you report wholesale prices that were not part

Page 279

1  of the RxLink program?
2           MR. COLE:  Object to the form.
3     A.  Because the RxLink program was a contract
4  price.
5     Q.  (BY MR. ANDERSON)  A contract price that was
6  available to every single wholesaler?
7     A.  If they were tied to that contract.
8     Q.  Right.
9     A.  They had to be, you know, tied to that
10  contract in the system.
11     Q.  Right.
12     A.  Otherwise they weren't going to get that
13  price.
14     Q.  Right.  But you're not aware of any
15  wholesalers that weren't a part of the program,
16  correct?
17          MR. COLE:  Object to the form.
18     A.  Well, I can't say who was tied to that
19  contract.
20     Q.  (BY MR. ANDERSON)  I know you can't name
21  names.
22     A.  Right.
23     Q.  I'm saying were you aware of any wholesaler
24  that was not part of the program?
25     A.  No, I'm not aware of any.

Page 280

1     Q.  So when you say in your message to Harry
2  Adams back on Exhibit 582 that you report the
3  wholesale -- pardon me -- the highest wholesale price,
4  you were indicating to Mr. Adams that he should not
5  get confused between the wholesale prices you're
6  reporting and the actual prices being charged
7  wholesalers?
8           MR. COLE:  Object to the form.
9     A.  I was indicating that these were the
10  wholesale prices that were in CPP.
11     Q.  (BY MR. ANDERSON)  Did you and Mr. Adams ever
12  discuss the nature of the wholesale prices that you
13  were reporting?
14     A.  Well, I'm sure we must have discussed some --
15  something.
16     Q.  Do you believe Harry Adams understood that
17  you were reporting wholesale prices to the
18  price-publishing services that were not in any way
19  related to the RxLink program?
20          MR. COLE:  Object to the form.
21     A.  I believe he understood what I was reporting.
22     Q.  (BY MR. ANDERSON)  Okay.  Then continuing in
23  what you have titled Section 2, you write, "When a new
24  product is introduced I either fax or e-mail the
25  following information:  A.  Direct price."

Page 281

1           Did I read that correctly?
2     A.  Correct.
3     Q.  And there you're referencing the direct price
4  that was input by you into the CPP database as well as
5  the product database, correct?
6     A.  Correct.
7     Q.  Did you ever take any steps to understand
8  whether Abbott was actually selling products to direct
9  purchasers at direct price?
10          MR. COLE:  Object to the form.
11     A.  No.
12     Q.  (BY MR. ANDERSON)  Did you feel like you
13  needed to know whether or not Abbott was actually
14  selling at direct price when you were representing to
15  the price-publishing services that that was, in fact,
16  Abbott's direct price?
17          MR. COLE:  Same objection.
18     A.  No.
19     Q.  (BY MR. ANDERSON)  Why not?
20     A.  My function was to communicate the prices and
21  to publish the catalogs.
22     Q.  So that kind of harkens back to your role of
23  receiving pricing information from the pricing
24  personnel that set the prices at Abbott and just
25  communicating that in turn to the price-publishing

71 (Pages 278 to 281)

36182266-7c50-47fe-9423-7b2843292aab

Page 282

1  services, correct?
2      A.  Correct.
3      Q.  In making these representations about these
4  prices, did you understand that the people setting the
5  prices at Abbott understood what was being requested?
6          MR. COLE:  Object to the form.
7      A.  I -- I don't know how to answer that one.  I
8  would hope they would.  Otherwise why were they hired.
9  You know, that's what their jobs were.
10     Q.  (BY MR. ANDERSON)  How -- how did they
11  understand what was being requested?
12         MR. COLE:  Object to the form.
13     A.  I don't understand that question.
14     Q.  (BY MR. ANDERSON)  Well, were you involved in
15  communicating to them the request from the
16  price-publishing services?
17         MR. COLE:  Object to the form.
18     A.  No.
19     Q.  (BY MR. ANDERSON)  So, for instance, we've
20  seen today numerous examples of where you received
21  pricing reports from the pricing services.
22         Did you in turn share those reports with
23  the price-setting personnel at Abbott?
24     A.  Oh, Harry got copies of those books.
25     Q.  All right.

Page 283

1      A.  Yes.
2      Q.  So Harry Adams was receiving the same price
3  verification reports that you were receiving?
4      A.  Right.
5      Q.  And you just trusted that Harry Adams would
6  be analyzing those prices to ensure that they're
7  accurate and that the representations are correct and
8  that the compendia was not publishing inaccurate
9  information, correct?
10         MR. COLE:  Object -- object to the form.
11     A.  Well, I can't say what he did with them.
12     Q.  (BY MR. ANDERSON)  No, I'm not saying that
13  you knew what he did.  I'm saying you trusted that he
14  would be making that type of evaluation, correct?
15         MR. COLE:  Object to the form.
16     A.  Well, I know what I had to do with them.  I
17  can't say what he did with them.
18     Q.  (BY MR. ANDERSON)  Well, were you counting on
19  Harry Adams to be able to evaluate the accuracy of the
20  pricing --
21     A.  No.
22     Q.  -- since he was a price-setter?
23     A.  No, because what I was just basically doing
24  was proofreading their prices against the current
25  prices.

Page 284

1      Q.  Who at Abbott was ultimately responsible for
2  verifying that the prices the pricing services were
3  publishing were accurate?
4          MR. COLE:  Object to the form.
5      A.  I -- I don't know that there was anybody.
6      Q.  (BY MR. ANDERSON)  Nobody was responsible?
7          MR. COLE:  Object to the form.
8      A.  Well, I would send the information to them,
9  you know, assuming that they're going to put it in
10  there correctly.
11         MR. ANDERSON:  Objection, nonresponsive.
12     Q.  (BY MR. ANDERSON)  Ma'am, I'm -- I'm focusing
13  on Abbott here.
14     A.  Uh-huh.
15     Q.  Abbott is making price representations to the
16  pricing services.  You'll agree with that, won't you?
17     A.  Correct.
18     Q.  Okay.  Who is responsible for making sure
19  those representations are made correctly?
20         MR. COLE:  Object to the form.
21     A.  I -- I guess I would if -- if you want to say
22  because I sent them the updates.
23     Q.  (BY MR. ANDERSON)  All right.  Well, given
24  that you were responsible, what steps did you take to
25  understand whether Abbott was actually selling any

Page 285

1  product at direct price when Abbott was representing
2  those direct prices to the pricing services?
3          MR. COLE:  Object to the form.
4      A.  That I don't have -- have any input on.
5      Q.  (BY MR. ANDERSON)  Well, how is it that you
6  could be responsible for the accuracy of the pricing
7  then?
8          MR. COLE:  Object to the form.
9      A.  Whatever information was given to me, I would
10  communicate that to -- to the places.  So I'm not sure
11  what you're asking.
12     Q.  (BY MR. ANDERSON)  So really what you're
13  saying is that ultimately all you did was just compare
14  a price list with another price list?
15     A.  Correct.
16     Q.  And you didn't do any -- you didn't take any
17  steps to understand whether the prices printed on the
18  paper were actually being used in Abbott's business?
19         MR. COLE:  Object to the form.
20     A.  That's correct.
21     Q.  (BY MR. ANDERSON)  And you didn't understand
22  that anybody else at Abbott was taking any steps to
23  understand whether or not the prices that they were
24  representing to the pricing services were accurate?
25         MR. COLE:  Object to the form.

72 (Pages 282 to 285)

36182266-7c50-47fe-9423-7b2843292aab

Page 286

1  A. That I can't answer for other people.
2  Q. (BY MR. ANDERSON) I'm -- I'm not asking you
3 to tell me what they knew. I'm saying did you know of
4 any other people that were responsible for making sure
5 that the price representations by Abbott to the
6 pricing services were accurate?
7      MR. COLE: Object to the form.
8  A. No.
9  Q. (BY MR. ANDERSON) Including Mr. Adams?
10      MR. COLE: Object to the form.
11  A. I can't say. Maybe he would call up and ask
12 them for a price or something. I don't know what his
13 communications were.
14  Q. (BY MR. ANDERSON) Now, likewise with respect
15 to the wholesale prices that you reported, did you
16 take any steps to verify that Abbott was actually
17 transacting business with any wholesalers at the
18 wholesale prices you reported to the price-publishing
19 services such as First DataBank and Redbook?
20      MR. COLE: Object to the form.
21  A. No.
22  Q. (BY MR. ANDERSON) And are you aware of
23 anybody else at Abbott that took any steps to make
24 sure that the price representations by Abbott
25 concerning wholesale prices to the pricing services

Page 287

1 were accurate?
2      MR. COLE: Object to the form.
3  A. I -- I can't say. I don't -- I don't know.
4 Could be.
5  Q. (BY MR. ANDERSON) Is it true that Harry
6 Adams would have been the most knowledgeable person at
7 Abbott about what Abbott was really selling its
8 products to wholesalers for?
9  A. Yes.
10      MR. COLE: Object to the form.
11  Q. (BY MR. ANDERSON) And while you won't speak
12 for Mr. Adams, at the minimum, you knew he was
13 receiving the same annual price verification reports
14 from Redbook and First DataBank that you were,
15 correct?
16  A. Correct.
17  Q. All right.
18      (Discussion off the record.)
19  Q. (BY MR. ANDERSON) Were you ever aware that
20 the wholesale prices that you reported to the pricing
21 services such as First DataBank and Redbook were not
22 billed to any wholesalers?
23      MR. COLE: Object to the form.
24  A. I'm -- I'm not aware. Wasn't aware.
25  Q. (BY MR. ANDERSON) If for some products the

Page 288

1 wholesale prices that you reported to the pricing
2 services such as First DataBank and Redbook were never
3 billed by Abbott to any wholesalers, would that seem
4 deceptive to you?
5      MR. COLE: Object to the form.
6  A. I wouldn't have known that.
7  Q. (BY MR. ANDERSON) I know that you don't
8 know. I'm just asking if it were true, would that
9 seem deceptive?
10      MR. COLE: Object to the form.
11  A. What was the question?
12  Q. (BY MR. ANDERSON) If the wholesale prices
13 you had reported to the pricing services such as
14 First DataBank and Redbook were never actually billed
15 to any wholesalers for certain Abbott products, would
16 that seem deceptive?
17      MR. COLE: Object to the form.
18  A. Yes.
19  Q. (BY MR. ANDERSON) If for certain Abbott
20 products the direct prices that you reported to the
21 pricing services were never billed to any direct
22 customer such as a pharmacy, would that seem deceptive
23 to you?
24      MR. COLE: Object to the form.
25  A. Well, not really, because in -- in the

