# Exhibit 108A

## MANUFACTURER DIRECTORY INFORMATION FORM

SEP 1 0 2001

Please verify the following data to ensure that your organization is properly listed in the Red Book 2002 Edition. Please make changes directly on the form where it may apply

Company Name:   ABBOTT HOSPITAL PRODUCTS

Address:   DIV. OF ABBOTT LABS.

1 ABBOTT PARK RD. D-R10

City:  ABBOTT PARK                                State:  IL    Zip:  60064-3500

Company Web Site:   www.abbott.com

Company E:Mail Address:

Toll Free #:  (800) 222-6883                Main #:

Main Fax #   (847) 938-7935                Clinical Support #:

Parent Company:   ABBOTT LABORATORIES, INC.

*The following information is for internal use only and will not be published.*

Contact Name:  JERRIE CICERALE

Contact Mail To Address:
*(if different than above)*

City:                                                    State:      Zip:

Contact E:Mail Address:  jerrie.cicerale@abbott.com

Contact Direct #:  (847) 937-2881          Ext.        Contact Fax #:  (847) 938-7935

☐ OK as is       ☒ OK with changes

Signature  _Jerrie Cicerale_         Date  9/5/01

*If you have any questions, please call the Red Book Hunt Line at (201) 358-2228 and ask to speak to your Red Book contact:*   RONI LANE

DEPOSITION EXHIBIT
931

**Confidential**                                **Red Book 00745**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 1 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

SEP 1 0 2001

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4535-02 | ABBOCATH-T (20 GAUGE, 2") DEV 100 EA          CATHETER | | RX | | 534.38 | 450.00 | 280.00  34500 | A | 4/19/99 |
| 00074-4535-06 | ABBOCATH-T (16GX1-1/4") DEV 100 EA          CATHETER | | RX | | 534.38 | 450.00 | 280.00  123.30 | D | 4/19/99 |
| 00074-4535-08 | ABBOCATH-T (18GX1-1/4") DEV 100 EA          CATHETER | | RX | | 534.38 | 450.00 | 280.00  123.30 | D | 4/19/99 |
| 00074-4535-14 | ABBOCATH-T (14 GAUGE, 2") DEV 100 EA          CATHETER | | RX | | 534.38 | 450.00 | 280.00  123.30 | D | 4/19/99 |
| 00074-4535-16 | ABBOCATH-T (16GX2") DEV 100 EA          CATHETER | | RX | | 534.38 | 450.00 | 280.00  123.30 | D | 4/19/99 |
| 00074-4535-18 | ABBOCATH-T (18GX2") DEV 100 EA          CATHETER | | RX | | 534.38 | 450.00 | 280.00  123.30 | D | 4/19/99 |
| 00074-4535-20 | ABBOCATH-T (20 GAUGE, 1-1/4") DEV 100 EA          CATHETER | | RX | | 534.38 | 450.00 | 280.00  123.30 | D | 4/19/99 |
| 00074-4535-22 | ABBOCATH-T (22 GAUGE, 1-1/4") DEV 100 EA          CATHETER | | RX | | 555.75 | 468.00 | 291.00  128.70 | D | 4/19/99 |
| 00074-4535-24 | ABBOCATH-T (24 GAUGE, 3/4") DEV 100 EA          CATHETER | | RX | | 640.06 | 539.00 | 338.00  200.00 | D | 4/19/99 |
| 00074-4535-26 | ABBOCATH-T (26 GAUGE, 3/4") DEV 120 EA          CATHETER | | RX | | 816.53 | 687.60 | 427.20  376.00 | D | 4/19/99 |
| 00074-4535-32 | ABBOCATH-T (22 GAUGE, 1") DEV 100 EA          CATHETER | | RX | | 555.75 | 468.00 | 291.00  128.70 | D | 4/19/99 |

**Instructions:** Please make corrections directly on this printout
___OK as is          ___OK with changes

Signature _____     Date _____

**Confidential**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

## REDBOOK *Product Listing Verification*

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 2 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK     IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4535-76 | ABBOCATH-T (16G, 5-1/2" SUBCLAVIAN) DEV 60 EA         CATHETER | | RX | | 435.34 | 366.60 | 228.00  100.71 | D . | 4/19/99 |
| 00074-4535-84 | ABBOCATH-T (14G, 5-1/2" SUBCLAVIAN) DEV 60 EA         CATHETER | | RX | | 435.34 | 366.60 | 228.00  161.55 | D . | 4/19/99 |
| 00674-4536-08 | ABBOCATH-T (W/SYRINGE, 18G, 1-1/4") DEV 120 EA        CATHETER | | RX | | 698.25 | 588.00 | 366.00  161.46 | D . | 4/19/99 |
| 00074-4536-16 | ABBOCATH-T (W/SYRINGE, 16 GAUGE, 2") DEV 120 EA        CATHETER | | RX | | 698.25 | 588.00 | 366.00  161.4 | D . | 4/19/99 |
| 00074-4536-18 | ABBOCATH-T (W/SYRINGE, 18 GAUGE, 2") DEV 120 EA        CATHETER | | RX | | 698.25 | 588.00 | 366.00  161.46 | D . | 4/19/99 |
| 00074-4536-20 | ABBOCATH-T (W/SYRINGE, 20G, 1-1/4") DEV 120 EA        CATHETER | | RX | | 698.25 | 588.00 | 366.00  161.46 | D . | 4/19/99 |
| 00074-4536-22 | ABBOCATH-T (W/SYRINGE, 22G, 1-1/4") DEV 120 EA        CATHETER | | RX | | 729.60 | 614.40 | 382.80  168.48 | D . | 4/19/99 |
| 00074-6143-09 | ACETIC ACID (AQUALITE) SOL   IL     0.25% 1,000.00 ml 12 EA   ACETIC ACID | AT | RX | | 78.38 | 66.00 | 29.64 | | 5/7/01 |
| 00074-6143-22 | ACETIC ACID (AQUALITE) SOL   IL     0.25% 250.00 ml 24 EA   ACETIC ACID | AT | RX | | 130.82 | 110.16 | 104.88 | | 5/7/01 |
| 00074-3307-01  ANDA | ACETYLCYSTEINE SOL   IH     10% 4.00 ml 10 EA     ACETYLCYSTEINE | AN | RX | | 44.53 | 37.50 | 35.70 | | 5/7/01 |
| 00074-3307-02 | ACETYLCYSTEINE SOL   IH     10% 10.00 ml 3 EA     ACETYLCYSTEINE | AN | RX | | 8.76 | 7.38 | 5.78 | | 4/19/99 |

Instructions:  Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00747**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 3 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3307-03 ANDA | ACETYLCYSTEINE SOL  IH  10% 30.00 ml 3 EA   ACETYLCYSTEINE | AN | RX | | 27.32 | 23.01 | 21.90 | | 5/7/01 |
| 00074-3308-01 ANDA | ACETYLCYSTEINE SOL  IH  20% 4.00 ml 10 EA   ACETYLCYSTEINE | AN | RX | | 52.61 | 44.30 | 42.20 | | 5/7/01 |
| 00074-3308-02 | ACETYLCYSTEINE SOL  IH  20% 10.00 ml 3 EA   ACETYLCYSTEINE | AN | RX | | 8.91 | 7.50 | 5.88 | | 4/19/99 |
| 00074-3308-03 ANDA | ACETYLCYSTEINE SOL  IH  20% 30.00 ml 3 EA   ACETYLCYSTEINE | AN | RX | | 28.50 | 24.00 | 18.75 | | 5/7/01 |
| 00074-4427-01 ANDA | ACYCLOVIR SODIUM (VIAL, FLIPTOP) PDS  IV  500 MG 10 EA   ACYCLOVIR SODIUM | AP | RX | | 47.50 | 40.00 | 38.10 | | 5/7/01 |
| 00074-4452-01 ANDA | ACYCLOVIR SODIUM (VIAL, FLIPTOP) PDS  IV  1000 MG 10 EA   ACYCLOVIR SODIUM | AP | RX | | 326.92 | 275.30 | 262.20 | | 5/7/01 |
| 00074-4452-49 | ACYCLOVIR SODIUM NOVATION (VIAL, FLIPTOP, INSTIT USE) PDS  IV  1000 MG 10 EA   ACYCLOVIR SODIUM | AP | RX | | 326.92 | 275.30 | 262.20 | | 5/7/01 |
| 00074-4427-49 ANDA | ACYCLOVIR SODIUM VHA (VIAL, FLIPTOP) PDS  IV  500 MG 10 EA   ACYCLOVIR SODIUM | AP | RX | | 47.50 | 40.00 | 38.10 | | 5/7/01 |
| 00074-5395-01 | ADAPTER PLUG MALE (W/LUER LOCK, PRN, 1-1/2") ACC 120 EA   LOCK, CATHETER | | OTC | | 307.80 | 259.20 | 186.00 | | 4/19/99 |
| 00074-5396-02 | ADAPTER PLUG MALE (W/LUER LOCK, PRN, 1") ACC 120 EA   LOCK, CATHETER | | OTC | | 307.80 | 259.20 | 198.00 | | 4/19/99 |
| 00074-5877-01 | ADAPTER PLUG MALE (PRN, 1") ACC 120 EA   LOCK, CATHETER | | OTC | | 289.28 | 243.60 | 120.00 | | 4/19/99 |

Instructions:   Please make corrections directly on this printout
___OK as is          ___OK with changes
Signature _____ Date _____

**Confidential**                    **Red Book 00748**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK *Product Listing Verification*
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 4 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-5878-01 | **ADAPTER PLUG MALE** (REG, PRN, 1-1/2") ACC 120 EA          LOCK, CATHETER | | OTC | | 289.28 | 243.60 | 180.00 | | 4/19/99 |
| 00074-4798-01 | **ADDITIVE CAP** (ABBO-VAC, CLEAR PLASTIC) ACC 400 EA          TRANSFER UNIT, IV FLUID | | OTC | | 465.50 | 392.00 | 204.00 | | 4/19/99 |
| 00074-4929-01 | **ADDITIVE CAP LIFECARE** (SIDE-MOUNTED ADD. PORT) ACC 400 EA          TRANSFER UNIT, IV FLUID | | OTC | | 370.50 | 312.00 | 156.00 | | 4/19/99 |
| 00074-4858-01 | **ADDITIVE HINGE CAP** (DOWN PORT LIFECARE) ACC 1,000 EA          TRANSFER UNIT, IV FLUID | | OTC | | 831.25 | 700.00 | 570.00  365.30 | | 4/19/99 |
| 00074-3972-01 | **ADDITIVE PHARMACY TRANSFER** (30°, VENTED) KIT 10 EA          TRANSFER UNIT, IV FLUID | | OTC | | 106.16 | 89.40 | 61.50 | | 4/19/99 |
| 00074-5671-02 ANDA | **A-HYDROCORT** (UNIVIAL) PDS   IJ        100 MG 10 EA          HYDROCORTISONE SODIUM SUCCINATE | AP | RX | | 18.17 | 15.30 | 14.60 | | 5/7/01 |
| 00074-5672-02 ANDA | **A-HYDROCORT** (UNIVIAL) PDS   IJ        250 MG 10 EA          HYDROCORTISONE SODIUM SUCCINATE | AP | RX | | 23.28 | 19.60 | 18.70 | | 5/7/01 |
| 00074-5673-04 ANDA | **A-HYDROCORT** (UNIVIAL) PDS   IJ        500 MG 25 EA          HYDROCORTISONE SODIUM SUCCINATE | AP | RX | | 174.86 | 147.25 | 140.25 | | 5/7/01 |
| 00074-5674-08 ANDA | **A-HYDROCORT** (UNIVIAL) PDS   IJ        1 GM 25 EA          HYDROCORTISONE SODIUM SUCCINATE | AP | RX | | 355.36 | 299.25 | 285.00 | | 5/7/01 |
| 00074-1830-03 | **AIR FILTER** ACC 120 EA          FILTER, AIR | | OTC | | 228.00 | 192.00 | 126.00 | | 4/19/99 |
| 00074-3772-04 | **ALCOHOL ABSOLUTE** (AMP) SOL   IV      99.5% 1.00 ml 25 EA     ALCOHOL, ETHYL | | RX | | 319.73 | 269.25 | 256.50 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____          Date _____

**Confidential**                    **Red Book 00749**

# MEDICAL ECONOMICS
### THOMSON HEALTHCARE

## REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 5 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2266-02 ANDA | ALFENTANIL HCL (AMP) SOL   IJ    0.5 MG/ML 2.00 ml 10 EA   ALFENTANIL HYDROCHLORIDE | AP | CII | | 87.28 | 73.50 | 70.00 | | 5/7/01 |
| 00074-2266-05 ANDA | ALFENTANIL HCL (AMP) SOL   IJ    0.5 MG/ML 5.00 ml 10 EA   ALFENTANIL HYDROCHLORIDE | AP | CII | | 156.51 | 131.80 | 125.50 | | 5/7/01 |
| 00074-2266-10 ANDA | ALFENTANIL HCL (AMP) SOL   IJ    0.5 MG/ML 10.00 ml 5 EA   ALFENTANIL HYDROCHLORIDE | AP | CII | | 120.71 | 101.65 | 96.80 | | 5/7/01 |
| 00074-2266-49 ANDA | ALFENTANIL HCL NOVATION (AMP,INSTIT USE) SOL   IJ    0.5 MG/ML 2.00 ml 10 EA   ALFENTANIL HYDROCHLORIDE | AP | CII | | 87.28 | 73.50 | 70.00 | | 5/7/01 |
| 00074-2266-51 ANDA | ALFENTANIL HCL NOVATION (AMP,INSTIT USE) SOL   IJ    0.5 MG/ML 5.00 ml 10 EA   ALFENTANIL HYDROCHLORIDE | AP | CII | | 156.51 | 131.80 | 125.50 | | 5/7/01 |
| 00074-2266-52 ANDA | ALFENTANIL HCL NOVATION (AMP,INSTIT USE) SOL   IJ    0.5 MG/ML 10.00 ml 5 EA   ALFENTANIL HYDROCHLORIDE | AP | CII | | 120.71 | 101.65 | 96.80 | | 5/7/01 |
| 00074-5630-04 ANDA | A-METHAPRED (UNIVIAL) PDS   IJ    500 MG 25 EA   METHYLPREDNISOLONE SODIUM SUCCINATE | AP | RX | | 151.41 | 127.50 | 121.50 | | 5/7/01 |
| 00074-5631-08 ANDA | A-METHAPRED (UNIVIAL) PDS   IJ    1 GM 25 EA   METHYLPREDNISOLONE SODIUM SUCCINATE | AP | RX | | 380.30 | 320.25 | 305.00 | | 5/7/01 |
| 00074-5684-01 ANDA | A-METHAPRED (UNIVIAL) PDS   IJ    40 MG 10 EA   METHYLPREDNISOLONE SODIUM SUCCINATE | AP | RX | | 16.63 | 14.00 | 13.30 | | 5/7/01 |
| 00074-5685-02 ANDA | A-METHAPRED (UNIVIAL) PDS   IJ    125 MG 10 EA   METHYLPREDNISOLONE SODIUM SUCCINATE | AP | RX | | 20.19 | 17.00 | 16.20 | | 5/7/01 |
| 00074-6695-01 ANDA | AMIDATE (VIAL,FLIPTOP) SOL   IV   2 MG/ML 10.00 ml 10 EA   ETOMIDATE | AP | RX | | 162.69 | 137.00 | 130.50 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
___OK as is          ___OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00750**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK *Product Listing Verification*

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 6 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK       IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6695-02 NDA | AMIDATE (VIAL, FLIPTOP) SOL   IV    2 MG/ML 20.00 ml 10 EA    ETOMIDATE | AP | RX | | 236.91 | 199.50 | 190.00 | | 5/7/01 |
| 00074-8060-19 NDA | AMIDATE (ABBOJECT) SOL   IV    2 MG/ML 20.00 ml 10 EA    ETOMIDATE | AP | RX | | 290.94 | 245.00 | 182.80 | | 5/7/01 |
| 00074-8060-29 NDA | AMIDATE (ABBOJECT, LIFESHIELD) SOL   IV    2 MG/ML 20.00 ml 10 EA    ETOMIDATE | AP | RX | | 307.68 | 259.10 | 246.80 | | 5/7/01 |
| 00074-8061-01 NDA | AMIDATE (AMP) SOL   IV    2 MG/ML 20.00 ml 5 EA    ETOMIDATE | AP | RX | | 140.78 | 118.55 | 112.90 | | 5/7/01 |
| 00074-8062-01 NDA | AMIDATE (AMP) SOL   IV    2 MG/ML 10.00 ml 5 EA    ETOMIDATE | AP | RX | | 74.87 | 63.05 | 60.05 | | 5/7/01 |
| 00074-1955-01 ANDA | AMIKACIN SULFATE (VIAL, FLIPTOP) SOL   IJ    50 MG/ML 2.00 ml 10 EA    AMIKACIN SULFATE | AP | RX | | 155.92 | 131.30 | 125.00 | | 5/7/01 |
| 00074-1956-01 ANDA | AMIKACIN SULFATE (VIAL, FLIPTOP) SOL   IJ    250 MG/ML 2.00 ml 10 EA    AMIKACIN SULFATE | AP | RX | | 187.03 | 157.50 | 150.00 | | 5/7/01 |
| 00074-1957-01 ANDA | AMIKACIN SULFATE (VIAL, FLIPTOP) SOL   IJ    250 MG/ML 4.00 ml 10 EA    AMIKACIN SULFATE | AP | RX | | 399.00 | 336.00 | 320.00 | | 5/7/01 |
| 00074-1958-01 ANDA | AMIKACIN SULFATE (ABBOJECT) SOL   IJ    250 MG/ML 2.00 ml 10 EA    AMIKACIN SULFATE | AP | RX | | 218.26 | 183.80 | 175.00 | | 5/7/01 |
| 00074-2434-03 ANDA | AMIKACIN SULFATE (ADD-VANTAGE) SOL   IJ    62.5 MG/ML 8.00 ml 25 EA    AMIKACIN SULFATE | | RX | | 542.39 | 456.75 | 435.00 | | 5/7/01 |
| 00074-3212-02 ANDA | AMIKACIN SULFATE (VIAL, PHARM BULK PKG) SOL   IJ    250 MG/ML 50.00 ml 1 EA    AMIKACIN SULFATE | AP | RX | | 1,175.35 | 989.77 | 262.50 | | 4/13/98 |

*Product Discontinued 8/20/99* (handwritten)

Disc 8-20-99 (handwritten under WAC)

