# Exhibit 108B

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 50 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1614-01 | EMPTY EVACUATED CONTAINER (150 ML) ACC 12 EA        CONTAINER, EVACUATED | | OTC | | 225.15 | 189.60 | 66.00 | | 4/19/99 |
| 00074-1614-02 | EMPTY EVACUATED CONTAINER (250 ML) ACC 12 EA        CONTAINER, EVACUATED | | OTC | | 232.13 | 195.48 | 29.40 | | 4/19/99 |
| 00074-1614-03 | EMPTY EVACUATED CONTAINER (500 ML) ACC 12 EA        CONTAINER, EVACUATED | | OTC | | 236.12 | 198.84 | 60.00 | | 4/19/99 |
| 00074-1614-05 | EMPTY EVACUATED CONTAINER (1000 ML) ACC 6 EA        CONTAINER, EVACUATED | | OTC | | 130.03 | 109.50 | 31.50 | | 4/19/99 |
| 00074-2013-02 | EMPTY STERILE CARPUJECT (22G, 2ML VIAL) DEV 10 EA        NEEDLES, HYPODERMIC/SYRINGES | | RX | | 5.58 | 4.70 | 4.51 | | 5/7/01 |
| 00074-2021-02 | EMPTY STERILE CARPUJECT (25G, 2 ML VIAL) DEV 10 EA        NEEDLES, HYPODERMIC/SYRINGES | | RX | | 14.25 | 12.00 | 11.00 | | 5/7/01 |
| 00074-8021-02 | EMPTY STERILE VIAL (20 ML) ACC 60 EA        VIAL, MEDICATION | | RX | | 352.63 | 297.00 | 246.00 | | 4/13/98 |
| 00074-8021-05 | EMPTY STERILE VIAL (50 ML) ACC 60 EA        VIAL, MEDICATION | | RX | | 442.46 | 372.60 | 303.60 | | 4/13/98 |
| 00074-8021-10 | EMPTY STERILE VIAL (100 ML) ACC 60 EA        VIAL, MEDICATION | | RX | | 530.10 | 446.40 | 369.00 | | 4/13/98 |
| 00074-2109-31 | ENALAPRILAT (CARPUJECT,LUER LOCK) SOL    IV    1.25 MG/ML 1.00 ml 10 EA        ENALAPRILAT | AP | RX | | 47.38 | 39.80 | 38.00 | | 5/7/01 |
| 00074-2122-01 ANDA | ENALAPRILAT (VIAL) SOL    IV    1.25 MG/ML 1.00 ml 1 EA        ENALAPRILAT | AP | RX | | 3.84 | 3.23 | 3.08 | | 5/7/01 |

*Handwritten annotations: "DEACT 5/7/01" (near 00074-8021-02 row), "A", "X 313.00", "SAME", "A", arrows.*

**Instructions:**  Please make corrections directly on this printout
____ OK as is          ____ OK with changes

Signature _____   Date _____

**MEDICAL ECONOMICS**

THOMSON HEALTHCARE

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 51 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2122-02 ANDA | ENALAPRILAT (VIAL) SOL  IV    1.25 MG/ML 2.00 ml 1 EA      ENALAPRILAT | AP | RX | | 7.68 | 6.47 | 6.16 | | 5/7/01 |
| 00074-6940-03 NDA | ENDRATE (AMP) SOL  IV    150 MG/ML 20.00 ml 25 EA    EDETATE DISODIUM | AP | RX | | 654.61 | 551.25 | 525.00 | | 5/7/01 |
| 00074-9406-01 ANDA | ENFLURANE SOL  IH    99.9% 125.00 ml 1 EA    ENFLURANE | AN | RX | | 119.70 | 100.80 | 96.00 | | 5/7/01 |
| 00074-9406-02 ANDA | ENFLURANE SOL  IH    99.9% 250.00 ml 1 EA    ENFLURANE | AN | RX | | 201.99 | 170.10 | 162.00 | | 5/7/01 |
| 00074-9406-49 ANDA | ENFLURANE NOVATION (INSTIT USE) SOL  IH    99.9% 250.00 ml 1 EA    ENFLURANE | AN | RX | | 201.99 | 170.10 | 86.35 | | 5/7/01 |
| 00074-9406-51 ANDA | ENFLURANE NOVATION (INSTIT USE) SOL  IH    99.9% 125.00 ml 1 EA    ENFLURANE | AN | RX | | 119.70 | 100.80 | 59.37 | | 5/7/01 |
| 00074-1801-02 | ENTERAL NONVENTED PUMP (107',W/INTEGRAL CONTAIN) KIT 24 EA      KIT, FEEDING (ENTERAL) | | OTC | | 521.27 | 438.96 | 347.28 234.00 | | 4/19/99 |
| 00074-1765-01 | ENTERAL PUMP (98',W/40MM SCREW CAP) KIT 24 EA      KIT, FEEDING (ENTERAL) | | OTC | | 466.26 | 392.64 | 310.80 209.34 | | 4/19/99 |
| 00074-1928-01 | ENTERAL PUMP (W/INTEGRAL CONTAINER) KIT 24 EA      KIT, FEEDING (ENTERAL) | | RX | | 305.81 | 257.52 | 212.40 | | 4/19/99 |
| 00074-1930-01 | ENTERAL PUMP (SCREW CAP, 40MM, VENTED) KIT 24 EA      KIT, FEEDING (ENTERAL) | | RX | | 305.81 | 257.52 | 212.40 | | 4/19/99 |
| 00074-3073-31 | EPHEDRINE SULFATE (AMP) SOL  IJ    50 MG/ML 1.00 ml 50 EA    EPHEDRINE SULFATE | | RX | | 23.16 | 19.50 | 18.50 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____          Date _____

**Confidential**

Red Book 00796

**MEDICAL ECONOMICS**
— THOMSON HEALTHCARE —

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 52 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL      600643500

Please Respond By: 10/01/2001
Contact Name:  JERRIE CICERALE
Phone Number:  800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3093-20 | EPIDURAL ANESTHESIA TRAY (CONTINUOUS, 18G HUSTEAD) KIT    EP      1:200,000-1.5% 10 EA          EPI/LIDO HCL | | RX | | 620.71 | 522.70 | 283.80 | | 4/19/99 |
| 00074-3096-20 | EPIDURAL ANESTHESIA TRAY (CONTINUOUS, 18G HUSTEAD) KIT    EP      1:200,000-1.5% 10 EA          EPI/LIDO HCL | | RX | | 583.18 | 491.10 | 242.00 | | 4/19/99 |
| 00074-4769-20 | EPIDURAL ANESTHESIA TRAY (SINGLE-SHOT, CRAWFORD) KIT    EP      1:200,000-1.5% 10 EA          EPI/LIDO HCL | | RX | | 566.32 | 476.90 | 232.95 | | 4/19/99 |
| 00074-4775-20 | EPIDURAL ANESTHESIA TRAY (CONTINUOUS, 18G HUSTEAD) KIT    EP      1:200,000-1.5% 10 EA          EPI/LIDO HCL | | RX | | 613.46 | 516.60 | 252.23 | | 4/19/99 |
| 00074-4810-20 | EPIDURAL ANESTHESIA TRAY (CONTINUOUS, 18G HUSTEAD) KIT    EP      1:200,000-1.5% 10 EA          EPI/LIDO HCL | | RX | | 576.06 | 485.10 | 372.60 | | 4/19/99 |
| 00074-4889-20 | EPIDURAL ANESTHESIA TRAY (CONTINUOUS, 18G HUSTEAD) KIT 10 EA          KIT, ANESTHESIA, EPIDURAL | | RX | | 484.26  A | 407.80  428.20 | 310.20  209.10 | D. | 4/7/97 |
| 00074-8284-20 | EPIDURAL ANESTHESIA TRAY (CONTINUOUS, 17G TUOHY) KIT    EP      1:200,000-1.5% 10 EA          EPI/LIDO HCL | | RX | | 559.55 | 471.20 | 230.03 | | 4/19/99 |
| 00074-4901-18 | EPINEPHRINE HCL (ABBOJECT, 18GX3-1/2) SOL    IJ      0.1 MG/ML 10.00 ml 10 EA      EPINEPHRINE HYDROCHLORIDE | | RX | | 34.32 | 28.90 | 27.50 | | 5/7/01 |
| 00074-4921-18 | EPINEPHRINE HCL (ABBOJECT, 21GX1-1/2) SOL    IJ      0.1 MG/ML 10.00 ml 10 EA      EPINEPHRINE HYDROCHLORIDE | | RX | | 25.89 | 21.80 | 20.80 | | 5/7/01 |
| 00074-4921-34 | EPINEPHRINE HCL (ABBOJECT/LIFE, 21GX1-1/2) SOL    IJ      0.1 MG/ML 10.00 ml 10 EA      EPINEPHRINE HYDROCHLORIDE | | RX | | 27.08 | 22.80 | 19.40 | | 5/7/01 |
| 00074-7241-01 | EPINEPHRINE HCL (AMP) SOL    IJ      1 MG/ML 1.00 ml 25 EA      EPINEPHRINE HYDROCHLORIDE | | RX | | 16.03 | 13.50 | 12.75 | | 5/7/01 |

Instructions:   Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____      Date _____

**Confidential**

Red Book 00797

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 53 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1209-01 ANDA | EPINEPHRINE/LIDOCAINE HCL (AMP) SOL   EP      1:200,000-1.5% 5.00 ml 10 EA      EPI/LIDO HCL | AP | RX | | 32.89 | 27.70 | 26.40 | | 5/7/01 |
| 00074-3177-01 ANDA | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) SOL   IJ      1:200,000-0.5% 50.00 ml 25 EA      EPI/LIDO HCL | AP | RX | | 76.30 | 64.25 | 59.25 | | 5/7/01 |
| 00074-3178-01 ANDA | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) SOL   IJ      1:100,000-1% 20.00 ml 25 EA      EPI/LIDO HCL | AP | RX | | 38.59 | 32.50 | 27.50 | | 5/7/01 |
| 00074-3178-02 ANDA | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) SOL   IJ      1:100,000-1% 30.00 ml 25 EA      EPI/LIDO HCL | AP | RX | | 45.42 | 38.25 | 28.25 | | 5/7/01 |
| 00074-3178-03 ANDA | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) SOL   IJ      1:100,000-1% 50.00 ml 25 EA      EPI/LIDO HCL | AP | RX | | 81.64 | 68.75 | 48.50 | | 5/7/01 |
| 00074-3179-01 ANDA | EPINEPHRINE/LIDOCAINE HCL (AMP) SOL   IJ      1:200,000-1% 30.00 ml 5 EA      EPI/LIDO HCL | AP | RX | | 29.75 | 25.05 | 23.85 | | 5/7/01 |
| 00074-3180-02 ANDA | EPINEPHRINE/LIDOCAINE HCL (AMP) SOL   EP      1:200,000-1.5% 30.00 ml 5 EA      EPI/LIDO HCL | AP | RX | | 38.77 | 32.65 | 31.10 | | 5/7/01 |
| 00074-3181-01 ANDA | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) SOL   EP      1:200,000-1.5% 30.00 ml 5 EA      EPI/LIDO HCL | AP | RX | | 39.48 | 33.25 | 26.60 | | 5/7/01 |
| 00074-3182-01 ANDA | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) SOL   IJ      1:100,000-2% 20.00 ml 25 EA      EPI/LIDO HCL | AP | RX | | 44.23 | 37.25 | 32.25 | | 5/7/01 |
| 00074-3182-02 ANDA | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) SOL   IJ      1:100,000-2% 30.00 ml 25 EA      EPI/LIDO HCL | AP | RX | | 98.27 | 82.75 | 77.75 | | 5/7/01 |
| 00074-3182-03 ANDA | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) SOL   IJ      1:100,000-2% 50.00 ml 25 EA      EPI/LIDO HCL | AP | RX | | 114.30 | 96.25 | 62.25 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
___ OK  as is          ___OK with changes

Signature _____     Date _____

**Confidential**

**Red Book 00798**

**MEDICAL ECONOMICS**
★
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 54 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL      600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3183-01 ANDA | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) SOL   IJ        1:200,000-2% 20.00 ml 5 EA        EPI/LIDO HCL | AP | RX | | 41.50 | 34.95 | 33.30 | | 5/7/01 |
| 00074-3246-01 NDA | ERYTHROCIN LACTOBIONATE (ADD-VANTAGE W/D5W) PDS   IV        1 GM 10 EA        ERYTHROMYCIN LACTOBIONATE | AP | RX | | 174.56 | 147.00 | 140.00 | | 5/7/01 |
| 00074-3247-01 NDA | ERYTHROCIN LACTOBIONATE (ADD-VANTAGE W/D5W) PDS   IV        500 MG 10 EA        ERYTHROMYCIN LACTOBIONATE | AP | RX | | 137.16 | 115.50 | 110.00 | | 5/7/01 |
| 00074-6342-05 NDA | ERYTHROCIN LACTOBIONATE PDS   IV        1 GM 10 EA        ERYTHROMYCIN LACTOBIONATE | AP | RX | | 76.36 | 64.30 | 61.20 | | 5/7/01 |
| 00074-6365-02 NDA | ERYTHROCIN LACTOBIONATE PDS   IV        500 MG 10 EA        ERYTHROMYCIN LACTOBIONATE | AP | RX | | 36.93 | 31.10 | 29.60 | | 5/7/01 |
| 00074-6476-44 NDA | ERYTHROCIN LACTOBIONATE (ADD-VANTAGE) PDS   IV        500 MG 10 EA        ERYTHROMYCIN LACTOBIONATE | AP | RX | | 38.12 | 32.10 | 28.40 | | 5/7/01 |
| 00074-6478-44 NDA | ERYTHROCIN LACTOBIONATE (ADD-VANTAGE) PDS   IV        1 GM 10 EA        ERYTHROMYCIN LACTOBIONATE | AP | RX | | 77.31 | 65.10 | 62.00 | | 5/7/01 |
| 00074-6481-01 NDA | ERYTHROCIN LACTOBIONATE PDS   IV        1 GM 10 EA        ERYTHROMYCIN LACTOBIONATE | AP | RX | | 76.36 | 64.30 | 61.20 | | 5/7/01 |
| 00074-6482-01 NDA | ERYTHROCIN LACTOBIONATE PDS   IV        500 MG 10 EA        ERYTHROMYCIN LACTOBIONATE | AP | RX | | 40.73 | 34.30 | 32.70 | | 5/7/01 |
| 00074-1485-01 ANDA | ETOPOSIDE (VIAL, FLIPTOP, BULK PKG) SOL   IV        20 MG/ML 5.00 ml 1 EA        ETOPOSIDE | AP | RX | | 142.95 | 120.38 | 74.00 | | 4/19/99 |
| 00074-1485-02 ANDA | ETOPOSIDE (VIAL, FLIPTOP, BULK PKG) SOL   IV        20 MG/ML 25.00 ml 1 EA        ETOPOSIDE | AP | RX | | 696.90 | 586.86 | 60.35 | | 4/19/99 |

Instructions:   Please make corrections directly on this printout
_____OK  as is                    _____OK with changes

Signature _____          Date _____

**Confidential**

Red Book 00799

**MEDICAL ECONOMICS**
── THOMSON HEALTHCARE ™

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 55 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1485-03 ANDA | ETOPOSIDE (VIAL, FLIPTOP, BULK PKG) SOL   IV      20 MG/ML 50.00 ml 1 EA        ETOPOSIDE | AP | RX | | 1,463.49 | 1,232.41 | 442.00 | | 4/19/99 |
| 00703-5643-01 ANDA | ETOPOSIDE (M.D.V.) SOL   IV      20 MG/ML 5.00 ml 1 EA        ETOPOSIDE | AP | RX | | 42.75 | 36.00 | 36.00 | | 2/8/99 |
| 00703-5646-01 ANDA | ETOPOSIDE (M.D.V.) SOL   IV      20 MG/ML 25.00 ml 1 EA        ETOPOSIDE | AP | RX | | 209.00 | 176.00 | 176.00 | | 2/8/99 |
| 00703-5653-01 ANDA | ETOPOSIDE (M.D.V. POLYMER) SOL   IV      20 MG/ML 5.00 ml 1 EA        ETOPOSIDE | AP | RX | | 43.94 | 37.00 | 9.37 | | 2/8/99 |
| 00703-5656-01 ANDA | ETOPOSIDE (M.D.V. POLYMER) SOL   IV      20 MG/ML 25.00 ml 1 EA        ETOPOSIDE | AP | RX | | 214.94 | 181.00 | 48.83 | | 2/8/99 |
| 00703-5657-01 ANDA | ETOPOSIDE (M.D.V.,POLYMER) SOL   IV      20 MG/ML 50.00 ml  EA        ETOPOSIDE | AP | RX | | 429.88 | 362.00 | 135.00 | | 2/8/99 |
| 00703-5667-01 ANDA | ETOPOSIDE (M.D.V.) SOL   IV      20 MG/ML 50.00 ml  EA        ETOPOSIDE *Discontinued 1/26/01* | AP | RX | | 418.00 | 352.00 | 352.00 1-2-01 DSc | | 2/8/99 |
| 00074-1834-48 | EXTENSION SET (32" W/STOPCOCK) KIT 48 EA        KIT, INTRAVENOUS EXTENSION TUBING | OTC | | | 577.98 | 486.72 | 323.52  114.68 | | 4/19/99 |
| 00074-4429-48 | EXTENSION SET (20") KIT 48 EA        KIT, INTRAVENOUS EXTENSION TUBING | OTC | | | 255.93 | 215.52 | 139.20  60.00 | | 4/19/99 |
| 00074-4438-02 | EXTENSION SET (7" W/OPTION-LOK) KIT 50 EA        KIT, INTRAVENOUS EXTENSION TUBING | OTC | | | 363.38 | 306.00 | 220.00  118.25 | | 4/19/99 |
| 00074-4481-48 | EXTENSION SET (30" W/SLIDE CLAMP) KIT 48 EA        KIT, INTRAVENOUS EXTENSION TUBING | OTC | | | 281.58 | 237.12 | 153.12 | | 4/19/99 |

**Instructions:**   Please make corrections directly on this printout
___OK as is          ___OK with changes

Signature _____   Date _____

**Confidential**

Red Book 00800

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 56 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name:  JERRIE CICERALE
Phone Number:  800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4610-02 | EXTENSION SET (30", STERILE PACK) KIT 120 EA   KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 864.98 | 728.40 | 522.00 | | 4/19/99 |
| 00074-4620-02 | EXTENSION SET (20", STERILE PACK) KIT 120 EA   KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 806.55 | 679.20 | 487.20 | | 4/19/99 |
| 00074-4116-01 | EXTENSION SET INT-SL (6") KIT 50 EA   KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 341.41 | 287.50 | 206.50 | | 4/19/99 |
| 00074-4693-01 | EXTENSION WITH SLIDE CLAMP (71", IRRIGATION/DRAINAGE) KIT 20 EA   KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 273.84 | 230.60 | 144.60 | | 4/19/99 |
| 00074-4693-02 | EXTENSION WITH SLIDE CLAMP (LATEX, 71") KIT 20 EA   KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 273.84 | 230.60 | 144.60 | | 1/5/01 |
| 00074-1763-48 | FAT EMULSION IV (VENTED/108) KIT 48 EA   TUBING, FLUID DELIVERY | | RX | | 992.37 | 835.68 | 660.96 | | 4/19/99 |
| 00074-1763-78 | FAT EMULSION IV (CNV PIN, 108", 2 INJ, LTXF) KIT 48 EA   TUBING, FLUID DELIVERY | | RX | | 992.37 | 835.68 | 660.96 | | 12/23/99 |
| 00074-4065-58 | FAT EMULSION IV (VENTED, W/CAIR & Y SITE) KIT 48 EA   TUBING, FLUID DELIVERY | | OTC | | 657.21 | 553.44 | 363.84 | | 4/19/99 |
| 00074-4065-68 | FAT EMULSION IV (LTXF, CNVT PIN, 80" W/INJ) KIT 48 EA   TUBING, FLUID DELIVERY | | RX | | 657.21 | 553.44 | 363.84 | | 12/29/99 |
| 00074-6464-01 | FAT EMULSION IV (72 IN MICROBORE -SL) KIT 50 EA   TUBING, FLUID DELIVERY | | OTC | | 545.06 | 459.00 | 319.50 | | 4/19/99 |
| 00074-1276-02 ANDA | FENTANYL CITRATE (CARPUJECT, 22GX1-1/4", PF) SOL    IJ    0.05 MG/ML 2.00 ml 10 EA    FENTANYL CITRATE | AP | CII | | 10.33 | 8.70 | 7.79 | | 4/19/99 |

