# Exhibit 108C

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 101 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3815-12<br><br>NDA | MORPHINE SULFATE<br>(VIAL, FLIPTOP, P.F.)<br>SOL   IJ        1 MG/ML<br>10.00 ml 5 EA     MORPHINE SULFATE | AP | CII | | 43.64 | 36.75 | 19.00 | | 5/7/01 |
| 00074-3817-12 | MORPHINE SULFATE<br>(VIAL, FLIPTOP)<br>SOL   IJ       10 MG/ML<br>10.00 ml 5 EA     MORPHINE SULFATE | | CII | | 51.30 | 43.20 | 41.15 | | 5/7/01 |
| 00074-3819-12 | MORPHINE SULFATE<br>(VIAL, FLIPTOP)<br>SOL   IJ       15 MG/ML<br>20.00 ml 5 EA     MORPHINE SULFATE | | CII | | 56.64 | 47.70 | 45.45 | | 5/7/01 |
| 00074-4057-12<br><br>NDA | MORPHINE SULFATE<br>(AMP, P.F.)<br>SOL   IJ       0.5 MG/ML<br>10.00 ml 5 EA     MORPHINE SULFATE | AP | CII | | 12.17 | 10.25 | 9.25 | | 5/7/01 |
| 00074-4058-12<br><br>NDA | MORPHINE SULFATE<br>(AMP, P.F.)<br>SOL   IJ       1 MG/ML<br>10.00 ml 5 EA     MORPHINE SULFATE | AP | CII | | 37.47 | 31.55 | 30.05 | | 5/7/01 |
| 00074-6022-02 | MORPHINE SULFATE<br>(S.D.V.,PCA)<br>SOL   IV       2 MG/ML<br>30.00 ml 10 EA    MORPHINE SULFATE | | CII | | 165.18 | 139.10 | 132.50 | | 5/7/01 |
| 00074-6023-04<br><br>NDA | MORPHINE SULFATE<br>(VIAL, FLIPTOP)<br>SOL   IJ       1 MG/ML<br>30.00 ml 10 EA    MORPHINE SULFATE | AP | CII | | 125.28 | 105.50 | 100.50 | | 5/7/01 |
| 00074-6028-04 | MORPHINE SULFATE<br>(VIAL, FLIPTOP)<br>SOL   IJ       5 MG/ML<br>30.00 ml 10 EA    MORPHINE SULFATE | | CII | | 169.93 | 143.10 | 136.30 | | 5/7/01 |
| 00074-6177-14 | MORPHINE SULFATE<br>(ADD-VANTAGE)<br>SOL   IJ       25 MG/ML<br>4.00 ml 10 EA     MORPHINE SULFATE | | CII | | 125.52 | 105.70 | 100.70 | | 5/7/01 |
| 00074-6179-14 | MORPHINE SULFATE<br>(ADD-VANTAGE)<br>SOL   IJ       25 MG/ML<br>10.00 ml 10 EA    MORPHINE SULFATE | | CII | | 141.31 | 119.00 | 113.30 | | 5/7/01 |
| 00074-1463-01<br><br>ANDA | NALBUPHINE HCL<br>(AMP)<br>SOL   IJ       10 MG/ML<br>1.00 ml 10 EA     NALBUPHINE HYDROCHLORIDE | AP | RX | | 11.40 | 9.60 | 9.10 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___OK  as is          ___OK with changes

Signature _____     Date _____

**Confidential**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 102 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1464-01 ANDA | NALBUPHINE HCL (VIAL, FLIPTOP) SOL   IJ     10 MG/ML 10.00 ml 25 EA   NALBUPHINE HYDROCHLORIDE | AP | RX | | 196.53 | 165.50 | 157.50 | | 5/7/01 |
| 00074-1465-01 ANDA | NALBUPHINE HCL (AMP) SOL   IJ     20 MG/ML 1.00 ml 10 EA   NALBUPHINE HYDROCHLORIDE | AP | RX | | 14.61 | 12.30 | 11.70 | | 5/7/01 |
| 00074-1467-01 ANDA | NALBUPHINE HCL (VIAL, FLIPTOP) SOL   IJ     20 MG/ML 10.00 ml 25 EA   NALBUPHINE HYDROCHLORIDE | AP | RX | | 317.95 | 267.75 | 255.00 | | 5/7/01 |
| 00074-3075-02 | NALBUPHINE HCL (VIAL, PCA W/O INJECTOR) SOL   IV     1.5 MG/ML 30.00 ml 10 EA   NALBUPHINE HYDROCHLORIDE | | RX | | 198.31 | 167.00 | 159.00 | | 5/7/01 |
| 00074-1211-01 ANDA | NALOXONE HCL (AMP) SOL   IJ     0.02 MG/ML 2.00 ml 10 EA   NALOXONE HYDROCHLORIDE | AP | RX | | 14.01 | 11.80 | 11.20 | | 5/7/01 |
| 00074-1212-01 ANDA | NALOXONE HCL (AMP) SOL   IJ     0.4 MG/ML 1.00 ml 10 EA   NALOXONE HYDROCHLORIDE | AP | RX | | 12.94 | 10.90 | 10.40 | | 5/7/01 |
| 00074-1213-01 ANDA | NALOXONE HCL (HYPAK) SOL   IJ     0.4 MG/ML 1.00 ml 25 EA   NALOXONE HYDROCHLORIDE | AP | RX | | 130.92 | 110.25 | 105.00 | | 5/7/01 |
| 00074-1215-01 ANDA | NALOXONE HCL (VIAL, FLIPTOP) SOL   IJ     0.4 MG/ML 1.00 ml 10 EA   NALOXONE HYDROCHLORIDE | AP | RX | | 14.49 | 12.20 | 11.20 | | 5/7/01 |
| 00074-1216-01 ANDA | NALOXONE HCL (VIAL, FLIPTOP) SOL   IJ     0.02 MG/ML 2.00 ml 10 EA   NALOXONE HYDROCHLORIDE | AP | RX | | 17.81 | 15.00 | 14.00 | | 5/7/01 |
| 00074-1219-01 ANDA | NALOXONE HCL (VIAL, FLIPTOP) SOL   IJ     0.4 MG/ML 10.00 ml 25 EA   NALOXONE HYDROCHLORIDE | AP | RX | | 86.09 | 72.50 | 67.50 | | 5/7/01 |
| 00074-1782-01 ANDA | NALOXONE HCL (CARPUJECT,22GX1-1/4") SOL   IJ     0.4 MG/ML 1.00 ml 10 EA   NALOXONE HYDROCHLORIDE | AP | RX | | 15.32 | 12.90 | 11.86 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____    Date _____

**Confidential**

Red Book 00847

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 103 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1782-21 ANDA | **NALOXONE HCL** (CARPUJECT,INTERLINK) SOL    IJ       0.4 MG/ML 1.00 ml 10 EA    NALOXONE HYDROCHLORIDE | AP | RX | | 17.46 | 14.70 | 13.72 | | 5/7/01 |
| 00074-3722-01 | **NEOSTIGMINE METHYLSULFATE** (VIAL, FLIPTOP) SOL    IJ       0.5 MG/ML 10.00 ml 10 EA    NEOSTIGMINE METHYLSULFATE | | RX | | 42.39 | 35.70 | 34.00 | | 5/7/01 |
| 00074-3723-01 | **NEOSTIGMINE METHYLSULFATE** (VIAL, FLIPTOP) SOL    IJ       1 MG/ML 10.00 ml 10 EA    NEOSTIGMINE METHYLSULFATE | | RX | | 44.53 | 37.50 | 34.00 | | 5/7/01 |
| 00074-1793-01 | **NEO-SYNEPHRINE HCL** (CARPUJECT,22GX1-1/4") SOL    IJ       10 MG/ML 1.00 ml 50 EA    PHENYLEPHRINE HYDROCHLORIDE | | RX | | 126.47 | 106.50 | 105.00 | | 4/19/99 |
| 00074-1800-01 | **NEO-SYNEPHRINE HCL** (AMP) SOL    IJ       10 MG/ML 1.00 ml 25 EA    PHENYLEPHRINE HYDROCHLORIDE | | RX | | 109.55 | 92.25 | 87.75 | | 5/7/01 |
| 00074-6609-02 | **NEUT** (ADD-VANTAGE) SOL    IV       4% 5.00 ml 25 EA    SODIUM BICARBONATE | | RX | | 89.95 | 75.75 | 72.25 | | 5/7/01 |
| 00074-4378-05 NDA | **NIMBEX** (VIAL) SOL    IV       2 MG/ML 5.00 ml 10 EA    CISATRACURIUM BESYLATE | | RX | | 104.86 | 88.30 | 83.30 | | 5/7/01 |
| 00074-4380-10 NDA | **NIMBEX** (M.D.V.) SOL    IV       2 MG/ML 10.00 ml 10 EA    CISATRACURIUM BESYLATE | | RX | | 182.16 | 153.40 | 146.10 | | 5/7/01 |
| 00074-4382-20 NDA | **NIMBEX** (S.D.V.) SOL    IV       10 MG/ML 20.00 ml 10 EA    CISATRACURIUM BESYLATE | | RX | | 1,745.63 | 1,470.00 | 1,400.00 | | 5/7/01 |
| 00074-4104-01 NDA | **NITROGLYCERIN** (VIAL, FLIPTOP) SOL    IV       5 MG/ML 10.00 ml 25 EA    NITROGLYCERIN | AP | RX | | 48.69 | 41.00 | 36.00 | | 5/7/01 |
| 00074-4107-01 NDA | **NITROGLYCERIN** (VIAL, FLIPTOP) SOL    IV       5 MG/ML 5.00 ml 25 EA    NITROGLYCERIN | AP | RX | | 40.08 | 33.75 | 28.75 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____     Date _____

## MEDICAL ECONOMICS
### THOMSON HEALTHCARE

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 104 OF 152

**ABBOTT HOSPITAL PRODUCTS**
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-9252-68 | NITROGLYCERIN MICRO PUMP (107", VENTED) KIT 24 EA          KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 559.74 | 471.36 | 369.36 261.66 | | 4/19/99 |
| 00074-1772-48 | NITROGLYCERIN PRIMARY PUMP (107" W/ROLLER CLAMP) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,136.58 | 957.12 | 520.40 | | 4/19/99 |
| 00074-1772-78 | NITROGLYCERIN PRIMARY PUMP (CONV PIN-OL,LATEX-FREE) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,136.58 | 957.12 | 520.40 | | 11/10/99 |
| 00074-3024-01 ANDA | NITROPRESS (M.D.V.) PDS    IV      50 MG 1 EA          SODIUM NITROPRUSSIDE | AP | RX | | 1.60 | 1.35 | 1.29 | | 5/7/01 |
| 00074-3034-44 ANDA | NITROPRESS (VIAL, ADD-VANTAGE) PDS    IV      50 MG 1 EA          SODIUM NITROPRUSSIDE | AP | RX | | 3.90 | 3.28 | 3.12 | | 5/7/01 |
| 00074-3250-01 ANDA | NITROPRESS ADVANTAGE KIT (VIAL, ADD-VANTAGE) PDS    IV      50 MG 10 EA          SODIUM NITROPRUSSIDE | AP | RX | | 96.19 | 81.00 | 76.00 | | 5/7/01 |
| 00074-1784-01 | NONVENTED BLOOD PUMP (110",SECURE LOCK) KIT 24 EA          KIT, ADMINISTRATION, BLOOD | | OTC | | 482.22 | 406.08 | 320.88 216.36 | | 4/19/99 |
| 00074-1771-48 | NONVENTED IV PUMP W/HP FILTER (112",OPTION-LOK) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,140.57 | 960.48 | 759.84 | | 4/19/99 |
| 00074-7041-01 | NOREPINEPHRINE BITARTRATE (AMP) SOL    IV      1 MG/ML 4.00 ml 10 EA     NOREPINEPHRINE BITARTRATE | | RX | | 109.84 | 92.50 | 88.10 | | 5/7/01 |
| 00074-4399-05 | NORMOSOL-M (S.D. CONTAINER) SOL    IV 1,000.00 ml 6 EA     ELECT/MIN, MULTI | | RX | | 33.35 | 28.08 | 23.10 | | 5/7/01 |
| 00074-7965-03 NDA | NORMOSOL-M W/5% DEXTROSE (LIFECARE) SOL    IV 500.00 ml 24 EA     DEXTROSE/ELECT | | RX | | 93.20 | 78.48 | 73.44 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
_____OK  as is          _____OK with changes

Signature _____     Date _____

**Confidential**

**Red Book 00849**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 105 OF 152

**ABBOTT HOSPITAL PRODUCTS**
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7965-09 NDA | NORMOSOL-M W/5% DEXTROSE (LIFECARE) SOL   IV 1,000.00 ml 12 EA   DEXTROSE/ELECT | | RX | | 49.16 | 41.40 | 30.48 | | 5/7/01 |
| 00074-7967-03 NDA | NORMOSOL-R (LIFECARE) SOL   IV 500.00 ml 24 EA    ELECT/MIN, MULTI | | RX | | 90.63 | 76.32 | 71.28 | | 5/7/01 |
| 00074-7967-09 NDA | NORMOSOL-R (LIFECARE) SOL   IV 1,000.00 ml 12 EA    ELECT/MIN, MULTI | | RX | | 47.74 | 40.20 | 29.52 | | 5/7/01 |
| 00074-1570-05 | NORMOSOL-R PH 7.4 SOL   IV 1,000.00 ml 6 EA    ELECT/MIN, MULTI | | RX | | 49.02 | 41.28 | 36.30 | | 5/7/01 |
| 00074-7670-03 | NORMOSOL-R PH 7.4 (LIFECARE) SOL   IV 500.00 ml 24 EA    ELECT/MIN, MULTI | | RX | | 115.14 | 96.96 | 91.92 | | 5/7/01 |
| 00074-7670-09 | NORMOSOL-R PH 7.4 (LIFECARE) SOL   IV 1,000.00 ml 12 EA    ELECT/MIN, MULTI | | RX | | 64.84 | 54.60 | 31.20 | | 5/7/01 |
| 00074-7968-09 NDA | NORMOSOL-R W/5% DEXTROSE (LIFECARE) SOL   IV 1,000.00 ml 12 EA   DEXTROSE/ELECT | | RX | | 41.90 | 35.28 | 30.24 | | 5/7/01 |
| 00074-1808-02 ANDA | NOVOCAIN (AMP) SOL   IJ    1% 2.00 ml 25 EA    PROCAINE HYDROCHLORIDE | AP | RX | | 84.61 | 71.25 | 67.96 | | 5/7/01 |
| 00074-1808-06 ANDA | NOVOCAIN (AMP) SOL   IJ    1% 6.00 ml 50 EA    PROCAINE HYDROCHLORIDE | AP | RX | | 323.00 | 272.00 | 259.03 | | 5/7/01 |
| 00074-1810-02 ANDA | NOVOCAIN (AMP) SOL   IJ    10% 2.00 ml 25 EA    PROCAINE HYDROCHLORIDE | | RX | | 50.77 | 42.75 | 40.75 | | 5/7/01 |
| 00074-1824-30 ANDA | NOVOCAIN (VIAL) SOL   IJ    1% 30.00 ml 1 EA    PROCAINE HYDROCHLORIDE | AP | RX | | 18.55 | 15.62 | 14.88 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
____OK  as is              ____OK with changes

Signature _____   Date _____

**Confidential**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 106 OF 152

**ABBOTT HOSPITAL PRODUCTS**
**DIV. OF ABBOTT LABS.**
**1 ABBOTT PARK RD. D-R10**
**ABBOTT PARK          IL   600643500**

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1825-30  ANDA | NOVOCAIN (VIAL) SOL   IJ      2% 30.00 ml 1 EA      PROCAINE HYDROCHLORIDE | AP | RX | | 20.19 | 17.00 | 12.49 | | 5/7/01 |
| 00074-4437-05  NDA | NUROMAX (M.D.V.) SOL   IV      1 MG/ML 5.00 ml 10 EA      DOXACURIUM CHLORIDE | | RX | | 188.10 | 158.40 | 150.90 | | 5/7/01 |
| 00074-7914-01 | NUTRI-CLAMP LOCKING DEVICE (RED) ACC 400 EA      KIT, FEEDING (ENTERAL) | | OTC | | 327.75 | 276.00 | 176.00 | | 4/19/99 |
| 00074-7915-01 | NUTRI-CLAMP LOCKING DEVICE (GREEN) ACC 400 EA      KIT, FEEDING (ENTERAL) | | OTC | | 218.50 | 184.00 | 128.00  81.00 | | 4/19/99 |
| 00074-1968-48 | NUTRIMIX (MACRO VENTED ADAPTER) DEV 48 EA      KIT, FEEDING (ENTERAL) | | RX | | 368.22 | 310.08 | 162.00 | | 4/19/99 |
| 00074-4417-01 | NUTRIMIX (MACRO EMPTY CONT 250 ML) ACC 50 EA      CONTAINER, EVACUATED | | OTC | | 841.94 | 709.00 | 466.50 | | 4/19/99 |
| 00074-4418-01 | NUTRIMIX (MACRO EMPTY CONT 500 ML) ACC 50 EA      CONTAINER, EVACUATED | | OTC | | 868.06 | 731.00 | 480.50 | | 4/19/99 |
| 00074-4419-02 | NUTRIMIX (MACRO EMPTY CONT 1000ML) ACC 50 EA      CONTAINER, EVACUATED | | OTC | | 894.78 | 753.50 | 495.50 | | 4/19/99 |
| 00074-4425-01 | NUTRIMIX (MACRO EMPTY CONT 2000ML) ACC 50 EA      CONTAINER, EVACUATED | | OTC | | 947.63 | 798.00 | 524.50 | | 4/19/99 |
| 00074-4430-01 | NUTRIMIX (MACRO EMPTY CONT 3000ML) ACC 50 EA      CONTAINER, EVACUATED | | OTC | | 975.53 | 821.50 | 539.50 | | 4/19/99 |
| 00074-4432-01 | NUTRIMIX (MACRO EMPTY CONT 4000ML) ACC 50 EA      CONTAINER, EVACUATED | | OTC | | 1,017.09 | 856.50 | 562.50 | | 4/19/99 |

