# EXHIBIT 118
# CONTINUED

3-Nov-93

## HOME INFUSION SERVICES AGREEMENT

This Agreement is made between Alternative Health Services, Inc. ("Customer"), an Illinois corporation and Abbott Laboratories ("Abbott"), an Illinois corporation, as of the date executed by duly authorized representatives of both parties.

### RECITALS

WHEREAS, Customer is a provider of healthcare services; and

WHEREAS, Abbott is a healthcare company that supplies a broad and diversified line of healthcare products and services; and

WHEREAS, The parties recognize the importance of continuing the treatment of patients in the home and other alternate site settings, and specifically the provision of Infusion Therapy; and

WHEREAS, Abbott, through the Home Infusion Services business unit of its Hospital Products Division, supplies products and services in support of the treatment of Home Infusion Therapy Patients; and

WHEREAS, Abbott desires to support Customer in the operation of a business providing Home Infusion Therapy through the provision of certain products, services, and technical/business guidance to Customer, and Customer desires to obtain such assistance from Abbott upon the terms and conditions of this Agreement;

1

Confidential

ABT-DOJ 351605
ABT282-3162          F

NOW, THEREFORE, in consideration of the premises and the covenants and agreements contained herein, the parties agree as follows:

## ARTICLE 1. DEFINITIONS

A.  **"Patient"** shall mean any person requiring Home Infusion Therapy.

B.  **"Home Infusion Therapy"** shall refer to the treatment of a patient on the prescription therapy of Total Parenteral Nutrition, Total Enteral Nutrition, Antibiotic Therapy, Chemotherapy, Pain Management, or other forms of infusion therapy which are administered via intravenous, intramuscular or other methods of administration within a home, nursing home, infusion center, or other alternate site (outside of the traditional hospital setting) location.

C.  **"Home Infusion Therapy Operation"** shall refer to the conduct of a business which provides the products and services necessary or useful to support the treatment of Patients on Home Infusion Therapy.

D.  **"Program Billings"** shall mean all amounts billed for the products and services provided to Patients under this Agreement.

E.  **"Program Collections"** shall mean all remuneration collected by or on behalf of Customer for products and services provided to Patients under this Agreement.

F.  **"Affiliate"** of a party to this Agreement shall refer to any entity controlling, controlled by or under common control with such party. For the purpose of this definition, an entity shall be deemed to have control if such entity owns, directly or indirectly, at least fifty two percent (52%) of the voting securities (or other comparable ownership interest if such entity is not a publicly traded corporation) of such other entity.

G.  **"Assignment of Benefits"** shall mean the formal designation of the party authorized to receive actual payment from payors of benefits and/or patients for products and services rendered under this Agreement.

2

Confidential

ABT-DOJ 351606
ABT282-3163

## ARTICLE 2: HOME INFUSION THERAPY OPERATION

A. Customer shall use its reasonable best efforts to develop and conduct a Home Infusion Therapy Operation and to service Patients consistent with good medical practice.

B. The Home Infusion Therapy Operation described in this Agreement shall be the sole Home Infusion Therapy Operation owned or operated by Customer. This Agreement shall not, however, restrict the right of Patients and/or physicians to select any medical service or provider they desire.

C. Patients shall be Patients of Customer and Customer shall assume the Assignment of Benefits for all Patients serviced by its Home Infusion Therapy Operation unless specifically restricted by law and/or regulations of government payors of medical benefits.

D. Customer agrees to acquire a separate tax I.D. number for its Home Infusion Therapy Operation (unique from all other Customer businesses) to facilitate effective cash management for the operation.

## ARTICLE 3: CLINICAL SERVICES

A. **PATIENT CARE/NURSING SERVICES**

  1. Patient Coordination.

     On an as needed basis, Customer, at its expense, shall provide Patient Coordination services, which shall include but not be limited to:

     a. Evaluation of the clinical (under the supervision of the Patient's physician), psychosocial, and financial needs of each Patient and identification of those who, in the opinion of the physician and hospital personnel, qualify for Home Infusion Therapy;

     b. Assessment of the Patient's and Patient's family's ability to manage therapy in the home environment, including but not limited to, analysis of the Patient's and caregiver's physical and emotional preparedness to manage the therapy in a home environment, consideration of whether the Patient or caregiver needs additional resources in the home, and assessment of the Patient's and caregiver's competence and educational level;

     c. Coordination of products and services necessary to support the Patient and family at home, including but not limited to coordination of the provision of ancillary products such as hospital beds, walkers, wheel chairs and other durable medical equipment.

3



Confidential

ABT-DOJ 351607
ABT282-3164

2. <u>Patient Training.</u>
   Customer, at its expense, shall train the Patient and/or the Patient's caregiver in:
   a. The use of those products and devices that are prescribed for the Patient;
   b. The basics of his or her therapy, including but not limited to education regarding the bodily needs for therapeutic agents, the effect of the Patient's disease on the ability of his/her body to absorb such therapeutic agents, and the efficacy of therapy;
   c. Aseptic technique, including but not limited to education regarding the importance of hygiene, the need to gather supplies in a clean area, explanation as to how germs are transmitted, how to open supplies, and how to care for the catheter site;
   d. Catheter care, including but not limited to education regarding catheter patency, understanding aseptic care of the catheter site and the catheter site dressing;
   e. Administration technique, including but not limited to dosage of solutions to be given, proper use of administration devices and equipment, setting up tubing between the bag and the catheter, connection to and disconnection from the catheter, and general aseptic procedures for administration;
   f. Electronic Drug Delivery Device operation, including but not limited to, education regarding the Electronic Drug Delivery Device, programming and general functions of the device, priming of the set, the alarm system, and general trouble shooting issues; and
   g. Therapy requirements, including but not limited to an explanation of the therapy to the Patient, reviewing of potential complications and adverse effects associated with the therapy, and when to communicate with a medical professional for advice and assistance.

3. <u>Patient Conversion Recertification.</u>
   Customer, at its expense, shall provide Patient Conversion Recertification for Patients converting to the Customer Home Infusion Therapy Operation from another program. Recertification shall include the following:
   a. Assessing the Patient's knowledge base and skill level in performing care associated with therapy;
   b. Reviewing and evaluating the Patient's ability to understand and/or perform items listed in the section above entitled "Patient Training", and

4

Confidential

ABT-DOJ 351608
ABT282-3165

      c. Promoting compliance with care and techniques listed in the section above entitled "Patient Training".

4. <u>In-Home Nursing.</u>

      a. Customer shall coordinate follow-up nursing visits to the Patient's home for the purpose of monitoring the clinical status of the Patient, obtaining samples for needed lab tests, training the Patient on any changes in therapy, and reviewing and reinforcing procedures to ensure Patient compliance with administration of the Patient's therapy and aseptic techniques.

      b. Charges for the nursing visits shall be invoiced to a third-party payor and/or Patient by the nursing agency providing the service. Revenues generated from these nursing visits shall not be included in Program Billings and/or Program Collections.

B. **PRIMARY PHARMACY SERVICES**

The pharmacy shall be licensed in the name of Customer who shall maintain licensure and compliance with all federal and state pharmacy regulations in the location(s) where Customer operates pharmacy(s) hereunder.

1. <u>Pharmacy Services.</u>

Customer, at its expense, shall provide pharmacy and clinical monitoring services, which shall include the following:

      a. Obtaining prescription and clinical information for each Patient, from the Patient's Physician;

      b. Evaluating prescriptions for accuracy, safety and appropriateness;

      c. Preparing compounding worksheets, labels and other documents required by applicable pharmacy regulations for each prescription;

      d. Compounding, packaging and dispensing Patient prescriptions;

      e. Clinical review, by a licensed pharmacist, of the Patient's therapy regimen; and

      f. Consultation from a licensed pharmacist to physicians, if requested, on therapy changes and/or regimen.

2. <u>Delivery Services.</u>

Customer, at its expense, shall be responsible for the provision of delivery services, which shall include the following:

      a. Delivering products and supplies to the Patient's residence and/or vacation location, nursing home, infusion center, or other alternate site location;

5

Confidential

ABT-DOJ 351609
ABT282-3166

    b. Reviewing the Patient's inventory of products and supplies to monitor stock rotation and re-order to minimize potential interruptions of therapy;

**C.    BACKUP/EMERGENCY PHARMACY SERVICES**

As requested by Customer, Abbott shall compound and deliver patient's prescriptions on a backup/emergency basis. The Abbott pharmacy shall be licensed in the name of Abbott who shall maintain licensure and compliance with all federal and state pharmacy regulations in the location(s) where Abbott operates pharmacy(s) hereunder.

1. Pharmacy Services.

    Abbott, at its expense, shall provide pharmacy and clinical monitoring services, which shall include the following:

    a. Obtaining prescription and clinical information for each Patient, from the Patient's Physician;

    b. Evaluating prescriptions for accuracy, safety and appropriateness;

    c. Preparing compounding worksheets, labels and other documents required by applicable pharmacy regulations for each prescription;

    d. Compounding, packaging and dispensing Patient prescriptions;

    e. Clinical review, by a licensed pharmacist, of the Patient's therapy regimen; and

    f. Consultation from a licensed pharmacist to physicians, if requested, on therapy changes and/or regimen.

2. Delivery Services.

    Abbott, at its expense, shall be responsible for the provision of delivery services, which shall include the following:

    a. Delivering products and supplies to the Patient's residence and/or vacation location, nursing home, infusion center, or other alternate site location;

    b. Reviewing the Patient's inventory of products and supplies to monitor stock rotation and re-order to minimize potential interruptions of therapy;

**D.    CLINICAL TRAINING/SUPPORT**

Abbott shall provide the following training and/or support services as specified below.

1. Patient Care/Nursing Training and Support.

    a. Patient Training Materials.

    Abbott, at its expense, shall provide copies of its existing Patient Training Manuals, Therapy Training records, and Patient Training Materials for use by Customer's Patients.

Confidential

ABT-DOJ 351610
ABT282-3167

b. <u>Nursing Training.</u>

1. As mutually agreed, Abbott, at its expense, shall train Customer personnel on the use of Abbott products and Electronic Drug Delivery Devices. Customer agrees to reimburse Abbott for any reasonable travel expenses incurred.

2. Abbott shall provide, at mutually agreed times, Continuing Education programs on high-tech home infusion therapies. Subject to the terms and conditions detailed in **Schedule IV** attached hereto.

c. <u>Nursing Policy and Procedure Guidelines.</u>

Abbott shall provide copies of its existing guidelines to support Customer's development of high-tech nursing policies and procedures for use by Customer.

d. <u>Technical Support.</u>

Abbott, at its expense, shall maintain a twenty-four hour toll-free customer service line, staffed by a registered nurse, for professional-to-professional consultation.

