EXHIBIT B
(Page 8 of 8)

## OTHER THERAPIES/ADDITIONS

### Schedule of Fees

| Patient Regimen | Price (3) |
|---|---|
| • Non-Compounded Products or Patient Additives (2) | $ 5.00 + AWP |
| • Compounded Products (1) | |
|     Bag | $ 60.00 + AWP |
|     Syringe | 25.00 + AWP |
| • Reaction Kits | $ 40.00 Each |
| • I V Gamma Globulin | $ 98.00 + AWP |
| • Minimed Pump 404SP | |
|     Weekly | $ 121.00 |
|     Monthly | 365.00 |
| • Epogen (2) | $ 15.00 + AWP |
| • Neupogen (2) | $ 35.00 + AWP |
| • Sandostatin (2) | $ 10.00 + AWP |

(1)     Price includes compounded product and patient supplies. Prices are based on use of Abbott products and piggyback sets. There will be an upcharge for all other products provided unless a substitute is required for medical reasons or no Abbott manufactured product is available. Customer and Abbott agree to negotiate in good faith the amount of the upcharge, according to the products and supplies required by the patient's prescription.

(2)     Must be provided only in conjunction with another primary therapy. Price includes syringes, needles, swabs required for administration.

(3)     AWP equals Average Wholesale Price

21

Confidential

ABT-DOJ 319835
ABT279-1833

EXHIBIT C
(Page 1 of 7)

## TOTAL PARENTERAL NUTRITION

### Schedule of Fees

#### With CSMC Providing Compounding Services

| Patient Regimen | Price |
|---|---|
| Compounded TPN Solution (1) | |
| Grams of Protein | |
| 10 - 51 | $ 58.00/Bag |
| 52 - 73 | 74.00/Bag |
| 74 - 100 | 83.00/Bag |
| 101 - 125 | 117.00/Bag |
| 126 + | 139.00/Bag |
| Liposyn 10% with gravity set | $ 21.00/500ml |
| Liposyn 20% with gravity set | $ 37.00/500ml |
| Pump Administration (2) | |
| Stationary | $ 10.00/Day |
| Ambulatory | 16.00/Day |

(1)   Price includes compounded product and standard ancillary supplies.  Compounded product includes amino acids, dextrose, sterile water, electrolytes, trace elements and vitamins.  Prices are based on use of Abbott products.  An upcharge will be billed for use of Non-Abbott products, as follows:

| | |
|---|---|
| Amino Acids | $   35.00/500ml |
| I.V. Fat Emulsion | 10.00/500ml |
| Pump/Set | 10.00/Day |
| Other TPN Additive | Product AWP |

(2)   Minimum Rental of thirty (30) days.  Rental on pumps provided to Medicare patients shall be capped at fifteen (15) months.

Confidential

ABT-DOJ 319836
ABT279-1834

EXHIBIT C
(Page 2 of 7)

TOTAL ENTERAL NUTRITION

Schedule of Fees

With CSMC Providing Compounding Services

| Patient Regimen | Price (1) |
|---|---|
| Enteral Nutrients (2) | $   .90/8oz. can |
| Administration Equipment Supplies | |
| -   Administration Supplies | 8.00/day |
| -   Electronic Drug Delivery System (3) (4) | 8.00/day |

(1)   Prices are based on use of Abbott products.  An upcharge will be billed for use of Non-Abbott products, as follows:

-   Enteral Solution                    $   .85/8oz. can

(2)   Includes:  Ensure, Ensure Plus, Osmolite, Enrich, Jevity

(3)   Minimum rental of fourteen (14) days.  Price assumes use of Abbott manufactured Electronic Drug Delivery Systems.  Use of Non-Abbott manufactured Electronic Drug Delivery Systems will be assessed an upcharge of $5.00/day.

(4)   Rental on pumps provided to Medicare patients shall be capped at fifteen (15) months.

