# EXHIBIT 118
# CONTINUED

Contract, Addendum, Price Inc.

ABTWV 16805
CONFIDENTIAL

ABT-DOJ 0195004

ABT017-1831      FF



*Home
Infusion
Services*

ABBOTT LABORATORIES
200 Abbott Park Road, Abbott Park, Illinois 60064-3537

September 9, 1997

SEP 23 1997

Care Partners, Inc.
c/o Allied Health Services
PO Box 702
1 Stadium Drive
Morgantown, W.V. 26507-0782

Attn: Ken Ferretti, Director of Infusion Therapy

Dear Mr. Ferretti:

This letter shall serve as an addendum ("Addendum") to the Home Infusion Services
Agreement ("Agreement"), dated May 28, 1997 between Care Partners, Inc., ("Care
Partners") and Abbott Laboratories ("Abbott"). This Addendum is intended to modify the
Agreement to add the Abbott line of pre-filled syringes, *Carpuject™.*

Schedule IV, Compensation Schedule:
Care Partners and Abbott agree to add the Abbott line of *Carpuject™* pre-filled syringes to the
products available under consignment. For the addition of the Carpuject™ Heparin and Saline
products ("flush products") the compensation due Abbott shall be modified, per the attached,
revised, compensation schedule. This change in the percent of revenue due Abbott shall apply
to estimated sales and compensation due Abbott effective October 27 1997 and to the
calculation of the actual compensation due Abbott effective October 27, 1997.

In the event usage of non-flush products exceeds five hundred dollars per year, when valued at
current market rates, Abbott shall invoice, and Care Partners shall pay Abbott for all product
shipped to Care Partners that exceeds five hundred ($500) dollars per year. The parties agree that
these products shall be valued and billed at Purchase Connection contract prices in effect at the
time of invoicing. Payment terms shall be net thirty (30) days from receipt of invoice.

**ABT-DOJ 0195005**

**ABTWV 16806
CONFIDENTIAL**

95-4661-9-Oct., 96

ABT017-1832      FL

Care Partners, Inc.
Page 2
September 9, 1997

Except as modified herein, the existing terms and conditions of the Agreement shall continue in full force and effect.

**Care Partners, Inc.**

Name:   Margaret M. Kearney
        Please Print or Type

Title:   Executive Director

Signed:  _Margaret M Kearney_

Date:    9/19/97

**Abbott Laboratories**

Name:   Kathryn A. Riddle
        Please Print or Type

Title:   Mgr. Contract Marketing

Signed:  _Kathryn A. Riddle_

Date:    9/25/97

cc:   R. Alston
      T. Olinger

**ABTWV 16807
CONFIDENTIAL**

**ABT-DOJ 0195006**

ABT017-1833     FL

SCHEDULE IV

Compensation Schedule
Effective October 27, 1997

| Type of Home Infusion Therapy | Percent of Program Collections Due Abbott |
|---|---|
| Total Parenteral Nutrition | 34.0% |
| Total Enteral Nutrition | 62.0% |
| Antibiotic Therapy | 31.5% |
| Chemotherapy | 31.45% |
| Pain Management | 31.65% |
| I.V. Hydration | 51.0% |
| Catheter Care | 30.5% |
| IVIG | 16.5% |
| Other Therapies | % until determined otherwise by mutual consent |

**ABTWV 16808**
**CONFIDENTIAL**

**ABT-DOJ 0195007**

ABT017-1834      F

ABT-DOJ 0226656
HIGHLY CONFIDENTIAL

TXABT 243863
HIGHLY CONFIDENTIAL

ABT061-1836

**Reconciliation of Baylor Home Infusion Therapy billings/rebate for June 1997**

| | TPN | TEN | Hydration | ABT | CHM | D.H.P.G. | IPC | Cath Care | Line Maintenance | Gancyclovir | IGG & Other | Inotropic | Rounding | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SALES** | | | | | | | | | | | | | | |
| Billings | 133,106.55 | 102,256.25 | 14,121.58 | 182,032.78 | 3,858.51 | 0.00 | 14,591.15 | 9,132.46 | 0.00 | 0.00 | 103,491.22 | 30,273.45 | | 592,882.95 |
| Abbott share | 6.0% | 26.0% | 16.5% | 3.6% | 13.0% | 3.8% | 13.0% | 3.6% | 3.6% | 13.0% | 3.6% | 10.0% | 100.0% | |
| Net Collections to Abbott | 7,986.33 | 25,584.06 | 2,330.06 | 6,583.18 | 501.61 | 0.00 | 1,896.85 | 328.77 | 0.00 | 0.00 | 3,725.68 | 3,027.35 | 0.00 | 51,913.89 |
| | | | | | | | | | | | | | | |
| June 1997 j.e. | 7,503.65 | 20,157.06 | 3,101.55 | 7,785.77 | 0.00 | 0.00 | 3,075.44 | 330.04 | 0.00 | 0.00 | 5,079.33 | 2,967.17 | (0.01) | 50,000.00 |
| July 1997 j.e. | 482.68 | 5,407.00 | (771.49) | (1,232.59) | 501.61 | 0.00 | (1,178.59) | (1.27) | 0.00 | 0.00 | (1,353.65) | 60.18 | 0.01 | 1,913.89 |
| | | | | | | | | | | | | | | 0.00 |
| Adjustment needed | 0.00 | 0.00 | (0.00) | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) |
| % of Total Sales | 15.4% | 49.2% | 4.5% | 12.6% | 1.0% | 0.0% | 3.7% | 0.6% | 0.0% | 0.0% | 7.2% | 5.8% | 0.0% | 94.2% |

| Total Rebate = | $ 25,956.95 |
|---|---|

| JOURNAL ENTRY | |
|---|---|
| HHCD 500-100 | (1,913.89) |
| HHCD 020-276 | 1,913.89 |
| HHCD 505-102* | 956.95 |
| HHCD 338-106 | (956.95) |
| CONTROL TOTAL | (2,870.84) |

*This represents a 50% rebate accrual adjustment

# Reconciliation of Baylor Home Infusion Therapy billings/rebate for July 1997

| | TPN | TEN | Hydration | ABT | CHM | D.H.P.G. | IPC | Cath Care | Line Maintenance | Gancyclovir | IGG & Other | Inotropic | Rounding | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SALES** | | | | | | | | | | | | | | |
| Billings | 97,458.05 | 115,380.87 | 17,734.49 | 260,971.15 | 1,485.97 | | 19,524.39 | 9,808.36 | | | 124,468.31 | 41,975.63 | | 688,787.22 |
| Abbott share | 8.0% | 25.0% | 16.5% | 3.6% | 13.0% | 3.6% | 13.0% | 3.6% | 3.8% | 13.0% | 3.6% | 10.0% | 100.0% | |
| Net Collections to Abbott | 5,847.48 | 28,840.22 | 2,926.19 | 9,394.96 | 193.18 | 0.00 | 2,638.17 | 353.10 | 0.00 | 0.00 | 4,480.86 | 4,197.56 | 0.00 | 58,771.72 |
| | | | | | | | | | | | | | | |
| July 1997 j.e. | 11,225.66 | 8,623.94 | 1,190.96 | 15,352.01 | 325.41 | 0.00 | 1,230.57 | 770.20 | 0.00 | 0.00 | 8,728.09 | 2,553.16 | 0.00 | 50,000.00 |
| August 1997 j.e. | (5,378.18) | 20,216.28 | 1,735.23 | (5,957.05) | (132.23) | 0.00 | 1,307.60 | (417.10) | 0.00 | 0.00 | (4,247.23) | 1,644.40 | 0.00 | 8,771.72 |
| | | | | | | | | | | | | | | 0.00 |
| Adjustment needed | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 | 0.00 | (0.00) |
| % of Total Sales | 9.9% | 49.1% | 5.0% | 16.0% | 0.3% | 0.0% | 4.3% | 0.6% | 0.0% | 0.0% | 7.6% | 7.1% | 0.0% | 99.9% |

| Total Rebate = | $ 29,385.86 |
|---|---|

| JOURNAL ENTRY | |
|---|---|
| HHCD 500-100 | (8,771.72) |
| HHCD 020-276 | 8,771.72 |
| HHCD 505-102* | 4,385.86 |
| HHCD 338-106 | (4,385.86) |
| CONTROL TOTAL | (13,157.58) |

*This represents a 50% rebate accrual adjustment

ABT-DOJ 0226651
HIGHLY CONFIDENTIAL

TXABT 243358
HIGHLY CONFIDENTIAL
ABT061-1831

ABT-DOJ 0226640
HIGHLY CONFIDENTIAL

TXABT 243847
HIGHLY CONFIDENTIAL

ABT061-1820

Reconciliation of Baylor Home Infusion Therapy billings/rebate for September 1997

| SALES | TPN | TEN | Hydration | ABT | CHM | D.H.P.G. | IPC | Cath Care | Line Maintenance | Gancyclovir | IGG & Other | Inotropic | Rounding | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Billings | 89,295.82 | 85,443.64 | 8,602.34 | 179,003.27 | 3,627.39 | 0.00 | 27,464.05 | 13,892.80 | 0.00 | 0.00 | 362,097.39 | 32,435.05 | | 801,851.75 |
| Abbott share | 6.0% | 25.0% | 16.5% | 3.6% | 13.0% | 3.6% | 13.0% | 3.6% | 3.6% | 13.0% | 3.6% | 10.0% | 100.0% | |
| Net Collections to Abbott | 5,357.75 | 21,360.91 | 1,419.39 | 6,444.12 | 471.56 | 0.00 | 3,569.03 | 500.14 | 0.00 | 0.00 | 13,035.51 | 3,243.51 | (0.01) | 55,401.91 |
| | | | | | | | | | | | | | | |
| September 1997 j.e. | 6,814.97 | 9,188.16 | 1,227.32 | 17,242.33 | 200.74 | 0.00 | 1,269.81 | 839.10 | 0.00 | 0.00 | 10,402.83 | 2,814.73 | (0.01) | 50,000.00 |
| October 1997 j.e. | (1,457.22) | 12,172.73 | 182.07 | (10,798.21) | 270.82 | 0.00 | 2,299.22 | (338.96) | 0.00 | 0.00 | 2,632.88 | 428.78 | 0.00 | 5,401.91 |
| | | | | | | | | | | | | | | 0.00 |
| Adjustment needed | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | (0.00) |
| % of Total Sales | 9.7% | 38.6% | 2.6% | 11.6% | 0.9% | 0.0% | 6.4% | 0.9% | 0.0% | 0.0% | 23.5% | 5.9% | 0.0% | 100.1% |

| Total Rebate = | $ 27,700.96 |
|---|---|

| JOURNAL ENTRY | |
|---|---|
| HHCD 500-100 | (8,401.91) |
| HHCD 020-276 | 5,401.91 |
| HHCD 505-102* | 2,700.96 |
| HHCD 338-106 | (2,700.96) |
| CONTROL TOTAL | (8,102.87) |

*This represents a 50% rebate accrual adjustment

# INVOICE

| Home Health First Infusion Services<br>2625 Elm Street<br>Suite 114<br>Dallas, Texas 75226 | *Remit To:*<br>**Abbott Home Infusion Services**<br>**J. Watson, Department H-51, AP34**<br>**200 Abbott Park Road**<br>**Abbott Park, IL 60064-3537** |
| --- | --- |

| Billing Month: July, 1997 | Invoice Date:  August 21, 1997 |
| --- | --- |

| THERAPY | GROSS SALES | PERCENT<br>DUE ABBOTT | DOLLARS<br>DUE ABBOTT |
| --- | --- | --- | --- |
| TPN | $       97,458.05 | 6.0% | $        5,847.48 |
| Enteral | $     115,360.87 | 25.0% | $      28,840.22 |
| Antibiotic | $     260,971.15 | 3.6% | $        9,394.96 |
| Chemotherapy | $         1,485.97 | 13.0% | $           193.18 |
| Pain Management | $       19,524.39 | 13.0% | $        2,538.17 |
| Hydration | $       17,734.49 | 16.5% | $        2,926.19 |
| Cath Care | $         9,808.36 | 3.6% | $           353.10 |
| Other Misc. | $       93,120.64 | 3.6% | $        3,352.34 |
| IGG | $       31,347.67 | 3.6% | $        1,128.52 |
| Inotropic | $       41,975.63 | 10.0% | $        4,197.56 |
|  |  |  |  |
| **TOTAL** | $     688,787.22 |  | $      58,771.72 |

| AMOUNT DUE: | $58,771.72 |
| --- | --- |

**PAYMENT TERMS: Net Sixty Days from Service Month Close**

**PLEASE RETURN COPY WITH PAYMENT**

ABT-DOJ 0226654
HIGHLY CONFIDENTIAL

TXABT 243861
HIGHLY CONFIDENTIAL

ABT061-1834

# INVOICE

| Home Health First Infusion Services<br>2625 Elm Street<br>Suite 114<br>Dallas, Texas 75226 | *Remit To:*<br>**Abbott Home Infusion Services<br>J. Watson, Department H-51, AP34<br>200 Abbott Park Road<br>Abbott Park, IL 60064-3537** |
|---|---|

| Billing Month: August, 1997 | Invoice Date:  September 19, 1997 |
|---|---|

| THERAPY | GROSS SALES | PERCENT DUE ABBOTT | DOLLARS DUE ABBOTT |
|---|---|---|---|
| TPN | $ 92,294.08 | 6.0% | $ 5,537.64 |
| Enteral | $ 124,434.15 | 25.0% | $ 31,108.54 |
| Antibiotic | $ 233,510.25 | 3.6% | $ 8,406.37 |
| Chemotherapy | $ 2,718.60 | 13.0% | $ 353.42 |
| Pain Management | $ 17,196.83 | 13.0% | $ 2,235.59 |
| Hydration | $ 16,621.46 | 16.5% | $ 2,742.54 |
| Cath Care | $ 11,363.82 | 3.6% | $ 409.10 |
| Other Misc. | $ 113,431.70 | 3.6% | $ 4,083.54 |
| IGG | $ 27,452.23 | 3.6% | $ 988.28 |
| Inotropic | $ 38,119.42 | 10.0% | $ 3,811.94 |
| | | | |
| TOTAL | $ 677,142.54 | | $ 59,676.96 |

| AMOUNT DUE: | $59,676.96 |
|---|---|

**PAYMENT TERMS: Net Sixty Days from Service Month Close**

**PLEASE RETURN COPY WITH PAYMENT**

ABT-DOJ 0226638
HIGHLY CONFIDENTIAL

TXABT 243845
HIGHLY CONFIDENTIAL

ABT061-1818

# INVOICE

|  |  |
|---|---|
| **Home Health First Infusion Services**<br>**2625 Elm Street**<br>**Suite 114**<br>**Dallas, Texas  75226** | *Remit To:*<br>**Abbott Home Infusion Services**<br>**J. Watson, Department H-51, AP34**<br>**200 Abbott Park Road**<br>**Abbott Park, IL 60064-3537** |

| Billing Month: September, 1997 | Invoice Date:  October 9, 1997 |
|---|---|

| THERAPY | GROSS SALES | PERCENT DUE ABBOTT | DOLLARS DUE ABBOTT |
|---|---|---|---|
| TPN | $ 89,295.82 | 6.0% | $ 5,357.75 |
| Enteral | $ 85,443.64 | 25.0% | $ 21,360.91 |
| Antibiotic | $ 179,003.27 | 3.6% | $ 6,444.12 |
| Chemotherapy | $ 3,627.39 | 13.0% | $ 471.56 |
| Pain Management | $ 27,454.05 | 13.0% | $ 3,569.03 |
| Hydration | $ 8,602.34 | 16.5% | $ 1,419.39 |
| Cath Care | $ 13,892.80 | 3.6% | $ 500.14 |
| Other Misc. | $ 316,689.07 | 3.6% | $ 11,400.81 |
| IGG | $ 45,408.32 | 3.6% | $ 1,634.70 |
| Inotropic | $ 32,435.05 | 10.0% | $ 3,243.51 |
| | | | |
| TOTAL | $ 801,851.75 | | $ 55,401.90 |

| AMOUNT DUE: | $55,401.90 |
|---|---|

**PAYMENT TERMS:  Net Sixty Days from Service Month Close**

**PLEASE RETURN COPY WITH PAYMENT**

ABT-DOJ 0226643
HIGHLY CONFIDENTIAL

TXABT 243850
HIGHLY CONFIDENTIAL

ABT061-1823



**ABBOTT LABORATORIES**
200 Abbott Park Road, Abbott Park, Illinois 60064-3500

December 2, 1997

DEC 19 1997

Shay Fields
President & COO
Home Health First
3510 Crutcher Street
Dallas, Texas 75246

Dear Shay:

This letter provides an amendment ("Amendment") to the Home Infusion Services
Agreement ("Agreement") dated October 1, 1997, between Home Health First ("HHF")
and Abbott Laboratories ("Abbott"). This amendment sets forth terms by which said
Agreement shall be assigned to new ownership in accordance with Article 9: Other
Terms/Conditions, Section O. Assignment, of the Agreement.

