# Exhibit 119



# ABBOTT PHARMACEUTICAL

## Company Pricing/Markup History   1/1/1995 - 8/9/2005

| Company | Add Date | User | Note Type | Note Detail |
|---|---|---|---|---|
| ABBOTT PHARMACEUTICAL | | | | |
| | 8/9/2005 | tkellam | MKP | April Gerzel verbally responded that no changes have occurred with the existing AWP policy. Continue with AWP = WAC + 20%-per RB company policy. Faxed April the AWP confirmation letter for the new year. |
| | 5/18/2005 | tkellam | MKP | On the price lists received from Abbott,Abbott lists multiple sale units for OPTILETS 500-NDC# 0074-4287-22. Confirmed w/April Gerzel that RB will only list the pricing for the 1 sale unit. Email confirmation filed w/Log # 12788. |
| | 7/13/2004 | tkellam | MKP | Confirmed through email  with April Gerzel that there are no changes to the established AWP policy,  For the New Year, continue using,  AWP = WAC + 20%- per RB company policy. Email confirmation is filed with Log # 9696 |
| | 4/16/2003 | kvoeck | MKP | 4/9/2003 Rec confirmation of fax sent to Abbott: April Gerzel that RB would add 20% to WAC to obtain AWP, on all Abbott Pharmaceutical Products.kv |
| | 3/5/2003 | llovato | MKP | effective 3/3/03 price list from abbot did a 25% markup from previous notes Cartrol,Cecon,Cefol, Colchicine,dayalets,dical-d,enduronyl,fero-folic,fero-grad,hytrin,iberet,k-tabs,mavik,meridia,optilets,pce,pediaflor,rythmol,surbex,viday,vi-daylin, |
| | 10/3/2002 | llovato | MKP | effective 10/3/02 biaxin,cartrol ft, cecon,cefol,colchicine,cylert,dayalets,dical-d,enduron,endoronyl,enduronyl |
| | 8/20/2002 | lane | MKP | AWP = WAC + 25% (previously provided) LIST/TRADE PRICE = DIRECT PRICE     WAC =CASE/ WHOLESALE PRICE            per Tina use date of e:mail for effective date of deacts |

EXHIBIT

Minne 024

11/18/08

Confidential                    Red Book 00598



**THOMSON**
™
**MICROMEDEX**

# ABBOTT HOSPITAL PRODUCTS
## Company Pricing/Markup History  1/1/1995 - 3/11/04

| Company | Add Date | User | Note Type | Note Detail |
|---|---|---|---|---|
| **ABBOTT HOSPITAL PRODUCTS** | | | | |
| | 5/1/03 | hstalnak | MKP | Updated prices effective 4-1-03 with mdx applied mrk-up see note 46220. If wac was not listed the 20% was applied to the dirp per Deb. |
| | 4/3/03 | tkellam | MKP | Spoke to Jerrie Cicerale on 4/3/2003 at 1:50PM, would not confirm AWP, sent her a fax confirming the RB policy on AWP of 20% markup(MDX applied markup) |
| | 5/16/02 | flanagan | MKP | AWP = INNER PACK $(TRADE) - 5%+25% (SOLID SIZE = UNITS/INNER PK) (18.75%) 4/97 per Michael Heggie can now add DIRP(trade or inner pack $) & WAC - SEE CALCIJEX NOTES. See MISC note regarding FDB. |
| | 5/16/02 | lane | MKP | FDB changed m/u to 25% on 1/02 for all price changes. Per manufacturer we are to continue using their usual M/U (18.75%) per Jerrie. |
| | 4/28/98 | flanagan | MKP | CALCIJEX & ZEMPLAR ONLY GET AWP & WAC which are the same. No DIRP per Michael Heggie. ONLY USE PRICES FROM TENA BROWN |

Thursday, March 11, 2004                    Thomson Micromedex                    Page 1 of 1

**Confidential**                    **Red Book 01325**