# Exhibit 125

Page 332

```
          THE UNITED STATES DISTRICT COURT

        FOR THE DISTRICT OF MASSACHUSETTS


In re:  PHARMACEUTICAL        )   MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE    )   CIVIL ACTION

PRICE LITIGATION              )   01-CV-12257-PBS

_____    Volume II


          Continued Videotaped Rule 30(b)(6)

          Deposition of MICHAEL SELLERS, at

          77 West Wacker Drive, Chicago,

          Illinois, commencing at 9:00 a.m.

          On Monday, March 31, 2008, before

          Donna M. Kazaitis, RPR, CSR

          No. 084-003145.
```

1   that continuing to support vancomycin utilization
2   would endanger its status as a product or an
3   antibiotic of last resort.
4   BY MR. ANDERSON:
5        Q.    Objection, nonresponsive.
6              Sir, this is a market share
7   percentage; correct?
8              MS. TABACCHI:  Object to the form,
9   beyond the scope.
10             THE WITNESS:  No.  As I understand it,
11  the way it's written, it is a split of our sales
12  of our vancomycin.
13             So as I understand the statement,
14  they're saying thirty-seven percent of the
15  vancomycin we sold went into hospitals in 1996,
16  sixty percent went into Alternate Site.
17  BY MR. ANDERSON:
18       Q.    Why do you say that, sir?
19             MS. TABACCHI:  Same objections.
20             THE WITNESS:  It's just the way I read
21  that sentence.
22  BY MR. ANDERSON: