# Exhibit 129

Sellers, Mike W.          AP

From:       Eichhorn, Gerald          AP
To:         Cicerale, Jerrie          AP
Cc:         Sebree, Mark              AP; Sellers, Mike W.       AP
Subject:    Vanco List price
Date:       Mon, Mar 20, 1995 12:18PM

Jerrie, Mark Sebree and I have reviewed the following vancomycin list (catalog) prices. At the request of Dave Brincks, A.S. Home Infusion, we have agreed to make the following Catalog/list price changes:

- 4332-01-13     Vancomycin 500mg flip top vial $7.50 ea.
- 6509-01-13     Vancomycin 5g Pharmacy bulk vial     $75.00 ea.
- 6533-01-13     Vancomycin 1g flip top vial          $15.00 ea.

Jerrie, I realize these changes will not be part of the new catalog. However, it is important that we make these changes for Alternate site, due to rebate issues, as soon as possible.

Please notify Redbook and Medespan of these changes ASAP. They are the sources for creating the AWP that is important to Alternate site.

Would you please give me a date you could have the changes made by, and communicated to Redbook and Medespan?

Thanks

Page 1

EXHIBIT 286
WIT: Sellers
DATE: 2-13-07
Cynthia Vohlken

EXHIBIT
30 (b)(6)
Sellers 25
3.31.08   DK

ABT006661

Confidential
AB0020134