# Exhibit 130

 **ABBOTT**

MICHAEL HEGGIE
MANAGER, REIMBURSEMENT
0R69; AP 34  Ext. 7-1784
INTEROFFICE MEMO

DATE:    April 26, 1995

TO:      Product Sales Personnel

RE:      **Vanco Price Change**

In the last several days we have received calls regarding the price change on Vancomycin products.

List numbers
| | | |
|---|---|---|
| 4332 | was $254.60 | now $75.00 |
| 6509 | was $114.52 | now $75.00 |
| 6533 | was $509.00 | now $150.00 |

These price changes will effect reimbursement and so customers may question us. This change will effect three types of payers or insurers and I will outline the effect. The reimbursement effect is probably why customers will bring this issue up.

**Medicare:**
The effect is probably negligible because Medicare pays from codes and codes are generic and have a price attached to them. If a home care provider bills for Vanco he is given a national set price regardless of the list price and regardless of what he paid. Vanco is J3370 and is paid for in 500mg doses. Having a high list price here is of little significance to a provider.

**Medicaid:**
Medicaid pays for the most part from NDC numbers. Having a published list price which is high allows a provider to bill at that list price. Some customers who were buying our Vanco at a deep discount off list may ask about the price change.

**Private or Commercial Insurance:**
This methodology also can and does accept claims from providers by NDC numbers. Providers who were buying our Vanco for use in their home care operations which supplied private pay patients may question this change.

I believe you should be aware of the reasons customers may question you on this issue.





Confidential
AB0018668

Document2                ABT006248