# Exhibit 131

**Unknown**

| | |
|---|---|
| **From:** | Cicerale, Jerrie   APX |
| **Sent:** | Thursday, February 01, 2001 8:06 AM |
| **To:** | 'Morgan, Kay' |
| **Cc:** | Adams, Harry   APX; Cicerale, Jerrie   APX |
| **Subject:** | RE: ABBOTT LABS WHOLESALE PRICE CHANGE |

Kay -- please don't adjust anything until Harry Adam's talks to you.  He will be
contacting you sometime today.

Thanks,
Jerrie Cicerale
HPD Contract Marketing
(847) 937-2881
Email:  jerrie.cicerale@abbott.com


-----Original Message-----
From: Morgan, Kay [mailto:Kay_Morgan@firstdatabank.com]
Sent: Wednesday, January 31, 2001 6:29 PM
To: 'Cicerale, Jerrie APX'
Subject: RE: ABBOTT LABS WHOLESALE PRICE CHANGE


I can appreciate what you thought was the process, many people think they understand until
they make a change.  Let me re-iterate what I sad below.
AWP is AVERAGE WHOLESALE PRICE.  We determine AWP by contacting the wholesalers for the
mark-up.  As long as your direct was equal to WAC life was fine.  Now, you have a vastly
different WAC, so the pricing scenario had to change.  I have completed the survey and the
mark-up is 1.25 times WAC.
This makes my life very difficult as I will have to apply this to each NDC (cannot use the
corporate application since you are now different than PPD).
Additionally,  I will receive many calls regarding the accuracy of the Abbott data and why
reimbursement went down.  I will give them whoever you tell me to give them name and
number at Abbott.  Also, you AWP is going to be less than Direct in the majority of cases.

We will start on this tomorrow, but will probably not get it all on till next week, so it
will miss the monthly and weekly database.

            -----Original Message-----
            From: Cicerale, Jerrie     APX
[mailto:jerrie.cicerale@abbott.com]
            Sent: Wednesday, January 31, 2001 1:35 PM
            To:  'Morgan, Kay'
            Subject:   RE: ABBOTT LABS WHOLESALE PRICE CHANGE

            Kay -- I wasn't trying to question what you are doing but that is how I have
            understood that process for over 20 years.  Sorry for the misunderstanding I
            don't want to come across in that manner.

            Jerrie Cicerale
            HPD Contract Marketing
            (847) 937-2881
            Email:  jerrie.cicerale@abbott.com


            -----Original Message-----
            From: Morgan, Kay [mailto:Kay_Morgan@firstdatabank.com]
            Sent: Wednesday, January 31, 2001 3:25 PM
            To: 'Cicerale, Jerrie APX'
            Subject: RE: ABBOTT LABS WHOLESALE PRICE CHANGE

**TXABT
56944**

**CONFIDENTIAL**

1

EXHIBIT  586
WIT: Sellers
DATE: 4-12-07
Cynthia Vohlken

I don't tell you how to do your job, please do not question how I do mine and do not ask me to ask 2 technicians how to do the manager's job.  I know what I am doing.  If this is the last word from you guys, we will do the survey and give them your name to call when they question me.

-----Original Message-----
From: Cicerale, Jerrie    APX
[mailto:jerrie.cicerale@abbott.com]
Sent: Wednesday, January 31, 2001 1:02 PM
To:   'Morgan, Kay'
Subject:    RE: ABBOTT LABS WHOLESALE

PRICE CHANGE

I really believe you have always calculated it from the
direct price.  It
                wasn't until a few years ago that you started listing the
wholesale prices.
                I know for a fact that the other databank company calculates
it from the
                direct price and before you when Beth use to do the listing
for First
                Databank (and Wendy) they used direct price.
Please look at
a few to
                confirm what I am saying.