Page 289

1 catalog it's stated that these were list prices, the
2 highest -- you know, highest price available to
3 customers. So it was stated in the -- in the
4 catalogs, both catalogs, the wholesale catalog and the
5 list price catalog.
6  Q. (BY MR. ANDERSON) And how was that
7 important?
8      MR. COLE: Object to the form.
9  A. Well, you just said do you think it was
10 deceptive. No, because it was published.
11  Q. (BY MR. ANDERSON) What was published?
12  A. That that was the highest price, meaning you
13 may not be billed that price. You might be billed a
14 different price, you know, your contract price.
15  Q. In the catalogs, did Abbott ever disclose
16 that it didn't transact business at its direct prices
17 for certain products?
18      MR. COLE: Object to the form.
19  A. It just listed that this was the list price
20 that was referenced in the catalog.
21  Q. (BY MR. ANDERSON) So the answer to my
22 question is no?
23      MR. COLE: Object to the form.
24  A. Well, it said it was a list -- list price,
25 you know. People that got the catalog probably didn't

FREDERICKS-CARROLL REPORTING
AUSTIN (512) 477-9911 - HOUSTON (713) 572-8897 - SAN ANTONIO (210) 222-9161

36182266-7c50-47fe-9423-7b2843292aab

Page 290

1  even use it.
2     Q.  (BY MR. ANDERSON) So why publish the catalog
3  at all?
4           MR. COLE:  Object to the form.
5     A.  That was my question.
6     Q.  (BY MR. ANDERSON) You asked that --
7     A.  It was a lot of work.
8     Q.  You asked that question?
9     A.  Yeah.
10    Q.  And what were you told?
11    A.  That they have to publicize the highest
12 price.
13    Q.  Who told you that?
14    A.  Whoever was the manager at the time.
15    Q.  This is back sometime in the early '90s?
16    A.  Probably later on.
17    Q.  Mid-'90s?
18    A.  Yeah.
19    Q.  Do you think Mike Sellers told you that?
20    A.  That we had to publicize it?  Yes.  That you
21 had to reference it to the public.
22    Q.  So you learned from Mike Sellers that Abbott
23 had to publish the highest price, is that correct?
24    A.  Well, that was always the way.  Every -- you
25 know, all the years I printed it, it was the list

Page 291

1  price that I published.
2     Q.  Why did Abbott -- why -- at least your
3  understanding, why did Abbott have to publish the
4  highest price?
5           MR. COLE:  Object to the form.
6     A.  I guess they didn't have to publish any
7  price.  They wanted a listing of the products so
8  customers would know what's available to them.
9     Q.  (BY MR. ANDERSON) Right.  So why publish a
10 price at all if you just want to list the product
11 numbers?
12          MR. COLE:  Object to the form.
13    A.  Well, I don't know.
14    Q.  (BY MR. ANDERSON) When Mike Sellers told
15 you that they --
16    A.  I didn't say Mike Sellers.  I said it was a
17 conversation, you know, because it was a lot of work.
18 I said, Well, why do we even publish this.  It's a lot
19 of work for nothing.
20    Q.  So you felt like you were kind of wasting
21 your time working on the catalogs, is that correct?
22          MR. COLE:  Object to the form.
23    A.  Well, that was my opinion.
24    Q.  (BY MR. ANDERSON) Hmm.  Wouldn't it seem
25 like to you that if you were going to invest all this

Page 292

1  time and effort in publishing a catalog price that you
2  would want to publish a price that would increase
3  sales?
4           MR. COLE:  Object to the form.
5     A.  No.  It was my job just to publish this
6  catalog.
7     Q.  (BY MR. ANDERSON) Don't you think that a
8  lower price as opposed to a higher price would cause
9  people to buy product?
10          MR. COLE:  Object to the form.
11    A.  Like I said, it was just -- a function to
12 print this catalog.  I didn't much care what was
13 printed for the prices.
14    Q.  (BY MR. ANDERSON) You didn't really care
15 what was represented --
16    A.  Well, what I'm saying is --
17          MR. COLE:  Object to the form.
18    A.  -- you know, it was a function to print these
19 cat- -- this catalog.
20    Q.  (BY MR. ANDERSON) Was this -- I'm sort of
21 getting the feeling, ma'am, that this was a project
22 that you didn't really understand.
23          MR. COLE:  Object to the form.
24    A.  Oh, I understood.
25          MR. STETLER:  Hold on.  He didn't ask a

Page 293

1  question.  He just made an editorial comment.  Wait
2  til he asks a question.
3     Q.  (BY MR. ANDERSON) Ms. Cicerale, would it be
4  fair to say that you didn't really even understand the
5  reason behind going to the time and trouble of
6  publishing these annual catalog prices?
7           MR. COLE:  Object to the form.
8     A.  I understood why we printed them.
9     Q.  (BY MR. ANDERSON) Okay.  What -- why was
10 that?
11    A.  To generate the information to the -- to the
12 hospitals so they could see what products we had
13 available --
14    Q.  And --
15    A.  -- to purchase.
16    Q.  And accordingly, did you understand that the
17 hospitals were paying list price?
18          MR. COLE:  Object to the form.
19    A.  No.  I knew they were being billed from their
20 contract price.
21    Q.  (BY MR. ANDERSON) So why --
22    A.  And the hospitals knew it too.
23    Q.  Right.  So why did Abbott go to the trouble
24 of including the pricing information in the catalog?
25          MR. COLE:  Object to the form.

74  (Pages 290 to 293)

36182266-7c50-47fe-9423-7b2843292aab

Page 294

1    A.  I don't know.  I guess you had -- have to
2  publish the price.  That's the list price that was in
3  the Corporate Product Price file.
4    Q.  (BY MR. ANDERSON)  Why -- why did Abbott have
5  to publish a price?
6         MR. COLE:  Object to the form.  Jarrett,
7  you've asked her these questions several times.
8         MR. ANDERSON:  And I still haven't
9  gotten an answer, Jeremy.
10        MR. STETLER:  She said "I don't know"
11  repeatedly.
12        MR. COLE:  Well, you've got the best
13  answer that she knows, and it's starting to harass
14  her.  So I'd ask that you move on to a different
15  subject.
16        MR. ANDERSON:  I disagree.
17    A.  I don't know.
18    Q.  (BY MR. ANDERSON)  What caused you to ask one
19  of your superiors why the catalog prices were being
20  published?
21    A.  Why they were?
22    Q.  Yes.
23    A.  I didn't ask them that.
24    Q.  Didn't you a few moments ago testify that at
25  one point you asked a question of your superiors about

Page 295

1  why you were going to the time and trouble of
2  publishing these catalog prices?
3         MR. COLE:  Object to the form.
4    A.  Yes, that I asked.
5    Q.  (BY MR. ANDERSON)  Right.
6    A.  I didn't ask why you're printing these
7  prices.
8    Q.  No.  My question is --
9    A.  It was like why do we publish a catalog when
10  everybody has a contract.
11    Q.  My question was slightly different, though,
12  ma'am.  What was it that caused you to ask that
13  question of your superiors?
14    A.  Probably I was over-exhausted from doing all
15  this work, and it's like why am I printing this.
16  People just throw them in the garbage anyways.
17    Q.  How did you hear that people were just
18  throwing the catalogs in the garbage?
19    A.  I didn't.  I just -- I just said that.
20        MR. COLE:  Object to the form.
21    Q.  (BY MR. ANDERSON)  Well, you wouldn't have
22  said that for no reason, would you?
23    A.  Yeah.  It's like junk mail.  You get junk
24  mail in the mail?
25    Q.  Right.

Page 296

1    A.  All these catalogs?
2    Q.  Right.
3    A.  What do you do with them?
4    Q.  Yeah, throw it away.
5    A.  Throw it in the garbage.
6    Q.  So why did Abbott send --
7         MR. STETLER:  Object to her questions.
8    Q.  (BY MR. ANDERSON)  Why did -- why did Abbott
9  send these, as you kind of coined the phrase, junk
10  mail catalog prices to the pricing services, including
11  First DataBank and Redbook?
12        MR. COLE:  Object to the form.
13    A.  They had data files that they implemented
14  these prices into.
15    Q.  (BY MR. ANDERSON)  And did you understand
16  that they wanted the junk-mail prices?
17        MR. COLE:  Object to the form.
18    A.  They wanted the direct and the wholesale
19  prices, and that's what I would send them.
20    Q.  (BY MR. ANDERSON)  Right.  And given that you
21  understood they were wanting the direct price to
22  pharmacies and they were wanting the wholesale price
23  to wholesalers, what did you do to check to make sure
24  that the prices you were sending were actually
25  wholesale prices and direct prices?