**Instructions:** Please make corrections directly on this printout
____ OK as is              ____OK with changes

Signature _____       Date _____

**Confidential**

**Red Book 00751**

MEDICAL ECONOMICS
THOMSON HEALTHCARE

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 7 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4346-73 ANDA | AMINOCAPROIC ACID (VIAL, FLIPTOP) SOL  IV  250 MG/ML 20.00 ml 25 EA  AMINOCAPROIC ACID | AP | RX | | 45.72 | 38.50 | 33.50 | | 5/7/01 |
| 00074-4906-19 NDA | AMINOPHYLLINE (ABBOJECT) SOL  IV  25 MG/ML 20.00 ml 10 EA  AMINOPHYLLINE | AP | RX | | 42.04 | 35.40 | 33.70 | | 5/7/01 |
| 00074-4909-18 NDA | AMINOPHYLLINE (ABBOJECT) SOL  IV  25 MG/ML 10.00 ml 10 EA  AMINOPHYLLINE | AP | RX | | 38.24 | 32.20 | 30.70 | | 5/7/01 |
| 00074-5921-01 NDA | AMINOPHYLLINE (VIAL, FLIPTOP) SOL  IV  25 MG/ML 10.00 ml 25 EA  AMINOPHYLLINE | AP | RX | | 22.27 | 18.75 | 16.25 | | 5/7/01 |
| 00074-5922-01 NDA | AMINOPHYLLINE (VIAL, FLIPTOP) SOL  IV  25 MG/ML 20.00 ml 25 EA  AMINOPHYLLINE | AP | RX | | 26.13 | 22.00 | 19.50 | | 5/7/01 |
| 00074-7385-01 NDA | AMINOPHYLLINE (AMP) SOL  IV  25 MG/ML 10.00 ml 25 EA  AMINOPHYLLINE | AP | RX | | 20.48 | 17.25 | 14.75 | | 5/7/01 |
| 00074-7386-01 NDA | AMINOPHYLLINE (AMP) SOL  IV  25 MG/ML 20.00 ml 25 EA  AMINOPHYLLINE | AP | RX | | 31.47 | 26.50 | 25.25 | | 5/7/01 |
| 00074-2989-05 NDA | AMINOSYN SOL  IV  3.5% 1,000.00 ml 6 EA  AMINO ACIDS | | RX | | 124.76 | 105.06 | 100.08 | | 5/7/01 |
| 00074-2990-03 NDA | AMINOSYN SOL  IV  5% 500.00 ml 12 EA  AMINO ACIDS | | RX | | 111.01 | 93.48 | 88.44 | | 5/7/01 |
| 00074-2990-05 NDA | AMINOSYN SOL  IV  5% 1,000.00 ml 6 EA  AMINO ACIDS | | RX | | 118.49 | 99.78 | 94.80 | | 5/7/01 |
| 00074-2991-03 NDA | AMINOSYN SOL  IV  10% 500.00 ml 12 EA  AMINO ACIDS | | RX | | 136.52 | 114.96 | 109.44 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
___OK as is          ___OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00752**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### *REDBOOK Product Listing Verification*

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 8 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2991-05 NDA | AMINOSYN SOL  IV   10% 1,000.00 ml 6 EA     AMINO ACIDS | | RX | | 136.59 | 115.02 | 109.56 | | 5/7/01 |
| 00074-2992-03 NDA | AMINOSYN SOL .IV   7% 500.00 ml 12 EA     AMINO ACIDS | | RX | | 121.84 | 102.60 | 97.56 | | 5/7/01 |
| 00074-4154-05 NDA | AMINOSYN SOL  IV   3.5% 1,000.00 ml 6 EA     AMINO ACIDS | | RX | | 124.76 | 105.06 | 100.08 | | 5/7/01 |
| 00074-4360-05 NDA | AMINOSYN (PH6) SOL  IV   10% 1,000.00 ml 6 EA     AMINO ACIDS | | RX | | 148.56 | 125.10 | 119.16 | | 5/7/01 |
| 00074-5855-03 NDA | AMINOSYN SOL  IV   8.5% 500.00 ml 12 EA     AMINO ACIDS | | RX | | 121.84 | 102.60 | 97.56 | | 5/7/01 |
| 00074-5855-05 NDA | AMINOSYN SOL  IV   8.5% 1,000.00 ml 6 EA     AMINO ACIDS | | RX | | 121.77 | 102.54 | 97.56 | | 5/7/01 |
| 00074-1108-03 NDA | AMINOSYN HBC SOL  IV   7% 500.00 ml 12 EA     AMINO ACIDS | | RX | | 732.59 | 616.92 | 587.52 | | 5/7/01 |
| 00074-1108-05 NDA | AMINOSYN HBC SOL  IV   7% 1,000.00 ml 6 EA     AMINO ACIDS | | RX | | 732.66 | 616.98 | 587.58 | | 5/7/01 |
| 00074-1086-03 NDA | AMINOSYN II SOL  IV   7% 500.00 ml 12 EA     AMINO ACIDS | | RX | | 105.45 | 88.80 | 83.76 | | 5/7/01 |
| 00074-1088-03 NDA | AMINOSYN II SOL  IV   8.5% 500.00 ml 12 EA     AMINO ACIDS | | RX | | 109.73 | 92.40 | 82.56 | | 5/7/01 |
| 00074-1088-05 NDA | AMINOSYN II SOL  IV   8.5% 1,000.00 ml 6 EA     AMINO ACIDS | | RX | | 109.65 | 92.34 | 87.36 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK  as is            ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00753**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 9 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK      IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1090-03 NDA | AMINOSYN II<br>SOL  IV  10%<br>500.00 ml 12 EA   AMINO ACIDS | | RX | | 136.52 | 114.96 | 109.44 | | 5/7/01 |
| 00074-1090-05 NDA | AMINOSYN II<br>SOL  IV  10%<br>1,000.00 ml 6 EA   AMINO ACIDS | | RX | | 132.74 | 111.78 | 106.44 | | 5/7/01 |
| 00074-7121-07 NDA | AMINOSYN II<br>(BULK PACKAGE)<br>SOL  IV  10%<br>2,000.00 ml 6 EA   AMINO ACIDS | | RX | | 208.19 | 175.32 | 166.98 | | 5/7/01 |
| 00074-7122-07 NDA | AMINOSYN II<br>(BULK PACKAGE)<br>SOL  IV  15%<br>2,000.00 ml 6 EA   AMINO ACIDS | | RX | | 503.03 | 423.60 | 403.44 | | 5/7/01 |
| 00074-1089-03 NDA | AMINOSYN II W/ELECTROLYTES<br>SOL  IV<br>500.00 ml 12 EA   AMINO ACIDS/ELECT | | RX | | 114.00 | 96.00 | 76.44 | | 5/7/01 |
| 00074-5852-03 NDA | AMINOSYN W/ELECTROLYTES<br>SOL  IV<br>500.00 ml 12 EA   AMINO ACIDS/ELECT | | RX | | 145.64 | 122.64 | 116.76 | | 5/7/01 |
| 00074-5856-03 NDA | AMINOSYN W/ELECTROLYTES<br>SOL  IV<br>500.00 ml 12 EA   AMINO ACIDS/ELECT | | RX | | 148.91 | 125.40 | 119.40 | | 5/7/01 |
| 00074-5856-05 NDA | AMINOSYN W/ELECTROLYTES<br>SOL  IV<br>1,000.00 ml 6 EA   AMINO ACIDS/ELECT | | RX | | 148.91 | 125.40 | 119.40 | | 5/7/01 |
| 00074-2996-01 | AMINOSYN/DEXTROSE TPN<br>(500 ML/1000 ML GLASS)<br>KIT  IV  7%-50%<br>3 EA          AMINO ACIDS/DEXTROSE | | RX | | 46.63 | 39.27 | 34.26 | | 5/7/01 |
| 00074-4041-01 | AMINOSYN/DEXTROSE TPN<br>(500 ML/1000 ML GLASS)<br>KIT  IV  8.5%-50%<br>3 EA          AMINO ACIDS/DEXTROSE | | RX | | 44.00 | 37.05 | 32.04 | | 5/7/01 |
| 00074-4183-01 NDA | AMINOSYN/DEXTROSE/ELECTROLYTES TPN<br>(8.5%-50%)<br>KIT  IV<br>3 EA          AMINO ACIDS/DEXTROSE/ELECT | | RX | | 45.56 | 38.37 | 33.36 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____  Date _____

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 10 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4343-01 NDA | AMINOSYN/DEXTROSE/ELECTROLYTES TPN KIT  IV  3 EA  AMINO ACIDS/DEXTROSE/ELECT | | RX | | 48.34 | 40.71 | 35.70 | | 5/7/01 |
| 00074-7217-03 NDA | AMINOSYN-HF SOL  IV  8%  500.00 ml 12 EA  AMINO ACIDS | | RX | | 935.51 | 787.80 | 750.24 | | 5/7/01 |
| 00074-1616-02 NDA | AMINOSYN-PF SOL  IV  7%  250.00 ml 12 EA  AMINO ACIDS | | RX | | 530.53 | 446.76 | 425.52 | | 5/7/01 |
| 00074-1616-03 NDA | AMINOSYN-PF SOL  IV  7%  500.00 ml 12 EA  AMINO ACIDS | | RX | | 542.21 | 456.60 | 405.96 | | 5/7/01 |
| 00074-1617-05 NDA | AMINOSYN-PF SOL  IV  10%  1,000.00 ml 6 EA  AMINO ACIDS | | RX | | 598.71 | 504.18 | 480.18 | | 5/7/01 |
| 00074-4072-02 NDA | AMINOSYN-RF SOL  IV  5.2%  300.00 ml 12 EA  AMINO ACIDS | | RX | | 235.41 | 198.24 | 188.76 | | 5/7/01 |
| 00074-6043-01 ANDA | AMMONIUM CHLORIDE (VIAL, FLIPTOP) SOL  IV  5 MEQ/ML  20.00 ml 25 EA  AMMONIUM CHLORIDE | | RX | | 74.52 | 62.75 | 59.75 | | 5/7/01 |
| 00074-4379-20 | AMNIOCENTESIS TRAY KIT  IJ  1%  10 EA  LIDOCAINE HYDROCHLORIDE | | RX | | 391.64 | 329.80 | 161.02 | | 4/19/99 |
| 00703-9785-01 ANDA | AMPHOTERICIN B (S.D.V.) PDS  IV  50 MG  1 EA  AMPHOTERICIN B | AP | RX | | 11.64 | 9.80 | 8.75 | | 2/8/99 |
| 00007-3130-16 NDA | ANCEF (VIAL) PDS  IJ  1 GM  25 EA  CEFAZOLIN SODIUM | AP | RX | | 108.36 | 91.25 | 56.50 | | 4/19/99 |
| 00007-3131-16 NDA | ANCEF (VIAL) PDS  IJ  500 MG  25 EA  CEFAZOLIN SODIUM | AP | RX | | 54.33 | 45.75 | 31.50 | | 4/19/99 |

**Instructions:** Please make corrections directly on this printout
___OK as is        ___OK with changes

Signature _____    Date _____

**Confidential**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

## REDBOOK *Product Listing Verification*

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 11 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK      IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00007-3135-05 NDA | **ANCEF** (VIAL, BULK) PDS   IJ      10 GM 10 EA            CEFAZOLIN SODIUM | AP | RX | | 433.08 | 364.70 | 210.00 | | 4/19/99 |
| 00007-3137-05 NDA | **ANCEF** (P.B.) PDS   IJ      1 GM 10 EA            CEFAZOLIN SODIUM | AP | RX | | 55.93 | 47.10 | 31.10 | | 4/19/99 |
| 00074-1835-02 | **ANESTHESIA EXTENSION SET** (32') KIT 120 EA            KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 970.43 | 817.20 | 542.40 | | 4/19/99 |
| 00074-1967-03 | **ANTICOAGULANT CPD** SOL   IV 500.00 ml 12 EA    CIT ACID/DEXTROSE/SOD CITR/SOD PHOS | | RX | | 363.66 | 306.24 | 264.00 | | 1/8/01 |
| 00074-1967-04 | **ANTICOAGULANT CPD** SOL   IV 500.00 ml 6 EA    CIT ACID/DEXTROSE/SOD CITR/SOD PHOS | | RX | | 181.83 | 153.12 | 132.00 | | 4/19/99 |
| 00088-1208-65 NDA | **ANZEMET** (AMP) SOL   IV      20 MG/ML 0.63 ml 6 EA    DOLASETRON MESYLATE | | RX | | 140.22 | 118.08 | 93.72 | | 4/19/99 |
| 00074-7376-01 ANDA | **ATRACURIUM BESYLATE** (VIAL, FLIPTOP) SOL   IV      10 MG/ML 5.00 ml 10 EA    ATRACURIUM BESYLATE | AP | RX | | 217.19 | 182.90 | 174.20 | | 5/7/01 |
| 00074-7377-01 ANDA | **ATRACURIUM BESYLATE** (AMP) SOL   IV      10 MG/ML 2.50 ml 10 EA    ATRACURIUM BESYLATE | AP | RX | | 74.81 | 63.00 | 60.00 | | 5/7/01 |
| 00074-7377-02 | **ATRACURIUM BESYLATE** (AMP) SOL   IV      10 MG/ML 5.00 ml 10 EA    ATRACURIUM BESYLATE | AP | RX | | 99.75 | 84.00 | 80.00 | | 5/7/01 |
| 00074-7379-01 ANDA | **ATRACURIUM BESYLATE** (VIAL, FLIPTOP) SOL   IV      10 MG/ML 10.00 ml 10 EA    ATRACURIUM BESYLATE | AP | RX | | 264.10 | 222.40 | 85.60 | | 5/7/01 |
| 00074-7376-49 ANDA | **ATRACURIUM BESYLATE NOVATION** (VIAL,FLIPTOP,INSTIT USE) SOL   IV      10 MG/ML 5.00 ml 10 EA    ATRACURIUM BESYLATE | AP | RX | | 217.19 | 182.90 | 178.80 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK  as is              ____OK with changes

Signature _____   Date _____

**Confidential**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

**REDBOOK Product Listing Verification**

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 12 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7379-49 | ATRACURIUM BESYLATE NOVATION (VIAL, FLIPTOP, INSTIT USE) SOL   IV     10 MG/ML 10.00 ml 10 EA     ATRACURIUM BESYLATE | AP | RX | | 264.10 | 222.40 | 85.60 | | 5/7/01 |
| 00074-4910-15 | ATROPINE SULFATE (ABBOJECT, 21GX1-1/2) SOL   IJ     0.1 MG/ML 5.00 ml 10 EA     ATROPINE SULFATE | | RX | | 32.30 | 27.20 | 25.90 | | 5/7/01 |
| 00074-4910-34 | ATROPINE SULFATE (ABBOJECT, LIFESHIELD) SOL   IJ     0.1 MG/ML 5.00 ml 10 EA     ATROPINE SULFATE | | RX | | 52.37 | 44.10 | 42.00 | | 5/7/01 |
| 00074-4911-18 | ATROPINE SULFATE (ABBOJECT, 21GX1-1/2) SOL   IJ     0.1 MG/ML 10.00 ml 10 EA     ATROPINE SULFATE | | RX | | 34.44 | 29.00 | 19.10 | | 5/7/01 |
| 00074-4911-34 | ATROPINE SULFATE (LIFESHIELD, 21GX1-1/2) SOL   IJ     0.1 MG/ML 10.00 ml 10 EA     ATROPINE SULFATE | | RX | | 53.44 | 45.00 | 19.60 | | 5/7/01 |
| 00074-7897-15 | ATROPINE SULFATE (ABBOJECT, 21GX1 1/2") SOL   IJ     0.05 MG/ML 5.00 ml 10 EA     ATROPINE SULFATE | | RX | | 57.83 | 48.70 | 46.40 | | 5/7/01 |
| 00074-1850-02 | BACKCHECK EXTENSION (32", STERILE PACK) KIT 120 EA     KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 1,529.03 | 1,287.60 | 856.80    343.45 | | 4/19/99 |
| 00074-3911-03 | BALANCED SALT SOL   IR 500.00 ml 12 EA     BALANCED SALT SOLUTION | | RX | | 213.61 | 179.88 | 171.36 | | 5/7/01 |
| 00703-3154-01 | BLEOMYCIN SULFATE (S.D.V.) PDS   IJ     15 U 1 EA     BLEOMYCIN SULFATE | EE | RX | | 305.78 | 257.50 | 141.75 | | 4/27/00 |
| 00703-3155-01 | BLEOMYCIN SULFATE (S.D.V.) PDS   IJ     30 U 1 EA     BLEOMYCIN SULFATE | EE | RX | | 611.56 | 515.00 | 278.25 | | 4/27/00 |
| 00074-3039-48 | BLOOD ADMINISTRATION W/CAIR CLAMP (105", LATEX-FREE, OL) KIT 48 EA     KIT, ADMINISTRATION, BLOOD | | RX | | 702.81 | 591.84 | 511.20 | | 4/19/99 |

Instructions:   Please make corrections directly on this printout
___OK  as is          ___OK with changes

Signature _____   Date _____

**Confidential**

MEDICAL ECONOMICS
✦
THOMSON HEALTHCARE

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 13 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4736-48 | **BLOOD COLLECTION** (36", 17GX1-7/8" IV NDL) KIT 48 EA       KIT, BLOOD COLLECTION, PHLEBOTOMY | | RX | | 542.64 | 456.96 | 286.56 | | 4/19/99 |
| 00074-4830-58 | **BLOOD INLINE FILTER ADAPTER** (9", 170 MICRON) KIT 48 EA       CONNECTOR, TUBING, BLOOD | | OTC | | 645.81 | 543.84 | 378.72 | | 4/19/99 |
| 00074-4602-58 | **BLOOD SECONDARY** (26", SLIDE CLAMP) KIT 48 EA       KIT, ADMINISTRATION, BLOOD | | RX | | 585.96 | 493.44 | 343.68 | | 4/19/99 |
| 00074-1845-68 | **BLOOD SET 80** (W/CAIR CLAMP,Y-INJ) KIT 48 EA       KIT, ADMINISTRATION, BLOOD | | OTC | | 773.49 | 651.36 | 408.00 | | 4/19/99 |
| 00074-8954-68 | **BLOOD SET W/PUMP** (80") KIT 48 EA       KIT, ADMINISTRATION, BLOOD | | OTC | | 921.69 | 776.16 | 485.76 | | 4/19/99 |
| 00074-4663-01 | **BLOOD WARMING COIL** (24") DEV 20 EA       KIT, ADMINISTRATION, BLOOD | | OTC | | 1,087.75 | 916.00 | 638.00 | | 4/19/99 |
| 00074-1871-68 | **BLOOD Y-TYPE SET 80** (W/CAIR CLAMP,NV,Y-INJ) KIT 48 EA       KIT, ADMINISTRATION, BLOOD | | OTC | | 901.74 | 759.36 | 476.16 | | 4/19/99 |
| 00074-1873-68 | **BLOOD Y-TYPE SET W/PUMP** (NV,82",CAIR CLAMP,Y-INJ) SET 48 EA       KIT, ADMINISTRATION, BLOOD | | OTC | | 1,051.08 | 885.12 | 554.40 | | 4/19/99 |
| 00074-1698-10 NDA | **BRETYLIUM TOSYLATE** (ANSYR) SOL   IV    50 MG/ML 10.00 ml 10 EA       BRETYLIUM TOSYLATE | AP | RX | | 84.43 | 71.10 | 67.68 | | 5/7/01 |
| 00074-9267-18 NDA | **BRETYLIUM TOSYLATE** (ABBOJECT) SOL   IV    50 MG/ML 10.00 ml 10 EA       BRETYLIUM TOSYLATE | AP | RX | | 218.26 | 183.80 | 175.00 | | 5/7/01 |
| 00074-7638-62 NDA | **BRETYLIUM TOSYLATE/DEXTROSE** SOL   IV    200 MG/100 ML-5% 250.00 ml 24 EA       BRETYLIUM/DEXTROSE | AP | RX | | 566.30 | 476.88 | 454.08 | | 5/7/01 |