*(handwritten on FAT EMULSION IV 00074-1763-48 row: "Discontinued 2/23/01", "2-23-01 Disc", "44532")*

Instructions:  Please make corrections directly on this printout
____OK as is        ____OK with changes

Signature _____    Date _____

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 57 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL          600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1276-05 ANDA | FENTANYL CITRATE (CARPUJECT,22GX1-1/4",PF) SOL    IJ        0.05 MG/ML 5.00 ml 10 EA        FENTANYL CITRATE | AP | CII | | 17.10 | 14.40 | 13.39 | | 5/7/01 |
| 00074-1276-12 ANDA | FENTANYL CITRATE (CARPUJECT,UBC,P.F.) SOL    IJ        0.05 MG/ML 2.00 ml 10 EA        FENTANYL CITRATE | AP | CII | | 12.94 | 10.90 | 9.40 | | 4/19/99 |
| 00074-1276-15 ANDA | FENTANYL CITRATE (CARPUJECT,UBC,P.F.) SOL    IJ        0.05 MG/ML 5.00 ml 10 EA        FENTANYL CITRATE | AP | CII | | 21.73 | 18.30 | 15.70 | | 4/19/99 |
| 00074-1276-32 ANDA | FENTANYL CITRATE (CARPUJECT LUER LOCK,PF) SOL    IJ        0.05 MG/ML 2.00 ml 10 EA        FENTANYL CITRATE | AP | CII | | 13.06 | 11.00 | 9.97 | | 5/7/01 |
| 00074-1276-35 ANDA | FENTANYL CITRATE (CARPUJECT LUER LOCK,PF) SOL    IJ        0.05 MG/ML 5.00 ml 10 EA        FENTANYL CITRATE | AP | CII | | 22.33 | 18.80 | 17.80 | | 5/7/01 |
| 00074-9093-32 ANDA | FENTANYL CITRATE (AMP,P.F.) SOL    IJ        0.05 MG/ML 2.00 ml 10 EA        FENTANYL CITRATE | AP | CII | | 7.24 | 6.10 | 5.10 | | 5/7/01 |
| 00074-9093-35 ANDA | FENTANYL CITRATE (AMP,P.F.) SOL    IJ        0.05 MG/ML 5.00 ml 10 EA        FENTANYL CITRATE | AP | CII | | 16.15 | 13.60 | 6.70 | | 5/7/01 |
| 00074-9093-36 ANDA | FENTANYL CITRATE (AMP,P.F.) SOL    IJ        0.05 MG/ML 10.00 ml 5 EA        FENTANYL CITRATE | AP | CII | | 81.70 | 68.80 | 12.55 | | 4/19/99 |
| 00074-9093-38 ANDA | FENTANYL CITRATE (AMP,P.F.) SOL    IJ        0.05 MG/ML 20.00 ml 5 EA        FENTANYL CITRATE | AP | CII | | 160.25 | 134.95 | 12.85 | | 4/19/99 |
| 00074-9094-22 ANDA | FENTANYL CITRATE (VIAL,FLIPTOP,P.F.) SOL    IJ        0.05 MG/ML 2.00 ml 25 EA        FENTANYL CITRATE | AP | CII | | 232.75 | 196.00 | 17.00 | | 4/19/99 |
| 00074-9094-25 ANDA | FENTANYL CITRATE (VIAL,FLIPTOP,P.F.) SOL    IJ        0.05 MG/ML 5.00 ml 25 EA        FENTANYL CITRATE | AP | CII | | 41.56 | 35.00 | 23.25 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____          Date _____

**Confidential**

MEDICAL ECONOMICS
THOMSON HEALTHCARE

**REDBOOK Product Listing Verification**

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 58 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-9094-28 ANDA | **FENTANYL CITRATE** (VIAL, FLIPTOP, P.F.) SOL   IJ      0.05 MG/ML 10.00 ml 25 EA      FENTANYL CITRATE | AP | CII | | 408.50 | 344.00 | 72.50 | | 4/19/99 |
| 00074-9094-31 ANDA | **FENTANYL CITRATE** (VIAL, FLIPTOP, P.F.) SOL   IJ      0.05 MG/ML 20.00 ml 25 EA      FENTANYL CITRATE | AP | CII | | 145.17 | 122.25 | 116.50 | | 5/7/01 |
| 00074-9094-61 ANDA | **FENTANYL CITRATE** (VIAL, FLIPTOP, P.F.) SOL   IJ      0.05 MG/ML 50.00 ml 25 EA      FENTANYL CITRATE | AP | CII | | 2,002.72 | 1,686.50 | 181.50 | | 4/19/99 |
| 00074-7909-03 | **FERRULE** (12MM, FITS LIFECARE) ACC 1 EA            DEVICE | | OTC | | 99.35 | 83.66 | 57.60 | | 4/19/99 |
| 00074-1907-25 | **FLOW DETECTOR** (54") KIT 1 EA            KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 163.65 | 137.81 | 125.00 | | 4/19/99 |
| 00074-1274-04 NDA | **FUROSEMIDE** (CARPUJECT, 22GX1-1/4") SOL   IJ      10 MG/ML 4.00 ml 10 EA      FUROSEMIDE | AP | RX | | 23.75 | 20.00 | 11.40 | | 5/15/00 |
| 00074-1274-14 NDA | **FUROSEMIDE** (CARPUJECT, BLUNT CANNULA) SOL   IJ      10 MG/ML 4.00 ml 10 EA      FUROSEMIDE | AP | RX | | 14.25 | 12.00 | 10.67 | | 4/19/99 |
| 00074-1274-24 NDA | **FUROSEMIDE** (CARPUJECT, INTERLINK) SOL   IJ      10 MG/ML 4.00 ml 10 EA      FUROSEMIDE | AP | RX | | 14.25 | 12.00 | 10.67 | | 4/19/99 |
| 00074-1274-34 NDA | **FUROSEMIDE** (CARPUJECT, LUER LOCK) SOL   IJ      10 MG/ML 4.00 ml 10 EA      FUROSEMIDE | AP | RX | | 16.86 | 14.20 | 10.90 | | 4/19/99 |
| 00074-1275-02 NDA | **FUROSEMIDE** (CARPUJECT, 22GX1-1/4") SOL   IJ      10 MG/ML 2.00 ml 10 EA      FUROSEMIDE | AP | RX | | 7.36 | 6.20 | 5.93 | | 5/7/01 |
| 00074-1275-12 NDA | **FUROSEMIDE** (CARPUJECT, BLUNT CANNULA) SOL   IJ      10 MG/ML 2.00 ml 10 EA      FUROSEMIDE | AP | RX | | 15.44 | 13.00 | 12.00 | | 5/7/01 |

**Instructions:**   Please make corrections directly on this printout
_____ OK  as is            _____ OK with changes

Signature _____   Date _____

**Confidential**

**MEDICAL ECONOMICS**
✦
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 59 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | | | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00074-1275-22 NDA | FUROSEMIDE (CARPUJECT INTERLINK) SOL   IJ      10 MG/ML 2.00 ml 10 EA      FUROSEMIDE | | | AP | RX | | 12.35 | 10.40 | 9.21 | | 4/19/99 |
| 00074-1639-10 NDA | FUROSEMIDE (ANSYR) SOL   IJ      10 MG/ML 10.00 ml 10 EA      FUROSEMIDE | | | AP | RX | | 42.39 | 35.70 | 34.00 | | 5/7/01 |
| 00074-6054-02 NDA | FUROSEMIDE (ABBOJECT) SOL   IJ      10 MG/ML 2.00 ml 25 EA      FUROSEMIDE | | | AP | RX | | 72.14 | 60.75 | 57.75 | | 5/7/01 |
| 00074-6055-14 NDA | FUROSEMIDE (ABBOJECT) SOL   IJ      10 MG/ML 4.00 ml 10 EA      FUROSEMIDE | | | AP | RX | | 59.02 | 49.70 | 23.80 | | 4/19/99 |
| 00074-6056-17 NDA | FUROSEMIDE (ABBOJECT) SOL   IJ      10 MG/ML 8.00 ml 10 EA      FUROSEMIDE | | | AP | RX | | 42.39 | 35.70 | 34.00 | | 5/7/01 |
| 00074-6056-18 NDA | FUROSEMIDE (ABBOJECT) SOL   IJ      10 MG/ML 10.00 ml 10 EA      FUROSEMIDE | | | AP | RX | | 149.63 | 126.00 | 60.30 | | 4/19/99 |
| 00074-6101-02 NDA | FUROSEMIDE (AMP) SOL   IJ      10 MG/ML 2.00 ml 25 EA      FUROSEMIDE | | | AP | RX | | 19.30 | 16.25 | 15.50 | | 5/7/01 |
| 00074-6101-04 NDA | FUROSEMIDE (AMP) SOL   IJ      10 MG/ML 4.00 ml 25 EA      FUROSEMIDE | | | AP | RX | | 26.42 | 22.25 | 21.25 | | 5/7/01 |
| 00074-6101-10 NDA | FUROSEMIDE (AMP) SOL   IJ      10 MG/ML 10.00 ml 25 EA      FUROSEMIDE | | | AP | RX | | 47.80 | 40.25 | 11.25 | | 5/7/01 |
| 00074-6102-02 NDA | FUROSEMIDE (VIAL, FLIPTOP) SOL   IJ      10 MG/ML 2.00 ml 25 EA      FUROSEMIDE | | | AP | RX | | 18.70 | 15.75 | 15.00 | | 5/7/01 |
| 00074-6102-04 NDA | FUROSEMIDE (VIAL, P.F., FLIPTOP) SOL   IJ      10 MG/ML 4.00 ml 25 EA      FUROSEMIDE | | | AP | RX | | 22.27 | 18.75 | 16.25 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
____ OK as is          ____ OK with changes

Signature _____      Date _____

**Confidential**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 60 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6102-11 NDA | FUROSEMIDE (VIAL, FLIPTOP) SOL  IJ     10 MG/ML 10.00 ml 25 EA      FUROSEMIDE | AP | RX | | 29.98 | 25.25 | 24.00 | | 5/7/01 |
| 00074-9631-04 NDA | FUROSEMIDE (ANSYR) SOL  IJ     10 MG/ML 4.00 ml 10 EA      FUROSEMIDE | AP | RX | | 27.31 | 23.00 | 21.90 | | 5/7/01 |
| 00074-1207-03 ANDA | GENTAMICIN SULFATE (VIAL, FLIPTOP) SOL  IJ     40 MG/ML 2.00 ml 25 EA      GENTAMICIN SULFATE | AP | RX | | 19.89 | 16.75 | 15.50 | | 5/7/01 |
| 00074-3400-01 ANDA | GENTAMICIN SULFATE (VIAL, ADD-VANTAGE) SOL  IJ     10 MG/ML 6.00 ml 25 EA      GENTAMICIN SULFATE | AP | RX | | 59.67 | 50.25 | 47.75 | | 5/7/01 |
| 00074-3401-01 ANDA | GENTAMICIN SULFATE (VIAL, ADD-VANTAGE) SOL  IJ     10 MG/ML 8.00 ml 25 EA      GENTAMICIN SULFATE | AP | RX | | 61.45 | 51.75 | 49.25 | | 5/7/01 |
| 00074-3402-01 ANDA | GENTAMICIN SULFATE (VIAL, ADD-VANTAGE) SOL  IJ     10 MG/ML 10.00 ml 25 EA      GENTAMICIN SULFATE | AP | RX | | 64.72 | 54.50 | 52.00 | | 5/7/01 |
| 00074-7879-13 ANDA | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) SOL  IV     1.2 MG/ML-0.9% 50.00 ml 24 EA      GENT SULF/SOD CL | AP | RX | | 106.88 | 90.00 | 84.96 | | 5/7/01 |
| 00074-7881-13 ANDA | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) SOL  IV     1.4 MG/ML-0.9% 50.00 ml 24 EA      GENT SULF/SOD CL | AP | RX | | 110.01 | 92.64 | 87.60 | | 5/7/01 |
| 00074-7883-13 ANDA | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) SOL  IV     1.6 MG/ML-0.9% 50.00 ml 24 EA      GENT SULF/SOD CL | AP | RX | | 114.00 | 96.00 | 90.96 | | 5/7/01 |
| 00074-7884-23 ANDA | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) SOL  IV     80 MG/100 ML-0.9% 100.00 ml 24 EA      GENT SULF/SOD CL | AP | RX | | 138.23 | 116.40 | 110.88 | | 5/7/01 |
| 00074-7886-23 ANDA | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) SOL  IV     90 MG/100 ML-0.9% 100.00 ml 24 EA      GENT SULF/SOD CL | AP | RX | | 142.22 | 119.76 | 93.60 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK as is           ____OK with changes

Signature _____          Date _____

**Confidential**

**Red Book 00805**

**MEDICAL ECONOMICS**
THOMSON HEALTHCARE

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 61 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK       IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7889-23 ANDA | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) SOL  IV   100 MG/100 ML-0.9% 100.00 ml 24 EA   GENT SULF/SOD CL | AP | RX | | 145.92 | 122.88 | 117.12 | | 5/7/01 |
| 00074-6142-36 NDA | GLYCINE IRRIGATION (AQUALITE) SOL  IL   1.5% 1,500.00 ml 9 EA   GLYCINE | AT | RX | | 50.77 | 42.75 | 37.71 | | 5/7/01 |
| 00074-7974-08 NDA | GLYCINE IRRIGATION (FLEXIBLE CONTAINER) SOL  IL   1.5% 3,000.00 ml 4 EA   GLYCINE | AT | RX | | 42.23 | 35.56 | 30.56 | | 5/7/01 |
| 00074-4894-02 ANDA | HALOTHANE LIQ  IH   99.9% 250.00 ml 6 EA   HALOTHANE | AN | RX | | 353.47 | 297.66 | 283.50 | | 5/7/01 |
| 00074-3129-48 | HEMA ACCESS PORT KIT 48 EA   DEVICE | | OTC | | 132.81 | 111.84 | 70.08 | | 4/19/99 |
| 00074-9143-68 | HEMA II BLOOD SET W/SECURE LOCK (80") KIT 48 EA   KIT, ADMINISTRATION, BLOOD | | OTC | | 778.62 | 655.68 | 176.26 | | 4/19/99 |
| 00074-1783-01 | HEMA II NONVENTED SECONDARY BLOOD (36") KIT 24 EA   KIT, ADMINISTRATION, BLOOD | | OTC | | 162.74 | 137.04 | 108.24 | | 4/19/99 |
| 00074-1783-02 | HEMA II NONVENTED SECONDARY BLOOD (LATEX-FREE,36") KIT 24 EA   KIT, ADMINISTRATION, BLOOD | | OTC | | 162.74 | 137.04 | 108.24 | | 8/31/00 |
| 00074-9149-58 | HEMA II Y-TYPE W/SECURE LOCK NV (102",DRIP CHAMBER PUMP) KIT 48 EA   KIT, ADMINISTRATION, BLOOD | | OTC | | 955.32 | 804.48 | 504.48 | | 4/19/99 |
| 00074-9153-58 | HEMA II Y-TYPE W/SECURE LOCK NV (100",DRIP CHAMBER PUMP) KIT 48 EA   KIT, ADMINISTRATION, BLOOD | | OTC | | 1,024.86 | 863.04 | 540.96 | | 4/19/99 |
| 00074-9155-68 | HEMA II Y-TYPE W/SECURE LOCK NV (80",DRIP CHAMBER PUMP) KIT 48 EA   KIT, ADMINISTRATION, BLOOD | | OTC | | 934.23 | 786.72 | 493.44 | | 4/19/99 |