**Instructions:** Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____ Date _____

**Confidential**

MEDICAL ECONOMICS

THOMSON HEALTHCARE

**REDBOOK Product Listing Verification**

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 107 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7700-29 | NUTRIMIX<br>(DUAL CHAMBER)<br>SOL   IV    3.5%-25%<br>1,000.00 ml 6 EA   AMINO ACIDS/DEXTROSE | | RX | | 172.50 | 145.26 | 138.36 | | 5/7/01 |
| 00074-7701-29 | NUTRIMIX<br>(DUAL CHAMBER)<br>SOL   IV    3.5%-5%<br>1,000.00 ml 6 EA   AMINO ACIDS/DEXTROSE | | RX | | 212.47 | 178.92 | 170.40 | | 5/7/01 |
| 00074-7702-29 | NUTRIMIX<br>(DUAL CHAMBER)<br>SOL   IV    4.25%-25%<br>1,000.00 ml 6 EA   AMINO ACIDS/DEXTROSE | | RX | | 178.98 | 150.72 | 143.52 | | 5/7/01 |
| 00074-7744-29 | NUTRIMIX<br>(DUAL CHAMBER)<br>SOL   IV    5%-25%<br>1,000.00 ml 6 EA   AMINO ACIDS/DEXTROSE | | RX | | 204.27 | 172.02 | 163.80 | | 5/7/01 |
| 00074-7751-29 | NUTRIMIX<br>(DUAL CHAMBER)<br>SOL   IV    4.25%-10%<br>1,000.00 ml 6 EA   AMINO ACIDS/DEXTROSE | | RX | | 219.95 | 185.22 | 176.40 | | 5/7/01 |
| 00074-7752-29 | NUTRIMIX<br>(DUAL CHAMBER)<br>SOL   IV    4.25%-20%<br>1,000.00 ml 6 EA   AMINO ACIDS/DEXTROSE | | RX | | 220.88 | 186.00 | 142.44 | | 5/7/01 |
| 00074-7909-02 | NUTRIMIX<br>(MACRO FERRLS FOR CRIMPR)<br>ACC<br>200 EA          CONTAINER, EVACUATED | | OTC | | 51.07 | 43.01 | 37.42 | | 4/19/09 |
| 00074-7740-29<br><br>NDA | NUTRIMIX W/ELECTROLYTES<br>(DUAL CHAMBER, 3.25%-5%)<br>SOL   IV<br>1,000.00 ml 6 EA   AMINO ACIDS/DEXTROSE/ELECT | | RX | | 223.23 | 187.98 | 179.04 | | 5/7/01 |
| 00074-7742-29<br><br>NDA | NUTRIMIX W/ELECTROLYTES<br>(DUAL CHAMBER, 4.25%-10%)<br>SOL   IV<br>1,000.00 ml 6 EA   AMINO ACIDS/DEXTROSE/ELECT | | RX | | 199.14 | 167.70 | 159.72 | | 5/7/01 |
| 00074-7753-29 | NUTRIMIX W/ELECTROLYTES<br>(DUAL CHAMBER, 4.25%-20%)<br>SOL   IV<br>1,000.00 ml 6 EA   AMINO ACIDS/DEXTROSE/ELECT | | RX | | 188.46 | 158.70 | 151.14 | | 5/7/01 |
| 00074-7756-29 | NUTRIMIX W/ELECTROLYTES<br>(DUAL CHAMBER, 3.5%-25%)<br>SOL   IV<br>1,000.00 ml 6 EA   AMINO ACIDS/DEXTROSE/ELECT | | RX | | 187.39 | 157.80 | 150.30 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
___OK as is          ___OK with changes

Signature _____     Date _____

**Confidential**

Red Book 00852

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

**REDBOOK Product Listing Verification**

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 108 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINISTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7757-29 | NUTRIMIX W/ELECTROLYTES (DUAL CHAMBER, 4.25%-25%) SOL   IV 1,000.00 ml 6 EA   AMINO ACIDS/DEXTROSE/ELECT | | RX | | 242.61 | 204.30 | 194.58 | | 5/7/01 |
| 00074-9099-16 | ORAL COLONIC LAVAGE SOL   PO 4,050.00 ml 3 EA   PEG/POT CL/SOD BICARB/SOD CL/SOD SULF | | RX | | 50.48 | 42.51 | 37.50 | | 5/7/01 |
| 00074-4645-01 ANDA | PANCURONIUM BROMIDE (AMP) SOL   IV      2 MG/ML 2.00 ml 25 EA   PANCURONIUM BROMIDE | AP | RX | | 31.17 | 26.25 | 25.00 | | 5/7/01 |
| 00074-4645-02 ANDA | PANCURONIUM BROMIDE (AMP) SOL   IV      2 MG/ML 5.00 ml 25 EA   PANCURONIUM BROMIDE | AP | RX | | 88.77 | 74.75 | 71.25 | | 5/7/01 |
| 00074-4646-01 ANDA | PANCURONIUM BROMIDE (VIAL, FLIPTOP) SOL   IV      1 MG/ML 10.00 ml 25 EA   PANCURONIUM BROMIDE | AP | RX | | 83.13 | 70.00 | 33.50 | | 5/7/01 |
| 00074-6517-03 | PCA CONTINUOUS INFUSION-OL (MINIBORE, ANTI-SIPN VLV) KIT 24 EA   KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 205.77 | 173.28 | 137.04 | | 4/19/99 |
| 00074-6514-01 | PCA EXTENSION (10" W/BACKCHECK VALVE) KIT 50 EA   KIT, INTRAVENOUS EXTENSION TUBING | | RX | | 488.66 | 411.50 | 268.00 | | 4/19/99 |
| 00074-4831-48 | PCA INJECTOR DEV 48 EA   KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 104.31 | 87.84 | 72.00 | | 4/19/99 |
| 00074-6516-03 | PCA LONG W/INJECTOR-OL (MINIBORE, ANTI-SIPN VLV) KIT 24 EA   KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 212.04 | 178.56 | 141.12 | | 4/19/99 |
| 00074-3559-01 | PCA MINIBORE (W/ANTI-SIPHON VALVE) KIT 50 EA   KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 420.97 | 354.50 | 242.00 | | 4/13/98 |
| 00074-1950-07 | PCA PLUS 2 (ENHANCED) DEV 1 EA   PUMP, INFUSION, PATIENT CONTROLLED ANALGESIA (PCA) | | RX | | 8,114.07 | 6,832.90 | 5,405.23 | | 4/19/99 |

**Instructions:** Please make corrections directly on this printout
___OK  as is          ___OK with changes

Signature _____     Date _____

**Confidential**

**Red Book 00853**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

**REDBOOK Product Listing Verification**
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 109 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3559-03 | PCA W/INJECTOR-OL (MINIBORE, ANTI-SIPN VLV) KIT 24 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 205.77 | 173.28 | 137.04 | | 4/19/99 |
| 00074-4548-01 ANDA | PENTAMIDINE ISETHIONATE PDS   IJ      300 MG 1 EA          PENTAMIDINE ISETHIONATE | AP | RX | | 91.60 | 77.14 | 73.47 | | 5/7/01 |
| 00074-4548-49 ANDA | PENTAMIDINE ISETHIONATE NOVATION (INSTIT USE) PDS   IJ      300 MG 1 EA          PENTAMIDINE ISETHIONATE | AP | RX | | 91.60 | 77.14 | 37.76 | | 5/7/01 |
| 00074-6864-08 NDA | PENTHRANE SOL   IH      99.9% 15.00 ml 20 EA      METHOXYFLURANE | | RX | | 1,795.03 | 1,511.60 | 1,439.60 | | 4/13/98 |
| 00074-3329-01 | PENTOTHAL (STERILE WATER COMBO PAK) PDS   IV      500 MG 25 EA          THIOPENTAL SODIUM | | CIII | | 199.80 | 168.25 | 184.25 | | 5/7/01 |
| 00074-3351-01 | PENTOTHAL (SRN, RTM LIFESHIELD) PDS   IV      250 MG 25 EA          THIOPENTAL SODIUM | | CIII | | 135.97 | 114.50 | 109.00 | | 5/7/01 |
| 00074-3352-01 | PENTOTHAL (SRN, RTM LIFESHIELD) PDS   IV      400 MG 25 EA          THIOPENTAL SODIUM | | CIII | | 193.86 | 163.25 | 155.50 | | 5/7/01 |
| 00074-3353-01 | PENTOTHAL (SRN, RTM LIFESHIELD) PDS   IV      500 MG 25 EA          THIOPENTAL SODIUM | | CIII | | 222.66 | 187.50 | 110.75 | | 5/7/01 |
| 00074-6418-01 | PENTOTHAL (SRN, READY-TO-MIX) PDS   IV      250 MG 25 EA          THIOPENTAL SODIUM | | CIII | | 128.84 | 108.50 | 103.25 | | 5/7/01 |
| 00074-6419-01 | PENTOTHAL (SRN, READY-TO-MIX) PDS   IV      400 MG 25 EA          THIOPENTAL SODIUM | | CIII | | 141.61 | 119.25 | 93.75 | | 5/7/01 |
| 00074-6420-01 | PENTOTHAL (SRN, READY-TO-MIX) PDS   IV      500 MG 25 EA          THIOPENTAL SODIUM | | CIII | | 148.73 | 125.25 | 79.25 | | 5/7/01 |

Instructions: Please make corrections directly on this printout
____OK as is        ____OK with changes

Signature _____  Date _____

**Confidential**

**Red Book 00854**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### *REDBOOK* Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 110 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6431-02 | PENTOTHAL (BULK PACKAGE) PDS    IV      1 GM 25 EA          THIOPENTAL SODIUM | | CIII | | 128.84 | 108.50 | 103.25 | | 5/7/01 |
| 00074-6435-01 | PENTOTHAL (STERILE WATER COMBO PAK) PDS    IV      1 GM 25 EA          THIOPENTAL SODIUM | | CIII | | 326.86 | 275.25 | 262.25 | | 5/7/01 |
| 00074-6108-01 | PENTOTHAL TRANSFER KIT (250 ML VIAL, DILUENT) PDS    IV      5 GM 25 EA          THIOPENTAL SODIUM | | CIII | | 1,007.59 | 848.50 | 808.00 | | 5/7/01 |
| 00074-6259-01 | PENTOTHAL TRANSFER KIT (125 ML VIAL, DILUENT) PDS    IV      2.5 GM 25 EA          THIOPENTAL SODIUM | | CIII | | 635.61 | 535.25 | 509.75 | | 5/7/01 |
| 00074-6260-01 | PENTOTHAL TRANSFER KIT (100 ML VIAL, DILUENT) PDS    IV      2.5 GM 25 EA          THIOPENTAL SODIUM | | CIII | | 693.80 | 584.25 | 347.00 | | 5/7/01 |
| 00074-6504-01 | PENTOTHAL TRANSFER KIT (200 ML VIAL, DILUENT) PDS    IV      5 GM 25 EA          THIOPENTAL SODIUM | | CIII | | 1,040.84 | 876.50 | 511.25 | | 5/7/01 |
| 00074-4961-20 | PERITONEAL LAVAGE TRAY KIT    IJ      1% 10 EA          LIDOCAINE HYDROCHLORIDE | | RX | | 415.03 | 349.50 | 170.63 | | 4/19/99 |
| 00074-1317-01 ANDA | PHENYTOIN SODIUM (AMP) SOL    IV      50 MG/ML 2.00 ml 25 EA    PHENYTOIN SODIUM, PROMPT | AP | RX | | 43.64 | 36.75 | 35.00 | | 5/7/01 |
| 00074-1317-02 ANDA | PHENYTOIN SODIUM (AMP) SOL    IV      50 MG/ML 5.00 ml 25 EA    PHENYTOIN SODIUM, PROMPT | AP | RX | | 51.06 | 43.00 | 41.00 | | 5/7/01 |
| 00074-1844-02 ANDA | PHENYTOIN SODIUM (CARPUJECT,22GX1-1/4") SOL    IV      50 MG/ML 2.00 ml 10 EA    PHENYTOIN SODIUM, PROMPT | AP | RX | | 14.01 | 11.80 | 10.78 | | 5/7/01 |
| 00074-1844-05 ANDA | PHENYTOIN SODIUM (CARPUJECT,22GX1-1/4") SOL    IV      50 MG/ML 5.00 ml 10 EA    PHENYTOIN SODIUM, PROMPT | AP | RX | | 35.63 | 30.00 | 21.00 | | 5/15/00 |

**Instructions:**  Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____          Date _____

**Confidential**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 111 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL      600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1844-15 ANDA | PHENYTOIN SODIUM (CARPUJECT,22GX1-1/4") SOL   IV      50 MG/ML 5.00 ml 25 EA      PHENYTOIN SODIUM, PROMPT | AP | RX | | 57.00 | 48.00 | 43.12 | | 5/7/01 |
| 00074-1844-32 ANDA | PHENYTOIN SODIUM (CARPUJECT,LUER LOCK) SOL   IV      50 MG/ML 2.00 ml 10 EA      PHENYTOIN SODIUM, PROMPT | AP | RX | | 23.75 | 20.00 | 14.50 | | 5/15/00 |
| 00074-6141-03 NDA | PHYSIOSOL (AQUALITE) SOL   IR 500.00 ml 24 EA      ELECT/MIN, MULTI | AT | RX | | 173.28 | 145.92 | 80.64 | | 5/7/01 |
| 00074-6141-09 NDA | PHYSIOSOL (AQUALITE) SOL   IR 1,000.00 ml 12 EA    ELECT/MIN, MULTI | AT | RX | | 100.89 | 84.96 | 24.72 | | 5/7/01 |
| 00074-6141-22 NDA | PHYSIOSOL (AQUALITE) SOL   IR 250.00 ml 24 EA      ELECT/MIN, MULTI | AT | RX | | 144.78 | 121.92 | 116.16 | | 5/7/01 |
| 00074-7012-05 NDA | PHYSIOSOL SOL   IR 1,000.00 ml 12 EA    ELECT/MIN, MULTI | AT | RX | | 69.97 | 58.92 | 53.88 | | 5/7/01 |
| 00074-4510-58 | PLATELET CONCENTRATE INFUSION (14") KIT 48 EA      KIT, ADMINISTRATION, BLOOD | | OTC | | 727.89 | 612.96 | 426.72 | | 4/19/99 |
| 00074-7969-05 NDA | PLEGISOL (P.C.) SOL   IV 1,000.00 ml 12 EA    CARDIOPLEGIC SOLUTION | AT | RX | | 613.46 | 516.60 | 492.00 | | 5/7/01 |
| 00074-1479-02 | PLUM LC 5000 (40 MM SCREW ETERNAL/98") KIT 24 EA      KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 466.26 | 392.64 | 310.80 | | 4/19/99 |
| 00074-2423-02 | PLUM LC 5000 (MICROBORE SL W/IVEX-HP) KIT 24 EA      KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 495.33 | 417.12 | 282.48 | | 4/19/99 |
| 00074-2507-11 | PLUM LC 5000 (INFUSER SYSTEM) DEV 1 EA      PUMP, INFUSION | | RX | | 5,710.44 | 4,808.79 | 3,895.50 | | 4/13/98 |

Instructions:   Please make corrections directly on this printout
____OK as is              ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00856**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

**REDBOOK Product Listing Verification**

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 112 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2507-12 | PLUM LC 5000 (INFUSER SYS RECERTIFIED) DEV 1 EA          PUMP, INFUSION | | RX | | 5,710.44 | 4,808.79 | 3,895.50 | | 4/13/98 |
| 00074-3260-48 | PLUM LC 5000 (IV SET-SL NONVENTED) KIT 48 EA      KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 151.62  D 117.60 | 127.68  71.28 | 100.80 | D | 4/19/99 |
| 00074-6437-02 | PLUM LC 5000 (MODIF.CAP ETRNL SET/98 ) KIT 24 EA      KIT, ADMINISTRATION, INTRAVENOUS   DEACT EXP 9/21/01 | | RX | | 470.54 | 396.24 | 310.56  38.56 | D | 4/19/99 |
| 00074-6445-03 | PLUM LC 5000 (SOLUSET W/HP,CNTPP 130") KIT 24 EA      KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 682.58 | 574.80 | 455.04 | | 4/19/99 |
| 00074-6492-02 | PLUM LC 5000 (ENTRL W/INTGRL CO/105 ) DEV 24 EA      KIT, FEEDING (ENTERAL) | | RX | | 521.27 | 438.96 | 347.28  345.70 | D | 4/19/99 |
| 00074-9294-01 | PLUM LC 5000 (SECONDARY CONTNR SUPPRT) DEV . 1 EA      KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 26.97 | 22.71 | 20.00 | | 4/19/99 |
| 00074-1735-03 | PLUM LC 5000 LATEX-FREE (MICRODRIP-SL,104",NV) KIT 5 EA      KIT, ADMINISTRATION, INTRAVENOUS   DEACT 5/7/01 | | RX | | 462.56  D 359.32 | 389.52  90.54 | 308.16 | D | 4/19/99 |
| 00074-6446-03 | PLUM LC 5000 LATEX-FREE (MICRDRP SLST/150 ML BUR) KIT 24 EA      KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 670.61  /564.72 | /564.72 | 445.88 | | 4/19/99 |
| 00074-9097-48 | PLUMSET LIFESHIELD H-FLOW (114", CONV PIN, OL) KIT 48 EA      KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,445.52 | 1,217.28 | 1,104.00 | | 4/19/99 |
| 00074-1644-48 | PLUMSET MACRO INTEGRAL HP FILTER-OL (LS CONV PIN,PP SEC PORT) KIT 48 EA      FILTER, INTRAVENOUS TUBING | | RX | | 1,532.73 | 1,290.72 | 1,136.64  525.6 | D | 4/19/99 |
| 00074-1645-48 | PLUMSET MACRO INTEGRAL HP FILTER-OL (LS CONV PIN, 2-PP-Y) KIT 48 EA      FILTER, INTRAVENOUS TUBING | | RX | | 1,532.73 | 1,290.72 | 1,170.72  720.00 | N | 4/19/99 |

Instructions:  Please make corrections directly on this printout
___ OK  as is              ___OK with changes

Signature _____     Date _____

**Confidential**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 113 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1647-48 | PLUMSET MACRO INTEGRAL HP FILTER-OL (LS CONV PIN, 2-LAV-Y) KIT 48 EA          FILTER, INTRAVENOUS TUBING | | RX | | 1,414.17 | 1,190.88 | 1,080.00  576.00 | | 4/19/99 |
| 00074-2427-48 | PLUMSET MICRODRIP NITROGLYCERIN-OL (107") KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,136.58 | 957.12 | 750.24 | | 4/19/99 |
| 00074-2427-78 | PLUMSET MICRODRIP NITROGLYCERIN-OL (CNVT PIN, LTX FREE, LS) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,136.58 | 957.12 | 750.24 | | 9/9/99 |
| 00074-1735-78 | PLUMSET MICRODRIP PRIMARY IV W/OL (104" W/PP SITE, LTXF, LS) KIT 24 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 462.56 | 389.52 | 308.16  207.54 | | 6/30/99 |
| 00074-6440-12 | PLUMSET MICRODRIP VENTED (SINGLE CHANNEL, OL) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,202.13 | 1,012.32 | 918.24  796.06 | | 4/19/99 |
| 00074-1651-48 | PLUMSET PRIMARY IV W/OL (CONV PIN, DUAL CH, 1-Y) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 896.61 | 755.04 | 684.96  648.00 | | 4/19/99 |
| 00074-2422-12 | PLUMSET SPECIALTY MICROBORE PUMP-OL (76") KIT    NA 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 845.88 | 712.32 | 481.92  344.28 | | 4/19/99 |
| 00074-2422-22 | PLUMSET SPECIALTY MICROBORE PUMP-OL (LATEX FREE, 76") KIT    NA 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 845.88 | 712.32 | 481.92  344.28 | | 2/2/01 |
| 00074-1846-02 | PONTOCAINE HCL (AMP) SOL    IJ    1% 2.00 ml 25 EA    TETRACAINE HYDROCHLORIDE | | RX | | 146.06 | 123.00 | 117.10 | | 5/7/01 |
| 00074-1849-06 | PONTOCAINE HCL (NIPHANOID AMP) PDS    IJ    20 MG 100 EA    TETRACAINE HYDROCHLORIDE | | RX | | 1,180.38 | 994.00 | 946.50 | | 5/7/01 |
| 00074-1862-01 | PONTOCAINE HCL (MONO-DROP) SOL    OP    0.5% 15.00 ml 1 EA    TETRACAINE HYDROCHLORIDE | | RX | | 22.21 | 18.70 | 17.81 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
____ OK as is          ____ OK with changes