2. <u>Pharmacy Training and Support.</u>

a. <u>Pharmacy Training.</u>

Abbott shall provide "hands-on" training on Home Infusion Therapy pharmacy services. Subject to the terms and conditions as detailed in **Schedule IV** attached hereto.

b. <u>Pharmacy Policy and Procedure Guidelines.</u>

Abbott shall provide copies of its existing guidelines to support Customer's development of pharmacy policies and procedures for use by Customer.

c. <u>Technical Pharmacy Support.</u>

Abbott shall provide phone consultation with Customer on general pharmacy operations, personnel training requirements, pharmacokinetics and other pharmacological techniques, and other activities related to the operation of the pharmacy, as mutually agreed, for the term of the Agreement .

d. <u>Quality Assurance Policy and Procedure Guidelines.</u>

Abbott shall provide copies of its existing guidelines to support Customer's development of quality assurance policies and procedures for use by Customer.

**E. FACILITY**

a. <u>Capital Requirements.</u>

Customer shall provide for, at its sole expense, the rental, acquisition, and/or build-out of a facility to house its Home Infusion Therapy Operation. Customer shall also provide all pharmacy, office, and computer equipment required for the operation.

7

Confidential

Purchase
Connection

Confidential

ABT-DOJ 351612
ABT282-3169

b. <u>Abbott Capital Equipment.</u>

1. <u>During the term of this Agreement if during any three (3) months period Customer has at least four (4) TPN Patients</u> Abbott shall provide one (1) Nutrimix™ Macro Compounder per Customer Pharmacy location for use by Customer in performance of this Agreement. Abbott shall provide, at a mutually agreed upon time, appropriate training on the use of the Nutrimix Compounder.

2. Abbott shall retain title to this equipment until the expiration of the initial term of this Agreement, at which time title shall be transferred to Customer. Customer shall maintain this equipment free and clear of all liens, encumbrances, attachments and security interests for charges of any kind. In the event this Agreement is terminated prior to its full term, Abbott shall retain title to such equipment.

3) Customer shall provide on-going maintenance and calibration of the equipment referenced above.

## ARTICLE 4: PRODUCT

A. **PROVISION OF PRODUCTS**

1. <u>Consigned Abbott Products.</u>
Abbott shall provide Customer with consigned inventory of Abbott manufactured products and equipment listed in Abbott's Hospital Products Division and Ross Division product catalogues and/or supplements as of April 5, 1993, excluding "Schedule II" narcotics, Nutrimix Compounders, and Adria FirstChoice™ Oncology Products, according to the procedures outlined in **Schedule I**, for Customer to utilize in performance of this Agreement. Notwithstanding the foregoing, Customer may, at its sole and absolute discretion, use products other than Abbott products. The use of non-Abbott products shall not affect or change the compensation distribution required by the Section of this Agreement herein entitled "Compensation".

2. <u>Non-Abbott Buying Group.</u>
Abbott Home Infusion agrees to pay the annual membership fee to Purchase Connection, a national alternate site product buying group. Membership entitles client to purchase products available in all manufacturers contracts for products available in the buying group portfolio. Purchases of non-Abbott product shall be made by the Customer direct from the manufacturer or program wholesalers/distributors. All contract mailings, updates correspondence, and notification to Customer shall be the responsibility of Purchase Connection. Customer shall contact Purchase Connection with any issues concerning the pur-
chase of non-Abbott product.

8

ABT-DOJ 351613
ABT282-3170

3. <u>Non-Abbott Products Acquisition.</u>
Customer shall be responsible for the acquisition of non-Abbott product and equipment required by Patient prescriptions and the performance of this Agreement.

4. <u>Consigned Non-Abbott Product.</u>
Under the previous Compounding Agreement by and between Abbott and Customer, dated April 14, 1993, Abbott supplied Customer with non-Abbott product to be used in first dose compounding by Customer. As of November 1, 1993 Customer shall perform a physical inventory of non-Abbott product and, with Abbott's assistance, determine a market value for that product. Customer shall remit this amount to Abbott within sixty (60) days.

## ARTICLE 5: BUSINESS MANAGEMENT SERVICES

A. **SALES AND MARKETING**

1. <u>Marketing of Home Infusion Therapy Operation.</u>
    a. Customer shall be responsible for the formulation and execution of a marketing and sales strategy for its Home Infusion Operation. Customer shall be responsible for all expenses incurred in marketing the Home Infusion Operation.
    b. Each party agrees to obtain prior written approval from the other party when using the other party's name in any communications, which shall include but not be limited to, sales and marketing literature, press releases, presentations, or other public presentations.

2. <u>Marketing Consulting/Support.</u>
    a. Abbott shall provide sales/marketing consulting, at mutually agreed times, to assist Customer in the development of a business plan/strategy to promote Customer's Home Infusion Therapy Operation. Subject to the terms and conditions outlined in **Schedule IV**, attached hereto.
    b. Abbott shall conduct and provide Customer access to the Annual Executive Conference on Home Infusion. Customer shall be responsible for associated travel and lodging expenses.

## ARTICLE 6: COMPENSATION

A. Billings for the products and services provided under the terms of this Agreement shall be submitted to third party payors of medical benefits and/or Patients.

9

Confidential

ABT-DOJ 351614
ABT282-3171

B.  Each party shall consider the compensation, when distributed according to this Agreement, as payment in full and shall not seek to claim any additional amount from the other party, Patients or any other third party payor, except as specifically provided herein. No payments will be made for any referrals. Payments will only be made for delivery of products and services.

C.  In consideration of Abbott's obligations under this Agreement, Customer shall pay Abbott a portion of the **Program Billings** from Customer's Home Infusion Therapy Operation, in accordance with the rates set forth in **Schedule II.** Abbott shall invoice Customer for the compensation due Abbott, with payment due sixty (60) days from date of invoice. Abbott reserves the right to assess Customer a late payment fee of one and one-half percent (1 1/2%) per month on the full amount due, on overdue amounts.

D.  On all Program Collections made on Patients serviced under the Home Infusion Therapy Agreement dated April 14, 1993 by and between Abbott and Customer, Customer shall continue to pay Abbott 8% (eight percent) of Program Collections for the reimbursement services Abbott provides on these Patients. This fee shall not apply to Patients serviced under this Agreement.

E.  Abbott agrees to participate in any Managed Care Agreements entered into by Customer.

F.  If Customer elects to have Abbott perform compounding services for Customer's patients, as described in **Article 3C** Backup/Emergency Compounding Services, Customer shall pay Abbott an additional Compounding/Dispensing fee as set forth in **Schedule V.** Abbott shall invoice Customer for the compensation due Abbott, with payment due sixty (60) days from the date of invoice. Abbott reserves the right to assess Customer a late payment fee of one and one-half percent (1 1/2%) per month on the full amount due, on overdue amounts.

G.  **Schedule II** reflects negotiated amounts based on products and services to be provided by Abbott. These amounts may be re-negotiated in the event; i) Customer and Abbott agree to changes in the structure of this Agreement, ii) Abbott introduces additional products that Customer elects to utilize in the performance of its patient care obligations under this Agreement, iii) Customer reduces the gross billing rates charged to third party payors of medical benefits. Abbott and Customer agree to review the terms of this Agreement on an annual basis.

Confidential

ABT-DOJ 351615
ABT282-3172

## ARTICLE 7: TERM/TERMINATION

**A.    TERM**

The initial term of this Agreement shall be five (5) years commencing on **November 1, 1993.** After the initial term, this Agreement will be automatically extended for successive one (1) year periods unless and until either party terminates this Agreement as herein provided.

**B.    TERMINATION**

1. Either party may terminate this Agreement at the end of **October 31, 1995,** or at the end of any **October 31st** thereafter. Written notice of termination shall be provided to the other party prior to the **July 30th** immediately preceding the **October 31st** on which termination is to be effective.

2. Either party may terminate this Agreement upon thirty (30) days written notice to the other party in the event of a breach by such other party of a material provision of this Agreement which is not cured within such thirty (30) day period. In the event the breaching party has demonstrated good faith efforts to cure the breach, but has not completely cured such breach, the other party may grant the party in breach an additional ninety (90) days to cure such breach. Such extension shall not be unreasonably withheld .

3. To the extent permitted by law, this Agreement shall automatically terminate in the event of the bankruptcy or insolvency of either party.

4. In no event shall any termination permitted by this Agreement affect the rights or obligations of either party which may have accrued prior to termination, including but not limited to reimbursement for any products or services rendered prior to the effective date of termination.

## ARTICLE 8: OTHER TERMS/CONDITIONS

**A.    CONTRACTS**

Customer and Abbott shall confer on the terms of any future contracts extended to affiliated and non-affiliated entities of Customer whose Patients would be serviced via this Agreement.

**B.    RELATIONSHIP OF PARTIES**

Nothing herein contained shall be construed to make the parties hereto partners or joint ventures, or to create a trust or partnership, or to impose a trust or partnership, on or with regard to any of the parties. Each party shall be responsible for its own obligations and liabilities as herein provided. No party shall be under the control of or shall be deemed to control the other. No party shall be the agent or representative of the other

11

Confidential

ABT-DOJ 351616
ABT282-3173

party or have a right or power to bind the other party without such party's express written consent. The parties shall be in the relationship of independent contractors.

**C.   EMPLOYEE PROTECTION**

During the term of this agreement and for a period of twelve (12) months following termination or expiration of its term, the parties agree that their respective personnel involved in the activities hereof shall not solicit or cause solicitation of employees of the other party who are involved in the activities hereof, except as mutually agreed upon by both parties. The foregoing shall not apply to general solicitations not directed at such employees of the other party.

**D.   INSURANCE AND INDEMNIFICATION**

1.  Insurance:

    Each party, at its sole expense, shall procure and maintain during the term of this Agreement such policies of general liability, professional liability and other insurance (including self-insurance) as shall be necessary to insure it, its employees and agents against any claim or claims for damages arising by reason of bodily injury, death or tangible property damage directly or indirectly caused by or in connection with the performance of this Agreement. Each of such policies shall be in amounts reasonably acceptable to the other party, but shall not be less than $1.0 million per person for bodily injury, death or tangible property damage. Each party shall deliver an insurance certification to the other party upon request.

2.  Indemnification:

    a.  **Abbott** shall indemnify, hold harmless and defend Customer, its employees and agents from and against any and all loss, claims, causes of action, costs or expenses, including reasonable attorney's fees, arising from bodily injury, death or tangible property damage caused by any wrongful or negligent act or omission of Abbott, its employees or agents in the performance of their obligations or duties under this Agreement.

    b.  **Customer** shall indemnify, hold harmless and defend Abbott, its employees and agents from and against any and all loss, claims, causes of action, costs or expenses, including reasonable attorney's fees, arising, or alleged to arise, from bodily injury, death or tangible property damage caused by any wrongful or negligent act or omission of Customer, its employees or agents in the performance of their obligations or duties under this Agreement.

    c.  The indemnifications provided in (a) and (b) above shall only apply if the party seeking indemnification notifies the

12

Confidential

ABT-DOJ 351617
ABT282-3174

other party in writing of a claim or lawsuit covered by the indemnity within thirty (30) days after receipt of notice of such claim or lawsuit, or within the time reasonably required to file an answer to such lawsuit if thirty (30) days notice cannot reasonably be given. The party seeking indemnification shall cooperate in the investigation and defense of any claim or lawsuit covered by this indemnity and will not compromise or settle any such claim or lawsuit without the prior written consent of the party providing the indemnification.