23

EXHIBIT C
(Page 3 of 7)

## I.V. ANTIBIOTIC (includes DHPG)

### Schedule of Fees

### With CSMC Providing Compounding Services

Patient Regimen

| Peripheral Vein/Central Line | Per Diem Price (1) |
|---|---|
| Q24H   (1 dose/day) | $58.00 + AWP |
| Q12H   (2 doses/day) | 82.00 + AWP |
| Q8H     (3 doses/day) | 101.00 + AWP |
| Q6H     (4 doses/day) | 109.00 + AWP |
| Q4H     (6 doses/day) | 122.00 + AWP |
| Q3H     (8 doses/day) | 147.00 + AWP |
| Disposable Pump Administration | $25.00/Each |
| Pumps Administration  (2) Stationary | $10.00/day (3) |
| Ambulatory | 16.00/day (3) |

(1) Price includes therapeutic drug in partial fill container and standard ancillary supplies. Prices are based on use of Abbott products. There will be an upcharge for all other products provided unless a substitution is required for medical reasons or no Abbott manufactured product is available. Customer and Abbott agree to negotiate in good faith the amount of the upcharge, according to products and supplies required by the patient's prescription. AWP equals Average Wholesale Price.

(2) Minimum rental of fourteen (14) days.

(3) Price assumes use of Abbott manufactured pumps and sets. Use of Non-Abbott manufactured pumps and sets will be billed an upcharge of $10.00/day.

24

Confidential

ABT-DOJ 319838
ABT279-1836

EXHIBIT C
(Page 4 of 7)

CHEMOTHERAPY

Schedule of Fees

With CSMC Providing Compounding Services

| Patient Regimen | Price (1) |
|---|---|
| Compounded Chemotherapy Products | |
| Compounded Syringe | $  42.00/Each+AWP (2) |
| Compounded Solution in Bag | 60.00/Each+AWP (2) |
| | |
| Pump Administration (3) | |
| Stationary | $  10.00/Day (4) |
| Ambulatory | 16.00/Day (4) |

(1) Price includes compounded product and patient supplies.  Prices are based on use of Abbott products and Abbott sets.  There will be an upcharge for all other products provided unless a substitute is required for medical reasons or no Abbott manufactured product is available.  Customer and Abbott agree to negotiate in good faith the amount of the upcharge according to the products and supplies required by the patient's prescription.

(2) AWP = Average Wholesale Price

(3) Minimum rental of fourteen (14) days.

(4) Price assumes use of Abbott manufactured pumps and sets.  Use of Non-Abbott manufactured pumps and sets will be assessed an upcharge of $10.00/day.

Confidential

ABT-DOJ 319839
ABT279-1837

EXHIBIT C
(Page 5 of 7)

## PAIN MANAGEMENT

### Schedule of Fees

#### With CSMC Providing Compounding Services

| Patient Regimen | Price (1) |
|---|---|
| Compounded Solution in Bag | $ 52.00/Bag+AWP (2) |
| Pump Administration | |
|     Stationary | $ 10.00/Day (3) |
|     Ambulatory | 16.00/Day (3) |

(1)   Price includes compounded product and patient supplies.  Prices are based on use of Abbott products and Abbott Sets.  There will be an upcharge for all other products provided unless a substitute is required for medical reasons or no Abbott manufactured product is available.  Customer and Abbott agree to negotiate in good faith the amount of the upcharge according to the products and supplies required by the patient's prescription.

(2)   AWP = Average Wholesale Price

(3)   Minimum rental of fourteen (14) days.  Price assumes use of Abbott manufactured pumps and sets.  Use of Non-Abbott manufactured pumps and sets will assessed an upcharge of $10.00/day.

26

Confidential

EXHIBIT C
(Page 6 of 7)

I.V. HYDRATION

Schedule of Fees

With CSMC Providing Compounding Services

| Patient Regimen | Price (1) |
|---|---|
| Fluid (1) | |
| Up to 1200ml | $ 28.00/Bag |
| 1201 - 2200ml | 33.00/Bag |
| 2201ml + | 38.00/Bag |
| Patient Additives | $  5.00+AWP (2) |
| Pump Administration | |
| Stationary | $ 10.00/Day (3) |
| Ambulatory | 16.00/Day (3) |

(1)  Includes Hydration Fluid and patient supplies.

(2)  AWP = Average Wholesale Price

(3)  Minimum rental of fourteen (14) days.  Price assumes use of Abbott manufactured pumps and sets.  Use of Non-Abbott manufactured pumps and sets will assessed an upcharge of $10.00/day.