HHF desires to assign the Agreement to Baylor ~~Homecare;~~ *Health Services d/b/a Baylor* including all rights and
obligations specified therein. The effective date of such assignment shall be indicated by
the date of mutual signature for this Amendment.

Abbott formally acknowledges and consents to accept assignment of the Agreement to
Baylor ~~Homecare.~~ *Health Services.*

Except as modified above the existing terms and conditions of the original Agreement
shall continue in full force and effect. If this Amendment meets with your approval, please
sign, date and return two copies to us. A fully executed copy will be returned to you.

ACCEPTED: Home Health First          ACCEPTED: Abbott Laboratories

By: _____                  By: _____

Name: Shay Fields                     Name: Kathryn A. Riddle

Title: President and COO              Title: Manager, Contract Marketing

Date: 12/7/97                         Date: 12/26/97

cc: Shirley Beyer
    Pam Hill

ABT-DOJ 02...
HIGHLY CONF...

TXABT 2437...
HIGHLY CONF...

ABT061-17...

# EXHIBIT 118
# CONTINUED



HEALTH & HUMAN SERVICES                                    Health Care Financing Ad-

6325 Security Boulev.
Baltimore, MD 21207

MAR 8 1991

TO:      All State Medicaid Directors

SUBJECT: Medicaid Drug Rebate Program Participating Manufacturers
         and Related Issues--ACTION

A list of manufacturers that are participating in the Medicaid drug
rebate program effective January 1, 1991 is attached.  I will
advise you by March 15 of any additions to this list.

Please be advised that ~~we are allowing Federal financial~~
~~participation (FFP) for those drugs of non-participating~~
~~manufacturers~~ the
~~extenuating~~ circumstance clause in section 1927(a)(3)(B) of the
Social Security Act (the Act).  However, ███████████████████
█████████████████████████.  Therefore, you must make
changes to your list of covered drugs to include all covered drugs
of participating manufacturers.

~~In order to assure that FFP is made available to~~
~~effective under the mandatory drug rebate program, you~~
~~must also modify your State plan███████████████████████~~
~~████████████████████████████████████████████████████~~
~~████████████████████████████████████████████████████~~
~~████████████~~

I also want to emphasize the importance of the proper use by
pharmacies of the National Drug Code (NDC) number. Manufacturer
rebate payments will be made based on State drug payment data by
NDC number. ~~In order to assure that the type of each manufacturer~~
~~████████████████████████████████████████████████████~~
~~████████████████████████████████████████████████████~~
~~in billing the █████████████████████~~ disputes in the
rebate due or increased audits of your agency by the manufacturers,
and requests that you audit the records of the pharmacies.  You
must impress upon pharmacies the importance of taking whatever
actions are necessary to correctly reflect the NDC number of the
drug dispensed.

MEDICARE
MEDICAID 20                                      **ABT212028**

ABBOTT                                              BMW035-3470

**Page 2 - All State Medicaid Directors**

I appreciate the time and resources that you and your staff have contributed in the successful implementation of this program.  We will continue to keep you informed as the Medicaid drug rebate program becomes more operational.

Christine Nye
Director
Medicaid Bureau

Attachments

FME:L.Reed:fw     3/7/91
Disc 3

**ABT212029**

ABBOTT

BMW035-3471

MAR 31 '91  03:43PM FFD MARKETING

MASTER AGREEMENT RECEIPT LOG
MAJOR PHARMACEUTICAL COMPANIES
FOR 03/08/91

DATE 03/08/91                                                    Page   1

| L A B E L E R |  |
|---|---|
| CODE            NAME | CITY / STATE |

---------------------------------------------------------------

| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ABBOTT PARK, IL |
| 000023  ALLERGAN, INC. | IRVINE, CA |
| 000005  AMERICAN CYANAMID COMPANY | WAYNE, NJ |
| 000555  BARR LABORATORIES, INC. | POMONA, NY |
| 050419  BERLEX LABORATORIES, INC. | WAYNE, NJ |
| 054274  BEST GENERICS, INC. | NORTH MIAMI BEACH, FL |
| 000332  BIOCRAFT LABORATORIES, INC | FAIR LAWN, NJ |
| 000719  BIOLINE LABORATORIES, INC. | FT. LAUDERDALE, FL |
| 000597  BOEHRINGER INGELHEIM PHARMACEUTICALS | DANBURY, CT |
| 000524  BOOTS LABORATORIES | LINCOLNSHIRE, IL |
| 000087  BRISTOL-MYERS SQUIBB COMPANY | EVANSVILLE, IN |
| 000081  BURROUGHS WELLCOME CO. | RESEARCH TRIANGLE PARK, NC |
| 000093  CIBA PHARMACEUTICAL COMPANY | SUMMIT, NJ |
| 000003  E. R. SQUIBB & SONS, INC. | PRINCETON, NJ |
| 000002  ELI LILLY AND COMPANY | INDIANAPOLIS, IN |
| 000641  ELKINS-SINN, INC. | FRAZER, PA |
| 000014  G. D. SEARLE & CO. | SKOKIE, IL |
| 000028  GEIGY PHARMACEUTICALS | SUMMIT, NJ |
| 000781  GENEVA PHARMACEUTICALS, INC. | BROOMFIELD, CO |
| 000173  GLAXO INC. | RESEARCH TRIANGLE PARK, NC |
| 000198  GOLDLINE LABORATORIES, INC. | FT. LAUDERDALE, FL |
| 000879  HALSEY DRUG COMPANY INC. | BROOKLYN, NY |
| 051432  HARBER PHARMACEUTICALS INC. | SECAUCUS, NJ |
| 000039  HOECHST-ROUSSEL PHARMACEUTICALS INC. | SOMERVILLE, NJ |
| 000004  HOFFMANN-LA ROCHE INC. | NUTLEY, NJ |
| 000310  ICI PHARMA ICI AMERICAS INC. | WILMINGTON, DE |
| 050458  JANSSEN PHARMACEUTICAL INC | PISCATAWAY, NJ |
| 000369  KEY PHARMACEUTICALS | UNION, NJ |
| 000044  KNOLL PHARMACEUTICALS | PARSIPPANY, NJ |
| 000206  LEDERLE PIPERACILLIN, INC. | WAYNE, NJ |
| 000093  LEMMON COMPANY | SELLERSVILLE, PA |
| 050732  LUCHEM PHARMACEUTICALS, INC. | SHREVEPORT, LA |
| 000469  LYPHOMED DIVISION FUJISAWA USA | DEERFIELD, IL |
| 000904  MAJOR PHARMACEUTICAL CO. | CHICAGO, IL |
| 000068  MARION MERRELL DOW INC. | KANSAS CITY, MO |
| 000068  MARION MERRELL DOW INC. | KANSAS CITY, MO |
| 052555  MARTEC PHARMACEUTICAL INC. | KANSAS CITY, MO |
| 011945  MASON DISTRIBUTORS, INC. | HIALEAH, FL |
| ▓▓▓▓▓▓▓▓▓▓▓▓ | IRVINE, CA |
| 000045  MC NEIL PHARMACEUTICAL | SPRING HOUSE, PA |
| 000015  MEAD JOHNSON & COMPANY | EVANSVILLE, IN |
| 000006  MERCK SHARP & DOHME | WEST POINT, PA |
| 000026  MILES INC..PHARMACEUTICAL DIVISION | WEST HAVEN, CT |
| 000839  MOORE MEDICAL CORP. | NEW BRITAIN, CT |
| 053489  MUTUAL PHARMACEUTICAL COMPANY, INC. | PHILADELPHIA, PA |
| 000378  MYLAN PHARMACEUTICALS INC. | MORGANTOWN, WV |
| 000149  NORWICH EATON PHARMACEUTICALS INC. | NORWICH, NY |
| 049884  PAR PHARMACEUTICAL, INC. | SPRING VALLEY, NY |
| 000349  PARMED PHARMACEUTICALS INC. | NIAGARA FALLS, NY |
| 000662  PFIZER INC. | NEW YORK, NY |
| 000049  PFIZER INC | |

ABT212030

ABBOTT                                                        BMW035-3472

MAR 21 '91  03:43PM FFD MARKETING                                         P.19/8

| L A B E L E R | | |
|---|---|---|
| CODE | NAME | CITY / STATE |

--------------------------------------------------------------------------------

| | | |
|---|---|---|
| 000069 | PFIZER LABS. | NEW YORK, NY |
| 000663 | PFIZER LABS. | NEW YORK, NY |
| 000995 | PFIZER LABS. | NEW YORK, NY |
| 000832 | PHARMACEUTICAL BASICS, INC. | CHICAGO, IL |
| 000228 | PUREPAC PHARMACEUTICAL CO. | ELIZABETH, NJ |
| 002446 | QUALITEST PRODUCTS, INC. | HUNTSVILLE, AL |
| 000075 | RHONE-POULENC RORER PHARMACEUTICALS INC | FORT WASHINGTON, PA |
| 000031 | ROBINS, A.H. | FRAZER, PA |
| 000054 | ROXANE LABORATORIES, INC. | COLUMBUS, OH |
| 000536 | RUGBY LABORATORIES, INC. | WESTBURY, NY |
| 000078 | SANDOZ PHARMACEUTICAL CORPORATION | EAST HANOVER, NJ |
| 000591 | SCHEIN PHARMACEUTICAL INC. | PORT WASHINGTON, NY |
| 000364 | SCHEIN PHARMACEUTICAL, INC. | PORT WASHINGTON, NY |
| 000085 | SCHERING CORPORATION | UNION, NJ |
| 050111 | SIDMAK LABORATORIES, INC. | EAST HANOVER, NJ |
| 000007 | SMITHKLINE BEECHAM CORPORATION | PHILADELPHIA, PA |
| 000029 | SMITHKLINE BEECHAM CORPORATION | PHILADELPHIA, PA |
| 000402 | STERIS LABORATORIES, INC. | PORT WASHINGTON, NY |
| 000038 | STUART PHARMACEUTICALS (CI AMERICAS INC | WILMINGTON, DE |
| 057267 | SUMMIT PHARMACEUTICALS | SUMMIT, NJ |
| 000033 | SYNTEX LABORATORIES, INC. | PALO ALTO, CA |
| 000056 | THE DU PONT MERCK PHARMACEUTICAL CO. | WILMINGTON, DE |
| 000009 | THE UPJOHN COMPANY | KALAMAZOO, MI |
| 051075 | UDL LABORATORIES, INC. | ROCKFORD, IL |
| 000677 | UNITED RESEARCH LABORATORIES, INC. | BENSALEM, PA |
| 000245 | UPSHER-SMITH LABORATORIES, INC. | MINNEAPOLIS, MN |
| 000615 | VANGARD LABS, INC. | GLASGOW, KY |
| 000185 | VITARINE PHARMACEUTICALS, INC. | SPRINGFIELD GARDENS, NY |
| 043797 | W.E. HAUCK, INC. | ATLANTA, GA |
| 000047 | WARNER-LAMBERT COMPANY | MORRIS PLAINS, NJ |
| 000071 | WARNER-LAMBERT COMPANY | MORRIS PLAINS, NJ |
| 000143 | WEST-WARD PHARMACEUTICAL CORP. | EATONTOWN, NJ |
| 000024 | WINTHROP PHARMACEUTICALS | NEW YORK, NY |
| 000008 | WYETH-AYERST | FRAZER, PA |
| 000046 | WYETH-AYERST | FRAZER, PA |
| 000178 | ZENITH LABORATORIES, INC. | NORTHVALE, NJ |

MAJOR MFGS RECEIVED TO DATE -

ABT212031

ABBOTT                                                    BMW035-3473

# ⊐ABBOTT

**JUN 1 1 1991**

**INTEROFFICE CORRESPONDENCE**

**FROM: Virginia Tobiason**
**Manager, Reimbursement**
**DEPT: D-H56 BLDG: J14 EXT: 7-0768**

**TO:** B. Dempsey
M. Heggie
M. King
D. Robertson
J. Ward

**DATE: June 11, 1991**

On June 5th HCFA published the proposed rule on physician payment reform. This rule included a proposal to lower the payment for drugs "incident to" a physician's services to Average Wholesale Price (AWP) minus 15%. In effect, this rule will change reimbursement for all Medicare Part B injectable drugs, including renal, pain management and home chemotherapy. I have attached a copy of the section of the rule pertaining to the drug fee schedule. The following is a summary of some of the key issues.

Current Policy

- Medicare currently reimburses drugs either based on reasonable charges or the drug cost based on A.W.P. as published in Redbook. Each Medicare intermediary/carrier has the discretion to determine the reimbursement level with some paying below A.W.P. and others paying above A.W.P.

Major Issues

- There is a question whether HCFA has the authority to limit reimbursement for these drugs through regulation. It can be argued based on the Medicare statute that such a change requires Congressional approval.

- In the proposed rule, HCFA indicates that they are going to consider establishing national drug fee screens in the future. This is definitely the start of national "drug pricing" controls.

- Also included in the rule is a proposal to reduce even further the payment for very high volume drugs. This would be limited to the lower of the estimated acquisition cost as determined by HCFA or 85% of A.W.P. HCFA will publish a list of these drugs and the reimbursement rates in the Medicare carriers manual. Drug Manufacturers will then be excluded from input into the decision on which drugs will be included and the reimbursement level. This list should be open to a 60-day comment period.

- HCFA is seeking comments on the level of discount. I believe there are a number of arguments we can use in response. Some of these are as follows:

  - Discounts vary among purchasers. Some providers may pay full A.W.P. and others may get a discount but not a full 15% due to manufacturers discounting practices.

*1992 plan — quantitative model pricing strategy*

*\* how much covered by Medicare*
*\* want stance do we want to take*

*Adria products*

MEMO12.DOC/1

**ABT212051**

 **ABBOTT**

**MAR 22 1991**

INTEROFFICE CORRESPONDENCE

FROM  **Mark Gorman**

DEPT. NO. **H88** BLDG. **J-14** EXT. **71410**

TO:  W. Dempsey
J. Ward
M. King
P. Karas
S. Murphy
V. Tobiason

DATE  **March 21, 1991**

cc:  D. Robertson
C. Begley

RE: Medicaid Drug Rebate Program

Attached is a letter from HCFA to all state Medicaid Directors identifying all manufacturers who have signed the federal rebate program. It also indicates that effective April 1, 1991, the federal program will no longer reimburse state Medicaid programs for the drugs of manufactures that have not signed the agreement.