Thanks,
Jerrie Cicerale
HPD Contract Marketing
(847) 937-2881
Email:  jerrie.cicerale@abbott.com


-----Original Message-----
From: Morgan, Kay
[mailto:Kay_Morgan@firstdatabank.com]
Sent: Wednesday, January 31, 2001 2:16 PM
To: 'Cicerale, Jerrie APX'
Subject: RE: ABBOTT LABS WHOLESALE PRICE CHANGE

                AWP stands for AVERAGE WHOLESALE PRICE - it is the price
from the
                wholesaler.  As long as WAC and Direct were equal, it did
not matter whether
                we were using WAC or Direct.  Direct is not from wholesaler
it is from
                Abbott, so we cannot use Direct to determine AWP if it is
different


                -----Original Message-----
                From: Cicerale, Jerrie
APX
                [mailto:jerrie.cicerale@abbott.com]
                Sent: Wednesday, January
31, 2001 12:11 PM
                To:   'Morgan, Kay'
LABS WHOLESALE
                Subject:    RE: ABBOTT
        PRICE CHANGE


                                In the past the AWP was
always calculated
        from the Direct
                                price not from the
the wholesale
                                wholesale price.  I thought

TXABT
56945

CONFIDENTIAL

2

price is out on your file for reference purposes only. Our direct price is not changing so the AWP should not change.

Jerrie Cicerale
HPD Contract Marketing
(847) 937-2881
Email:
jerrie.cicerale@abbott.com

-----Original Message-----
From: Morgan, Kay
[mailto:Kay_Morgan@firstdatabank.com]
Sent: Wednesday, January 31, 2001 2:07 PM
To: 'Cicerale, Jerrie APX'
Subject: RE: ABBOTT LABS WHOLESALE PRICE CHANGE

HPD is set on AWP = 1.1.875 and WAC = Direct. If you change the pricing structure as you suggest we will need to re-survey to determine the AWP for HPD. Also, many payers, pay from WAC so lowering the WAC, will cause major grief for everyone. Also, DoJ needs to be considered. Pat said he would address the issue before making the decision, perhaps he did, but I don't want to put these all in because is was not thought out and then get to change them back. Please double check the plan and I will need some time to survey the wholesalers. Recognize that you will be lowering the AWP for your products and in fact the AWP will probably wind up being lower than Direct. Much grief will occur with this move.

TXABT
56946

CONFIDENTIAL

3

-----Original Message-----

From: Cicerale, Jerrie APX
[mailto:jerrie.cicerale@abbott.com]

Sent: Wednesday, January 31, 2001 12:00 PM

To: 'Morgan, Kay'

Subject: RE: ABBOTT LABS WHOLESALE PRICE CHANGE

What do you mean?  Do you need this information in some other type of format?

Jerrie Cicerale
HPD Contract Marketing
(847) 937-2881
Email: jerrie.cicerale@abbott.com

-----Original Message-----

From: Morgan, Kay
[mailto:Kay_Morgan@firstdatabank.com]

Sent: Wednesday, January 31, 2001 1:17 PM

To: 'Cicerale, Jerrie APX'

Subject: RE: ABBOTT LABS WHOLESALE PRICE CHANGE

I have already told Pat DeGrace that this is not going to be keyed on our database.

He promised to check into it.

-----Original Message-----

From: Cicerale, Jerrie APX

TXABT
56947

CONFIDENTIAL

4

[mailto:jerrie.cicerale@abbott.com]

Sent:

Wednesday, January
31, 2001 10:16 AM

To:   'Kay
Morgan'

Cc:

Cicerale, Jerrie
APX

Subject:

ABBOTT LABS
WHOLESALE PRICE
CHANGE

<< File:

WHLS2101.TXT >>
Kay -- attached
are 95 products
having a wholesale                              that are
price change

effective
2/1/01.  The
direct price will not
be changing
wholesale                                        only the

price.


<<WHLS2101.TXT>>

Thanks,

Jerrie
Cicerale

HPD Contract
Marketing
(847)
937-2881

Email:
jerrie.cicerale@abbott.com


TXABT
56948

CONFIDENTIAL

5