Page 297

1         MR. COLE:  Object to the form.  You've
2  asked her this repeatedly today.
3    A.  They were the prices that were given to me.
4    Q.  (BY MR. ANDERSON)  And outside of the fact
5  that they were on a list that was given to you by
6  somebody in pricing, you didn't do anything to check
7  the accuracy of those prices, correct?
8         MR. COLE:  Object to the form.
9    A.  Correct.
10    Q.  (BY MR. ANDERSON)  And you're not aware of
11  anybody at Abbott that ever actually looked to see if
12  these prices were actually being charged pharmacies or
13  actually being charged wholesalers, correct?
14        MR. COLE:  Object to the form.
15    A.  That I said I didn't know.
16    Q.  (BY MR. ANDERSON)  Right.  You don't know of
17  anybody doing that, correct?
18        MR. COLE:  Object to the form.
19    A.  No, I don't know if anybody did do that.
20    Q.  (BY MR. ANDERSON)  Right.
21        MR. STETLER:  You must understand these
22  answers.  You keep saying "Right" every time she says
23  it, and she's said it many times.  So I'd really
24  appreciate it if we could get on to another topic.
25        MR. ANDERSON:  I move to strike the

75 (Pages 294 to 297)

36182266-7c50-47fe-9423-7b2843292aab

Page 298

1  sidebar comments.
2      Q.  (BY MR. ANDERSON)  Did you ever notify First
3  DataBank or Redbook that the prices you were reporting
4  had not been checked to determine if they were
5  actually being charged pharmacies or wholesalers?
6          MR. COLE:  Object to the form.
7      A.  No.
8      Q.  (BY MR. ANDERSON)  These annual price
9  increases that you have alluded to earlier today, that
10 was a pretty involved process, wasn't it?
11     A.  Correct.
12     Q.  And were you basically in charge of guiding
13 that process?
14         MR. COLE:  Object to the form.
15     A.  Well, I don't know what -- what you mean by
16 "guiding."
17     Q.  (BY MR. ANDERSON)  Well, what was your role
18 in the price-increase process?
19         MR. COLE:  Object to the form.
20     A.  I would --
21         MR. ANDERSON:  What's the objection?
22         MR. COLE:  She's already told you that
23 she didn't have anything to do with the price-increase
24 project.
25         MR. ANDERSON:  That's absolutely false.

Page 299

1  My goodness.
2      Q.  (BY MR. ANDERSON)  Ma'am, did you have
3  anything to do with the price-increase process each
4  year?
5      A.  Well, yeah.
6      Q.  Okay.  What was your role?
7      A.  I would get the prices that were set, that
8  they decided that those were going to be the changes,
9  and they would give them to me, I would implement them
10 into CPP, send them to CAS, and then I would send them
11 to the databanks.
12     Q.  And that process took a lot of your time,
13 didn't it?
14     A.  Yes.
15     Q.  And you had to coordinate a lot of
16 communications between a lot of different parties,
17 correct?
18     A.  Correct.
19     Q.  And did you write an actual procedure for how
20 to take these annual price increases?
21         MR. COLE:  Object to the form.
22     A.  They usually did it via a worksheet, an
23 Excel spreadsheet.
24     Q.  (BY MR. ANDERSON)  My question was a little
25 different, ma'am.  I was asking did you have any

Page 300

1  involvement in writing up some procedures for how to
2  take these annual price increases?
3      A.  I would put together a packet of -- of the
4  prices, the current prices, and it came from an Excel
5  spreadsheet.  So I'd print that spreadsheet off and
6  send it to the marketing managers saying here's your
7  products, review them and set your prices and get back
8  to Contract Marketing on nego- -- you know, they would
9  have to send it to the Contract Marketing analyst.
10     Q.  If you could, take a look at what's been
11 marked as Exhibit 943.
12         (Deposition Exhibit 943 marked.)
13         (Document tendered.)
14         THE WITNESS:  Okay.
15     Q.  (BY MR. ANDERSON)  Is this document familiar
16 to you?
17     A.  Yes.
18     Q.  And it's titled "PCX Price Increase
19 Procedure," correct?
20     A.  Correct.
21     Q.  Is this basically the procedures for how to
22 take annual price increases at Abbott?
23     A.  This was more of a -- updating the database,
24 CPP and the HPD Prods database.  Once the product was
25 established -- once the -- the prices were established

Page 301

1  they would feed them to me, and this was the procedure
2  for feeding those systems.
3      Q.  Looking at the section entitled "1.  Review
4  all programs and change code to meet the new pricing
5  year," and then there's some programs listed, correct?
6      A.  Correct.
7      Q.  Were you involved in working with those
8  programs?
9      A.  Yes.
10     Q.  And did those programs assist you in
11 retrieving pricing information from the databases?
12     A.  It was for sending the prices to the
13 different databases.
14     Q.  When a new product was added, this was the
15 program that was utilized to send prices to be
16 populated into the databases?
17     A.  A new product?
18     Q.  Yes.
19     A.  No.
20     Q.  Okay.
21     A.  This was for the yearly price changes.
22     Q.  Oh, I see.  Okay.
23     A.  For massive price changes.
24     Q.  Right.  So for the annual price increases
25 that went across the product line for hundreds of

36182266-7c50-47fe-9423-7b2843292aab

Page 302

1  products, these programs that are listed in
2  Paragraph 1 on Exhibit 943 were used to populate the
3  databases with the new prices, correct?
4      A.  Correct.
5          THE REPORTER:  We have to change our
6  videotape.  Stand by.
7          MR. ANDERSON:  All right.
8          THE VIDEOGRAPHER:  Off the record at
9  3:50 p.m.  This concludes Tape 5.
10         (Recess.)
11         THE VIDEOGRAPHER:  The time is 3:57 p.m.
12 We are back on the record.  Beginning of Tape 6.
13     Q.  (BY MR. ANDERSON)  Ma'am, looking at the
14 section of Paragraph 1 that's subtitled "Various Price
15 Lists" -- do you see that on Exhibit 943?
16     A.  I'm sorry.  What page?
17     Q.  I'm on the first page of Exhibit 943 in the
18 section labeled Section 1, and then in the middle of
19 that section there's a subtitle "Various Price Lists"
20 in italics.
21     A.  Oh, okay.  Okay.
22     Q.  Okay.  Do you see that?
23     A.  Yes.
24     Q.  And then there are some -- some file names,
25 correct?

Page 303

1      A.  Right.
2      Q.  What price lists were routinely generated
3  from price increases?
4      A.  The direct price and the wholesale price.
5      Q.  Any others?
6      A.  No.  Well, sometimes the government.
7      Q.  Do those pricing files mean anything to you,
8  those file names?  Are you familiar with them?
9          MR. COLE:  Which section are we talking
10 about, Jarrett?
11     A.  The file names that are written?
12     Q.  (BY MR. ANDERSON)  Yes.  No, no, no.  The
13 file names that are typed there under "Various Price
14 Lists."
15     A.  Those were programs that generated certain
16 pieces of the data that had to be sent to those
17 databases.
18     Q.  What does the program titled
19 "PRCINC.INIT.PRCS" do or what's the purpose of it?
20     A.  See, I couldn't tell you unless I looked at
21 that program.
22     Q.  Who was responsible for creating these
23 programs?
24     A.  Oh, you know, probably in 1980 some
25 programmer wrote them.

Page 304

1      Q.  Were you familiar with the programs to the
2  extent you used them to extract information?
3      A.  Yes.
4      Q.  But you didn't actually write the programs
5  yourself?
6      A.  I didn't write them, but I -- I knew -- knew
7  the programming language where I could update them.
8      Q.  Oh, you -- so you were trained in the actual
9  computer program language and you could tweak the
10 programs yourself?
11     A.  Correct.
12         MR. COLE:  Object to the form.
13     Q.  (BY MR. ANDERSON)  All right.
14         (Deposition Exhibit 944 marked.)
15         (Document tendered.)
16         MR. WINTER:  944.
17     Q.  (BY MR. ANDERSON)  Please take a look at
18 what's been marked as Exhibit 944, Ms. Cicerale.
19     A.  Okay.
20     Q.  Are you familiar with what's been marked as
21 Exhibit 944?
22     A.  Yes.
23     Q.  And what is it?
24     A.  It was a guideline for our yearly price
25 increase.

Page 305

1      Q.  And you had a part in drafting it, correct?
2      A.  Yes.
3      Q.  And basically you're just outlining the
4  processes by which Abbott would get all the necessary
5  approvals on the annual price increases from the
6  various marketing managers and pricing personnel,
7  correct?
8      A.  Correct.
9      Q.  And so to the extent there were these annual
10 prices being take -- annual price increases being
11 taken, the people who were most familiar with the
12 products and the marketplaces for those products were
13 signing off on it, correct?
14     A.  Correct.
15         MR. ANDERSON:  Mark that.  Mark it.
16         MR. WINTER:  It's already marked.
17         MR. ANDERSON:  Oh.
18         (Document tendered.)
19     Q.  (BY MR. ANDERSON)  Now, ma'am, if you could,
20 take a look at what's been marked as Exhibit 780.
21         MR. COLE:  Do you have an extra copy,
22 Jarrett?
23         MR. ANDERSON:  Oh, yeah.  There we go.
24         (Document tendered.)
25         MR. COLE:  Thank you.

77 (Pages 302 to 305)

36182266-7c50-47fe-9423-7b2843292aab

Page 306

1      THE WITNESS: Okay.
2      Q. (BY MR. ANDERSON) And does this appear to be
3  an example of a routine price increase worksheet cover
4  memo?
5      A. Correct.
6      Q. And in Exhibit 944, specifically Paragraph 6,
7  you reference the circulation of worksheets, correct?
8      A. Correct.
9      Q. And that -- the worksheets were basically the
10 mechanism by which the marketing managers would be
11 made aware of annual price increases and approve
12 those, correct?
13     A. Correct.
14     Q. All right. And so, for instance, on
15 Exhibit 780, you've actually listed the various
16 product managers by initial for the various product
17 lines, correct?
18     A. Correct.
19     Q. And you've copied the person who at the time
20 back in February 7th, 1995, was your boss, Tom Turner?
21     A. Correct.
22     Q. And why did you copy Charlie Mitchell?
23     A. He was the director of the area.
24     Q. And so to the extent there are price
25 increases being taken, that's being approved by the

Page 307

1  upper management of Abbott, correct?
2      A. Correct.
3      Q. And that's what you were referencing earlier
4  when you said, Look, I just took the prices as
5  approved by Abbott's upper management and circulated
6  those to the pricing services such as First DataBank?
7      A. Correct.
8      Q. Okay.
9         (Discussion off the record.)
10     Q. (BY MR. ANDERSON) Ma'am, if you could, take
11 a look at what's been marked in this case as
12 Exhibit 280. It's a one-page document.
13     MR. WINTER: That's the only one we
14 have, Jeremy, so could you pass that on.
15     MR. COLE: Yeah. Sure.
16     MR. ANDERSON: Your counsel may want
17 to --
18     MR. STETLER: Oh, for her too?
19     MR. ANDERSON: Yes.
20     MR. STETLER: Oh. Sorry.
21     MR. COLE: Oh, okay. Let me just --
22     MR. STETLER: I didn't get it. I didn't
23 get it.
24     MR. COLE: Let me see that one more
25 time.