Handwritten annotations: "122.90 Dº" (row 1); "DEACT 5/7/01", "OK 28.76" (row 2); "221.04 Dº" (row 3); "232.84 Dº" (row 5); "149.60 Dº" (row 6)

Instructions:  Please make corrections directly on this printout
___OK as is          ___OK with changes

Signature _____  Date _____

**Confidential**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 14 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7639-62 NDA | BRETYLIUM TOSYLATE/DEXTROSE SOL  IV  400 MG/100 ML-5% 250.00 ml 24 EA   BRETYLIUM/DEXTROSE | AP | RX | | 572.85 | 482.40 | 459.54 | | 5/7/01 |
| 00074-1412-04 ANDA | BUMETANIDE (VIAL) SOL  IJ  0.25 MG/ML 4.00 ml 10 EA   BUMETANIDE | AP | RX | | 19.95 | 16.80 | 16.00 | | 5/7/01 |
| 00074-1412-10 ANDA | BUMETANIDE (M.D.V.) SOL  IJ  0.25 MG/ML 10.00 ml 10 EA   BUMETANIDE | AP | RX | | 65.43 | 55.10 | 52.50 | | 5/7/01 |
| 00074-1412-14 ANDA | BUMETANIDE (CARPUJECT) SOL  IJ  0.25 MG/ML 4.00 ml 10 EA   BUMETANIDE | AP | RX | | 19.00 | 16.00 | 16.00 | | 4/19/99 |
| 00074-1158-01 NDA | BUPIVACAINE HCL (AMP) SOL  IJ  0.25% 30.00 ml 5 EA   BUPIVACAINE HYDROCHLORIDE | AP | RX | | 15.97 | 13.45 | 12.45 | | 5/7/01 |
| 00074-1158-02 NDA | BUPIVACAINE HCL (AMP) SOL  IJ  0.25% 50.00 ml 25 EA   BUPIVACAINE HYDROCHLORIDE | AP | RX | | 112.52 | 94.75 | 89.75 | | 5/7/01 |
| 00074-1159-01 NDA | BUPIVACAINE HCL (VIAL) SOL  IJ  0.25% 10.00 ml 25 EA   BUPIVACAINE HYDROCHLORIDE | AP | RX | | 67.69 | 57.00 | 54.25 | | 5/7/01 |
| 00074-1159-02 NDA | BUPIVACAINE HCL (VIAL) SOL  IJ  0.25% 30.00 ml 25 EA   BUPIVACAINE HYDROCHLORIDE | AP | RX | | 87.88 | 74.00 | 56.00 | | 5/7/01 |
| 00074-1160-01 NDA | BUPIVACAINE HCL (VIAL, FLIPTOP) SOL  IJ  0.25% 50.00 ml 25 EA   BUPIVACAINE HYDROCHLORIDE | AP | RX | | 127.36 | 107.25 | 102.14 | | 5/7/01 |
| 00074-1161-01 NDA | BUPIVACAINE HCL (AMP) SOL  IJ  0.5% 30.00 ml 5 EA   BUPIVACAINE HYDROCHLORIDE | AP | RX | | 16.33 | 13.75 | 11.95 | | 5/7/01 |
| 00074-1162-01 NDA | BUPIVACAINE HCL (VIAL) SOL  IJ  0.5% 10.00 ml 25 EA   BUPIVACAINE HYDROCHLORIDE | AP | RX | | 78.08 | 65.75 | 62.50 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____ OK as is              ____ OK with changes

Signature _____  Date _____

**Confidential**

**Red Book 00759**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 15 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1162-02 NDA | BUPIVACAINE HCL (VIAL) SOL  IJ  0.5% 30.00 ml 25 EA  BUPIVACAINE HYDROCHLORIDE | AP | RX | | 90.25 | 76.00 | 39.50 | | 5/7/01 |
| 00074-1163-01 NDA | BUPIVACAINE HCL (VIAL, FLIPTOP) SOL  IJ  0.5% 50.00 ml 25 EA  BUPIVACAINE HYDROCHLORIDE | AP | RX | | 112.22 | 94.50 | 90.00 | | 5/7/01 |
| 00074-1164-01 NDA | BUPIVACAINE HCL (AMP) SOL  IJ  0.75% 30.00 ml 5 EA  BUPIVACAINE HYDROCHLORIDE | AP | RX | | 18.94 | 15.95 | 14.95 | | 5/7/01 |
| 00074-1165-01 NDA | BUPIVACAINE HCL (VIAL) SOL  IJ  0.75% 10.00 ml 25 EA  BUPIVACAINE HYDROCHLORIDE | AP | RX | | 68.28 | 57.50 | 54.75 | | 5/7/01 |
| 00074-1165-02 NDA | BUPIVACAINE HCL (VIAL) SOL  IJ  0.75% 30.00 ml 25 EA  BUPIVACAINE HYDROCHLORIDE | AP | RX | | 108.06 | 91.00 | 86.75 | | 5/7/01 |
| 00074-4272-01 NDA | BUPIVACAINE HCL (AMP, STERILE) SOL  IJ  0.25% 20.00 ml 5 EA  BUPIVACAINE HYDROCHLORIDE | AP | RX | | 20.54 | 17.30 | 16.30 | | 5/7/01 |
| 00074-4273-01 NDA | BUPIVACAINE HCL (AMP, STERILE PACK) SOL  IJ  0.5% 20.00 ml 5 EA  BUPIVACAINE HYDROCHLORIDE | AP | RX | | 23.22 | 19.55 | 18.55 | | 5/7/01 |
| 00074-4274-01 NDA | BUPIVACAINE HCL (AMP, STERILE) SOL  IJ  0.75% 20.00 ml 5 EA  BUPIVACAINE HYDROCHLORIDE | AP | RX | | 26.13 | 22.00 | 20.95 | | 5/7/01 |
| 00074-5748-21 NDA | BUPIVACAINE HCL (ABBOJECT W/MALE ADAPTER) SOL  IJ  0.5% 30.00 ml 10 EA  BUPIVACAINE HYDROCHLORIDE | AP | RX | | 124.45 | 104.80 | 99.80 | | 5/7/01 |
| 00074-5749-22 NDA | BUPIVACAINE HCL (ABBOJECT W/MALE ADAPTER) SOL  IJ  0.25% 50.00 ml 10 EA  BUPIVACAINE HYDROCHLORIDE | AP | RX | | 133.59 | 112.50 | 107.10 | | 5/7/01 |
| 00074-9041-01 ANDA | BUPIVACAINE HCL W/EPINEPHRINE (AMP) SOL  IJ  0.25%-1:200,000 50.00 ml 25 EA  BUPIV/EPI | | RX | | 217.02 | 182.75 | 174.00 | | 5/7/01 |

DEACT 9/01/01

Instructions: Please make corrections directly on this printout
___OK as is        ___OK with changes

Signature _____ Date _____

**Confidential**                 **Red Book 00760**

**MEDICAL ECONOMICS**

THOMSON HEALTHCARE

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 16 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-9042-01 ANDA | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, TEARTOP) SOL   IJ       0.25%-1:200,000 10.00 ml 10 EA      BUPIV/EPI | | RX | | 28.03 | 23.60 | 22.50 | | 5/7/01 |
| 00074-9042-02 ANDA | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, TEARTOP) SOL   IJ       0.25%-1:200,000 30.00 ml 10 EA      BUPIV/EPI | | RX | | 42.28 | 35.60 | 33.90 | | 5/7/01 |
| 00074-9043-01 ANDA | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, FLIPTOP) SOL   IJ       0.25%-1:200,000 50.00 ml 25 EA      BUPIV/EPI | | RX | | 187.03 | 157.50 | 150.00 | | 5/7/01 |
| 00074-9044-01 ANDA | BUPIVACAINE HCL W/EPINEPHRINE (AMP) SOL   IJ       0.5%-1:200,000 30.00 ml 5 EA      BUPIV/EPI | | RX | | 28.08 | 23.65 | 22.50 | | 5/7/01 |
| 00074-9045-01 ANDA | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, TEARTOP) SOL   IJ       0.5%-1:200,000 10.00 ml 10 EA      BUPIV/EPI | | RX | | 31.35 | 26.40 | 25.10 | | 5/7/01 |
| 00074-9045-02 ANDA | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, TEARTOP) SOL   IJ       0.5%-1:200,000 30.00 ml 10 EA      BUPIV/EPI | | RX | | 59.38 | 50.00 | 24.20 | | 5/7/01 |
| 00074-9046-01 ANDA | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, FLIPTOP) SOL   IJ       0.5%-1:200,000 50.00 ml 25 EA      BUPIV/EPI | | RX | | 199.20 | 167.75 | 159.75 | | 5/7/01 |
| 00074-9047-01 ANDA | BUPIVACAINE HCL W/EPINEPHRINE (AMP) SOL   IJ       0.75%-1:200,000 30.00 ml 5 EA      BUPIV/EPI | | RX | | 37.41 | 31.50 | 30.00 | | 5/7/01 |
| 00074-3613-01 NDA | BUPIVACAINE SPINAL AMPUL (AMP) SOL   IJ       0.25% 2.00 ml 10 EA      BUPIVACAINE HYDROCHLORIDE | AP | RX | | 27.08 | 22.80 | 21.70 | | 5/7/01 |
| 00074-2012-01 ANDA | BUPRENORPHINE HCL (CARPUJECT) SOL   IJ       0.3 MG/ML 1.00 ml 10 EA      BUPRENORPHINE HYDROCHLORIDE | AP | CV | | 29.69 | 25.00 | 23.77 | | 5/7/01 |
| 00074-1623-01 ANDA | BUTORPHANOL TARTRATE (VIAL, FLIPTOP) SOL   IJ       1 MG/ML 1.00 ml 10 EA      BUTORPHANOL TARTRATE | AP | CIV | | 80.87 | 68.10 | 64.90 | | 5/7/01 |

**Instructions:**   Please make corrections directly on this printout
____ OK  as is          ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00761**

**MEDICAL ECONOMICS**
✳
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 17 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK       IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1624-01 ANDA | BUTORPHANOL TARTRATE (HYPAK) SOL   IJ      1 MG/ML 1.00 ml 10 EA     BUTORPHANOL TARTRATE | AP | CIV | | 251.51 | 211.80 | 201.70 | | 5/7/01 |
| 00074-1626-01 ANDA | BUTORPHANOL TARTRATE (VIAL,FLIPTOP) SOL   IJ      2 MG/ML 1.00 ml 10 EA     BUTORPHANOL TARTRATE | AP | CIV | | 82.29 | 69.30 | 66.00 | | 5/7/01 |
| 00074-1626-02 ANDA | BUTORPHANOL TARTRATE (VIAL,FLIPTOP) SOL   IJ      2 MG/ML 2.00 ml 10 EA     BUTORPHANOL TARTRATE | AP | CIV | | 140.96 | 118.70 | 113.00 | | 5/7/01 |
| 00074-1627-01 ANDA | BUTORPHANOL TARTRATE (HYPAK) SOL   IJ      2 MG/ML 1.00 ml 10 EA     BUTORPHANOL TARTRATE | AP | CIV | | 260.89 | 219.70 | 201.60 | | 5/7/01 |
| 00074-2301-01 ANDA | BUTORPHANOL TARTRATE (CARPUJECT) SOL   IJ      1 MG/ML 1.00 ml 10 EA     BUTORPHANOL TARTRATE | AP | CIV | | 87.28 | 73.50 | 70.00 | | 5/7/01 |
| 00074-2301-31 ANDA | BUTORPHANOL TARTRATE (CARPUJECT,LUER LOCK) SOL   IJ      1 MG/ML 1.00 ml 10 EA     BUTORPHANOL TARTRATE | AP | CIV | | 89.06 | 75.00 | 70.00 | | 5/7/01 |
| 00074-2302-01 ANDA | BUTORPHANOL TARTRATE (CARPUJECT) SOL   IJ      2 MG/ML 1.00 ml 10 EA     BUTORPHANOL TARTRATE | AP | CIV | | 93.58 | 78.80 | 75.00 | | 5/7/01 |
| 00074-2302-31 ANDA | BUTORPHANOL TARTRATE (CAARPUJECT,LUER LOCK) SOL   IJ      2 MG/ML 1.00 ml 10 EA     BUTORPHANOL TARTRATE | AP | CIV | | 95.59 | 80.50 | 75.00 | | 5/7/01 |
| 00074-1623-49 ANDA | BUTORPHANOL TARTRATE NOVATION (VIAL,FLIPTOP,INSTIT USE) SOL   IJ      1 MG/ML 1.00 ml 10 EA     BUTORPHANOL TARTRATE | AP | CIV | | 80.87 | 68.10 | 64.90 | | 5/7/01 |
| 00074-1624-49 ANDA | BUTORPHANOL TARTRATE NOVATION (HYPAK,INSTIT USE) SOL   IJ      1 MG/ML 1.00 ml 10 EA     BUTORPHANOL TARTRATE | AP | CIV | | 251.51 | 211.80 | 201.70 | | 5/7/01 |
| 00074-1626-49 ANDA | BUTORPHANOL TARTRATE NOVATION (VIAL,FLIPTOP,INSTIT USE) SOL   IJ      2 MG/ML 1.00 ml 10 EA     BUTORPHANOL TARTRATE | AP | CIV | | 80.51 | 67.80 | 66.00 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00762**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### *REDBOOK* Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 18 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL      600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1627-49 ANDA | BUTORPHANOL TARTRATE NOVATION (HYPAK,INSTIT USE) SOL    IJ      2 MG/ML 1.00 ml 10 EA     BUTORPHANOL TARTRATE | AP | CIV | | 260.89 | 219.70 | 201.60 | | 5/7/01 |
| 00074-4492-01 | BUTTERFLY INFUSION (21GX3/4", 12" TUBING) KIT 120 EA       KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 303.53 | 255.60 | 60.00 | | 4/19/99 |
| 00074-4565-01 | BUTTERFLY INFUSION (23GX3/4", 12" TUBING) KIT 120 EA       KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 303.53 | 255.60 | 158.40 | | 4/19/99 |
| 00074-4590-01 | BUTTERFLY INFUSION (19GX7/8", 12" TUBING) KIT 120 EA       KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 303.53 | 255.60 | 158.40 | | 4/19/99 |
| 00074-4821-01 | BUTTERFLY INFUSION (21GX3/4", 3-1/2" TUBING) KIT 120 EA       KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 303.53 | 255.60 | 69.66 | | 4/19/99 |
| 00074-4867-01 | BUTTERFLY INFUSION (23GX3/4", 3-1/2" TUBING) KIT 120 EA       KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 303.53 | 255.60 | 158.40 | | 4/19/99 |
| 00074-4506-01 | BUTTERFLY INFUSION PEDIATRIC (25GX3/4", 12" TUBING) KIT 120 EA       KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 307.80 | 259.20 | 180.00 | 66.00 D. | 4/19/99 |
| 00074-4573-01 | BUTTERFLY INFUSION PEDIATRIC (25GX3/8", 3-1/2" TUBING) KIT 120 EA       KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 307.80 | 259.20 | 162.00 | | 4/19/99 |
| 00074-4995-01 | BUTTERFLY INFUSION PEDIATRIC (27GX3/8", 8" TUBING) KIT 120 EA       KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 357.68 | 301.20 | 188.40 | 88.80 D. | 4/19/99 |
| 00074-5588-01 | BUTTERFLY INFUSION PEDIATRIC (25GX3/8", 8" TUBING) KIT 120 EA       KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 307.80 | 259.20 | 162.00 | | 4/19/99 |
| 00074-4550-02 | BUTTERFLY INT INFUSION (19GX7/8", 3-1/2" TUBING) KIT 100 EA       KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 298.06 | 251.00 | 157.00 | 73.97 D. | 4/19/99 |

nstructions:  Please make corrections directly on this printout
___OK as is            ___OK with changes

Signature _____        Date _____

**Confidential**

# MEDICAL ECONOMICS
## THOMSON HEALTHCARE

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 19 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK      IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4721-02 | BUTTERFLY INT INFUSION (21GX3/4", 3-1/2" TUBING) KIT 100 EA          KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 298.06 | 251.00 | 68.85 | | 4/19/99 |
| 00074-4871-02 | BUTTERFLY INT INFUSION (23GX3/4", 3-1/2" TUBING) KIT 100 EA          KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 298.06 | 251.00 | 157.00   68.85 | D | 4/19/99 |
| 00074-5827-02 | BUTTERFLY INT INFUSION (25GX3/4", 3-1/2" TUBING) KIT 100 EA          KIT, CATHETERIZATION, INTRAVENOUS, WINGED | | RX | | 298.06 | 251.00 | 157.00   74.00 | D | 4/19/99 |
| 00074-8110-31 | CALCIJEX (AMP,LOW-ALUMINUM) SOL    IV      1 MCG/ML 1.00 ml 100 EA      CALCITRIOL | | RX | | 1,387.19 | 1,168.16 | 1,168.16 | | 4/1/01 |
| 00074-2553-01 | CALCIUM ACETATE (VIAL, FLIPTOP) SOL    IV      0.5 MEQ/ML 10.00 ml 25 EA      CALCIUM ACETATE | | RX | | 22.56 | 19.00 | 17.75 | | 5/7/01 |
| 00074-2553-02 | CALCIUM ACETATE (VIAL, FLIPTOP) SOL    IV      0.5 MEQ/ML 50.00 ml 25 EA      CALCIUM ACETATE | | RX | | 59.97 | 50.50 | 48.00 | | 5/7/01 |
| 00074-2553-03 | CALCIUM ACETATE (VIAL, FLIPTOP) SOL    IV      0.5 MEQ/ML 100.00 ml 25 EA      CALCIUM ACETATE | | RX | | 137.16 | 115.50 | 110.00 | | 5/7/01 |
| 00074-1631-10 NDA | CALCIUM CHLORIDE (ANSYR,PLASTIC SRN) SOL    IV      100 MG/ML 10.00 ml 10 EA      CALCIUM CHLORIDE | | RX | | 28.14 | 23.70 | 22.60 | | 5/7/01 |
| 00074-4908-18 | CALCIUM CHLORIDE (ABBOJECT,18GX3 1/2") SOL    IV      100 MG/ML 10.00 ml 10 EA      CALCIUM CHLORIDE | | RX | | 39.19 | 33.00 | 31.40 | | 5/7/01 |
| 00074-4928-18 | CALCIUM CHLORIDE (ABBOJECT,21GX1 1/2") SOL    IV      100 MG/ML 10.00 ml 10 EA      CALCIUM CHLORIDE | | RX | | 28.14 | 23.70 | 22.60 | | 5/7/01 |
| 00074-4928-34 | CALCIUM CHLORIDE (SRN) SOL    IV      100 MG/ML 10.00 ml 10 EA      CALCIUM CHLORIDE | | RX | | 29.33 | 24.70 | 22.40 | | 5/7/01 |