*Handwritten annotation on row 00074-1783-01: "DEACT 5/7/01" and "78.08"*

**Instructions:**  Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____          Date _____

**Confidential**

# MEDICAL ECONOMICS
### THOMSON HEALTHCARE

## REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 62 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK      IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-9165-58 | HEMA II Y-TYPE W/SECURE LOCK NV (100", W/INLINE PUMP) KIT 48 EA        KIT, ADMINISTRATION, BLOOD | | OTC | | 1,092.69 | 920.16 | 576.48 | 247.32 D | 4/19/99 |
| 00074-9136-48 | HEMA TRANSFUSION FILTER PEDIATRIC (20 MICRON FILTER) KIT 48 EA        FILTER, INFUSION LINE | | OTC | | 274.74 | 231.36 | 144.48 | 103.32 D | 4/19/99 |
| 00074-8948-62 | HEMOSET (72", 100X10) KIT 20 EA        KIT, ADMINISTRATION, BLOOD | | OTC | | 739.81 | 623.00 | 180.00 | | 4/19/99 |
| 00074-1151-12 NDA | HEPARIN LOCK FLUSH (VIAL,FLIPTOP,LIFESHIELD) SOL   IV      10 U/ML 10.00 ml 25 EA     HEPARIN SODIUM | AP | RX | | 15.73 | 13.25 | 11.75 | | 5/7/01 |
| 00074-1151-14 NDA | HEPARIN LOCK FLUSH (VIAL,FLIPTOP,LIFESHIELD) SOL   IV      10 U/ML 30.00 ml 25 EA     HEPARIN SODIUM | AP | RX | | 33.84 | 28.50 | 26.00 | | 5/7/01 |
| 00074-1151-70 NDA | HEPARIN LOCK FLUSH (VIAL, FLIPTOP) SOL   IV      10 U/ML 10.00 ml 25 EA     HEPARIN SODIUM | AP | RX | | 15.44 | 13.00 | 11.75 | | 5/7/01 |
| 00074-1151-78 NDA | HEPARIN LOCK FLUSH (VIAL, FLIPTOP) SOL   IV      10 U/ML 30.00 ml 25 EA     HEPARIN SODIUM | AP | RX | | 32.66 | 27.50 | 16.50 | | 5/7/01 |
| 00074-1152-12 ANDA | HEPARIN LOCK FLUSH (VIAL,FLIPTOP,LIFESHIELD) SOL   IV      100 U/ML 10.00 ml 25 EA     HEPARIN SODIUM | AP | RX | | 16.63 | 14.00 | 11.75 | | 5/7/01 |
| 00074-1152-14 ANDA | HEPARIN LOCK FLUSH (VIAL,FLIPTOP,LIFESHIELD) SOL   IV      100 U/ML 30.00 ml 25 EA     HEPARIN SODIUM | AP | RX | | 33.84 | 28.50 | 26.00 | | 5/7/01 |
| 00074-1152-70 ANDA | HEPARIN LOCK FLUSH (VIAL, FLIPTOP) SOL   IV      100 U/ML 10.00 ml 25 EA     HEPARIN SODIUM | AP | RX | | 14.84 | 12.50 | 12.50 | | 5/7/01 |
| 00074-1152-78 ANDA | HEPARIN LOCK FLUSH (VIAL, FLIPTOP) SOL   IV      100 U/ML 30.00 ml 25 EA     HEPARIN SODIUM | AP | RX | | 32.66 | 27.50 | 18.50 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
_____ OK as is      _____ OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00807**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 63 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1280-01 NDA | HEPARIN LOCK FLUSH (CARPUJECT,25GX5/8") SOL   IV     10 U/ML 1.00 ml 50 EA     HEPARIN SODIUM | AP | RX | | 39.19 | 33.00 | 31.24 | | 5/7/01 |
| 00074-1280-02 NDA | HEPARIN LOCK FLUSH (CARPUJECT,25GX5/8") SOL   IV     10 U/ML 2.00 ml 50 EA     HEPARIN SODIUM | AP | RX | | 54.03 | 45.50 | 40.68 | | 4/19/99 |
| 00074-1280-03 NDA | HEPARIN LOCK FLUSH (CARPUJECT,25GX5/8") SOL   IV     10 U/ML 3.00 ml 25 EA     HEPARIN SODIUM | AP | RX | | 28.50 | 24.00 | 22.93 | | 5/7/01 |
| 00074-1280-05 NDA | HEPARIN LOCK FLUSH (CARPUJECT,25GX5/8") SOL   IV     10 U/ML 5.00 ml 25 EA     HEPARIN SODIUM | AP | RX | | 34.14 | 28.75 | 27.39 | | 5/7/01 |
| 00074-1280-11 NDA | HEPARIN LOCK FLUSH (CARPUJECT,BLUNT CANNULA) SOL   IV     10 U/ML 1.00 ml 50 EA     HEPARIN SODIUM | AP | RX | | 67.69 | 57.00 | 51.94 | | 5/7/01 |
| 00074-1280-12 NDA | HEPARIN LOCK FLUSH (CARPUJECT,BLUNT CANNULA) SOL   IV     10 U/ML 2.00 ml 50 EA     HEPARIN SODIUM | AP | RX | | 69.47 | 58.50 | 51.94 | | 4/19/99 |
| 00074-1280-13 NDA | HEPARIN LOCK FLUSH (CARPUJECT,BLUNT CANNULA) SOL   IV     10 U/ML 3.00 ml 25 EA     HEPARIN SODIUM | AP | RX | | 45.72 | 38.50 | 33.44 | | 5/7/01 |
| 00074-1280-15 NDA | HEPARIN LOCK FLUSH (CARPUJECT,BLUNT CANNULA) SOL   IV     10 U/ML 5.00 ml 25 EA     HEPARIN SODIUM | AP | RX | | 55.52 | 46.75 | 41.72 | | 5/7/01 |
| 00074-1280-21 NDA | HEPARIN LOCK FLUSH (CARPUJECT,INTERLINK) SOL   IV     10 U/ML 1.00 ml 50 EA     HEPARIN SODIUM | AP | RX | | 67.69 | 57.00 | 51.94 | | 5/7/01 |
| 00074-1280-22 NDA | HEPARIN LOCK FLUSH (CARPUJECT,INTERLINK) SOL   IV     10 U/ML 2.00 ml 50 EA     HEPARIN SODIUM | AP | RX | | 69.47 | 58.50 | 51.94 | | 4/19/99 |
| 00074-1280-23 NDA | HEPARIN LOCK FLUSH (CARPUJECT,INTERLINK) SOL   IV     10 U/ML 3.00 ml 25 EA     HEPARIN SODIUM | AP | RX | | 41.56 | 35.00 | 33.44 | | 5/7/01 |

Instructions:   Please make corrections directly on this printout
___OK as is              ___OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00808**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 64 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL     600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1280-25 NDA | HEPARIN LOCK FLUSH (CARPUJECT,INTERLINK) SOL  IV    10 U/ML 5.00 ml 25 EA    HEPARIN SODIUM | AP | RX | | 55.52 | 46.75 | 41.72 | | 5/7/01 |
| 00074-1280-31 NDA | HEPARIN LOCK FLUSH (CARPUJECT,LUER LOCK) SOL  IV    10 U/ML 1.00 ml 50 EA    HEPARIN SODIUM | AP | RX | | 62.34 | 52.50 | 47.73 | | 5/7/01 |
| 00074-1280-32 NDA | HEPARIN LOCK FLUSH (CARPUJECT,LUER LOCK) SOL  IV    10 U/ML 2.00 ml 50 EA    HEPARIN SODIUM | AP | RX | | 67.09 | 56.50 | 47.73 | | 4/19/99 |
| 00074-1280-33 NDA | HEPARIN LOCK FLUSH (CARPUJECT,LUER LOCK) SOL  IV    10 U/ML 3.00 ml 25 EA    HEPARIN SODIUM | AP | RX | | 36.22 | 30.50 | 25.60 | | 4/19/99 |
| 00074-1280-35 NDA | HEPARIN LOCK FLUSH (CARPUJECT,LUER LOCK) SOL  IV    10 U/ML 5.00 ml 25 EA    HEPARIN SODIUM | AP | RX | | 36.22 | 30.50 | 25.60 | | 4/19/99 |
| 00074-1281-01 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,25GX5/8") SOL  IV    100 U/ML 1.00 ml 50 EA    HEPARIN SODIUM | AP | RX | | 41.56 | 35.00 | 31.24 | | 4/19/99 |
| 00074-1281-02 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,25GX5/8") SOL  IV    100 U/ML 2.00 ml 50 EA    HEPARIN SODIUM | AP | RX | | 54.03 | 45.50 | 40.68 | | 4/19/99 |
| 00074-1281-03 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,25GX5/8") SOL  IV    100 U/ML 3.00 ml 25 EA    HEPARIN SODIUM | AP | RX | | 30.58 | 25.75 | 22.93 | | 4/19/99 |
| 00074-1281-05 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,25GX5/8") SOL  IV    100 U/ML 5.00 ml 25 EA    HEPARIN SODIUM | AP | RX | | 36.52 | 30.75 | 27.39 | | 4/19/99 |
| 00074-1281-11 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,BLUNT CANNULA) SOL  IV    100 U/ML 1.00 ml 50 EA    HEPARIN SODIUM | AP | RX | | 69.47 | 58.50 | 51.94 | | 4/19/99 |
| 00074-1281-12 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,BLUNT CANNULA) SOL  IV    100 U/ML 2.00 ml 50 EA    HEPARIN SODIUM | AP | RX | | 69.47 | 58.50 | 51.94 | | 4/19/99 |

Instructions:  Please make corrections directly on this printout
___OK as is          ___OK with changes

Signature _____   Date _____

**Confidential**                                        **Red Book 00809**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 65 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1281-13 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,BLUNT CANNULA) SOL  IV    100 U/ML 3.00 ml 25 EA    HEPARIN SODIUM | AP | RX | | 44.83 | 37.75 | 33.44 | | 4/19/99 |
| 00074-1281-15 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,BLUNT CANNULA) SOL  IV    100 U/ML 5.00 ml 25 EA    HEPARIN SODIUM | AP | RX | | 57.30 | 48.25 | 41.72 | | 4/19/99 |
| 00074-1281-21 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,INTERLINK) SOL  IV    100 U/ML 1.00 ml 50 EA    HEPARIN SODIUM | AP | RX | | 69.47 | 58.50 | 51.94 | | 4/19/99 |
| 00074-1281-22 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,INTERLINK) SOL  IV    100 U/ML 2.00 ml 50 EA    HEPARIN SODIUM | AP | RX | | 69.47 | 58.50 | 51.94 | | 4/19/99 |
| 00074-1281-23 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,INTERLINK) SOL  IV    100 U/ML 3.00 ml 25 EA    HEPARIN SODIUM | AP | RX | | 44.53 | 37.50 | 33.44 | | 4/19/99 |
| 00074-1281-25 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,INTERLINK) SOL  IV    100 U/ML 5.00 ml 25 EA    HEPARIN SODIUM | AP | RX | | 55.81 | 47.00 | 41.72 | | 4/19/99 |
| 00074-1281-31 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,LUER LOCK) SOL  IV    100 U/ML 1.00 ml 50 EA    HEPARIN SODIUM | AP | RX | | 67.09 | 56.50 | 47.73 | | 4/19/99 |
| 00074-1281-32 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,LUER LOCK) SOL  IV    100 U/ML 2.00 ml 50 EA    HEPARIN SODIUM | AP | RX | | 67.09 | 56.50 | 47.73 | | 4/19/99 |
| 00074-1281-33 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,LUER LOCK) SOL  IV    100 U/ML 3.00 ml 25 EA    HEPARIN SODIUM | AP | RX | | 36.22 | 30.50 | 25.60 | | 4/19/99 |
| 00074-1281-35 ANDA | HEPARIN LOCK FLUSH (CARPUJECT,LUER LOCK) SOL  IV    100 U/ML 5.00 ml 25 EA    HEPARIN SODIUM | AP | RX | | 36.22 | 30.50 | 25.60 | | 4/19/99 |
| 00074-3454-05 NDA | HEPARIN LOCK FLUSH (ANSYR) SOL  IV    100 U/ML 5.00 ml 10 EA    HEPARIN SODIUM | AP | RX | | 18.29 | 15.40 | 14.40 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK as is            ____OK with changes

Signature _____        Date _____

**Confidential**

**Red Book 00810**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 66 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4822-01 NDA | HEPARIN LOCK FLUSH (SRN,PREFILLED 2 ML) SOL   IV       10 U/ML 1.00 ml 25 EA      HEPARIN SODIUM | AP | RX | | 68.58 | 57.75 | 55.00 | | 5/7/01 |
| 00074-1316-01 ANDA | HEPARIN SODIUM (CARPUJECT,25GX5/8",P.F.) SOL   IJ      10,000 U/ML 1.00 ml 10 EA      HEPARIN SODIUM | AP | RX | | 19.12 | 16.10 | 14.27 | | 4/19/99 |
| 00074-1316-02 ANDA | HEPARIN SODIUM (25GX5/8") SOL   IJ      2500 U/ML 0.25 ml 10 EA      HEPARIN SODIUM | AP | RX | | 12.59 | .10.60 | 9.60 | | 5/7/01 |
| 00074-1316-11 ANDA | HEPARIN SODIUM (CARPUJECT,25GX5/8",P.F.) SOL   IJ      10,000 U/ML 1.00 ml 50 EA      HEPARIN SODIUM | AP | RX | | 95.59 | 80.50 | 71.35 | | 4/19/99 |
| 00074-1316-12 | HEPARIN SODIUM (25GX5/8") SOL   IJ      7500 U/ML 0.75 ml 10 EA      HEPARIN SODIUM | | RX | | 18.88 | 15.90 | 14.90 | | 5/7/01 |
| 00074-1316-13 ANDA | HEPARIN SODIUM (CARPUJECT,25GX5/8",P.F.) SOL   IJ      10,000 U/ML 0.50 ml 10 EA      HEPARIN SODIUM | AP | RX | | 11.28 | 9.50 | 8.54 | | 5/7/01 |
| 00074-1316-14 ANDA | HEPARIN SODIUM (CARPUJECT,25GX5/8",P.F.) SOL   IJ      10,000 U/ML 0.50 ml 50 EA      HEPARIN SODIUM | AP | RX | | 57.59 | 48.50 | 33.00 | | 4/19/99 |
| 00074-1316-31 ANDA | HEPARIN SODIUM (CARPUJECT,LUER LOCK) SOL   IJ      10,000 U/ML 1.00 ml 50 EA      HEPARIN SODIUM | AP | RX | | 96.78 | 81.50 | 64.75 | | 4/19/99 |
| 00074-1402-01 ANDA | HEPARIN SODIUM (CARPUJECT,25GX5/8") SOL   IJ      5000 U/ML 1.00 ml 10 EA      HEPARIN SODIUM | AP | RX | | 11.28 | 9.50 | 8.54 | | 5/7/01 |
| 00074-1402-11 ANDA | HEPARIN SODIUM (CARPUJECT,25GX5/8") SOL   IJ      5000 U/ML 1.00 ml 50 EA      HEPARIN SODIUM | AP | RX | | 56.41 | 47.50 | 42.70 | | 5/7/01 |
| 00074-1402-31 ANDA | HEPARIN SODIUM (CARPUJECT,LUER LOCK) SOL   IJ      5000 U/ML 1.00 ml 10 EA      HEPARIN SODIUM | AP | RX | | 11.88 | 10.00 | 9.02 | | 11/6/00 |

Instructions:   Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00811**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 67 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2581-02 NDA | HEPARIN SODIUM (VIAL, ADD-VANTAGE, P.F.) SOL  IV  2000 U/ML  5.00 ml 25 EA  HEPARIN SODIUM | | RX | | 74.52 | 62.75 | 59.75 | | 5/7/01 |
| 00074-2584-02 | HEPARIN SODIUM (VIAL, ADD-VANTAGE) SOL  IJ  2500 U/ML  10.00 ml 25 EA  HEPARIN SODIUM | AP | RX | | 123.80 | 104.25 | 99.25 | | 5/7/01 |
| 00074-7620-03 ANDA | HEPARIN SODIUM/SODIUM CHLORIDE SOL  IV  200 U/100 ML-0.9%  500.00 ml 18 EA  HEPARIN/SOD CL | AP | RX | | 70.11 | 59.04 | 54.00 | | 5/7/01 |
| 00074-7620-59 ANDA | HEPARIN SODIUM/SODIUM CHLORIDE SOL  IV  200 U/100 ML-0.9%  1,000.00 ml 12 EA  HEPARIN/SOD CL | AP | RX | | 80.80 | 68.04 | 63.00 | | 5/7/01 |
| 00074-7650-62 ANDA | HEPARIN SODIUM/SODIUM CHLORIDE SOL  IV  10,000 U/100 ML-0.45%  250.00 ml 24 EA  HEPARIN/SOD CL | AP | RX | | 188.10 | 158.40 | 96.24 | | 5/7/01 |
| 00074-7651-03 ANDA | HEPARIN SODIUM/SODIUM CHLORIDE SOL  IV  5000 U/100 ML-0.45%  500.00 ml 24 EA  HEPARIN/SOD CL | AP | RX | | 199.50 | 168.00 | 90.24 | | 5/7/01 |
| 00074-7651-62 ANDA | HEPARIN SODIUM/SODIUM CHLORIDE SOL  IV  5000 U/100 ML-0.45%  250.00 ml 24 EA  HEPARIN/SOD CL | AP | RX | | 144.21 | 121.44 | 115.68 | | 5/7/01 |
| 00074-1282-02 ANDA | HEP-PAK CONVENIENCE PACKAGE (CARPUJECT) KIT  IV  10 U/ML  50 EA  HEPARIN SODIUM | AP | RX | | 119.34 | 100.50 | 95.63 | | 5/7/01 |
| 00074-1389-01 ANDA | HEP-PAK CONVENIENCE PACKAGE (CARPUJECT) KIT  IV  100 U/ML  50 EA  HEPARIN SODIUM | AP | RX | | 119.34 | 100.50 | 95.63 | | 5/7/01 |
| 00074-1389-02 ANDA | HEP-PAK CVC CONVENIENCE PACKAGE (CARPUJECT) KIT  IV  100 U/ML  30 EA  HEPARIN SODIUM | AP | RX | | 91.56 | 77.10 | 73.46 | | 5/7/01 |
| 00074-1389-32 | HEP-PAK CVC CONVENIENCE PACKAGE (CARPUJECT W/LUER LOCK) KIT  IJ  100 U/ML  30 EA  HEPARIN SODIUM | AP | RX | | 57.00 | 48.00 | 45.00 | | 10/27/00 |

Instructions:  Please make corrections directly on this printout
____ OK as is          ____ OK with changes

Signature _____          Date _____

**Confidential**

MEDICAL ECONOMICS
⁎
THOMSON HEALTHCARE

**REDBOOK** *Product Listing Verification*

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2668

PAGE 68 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7248-03 | HETASTARCH/SODIUM CHLORIDE<br><br>SOL    IV      6 GM/100 ML-0.9%<br>500.00 ml 12 EA      HETASTARCH/SOD CL | | RX | | 626.00 | 527.16 | 502.08 | | 5/7/01 |
| 00074-7248-61 | HETASTARCH/SODIUM CHLORIDE AMERINET<br><br>SOL    IV      6 GM/100 ML-0.9%<br>500.00 ml 12 EA      HETASTARCH/SOD CL | | RX | | 626.00 | 527.16 | 502.08 | | 5/7/01 |
| 00074-7248-49 | HETASTARCH/SODIUM CHLORIDE NOVATION<br><br>SOL    IV      6 GM/100 ML-0.9%<br>500.00 ml 12 EA      HETASTARCH/SOD CL | | RX | | 626.00 | 527.16 | 276.48 | | 5/7/01 |
| 00074-1555-54 | HEXTEND<br>(P.C.,FLEXIBLE)<br>SOL    IV<br>500.00 ml  EA      ELECT/HETASTARCH | | RX | | 508.73 | 428.40 | 408.00 | | 5/7/01 |
| 00074-1283-01 | HYDROMORPHONE HCL<br>(CARPUJECT,22GX1-1/4")<br>SOL    IJ      1 MG/ML<br>1.00 ml 10 EA      HYDROMORPHONE HYDROCHLORIDE | | CII | | 10.09 | 8.50 | 7.18 | | 4/19/99 |
| 00074-1283-31 | HYDROMORPHONE HCL<br>(CARPUJECT,LUER LOCK)<br>SOL    IJ      1 MG/ML<br>1.00 ml 10 EA      HYDROMORPHONE HYDROCHLORIDE | | CII | | 11.76 | 9.90 | 8.29 | | 4/19/99 |
| 00074-1304-01 | HYDROMORPHONE HCL<br>(CARPUJECT,22GX1-1/4")<br>SOL    IJ      4 MG/ML<br>1.00 ml 10 EA      HYDROMORPHONE HYDROCHLORIDE | | CII | | 11.28 | 9.50 | 7.99 | | 4/19/99 |
| 00074-1304-12 | HYDROMORPHONE HCL<br>(CARPUJECT,U-BLUNT CANN)<br>SOL    IJ      4 MG/ML<br>1.00 ml 10 EA      HYDROMORPHONE HYDROCHLORIDE | | CII | | 14.49 | 12.20 | 10.55 | | 4/19/99 |
| 00074-1304-31 | HYDROMORPHONE HCL<br>(CARPUJECT,LUER LOCK)<br>SOL    IJ      4 MG/ML<br>1.00 ml 10 EA      HYDROMORPHONE HYDROCHLORIDE | | CII | | 12.83 | 10.80 | 9.10 | | 4/19/99 |
| 00074-1312-01 | HYDROMORPHONE HCL<br>(CARPUJECT,22GX1-1/4")<br>SOL    IJ      2 MG/ML<br>1.00 ml 10 EA      HYDROMORPHONE HYDROCHLORIDE | | CII | | 10.45 | 8.80 | 7.43 | | 4/19/99 |
| 00074-1312-02 | HYDROMORPHONE HCL<br>(CARPUJECT,SLIM PK)<br>SOL    IJ      2 MG/ML<br>1.00 ml 10 EA      HYDROMORPHONE HYDROCHLORIDE | | CII | | 13.66 | 11.50 | 9.20 | | 12/16/99 |