Signature _____ Date _____

**Confidential**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 114 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1863-01 | **PONTOCAINE HCL**<br><br>SOL    OP     0.5%<br>59.00 ml 1 EA        TETRACAINE HYDROCHLORIDE | | RX | | 35.44 | 29.84 | 28.42 | | 5/7/01 |
| 00074-1866-01 | **PONTOCAINE HCL**<br><br>SOL    TP     2%<br>30.00 ml 1 EA        TETRACAINE HYDROCHLORIDE | | RX | | 13.63 | 11.48 | 10.93 | | 5/7/01 |
| 00074-1866-02 | **PONTOCAINE HCL**<br><br>SOL    TP     2%<br>120.00 ml 1 EA        TETRACAINE HYDROCHLORIDE | | RX | | 70.02 | 58.96 | 56.15 | | 5/7/01 |
| 00074-2007-01 | **PONTOCAINE HCL**<br><br>OIN    TP     0.5%<br>1.00 oz 1 EA        TETRACAINE | | OTC | | 32.05 | 26.99 | 7.77 | | 4/13/98 |
| 00074-1874-05 | **PONTOCAINE HCL/DEXTROSE**<br>(AMP, FOR SPINAL USE)<br>SOL    IJ     0.3%<br>5.00 ml 10 EA        TETRACAINE HYDROCHLORIDE | | RX | | 72.68 | 61.20 | 58.24 | | 5/7/01 |
| 00074-3294-06<br>NDA | **POTASSIUM ACETATE**<br>(VIAL, FLIPTOP, BULK)<br>SOL    IV     2 MEQ/ML<br>100.00 ml 25 EA        POTASSIUM ACETATE | | RX | | 173.08 | 145.75 | 138.75 | | 5/7/01 |
| 00074-3294-51<br>NDA | **POTASSIUM ACETATE**<br>(VIAL, FLIPTOP, BULK)<br>SOL    IV     2 MEQ/ML<br>50.00 ml 25 EA        POTASSIUM ACETATE | | RX | | 75.41 | 63.50 | 60.50 | | 5/7/01 |
| 00074-8183-01<br>NDA | **POTASSIUM ACETATE**<br>(VIAL, FLIPTOP)<br>SOL    IV     2 MEQ/ML<br>20.00 ml 25 EA        POTASSIUM ACETATE | | RX | | 39.78 | 33.50 | 32.00 | | 5/7/01 |
| 00074-1497-01<br>ANDA | **POTASSIUM CHLORIDE**<br>(VIAL, PINTOP)<br>SOL    IV     2 MEQ/ML<br>10.00 ml 25 EA        POTASSIUM CHLORIDE | AP | RX | | 84.61 | 71.25 | 67.75 | | 5/7/01 |
| 00074-1498-01<br>ANDA | **POTASSIUM CHLORIDE**<br>(VIAL, PINTOP)<br>SOL    IV     2 MEQ/ML<br>15.00 ml 25 EA        POTASSIUM CHLORIDE | AP | RX | | 91.73 | 77.25 | 73.50 | | 5/7/01 |
| 00074-1499-01<br>ANDA | **POTASSIUM CHLORIDE**<br>(VIAL, PINTOP)<br>SOL    IV     2 MEQ/ML<br>20.00 ml 25 EA        POTASSIUM CHLORIDE | AP | RX | | 114.00 | 96.00 | 91.50 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
_____OK as is          _____OK with changes

Signature _____          Date _____

**Confidential**

Red Book 00859

**MEDICAL ECONOMICS**
THOMSON HEALTHCARE

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 115 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1513-02 ANDA | POTASSIUM CHLORIDE (VIAL, BULK) SOL  IV   2 MEQ/ML 250.00 ml 12 EA   POTASSIUM CHLORIDE | AP | RX | | 74.24 | 62.52 | 57.48 | | 5/7/01 |
| 00074-3907-03 ANDA | POTASSIUM CHLORIDE (AMP) SOL  IV   2 MEQ/ML 10.00 ml 25 EA   POTASSIUM CHLORIDE | AP | RX | | 31.77 | 26.75 | 25.50 | | 5/7/01 |
| 00074-3934-02 ANDA | POTASSIUM CHLORIDE (AMP) SOL  IV   2 MEQ/ML 20.00 ml 25 EA   POTASSIUM CHLORIDE | AP | RX | | 38.00 | 32.00 | 20.25 | | 5/7/01 |
| 00074-4931-01 ANDA | POTASSIUM CHLORIDE (VIAL, PINTOP) SOL  IV   2 MEQ/ML 5.00 ml 25 EA   POTASSIUM CHLORIDE | AP | RX | | 47.50 | 40.00 | 38.00 | | 5/7/01 |
| 00074-4932-01 ANDA | POTASSIUM CHLORIDE (VIAL, PINTOP) SOL  IV   2 MEQ/ML 10.00 ml 25 EA   POTASSIUM CHLORIDE | AP | RX | | 47.50 | 40.00 | 38.00 | | 5/7/01 |
| 00074-4939-01 ANDA | POTASSIUM CHLORIDE (VIAL, PINTOP) SOL  IV   2 MEQ/ML 20.00 ml 25 EA   POTASSIUM CHLORIDE | AP | RX | | 51.36 | 43.25 | 41.25 | | 5/7/01 |
| 00074-4991-15 ANDA | POTASSIUM CHLORIDE (SRN) SOL  IV   2 MEQ/ML 5.00 ml 10 EA   POTASSIUM CHLORIDE | AP | RX | | 37.05 | 31.20 | 29.70 | | 5/7/01 |
| 00074-4992-18 ANDA | POTASSIUM CHLORIDE (SRN, UNIV ADDITIVE) SOL  IV   2 MEQ/ML 10.00 ml 10 EA   POTASSIUM CHLORIDE | AP | RX | | 92.27 | 77.70 | 32.20 | | 4/19/99 |
| 00074-4993-19 ANDA | POTASSIUM CHLORIDE (SRN, UNIV ADDITIVE) SOL  IV   1.5 MEQ/ML 20.00 ml 10 EA   POTASSIUM CHLORIDE | | RX | | 39.19 | 33.00 | 31.40 | | 5/7/01 |
| 00074-4994-19 ANDA | POTASSIUM CHLORIDE (SRN, UNIV ADDITIVE) SOL  IV   2 MEQ/ML 20.00 ml 10 EA   POTASSIUM CHLORIDE | AP | RX | | 107.11 | 90.20 | 67.90 | | 4/19/99 |
| 00074-6635-01 ANDA | POTASSIUM CHLORIDE (VIAL, FLIPTOP, 10 ML) SOL  IV   2 MEQ/ML 5.00 ml 25 EA   POTASSIUM CHLORIDE | AP | RX | | 14.84 | 12.50 | 11.25 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
___OK  as is          ___OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00860**

**MEDICAL ECONOMICS.**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 116 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK·          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP. | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6636-01 ANDA | POTASSIUM CHLORIDE (VIAL, FLIPTOP, 30 ML) SOL   IV      2 MEQ/ML 15.00 ml 25 EA      POTASSIUM CHLORIDE | AP | RX | | 17.22 | 14.50 | 13.25 | | 5/7/01 |
| 00074-6651-06 ANDA | POTASSIUM CHLORIDE (VIAL, FLIPTOP, 20 ML) SOL   IV      2 MEQ/ML 10.00 ml 25 EA      POTASSIUM CHLORIDE | AP | RX | | 15.44 | 13.00 | 10.75 | | 5/7/01 |
| 00074-6653-05 ANDA | POTASSIUM CHLORIDE (VIAL, FLIPTOP, 30 ML) SOL   IV      2 MEQ/ML 20.00 ml 25 EA      POTASSIUM CHLORIDE | AP | RX | | 20.48 | 17.25 | 16.00 | | 5/7/01 |
| 00074-7074-26 | POTASSIUM CHLORIDE (P.C.) SOL   IV      10 MEQ/100 ML 100.00 ml 24 EA   POTASSIUM CHLORIDE | | RX | | 65.84 | 55.44 | 50.40 | | 5/7/01 |
| 00074-7075-14 | POTASSIUM CHLORIDE (P.C.) SOL   IV      10 MEQ/50 ML 50.00 ml 24 EA   POTASSIUM CHLORIDE | | RX | | 65.84 | 55.44 | 50.40 | | 5/7/01 |
| 00074-7075-26 | POTASSIUM CHLORIDE (P.C.) SOL   IV      20 MEQ/100 ML 100.00 ml 24 EA   POTASSIUM CHLORIDE | | RX | | 65.84 | 55.44 | 50.40 | | 5/7/01 |
| 00074-7076-26 NDA | POTASSIUM CHLORIDE (P.C.) SOL   IV      30 MEQ/100 ML 100.00 ml 24 EA   POTASSIUM CHLORIDE | AP | RX | | 65.84 | 55.44 | 50.40 | | 5/7/01 |
| 00074-7077-14 NDA | POTASSIUM CHLORIDE (P.C.) SOL   IV      20 MEQ/50 ML 50.00 ml 24 EA   POTASSIUM CHLORIDE | AP | RX | | 65.84 | 55.44 | 50.40 | | 5/7/01 |
| 00074-7077-26 NDA | POTASSIUM CHLORIDE (P.C.) SOL   IV      40 MEQ/100 ML 100.00 ml 24 EA   POTASSIUM CHLORIDE | AP | RX | | 65.84 | 55.44 | 50.40 | | 5/7/01 |
| 00074-7115-09 NDA | POTASSIUM CHLORIDE/SODIUM CHLORIDE SOL   IV      2 MEQ/100 ML -0.9% 1,000.00 ml 12 EA   POT CL/SOD CL | AP | RX | | 104.17 | 87.72 | 82.68 | | 5/7/01 |
| 00074-7116-09 NDA | POTASSIUM CHLORIDE/SODIUM CHLORIDE SOL   IV      4 MEQ/100 ML -0.9% 1,000.00 ml 12 EA   POT CL/SOD CL | AP | RX | | 104.17 | 87.72 | 82.68 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
___ OK  as is          ___OK with changes

Signature _____   Date _____

**Confidential**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 117 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK       IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4201-01 | POTASSIUM PHOSPHATE (BULK ADD) SOL   IV      3 MM/ML 50.00 ml 25 EA      POTASSIUM PHOSPHATE | | RX | | 301.63 | 254.00 | 242.00 | | 5/7/01 |
| 00074-7295-01 | POTASSIUM PHOSPHATE (VIAL, FLIPTOP) SOL   IV      3 MM/ML 15.00 ml 25 EA      POTASSIUM PHOSPHATE | | RX | | 35.92 | 30.25 | 27.75 | | 5/7/01 |
| 00074-7296-01 | POTASSIUM PHOSPHATE (VIAL, FLIPTOP) SOL   IV      3 MM/ML 5.00 ml 25 EA      POTASSIUM PHOSPHATE | | RX | | 23.16 | 19.50 | 17.00 | | 5/7/01 |
| 00074-1638-02 NDA | PRECEDEX (VIAL,FLIPTOP,P.F.) SOL   IV      100 MCG/ML 2.00 ml 25 EA      DEXMEDETOMIDINE HYDROCHLORIDE | | RX | | 1,714.45 | 1,443.75 | 1,375.00 | | 5/7/01 |
| 00074-4968-78 | PRIMARY CONVERTABLE PIN LATEX FREE (P.B. MICRODRIP BKCK/INJ) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 806.55 | 679.20 | 128.16 | | 3/24/00 |
| 00074-1769-48 | PRIMARY IV SET-SL W/IVEX-HP (112") KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,140.57 | 960.48 | 759.84 | | 4/19/99 |
| 00074-1769-78 | PRIMARY IV SET-SL W/IVEX-HP (LATEX FREE,112") KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,140.57 | 960.48 | 759.84 | | 12/7/00 |
| 00074-3704-48 | PRIMARY MACRO IV PUMP (105", VENTED) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 856.14 | 720.96 | 570.24 377.74 | | 4/19/99 |
| 00074-1771-58 | PRIMARY NONVENTED IV SET-OL (112" W/2 SITES,LTXF,LS) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,140.57 | 960.48 | 759.84 511.92 | | 10/8/99 |
| 00074-1877-68 | PRIMARY NONVENTED IV SET-OL (BACKCHECK, 2-Y-INJ SITE) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 660.63 | 556.32 | 102.24 | | 4/19/99 |
| 00074-1791-48 | PRIMARY NONVENTED PIGGYBACK IV PUMP (100",OPTION-LOK) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX O PL | | 896.61 | 755.04 | 591.84 410.40 | | 4/19/99 |

**Instructions:** Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00862**

**MEDICAL ECONOMICS**
THOMSON HEALTHCARE

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 118 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1773-48 | **PRIMARY VENTED PIGGYBACK IV PUMP** (100",OPTION-LOK) KIT |  | RX |  | 888.06 | 747.84 | 591.84 |  | 4/19/99 |
|  | 48 EA          KIT, ADMINISTRATION, BLOOD |  |  |  |  |  |  |  |  |
| 00074-1826-02 ANDA | **PROCAINAMIDE HCL** (CARPUJECT,22G X 1 1/4") SOL    IV      500 MG/ML 2.00 ml 10 EA      PROCAINAMIDE HYDROCHLORIDE | AP | RX |  | 52.61 | 44.30 | 42.16 |  | 5/7/01 |
| 00074-1902-01 ANDA | **PROCAINAMIDE HCL** (VIAL, FLIPTOP) SOL    IV      100 MG/ML 10.00 ml 25 EA      PROCAINAMIDE HYDROCHLORIDE | AP | RX |  | 33.84 | 28.50 | 23.50 |  | 5/7/01 |
| 00074-1903-01 ANDA | **PROCAINAMIDE HCL** (VIAL, FLIPTOP) SOL    IV      500 MG/ML 2.00 ml 25 EA      PROCAINAMIDE HYDROCHLORIDE | AP | RX |  | 46.02 | 38.75 | 36.25 |  | 5/7/01 |
| 00074-1923-04 ANDA | **PROCAINE HCL** (VIAL, FLIPTOP) SOL    IJ      1% 30.00 ml 25 EA      PROCAINE HYDROCHLORIDE | AP | RX |  | 51.95 | 43.75 | 41.25 |  | 5/7/01 |
| 00074-1953-04 ANDA | **PROCAINE HCL** (VIAL, FLIPTOP) SOL    IJ      2% 30.00 ml 25 EA      PROCAINE HYDROCHLORIDE | AP | RX |  | 59.38 | 50.00 | 41.25 |  | 5/7/01 |
| 00074-1880-02 ANDA | **PROCHLORPERAZINE EDISYLATE** (CARPUJECT,22GX1-1/4") SOL    IJ      5 MG/ML 2.00 ml 10 EA      PROCHLORPERAZINE EDISYLATE | AP | RX |  | 18.53 | 15.60 | 14.60 |  | 5/7/01 |
| 00074-1880-22 ANDA | **PROCHLORPERAZINE EDISYLATE** (CARPUJECT,INTERLINK) SOL    IJ      5 MG/ML 2.00 ml 10 EA      PROCHLORPERAZINE EDISYLATE | AP | RX |  | 30.99 | 26.10 | 24.89 |  | 5/7/01 |
| 00074-1880-32 ANDA | **PROCHLORPERAZINE EDISYLATE** (CARPUJECT,LUER LOCK) SOL    IJ      5 MG/ML 2.00 ml 10 EA      PROCHLORPERAZINE EDISYLATE | AP | RX |  | 23.87 | 20.10 | 19.06 |  | 5/7/01 |
| 00074-2312-01 ANDA | **PROMETHAZINE HCL** (CARPUJECT) SOL    IJ      25 MG/ML 1.00 ml 10 EA      PROMETHAZINE HYDROCHLORIDE | AP | RX |  | 9.98 | 8.40 | 8.00 |  | 5/7/01 |
| 00074-2312-11 ANDA | **PROMETHAZINE HCL** (CARPUJECT,BLUNT CANNULA) SOL    IJ      25 MG/ML 1.00 ml 10 EA      PROMETHAZINE HYDROCHLORIDE | AP | RX |  | 10.45 | 8.80 | 8.20 |  | 9/20/00 |

**Instructions:** Please make corrections directly on this printout
____ OK as is          ____OK with changes

Signature _____    Date _____

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 119 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2312-31 ANDA | PROMETHAZINE HCL (CARPUJECT,LUER LOCK) SOL   IJ      25 MG/ML 1.00 ml 10 EA      PROMETHAZINE HYDROCHLORIDE | AP | RX | | 10.57 | 8.90 | 8.30 | | 9/20/00 |
| 00074-2335-01 ANDA | PROMETHAZINE HCL (CARPUJECT) SOL   IJ      50 MG/ML 1.00 ml 10 EA      PROMETHAZINE HYDROCHLORIDE | AP | RX | | 10.45 | 8.80 | 7.80 | | 5/7/01 |
| 00074-2335-31 ANDA | PROMETHAZINE HCL (CARPUJECT,LUER LOCK) SOL   IJ      50 MG/ML 1.00 ml 10 EA      PROMETHAZINE HYDROCHLORIDE | AP | RX | | 11.04 | 9.30 | 7.90 | | 5/7/01 |
| 00074-4818-01 | PROVIDER PUMP (72") KIT 24 EA      KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,378.26 | 1,160.64 | 964.08 | | 4/19/99 |
| 00074-4829-01 | PROVIDER PUMP (72", NON-VENTED) KIT 24 EA      KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,155.11 | 972.72 | 840.24 | | 4/19/99 |
| 00074-4839-01 | PUMP SET W/PROXIMAL MALE ADAPTER (128" W/HEMA CASSETTE) KIT 24 EA      KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 440.04 | 370.56 | 293.04 | | 4/19/99 |
| 00074-2003-01 | QUAD STAND ADAPTER (DUAL-DESIGN CLAMP) ACC 1 EA      INFUSION STAND | | OTC | | 99.03 | 83.39 | 69.94 | | 4/19/99 |
| 00074-6629-02 NDA | QUELICIN (VIAL, FLIPTOP) SOL   IV      20 MG/ML 10.00 ml 25 EA      SUCCINYLCHOLINE CHLORIDE | AP | RX | | 26.13 | 22.00 | 19.50 | | 5/7/01 |
| 00074-6642-02 NDA | QUELICIN (AMP) SOL   IV      50 MG/ML 10.00 ml 25 EA      SUCCINYLCHOLINE CHLORIDE | | RX | | 92.63 | 78.00 | 74.25 | | 5/7/01 |
| 00074-6970-10 NDA | QUELICIN (VIAL, FLIPTOP, 20 ML) SOL   IV      100 MG/ML 10.00 ml 25 EA      SUCCINYLCHOLINE CHLORIDE | | RX | | 99.75 | 84.00 | 80.00 | | 5/7/01 |
| 00074-8065-15 NDA | QUELICIN (ABBOJECT) SOL   IV      20 MG/ML 5.00 ml 10 EA      SUCCINYLCHOLINE CHLORIDE | AP | RX | | 90.01 | 75.80 | 72.20 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____ OK  as is          ____OK with changes