3. <u>Limitation of Liability.</u>
Neither party shall have liability under this Agreement for any indirect, incidental or consequential damages or lost profits or revenues, except to the extent of any such damages resulting from any personal injury caused by either parties negligence, wrongful acts or breach of this Agreement.

E. **CONFIDENTIAL INFORMATION**
Both parties agree to keep the terms of this Agreement confidential during the term of the Agreement and for a period of three (3) years following the termination of this Agreement. In addition, each party may, from time to time, disclose certain confidential information to the other party. Each party shall take all reasonable steps to prevent disclosure of any information designated by the other party as being confidential, and shall not use or disclose any such information during the term of this and for a period of three (3) years following termination of this Agreement, except as permitted by this Agreement or in writing by the other party. The foregoing shall not apply to information:

i) which the receiving party can show was known to it prior to the disclosure by the other party;

ii) which is or becomes public knowledge through no fault of the receiving party; or

iii) which is lawfully disclosed to either party by a third party.

F. **TRADE SECRETS**
Whenever this Agreement refers to Abbott-developed business knowledge, policy and procedure guidelines, software, project implementation plans or other materials, the parties agree that all such materials are trade secrets of Abbott, that the materials are disclosed to assist in the operation of Customer and that they will be kept confidential by Customer. This clause shall survive termination of this Agreement.

13

ABT-DOJ 351618
ABT282-3175

**G. TRADEMARKS**

Customer shall not (a) use any Abbott trademark, trade name, service mark, service name, logo, style or copyrighted material (collectively, "Trademarks"), without Abbott's prior written consent to such use and the form of such use, except Customer may distribute Abbott prepared Patient Training material with Abbott trademarks affixed thereon, (b) use any Trademark in its business name, logo or style, or (c) infringe, contest or harm Abbott's rights in or to any Trademark.

**H. OWNERSHIP OF MATERIALS**

Under the terms of this Agreement Abbott shall make available, for use within Customer's Home Infusion Therapy Operation, materials developed solely by and at the expense of Abbott. Such materials include, but are not limited to, patient training materials, in-service training materials, policy and procedure guidelines, project implementation plans, financial analysis models, and software. The following shall govern the use of these materials:

1. Customer, at its own expense, shall have the right to modify such materials.
2. Abbott developed materials modified by Customer shall be deemed the joint property of both parties and their use shall be confined to the activities and Customer Home Infusion Therapy Operation described in this Agreement.
3. Neither Abbott developed materials or such materials modified by the Customer shall be distributed outside of Customer's Home Infusion Therapy Operation without the prior written consent of Abbott.

**I. LAW**

1. Each party covenants that it shall abide by all applicable federal, state, and local statutes, laws, rules, regulation, licenses, certificates, and authorizations in the performance of its respective obligations under this Agreement.
2. In the event that any provision of this Agreement is rendered invalid or unenforceable by any act of the federal, state, or local government, or declared null and void or unenforceable by any court of competent jurisdiction, the remainder of this Agreement shall remain in full force and effect and shall continue to bind the parties, except to the extent the major purposes of this Agreement would be frustrated by such a continuation.

**J. FORCE MAJEURE**

Neither party will be liable for any delay, prevention, or failure to perform any duties or obligations under this Agreement (except

14

Confidential

ABT-DOJ 351619
ABT282-3176

for the obligation to make payment) due to strikes, explosions, flood, riot, lock out, injunction, interruption of transportation, accidents, inability to obtain supplies at reasonable prices, war, act of governmental authority, acts of God, or other causes beyond its control.

**K.   AUDIT AND INSPECTION**

1. Customer, and Abbott, shall keep and maintain full and accurate records and books (in accordance with Generally Accepted Accounting Principles "GAAP") of its activities relating to this Agreement as shall evidence its compliance with the terms and conditions of this Agreement.

2. Upon Abbott's written request, Customer shall afford Abbott or its designees reasonable opportunity, during normal business hours, to examine Customer's books and records, as well as to inspect Customer's inventories and operations, relating to this Agreement. Customer shall have the right to inspect Abbott's books and records relating to this Agreement. In no case shall cost data be disclosed to either party.

**L.   REVIEW OF COMMITMENTS**

The parties agree to review the Customer Home Infusion Therapy Operation against the commitments set forth in this Agreement, at mutually agreed times.

**M.   NOTICE**

All notices hereunder shall be in writing and shall be delivered personally or mailed by registered or certified mail, postage prepaid, return receipt requested, to the following address of the respective parties or such other address as may be identified from time to time by the parties hereto:

> Abbott Laboratories
> Abbott Home Infusion Services
> One Abbott Park Road
> Abbott Park, IL 60064-3500
> Attention: Contract Marketing Dept. H59
>
> Alternative Health Services, Inc.
> 2301 W. Michigan
> Evansville, IN 47712
> Attention: Jim King

Such notice shall be effective upon receipt if personally delivered, or on the third business day following the date of mailing.

15

Confidential

ABT-DOJ 351620
ABT282-3177

**N.  ENTIRE AGREEMENT**

This Agreement and the attachments set forth the entire Agreement of the parties. This Agreement may only be amended in writing, signed by authorized representatives of both parties.

**O.  ASSIGNMENT**

This Agreement will be governed by the laws of the State of Illinois and shall not be assigned in whole or in part by either party without the other party's prior written consent.

## ARTICLE 9: APPROVALS/SIGNATURES

This Agreement shall inure to the benefit of and shall be binding upon the parties hereto, and their respective successors and permitted assigns.

**IN WITNESS WHEREOF,** the parties hereto have caused this Agreement to be executed by their duly authorized representatives as of the day and year first above written.

**Alternative Health Services, Inc.**

By: _X R. B_____

Name: _X R. Berger_
Please Print or Type

Title: _President_

Date: _4 8 93_

**Abbott Laboratories**

By: _David E. Brincks_

Name: _David E. Brincks_
Please Print of Type

Title: _Mgr., Contract Marketing_

Date: _11/12/93_

Agmt/AHSI

16

ABT-DOJ 351621
ABT282-3178

(Page 1 of 3)

## SCHEDULE I
### Abbott Consigned Inventory

**BACKGROUND**

Abbott shall provide Customer full cases of Abbott-manufactured product, excluding "Schedule II" narcotics and Adria FirstChoice™ Oncology Products, as consigned inventory. All consigned inventory remains the property of Abbott and cannot be resold or used for any purpose or activity not specifically identified as part of the Home Infusion Operation defined by this Agreement.

**INVENTORY STOCKING LEVELS**

Customer shall manage this inventory according to sound materials management practices to minimize the occurrence of outdated product and the need for emergency shipments resulting in premium delivery costs. Abbott shall maintain a reasonable level of inventory, normally two (2) to three (3) months of projected usage.

**INVENTORY ORDERS**

Initial and reorders shall be for full cases of Abbott-manufactured products. Allow five (5) business days for the delivery of products. If premium routing is requested, the additional cost will be billed to Customer.

A minimal inventory of Electronic Drug Delivery Devices will be maintained in the Customer's pharmacy. Additional Electronic Drug Delivery Devices will be shipped to Customer at the time a Patient initiates therapy. If necessary, these devices will be shipped via premium routing, at Abbott expense, to assure that service requirements are met.

**INVENTORY DOCUMENTATION**

In order to maintain perpetual inventory records, certain data shall be required on a timely basis. Abbott reserves the right to hold additional product orders and/or compensation due Customer if this paperwork is not submitted on a timely basis.

Customer shall submit the following data to Abbott:

  Monthly:   Monthly usage, by Abbott product number.

  Quarterly: "Balance on Hand", by Abbott product number.

              EDDS Listing.   The "Devices" listing shall show model, description, serial number and location (include patient name if applicable).

ABT-DOJ 351622
ABT282-3179

**SCHEDULE I**

## ELECTRONIC DRUG DELIVERY DEVICES CONTROL

**Customer shall be responsible for maintaining serial number control for each Electronic Drug Delivery Device received with traceability to individual Patients.** Upon completion of a therapy utilizing an Electronic Drug Delivery Device, Customer shall contact Abbott Materials Management at 1-800-752-4926 for routing instructions.

Customer shall be responsible for providing all regularly scheduled maintenance for all Electronic Drug Delivery Devices. In the event an Electronic Drug Delivery Device has a reported malfunction, it must be returned, at Abbott expense, to an Abbott facility for recertification prior to reuse. Please contact Abbott Materials Management for shipping instructions.

## INVENTORY VERIFICATION

Annually a joint physical inventory of consigned product will be conducted by Customer and Abbott. Abbott recognizes there will normally be some inventory shrinkage (excludes EDDD's). However, inventory shortages in excess of three percent (3%) shall be the responsibility of Customer and shall be billed at prices comparable to those paid by other Abbott Alternate Site customers for like volumes. Any Electronic Drug Delivery Devices which cannot be located within thirty (30) days of a physical inventory shall be deemed missing/lost and shall be billed to Customer at a percentage (based on the amount of time the pump was in service prior to being classified as lost) of the price for refurbished pumps available to Abbott from Medical Specialties, Inc. according to the following: Less than one year in service charged at 85% of refurbished price, one to two years at 65%, two to three years at 45%, and three years or greater at 30%. In the event that due to third party medical insurance requirements, a Patient receives title to a EDDD, Customer shall not be charged that EDDD.

**SCHEDULE I**

**RETURNED GOODS POLICY**

Excess or unused Abbott products in full unopened cases may be returned, at Abbott expense, provided such items have six (6) months or more of dating when received by Abbott. Items returned with less than six (6) months dating will be billed to Customer at prices comparable to those paid by other Abbott Alternate Site customers for like volumes.

**INSURANCE**

Customer must maintain insurance sufficient to cover the value of product on consignment and Customer's activities hereunder.

Confidential

ABT-DOJ 351624
ABT282-3181

**SCHEDULE II**

Compensation Schedule

| Type of Therapy | Total<br>% of Program<br>Billings Due Abbott |
|---|---|
| Total Parenteral Nutrition | 17.0% |
| Total Enteral Nutrition | 27.0% |
| Antibiotic Therapy | 3.0% |
| Chemotherapy | 7.0% |
| Pain Management | 9.0% |
| I.V. Hydration | 23.0% |
| Catheter Care | 3.0% |
| Injection | 3.0% |
| Other Therapies | 3% until otherwise<br>determined by mutual<br>consent |

ABT-DOJ 351625<br>ABT282-3182

# SCHEDULE III

This page intentionally left blank.

Confidential

ABT-DOJ 351626
ABT282-3183

(Page 1 of 2)

## SCHEDULE IV

### ABBOTT CONSULTING SERVICES
### TERMS and CONDITIONS

| SCHEDULE | DAILY FEE |
|---|---|
| Engineering | $ 500 |
| Pharmacy Operations | 500 |
| Nursing Continuing Education Programs | 500 |
| Sales/Marketing-   Consulting [1] | 500 |
| -   Training Classes | 800 |
| Reimbursement [2] | 500 |
| Systems | 500 |

Customer shall reimburse Abbott for all reasonable travel expenses incurred.