27

Confidential

ABT-DOJ 319841
ABT279-1839

EXHIBIT C
(Page 7 of 7)

OTHER THERAPIES/ADDITIONS

Schedule of Fees

With CSMC Providing Compounding Services

| Patient Regimen | Price [3] |
|---|---|
| • Non-Compounded Products or Patient Additives (2) | $ 5.00 + AWP |
| • Compounded Products (1) Bag | $ 58.00 + AWP |
|   Syringe | 23.00 + AWP |
| • Reaction Kits | $ 40.00 Each |
| • I V Gamma Globulin | $ 98.00 + AWP |
| • Minimed Pump 404SP Weekly | $ 121.00 |
|   Monthly | 365.00 |
| • Epogen (2) | $ 15.00 + AWP |
| • Neupogen (2) | $ 35.00 + AWP |
| • Sandostatin (2) | $ 10.00 + AWP |

(1)  Price includes compounded product and patient supplies. Prices are based on use of Abbott products and piggyback sets. There will be an upcharge for all other products provided unless a substitute is required for medical reasons or no Abbott manufactured product is available. Customer and Abbott agree to negotiate in good faith the amount of the upcharge, according to the products and supplies required by the patient's prescription.

(2)  Must be provided only in conjunction with another primary therapy. Price includes syringes, needles, swabs required for administration.

(3)  AWP equals Average Wholesale Price

28

Confidential

EXHIBIT "D"

Abbott shall maintain Quality Assurance Programs which encompass the following:

Comprehensive standards of care

Continuity of Case Assurance

Detailed Policies and Procedures

Ongoing staff education and training

Certification and calibration of facilities and equipment

Environmental monitoring of the state-of-the-art clean rooms

Ongoing validation of compounding techniques and processes

Periodic quality compliance audits

Service surveys from Patients and health care professionals

Data collections/trending for problem identification and resolution

These programs shall be described in basic operating procedures, (BOP's) and these BOP's shall be available for review by the Medical Center at any time.

29

Confidential

ABT-DOJ 319843
ABT279-1841

EXHIBIT "E"

## ALTERNATIVE DISPUTE RESOLUTION

(A)   (i) If a party intends to begin an ADR to resolve a dispute, such party shall provide written notice to counsel for the other party informing the party of such intention and the issues to be resolved. Within five (5) business days after the receipt of such notice, the other party may, by written notice to the counsel for the party initiating ADR, add additional issues to be resolved.  Within 5 business days following the receipt of the original ADR notice a neutral shall be selected by the then President of the Center for Public Resources (CPR), 680 Fifth Avenue, New York, New York, 10019. The neutral shall be a single individual who shall preside in resolution of any disputes between the parties.  The neutral selected shall not be an employee, director or shareholder of either a party of an affiliate or subsidiary of either party.

(ii) Each party shall have five (5) business days from the date the neutral is selected to object in good faith to the selection of that person.  If either party makes such an objection, the then President of the CPR shall as soon as possible thereafter, elect another neutral under the same conditions set forth above.  This second selection shall be final.

(B)   (i) No later than thirty (30) business days after selection, the neutral shall hold a hearing to resolve each of the issues identified by the parties.

(ii) No less than three (3) business days prior to the hearing, each party must submit to the neutral and serve on the other party a proposed ruling on each issue to be resolved.  Such writing shall be limited to presenting the proposed rulings, shall contain no argument on or analysis of the facts or issues, and shall be limited to not more than ten (10) pages.

(iii) The neutral shall not require nor shall there be any discovery by any means, including depositions, interrogatories or production of documents.

(iv) Each party shall be entitled to no more than four (4) hours of hearing to present testimony or documentary evidence.  The testimony of both parties shall be presented during the same calendar

30

Confidential

day.  Such time limitation shall include any direct, cross or rebuttal testimony, but such time limitation shall only be charged against the party conducting such direct, cross or rebuttal testimony.  It shall be the responsibility of the neutral to determine whether the parties have had the four (4) hours to which they are entitled.

(v) Each party shall have the right to be represented by counsel.  The neutral shall have sole discretion with regard to the admissibility of any evidence.

(vi) The neutral shall rule on each disputed issue within 24 hours following the completion of the testimony of both parties.  Such ruling shall adopt in its entirety the proposed ruling of one of the parties on each disputed issue.