Conspicuous in its absence from the list is Baxter, and as we understand it, they will not be able to sign up until June 1; apparently they thought it covered branded drugs only. Therefore, until that time, Alternate Site providers will not be reimbursed by Medicaid for Baxter drug products (including nutritionals) used to treat their patients. We can certainly use this as a competitive selling advantage.

On the downside, we need to guard against providers using Baxter product and using Abbott NDC numbers to charge the Medicaid program.

You can peruse the list to determine other relevant competitors who have not signed the agreement.

Mark

MFG/ss

0035/3

**ABT212027**

ABBOTT

BMW035-3469    F

- Actual drug costs are not the only costs to be considered when establishing a drug fee screen. Others include waste, breakage, inventory costs and drug procurement costs. Also bad debt needs to be considered since Medicare only covers 80% of the drug cost.

- There are disincentives to use higher cost, more effective drugs because of reimbursement limits. This could have a serious impact on patient care. I would think TAP or Renal could use this argument effectively.

Comments are due by 5 p.m. on August 5th. I have scheduled a meeting for Friday, June 14th, in the HomeCare Conference Room from 8:00 a.m. to 9:00am. to discuss this further.

MEMO12.DOC/2

**ABT212052**

ABBOTT

BMW035-3495

# EXHIBIT 118
# CONTINUED





**Home Infusion Services**

**ABBOTT LABORATORIES**

January 6, 1998

Shay Fields
President & COO
Home Health First
3510 Crutcher Street
Dallas, Texas 75246

Dear Mr. Fields:

Enclosed is your fully-executed copy of the Amendment between Home Health First and Abbott Home Infusion Services new assignment of ownership.

Please do not hesitate to contact Pam Hill, Business Development Consultant, at (303) 671-9689 if we may be of assistance.

We appreciate you business.

Sincerely,

*Sara Strain*

Sara Strain
AHIS Contract Marketing

/ss

cc:   S. Beyer
      P. Hill

Enc.

cvrLtrdoc/97ltr

ABT-DOJ 0226542
HIGHLY CONFIDENTIAL

TXABT 243748
HIGHLY CONFIDENTIAL

96-4581-9-Oct, 96

ABT061-1722



**ABBOTT LABORATORIES**
200 Abbott Park Road, Abbott Park, Illinois 60064-3537

July 13, 1998

JUL 23 1998

Care Partners, Inc.
c/o Allied Health Services
601 Hartman Run Road
Morgantown, W. V. 26509

Attn: Ken Ferretti, Director of Infusion therapy

Dear Mr. Ferretti:

This letter shall serve as an addendum ("Addendum") to the Home Infusion Services Agreement ("Agreement"), dated May 28, 1997 between Care Partners, Inc., ("Care Partners") and Abbott Laboratories ("Abbott"). This Addendum is intended to establish revenue share percentages for therapies with and without nursing.

Abbott's fee shall be a percent of Program Collections based on the following:

| Therapy (Non-bundled nursing) | % Due Abbott |
| --- | --- |
| Injection (Including GCSF) | 15.0% |

| Therapy (Bundled Nursing) | % Due Abbott |
| --- | --- |
| Injection (Including GCSF) | 14.0% |
| Catheter Care | 14.7% |

Continued on next page.

**ABT-DOJ 0195059**

**ABTWV 16860
CONFIDENTIAL**

96-4681-9-Oct., 96

ABT017-1886    F

Ken Ferretti
July 13, 1998
Page 2

These rates include ancillary supplies and reimbursement services
unless otherwise specified.

Except as modified above, the existing terms and conditions of the
Agreement shall continue in full force and effect.

If this Addendum meets with your approval, please sign, date and
return two copies to Abbott at the address below. We shall return one
countersigned copy to you.

Abbott Home Infusion Services
Attn: Ken Rodi
Dept. 0H59, AP34
200 Abbott Park Road
Abbott Park, IL 60064-3537

Accepted:                          Accepted:
Abbott Laboratories                Care Partners

Name: _____           Name: MARGARET M. KEARNEY
      Please Print or Type               Please Print or Type

Title: Mgr. Contract Marketing.    Title: EXECUTIVE DIRECTOR

Date: 07/28/98.                    Date: 7/17/98

cc: R. Alston
    T. Olinger
    P. Kellner

**ABT-DOJ 0195060**

Carepr13/add/ss                    **ABTWV 16861**
                                   **CONFIDENTIAL**

ABT017-1887    L



*Home Infusion Services*

ABBOTT LABORATORIES
200 Abbott Park Road, Abbott Park, Illinois 60064-3537

September 17, 1998

Care Partners, Inc.
c/o Allied Health Services
PO Box 702
1 Stadium Drive
Morgantown, W. V. 26507-0782

NOV 20 1998

Attn: Ken Ferretti, Director of Infusion therapy

Dear Mr. Ferretti:

This letter shall serve as an addendum ("Addendum") to the Home Infusion Services Agreement ("Agreement"), dated May 28, 1997 between Care Partners, Inc., ("Care Partners") and Abbott Laboratories ("Abbott"). This Addendum is intended to reduce the revenue share percentages to take into account the removal of Sanofi products from the Agreement and hence consignment inventory. The current and revised revenue share percentages excluding the Sanofi products are as follows:

| Current Therapy | % Due Abbott | Revised Therapy | % Due Abbott |
|---|---|---|---|
| TPN | 33.7% | TPN | 32.7% |
| TEN | 61.5% | TEN | 61.5% |
| ABT | 31.3% | ABT | 27.8% |
| CHEMO | 31.2% | CHEMO | 30.7% |
| IV PAIN | 31.4% | IV PAIN | 30.7% |
| HYD | 47.0% | HYD | 46.6% |
| CATH | 30.3% | CATH | 17.8% |
| IVIG | 16.4% | IVIG | 15.9% |

The current and revised percentages for managed care contracts which include nursing are as follows:

| Current Therapy | % Due Abbott | Revised Therapy | % Due Abbott |
|---|---|---|---|
| TPN | 33.2% | TPN | 32.2% |
| TEN | 51.3% 58.3% 61.5 | TEN | 61.5% 58.3% |
| ABT | 28.7% | ABT | 25.2% |
| CHEMO | 29.8% | CHEMO | 29.3% |
| IV PAIN | 30.4% | IV PAIN | 29.7% |
| HYD | 32.7% | HYD | 32.3% |

These rates include ancillary supplies and reimbursement services unless otherwise specified. The effective date of this addendum is October 1, 1998.

**ABTWV 16858
CONFIDENTIAL**

**ABT-DOJ 0195057**

96-4661-9 Oct., 96

Ken Ferretti
September 17, 1998
Page 2

Except as modified above, the existing terms and conditions of the Agreement shall
continue in full force and effect.

If this Addendum meets with your approval, please sign, date and return two copies to
Abbott at the address below.  We shall return one countersigned copy to you.

> Abbott Home Infusion Services
> Attn: Dana Hosseini
> Manager, Contract Marketing
> Dept. 0H59, AP34
> 200 Abbott Park Road
> Abbott Park, IL  60064-3537

Accepted:                              Accepted:
Abbott Laboratories Inc.               Care Partners, Inc.

Name:  _DANA HOSSEINI_                 Name:  _TAMRA HENDERSON_
       Please Print or Type                   Please Print or Type

Title:  _Mgr., Contract Marketing._    Title:  _DIRECTOR_

Signed: _____                Signed: _Tamra Henderson_

Date:  _08/23/98_                      Date:  _11-17-98_

cc:  R. Alston
     T. Olinger
     T. Whitaker
     J. Watson
     H. Longo

Amend/CarePrt4/ss

ABT-DOJ 0195058

ABTWV 16859
CONFIDENTIAL

ABT017-1885    L

# EXHIBIT 118
# CONTINUED

Confidential



**Home
Infusion
Services**

# ABBOTT

### NORTH SHORE UNIVERSITY HOSPITAL

*Manhasset, New York*

*February 2, 1993*

ABT-DOJ 337982
ABT281-3987 F

# A B B O T T   N E T W O R K

Confidential

ABT-DOJ 337983
ABT281-3988

# Abbott Home Infusion Services
## Client Network



Confidential

Confidential

# BUSINESS DEVELOPMENT PROGRAM

ABT-DOJ 337985
ART281-3990 L

Confidential

**ABBOTT HOME INFUSION SERVICES PROPOSAL**
**NORTH SHORE UNIVERSITY HOSPITAL**
**CONSULTING SERVICES PROFILE**

**ENGINEERING CONSULTATION**
    DEVELOPMENT OF FACILITY LAYOUT/EQUIPMENT PLACEMENT
    DEVELOPMENT OF DETAILED SPECIFICATION LISTING
    CONSULT WITH ARCHITECTURAL FIRM (CONSTRUCTION/REDESIGN)
    CAPITAL EXPENSE ESTIMATES
    SPACE REQUIREMENT PROJECTIONS
    ON SITE REVIEW OF CONSTRUCTION PROGRESS
    CONSULTATION WITH CONTRACTORS
    FINAL FACILITY/EQUIPMENT START-UP ASSISTANCE ON SITE

**IMPLEMENTATION PLAN**
    PROVIDE DETAILED PLAN FOR START-UP, INCLUDING RESPONSIBILITIES AND DATES
    FOR COMPLETION OF ACTION ITEMS

**PHARMACY SUPPORT**
    PRODUCT SUPPLY SOURCING ASSISTANCE
    WAREHOUSE SET-UP ASSISTANCE
    EQUIPMENT SUPPLY AND TRACKING MECHANISMS
    DELIVERY SERVICES CONSULTATION
    PERSONNEL JOB DESCRIPTIONS
    PHARMACY POLICY AND PROCEDURES MANUAL GUIDELINES
    PHARMACY SERVICES PATIENT HANDBOOK
    PERSONNEL TRAINING

**CLINICAL/JCAHO SUPPORT**
    CONSULTATION ON SURVEY PREPARATION
        ONE ONSITE EVALUATION
        ABBOTT JCAHO PREPARATION SURVEY GUIDE
        ONGOING CONSULTATION
    NURSING CARE PLANS
    PHARMACY CARE PLANS
    CLINICAL AND ADMINISTRATIVE OPERATING PROCEDURE GUIDELINES
    PATIENT THERAPY INFORMATION SHEETS
    CLINICAL PHARMACY COMPUTER PACKAGE

**CLIENT NETWORK**
    NATONAL CONTRACTING WITH THIRD PARTY PAYORS
    ANNUAL CLIENT EXECUTIVE CONFERENCES ON BUSINESS TOPICS OF INTEREST
    ANNUAL CLIENT SALES TRAINING MEETING
    ANNUAL CLIENT CLINICAL CONFERENCE
    CHIP SYSTEM STEERING COMMITEE MEETING
    ACCESS TO NETWORK CLIENTS FOR CONSULTATION ON CLINICAL/BUSINESS INFUSIONTOPICS

ABT-DOJ 337986
ABT281-3991 F

Confidential

# ABBOTT HOME INFUSION SERVICES PROPOSAL
## NORTH SHORE UNIVERSITY HOSPITAL
### *COST ANALYSIS - ABBOTT FEE VS. MARKET ACQUISITION*

| Annual Program Net Revenue | $4,152,928 | |
|---|---|---|

| | TOTAL | % of Net Rev. |
|---|---|---|
| Total Abbott Annual Fee | $607,724 | 14.6% |
| Total Cost of Abbott Product Excluding Pumps (1) | $410,006 | 9.9% |
| Avg. Yearly Pump Rental Cost (2) | $231,986 | 5.6% |
| Total Financing Charge | $64,890 | 1.6% |
| Total System Value | $32,500 | 0.8% |
| Estimated Market Cost of Abbott Product and Systems | $739,381 | 17.8% |
| Abbott Program Value | $131,658 | 3.2% |
| Abbott 8% Rebate of Interim Compounding Agreement (3) | $23,122 | |
| Total Abbott Program Value | $154,779 | 3.7% |

(1) Based on Alternate Site Product Pricing
(2) Average Monthly Pump Usage * # of Pumps/Patient * Monthly Rental Cost
(3) Assumes three months of Abbott interim compounding before pharmacy start-up.

2/2/93

ABT-DOJ 337987
ABT281-3992

## ABBOTT HOME INFUSION SERVICES PROPOSAL
### NORTH SHORE UNIVERSITY HOSPITAL
### COST ANALYSIS - ABBOTT FEE VS. MARKET ACQUISITION

| | TOTAL | TPN | TEN | ABT | IPO | CHM | IVH | CTH | GCSF | EPO | INJ | CAR | CHL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Annual Program Net Revenue | $4,152,928 | 941,886 | 207,925 | 1,400,878 | 103,490 | 292,760 | 48,125 | 63,960 | 846,986 | 12,880 | 44,875 | 11,578 | 8,169 |

| | TOTAL | % of Net Rev. | TPN | TEN | ABT | IPO | CHM | IVH | CTH | GCSF | EPO | INJ | CAR | CHL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Yearly Patients | | | 25 | 70 | 440 | 20 | 120 | 80 | 32 | 250 | 1 | 3 | 2 | 2 |
| Avg. Therapy Days | | | 90 | 120 | 17 | 60 | 30 | 7 | 150 | 14 | 130 | 10 | 51 | 84 |
| Therapy Days-Annual | | | 2,250 | 8,400 | 7,480 | 1,200 | 3,600 | 560 | 4,800 | 3,500 | 130 | 30 | 102 | 168 |
| Abbott Fee/Therapy Day | | | $73.00 | $16.60 | $25.00 | $18.50 | $15.25 | $25.75 | $1.00 | $5.00 | $5.00 | $8.00 | $11.25 | $7.00 |
| Total Abbott Annual Fee | $607,724 | 14.6% | $164,250 | $139,440 | $187,000 | $22,200 | $54,900 | $14,420 | $4,800 | $17,500 | $650 | $240 | $1,148 | $1,176 |
| | | | | | | | | | | | | | | |
| Cost of Abbott Product/Therapy Day (1) | | | $47.21 | $13.39 | $21.02 | $6.74 | $3.75 | $17.56 | $0.24 | $0.00 | $0.00 | $4.50 | $7.69 | $3.63 |
| Therapy Days-Annual | | | 2,250 | 8,400 | 7,480 | 1,200 | 3,600 | 560 | 4,800 | 3,500 | 130 | 30 | 102 | 168 |
| Total Cost of Abbott Product Excluding Pumps | $410,006 | 9.9% | $106,223 | $112,451 | $157,230 | $8,088 | $13,500 | $9,834 | $1,152 | $0 | $0 | $135 | $784 | $610 |
| | | | | | | | | | | | | | | |
| Avg. Pump Usage/Patient | | | 1.0 | 0.8 | 0.3 | 1.0 | 0.3 | 1.0 | 0.0 | 0.0 | 0.0 | 0.0 | 1.0 | 1.0 |
| Avg. # of Backup Pumps | | | 0.20 | 0.2 | 0.1 | 0.2 | 0.1 | 0.4 | 0.0 | 0.0 | 0.0 | 0.0 | 0.4 | 0.4 |
| Total # of Pumps/Patient | | | 1.2 | 1.0 | 0.4 | 1.2 | 0.4 | 1.4 | 0.0 | 0.0 | 0.0 | 0.0 | 1.4 | 1.4 |
| Avg. Pump Inventory | 462 | | 30 | 67 | 178 | 24 | 48 | 112 | 0 | 0 | 0 | 0 | 3 | 3 |
| Monthly Pump Rental Cost | | | $245 | $50 | $245 | $245 | $245 | $245 | $245 | $245 | $245 | $245 | $245 | $245 |
| Avg. Yearly Pump Rental Cost (2) | $231,986 | 5.6% | $55,125 | $33,250 | $61,087 | $20,400 | $29,400 | $16,007 | $0 | $0 | $0 | $0 | $2,916 | $4,802 |

Financing Charge (10% A.P.R.)

| | TOTAL | % of Net Rev. |
|---|---|---|
| Product & Pump Inventory (6 Mo. Avg.) | $28,800 | |
| Capital Investment ($140,000, 5 Years) | $36,000 | |
| Total Financing Charge | $64,890 | 1.6% |

System Value

| | TOTAL | % of Net Rev. |
|---|---|---|
| - Licensure | $25,000 | |
| - Time Share / Upgrade | $7,500 | |
| Total System Value | $32,500 | 0.8% |

| | TOTAL | % of Net Rev. |
|---|---|---|
| Estimated Market Cost of Abbott Product and Systems | $799,381 | 17.6% |
| Abbott Program Value | $131,658 | 3.2% |
| Abbott 3% Rebate of Interim Compounding Agreement (8) | $23,122 | |
| Total Abbott Program Value | $154,779 | 3.7% |

(1) Based on Alternate Site Product Pricing
(2) Average Monthly Pump Usage * # of Pumps/Patient * Monthly Rental Cost
(8) Assumes three months of Abbott interim compounding before pharmacy start-up.