Page 308

1      MR. STETLER: I'm done.
2      MR. COLE: Do you have the Bates range
3  on this one, Jarrett? It's kind of cut off on my
4  copy.
5      MR. ANDERSON: Yeah. It's TXABT 37502.
6      MR. COLE: 37502. Do you want to see
7  it, Mark?
8      MR. LEVINE: Yeah. Thanks.
9         (Document tendered.)
10     Q. (BY MR. ANDERSON) Are you familiar with
11 documents such as Exhibit 280?
12     A. It looks like it's a part of the resource
13 file.
14     Q. Now, if you could, take a look at the other
15 resource file documents, specifically, for instance,
16 Exhibit 942.
17     A. Okay.
18     Q. And do you see how Exhibit 942 has a price on
19 the first page titled "RxLink WAC"?
20     A. Okay.
21     Q. I'm sorry, ma'am, but sometimes you have to
22 answer verbally.
23     A. Yes, I see that.
24     Q. Yes. Okay. But then Exhibit 280 includes a
25 pricing term known simply as "WAC," correct?

Page 309

1      A. Yes.
2      Q. Did you understand those two terms to be the
3  same thing?
4      A. This was a, you know, individual spreadsheet,
5  so I -- I don't know whose -- WAC and wholesale, yes,
6  I --
7      Q. Okay.
8      A. -- knew them to be the same thing.
9      Q. So, you know, granted you don't know who
10 created these particular spreadsheets, but setting
11 Exhibit 942 and 280 aside --
12     A. Uh-huh.
13     Q. -- just generally you understood RxLink WAC
14 and WAC to be the same thing, correct?
15     MR. COLE: Object to the form.
16     A. Oh, RxLink and WAC did you say? What did you
17 say?
18     Q. (BY MR. ANDERSON) Yes. RxLink WAC. I'll
19 rephrase to address your clarification.
20        Did you understand RxLink WAC to be
21 synonymous with WAC?
22     A. I can't even recall that any more.
23     Q. Do you see on Exhibit 942 any pricing columns
24 titled "WAC"?
25     A. No. Well, it says "RxLink WAC."

78 (Pages 306 to 309)

36182266-7c50-47fe-9423-7b2843292aab

Page 310

1    Q.  Right.  And did you understand that RxLink
2  WAC there on Exhibit 942 to reference the WAC price?
3           MR. COLE:  Object to the form.  You just
4  asked her that, Jarrett.  She said she didn't recall.
5    A.  Right.  It says "RxLink WAC," and this one
6  over here says "WAC," so...
7    Q.  (BY MR. ANDERSON)  I'll rephrase my initial
8  question then.
9           Do you see on Exhibit 942 any pricing
10  known as WAC?
11          MR. COLE:  Object to the form.
12   A.  On 942, I don't see anything that says WAC
13  all by itself.
14   Q.  (BY MR. ANDERSON)  Okay.  Do you see any
15  pricing on Exhibit 280 known as WAC?
16   A.  Yes, there's a column that says "WAC."
17   Q.  Why is it that Exhibit 280 -- well, let me
18  back up.
19          Do you agree that Exhibit 280 appears to
20  be a spreadsheet that was created around
21  February 18th, 1995?
22   A.  Yeah, because that's what the date says on
23  it.
24   Q.  And there's some initials there, "BB,"
25  correct?

Page 311

1    A.  Right.
2    Q.  You knew a gentleman in the Contract
3  Marketing, also known as the pricing department, by
4  the name of Bob Bryan, correct?
5    A.  Right.
6    Q.  Okay.  Do you believe Exhibit 280 was created
7  by Bob Bryan sometime around February of '95?
8           MR. COLE:  Object to the form.
9    A.  Probably because his initials are on here.
10   Q.  (BY MR. ANDERSON)  Right.
11   A.  So that to me would mean maybe he did it.
12   Q.  And then looking up at Exhibit 942, which
13  we've previously discussed, you'll agree that that
14  appears to be an October, 1995, resource file for the
15  same products, correct?
16   A.  Well, I don't know, because down at the
17  bottom where you have that pathway --
18   Q.  Yes.
19   A.  -- it says "510 resource" something under
20  there.  So to me, that would be the date of what this
21  resource file was.
22   Q.  You think that "510" would reference
23  May 10th?
24   A.  It would represent more than -- than this
25  10/95 up on top.

Page 312

1    Q.  Can you elaborate?  I'm not sure I follow
2  what you're saying.
3    A.  Well, the -- the date on here, this "510
4  resource" --
5    Q.  Uh-huh.
6    A.  -- and I can't read the two numbers before
7  "xls" because there's a "Confidential" on top of it,
8  but that could be -- I don't know what that says.
9  Does that say zero zero?
10          MR. LEVINE:  R-e-s --
11   A.  510 zero zero?
12          MR. COLE:  It looks to me like
13  r-e-s-o-u, the first part of the word resource.
14          THE WITNESS:  Yeah, I see the r-e-s, but
15  it's what's after it.  Zero zero xls?  So, you know,
16  to me, that represents the date -- their way of date
17  stamping it.
18   Q.  (BY MR. ANDERSON)  Well, do you -- looking at
19  the top of Exhibit 942, you'll agree at the minimum
20  that it's titled "October 1995 Resource File,"
21  correct?
22   A.  Right.
23   Q.  And given that title, do you believe that
24  this document, Exhibit 942, was created on or about
25  October of '95?

Page 313

1    A.  I don't know.  I think it's misleading.
2    Q.  Okay.
3    A.  Because over here on the left it's got
4  December, 2002.
5    Q.  Do you think that the December date is
6  probably the print date?
7           MR. COLE:  Object to the form.
8    A.  I -- it could be, but I'm -- I think the date
9  at the bottom is more accurate --
10   Q.  (BY MR. ANDERSON)  All right.
11   A.  -- as to that's the date of that data file.
12   Q.  Well, let's do this:  Will you agree at the
13  minimum that Exhibit 942 appears to be a resource file
14  for various Vancomycin products that was created in
15  1995?
16   A.  Well, I don't know if this was created in
17  1995.  I can't say that from looking at this path.
18  But I'd say, yes, there's Vancomycin products on here.
19   Q.  Okay.  Will you agree that Exhibit 280
20  appears to -- well, you already have.
21          You'll agree that Exhibit 280 appears to
22  be a spreadsheet containing Vancomycin prices that was
23  created around February of '95, correct?
24   A.  Correct.
25   Q.  Okay.  Do you see in Exhibit 280 any column

79 (Pages 310 to 313)

36182266-7c50-47fe-9423-7b2843292aab

Page 314

1  titled "RxLink WAC"?
2      A.  280?
3      Q.  Yes.
4      A.  No.
5      Q.  Do you see a column titled "WAC"?
6      A.  Yes.
7      Q.  Looking at the price for the -- the WAC price
8  for the product 6533-01, which is the third entry, do
9  you see a price of $38 there?
10     A.  Yes.
11     Q.  Now looking at Exhibit 942, do you see the
12  third entry for the 6533-01 product listed of a --
13  with an RxLink WAC of $14.18?
14     A.  Yes.
15     Q.  On Exhibit 280, do you see any price for that
16  product listed of $14.18?
17     A.  No.
18     Q.  Did the resource files that you normally
19  created contain WAC prices as well as RxLink WAC
20  prices?
21     A.  The library copy contained the contract
22  prices for RxLink and -- and then the WAC, like I
23  stated before.  I would pull the prices from the
24  contract, and that's what was in the library copy.
25  Then when people went and made their extracts -- you

Page 315

1  know, they did their own thing to their own
2  spreadsheets.  Each business sector did their own
3  design of their own.
4      Q.  So your -- in your experience, the normal
5  resource files that were kept in the library on the
6  server contained both the RxLink WAC prices as well as
7  the WAC prices on a given product?
8      A.  Right.  It had -- because I would pull the
9  contract and feed those prices in there from the
10  contract.
11     Q.  And so to the extent anybody wanted to have
12  easy access to the RxLink WAC prices compared to the
13  WAC prices, they could reference the resource file?
14     A.  Right.
15     Q.  If you could, take a look at what's been
16  marked in this case as Exhibit 368, ma'am, and it's
17  relatively voluminous.  It's a multi-page exhibit.
18  They're all very similar pages.
19         (Document tendered.)
20     Q.  (BY MR. ANDERSON)  Before you review the
21  entire thing, I'll just ask you do you recognize the
22  first page of Exhibit 368?
23     A.  No, I don't recall this form.
24     Q.  Do you have any experience with Indirect
25  Sales Price Strata Reports?