Instructions:   Please make corrections directly on this printout
____ OK  as is           ____OK with changes

Signature _____   Date _____

Confidential

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 20 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK       IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1184-01 | CALCIUM GLUCONATE (AMP) SOL IV 100 MG/ML 1.00 ml 25 EA CALCIUM GLUCONATE | | RX | | 20.78 | 17.50 | 16.25 | | 5/7/01 |
| 00074-1036-30 NDA | CARBOCAINE HCL (S.D.V.) SOL IJ 1% 30.00 ml 1 EA MEPIVACAINE HYDROCHLORIDE | AP | RX | | 11.31 | 9.52 | 9.07 | | 5/7/01 |
| 00074-1038-50 NDA | CARBOCAINE HCL (M.D.V.) SOL IJ 1% 50.00 ml 1 EA MEPIVACAINE HYDROCHLORIDE | AP | RX | | 16.23 | 13.67 | 13.02 | | 5/7/01 |
| 00074-1041-30 NDA | CARBOCAINE HCL (S.D.V.) SOL IJ 1.5% 30.00 ml 1 EA MEPIVACAINE HYDROCHLORIDE | AP | RX | | 4.56 | 3.84 | 3.66 | | 5/7/01 |
| 00074-1067-20 NDA | CARBOCAINE HCL (S.D.V.) SOL IJ 2% 20.00 ml 1 EA MEPIVACAINE HYDROCHLORIDE | AP | RX | | 12.69 | 10.69 | 10.18 | | 5/7/01 |
| 00074-2047-50 NDA | CARBOCAINE HCL (M.D.V.) SOL IJ 2% 50.00 ml 1 EA MEPIVACAINE HYDROCHLORIDE | AP | RX | | 18.98 | 15.98 | 15.22 | | 5/7/01 |
| 00074-6414-58 | CARDIAC CATHETER (NON-VENTED, 67", Y-TYPE) KIT 48 EA CATHETER, CARDIOVASCULAR | | OTC | | 873.81 | 735.84 | 527.52 | D | 4/19/99 |
| 00074-6536-01 | CATHETER IRRIGATION SET (W/CAIR CLAMP, 70") KIT 20 EA CATHETER, URINARY, IRRIGATION | | OTC | | 140.36 | 118.20 | 81.00   444.47 | D | 4/19/99 |
| 00074-4808-20 | CAUDAL ANESTHESIA TRAY (CONTINUOUS,18G QUINCKE) KIT EP 1:200,000-1.5% 10 EA EPI/LIDO HCL | | RX | | 457.78   A | 385.50   404.80   404.80 | 293.30   62.12   197.63 | D | 4/7/97 |
| 00074-4732-03 | CEFAZOLIN SODIUM (ADD-VANTAGE) PDS IJ 1 GM 25 EA CEFAZOLIN SODIUM | AP | RX | | 68.54 | 57.75 | 55.00 | | 5/7/01 |
| 00074-3118-31 | CENOLATE (AMP) SOL IJ 500 MG/ML 1.00 ml 50 EA VITAMIN C | | RX | | 32.06 | 27.00 | 25.50 | | 5/7/01 |

Instructions:   Please make corrections directly on this printout
___OK  as is          ___OK with changes

Signature _____  Date _____

**Confidential**                    **Red Book 00765**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 21 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK            IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3397-32 | CENOLATE (AMP) SOL   IJ   500 MG/ML 2.00 ml 50 EA   VITAMIN C | | RX | | 40.97 | 34.50 | 25.00 | | 5/7/01 |
| 00074-4730-02 | CHECK VALVE EXTENSION (32" W/T-CONNECTOR) KIT 120 EA   KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 1,651.58 | 1,390.80 | 996.00     371.11 | | 4/19/99 |
| 00074-4169-01 ANDA | CHLOROPROCAINE HCL (VIAL) SOL   IJ   2% 30.00 ml 25 EA   CHLOROPROCAINE HYDROCHLORIDE | AP | RX | | 134.78 | 113.50 | 108.00 | | 5/7/01 |
| 00074-4170-01 ANDA | CHLOROPROCAINE HCL (VIAL) SOL   IJ   3% 30.00 ml 25 EA   CHLOROPROCAINE HYDROCHLORIDE | AP | RX | | 201.58 | 169.75 | 161.75 | | 5/7/01 |
| 00074-4093-01 NDA | CHROMIUM (VIAL, FLIPTOP) SOL   IV   4 MCG/ML 10.00 ml 25 EA   CHROMIC CHLORIDE | AP | RX | | 29.98 | 25.25 | 24.00 | | 5/7/01 |
| 00074-7444-01 ANDA | CIMETIDINE HCL (VIAL, FLIPTOP) SOL   IV   150 MG/ML 2.00 ml 10 EA   CIMETIDINE HYDROCHLORIDE | AP | RX | | 14.61 | 12.30 | 11.30 | | 5/7/01 |
| 00074-7445-01 ANDA | CIMETIDINE HCL (VIAL, FLIPTOP) SOL   IV   150 MG/ML 8.00 ml 10 EA   CIMETIDINE HYDROCHLORIDE | AP | RX | | 34.91 | 29.40 | 28.00 | | 5/7/01 |
| 90074-7446-02 ANDA | CIMETIDINE HCL (ADD-VANTAGE) SOL   IV   150 MG/ML 2.00 ml 25 EA   CIMETIDINE HYDROCHLORIDE | AP | RX | | 96.19 | 81.00 | 65.25 | | 5/7/01 |
| 00074-7447-16 ANDA | CIMETIDINE HCL SOL   IV   300 MG/50 ML 50.00 ml 48 EA   CIMETIDINE HYDROCHLORIDE | AP | RX | | 149.91 | 126.24 | 120.00 | | 5/7/01 |
| 00074-7350-02 ANDA | CIMETIDINE HCL/SODIUM CHLORIDE SOL   IV   360 MG/100 ML-0.9% 250.00 ml 12 EA   CIMETIDINE HCL/SOD CL | AP | RX | | 297.54 | 250.56 | 96.00 | | 4/19/99 |
| 00074-7351-02 ANDA | CIMETIDINE HCL/SODIUM CHLORIDE SOL   IV   480 MG/100 ML-0.9% 250.00 ml 12 EA   CIMETIDINE HCL/SOD CL | AP | RX | | 352.55 | 296.88 | 114.00 | | 4/19/99 |

Instructions:   Please make corrections directly on this printout
___ OK as is            ___ OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00766**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 22 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00703-5747-11 | CISPLATIN (M.D.V.) SOL IV 1 MG/ML 50.00 ml 1 EA   CISPLATIN | EE | RX | | 231.56 | 195.00 | 102.38 | | 4/27/00 |
| 00703-5748-11 | CISPLATIN (M.D.V.) SOL IV 1 MG/ML 100.00 ml 1 EA   CISPLATIN | EE | RX | | 463.13 | 390.00 | 205.54 | | 4/27/00 |
| 00039-0017-10 NDA | CLAFORAN (VIAL) PDS IJ 500 MG 10 EA   CEFOTAXIME SODIUM | AP | RX | | 86.21 | 72.60 | 57.60 | | 4/19/99 |
| 00039-0018-10 NDA | CLAFORAN (VIAL) PDS IJ 1 GM 10 EA   CEFOTAXIME SODIUM | AP | RX | | 143.93 | 121.20 | 84.80 | | 4/19/99 |
| 00039-0018-11 NDA | CLAFORAN (P.B.) PDS IJ 1 GM 10 EA   CEFOTAXIME SODIUM | AP | RX | | 140.48 | 118.30 | 93.90 | | 4/19/99 |
| 00039-0018-25 NDA | CLAFORAN (VIAL) PDS IJ 1 GM 25 EA   CEFOTAXIME SODIUM | AP | RX | | 339.33 | 285.75 | 200.25 | | 4/19/99 |
| 00039-0018-50 NDA | CLAFORAN (VIAL) PDS IJ 1 GM 50 EA   CEFOTAXIME SODIUM | AP | RX | | 640.66 | 539.50 | 428.50 | | 4/19/99 |
| 00039-0019-10 NDA | CLAFORAN (VIAL) PDS IJ 2 GM 10 EA   CEFOTAXIME SODIUM | AP | RX | | 266.24 | 224.20 | 177.90 | | 4/19/99 |
| 00039-0019-11 NDA | CLAFORAN (P.B.) PDS IJ 2 GM 10 EA   CEFOTAXIME SODIUM | AP | RX | | 263.86 | 222.20 | 176.40 | | 4/19/99 |
| 00039-0019-25 NDA | CLAFORAN (VIAL) PDS IJ 2 GM 25 EA   CEFOTAXIME SODIUM | AP | RX | | 628.19 | 529.00 | 419.75 | | 4/19/99 |
| 00039-0019-50 NDA | CLAFORAN (VIAL) PDS IJ 2 GM 50 EA   CEFOTAXIME SODIUM | AP | RX | | 1,186.31 | 999.00 | 793.00 | | 4/19/99 |

Instructions:   Please make corrections directly on this printout
____OK  as is              ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00767**

MEDICAL ECONOMICS
THOMSON HEALTHCARE

**REDBOOK Product Listing Verification**
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 23 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00039-0020-01 NDA | CLAFORAN (BULK VIAL) PDS   IJ   10 GM 1 EA    CEFOTAXIME SODIUM | AP | RX | | 118.66 | 99.92 | 70.94 | | 4/19/99 |
| 00039-0023-25 NDA | CLAFORAN (ADD-VANTAGE) PDS   IJ   1 GM 25 EA    CEFOTAXIME SODIUM | AP | RX | | 350.61 | 295.25 | 234.25 | | 4/19/99 |
| 00039-0023-50 NDA | CLAFORAN (ADD-VANTAGE) PDS   IJ   1 GM 50 EA    CEFOTAXIME SODIUM | AP | RX | | 663.22 | 558.50 | 443.00 | | 4/19/99 |
| 00039-0024-25 NDA | CLAFORAN (ADD-VANTAGE) PDS   IJ   2 GM 25 EA    CEFOTAXIME SODIUM | AP | RX | | 639.47 | 538.50 | 427.25 | | 4/19/99 |
| 00039-0024-50 NDA | CLAFORAN (ADD-VANTAGE) PDS   IJ   2 GM 50 EA    CEFOTAXIME SODIUM | AP | RX | | 1,208.88 | 1,018.00 | 808.00 | | 4/19/99 |
| 00074-4532-02 | CLEAR-CATH (20 GAUGE, 2") DEV 120 EA    CATHETER | | RX | | 701.10 | 590.40 | 368.40 162.54 | D | 4/19/99 |
| 00074-4532-06 | CLEAR-CATH (16GX1-1/4") DEV 120 EA    CATHETER | | RX | | 701.10 | 590.40 | 368.40 162.54 | D | 4/19/99 |
| 00074-4532-08 | CLEAR-CATH (18GX1-1/4") DEV 120 EA    CATHETER | | RX | | 701.10 | 590.40 | 368.40 162.54 | D | 4/19/99 |
| 00074-4532-14 | CLEAR-CATH (14 GAUGE, 2") DEV 120 EA    CATHETER | | RX | | 701.10 | 590.40 | 368.40 162.54 | D | 4/19/99 |
| 00074-4532-16 | CLEAR-CATH (16GX2") DEV 120 EA    CATHETER | | RX | | 701.10 | 590.40 | 368.40 162.54 | D | 4/19/99 |
| 00074-4532-18 | CLEAR-CATH (18GX2") DEV 120 EA    CATHETER | | RX | | 701.10 | 590.40 | 368.40 162.54 | D | 4/19/99 |

**Instructions:**  Please make corrections directly on this printout
____OK as is        ____OK with changes

Signature _____  Date _____

**Confidential**

**Red Book 00768**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 24 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4532-20 | CLEAR-CATH (20 GAUGE 1-1/4") DEV 120 EA CATHETER | | RX | | 701.10 | 590.40 | 368.40 | | 4/19/99 |
| 00074-4532-22 | CLEAR-CATH (22 GAUGE, 1-1/4") DEV 120 EA CATHETER | | RX | | 735.30 | 619.20 | 386.40 143.54 | D | 4/19/99 |
| 00074-4532-24 | CLEAR-CATH (24 GAUGE, 3/4") DEV 120 EA CATHETER | | RX | | 768.08 | 646.80 | 403.20 170.10 | D | 4/19/99 |
| 00074-4532-32 | CLEAR-CATH (22 GAUGE, 1") DEV 120 EA CATHETER | | RX | | 735.30 | 619.20 | 386.40 177.66 | D | 4/19/99 |
| 00074-4532-74 | CLEAR-CATH (14G, 5-1/2" SUBCLAVIAN) DEV 60 EA CATHETER | | RX | | 487.35 | 410.40 | 254.40 170.10 112.05 | D | 4/19/99 |
| 00074-4050-01 ANDA | CLINDAMYCIN PHOSPHATE (VIAL, FLIPTOP) SOL IJ 150 MG/ML 2.00 ml 25 EA CLINDAMYCIN PHOSPHATE | AP | RX | | 106.88 | 90.00 | 85.00 | | 5/7/01 |
| 00074-4051-01 ANDA | CLINDAMYCIN PHOSPHATE (VIAL, FLIPTOP) SOL IJ 150 MG/ML 4.00 ml 25 EA CLINDAMYCIN PHOSPHATE | AP | RX | | 107.77 | 90.75 | 85.75 | | 5/7/01 |
| 00074-4052-01 ANDA | CLINDAMYCIN PHOSPHATE (VIAL, FLIPTOP) SOL IJ 150 MG/ML 6.00 ml 25 EA CLINDAMYCIN PHOSPHATE | AP | RX | | 212.27 | 178.75 | 170.25 | | 5/7/01 |
| 00074-4053-03 ANDA | CLINDAMYCIN PHOSPHATE (VIAL, ADD-VANTAGE) SOL IJ 150 MG/ML 2.00 ml 25 EA CLINDAMYCIN PHOSPHATE | AP | RX | | 121.13 | 102.00 | 97.00 | | 5/7/01 |
| 00074-4054-03 ANDA | CLINDAMYCIN PHOSPHATE (VIAL, ADD-VANTAGE) SOL IJ 150 MG/ML 4.00 ml 25 EA CLINDAMYCIN PHOSPHATE | AP | RX | | 211.38 | 178.00 | 169.50 | | 5/7/01 |
| 00074-4055-03 ANDA | CLINDAMYCIN PHOSPHATE (VIAL, ADD-VANTAGE) SOL IJ 150 MG/ML 6.00 ml 25 EA CLINDAMYCIN PHOSPHATE | AP | RX | | 293.91 | 247.50 | 235.75 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
___OK as is        ___OK with changes

Signature _____ Date _____

**Confidential**

**Red Book 00769**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 25 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4197-01 ANDA | CLINDAMYCIN PHOSPHATE (VIAL, BULK) SOL   IJ      150 MG/ML 60.00 ml 1 EA    CLINDAMYCIN PHOSPHATE | AP | RX | | 57.76 | 48.64 | 46.32 | | 5/7/01 |
| 00074-1097-02 | CODEINE PHOSPHATE (CARPUJECT,22GX1-1/4") SOL   IJ      15 MG/ML 2.00 ml 10 EA      CODEINE PHOSPHATE | | CII | | 8.55 | 7.20 | 6.85 | | 5/7/01 |
| 00074-1097-12 | CODEINE PHOSPHATE (CARPUJECT,U-BLUNT CANN) SOL   IJ      15 MG/ML 2.00 ml 10 EA      CODEINE PHOSPHATE | | CII | | 10.93 | 9.20 | 8.20 | | 5/7/01 |
| 00074-1097-32 | CODEINE PHOSPHATE (CARPUJECT,LUER LOCK) SOL   IJ      15 MG/ML 2.00 ml 10 EA      CODEINE PHOSPHATE | | CII | | 12.59 | 10.60 | 7.35 | | 4/19/99 |
| 00074-1102-02 | CODEINE PHOSPHATE (CARPUJECT,22GX1-1/4") SOL   IJ      30 MG/ML 2.00 ml 10 EA      CODEINE PHOSPHATE | | CII | | 9.38 | 7.90 | 7.53 | | 5/7/01 |
| 00074-1102-12 | CODEINE PHOSPHATE (CARPUJECT,U-BLUNT CANN) SOL   IJ      30 MG/ML 2.00 ml 10 EA      CODEINE PHOSPHATE | | CII | | 11.88 | 10.00 | 9.00 | | 5/7/01 |
| 00074-1102-32 | CODEINE PHOSPHATE (CARPUJECT,LUER LOCK) SOL   IJ      30 MG/ML 2.00 ml 10 EA      CODEINE PHOSPHATE | | CII | | 10.57 | 8.90 | 7.85 | | 5/7/01 |
| 00074-1924-01 | CONTROLLER LIFECARE (MODEL 75,VOLUMETRIC) DEV 1 EA      PUMP, INFUSION | | RX | | 2,701.65 | 2,275.07 | 1,836.45 | | 4/13/98 |
| 00074-4092-01 NDA | COPPER (VIAL, 0.4 MG/ML COPPER) SOL   IV      1.07 MG/ML 10.00 ml 25 EA      CUPRIC CHLORIDE | | RX | | 34.44 | 29.00 | 24.00 | | 5/7/01 |
| 00074-2304-01 NDA | CORLOPAM (AMP) SOL   IV      10 MG/ML 1.00 ml  EA      FENOLDOPAM MESYLATE | | RX | | 237.50 | 200.00 | 200.00 | | 3/1/00 |
| 00074-2304-02 NDA | CORLOPAM (AMP) SOL   IV      10 MG/ML 2.00 ml  EA      FENOLDOPAM MESYLATE | | RX | | 457.19 | 385.00 | 385.00 | | 3/1/00 |

nstructions:   Please make corrections directly on this printout
___OK  as is          ___OK with changes