Instructions:  Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00813**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 69 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1312-12 | HYDROMORPHONE HCL (CARPUJECT,U-BLUNT CANN) SOL    IJ       2 MG/ML 1.00 ml 10 EA        HYDROMORPHONE HYDROCHLORIDE | | CII | | 12.94 | 10.90 | 9.40 | | 4/19/99 |
| 00074-1312-30 | HYDROMORPHONE HCL (CARPUJECT,LLK,SLIM PK) SOL.   IJ       2 MG/ML 1.00 ml 10 EA        HYDROMORPHONE HYDROCHLORIDE | | CII | | 15.79 | 13.30 | 10.60 | | 12/16/99 |
| 00074-1312-31 | HYDROMORPHONE HCL (CARPUJECT,LUER LOCK) SOL    IJ       2 MG/ML 1.00 ml 10 EA        HYDROMORPHONE HYDROCHLORIDE | | CII | | 11.99 | 10.10 | 8.54 | | 4/19/99 |
| 00074-2172-01 ANDA | HYDROMORPHONE HCL (AMP,UNI-NEST) SOL    IJ       10 MG/ML 1.00 ml 25 EA        HYDROMORPHONE HYDROCHLORIDE | AP | CII | | 112.22 | 94.50 | 57.00 | | 4/19/99 |
| 00074-1277-01 ANDA | HYDROXYZINE HCL (CARPUJECT) SOL    IM       25 MG/ML 1.00 ml 10 EA        HYDROXYZINE HYDROCHLORIDE | AP | RX | | 6.41 | 5.40 | 5.19 | | 5/7/01 |
| 00074-1278-01 ANDA | HYDROXYZINE HCL (CARPUJECT) SOL    IM       50 MG/ML 1.00 ml 10 EA        HYDROXYZINE HYDROCHLORIDE | AP | RX | | 7.48 | 6.30 | 5.99 | | 5/7/01 |
| 00074-1279-02 ANDA | HYDROXYZINE HCL (CARPUJECT) SOL    IM       50 MG/ML 2.00 ml 10 EA        HYDROXYZINE HYDROCHLORIDE | AP | RX | | 8.43 | 7.10 | 6.78 | | 5/7/01 |
| 00074-7745-01 ANDA | INAMRINONE LACTATE (AMP) SOL    IV       5 MG/ML 20.00 ml 1 EA        INAMRINONE LACTATE | AP | RX | | 61.75 | 52.00 | 49.52 | | 5/7/01 |
| 00074-4205-01 | INLINE BURETTE 150 NON-VENTED (W/ADM PORT,19" SOLUSET) KIT 20 EA        KIT, INTRAVENOUS, ADMINISTRATION, BURET | | OTC | | 343.19 | 289.00 | 207.00 | 133.20 | 4/19/99 |
| 00074-4214-01 | INLINE BURETTE 150 NON-VENTED (18" SOLUSET) KIT 20 EA        KIT, INTRAVENOUS, ADMINISTRATION, BURET | | OTC | | 327.04 | 275.40 | 197.60 | 68.20 | 4/19/99 |
| 00074-5831-01 | INLINE BURETTE 150 VENTED (18" SOLUSET) KIT 20 EA        KIT, INTRAVENOUS, ADMINISTRATION, BURET | | OTC | | 358.86 | 302.20 | 210.40 | | 4/19/99 |

Instructions:  Please make corrections directly on this printout
_____OK as is          _____OK with changes

Signature _____ Date _____

**Confidential**

Red Book 00814

MEDICAL ECONOMICS
THOMSON HEALTHCARE

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 70 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4353-04 | INPERSOL ADMINISTRATION SET (NONVENT,W/DRAIN.CONTAIN) KIT 20 EA    KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 899.89 | 757.80 | 355.80 | | 4/19/99 |
| 00074-4356-02 | INPERSOL ADMINISTRATION SET (NV,Y-TYPE,W/O AUT.S-OFF) KIT 20 EA    KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 536.99 | 452.20 | 315.00 | | 4/19/99 |
| 00074-4711-01 | INPERSOL ADMINISTRATION SET (11FR.11" W/L-CONNECTOR) DEV 6 EA    CATHETER | | RX | | 230.28 | 193.92 | 135.12 | | 4/19/99 |
| 00074-4354-02 | INPERSOL PERITONEAL DIALYSIS TRAY (W/SUTURE SCISSORS) KIT 4 EA    KIT, ADMINISTRATION, PERITONEAL DIALYSIS, DISP. | | RX | | 466.12 | 392.52 | 229.92 | | 4/19/99 |
| 00074-4354-03 | INPERSOL PERITONEAL DIALYSIS TRAY KIT 4 EA    KIT, ADMINISTRATION, PERITONEAL DIALYSIS, DISP. | | RX | | 466.12 | 392.52 | 229.92 | | 5/12/00 |
| 00074-7371-03 NDA | IONOSOL B/5% DEXTROSE (LIFECARE) SOL   IV 500.00 ml 24 EA    DEXTROSE/ELECT | | RX | | 279.87 | 235.68 | 224.40 | | 5/7/01 |
| 00074-7371-09 NDA | IONOSOL B/5% DEXTROSE (LIFECARE) SOL   IV 1,000.00 ml 12 EA   DEXTROSE/ELECT | | RX | | 179.84 | 150.60 | 143.40 | | 5/7/01 |
| 00074-7372-03 NDA | IONOSOL MB/5% DEXTROSE (LIFECARE) SOL   IV 500.00 ml 24 EA    DEXTROSE/ELECT | | RX | | 55.84 | | 46.32 | | 5/7/01 |
| 00074-7372-09 NDA | IONOSOL MB/5% DEXTROSE (LIFECARE) SOL   IV 1,000.00 ml 12 EA   DEXTROSE/ELECT | | RX | | 35.91 | 30.24 | 25.20 | | 5/7/01 |
| 00074-7372-62 NDA | IONOSOL MB/5% DEXTROSE (LIFECARE) SOL   IV 250.00 ml 24 EA    DEXTROSE/ELECT | | RX | | 59.85 | 50.40 | 45.36 | | 5/7/01 |
| 00074-7373-03 NDA | IONOSOL T/5% DEXTROSE (LIFECARE) SOL   IV 500.00 ml 24 EA    DEXTROSE/ELECT | | RX | | 81.23 | 68.40 | 58.56 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00815**

**MEDICAL ECONOMICS**
— ★ —
**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 71 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7373-09 NDA | IONOSOL T/5% DEXTROSE (LIFECARE) SOL  IV 1,000.00 ml 12 EA   DEXTROSE/ELECT | | RX | | 42.04 | 35.40 | 30.36 | | 5/7/01 |
| 00074-7373-62 NDA | IONOSOL T/5% DEXTROSE (LIFECARE) SOL  IV 250.00 ml 24 EA   DEXTROSE/ELECT | | RX | | 78.38 | 66.00 | 60.96 | | 5/7/01 |
| 00074-7529-02 ANDA | IOPAMIDOL-200 SOL  IJ   41% 200.00 ml 10 EA   IOPAMIDOL | AP | RX | | 1,496.25 | 1,260.00 | 561.90 | | 7/1/98 |
| 00074-7529-23 ANDA | IOPAMIDOL-200 SOL  IJ   41% 100.00 ml 10 EA   IOPAMIDOL | AP | RX | | 748.13 | 630.00 | 281.10 | | 7/1/98 |
| 00074-7530-01 ANDA | IOPAMIDOL-250 SOL  IJ   51% 150.00 ml 10 EA   IOPAMIDOL | AP | RX | | 1,223.13 | 1,030.00 | 481.20 | | 4/30/98 |
| 00074-7530-23 ANDA | IOPAMIDOL-250 SOL  IJ   51% 100.00 ml 10 EA   IOPAMIDOL | AP | RX | | 840.16 | 707.50 | 321.00 | | 7/1/98 |
| 00074-7530-72 ANDA | IOPAMIDOL-250 SOL  IJ   51% 200.00 ml 10 EA   IOPAMIDOL | AP | RX | | 1,573.44 | 1,325.00 | 635.40 | | 7/1/98 |
| 00074-8117-15 ANDA | IOPAMIDOL-250 SOL  IJ   51% 50.00 ml 10 EA   IOPAMIDOL | AP | RX | | 427.50 | 360.00 | 245.20 | | 7/1/98 |
| 00074-7531-01 ANDA | IOPAMIDOL-300 SOL  IJ   61% 150.00 ml 10 EA   IOPAMIDOL | AP | RX | | 1,401.25 | 1,180.00 | 553.60 | | 4/10/98 |
| 00074-7531-23 ANDA | IOPAMIDOL-300 SOL  IJ   61% 100.00 ml 10 EA   IOPAMIDOL | AP | RX | | 938.13 | 790.00 | 369.10 | | 7/1/98 |
| 00074-7531-24 ANDA | IOPAMIDOL-300 SOL  IJ   61% 500.00 ml 10 EA   IOPAMIDOL | AP | RX | | 4,690.63 | 3,950.00 | 1,812.70 | | 7/1/98 |

**Instructions:** Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____    Date _____

**Confidential**

Red Book 00816

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 72 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7531-62 | IOPAMIDOL-300 | | | | | | | | |
| ANDA | SOL   IJ    61% | AP | RX | | 2,345.31 | 1,975.00 | 913.80 | | 7/1/98 |
| | 250.00 ml 10 EA    IOPAMIDOL | | | | | | | | |
| 00074-8118-15 | IOPAMIDOL-300 | | | | | | | | |
| ANDA | SOL   IJ    61% | AP | RX | | 472.03 | 397.50 | 274.80 | | 7/1/98 |
| | 50.00 ml 10 EA    IOPAMIDOL | | | | | | | | |
| 00074-7533-01 | IOPAMIDOL-370 | | | | | | | | |
| ANDA | SOL   IJ    76% | AP | RX | | 1,531.88 | 1,290.00 | 682.40 | | 4/10/98 |
| | 150.00 ml 10 EA    IOPAMIDOL | | | | | | | | |
| 00074-7533-02 | IOPAMIDOL-370 | | | | | | | | |
| ANDA | SOL   IJ    76% | AP | RX | | 2,000.94 | 1,685.00 | 906.50 | | 4/10/98 |
| | 200.00 ml 10 EA    IOPAMIDOL | | | | | | | | |
| 00074-7533-21 | IOPAMIDOL-370 | | | | | | | | |
| ANDA | SOL   IJ    76% | AP | RX | | 1,258.75 | 1,060.00 | 567.30 | | 4/10/98 |
| | 125.00 ml 10 EA    IOPAMIDOL | | | | | | | | |
| 00074-7533-23 | IOPAMIDOL-370 | | | | | | | | |
| ANDA | SOL   IJ    76% | AP | RX | | 1,007.00 | 848.00 | 452.20 | | 7/1/98 |
| | 100.00 ml 10 EA    IOPAMIDOL | | | | | | | | |
| 00074-7533-24 | IOPAMIDOL-370 | | | | | | | | |
| ANDA | SOL   IJ    76% | AP | RX | | 5,035.00 | 4,240.00 | 2,230.90 | | 7/1/98 |
| | 500.00 ml 10 EA    IOPAMIDOL | | | | | | | | |
| 00074-7533-62 | IOPAMIDOL-370 | | | | | | | | |
| ANDA | SOL   IJ    76% | AP | RX | | 2,517.50 | 2,120.00 | 1,199.90 | | 7/1/98 |
| | 250.00 ml 10 EA    IOPAMIDOL | | | | | | | | |
| 00074-8119-15 | IOPAMIDOL-370 | | | | | | | | |
| ANDA | SOL   IJ    76% | AP | RX | | 504.69 | 425.00 | 293.80 | | 7/1/98 |
| | 50.00 ml 10 EA    IOPAMIDOL | | | | | | | | |
| 00074-6541-01 | IRRIGATION SET (SECONDARY) KIT | | | OTC | 163.40 | 137.60 | 93.80 | | 4/19/99 |
| | 20 EA    TUBING, IRRIGATION | | | | | | | | |
| 00074-6599-01 | IRRIGATION SET (NV,LARGE BORE,Y-TYPE) KIT | | | OTC | 364.80 | 307.20 | 213.80 | | 4/19/99 |
| | 20 EA    TUBING, IRRIGATION | | | | | | | | |

Instructions:   Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____  Date _____

**Confidential**

**Red Book 00817**

**MEDICAL ECONOMICS**
THOMSON HEALTHCARE

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 73 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL     600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6599-02 | IRRIGATION SET (LATEX,LRG BORE,Y-TYPE) KIT 20 EA    TUBING, IRRIGATION | | OTC | | 364.80 | 307.20 | 213.80 | | 12/12/00 |
| 00074-4694-01 | IRRIGATION Y-CONNECTOR (8") ACC 20 EA    CONNECTOR, SUCTION/IRRIGATION | | OTC | | 261.49 | 220.20 | 138.00  78.94 | | 4/19/99 |
| 00074-3292-01 ANDA | ISOFLURANE LIQ   IH   99.9% 100.00 ml 1 EA    ISOFLURANE | AN | RX | | 42.39 | 35.70 | 34.00 | | 5/7/01 |
| 00074-3292-02 ANDA | ISOFLURANE LIQ   IH   99.9% 250.00 ml 1 EA    ISOFLURANE | AN | RX | | 130.92 | 110.25 | 105.00 | | 5/7/01 |
| 00074-3292-49 ANDA | ISOFLURANE NOVATION (INSTIT USE) LIQ   IH   99.9% 100.00 ml 1 EA    ISOFLURANE | AN | RX | | 42.39 | 35.70 | 20.43 | | 5/7/01 |
| 00074-3292-51 ANDA | ISOFLURANE NOVATION (INSTIT USE) LIQ   IH   99.9% 250.00 ml 1 EA    ISOFLURANE | AN | RX | | 130.92 | 110.25 | 99.07 | | 5/7/01 |
| 00074-4905-18 ANDA | ISOPROTERENOL HCL (ABBOJECT, 21GX1-1/2) SOL   IV   0.02 MG/ML 10.00 ml 10 EA    ISOPROTERENOL HYDROCHLORIDE | | RX | | 79.68 | 67.10 | 63.90 | | 5/7/01 |
| 00074-4977-18 ANDA | ISOPROTERENOL HCL (SRN) SOL   IV   0.2 MG/ML 10.00 ml 10 EA    ISOPROTERENOL HYDROCHLORIDE | AP | RX | | 213.51 | 179.80 | 85.80 | | 4/19/99 |
| 00074-4978-15 ANDA | ISOPROTERENOL HCL (SRN) SOL   IV   0.2 MG/ML 5.00 ml 10 EA    ISOPROTERENOL HYDROCHLORIDE | AP | RX | | 157.82 | 132.90 | 64.10 | | 4/19/99 |
| 00074-1410-10 NDA | ISUPREL HCL (AMP) SOL   IV   0.2 MG/ML 1.00 ml 25 EA    ISOPROTERENOL HYDROCHLORIDE | AP | RX | | 150.59  72.00 | 126.75  68.00 | 112.75 | | 4/19/99 |
| 00074-1410-05 NDA | ISUPREL HCL (AMP) SOL   IV   0.2 MG/ML 5.00 ml 10 EA    ISOPROTERENOL HYDROCHLORIDE | AP | RX | | 217.79  40.90 | 183.40  38.80 | 163.10 | | 4/19/99 |

DEACT 5/7/01

Instructions:   Please make corrections directly on this printout
___OK as is          ___OK with changes

Signature _____        Date _____

**Confidential**                    Red Book 00818

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 74 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK      IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2006-04 | IV STAND BASE/HOOK RAMS HORN / ACC / 1 EA  INFUSION STAND | | OTC | | 165.10 | 139.03 | 122.43 | | 4/19/99 |
| 00074-2006-03 | IV STAND UPRIGHT / ACC / 1 EA  INFUSION STAND | | OTC | | 165.10 | 139.03 | 122.43 | | 4/19/99 |
| 00074-2006-02 | IV STAND/BASE ASSEMBLY / ACC / 1 EA  INFUSION STAND | | OTC | | 157.24 | 132.41 | 122.43 | | 4/13/98 |
| 00074-2006-01 | IV STAND/POLE ASSEMBLY / ACC / 1 EA  INFUSION STAND | | OTC | | 157.24 | 132.41 | 122.43 | | 4/13/98 |
| 00074-4064-01 | IV Y-TYPE CONNECTING / (10" W OPTION-LOK) / KIT / 120 EA  TUBING, CONNECTING | | OTC | | 1,449.23 | 1,220.40 | 812.40 | | 4/19/99 |
| 00074-4094-01 | IV Y-TYPE CONNECTING / (6") / KIT / 20 EA  ADAPTER, Y | | OTC | | 1,236.90 | 1,041.60 | 726.00  324.53 | | 4/19/99 |
| 00074-1517-48 | IVEX-2 / *(RAPID FLOW FILTER SET) / KIT / 48 EA  FILTER, INFUSION LINE | | OTC | | 528.39 | 444.96 | 192.00 | | 4/19/99 |
| 00074-2679-48 | IVEX-2 / (0.22MIC W/Y-SITE) / KIT / 48 EA  KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 498.18 | 419.52 | 116.00 | | 4/19/99 |
| 00074-4524-58 | IVEX-2 / (H.P./FILTERSET) / KIT / 48 EA  FILTER, INFUSION LINE | | OTC | | 550.62 | 463.68 | 332.64 | | 4/19/99 |
| 00074-2051-05 ANDA | KETAMINE HCL / (VIAL) / SOL  IJ  100 MG/ML / 5.00 ml 10 EA  KETAMINE HYDROCHLORIDE | AP | RX | | 97.97 | 82.50 | 78.60 | | 5/7/01 |
| 00074-2053-10 ANDA | KETAMINE HCL / (VIAL) / SOL  IJ  50 MG/ML / 10.00 ml 10 EA  KETAMINE HYDROCHLORIDE | AP | RX | | 77.07 | 64.90 | 61.80 | | 5/7/01 |

Instructions: Please make corrections directly on this printout
___OK as is      ___OK with changes

Signature _____ Date _____

**Confidential**

**Red Book 00819**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### *REDBOOK Product Listing Verification*

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 75 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2023-02<br>ANDA | KETOROLAC TROMETHAMINE<br>(ABBOJECT-PA)<br>SOL   IJ      15 MG/ML<br>1.00 ml 10 EA     KETOROLAC TROMETHAMINE | AP | RX | | 87.16 | 73.40 | 69.90 | | 5/7/01 |
| 00074-2036-02<br>ANDA | KETOROLAC TROMETHAMINE<br>(ABBOJECT-PA)<br>SOL   IJ      30 MG/ML<br>1.00 ml 10 EA     KETOROLAC TROMETHAMINE | AP | RX | | 91.20 | 76.80 | 73.10 | | 5/7/01 |
| 00074-2039-02<br>ANDA | KETOROLAC TROMETHAMINE<br>(ABBOJECT-PA)<br>SOL   IM      30 MG/ML<br>2.00 ml 10 EA     KETOROLAC TROMETHAMINE | AP | RX | | 96.78 | 81.50 | 77.60 | | 5/7/01 |
| 00074-2287-01<br>ANDA | KETOROLAC TROMETHAMINE<br>(CARPUJECT)<br>SOL   IJ      30 MG/ML<br>1.00 ml 10 EA     KETOROLAC TROMETHAMINE | AP | RX | | 65.08 | 54.80 | 52.20 | | 5/7/01 |
| 00074-2287-02<br>ANDA | KETOROLAC TROMETHAMINE<br>(CARPUJECT)<br>SOL   IM      30 MG/ML<br>2.00 ml 10 EA     KETOROLAC TROMETHAMINE | AP | RX | | 96.78 | 81.50 | 77.60 | | 5/7/01 |
| 00074-2287-11<br>ANDA | KETOROLAC TROMETHAMINE<br>(CARPUJECT,BLUNT CANNULA)<br>SOL   IJ      30 MG/ML<br>1.00 ml 10 EA     KETCROLAC TROMETHAMINE | AP | RX | | 91.20 | 76.80 | 73.10 | | 5/7/01 |
| 00074-2287-31<br>ANDA | KETOROLAC TROMETHAMINE<br>(CARPUJECT,LUER LOCK)<br>SOL   IJ      30 MG/ML<br>1.00 ml 10 EA     KETOROLAC TROMETHAMINE | AP | RX | | 73.98 | 62.30 | 36.60 | | 5/7/01 |
| 00074-2287-61<br>ANDA | KETOROLAC TROMETHAMINE<br>(CARPUJECT,LUER LOCK)<br>SOL   IM      30 MG/ML<br>2.00 ml 10 EA     KETOROLAC TROMETHAMINE | AP | RX | | 96.78 | 81.50 | 77.60 | | 5/7/01 |
| 00074-2288-01<br>ANDA | KETOROLAC TROMETHAMINE<br>(CARPUJECT)<br>SOL   IJ      15 MG/ML<br>1.00 ml 10 EA     KETOROLAC TROMETHAMINE | AP | RX | | 87.16 | 73.40 | 69.90 | | 5/7/01 |
| 00074-2288-11<br>ANDA | KETOROLAC TROMETHAMINE<br>(CARPUJECT, BLUNT CANNULA)<br>SOL   IJ      15 MG/ML<br>1.00 ml 10 EA     KETOROLAC TROMETHAMINE | AP | RX | | 90.25 | 76.00 | 69.90 | | 5/7/01 |
| 00074-2288-31<br>ANDA | KETOROLAC TROMETHAMINE<br>(CARPUJECT,LUER LOCK)<br>SOL   IJ      15 MG/ML<br>1.00 ml 10 EA     KETOROLAC TROMETHAMINE | AP | RX | | 89.06 | 75.00 | 69.90 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____   Date _____