Signature _____     Date _____

**Confidential**

**Red Book 00864**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 120 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK            IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-5833-01 | QUIK LOK (STERILE) ACC 120 EA          KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 146.78 | 123.60 | 87.60  56.70 | | 4/19/99 |
| 00074-7982-09 NDA | RINGER'S INJECTION (LIFECARE) SOL   IJ 1,000.00 ml 12 EA   CAL CL/POT CL/SOD CL | AP | RX | | 28.36 | 23.88 | 18.84 | | 5/7/01 |
| 00074-7982-24 NDA | RINGER'S INJECTION (LIFECARE) SOL   IJ 500.00 ml 24 EA   CAL CL/POT CL/SOD CL | AP | RX | | 50.45 | 42.48 | 37.44 | | 5/7/01 |
| 00074-6140-09 NDA | RINGER'S IRRIGATION (AQUALITE) SOL   IR 1,000.00 ml 12 EA   CAL CL/POT CL/SOD CL | AT | RX | | 54.86 | 46.20 | 41.16 | | 5/7/01 |
| 00074-8076-01 | SNAP LOCK DEV 800 EA          CLIP, INFUSION LINE | | OTC | | 741.00 | 624.00 | 432.00 | | 4/19/99 |
| 00074-3299-05 NDA | SODIUM ACETATE (VIAL, FLIPTOP, BULK) SOL   IV   2 MEQ/ML 50.00 ml 25 EA   SODIUM ACETATE | | RX | | 103.61 | 87.25 | 82.25 | | 5/7/01 |
| 00074-3299-06 NDA | SODIUM ACETATE (VIAL, FLIPTOP, BULK) SOL   IV   2 MEQ/ML 100.00 ml 25 EA   SODIUM ACETATE | | RX | | 106.88 | 90.00 | 76.50 | | 5/7/01 |
| 00074-7299-01 NDA | SODIUM ACETATE (VIAL, FLIPTOP) SOL   IV   2 MEQ/ML 20.00 ml 25 EA   SODIUM ACETATE | | RX | | 42.45 | 35.75 | 34.00 | | 5/7/01 |
| 00074-1594-03 | SODIUM BICARBONATE SOL   IV   5% 500.00 ml 12 EA   SODIUM BICARBONATE | | RX | | 168.29 | 141.72 | 135.00 | | 5/7/01 |
| 00074-4103-03 | SODIUM BICARBONATE (AMP) SOL   IV   7.5% 50.00 ml 25 EA   SODIUM BICARBONATE | | RX | | 100.34 | 84.50 | 79.50 | | 5/7/01 |
| 00074-4900-18 | SODIUM BICARBONATE (INFANT ABBOJECT) SOL   IV   8.4% 10.00 ml 10 EA   SODIUM BICARBONATE | | RX | | 28.86 | 24.30 | 23.10 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
___OK  as is            ___OK with changes

Signature _____    Date _____

**Confidential**                                        **Red Book 00865**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 121 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK         IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4900-34 | SODIUM BICARBONATE (ABBOJECT,INFANT LS) SOL  IV  8.4% 10.00 ml 10 EA    SODIUM BICARBONATE | | RX | | 29.61 | 25.10 | 23.90 | | 5/7/01 |
| 00074-4916-22 | SODIUM BICARBONATE (ABBOJECT, 18GX1-1/2) SOL  IV  7.5% 50.00 ml 10 EA    SODIUM BICARBONATE | | RX | | 44.53 | 37.50 | 35.70 | | 5/7/01 |
| 00074-4916-34 | SODIUM BICARBONATE (LIFESHIELD ABBOJECT) SOL  IV  7.5% 50.00 ml 10 EA    SODIUM BICARBONATE | | RX | | 49.52 | 41.70 | 39.70 | | 5/7/01 |
| 00074-5534-18 | SODIUM BICARBONATE (INFANT ABBOJECT) SOL  IV  4.2% 10.00 ml 10 EA    SODIUM BICARBONATE | | RX | | 31.35 | 26.40 | 25.10 | | 5/7/01 |
| 00074-5534-34 | SODIUM BICARBONATE (INFANT LS ABBOJECT) SOL  IV  4.2% 10.00 ml 10 EA    SODIUM BICARBONATE | | RX | | 54.15 | 45.60 | 43.40 | | 5/7/01 |
| 00074-6625-02 | SODIUM BICARBONATE (VIAL, FLIPTOP) SOL  IV  8.4% 50.00 ml 25 EA    SODIUM BICARBONATE | | RX | | 57.59 | 48.50 | 46.00 | | 5/7/01 |
| 00074-6637-22 | SODIUM BICARBONATE (ABBOJECT, 18GX1-1/2) SOL  IV  8.4% 50.00 ml 10 EA    SODIUM BICARBONATE | | RX | | 26.48 | 22.30 | 21.20 | | 5/7/01 |
| 00074-6637-34 | SODIUM BICARBONATE (LIFESHIELD ABBOJECT) SOL  IV  8.4% 50.00 ml 10 EA    SODIUM BICARBONATE | | RX | | 34.08 | 28.70 | 27.30 | | 5/7/01 |
| 00074-1130-02 | SODIUM CHLORIDE  SOL  IV  23.4% 250.00 ml 12 EA    SODIUM CHLORIDE | | RX | | 92.77 | 78.12 | 73.08 | | 5/7/01 |
| 00074-1141-01 | SODIUM CHLORIDE (VIAL, FLIPTOP, BULK PKG) SOL  IV  23.4% 50.00 ml 25 EA    SODIUM CHLORIDE | | RX | | 70.36 | 59.25 | 56.50 | | 5/7/01 |
| 00074-1141-02 | SODIUM CHLORIDE (VIAL, FLIPTOP, BULK PKG) SOL  IV  23.4% 100.00 ml 25 EA    SODIUM CHLORIDE | | RX | | 156.75 | 132.00 | 125.75 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
____OK as is         ____OK with changes

Signature _____    Date _____

**Confidential**                          **Red Book 00866**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07845-1742
(201) 358-2228 Fax (201) 722-2668

PAGE 122 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1492-01 NDA | SODIUM CHLORIDE (VIAL, 150 ML PRESS PNTP) SOL   IV      0.9% 100.00 ml 25 EA      SODIUM CHLORIDE | AP | RX | | 97.08 | 81.75 | 76.75 | | 5/7/01 |
| 00074-1493-01 NDA | SODIUM CHLORIDE (100 ML PRESS.PNTOP VIAL) SOL   IV      0.9% 50.00 ml 25 EA      SODIUM CHLORIDE | AP | RX | | 76.00 | 64.00 | 59.00 | | 5/7/01 |
| 000741542114 NDA | SODIUM CHLORIDE (LIFECARE,SINGLE PACK,LF) SOL   IV      0.9% 50.00 ml 48 EA      SODIUM CHLORIDE | AP | RX | | 94.62 | 79.68 | 74.88 | | 5/7/01 |
| 000741542126 NDA | SODIUM CHLORIDE (LIFECARE,SINGLE PACK,LF) SOL   IV      0.9% 100.00 ml 48 EA      SODIUM CHLORIDE | AP | RX | | 177.27 | 149.28 | 74.88 | | 5/7/01 |
| 00074-1583-01 NDA | SODIUM CHLORIDE SOL   IV      0.9% 150.00 ml 12 EA      SODIUM CHLORIDE | AP | RX | | 54.86 | 46.20 | 41.25 | | 5/7/01 |
| 00074-1583-02 NDA | SODIUM CHLORIDE SOL   IV      0.9% 250.00 ml 12 EA      SODIUM CHLORIDE | AP | RX | | 56.29 | 47.40 | 41.25 | | 5/7/01 |
| 00074-1584-01 NDA | SODIUM CHLORIDE (150 ML CONTAINER) SOL   IV      0.9% 50.00 ml 12 EA      SODIUM CHLORIDE | AP | RX | | 84.36 | 71.04 | 66.00 | | 5/7/01 |
| 00074-1584-11 NDA | SODIUM CHLORIDE (150 ML CONTAINER) SOL   IV      0.9% 100.00 ml 12 EA      SODIUM CHLORIDE | AP | RX | | 147.77 | 124.44 | 118.56 | | 5/7/01 |
| 00074-1586-03 | SODIUM CHLORIDE SOL   IV      5% 500.00 ml 12 EA      SODIUM CHLORIDE | | RX | | 113.86 | 95.88 | 90.84 | | 5/7/01 |
| 00074-1811-02 | SODIUM CHLORIDE (CARPUJECT,22GX1-1/4") SOL   IV      0.9% 2.00 ml 50 EA      SODIUM CHLORIDE | EE | RX | | 40.38 | 34.00 | 32.35 | | 5/7/01 |
| 00074-1811-05 | SODIUM CHLORIDE (CARPUJECT,22GX1-1/4") SOL   IV      0.9% 5.00 ml 25 EA      SODIUM CHLORIDE | EE | RX | | 25.53 | 21.50 | 19.10 | | 4/19/99 |

Instructions:  Please make corrections directly on this printout
___ OK as is          ___OK with changes

Signature _____          Date _____

**Confidential**                    **Red Book 00867**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 123 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1812-02 | SODIUM CHLORIDE (CARPUJECT,BLUNT-CANNULA) SOL   IV     0.9% 2.00 ml 50 EA     SODIUM CHLORIDE | EE | RX | | 40.97 | 34.50 | 29.50 | | 5/7/01 |
| 00074-1812-03 | SODIUM CHLORIDE (CARPUJECT,BLUNT-CANNULA) SOL   IV     0.9% 3.00 ml 25 EA     SODIUM CHLORIDE | EE | RX | | 36.81 | 31.00 | 29.62 | | 5/7/01 |
| 00074-1812-05 | SODIUM CHLORIDE (CARPUJECT,BLUNT-CANNULA) SOL   IV     0.9% 5.00 ml 25 EA     SODIUM CHLORIDE | EE | RX | | 39.48 | 33.25 | 29.62 | | 4/19/99 |
| 00074-1812-22 | SODIUM CHLORIDE (CARPUJECT,INTERLINK,PF) SOL   IV     0.9% 2.00 ml 50 EA     SODIUM CHLORIDE | EE | RX | | 49.88 | 42.00 | 37.00 | | 5/7/01 |
| 00074-1812-23 | SODIUM CHLORIDE (CARPUJECT,INTERLINK,PF) SOL   IV     0.9% 3.00 ml 25 EA     SODIUM CHLORIDE | EE | RX | | 31.77 | 26.75 | 21.75 | | 5/7/01 |
| 00074-1812-25 | SODIUM CHLORIDE (CARPUJECT,INTERLINK,PF) SOL   IV     0.9% 5.00 ml 25 EA     SODIUM CHLORIDE | EE | RX | | 39.48 | 33.25 | 23.00 | | 4/19/99 |
| 00074-1885-02 | SODIUM CHLORIDE (CARPUJECT, 25GX5/8") SOL   IV     0.9% 2.00 ml 50 EA     SODIUM CHLORIDE | EE | RX | | 34.44 | 29.00 | 24.00 | | 5/7/01 |
| 00074-1885-03 | SODIUM CHLORIDE (CARPUJECT, 25GX5/8") SOL   IV     0.9% 3.00 ml 25 EA     SODIUM CHLORIDE | EE | RX | | 21.97 | 18.50 | 17.60 | | 5/7/01 |
| 00074-1885-05 | SODIUM CHLORIDE (CARPUJECT, 25GX5/8") SOL   IV     0.9% 5.00 ml 25 EA     SODIUM CHLORIDE | EE | RX | | 23.75 | 20.00 | 19.10 | | 5/7/01 |
| 00074-1885-12 | SODIUM CHLORIDE (2 CARPUJECT,25GX5/8") KIT   IV     0.9% 50 EA     SODIUM CHLORIDE | EE | RX | | 80.75 | 68.00 | 64.68 | | 5/7/01 |
| 00074-1918-32 | SODIUM CHLORIDE (CARPUJECT,LUER LOCK) SOL   IV     0.9% 2.00 ml 50 EA     SODIUM CHLORIDE | EE | RX | | 46.91 | 39.50 | 34.50 | | 5/7/01 |

Instructions:   Please make corrections directly on this printout
_____OK  as is          _____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00868**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### *REDBOOK* Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 124 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name:  JERRIE CICERALE
Phone Number:  800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1918-33 | SODIUM CHLORIDE (CARPUJECT,LUER LOCK) SOL    IV      0.9% 5.00 ml 25 EA      SODIUM CHLORIDE | EE | RX | | 35.03 | 29.50 | 28.00 | | 5/7/01 |
| 00074-1918-35 | SODIUM CHLORIDE (CARPUJECT,LUER LOCK) SOL    IV      0.9% 5.00 ml 25 EA      SODIUM CHLORIDE | EE | RX | | 34.73 | 29.25 | 27.93 | | 5/7/01 |
| 00074-2102-02 NDA | SODIUM CHLORIDE (VIAL) SOL    IV      0.9% 2.00 ml 25 EA      SODIUM CHLORIDE | AP | RX | | 12.47 | 10.50 | 9.25 | | 5/7/01 |
| 00074-2102-05 NDA | SODIUM CHLORIDE (VIAL) SOL    IV      0.9% 5.00 ml 25 EA      SODIUM CHLORIDE | AP | RX | | 13.36 | 11.25 | 10.00 | | 5/7/01 |
| 00074-2102-30 NDA | SODIUM CHLORIDE (VIAL,ALUER) SOL    IV      0.9% 5.00 ml 25 EA      SODIUM CHLORIDE | AP | RX | | 16.33 | 13.75 | 10.00 | | 5/7/01 |
| 00074-2102-32 NDA | SODIUM CHLORIDE (VIAL,ALUER) SOL    IV      0.9% 10.00 ml 25 EA      SODIUM CHLORIDE | AP | RX | | 17.22 | 14.50 | 10.68 | | 5/7/01 |
| 00074-4219-02 | SODIUM CHLORIDE (BULK ADDITIVE SOLUTION) SOL    IV      2.5% 250.00 ml 12 EA      SODIUM CHLORIDE | | RX | | 59.28 | 49.92 | 44.88 | | 5/7/01 |
| 00074-4888-10 NDA | SODIUM CHLORIDE (VIAL, FLIPTOP, ADDITIVE) SOL    IV      0.9% 10.00 ml 25 EA      SODIUM CHLORIDE | AP | RX | | 11.88 | 10.00 | 9.50 | | 5/7/01 |
| 00074-4888-12 | SODIUM CHLORIDE (VIAL,FLIPTOP,LIFESHIELD) SOL    IV      0.9% 10.00 ml 25 EA      SODIUM CHLORIDE | AP | RX | | 13.95 | 11.75 | 8.75 | | 5/7/01 |
| 00074-4888-20 NDA | SODIUM CHLORIDE (VIAL, FLIPTOP, ADDITIVE) SOL    IV      0.9% 20.00 ml 25 EA      SODIUM CHLORIDE | AP | RX | | 16.92 | 14.25 | 13.00 | | 5/7/01 |
| 00074-4888-50 NDA | SODIUM CHLORIDE (VIAL, FLIPTOP, ADDITIVE) SOL    IV      0.9% 50.00 ml 25 EA      SODIUM CHLORIDE | AP | RX | | 29.69 | 25.00 | 23.75 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____          Date _____

**Confidential**

**Red Book 00869**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 125 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK      IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4888-70 | SODIUM CHLORIDE (VIAL,PLASTIC ALUER) SOL   IV   0.9% 10.00 ml 25 EA     SODIUM CHLORIDE | AP | RX | | 13.66 | 11.50 | 11.00 | | 5/7/01 |
| 00074-4888-99 NDA | SODIUM CHLORIDE (VIAL, FLIPTOP, ADDITIVE) SOL   IV   0.9% 100.00 ml 25 EA    SODIUM CHLORIDE | AP | RX | | 40.67 | 34.25 | 29.25 | | 5/7/01 |
| 00074-5365-05 NDA | SODIUM CHLORIDE (ANSYR,FOR IV FLUSH) SOL   IV   0.9% 5.00 ml 200 EA    SODIUM CHLORIDE | AP | RX | | 285.00 | 240.00 60.00 | 192.00 48.00 | | 12/3/99 |
| 00074-5365-10 | SODIUM CHLORIDE (SRN,FOR IV FLUSH) SOL   IV   0.9% 10.00 ml 50 EA    SODIUM CHLORIDE | AP | RX | | 119.94 | 101.00 | 96.00 | | 5/7/01 |
| 00074-6138-03 NDA | SODIUM CHLORIDE (AQUALITE) SOL   IR   0.9% 500.00 ml 24 EA    SODIUM CHLORIDE | AT | RX | | 49.88 | 42.00 | 28.80 | | 5/7/01 |
| 00074-6138-22 NDA | SODIUM CHLORIDE (AQUALITE) SOL   IR   0.9% 250.00 ml 24 EA    SODIUM CHLORIDE | AT | RX | | 45.60 | 38.40 | 33.36 | | 5/7/01 |
| 00074-6147-36 NDA | SODIUM CHLORIDE (AQUALITE) SOL   IR   0.45% 1,500.00 ml 9 EA    SODIUM CHLORIDE | AT | RX | | 39.01 | 32.85 | 27.81 | | 5/7/01 |
| 00074-6657-73 | SODIUM CHLORIDE (VIAL, FLIPTOP, 50MEQ) SOL   IV   14.6% 20.00 ml 25 EA    SODIUM CHLORIDE | | RX | | 24.64 | 20.75 | 19.50 | | 5/7/01 |
| 00074-6660-75 | SODIUM CHLORIDE (VIAL, FLIPTOP, ADDITIVE) SOL   IV   14.6% 40.00 ml 25 EA    SODIUM CHLORIDE | | RX | | 18.70 | 15.75 | 14.50 | | 5/7/01 |
| 00074-7101-02 NDA | SODIUM CHLORIDE (ADD-VANTAGE, LIFECARE) SOL   IV   0.9% 250.00 ml 24 EA    SODIUM CHLORIDE | AP | RX | | 81.51 | 68.64 | 63.60 | | 5/7/01 |
| 00074-7101-13 NDA | SODIUM CHLORIDE (ADD-VANT,LIFECARE,P.F.) SOL   IV   0.9% 50.00 ml 48 EA    SODIUM CHLORIDE | AP | RX | | 122.55 | 103.20 | 98.40 | | 5/7/01 |