Payment shall be due thirty (30) days from date of Abbott Invoice.

Abbott shall not increase these rates for the first twelve (12) months of this Agreement, but reserves the right to adjust these rates anytime thereafter.

Abbott and Customer shall mutually agree on the dates and times for all consulting services.

[1] This fee shall not apply if Abbott provides sales consulting by an Abbott Business Development Consultant at Customer's request. Customer, however, shall remain responsible for reimbursing Abbott for all reasonable travel expenses.

[2] Up to three (3) Customer attendees. Additional attendees shall be charged $250 each.

ABT-DOJ 351627
ABT282-3184

(Page 2 of 2)

## SCHEDULE IV
## Sample Invoice



| | | One Abbott Park Road |
| --- | --- | --- |
| | | D-H51, AP-34 |
| | | Abbott Park, Illinois 60064 |

*bill to:*

Accounting Department
Customer Home Infusion
123 Main Street
Anytown, USA

**Billing Month:** January 1994
**Invoice Date:**   2/2/94

| Description | Rate | Number of Consulting Days | Amount |
| --- | --- | --- | --- |
| Engineering | $500 | 0 | $0.00 |
| Pharmacy Operations | 500 | 0 | $0.00 |
| Nursing Programs | 500 | 0 | $0.00 |
| Sales/Marketing Consulting | 500 | 0 | $0.00 |
| Sales/Marketing Training | 800 | 0 | $0.00 |
| Reimbursement | 500 | 0 | $0.00 |
| Systems | 500 | 0 | $0.00 |
| Travel Expenses | | | |
| | | **Total** | **$0.00** |

**Please return copy with payment.**
Payment shall be due thirty days from the date of invoice. All
outstanding balances are subject to a late fee of 1 1/2% per
month

Confidential

## SCHEDULE V

### Compounding/Dispensing Fee Schedule

| Type of Home Infusion Therapy | Abbott Fee (1) |
|---|---|
| Total Parenteral Nutrition (2) | $30.00/Bag |
| Antibiotic Therapy | |
| - Gravity/Electronic Infusion | $6.50/Dose +AWP |
| - Elastomeric Infusion | $25.50/Dose +AWP |
| Chemotherapy | $15.00/Bag +AWP |
| Pain Management | $12.00/Bag + AWP |
| I.V. Hydration | |
| - Compounded | $6.50/Bag |
| - Non-Compounded | $5.00/Therapy Day |
| Next Day Delivery | $50.00/Delivery |

(1)    AWP = Average Wholesale Price.

(2)    Price includes compounding services, amino acids, dextrose, sterile water, electrolytes, trace elements and vitamins.  Prices are based on use of Abbott products and Abbott Ancillary Product Kits.  An upcharge will be billed for use of non-Abbott products, as follows:

| | | |
|---|---|---|
| Amino Acids | $ | 35.00/500ml |
| I.V. Fat Emulsion | | 10.00/500ml |
| Pump/Set | | 10.00/Day |
| Other TPN Additive | | Product AWP |

Confidential

ABT-DOJ 351629
ABT282-3186                    L

# EXHIBIT 118
# CONTINUED

1996
DOCS

## CERTIFICATE OF INCUMBENCY

I, Honey Lynn Goldberg, do hereby certify that I am the duly elected and qualified Assistant Secretary and keeper of the records and corporate seal of Abbott Laboratories, a corporation organized and existing under the laws of the State of Illinois, and that the following persons have been duly appointed to the offices set forth after their names, and that these persons are the present incumbents of such offices:

| | |
|---|---|
| John G. Kringel | Senior Vice President, Hospital Products<br>President, Hospital Products Division |
| Guy R. Wiebking | Division Vice President, Major Healthcare Systems,<br>Hospital Products Division |
| P. Laureen Mershimer | General Manager, Renal Care, Hospital Products<br>Division |
| Charles T. Mitchell | Director, Contract Marketing, Hospital Products<br>Division |
| Harold L. Adams | Manager, Major Accounts/Contract Marketing, Hospital<br>Products Division |
| William L. Bowles | Manager, Major Accounts/Contract Marketing, Hospital<br>Products Division |
| Erik A. Thomas | Manager, Major Accounts/Contract Marketing, Hospital<br>Products Division |
| Patrick C. McCarty | Manager, Contract Marketing, Hospital Products<br>Division |
| William J. Stanfill | Manager, Government Services/Contract Marketing,<br>Hospital Products Division |
| Patricia A. Coles | Manager, Contract Administration, Hospital Products<br>Division |
| Robert Bryan | Manager, Contract Marketing, Hospital Products<br>Division |
| Kathryn A. Riddle | Manager, Contract Marketing, Home Infusion Services,<br>Hospital Products Division |
| Steven T. Kipperman | Manager, Contract Marketing, Alternate Site Product<br>Sales, Hospital Products Division |
| Bernadine A. Urban | Administrator, Contract Marketing, Hospital Products<br>Division |

IN WITNESS WHEREOF, I have affixed my name as Assistant Secretary and have caused the corporate seal of Abbott Laboratories to be hereunto affixed this **8th** day of April, 1996.

_Honey Lynn Goldberg_
Assistant Secretary

Resolutions/HPD Pricing

**ABT211155**

Care Partners



*Home*
*Infusion*
*Services*

**ABBOTT**

*Care Partners*

*Morgantown, WV*

*December 10, 1996*

ABT-DOJ 0195063

ABTWV 16864
CONFIDENTIAL

ABT017-1890

F

# Executive Summary

The trend of moving patients from hospitals into lower cost "alternate site" settings continues to increase. Within the alternate site market, one of the fastest growing segments is the provision of home infusion therapies. **Revenues for home infusion are projected to increase from $4.3 billion in 1995 to over $8.0 billion in 2000.**

Home infusion is experiencing such tremendous growth for several reasons. Patients and doctors find the convenience and comfort of being at home very appealing. Patients can often return to their normal routines and even in some cases return to work while still on therapy. Payers like the arrangement because it provides a lower cost alternative to the hospital. In addition, the health care reform proposals currently being offered put a significant emphasis on providing the highest quality care at the lowest cost, which is exactly what a hospital based home infusion program offers.

Major hospitals around the country are recognizing the benefits of owning their own home infusion programs. These hospitals now offer a broad range of services to patients while assuring a quality continuum of care. These institutions are also in a better position to negotiate with insurance companies by providing "one-stop shopping".

The prestigious institutions listed below are a sample of Abbott's clients:
- University of Michigan
- Cleveland Clinic Hospital
- Baylor University Medical Center
- Hackensack Medical Center
- Children's Memorial Medical Center
- Loyola University Medical Center

- University of Chicago
- Cedars-Sinai Hospital
- University Hospitals of Cleveland
- Intermountain Healthcare
- The Methodist Hospital of Houston

In order to achieve the advantages of a hospital based home infusion program it is Abbott's recommendation that Care Partners establish its own home infusion program. Care Partners will be the sole owner of the venture and all profits will accrue directly to the program.

Abbott will assist Care Partners with the development of a home infusion program. Abbott will provide consulting and operational services in addition to Abbott manufactured product.

**Abbott, unlike other home infusion vendors, does not actively seek patient referrals. Instead, Abbott supports premier institutions in the establishment of their own hospital based home infusion programs.**

Since 1983 Abbott has worked with over fifty different clients developing home infusion programs. Among Abbott's clients are some of the largest and most prestigious hospitals in the country. These clients recognized the value and experience that Abbott brings to the development of a home infusion program.

Abbott's compensation will be based on a percentage of Care Partners's collected revenue. By tying our revenues to a percentage of collections, Abbott has every incentive to strive for a successful home infusion program. **Since Abbott's revenue is based on a percentage of Care Partners's revenue, if you do not get paid we do not get paid!**

1

ABT-DOJ 0195064

ABTWV 16865
CONFIDENTIAL

ABT017-1891

L

## How Abbott Supports Your Program

| Pharmacy | Abbott will provide training to Care Partners's pharmacists. |
|---|---|
| Reimbursement | Abbott will perform all billing and collections services for Care Partners's patients. Abbott has extensive experience billing third party payers for home infusion services. |
| Abbott Product | All Abbott manufactured product used in a home infusion program will be provided to Care Partners on a consignment basis, including enteral products from the Ross Product Division and alternate site products from the Hospital Products Division . |
| Non-Abbott Product | Care Partners will be able to join a nationwide buying group at no cost |
| CHIP System | Abbott has its own proprietary software system (the CHIP System). This system combines pharmacy operations, reimbursement, clinical monitoring and inventory management into one package. |
| Nursing Training | Abbott nurses will provide inservice training and support on Abbott products and infusion devices. |
| Sales & Marketing Support | Abbott will provide on-going marketing consultation and access to professionally designed marketing material. |

The subsequent sections of this proposal are dedicated to defining our offering in more depth. It is Abbott's intent to customize the products and services offered to meet the specific needs of Care Partners.

ABTWV 16866
CONFIDENTIAL

ABT-DOJ 0195065

ABT017-1892

F

2

## Home Infusion Proposal

"The number of patients we serve each month has grown from 113 to well over 300 since we started to work with Abbott. While there has been a lot of hard work on our part, Abbott's knowledge of this business, and of marketing in particular, has helped us achieve the kind of growth we expected."
 - Walt Faubion
   Clinical Manager
   University of Michigan, HomeMed

### About Abbott Laboratories

Abbott Laboratories is a worldwide manufacturer of diversified health care products. Abbott has six operating divisions which specialize in: hospital products, pharmaceuticals, nutritionals, diagnostics, and chemical and agricultural products. Abbott is an internationally recognized leader in research and development. **In 1995 with sales of $10.0 billion, Abbott spent well over one billion dollars on R&D.**

Abbott Home Infusion Services is the business unit that will be working with Care Partners. Abbott Home Infusion falls within the Alternate Site sector of the Hospital Products Division. Abbott Home Infusion began operations over ten years ago by accepting direct patient referrals from hospitals across the country. It did not take long for Abbott to determine that we were in direct competition with our biggest customers, the hospitals. So, **Abbott made a strategic shift. No longer would we actively seek referrals, instead we would assist hospitals in developing their own home infusion programs.**

This strategy has proven to be successful. Many of the largest and most prestigious institutions across the country have signed business development agreements with Abbott.

### Care Partners Proposal

To ensure that Care Partners is ready to meet the challenges of providing health care in the '90s and beyond, Abbott proposes assisting Care Partners with the establishment of an independent home infusion program. Care Partners will own and operate the business and all profits will flow directly back to the home infusion program.