(vii)  ADR shall take place at a location agreed by the parties or if the parties are unable to agree, then as designated by the neutral.  All costs incurred for a hearing room shall be shared equally between the parties.

(viii) The neutral shall be paid a reasonable fee plus expenses, which fees and expenses shall be shared equally by the parties.

(C)  Any judgment upon the ruling rendered by the neutral may be entered in any court having jurisdiction thereof.

31

Confidential

ABT-DOJ 319845
ABT279-1843 L

EMCA I

Schedule I.

## AGREEMENT

This Agreement is made by and between <u>Abbott Home Infusion</u>
<u>                    </u>, herein called "Billing Service", <u>Cedars-Sinai Medical Center</u>
<u>Home Infusion Program          </u>, herein called "Physician/Supplier", and
Transamerica Occidental Life Insurance Company, herein called "Carrier".

It is recognized that certain advantages will accrue to the parties to
this Agreement through an arrangement whereby the Billing Service can
submit claims on behalf of the Physician/Supplier by means of electronic
medium to the Carrier, rather than by written request for payment. This
agreement is to be used for the purpose of allowing the Carrier to process
claims submitted on behalf of the Physician/Supplier by the Billing
Service.

It is understood that this Agreement is subject to modification, revision,
or termination due to changes between the Carrier and the Secretary of
Health and Human Services or changes in federal laws or regulations
pertaining to Medicare. The Billing Service agrees to keep the
Physician/Supplier notified of any such changes. This Agreement will be
deemed modified, revised, or terminated, to comply with any change in the
federal law or regulations or change in the aforesaid prime contract on
the effective date of such change.

In consideration of the Billing Service submitting claims by means of an
electronic medium on behalf of the Physician/Supplier, the
Physician/Supplier agrees as follows:

1.  That the Billing Service may submit claims to the Carrier on
    behalf of the Physician/Supplier.

2.  That no claims will be made for services not actually rendered by
    the Physician/Supplier.

3.  That the Secretary of Health and Human Services, his or her
    designee(s) or agent(s), or the Carrier has the right to audit
    and confirm any information submitted by the Physician/Supplier
    and has access to claim documentation records, original source
    documentation including patient signatures and medical records in
    the office of the Physician/Supplier or any other place for that
    purpose. Any and all incorrect payments discovered, as a result
    of such audit, will be adjusted according to the applicable
    provisions of Title XVIII of the Social Security Act, as amended;
    Federal regulations; or Supplementary Medical Insurance (Medicare
    Part B Guidelines).

Confidential



**ABBOTT**
*Home
Infusion
Services*

May 7, 1992

Peggy Mueller, M.S., R.N.
Director, Home Care Division
Cedars-Sinai Medical Center
8700 Beverly Boulevard
Los Angeles, CA  90048

Dear Peggy:

Enclosed is a fully-executed copy of your Abbott Home Infusion Therapy
Agreement for your records.   We are happy to have this contract complete and
look forward to supporting you as you continue to grow the Cedar's business.

Please contact Cheryl at (714) 363-9034 with any questions you may have.

Best regards,

Mark F. Gorman
Manager, Contracting and
Business Development

MFG/ss

cc:   Cheryl Griffin

Enclosure

Kltr/CSMC

Confidential

*Cedar's Prices*

TOTAL PARENTERAL NUTRITION

Schedule of Fees

| Patient Regimen | Price |
|---|---|
| Compounded TPN Solution (1) | |
| Grams of Protein | |
| 10 -- 51 | $ 64.50/Bag |
| 52 - 73 | 76.50/Bag |
| 74 - 100 | 83.25/Bag |
| 101 - 125 | 111.00/Bag |
| 126 + | 126.00/Bag |
| | |
| Liposyn 10% with gravity set 1 - 200ml | $ 12.37 |
| Liposyn 10% with gravity set 201 - 500ml | 16.50 |
| | |
| Liposyn 20% with gravity set 1 - 200ml | $ 21.93 |
| Liposyn 20% with gravity set 201 - 500ml | 29.25 |
| | |
| Pump Administration (2) | |
| Stationary | $ 7.50/Day |
| Ambulatory | 12.00/Day |

(1)   Price includes compounded product and standard ancillary supplies. Compounded product includes amino acids, dextrose, sterile water, electrolytes, trace elements and vitamins. Prices are based on use of Abbott products. An upcharge will be billed for use of Non-Abbott products, as follows:

| | |
|---|---|
| Amino Acids | $ 35.00/500ml |
| I.V. Fat Emulsion | 10.00/500ml |
| Pump/Set | 10.00/Day |
| Other TPN Additive | Product AWP |

(2)   Minimum Rental of thirty (30) days. Rental on pumps provided to Medicare patients shall be capped at fifteen (15) months.