2/2/93

Confidential

ABT-DOJ 337989
ABT281-3994 L

ABBOTT HOME INFUSION SERVICES PROPOSAL
NORTH SHORE UNIVERSITY HOSPITAL
*COST ANALYSIS - ABBOTT FEE VS. MARKET ACQUISITION*

|  | 65% of Program Potential | % of Net Rev. | 75% of Program Potential | % of Net Rev. | 85% of Program Potential | % of Net Rev. | 100% of Program Potential | % of Net Rev. |
|---|---|---|---|---|---|---|---|---|
| **Annual Program Net Revenue** | 2,699,403 |  | 3,114,696 |  | 3,529,989 |  | 4,152,928 |  |
| Abbott Annual Fee | 395,020 | 14.6% | 455,793 | 14.6% | 516,565 | 14.6% | 607,724 | 14.6% |
| Abbott 3% Rebate of Interim Compounding Agreement | -23,122 |  | -23,122 |  | -23,122 |  | -23,122 |  |
| Total Abbott Annual Fee | 371,899 | 13.8% | 432,671 | 13.9% | 493,443 | 14.0% | 584,602 | 14.1% |
| **Total Cost of Abbott Product Excluding Pumps** | 266,504 | 9.9% | 307,504 | 9.9% | 348,505 | 9.9% | 410,006 | 9.9% |
| **Avg. Yearly Pump Rental Cost** | 150,791 | 5.6% | 173,989 | 5.6% | 197,188 | 5.6% | 231,986 | 5.6% |
| Financing Charge (10% A.P.R.) |  |  |  |  |  |  |  |  |
| Product & Pump Inventory (5 Mo. Avg.) | $18,778 |  | $21,667 |  | $24,556 |  | $28,890 |  |
| Capital Investment ($140,000, 5 Years) | $36,000 |  | $36,000 |  | $36,000 |  | $36,000 |  |
| Total Financing Charge | $54,778 | 2.0% | $57,667 | 1.9% | $60,556 | 1.7% | $64,890 | 1.6% |
| System Value |  |  |  |  |  |  |  |  |
| - Licensure | $25,000 |  | $25,000 |  | $25,000 |  | $25,000 |  |
| - Time Share / Upgrade | $7,500 |  | $7,500 |  | $7,500 |  | $7,500 |  |
| Total System Value | $32,500 | 1.2% | $32,500 | 1.0% | $32,500 | 0.9% | $32,500 | 0.8% |
| **Estimated Market Cost of Abbott Product and Systems** | $504,573 | 18.7% | $571,661 | 18.4% | $638,749 | 18.1% | $739,381 | 17.8% |
| **Abbott Program Value** | $132,674 | 4.9% | $138,990 | 4.5% | $145,306 | 4.1% | $154,779 | 3.7% |

2/2/93

Confidential

ABBOTT HOME INFUSION SERVICES PROPOSAL
**NORTH SHORE UNIVERSITY HOSPITAL**

*PRICING SUMMARY*

| THERAPY | FEES DUE ABBOTT PER THERAPY DAY |
|---|---|
| TPN | $73.00 |
| TEN | 16.60 |
| ABT | 25.00 |
| PAIN | 18.50 |
| CHEMO | 15.25 |
| HYDRATION | 25.75 |
| CATHETER CARE | 1.00 |
| GCSF | 5.00 |
| EPO | 5.00 |
| INJ | 8.00 |
| CARDIAC | 11.25 |
| CHL | 7.00 |
| OTHER | TBD |

ABT-DOJ 337990
ABT281-3995 FL

# EXHIBIT 118
# CONTINUED

**InterOffice Memo**

**To:**      Mike Calsin, Karla Kreklow

**From:**    Susan Winter

**Date:**    August 22, 1997

**Subject:** Potential Partners with Oakwood

St. John's, Detroit: Excellent Potential for Partnership

- 600+ beds, adding Macomb and Riverview Hospitals: another 500-600 beds; anticipate current program will double when capture business from Macomb and Riverview; have been successful in capturing business from last hospital acquisition.

- Have current infusion program, profitable, high quality, good reputation. Under Director of Pharmacy, Paul Bush, who would like to maintain management role.

- Have Home Health and HME in system

- 1998: Anticipate will need to do infusion pharmacy build out.

- 1998: Planning on adding new IS for infusion and HME

- Good Abbott relationship in place:

  - Health System requested Abbott corporate agreement - in process

  - Paul Bush, Director of Pharmacy - good relationship with Abbott Home Infusion - have entered discussions re: CHIP, MSP and business development. Today offered "might want to talk with you when we get to the growth mode." Access to Paul not a problem.

- He is not opposed to the idea of a merger with Oakwood, as long as their reputation and profitability remains intact.

Confidential

# ABBOTT LABORATORIES
## *HOME INFUSION SERVICES*

**DATE:**      8/22/97

**TO:**      Karla Krohloof  Mike Calsen

**FROM:**    Susan Winter,
             Abbott Regional Business Consultant

**TOTAL PAGES FAXED INCLUDING THIS COVER SHEET:**      2

**OFFICE TEL. NUMBER:**    513-841-1859

**FAX NUMBER:**    513-841-1868

**MESSAGE:**

Forms/FAX.doc/SWinter/Susn

Confidential

ABT-DOJ 337197
ABT281-3202 FL

Confidential

## Executive Summary

Abbott Home Infusion Services is pleased to present a proposal for Oakwood Healthcare System that is designed to meet **both the needs of its current home infusion business base as well as provide support for expansion of its home infusion operation into a regional provider of home infusion services.**

With over fourteen years as a home infusion provider, and relationships with over forty providers nationwide, Abbott is uniquely positioned to provide assistance with all phases of the Oakwood Healthcare System Infusion program.

To ensure a program that compliments the mission of the Oakwood Healthcare System, Abbott proposes a relationship in which Oakwood (and any future partners) own and operate the business and all profits will flow directly back to the home infusion program.

Abbott will provide assistance with all phases of the Oakwood Healthcare System program. The following list gives a general overview of the key components which must be established to facilitate a successful home infusion operation for Oakwood Healthcare System:

- **Program Management**
- **Program Marketing Development**
- **Strategic Planning**
- **Pharmacy Design and Buildout**
- **Pharmacy Operations Assistance**
- **Consigned Inventory of Abbott/Ross Product and Infusion Devices**
- **Nursing Training and Support**
- **Computer Information Management System**
- **Reimbursement Services**
- **Risk Sharing: Percent of Collections Agreement**
- **Capital Support**

ABT-DCJ 337198
ABT281-3203 F

Confidential

## Program Management

Each health care system has its own mission and identity. In order for your infusion program to retain the identity and reflect the mission of its owner-hospitals, Abbott

> "The number of patients we serve each month has grown from 113 to well over 300 since we started to work with Abbott. While there has been a lot of hard work on our part, Abbott's knowledge of this business, and of marketing in particular, has helped us achieve the kind of growth we expected."
> - Walt Faublon
>   Clinical Manager
>   University of Michigan, HomeMed

proposes that the Oakwood Healthcare System home infusion program will be staffed and managed by Oakwood Healthcare System personnel. This control will insure that the goals and objectives of the program will fully reflect the mission of Oakwood Healthcare System, *providing exemplary outpatient care in a cost effective manner.* Abbott will help guide the program during the important start-up phase with on-site personnel.

The first, and perhaps the most important hire, will be the **general manager.** This person will have day-to-day operating responsibility for the program. Abbott will gladly assist with the hiring of this person, including, if requested, recommendations of and interviews with potential candidates.

An **Abbott Business Development Consultant will be assigned to the Oakwood Healthcare System.** This person will be highly trained in the business side of home infusion and provide ongoing consultation on the operational and strategic issues of the program.

## Program Marketing Development

Abbott will fund a full time **Marketing and Development position.** This person will be responsible for the development of the Oakwood Healthcare System home infusion program, through marketing within the Oakwood system, as well as through the addition of other health care entities as partners or affiliates, in order to develop a statewide and regional network for the provision of home infusion services. **Abbott will fund this position for a period up to three years, or until program gross billings reach 7.5 million dollars.** This Marketing and Development person will be an employee of Oakwood, or whatever entity is formed in the development of their infusion program, and will report directly to that program. Abbott will provide ongoing consulting and training support for this individual, and **unrestricted access to any Abbott customers for the purposes of expansion of the Oakwood Healthcare System infusion program.**

Oakwood will have access to **Abbott's Marketing Services Program,** providing a wide range of professional quality marketing materials, including patient training manuals and marketing brochures. These marketing materials will play an important role in giving clinical professionals information about your program.

2

ABT-DOJ 337199
ABT281-3204

Confidential

## Strategic Planning

### Phase I: Development of a Southeastern Michigan Home Infusion Pharmacy

Abbott will utilize existing relationships in southeastern Michigan in order to support the development of a multi-hospital system home infusion program. Initial discussion with potential partner #1 indicates a willingness to work both with Abbott and with Oakwood in the development of a mutually beneficial program. A second potential partner has also been identified.

### Phase II: Development of a statewide network for the provision of home infusion services.

Abbott will support the development of a statewide network through assisting Oakwood in adding partners, contracting for pharmacy services, and developing a network for managed care contracting. (see tab: Regional Network)

### Phase III: Development of a regional network.

Abbott is uniquely positioned to support the development of a regional home infusion, home care and HME service through its upper Midwest client network. (see tab: Regional Network)

Abbott clients routinely network to assist each other in this changing market and as new clinical protocols evolve, in order to meet the needs of patients in the home care setting. Abbott clients are invited to participate in an annual Client Executive Conference, client sales training classes, and steering committee meetings for CHIP system software development. Most recently, Abbott CHIP clients have become involved in an outcomes monitoring and benchmarking project.

## Pharmacy Buildout

We recommend initial build-out of one home infusion pharmacy located in the greater Detroit area, with first dose pharmacy services provided as needed to patients in other parts of Michigan.

**Abbott has assisted with the build out of over eighty home infusion pharmacies across the country.** Abbott facilities are state-of-the-art, and have been cited by JCAHO as among the best they have surveyed. Our own pharmacies have just received Accreditation with Commendation! Abbott will assist Oakwood Healthcare System to build such a facility. Capital support is also available as part of this agreement.

This pharmacy will be separate from the hospital and will include areas for compounding, warehousing and office space. The projected size of this pharmacy will be mutually decided upon. Also included in the proforma are projected costs for the renovation of the building and all necessary compounding and office equipment. The buildout of the office space is assumed to be pro-rated in the lease.

## Pharmacy Operation
### Training

Abbott will train Oakwood Healthcare System's home infusion pharmacists in an Abbott home infusion pharmacy, providing them with invaluable "hands-on" experience.

In addition, Abbott pharmacists are available to provide ongoing clinical support, and assist Oakwood Healthcare System in the development of a program that will meet JCAHO standards.

In addition, Abbott has initiated an **Outcomes Monitoring Program** to assist with assessing the quality and outcomes

3

ABT-DOJ 337200
ABT281-3205

Confidential

ABT-DOJ 337201
ABT281-3206

of service, comparing performance with other home infusion programs and generating data for payers.

## Consigned Inventory

**Abbott will supply all Abbott/Ross manufactured products needed by Oakwood Healthcare System on a consignment basis.** Payment for these products will not be due until after money is collected for use on these patients. Product support includes **Abbott and Ross infusion devices on consignment,** eliminating a major working capital expense.

In addition, Abbott will provide Oakwood Healthcare System with membership to a **national buying group.** This group will supply Oakwood Healthcare System with other home infusion products not manufactured by Abbott at very competitive prices.

Product acquisition and inventory management are important aspects of a home infusion program. These areas are critical to the financial health and success of the overall program. Assistance is also provided in sourcing non-Abbott products, warehouse set-up and management of the inventory, including pump tracking.

## Nursing Training and Support

Nursing services are a key element of a home infusion program. Abbott will provide a Regional Nurse Coordinator to consult on the assessment and provision of nursing services, staff development, including CEU programs, and policies and procedures. A variety of patient training and education materials are available for customization. Abbott Home Infusion Services also maintains a **Hotline,** available to nurses in the field 24 hours a day.

## Computer System

In order to process the enormous amounts of data associated with a home infusion program, Oakwood Healthcare System will need either an army of clerical help or a computer system designed specifically for home infusion. **Abbott has designed a computer system called the Comprehensive Homecare Information Prescription (CHIP) system.** This software integrates inventory management, pharmacy operations, clinical monitoring and even reimbursement services into a single package. Abbott has also developed an outcomes measures package **linked into the system, which provides benchmarking data to all clients using the outcomes program.**

In addition, Abbott has, in 1997, added an integrated HME component as a software option for our infusion clients who are using the CHIP system.

In order to save Oakwood Healthcare System the expense of a main-frame computer system, the CHIP system software can be accessed on a time share basis via a lease line. It will be Abbott's responsibility to maintain the main-frame computer equipment, perform timely data backups, and to provide disaster recovery plans.

## Reimbursement Services

After quality patient care, one of the most crucial aspects of operating a home infusion program is the ability to promptly collect money due. It is imperative that Oakwood Healthcare System institute an effective method for billing and reimbursement that will maximize revenue.

4

Confidential

Abbott has been providing home infusion reimbursement services for over fourteen years and is nationally recognized as a leader in reimbursement. Two Abbott executives sit on the board of the National Association of Infusion Therapy. Abbott will bring this high level of expertise to work for Oakwood Healthcare System. Abbott's reimbursement staff is centrally located in Abbott Park, Illinois and is expertly trained in home infusion reimbursement.

We propose that Abbott perform the reimbursement function for the first two years of program operation. This will enable Oakwood Healthcare System to fully concentrate its efforts on the direct patient care aspects of the program, while utilizing Abbott's expertise in establishing an excellent collections profile. At the beginning of year three, Abbott could then work with Oakwood Healthcare System to transition this function to your program. Abbott will, of course, provide reimbursement consultation and training to Oakwood Healthcare System through this transition and beyond, if requested.

This approach provides the much needed flexibility for Oakwood Healthcare System to achieve its patient care goals, while at the same time helps to establish a solid collections profile.