Page 316

1      A.  No.
2      Q.  Are you aware of any analysis that Abbott
3  performed where it analyzed the prices that were
4  actually being charged on a product-by-product basis?
5      A.  No.
6      Q.  Do you have any understanding of any business
7  purpose that would be achieved by having two different
8  WAC prices --
9         MR. COLE:  Object to --
10     Q.  (BY MR. ANDERSON)  -- on a given product at a
11  given time?
12         MR. COLE:  Object to the form.
13     A.  No.
14     Q.  (BY MR. ANDERSON)  Have you ever heard of a
15  process known as WAC optimization?
16     A.  No.
17     Q.  Have you ever been involved in any process
18  where WAC prices were lowered?
19     A.  Well, yeah.
20     Q.  I'll try to address --
21     A.  Back with whatever date that was with Kay
22  Morgan.
23     Q.  Outside of your communication to Kay Morgan
24  around January 31st of 2001, have you ever had any
25  involvement at Abbott in lowering WAC or wholesale

Page 317

1  prices?
2      A.  I can't recall specifics.
3      Q.  Do you recall generally being involved in any
4  wholesale price decreases --
5      A.  Yes.
6      Q.  -- other than the Kay Morgan?
7      A.  Yes.
8      Q.  Okay.  Can you describe those?
9      A.  No.  That's what I said.  I don't know
10  specifics.
11     Q.  I -- I know.  Just describe what your general
12  memory is of the wholesale price decreases.
13     A.  Well, they would give me the prices, you
14  know, whatever they decided on, and then I would do my
15  thing putting them in the databases and sending them
16  to the databanks.
17     Q.  All right.  So to the extent you received
18  wholesale prices that were changing, whether they were
19  going up or going down, you would treat them the same
20  in that you would input them into the system and you
21  would report them to the pricing services such as
22  First DataBank or Redbook?
23     A.  Correct.
24     Q.  All right.  And again, that's just a function
25  of the price-setting personnel in Contract Marketing,

80 (Pages 314 to 317)

36182266-7c50-47fe-9423-7b2843292aab

Page 318

1  also known as pricing, setting prices and sharing
2  those with you so that you can disseminate them to the
3  pricing services?
4      A.  Right.
5      Q.  And you were relying upon those pricing
6  personnel to evaluate whether or not the prices that
7  they were setting were accurate?
8      A.  Correct.
9      Q.  Was there any type of routine nature to the
10 wholesale price changes?
11         MR. COLE:  Object to the form.
12     A.  Well, what do you mean?
13     Q.  (BY MR. ANDERSON)  I'll rephrase.  I can see
14 how that was confusing.
15         With respect to the direct price
16 changes, that happened on a routine basis annually,
17 correct?
18     A.  Correct.
19     Q.  And they annually went up until on or about
20 May of 2001, correct?
21     A.  Correct.
22     Q.  Was there any similar routine experience with
23 the wholesale price changes?
24     A.  No.  They would just give them to me when it
25 happened.

Page 319

1      Q.  And the "they" would be Harry Adams and his
2  group?
3      A.  Correct.
4      Q.  Was there anybody else in your years at
5  Abbott who had control over setting wholesale prices
6  for Abbott products?
7      A.  No.
8      Q.  It was exclusively Harry or people reporting
9  directly to Harry?
10     A.  Correct.
11     Q.  Okay.  Now, if you could, take a look at
12 what's been marked as Exhibit 945.
13         (Deposition Exhibit 945 marked.)
14         (Document tendered.)
15         THE WITNESS:  Okay.
16     Q.  (BY MR. ANDERSON)  Does Exhibit 945 appear to
17 be an e-mail exchange concerning some WAC price
18 changes that occurred around February 1st of '01?
19     A.  Yes.  I mean, it says December, but --
20     Q.  Well, I --
21     A.  It says -- yeah, it says 2/1, yes.
22     Q.  The price-setting decisions were being made
23 around December of 2000, but the prices were not going
24 to be implemented until February 1st of '01, correct?
25     A.  Correct.

Page 320

1      Q.  Right.  And that coincides with when you were
2  reporting prices to Kay Morgan, correct?
3      A.  Correct.
4          MR. COLE:  Object to the form.
5      Q.  (BY MR. ANDERSON)  So prior to January 31st
6  of '01, Exhibit 945 refreshes your memory that you
7  were aware that wholesale price decreases had been
8  decided upon by Abbott, correct?
9      A.  Well, correct.
10     Q.  Because you were actually part of the group
11 that was deciding which products would receive
12 wholesale price decreases, correct?
13         MR. COLE:  Object to the form.
14     A.  No.  No.
15     Q.  (BY MR. ANDERSON)  What was your role in the
16 price-change decisions on the wholesale prices that
17 were occurring in December of 2000?
18     A.  I would just create a spreadsheet for them to
19 work off of.
20     Q.  Do you see at the bottom of Page 1 of
21 Exhibit 945 a message written by you?
22     A.  Yes.
23     Q.  And it's dated December 18th, 2000, and it's
24 written to Patience Pitman?
25     A.  Yes.

Page 321

1      Q.  What position did Patience Pitman hold back
2  in December of 2000?
3      A.  She was -- worked for Harry Adams.
4      Q.  And then you've copied Mr. Adams, Joe
5  Brundza, Craig Butler, Mike Sellers, Bob Lyman and
6  yourself, correct?
7      A.  Correct.
8      Q.  You copied Harry Adams because he was in
9  charge of wholesale pricing, correct?
10     A.  Correct.
11     Q.  Why did you copy Joe Brundzna?  Brundza.
12     A.  Oh, because he was an injectable Contract
13 Marketing manager, and all the WAC prices had to do
14 with injectable products.
15     Q.  So as you understand it, the prod- -- the
16 products for which wholesale price decreases were
17 being decided upon in December of 2000 were primarily
18 injectable products?
19     A.  Correct.
20     Q.  Why did you copy Craig Butler?
21     A.  Craig Butler.  I think he was in our Finance
22 Department.  I think he was involved in creating the
23 prices.
24     Q.  Is that because Mr. Butler was involved in
25 evaluating how much money would be saved in prompt-pay

FREDERICKS-CARROLL REPORTING
AUSTIN (512) 477-9911 - HOUSTON (713) 572-8897 - SAN ANTONIO (210) 222-9161

36182266-7c50-47fe-9423-7b2843292aab

discounts paid to wholesalers?
MR. COLE: Object to the form.
A. I don't know that, but I know he was involved in the process.
Q. (BY MR. ANDERSON) Do you have any basic understanding of how Abbott paid prompt-pay discounts to wholesalers?
A. No.
Q. Why did you copy Mike Sellers?
A. He was our director, so I --
Q. He was the big boss?
A. Right.
MR. COLE: Object to the form.
Q. (BY MR. ANDERSON) What about Bob Lyman?
A. I believe at the time he was in the government area, so I copied him.
Q. When you say "the government area," do you mean like Medicaid reimbursement?
A. No. For VA, you know, FSS pricing, those type of people.
Q. Direct purchasing by the government for government --
A. Agencies.
Q. Got it. And you write on December 18th, 2000, "Patti - attached are the final prices for the



2/1/01 decrease. Below is the product count for the changes. WAC equal 95 changes all decreases. Rx customer, 81 changes 80 decreases 1 increase. JIT, 51 changes all decreases."
Did I read that correctly?
A. Correct.
Q. What were the JIT prices?
A. It was a JIT distributor.
Q. Did you understand that the JIT prices were the prices that Abbott charged distributors who bought Abbott product?
A. I just understood that it was a contract for JIT distributors.
Q. You didn't understand whether or not it was actually invoiced to the distributors; you just understood it was some program available to the distributors?
MR. COLE: Object to the form.
A. Correct.
Q. (BY MR. ANDERSON) Did you have any understanding of any prices other than JIT prices that were actually charged to distributors?
A. No.
Q. Did you have any understanding that wholesale prices were charged by Abbott to distributors?



A. No.
Q. What did you understand was the reasoning behind these WAC changes on 95 products that you mention in your December 18th, 2000, e-mail?
MR. COLE: Object to the form.
A. I didn't know of any reason. I mean, when they did price changes, I got involved because they would generate them to me so I could send them out. I wasn't in the decision-making process.
Q. (BY MR. ANDERSON) Other than this instance reflected in Exhibit 945, were you -- do you ever recall being involved in other wholesale price decrease discussions prior to being told to disseminate the prices to the pricing services?
A. Well, yeah. I mean, prior to sending them out, I had to know about them so that I could update the corporate file to reflect the prices. I needed time to do that. It wasn't a matter of pushing a button to -- and everything took effect. I had to work it up.
Q. You had to input the prices?
A. Correct.
Q. Once they were decided upon, correct?
A. Correct.
Q. But in Exhibit 945, would you agree it looks



like you're more involved than merely inputting prices?
MR. COLE: Object to the form.
A. Well, all it was was I was generating their prices on a spreadsheet. I was kind of summarizing what they had put together so that -- because I could -- in my database, I could manipulate things pretty quick where it wouldn't take three hours to figure this out. I could do it in a half hour.
Q. (BY MR. ANDERSON) Right. And given your computer-searching experience, you could locate these prices off of the databases, load them into a spreadsheet, create the spreadsheet and circulate it to the various Abbott team members, correct?
A. Correct.
Q. Right. And that kind of process that you just described, were you involved in that type of process on other wholesale price changes other than the ones that were occurring around December of 2000?
A. Generating spreadsheets, yes.
Q. And were those the types of wholesale price evaluations that were sometimes referred to as WAC optimization?
A. I don't know. I don't -- I don't know that term.





36182266-7c50-47fe-9423-7b2843292aab

Page 326

1    Q.  Do you --
2    A.  So I can't say.
3    Q.  How many years prior to December of 2000 do
4  you recall being involved in this analysis of
5  wholesale price changes?
6    A.  Generating spreadsheets?  I don't know.
7  '90s, mid-'90s is when we went to that technology.
8    Q.  Right.  And did you understand that those
9  prices, those wholesale prices that were being
10 evaluated from the mid-'90s forward were the wholesale
11 prices actually being billed customers --
12          MR. COLE:  Object to --
13   Q.  (BY MR. ANDERSON)  -- by Abbott?
14          MR. COLE:  Object to the form.
15   A.  No.  I just knew them as the wholesale price.
16   Q.  (BY MR. ANDERSON)  Did you ever think to look
17 and see whether the wholesale prices you were actually
18 reporting to the pricing services were the same as the
19 prices that you were being involved in analyzing?
20          MR. COLE:  Object to the form.
21   A.  Well, they were.
22   Q.  (BY MR. ANDERSON)  You think they were?
23   A.  Yes.
24   Q.  Did you ever --
25   A.  Because I would take them from their

Page 327

1  spreadsheets, feed them into that field and send it
2  off to those companies.
3    Q.  Do you recall that the wholesale prices that
4  HPD maintained on the majority of its products changed
5  as reported by you to the pricing services?
6          MR. COLE:  Object to the form.
7          MR. ANDERSON:  I'll rephrase.
8    Q.  (BY MR. ANDERSON)  Ma'am, prior to May of
9  2001, do you recall a lot of wholesale price changes
10 reported by you on HPD products to the pricing
11 services?
12          MR. COLE:  Object to the form.
13   A.  No.
14   Q.  (BY MR. ANDERSON)  Do you recall any
15 wholesale price changes to the pricing services prior
16 to May of 2001?
17   A.  I don't recall.
18   Q.  Right.  So why is it that you think that the
19 prices -- the wholesale prices that you were involved
20 in analyzing --
21   A.  I didn't analyze them.
22   Q.  You were involved in creating spreadsheets --
23   A.  Correct.
24   Q.  -- for others to analyze, correct?
25   A.  Correct.