Signature _____    Date _____

**Confidential**

Red Book 00770

MEDICAL ECONOMICS
THOMSON HEALTHCARE

**REDBOOK Product Listing Verification**

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 26 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1839-68 | CVP UNIVERSAL MICRODRIP (VENTED,Y-INJ) KIT 20 EA    KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 971.61 | 818.20 | 544.00 186.6? | | 4/19/99 |
| 00074-6538-01 | CYSTOMANOMETER (88") KIT 20 EA    TUBING, OTHER | | OTC | | 409.21 | 344.60 | 240.20 186.38 | | 4/19/99 |
| 00074-6544-01 | CYSTOSCOPY/IRRIGATION (77") KIT 20 EA    TUBING, IRRIGATION | | OTC | | 203.06 | 171.00 | 116.80 | | 4/19/99 |
| 00074-6544-02 | CYSTOSCOPY/IRRIGATION (LATEX) KIT 20 EA    DEVICE | | OTC | | 203.06 | 171.00 | 116.80 | | 12/12/00 |
| 00703-5182-03 | CYTARABINE (M.D.V.,GLASS) PDS    IJ    100 MG 10 EA    CYTARABINE | AP | RX | | 64.24 | 54.10 | 53.00 | | 9/29/99 |
| 00703-5193-02 | CYTARABINE (M.D.V.,GLASS) PDS    IJ    500 MG 5 EA    CYTARABINE | AP | RX | | 130.15 | 109.60 | 107.40 | | 9/29/99 |
| 00703-5194-01 | CYTARABINE (M.D.V.,GLASS) PDS    IJ    1 GM 1 EA    CYTARABINE | AP | RX | | 49.46 | 41.65 | 40.82 | | 9/29/99 |
| 00703-5195-01 | CYTARABINE (M.D.V.,GLASS) PDS    IJ    2 GM 1 EA    CYTARABINE | AP | RX | | 98.92 | 83.30 | 81.63 | | 9/29/99 |
| 00703-4658-01 | DACARBAZINE (VIAL) PDS    IV    500 MG 1 EA    DACARBAZINE | | RX | | 59.38 | 50.00 | 39.25 | | 10/13/00 |
| 00703-5075-01 | DACARBAZINE (S.D.V.) PDS    IV    200 MG 1 EA    DACARBAZINE | AP | RX | | 23.75 | 21.28 | 18.51 | | 3/23/99 |
| 00703-5075-03 | DACARBAZINE (VIAL) PDS    IV    200 MG 10 EA    DACARBAZINE | AP | RX | | 219.81 | 212.80 | 185.10 | | 2/8/99 |

Instructions:  Please make corrections directly on this printout
_____ OK as is          _____ OK with changes

Signature _____  Date _____

**Confidential**

**Red Book 00771**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 27 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00703-5030-01 | DAUNORUBICIN HCL (20 ML S.D.V.) PDS    IV      50 MG 1 EA                 DAUNORUBICIN HYDROCHLORIDE | | RX | | 384.75 | 324.00 | 317.52 | | 9/29/99 |
| 00703-5032-03 | DAUNORUBICIN HCL (10 ML S.D.V.) PDS    IV      20 MG 10 EA               DAUNORUBICIN HYDROCHLORIDE | AP | RX | | 1,613.10 | 1,358.40 | 1,358.40 | | 2/8/99 |
| 00074-1721-48 | DECANTING SET (14") KIT 48 EA             TRANSFER UNIT, IV FLUID | | OTC | | 729.03 | 613.92 | 408.48   262.80 | | 4/19/99 |
| 00074-1176-01 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,22GX1-1/4") SOL    IJ      25 MG/ML 1.00 ml 10 EA    MEPERIDINE HYDROCHLORIDE | AP | CII | | 5.34 | 4.50 | 4.24 | | 5/7/01 |
| 00074-1176-02 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,SLIM PK) SOL    IJ      25 MG/ML 1.00 ml 10 EA    MEPERIDINE HYDROCHLORIDE | AP | CII | | 8.91 | 7.50 | 6.50 | | 5/7/01 |
| 00074-1176-11 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,BLUNT CANNULA) SOL    IJ      25 MG/ML 1.00 ml 10 EA    MEPERIDINE HYDROCHLORIDE | AP | CII | | 10.57 | 8.90 | 8.46 | | 5/7/01 |
| 00074-1176-21 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,INTERLINK) SOL    IJ      25 MG/ML 1.00 ml 10 EA    MEPERIDINE HYDROCHLORIDE | AP | CII | | 11.28 | 9.50 | 8.46 | | 5/7/01 |
| 00074-1176-30 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,LLK,SLIM PK) SOL    IJ      25 MG/ML 1.00 ml 10 EA    MEPERIDINE HYDROCHLORIDE | AP | CII | | 10.21 | 8.60 | 7.60 | | 5/7/01 |
| 00074-1176-31 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,LUER LOCK) SOL    IJ      25 MG/ML 1.00 ml 10 EA    MEPERIDINE HYDROCHLORIDE | AP | CII | | 7.48 | 6.30 | 5.33 | | 4/19/99 |
| 00074-1178-01 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,22GX1-1/4") SOL    IJ      50 MG/ML 1.00 ml 10 EA    MEPERIDINE HYDROCHLORIDE | AP | CII | | 5.82 | 4.90 | 3.90 | | 5/7/01 |
| 00074-1178-02 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT,SLIM PK) SOL    IJ      50 MG/ML 1.00 ml 10 EA    MEPERIDINE HYDROCHLORIDE | AP | CII | | 9.14 | 7.70 | 6.70 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
____ OK as is          ____ OK with changes

Signature _____          Date _____

**Confidential**                                      **Red Book 00772**

**MEDICAL ECONOMICS**
━━━✦━━━
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 28 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg / Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1178-11 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT, BLUNT CANNULA) SOL   IJ      50 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 11.88 | 10.00 | 8.95 | | 5/7/01 |
| 00074-1178-21 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT, INTERLINK) SOL   IJ      50 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 11.99 | 10.10 | 8.95 | | 4/19/99 |
| 00074-1178-30 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT, LLK, SLIM PK) SOL   IJ      50 MG/ML 1.00 ml 10 EA   . MEPERIDINE HYDROCHLORIDE | AP | CII | | 10.57 | 8.90 | 7.90 | | 5/7/01 |
| 00074-1178-31 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT, LUER LOCK) SOL   IJ      50 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 7.60 | 6.40 | 5.40 | | 5/7/01 |
| 00074-1179-01 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT, 22GX1-1/4") SOL   IJ      75 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 7.13 | 6.00 | 5.02 | | 4/19/99 |
| 00074-1179-02 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT, SLIM PK) SOL   IJ      75 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 9.38 | 7.90 | 6.90 | | 5/7/01 |
| 00074-1179-11 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT, BLUNT CANNULA) SOL   IJ      75 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 11.99 | 10.10 | 9.07 | | 5/7/01 |
| 00074-1179-21 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT, INTERLINK) SOL   IJ      75 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 12.11 | 10.20 | 9.07 | | 4/19/99 |
| 00074-1179-30 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT, LLK, SLIM PK) SOL   IJ      75 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 10.93 | 9.20 | 8.20 | | 5/7/01 |
| 00074-1179-31 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT, LUER LOCK) SOL   IJ      75 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 8.43 | 7.10 | 6.10 | | 5/7/01 |
| 00074-1180-01 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT, 22GX1-1/4") SOL   IJ      100 MG/ML 1.00 ml 10 EA      MEPERIDINE HYDROCHLORIDE | AP | CII | | 7.60 | 6.40 | 5.42 | | 4/19/99 |

Instructions:  Please make corrections directly on this printout
___OK as is            ___OK with changes

Signature _____ Date _____

**Confidential**                                    **Red Book 00773**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 29 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1180-02 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT, SLIM PK) SOL   IJ   100 MG/ML 1.00 ml 10 EA   MEPERIDINE HYDROCHLORIDE | AP | CII | | 8.79 | 7.40 | 6.42 | | 12/16/99 |
| 00074-1180-11 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT, BLUNT CANNULA) SOL   IJ   100 MG/ML 1.00 ml 10 EA   MEPERIDINE HYDROCHLORIDE | AP | CII | | 12.59 | 10.60 | 9.56 | | 5/7/01 |
| 00074-1180-21 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT, INTERLINK) SOL   IJ   100 MG/ML 1.00 ml 10 EA   MEPERIDINE HYDROCHLORIDE | AP | CII | | 12.71 | 10.70 | 9.56 | | 4/19/99 |
| 00074-1180-31 NDA | DEMEROL HYDROCHLORIDE (CARPUJECT, LUER LOCK) SOL   IJ   100 MG/ML 1.00 ml 10 EA   MEPERIDINE HYDROCHLORIDE | AP | CII | | 8.91 | 7.50 | 6.50 | | 5/7/01 |
| 00074-1181-30 NDA | DEMEROL HYDROCHLORIDE (M.D.V.) SOL   IJ   50 MG/ML 30.00 ml 1 EA   MEPERIDINE HYDROCHLORIDE | AP | CII | | 20.71 | 17.44 | 16.61 | | 5/7/01 |
| 00074-1201-20 NDA | DEMEROL HYDROCHLORIDE (M.D.V.) SOL   IJ   100 MG/ML 20.00 ml 1 EA   MEPERIDINE HYDROCHLORIDE | AP | CII | | 27.15 | 22.86 | 21.77 | | 5/7/01 |
| 00074-1203-01 NDA | DEMEROL HYDROCHLORIDE (UNI-AMP, 5X5) SOL   IJ   50 MG/ML 0.50 ml 25 EA   MEPERIDINE HYDROCHLORIDE | AP | CII | | 13.95 | 11.75 | 10.55 | | 5/7/01 |
| 00074-1253-01 NDA | DEMEROL HYDROCHLORIDE (UNI-AMP, 5X5) SOL   IJ   50 MG/ML 1.00 ml 25 EA   MEPERIDINE HYDROCHLORIDE | AP | CII | | 8.91 | 7.50 | 6.25 | | 5/7/01 |
| 00074-1254-01 NDA | DEMEROL HYDROCHLORIDE (UNI-AMP, 5X5) SOL   IJ   50 MG/ML 1.50 ml 25 EA   MEPERIDINE HYDROCHLORIDE | AP | CII | | 14.55 | 12.25 | 10.95 | | 5/7/01 |
| 00074-1255-02 NDA | DEMEROL HYDROCHLORIDE (UNI-AMP, 5X5) SOL   IJ   50 MG/ML 2.00 ml 25 EA   MEPERIDINE HYDROCHLORIDE | AP | CII | | 14.84 | 12.50 | 11.18 | | 5/7/01 |
| 00074-1256-01 NDA | DEMEROL HYDROCHLORIDE (UNI-AMP, 5X5) SOL   IJ   100 MG/ML 1.00 ml 25 EA   MEPERIDINE HYDROCHLORIDE | AP | CII | | 14.84 | 12.50 | 11.18 | | 5/7/01 |

Instructions:   Please make corrections directly on this printout
___ OK as is         ___ OK with changes

Signature _____   Date _____

**Confidential**                    **Red Book 00774**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 30 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1266-01 NDA | DEMEROL HYDROCHLORIDE (AMP, UNI-NEST) SOL  IJ    50 MG/ML 0.50 ml 25 EA    MEPERIDINE HYDROCHLORIDE | AP | CII | | 14.25 | 12.00 | 10.55 | | 4/13/98 |
| 00074-1267-01 NDA | DEMEROL HYDROCHLORIDE (AMP, UNI-NEST) SOL  IJ    50 MG/ML 1.00 ml 25 EA    MEPERIDINE HYDROCHLORIDE | AP | CII | | 14.25 | 12.00 | 6.50 | | 4/13/98 |
| 00074-1269-01 NDA | DEMEROL HYDROCHLORIDE (AMP, UNI-NEST) SOL  IJ    50 MG/ML 1.50 ml 25 EA    MEPERIDINE HYDROCHLORIDE | AP | CII | | 14.55 | 12.25 | 10.95 | | 4/13/98 |
| 00074-1271-02 NDA | DEMEROL HYDROCHLORIDE (AMP, UNI-NEST) SOL  IJ    50 MG/ML 2.00 ml 25 EA    MEPERIDINE HYDROCHLORIDE | AP | CII | | 14.84 | 12.50 | 11.18 | | 4/13/98 |
| 00074-2046-01 NDA | DEMEROL HYDROCHLORIDE (AMP, UNI-NEST) SOL  IJ    100 MG/ML 1.00 ml 25 EA    MEPERIDINE HYDROCHLORIDE | AP | CII | | 14.84 | 12.50 | 11.18 | | 5/7/01 |
| 00074-2265-01 ANDA | DESMOPRESSIN ACETATE (UNI-AMP) SOL  IJ    4 MCG/ML 1.00 ml 10 EA    DESMOPRESSIN ACETATE | AP | RX | | 83.36 | 70.20 | 66.81 | | 5/7/01 |
| 00074-7111-09 NDA | DEX/LACT. RINGERS/POTASSIUM CHL (5% DEXTROSE) SOL  IV 1,000.00 ml 12 EA    DEXTROSE/ELECT | AP | RX | | 104.17 | 87.72 | 82.68 | | 5/7/01 |
| 00074-7113-09 NDA | DEX/LACT. RINGERS/POTASSIUM CHL (5% DEXTROSE) SOL  IV 1,000.00 ml 12 EA    DEXTROSE/ELECT | AP | RX | | 104.17 | 87.72 | 82.68 | | 5/7/01 |
| 00703-3524-01 | DEXAMETHASONE SODIUM PHOSPHATE (M.D.V., GLASS) SOL  IJ    10 MG/ML 10.00 ml 1 EA    DEXAMETHASONE SODIUM PHOSPHATE | AP | RX | | 4.94 | 4.16 | 2.09 | | 2/8/99 |
| 00074-8085-01 | DEXTRAN (VIAL, TEARTOP, HM) SOL  IV    32% 100.00 ml 5 EA    DEXTRAN | | RX | | 131.87 | 111.05 | 105.75 | | 5/7/01 |
| 00074-1507-03 | DEXTRAN-70/DEXTROSE SOL  IV    6%-5% 500.00 ml 12 EA    DEXTRAN 70/DEXTROSE | | RX | | 374.06 | 315.00 | 300.00 | | 5/7/01 |

*(handwritten: DEACT. 5/7/01   OK   A   12.50)*

nstructions:  Please make corrections directly on this printout
___OK  as is          ___OK with changes

Signature _____  Date _____

**MEDICAL ECONOMICS**

★

**THOMSON HEALTHCARE** ™

**REDBOOK Product Listing Verification**

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 31 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1505-03 | DEXTRAN-75 W/SODIUM CHLORIDE | | | RX | 179.55 | 151.20 | 144.00 | | 5/7/01 |
| | SOL    IV      6%-0.9% | | | | | | | | |
| | 500.00 ml 12 EA     DEXTRAN 75/SOD CL | | | | | | | | |
| 00074-1202-03 | DEXTROSE | | AP | RX | 604.44 | 509.00 | 485.00 | | 5/7/01 |
| NDA | (AMP) | | | | | | | | |
| | SOL    IV      10% | | | | | | | | |
| | 3.00 ml 100 EA     DEXTROSE | | | | | | | | |
| 00074-1489-01 | DEXTROSE | | AP | RX | 130.63 | 110.00 | 104.75 | | 5/7/01 |
| NDA | (VIAL,100 ML PRESS. PNTP) | | | | | | | | |
| | SOL    IV      70% | | | | | | | | |
| | 70.00 ml 25 EA     DEXTROSE | | | | | | | | |
| 00074-1494-01 | DEXTROSE | | AP | RX | 76.30 | 64.25 | 59.25 | | 5/7/01 |
| NDA | (VIAL,150 ML PRESS. PNTP) | | | | | | | | |
| | SOL    IV      5% | | | | | | | | |
| | 100.00 ml 25 EA     DEXTROSE | | | | | | | | |
| 00074-1495-01 | DEXTROSE | | AP | RX | 89.66 | 75.50 | 70.50 | | 5/7/01 |
| NDA | (VIAL,100 ML PRESS. PNTP) | | | | | | | | |
| | SOL    IV      5% | | | | | | | | |
| | 50.00 ml 25 EA     DEXTROSE | | | | | | | | |
| 00074-1500-05 | DEXTROSE | | AP | RX | 80.94 | 68.16 | 63.18 | | 5/7/01 |
| NDA | (W/5% ALCOHOL) | | | | | | | | |
| | SOL    IV      5% | | | | | | | | |
| | 1,000.00 ml 6 EA     DEXTROSE | | | | | | | | |
| 00074-1508-05 | DEXTROSE | | | RX | 36.84 | 31.02 | 26.04 | | 5/7/01 |
| | SOL    IV      2.5% | | | | | | | | |
| | 1,000.00 ml 6 EA     DEXTROSE | | | | | | | | |
| 00074-1518-05 | DEXTROSE | | AP | RX | 62.91 | 52.98 | 48.00 | | 5/7/01 |
| NDA | SOL    IV      50% | | | | | | | | |
| | 1,000.00 ml 6 EA     DEXTROSE | | | | | | | | |
| 00074-1519-05 | DEXTROSE | | AP | RX | 65.19 | 54.90 | 33.24 | | 5/7/01 |
| NDA | SOL    IV      70% | | | | | | | | |
| | 1,000.00 ml 6 EA     DEXTROSE | | | | | | | | |
| 00074-1522-01 | DEXTROSE | | AP | RX | 62.99 | 53.04 | 48.00 | | 5/7/01 |
| NDA | SOL    IV      5% | | | | | | | | |
| | 150.00 ml 12 EA     DEXTROSE | | | | | | | | |
| 00074-1522-02 | DEXTROSE | | AP | RX | 65.84 | 55.44 | 48.00 | | 5/7/01 |
| NDA | SOL    IV      5% | | | | | | | | |
| | 250.00 ml 12 EA     DEXTROSE | | | | | | | | |