**Confidential**

Red Book 00820

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 76 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3793-01<br><br>ANDA | KETOROLAC TROMETHAMINE<br>(VIAL,FLIPTOP)<br>SOL   IJ      15 MG/ML<br>1.00 ml 25 EA        KETOROLAC TROMETHAMINE | AP | RX | | 158.23 | 133.25 | 127.00 | | 5/7/01 |
| 00074-3795-01<br><br>ANDA | KETOROLAC TROMETHAMINE<br>(VIAL,FLIPTOP)<br>SOL   IJ      30 MG/ML<br>1.00 ml 25 EA        KETOROLAC TROMETHAMINE | AP | RX | | 162.69 | 137.00 | 130.50 | | 5/7/01 |
| 00074-3796-01<br><br>ANDA | KETOROLAC TROMETHAMINE<br>(VIAL,FLIPTOP)<br>SOL   IM      30 MG/ML<br>2.00 ml 25 EA        KETOROLAC TROMETHAMINE | AP | RX | | 173.38 | 146.00 | 104.50 | | 5/7/01 |
| 00074-3795-61<br><br>ANDA | KETOROLAC TROMETHAMINE AMERINET<br>(VIAL,FLIPTOP,INSTIT USE)<br>SOL   IJ      30 MG/ML<br>1.00 ml 25 EA        KETOROLAC TROMETHAMINE | AP | RX | | 162.69 | 137.00 | 80.00 | | 5/7/01 |
| 00074-3796-61<br><br>ANDA | KETOROLAC TROMETHAMINE AMERINET<br>(VIAL,FLIPTOP,INSTIT USE)<br>SOL   IM      30 MG/ML<br>2.00 ml 25 EA        KETOROLAC TROMETHAMINE | AP | RX | | 173.38 | 146.00 | 90.00 | | 5/7/01 |
| 00074-2023-49 | KETOROLAC TROMETHAMINE NOVATION<br>(ABBOJECT-PA,INSTIT USE)<br>SOL   IJ      15 MG/ML<br>1.00 ml 10 EA        KETOROLAC TROMETHAMINE | AP | RX | | 87.16 | 73.40 | 69.90 | | 5/7/01 |
| 00074-2036-49 | KETOROLAC TROMETHAMINE NOVATION<br>(ABBOJECT-PA,INSTIT USE)<br>SOL   IJ      30 MG/ML<br>1.00 ml 10 EA        KETOROLAC TROMETHAMINE | AP | RX | | 91.20 | 76.80 | 73.10 | | 5/7/01 |
| 00074-2039-49<br><br>ANDA | KETOROLAC TROMETHAMINE NOVATION<br>(ABBOJECT-PA,INSTIT USE)<br>SOL   IM      30 MG/ML<br>2.00 ml 10 EA        KETOROLAC TROMETHAMINE | AP | RX | | 96.78 | 81.50 | 77.60 | | 5/7/01 |
| 00074-2287-49<br><br>ANDA | KETOROLAC TROMETHAMINE NOVATION<br>(CARPUJECT,INSTIT USE)<br>SOL   IJ      30 MG/ML<br>1.00 ml 10 EA        KETOROLAC TROMETHAMINE | AP | RX | | 65.08 | 54.80 | 52.20 | | 5/7/01 |
| 00074-2287-51<br><br>ANDA | KETOROLAC TROMETHAMINE NOVATION<br>(CARPUJECT,INSTIT USE)<br>SOL   IM      30 MG/ML<br>2.00 ml 10 EA        KETOROLAC TROMETHAMINE | AP | RX | | 96.78 | 81.50 | 77.60 | | 5/7/01 |
| 00074-2287-53<br><br>ANDA | KETOROLAC TROMETHAMINE NOVATION<br>(CARPUJECT,BLCN,INST USE)<br>SOL   IJ      30 MG/ML<br>1.00 ml 10 EA        KETOROLAC TROMETHAMINE | AP | RX | | 91.20 | 76.80 | 73.10 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
____OK  as is            ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00821**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### *REDBOOK* Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 77 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2287-54 ANDA | KETOROLAC TROMETHAMINE NOVATION (CARPUJECT,LL,INSTIT USE) SOL  IJ    30 MG/ML 1.00 ml 10 EA    KETOROLAC TROMETHAMINE | AP | RX | | 73.98 | 62.30 | 36.60 | | 5/7/01 |
| 00074-2287-55 ANDA | KETOROLAC TROMETHAMINE NOVATION (CARPUJECT,LL,INSTIT USE) SOL  IM    30 MG/ML 2.00 ml 10 EA    KETOROLAC TROMETHAMINE | AP | RX | | 96.78 | 81.50 | 77.60 | | 5/7/01 |
| 00074-2288-49 ANDA | KETOROLAC TROMETHAMINE NOVATION (CARPUJECT,INSTIT USE) SOL  IJ    15 MG/ML 1.00 ml 10 EA    KETOROLAC TROMETHAMINE | AP | RX | | 87.16 | 73.40 | 69.90 | | 5/7/01 |
| 00074-2288-53 ANDA | KETOROLAC TROMETHAMINE NOVATION (CARPUJECT,BLCN,INST USE) SOL  IJ    15 MG/ML 1.00 ml 10 EA    KETOROLAC TROMETHAMINE | AP | RX | | 90.25 | 76.00 | 69.90 | | 5/7/01 |
| 00074-2288-54 ANDA | KETOROLAC TROMETHAMINE NOVATION (CARPUJECT,LL,INSTIT USE) SOL  IJ    15 MG/ML 1.00 ml 10 EA    KETOROLAC TROMETHAMINE | AP | RX | | 89.06 | 75.00 | 69.90 | | 5/7/01 |
| 00074-3793-49 ANDA | KETOROLAC TROMETHAMINE NOVATION (VIAL,FLIPTOP,INSTIT USE) SOL  IJ    15 MG/ML 1.00 ml 25 EA    KETOROLAC TROMETHAMINE | AP | RX | | 158.23 | 133.25 | 75.00 | | 5/7/01 |
| 00074-3795-49 ANDA | KETOROLAC TROMETHAMINE NOVATION (VIAL,FLIPTOP,INSTIT USE) SOL  IJ    30 MG/ML 1.00 ml 25 EA    KETOROLAC TROMETHAMINE | AP | RX | | 162.69 | 137.00 | 80.00 | | 5/7/01 |
| 00074-3796-49 ANDA | KETOROLAC TROMETHAMINE NOVATION (VIAL,FLIPTOP,INSTIT USE) SOL  IM    30 MG/ML 2.00 ml 25 EA    KETOROLAC TROMETHAMINE | AP | RX | | 173.38 | 146.00 | 90.00 | | 5/7/01 |
| 00074-2267-20 ANDA | LABETALOL HCL (M.D.V.) SOL  IV    5 MG/ML 20.00 ml EA    LABETALOL HYDROCHLORIDE | AP | RX | | 6.12 | 5.15 | 4.90 | | 5/7/01 |
| 00074-2267-54 ANDA | LABETALOL HCL (M.D.V.) SOL  IV    5 MG/ML 40.00 ml EA    LABETALOL HYDROCHLORIDE | AP | RX | | 12.23 | 10.30 | 9.80 | | 5/7/01 |
| 00074-2339-05 ANDA | LABETALOL HCL (CARPUJECT) SOL  IV    5 MG/ML 4.00 ml 10 EA    LABETALOL HYDROCHLORIDE | AP | RX | | 47.62 | 40.10 | 38.20 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____    Date _____

**Confidential**          **Red Book 00822**

**MEDICAL ECONOMICS**
★
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 78 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2339-11 ANDA | LABETALOL HCL (CARPUJECT,BLUNT CANNULA) SOL   IV      5 MG/ML 4.00 ml 10 EA     LABETALOL HYDROCHLORIDE | AP | RX | | 48.81 | 41.10 | 38.20 | | 5/7/01 |
| 00074-2339-34 ANDA | LABETALOL HCL (CARPUJECT,LUER LOCK) SOL   IV      5 MG/ML 4.00 ml 10 EA     LABETALOL HYDROCHLORIDE | AP | RX | | 48.21 | 40.60 | 38.20 | | 5/7/01 |
| 00074-7828-08 NDA | LACTATED RINGER'S SOL   IR 3,000.00 ml 4 EA    LACTATED RINGERS | AT | RX | | 45.13 | 38.00 | 33.00 | | 5/7/01 |
| 00074-7953-02 NDA | LACTATED RINGER'S (LIFECARE) SOL   IV 250.00 ml 24 EA    LACTATED RINGERS | AP | RX | | 51.30 | 43.20 | 38.16 | | 5/7/01 |
| 00074-7953-03 NDA | LACTATED RINGER'S (LIFECARE) SOL   IV 500.00 ml 24 EA    LACTATED RINGERS | AP | RX | | 54.15 | 45.60 | 25.68 | | 5/7/01 |
| 00074-7953-09 NDA | LACTATED RINGER'S (LIFECARE) SOL   IV 1,000.00 ml 12 EA   LACTATED RINGERS | AP | RX | | 28.22 | 23.76 | 12.48 | | 5/7/01 |
| 00074-7160-01 | L-CYSTEINE HCL (VIAL, FLIPTOP) SOL   IV      50 MG/ML 10.00 ml 10 EA     CYSTEINE HYDROCHLORIDE | | RX | | 71.73 | 60.40 | 57.50 | | 5/7/01 |
| 00074-8975-18 | L-CYSTEINE HCL (SRN) SOL   IV      50 MG/ML 10.00 ml 10 EA     CYSTEINE HYDROCHLORIDE | | RX | | 95.83 | 80.70 | 76.90 | | 5/7/01 |
| 00074-4541-02 ANDA | LEUCOVORIN CALCIUM (VIAL, FLIPTOP) SOL   IJ      10 MG/ML 10.00 ml 1 EA     LEUCOVORIN CALCIUM | AP | RX | | 8.73 | 7.35 | 7.00 | | 5/7/01 |
| 00074-4541-04 ANDA | LEUCOVORIN CALCIUM (VIAL, FLIPTOP 30 ML) SOL   IJ      10 MG/ML 25.00 ml 1 EA     LEUCOVORIN CALCIUM | AP | RX | | 21.20 | 17.85 | 17.00 | | 5/7/01 |
| 00703-5138-01 ANDA | LEUCOVORIN CALCIUM (SINGLE USE VIAL,P.F.) SOL   IJ      10 MG/ML 50.00 ml  EA     LEUCOVORIN CALCIUM   DEACT 5/7/01 | AP | RX | | 138.19 | 116.37 | 98.00   19.00 | D. | 9/30/99 |

**Instructions:**   Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00823**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 79 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00703-5140-01 | **LEUCOVORIN CALCIUM** (VIAL,P.F.) PDS    IJ        100 MG 1 EA              LEUCOVORIN CALCIUM | AP | RX | | 36.69 | 30.90 | 3.59 | | 2/8/99 |
| 00703-5145-01 | **LEUCOVORIN CALCIUM** (VIAL,P.F.) PDS    IJ        350 MG 1 EA              LEUCOVORIN CALCIUM | AP | RX | | 81.46 | 68.60 | 15.00 | | 2/8/99 |
| 00074-1443-04 NDA | **LEVOPHED BITARTRATE** (AMP) SOL    IV        1 MG/ML 4.00 ml 10 EA    NOREPINEPHRINE BITARTRATE | | RX | | 120.77 | 101.70 | 96.82 | | 5/7/01 |
| 00074-1323-05 ANDA | **LIDOCAINE HCL** (ANSYR) SOL    IJ      2% 5.00 ml 10 EA    LIDOCAINE HYDROCHLORIDE | AP | RX | | 19.48 | 16.40 | 15.40 | | 5/7/01 |
| 00074-2063-05 ANDA | **LIDOCAINE HCL** (CARPUJECT, 22G NEEDLE) SOL    EP      1% 5.00 ml 25 EA    LIDOCAINE HYDROCHLORIDE | AP | RX | | 44.53 | 37.50 | 33.32 | | 4/19/99 |
| 00074-2066-05 ANDA | **LIDOCAINE HCL** (VIAL) SOL    IJ      2% 5.00 ml 10 EA    LIDOCAINE HYDROCHLORIDE | AP | RX | | 49.64 | 41.80 | 39.80 | | 5/7/01 |
| 00074-2066-10 ANDA | **LIDOCAINE HCL** (VIAL) SOL    IJ      2% 10.00 ml 10 EA    LIDOCAINE HYDROCHLORIDE | AP | RX | | 59.02 | 49.70 | 44.15 | | 5/7/01 |
| 00074-4056-01 ANDA | **LIDOCAINE HCL** (AMP) SOL    IJ      1.5% 20.00 ml 5 EA    LIDOCAINE HYDROCHLORIDE | AP | RX | | 28.62 | 24.10 | 22.95 | | 5/7/01 |
| 00074-4270-01 ANDA | **LIDOCAINE HCL** (STERILE PACK) SOL    EP      1% 30.00 ml 25 EA    LIDOCAINE HYDROCHLORIDE | AP | RX | | 114.00 | 96.00 | 91.00 | | 5/7/01 |
| 00074-4275-01 ANDA | **LIDOCAINE HCL** (VIAL, FLIPTOP) SOL    IJ      0.5% 50.00 ml 25 EA    LIDOCAINE HYDROCHLORIDE | AP | RX | | 56.41 | 47.50 | 45.00 | | 5/7/01 |
| 00074-4276-01 ANDA | **LIDOCAINE HCL** (VIAL, FLIPTOP) SOL    EP      1% 20.00 ml 25 EA    LIDOCAINE HYDROCHLORIDE | AP | RX | | 20.48 | 17.25 | 7.25 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
____OK  as is              ____OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00824**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

*REDBOOK Product Listing Verification*

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 80 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK      IL      600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4276-02  ANDA | LIDOCAINE HCL (VIAL, FLIPTOP) SOL EP 1% 50.00 ml 25 EA   LIDOCAINE HYDROCHLORIDE | AP | RX | | 23.45 | 19.75 | 17.25 | | 5/7/01 |
| 00074-4277-01  ANDA | LIDOCAINE HCL (VIAL, FLIPTOP) SOL IJ 2% 20.00 ml 25 EA   LIDOCAINE HYDROCHLORIDE | AP | RX | | 31.17 | 26.25 | 7.25 | | 5/7/01 |
| 00074-4277-02  ANDA | LIDOCAINE HCL (VIAL, FLIPTOP) SOL IJ 2% 50.00 ml 25 EA   LIDOCAINE HYDROCHLORIDE | AP | RX | | 40.08 | 33.75 | 17.00 | | 5/7/01 |
| 00074-4278-01  ANDA | LIDOCAINE HCL (TEARDROP BOTTLE) SOL IJ 0.5% 50.00 ml 25 EA   LIDOCAINE HYDROCHLORIDE | AP | RX | | 56.70 | 47.75 | 45.25 | | 5/7/01 |
| 00074-4279-02  ANDA | LIDOCAINE HCL (TEARDROP BOTTLE) SOL EP 1% 30.00 ml 25 EA   LIDOCAINE HYDROCHLORIDE | AP | RX | | 18.41 | 15.50 | 13.00 | | 5/7/01 |
| 00074-4282-01  ANDA | LIDOCAINE HCL (AMP) SOL IJ 2% 2.00 ml 25 EA   LIDOCAINE HYDROCHLORIDE | AP | RX | | 22.86 | 19.25 | 18.25 | | 5/7/01 |
| 00074-4282-02  ANDA | LIDOCAINE HCL (AMP) SOL IJ 2% 10.00 ml 25 EA   LIDOCAINE HYDROCHLORIDE | AP | RX | | 28.20 | 23.75 | 37.50  22.50 | | 5/7/01 |
| 00074-4283-01  ANDA | LIDOCAINE HCL (AMP) SOL IJ 4% 5.00 ml 25 EA   LIDOCAINE HYDROCHLORIDE | AP | RX | | 57.59 | 48.50 | 46.25 | | 5/7/01 |
| 00074-4713-02  ANDA | LIDOCAINE HCL (AMP) SOL EP 1% 5.00 ml 25 EA   LIDOCAINE HYDROCHLORIDE | AP | RX | | 17.52 | 14.75 | 14.00 | | 5/7/01 |
| 00074-4713-32  ANDA | LIDOCAINE HCL (AMP) SOL EP 1% 2.00 ml 50 EA   LIDOCAINE HYDROCHLORIDE | AP | RX | | 20.19 | 17.00 | 16.00 | | 5/7/01 |
| 00074-4776-01  ANDA | LIDOCAINE HCL (AMP) SOL IJ 1.5% 20.00 ml 25 EA   LIDOCAINE HYDROCHLORIDE | AP | RX | | 113.11 | 95.25 | 90.75 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
___OK as is            ___OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00825**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

*REDBOOK Product Listing Verification*

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 81 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10·
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4903-15 ANDA | LIDOCAINE HCL (ABBOJECT, 21GX1-1/2") SOL  IV  2%  5.00 ml 10 EA   LIDOCAINE HYDROCHLORIDE  *Discontinued 1/26/01* | AP | RX | | 127.06 | 107.00 | 51.50 *1-26-01* | | 4/19/99 |
| 00074-4903-34 ANDA | LIDOCAINE HCL (ABBOJECT, 21GX1-1/2") SOL  IJ  2%  5.00 ml 10 EA   LIDOCAINE HYDROCHLORIDE | AP | RX | | 44.53 | 37.50 | 16.00 | | 5/7/01 |
| 00074-4904-15 ANDA | LIDOCAINE HCL (ABBOJECT, 21GX1-1/2") SOL  IV  1%  5.00 ml 10 EA   LIDOCAINE HYDROCHLORIDE  *Discontinued 1/26/01* | AP | RX | | 121.36 | 102.20 | 49.30 *1-26-01* | | 4/19/99 |
| 00074-4904-34 ANDA | LIDOCAINE HCL (ABBOJECT, LIFESHIELD) SOL  EP  1%  5.00 ml 10 EA   LIDOCAINE HYDROCHLORIDE | AP | RX | | 41.21 | 34.70 | 34.00 | | 5/7/01 |
| 00074-4923-15 ANDA | LIDOCAINE HCL (ABBOJECT, 25GX5/8") SOL  IJ  2%  5.00 ml 10 EA   LIDOCAINE HYDROCHLORIDE | AP | RX | | 40.14 | 33.80 | 22.60 | | 5/7/01 |
| 00074-4924-15 ANDA | LIDOCAINE HCL (ABBOJECT, 25GX5/8") SOL  EP  1%  5.00 ml 10 EA   LIDOCAINE HYDROCHLORIDE | AP | RX | | 38.95 | 32.80 | 31.20 | | 5/7/01 |
| 00074-6217-02 ANDA | LIDOCAINE HCL (VIAL, PINTOP) SOL  IV  20%  10.00 ml 25 EA   LIDOCAINE HYDROCHLORIDE | AP | RX | | 238.39 | 200.75 | 191.25 | | 5/7/01 |
| 00074-6248-01 ANDA | LIDOCAINE HCL (VIAL, PINTOP) SOL  IV  20%  10.00 ml 25 EA   LIDOCAINE HYDROCHLORIDE | AP | RX | | 143.98 | 121.25 | 115.50 | | 5/7/01 |
| 00074-6254-01 ANDA | LIDOCAINE HCL (VIAL, PINTOP) SOL  IV  10%  10.00 ml 25 EA   LIDOCAINE HYDROCHLORIDE | AP | RX | | 143.98 | 121.25 | 115.50 | | 5/7/01 |
| 00074-8026-01 ANDA | LIDOCAINE HCL (ABBOJECT) SOL  EP  1%  5.00 ml 10 EA   LIDOCAINE HYDROCHLORIDE | AP | RX | | 57.71 | 48.60 | 46.30 | | 5/7/01 |
| 00074-8027-01 ANDA | LIDOCAINE HCL (ABBOJECT) SOL  IJ  2%  5.00 ml 10 EA   LIDOCAINE HYDROCHLORIDE | AP | RX | | 62.94 | 53.00 | 50.50 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___OK as is          ___OK with changes