Handwritten annotation across row 00074-5365-05: "50 FIXED"

Instructions:   Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00870**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 126 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL      600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7101-23 NDA | SODIUM CHLORIDE (ADD-VANT,LIFECARE,P.F.) SOL IV 0.9% 100.00 ml 48 EA     SODIUM CHLORIDE | AP | RX | | 143.07 | 120.48 | 98.40 | | 5/7/01 |
| 00074-7101-66 NDA | SODIUM CHLORIDE (ADD-VANT,LIFECARE,P.F.) SOL IV 0.9% 50.00 ml 50 EA     SODIUM CHLORIDE | AP | RX | | 127.66 | 107.50 | 81.50 | | 5/7/01 |
| 00074-7101-67 NDA | SODIUM CHLORIDE (ADD-VANT,LIFECARE,P.F.) SOL IV 0.9% 100.00 ml 50 EA     SODIUM CHLORIDE | AP | RX | | 149.03 | 125.50 | 81.50 | | 5/7/01 |
| 00074-7132-02 NDA | SODIUM CHLORIDE (ADD-VANTAGE) SOL IV 0.45% 250.00 ml 24 EA     SODIUM CHLORIDE | AP | RX | | 135.95 | 114.48 | 108.96 | | 5/7/01 |
| 00074-7132-13 NDA | SODIUM CHLORIDE (ADD-VANTAGE) SOL IV 0.45% 50.00 ml 48 EA     SODIUM CHLORIDE | AP | RX | | 226.29 | 190.56 | 75.84 | | 5/7/01 |
| 00074-7132-23 NDA | SODIUM CHLORIDE (ADD-VANTAGE) SOL IV 0.45% 100.00 ml 48 EA     SODIUM CHLORIDE | AP | RX | | 249.09 | 209.76 | 79.68 | | 5/7/01 |
| 00074-7132-66 NDA | SODIUM CHLORIDE (ADD-VANTAGE) SOL IV 0.45% 50.00 ml 50 EA     SODIUM CHLORIDE | AP | RX | | 235.72 | 198.50 | 79.00 | | 5/7/01 |
| 00074-7132-67 NDA | SODIUM CHLORIDE (ADD-VANTAGE) SOL IV 0.45% 100.00 ml 50 EA     SODIUM CHLORIDE | AP | RX | | 259.47 | 218.50 | 83.00 | | 5/7/01 |
| 00074-7138-09 NDA | SODIUM CHLORIDE (AQUALITE W/HANGER) SOL IR 0.9% 1,000.00 ml 12 EA     SODIUM CHLORIDE | AT | RX | | 25.37 | 21.36 | 16.32 | | 5/7/01 |
| 00074-7138-36 NDA | SODIUM CHLORIDE (AQUALITE W/HANGER) SOL IR 0.9% 1,500.00 ml 9 EA     SODIUM CHLORIDE | AT | RX | | 27.79 | 23.40 | 18.36 | | 5/7/01 |
| 00074-7730-20 NDA | SODIUM CHLORIDE (QUAD-PK) SOL IV 0.45% 25.00 ml 48 EA     SODIUM CHLORIDE | AP | RX | | 257.64 | 216.96 | 102.72 | | 5/7/01 |

Instructions:   Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00871**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 127 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7730-36 NDA | SODIUM CHLORIDE<br>SOL   IV   0.45%<br>50.00 ml 80 EA      SODIUM CHLORIDE | AP | RX | | 367.65 | 309.60 | 295.20 | | 5/7/01 |
| 00074-7730-37 NDA | SODIUM CHLORIDE<br>SOL   IV   0.45%<br>100.00 ml 80 EA      SODIUM CHLORIDE | AP | RX | | 419.90 | 353.60 | 171.20 | | 5/7/01 |
| 00074-7972-05 NDA | SODIUM CHLORIDE<br>(FLEXIBLE CONTAINER)<br>SOL   IR   0.9%<br>1,000.00 ml 12 EA  .SODIUM CHLORIDE | AT | RX | | 54.58 | 45.96 | 40.92 | | 5/7/01 |
| 00074-7972-07 NDA | SODIUM CHLORIDE<br>(FLEXIBLE CONTAINER)<br>SOL   IR   0.9%<br>2,000.00 ml 6 EA      SODIUM CHLORIDE | AT | RX | | 43.68 | 36.78 | 31.80 | | 5/7/01 |
| 00074-7972-08 NDA | SODIUM CHLORIDE<br>(FLEXIBLE CONTAINER)<br>SOL   IR   0.9%<br>3,000.00 ml 4 EA      SODIUM CHLORIDE | AT | RX | | 38.67 | 32.56 | 27.56 | | 5/7/01 |
| 00074-7975-07 NDA | SODIUM CHLORIDE<br>SOL   IR   0.45%<br>2,000.00 ml 6 EA      SODIUM CHLORIDE | AT | RX | | 43.68 | 36.78 | 31.80 | | 5/7/01 |
| 00074-7983-02 NDA | SODIUM CHLORIDE<br>(LIFECARE,P.C.,LTX FREE)<br>SOL   IV   0.9%<br>250.00 ml 24 EA      SODIUM CHLORIDE | AP | RX | | 37.91 | 31.92 | 26.88 | | 5/7/01 |
| 00074-7983-03 NDA | SODIUM CHLORIDE<br>(LIFECARE,P.C.,LTX FREE)<br>SOL   IV   0.9%<br>500.00 ml 24 EA      SODIUM CHLORIDE | AP | RX | | 52.73 | 44.40 | 24.48 | | 5/7/01 |
| 00074-7983-09 NDA | SODIUM CHLORIDE<br>(LIFECARE,P.C.,LTX FREE)<br>SOL   IV   0.9%<br>1,000.00 ml 12 EA  SODIUM CHLORIDE | AP | RX | | 27.79 | 23.40 | 12.24 | | 5/7/01 |
| 00074-7983-53 NDA | SODIUM CHLORIDE<br>(LIFECARE,2 PORTS,PC,LF)<br>SOL   IV   0.9%<br>250.00 ml 24 EA      SODIUM CHLORIDE | AP | RX | | 50.45 | 42.48 | 37.44 | | 5/7/01 |
| 00074-7983-55 NDA | SODIUM CHLORIDE<br>(LIFECARE,2 PORTS,PC,LF)<br>SOL   IV   0.9%<br>500.00 ml 18 EA      SODIUM CHLORIDE | AP | RX | | 43.39 | 36.54 | 31.50 | | 5/7/01 |

**Instructions:** Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00872**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 128 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7983-61 NDA | SODIUM CHLORIDE (LIFECARE,P.C.,LTX FREE) SOL   IV    0.9% 150.00 ml 32 EA     SODIUM CHLORIDE | AP | RX | | 46.74 | 39.36 | 34.24 | | 5/7/01 |
| 00074-7984-20 NDA | SODIUM CHLORIDE (LIFECARE,QUAD PACK,LF) SOL   IV    0.9% 25.00 ml 48 EA     SODIUM CHLORIDE | AP | RX | | 128.25 | 108.00 | 102.72 | | 5/7/01 |
| 00074-7984-36 NDA | SODIUM CHLORIDE (LIFECARE,QUAD PACK,LF) SOL   IV    0.9% 50.00 ml 80 EA     SODIUM CHLORIDE | AP | RX | | 161.50 | 136.00 | 129.60 | | 5/7/01 |
| 00074-7984-37 NDA | SODIUM CHLORIDE (LIFECARE,QUAD PACK,LF) SOL   IV    0.9% 100.00 ml 80 EA     SODIUM CHLORIDE | AP | RX | | 200.45 | 168.80 | 129.60 | | 5/7/01 |
| 00074-7985-02 NDA | SODIUM CHLORIDE SOL   IV    0.45% 250.00 ml 24 EA     SODIUM CHLORIDE | AP | RX | | 36.48 | 30.72 | 29.28 | | 5/7/01 |
| 00074-7985-03 NDA | SODIUM CHLORIDE (LIFECARE) SOL   IV    0.45% 500.00 ml 24 EA     SODIUM CHLORIDE | AP | RX | | 37.34 | 31.44 | 26.40 | | 5/7/01 |
| 00074-7985-09 NDA | SODIUM CHLORIDE (LIFECARE) SOL   IV    0.45% 1,000.00 ml 12 EA   SODIUM CHLORIDE | AP | RX | | 21.80 | 18.36 | 13.32 | | 5/7/01 |
| 00074-1966-04 NDA | SODIUM CHLORIDE BACTERIOSTATIC (VIAL, FLIPTOP) SOL   IV    0.9% 10.00 ml 25 EA     SODIUM CHLORIDE | AP | RX | | 16.63 | 14.00 | 13.25 | | 5/7/01 |
| 00074-1966-05 NDA | SODIUM CHLORIDE BACTERIOSTATIC (VIAL, FLIPTOP) SOL   IV    0.9% 20.00 ml 25 EA     SODIUM CHLORIDE | AP | RX | | 19.89 | 16.75 | 15.50 | | 5/7/01 |
| 00074-1966-07 NDA | SODIUM CHLORIDE BACTERIOSTATIC (VIAL, FLIPTOP PLASTIC) SOL   IV    0.9% 30.00 ml 25 EA     SODIUM CHLORIDE | AP | RX | | 23.16 | 19.50 | 10.75 | | 5/7/01 |
| 00074-1966-12 NDA | SODIUM CHLORIDE BACTERIOSTATIC (FLIPTOP,LS-PLASTIC) SOL   IV    0.9% 10.00 ml 25 EA     SODIUM CHLORIDE | AP | RX | | 18.41 | 15.50 | 10.75 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK  as is              ____OK with changes

Signature _____ Date _____

**Confidential**

**Red Book 00873**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 129 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1966-14 NDA | SODIUM CHLORIDE BACTERIOSTATIC (FLIPTOP,LS-PLASTIC) SOL   IV      0.9% 30.00 ml 25 EA     SODIUM CHLORIDE | AP | RX | | 24.94 | 21.00 | 16.50 | | 5/7/00 |
| 00074-7067-30 NDA | SODIUM CHLORIDE BACTERIOSTATIC (FLIPTOP,LS-GLASS) SOL   IV      0.9% 30.00 ml 25 EA     SODIUM CHLORIDE | AP | RX | | 25.23 | 21.25 | 18.75 | | 5/7/01 |
| 00074-1984-14 ANDA | SODIUM CHLORIDE/TOBRAMYCIN SULFATE SOL   IV      0.9%-80 MG/50 ML 50.00 ml 24 EA     SOD CL/TOBRAMYCIN SULF | | RX | | 689.42 | 580.56 | 234.00 | | 4/19/99 |
| 00074-3469-13 ANDA | SODIUM CHLORIDE/TOBRAMYCIN SULFATE (PREMIX) SOL   IV      0.9%-60 MG/50 ML 50.00 ml 24 EA     SOD CL/TOBRAMYCIN SULF | | RX | | 212.04 | 178.56 | 170.16 | | 5/7/01 |
| 00074-3470-23 ANDA | SODIUM CHLORIDE/TOBRAMYCIN SULFATE (PREMIX) SOL   IV      0.9%-80 MG/100 ML 100.00 ml 24 EA     SOD CL/TOBRAMYCIN SULF | | RX | | 222.87 | 187.68 | 178.80 | | 5/7/01 |
| 00074-6664-02 NDA | SODIUM LACTATE (VIAL, FLIPTOP) SOL   IV      5 MEQ/ML 10.00 ml 25 EA     SODIUM LACTATE | | RX | | 55.22 | 46.50 | 44.00 | | 5/7/01 |
| 00074-3295-51 | SODIUM PHOSPHATE (VIAL, FLIPTOP, BULK) SOL   IV      3 MM/ML 50.00 ml 25 EA     SODIUM PHOSPHATE | | RX | | 170.11 | 143.25 | 136.50 | | 5/7/01 |
| 00074-7391-72 | SODIUM PHOSPHATE (VIAL, FLIPTOP) SOL   IV      3 MM/ML 15.00 ml 25 EA     SODIUM PHOSPHATE | | RX | | 35.63 | 30.00 | 28.50 | | 5/7/01 |
| 00074-1717-02 | SOLUSET (250X15 W/CAIR CLAMP) KIT 20 EA     KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 763.09 | 642.60 | 402.80 115.14 | | 4/19/99 |
| 00074-1726-02 | SOLUSET (100X15 W/CAIR, VENTED) KIT 20 EA     KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 545.06 | 459.00 | 287.80 82.32 | | 4/19/99 |
| 00074-1753-02 | SOLUSET (150X15 PUMP SET, VENTED) KIT 24 EA     KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 554.61 | 467.04 | 369.60 | | 4/19/99 |

**Instructions:** Please make corrections directly on this printout
___OK  as is         ___OK with changes

Signature _____    Date _____

**Confidential**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 130 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name:  JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1770-01 | SOLUSET (150X15 W/UPR-Y/IVEX-HP) KIT 24 EA         KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 668.33 | 562.80 | 445.44  *D 300.24* | | 4/19/99 |
| 00074-1817-01 | SOLUSET (150X15 PUMP SET, NV) KIT 24 EA         KIT, ADMINISTRATION, INTRAVENOUS | *DEACT 5/7/01* | OTC | | 554.61 | 467.04 | 369.60  *249.12*  *D.* | | 4/19/99 |
| 00074-1864-68 | SOLUSET (NV,150X60 FILTER W/CAIR) KIT 20 EA         KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 578.79 | 487.40 | 314.60  *102.40 D* | | 4/19/99 |
| 00074-1876-68 | SOLUSET (NV,150X60 W/CAIR CLAMP) KIT 20 EA         KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 526.78 | 443.60 | 266.20 | | 4/19/99 |
| 00074-1882-68 | SOLUSET (150X60 W/CAIR CLAMP) KIT 20 EA         KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 581.16 | 489.40 | 306.80 | | 4/19/99 |
| 00074-1991-68 | SOLUSET (150X60/IVEX-2 FILT&CAIR) KIT 20 EA         KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 687.09 | 578.60 | 403.20  *208.78 D* | | 4/19/99 |
| 00074-4965-68 | SOLUSET (100X60 W/CAIR, VENTED) KIT 20 EA         KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 563.83 | 474.80 | 297.40  *85.02 D.* | | 4/19/99 |
| 00074-4966-68 | SOLUSET (150X60 W/CAIR CLAMP) KIT 20 EA         KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 619.16 | 521.40 | 327.00  *93.48 D.* | | 4/19/99 |
| 00074-9245-68 | SOLUSET (50X60 I.V. MICRO PMP-SL) KIT 24 EA         KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 662.06 | 557.52 | 437.28 | | 4/19/99 |
| 00074-9246-68 | SOLUSET (50X60 MICRO PUMP/Y/IVEX) KIT 24 EA         KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 670.04 | 564.24 | 442.08  *377.81 D.* | | 4/19/99 |
| 00074-9247-68 | SOLUSET (150X60 I.V. PUMP SET) KIT 24 EA         KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 557.46 | 469.44 | 367.92  *269.24 D.* | | 4/19/99 |

Instructions:   Please make corrections directly on this printout
____OK as is              ____OK with changes

Signature _____   Date _____

**Confidential**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 131 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK      IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-9248-68 | SOLUSET (150X60 MICRO PMP/Y/IVEX) KIT 24 EA          KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 660.63 | 556.32 | 436.32  327.85 | | 4/19/99 |
| 00074-4525-48 | SOLUTION ADDITIVE INLINE FILTER (18", 1 MICRON FILTER) KIT 48 EA          DEVICE | | OTC | | 641.82 | 540.48 | 73.92 | | 4/19/99 |
| 00074-6144-36 NDA | SORBITOL-MANNITOL (AQUALITE) SOL    IR      540 MG-2.7 GM/100 ML 1,500.00 ml 9 EA    MANNITOL/SORBITOL | AT | RX | | 37.19 | 31.32 | 26.28 | | 5/7/01 |
| 00074-7981-08 NDA | SORBITOL-MANNITOL SOL    IR      540 MG-2.7 GM/100 ML 3,000.00 ml 4 EA    MANNITOL/SORBITOL | AT | RX | | 52.49 | 44.20 | 39.20 | | 5/7/01 |
| 00074-1224-20 | SPINAL-22 ANESTHESIA TRAY (3-1/2" QUINCKE) KIT    IJ 10 EA          BUPIV/DEXTROSE/EPI HCL/LIDO HCL | | RX | | 378.69 | 318.90 | 172.09 | | 4/19/99 |
| 00074-4733-20 | SPINAL-22 ANESTHESIA TRAY (3-1/2" QUINCKE) KIT    IJ      10%-1%-1% 10 EA          DEXTROSE/LIDO HCL/TETRA | | RX | | 384.51 | 323.80 | 161.59 | | 4/19/99 |
| 00074-4773-20 | SPINAL-22 ANESTHESIA TRAY (3-1/2" QUINCKE) KIT    IJ 10 EA          DEXTROSE/EPI HCL/LIDO, LOCAL/TETRA | | RX | | 385.70 | 324.80 | 235.30 | | 4/19/99 |
| 00074-4805-20 | SPINAL-22 ANESTHESIA TRAY (3-1/2" WHITACRE) KIT    IJ 10 EA          DEXTROSE/EPI HCL/LIDO, LOCAL/TETRA | | RX | | 506.47 | 426.50 | 219.80 | | 4/19/99 |
| 00074-1225-20 | SPINAL-25 ANESTHESIA TRAY (3-1/2" QUINCKE) KIT    IJ 10 EA          BUPIV/DEXTROSE/EPI HCL/LIDO HCL | | RX | | 386.89 | 325.80 | 176.75 | | 4/19/99 |
| 00074-4735-20 | SPINAL-25 ANESTHESIA TRAY (3-1/2" QUINCKE W/INTRO) KIT    IJ      10%-1%-1% 10 EA          DEXTROSE/LIDO HCL/TETRA | | RX | | 391.64 | 329.80 | 171.41 | | 4/19/99 |
| 00074-4774-21 | SPINAL-25 ANESTHESIA TRAY (3 1/2" QUINCKE W/INTRO) KIT    IJ 10 EA          DEXTROSE/EPI HCL/LIDO, LOCAL/TETRA | | RX | | 375.01 | 315.80 | 240.40 | | 4/7/97 |