In order to ensure a quick start-up with minimal problems, Abbott will provide assistance with all phases of the Care Partners program. The following list gives a general overview of the key components which must be established to facilitate a successful home infusion operation for Care Partners:

- **Program Management**
- **Pharmacy Operation**
  - **Training**
  - **Product Acquisition**
  - **Computer System**
- **Reimbursement Service**
- **Nursing Service**

ABT-DOJ 0195066

ABTWV 16867
CONFIDENTIAL

ABT017-1893

## Program Management

Care Partners will be staffed and managed by Care Partners personnel. This control will insure that the goals and objectives of the program are consistent with those of Care Partners.

## Pharmacy Operation

### Build-out

Abbott will assist Care Partners in the build-out of its home infusion pharmacy through engineering consultation in design, specification, and equipment procurement. Abbott's Engineering Manager shall coordinate these consulting efforts.

### Training

Abbott will train Care Partners's home infusion pharmacists, providing them with invaluable "hands-on" experience.

## Product Acquisition

Abbott will supply all Abbott manufactured products needed by Care Partners on a consignment basis. Payment for these products will not be due until after the program has received compensation from third party payers.

In addition Abbott will provide the Care Partners program with access to a nationwide buying group. This group will supply Care Partners with other home infusion products not made by Abbott, at very competitive prices.

## Computer System

In order to efficiently process the enormous amount of patient data associated with a home infusion program, Care Partners will need a computer system designed specifically for home infusion. **Abbott has designed a comprehensive computer system called the Client Home Infusion Program (CHIP system).** This software integrates inventory management, pharmacy operations, clinical monitoring and even reimbursement services into one single package. Abbott is also developing an outcome measures module, which will be integrated into the system.

In order to save Care Partners the expense of a main-frame computer system, the CHIP system software can be accessed on a time share basis via a lease line. Abbott will maintain the main-frame computer equipment and perform timely data backups.

## Reimbursement Services

After quality patient care, one of the most crucial aspects of operating a home infusion program is the ability to promptly collect money due. It is imperative that Care Partners institute an effective method for billing and reimbursement that will maximize revenue.

Abbott has been providing home infusion reimbursement services for over twelve years and is nationally recognized as a leader in reimbursement. For example, two Abbott executives sit on the board of the National Association of Infusion Therapy. Abbott will bring this high level of expertise to work for Care Partners.

ABT-DOJ 0195067

ABTWW 16868
CONFIDENTIAL

ABT017-1894

4

Abbott's reimbursement staff is centrally located in Abbott Park, Illinois and is specially trained in home infusion reimbursement.

## Nursing Services

During program start-up an Abbott Regional Nurse Manager will assist with the provision of nursing services. This Nurse Manager will qualify, train and in-service local nursing agencies to actually perform the high-tech nursing required by home infusion services. In addition, the Abbott representative will help coordinate care for patients and be able to deal with clinical issues as they arise.

## Once Operations Begin

The services listed above are just the beginning of the support Abbott will provide to your program. In addition to the Abbott Regional Nurse Manager mentioned above, an Abbott Business Development Consultant will be assigned to Care Partners. This person will be highly trained in the business side of home infusion and provide on-going consultation on the operational issues of the program.

## Sales and Marketing

Abbott has contracted with a professional advertising agency to assemble a wide range of home infusion marketing materials. Care Partners will be given access to these materials and may have the Care Partners logo printed on them at a nominal cost. These marketing materials will play an important role in giving clinical professionals information about your program.

Abbott's Home Infusion Marketing Manager will work with Care Partners to develop a comprehensive marketing plan. The goal of this plan will be to increase the number of referrals to your program and expand your business opportunities. This goal will be accomplished by Care Partners personnel through the use of office visits, informational seminars and the use of the above mentioned marketing materials.

## Abbott Technology and Research

"Innovative", and "The Technology Leader", these are just a few of the terms used to describe Abbott's Research and Development (R&D) effort. Abbott spent well over one billion dollars on R&D in 1995. This money was put to use at both Abbott's own facilities and at major teaching institutions across America. Abbott is constantly developing new products and improving existing ones.

ABT-DOJ 0195068

ABTWV 16869
CONFIDENTIAL

ABT017-1895

## Program Summary

Abbott will provide comprehensive support to Care Partners's home infusion program. From program start-up through on-going operations, Abbott will be there providing valuable guidance and expertise.

Abbott offers not only the best home infusion consulting in the industry, but also provides numerous other benefits including **risk sharing**.

### Summary of Abbott Plan
Abbott has developed a home infusion program designed specifically to counter-act industry trends. **We do not get paid until you get paid!**

How can this be? How can Abbott provide all of these products and services and still not have a guaranteed income?. **The answer:   Abbott shares in your collections risk by tying our revenue to your revenue.**

### Abbott Compensation
Only after Care Partners actually receives the cash from patient care billings will Abbott receive any remuneration. A separate collection percentage has been calculated for each therapy. These percentages vary depending on the amount of Abbott product used in each therapy.

So, Care Partners will: have access to Abbott pumps and supplies, have Abbott perform numerous support services, AND not have to pay for any of it until cash is in hand.

**No other program in the country can offer this combination of products and services tied to risk sharing. Abbott has every incentive to make your program successful.**

**Abbott Products and Services:**

- Program Implementation
- Pharmacy Training
- JCAHO Accreditation Assistance
- Consigned Abbott Inventory
- Reimbursement Services
- The CHIP Computer System
- Nursing Training
- Clinical Support
- Sales and Marketing Support

**Advantages of the Abbott Program:**

- Program Ownership and Management
- Continuum of Care
- Shared Risk
- Technology Access

ABT-DOJ 0195069

ABTWV 16870
CONFIDENTIAL

ABT017-1896

## Abbott Clinical Services

Abbott Home Infusion Services has significant experience in the development and operation of clinical programs designed to deliver cost effective, high quality care. Abbott owns and operates 3 state-of-the-art home infusion pharmacies. These pharmacies provide the full range of services to home infusion patients including prescription compounding, ancillary supplies and equipment provision, delivery coordination, home inventory management, patient monitoring and clinical consultation. Abbott pharmacies are used by Abbott clients, sometimes on an interim basis, until their pharmacies are completed. These sites provide an ideal environment for the training of client pharmacy personnel.

All Abbott facilities are accredited by the Joint Commission on Accreditation of Healthcare Organizations (JCAHO). Abbott has considerable expertise with the JCAHO accreditation process and provides consultation services to clients to assist with preparation for survey.

Abbott has an extensive set of resources for personnel selection and training, pharmacy operation, technical support and general clinical programs. Our programs are designed to facilitate the start-up and efficient operation of new programs.

Nursing services are another key element of a home infusion program. Abbott will provide consultation on the assessment and provision of nursing services, staff development, policies and procedures and continuing education. A variety of patient training and education materials are available for use or customization.

Quality assurance programs are essential to maintaining a high level of care. Abbott has developed a CQI/TQM based comprehensive quality assessment and improvement program to monitor all services provided. Systems, documentation and resource materials are available for all quality programs. In addition, Abbott has developed an Outcomes Monitoring Program to assist with assessing the quality and outcome of services, comparing performance with other home infusion programs and generating data for payers.

Abbott will utilize it's considerable experience and expertise to develop a program that achieves Care Partners's goals. The available programs, resources and support will be used to develop individualized services which fit the needs of the institution and provide the highest level of quality patient care.

Abbott Home Infusion Services will provide clinical, operational and technical support to assist with the start-up and ongoing management of the Care Partners program. Specific support activities, programs and resources are outlined on the following pages.

ABT-DOJ 0195070

ABTWV 16871
CONFIDENTIAL

ABT017-1897

## ABBOTT NURSING SERVICES SUPPORT

| | |
|---|---|
| **Nursing Support** | A nurse coordinator will support the start-up and implementation of the home infusion program. |
| **Operational Consultation** | Complete assessment of current nursing operations and nursing requirements of the program. Recommend staffing plan, headcount requirements and staff educational needs. |
| **Nursing Agency Assessment** | Identify and evaluate home infusion nursing capabilities of local nursing agencies using an established assessment tool. Train agency personnel on home infusion therapies and Abbott products. |
| **Inservice Training** | Provide inservice training programs to the nursing and pharmacy staffs to increase their knowledge and expertise with Abbott home infusion care products. |
| **Continuing Education** | Conduct continuing education programs on theoretical and practical aspects of new and existing home infusion therapies. Abbott is an approved provider of continuing nursing education and will award CEU's to program attendees. |
| **Care Coordination** | Assist in developing procedures and documentation packages for coordinating the multidisciplinary provision of care in accordance with JCAHO standards. |
| **24 Hour Hotline** | Maintain a toll free line for health care professionals to receive assistance with pump and equipment troubleshooting and for general therapy and product related questions. The Hotline is staffed by registered nurses 24 hours a day, 7 days a week. |

ABTWV 16872
CONFIDENTIAL

ABT-DOJ 0195071

ABT017-1898

# CLINICAL NURSING RESOURCES

| | |
|---|---|
| **Nursing Policies and Procedures** | Supply manual which contains over 50 policy and procedure guidelines for all nursing aspects of home infusion therapy. Extensive bibliographies are included in the manual. |
| **Nursing Orientation Manual** | Provide resources for patient evaluation and training including patient training manuals, teaching checklists, standardized supply checklists and sample documentation. |
| **Infusion Therapy Device Manual** | Supply manual which contains operating manuals, programming guides and other useful resources for each Abbott infusion device. |
| **Product Literature** | Periodically furnish clients with new product references, marketing literature and articles published in professional journals related to home infusion therapies. |
| **Patient Training Materials** | A variety of materials designed for patient training and education are available. Materials include patient training manuals (adult and pediatric) for major therapies, product operation guides and visual aids. |
| **Training Equipment** | Venous access training equipment including central venous catheters, ports, IV training arms and other training devices are available for loan. |

ABTWV 16873
CONFIDENTIAL

ABT-DOJ 0195072

ABT017-1899

## PERSONNEL SELECTION AND TRAINING

| | |
|---|---|
| **Candidate Screening** | Review resume's and conduct telephone screens or personal interviews with potential candidates. |
| **Position Description Manual** | Provide a manual of job descriptions for administrative, operational and clinical positions in home infusion. |
| **Personnel Training** | Conduct training sessions on job responsibilities, operational policies and procedures and interactions with other functional areas. Initial training is conducted at an Abbott home infusion facility and follow-up training is conducted at the client facility as it becomes operational. |

## TECHNICAL SUPPORT

| | |
|---|---|
| **Drug Therapy Information** | Supply technical information on the use and application of drugs and therapies in the home infusion setting. |
| **Stability Information** | Provide technical information on drug stability and expiration dating. |
| **Formulary Services Program®** | Fund subscription service including monthly package of drug monographs and drug utilization evaluations and access to the FIX electronic bulletin board for networking on a national basis. |
| **Literature Searches** | Upon request, supply written report of primary literature search on clinical topics. |
| **Clinical Paper Reviews** | Review papers submitted for presentation at clinical and scientific meetings and manuscripts submitted for publication and make applicable recommendations. |