ABT-DOJ 319848
ABT279-1846 F

40%
1st 5
MAY

If cast
signed

ABT-DOJ 319849
ABT279-1847

EXHIBIT B
(Page 2 of 8)

## TOTAL ENTERAL NUTRITION

### Schedule of Fees

| Patient Regimen | Price [1] |
|---|---|
| Enteral Nutrients (2) | $   .68/8oz. can |
| Administration Equipment/Supplies | |
| -   Administration Supplies | 6.00/day |
| -   Electronic Drug Delivery System (3) (4) | 6.00/day |

(1)   Prices are based on use of Abbott products.  An upcharge will be billed for use of Non-Abbott products, as follows:

-   Enteral Solution          $   .85/8oz. can

(2)   Includes: Ensure, Ensure Plus, Osmolite, Enrich, Jevity

(3)   Minimum rental of fourteen (14) days.  Price assumes use of Abbott manufactured Electronic Drug Delivery Systems.  Use of Non-Abbott manufactured Electronic Drug Delivery Systems will be assessed an upcharge of $5.00/day.

(4)   Rental on pumps provided to Medicare patients shall be capped at fifteen (15) months.

Confidential

I.V. ANTIBIOTIC (includes DHPG)

Schedule of Fees

| Patient Regimen Peripheral Vein/Central Line | PER DIEM PRICES (1) | | |
|---|---|---|---|
| | First Drug (2) | Second Drug | Third Drug or more |
| Q24H  (1 dose/day) | $ 46.50 ÷ AWP | $ 27.90 ÷ AWP | $ 16.75 ÷ AWP |
| Q12H  (2 doses/day) | 66.75 ÷ AWP | 40.05 ÷ AWP | 24.03 ÷ AWP |
| Q8H   (3 doses/day) | 84.00 ÷ AWP | 50.40 ÷ AWP | 30.24 ÷ AWP |
| Q6H   (4 doses/day) | 93.00 ÷ AWP | 55.80 ÷ AWP | 33.48 ÷ AWP |
| Q4H   (6 doses/day) | 107.25 ÷ AWP | 64.35 ÷ AWP | 38.61 ÷ AWP |
| Q3H   (8 doses/day) | 132.00 ÷ AWP | 79.20 ÷ AWP | 47.52 ÷ AWP |

Disposable Pump Administration 25.00 Each  (3)

Pump Administration  (4)
Stationary                     7.50/day (5)
Ambulatory                  12.00/day (5)

(1)  Price includes therapeutic drug in partial fill container and standard ancillary supplies.  Prices are based on use of Abbott products.  There will be an upcharge for all other products provided unless a substitution is required for medical reasons or no Abbott manufactured product is available.  Customer and Abbott agree to negotiate in good faith the amount of the upcharge, according to products and supplies required by the patient's prescription.  AWP equals Average Wholesale Price.

(2)  "First Drug" is defined as that drug which requires the highest number of administrations per day.  "Second Drug" is defined as that drug which requires the next highest number of administrations per day.  "Third Drug or more" is defined as those additional drugs which are not defined as "First Drug" or "Second Drug".

(3)  Price quoted above includes home pumps and intermates only.  Sidekick system will be billed as follows:  infuser $15.00; carrying case-$10.00 and discount with set-$17.00.

(4)  Minimum rental of fourteen (14) days.

(5)  Price assumes use of Abbott manufactured pumps and sets.  Use of Non-Abbott manufactured pumps and sets will be billed an upcharge of $10.00/day.