## Risk Sharing

Abbott's compensation will be based on a percentage of the Oakwood home infusion collected patient revenue. Separate percentages will be established by therapy type, depending on the specific product requirements of each. By tying our revenue to a percent of collections, Abbott

has every incentive to strive for a successful home infusion program. Since Abbott's revenue is based on a percentage of Oakwood's revenue, if you do not get paid, we do not get paid! Only after Oakwood actually receives the cash from patient care billings will Abbott receive any remuneration.

While Abbott will share in the "downside" risk of collections, we have the incentive to maximize your collections so that we can share in the "upside" potential of your program. This is why Abbott's compensation is not defined as a fixed amount, but as a percentage of cash collections

Oakwood will have access to Abbott and Ross pumps, supplies and other products, have Abbott perform numerous support services, and not have to pay for any of it until cash is in hand.

No other program in the country can offer this combination of products and services, while retaining full ownership and control of your program, tied to risk sharing. Abbott has every incentive to make your program successful.

## Capital Support

Abbott will provide capital funding up to $75,000 in the form of a loan at a rate of prime plus one percent, amortized over the term of the agreement (5 years). Consigned inventory of Abbott and Ross product, as well as the percent of collections structure, combines to significantly decrease the working capital requirements of this program, as well as increase the commitment on the part of Abbott to your program's success.

ABT-DOJ 337202
ABT281-3207

Confidential

## Sales and Marketing

Abbott has contracted with a professional advertising agency to assemble a wide range of home infusion marketing materials including patient training manuals and marketing brochures. Oakwood Healthcare System will be given access to these materials and may even have the Oakwood Healthcare System logo printed on them at a nominal cost. These marketing materials will play an important role in giving clinical professionals information about your program.

Abbott's Home Infusion Marketing Manager and assigned Business Development Consultant will work with Oakwood Healthcare System to develop a comprehensive marketing plan. The goal of this plan will be to increase the number of referrals to your program and to establish the Oakwood Healthcare System Home Infusion Program as the premier home infusion program in its service area. The strategic foundation of this marketing plan will be:

- The building of relationships with physicians, specialty nurses and pharmacists to promote the use of home infusion therapy as an alternative to hospitalization, shortening length of stay;

- The establishment of your program as the center of clinical excellence in home infusion therapy;

- The establishment of your program as a provider of choice with payers and case managers, including managed care organizations serving Michigan and the upper Midwest;

- The positioning of your program to respond to the changing needs of its health care environment. This may include setting up new health care delivery systems, such as infusion suites, or helping the hospital to continue to set up alliances with other hospitals and health care providers.

## Program Summary

The subsequent sections of this proposal are dedicated to illustrating some of the key points of this agreement, and presenting a financial proforma. It is Abbott's intent to customize the products and services offered to meet the specific needs of Oakwood Healthcare System. This proposal represents only an initial assessment of your needs. Abbott would welcome additional items to consider to help Oakwood Healthcare System build the highest quality program possible.

6

ABT-DOJ 337203
ABT281-3208 L

AUG 28 '97   09:51 AM

Page   2

# Oakwood Healthcare System Proposal

## Key Points:

- Oakwood Healthcare system, a 615 multi-hospital system, with an existing home infusion program, wishes to enter into a contractual relationship with another vendor in order to strengthen its position in the home infusion market.

- Oakwood wishes not only to develop its own referral base internally, but also wishes to establish a partnership with another home infusion program ( i.e. St. John's, Beaumont) that will strengthen its position in southeastern Michigan.

- After development of its "core" program in southeastern Michigan, Oakwood wishes to develop a network of relationships throughout the state of Michigan. These may be additional partners, compounding agreements, or networks for the purpose of managed care contracting.

- Oakwood is looking to its vendor relationship to offer the expertise in developing its program, both in southeastern Michigan and throughout the state.

- Oakwood believes that they need the additional partners in order to have a profitable program.

## Proposal

- Oakwood will contract with Abbott to develop its home infusion program.

- Abbott will assist in the design and build-out of its "core" pharmacy.

- Abbott will focus initially on bringing in another partner (or two) into its core pharmacy business. Potential targets: St. John's, Beaumont, UMI, Amicare. It is anticipated that this will take 3-4 months. Abbott Home Infusion has existing relationships with each of these targets, facilitating discussions in this area.

- With the establishment of the core pharmacy business (which will double their revenue projections), Abbott will fund a full-time business development position for this business, and will provide support services for this position, i.e. contracting expertise, selling skills training, consultation. The business development position will be an employee of the core pharmacy business.

- After establishment of the core pharmacy business, the next six months will be focused on:
  - Adding additional hospital relationships throughout Michigan.
  - Setting up first dose locations as needed geographically.

ABT-DOJ 337204
ABT281-3209 F

- Setting up centralized services to support a regional network intake, billing services, outcomes monitoring.
- Directing marketing efforts to increase capture of referrals from core pharmacy health systems.

- As the regional network develops, business development will focus on managed care contracting, as well as continuing to add hospital partners.

- Abbott will share risk by offering a percent of collections arrangement.

- Abbott will further support the risk by providing capital dollars for the build-out of the core pharmacy. This will facilitate accomplishing the build-out while simultaneously developing additional core pharmacy partners. Since Abbott will supply software and Abbott/ Ross products as well as infusion devices as part of the agreement, initial capital outlay (or risk) will be shared.

Abbott Strengths

- Decreased risk to Oakwood Healthcare System. Program profitability will be enhanced by the addition of partners; the program will be profitable if Oakwood remains the only partner.

- Over fifteen years in home infusion. Experience in a variety of contractual relationships. Experience managing a core pharmacy business. Business stability as a corporation.

- Product based company. Mission to support development of hospital systems. Your growth leads to our growth; our profitability is product based.

- Computer system that can manage a complex business, and provide outcomes information that is network specific, with benchmarking.

- Ownership and ultimate control remains with Oakwood and any partner relationships that are established.

- Established network of contacts throughout the state, both by home infusion services, product sales, and hospital relationships. Strong relationship with St. John's.

- Extensive knowledge and experience in working with hospital systems, while they retain ownership and their own identity. Each program individualized; structure may change over time.

- Extensive network of resources available for program development and business development decisions.

- Ongoing business development support built in – your success is our success.

- Regional nurse consultant to assist with standardizing product and processes, development of new clinical programs, assistance with accreditation.

- Reimbursement services or training – your choice

- Standardized quality marketing material and patient resource material to establish a regional presence and allow for identification of individual programs.

- Willingness to risk share in a changing market.

Confidential

# EXHIBIT 118
# CONTINUED



*Home*
*Infusion*
*Services*

## ABBOTT

UNIVERSITY OF KENTUCKY HOSPITAL AND
APPALACHIAN REGIONAL HOSPITAL

REQUEST FOR PROPOSAL

September, 1996

Confidential

FILE

ABT-DOJ 336805
ABT281-2810 F

Confidential

# TABLE OF CONTENTS

| | |
|---|---|
| Proposal | Overview |
| RFP | Response |
| Exhibit A | Capital |
| Exhibit B | Salary |
| Exhibit C | Proforma |
| Exhibit D | Proforma Assumptions |
| Exhibit E | Example - Cost of Goods |
| Exhibit F | Reference List |



September, 1996

ABT-DOJ 336806
ABT281-2811

Confidential

## Executive Summary

Abbott Home Infusion Services is pleased to respond to the RFP dated July 30, 1996, by the University of Kentucky Hospital and Appalachian Regional Healthcare.

To ensure that UKH and ARH are ready to meet the challenges of providing health care in the '90's and beyond, and to ensure a program that compliments with the mission of UKH and ARH, Abbott proposes assisting UKH and ARH with the establishment of an independent home infusion program. UKH and ARH will own and operate the business and all profits will flow directly back to the home infusion program.

In order to ensure quick start-up with minimal problems, Abbott will provide assistance with all phases of the UKH and ARH program. The following list gives a general overview of the key components which must be established to facilitate a successful home infusion operation for UKH and ARH:

- **Program Management**
- **Pharmacy Design and Buildout**
- **Pharmacy Operations Assistance**
  - **Training**
  - **Quality Assurance**
  - **Consigned Inventory and Product Acquisition**
- **Nursing Services**
- **Computer Information Management System**
- **Reimbursement Services**
- **Strategic Planning**

1

ABT-DOJ 336807
ABT281-2812

Confidential

## About Abbott Laboratories

Abbott Laboratories is a worldwide manufacturer of diversified health care products. Abbott has six operating divisions which specialize in: hospital products, pharmaceuticals, nutritionals, diagnostics, and chemical and agricultural products. Abbott is an internationally recognized leader in research and development. In 1995 with sales of $10.0 billion, Abbott spent over a billion dollars on R&D.

Abbott Home Infusion Services is the business unit that would be working with UKH and ARH. Abbott Home Infusion falls within the Hospital Products Division, Alternate Site Business Unit. Abbott Home Infusion began operations over twelve years ago by accepting direct patient referrals from hospitals across the country. Abbott soon afterward made a strategic shift. We would no longer actively seek referrals, instead we would assist hospitals with developing their own home infusion programs.

This strategy has proven to be successful. Many of the largest and most prestigious institutions across the country have signed business development agreements with Abbott.

> "The number of patients we serve each month has grown from 113 to well over 300 since we started to work with Abbott. While there has been a lot of hard work on our part, Abbott's knowledge of this business, and of marketing in particular, has helped us achieve the kind of growth we expected."
> - Walt Faubion
>   Clinical Manager
>   University of Michigan, HomeMed

Abbott clients routinely network to assist each other in this changing market and as new clinical protocols evolve to meet the needs of patients in the home care setting. Abbott clients are invited to participate in an annual **Client Executive Conference**, client sales training classes, and steering committee meetings for CHIP system software development. Most recently, Abbott CHIP system clients have become involved in an outcomes monitoring and benchmarking project.

The prestigious institutions listed below represent a sampling of Abbott Home Infusion Service's clients

- **University of Michigan**
- **University of Chicago**
- **University of Virginia**
- **Cleveland Clinic Hospital**
- **Baptist, Wake Forest University Hospital**
- **Baylor University Medical Center**
- **Loyola University Medical Center**
- **University Hospitals of Cleveland**
- **Childrens Memorial Medical Center**
- **Cedars-Sinai Hospital**
- **Intermountain Healthcare**

ABT-DOJ 336808
ABT281-2813

Confidential

## Program Management

The UKH and ARH Home Infusion will be staffed and managed by UKH and ARH personnel. This control will insure that the goals and objectives of the program will fully reflect the mission of UKH and ARH, *providing exemplary outpatient care*. Abbott will help guide the program during the important start-up phase with on-site personnel.

The first, and perhaps the most important hire, will be the general manager. This person will have day-to-day operating responsibility for the program. Abbott will gladly assist with the hiring of this person, including, if requested, recommendations of and interviews with potential candidates.

## Pharmacy Buildout

We recommend initial build-out of one home infusion pharmacy located in the Lexington area, with first dose pharmacy services provided as needed to patients in eastern Kentucky by ARH.

**Abbott has supported with the build out of over eighty home infusion pharmacies across the country. Abbott facilities are state-of-the-art, and have been cited by JCAHO as among the best they have surveyed. Our own pharmacies have just received Accreditation with Commendation!** Abbott will assist UKH and ARH to build such a facility. Capital support may be available as part of an overall

agreement, but has not been included as part of this proposal

This pharmacy will be separate from the hospital and will include areas for compounding, warehousing and office space. The projected size of this pharmacy will be mutually decided upon. Also included in the proforma are projected costs for the renovation of the building and all necessary compounding and office equipment. The buildout of the office space is assumed to be pro-rated in the lease.

## Pharmacy Operation
### Training
Abbott will train UKH and ARH's home infusion pharmacists in an Abbott home infusion pharmacy, providing them with invaluable "hands-on" experience.

In addition, Abbott pharmacists are available to provide ongoing clinical support, and assist UKH and ARH in the development of a program that will meet JCAHO standards.

### Quality Assurance
Quality assurance programs are essential to maintaining a high level of care. Abbott has developed a CQI/TQM based comprehensive quality assessment and improvement program to monitor all services provided. Systems, documentation and resource materials are available for all quality programs. In addition, Abbott has developed an **Outcomes Monitoring Program** to assist with assessing the quality and outcomes of service, comparing performance

3

ABT-DOJ 336809
ABT281-2814

Confidential

with other home infusion programs and generating data for payers.

### Product Acquisition

Abbott will supply all Abbott manufactured products needed by UKH and ARH on a consignment basis. Payment for these products will not be due until after products have been used on patients.

In addition, Abbott will provide UKH AND ARH with membership to a national buying group. This group will supply UKH and ARH with other home infusion products not manufactured by Abbott at very competitive prices.

Product acquisition and inventory management are important aspects of a home infusion program. These areas are critical to the financial health and success of the overall program. Assistance is also provided in sourcing non-Abbott products, warehouse set-up and management of the inventory, including pump tracking.

## Nursing Services

Nursing services are another key element of a home infusion program. Abbott will provide a Regional Nurse Coordinator to consult on the assessment and provision of nursing services, staff development, policies and procedures and continuing education. A variety of patient training and education materials are available for customization. Abbott Home Infusion Services also maintains a Hotline, available to nurses in the field 24 hours a day.

## Computer System

In order to process the enormous amounts of data associated with a home infusion program, UKH and ARH will need either an army of clerical help or a computer system designed specifically for home infusion. Abbott has designed a comprehensive computer system called the Client Home Infusion Program (CHIP) system. This software integrates inventory management, pharmacy operations, clinical monitoring and even reimbursement services into a single package. Abbott has also recently developed an outcomes measures package linked into the system, which will provide benchmarking data to all clients using the outcomes program.

In order to save UKH and ARH the expense of a main-frame computer system, the CHIP system software can be accessed on a time share basis via a lease line. It will be Abbott's responsibility to maintain the main-frame computer equipment, perform timely data backups, and to provide disaster recovery plans.

## Reimbursement Services

After quality patient care, one of the most crucial aspects of operating a home infusion program is the ability to promptly collect money due. It is imperative that UKH and ARH institute an effective method for billing and reimbursement that will maximize revenue.

Abbott has been providing home infusion reimbursement services for over fourteen years and is nationally recognized as a leader in reimbursement. Two Abbott executives sit on the board of the National Association of Infusion Therapy. Abbott will bring this high level of expertise to work for UKH and ARH. Abbott's reimbursement staff is centrally located in Abbott Park, Illinois and is expertly trained in home infusion reimbursement.

ABT-DOJ 136810
ABT281-2815

Confidential

We propose that Abbott perform the reimbursement function for the first two years of program operation. This will enable UKH and ARH to fully concentrate its efforts on the direct patient care aspects of the program, while utilizing Abbott's expertise in establishing an excellent collections profile. At the beginning of year three, Abbott could then work with UKH and ARH to transition this function to your program. Abbott will, of course, provide reimbursement consultation and training to UKH and ARH through this transition and beyond, if requested.

This approach provides the much needed flexibility for UKH and ARH to achieve its patient care goals, while at the same time helps to establish a solid collections profile.

## Strategic Planning

The services listed above are just the beginning of the support Abbott will provide to your program. In addition to the Abbott Regional Nurse Coordinator mentioned above, an Abbott Business Development Consultant will be assigned to UKH and ARH. This person will be highly trained in the business side of home infusion and provide on-going consultation on the operational strategic issues of the program.

## Sales and Marketing

Abbott has contracted with a professional advertising agency to assemble a wide range of home infusion marketing materials including patient training manuals and marketing brochures. UKH and ARH will be given access to these materials and may even have the UKH and ARH logo printed on them at a nominal cost. These marketing

materials will play an important role in giving clinical professionals information about your program.