Page 328

1    Q.  From the mid-90s until you left, correct?
2    A.  Correct.
3    Q.  Why is it that you think those wholesale
4  prices were the same as the ones you were reporting to
5  the pricing services?
6    A.  Because I would take those prices once they
7  were finalized and put them in -- you know, use one of
8  those programs to put them in that field where I would
9  send it out to the databanks.  So it was that price,
10 and I would send it to those companies and say
11 here's -- here's the wholesale price.
12   Q.  "That field" meaning the wholesale field?
13   A.  Right.
14   Q.  Did you have any understanding that those
15 wholesale prices that were being annual -- annually
16 analyzed were actually being populated in the RxLink
17 data fields?
18          MR. COLE:  Object to the form.
19   A.  I don't recall that.
20   Q.  (BY MR. ANDERSON)  Who was responsible for
21 inputting the RxLink wholesale prices?
22   A.  That would be Harry Adams and his group.
23   Q.  So you wouldn't know exactly what wholesale
24 prices were input into the RxLink fields, correct?
25   A.  Correct.

Page 329

1    Q.  Is it possible that the wholesale prices from
2  the mid-'90s up to May of 2000 or, for that matter,
3  December of 2000 that were analyzed from time to time
4  were actually input into the RxLink fields by Harry
5  Adams personnel?
6          MR. COLE:  Object to the form.
7    A.  It's possible.
8    Q.  (BY MR. ANDERSON)  Do you recall being
9  involved in the 1995 price changes on Vancomycin?
10   A.  Well, yeah, I vaguely remember.
11   Q.  And do you have an understanding of why
12 Abbott chose ultimately to report increased Vancomycin
13 prices in 1995?
14          MR. COLE:  Object to the form.
15   A.  No.
16   Q.  (BY MR. ANDERSON)  Did you ever have any
17 dealings in any way with Abbott customers?
18   A.  No.
19   Q.  Did you ever have any dealings in any way
20 with Abbott customer service personnel?
21   A.  Yes.
22   Q.  Like who?
23   A.  I can't even remember their names.  There was
24 a Kim Ruple.  She worked there.  I don't know.
25 They're -- I can't remember their names off the top of

83 (Pages 326 to 329)

36182266-7c50-47fe-9423-7b2843292aab

Page 330

1  my head.
2      Q.  Did you know a woman named Bobbette Green?
3      A.  Yes.
4      Q.  Did you have any contact with Bobbette Green?
5      A.  Yeah, we went to lunch.  She was a friend of
6  mine.
7      Q.  And how often would you all get together?
8      A.  Once in a while.
9      Q.  Did you all ever talk business?
10     A.  No.  Believe me, we got away from it.
11         MR. STETLER:  How were you able to
12 resist?
13     Q.  (BY MR. ANDERSON)  Did Bobbette ever mention
14 to you any conversations she had with customers about
15 AWP?
16     A.  No.
17     Q.  Did Bobbette ever ask you what in the world
18 was an AWP?
19     A.  No.
20     Q.  Did you all have any discussions about
21 pricing at all?
22     A.  No.
23     Q.  Did you ever have any discussions about
24 pricing with anybody other than Harry Adams and his
25 personnel?  I'll rephrase.

Page 331

1          Outside of people in Contract Marketing
2  and pricing, did you ever talk with other personnel
3  working for Abbott about pricing?
4      A.  No.
5      Q.  Outside of just circulating worksheets and
6  what have you to marketing managers, correct?
7      A.  Correct.
8      Q.  Did you understand that AWP was important to
9  Alternate Site?
10         MR. COLE:  Object to the form.
11     A.  No.
12         MR. ANDERSON:  I'll rephrase to address
13 the objection.
14     Q.  (BY MR. ANDERSON)  Did you have any
15 understanding that AWP was important to the Alternate
16 Site product sales group at Abbott?
17     A.  No.
18         MR. COLE:  Object to the form.
19     Q.  (BY MR. ANDERSON)  If you could, please take
20 a look at a copy of an exhibit marked in this case as
21 Exhibit 286.
22         (Document tendered.)
23         THE WITNESS:  Okay.
24     Q.  (BY MR. ANDERSON)  Does this appear to be an
25 e-mail obtained from Mike Sellers' computer?

Page 332

1      A.  Yes.
2      Q.  And back in March of 1995, was Mike Sellers a
3  manager at Alternate Site product sales?
4      A.  Could be.  You know, it could be.  I'm not
5  sure.  He had various positions, so...
6      Q.  Do you agree this appears to be an e-mail
7  from Gerald Eichhorn to you with copies to Mark Sebree
8  and Mike Sellers dated March 20th, '95?
9      A.  Yes.
10     Q.  And it's referencing the "Vanco List price,"
11 correct?
12     A.  Correct.
13     Q.  And then Mr. Eichhorn goes on to explain some
14 Vancomycin price changes, correct?
15     A.  Correct.
16     Q.  And then he has a note for you, and he says,
17 quote, "Jerrie, I realize these changes will not be
18 part of the new catalog."
19         Did I read that correctly?
20     A.  Correct.
21     Q.  Then he -- in the next paragraph he says,
22 "Please notify Redbook and Medespan of these changes
23 ASAP.  They are the sources for creating the AWP that
24 is important to Alternate Site."
25         Did I read that correctly?

Page 333

1      A.  Correct.
2      Q.  Do you believe that that's an accurate
3  statement?
4          MR. COLE:  Object to the form.
5      A.  That's what it says on this document.
6      Q.  (BY MR. ANDERSON)  Well, outside of the fact
7  that it's on the document, do you agree that Redbook
8  and Medi-Span were some of the sources for creating
9  AWP?
10     A.  Yes.
11     Q.  And do you agree that AWP information was
12 important at Alternate Site at Abbott?
13         MR. COLE:  Object to the form.
14     A.  I can't agree on that because I don't know
15 what function it served them.
16     Q.  (BY MR. ANDERSON)  Well, without knowing the
17 function, did you at least have an awareness that AWP
18 was important?
19         MR. COLE:  Object to the form.
20     A.  Yeah, I guess it was important to some
21 people.
22     Q.  (BY MR. ANDERSON)  And you wouldn't think
23 that Gerald Eichhorn would include some misleading,
24 incorrect statement in his e-mail to you back in
25 March of '95, do you?

84 (Pages 330 to 333)

36182266-7c50-47fe-9423-7b2843292aab

Page 334

1      MR. COLE:  Object to the form.
2      A.  No.
3      Q.  (BY MR. ANDERSON)  Does -- ma'am, if you
4  could, please review what's been marked in this case
5  as Exhibit 363.
6          (Document tendered.)
7          MR. STETLER:  Thank you.
8          THE WITNESS:  Okay.
9      Q.  (BY MR. ANDERSON)  Does Exhibit 363 appear to
10  be three versions of a form letter you sent to
11  Medi-Span, First DataBank and Redbook respectively on
12  or about May 30th of '95 concerning some vanco price
13  increases?
14      A.  Yes.
15      Q.  And you were doing this at the direction of
16  Abbott pricing personnel, correct?
17      A.  Correct.
18      Q.  And while you weren't in charge of setting
19  the prices, you were transmitting these at their
20  direction to the price services, correct?
21      A.  Correct.
22      Q.  And you include a statement at the bottom of
23  your form letter that says, "Should you have
24  additional questions please contact Harold Adams,
25  Manager, Commercial Business Development," correct?

Page 335

1      A.  Correct.
2      Q.  And so that's kind of consistent with what
3  you were mentioning before, which was Harry you were
4  involved in dealing with the pricing services much
5  like you were?
6          MR. COLE:  Object to the form.
7      A.  Well, yes, Harry was involved.
8      Q.  (BY MR. ANDERSON)  Switching topics,
9  Ms. Cicerale, earlier this morning you mentioned that
10  you think you were requested to retrieve documents on
11  several different occasions.  Is that true?
12      A.  Correct.
13      Q.  And you knew that that was with respect to
14  some type of civil investigation into Abbott's
15  pricing, correct?
16      A.  I knew it had to involve some kind of a legal
17  review.
18      Q.  How did you know which documents to search
19  for?
20          MR. COLE:  Object to the form.  And
21  again, if -- if that question calls for you to
22  disclose any information that was given to you by
23  Abbott's Legal Department, any lawyers or personnel in
24  Abbott's Legal Department, I would ask that you not
25  divulge that information based on Abbott's privilege.

Page 336

1      Q.  (BY MR. ANDERSON)  Can you answer the
2  question?
3      A.  Usually it came from the director or my
4  manager.
5      Q.  And did they provide you with specific names
6  of documents that you were to retrieve?
7      A.  Most of the time it was just get these
8  catalogs duplicated.
9      Q.  Okay.  Other than searching for old
10  catalogs --
11      A.  Uh-huh.
12      Q.  -- and having copies made, what other types
13  of documents did you search for?
14      A.  That's pretty much it.
15      Q.  Did you -- did you search for any documents
16  pertaining to your communications regarding pricing?
17      A.  I didn't search for any, but they had access
18  to my e-mail where I would send the information to the
19  databanks.
20      Q.  When you say "they," you mean Abbott
21  managerial personnel could access your e-mail account?
22      A.  Right.
23      Q.  Outside of their ability to access your
24  e-mail account, are you aware of any -- well, strike
25  that.

Page 337

1          Are you aware that your e-mail account
2  was, in fact, searched for any communications
3  regarding pricing by you?
4      A.  Yes.
5      Q.  When -- when do you think your e-mails were
6  searched?
7      A.  I -- I don't know what year.
8      Q.  Was it close to the time that you left in
9  2003 or much earlier?
10      A.  It's -- oh, it's probably a couple years
11  earlier.
12      Q.  Prior to this search of your e-mail that
13  occurred sometime around 2000, 2001, were you aware of
14  any other search by you or someone else of your files
15  pertaining to your pricing communications?
16      A.  No.
17      Q.  Did you make any effort to preserve
18  documentation involving your pricing communications?
19      A.  Yes.
20      Q.  What efforts did you take?
21      A.  I had separate files on my e-mail for each
22  date -- each year of my communications to the
23  databanks, so any of the e-mails I would send to them
24  got, you know, kept in those file folders on e-mail.
25      Q.  Was this on your desktop?