Instructions:  Please make corrections directly on this printout
___OK as is          ___OK with changes

Signature _____     Date _____

**Confidential**

**MEDICAL ECONOMICS**
✱
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 32 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1522-03 NDA | DEXTROSE SOL  IV    5% 500.00 ml 12 EA     DEXTROSE | AP | RX | | 68.69 | 57.84 | 48.00 | | 5/7/01 |
| 00074-1523-01 NDA | DEXTROSE (50/150 ML PART FILL) SOL  IV    5% 50.00 ml 12 EA     DEXTROSE | AP | RX | | 87.92 | 74.04 | 66.00 | | 5/7/01 |
| 00074-1523-11 NDA | DEXTROSE (100/150 ML PART FILL) SOL  IV    5% 100.00 ml 12 EA     DEXTROSE | AP | RX | | 89.06 | 75.00 | 66.00 | | 5/7/01 |
| 00074-1535-03 NDA | DEXTROSE SOL  IV    20% 500.00 ml 12 EA     DEXTROSE | AP | RX | | 145.64 | 122.64 | 116.76 | | 5/7/01 |
| 00074-1536-03 NDA | DEXTROSE SOL  IV    50% 500.00 ml 12 EA     DEXTROSE | AP | RX | | 166.01 | 139.80 | 110.28 | | 5/7/01 |
| 000741542014 NDA | DEXTROSE (LIFECARE,SINGLE PACK,LF) SOL  IV    5% 50.00 ml 48 EA     DEXTROSE | AP | RX | | 97.47 | 82.08 | 77.28 | | 5/7/01 |
| 000741542026 NDA | DEXTROSE (LIFECARE,SINGLE PACK,LF) SOL  IV    5% 100.00 ml 48 EA     DEXTROSE | AP | RX | | 130.53 | 109.92 | 77.28 | | 5/7/01 |
| 00074-1775-10 NDA | DEXTROSE (ANSYR,2.5G INFANT) SOL  IV    25% 10.00 ml 10 EA     DEXTROSE | | RX | | 57.24 | 48.20 | 45.90 | | 5/7/01 |
| 00074-4089-02 NDA | DEXTROSE (AMP) SOL  IV    10% 5.00 ml 25 EA     DEXTROSE | AP | RX | | 34.44 | 29.00 | 27.50 | | 5/7/01 |
| 00074-4902-22 NDA | DEXTROSE (ABBOJECT, 18GX1-1/2) SOL  IV    50% 50.00 ml 10 EA     DEXTROSE | AP | RX | | 41.33 | 34.80 | 33.10 | | 5/7/01 |
| 00074-4902-34 NDA | DEXTROSE (LIFESHIELD, 18GX1-1/2) SOL  IV    50% 50.00 ml 10 EA     DEXTROSE | AP | RX | | 43.94 | 37.00 | 23.90 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
___OK  as is          ___OK with changes

Signature _____ Date _____

**Confidential**

Red Book 00777

MEDICAL ECONOMICS
—★—
THOMSON HEALTHCARE

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 33 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-5641-25 NDA | DEXTROSE (1000 ML CONTAINER) SOL   IV    10% 500.00 ml 6 EA       DEXTROSE | AP | RX | | 30.78 | 25.92 | 14.94 | | 5/7/01 |
| 00074-5642-25 NDA | DEXTROSE (1000 ML CONTAINER) SOL   IV    20% 500.00 ml 6 EA       DEXTROSE | AP | RX | | 39.83 | 33.54 | 16.56 | | 5/7/01 |
| 00074-5644-25 NDA | DEXTROSE (1000 ML CONTAINER) SOL   IV    40% 500.00 ml 6 EA       DEXTROSE | AP | RX | | 46.46 | 39.12 | 22.14 | | 5/7/01 |
| 00074-5645-25 NDA | DEXTROSE (1000 ML CONTAINER) SOL   IV    50% 500.00 ml 6 EA       DEXTROSE | AP | RX | | 48.09 | 40.50 | 22.14 | | 5/7/01 |
| 00074-5646-25 NDA | DEXTROSE (1000 ML CONTAINER) SOL   IV    60% 500.00 ml 6 EA       DEXTROSE | AP | RX | | 57.64 | 48.54 | 25.56 | | 5/7/01 |
| 00074-5647-25 NDA | DEXTROSE (1000 ML CONTAINER) SOL   IV    70% 500.00 ml 6 EA       DEXTROSE | AP | RX | | 65.55 | 55.20 | 25.56 | | 5/7/01 |
| 00074-5823-25 NDA | DEXTROSE (VIAL, 1000 ML CONTAINER) SOL   IV    30% 500.00 ml 6 EA       DEXTROSE | AP | RX | | 48.81 | 41.10 | 18.12 | | 5/7/01 |
| 00074-6648-02 NDA | DEXTROSE (VIAL, FLIPTOP, ADDITIVE) SOL   IV    50% 50.00 ml 25 EA       DEXTROSE | AP | RX | | 29.98 | 25.25 | 22.75 | | 5/7/01 |
| 00074-7100-02 NDA | DEXTROSE (ADD-VANTAGE) SOL   IV    5% 250.00 ml 24 EA       DEXTROSE | AP | RX | | 81.51 | 68.64 | 63.60 | | 5/7/01 |
| 00074-7100-13 NDA | DEXTROSE (ADD-VANTAGE, LIFECARE) SOL   IV    5% 50.00 ml 48 EA       DEXTROSE | AP | RX | | 97.47 | 82.08 | 77.28 | | 5/7/01 |
| 00074-7100-23 NDA | DEXTROSE (ADD-VANTAGE, LIFECARE) SOL   IV    5% 100.00 ml 48 EA       DEXTROSE | AP | RX | | 130.53 | 109.92 | 77.28 | | 5/7/01 |

nstructions:  Please make corrections directly on this printout
___OK  as is              ___OK with changes

Signature _____     Date _____

**Confidential**

**Red Book 00778**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 34 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7100-66 NDA | DEXTROSE (ADD-VANTAGE) SOL IV 5% 50.00 ml 50 EA DEXTROSE | AP | RX | | 101.53 | 85.50 | 80.50 | | 5/7/01 |
| 00074-7100-67 NDA | DEXTROSE (ADD-VANTAGE) SOL IV 5% 100.00 ml 50 EA DEXTROSE | AP | RX | | 135.97 | 114.50 | 80.50 | | 5/7/01 |
| 00074-7119-07 NDA | DEXTROSE (BULK PACKAGE) SOL IV 50% 2,000.00 ml 6 EA DEXTROSE | AP | RX | | 82.86 | 69.78 | 64.80 | | 5/7/01 |
| 00074-7120-07 NDA | DEXTROSE (BULK PACKAGE) SOL IV 70% 2,000.00 ml 6 EA DEXTROSE | AP | RX | | 90.20 | 75.96 | 64.98 | | 5/7/01 |
| 00074-7517-15 NDA | DEXTROSE (ANSYR) SOL IV 50% 50.00 ml 10 EA DEXTROSE | AP | RX | | 41.33 | 34.80 | 33.10 | | 5/7/01 |
| 00074-7517-16 NDA | DEXTROSE (ANSYR II) SOL IV 50% 50.00 ml 10 EA DEXTROSE | AP | RX | | 41.33 | 34.80 | 33.10 | | 5/7/01 |
| 00074-7898-18 NDA | DEXTROSE (ABBOJECT, INFANT) SOL IV 25% 10.00 ml 10 EA DEXTROSE | | RX | | 152.95 | 128.80 | 97.00 | | 4/19/99 |
| 00074-7918-19 NDA | DEXTROSE (1000 ML CONTAINER) SOL IV 70% 500.00 ml 12 EA DEXTROSE | AP | RX | | 110.58 | 93.12 | 76.08 | | 5/7/01 |
| 00074-7922-02 NDA | DEXTROSE (LIFECARE/PLASTIC) SOL IV 5% 250.00 ml 24 EA DEXTROSE | AP | RX | | 40.19 | 33.84 | 28.80 | | 5/7/01 |
| 00074-7922-03 NDA | DEXTROSE (LIFECARE/PLASTIC) SOL IV 5% 500.00 ml 24 EA DEXTROSE | AP | RX | | 46.46 | 39.12 | 24.48 | | 5/7/01 |
| 00074-7922-09 NDA | DEXTROSE (LIFECARE/PLASTIC) SOL IV 5% 1,000.00 ml 12 EA DEXTROSE | AP | RX | | 27.79 | 23.40 | 14.28 | | 5/7/01 |

Instructions: Please make corrections directly on this printout
___OK as is        ___OK with changes

Signature _____ Date _____

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 35 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL     600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7922-53 NDA | DEXTROSE (LIFECARE) SOL  IV      5% 250.00 ml 24 EA      DEXTROSE | AP | RX | | 156.47 | 131.76 | 125.52 | | 5/7/01 |
| 00074-7922-55 NDA | DEXTROSE (LIFECARE) SOL  IV      5% 500.00 ml 18 EA      DEXTROSE | AP | RX | | 117.78 | 99.18 | 94.14 | | 5/7/01 |
| 00074-7922-61 NDA | DEXTROSE (LIFECARE) SOL  IV      5% 150.00 ml 32 EA      DEXTROSE | AP | RX | | 190.00 | 160.00 | 34.24 | | 5/7/01 |
| 00074-7923-20 NDA | DEXTROSE (LIFECARE,QUAD PACK,LF) SOL  IV      5% 25.00 ml 48 EA     DEXTROSE | AP | RX | | 128.25 | 108.00 | 102.72 | | 5/7/01 |
| 00074-7923-36 NDA | DEXTROSE (LIFECARE,QUAD PACK,LF) SOL  IV      5% 50.00 ml 80 EA      DEXTROSE | AP | RX | | 240.35 | 202.40 | 128.80 | | 5/7/01 |
| 00074-7923-37 NDA | DEXTROSE (LIFECARE,QUAD PACK,LF) SOL  IV      5% 100.00 ml 80 EA      DEXTROSE | AP | RX | | 280.25 | 236.00 | 129.60 | | 5/7/01 |
| 00074-7930-02 NDA | DEXTROSE (LIFECARE) SOL  IV      10% 250.00 ml 24 EA      DEXTROSE | AP | RX | | 51.59 | 43.44 | 38.40 | | 5/7/01 |
| 00074-7930-03 NDA | DEXTROSE (LIFECARE) SOL  IV      10% 500.00 ml 24 EA      DEXTROSE | AP | RX | | 55.58 | 46.80 | 36.96 | | 5/7/01 |
| 00074-7930-09 NDA | DEXTROSE (LIFECARE) SOL  IV      10% 1,000.00 ml 12 EA   DEXTROSE | AP | RX | | 29.93 | 25.20 | 17.16 | | 5/7/01 |
| 00074-7935-19 NDA | DEXTROSE (1000 ML CONTAINER) SOL  IV      20% 500.00 ml 12 EA      DEXTROSE | AP | RX | | 62.56 | 52.68 | 47.64 | | 5/7/01 |
| 00074-7936-17 NDA | DEXTROSE (2000 ML CONTAINER) SOL  IV      50% 1,000.00 ml 6 EA      DEXTROSE | AP | RX | | 67.33 | 56.70 | 51.72 | | 5/7/01 |

Instructions: Please make corrections directly on this printout
____OK as is            ____OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00780**

**MEDICAL ECONOMICS**
*— ★ —*
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 36 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7936-19 NDA | DEXTROSE (1000 ML CONTAINER) SOL  IV  50% 500.00 ml 12 EA   DEXTROSE | AP | RX | | 78.66 | 66.24 | 61.20 | | 5/7/01 |
| 00074-7937-19 NDA | DEXTROSE (1000 ML CONTAINER) SOL  IV  40% 500.00 ml 12 EA   DEXTROSE | AP | RX | | 75.81 | 63.84 | 58.80 | | 5/7/01 |
| 00074-7938-19 NDA | DEXTROSE (1000 ML CONTAINER) SOL  IV  10% 500.00 ml 12 EA   DEXTROSE | AP | RX | | 58.14 | 48.96 | 43.92 | | 5/7/01 |
| 00074-8004-15 NDA | DEXTROSE (1000 ML CONTAINER) SOL  IV  30% 500.00 ml 12 EA   DEXTROSE | AP | RX | | 93.34 | 78.60 | 73.56 | | 5/7/01 |
| 00074-8005-15 NDA | DEXTROSE (1000 ML CONTAINER) SOL  IV  60% 500.00 ml 12 EA   DEXTROSE | AP | RX | | 102.89 | 86.64 | 81.60 | | 5/7/01 |
| 00074-1521-05 NDA | DEXTROSE 2.5% IN RINGERS (1/2 STRENGTH LACT RING) SOL  IV 1,000.00 ml 6 EA   DEXTROSE/ELECT | | RX | | 43.53 | 36.66 | 31.68 | | 5/7/01 |
| 00074-7929-03 NDA | DEXTROSE 5% IN RINGERS SOL  IV 500.00 ml 24 EA   DEXTROSE/ELECT | AP | RX | | 51.87 | 43.68 | 38.64 | | 5/7/01 |
| 00074-7929-09 NDA | DEXTROSE 5% IN RINGERS (LIFECARE) SOL  IV 1,000.00 ml 12 EA   DEXTROSE/ELECT | AP | RX | | 28.07 | 23.64 | 18.60 | | 5/7/01 |
| 00074-7933-03 NDA | DEXTROSE 5% IN RINGERS (LIFECARE/PLASTIC) SOL  IV 500.00 ml 24 EA   DEXTROSE/RINGERS | AP | RX | | 53.01 | 44.64 | 39.60 | | 5/7/01 |
| 00074-7933-09 NDA | DEXTROSE 5% IN RINGERS (LIFECARE/PLASTIC) SOL  IV 1,000.00 ml 12 EA   DEXTROSE/RINGERS | AP | RX | | 36.77 | 30.96 | 25.92 | | 5/7/01 |
| 00074-2345-34 NDA | DEXTROSE/DOBUTAMINE SOL  IV  5%-50 MG/100 ML 500.00 ml 12 EA   DEXTROSE/DOBUTAMINE | AP | RX | | 534.23 | 449.88 | 428.40 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00781**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### *REDBOOK Product Listing Verification*

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 37 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2346-32 NDA | DEXTROSE/DOBUTAMINE SOL   IV   5%-100 MG/100 ML 250.00 ml 12 EA   DEXTROSE/DOBUTAMINE | AP | RX | | 244.39 | 205.80 | 195.96 | | 5/7/01 |
| 00074-2346-34 NDA | DEXTROSE/DOBUTAMINE SOL   IV   5%-100 MG/100 ML 500.00 ml 12 EA   DEXTROSE/DOBUTAMINE | AP | RX | | 732.74 | 617.04 | 342.84 | | 5/7/01 |
| 00074-2347-32 NDA | DEXTROSE/DOBUTAMINE SOL   IV   5%-200 MG/100 ML 250.00 ml 12 EA   DEXTROSE/DOBUTAMINE | AP | RX | | 366.37 | 308.52 | 293.88 | | 5/7/01 |
| 00074-3724-32 NDA | DEXTROSE/DOBUTAMINE SOL   IV   5%-400 MG/100 ML 250.00 ml 12 EA   DEXTROSE/DOBUTAMINE | AP | RX | | 488.49 | 411.36 | 391.80 | | 5/7/01 |
| 00074-4141-03 NDA | DEXTROSE/DOPAMINE HCL SOL   IV   5%-80 MG/100 ML 500.00 ml 12 EA   DEXTROSE/DOPAMINE | AP | RX | | 213.04 | 179.40 | 156.00 | | 5/7/01 |
| 00074-4142-02 NDA | DEXTROSE/DOPAMINE HCL SOL   IV   5%-160 MG/100 ML 250.00 ml 12 EA   DEXTROSE/DOPAMINE | AP | RX | | 194.51 | 163.80 | 156.00 | | 5/7/01 |
| 00074-4142-03 NDA | DEXTROSE/DOPAMINE HCL SOL   IV   5%-160 MG/100 ML 500.00 ml 12 EA   DEXTROSE/DOPAMINE | AP | RX | | 313.93 | 264.36 | 223.44 | | 5/7/01 |
| 00074-4155-02 NDA | DEXTROSE/DOPAMINE HCL SOL   IV   5%-320 MG/100 ML 250.00 ml 12 EA   DEXTROSE/DOPAMINE | AP | RX | | 295.40 | 248.76 | 236.88 | | 5/7/01 |
| 00074-7808-22 NDA | DEXTROSE/DOPAMINE HCL (LIFECARE) SOL   IV   5%-80 MG/100 ML 250.00 ml 12 EA   DEXTROSE/DOPAMINE | AP | RX | | 173.42 | 146.04 | 139.08 | | 5/7/01 |
| 00074-7808-24 NDA | DEXTROSE/DOPAMINE HCL (LIFECARE) SOL   IV   5%-80 MG/100 ML 500.00 ml 12 EA   DEXTROSE/DOPAMINE | AP | RX | | 212.18 | 178.68 | 170.16 | | 5/7/01 |
| 00074-7809-22 NDA | DEXTROSE/DOPAMINE HCL (LIFECARE) SOL   IV   5%-160 MG/100 ML 250.00 ml 12 EA   DEXTROSE/DOPAMINE | AP | RX | | 225.58 | 189.96 | 180.96 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____      Date _____