Signature _____  Date _____

**Confidential**                    **Red Book 00826**

MEDICAL ECONOMICS
THOMSON HEALTHCARE

**REDBOOK Product Listing Verification**

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 82 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINISTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-9137-05 ANDA | LIDOCAINE HCL (ANSYR) SOL   EP      1% 5.00 ml 10 EA      LIDOCAINE HYDROCHLORIDE | AP | RX | | 38.95 | 32.80 | 31.20 | | 5/7/01 |
| 00074-1976-01 | LIFECARE 75 FLOW DETECTOR DEV 1 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 300.18 | 252.78 | 200.34 | | 4/19/99 |
| 00074-4329-01 | LIFECARE ADDS RACK ACC 1 EA          DEVICE | | OTC | | 130.86 | 110.20 | 76.78  49.35 | | 4/19/99 |
| 00074-2506-04 | LIFECARE PUMP MODEL 4 PIGGYBACK (W/RS485) DEV 1 EA          PUMP, INFUSION | | RX | | 4,479.73 | 3,772.40 | 3,227.70 | | 4/13/98 |
| 00074-4328-01 | LIFECARE SHELF STORAGE TRAY ACC 50 EA          DEVICE | | OTC | | 123.50 | 104.00 | 72.00  46.50 | | 4/19/99 |
| 00074-2694-68 | LIFESHIELD EXTENSION PEDIATRIC (HP FILTER, PP-Y, OL) KIT 48 EA          FILTER, INTRAVENOUS TUBING | | RX | | 543.21 | 457.44 | 282.24 | | 4/19/99 |
| 00074-1646-48 | LIFESHIELD PLUMSET PRIMARY IV W/OL (CONV PIN, 1-LAV-Y) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,194.72 | 1,006.08 | 886.08 | | 4/19/99 |
| 00074-9786-01 NDA | LIPOSYN II EMU   IV      5%-5% 200.00 ml 12 EA      SAFFLOWER OIL/SOYBEAN OIL | | RX | | 167.15 | 140.76 | 134.04 | | 5/7/01 |
| 00074-9786-03 NDA | LIPOSYN II EMU   IV      5%-5% 500.00 ml 12 EA      SAFFLOWER OIL/SOYBEAN OIL | | RX | | 297.11 | 250.20 | 103.08 | | 5/7/01 |
| 00074-9786-21 NDA | LIPOSYN II EMU   IV      5%-5% 100.00 ml 12 EA      SAFFLOWER OIL/SOYBEAN OIL | | RX | | 475.81 | 400.68 | 218.28 1-26-01 b.5c | | 4/19/99 |
| 00074-9787-02 NDA | LIPOSYN II (SRN) EMU   IV      10%-10% 50.00 ml 12 EA      SAFFLOWER OIL/SOYBEAN OIL | | RX | | 438.62 | 369.36 | 351.75 | | 5/7/01 |

*(handwritten: Discontinued 1/26/01)*

**Instructions:**  Please make corrections directly on this printout
___OK  as is             ___OK with changes

Signature _____          Date _____

**Confidential**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

## *REDBOOK Product Listing Verification*

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 83 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-9789-01 NDA | LIPOSYN II EMU   IV      10%-10% 200.00 ml 12 EA    SAFFLOWER OIL/SOYBEAN OIL | | RX | | 235.55 | 198.36 | 162.84 | | 5/7/01 |
| 00074-9789-03 NDA | LIPOSYN II EMU   IV      10%-10% 500.00 ml 12 EA    SAFFLOWER OIL/SOYBEAN OIL | | RX | | 362.52 | 305.28 | 290.76 | | 5/7/01 |
| 00074-9792-03 NDA | LIPOSYN II (W/ADMIN. SET) EMU   IV      10%-10% 200.00 ml 8 EA    SAFFLOWER OIL/SOYBEAN OIL | | RX | | 173.28 | 145.92 | 138.96 | | 5/7/01 |
| 00074-9793-01 NDA | LIPOSYN II (W/ADMIN. SET) EMU   IV      10%-10% 500.00 ml 8 EA    SAFFLOWER OIL/SOYBEAN OIL | | RX | | 280.44 | 236.16 | 224.88 | | 5/7/01 |
| 00074-9794-01 NDA | LIPOSYN II (W/ADMIN. SET) EMU   IV      5%-5% 500.00 ml 8 EA    SAFFLOWER OIL/SOYBEAN OIL | | RX | | 137.28 | 115.60 | 110.08 | | 5/7/01 |
| 00074-6892-03 NDA | LIPOSYN III EMU   IV      30% 500.00 ml 12 EA    SOYBEAN OIL | AP | RX | | 399.86 | 336.72 | 275.00 | | 5/7/01 |
| 00074-9790-01 NDA | LIPOSYN III (VIAL) EMU   IV      10% 200.00 ml 12 EA    SOYBEAN OIL | AP | RX | | 167.15 | 140.76 | 134.04 | | 5/7/01 |
| 00074-9790-03 NDA | LIPOSYN III (VIAL) EMU   IV      10%. 500.00 ml 12 EA    SOYBEAN OIL | AP | RX | | 297.11 | 250.20 | 238.32 | | 5/7/01 |
| 00074-9790-21 NDA | LIPOSYN III (VIAL, 100/200 ML) EMU   IV      10% 100.00 ml 12 EA    SOYBEAN OIL | AP | RX | | 609.90 | 513.60 | 337.44  1-26-01 DISC | | 4/19/99 |
| 00074-9791-01 NDA | LIPOSYN III (VIAL) EMU   IV      20% 200.00 ml 12 EA    SOYBEAN OIL | AP | RX | | 235.55 | 198.36 | 102.00 | | 5/7/01 |
| 00074-9791-03 NDA | LIPOSYN III (VIAL) EMU   IV      20% 500.00 ml 12 EA    SOYBEAN OIL | AP | RX | | 362.52 | 305.28 | 290.76 | | 5/7/01 |

*(Discontinued 1/26/01 — handwritten note across 00074-9790-21 row)*

**Instructions:** Please make corrections directly on this printout
___OK as is          ___OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00828**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

**REDBOOK Product Listing Verification**

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 84 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK      IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7419-03 | LMD W/0.9% SODIUM CHLORIDE<br>SOL  IV    10%-0.9%<br>500.00 ml 12 EA    DEXTRAN 40/SOD CL | | RX | | 317.06 | 267.00 | 254.28 | | 5/7/01 |
| 00074-7418-03 | LMD W/5% DEXTROSE<br>SOL  IV    10%-5%<br>500.00 ml 12 EA    DEXTRAN 40/DEXTROSE | | RX | | 317.21 | 267.12 | 254.40 | | 5/7/01 |
| 00074-1539-01 | LORAZEPAM (VIAL)<br>SOL  IJ    4 MG/ML<br>1.00 ml 1 EA    LORAZEPAM | AP | CIV | | 9.96 | 8.39 | 7.99 | | 5/7/01 |
| 00074-1539-10 | LORAZEPAM (VIAL)<br>SOL  IJ    4 MG/ML<br>10.00 ml 1 EA    LORAZEPAM | AP | CIV | | 88.07 | 74.16 | 70.63 | | 5/7/01 |
| 00074-1539-11 | LORAZEPAM (CARPUJECT,22GX1-1/4")<br>SOL  IJ    4 MG/ML<br>1.00 ml 10 EA    LORAZEPAM | AP | CIV | | 42.63 | 35.90 | 34.20 | | 5/7/01 |
| 00074-1539-12 | LORAZEPAM (CARPUJECT,U-BLUNT CANN)<br>SOL  IJ    4 MG/ML<br>1.00 ml 10 EA    LORAZEPAM | AP | CIV | | 111.98 | 94.30 | 89.80 | | 5/7/01 |
| 00074-1539-21 | LORAZEPAM (CARPUJECT,INTERLINK)<br>SOL  IJ    4 MG/ML<br>1.00 ml 10 EA    LORAZEPAM | AP | CIV | | 47.38 | 39.90 | 38.00 | | 5/7/01 |
| 00074-1539-31 | LORAZEPAM (CARPUJECT,LUER LOCK)<br>SOL  IJ    4 MG/ML<br>1.00 ml 10 EA    LORAZEPAM | AP | CIV | | 43.23 | 36.40 | 34.10 | | 5/7/01 |
| 00074-1985-01 | LORAZEPAM (VIAL)<br>SOL  IJ    2 MG/ML<br>1.00 ml 1 EA    LORAZEPAM | AP | CIV | | 9.31 | 7.84 | 7.47 | | 5/7/01 |
| 00074-1985-10 | LORAZEPAM (VIAL)<br>SOL  IJ    2 MG/ML<br>10.00 ml 1 EA    LORAZEPAM | AP | CIV | | 32.16 | 27.08 | 25.79 | | 5/7/01 |
| 00074-1985-11 | LORAZEPAM (CARPUJECT,22GX1-1/4")<br>SOL  IJ    2 MG/ML<br>1.00 ml 10 EA    LORAZEPAM | AP | CIV | | 27.43 | 23.10 | 22.00 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___OK as is        ___OK with changes

Signature _____ Date _____

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 85 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1985-12 | LORAZEPAM (CARPUJECT,U-BLUNT CANN) SOL IJ 2 MG/ML 1.00 ml 10 EA LORAZEPAM | AP | CIV | | 29.69 | 25.00 | 21.70 | | 5/7/01 |
| 00074-1985-21 | LORAZEPAM (CARPUJECT,INTERLINK) SOL IJ 2 MG/ML 1.00 ml 10 EA LORAZEPAM | AP | CIV | | 30.04 | 25.30 | 17.30 | | 5/7/01 |
| 00074-1985-30 | LORAZEPAM (CARPUJECT,LLK,SLIM PK) SOL IJ 2 MG/ML 1.00 ml 10 EA LORAZEPAM | AP | CIV | | 28.50 | 24.00 | 19.40 | | 5/7/01 |
| 00074-1985-31 | LORAZEPAM (CARPUJECT,LUER LOCK) SOL IJ 2 MG/ML 1.00 ml 10 EA LORAZEPAM | AP | CIV | | 28.50 | 24.00 | 18.00 | | 5/7/01 |
| 00074-6776-01 ANDA | LORAZEPAM (HYPAK SYRINGE) SOL IJ 2 MG/ML 1.00 ml 25 EA LORAZEPAM | AP | CIV | | 112.22 | 94.50 | 90.00 | | 5/7/01 |
| 00074-6777-01 ANDA | LORAZEPAM (HYPAK SYRINGE) SOL IJ 4 MG/ML 1.00 ml 25 EA LORAZEPAM | AP | CIV | | 152.89 | 128.75 | 122.50 | | 5/7/01 |
| 00074-6778-01 ANDA | LORAZEPAM (VIAL, FLIPTOP) SOL IJ 2 MG/ML 1.00 ml 25 EA LORAZEPAM | AP | CIV | | 93.52 | 78.75 | 75.00 | | 5/7/01 |
| 00074-6779-01 ANDA | LORAZEPAM (VIAL, FLIPTOP) SOL IJ 4 MG/ML 1.00 ml 25 EA LORAZEPAM | AP | CIV | | 118.45 | 99.75 | 95.00 | | 5/7/01 |
| 00074-6780-01 ANDA | LORAZEPAM (VIAL, FLIPTOP) SOL IJ 2 MG/ML 10.00 ml 25 EA LORAZEPAM | AP | CIV | | 674.20 | 567.75 | 540.75 | | 5/7/01 |
| 00074-6781-01 ANDA | LORAZEPAM (VIAL, FLIPTOP) SOL IJ 4 MG/ML 10.00 ml 25 EA LORAZEPAM | AP | CIV | | 935.16 | 787.50 | 750.00 | | 5/7/01 |
| 00074-6778-61 ANDA | LORAZEPAM AMERINET (VIAL,FLIPTOP,INSTIT USE) SOL IJ 2 MG/ML 1.00 ml 10 EA LORAZEPAM | AP | CIV | | 37.41 | 31.50 | 30.00 | | 5/7/01 |

Instructions: Please make corrections directly on this printout
____ OK as is         ____OK with changes

Signature _____   Date _____

**Confidential**                    **Red Book 00830**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 86 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1001-01 ANDA | LTA II (LATEX FREE) KIT    MM    4% 24 EA        LIDOCAINE HYDROCHLORIDE | AT | RX | | 420.66 | 354.24 | 80.88 | | 4/19/99 |
| 00074-5648-01 ANDA | LTA PEDIATRIC (LATEX FREE) KIT    MM    2% 24 EA        LIDOCAINE HYDROCHLORIDE | AT | RX | | 394.16 | 331.92 | 194.64 | | 4/19/99 |
| 00074-4698-01 ANDA | LTA PREATTACHED (LATEX FREE) KIT    MM    4% 25 EA        LIDOCAINE HYDROCHLORIDE | AT | RX | | 486.28 | 409.50 | 115.25 | | 4/19/99 |
| 00074-4824-20 | LUMBAR PUNCTURE TRAY (ADULT,20G,3-1/2" NEEDLE) KIT    IJ    1% 10 EA        LIDOCAINE HYDROCHLORIDE | | RX | | 390.81 | 329.10 | 238.50 | | 4/19/99 |
| 00074-4825-20 | LUMBAR PUNCTURE TRAY (ADULT,22G,3-1/2" NEEDLE) KIT    IJ    1% 10 EA        LIDOCAINE HYDROCHLORIDE | | RX | | 390.81 | 329.10 | 238.50 | | 4/19/99 |
| 00074-1540-01 | LUMINAL SODIUM (AMP) SOL    IJ    130 MG/ML 1.00 ml 100 EA    PHENOBARBITAL SODIUM | | CIV | | 475.00 | 400.00 | 381.00 | | 5/7/01 |
| 00074-2343-01 | LUMINAL SODIUM (CARPUJECT) SOL    IJ    60 MG/ML 1.00 ml 10 EA    PHENOBARBITAL SODIUM | | CIV | | 23.28 | 19.60  26.80 | 18.56  25.60 | | 5/7/01 |
| 00074-2343-31 | LUMINAL SODIUM (CARPUJECT,LUER LOCK) SOL    IJ    60 MG/ML 1.00 ml 10 EA    PHENOBARBITAL SODIUM | | CIV | | 24.23 | 20.40  27.40 | 19.38  26.20 | | 5/7/01 |
| 00074-2349-01 | LUMINAL SODIUM (CARPUJECT) SOL    IJ    130 MG/ML 1.00 ml 10 EA    PHENOBARBITAL SODIUM | | CIV | | 33.73 | 28.40  34.30 | 27.00  32.90 | | 5/7/01 |
| 00074-2349-31 | LUMINAL SODIUM (CARPUJECT,LUER LOCK) SOL    IJ    130 MG/ML 1.00 ml 10 EA    PHENOBARBITAL SODIUM | | CIV | | 34.91 | 29.40  36.00 | 28.00  34.50 | | 5/7/01 |
| 00074-1754-10 ANDA | MAGNESIUM SULFATE (ANSYR,PLASTIC SRN) SOL    IJ    500 MG/ML 10.00 ml 10 EA    MAGNESIUM SULFATE | AP | RX | | 38.00 | 32.00 | 28.60 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
___ OK as is              ___OK with changes

Signature _____    Date _____

**Confidential**

**MEDICAL ECONOMICS**
THOMSON HEALTHCARE

**REDBOOK Product Listing Verification**

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 87 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2168-01 ANDA | MAGNESIUM SULFATE (VIAL, FLIPTOP) SOL IJ 500 MG/ML 10.00 ml 25 EA MAGNESIUM SULFATE | AP | RX | | 41.86 | 35.25 | 33.50 | | 5/7/01 |
| 00074-2168-02 ANDA | MAGNESIUM SULFATE (VIAL, FLIPTOP) SOL IJ 500 MG/ML 20.00 ml 25 EA MAGNESIUM SULFATE | AP | RX | | 46.91 | 39.50 | 37.50 | | 5/7/01 |
| 00074-2168-03 ANDA | MAGNESIUM SULFATE (VIAL, FLIPTOP) SOL IJ 500 MG/ML 50.00 ml 25 EA MAGNESIUM SULFATE | AP | RX | | 124.69 | 105.00 | 100.00 | | 5/7/01 |
| 00074-4075-32 ANDA | MAGNESIUM SULFATE (AMP) SOL IJ 500 MG/ML 2.00 ml 50 EA MAGNESIUM SULFATE | AP | RX | | 23.16 | 19.50 | 18.50 | | 5/7/01 |
| 00074-4913-15 ANDA | MAGNESIUM SULFATE (ABBOJECT, 20GX2-1/2) SOL IJ 500 MG/ML 5.00 ml 10 EA MAGNESIUM SULFATE | AP | RX | | 44.89 | 37.80 | 36.00 | | 5/7/01 |
| 00074-4914-18 ANDA | MAGNESIUM SULFATE (ABBOJECT, 20GX2-1/2) SOL IJ 500 MG/ML 10.00 ml 10 EA MAGNESIUM SULFATE | AP | RX | | 46.31 | 39.00 | 28.60 | | 5/7/01 |
| 00074-4943-01 | MAGNESIUM SULFATE (VIAL, PINTOP) SOL IJ 125 MG/ML 8.00 ml 25 EA MAGNESIUM SULFATE | | RX | | 66.20 | 55.75 | 53.00 | | 5/7/01 |
| 00074-6729-03 NDA | MAGNESIUM SULFATE (PLASTIC CONTAINER) SOL IV 40 MG/ML 500.00 ml 24 EA MAGNESIUM SULFATE | | RX | | 117.99 | 99.36 | 94.32 | | 5/7/01 |
| 00074-6729-09 NDA | MAGNESIUM SULFATE (PLASTIC CONTAINER) SOL IV 40 MG/ML 1,000.00 ml 12 EA MAGNESIUM SULFATE | | RX | | 94.34 | 79.44 | 74.40 | | 5/7/01 |
| 00074-6729-23 NDA | MAGNESIUM SULFATE (PLASTIC CONTAINER) SOL IV 40 MG/ML 100.00 ml 24 EA MAGNESIUM SULFATE | | RX | | 186.11 | 156.72 | 149.28 | | 5/7/01 |
| 00074-6730-13 NDA | MAGNESIUM SULFATE (PLASTIC CONTAINER) SOL IV 80 MG/ML 50.00 ml 24 EA MAGNESIUM SULFATE | | RX | | 186.96 | 157.44 | 150.00 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____   Date _____