**Instructions:** Please make corrections directly on this printout
____OK as is        ____OK with changes

Signature _____    Date _____

**Confidential**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 132 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3099-20 | SPINAL-26 ANESTHESIA TRAY (3 1/2" QUINCKE) KIT    IJ 10 EA          BUPIV/DEXTROSE/EPI HCL/LIDO HCL | | RX | | 400.31 | 337.10 | 256.30 | | 4/7/97 |
| 00074-4796-20 | SPINAL-26 ANESTHESIA TRAY (3 1/2" QUINCKE) KIT    IJ 10 EA          DEXTROSE/EPI HCL/LIDO, LOCAL/TETRA | | RX | | 400.31 | 337.10 | 256.30 | | 4/7/97 |
| 00074-3380-31 ANDA | SUFENTANIL CITRATE (AMP) SOL    IJ    50 MCG/ML 1.00 ml 10 EA    SUFENTANIL CITRATE | AP | CII | | 60.56 | 51.00 | 48.60 | | 5/7/01 |
| 00074-3380-32 ANDA | SUFENTANIL CITRATE (AMP) SOL    IJ    50 MCG/ML 2.00 ml 10 EA    SUFENTANIL CITRATE | AP | CII | | 106.40 | 89.60 | 85.30 | | 5/7/01 |
| 00074-3380-35 ANDA | SUFENTANIL CITRATE (AMP) SOL    IJ    50 MCG/ML 5.00 ml 10 EA    SUFENTANIL CITRATE | AP | CII | | 220.76 | 185.90 | 177.00 | | 5/7/01 |
| 00074-3382-21 ANDA | SUFENTANIL CITRATE (VIAL, FLIPTOP) SOL    IJ    50 MCG/ML 1.00 ml 10 EA    SUFENTANIL CITRATE | AP | CII | | 116.61 | 98.20 | 93.50 | | 5/7/01 |
| 00074-3382-22 ANDA | SUFENTANIL CITRATE (VIAL, FLIPTOP) SOL    IJ    50 MCG/ML 2.00 ml 10 EA    SUFENTANIL CITRATE | AP | CII | | 206.51 | 173.90 | 165.60 | | 5/7/01 |
| 00074-3382-25 ANDA | SUFENTANIL CITRATE (VIAL, FLIPTOP) SOL    IJ    50 MCG/ML 5.00 ml 10 EA    SUFENTANIL CITRATE | AP | CII | | 244.98 | 206.30 | 196.50 | | 5/7/01 |
| 00074-1837-01 | SYRINGE FILTER 1.0 MICRON ACC 48 EA          FILTER, SYRINGE | | RX | | 257.07 | 216.48 | 146.88 110.44 | | 4/19/99 |
| 00074-1920-10 NDA | TALWIN LACTATE (VIAL) SOL    IJ    30 MG/ML 10.00 ml 1 EA    PENTAZOCINE LACTATE | | CIV | | 41.65 | 35.07 | 33.40 | | 5/7/01 |
| 00074-1937-01 | TALWIN LACTATE (CARPUJECT) SOL    IJ    30 MG/ML 1.00 ml 10 EA    PENTAZOCINE LACTATE | | CIV | | 24.94 | 21.00 | 20.00 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____          Date _____

Confidential          Red Book 00877

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 133 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK       IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINISTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1937-31 | **TALWIN LACTATE** (CARPUJECT,LUER LOCK) SOL    IJ        30 MG/ML 1.00 ml 10 EA        PENTAZOCINE LACTATE | | CIV | | 28.74 | 24.20 | 23.00 | | 5/7/01 |
| 00074-1938-02 NDA | **TALWIN LACTATE** (CARPUJECT,22GX1-1/4") SOL    IJ        30 MG/ML 2.00 ml 10 EA        PENTAZOCINE LACTATE | | CIV | | 29.93 | 25.20 | 24.00 | | 5/7/01 |
| 00074-1941-01 NDA | **TALWIN LACTATE** (UNI-AMP) SOL    IJ        30 MG/ML 1.00 ml 25 EA        PENTAZOCINE LACTATE | | CIV | | 126.17 | 106.25 | 101.25 | | 5/7/01 |
| 00074-1941-11 NDA | **TALWIN LACTATE** (AMP,UNI-NEST) SOL    IJ        30 MG/ML 1.00 ml 25 EA        PENTAZOCINE LACTATE | | CIV | | 148.44 | 125.00 | 101.25 | | 5/15/00 |
| 00007-5082-16 ANDA | **TAZICEF** (VIAL) PDS    IJ        1 GM 25 EA        CEFTAZIDIME | AP | RX | | 534.97 | 450.50 | 288.75 | | 4/19/99 |
| 00007-5083-11 ANDA | **TAZICEF** (P.B.) PDS    IJ        1 GM 10 EA        CEFTAZIDIME | AP | RX | | 219.45 | 184.80 | 115.50 | | 4/19/99 |
| 00007-5084-11 ANDA | **TAZICEF** (VIAL) PDS    IJ        2 GM 10 EA        CEFTAZIDIME | AP | RX | | 427.86 | 360.30 | 237.10 | | 4/19/99 |
| 00007-5085-11 ANDA | **TAZICEF** (P.B.) PDS    IJ        2 GM 10 EA        CEFTAZIDIME | AP | RX | | 433.44 | 365.00 | 238.90 | | 4/19/99 |
| 00007-5086-11 ANDA | **TAZICEF** (VIAL, BULK) PDS    IJ        6 GM 10 EA        CEFTAZIDIME | AP | RX | | 1,244.86 | 1,048.30 | 663.30 | | 4/19/99 |
| 00007-5090-16 ANDA | **TAZICEF** (ADD-VANTAGE) PDS    IJ        1 GM 25 EA        CEFTAZIDIME | AP | RX | | 541.50 | 456.00 | 300.00 | | 4/19/99 |
| 00007-5091-11 ANDA | **TAZICEF** (ADD-VANTAGE) PDS    IJ        2 GM 10 EA        CEFTAZIDIME | AP | RX | | 433.08 | 364.70 | 240.00 | | 4/19/99 |

**Instructions:** Please make corrections directly on this printout
____OK  as is           ____OK with changes

Signature _____    Date _____

**Confidential**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 134 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1593-04 | **THAM** <br> SOL   IV    3.6 GM/100 ML <br> 500.00 ml 6 EA    TROMETHAMINE | | RX | | 1,062.98 | 895.14 | 852.54 | | 4/19/99 |
| 00074-2174-01 <br> ANDA | **THIAMINE HCL** <br> (CARPUJECT,22GX1-1/4") <br> SOL   IJ    100 MG/ML <br> 1.00 ml 10 EA    VITAMIN B1 | AP | RX | | 21.49 | 18.10 | 17.05 | | 5/7/01 |
| 00703-4301-02 | **THIOTEPA** <br> (S.D.V.) <br> PDS   IJ    15 MG <br> 5 EA    THIOTEPA | EE | RX | | 742.19 | 625.00 | 500.00 <br><br> 593.75  A | | 1/24/01 |
| 00703-4303-01 | **THIOTEPA** <br> (S.D.V.) <br> PDS   IJ    30 MG <br> 1 EA    THIOTEPA | | RX | | 296.88 | 250.00 | 200.00 <br><br> 237.50  A | | 1/24/01 |
| 00074-3232-01 | **THREE-WAY STOPCOCK** <br> (STERILE PACK) <br> ACC <br> 50 EA    STOPCOCK | | OTC | | 122.31 | 103.00 | 60.00 | | 4/19/99 |
| 00074-3230-01 | **THREE-WAY STOPCOCK EXTENSION** <br> (20" W/OPTION-LOK) <br> KIT <br> 50 EA    KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 271.34 | 228.50 | 152.00 <br><br> 97.88  D· | | 4/19/99 |
| 00074-3231-01 | **THREE-WAY STOPCOCK EXTENSION** <br> (36" W/OPTION-LOK) <br> KIT <br> 50 EA    KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 283.22 | 238.50 | 158.00 <br><br> 101.63  D· | | 4/19/99 |
| 00074-3234-01 | **THREE-WAY STOPCOCK EXTENSION 20-SL** <br> (W/NON-REMOVABLE RESEAL) <br> KIT <br> 50 EA    KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 271.34 | 228.50 | 152.00 <br><br> 97.88  D· | | 4/19/99 |
| 00074-3235-01 | **THREE-WAY STOPCOCK EXTENSION 36-SL** <br> (W/NON-REMOVABLE RESEAL) <br> KIT <br> 50 EA    KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 283.22 | 238.50 | 158.00 <br><br> 101.63  D· | | 4/19/99 |
| 00074-3233-01 | **THREE-WAY STOPCOCK W/MALE LUER LOCK** <br> (LATEX FREE) <br> ACC <br> 50 EA    STOPCOCK | | OTC | | 201.28 | 169.50 | 112.50 <br><br> 72.38  D· | | 4/19/99 |
| 00029-6552-26 <br> NDA | **TICAR** <br> (VIAL) <br> PDS   IJ    3 GM <br> 10 EA    TICARCILLIN DISODIUM | | RX | | 134.31 | 113.10 | 78.00 <br><br> 94.37 | | 4/19/99 |

Instructions:  Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____          Date _____

**Confidential**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 135 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-8883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00029-6558-21 NDA | TICAR (VIAL, BULK) PDS   IJ        20 GM 10 EA         TICARCILLIN DISODIUM | | RX | | 824.96 | 694.70 | 480.10  580.39 | | 4/19/99 |
| 00074-3254-03 ANDA | TOBRAMYCIN SULFATE (VIAL, ADD-VANTAGE) SOL   IJ        10 MG/ML 6.00 ml 25 EA     TOBRAMYCIN SULFATE | AP | RX | | 394.25 | 332.00 | 316.25 | | 5/7/01 |
| 00074-3255-03 ANDA | TOBRAMYCIN SULFATE (VIAL, ADD-VANTAGE) SOL   IJ        10 MG/ML 8.00 ml 25 EA     TOBRAMYCIN SULFATE | AP | RX | | 331.91 | 279.50 | 138.75 | | 4/19/99 |
| 00074-3577-01 ANDA | TOBRAMYCIN SULFATE (VIAL, FLIPTOP) SOL   IJ        10 MG/ML 2.00 ml 25 EA     TOBRAMYCIN SULFATE | AP | RX | | 93.22 | 78.50 | 73.50 | | 5/7/01 |
| 00074-3578-01 ANDA | TOBRAMYCIN SULFATE (VIAL, FLIPTOP) SOL   IJ        40 MG/ML 2.00 ml 25 EA     TOBRAMYCIN SULFATE | AP | RX | | 155.56 | 131.00 | 124.75 | | 5/7/01 |
| 00074-3582-01 ANDA | TOBRAMYCIN SULFATE (SRN) SOL   IJ        40 MG/ML 1.00 ml 25 EA     TOBRAMYCIN SULFATE | AP | RX | | 162.69 | 137.00 | 130.50 | | 5/7/01 |
| 00074-3583-01 ANDA | TOBRAMYCIN SULFATE (SRN) SOL   IJ        40 MG/ML 2.00 ml 25 EA     TOBRAMYCIN SULFATE | AP | RX | | 181.98 | 153.25 | 146.00 | | 5/7/01 |
| 00074-3590-02 ANDA | TOBRAMYCIN SULFATE (VIAL, BULK) SOL   IJ        40 MG/ML 50.00 ml 1 EA     TOBRAMYCIN SULFATE | AP | RX | | 73.86 | 62.20 | 59.24 | | 5/7/01 |
| 00074-3296-06 | TPN ELECTROLYTES (VIAL, FLIPTOP, BULK) SOL   IV 100.00 ml 25 EA     ELECT/MIN, MULTI | | RX | | 255.91 | 215.50 | 205.25 | | 5/7/01 |
| 00074-5779-01 | TPN ELECTROLYTES (VIAL, FLIPTOP) SOL   IV 20.00 ml 25 EA     ELECT/MIN, MULTI | | RX | | 53.73 | 45.25 | 42.75 | | 5/7/01 |
| 00074-5881-01 | TPN ELECTROLYTES (VIAL, PINTOP) SOL   IV 20.00 ml 25 EA     ELECT/MIN, MULTI | | RX | | 208.41 | 175.50 | 167.25 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK as is            ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00880**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### *REDBOOK* Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 136 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK      IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-5882-19 | **TPN ELECTROLYTES** (SRN) SOL    IV 20.00 ml 10 EA      ELECT/MIN, MULTI | | RX | | 89.54 | 75.40 | 71.80 | | 5/7/01 |
| 00074-3236-01 | **TPN ELECTROLYTES II** (VIAL, FLIPTOP) SOL    IV 20.00 ml 25 EA      ELECT/MIN, MULTI | | RX | | 111.03 | 93.50 | 89.00 | | 5/7/01 |
| 00074-3297-06 | **TPN ELECTROLYTES II** (VIAL, FLIPTOP, BULK) SOL    IV 100.00 ml 25 EA      ELECT/MIN, MULTI | | RX | | 259.77 | 218.75 | 205.25 | | 5/7/01 |
| 00074-3298-06 | **TPN ELECTROLYTES III** (VIAL, FLIPTOP, BULK) SOL    IV 100.00 ml 25 EA      ELECT/MIN, MULTI | | RX | | 262.73 | 221.25 | 205.25 | | 5/7/01 |
| 00074-3844-01 | **TPN ELECTROLYTES III** (VIAL, FLIPTOP) SOL    IV 20.00 ml 25 EA      ELECT/MIN, MULTI | | RX | | 111.03 | 93.50 | 89.00 | | 5/7/01 |
| 00074-4008-01 | **TRACE METALS** (VIAL, PINTOP) SOL    IV 5.00 ml 25 EA      MINERALS, MULTI | | RX | | 136.86 | 115.25 | 109.75 | | 5/7/01 |
| 00074-4592-10 | **TRACE METALS** (VIAL, FLIPTOP) SOL    IV 5.00 ml 25 EA      MINERALS, MULTI | | RX | | 47.80 | 40.25 | 37.75 | | 5/7/01 |
| 00074-4592-50 | **TRACE METALS** (VIAL, FLIPTOP) SOL    IV 50.00 ml 25 EA      MINERALS, MULTI | | RX | | 288.86 | 243.25 | 231.75 | | 5/7/01 |
| 00074-4623-15 | **TRACE METALS** (SRN, UNIV. ADDITIVE) SOL    IV 5.00 ml 10 EA      MINERALS, MULTI | | RX | | 62.70 | 52.80 | 50.30 | | 5/7/01 |
| 00074-4440-05 NDA | **TRACRIUM** (M.D.V.) SOL    IV    10 MG/ML 5.00 ml 10 EA      ATRACURIUM BESYLATE | AP | RX | | 294.38 | 247.90 | 236.14 | | 5/7/01 |
| 00074-4468-10 NDA | **TRACRIUM** (M.D.V.) SOL    IV    10 MG/ML 10.00 ml 10 EA      ATRACURIUM BESYLATE | AP | RX | | 548.15 | 461.60 | 439.59 | | 5/7/01 |

Instructions:   Please make corrections directly on this printout
____ OK as is              ____ OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00881**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 137 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK        IL        600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3002-04 | **TRANSFER DEVICE 2-WAY** <br> DEV <br> 400 EA         TRANSFER UNIT, IV FLUID | | OTC | | 959.50 | 808.00 | 560.00 <br> 378.00 | | 4/19/99 |
| 00074-1718-48 | **TRANSFER SET** <br> (14") <br> KIT <br> 48 EA         TRANSFER UNIT, IV FLUID | | OTC | | 868.11 | 731.04 | 485.76 | | 4/19/99 |
| 00074-4401-01 | **TRANSFER SET** <br> (4 LEG, VENTED) <br> KIT <br> 10 EA         TRANSFER UNIT, IV FLUID | | OTC | | 631.99 | 532.20 | 349.80 | | 4/19/99 |
| 00074-4402-01 | **TRANSFER SET** <br> (4 LEG, NON-VENTED) <br> KIT <br> 10 EA         TRANSFER UNIT, IV FLUID | | OTC | | 631.99 | 532.20 | 349.80 | | 4/19/99 |
| 00074-4403-01 | **TRANSFER SET** <br> (3 LEG, VENTED) <br> KIT <br> 10 EA         TRANSFER UNIT, IV FLUID | | OTC | | 526.54 | 443.40 | 275.00 | | 4/19/99 |
| 00074-6402-48 | **TRANSFER SET** <br> (36") <br> KIT <br> 48 EA         TRANSFER UNIT, IV FLUID | | OTC | | 526.11 | 443.04 | 198.72 | | 4/19/99 |
| 00074-1952-02 <br> ANDA | **TRIMETHOBENZAMIDE HCL** <br> (CARPUJECT) <br> SOL    IM    100 MG/ML <br> 2.00 ml 10 EA    TRIMETHOBENZAMIDE HYDROCHLORIDE | AP | RX | | 28.38 | 23.90 | 22.77 | | 5/7/01 |
| 00074-3386-03 | **TUBOCURARINE CHLORIDE** <br> (VIAL, FLIPTOP) <br> SOL    IV    3 MG/ML <br> 10.00 ml 25 EA    TUBOCURARINE CHLORIDE | AP | RX | | 96.78 | 81.50 | 77.50 | | 5/7/01 |
| 00074-3386-04 <br> NDA | **TUBOCURARINE CHLORIDE** <br> (VIAL, FLIPTOP) <br> SOL    IV    3 MG/ML <br> 20.00 ml 25 EA    TUBOCURARINE CHLORIDE | AP | RX | | 230.67 | 194.25 | 185.00 | | 5/7/01 |
| 00074-8066-15 <br> NDA | **TUBOCURARINE CHLORIDE** <br> (ABBOJECT) <br> SOL    IV    3 MG/ML <br> 5.00 ml 10 EA    TUBOCURARINE CHLORIDE | AP | RX | | 90.37 | 76.10 | 72.50 | | 5/7/01 |
| 00074-6543-01 | **TUR IRRIGATION** <br> (98", Y-TYPE) <br> KIT <br> 20 EA         CATHETER, URINARY, IRRIGATION | | OTC | | 334.16 | 281.40 | 196.00 | | 4/19/99 |

Instructions:   Please make corrections directly on this printout
____OK  as is            ____OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00882**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 138 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6543-02 | TUR IRRIGATION (LATEX,NONVENTED) KIT 20 EA          TUBING, IRRIGATION | | OTC | | 334.16 | 281.40 | 196.00 | | 12/12/00 |
| 00074-6542-02 | TUR SYSTEM W/FLOW POUCH RESERVOIR (38") ACC 20 EA          UROLOGICAL IRRIGATION SYSTEM | | OTC | | 351.74 | 296.20 | 206.60 | | 4/19/99 |
| 00074-4522-58 | TWIN-SITE EXTENSION (32", SLIDE CLAMPS) KIT 48 EA          KIT, INTRAVENOUS EXTENSION TUBING | | OTC | | 327.75 | 276.00 | 178.56 | | 4/19/99 |
| 00074-4456-02 NDA | ULTANE (GLASS) LIQ    IH    100% 250.00 ml 1 EA    SEVOFLURANE | | RX | | 269.33 | 226.80 | 216.00 | | 5/7/01 |
| 00074-4456-04 NDA | ULTANE (PLASTIC) LIQ    IH    100% 250.00 ml 1 EA    SEVOFLURANE | | RX | | 269.33 | 226.80 | 216.00 | | 5/7/01 |
| 00074-4456-49 NDA | ULTANE NOVATION (GLASS,INSTIT USE) LIQ    IH    100% 250.00 ml 1 EA    SEVOFLURANE | | RX | | 269.33 | 226.80 | 210.00 | | 5/7/01 |
| 00074-4456-51 NDA | ULTANE NOVATION (PLASTIC,INSTIT USE) LIQ    IH    100% 250.00 ml 1 EA    SEVOFLURANE | | RX | | 269.33 | 226.80 | 210.00 | | 5/7/01 |
| 00074-4498-03 NDA | ULTIVA (3 ML VIAL) PDS    IV    1 MG 10 EA    REMIFENTANIL HYDROCHLORIDE | | CII | | 121.72 | 102.50 | 97.50 | | 5/7/01 |
| 00074-4504-05 NDA | ULTIVA (5 ML VIAL) PDS    IV    2 MG 10 EA    REMIFENTANIL HYDROCHLORIDE | | CII | | 236.91 | 199.50 | 190.00 | | 5/7/01 |
| 00074-4507-10 NDA | ULTIVA (10 ML VIAL) PDS    IV    5 MG 10 EA    REMIFENTANIL HYDROCHLORIDE | | CII | | 561.09 | 472.50 | 450.00 | | 5/7/01 |
| 50419-0340-05 NDA | ULTRAVIST (150 MG IODINE/ML) SOL    IJ    311.7 MG/ML 50.00 ml 10 EA    IOPROMIDE | | RX | | 320.63 | 270.00 | 270.00 | | 7/1/96 |