ABT-DOJ 0195073

ABTWV 16874
CONFIDENTIAL

ABT017-1900

10

## RESOURCE MATERIALS

| | |
|---|---|
| *Pharmacy Policies and Procedures* | Furnish manual containing approximately 60 policies and procedures addressing all aspects of pharmacy operations. This manual is supportive of JCAHO standards. It can be supplied on disk and used to develop an individualized policy and procedure manual. |
| *Clinical and Administrative Operating Procedures* | This manual contains 43 policies and procedures addressing clinical and administrative aspects of home infusion. It can be used to develop an individual procedural manual and is supportive of JCAHO standards. |
| *Pharmacy Care Plans* | Standardized pharmacy care plan templates are available for clinical monitoring of major home infusion therapies. |
| *Pharmacy Services Handbook* | This handbook provides information to patients on deliveries, disaster plans, home safety, waste disposal, infection control and rights and responsibilities. |
| *Medication Information Sheets* | Information sheets for patients are available for 24 commonly used drugs and therapies. |

## JCAHO ACCREDITATION CONSULTATION

| | |
|---|---|
| *JCAHO Standards Consultation* | Assistance in standards review and compliance. |
| *Pre-Survey Assessment* | Coordination of a one day on-site visit by a qualified individual to perform an assessment of compliance with JCAHO standards for home care. |
| *JCAHO Survey Preparation Guide* | A comprehensive manual cross referencing Abbott policies and procedures to JCAHO standards for home care. Also includes "JCAHO Survey Survivor's Guide", a tool for preparing for a survey. |

ABT-DOJ 0195074

ABTWV 16875
CONFIDENTIAL

ABT017-1901

# QUALITY ASSURANCE PROGRAMS

| Quality Programs | A model of a quality assessment and improvement program for a home infusion program will be provided. It includes a planning tool for quality assessment and improvement activities. |
| --- | --- |
| Quality Committee Consultation | Assistance in the establishment of a Quality Assessment and Improvement Committee within a home infusion program. |
| Monitoring and Evaluation Activities | Supply examples of monitoring and evaluation activities on pharmacy, nursing and equipment management consistent with JCAHO requirements. |

# OUTCOMES MONITORING

| Outcomes Monitoring Program | Outcomes monitoring is rapidly evolving as an essential tool for monitoring overall program performance. The increasing utilization of this tool in health care is due to its ability to focus on the results of care rather than the capability (structure and process) to provide care.<br><br>The Abbott Outcomes Monitoring program is designed to provide ongoing correlation of clinical, therapeutic and provider variables to patients' well being and satisfaction over episodes of illness. This system was developed by Abbott Home Infusion Services in conjunction with and specifically for our clients.<br><br>The Abbott Outcomes Monitoring Program provides the following functions:<br>• Assess the quality/outcomes of services<br>• Compare performance with the combined network members<br>• Assist with CQI/TQM programs<br>• Support the JCAHO performance indicator program<br>• Generate data/reports for payers<br><br>This program is highly integrated with the Abbott CHIP system to allow for contemporaneous data collection which maximizes the capture of data while minimizing duplicate data entry. |
| --- | --- |

ABT-DOJ 0195075

ABTWV 16876
CONFIDENTIAL

ABT017-1902

# PRODUCT SUPPORT

| | |
|---|---|
| **Abbott Manufacturing Capability** | Abbott Laboratories and its related divisions manufacture high quality products that are utilized in many healthcare settings. Ross enteral products and Alternate Site products from the hospital products division are utilized in a home infusion program. |
| **Abbott Products** | • General I.V. Solutions<br>• Administration Equipment<br>• Nutritional Solutions<br>• Partial Fills<br>• The ADD-Vantage System<br>• Abbott FirstChoice Injectables<br>• I.V. Pumps (including stationary, ambulatory and enteral pumps)<br>• Ross Enteral Solutions and Devices<br>• Nutrimix Compounder and related disposables for TPN |
| **Consigned Inventory** | Provide consigned inventory of all Abbott manufactured product including Ross enteral and Abbott hospital products. This means that CARE PARTNERS will not pay Abbott for the cost of the product until cash is collected from the payer. Additionally, there is no risk or cost associated to product obsolescence, shrinkage or holding costs. |
| **Non-Abbott Product** | Abbott can typically satisfy a significant percentage of the total products used in infusion therapy. To access other manufacturer's products, we will enroll Care Partners in a **purchasing program** at no additional cost. 90+% of all products needed for home infusion can be attained through our program at the lowest cost in the industry. |

ABTWV 16877
CONFIDENTIAL

ABT-DOJ 0195076

ABT017-1903

## PRODUCT SUPPORT

| Product Acquisition | Assist with locating products including available vendors, cost and delivery lead-times. |
|---|---|
| Warehouse Set-up Assistance | Advise on space requirements and lay-out of shelving, product locations, work stations, packing area and pump cleaning and testing area in order to maximize work flow efficiencies in the warehouse. |
| Equipment Tracking | Provide recommended procedures to track pumps by serial number for control and preventive maintenance programs. |
| Annual Physical Inventory | Coordinate annual physical inventories of Abbott product. |
| Delivery Services Consultation | Analyze patient delivery options. Assist with identification and selection of carriers and truck leasing companies. Provide training for delivery personnel in home delivery requirements. |

ABTWV 16878
CONFIDENTIAL

ABT-DOJ 0195077

ABT017-1904

## *ABBOTT REIMBURSEMENT SERVICES*

| | |
|---|---|
| **Experience** | Abbott has extensive experience billing third party payers for home infusion products and services. Our collections profile is excellent. |
| **Capabilities** | The key to the success of all home infusion therapy programs is the ability to generate prompt and appropriate payment for the products and services provided to it's home infusion patients. Abbott's philosophy is to work with third party payers to exhaust all potential reimbursement in order to minimize patient's personal expense. Consideration is given to patients with exceptional needs. |
| **Operation** | Our centralized operation is facilitated with an extensive data base, a sophisticated computer system and a core of specialists with practical, in-depth understanding of home infusion reimbursement. Our reimbursement specialists thoroughly understand the medical language, appropriate diagnosis and different requirements of payers. The combination of medical and financial expertise is often the key to receiving reimbursement. |
| **Services For Care Partners** | Provide billing and collections services in the name of Care Partners:<br><br>• Verify reimbursement status of all patients relative to the stated diagnosis and intended treatment.<br>• Obtain Assignment of Benefits and Certificate of Medical Need.<br>• Prepare and submit all primary and coinsurance claims.<br>• Provide all reasonable collection efforts.<br>• Provide monthly financial reports including billings, collections and balance due per patient. |

ABTWV 16879
CONFIDENTIAL

ABT017-1905

ABT-DOJ 0195078

15

## ABBOTT REIMBURSEMENT SERVICES

| | |
|---|---|
| *Services For Patient* | • Determination of insurance coverage for the patient<br>• Representation before third party payers<br>• Billing the third party payer<br>• Collection activities<br>• Access to national payer contracts<br>• Case management services |
| *Reporting* | Provide financial reports detailing gross billings, collections and outstanding accounts receivable by patient. Develop trending reports to keep track of therapy, patient, sales and collections trending. |
| *Training* | Train on new developments in reimbursement such as the new DMERC changes recently put into effect. It is vital to understand all reimbursement implications. |
| *Legislative Representation* | Abbott employs a full time legislative representative in Washington D.C. Abbott recognizes the need to keep abreast of legislative changes and the need to make an impact on the dynamic changes occurring in healthcare today. Our representative has lobbied the Clinton Health Care Reform Task Force for the inclusion of home infusion therapy. Also, Abbott recently worked in close association with NAIT (National Alliance of Home Infusion Therapy) to develop a study on home infusion operations. We are actively working to increase the knowledge and awareness of the value of home infusion therapy. |

ABTWV 16880
CONFIDENTIAL

ABT-DOJ 0195079

ABT017-1906

## ABBOTT HOME INFUSION COMPUTER SYSTEM

| | |
|---|---|
| **Development** | When Abbott entered the home infusion market about ten years ago, there were no systems that had the capability of integrating the different functions within home infusion. Over a four year period Abbott developed a comprehensive software system specifically designed to meet the needs of a full service home infusion provider. The CHIP (Client Home Infusion Program) system was written to integrate all functions from inventory management through accounts receivable. |
| **Applications** | <ul><li>Inventory Management</li><li>Pharmacy Operations</li><li>Patient/Account Management</li><li>Order Entry for Patient Services</li><li>Invoice Management</li><li>Claims Management</li><li>Accounts Receivable</li><li>Data Management</li><li>Clinical Module</li></ul> |
| **Features** | <ul><li>Menu Driven Screens</li><li>On-Line Help</li><li>User Defined Security</li><li>Custom Report Writing Capabilities</li></ul> |
| **Configurations** | The CHIP system software is run on a state-of-the-art IBM AS/400 and can be accessed on a timeshare basis, thereby providing the full use of a system without significant hardware expense. |

ABTWV 16881
CONFIDENTIAL

ABT-DOJ 0195080

ABT017-1907

## ABBOTT HOME INFUSION COMPUTER SYSTEM

| | |
|---|---|
| *Personalized Training* | Provide personalized training sessions covering all applications. Abbott will explain how the system works and how best to utilize it. Our instruction provides critical **hands on** training giving users a chance to work on the system and ask questions as they arise. |
| *Ongoing Support* | The CHIP system offers extensive **On-Line help** for all applications. To address questions not answered on line, we have established a toll free **Client Support Center** which is staffed by experienced Abbott Systems personnel trained to answer systems questions and to assist new users in effective utilization of the CHIP system. |
| *Installation Support* | Assist with **hardware configuration** (terminals, printers, computer lines, etc.) and **software set-up.** We also provide the necessary testing to assure maximum system performance. Our comprehensive system support insures proper installation and operation. |
| *System Enhancements* | Abbott is committed to System Enhancements required to meet the needs of the evolving home infusion marketplace. Abbott has invested a considerable amount of resources to develop and maintain the current CHIP system.<br><br>The CHIP system is customer driven. In order to stay abreast of the changing system requirements, we hold quarterly steering committees. Together, our CHIP system users determine the enhancements that need to be made. One of the most recent and exciting enhancements to the CHIP system has been the development of a Clinical Monitoring Program. This Windows based program allows the health care professional to perform up-to-the-minute clinical monitoring, from obtaining nutritional assessments to following trends in lab results. |

ABTWV 16882
CONFIDENTIAL

ABT-DOJ 0195081

ABT017-1908

## SALES AND MARKETING SUPPORT

| Experience | Once program implementation is complete, management attention will focus on developing the business. Abbott has extensive experience in helping hospitals develop tactical and strategic marketing plans. |
|---|---|
| *Market Research & Analysis* | <ul><li>Competition</li><li>Referral Sources</li><li>Market Potential</li><li>Key Trends</li><li>Legislation</li></ul> |
| *Development & Implementation of Marketing Plan* | <ul><li>Targets and Prospects</li><li>Product Positioning</li><li>Sales Resources and Training Support</li></ul> |
| *Tactical Programs* | <ul><li>Promotional Material</li><li>Seminars and Educational Forums</li><li>Press Releases</li><li>Advertising</li></ul> |
| *Support Materials* | Abbott has developed support materials to provide our customers with direction on sales and marketing programs. A manual has been introduced explaining how to develop a successful marketing plan for hospital based home infusion. We also conduct sales classes that teach all functions of home infusion a "customer service" sales approach. |
| *Client Marketing Services* | Abbott has developed a variety of promotional materials that Care Partners can utilize. The covers of the brochures have been left unprinted so that Care Partners can imprint its name and logo.<br><br>The available materials include but are not limited to:<ul><li>Therapy specific patient training manuals</li><li>Pharmacy Handbook</li><li>Medication Information Sheets</li><li>Patient start up kits</li><li>Program brochures and premium items</li><li>Hospital display posters, direct mailers, etc.</li></ul> |

ABT-DOJ 0195082

ABTWV 16883
CONFIDENTIAL

ABT017-1909

## Financial Analysis

### Program Structure

Abbott provides many of the necessary elements for the start-up and on-going operation of a home infusion program. (For a specific list of products and services being offered to Care Partners please see both the Executive Summary and the Home Infusion Proposal).