Confidential

## CHEMOTHERAPY

### Schedule of Fees

| Patient Regimen | Price (1) |
|---|---|
| **Compounded Chemotherapy Products** | |
| Compounded Syringe | $ 34.50/Each+AWP (2) |
| Compounded Solution in Bag | 54.00/Each+AWP (2) |
| **Pump Administration (3)** | |
| Stationary | $ 7.50/Day (4) |
| Ambulatory | 12.00/Day (4) |

(1) Price includes compounded product and patient supplies. Prices are based on use of Abbott products and Abbott sets. There will be an upcharge for all other products provided unless a substitute is required for medical reasons or no Abbott manufactured product is available. Customer and Abbott agree to negotiate in good faith the amount of the upcharge according to the products and supplies required by the patient's prescription.

(2) AWP = Average Wholesale Price

(3) Minimum rental of fourteen (14) days.

(4) Price assumes use of Abbott manufactured pumps and sets. Use of Non-Abbott manufactured pumps and sets will be assessed an upcharge of $10.00/day.

Confidential

EXHIBIT B
(Page 5 of 8)

PAIN MANAGEMENT

Schedule of Fees

| Patient Regimen | Price (1) |
|---|---|
| Compounded Solution in Bag | $ 46.50/Bag+AWP (2) |
| Pump Administration<br>Stationary<br>Ambulatory | $ 7.50/Day (3)<br>12.00/Day (3) |

(1)   Price includes compounded product and patient supplies.  Prices are based on use of Abbott products and Abbott Sets.  There will be an upcharge for all other products provided unless a substitute is required for medical reasons or no Abbott manufactured product is available. Customer and Abbott agree to negotiate in good faith the amount of the upcharge according to the products and supplies required by the patient's prescription.

(2)   AWP = Average Wholesale Price

(3)   Minimum rental of fourteen (14) days.  Price assumes use of Abbott manufactured pumps and sets.  Use of Non-Abbott manufactured pumps and sets will assessed an upcharge of $10.00/day.

Confidential

ABT-DOJ 319853
ABT279-1851

## I.V. HYDRATION

### Schedule of Fees

| Patient Regimen | Price (1) |
|---|---|
| Fluid (1) | |
| Up to 1200ml | $ 23.25/Bag |
| 1201 - 2200ml | 27.75/Bag |
| 2201ml + | 31.50/Bag |
| Patient Additives | $ 3.75÷AWP (2) |
| Pump Administration | |
| Stationary | $ 7.50/Day (3) |
| Ambulatory | 12.00/Day (3) |

(1) Includes Hydration Fluid and patient supplies.

(2) AWP = Average Wholesale Price

(3) Minimum rental of fourteen (14) days. Price assumes use of Abbott manufactured pumps and sets. Use of Non-Abbott manufactured pumps and sets will assessed an upcharge of $10.00/day.

Confidential

EXHIBIT B
(Page 7 of 8)

CATHETER CARE

Schedule of Fees

Patient Regimen                              Price  (1)

Catheter Care Supplies
-   Single Lumen                             $  6.38/day
-   Double Lumen                             $  9.00/day

(1)  Price includes standard supplies only not Abbokinase.

Confidential

ABT-DOJ 319855
ABT279-1853

EXHIBIT B
[Page 8 of 8]

## OTHER THERAPIES/ADDITIONS

### Schedule of Fees

| Patient Regimen | Price (3) |
|---|---|
| • Non-Compounded Products or Patient Additives (2) | $   5.00 + AWP |
| • Compounded Products (1) | |
|     Bag | $  60.00 + AWP |
|     Syringe | 25.00 + AWP |
| • Reaction Kits | $  40.00 Each |
| • I V Gamma Globulin | $  78.40 + AWP |
| • Minimed Pump 404SP | |
|     Weekly | $ 121.00 |
|     Monthly | 365.00 |
| • Epogen  (2) | $  15.00 + AWP |
| • Neupogen (2) | $  35.00 + AWP |
| • Sandostatin (2) | $  10.00 + AWP |

---

(1)   Price includes compounded product and patient supplies.  Prices are based on use of Abbott products and piggyback sets.  There will be an upcharge for all other products provided unless a substitute is required for medical reasons or no Abbott manufactured product is available.  Customer and Abbott agree to negotiate in good faith the amount of the upcharge, according to the products and supplies required by the patient's prescription.

(2)   Must be provided only in conjunction with another primary therapy.  Price includes syringes, needles, swabs required for administration.

(3)   AWP equals Average Wholesale Price

Confidential