Abbott's Home Infusion Marketing Manager and assigned Business Development Consultant will work with UKH and ARH to develop a comprehensive marketing plan. The goal of this plan will be to increase the number of referrals to your program and to establish the UKH and ARH Home Infusion Program as the premier home infusion program in its service area. The strategic foundation of this marketing plan will be:

- the building of relationships with physicians, specialty nurses and pharmacists to promote the use of home infusion therapy as an alternative to hospitalization, shortening length of stay;

- the establishment of your program as the center of clinical excellence in home infusion therapy;

- the establishment of your program as a provider of choice with payers and case managers, including managed care organizations serving Kentucky, and Kentucky Medicaid;

- the positioning of your program to respond to the changing needs of its health care environment. This may include setting up new health care delivery systems, such as infusion suites, or helping the hospital to continue to set up alliances with other hospitals and health care providers.

ABT-DOJ 336811
ABT281-2816

Confidential

## Program Summary

The subsequent sections of this proposal are dedicated
to defining our offering in more depth. It is Abbott's
intent to customize the products and services offered to
meet the specific needs of UKH and ARH. This proposal
represents only an initial assessment of your needs.
Abbott would welcome additional items to consider to
help UKH and ARH build the highest quality program
possible.

ABT-DOJ 336812
ABT281-2817

Confidential

# OPERATIONAL DETAIL

"Home infusion therapy is service intensive. A variety of clinical services and products must be coordinated in order to render infusion therapy safely and effectively in the patient's home. These services and products can be sorted into five broad categories: nursing and pharmacy services; drugs, nutrients and solutions; supplies and specialized medical equipment; administrative and support services; and quality assessment and improvement activities."

Robert W. Winters, M.D., Alan K. Parver and Jana D. Sansbury,
The National Alliance for Infusion Therapy

ABT-DOJ 336813
ABT281-2818

Confidential

## Clinical Overview

Abbott Home Infusion Services will provide clinical, operational and technical support to assist with the start-up and ongoing management of the UKH and ARH infusion program. Specific support activities, programs and resources are outlined on the following pages.

ABT-DOJ 336814
ABT281-2819

Confidential

# *FACILITY PLANNING AND DEVELOPMENT*

| | |
|---|---|
| *Site Evaluation* | On-site assessment of potential facilities for suitability of home infusion operation. |
| *Space Requirement Projections* | Generate projections for necessary space requirements based on therapy volume, mix and headcount. |
| *Design and Layout* | Outline floor plans delineating office space, drug compounding areas and warehouse storage. |
| *Detailed Specifications* | Prepare detailed recommendations on appropriate materials, electrical, plumbing, HVAC and other important requirements for construction of the facility. |
| *Consultation with Architects* | Review of architectural drawings of facility construction/modification and recommendations to meet client specifications. |
| *Construction Expense Estimates* | Generate projected capital dollar needs for construction. |
| *Individualized Equipment Listing* | Prepare list of recommended equipment and vendors for sourcing. |
| *Capital Expense Estimates* | Generate cost estimates for recommended equipment. |
| *Consultation with Contractors* | Review detailed construction requirements of facility to accommodate contractor bidding and design work. |

ABT-DOJ 336815
ABT281-2820

Confidential

# PERSONNEL SELECTION AND TRAINING

| | |
|---|---|
| **Candidate Screening** | Review resumes and conduct telephone screens or personal interviews with potential candidates. |
| **Position Description Manual** | Provide a manual of job descriptions for administrative, operational and clinical positions in home infusion. |
| **Personnel Training** | Conduct training sessions on job responsibilities, operational policies and procedures and interactions with other functional areas. Initial training is conducted at an Abbott home infusion facility and follow-up training is conducted at the client facility as it becomes operational. |

# TECHNICAL SUPPORT

| | |
|---|---|
| **Drug Therapy Information** | Supply technical information on the use and application of drugs and therapies in the home infusion setting. |
| **Stability Information** | Provide technical information on drug stability and expiration dating. |
| **Literature Searches** | Written report of primary literature search on clinical topics as requested by client. |
| **Clinical Paper Reviews** | Review papers submitted for presentation at clinical and scientific meetings and manuscripts submitted for publication and make applicable recommendations. |
| **Drug Interaction Program** | Available on the CHIP system as an optional feature; automatically checks for drug interactions when patient prescriptions are entered. |

ABT-DOJ 336816
ABT281-2821

Confidential

# RESOURCE MATERIALS

| | |
|---|---|
| *Pharmacy Policies and Procedures* | Furnish manual containing approximately 60 policies and procedures addressing all aspects of pharmacy operations. This manual is supportive of JCAHO standards. It can be supplied on disk and used to develop an individualized policy and procedure manual. |
| *Clinical and Administrative Operating Procedures* | This manual contains 43 policies and procedures addressing clinical and administrative aspects of home infusion. It can be used to develop an individual procedural manual and is supportive of JCAHO standards. |
| *Pharmacy Care Plans* | Standardized pharmacy care plan templates are available for clinical monitoring of major home infusion therapies. |
| *Pharmacy Services Handbook* | This handbook, available through the Marketing Services Program, provides information to patients on deliveries, disaster plans, home safety, waste disposal, infection control and rights and responsibilities. |
| *Medication Information Sheets* | Information sheets for patients are available for commonly used drugs and therapies. |

# JCAHO ACCREDITATION CONSULTATION

| | |
|---|---|
| *JCAHO Standards Consultation* | Assistance in standards review and compliance. |
| *Pre-Survey Assessment* | Coordination of a one day on-site visit by a qualified individual to perform an assessment of compliance with JCAHO standards for home care. |
| *JCAHO Survey Preparation Guide* | A comprehensive manual cross referencing Abbott policies and procedures to JCAHO standards for home care. Also includes "JCAHO Survey Survivor's Guide", a tool for preparing for a survey. |

ABT-DOJ 336817
ABT281-2822

# QUALITY ASSURANCE PROGRAMS

| | |
|---|---|
| *Quality Programs* | A model of a quality assessment and improvement program for a home infusion program will be provided. It includes a planning tool for quality assessment and improvement activities. |
| *Quality Committee Consultation* | Assistance in the establishment of a Quality Assessment and Improvement Committee within a home infusion program. |
| *Monitoring and Evaluation Activities* | Supply examples of monitoring and evaluation activities on pharmacy, nursing and equipment management consistent with JCAHO requirements. |

# OUTCOMES MONITORING

| | |
|---|---|
| *Outcomes Monitoring Program* | Outcomes monitoring is rapidly evolving as an essential tool for monitoring overall program performance. The increasing utilization of this tool in health care is due to its ability to focus on the results of care rather than the capability (structure and process) to provide care.<br><br>The AHIS Outcomes Monitoring program is designed to provide ongoing correlation of clinical, therapeutic and provider variables to patients' well being and satisfaction over episodes of illness. This system was developed by Abbott Home Infusion Services in conjunction with and specifically for our clients.<br><br>The AHIS Outcomes Monitoring Program provides the following functions:<br>&bull; Assess the quality/outcomes of services<br>&bull; Compare performance with the combined network members<br>&bull; Assist with CQI/TQM programs<br>&bull; Support the JCAHO performance indicator program<br>&bull; Generate data/reports for payers<br><br>This program is highly integrated with the AHIS CHIP system to allow for contemporaneous data collection which maximizes the capture of data while minimizing duplicate data entry. |

12

ABT-DOJ 336818
ABT281-2823

Confidential

## Product Support
## (Drugs, nutrients, and solutions, supplies and specialized medical equipment)

| | |
|---|---|
| **Abbott Manufacturing Capability** | Abbott Laboratories and its related divisions manufacture high quality products that are utilized in many healthcare settings. |
| **Abbott Products** | • General I.V. Solutions<br>• Administration Equipment<br>• Nutritional Solutions<br>• Partial Fills<br>• The ADD-Vantage System<br>• Abbott FirstChoice Injectables<br>• I.V. Pumps (including the Abbott AIM™ and Ross Patrol™ devices)<br>• Ross Enteral Solutions and Devices<br>• Nutrimix Compounder and related disposables for TPN |
| **Consigned Inventory** | Abbott Home Infusion Services will provide the UKH and ARH with consigned inventory of Abbott manufactured product. What this means is that the University does not pay Abbott for the cost of the product until product is actually used an a patient. Additionally, the UKH and ARH will have no risk or cost associated with normal product obsolescence, shrinkage or holding costs. |
| **Non-Abbott Product** | Abbott can typically satisfy greater that 60% of the total products used in infusion therapy. Because our customers also need access to other manufacturer's products, we will enroll the UKH and ARH in a purchasing program at no cost to the University. Combining Abbott manufactured product and product purchased through the purchasing group, 90+% of all products needed for home infusion can be attained at the lowest cost in the industry. |
| **Product Supply Sourcing** | Assist with product sourcing including available vendors, cost and delivery lead-times. |

ABT-DOJ 336819
ABT281-2824

Confidential

| Warehouse Set-up Assistance | Advise on space requirements and lay-out of shelving, product locations, work stations, packing area and pump cleaning and testing area in order to maximize work flow efficiencies in the warehouse. |
|---|---|
| Equipment Tracking | Provide recommended procedures to track pumps by serial number for control and preventive maintenance programs. |
| Annual Physical Inventory | Coordinate annual physical inventories of Abbott product. |
| Delivery Services Consultation | Analyze patient delivery options.   Assist with identification and selection of carriers and truck leasing companies.   Provide training for delivery personnel in home delivery requirements. |

ABT-DOJ 336820
ABT281-2825

Confidential

# ABBOTT NURSING SERVICES SUPPORT

| On-Site Nursing Support | Abbott will provide an Abbott nurse consultant to support the start-up and implementation of the home infusion program. |
|---|---|
| Operational Consultation | Complete assessment of current nursing operations and nursing requirements of the program. Recommend staffing plan, headcount requirements and staff educational needs. |
| Nursing Agency Assessment | Identify and evaluate home infusion nursing capabilities of local nursing agencies using an established assessment tool. Train agency personnel on home infusion therapies and Abbott products. |
| Inservice Training | The nurse coordinator will provide inservice training programs to the nursing and pharmacy staffs to increase their familiarity and comfort level with Abbott home infusion products. |
| Continuing Education | Conduct continuing education programs on theoretical and practical aspects of new and existing home infusion therapies. AHIS is an approved provider of continuing nursing education and will award CEU's to program attendees. |
| Care Coordination | Assist in developing procedures and documentation packages for coordinating the multidisciplinary provision of care in accordance with JCAHO standards. |
| 24 Hour Hotline | AHIS maintains a toll free line for health care professionals to receive assistance with pump and equipment troubleshooting and for general therapy and product related questions. The Hotline is staffed by registered nurses 24 hours a day, 7 days a week. |

ABT-DOJ 336821
ABT281-2826

Confidential

# CLINICAL NURSING RESOURCES

| | |
|---|---|
| **Nursing Policies and Procedures** | This manual contains over 50 policy and procedure guidelines for all nursing aspects of home infusion therapy. Extensive bibliographies are included in the manual. |
| **Nursing Orientation Manual** | This manual provides resources for patient evaluation and training including patient training manuals, teaching checklists, standardized supply checklists and sample documentation. |
| **Infusion Therapy Devices Manual** | Operating manuals, programming guides and other useful resources for each Abbott infusion device are provided in the Infusion Therapy Device Manual. |
| **Product Literature** | New product references along with a product catalog, marketing literature and articles published in professional journals related to home infusion therapies are provided to clients on a periodic basis. |
| **Patient Training Materials** | A variety of materials designed for patient training and education are available through our Marketing Services Program. Materials include patient training manuals (adult and pediatric) for major therapies, product operation guides and visual aids. |
| **Training Equipment** | Venous access training equipment is available on a loaner basis. Equipment includes central venous catheters, ports, IV training arms and other training devices. |
| **Certification Programs** | Extensive device training programs are offered resulting in personnel certification of expertise. |

ABT-DOJ 336822
ABT281-2827

**REIMBURSEMENT SERVICES**

| Experience | Abbott has extensive experience billing third party payers for home infusion products and services. Our collections profile is excellent. |
|---|---|
| Capabilities | The key to the success of all home infusion therapy programs is the ability to generate prompt and appropriate payment for the products and services provided to it's home infusion patients. Abbott's philosophy is to work with third party payers to exhaust all potential reimbursement in order to minimize patient's personal expense. Consideration is given to patients with exceptional needs. |
| Operation | To facilitate the reimbursement operation, we have a centralized operation with an extensive data base, a sophisticated computer system and a core of specialists with practical, in-depth understanding of home infusion reimbursement. Our reimbursement specialists thoroughly understand the medical language and appropriate diagnosis. They also realize the differences in requirements of various payers. The combination of medical and financial expertise is often the key to receiving reimbursement. |
| Services For UKH and ARH | In the proposed program, Abbott will provide billing and collections' services in the name of the UKH and ARH. Abbott will:<br><br>• Verify reimbursement status of all patients relative to the stated diagnosis and intended treatment.<br>• Obtain Assignment of Benefits and Certificate of Medical Need.<br>• Prepare and submit all primary and coinsurance claims.<br>• Provide all reasonable collection efforts.<br>• Provide monthly financial reports including billings, collections and balance due per patient.<br>• Case Management Negotiations |

Confidential

ABT-DOJ 336823
ABT281-2828

Confidential

ABT-DOJ 336824
ABT281-2829

## Reimbursement Services

| | |
|---|---|
| **Services For Patient** | On behalf of the patients, Abbott provides a full range of reimbursement and financial services. These include:<br>• Determination of insurance coverage for the patient.<br>• Representation before third party payers.<br>• Billing the third party payer.<br>• Collection activities.<br>• Access to national payer contracts.<br>• Case management services. |
| **Reporting** | When Abbott performs reimbursement services, we provide financial reports detailing gross billings, collections and outstanding account receivables by patient. We also develop trending reports to keep track of therapy, patient, sales and collections trending. |
| **Training** | Because of Abbott's vast experience with home infusion billings on behalf of our clients, we have also developed comprehensive training programs to train those clients that prefer to operate their own billing department. We continue to train our customers on new developments in reimbursement such as the new DMERC changes that recently were put into effect. It is vital to a program to understand all of the reimbursement implications. |
| **Legislative Representation** | Abbott also employs a full time legislative representative in Washington D.C. We recognize the need to keep abreast of legislative changes as closely as possible and the need to make an impact on the dynamic changes occurring in healthcare today. Our representative has lobbied the Clinton Health Care Reform Task Force for the inclusion of home infusion therapy. Abbott also has recently worked in close association with NAIT (National Association of Infusion Therapy) to develop a study on home infusion operations. Our hope is that our efforts will increase the knowledge and awareness of the value of home infusion therapy. |

# SYSTEMS - The Client Home Infusion Program (CHIP)

| | |
|---|---|
| *Development* | When Abbott entered the home infusion market fourteen years ago, there were no systems that had the capability of uniting the different functions within home infusion. Over a four year period Abbott developed a comprehensive software system specifically designed to meet the needs of a full service home infusion provider. The system was written to integrate all functions from inventory management through account receivables. Currently our pharmacies and the majority of our clients choose to utilize the Abbott "CHIP" system to help operate their home infusion pharmacy and reimbursement functions. |
| *Enhancements* | As with most software, Abbott realizes the need to continually make enhancements to the system. Our pharmacies as well as our network of clients using the CHIP system evaluate the system for enhancements continuously. We hold steering committees for each discipline utilizing the CHIP system at least three times a year and consistently deliver major enhancements. This year we are adding an optional HME program. |
| *Applications* | Abbott's software runs on the IBM AS/400 system and integrates the following applications for infusion as well as HME.<br><br>• Inventory Management<br>• Pharmacy Operations<br>• Patient/Account Management<br>• Order Entry for Patients Services<br>• Invoice Management<br>• Claims Management<br>• Accounts Receivables<br>• Data Management<br>• Outcomes and Benchmarking Programs |