Page 338

1    A.  Yes.
2    Q.  So you maintained by year individual file --
3  electronic e-mail files for each of the
4  price-publishing services?
5    A.  Yes.
6    Q.  And so any communications received from them
7  or sent --
8    A.  Not from them.
9    Q.  Oh.
10   A.  Just information I sent to them.
11   Q.  What did you do to preserve communications
12 received from the pricing services?
13   A.  I -- I might have stuck it -- stuck them in
14 there.  Usually what I'd get from them was just simple
15 e-mails like what do you have, you know, for the
16 introduction date of this product, and I would just
17 e-mail back that -- or what do you have for the list
18 price, and I would e-mail the information back to
19 them.
20   Q.  Did you make -- did you take any steps to
21 preserve price verification reports of any kind
22 received from the pricing services?
23   A.  It might have been put in a paper file.
24   Q.  It might have been or do you know that it
25 was?

Page 339

1        MR. COLE:  Object to the form.
2    A.  It probably was, yes.
3    Q.  (BY MR. ANDERSON)  Where were those files
4  located?
5    A.  In the department.
6    Q.  Within the pricing slash Contract Marketing
7  Department at Abbott?
8    A.  Yes.
9    Q.  And what physical location?  Was it outside
10 of your office or cubical?
11   A.  Some was, you know, in -- in the office area
12 in a file cabinet, and then they would get archived
13 too.  You know, every so many years they got archived
14 to history, wherever they put them.
15   Q.  When -- when you would receive a price
16 verification report or related report from a pricing
17 service such as First DataBank or Redbook and you
18 would make pen and ink changes and sign as we've seen
19 today --
20   A.  Uh-huh.
21   Q.  -- would you in turn keep a copy of that
22 completed form in your files?
23   A.  I don't know for sure if I -- if I did that.
24 I don't know for sure.  I might have.  I don't -- I
25 can't remember.

Page 340

1    Q.  Were you ever instructed to maintain and
2  preserve all the documentation pertaining to your
3  communications whether received or sent to pricing
4  services over the years?
5    A.  No.
6    Q.  Were you ever instructed to preserve any of
7  your documentation pertaining to any price-setting
8  that you were involved in over the years?
9    A.  Yes.
10       MR. COLE:  Object to the form.
11   Q.  (BY MR. ANDERSON)  Who told you to preserve
12 those documents?
13   A.  I --
14       MR. COLE:  Again, I would make the same
15 cautionary statement I said earlier about not
16 disclosing any communications from Abbott's Legal
17 Department or other lawyers representing Abbott.
18   A.  I -- I don't know that anybody told me.  I
19 just did it.
20   Q.  (BY MR. ANDERSON)  Nobody told you to
21 preserve the documents relating to price-setting but
22 you just did it?
23   A.  Right.
24       MR. COLE:  Object to the form.
25   Q.  (BY MR. ANDERSON)  And what types of

Page 341

1  documents did you preserve related to price-setting?
2    A.  Just the worksheets and the notes where they
3  would approve the prices.
4    Q.  And did you preserve those in physical files
5  near your cube?
6    A.  Yes.
7    Q.  And as far as you know, those were maintained
8  for all the years that you were involved in
9  price-setting at Abbott?
10   A.  Yes.
11   Q.  Were they literally kept outside of your
12 office or were the older versions archived off site?
13   A.  They were archived.
14   Q.  And did you understand that the boxes of
15 older documents would literally just be sent to a
16 storage facility somewhere?
17   A.  Yes.
18   Q.  Why did you not take the same efforts to
19 preserve all your communications to or from the
20 pricing services as you did regarding the
21 price-setting?
22       MR. COLE:  Object to the form.
23   A.  I just had a different method.  It was less
24 information to have to store than, you know, the price
25 review.

86  (Pages 338 to 341)

36182266-7c50-47fe-9423-7b2843292aab

Page 342

1    Q.  (BY MR. ANDERSON)  If you had been instructed
2  to preserve all of your communications to and from the
3  pricing services, could you have done that fairly
4  easily?
5         MR. COLE:  Object to the form.
6    A.  Yeah, I could have.
7    Q.  (BY MR. ANDERSON)  Yeah.
8         (Discussion off the record.)
9    Q.  (BY MR. ANDERSON)  We're -- we're trying to
10  track down extra copies of an exhibit.  In the
11  meantime, I'll ask you some questions on a slightly
12  different topic.
13         Do you recall being involved in flagging
14  Abbott products for Medicaid purposes?
15    A.  Yeah, in the corporate CPP --
16    Q.  And in essence --
17    A.  -- database.
18    Q.  In essence, can you describe what that
19  flagging process was intended to do?
20    A.  If I can remember right.  I would -- I would
21  get communications from home care, that division,
22  saying flag this for Medicaid reimbursement, and then
23  they had some program that used that flag to do their
24  calculations.
25    Q.  When you say "home care," you're talking

Page 343

1  about the home infusion reimbursement services group
2  at Abbott Alternate Site?
3    A.  Correct.
4    Q.  Specifically Michael Heggie and Tena Brown
5  and others in that department?
6    A.  Right.
7    Q.  And did you understand that you were flagging
8  these products because that meant that they were
9  eligible for Medicaid reimbursement?
10    A.  Yes.
11    Q.  And why was it important to Alternate Site
12  for products to be eligible for Medicaid
13  reimbursement?
14         MR. COLE:  Object to the form.
15    A.  That's the area where they did all the
16  reimbursements.
17    Q.  (BY MR. ANDERSON)  So you were aware that
18  there was a group within Alternate Site that was
19  actually filing claims for pharmaceutical
20  reimbursement when drugs were dispensed?
21    A.  Correct.
22    Q.  Did you have an understanding of how this
23  flag of a given product that you would place in the
24  computer system assisted home infusion reimbursement
25  services in filing claims for Abbott drugs?

Page 344

1    A.  Not really.  Other than it designated that it
2  was one of those products.
3    Q.  And what was the name of the price file or
4  data file where you would place these
5  Medicaid-eligible flags?
6    A.  It was a part of CPP.  You know, they built
7  it as an add-on to that database.
8    Q.  I understand, and my question was really to
9  the specific field name.
10         Was there a specific field name for
11  Medicaid eligibility, for instance, or something along
12  those lines?
13    A.  I -- yeah.
14    Q.  And then in turn, if the field was -- if
15  there was an indication in the field of a Y or a N for
16  no, then you knew if the product was eligible or
17  ineligible for Medicaid reimbursement?
18    A.  Right.
19    Q.  Okay.  How did you understand Medicaid
20  eligibility assisted Abbott in its business?
21         MR. COLE:  Object to the form.
22         MR. ANDERSON:  I'll rephrase to address
23  that objection.
24    Q.  (BY MR. ANDERSON)  What was your
25  understanding of how Medicaid reimbursement

Page 345

1  eligibility assisted Abbott in its business?
2         MR. COLE:  Object to the form.
3    A.  I just knew that it was part of the program
4  where they did the reimbursements.
5    Q.  (BY MR. ANDERSON)  Did you understand that
6  program was known as the CHIP system?
7    A.  No.
8    Q.  You just knew as a general matter there was a
9  program, but you didn't know the name of it?
10    A.  Correct.
11    Q.  Okay.  Now, if you could, please take a look
12  at what's been marked as Exhibit 946.  It's a two-page
13  exhibit.
14         (Deposition Exhibit 946 marked.)
15         MR. STETLER:  Counsel, before you give
16  her that, because I don't want to stop you in
17  mid-sentence or mid-document if you don't want me to,
18  I do have to leave right on the dot at 5:00.
19         MR. ANDERSON:  Okay.  Well, I
20  understand.  We've got a few more minutes and --
21         MR. STETLER:  Right.
22         MR. ANDERSON:  -- I'll stop.
23         MR. STETLER:  No.  I just didn't want
24  you to get into the blockbuster document and then --
25         MR. ANDERSON:  Oh.

87 (Pages 342 to 345)

36182266-7c50-47fe-9423-7b2843292aab

Page 346

1        MR. STETLER: -- have to break.  That's
2   all.
3        THE WITNESS:  Okay.
4   Q.  (BY MR. ANDERSON)  Does Exhibit 946 appear to
5   be an e-mail that you sent on or about May 23rd, 2000?
6   A.  Yes.
7   Q.  And you were basically setting forth some
8   information about the various marketing managers and
9   the products they were responsible for, correct?
10  A.  Correct.
11  Q.  Do you remember why it is that you were
12  trying to track down the marketing managers of these
13  specific products on or about May 23rd, 2000?
14  A.  Somebody must have asked me to locate who the
15  marketing managers were.
16  Q.  Do you remember working on a project for
17  Mike Sellers pertaining to some price analysis in
18  May, 2000?
19  A.  No, I can't recall that specifically.
20  Q.  Ma'am, if you could, take a look at what
21  we're going to mark as Exhibit 947.
22       (Deposition Exhibit 947 marked.)
23  Q.  (BY MR. ANDERSON)  And I only have one copy,
24  so I'm going to share this with your counsel.  For the
25  record, it is a multi-page exhibit, and it appears to

Page 347

1   be an e-mail from Mike Sellers to you and Alan
2   Greenthal with an attachment dated May 18th, 2000,
3   titled "Pricing Comparison."
4        (Document tendered.)
5   Q.  (BY MR. ANDERSON)  Do you recognize the
6   document marked as Exhibit 947?
7   A.  Yeah.
8   Q.  And were you involved in creating the
9   attachment to Exhibit 947?
10  A.  I created the spreadsheet.
11  Q.  Right.  Your answer was actually better than
12  my question.
13       You created the spreadsheet that's
14  included within Exhibit 947 and attached to the cover
15  page, which is the first page of Exhibit 947, correct?
16  A.  Correct.
17  Q.  How did you go about locating the ASP pricing
18  information?
19  A.  The ASP did you say?
20  Q.  Yes.
21  A.  Somebody must have said that to me, a pricing
22  analyst.
23  Q.  Was ASP information maintained on the CAS
24  system?
25  A.  No, but they had it on their individual