**Confidential**

**Red Book 00782**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### *REDBOOK Product Listing Verification*

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 38 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7809-24 NDA | DEXTROSE/DOPAMINE HCL (LIFECARE) SOL  IV    5%-100 MG/100 ML 500.00 ml 12 EA    DEXTROSE/DOPAMINE | | RX | | 262.20 | 220.80 | 168.00 | | 5/7/01 |
| 00074-7810-22 NDA | DEXTROSE/DOPAMINE HCL (LIFECARE) SOL  IV    5%-320 MG/100 ML 250.00 ml 12 EA    DEXTROSE/DOPAMINE | AP | RX | | 247.81 | 208.68 | 198.72 | | 5/7/01 |
| 00074-7760-03 NDA | DEXTROSE/HEPARIN SODIUM SOL  IV    5%-4000 U/100ML 500.00 ml 24 EA    DEXTROSE/HEPARIN | AP | RX | | 121.13 | 102.00 | 96.96 | | 5/7/01 |
| 00074-7761-03 NDA | DEXTROSE/HEPARIN SODIUM SOL  IV    5%-5000 U/100 ML 500.00 ml 24 EA    DEXTROSE/HEPARIN | AP | RX | | 125.97 | 106.08 | 101.04 | | 5/7/01 |
| 00074-7793-23 NDA | DEXTROSE/HEPARIN SODIUM SOL  IV    5%-10,000 U/100 ML 100.00 ml 24 EA    DEXTROSE/HEPARIN | AP | RX | | 179.55 | 151.20 | 144.00 | | 5/7/01 |
| 00074-7793-62 NDA | DEXTROSE/HEPARIN SODIUM SOL  IV    5%-10,000 U/100 ML 250.00 ml 24 EA    DEXTROSE/HEPARIN | AP | RX | | 145.07 | 122.16 | 116.40 | | 5/7/01 |
| 00074-7794-62 NDA | DEXTROSE/HEPARIN SODIUM SOL  IV    5%-5000 U/100 ML 250.00 ml 24 EA    DEXTROSE/HEPARIN | AP | RX | | 164.73 | 138.72 | 132.00 | | 5/7/01 |
| 00074-4712-01 ANDA | DEXTROSE/LIDOCAINE HCL (AMP,SPINAL) SOL  IJ    7.5%-5% 2.00 ml 25 EA    DEXTROSE/LIDO HCL | AP | RX | | 67.39 | 56.75 | 54.00 | | 5/7/01 |
| 00074-7916-24 NDA | DEXTROSE/LIDOCAINE HCL (LIFECARE) SOL  IV    5%-0.2% 500.00 ml 24 EA    DEXTROSE/LIDO HCL | AP | RX | | 545.49 | 459.36 | 217.20 | | 4/19/99 |
| 00074-7931-24 NDA | DEXTROSE/LIDOCAINE HCL (LIFECARE) SOL  IV    5%-0.4% 500.00 ml 24 EA    DEXTROSE/LIDO HCL | AP | RX | | 262.49 | 221.04 | 210.48 | | 5/7/01 |
| 00074-7931-32 NDA | DEXTROSE/LIDOCAINE HCL (LIFECARE) SOL  IV    5%-0.4% 250.00 ml 12 EA    DEXTROSE/LIDO HCL | AP | RX | | 102.74 | 86.52 | 81.48 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
____OK as is              ____OK with changes

Signature _____     Date _____

Confidential

Red Book 00783

**MEDICAL ECONOMICS**

THOMSON HEALTHCARE

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 39 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7939-32<br>NDA | DEXTROSE/LIDOCAINE HCL<br>(LIFECARE)<br>SOL   IV      5%-0.8%<br>250.00 ml 12 EA     DEXTROSE/LIDO HCL | AP | RX | | 129.25 | 108.84 | 103.68 | | 5/7/01 |
| 00074-6727-09<br>NDA | DEXTROSE/MAGNESIUM SULFATE<br>(PLASTIC CONTAINER)<br>SOL   IV      5%-1 GM/100 ML<br>1,000.00 ml 12 EA   DEXTROSE/MG SULF | | RX | | 52.44 | 44.16 | 39.12 | | 5/7/01 |
| 00074-6727-23<br>NDA | DEXTROSE/MAGNESIUM SULFATE<br>(PLASTIC CONTAINER)<br>SOL   IV      5%-1 GM/100 ML<br>100.00 ml 24 EA     DEXTROSE/MG SULF | | RX | | 176.42 | 148.56 | 141.60 | | 5/7/01 |
| 00074-6728-03<br>NDA | DEXTROSE/MAGNESIUM SULFATE<br>(PLASTIC CONTAINER)<br>SOL   IV      5%-2 GM/100 ML<br>500.00 ml 24 EA     DEXTROSE/MG SULF | | RX | | 95.19 | 80.16 | 75.12 | | 5/7/01 |
| 00074-6728-09<br>NDA | DEXTROSE/MAGNESIUM SULFATE<br>(PLASTIC CONTAINER)<br>SOL   IV      5%-2 GM/100 ML<br>1,000.00 ml 12 EA   DEXTROSE/MG SULF | | RX | | 62.27 | 52.44 | 47.40 | | 5/7/01 |
| 00074-6062-02 | DEXTROSE/MORPHINE SULFATE<br>(PREMIX)<br>SOL   IV      5%-100 MG/100 ML<br>250.00 ml 1 EA      DEXTROSE/MORPHINE | | CII | | 13.89 | 11.70 | 11.14 | | 5/7/01 |
| 00074-6062-03 | DEXTROSE/MORPHINE SULFATE<br>(PREMIX)<br>SOL   IV      5%-100 MG/100 ML<br>500.00 ml 1 EA      DEXTROSE/MORPHINE | | CII | | 19.52 | 16.44 | 15.66 | | 5/7/01 |
| 00074-6062-11 | DEXTROSE/MORPHINE SULFATE<br>(PREMIX)<br>SOL   IV      5%-100 MG/100 ML<br>100.00 ml 1 EA      DEXTROSE/MORPHINE | | CII | | 10.11 | 8.51 | 8.09 | | 5/7/01 |
| 00074-6063-02 | DEXTROSE/MORPHINE SULFATE<br>(PREMIX)<br>SOL   IV      5%-20 MG/100 ML<br>250.00 ml 1 EA      DEXTROSE/MORPHINE | | CII | | 8.28 | 6.97 | 6.55 | | 5/7/01 |
| 00074-6063-03 | DEXTROSE/MORPHINE SULFATE<br>(PREMIX)<br>SOL   IV      5%-20 MG/100 ML<br>500.00 ml 1 EA      DEXTROSE/MORPHINE | | CII | | 10.11 | 8.51 | 8.09 | | 5/7/01 |
| 00074-1482-02<br>ANDA | DEXTROSE/NITROGLYCERIN<br>SOL   IV      5%-20 MG/100 ML<br>250.00 ml 12 EA     DEXTROSE/NITROGLYCERIN | AP | RX | | 80.23 | 67.56 | 62.52 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
___OK  as is          ___OK with changes

Signature _____     Date _____

**Confidential**

Red Book 00784

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 40 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1483-02 ANDA | DEXTROSE/NITROGLYCERIN SOL   IV     5%-10 MG/100 ML 250.00 ml 12 EA     DEXTROSE/NITROGLYCERIN | AP | RX | | 82.51 | 69.48 | 64.44 | | 5/7/01 |
| 00074-1483-03 ANDA | DEXTROSE/NITROGLYCERIN SOL   IV     5%-10 MG/100 ML 500.00 ml 12 EA     DEXTROSE/NITROGLYCERIN | AP | RX | | 89.63 | 75.48 | 70.44 | | 5/7/01 |
| 00074-1484-02 ANDA | DEXTROSE/NITROGLYCERIN SOL   IV     5%-40 MG/100 ML 250.00 ml 12 EA     DEXTROSE/NITROGLYCERIN | AP | RX | | 92.48 | 77.88 | 72.84 | | 5/7/01 |
| 00074-1484-03 ANDA | DEXTROSE/NITROGLYCERIN SOL   IV     5%-40 MG/100 ML 500.00 ml 12 EA     DEXTROSE/NITROGLYCERIN | AP | RX | | 112.01 | 94.32 | 89.28 | | 5/7/01 |
| 00074-7905-09 NDA | DEXTROSE/POTASSIUM CHLORIDE (LIFECARE) SOL   IV     5%-0.15% 1,000.00 ml 12 EA   DEXTROSE/POT CL | AP | RX | | 40.61 | 34.20 | 29.16 | | 5/7/01 |
| 00074-7906-09 NDA | DEXTROSE/POTASSIUM CHLORIDE (LIFECARE) SOL   IV     5%-0.3% 1,000.00 ml 12 EA   DEXTROSE/POT CL | AP | RX | | 41.33 | 34.80 | 29.16 | | 5/7/01 |
| 00074-7996-09 NDA | DEXTROSE/POTASSIUM CHLORIDE SOL   IV     5%-0.224% 1,000.00 ml 12 EA   DEXTROSE/POT CL | AP | RX | | 42.32 | 35.64 | 29.16 | | 5/7/01 |
| 00074-7105-09 NDA | DEXTROSE/POTASSIUM CL/SODIUM CL SOL   IV     5%-0.3%-0.3% 1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | AP | RX | | 355.97 | 299.76 | 159.48 | | 4/19/99 |
| 00074-7107-09 NDA | DEXTROSE/POTASSIUM CL/SODIUM CL SOL   IV     5%-0.15%-0.9% 1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | AP | RX | | 53.44 | 45.00 | 39.96 | | 5/7/01 |
| 00074-7109-09 NDA | DEXTROSE/POTASSIUM CL/SODIUM CL SOL   IV     5%-0.3%-0.9% 1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | AP | RX | | 53.44 | 45.00 | 39.96 | | 5/7/01 |
| 00074-7901-03 NDA | DEXTROSE/POTASSIUM CL/SODIUM CL SOL   IV     5%-0.15%-0.2% 500.00 ml 24 EA     DEXTROSE/POT CL/SOD CL | AP | RX | | 106.88 | 90.00 | 84.96 | | 5/7/01 |

Instructions:   Please make corrections directly on this printout
___OK as is         ___OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00785**

**MEDICAL ECONOMICS**
THOMSON HEALTHCARE

### *REDBOOK* Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 41 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7901-09 NDA | DEXTROSE/POTASSIUM CL/SODIUM CL SOL    IV    5%-0.15%-0.2% 1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | AP | RX | | 52.87 | 44.52 | 29.16 | | 5/7/01 |
| 00074-7902-03 NDA | DEXTROSE/POTASSIUM CL/SODIUM CL SOL    IV    5%-0.15%-0.45% 500.00 ml 24 EA   DEXTROSE/POT CL/SOD CL | AP | RX | | 112.29 | 94.56 | 89.52 | | 5/7/01 |
| 00074-7902-09 NDA | DEXTROSE/POTASSIUM CL/SODIUM CL SOL    IV    5%-0.15%-0.45% 1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | AP | RX | | 48.74 | 41.04 | 36.00 | | 5/7/01 |
| 00074-7903-09 NDA | DEXTROSE/POTASSIUM CL/SODIUM CL SOL    IV    5%-0.22%-0.45% 1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | | RX | | 50.02 | 42.12 | 29.16 | | 5/7/01 |
| 00074-7904-09 NDA | DEXTROSE/POTASSIUM CL/SODIUM CL SOL    IV    5%-0.3%-0.45% 1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | AP | RX | | 49.59 | 41.76 | 29.16 | | 5/7/01 |
| 00074-7991-09 NDA | DEXTROSE/POTASSIUM CL/SODIUM CL SOL    IV    5%-0.22%-0.2% 1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | | RX | | 43.04 | 36.24 | 29.16 | | 5/7/01 |
| 00074-7992-09 NDA | DEXTROSE/POTASSIUM CL/SODIUM CL SOL    IV    5%-0.3%-0.2% 1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | AP | RX | | 41.90 | 35.28 | 29.16 | | 5/7/01 |
| 00074-7993-09 NDA | DEXTROSE/POTASSIUM CL/SODIUM CL SOL    IV    5%-0.075%-0.45% 1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | AP | RX | | 41.33 | 34.80 | 29.16 | | 5/7/01 |
| 00074-7997-09 NDA | DEXTROSE/POTASSIUM CL/SODIUM CL SOL    IV    5%-0.075%-0.2% 1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | AP | RX | | 40.61 | 34.20 | 29.16 | | 5/7/01 |
| 00074-7998-03 NDA | DEXTROSE/POTASSIUM CL/SODIUM CL SOL    IV    5%-0.15%-0.3% 500.00 ml 24 EA   DEXTROSE/POT CL/SOD CL | AP | RX | | 112.29 | 94.56 | 89.52 | | 5/7/01 |
| 00074-7998-09 NDA | DEXTROSE/POTASSIUM CL/SODIUM CL SOL    IV    5%-0.15%-0.3% 1,000.00 ml 12 EA   DEXTROSE/POT CL/SOD CL | AP | RX | | 38.90 | 32.76 | 27.72 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00786**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 42 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINISTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1534-05 | DEXTROSE/SODIUM CHLORIDE<br><br>SOL    IV    10%-0.9%<br>1,000.00 ml 6 EA    DEXTROSE/SOD CL | AP | RX | | 50.45 | 42.48 | 37.50 | | 5/7/01 |
| 00074-4862-02 | DEXTROSE/SODIUM CHLORIDE<br><br>SOL    IV    10%-0.225%<br>250.00 ml 12 EA    DEXTROSE/SOD CL | | RX | | 64.41 | 54.24 | 49.28 | | 5/7/01 |
| 00074-4862-03 | DEXTROSE/SODIUM CHLORIDE<br><br>SOL    IV    10%-0.225%<br>500.00 ml 12 EA    DEXTROSE/SOD CL | | RX | | 64.84 | 54.60 | 49.28 | | 5/7/01 |
| 00074-7924-02<br><br>NDA | DEXTROSE/SODIUM CHLORIDE<br>(LIFECARE/PLASTIC)<br>SOL    IV    5%-0.225%<br>250.00 ml 24 EA    DEXTROSE/SOD CL | | RX | | 47.03 | 39.60 | 34.56 | | 5/7/01 |
| 00074-7924-03<br><br>NDA | DEXTROSE/SODIUM CHLORIDE<br>(LIFECARE/PLASTIC)<br>SOL    IV    5%-0.225%.<br>500.00 ml 24 EA    DEXTROSE/SOD CL | | RX | | 52.73 | 44.40 | 34.56 | | 5/7/01 |
| 00074-7924-09<br><br>NDA | DEXTROSE/SODIUM CHLORIDE<br>(LIFECARE/PLASTIC)<br>SOL    IV    5%-0.225%<br>1,000.00 ml 12 EA    DEXTROSE/SOD CL | | RX | | 22.94 | 19.32 | 14.28 | | 5/7/01 |
| 00074-7925-02<br><br>NDA | DEXTROSE/SODIUM CHLORIDE<br>(LIFECARE/PLASTIC)<br>SOL    IV    5%-0.3%<br>250.00 ml 24 EA    DEXTROSE/SOD CL | | RX | | 46.74 | 39.36 | 34.46 | | 5/7/01 |
| 00074-7925-03<br><br>NDA | DEXTROSE/SODIUM CHLORIDE<br>(LIFECARE/PLASTIC)<br>SOL    IV    5%-0.3%<br>500.00 ml 24 EA    DEXTROSE/SOD CL | | RX | | 52.73 | 44.40 | 34.56 | | 5/7/01 |
| 00074-7925-09<br><br>NDA | DEXTROSE/SODIUM CHLORIDE<br>(LIFECARE/PLASTIC)<br>SOL    IV    5%-0.3%<br>1,000.00 ml 12 EA    DEXTROSE/SOD CL | | RX | | 30.35 | 25.56 | 20.52 | | 5/7/01 |
| 00074-7926-02<br><br>NDA | DEXTROSE/SODIUM CHLORIDE<br>(LIFECARE/PLASTIC)<br>SOL    IV    5%-0.45%<br>250.00 ml 24 EA    DEXTROSE/SOD CL | AP | RX | | 43.61 | 36.72 | 34.80 | | 5/7/01 |
| 00074-7926-03<br><br>NDA | DEXTROSE/SODIUM CHLORIDE<br>(LIFECARE/PLASTIC)<br>SOL    IV    5%-0.45%<br>500.00 ml 24 EA    DEXTROSE/SOD CL | AP | RX | | 47.03 | 39.60 | 34.56 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00787**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 43 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7926-09 NDA | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) SOL  IV  5%-0.45% 1,000.00 ml 12 EA   DEXTROSE/SOD CL | AP | RX | | 27.36 | 23.04 | 18.00 | | 5/7/01 |
| 00074-7940-03 NDA | DEXTROSE/SODIUM CHLORIDE (LIFECARE) SOL  IV  2.5%-0.45% 500.00 ml 24 EA   DEXTROSE/SOD CL | AP | RX | | 45.60 | 38.40 | 33.36 | | 5/7/01 |
| 00074-7940-09 NDA | DEXTROSE/SODIUM CHLORIDE (LIFECARE) SOL  IV  2.5%-0.45% 1,000.00 ml 12 EA   DEXTROSE/SOD CL | AP | RX | | 29.21 | 24.60 | 19.56 | | 5/7/01 |
| 00074-7941-02 NDA | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) SOL  IV  5%-0.9% 250.00 ml 24 EA   DEXTROSE/SOD CL | AP | RX | | 47.03 | 39.60 | 34.56 | | 5/7/01 |
| 00074-7941-03 NDA | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) SOL  IV  5%-0.9% 500.00 ml 24 EA   DEXTROSE/SOD CL | AP | RX | | 49.88 | 42.00 | 34.56 | | 5/7/01 |
| 00074-7941-09 NDA | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) SOL  IV  5%-0.9% 1,000.00 ml 12 EA   DEXTROSE/SOD CL | AP | RX | | 26.36 | 22.20 | 16.32 | | 5/7/01 |
| 00074-7665-03 NDA | DEXTROSE/THEOPHYLLINE SOL  IV  5%-80 MG/100 ML 500.00 ml 24 EA   DEXTROSE/THEO | AP | RX | | 120.56 | 101.52 | 96.48 | | 5/7/01 |
| 00074-7665-09 NDA | DEXTROSE/THEOPHYLLINE SOL  IV  5%-80 MG/100 ML 1,000.00 ml 12 EA   DEXTROSE/THEO | AP | RX | | 87.64 | 73.80 | 68.76 | | 5/7/01 |
| 00074-7666-03 NDA | DEXTROSE/THEOPHYLLINE SOL  IV  5%-160 MG/100 ML 500.00 ml 24 EA   DEXTROSE/THEO | AP | RX | | 164.73 | 138.72 | 88.80 | | 5/7/01 |
| 00074-7666-62 NDA | DEXTROSE/THEOPHYLLINE SOL  IV  5%-160 MG/100 ML 250.00 ml 24 EA   DEXTROSE/THEO | AP | RX | | 146.21 | 123.12 | 117.36 | | 5/7/01 |
| 00074-7668-23 NDA | DEXTROSE/THEOPHYLLINE SOL  IV  5%-200 MG/100 ML 100.00 ml 24 EA   DEXTROSE/THEO | AP | RX | | 140.79 | 118.56 | 112.80 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK  as is        ____OK with changes