Confidential

Red Book 00832

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 88 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By:  10/01/2001
Contact Name:  JERRIE CICERALE
Phone Number:  800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-9628-05 ANDA | MAGNESIUM SULFATE (ANSYR,PLASTIC SRN) SOL  IJ     500 MG/ML 5.00 ml 10 EA      MAGNESIUM SULFATE | AP | RX | | 50.47 | 42.50 | 40.48 | | 5/7/01 |
| 50419-0188-05 NDA | MAGNEVIST (VIAL) SOL  IV     496.01 MG/ML 5.00 ml 20 EA     GADOPENTETATE DIMEGLUMINE | | RX | | 670.94 | 565.00 | 462.00 | | 5/7/01 |
| 50419-0188-10 NDA | MAGNEVIST (VIAL) SOL  IV     496.01 MG/ML 100.00 ml 1 EA    GADOPENTETATE DIMEGLUMINE | | RX | | 606.22 | 510.50 | 425.00  50255 | A | 5/23/00 |
| 50419-0188-36 NDA | MAGNEVIST (SRN) SOL  IV     496.01 MG/ML 10.00 ml 5 EA    GADOPENTETATE DIMEGLUMINE | | RX | | 365.16 | 307.50 | 300.00 | | 5/31/99 |
| 50419-0188-37 NDA | MAGNEVIST (SRN) SOL  IV     496.01 MG/ML 15.00 ml 5 EA    GADOPENTETATE DIMEGLUMINE | | RX | | 520.72 | 438.50 | 431.00 | | 5/31/99 |
| 50419-0188-38 NDA | MAGNEVIST (SRN) SOL  IV     496.01 MG/ML 20.00 ml 5 EA    GADOPENTETATE DIMEGLUMINE | | RX | | 635.91 | 535.50 | 528.00 | | 5/31/99 |
| 00074-4091-01 NDA | MANGANESE (VIAL, FLIPTOP) SOL  IV     0.1 MG/ML 10.00 ml 25 EA    MANGANESE CHLORIDE | | RX | | 34.44 | 29.00 | 24.00 | | 5/7/01 |
| 00074-6462-01 | MANIFOLD III-SECURE LOCK (15") KIT 50 EA         KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 768.91 | 647.50 | 451.00  174.15 | D | 4/19/99 |
| 00074-4031-01 NDA | MANNITOL (VIAL, FLIPTOP) SOL  IV     25% 50.00 ml 25 EA     MANNITOL | AP | RX | | 50.47 | 42.50 | 40.50 | | 5/7/01 |
| 00074-7712-09 NDA | MANNITOL SOL  IV     5% 1,000.00 ml 12 EA   MANNITOL | AP | RX | | 353.54 | 297.72 | 283.56 | | 5/7/01 |
| 00074-7713-09 NDA | MANNITOL SOL  IV     10% 1,000.00 ml 12 EA   MANNITOL | AP | RX | | 503.17 | 423.72 | 403.56 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____          Date _____

**Confidential**

Red Book 00833

**MEDICAL ECONOMICS**

THOMSON HEALTHCARE

## REDBOOK *Product Listing Verification*

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 89 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK      IL     600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7714-03 | **MANNITOL** | AP | RX | | 170.57 | 143.64 | 136.80 | | 5/7/01 |
| NDA | SOL   IV   15% | | | | | | | | |
| | 500.00 ml 12 EA      MANNITOL | | | | | | | | |
| 00074-7715-02 | **MANNITOL** | AP | RX | | 736.73 | 620.40 | 590.88 | | 5/7/01 |
| NDA | SOL   IV   20% | | | | | | | | |
| | 250.00 ml 24 EA      MANNITOL | | | | | | | | |
| 00074-7715-03 | **MANNITOL** | AP | RX | | 389.74 | 328.20 | 175.44 | | 5/7/01 |
| NDA | SOL   IV   20% | | | | | | | | |
| | 500.00 ml 12 EA      MANNITOL | | | | | | | | |
| 00074-1559-10 | **MARCAINE HCL** (S.D.V.) | AP | RX | | 31.94 | 26.90 | 25.61 | | 5/7/01 |
| NDA | SOL   IJ   0.25% | | | | | | | | |
| | 10.00 ml 10 EA      BUPIVACAINE HYDROCHLORIDE | | | | | | | | |
| 00074-1559-30 | **MARCAINE HCL** (S.D.V.) | AP | RX | | 63.18 | 53.20 | 18.70 | | 5/7/01 |
| NDA | SOL   IJ   0.25% | | | | | | | | |
| | 30.00 ml 10 EA      BUPIVACAINE HYDROCHLORIDE | | | | | | | | |
| 00074-1559-50 | **MARCAINE HCL** (AMP) | AP | RX | | 47.14 | 39.70 | 37.79 | | 5/7/01 |
| NDA | SOL   IJ   0.25% | | | | | | | | |
| | 50.00 ml 5 EA      BUPIVACAINE HYDROCHLORIDE | | | | | | | | |
| 00074-1560-10 | **MARCAINE HCL** (S.D.V.) | AP | RX | | 24.34 | 20.50 | 19.50 | | 5/7/01 |
| NDA | SOL   IJ   0.5% | | | | | | | | |
| | 10.00 ml 10 EA      BUPIVACAINE HYDROCHLORIDE | | | | | | | | |
| 00074-1560-29 | **MARCAINE HCL** (S.D.V.) | AP | RX | | 59.38 | 50.00 | 18.80 | | 5/7/01 |
| NDA | SOL   IJ   0.5% | | | | | | | | |
| | 30.00 ml 10 EA      BUPIVACAINE HYDROCHLORIDE | | | | | | | | |
| 00074-1560-30 | **MARCAINE HCL** (AMP) | AP | RX | | 35.15 | 29.60 | 28.20 | | 5/7/01 |
| NDA | SOL   IJ   0.5% | | | | | | | | |
| | 30.00 ml 5 EA      BUPIVACAINE HYDROCHLORIDE | | | | | | | | |
| 00074-1582-10 | **MARCAINE HCL** (S.D.V.) | AP | RX | | 37.29 | 31.40 | 29.90 | | 5/7/01 |
| NDA | SOL   IJ   0.75% | | | | | | | | |
| | 10.00 ml 10 EA      BUPIVACAINE HYDROCHLORIDE | | | | | | | | |
| 00074-1582-29 | **MARCAINE HCL** (VIAL) | AP | RX | | 48.33 | 40.70 | 38.80 | | 5/7/01 |
| NDA | SOL   IJ   0.75% | | | | | | | | |
| | 30.00 ml 10 EA      BUPIVACAINE HYDROCHLORIDE | | | | | | | | |

**Instructions:** Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____      Date _____

Confidential

Red Book 00834

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 90 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1582-30 NDA | MARCAINE HCL (AMP) SOL  IJ     0.75% 30.00 ml 5 EA     BUPIVACAINE HYDROCHLORIDE | AP | RX | | 20.78 | 17.50 | 16.65 | | 5/7/01 |
| 00074-1587-50 NDA | MARCAINE HCL (M.D.V.) SOL  IJ     0.25% 50.00 ml 1 EA     BUPIVACAINE HYDROCHLORIDE | AP | RX | | 4.07 | 3.43 | 3.27 | | 5/7/01 |
| 00074-1610-50 NDA | MARCAINE HCL (M.D.V.) SOL  IJ     0.5% 50.00 ml 1 EA     BUPIVACAINE HYDROCHLORIDE | AP | RX | | 7.77 | 6.54 | 6.23 | | 5/7/01 |
| 00074-1746-10 NDA | MARCAINE HCL/EPINEPHRINE (S.D.V.) SOL  IJ     0.25%-1:200,000 10.00 ml 10 EA     BUPIV/EPI BIT | AP | RX | | 36.81 | 31.00 | 29.48 | | 5/7/01 |
| 00074-1746-30 NDA | MARCAINE HCL/EPINEPHRINE (S.D.V.) SOL  IJ     0.25%-1:200,000 30.00 ml 10 EA     BUPIV/EPI BIT | AP | RX | | 62.94 | 53.00 | 50.46 | | 5/7/01 |
| 00074-1746-50 NDA | MARCAINE HCL/EPINEPHRINE (AMP) SOL  IJ     0.25%-1:200,000 50.00 ml 5 EA     BUPIV/EPI BIT | AP | RX | | 51.78 | 43.60 | 41.54 | | 5/7/01 |
| 00074-1749-03 NDA | MARCAINE HCL/EPINEPHRINE (AMP) SOL  IJ     0.5%-1:200,000 3.00 ml 10 EA     BUPIV/EPI BIT | AP | RX | | 23.63 | 19.90 | 18.95 | | 5/7/01 |
| 00074-1749-10 NDA | MARCAINE HCL/EPINEPHRINE (S.D.V.) SOL  IJ     0.5%-1:200,000 10.00 ml 10 EA     BUPIV/EPI BIT | AP | RX | | 40.14 | 33.80 | 32.17 | | 5/7/01 |
| 00074-1749-29 NDA | MARCAINE HCL/EPINEPHRINE (S.D.V.) SOL  IJ     0.5%-1:200,000 30.00 ml 10 EA     BUPIV/EPI BIT | AP | RX | | 68.40 | 57.60 | 54.86 | | 5/7/01 |
| 00074-1749-30 NDA | MARCAINE HCL/EPINEPHRINE (AMP) SOL  IJ     0.5%-1:200,000 30.00 ml 5 EA     BUPIV/EPI BIT | AP | RX | | 45.54 | 38.35 | 36.51 | | 5/7/01 |
| 00074-1750-30 NDA | MARCAINE HCL/EPINEPHRINE (AMP) SOL  IJ     0.75%-1:200,000 30.00 ml 5 EA     BUPIV/EPI BIT | AP | RX | | 46.67 | 39.30 | 37.44 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
____OK as is        ____OK with changes

Signature _____    Date _____

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 91 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1752-50 NDA | **MARCAINE HCL/EPINEPHRINE** (M.D.V.) SOL   IJ    0.25%-1:200,000 50.00 ml 1 EA    BUPIV/EPI BIT | AP | RX | | 8.44 | 7.11 | 6.77 | | 5/7/01 |
| 00074-1755-50 NDA | **MARCAINE HCL/EPINEPHRINE** (M.D.V.) SOL   IJ    0.5%-1:200,000 50.00 ml 1 EA    BUPIV/EPI BIT | AP | RX | | 9.20 | 7.75 | 7.38 | | 5/7/01 |
| 00074-1761-02 NDA | **MARCAINE SPINAL** (AMP,W/DEXTROSE,P.F.) SOL   IJ    0.75% 2.00 ml 10 EA    BUPIVACAINE HYDROCHLORIDE | AP | RX | | 46.31 | 39.00 | 37.10 | | 5/7/01 |
| 00074-6030-04 ANDA | **MEPERIDINE HCL** (VIAL, PCA) SOL   IJ    10 MG/ML 30.00 ml 10 EA    MEPERIDINE HYDROCHLORIDE | AP | CII | | 117.68 | 99.10 | 94.40 | | 5/7/01 |
| 00074-3030-01 ANDA | **METHYLDOPATE HCL** (VIAL, FLIPTOP) SOL   IV    50 MG/ML 5.00 ml 25 EA    METHYLDOPATE HYDROCHLORIDE | AP | RX | | 36.22 | 30.50 | 25.50 | | 5/7/01 |
| 00074-3030-02 ANDA | **METHYLDOPATE HCL** (VIAL, FLIPTOP) SOL   IV    50 MG/ML 10.00 ml 25 EA    METHYLDOPATE HYDROCHLORIDE | AP | RX | | 72.44 | 61.00 | 39.75 | | 5/7/01 |
| 00074-3405-02 ANDA | **METHYLDOPATE HCL** (VIAL, ADD-VANTAGE) SOL   IV    50 MG/ML 5.00 ml 25 EA    METHYLDOPATE HYDROCHLORIDE | AP | RX | | 43.05 | 36.25 | 33.75 | | 5/7/01 |
| 00074-3406-02 ANDA | **METHYLDOPATE HCL** (VIAL, ADD-VANTAGE) SOL   IV    50 MG/ML 10.00 ml 25 EA    METHYLDOPATE HYDROCHLORIDE | AP | RX | | 58.78 | 49.50 | 47.00 | | 5/7/01 |
| 00074-2173-02 | **METOCLOPRAMIDE** (CARPUJECT) SOL   IV    5 MG/ML 2.00 ml 10 EA    METOCLOPRAMIDE HYDROCHLORIDE | AP | RX | | 8.91 | 7.50 | 6.50 | | 5/7/01 |
| 00074-2173-32 | **METOCLOPRAMIDE** (CARPUJECT,LUER LOCK) SOL   IV    5 MG/ML 2.00 ml 10 EA    METOCLOPRAMIDE HYDROCHLORIDE | AP | RX | | 10.99 | 8.56 | 7.50 | | 5/7/01 |
| 00074-3413-01 ANDA | **METOCLOPRAMIDE** (AMP) SOL   IV    5 MG/ML 2.00 ml 25 EA    METOCLOPRAMIDE HYDROCHLORIDE | AP | RX | | 98.56 | 83.00 | 79.00 | | 5/7/01 |

*(handwritten annotations: "NEED DI...", "EFF DATE", "TO MAKE", "NOT IN CATALOG", "NOT IN CATALOG")*

**Instructions:** Please make corrections directly on this printout
___ OK  as is          ___OK with changes

Signature _____   Date _____

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 92 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3414-01<br><br>ANDA | METOCLOPRAMIDE<br>(VIAL, FLIPTOP)<br>SOL   IV      5 MG/ML<br>2.00 ml 25 EA      METOCLOPRAMIDE HYDROCHLORIDE | AP | RX | | 92.63 | 78.00 | 74.25 | | 5/7/01 |
| 00074-1778-25<br><br>ANDA | METOPROLOL TARTRATE<br>(CARPUJECT, INTERLINK)<br>SOL   IV      1 MG/ML<br>5.00 ml 3 EA      METOPROLOL TARTRATE | AP | RX | | 13.93 | 11.73 | 11.03 | | 5/7/01 |
| 00074-1778-35<br><br>ANDA | METOPROLOL TARTRATE<br>(CARPUJECT, LUER LOCK)<br>SOL   IV      1 MG/ML<br>5.00 ml 3 EA      METOPROLOL TARTRATE | AP | RX | | 13.75 | 11.58 | 11.03 | | 5/7/01 |
| 00074-2285-05<br><br>ANDA | METOPROLOL TARTRATE<br>(AMP)<br>SOL   IV      1 MG/ML<br>5.00 ml 12 EA      METOPROLOL TARTRATE | AP | RX | | 37.62 | 31.68 | 30.12 | | 5/7/01 |
| 00074-7811-24<br><br>NDA | METRONIDAZOLE<br>(S.D.V.)<br>SOL   IV      500 MG/100 ML<br>100.00 ml 24 EA      METRONIDAZOLE | AP | RX | | 66.41 | 55.92 | 50.88 | | 5/7/01 |
| 00074-7811-37<br><br>NDA | METRONIDAZOLE<br>(LIFECARE)<br>SOL   IV      500 MG/100 ML<br>100.00 ml 80 EA      METRONIDAZOLE | AP | RX | | 182.40 | 153.60 | 146.40 | | 5/7/01 |
| 00074-9244-68 | MICRO PUMP IV W/HP FILTER<br>(115", VENTED)<br>KIT<br>24 EA      KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 565.44 | 476.16 | 377.04<br><br>24.38 | D. | 4/19/99 |
| 00074-1917-04 | MICRO PUMP LIFECARE<br>(W/RS485)<br>DEV<br>1 EA      PUMP, INFUSION | | OTC | | 4,703.71 | 3,961.02 | 3,227.70 | | 4/19/99 |
| 00074-9289-68 | MICRO PUMP MICRODRIP-SL<br>(W/INLINE CASSETTE)<br>KIT<br>24 EA      KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 601.07 | 506.16 | 396.72<br><br>316.64 | D | 4/19/99 |
| 00074-4612-04 | MICROBORE EXTENSION<br>(5" W/T-CONNECTOR)<br>KIT<br>120 EA      KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 1,038.83 | 874.80 | 537.60 | | 4/19/99 |
| 00074-4616-02 | MICROBORE EXTENSION<br>(5" W/LOCKING LUER "T")<br>KIT<br>120 EA      KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 1,130.03 | 951.60 | 681.60 | | 4/19/99 |

**Instructions:** Please make corrections directly on this printout
___OK as is          ___OK with changes

Signature _____    Date _____

**Confidential**

Red Book 00837

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 93 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL      600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 09074-6457-01 | MICROBORE EXTENSION (12" W/OPTION-LOK) KIT 50 EA          KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 388.91 | 327.50 | 228.00  88.20 | | 4/19/99 |
| 00074-6458-01 | MICROBORE EXTENSION (20" W/OPTION LOK) KIT 50 EA          KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 416.22 | 350.50 | 244.00  94.28 | | 4/19/99 |
| 00074-6459-01 | MICROBORE EXTENSION (20" W/OPTION-LOK) KIT 50 EA          KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 435.81 | 367.00 | 255.50  98.55 | | 4/19/99 |
| 00074-6460-01 | MICROBORE EXTENSION (36" W/OPTION-LOK) KIT 50 EA          KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 427.50 | 360.00 | 250.50  111.64 | | 4/19/99 |
| 00074-6461-01 | MICROBORE EXTENSION (72" W/OPTION-LOK) KIT 50 EA          KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 458.97 | 386.50 | 269.00  118.69 | | 4/19/99 |
| 00074-9243-48 | MICRODRIP MICRO PUMP IV (102", VENTED) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 869.25 | 732.00 | 579.36  403.24 | | 4/19/99 |
| 00074-2295-02 ANDA | MIDAZOLAM HCL (CARPUJECT) SOL    IJ    1 MG/ML 2.00 ml 10 EA    MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 37.17 | 31.30 | 29.80 | | .5/7/01 |
| 00074-2295-05 ANDA | MIDAZOLAM HCL (CARPUJECT) SOL    IJ    1 MG/ML 5.00 ml 10 EA    MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 81.70 | 68.80 | 65.50 | | 5/7/01 |
| 00074-2295-32 ANDA | MIDAZOLAM HCL (CARPUJECT,LUER LOCK) SOL    IJ    1 MG/ML 2.00 ml 10 EA    MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 39.19 | 33.00 | 12.40 | | 5/7/01 |
| 00074-2295-35 ANDA | MIDAZOLAM HCL (CARPUJECT,LUER LOCK) SOL    IJ    1 MG/ML 5.00 ml 10 EA    MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 83.72 | 70.50 | 30.80 | | 5/7/01 |
| 00074-2296-01 ANDA | MIDAZOLAM HCL (CARPUJECT) SOL    IJ    5 MG/ML 1.00 ml 10 EA    MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 81.70 | 68.80 | 65.50 | | 5/7/01 |