**Instructions:** Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____    Date _____

Confidential

Red Book 00883

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 139 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 50419-0342-05 NDA | ULTRAVIST (240 MG IODINE/ML) SOL    IJ      498.72 MG/ML 50.00 ml 10 EA        IOPROMIDE | | RX | | 374.06 | 315.00 | 315.00 | | 7/1/96 |
| 50419-0342-10 NDA | ULTRAVIST (240 MG IODINE/ML) SOL    IJ      498.72 MG/ML 100.00 ml 10 EA      IOPROMIDE | | RX | | 748.13 | 630.00 | 630.00 | | 7/1/96 |
| 50419-0342-20 NDA | ULTRAVIST (240 MG IODINE/ML) SOL    IJ      498.72 MG/ML 200.00 ml 10 EA      IOPROMIDE | | RX | | 1,496.25 | 1,260.00 | 1,260.00 | | 7/1/96 |
| 50419-0344-05 NDA | ULTRAVIST (300 MG IODINE/ML) SOL    IJ      623.4 MG/ML 50.00 ml 10 EA        IOPROMIDE | | RX | | 427.50 | 360.00 | 360.00 | | 7/1/96 |
| 50419-0344-10 NDA | ULTRAVIST (300 MG IODINE/ML) SOL    IJ      623.4 MG/ML 100.00 ml 10 EA      IOPROMIDE | | RX | | 855.00 | 720.00 | 514.30 | | 7/1/96 |
| 50419-0344-15 NDA | ULTRAVIST (300 MG IODINE/ML) SOL    IJ      623.4 MG/ML 150.00 ml 10 EA      IOPROMIDE | | RX | | 1,282.50 | 1,080.00 | 716.30 | | 7/1/96 |
| 50419-0346-05 NDA | ULTRAVIST (370 MG IODINE/ML) SOL    IJ      768.86 MG/ML 50.00 ml 10 EA        IOPROMIDE | | RX | | 469.06 | 395.00 | 395.00 | | 7/1/96 |
| 50419-0346-10 NDA | ULTRAVIST (370 MG IODINE/ML) SOL    IJ      768.86 MG/ML 100.00 ml 10 EA      IOPROMIDE | | RX | | 938.13 | 790.00 | 469.80 | | 7/1/96 |
| 50419-0346-15 NDA | ULTRAVIST (370 MG IODINE/ML) SOL    IJ      768.86 MG/ML 150.00 ml 10 EA      IOPROMIDE | | RX | | 1,407.19 | 1,185.00 | 1,185.00 | | 7/1/96 |
| 50419-0346-20 NDA | ULTRAVIST (370 MG IODINE/ML) SOL    IJ      768.86 MG/ML 200.00 ml 10 EA      IOPROMIDE | | RX | | 1,876.25 | 1,580.00 | 677.10 | | 7/1/96 |
| 00074-4607-02 | UNIVERSAL CVP MANOMETER (49", GRADUATIONS IN CM) DEV 24 EA          KIT, BLOOD PRESSURE, CENTRAL VENOUS | | OTC | | 831.63 | 700.32 | 487.92 313.92 | D. | 4/19/99 |

Instructions:  Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00884**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 140 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1592-02 NDA | UREAPHIL PDS    IV    40 GM 1 EA          UREA | | RX | | 88.66 | 74.66 | 71.10 | | 4/19/99 |
| 00074-7168-09 NDA | UROLOGIC G (AQUALITE W/HANGER) SOL    IL 1,000.00 ml 12 EA   CIT ACID/MG OXIDE/SOD BICARB | AT | RX | | 43.32 | 36.48 | 31.44 | | 5/7/01 |
| 00074-4332-01 ANDA | VANCOMYCIN HCL (VIAL, FLIPTOP) PDS    IV    500 MG 10 EA          VANCOMYCIN HYDROCHLORIDE | AP | RX | | 86.57 | 72.90 | 69.40 | | 5/7/01 |
| 00074-6509-01 ANDA | VANCOMYCIN HCL (BULK VIAL) PDS    IV    5 GM 1 EA          VANCOMYCIN HYDROCHLORIDE | AP | RX | | 54.68 | 46.05 | 43.86 | | 5/7/01 |
| 00074-6533-01 ANDA | VANCOMYCIN HCL (VIAL, FLIPTOP) PDS    IV.    1 GM 10 EA          VANCOMYCIN HYDROCHLORIDE | AP | RX | | 176.82 | 148.90 | 141.80 | | 5/7/01 |
| 00074-6534-01 ANDA | VANCOMYCIN HCL (ADD-VANTAGE) PDS    IV    500 MG 10 EA          VANCOMYCIN HYDROCHLORIDE | AP | RX | | 73.15 | 61.60 | 58.70 | | 5/7/01 |
| 00074-6535-01 ANDA | VANCOMYCIN HCL (ADD-VANTAGE) PDS    IV    1 GM 10 EA          VANCOMYCIN HYDROCHLORIDE | AP | RX | | 89.06 | 75.00 | 71.40 | | 5/7/01 |
| 00074-4332-49 ANDA | VANCOMYCIN HCL NOVATION (VIAL,FLIPTOP,INSTIT USE) PDS    IV    500 MG 10 EA          VANCOMYCIN HYDROCHLORIDE | AP | RX | | 86.57 | 72.90 | 24.20 | | 5/7/01 |
| 00074-6509-49 ANDA | VANCOMYCIN HCL NOVATION (VIAL,BULK PKG,INST USE) PDS    IV    5 GM 1 EA          VANCOMYCIN HYDROCHLORIDE | AP | RX | | 54.68 | 46.05 | 30.61 | | 5/7/01 |
| 00074-6533-49 ANDA | VANCOMYCIN HCL NOVATION (VIAL,FLIPTOP,INSTIT USE) PDS    IV    1 GM 10 EA          VANCOMYCIN HYDROCHLORIDE | AP | RX | | 176.82 | 148.90 | 48.50 | | 5/7/01 |
| 00074-6534-49 ANDA | VANCOMYCIN HCL NOVATION (ADD-VANTAGE,INSTIT USE) PDS    IV    500 MG 10 EA          VANCOMYCIN HYDROCHLORIDE | AP | RX | | 73.15 | 61.60 | 30.60 | | 5/7/01 |

Instructions: Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____     Date _____

**Confidential**

**Red Book 00885**

# MEDICAL ECONOMICS
### THOMSON HEALTHCARE

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 141 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6535-49 ANDA | VANCOMYCIN HCL NOVATION (ADD-VANTAGE,INSTIT USE) PDS    IV    1 GM 10 EA          VANCOMYCIN HYDROCHLORIDE | AP | RX | | 89.06 | 75.00 | 61.20 | | 5/7/01 |
| 00074-4509-01 | VANISHPOINT (3 CC,20GX1") DEV 100 EA          NEEDLES, HYPODERMIC/SYRINGES | | RX | | 117.56 | 99.00 | 90.00 | 50.00 | 7/1/00 |
| 00074-4509-02 | VANISHPOINT (3 CC,20GX1 1/2") DEV 100 EA          NEEDLES, HYPODERMIC/SYRINGES | | RX | | 117.56 | 99.00 | 90.00 | 50.00 | 7/1/00 |
| 00074-4509-03 | VANISHPOINT (3 CC,21GX1") DEV 100 EA          NEEDLES, HYPODERMIC/SYRINGES | | RX | | 117.56 | 99.00 | 90.00 | 50.00 | 7/1/00 |
| 00074-4509-04 | VANISHPOINT (3 CC,21GX1 1/2") DEV 100 EA          NEEDLES, HYPODERMIC/SYRINGES | | RX | | 117.56 | 99.00 | 90.00 | 50.00 | 7/1/00 |
| 00074-4509-05 | VANISHPOINT (3 CC,22GX1") DEV 100 EA          NEEDLES, HYPODERMIC/SYRINGES | | RX | | 117.56 | 99.00 | 90.00 | 50.00 | 7/1/00 |
| 00074-4509-06 | VANISHPOINT (3 CC,22GX1 1/2") DEV 100 EA          NEEDLES, HYPODERMIC/SYRINGES | | RX | | 117.56 | 99.00 | 90.00 | 50.00 | 7/1/00 |
| 00074-4509-07 | VANISHPOINT (3 CC,23GX1") DEV 100 EA          NEEDLES, HYPODERMIC/SYRINGES | | RX | | 117.56 | 99.00 | 90.00 | 50.00 | 7/1/00 |
| 00074-4509-08 | VANISHPOINT (3 CC,25GX5/8") DEV 100 EA          NEEDLES, HYPODERMIC/SYRINGES | | RX | | 117.56 | 99.00 | 90.00 | 50.00 | 7/1/00 |
| 00074-4509-09 | VANISHPOINT (3 CC,25GX1") DEV 100 EA          NEEDLES, HYPODERMIC/SYRINGES | | RX | | 117.56 | 99.00 | 90.00 | 50.00 | 7/1/00 |
| 00074-4523-01 | VANISHPOINT (5 CC,20GX1") DEV 100 EA          NEEDLES, HYPODERMIC/SYRINGES | | RX | | 130.63 | 110.00 | 99.00 | 80.00 | 7/1/00 |

Instructions:  Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00886**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 142 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK         IL   600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4523-02 | VANISHPOINT (5 CC,20GX1 1/2") DEV 100 EA    NEEDLES, HYPODERMIC/SYRINGES | | RX | | 130.63 | 110.00 | 99.00 80.00 | | 7/1/00 |
| 00074-4523-03 | VANISHPOINT (5 CC,21GX1") DEV 100 EA    NEEDLES, HYPODERMIC/SYRINGES | | RX | | 130.63 | 110.00 | 99.00 80.00 | | 7/1/00 |
| 00074-4523-04 | VANISHPOINT (5 CC,21GX1 1/2") DEV 100 EA    NEEDLES, HYPODERMIC/SYRINGES | | RX | | 130.63 | 110.00 | 99.00 80.00 | | 7/1/00 |
| 00074-4523-05 | VANISHPOINT (5 CC,22GX1") DEV 100 EA    NEEDLES, HYPODERMIC/SYRINGES | | RX | | 130.63 | 110.00 | 99.00 80.00 | | 7/1/00 |
| 00074-4523-06 | VANISHPOINT (5 CC,22GX1 1/2") DEV 100 EA    NEEDLES, HYPODERMIC/SYRINGES | | RX | | 130.63 | 110.00 | 99.00 80.00 | | 7/1/00 |
| 00074-4534-01 | VANISHPOINT (10 CC,20GX1") DEV 100 EA    NEEDLES, HYPODERMIC/SYRINGES | | RX | | 154.38 | 130.00 | 115.00 90.00 | | 7/1/00 |
| 00074-4534-02 | VANISHPOINT (10 CC,20GX1 1/2") DEV 100 EA    NEEDLES, HYPODERMIC/SYRINGES | | RX | | 154.38 | 130.00 | 115.00 90.00 | | 7/1/00 |
| 00074-4534-03 | VANISHPOINT (10 CC,21GX1") DEV 100 EA    NEEDLES, HYPODERMIC/SYRINGES | | RX | | 154.38 | 130.00 | 115.00 90.00 | | 7/1/00 |
| 00074-4534-04 | VANISHPOINT (10 CC,21GX1 1/2") DEV 100 EA    NEEDLES, HYPODERMIC/SYRINGES | | RX | | 154.38 | 130.00 | 115.00 90.00 | | 7/1/00 |
| 00074-4534-05 | VANISHPOINT (10 CC,22GX1") DEV 100 EA    NEEDLES, HYPODERMIC/SYRINGES | | RX | | 154.38 | 130.00 | 115.00 90.00 | | 7/1/00 |
| 00074-4534-06 | VANISHPOINT (10 CC,22GX1 1/2") DEV 100 EA    NEEDLES, HYPODERMIC/SYRINGES | | RX | | 154.38 | 130.00 | 115.00 90.00 | | 7/1/00 |

Instructions:   Please make corrections directly on this printout
___OK as is          ___OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00887**

**MEDICAL ECONOMICS**
✦
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201)-358-2228 Fax (201) 722-2666

PAGE 143 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK      IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4540-01 | VANISHPOINT TUBE ADAPTER (SMALL DIAMETER) ACC 25 EA    SET, ADMINISTRATION, INTRAVENOUS, NEEDLE-FREE | | RX | | 10.39 | 8.75 | 7.50  4.50 | V | 7/1/00 |
| 00074-4537-01 | VANISHPOINT TUBE HOLDER (BLOOD COLLECTION) ACC 10 EA    SET, ADMINISTRATION, INTRAVENOUS, NEEDLE-FREE | | RX | | 9.50 | 8.00 | 7.00  6.50 | V | 7/1/00 |
| 00074-1632-01 ANDA | VECURONIUM BROMIDE (VIAL,FLIPTOP) PDS    IV    10 MG 10 EA    VECURONIUM BROMIDE | AP | RX | | 96.19 | 81.00 | 77.10 | | 5/7/01 |
| 00074-1634-01 ANDA | VECURONIUM BROMIDE (VIAL,FLIPTOP) PDS    IV    20 MG 10 EA    VECURONIUM BROMIDE | AP | RX | | 192.14 | 161.80 | 154.10 | | 5/7/01 |
| 00074-8078-01 | VENILOOP CONNECTOR (5" W/EXTENDED TUBING) KIT 120 EA    TUBING, CONNECTING | | OTC | | 1,017.45 | 856.80 | 597.60  192.16 | D∙ | 4/19/99 |
| 00074-8079-01 | VENILOOP CONNECTOR (5", W/RESEAL) KIT 120 EA    TUBING, CONNECTING | | OTC | | 1,171.35 | 986.40 | 687.60  221.40 | D∙ | 4/19/99 |
| 00074-2681-01 | VENI-PREP I KIT 60 EA    IV START KIT | | OTC | | 245.10 | 206.40 | 127.80  94.05 | D | 4/19/99 |
| 00074-2657-01 | VENI-PREP II KIT 60 EA    IV START KIT | | OTC | | 251.51 | 211.80 | 132.00  96.30 | D | 4/19/99 |
| 00074-2665-01 | VENI-PREP III (W/SITE-CARE DRESSNG) KIT 60 EA    IV START KIT | | OTC | | 311.36 | 262.20 | 162.60  119.25 | D | 4/19/99 |
| 00074-1702-48 | VENOSET (SECONDARY, VENTED, 22") KIT 48 EA    KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 394.44 | 332.16 | 220.80 | | 4/19/99 |
| 00074-1722-68 | VENOSET (100 MICRODRIP&CAIR CLMP) KIT 48 EA    KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 572.28 | 481.92 | 302.40  96.40 | D∙ | 4/19/99 |

DEACT. 5/7/01

Instructions:  Please make corrections directly on this printout
____OK as is        ____OK with changes

Signature _____ Date _____

**Confidential**

**Red Book 00888**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 144 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK       IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME, ADDITIONAL DESCRIPTION, FORM ROUTE OF ADMINSTRATION, STRENGTH, SIZE, QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1723-68 | VENOSET (NV 100 MICRODRIP W/CAIR) KIT 48 EA    KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 515.85 | 434.40 | 280.32 | | 4/19/99 |
| 00074-1723-78 | VENOSET (LTXF 100 MICRODRIP PIN) KIT 48 EA    KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 515.85 | 434.40 | 280.32 | | 12/29/99 |
| 00074-1725-73 | VENOSET (100 PGYBCK W/CAIR CLAMP) KIT 48 EA    KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 367.65 | 309.60 | 215.52 | | 4/19/99 |
| 00074-1728-58 | VENOSET (NV 100 W/CAIR CLAMP) KIT 48 EA    KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 491.91 | 414.24 | 267.36 | | 4/19/99 |
| 00074-1734-58 | VENOSET (100 W/IVX-2 FLTR W/CAIR) KIT 48 EA    KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 889.20 | 748.80 | 521.76 | | 4/19/99 |
| 00074-1734-78 | VENOSET (100 W/2 INJ,HP-OL,LTXFR) KIT 48 EA    KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 889.20 | 748.80 | 521.76 | | 12/29/99 |
| 00074-1792-48 | VENOSET (PRIM PIGGY W/IVEX-HP,NV) KIT 48 EA    KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,176.48 | 990.72 | 776.16 | | 4/19/99 |
| 00074-1818-48 | VENOSET (NV PIGYBCK W/CAIR CLAMP) KIT 48 EA    KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 698.82 | 588.48 | 380.16 | | 4/19/99 |
| 00074-1819-48 | VENOSET (NV TWINSITE W/CAIR CLMP) KIT 48 EA    KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 492.48 | 414.72 | 267.84 | | 4/19/99 |
| 00074-1820-68 | VENOSET (NV MICDRP W/CAIR CLAMP) KIT 48 EA    KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 449.73 | 378.72 | 244.32 | | 4/19/99 |
| 00074-1820-78 | VENOSET (70" LATEX FREE,CNVT PIN) KIT 48 EA    KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 449.73 | 378.72 | 244.32 | | 2/15/00 |

Handwritten annotations: "DEACT 5/7/01" (on rows 00074-1723-68 and 00074-1734-58), "107.08", "235.12", "NOT of Pl", "22.72", "76.61"

Instructions: Please make corrections directly on this printout
___OK as is        ___OK with changes