Abbott's compensation will be based on a percentage of collections. These percentages will be calculated separately for each therapy depending on the Abbott/Non-Abbott product mix.

Abbott utilizes a proprietary business model to assist in the development of pro-forma financial documents. The model calculates five years of profit and loss (P&L) statements, personnel requirements and pharmacy, office and warehouse space.

### Projected Financial Results

While these financials may or may not represent actual program performance in the future, the attached estimates represent what Abbott does best: Utilize our extensive home infusion experience to help your program operate at maximum efficiency.

ABTWV 16884
CONFIDENTIAL

ABT-DOJ 0195083

ABT017-1910

20

# FINANCIAL ANALYSIS

The accompanying financial statements are preliminary projections of program performance based on supplied patient data. To the extent that the historical patient volume, therapy mix, and payor mix data accurately reflect current program performance, the accompanying financials provide a reasonable estimate of future financial opportunities. Changes in program responsibilities, volume, therapy mix, payor mix, or other base assumptions could alter the financial profile of the business.

ABTWV 16885
CONFIDENTIAL

ABT-DOJ 0195084

ABT017-1911

Care Partners - Morgantown, WV
PROFORMA P&L

|  | YEAR 1 | YEAR 2 | YEAR 3 | YEAR 4 | YEAR 5 |  |
|---|---|---|---|---|---|---|
| GROSS REVENUE | 2,830,980 | 3,279,062 | 3,782,034 | 4,268,984 | 4,795,231 | Therapy Days times U&C Daily Charges |
| COLLECTION % | 46.2% | 46.0% | 45.9% | 45.8% | 45.7% | Est. % of Gross Billings received from payors |
| NET COLLECTIONS | 1,307,579 | 1,509,628 | 1,735,748 | 1,954,320 | 2,190,178 |  |
| ABBOTT PRODUCT/SERVICE FEE | 384,157 | 441,103 | 504,790 | 565,784 | 631,997 |  |
| NON-ABBOTT PRODUCT | 371,120 | 443,493 | 525,284 | 607,964 | 695,735 | Acquisition cost @ market prices |
| OTHER SERVICE FEES | 0 | 0 | 0 | 0 | 0 |  |
| TOTAL DIRECT COSTS | 755,277 | 884,596 | 1,030,074 | 1,173,748 | 1,327,732 |  |
| GROSS MARGIN | 552,302 | 625,032 | 705,674 | 780,572 | 862,446 | Net Collections less direct costs |
| % TO NET | 42.2% | 41.4% | 40.7% | 39.9% | 39.4% |  |
| EXPENSES |  |  |  |  |  |  |
| SALARY & FRINGE | 293,734 | 334,182 | 378,778 | 421,207 | 466,380 | Operational/Pharmacy personnel |
| OPERATING EXPENSES | 157,487 | 176,182 | 196,450 | 215,420 | 235,337 |  |
| DEPRECIATION | 28,457 | 28,457 | 28,457 | 28,457 | 28,457 | Capital investment depreciated over 10 yrs |
| LEASED LINE / LOCKBOX | 12,000 | 12,480 | 12,979 | 13,498 | 14,038 |  |
| OTHER | 0 | 0 | 0 | 0 | 0 |  |
| SUBTOTAL | 491,679 | 551,302 | 616,665 | 678,584 | 744,213 |  |
| % TO NET | 37.6% | 36.5% | 35.5% | 34.7% | 34.0% |  |
| PRE-TAX PROFIT | 60,623 | 73,730 | 89,009 | 101,988 | 118,233 |  |
| % TO NET | 4.6% | 4.9% | 5.1% | 5.2% | 5.4% |  |

ABBOTT HOME INFUSION SERVICES
10-Dec-96

ABTWV 16886
CONFIDENTIAL

ABT-DOJ 0195085

ABT017-1912

Care Partners - Morgantown, WV
THERAPY MARGIN ANALYSIS

10-Dec-96

| | TPN | TEN | ABT | IPC | CHM | IVH | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|
| # ANNUAL PATIENTS | 29 | 12 | 216 | 18 | 43 | 18 | | |
| THERAPY DAYS | 1,450 | 1,440 | 3,672 | 1,080 | 1,290 | 126 | | |
| AVG U&C CHARGE/THERAPY DAY | 572.65 | 50.57 | 312.55 | 149.01 | 161.42 | 158.23 | | |
| AVG NET COLLECTIONS/THERAPY DAY | 297.21 | 22.30 | 133.46 | 65.86 | 75.22 | 69.94 | | |
| GROSS REVENUE | 830,343 | 72,821 | 1,147,691 | 160,925 | 208,228 | 19,937 | 391,035 | 2,830,980 |
| COLLECTION % | 51.9% | 44.1% | 42.7% | 44.2% | 46.6% | 44.2% | 45.4% | 46.2% |
| PROGRAM NET COLLECTIONS | 430,948 | 32,114 | 490,064 | 71,129 | 97,034 | 8,812 | 177,478 | 1,307,579 |
| ABBOTT FEE: % COLLECTI | 33.0% | 62.0% | 28.0% | 31.0% | 31.0% | 47.0% | | |
| ABBOTT PRODUCT/SERVICE FEES | 142,213 | 19,911 | 137,218 | 22,050 | 30,081 | 4,142 | 28,542 | 384,157 |
| NON-ABBOTT PRODUCT | 21,432 | 2,458 | 154,789 | 3,318 | 9,924 | 1,441 | 177,758 | 371,120 |
| OTHER SERVICE FEES: | | | | | | | | |
| COMPOUNDING/DELIVERY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PATIENT TRAINING | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CLINICAL MANAGEMENT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DISCHARGE COORDINATION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL DIRECT COSTS | 163,645 | 22,369 | 292,007 | 25,368 | 40,005 | 5,583 | 206,300 | 755,277 |
| PROGRAM GROSS MARGIN | 267,303 | 9,745 | 198,057 | 45,761 | 57,029 | 3,229 | (28,822) | 552,302 |
| % TO PROGRAM NET COLLECTIONS | 62.0% | 30.3% | 40.4% | 64.3% | 58.8% | 36.6% | -16.2% | 42.2% |

ABBOTT HOME INFUSION SERVICES
10-Dec-96

ABTWV 16887
CONFIDENTIAL

ABT-DOJ 0195086

ABT017-1913

Care Partners - Morgantown, WV
THERAPY MARGIN ANALYSIS

10-Dec-96

| | CTH | GCSF | EPO | IVIG | PENTAM | CARDIAC | STEROIDS | TOTAL OTHER |
|---|---|---|---|---|---|---|---|---|
| # ANNUAL PATIENTS | 18 | 0 | 0 | 18 | 0 | 0 | 0 | 36 |
| THERAPY DAYS | 540 | 0 | 0 | 162 | 0 | 0 | 0 | 702 |
| AVG U&C CHARGE/THERAPY DAY | 25.31 | 362.81 | 223.04 | 2329.43 | 276.81 | 236.77 | 145.87 | |
| AVG NET COLLECTIONS/THERAPY DAY | 13.49 | 114.65 | 72.71 | 1050.57 | 119.58 | 102.28 | 63.01 | |
| GROSS REVENUE | 13,667 | 0 | 0 | 377,368 | 0 | 0 | 0 | 391,035 |
| COLLECTION % | 53.3% | 31.6% | 32.6% | 45.1% | 43.2% | 43.2% | 43.2% | 45.4% |
| PROGRAM NET COLLECTIONS | 7,285 | 0 | 0 | 170,193 | 0 | 0 | 0 | 177,478 |
| ABBOTT FEE:          % COLLECTION | 18.0% | 0.0% | 0.0% | 16.0% | 0.0% | 0.0% | 0.0% | |
| ABBOTT PRODUCT/SERVICE FEES | 1,311 | 0 | 0 | 27,231 | 0 | 0 | 0 | 28,542 |
| NON-ABBOTT PRODUCT | 2,184 | 0 | 0 | 175,574 | 0 | 0 | 0 | 177,758 |
| OTHER SERVICE FEES: | | | | | | | | |
| COMPOUNDING/DELIVERY | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PATIENT TRAINING | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CLINICAL MANAGEMENT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DISCHARGE COORDINATION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL DIRECT COSTS | 3,495 | 0 | 0 | 202,805 | 0 | 0 | 0 | 206,300 |
| PROGRAM GROSS MARGIN | 3,790 | 0 | 0 | (32,612) | 0 | 0 | 0 | (28,822) |
| % TO PROGRAM NET COLLECTIONS | 52.0% | 0.0% | 0.0% | -19.2% | 0.0% | 0.0% | 0.0% | -16.2% |

ABBOTT HOME INFUSION SERVICES
10-Dec-96

ABTWV 16888
CONFIDENTIAL

ABT-DOJ 0195087

ABT017-1914

Care Partners - Morgantown, WV
**CAPITAL INVESTMENT SUMMARY**

| LOCATION | SQUARE FEET | BUILD-OUT COST PER FT | CAPITAL $ |
|---|---|---|---|
| OFFICE SPACE | 1,707 | 0.00 (1) | 0 (1) |
| PHARMACY (2) | | | |
| COMPOUND/GOWN RM | 561 | 140.00 | 78,542 |
| PRESCRIPTION RM | 568 | 30.00 | 17,054 |
| WAREHOUSE | 1,860 | 5.00 | 9,299 |
| SHIP/RECEIVE AREA | 279 | 5.00 | 1,395 |
| ARCHITECT | | | 5,315 |
| ALLOWANCE | | | 11,161 |
| TOTAL BUILD-OUT COST | | | 122,766 |
| PHARMACY EQUIPMENT | | | 75,402 |
| OFFICE EQUIPMENT | | | 86,406 |
| OTHER EQUIPMENT | | | 0 |
| TOTAL CAPITAL REQUIREMENT | | | $284,574 |
| OTHER CAPITAL INVESTMENT | | | 0 |
| NET CLIENT CAPITAL INVESTMENT | | | $284,574 |

(1)   Assumes office buildout cost is prorated in lease expense over five years.
(2)   Based on projected Year 5 compounding data.