ABT-DOJ 336825
ABT281-2830

| Features | • Menu Driven Screens<br>• On-Line Assistance<br>• User Defined Security<br>• Custom Report Writing Capabilities |
|---|---|

ABT-DOJ 336826
ABT281-2831

Confidential

# SYSTEMS SUPPORT

| Personalized Training | Abbott will provide UKH and ARH with personalized training sessions covering all of the applications you will be using. We will work with you to explain how the system works and how best to utilize it. Our instruction provides critical *hands on* training. This gives the users a chance to actually work on the system and ask questions as they arise. Additionally, Abbott has available on a PC based training program, allowing new and existing users to learn in a self-paced environment. |
|---|---|
| Ongoing Support | The CHIP system offers extensive On-Line assistance for all applications. However, unique situations create unusual questions unable to be answered by the on line help screen. To address these questions, we have established a **Client Support Center** which is staffed by experienced Abbott Systems personnel trained to answer systems questions and to assist new users in effective utilization of the CHIP system. |
| Installation Support | Abbott will provide the UKH and ARH assistance with hardware configuration (terminals, printers, computer lines, etc.) and software set-up. We also provide the necessary testing to assure maximum system performance. Our comprehensive system support insures proper installation and operation. |
| System Enhancements | Abbott is committed to System Enhancements required to meet the needs of the evolving home infusion marketplace. Abbott has invested a considerable amount of resources to develop and maintain the current CHIP system.<br><br>The CHIP system is customer driven. In order to stay abreast of the changing system requirements, we hold quarterly steering committees. Together, our CHIP systems users determine the enhancements that need to be made. |

ABT-DOJ 336827
ABT281-2832

Confidential

# SALES AND MARKETING

| | |
|---|---|
| *Experience* | Once program implementation is complete, management attention will focus on developing the business and increasing market share. Abbott has extensive experience in helping hospitals develop tactical and strategic marketing plans. We will work with you to determine infusion market opportunities and analyze your competition. Examples are below: |
| *Market Research & Analysis* | <ul><li>Competition</li><li>Referral Sources</li><li>Market Potential</li><li>Key Trends</li></ul> |
| *Development & Implementation of Marketing Plan* | <ul><li>Targets and Prospects</li><li>Product Positioning</li><li>Sales Resources and Training Support</li></ul> |
| *Tactical Programs* | <ul><li>Promotional Material</li><li>Seminars and Educational Forums</li><li>Press Releases</li><li>Advertising</li></ul> |
| *Support Materials* | Abbott has developed several support materials to provide our customers with direction on sales and marketing programs. A manual has been introduced explaining how to develop a successful marketing plan for hospital based home infusion. We have also developed sales classes that help to teach all functions of home infusion a "Socratic" sales approach. |

ABT-DOJ 336828
ABT281-2833

Confidential

| Cooperative Marketing Campaign | Abbott has developed numerous amounts of promotional material that the UKH and ARH can utilize. The covers of the brochures have all been left unprinted so that UKH and ARH can print their name and logo on the cover.<br><br>The available materials include but are not limited to:<br>• Therapy specific patient training manuals<br>• Pharmacy Handbook<br>• Medication Information Sheets<br>• Patient start up kits<br>• Program brochures and premium items<br>• Hospital display posters, direct mailers, etc. |

ABT-DOJ 336829
ABT281-2834

## Financial Overview

### Program Structure
Abbott provides many of the necessary elements for the start-up and on-going operation of a home infusion program. (For a specific list of products and services being offered to UKH and ARH please see the Home Infusion Proposal ).

The compensation to Abbott will be based on the products and services provided by Abbott. Product compensation will be based on capped, per therapy, per day, fees and all other services will be based as a percent of program revenues.

### Sample Financials
At the request of UKH and ARH the accompanying financials are based on the data provided in the request for Information dated July 30, 1996. It should be noted that these financials represent estimates of program performance based upon initial patient and payer mix data and assumptions. Future changes in these data and assumptions could have a substantial effect on projected program performance.

The financials assume: i) that Medicaid and Medicare patients transition to commercial HMO plans in years two and three, and ii) that Abbott would have responsibility for reimbursement services during the first two years, with UKH and ARH assuming these responsibilities beginning in year three.

### The Abbott Financial Model
Abbott utilizes a proprietary business model to assist in the development of pro-forma financial documents. The model has calculated three years worth of profit and loss (p&l) statements. It forecasts personnel requirements and it computes both pharmacy and office space.

In the attached financials, the two pages titled **Therapy Margin Analysis** give a very thorough breakdown of the assumptions used to create these financial statements. Incorporated in this analysis is the expected number of annual patients and the anticipated revenue by therapy.

The proforma is included in this proposal under Exhibit C.

ABT-DOJ 336830
ABT281-2835

## RESPONSE TO REQUEST FOR INFORMATION

### Section I. The Service Model

**Provide a description of the proposed approach or approaches such as those outlined in the introduction for program given the assumed referral volumes provided in Table # 3 *(See Section II. Financial Model)* and goals and requirements stated under *Goals Related to the Proposed Home Infusion Program.* This narrative should include:**

1.  **A complete description of the service to be provided and any organizational approach to be used.**

    Please see the Proposal Overview

2.  **A description of location, size, and configuration of physical plant and the costs associated with it (if required).**

    The enclosed proforma assumes the build out of a pharmacy to support the program. It is recommended that this pharmacy be located in the Lexington area. Projected capital requirements to build out and equip this pharmacy are $311,090; for a facility totaling 5,713 square feet.

    We also recommend that ARH provide first dose coverage on an as needed basis to patients in Eastern Kentucky.

    Please see Schedule A for further details.

3.  **A description of any capital asset purchases and associated costs.**

    Please see Schedule A for a description of build out and equipment capital estimates.

4.  **Staffing model with salary profiles.**

    Please see Schedule B.

5.  **A description of information systems including general hardware configuration and third party or proprietary software products considered (cost of information systems should be detailed with capital assets).**

    This proposal includes utilization of the Abbott CHIP System. Please see the Proposal Overview for a detailed description of the capabilities of the CHIP System. UKH and ARH would utilize Abbott Home Infusion Service's AS400 timeshare hardware. Costs for utilization of the CHIP System and timeshare are included the Abbott Product & Service fee.

1

ABT-DOJ 336831
ABT281-2836

Local UKH and ARH equipment expenses are included in the Capital Investment Summary. (Exhibit A)

**6.  A description of how infusion program might interface with:**

- **UK's hospital based Medicare certified home health agency**
- **ARH's Medicare certified home health agency**
- **Home medical equipment affiliates or preferred providers**

Abbott will assist the UKH and ARH infusion program in the development of advanced clinical skills and standardization of clinical practice for the home care nurses that will be caring for their patient population. The UKH and ARH home care agencies will be the initial targets of such training.

In addition, Abbott has available nursing policies and procedures, patient training materials, and orientation materials for the UKH and ARH home health agencies. A close relationship is encouraged between home infusion, home health and DME business units. In fact, Abbott is currently adding a DME model to the CHIP System, in response to our customers who manage both businesses.

**7.  Detail of possible payment or accounting methodology used to provide of indigent and underinsured patients referred to the program.**

Costs to service all patients, including indigent and underinsured patients are included in the proforma. If desired these patients can be managed from intake through invoicing via the Abbott CHIP System to allow for the monitoring of costs, calculation of the value of "charity" care provided and the inclusion of these patients in the UKH and ARH program's outcome data.

**8.  A description of the fees (i.e. specific service provided). Describe how the fees associated with the agreement are to be calculated (i.e., hourly rates at cost, cost plus mark-up, estimated as percentage of net revenue, etc].**

The Abbott Home Infusion Services fee, as identified in the enclosed proforma, is the sum of two components of services, i) products and, ii) all other services. The product portion is based on a capped payment per day, per therapy, based on the Abbott manufactured product available for use by the UKH and ARH program. The service fee component would be calculated as a percent of Program Revenues, and would cover UKH and ARH costs for Abbott Home Infusion Services to provide billing/reimbursement services on behalf of UKH and ARH; access to the

2

ABT-DOJ 336832
ABT281-2837

CHIP System; consulting services; Abbott Home Infusion Services Client Executive Conference; Client Sales Training Programs; Newsletters; Marketing Services Program; etc.

- We would be pleased to provide additional detail of the Abbott fees upon request.

## Section II. Financial Model

**This section should include the following financial analysis:**

1.  **A three year proforma income statement, cash flow statement and balance sheet utilizing the referral and payer mix assumptions shown previously in Table 3. Gross revenue (list price per diem) as well as contractual allowance (as a percent of gross revenue) should be listed for each therapy in a format similar to Table 4. Expenses regarding staffing, physical plant, capital assets, and other expenses should be consistent with the values detailed in the service model description from Section I. Any assumptions not described in the Section I. narrative should be detailed. Management fees should be shown as a separate line item.**

    Please see Exhibit C.  Since this proposal assumes 100% ownership and management of the program UKH and ARH, the Abbott Home Infusion Services proposal does not include any management fees.

2.  **Complete Table 4 with the assumptions made in developing the proforma income statement described above (Section II, item I.)**

    Please see Exhibit D.

3.  **Detail how proforma costs of goods sold estimates were derived.**

    The Abbott Home Infusion Services business model develops product, labor, space and equipment requirements by establishing standards for each cost component by therapy, by day. The model then takes the standards per day and multiples them by the projected number of therapy days (based on patient numbers) to derive cost of products, projected headcount, space and equipment requirements. Please see Exhibit E for an example of the methodology utilized to develop per day product cost standards for the Antibiotic therapy.

4.  **A portion of infusion revenue will likely be in the form of all inclusive per diems (i.e., includes both pharmacy and nursing services). Detail how are these revenues calculated in the proforma. Detail the rate of reimbursement ($/visit or $/hour) used to**

3

ABT-DOJ 336833
ABT281-2838

estimate nursing cost if it is assumed the infusion program would bill and collect the bundled reimbursement.

The proforma submitted as part of this proposal excludes all nursing revenues. Therefore all nursing revenue would be supplemental to the submitted proforma. However it is recognized that the industry at times requires the bundling of nursing and pharmacy services. Through the utilization of the Abbott CHIP System, Abbott Home Infusion Services, when performing billing/reimbursement services on behalf of our clients has the capability of billing and collecting bundled reimbursement.

### Section III. Company History

1. **Detail your organization's experience in working with hospitals as a preferred provider, contractor, and/or equity partner. List equity partner's by name and address and provide a list of not more than three reference contracts. Discuss your organization's experience in working with university affiliated health systems, and rural health systems.**

   Abbott Home Infusion Services has been assisting hospitals with entry into the home infusion market for over twelve years. In these relationships, the program is wholly owned by the hospital; Abbott is sub-contracted for the provision of specific product and service support. Abbott has worked with a number of university affiliated health systems, including but not limited to, University Hospitals of Cleveland, University of Michigan, University of Chicago and University of Virginia. Rural health systems include University of Virginia, Lutheran Health System, Fargo, ND, with branches in Arizona and Alaska, and Roper located in Charleston, S.C.

   A reference list is attached, see Exhibit F.

2. **Detail your organization's experience in working with managed care organizations (MCO's). Detail your experience with capitated contracts for home infusion services. If possible, detail significant MCO contracts by name with contract duration, number of renewals, number of covered lives. Detail your organization's experience with Medicaid HMO's listing the state, payer, contract duration, number of renewals, and payment methodology.**

   Abbott Home Infusion Services has extensive experience in working with managed care organizations (MCO's) through our national client network. These managed care organizations include case management firms, Blue Cross/Blue Shield Plans, Medicaid, Medicare Senior Risk Plans, Health Maintenance Organizations, Preferred Provider Plans, Point of Service Networks and all major insurers. These contracts encompass a number

4

ABT-DOJ 336834
ABT281-2839

of payment methodologies including discounted fee for service, per diem pricing, and capitation. The number of covered lives exceed 10 million and represent all regions of the country.

We have extensive experience in working with Medicaid HMO's in California, Illinois and Arizona. As a result of this experience, we will be able to assist the University of Kentucky in contracting and implementing contracts with Medicaid HMO's as they develop. Our computer system, the CHIP System, has sophisticated managed care capabilities including automated pricing, tracking of capitation contracts and outcomes monitoring including national benchmarking.

Our experience with capitated contracts includes determining PMPM payment amounts, risk pools, stop loss provisions, and outlier provisions. Also, we have extensive experience in monitoring capitated contracts to ensure adequate financial control.

3. **Provide audited corporate financials for most recent three years.**

Please see the enclosed 1995 Annual Report.

4. **Describe any investigations (ongoing or during the last five years) by Federal or State government officials regarding participation in the Medicare and/or Medicaid programs.**

Abbott Home Infusion Services has not been investigated (ongoing or during the last five years) by Federal or State government officials regarding participation in the Medicare and/or Medicaid Programs.

5. **Describe any investigations or litigation (ongoing or during the last five years) by commercial insurance payers regarding any alleged wrongdoing related to the billing of healthcare services.**

Abbott Home Infusion Services has not been investigated or involved in any litigation (ongoing or during the last five years) by commercial insurance payers regarding any alleged wrong doing related to the billing of healthcare services.

6. **Describe the organization's experience in billing Medicaid programs for infusion services and medical supplies. Detail any experience in working with Kentucky Medicaid.**

For the past twelve years, Abbott Home Infusion Services has performed Medicaid reimbursement services for numerous clients across the country. Medicaid programs billed include New York, Illinois, California, Texas, Virginia, Florida, Kentucky, Indiana, Michigan and many others. Abbott is proficient in the various Medicaid billing requirements for home

5

ABT-DOJ 336835
ABT281-2840

infusion drugs, medical supplies and durable medical equipment. Our expertise includes obtaining prior approvals, medical documentation, AWP pricing, claims adjudication, appeals, electronic claims, submission (where available) and all other requirements necessary to bill the various Medicaid programs. We also have prior experience with Kentucky Medicaid. As a result of our extensive experience, Abbott is able to maximize reimbursement for our clients from the various Medicaid plans.

7.    **Describe the organization's expertise in infusion therapy billing and collections. Discuss performance in terms of regularly achieved DSO and bad debt as percentage of net revenues.**

Abbott Home Infusion Services has fourteen years experience in home infusion reimbursement. Our services include obtaining the necessary medical documentation, claims submission, and accounts receivable management. We currently perform reimbursement services for clients throughout the United States and have expertise billing all major payers including Medicare, Medicaid, Blue Cross/Blue Shield, Health Maintenance Organizations, Preferred Provider Organization, CHAMPUS, Point of Service Plans, patient bills and the majority of commercial payers.

As home infusion reimbursement has become more and more complex, we have been able to maintain client DSO's consistently below the industry average. It is our goal to maximize reimbursement through timely primary and secondary claims submission, comprehensive upfront insurance screening, extensive follow-up and all other reimbursement activities including appeals. This has resulted in optimizing reimbursement levels and maintaining a bad debt percentage for our clients of less than 4% of revenue.

Additionally, our reimbursement staff has extensive background in the clinical, financial and billing areas. Each client is assigned a team of reimbursement specialists to handle their account and each team strives for a high level of customer service. Monthly, you will receive a financial package detailing gross and net sales, account aging, accounts receivable transactions, write-offs and contractuals in order to monitor the reimbursement function.