Page 348

1   spreadsheets.
2   Q.  Is it your understanding based on your
3   experience in the Contract Marketing pricing
4   department that ASP information was kept in the
5   resource file spreadsheets?
6   A.  The individual ones, yes.
7   Q.  Do you agree that Exhibit 947 appears to have
8   been sent about five days prior to Exhibit 946?
9   A.  Yes.
10  Q.  Was your effort to locate the marketing
11  managers and set forth the marketing managers for the
12  products listed on Exhibit 946 related to the pricing
13  analysis that you were a part of as reflected in
14  Exhibit 947?
15  A.  I can't say for certain.
16  Q.  Do you know if Exhibit 946 and 947 had
17  anything to do with a request made by Texas Medicaid
18  to Abbott for pricing information?
19       MR. COLE:  Object to the form.
20  A.  I don't recall that.
21  Q.  (BY MR. ANDERSON)  Were you ever told or
22  informed in any way that Texas Medicaid had made some
23  pricing requests of Abbott?
24  A.  No.
25  Q.  Have you had any conversations with attorneys

Page 349

1   representing Abbott since you left the employment of
2   Abbott?
3        MR. STETLER:  I'll tell you what.  We're
4   going to stop at that point.  It's 5:00 o'clock.
5   We're into a new area.  Got to go.
6        MR. ANDERSON:  Well, I got another
7   minute, Dave, and I just would like to get an answer
8   to this question.
9        MR. STETLER:  No.  Actually, it says
10  5:01 on my phone.
11       MR. ANDERSON:  I've got a question
12  pending.  At the minimum, I'm going to get an answer
13  to this question.
14       MR. COLE:  And I would just again advise
15  Ms. Cicerale not to disclose -- I don't think the
16  question calls for it --
17       MR. ANDERSON:  No, I don't think it does
18  either.
19       MR. COLE:  -- but I think it bears
20  repeating that -- that --
21       MR. STETLER:  Okay.  Well, it's a yes/no
22  question.  Listen to the question again.  Or do you
23  remember the question?
24       MR. ANDERSON:  I'll rephrase it just so
25  the record is clear.

88  (Pages 346 to 349)

36182266-7c50-47fe-9423-7b2843292aab

Page 350

```
 1      Q.  (BY MR. ANDERSON) Since you left the
 2  employment of Abbott, have you had any conversations
 3  or other communications with counsel representing
 4  Abbott?
 5      A.  Just Dave.
 6          MR. STETLER:  Well, I don't represent
 7  Abbott.
 8      A.  Then no.
 9          MR. STETLER:  Despite the face you just
10  made.  We're done.
11          THE REPORTER:  Off the record, please.
12          MR. ANDERSON:  Well, we -- before we go
13  off, I mean, obviously we don't feel like the
14  deposition is concluded.  We have many different lines
15  of questions we need to pursue with the witness.  But
16  I understand that we are stopping at 5:00 o'clock, but
17  the deposition is not concluded.
18          MR. COLE:  I'll just say --
19          MR. LEVINE:  I agree with that.
20          MR. COLE:  -- this is the second full
21  day of testimony that Ms. Cicerale has given in
22  AWP-related matters.  She was deposed in the
23  West Virginia AWP case I believe for a full day; she
24  was deposed here for a full day.  I'll let Mr. Stetler
25  make any representations about whether he's willing to
```

Page 351

```
 1  bring her back.
 2          MR. STETLER:  The only thing I'm going
 3  to say is I understand your position, and I'll be back
 4  to you with ours.
 5          MR. COLE:  And if I could just briefly
 6  state on the record --
 7          MR. STETLER:  But it probably will be
 8  something less than a million other areas.
 9          MR. LEVINE:  Well, we need to sort this
10  issue out.
11          MR. STETLER:  Well, we're not going to
12  do it now.
13          MR. LEVINE:  Right.  I understand.
14          MR. STETLER:  As I've given everybody
15  warning every time, but once again Texas has to push
16  everything to the limit.
17          MR. COLE:  And if I could just briefly
18  state one objection on the record.  I talked to
19  Mr. Stuart about this off the record earlier, but it's
20  Abbott's position that they object to any use of this
21  deposition in the AMCC or the class action that's
22  pending in the MDL on the grounds that discovery in
23  that particular case is closed.
24          MR. STUART:  And our response is that we
25  consider the discovery dispute is open, and as a
```

Page 352

```
 1  result the deposition remains open for us as well.
 2          MR. COLE:  That's all.  Thank you.
 3          THE REPORTER:  Off the record, please.
 4          THE VIDEOGRAPHER:  The time is 5:02 p.m.
 5  We're off the record.  This concludes Tape 6.
 6          (Deposition Closed.)
```

Page 353

```
 1  STATE OF TEXAS )
 2  COUNTY OF TRAVIS )
 3          I, WILLIAM M. FREDERICKS, CSR 2392, do hereby
 4  certify that, pursuant to the agreement hereinabove
 5  set forth, there came before me on the 30th day of
 6  May, 2007, at 9:03 o'clock a.m., in the offices of
 7  Jones Day, 77 West Wacker Drive, Suite 3500, Chicago,
 8  Illinois, the following named person, to-wit:
 9  JERALDINE CICERALE, who was by me duly sworn to
10  testify to the truth and nothing but the truth of
11  witness' knowledge touching and concerning the matters
12  in controversy in this cause; that such witness was
13  thereupon examined under oath, and the examination
14  transcribed by computer-assisted transcription by me
15  or under my supervision, and that the deposition is a
16  true record of the testimony given by the witness.
17          I further certify that I am neither attorney
18  nor counsel for, nor related to or employed by, any of
19  the parties to the action in which this deposition is
20  taken and, further, that I am not a relative or
21  employee of any attorney or counsel employed by the
22  parties hereto, or financially interested in the
23  action.
24          That the amount of time used by each party at
25  the deposition is as follows:
```

89 (Pages 350 to 353)

36182266-7c50-47fe-9423-7b2843292aab

Page 354

1    MR. RAYMOND WINTER - 04:19
     MR. JARRETT ANDERSON - 02:21
2
3    IN WITNESS WHEREOF I have hereunto set my
4    hand on this 18th day of June, A.D. 2007.
5
6
7
8    WILLIAM M. FREDERICKS, Texas CSR 2392
     Expiration Date: 12/31/2007
     Firm Registration No. 82
9    Fredericks-Carroll Reporting
     7800 Shoal Creek Boulevard
10   Suite 200W
     Austin, Texas 78757
11   Telephone: (512) 477-9911
             (800) 234-3376
12   Fax:    (512) 345-1417
13
     JOB NO. 2425
14
15
16
17
18
19
20
21
22
23
24
25

Page 355

1          NO. D-1-GV-04-001286
2    THE STATE OF TEXAS        ) IN THE DISTRICT COURT
                               )
3    ex rel.                   )
     VEN-A-CARE OF THE         )
4    FLORIDA KEYS, INC.,       )
     Plaintiffs,      )
5                              )
     VS.              ) TRAVIS COUNTY, TEXAS
6                              )
     ABBOTT LABORATORIES INC., )
7    ABBOTT LABORATORIES,      )
     HOSPIRA, INC., and B. BRAUN )
8    MEDICAL INC.,             )
     Defendant(s).    ) 201ST JUDICIAL DISTRICT
9
10        REPORTER'S CERTIFICATION
          DEPOSITION OF JERALDINE CICERALE
11             May 30th, 2007
12   I, WILLIAM M. FREDERICKS, Certified Shorthand
13   Reporter in and for the State of Texas, hereby certify
14   to the following:
15        That the witness, JERALDINE CICERALE, was
16   duly sworn by the officer and that the transcript of
17   the oral deposition is a true record of the testimony
18   given by the witness;
19        That examination and signature of the witness
20   to the deposition transcript was waived by the witness
21   and agreement of the parties at the time of the
22   deposition.
23        That the amount of time used by each party at
24   the deposition is as follows:
25        Mr. RAYMOND WINTER - 04:19

Page 356

1    That $      is the deposition officer's
2    charges to the Plaintiff(s) for preparing the original
3    deposition transcript and any copies of exhibits;
4        That pursuant to information given to the
5    deposition officer at the time said testimony was
6    taken, the following includes counsel for all parties
7    of record:
8
9        MR. RAYMOND WINTER,
         Attorney for Plaintiff State of Texas;
10       MR. JARRETT ANDERSON,
         Attorney for the Relator;
11       MR. JEREMY COLE,
         Attorney for Defendants Abbott
12       Laboratories, Inc. and Hospira, Inc.;
         MR. MARK LEVINE,
13       Attorney for Plaintiff United States of
         America;
14       MR. CHRISTOPHER STUART,
         Attorney for Plaintiff State of Arizona
15       and MDL Plaintiffs;
         MR. ELISEO SISNEROS, Attorney for the
16       State of California.
17       That a copy of this certificate was served on
18   all parties shown herein on June 18, 2007, and filed
19   with the Clerk pursuant to Rule 203.3.
20       I further certify that I am neither counsel
21   for, related to, nor employed by any of the parties or
22   attorneys in the action in which this proceeding was
23   taken, and further that I am not financially or
24   otherwise interested in the outcome of the action.
25       Certified to by me this 18th day of June,

Page 357

1    2007.
2
3
         WILLIAM M. FREDERICKS, TX CSR 2392
4        Expiration Date: 12/31/2006
         Firm Registration No. 82
5        Fredericks-Carroll Reporting
         7719 Wood Hollow Drive, Suite 156
6        Austin, Texas 78731
         Telephone: (512) 477-9911
7                (800) 234-3376
         Fax:    (512) 345-1417
8
     Job No. 2425 wmf
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

FREDERICKS-CARROLL REPORTING
AUSTIN (512) 477-9911 - HOUSTON (713) 572-8897 - SAN ANTONIO (210) 222-9161

36182266-7c50-47fe-9423-7b2843292aab