Signature _____     Date _____

**Confidential**

**Red Book 00788**

MEDICAL ECONOMICS
━━━━━━━★━━━━━━━
THOMSON HEALTHCARE

**REDBOOK Product Listing Verification**

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 44 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7677-13 NDA | DEXTROSE/THEOPHYLLINE SOL  IV    5%-200 MG/50 ML 50.00 ml 24 EA    DEXTROSE/THEO | AP | RX | | 140.79 | 118.56 | 112.80 | | 5/7/01 |
| 00074-7677-23 NDA | DEXTROSE/THEOPHYLLINE SOL  IV    5%-400 MG/100 ML 100.00 ml 24 EA    DEXTROSE/THEO | AP | RX | | 143.93 | 121.20 | 115.44 | | 5/7/01 |
| 00074-7705-62 NDA | DEXTROSE/THEOPHYLLINE SOL  IV    5%-320 MG/100 ML 250.00 ml 24 EA    DEXTROSE/THEO | AP | RX | | 150.48 | 126.72 | 120.72 | | 5/7/01 |
| 00074-1671-02 | DIAL-A-FLO (IV EXTENSION,18") KIT 48 EA        KIT, INTRAVENOUS EXTENSION TUBING | | RX | | 527.25 | 444.00 | 278.40 | | 4/19/99 |
| 00074-1674-68 | DIAL-A-FLO (MICRODRIP 78", NV) KIT 48 EA        KIT, INTRAVENOUS EXTENSION TUBING | | RX | | 710.79 | 598.56 | 375.36 | | 4/19/99 |
| 00074-1674-78 | DIAL-A-FLO (LTXF,CONV PIN 78,MICDRP) KIT 48 EA        KIT, INTRAVENOUS EXTENSION TUBING | | RX | | 710.79 | 598.56 | 375.36 | | 5/4/00 |
| 00074-1684-68 | DIAL-A-FLO (MICRODRIP 78", NV) KIT 48 EA        KIT, INTRAVENOUS EXTENSION TUBING | | RX | | 710.79 | 598.56 | 375.36 | | 4/19/99 |
| 00074-1273-02 ANDA | DIAZEPAM (CARPUJECT,22GX1-1/4") SOL  IJ    5 MG/ML 2.00 ml 10 EA    DIAZEPAM | AP | CIV | | 19.36 | 16.30 | 15.27 | | 5/7/01 |
| 00074-1273-12 ANDA | DIAZEPAM (CARPUJECT,U-BLUNT CANN) SOL  IJ    5 MG/ML 2.00 ml 10 EA    DIAZEPAM | AP | CIV | | 14.37 | 12.10 | 10.35 | | 4/19/99 |
| 00074-1273-22 ANDA | DIAZEPAM (CARPUJECT,INTERLINK) SOL  IJ    5 MG/ML 2.00 ml 10 EA    DIAZEPAM | AP | CIV | | 26.13 | 22.00 | 20.26 | | 5/7/01 |
| 00074-1273-32 ANDA | DIAZEPAM (CARPUJECT,LUER LOCK) SOL  IJ    5 MG/ML 2.00 ml 10 EA    DIAZEPAM | AP | CIV | | 25.29 | 21.30 | 20.26 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___ OK  as is          ___ OK with changes

Signature _____ Date _____

**Confidential**

**Red Book 00789**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 45 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3210-32 ANDA | DIAZEPAM (AMP) SOL  IJ    5 MG/ML 2.00 ml 10 EA    DIAZEPAM | AP | CIV | | 18.88 | 15.90 | 14.90 | | 5/7/01 |
| 00074-3213-01 ANDA | DIAZEPAM (VIAL, FLIPTOP) SOL  IJ    5 MG/ML 10.00 ml 25 EA    DIAZEPAM | AP | CIV | | 48.69 | 41.00 | 36.00 | | 5/7/01 |
| 00074-3213-02 | DIAZEPAM SOL  IJ    5 MG/ML 10.00 ml 5 EA    DIAZEPAM | AP | CIV | | 9.74 | 8.20 | 7.20 | | 5/7/01 |
| 00074-2169-01 ANDA | DIGOXIN (CARPUJECT) SOL  IV    0.25 MG/ML 1.00 ml 10 EA    DIGOXIN | AP | RX | | 23.39 | 19.70 | 18.71 | | 5/7/01 |
| 00074-2169-02 ANDA | DIGOXIN (CARPUJECT) SOL  IV    0.25 MG/ML 2.00 ml 10 EA    DIGOXIN | AP | RX | | 24.82 | 20.90 *19.70* | 18.00 *18.71* | A | 4/19/99 |
| 00074-2169-31 ANDA | DIGOXIN (CARPUJECT, LUER LOCK) SOL  IV    0.25 MG/ML 1.00 ml 10 EA    DIGOXIN | AP | RX | | 24.34 | 20.50 | 20.00 | | 11/19/99 |
| 00074-2169-32 ANDA | DIGOXIN (CARPUJECT, LUER LOCK) SOL  IV    0.25 MG/ML 2.00 ml 10 EA    DIGOXIN | AP | RX | | 26.84 | 22.60 | 19.64 | | 4/19/99 |
| 00074-2167-01 ANDA | DIGOXIN PEDIATRIC (AMP, UNI-NEST) SOL  IV    0.1 MG/ML 1.00 ml 10 EA    DIGOXIN | AP | RX | | 44.53 | 37.50 | 35.75 | | 5/7/01 |
| 00074-1171-01 ANDA | DILTIAZEM HCL (VIAL, FLIPTOP) SOL  IV    5 MG/ML 5.00 ml 10 EA    DILTIAZEM HYDROCHLORIDE | AP | RX | | 39.31 | 33.10 | 31.50 | | 5/7/01 |
| 00074-1172-02 ANDA | DILTIAZEM HCL (VIAL, FLIPTOP) SOL  IV    5 MG/ML 10.00 ml 10 EA    DILTIAZEM HYDROCHLORIDE | AP | RX | | 78.61 | 66.20 | 63.00 | | 5/7/01 |
| 00074-2291-11 ANDA | DILTIAZEM HCL (CARPUJECT) SOL  IV    5 MG/ML 5.00 ml 10 EA    DILTIAZEM HYDROCHLORIDE | AP | RX | | 40.49 | 34.10 | 32.50 | | 5/7/01 |

**Instructions:**   Please make corrections directly on this printout
____ OK  as is          ____ OK with changes

Signature _____   Date _____

**Confidential**

Red Book 00790

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### *REDBOOK Product Listing Verification*

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 46 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2291-35 ANDA | DILTIAZEM HCL (CARPUJECT,LUER LOCK) SOL   IV      5 MG/ML 5.00 ml 10 EA      DILTIAZEM HYDROCHLORIDE | AP | RX | | 38.36 | 32.30 | 30.75 | | 5/7/01 |
| 00074-1171-61 ANDA | DILTIAZEM HCL AMERINET (VIAL,FLIPTOP,INSTIT USE) SOL   IV      5 MG/ML 5.00 ml 10 EA      DILTIAZEM HYDROCHLORIDE | AP | RX | | 39.31 | 33.10 | 30.00 | | 5/7/01 |
| 00074-1171-62 ANDA | DILTIAZEM HCL AMERINET (VIAL,FLIPTOP,INSTIT USE) SOL   IV      5 MG/ML 10.00 ml 10 EA      DILTIAZEM HYDROCHLORIDE | AP | RX | | 78.61 | 66.20 | 60.00 | | 5/7/01 |
| 00074-2290-01 ANDA | DIPHENHYDRAMINE HCL (CARPUJECT) SOL   IJ      50 MG/ML 1.00 ml 10 EA      DIPHENHYDRAMINE HYDROCHLORIDE | AP | RX | | 11.04 | 9.30 | 8.25 | | 5/7/01 |
| 00074-2290-31 ANDA | DIPHENHYDRAMINE HCL (CARPUJECT, LUER LOCK) SOL   IJ      50 MG/ML 1.00 ml 10 EA      DIPHENHYDRAMINE HYDROCHLORIDE | AP | RX | | 12.47 | 10.50 | 9.50 | | 8/16/00 |
| 00074-2043-02 ANDA | DIPYRIDAMOLE (AMP,UNI-NEST) SOL   IV      5 MG/ML 2.00 ml 10 EA      DIPYRIDAMOLE | AP | RX | | 86.09 | 72.50 | 69.00 | | 5/7/01 |
| 00074-2043-10 ANDA | DIPYRIDAMOLE (AMP,UNI-NEST) SOL   IV      5 MG/ML 10.00 ml 10 EA      DIPYRIDAMOLE | AP | RX | | 430.23 | 362.30 | 345.00 | | 5/7/01 |
| 00074-2025-20 ANDA | DOBUTAMINE HCL (VIAL) SOL   IV      12.5 MG/ML 20.00 ml 10 EA      DOBUTAMINE HYDROCHLORIDE | AP | RX | | 49.88 | 42.00 | 40.00 | | 5/7/01 |
| 00074-2025-54 ANDA | DOBUTAMINE HCL (VIAL) SOL   IV      12.5 MG/ML 40.00 ml 10 EA      DOBUTAMINE HYDROCHLORIDE | AP | RX | | 79.80 | 67.20 | 64.00 | | 5/7/01 |
| 00074-2344-01 ANDA | DOBUTAMINE HCL (VIAL, FLIPTOP) SOL   IV      12.5 MG/ML 20.00 ml 1 EA      DOBUTAMINE HYDROCHLORIDE | AP | RX | | 9.87 | 8.31 | 7.91 | | 5/7/01 |
| 00074-2344-02 ANDA | DOBUTAMINE HCL (VIAL, FLIPTOP) SOL   IV      12.5 MG/ML 20.00 ml 10 EA      DOBUTAMINE HYDROCHLORIDE | AP | RX | | 92.39 | 77.80 | 74.10 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____ OK  as is          ____ OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00791**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 47 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4729-01 ANDA | DOBUTAMINE HCL (VIAL) SOL IV 12.5 MG/ML 100.00 ml 1 EA DOBUTAMINE HYDROCHLORIDE | AP | RX | | 14.35 | 12.08 | 11.50 | | 5/7/01 |
| 00074-4265-01 NDA | DOPAMINE HCL (VIAL,FLIPTOP,10ML/20ML) SOL IV 80 MG/ML 10.00 ml 25 EA DOPAMINE HYDROCHLORIDE | AP | RX | | 80.45 | 67.75 | 62.75 | | 5/7/01 |
| 00074-4266-18 NDA | DOPAMINE HCL (SRN, UNIV ADDITIVE) SOL IV 80 MG/ML 10.00 ml 10 EA DOPAMINE HYDROCHLORIDE | AP | RX | | 58.43 | 49.20 | 46.90 | | 5/7/01 |
| 00074-5819-16 NDA | DOPAMINE HCL (SRN,UNIV ADD,10 ML CONT) SOL IV 40 MG/ML 5.00 ml 10 EA. DOPAMINE HYDROCHLORIDE | AP | RX | | 162.09 | 136.50 | 102.90 | | 4/19/99 |
| 00074-5820-10 NDA | DOPAMINE HCL (VIAL, FLIPTOP) SOL IV 40 MG/ML 5.00 ml 25 EA DOPAMINE HYDROCHLORIDE | AP | RX | | 22.86 | 19.25 | 16.75 | | 5/7/01 |
| 00074-9104-20 NDA | DOPAMINE HCL (VIAL,FLIPTOP,10ML/20ML) SOL IV 40 MG/ML 10.00 ml 25 EA DOPAMINE HYDROCHLORIDE | AP | RX | | 675.69 | 569.00 | 30.50 | | 4/19/99 |
| 00074-9105-18 NDA | DOPAMINE HCL (SRN, UNIV ADDITIVE) SOL IV 40 MG/ML 10.00 ml 10 EA DOPAMINE HYDROCHLORIDE | AP | RX | | 300.08 | 252.70 | 25.30 | | 4/19/99 |
| 00074-4797-02 | DOUBLE-NEEDLE TRANSFER DEVICE (20G) ACC 400 EA TRANSFER UNIT, IV FLUID | | RX | | 327.75 | 276.00 | 136.68 | | 4/19/99 |
| 00703-5040-01 ANDA | DOXORUBICIN HCL (M.D.V. POLYMER) SOL IV 2 MG/ML 100.00 ml 1 EA DOXORUBICIN HYDROCHLORIDE | AP | RX | | 332.50 | 280.00 | 140.82 | | 2/8/99 |
| 00703-5043-03 ANDA | DOXORUBICIN HCL (S.D.V. POLYMER) SOL IV 2 MG/ML 5.00 ml 10 EA DOXORUBICIN HYDROCHLORIDE | AP | RX | | 166.25 | 140.00 | 121.00 | | 2/8/99 |
| 00703-5046-01 ANDA | DOXORUBICIN HCL (S.D.V. POLYMER) SOL IV 2 MG/ML 25.00 ml 1 EA DOXORUBICIN HYDROCHLORIDE | AP | RX | | 83.13 | 70.00 | 47.00 | | 2/8/99 |

Instructions: Please make corrections directly on this printout
___OK as is          ___OK with changes

Signature _____  Date _____

**Confidential**

**Red Book 00792**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

**REDBOOK Product Listing Verification**

Medical Economics · 5 Paragon Drive · 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 48 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1187-01 ANDA | DROPERIDOL (S.D.AMP) SOL   IJ        2.5 MG/ML 2.00 ml 10 EA       DROPERIDOL | AP | RX | | 16.39 | 13.80 | 13.10 | | 5/7/01 |
| 00074-2269-02 ANDA | DROPERIDOL (CARPUJECT) SOL   IJ       2.5 MG/ML 2.00 ml 10 EA       DROPERIDOL | AP | RX | | 12.59 | 10.60 | 9.57 | | 5/7/01 |
| 00074-2269-11 ANDA | DROPERIDOL (CARPUJECT,BLUNT CANNULA) SOL   IJ       2.5 MG/ML 2.00 ml 10 EA       DROPERIDOL | AP | RX | | 16.39 | 13.80 | 9.30 | | 5/7/01 |
| 00074-2269-32 ANDA | DROPERIDOL (CARPUJECT,LUER LOCK) SOL   IJ       2.5 MG/ML 2.00 ml 10 EA       DROPERIDOL | AP | RX | | 15.32 | 12.90 | 11.90 | | 5/7/01 |
| 00074-4719-02 | DRUM CARTRIDGE IV CATHETER (14GX2" NDL,16GX28" CATH) KIT 20 EA       CATHETER, INTRAVENOUS | | RX | | 766.41 | 645.40 | 421.20 | | 4/13/98 |
| 00074-4719-03 | DRUM CARTRIDGE IV CATHETER (14GX2" NDL,16GX28" CATH) KIT 50 EA       CATHETER, INTRAVENOUS | | RX | | 2,011.53 | 1,691.00 | 1,053.00 | | 4/19/99 |
| 00074-5830-01 | DUAL INJECTION SITE ACC 25 EA       DEVICE | | OTC | | 80.16 | 67.50 | 47.00 | | 4/19/99 |
| 00074-5830-02 | DUAL INJECTION SITE (W/LOCKING SPIN COLLAR) ACC 120 EA       KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 384.75 | 324.00 | 225.60 | | 3/13/00 |
| 00074-2284-15 ANDA | EDROPHONIUM CHLORIDE (VIAL) SOL   IJ       10 MG/ML 15.00 ml 10 EA       EDROPHONIUM CHLORIDE | AP | RX | | 117.80 | 99.20 | 94.50 | | 5/7/01 |
| 00074-7222-17 | EMPTY 3-IN-1 MIXING CONTAINER (2000 ML, NON-DEHP) ACC 20 EA       CONTAINER, EVACUATED | | OTC | | 959.03 | 807.60 | 482.80 | | 4/19/99 |
| 00074-7222-18 | EMPTY 3-IN-1 MIXING CONTAINER (3000 ML, NON-DEHP) ACC 20 EA       CONTAINER, EVACUATED | | OTC | | 1,351.85 | 1,138.40 | 296.20 | | 4/19/99 |

Handwritten annotations: "DEACT 5/7/01" (on 00074-4719-02 row); "473.60  3C% 457" with circled values; "600.00  D" near 00074-4719-03/5830-01; "DEACT 5/7/01" (on 00074-5830-01 row); "42.56 OK"; "201.59  D" near EDROPHONIUM row.

Instructions:  Please make corrections directly on this printout
____OK  as is            ____OK with changes

Signature _____   Date _____

**Confidential**

**MEDICAL ECONOMICS**
THOMSON HEALTHCARE

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 49 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7927-08 | EMPTY CONTAINER (W/ATCHD Y-TRANF,3000ML) ACC 24 EA    CONTAINER, EVACUATED | | OTC | | 1,426.14 | 1,200.96 | 99.60 | | 4/19/99 |
| 00074-7927-09 | EMPTY CONTAINER (W/ATTCHD Y-TRNSF/1000ML) ACC 24 EA    CONTAINER, EVACUATED | | OTC | | 928.82 | 782.16 | 105.12 | | 4/19/99 |
| 00074-7951-12 | EMPTY CONTAINER (LIFECARE,FLEXIBLE,50ML) ACC 48 EA    CONTAINER, EVACUATED | | OTC | | 767.22 | 646.08 | 144.00 | | 4/19/99 |
| 00074-7951-13 | EMPTY CONTAINER (LIFECARE,FLEXIBLE,500ML) ACC 48 EA    CONTAINER, EVACUATED | | OTC | | 786.60 | 662.40 | 392.16 | | 4/19/99 |
| 00074-7951-19 | EMPTY CONTAINER (LIFECARE,FLXIBLE,1000ML) ACC 48 EA    CONTAINER, EVACUATED | | OTC | | 853.29 | 718.56 | 167.52 | | 4/19/99 |
| 00074-7951-23 | EMPTY CONTAINER (LIFECARE,FLEXIBLE,100ML) ACC 200 EA    CONTAINER, EVACUATED | | OTC | | 2,921.25 | 2,460.00 | 690.00 | | 4/19/99 |
| 00074-5816-11 | EMPTY CONTAINER STERILE (VIAL, FLIPTOP, 10 ML) ACC 25 EA    CONTAINER, EVACUATED | | OTC | | 18.11 | 15.25 | 12.71 | | 5/7/01 |
| 00074-5816-31 | EMPTY CONTAINER STERILE (VIAL, FLIPTOP, 30 ML) ACC 25 EA    CONTAINER, EVACUATED | | OTC | | 24.64 | 20.75 | 18.25 | | 5/7/01 |
| 00074-5829-10 | EMPTY CONTAINER STERILE (VIAL, TEARDROP, 10 ML) ACC 25 EA    CONTAINER, EVACUATED | | OTC | | 18.41 | 15.50 | 13.09 | | 5/7/01 |
| 00074-5829-30 | EMPTY CONTAINER STERILE (VIAL, TEARDROP, 30 ML) ACC 25 EA    CONTAINER, EVACUATED | | OTC | | 21.38 | 18.00 | 15.40 | | 5/7/01 |
| 00074-6021-03 | EMPTY CONTAINER STERILE (VIAL & INJECTOR) ACC 25 EA    CONTAINER, EVACUATED | | OTC | | 218.50 | 184.00 | 175.25 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
___OK  as is          ___OK with changes

Signature _____  Date _____

**Confidential**

**Red Book 00794**