Instructions:   Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00838**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 94 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2296-02 ANDA | MIDAZOLAM HCL (CARPUJECT) SOL  IJ    5 MG/ML 2.00 ml 10 EA    MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 145.94 | 122.90 | 117.00 | | 5/7/01 |
| 00074-2296-31 ANDA | MIDAZOLAM HCL (CARPUJECT,LUER LOCK) SOL  IJ    5 MG/ML 1.00 ml 10 EA    MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 83.72 | 70.50 | 65.50 | | 5/7/01 |
| 00074-2296-32 ANDA | MIDAZOLAM HCL (CARPUJECT,LUER LOCK) SOL  IJ    5 MG/ML 2.00 ml 10 EA    MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 147.96 | 124.60 | 117.00 | | 5/7/01 |
| 00074-2587-02 ANDA | MIDAZOLAM HCL (VIAL,FLIPTOP) SOL  IJ    1 MG/ML 2.00 ml 10 EA.    MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 11.28 | 9.50 | 8.40 | | 5/7/01 |
| 00074-2587-03 ANDA | MIDAZOLAM HCL (VIAL,FLIPTOP) SOL  IJ    1 MG/ML 5.00 ml 10 EA    MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 15.68 | 13.20 | 12.20 | | 5/7/01 |
| 00074-2587-05 ANDA | MIDAZOLAM HCL (VIAL,FLIPTOP) SOL  IJ    1 MG/ML 10.00 ml 10 EA    MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 133.00 | 112.00 | 106.70 | | 5/7/01 |
| U0074-2596-01 ANDA | MIDAZOLAM HCL (VIAL,FLIPTOP) SOL  IJ    5 MG/ML 1.00 ml 10 EA    MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 15.56 | 13.10 | 12.10 | | 5/7/01 |
| 00074-2596-02 ANDA | MIDAZOLAM HCL (VIAL,FLIPTOP) SOL  IJ    5 MG/ML 2.00 ml 10 EA    MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 40.14 | 33.80 | 32.20 | | 5/7/01 |
| 00074-2596-03 ANDA | MIDAZOLAM HCL (VIAL,FLIPTOP) SOL  IJ    5 MG/ML 5.00 ml 10 EA    MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 107.11 | 90.20 | 85.90 | | 5/7/01 |
| 00074-2596-05 ANDA | MIDAZOLAM HCL (VIAL,FLIPTOP) SOL  IJ    5 MG/ML 10.00 ml 10 EA    MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 282.15 | 237.60 | 226.30 | | 5/7/01 |
| 00074-2295-36 ANDA | MIDAZOLAM HCL NOVATION (CARPUJECT,LUER LOCK) SOL  IJ    1 MG/ML 2.00 ml 10 EA    MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 39.19 | 33.00 | 12.40 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK as is            ____OK with changes

Signature _____    Date _____

**Confidential**

Red Book 00839

MEDICAL ECONOMICS
THOMSON HEALTHCARE

**REDBOOK Product Listing Verification**

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 95 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2295-39  ANDA | MIDAZOLAM HCL NOVATION (CARPUJECT,LUER LOCK) SOL  IJ  1 MG/ML. 5.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 83.72 | 70.50 | 30.80 | | 5/7/01 |
| 00074-2295-51  ANDA | MIDAZOLAM HCL NOVATION (CARPUJECT) SOL  IJ  1 MG/ML 2.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 37.17 | 31.30 | 12.40 | | 5/7/01 |
| 00074-2295-52  ANDA | MIDAZOLAM HCL NOVATION (CARPUJECT) SOL  IJ  1 MG/ML 5.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 81.70 | 68.80 | 30.80 | | 5/7/01 |
| 00074-2296-30  ANDA | MIDAZOLAM HCL NOVATION (CARPUJECT,LUER LOCK) SOL  IJ  5 MG/ML 1.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 83.72 | 70.50 | 30.80 | | 5/7/01 |
| 00074-2296-36  ANDA | MIDAZOLAM HCL NOVATION (CARPUJECT,LL,INSTIT USE) SOL  IJ  5 MG/ML 2.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 147.96 | 124.60 | 117.00 | | 5/7/01 |
| 00074-2296-49  ANDA | MIDAZOLAM HCL NOVATION (CARPUJECT) SOL  IJ  5 MG/ML 1.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 81.70 | 68.80 | 65.50 | | 5/7/01 |
| 00074-2296-51  ANDA | MIDAZOLAM HCL NOVATION (CARPUJECT) SOL  IJ  5 MG/ML 2.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 145.94 | 122.90 | 117.00 | | 5/7/01 |
| 00074-2587-51  ANDA | MIDAZOLAM HCL NOVATION (VIAL,FLIPTOP) SOL  IJ  1 MG/ML 2.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 11.28 | 9.50 | 8.50 | | 5/7/01 |
| 00074-2587-52  ANDA | MIDAZOLAM HCL NOVATION (VIAL,FLIPTOP) SOL  IJ  1 MG/ML 5.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 15.68 | 13.20 | 12.10 | | 5/7/01 |
| 00074-2587-53  ANDA | MIDAZOLAM HCL NOVATION (VIAL,FLIPTOP) SOL  IJ  1 MG/ML 10.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 133.00 | 112.00 | 32.20 | | 5/7/01 |
| 00074-2596-49  ANDA | MIDAZOLAM HCL NOVATION (VIAL,FLIPTOP) SOL  IJ  5 MG/ML 1.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 15.56 | 13.10 | 12.10 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
____ OK  as is          ____OK with changes

Signature _____     Date _____

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 96 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2596-51 ANDA | MIDAZOLAM HCL NOVATION (VIAL,FLIPTOP) SOL  IJ   5 MG/ML 2.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 40.14 | 33.80 | 32.20 | | 5/7/01 |
| 00074-2596-52 ANDA | MIDAZOLAM HCL NOVATION (VIAL,FLIPTOP) SOL  IJ   5 MG/ML 5.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 107.11 | 90.20 | 85.90 | | 5/7/01 |
| 00074-2596-53 ANDA | MIDAZOLAM HCL NOVATION (VIAL,FLIPTOP) SOL  IJ   5 MG/ML 10.00 ml 10 EA   MIDAZOLAM HYDROCHLORIDE | AP | CIV | | 282.15 | 237.60 | 226.30 | | 5/7/01 |
| 00074-1738-01 | MINIBORE EXTENSION (36" W/SLIDE CLAMP,LUER) KIT 120 EA   KIT, INTRAVENOUS EXTENSION TUBING | | RX | | 862.13 | 726.00 | 602.40 | | 4/13/98 |
| 00074-1738-02 | MINIBORE EXTENSION (36" W/SLIDE CLAMP,LTXFR) KIT 120 EA   KIT, INTRAVENOUS EXTENSION TUBING | | RX | | 862.13 | 726.00 | 602.40 | | 12/23/99 |
| 00074-1739-01 | MINIBORE EXTENSION (60" W/SLIDE CLAMP,LUER) KIT 50 EA   KIT, INTRAVENOUS EXTENSION TUBING | | RX | | 450.06 | 379.00 | 315.00 303.20 | | 4/13/98 DEACT 5/7/01 |
| 00074-1739-02 | MINIBORE EXTENSION (60" W/SLIDE CLAMP,LTXFR) KIT 50 EA   KIT, INTRAVENOUS EXTENSION TUBING | | RX | | 450.06 | 379.00 | 303.20 | | 12/23/99 |
| 00074-4365-05 NDA | MIVACRON (S.D.V.) SOL  IV   2 MG/ML 5.00 ml 10 EA   MIVACURIUM CHLORIDE | | RX | | 109.61 | 92.30 | 87.28 | | 5/7/01 |
| 00074-4365-10 NDA | MIVACRON (S.D.V.) SOL  IV   2 MG/ML 10.00 ml 10 EA   MIVACURIUM CHLORIDE | | RX | | 170.05 | 143.20 | 136.37 | | 5/7/01 |
| 00074-4375-20 NDA | MIVACRON (M.D.V.) SOL  IV   2 MG/ML 20.00 ml 10 EA   MIVACURIUM CHLORIDE | | RX | | 285.71 | 240.60 | 229.10 | | 5/7/01 |
| 00074-4375-50 NDA | MIVACRON (M.D.V.) SOL  IV   2 MG/ML 50.00 ml 3 EA   MIVACURIUM CHLORIDE | | RX | | 171.39 | 144.33 | 137.46 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK  as is              ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00841**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 97 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00173-0538-00 NDA [illegible] | MIVACRON (M.D.V.) SOL    IV      2 MG/ML 50.00 ml 3 EA      MIVACURIUM CHLORIDE | | RX | | 175.66 | 147.92 | 137.46 | | 11/19/99 |
| 00074-1133-03 | MORPHINE SULFATE (VIAL, FLIPTOP) SOL    IJ      25 MG/ML 20.00 ml 1 EA      MORPHINE SULFATE | | CII | | 7.67 | 6.46 | 6.15 | | 5/7/01 |
| 00074-1133-04 | MORPHINE SULFATE (VIAL, 50 ML FLIPTOP) SOL    IJ      25 MG/ML 40.00 ml 1 EA      MORPHINE SULFATE | | CII | | 15.06 | 12.68 | 12.08 | | 5/7/01 |
| 00074-1133-21 | MORPHINE SULFATE (VIAL, 5 ML FLIPTOP) SOL    IJ      25 MG/ML 4.00 ml 5 EA      MORPHINE SULFATE | | CII | | 18.70 | 15.75 | 15.00 | | 5/7/01 |
| 00074-1133-22 | MORPHINE SULFATE (VIAL, FLIPTOP) SOL    IJ      25 MG/ML 10.00 ml 5 EA      MORPHINE SULFATE | | CII | | 26.18 | 22.05 | 21.00 | | 5/7/01 |
| 00074-1134-03 | MORPHINE SULFATE (VIAL, FLIPTOP) SOL    IJ      50 MG/ML 20.00 ml 1 EA      MORPHINE SULFATE | | CII | | 10.49 | 8.83 | 8.41 | | 5/7/01 |
| 00074-1134-05 | MORPHINE SULFATE (VIAL, FLIPTOP) SOL    IJ      50 MG/ML 50.00 ml 1 EA      MORPHINE SULFATE | | CII | | 21.46 | 18.07 | 17.21 | | 5/7/01 |
| 00074-1134-22 | MORPHINE SULFATE (VIAL, FLIPTOP) SOL    IJ      50 MG/ML 10.00 ml 5 EA      MORPHINE SULFATE | | CII | | 56.11 | 47.25 | 45.00 | | 5/7/01 |
| 00074-1135-01 | MORPHINE SULFATE (VIAL, 5 ML FLIPTOP,P.F.) SOL    IJ      25 MG/ML 4.00 ml 1 EA      MORPHINE SULFATE | | CII | | 6.63 | 5.58 | 5.31 | | 5/7/01 |
| 00074-1135-02 | MORPHINE SULFATE (VIAL, FLIPTOP, P.F.) SOL    IJ      25 MG/ML 10.00 ml 1 EA      MORPHINE SULFATE | | CII | | 30.28 | 25.50 | 20.36 | | 5/7/01 |
| 00074-1135-03 | MORPHINE SULFATE (VIAL, FLIPTOP, P.F.) SOL    IJ      25 MG/ML 20.00 ml 1 EA      MORPHINE SULFATE | | CII | | 59.38 | 50.00 | 7.33 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____    Date _____

**MEDICAL ECONOMICS**
THOMSON HEALTHCARE

**REDBOOK Product Listing Verification**

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 98 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1135-04 | MORPHINE SULFATE (VIAL, FLIPTOP, P.F.) SOL  IJ  25 MG/ML 50.00 ml 1 EA  MORPHINE SULFATE | | CII | | 118.81 | 100.05 | 95.29 | | 5/7/01 |
| 00074-1258-01 | MORPHINE SULFATE (CARPUJECT,25GX5/8") SOL  IJ  4 MG/ML 1.00 ml 10 EA  MORPHINE SULFATE | | CII | | 7.84 | 6.60 | 5.63 | | 4/19/99 |
| 00074-1258-02 | MORPHINE SULFATE (CARPUJECT,25G,SLIM PK) SOL  IJ  4 MG/ML 1.00 ml 10 EA  MORPHINE SULFATE | | CII | | 10.33 | 8.70 | 7.70 | | 5/7/01 |
| 00074-1258-11 | MORPHINE SULFATE (CARPUJECT,BLUNT CANNULA) SOL  IJ  4 MG/ML 1.00 ml 10 EA  MORPHINE SULFATE | | CII | | 12.94 | 10.90 | 9.90 | | 5/7/01 |
| 00074-1258-21 | MORPHINE SULFATE (CARPUJECT,INTERLINK) SOL  IJ  4 MG/ML 1.00 ml 10 EA  MORPHINE SULFATE | | CII | | 12.35 | 10.40 | 9.21 | | 4/19/99 |
| 00074-1258-30 | MORPHINE SULFATE (CARPUJECT,LLK,SLIM PK) SOL  IJ  4 MG/ML 1.00 ml 10 EA  MORPHINE SULFATE | | CII | | 11.88 | 10.00 | 9.00 | | 5/7/01 |
| 00074-1258-31 | MORPHINE SULFATE (CARPUJECT,LUER LOCK) SOL  IJ  4 MG/ML 1.00 ml 10 EA  MORPHINE SULFATE | | CII | | 9.14 | 7.70 | 6.73 | | 5/7/01 |
| 00074-1259-01 | MORPHINE SULFATE (CARPUJECT,22GX5/8") SOL  IJ  8 MG/ML 1.00 ml 10 EA  MORPHINE SULFATE | | CII | | 8.08 | 6.80 | 5.79 | | 4/19/99 |
| 00074-1260-01 | MORPHINE SULFATE (CARPUJECT,25GX5/8") SOL  IJ  8 MG/ML 1.00 ml 10 EA  MORPHINE SULFATE | | CII | | 8.08 | 6.80 | 5.79 | | 4/19/99 |
| 00074-1260-11 | MORPHINE SULFATE (CARPUJECT,BLUNT CANNULA) SOL  IJ  8 MG/ML 1.00 ml 10 EA  MORPHINE SULFATE | | CII | | 12.11 | 10.20 | 9.21 | | 5/7/01 |
| 00074-1260-21 | MORPHINE SULFATE (CARPUJECT,INTERLINK) SOL  IJ  8 MG/ML 1.00 ml 10 EA  MORPHINE SULFATE | | CII | | 12.35 | 10.40 | 9.21 | | 4/19/99 |

**Instructions:** Please make corrections directly on this printout
___OK as is        ___OK with changes

Signature _____  Date _____

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 99 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1260-31 | MORPHINE SULFATE (CARPUJECT,LUER LOCK) SOL   IJ      8 MG/ML 1.00 ml 10 EA      MORPHINE SULFATE | | CII | | 9.38 | 7.90 | 6.89 | | 5/7/01 |
| 00074-1261-01 | MORPHINE SULFATE (CARPUJECT,22GX5/8") SOL   IJ      10 MG/ML 1.00 ml 10 EA      MORPHINE SULFATE | | CII | | 7.48 | 6.30 | 5.30 | | 5/7/01 |
| 00074-1261-02 | MORPHINE SULFATE (CARPUJECT,22G,SLIM PK) SOL   IJ      10 MG/ML 1.00 ml 10 EA      MORPHINE SULFATE | | CII | | 10.69 | 9.00 | 8.00 | | 5/7/01 |
| 00074-1261-30 | MORPHINE SULFATE (CARPUJECT,LLK,SLIM PK) SOL   IJ      10 MG/ML 1.00 ml 10 EA      MORPHINE SULFATE | | CII | | 12.47 | 10.50 | 9.50 | | 5/7/01 |
| 00074-1261-31 | MORPHINE SULFATE (CARPUJECT,LUER LOCK) SOL   IJ      10 MG/ML 1.00 ml 10 EA      MORPHINE SULFATE | | CII | | 10.21 | 8.60 | 7.29 | | 4/19/99 |
| 00074-1262-01 | MORPHINE SULFATE (CARPUJECT,22GX5/8") SOL   IJ      15 MG/ML 1.00 ml 10 EA      MORPHINE SULFATE | | CII | | 9.03 | 7.60 | 6.55 | | 5/7/01 |
| 00074-1263-01 | MORPHINE SULFATE (CARPUJECT,25GX5/8") SOL   IJ      10 MG/ML 1.00 ml 10 EA      MORPHINE SULFATE | | CII | | 8.55 | 7.20 | 6.18 | | 5/7/01 |
| 00074-1263-11 | MORPHINE SULFATE (CARPUJECT,BLUNT CANNULA) SOL   IJ      10 MG/ML 1.00 ml 10 EA      MORPHINE SULFATE | | CII | | 12.94 | 10.90 | 9.90 | | 5/7/01 |
| 00074-1263-21 | MORPHINE SULFATE (CARPUJECT,INTERLINK) SOL   IJ      10 MG/ML 1.00 ml 10 EA      MORPHINE SULFATE | | CII | | 12.35 | 10.40 | 9.21 | | 4/19/99 |
| 00074-1264-01 | MORPHINE SULFATE (CARPUJECT,25GX5/8") SOL   IJ      15 MG/ML 1.00 ml 10 EA      MORPHINE SULFATE | | CII | | 9.03 | 7.60 | 6.55 | | 5/7/01 |
| 00074-1264-11 | MORPHINE SULFATE (CARPUJECT,BLUNT CANNULA) SOL   IJ      15 MG/ML 1.00 ml 10 EA      MORPHINE SULFATE | | CII | | 12.47 | 10.50 | 9.50 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____  Date _____

**Confidential**

**Red Book 00844**

**MEDICAL ECONOMICS**
<hr>
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 100 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1264-21 | MORPHINE SULFATE<br>(CARPUJECT, INTERLINK)<br>SOL   IJ   15 MG/ML<br>1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 12.35 | 10.40 | 9.21 | | 4/19/99 |
| 00074-1264-31 | MORPHINE SULFATE<br>(CARPUJECT, LUER LOCK)<br>SOL   IJ   15 MG/ML<br>1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 10.33 | 8.70 | 7.66 | | 5/7/01 |
| 00074-1762-01 | MORPHINE SULFATE<br>(CARPUJECT, 25GX5/8")<br>SOL   IJ   2 MG/ML<br>1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 7.24 | 6.10 | 5.10 | | 5/7/01 |
| 00074-1762-02 | MORPHINE SULFATE<br>(CARPUJECT, 25G, SLIM PK)<br>SOL   IJ   2 MG/ML<br>1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 10.09 | 8.50 | 7.50 | | 5/7/01 |
| 00074-1762-11 | MORPHINE SULFATE<br>(CARPUJECT, BLUNT CANNULA)<br>SOL   IJ   2 MG/ML<br>1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 12.35 | 10.40 | 9.21 | | 4/19/99 |
| 00074-1762-21 | MORPHINE SULFATE<br>(CARPUJECT, INTERLINK)<br>SOL   IJ   2 MG/ML<br>1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 12.35 | 10.40 | 9.21 | | 4/19/99 |
| 00074-1762-30 | MORPHINE SULFATE<br>(CARPUJECT, LLK, SLIM PK)<br>SOL   IJ   2 MG/ML<br>1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 11.64 | 9.80 | 8.80 | | 5/7/01 |
| 00074-1762-31 | MORPHINE SULFATE<br>(CARPUJECT, LUER LOCK)<br>SOL   IJ   2 MG/ML<br>1.00 ml 10 EA    MORPHINE SULFATE | | CII | | 9.14 | 7.70 | 6.50 | | 4/19/99 |
| 00074-2028-02<br>NDA | MORPHINE SULFATE<br><br>SOL   IJ   0.5 MG/ML<br>30.00 ml 10 EA    MORPHINE SULFATE | AP | CII | | 138.70 | 116.80 | 111.20 | | 5/7/01 |
| 00074-2029-02<br>NDA | MORPHINE SULFATE<br><br>SOL   IJ   1 MG/ML<br>30.00 ml 10 EA    MORPHINE SULFATE | AP | CII | | 176.34 | 148.50 | 141.40 | | 5/7/01 |
| 00074-3814-12<br>NDA | MORPHINE SULFATE<br>(VIAL, FLIPTOP, P.F.)<br>SOL   IJ   0.5 MG/ML<br>10.00 ml 5 EA    MORPHINE SULFATE | AP | CII | | 42.39 | 35.70 | 34.00 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____  Date _____

**Confidential**

Red Book 00845