Signature _____    Date _____

**Confidential**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 145 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK      IL      600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1832-58 | VENOSET (VENTED SECONDARY P.B.) KIT 48 EA        KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 364.23 | 306.72 | 57.60 | | 4/19/99 |
| 00074-1832-68 | VENOSET (LTX FR SECONDARY P.B.) KIT 48 EA        KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 364.23 | 306.72 | 57.60 | | 3/13/00 |
| 00074-1857-48 | VENOSET (72 W/CAIR CLAMP NV) KIT 48 EA        KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 421.80 | 355.20 | 229.44 | | 4/19/99 |
| 00074-1859-48 | VENOSET (78" W/CAIR CLAMP NV) KIT 48 EA        KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 428.07 | 360.48 | 232.32 | | 4/19/99 |
| 00074-1860-48 | VENOSET (PRIM.P.B. W/CAIR CLP NV) KIT 48 EA        KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 705.09 | 593.76 | 383.04 | | 4/19/99 |
| 00074-1861-58 | VENOSET (NV SECONDARY PIGGYBACK) KIT 48 EA        KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 325.47 | 274.08 | 177.12 | | 4/19/99 |
| 00074-1879-58 | VENOSET (Y-TYPE W/CAIR CLAMP NV) KIT 48 EA        KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 596.79 | 502.56 | 324.48   97.22 | D | 4/19/99 |
| 00074-1881-48 | VENOSET (78 W/CAIR CLAMP VENTED) KIT 48 EA        KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 475.95 | 400.80 | 251.52   226.08 | D | 4/19/99 |
| 00074-1881-58 | VENOSET (78 W/CONV PIN,LTX FREE) KIT 48 EA        KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 475.95 | 400.80 | 251.52 | | 10/8/99 |
| 00074-1883-68 | VENOSET (MICRODRIP W/CAIR CLAMP) KIT 48 EA        KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 501.60 | 422.40 | 264.48 | | 4/19/99 |
| 00074-1889-48 | VENOSET (NV SEC. P.B. W/PRE NDL) KIT 48 EA        KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 364.23 | 306.72 | 192.48 | | 4/19/99 |

Instructions:  Please make corrections directly on this printout
___OK  as is            ___OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00890**

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

## REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 146 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1889-58 | VENOSET (LTXF,P.B. W/DETACH 19G) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 364.23 | 306.72 | 192.48 | | 12/29/99 |
| 00074-1911-48 | VENOSET (SEC.P.B. W/5MIC FLT+PIN) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 501.60 | 422.40 | 264.48 | | 4/19/99 |
| 00074-1926-48 | VENOSET (NV SECONDARY PIGGYBACK) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 348.84 | 293.76 | 189.60 | 87.81 D | 4/19/99 |
| 00074-1992-68 | VENOSET (SECONDARY PGBK MICRODRP) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 400.14 | 336.96 | 211.68 | D | 4/19/99 |
| 00074-1992-78 | VENOSET (LTXF,SEC. P.B. MICRODRP) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 400.14 | 336.96 | 211.68 | 70.13 | 12/29/99 |
| 00074-3084-48 | VENOSET (78 W/MB PRC PIN&CAIR NV) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 475.95 | 400.80 | 82.94 | 70.13 D | 4/19/99 |
| 00074-3229-03 | VENOSET (EXTENSION 30-SL) KIT 50 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 439.97 | 370.50 | 246.50 | | 4/19/99 |
| 00074-3903-02 | VENOSET (EXTENSION 20-SL) KIT 50 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 436.41 | 367.50 | 244.00 | | 4/19/99 |
| 00074-4258-68 | VENOSET (P.B. MICRO 0.22MIC IVX2) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,161.09 | 977.76 | 306.94 | | 4/19/99 |
| 00074-4258-78 | VENOSET (LTXF,80",P.B.W/0.22 MIC) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,161.09 | 977.76 | 306.94 | | 12/29/99 |
| 00074-4293-48 | VENOSET (NV 78 W/IVEX-2 FILTER) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 768.36 | 647.04 | 209.16 | | 4/19/99 |

DEACT 5/4/01 (handwritten note)

Instructions: Please make corrections directly on this printout
___OK as is          ___OK with changes

Signature _____     Date _____

**Confidential**

Red Book 00891

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 147 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK      IL      600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4496-01 | VENOSET (PRIM.P/B IV-SL W/MB PIN) KIT 24 EA  KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 422.94 | 356.16 | 295.92 | | 4/13/98 |
| 00074-4800-48 | VENOSET (NV P.B. SURG W/IVEX-RF) KIT 48 EA  KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,027.71 | 865.44 | 621.12 | | 4/19/99 |
| 00074-4967-48 | VENOSET (VENTED PRIM PGBK W/CAIR) KIT 48 EA  KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 773.49 | 651.36 | 408.00 | | 4/19/99 |
| 00074-4967-78 | VENOSET (LTXF,PRIM P.B. W/BKCK) KIT 48 EA  KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 773.49 | 651.36 | 408.00 | | 1/24/00 |
| 00074-4968-68 | VENOSET (PGBK MICRDP W/CAIR CLMP) KIT 48 EA  KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 806.55 | 679.20 | 128.16 | | 4/19/99 |
| 00074-4985-48 | VENOSET (VENTED P.B. W/IVX-2 FLT) KIT 48 EA  KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,128.60 | 950.40 | 662.40 | | 4/19/99 |
| 00074-4985-78 | VENOSET (LTXF,80",P.B. 0.22 MIC) KIT 48 EA  KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 1,128.60 | 950.40 | 662.40 | | 12/29/99 |
| 00074-5742-48 | VENOSET (NV PGBK ANESTH W/CAIR) KIT 48 EA  KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 748.98 | 630.72 | 407.04 | | 4/19/99 |
| 00074-6646-01 | VENOSET (SOLUSET 150X60, VENTED) KIT 20 EA  KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 528.44 | 445.00 | 310.00 | | 4/19/99 |
| 00074-7393-68 | VENOSET (P.B. MICRODRIP W/CAIR) KIT 48 EA  KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 730.17 | 614.88 | 396.48 | | 4/19/99 |
| 00074-8082-48 | VENOSET (100-SL PGBK NV 100 INCH) KIT 48 EA  KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 801.42 | 674.88 | 180.00 | | 4/19/99 |

Handwritten: DEACT 5/7/01

Instructions: Please make corrections directly on this printout
___OK as is        ___OK with changes

Signature _____  Date _____

**Confidential**         **Red Book 00892**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 148 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-8883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-8083-68 | VENOSET (100-SL P/B MICR NV 100) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 836.19 | 704.16 | 454.56 150.63 | D | 4/19/99 |
| 00074-8083-78 | VENOSET (LTX FR 106" P.B.,MCRDRP) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 836.19 | 704.16 | 454.56 150.63 | D | 3/13/00 |
| 00074-8958-48 | VENOSET (90-SL W/IVEX-2 & CAIR) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | DEACT 5/7/01 | RX | | 976.41 | 822.24 | 572.64 249.42 | D | 4/19/99 |
| 00074-8958-78 | VENOSET (LTXF,90",0.22 MIC-SL) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 976.41 | 822.24 | 572.64 249.42 | D | 12/29/99 |
| 00074-8961-48 | VENOSET (SL-VENTED SURGICAL PGBK) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 881.22 | 742.08 | 465.12 154.29 | D | 4/19/99 |
| 00074-8961-78 | VENOSET (LTXF,101"W/2 BKCK/2 INJ) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 881.22 | 742.08 | 465.12 154.29 | D | 12/29/99 |
| 00074-8965-48 | VENOSET (NV SURGICAL PIGGYBACK) KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | | RX | | 744.99 | 627.36 | 406.08 127.68 | D | 4/19/99 |
| 00074-4193-48 | VENTED IV PUMP SET W/HP FILTER (112") KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS | DEACT 5/7/01 | RX | | 1,304.16 | 1,098.24 | 869.28 585.12 | D | 4/19/99 |
| 00074-4193-78 | VENTED IV PUMP SET W/HP FILTER (LATEX FREE,112") KIT 48 EA          KIT, ADMINISTRATION, INTRAVENOUS ↑ SAME | | OTC | | 1,304.16 | 1,098.24 | 869.28 585.12 | D | 12/7/00 |
| 00074-1781-73 | VENTED Y-TYPE BLOOD PUMP (121",SECURE LOCK) KIT 24 EA          KIT, ADMINISTRATION, INTRAVENOUS | | OTC | | 536.09 | 451.44 | 353.76 23.50 | D | 4/19/99 |
| 00074-1143-15 ANDA | VERAPAMIL HCL (ABBOJECT) SOL   IV    2.5 MG/ML 4.00 ml 10 EA     VERAPAMIL HYDROCHLORIDE | AP | RX | | 63.41 | 53.40 | 39.20 | | 4/19/99 |

Instructions:   Please make corrections directly on this printout
___OK as is          ___OK with changes

Signature _____   Date _____

**Confidential**

**MEDICAL ECONOMICS**
★
**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 149 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL     600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1144-01 ANDA | VERAPAMIL HCL (VIAL, FLIPTOP) SOL   IV    2.5 MG/ML 2.00 ml 5 EA    VERAPAMIL HYDROCHLORIDE | AP | RX | | 6.06 | 5.10 | 4.10 | | 5/7/01 |
| 00074-1144-02 ANDA | VERAPAMIL HCL (VIAL, FLIPTOP) SOL   IV    2.5 MG/ML 4.00 ml 5 EA    VERAPAMIL HYDROCHLORIDE | AP | RX | | 6.65 | 5.60 | 4.60 | | 5/7/01 |
| 00074-1982-02 ANDA | VERAPAMIL HCL (CARPUJECT,22GX1-1/4") SOL   IV    2.5 MG/ML 2.00 ml 10 EA    VERAPAMIL HYDROCHLORIDE | AP | RX | | 27.91 | 23.50 | 22.36 | | 5/7/01 |
| 00074-1982-22 ANDA | VERAPAMIL HCL (CARPUJECT,INTERLINK) SOL   IV    2.5 MG/ML 2.00 ml 10 EA    VERAPAMIL HYDROCHLORIDE | AP | RX | | 30.64 | 25.80 | 24.60 | | 5/7/01 |
| 00074-4000-01 ANDA | VERAPAMIL HCL (SRN) SOL   IV    2.5 MG/ML 2.00 ml 25 EA    VERAPAMIL HYDROCHLORIDE | AP | RX | | 108.36 | 91.25 | 86.25 | | 5/7/01 |
| 00074-4011-01 ANDA | VERAPAMIL HCL (AMP) SOL   IV    2.5 MG/ML 2.00 ml 5 EA    VERAPAMIL HYDROCHLORIDE | AP | RX | | 4.51 | 3.80 | 3.55 | | 5/7/01 |
| 00074-9633-05 ANDA | VERAPAMIL HCL (ANSYR) SOL   IV    2.5 MG/ML 4.00 ml 10 EA    VERAPAMIL HYDROCHLORIDE | AP | RX | | 48.93 | 41.20 | 39.20 | | 5/7/01 |
| 00703-4402-11 | VINCRISTINE SULFATE (S.D.V.) SOL   IV    1 MG/ML 1.00 ml  EA    VINCRISTINE SULFATE | EE | RX | | 35.77 | 30.12 | 15.05 | | 10/1/99 |
| 00703-4412-11 | VINCRISTINE SULFATE (S.D.V.) SOL   IV    1 MG/ML 2.00 ml  EA    VINCRISTINE SULFATE | EE | RX | | 71.54 | 60.24 | 30.10 | | 10/1/99 |
| 00074-9157-01 ANDA | VITAMIN K1 (AMP) SOL   IJ    1 MG/0.5 ML 0.50 ml 25 EA    PHYTONADIONE | BP | RX | | 62.34 | 52.50 | 50.00 | | 5/7/01 |
| 00074-9158-01 ANDA | VITAMIN K1 (AMP) SOL   IJ    10 MG/ML 1.00 ml 25 EA    PHYTONADIONE | BP | RX | | 119.64 | 100.75 | 96.00 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____ OK  as is          ____ OK with changes

Signature _____     Date _____

**Confidential**

**MEDICAL ECONOMICS**

**THOMSON HEALTHCARE**

### REDBOOK Product Listing Verification

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 150 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL      600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC/HRI/UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7907-07 | WATER FOR INHALATION (FLEXIBLE PLASTIC) SOL    IH 2,000.00 ml 6 EA    WATER, STERILE | | RX | | 58.92 | 49.62 | 44.64 | | 5/7/01 |
| 00074-1590-02 NDA | WATER FOR INJECTION SOL    IV 250.00 ml 12 EA    WATER, STERILE | AP | RX | | 62.99 | 53.04 | 48.00 | | 5/7/01 |
| 00074-1590-05 NDA | WATER FOR INJECTION SOL    IV 1,000.00 ml 6 EA    WATER, STERILE | AP | RX | | 35.63 | 30.00 | 12.54 | | 5/7/01 |
| 00074-4027-02 | WATER FOR INJECTION (AMP) SOL    IV 5.00 ml 25 EA    WATER, STERILE | EE | RX | | 13.66 | 11.50 | 11.00 | | 5/7/01 |
| 00074-4029-03 | WATER FOR INJECTION (AMP) SOL    IV 20.00 ml 25 EA    WATER, STERILE | EE | RX | | 31.77 | 26.75 | 25.50 | | 5/7/01 |
| 00074-4044-02 | WATER FOR INJECTION (AMP) SOL    IV 10.00 ml 25 EA    WATER, STERILE | EE | RX | | 17.81 | 15.00 | 13.75 | | 5/7/01 |
| 00074-4887-10 | WATER FOR INJECTION (VIAL, FLIPTOP) SOL    IV 10.00 ml 25 EA    WATER, STERILE | EE | RX | | 10.69 | 9.00 | 8.50 | | 5/7/01 |
| 00074-4887-12 | WATER FOR INJECTION (VIAL,FLIPTOP L!FESHIELD) SOL    IV 10.00 ml 25 EA    WATER, STERILE | EE | RX | | 13.95 | 11.75 | 11.25 | | 5/7/01 |
| 00074-4887-20 | WATER FOR INJECTION (VIAL, FLIPTOP) SOL    IV 20.00 ml 25 EA    WATER, STERILE | EE | RX | | 22.86 | 19.25 | 18.00 | | 5/7/01 |
| 00074-4887-50 | WATER FOR INJECTION (VIAL, FLIPTOP) SOL    IV 50.00 ml 25 EA    WATER, STERILE | EE | RX | | 29.09 | 24.50 | 23.25 | | 5/7/01 |
| 00074-4887-99 | WATER FOR INJECTION (VIAL, FLIPTOP) SOL    IV 100.00 ml 25 EA    WATER, STERILE | EE | RX | | 40.67 | 34.25 | 29.25 | | 5/7/01 |

Instructions:  Please make corrections directly on this printout
____OK as is          ____OK with changes

Signature _____     Date _____

**Confidential**

**Red Book 00895**

MEDICAL ECONOMICS
✦
THOMSON HEALTHCARE

### REDBOOK Product Listing Verification
Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 151 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          . IL   600643500

Please Respond By: 10/01/2001
Contact Name:  JERRIE CICERALE
Phone Number:  800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7990-09 NDA | WATER FOR INJECTION (LIFECARE) SOL   IV 1,000.00 ml 12 EA   WATER, STERILE | AP | RX | | 31.49 | 26.52 | 21.56 | | 5/7/01 |
| 00074-3977-03 | WATER FOR INJECTION BACTERIOSTATIC (VIAL,FLIPTOP) SOL   IV 30.00 ml 25 EA     WATER, STERILE | EE | RX | | 57.00 | 48.00 12.00 | 22.75 0.75 | | 4/19/99 |
| 00074-6139-03 NDA | WATER FOR IRRIGATION (AQUALITE) SOL   IR 500.00 ml 24 EA     WATER, STERILE | AT | RX | | 47.03 | 39.60 | 32.40 | | 5/7/01 |
| 00074-6139-22 NDA | WATER FOR IRRIGATION (AQUALITE) SOL   IR 250.00 ml 24 EA   WATER, STERILE | AT | RX | | 44.46 | 37.44 | 32.40 | | 5/7/01 |
| 00074-7118-07 NDA | WATER FOR IRRIGATION (BULK PACKAGE) SOL   IR 2,000.00 ml 6 EA   WATER, STERILE | AT | RX | | 60.78 | 51.18 | 46.20 | | 5/7/01 |
| 00074-7139-09 NDA | WATER FOR IRRIGATION (AQUALITE W/HANGER) SOL   IR 1,000.00 ml 12 EA   WATER, STERILE | AT | RX | | 24.37 | 20.52 | 15.48 | | 5/7/01 |
| 00074-7139-36 NDA | WATER FOR IRRIGATION (AQUALITE W/HANGER) SOL   IR 1,500.00 ml 9 EA     WATER, STERILE | AT | RX | | 24.69 | 20.79 | 15.75 | | 5/7/01 |
| 00074-7973-05 NDA | WATER FOR IRRIGATION (FLEXIBLE CONTAINER) SOL   IR 1,000.00 ml 12 EA   WATER, STERILE | AT | RX | | 54.58 | 45.96 | 40.92 | | 5/7/01 |
| 00074-7973-07 NDA | WATER FOR IRRIGATION (FLEXIBLE CONTAINER) SOL   IR 2,000.00 ml 6 EA     WATER, STERILE | AT | RX | | 43.68 | 36.78 | 31.80 | | 5/7/01 |
| 00074-7973-08 NDA | WATER FOR IRRIGATION (FLEXIBLE CONTAINER) SOL   IR 3,000.00 ml 4 EA     WATER, STERILE | AT | RX | | 32.87 | 27.68 | 22.68 | | 5/7/01 |
| 00074-1658-01 NDA | ZEMPLAR (S.D.V.,FLIPTOP) SOL   IV   0.005 MG/ML 1.00 ml 100 EA     PARICALCITOL | | RX | | 2,641.38 | 2,224.32 | 2,224.32 | | 4/1/01 |

Instructions:  Please make corrections directly on this printout
____OK  as is          ____OK with changes

Signature _____   Date _____

**MEDICAL ECONOMICS**
**THOMSON HEALTHCARE**

### *REDBOOK Product Listing Verification*

Medical Economics - 5 Paragon Drive - 07645-1742
(201) 358-2228 Fax (201) 722-2666

PAGE 152 OF 152

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK          IL    600643500

Please Respond By: 10/01/2001
Contact Name: JERRIE CICERALE
Phone Number: 800-222-6883

| NDC / HRI / UPC CATALOG NUMBER | PRODUCT NAME,ADDITIONAL DESCRIPTION,FORM ROUTE OF ADMINSTRATION,STRENGTH,SIZE,QTY GENERIC DESCRIPTION | OBC | DEA | UD | AWP | DIRP | WAC | SRP | Effective Chg/ Deact Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1658-02 NDA | ZEMPLAR (S.D.V.,FLIPTOP) SOL   IV      0.005 MG/ML 2.00 ml 100 EA      PARICALCITOL | | RX | | 5,282.76 | 4,448.64 | 4,448.64 | | 4/1/01 |
| 00074-4526-05 | ZINC (VIAL, FLIPTOP, BULK) SOL   IV      1 MG/ML 50.00 ml 25 EA      ZINC CHLORIDE | | RX | | 152.00 | 128.00 | 122.00 | | 5/7/01 |
| 00074-4090-01 | ZINC CHLORIDE (VIAL, FLIPTOP) SOL   IV      1 MG/ML 10.00 ml 25 EA      ZINC CHLORIDE | | RX | | 34.44 | 29.00 | 24.00 | | 5/7/01 |

**Instructions:**  Please make corrections directly on this printout
____OK as is            ____OK with changes

Signature _____  Date _____