NOTE: Initial client capital investment is based on preliminary patient data, actual costs could vary.

ABBOTT HOME INFUSION SERVICES
10-Dec-96

ABTWV 16890
CONFIDENTIAL

ABT017-1916

ABT-DOJ 0195089

Care Partners - Morgantown, WV
EQUIPMENT REQUIREMENTS

| PHARMACY EQUIPMENT | QUANTITY | | $(000'S) |
|---|---|---|---|
| VERTICAL HOOD | 1 | | 5.1 |
| HORIZONTAL HOOD | 2 | | 10.4 |
| REFRIGERATOR | 2 | | 9.0 |
| FREEZER | 1 | | 2.0 |
| STORAGE CARTS, CLEAN ROOM | 3 | | 1.4 |
| TRANSPORT CARTS | 5 | | 1.0 |
| HEAT SEAL UNITS | 2 | | 3.6 |
| STORAGE TOTES | 15 | | 0.6 |
| WORK STOOL (CLEAN ROOM) | 4 | | 1.0 |
| CLEAN ROOM TABLES | 1 | | 0.5 |
| CLEAN ROOM SUPPLIES | . | | 1.5 |
| MISC. PHARMACY SUPPLIES | . | | 1.5 |
| WAREHOUSE SHELVING | 186 | FEET | 13.9 |
| SECURITY SYSTEM | . | | 4.0 |
| INCUBATOR/COLONY COUNTER | 1 | | 1.5 |
| PALLET JACK | 1 | | 0.5 |
| MISC. CLEANING EQUIPMENT | . | | 2.3 |
| SAFE | 1 | | 0.9 |
| SHIPPING AREA RACKS | 3 | | 1.4 |
| WAREHOUSE WORK TABLES | 3 | | 1.4 |
| MISC. WAREHOUSE EQUIPMENT | . | | 1.0 |
| EQUIPMENT INSTALLATION | . | | 1.2 |
| HOOD CERTIFICATION | 3 | | 0.8 |
| MISC. EQUIPMENT | . | | 2.0 |
| FREIGHT | . | | 3.2 |
| SALES TAX | . | | 3.9 |
| SUB TOTAL | | | $75.4 |

| OFFICE EQUIPMENT | | $(000'S) |
|---|---|---|
| PRIVATE OFFICE FURNITURE | 2 | 5.6 |
| OPEN MODULAR FURNITURE | 3 | 11.4 |
| FILES | 4 | 3.2 |
| BREAK ROOM | . | 1.7 |
| LABEL PRINTERS/MISC. EQUIP | . | 4.0 |
| CONFERENCE ROOM | . | 2.5 |
| FAX/COPIERS | . | 4.0 |
| PHONE SYSTEM | . | 20.0 |
| COMPUTER EQUIPMENT | 5 | 24.0 |
| MISC. OFFICE SUPPLIES | . | 1.7 |
| FREIGHT | . | 3.8 |
| SALES TAX | . | 4.6 |
| SUB TOTAL | | $86.4 |
| TOTAL PHARMACY AND OFFICE EQUIPMENT COST | | $161.8 |

ABBOTT HOME INFUSION SERVICES
10-Dec-96

ABTWV 16891
CONFIDENTIAL

ABT-DOJ 0195090

ABT017-1917

Care Partners - Morgantown, WV
OPERATING EXPENSES

| (A) PROJECTED SERVICE EXPENSES | ANNUAL COST | | (C) PROJECTED OPERATING EXPENSES | ANNUAL COST |
|---|---|---|---|---|
| LAUNDRY | 1,219 | | INSURANCE | |
| HOUSEKEEPING | 4,063 | | BUILDING | 813 |
| PEST CONTROL | 600 | | LIABILITY | 4,063 |
| TRASH COLLECTION | 750 | | VAN | 833 |
| PHARMACY LICENSES | 135 | | PROPERTY TAXES | 4,664 |
| SAFETY SUPPLIES | 163 | | MARKETING | 7,802 |
| POSTAGE | 813 | | LEGAL | 4,876 |
| CALIBRATION | 500 | | ACCOUNTING | 4,876 |
| SECURITY | 2,500 | | RENTALS(FAX,COPIERS) | 4,800 |
| MAINTENANCE | 2,276 | | TRAVEL/SEMINARS | 4,063 |
| UTILITIES | 16,169 | | MISC.: SUPPLIES | 4,063 |
| COMMUNICATION | 5,482 | | FACILITY LEASE | 37,312 |
| PRINTING | 813 | | LEASE BUILDOUT COST | 10,240 |
| OFFICE SUPPLIES | 1,625 | | | |
| EDUC/TRAINING SUPPLIES | 10,965 | | SUBTOTAL OPERATING | $88,406 |
| | | | | |
| SUBTOTAL SERVICES | $48,073 | | | |

PROJECTED TOTAL EXPENSES

| (B) PROJECTED DELIVERY EXPENSES | | | | |
|---|---|---|---|---|
| VAN(S) LEASE | 4,500 | | (A) SERVICE EXPENSES | $48,073 |
| VAN OPERATING | 3,827 | | (B) DELIVERY EXPENSES | $21,008 |
| COURIER DELIVERIES | 12,681 | | (C) OPERATING EXPENSES | $88,406 |
| | | | | |
| SUBTOTAL DELIVERY | $21,008 | | TOTAL ANNUAL EXPENSES | $157,487 |

ABBOTT HOME INFUSION SERVICES
10-Dec-96

ABTWV 16892
CONFIDENTIAL

ABT-DOJ 0195091

ABT017-1918

Care Partners - Morgantown, WV
COLLECTION PERCENTAGE

| | | TPN | TEN | ABT | IPC | CHM | IVH | OTHER | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| MEDICARE | PAYOR MIX | 26.6% | 26.6% | 26.6% | 26.6% | 26.6% | 26.6% | | |
| | COLLECTION % | 47.5% | 42.7% | 16.0% | 32.0% | 37.0% | 16.0% | | |
| | NET COLLECTIONS/DAY | $271.98 | $21.60 | $50.01 | $47.68 | $59.72 | $25.32 | | |
| MEDICAID | PAYOR MIX | 21.6% | 21.6% | 21.6% | 21.6% | 21.6% | 21.6% | | |
| | COLLECTION % | 43.0% | 42.0% | 28.0% | 15.0% | 20.0% | 35.0% | | |
| | NET COLLECTIONS/DAY | $246.24 | $21.24 | $87.51 | $22.35 | $32.28 | $55.38 | | |
| HMO | PAYOR MIX | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | | |
| | COLLECTION % | 62.0% | 45.0% | 65.0% | 65.0% | 65.0% | 65.0% | | |
| | NET COLLECTIONS/DAY | $355.04 | $22.76 | $203.16 | $96.85 | $104.92 | $102.85 | | |
| PRIVATE | PAYOR MIX | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | | |
| | COLLECTION % | 67.0% | 49.1% | 70.0% | 70.0% | 70.0% | 70.0% | | |
| | NET COLLECTIONS/DAY | $383.68 | $24.83 | $218.79 | $104.30 | $112.99 | $110.76 | | |
| SELF-PAY | PAYOR MIX | 7.8% | 7.8% | 7.8% | 7.8% | 7.8% | 7.8% | | |
| | COLLECTION % | 25.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | | |
| | NET COLLECTIONS/DAY | $143.16 | $20.23 | $125.02 | $59.60 | $64.57 | $63.29 | | |
| NO-PAY | PAYOR MIX | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | | |
| | COLLECTION % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | | |
| | NET COLLECTIONS/DAY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| TOTAL: WEIGHTED AVERAGE | PAYOR MIX | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | | |
| | COLLECTION % | 51.9% | 44.1% | 42.7% | 44.2% | 46.6% | 44.2% | 45.4% | 46.2% |
| | AVG NET/DAY | $297.21 | $22.30 | $133.46 | $65.86 | $75.22 | $69.94 | | |

ABBOTT HOME INFUSION SERVICES
10-Dec-96

ABTWV 16893
CONFIDENTIAL

ABT-DOJ 0195092

ABT017-1919

Care Partners - Morgantown, WV
COLLECTION PERCENTAGE

| | | CTH | GCSF | EPO | IVIG | PENTAM | CARDIAC | STEROIDS | TOTAL OTHER |
|---|---|---|---|---|---|---|---|---|---|
| MEDICARE | PAYOR MIX | 26.6% | 26.6% | 26.6% | 26.6% | 26.6% | 26.6% | 26.6% | |
| | COLLECTION % | 50.0% | 16.0% | 20.0% | 20.0% | 16.0% | 16.0% | 16.0% | |
| | NET COLLECTIONS/DAY | $12.65 | $58.05 | $44.61 | $465.89 | $44.29 | $37.88 | $23.34 | |
| MEDICAID | PAYOR MIX | 21.6% | 21.6% | 21.6% | 21.6% | 21.6% | 21.6% | 21.6% | |
| | COLLECTION % | 35.0% | 25.0% | 25.0% | 25.0% | 30.0% | 30.0% | 30.0% | |
| | NET COLLECTIONS/DAY | $8.86 | $90.70 | $55.76 | $582.36 | $83.04 | $71.03 | $43.76 | |
| HMO | PAYOR MIX | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | |
| | COLLECTION % | 65.0% | 40.0% | 40.0% | 65.0% | 65.0% | 65.0% | 65.0% | |
| | NET COLLECTIONS/DAY | $16.45 | $145.13 | $89.22 | $1,514.13 | $179.93 | $153.90 | $94.81 | |
| PRIVATE | PAYOR MIX | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | |
| | COLLECTION % | 70.0% | 45.0% | 45.0% | 75.0% | 70.0% | 70.0% | 70.0% | |
| | NET COLLECTIONS/DAY | $17.72 | $163.27 | $100.37 | $1,747.07 | $193.77 | $165.74 | $102.11 | |
| SELF-PAY | PAYOR MIX | 7.8% | 7.8% | 7.8% | 7.8% | 7.8% | 7.8% | 7.8% | |
| | COLLECTION % | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | 40.0% | |
| | NET COLLECTIONS/DAY | $10.12 | $145.13 | $89.22 | $931.77 | $110.72 | $94.71 | $58.35 | |
| NO-PAY | PAYOR MIX | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | 2.0% | |
| | COLLECTION % | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | |
| | NET COLLECTIONS/DAY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| WEIGHTED | PAYOR MIX | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | 100.0% | |
| AVERAGE | COLLECTION % | 53.3% | 31.6% | 32.6% | 45.1% | 43.2% | 43.2% | 43.2% | 45.4% |
| | AVG NET/DAY | $13.49 | $114.65 | $72.71 | $1,050.57 | $119.58 | $102.28 | $63.01 | |

ABBOTT HOME INFUSION SERVICES
10-Dec-96

ABTWV 16894
CONFIDENTIAL

ABT017-1920

ABT-DOJ 0195093