It is our policy to explore all potential reimbursement sources and not to write-off monies until all reimbursement has been exhausted. All write-offs are mutually approved by Abbott and out clients.

We also monitor all national and regional reimbursement trends through our involvement in national trade organizations, such as the National Alliance For Infusion therapy, The Health Industry Manufacturers Association Home Care Task Force as well as our Washington and state

6

ABT-DOJ 336836
ABT281-2841

government affairs offices located throughout the country. Through
these activities, we are able to ensure that our billing and reimbursement
activities adhere to all applicable federal and state regulations. We are
also involved in proactive lobbying of infusion services to maintain
reimbursement levels and to expand the coverage for infusion therapies.

### Section IV. Program Structure

**The requesters are evaluating numerous structure options. Assuming the
requesters and the respondent organization are the only equity holders,
recommend corporate, ownership, and organizational structure options
for the infusion program.**

Abbott recommends that UKH and ARH have full ownership of this infusion
program. We have worked with organizations that have utilized a variety of
corporate structures: as a hospital department, as a separate corporate entity
out side of the hospital system, with both for profit and not-for-profit status.
As there are pros and cons to each approach, we would be happy to share our
experience with UKH and ARH.

### Section V. Capital Contributions and Cash Flows

**Given the ownership described in Section IV and the financial analysis in
Sections II, describe the initial capital contribution required from each
equity holder (i.e., the requester and your organization) and the
subsequent cash distributions or contributions as a result of operations in
years one through three.**

Under the Abbott Home Infusion Services proposal the program and all assets
would be wholly owned by UKH and ARH. Section A of this proposal details
projected capital requirements.

### Section VI. All Other support Materials

**This section may include any proposals and financial analysis outside of
the specifically requested, company history and promotional materials
and information that may prove valuable in the analysis of the proposed
services.**

See attached Overview brochure, *CHART YOUR COURSE* brochure and *TOPICS*
newsletter

FieldSls/RFP/sw

7

Confidential

ABT-DOJ 336837
ABT281-2842

Confidential

University of Kentucky/Appalachian Regional Healthcare
**CAPITAL INVESTMENT SUMMARY**

| LOCATION | SQUARE FEET | BUILD-OUT COST PER FT | CAPITAL $ |
|---|---|---|---|
| OFFICE SPACE | 2,101 | 0.00 (1) | 0 (1) |
| PHARMACY (2) | | | |
| COMPOUND/GOWN RM | 559 | 140.00 | 78,178 |
| PRESCRIPTION RM | 565 | 30.00 | 16,960 |
| WAREHOUSE | 2,164 | 5.00 | 10,819 |
| SHIP/RECEIVE AREA | 325 | 5.00 | 1,623 |
| | 5,713 | | |
| ARCHITECT | | | 5,379 |
| ALLOWANCE | | | 11,296 |
| TOTAL BUILD-OUT COST | | | 124,255 |
| PHARMACY EQUIPMENT | | | 77,932 |
| OFFICE EQUIPMENT | | | 108,903 |
| OTHER EQUIPMENT | | | 0 |
| TOTAL CAPITAL REQUIREMENT | | | $311,090 |
| OTHER CAPITAL INVESTMENT | | | 0 |
| NET CLIENT CAPITAL INVESTMENT | | | $311,090 |

(1)   Assumes office buildout cost is prorated in lease expense over five years.
(2)   Based on projected Year 5 compounding data.

NOTE: Initial client capital investment is based on preliminary patient data, actual costs could vary.

ABBOTT HOME INFUSION SERVICES
06-Sep-96

ABT-DOJ 336838
ABT281-2843

University of Kentucky/Appalachian Regional Healthcare
EQUIPMENT REQUIREMENTS

| PHARMACY EQUIPMENT | QUANTITY | | $(000'S) |
|---|---|---|---|
| VERTICAL HOOD | 1 | | 5.1 |
| HORIZONTAL HOOD | 2 | | 10.4 |
| REFRIGERATOR | 2 | | 9.0 |
| FREEZER | 1 | | 2.0 |
| STORAGE CARTS, CLEAN ROOM | 3 | | 1.4 |
| TRANSPORT CARTS | 5 | | 1.0 |
| HEAT SEAL UNITS | 2 | | 3.6 |
| STORAGE TOTES | 15 | | 0.6 |
| WORK STOOL (CLEAN ROOM) | 4 | | 1.0 |
| CLEAN ROOM TABLES | 1 | | 0.5 |
| CLEAN ROOM SUPPLIES | - | | 1.5 |
| MISC. PHARMACY SUPPLIES | - | | 1.5 |
| WAREHOUSE SHELVING | 216 | FEET | 16.2 |
| SECURITY SYSTEM | - | | 4.0 |
| INCUBATOR/COLONY COUNTER | 1 | | 1.5 |
| PALLET JACK | 1 | | 0.5 |
| MISC. CLEANING EQUIPMENT | - | | 2.3 |
| SAFE | 1 | | 0.9 |
| SHIPPING AREA RACKS | 3 | | 1.4 |
| WAREHOUSE WORK TABLES | 3 | | 1.4 |
| MISC. WAREHOUSE EQUIPMENT | - | | 1.0 |
| EQUIPMENT INSTALLATION | - | | 1.2 |
| HOOD CERTIFICATION | 3 | | 0.8 |
| MISC. EQUIPMENT | - | | 2.0 |
| FREIGHT | - | | 3.3 |
| SALES TAX | - | | 4.0 |
| SUB TOTAL | | | $77.9 |

| OFFICE EQUIPMENT | | $(000'S) |
|---|---|---|
| PRIVATE OFFICE FURNITURE | 3 | 7.6 |
| OPEN MODULAR FURNITURE | 4 | 13.6 |
| FILES | 5 | 4.0 |
| BREAK ROOM | - | 2.1 |
| LABEL PRINTERS/MISC. EQUIP | - | 5.1 |
| CONFERENCE ROOM | - | 3.2 |
| FAX/COPIERS | - | 5.1 |
| PHONE SYSTEM | - | 25.0 |
| COMPUTER EQUIPMENT | 6 | 30.4 |
| MISC. OFFICE SUPPLIES | - | 2.1 |
| FREIGHT | - | 4.8 |
| SALES TAX | - | 5.9 |
| SUB TOTAL | | $108.9 |
| TOTAL PHARMACY AND OFFICE EQUIPMENT COST | | $186.8 |

ABBOTT HOME INFUSION SERVICES
06-Sep-96

ABT-DOJ 336639
ABT281-2844

Confidential

University of Kentucky/Appalachian Regional Healthcare
SALARY & FRINGE

| HOME INFUSION OPERATION: | # FTE's | AVERAGE WAGE | TOTAL WAGE | FRINGE (@ 26%) | OT PREM./ BONUS % | OT PREM./ BONUS $ | TOTAL $ |
|---|---|---|---|---|---|---|---|
| | | | | 26% | | | |
| GENERAL MANAGER | 1.0 | 65,000 | 65,000 | 16,900 | 10% | 6,500 | 88,400 |
| INFUSION COORDINATOR | 2.0 | 40,000 | 80,000 | 20,800 | 10% | 8,000 | 108,800 |
| MARKETING/SALES | 0.0 | 40,000 | 0 | 0 | 10% | 0 | 0 |
| REIMBURSEMENT | 0.0 | 45,000 | 0 | 0 | 10% | 0 | 0 |
| SECRETARY/CLERK | 0.7 | 18,000 | 12,276 | 3,192 | 10% | 1,228 | 16,696 |
| PHARMACY MANAGER | 1.0 | 60,000 | 60,000 | 15,600 | 10% | 6,000 | 81,600 |
| STAFF PHARMACIST | 0.6 | 60,000 | 36,740 | 10,072 | 10% | 3,874 | 52,686 |
| TECHNICIAN | 0.6 | 22,000 | 12,176 | 3,166 | 10% | 1,218 | 16,559 |
| HOME SERVICE REP | 0.3 | 20,000 | 6,641 | 1,727 | 10% | 664 | 9,032 |
| WAREHOUSE/DRIVER | 1.2 | 18,000 | 20,894 | 5,432 | 10% | 2,089 | 28,416 |
| OTHER | 0.0 | 20,000 | 0 | 0 | 10% | 0 | 0 |
| OTHER | 0.0 | 18,000 | 0 | 0 | 10% | 0 | 0 |
| CONTRACT PERSONNEL | 0.6 | 22,000 | 11,000 | 0 | 0% | 0 | 11,000 |
| TOTAL OPERATION | 8.0 | | 306,728 | 76,890 | | 29,573 | 413,191 |

ABBOTT HOME INFUSION SERVICES
06-Sep-90

ABT-DOJ 336840
ABT281-2845

# EXHIBIT 118
# CONTINUED

Confidential



ABBOTT OVERVIEW



Home
Infusion
Services

ABT-DOJ 337552
ABT281-3557

Confidential

# VHA NORTH CENTRAL

## Overview of Abbott Laboratories

◈ **Health Care Worldwide**

- **Founded In 1888**
- **130 Countries**
- **1992 Sales Of $7.8 Billion**
- **1992 Research And Development Expenditures Of $772 Million**

◈ **Five Divisions**

- **Pharmaceutical Products**
- **Diagnostics Division**
- **Abbott International**
- **Ross Laboratories**
- **Hospital Products**
  - **Abbott Alternate Site**



ABT-DOJ 337553
ABT281-3558

# ABBOTT LABORATORIES

Confidential



Confidential

# MISSION STATEMENT

TO BE THE HIGH *QUALITY* COLLABORATIVE

PARTNER FOR THE *INTEGRATORS* OF CARE

IN THE DEVELOPMENT OF ALTERNATE SITE

BUSINESSES DESIGNED TO *EXTEND THEIR*

*MARKETS* THROUGH THE OPTIMAL

UTILIZATION OF INFUSION PRODUCTS AND

SUPPORT SERVICES



Home
Infusion
Services

ABBOTT PARK, IL 60064

ABT-DOJ 3375555
ABT281-3560

Confidential



# INDUSTRY OVERVIEW



Home Infusion Services

ABT-DOJ 337556
ABT281-3561

Confidential

ABT-DOJ 337557
ABT281-3562

# ABBOTT HOME INFUSION SERVICES

## Market Risk Shift



**PAYERS** ⟶ **PROVIDERS**

| PAYERS | PROVIDERS |
|---|---|
| Insurers | Hospitals |
| Business | Physicians |
| Individuals | Clinicians |
| Government | Community Organization |

FFS

RISK

RISK

CAPITATION

A FUNDAMENTAL SHIFT OF RISK IS UNDERWAY

Confidential

# INTEGRATOR OF CARE

## INTEGRATED HEALTHCARE DELIVERY NETWORK

**Buyers**

| Health Purchasing Cooperatives |
| Large Businesses |
| Medicare |
| Medicaid |

C
R
I
T
E
R
I
A

**Contracts $**

I
N
T
E
G
R
A
T
O
R

- Financial Risk Management
- Treatment Protocols
- Information Systems
- Case Management
- Outcome Measurement
- "System" Management

**Providers**

- Physicians
- Other Physicians
- Hospitals
- Other Providers
- Community Organizations

**Continuum Care**

- Health Assessment/ Prevention
- Primary Ambulatory Care
- Acute Inpatient Care
- Extended Care
- Home Care
- Mental Health Services
- Rehabilitation Services
- Long-Term Care

Confidential



CLINICAL SERVICES



Confidential

# CLINICAL SERVICES

## INFUSION THERAPIES

- TPN
- TEN
- Antibiotics
- Chemotherapy
- Pain Management
- I.V. Hydration
- Hemat. Growth Factors

- Central Line Care
- Blood Components
- Chelation Therapy
- Growth Hormone
- AIDS Therapies
- Inotropic Therapy

ABT-DOJ 337560
ABT281-3565



Confidential

# CLINICAL SERVICES

| COMPOUNDING CENTER REQUIREMENTS | ABBOTT SUPPORT |
|---|---|
| · Facility | — Site ID, Design, Layout, Build-Out, Set-Up |
| · Equipment | — Requirements, Selection, Sourcing |
| · Personnel | — Recruitment, Job Descriptions, Training |
| · Operational Support | — Licensing, P&P, Systems Support, JCAHO |
| · Product Support | — Broad Product Line, Technical Information |
| · Delivery Systems | — Mechanisms, Training, Inventory Mgmt. |



ABT-DOJ 337561
ABT281-3566

Confidential

# CLINICAL SERVICES

## KEY QUALITY ASSESSMENT & IMPROVEMENT PROGRAMS

- Comprehensive Standards Of Care
- Patient Outcome Monitoring
- Infection Control Program
- Ongoing Staff Education & Training
- Calibration Of Facility/Equipment

- Environmental Monitoring Of Facility
- Validation Of Compounding Techniques
- Periodic Quality Compliance Audits
- Patient Satisfaction Surveys
- CQI/Monitoring And Evaluation Activities



ABT-DOJ 337562
ABT281-3567

Confidential



**FINANCIALS**



*Home Infusion Services*

ABT-DOJ 337563
ABT281-3568

# EXHIBIT 118
# CONTINUED



**Virginia C Tobiason/LAKE/CORP/ABBOTT**

09/23/2002 09:04 AM

To   John Heden/HPD/Abbott@Exchange

cc

bcc

Subject   Re: FW: Review of Reimbursement Compliance Guidelines

John, good questions!  Glad you reviewed the document .

1.) Can we provide names of other support organizations.  There really are no other support organizations.  But I fully intend to give the e-mail and telephone numbers of CMS and the carriers/intermediaries in our communication.
2.) We cannot give out AWP (this is a corporate wide policy).  This is because since we send the information to the drug databases, we  can be seen as manipulating the reimbursement rate.
3.) Is the assumption they will do their own computation?  The drug databases compute the AWP, not Abbott.
4.) What about insurance....  There are no easy way to get information on private payer payment rates.  Usually, each provider has a contract with an MCO, etc and the rates are propietary.
5.) Rembursement Calculators:  What if they ask for money to support?  The customer must determine themselves whether they make money or not based on the reimbursement rates.  If not, then they may ask us to make price adjustments.  Is this what you mean?  I'm not sure.
6.) Hotlines/helplines (this is if we want to fund).  Absolutely, Renal care currently funds a hotline.  I think that is the only one in HPD.

Please let me know if this clarifies your questions.  It is our intent to provide a package with additional information (websites), medicare/medicaid basis when this is communicated.

ABT-DOJ-E 1181594



| | | | |
|---|---|---|---|
| | Virginia C Tobiason/LAKE/CORP/ABBO TT | To | Adele R Witenstein/LAKE/CORP/ABBOTT@ABBOTT |
| | | cc | |
| | 04/30/2003 05:30 PM | bcc | |
| | | Subject | Re: Proposed Medicare Drug Coverage Legislation |

I think Gordon did an excellent job. Gordon hits some key concerns, such as appropriate disclosures of rebates and insuring the correctness of pricing information. Just as a point of reference, the current Medicare system has it's own set of issues;  These issues include proper disclosure and handling of discounts to customers, integrity of data reporting such as AWP, proper use of educational grants and consulting agreements so as not to inappropriately encourage the use of a manufacturers products, appropriate reporting of bundled products, proper use of rebates and upfront payments to name just a few issues.  Some of these may be implicated in the PBM model also. I think it is very valuable to point out some of the potential concerns with fraud and abuse regarding a Medicare prescription drug benefits and I believe Gordon lays out the most significant ones.

Virginia Tobiason
Director, Corporate Reimbursement
Ethics and Compliance, AP6A
Office: 847-937-8438
Fax:  847-935-3969
e-mail:  Virginia.Tobiason@Abbott.com

Highly Confidential