# Exhibit 132

# ⌐ABBOTT
## Alternate Site
## Product Sales

High Tech Products for Alternate Site and Home Health Care

*March 26, 1998*

*Susan Rhodus, R.Ph.,*
*Vice President of Operations*
*GeriMed*
*9707 Shelby Road*
*Louisville, KY*

*Dear Susan,*

*Abbott Laboratories is extremely pleased to respond to your bid request for infusion therapy products and henceforth we submit to you the enclosed bid.*

*We have made every effort to comply with the terms, conditions, and contract language outlined in the bid request package. We hope that we have met your expectations and that in addition to considering the pricing we've offered, you will consider the breadth of our product line, and the support services we offer.*

*If you have any questions or need additional information, please contact either Dennis Walker at (847) 938-1413 or Dave Harling at (847) 935-5820.*

*Thank you in advance for your consideration of the Abbott Laboratories bid. We appreciate the opportunity to participate in the GeriMed bid process.*

*Sincerely,*

*Dennis M. Walker*
*National Account Manager*

*Dave Harling*
*Contract Marketing Analyst*



EXHIBIT
30 (B)(6)  11
Sellers
3.16.08    DK

Rhodus 4/26/05
DEPOSITION
EXHIBIT
338

**ABT 277679**

200 Abbott Park Road • Abbott Park, IL 60064-3537

# ⊐ **ABBOTT**
## Alternate Site
## Product Sales

High Tech Products for Alternate Site and Home Health Care

*March 26, 1998*

*Susan Rhodus, R.Ph.,*
*Vice President of Operations*
*GeriMed*
*9707 Shelby Road*
*Louisville, KY*

*Dear Susan,*

*Abbott Laboratories is extremely pleased to respond to your bid request for infusion therapy products and henceforth we submit to you the enclosed bid.*

*We have made every effort to comply with the terms, conditions, and contract language outlined in the bid request package. We hope that we have met your expectations and that in addition to considering the pricing we've offered, you will consider the breadth of our product line, and the support services we offer.*

*If you have any questions or need additional information, please contact either Dennis Walker at (847) 938-1413 or Dave Harling at (847) 935-5820.*

*Thank you in advance for your consideration of the Abbott Laboratories bid. We appreciate the opportunity to participate in the GeriMed bid process.*

*Sincerely,*

*Dennis M. Walker*
*National Account Manager*

*Dave Harling*
*Contract Marketing Analyst*

**ABT 277680**

200 Abbott Park Road • Abbott Park, IL  60064-3537

Highly Confidential

TXABT15897



# Request for Proposal

*1998 - 2000 Bid Document*

March 6, 1998

Prepared for Pharmaceutical Manufacturers
by GeriMed

Filename: G:\OFFICE\FILES\GMBIDPRO.018

**ABT 277681**

# Table of Contents

SECTION ONE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    *INTRODUCTION* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    Dates to Remember . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

    Contents of This Proposal . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1

SECTION TWO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

    *GeriMed History and Corporate Goals* . . . . . . . . . . . . . . . . . . . . . . . 2

    Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

    Corporate Philosophy . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
        Mission Statement . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
        Governing Values and Goals . . . . . . . . . . . . . . . . . . . . . . . . . 2
        GeriMed Advisory Council . . . . . . . . . . . . . . . . . . . . . . . . . . 3

    *General Information* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
        Membership . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 4
        Types of Customers Serviced by GeriMed Members . . . . . . . . . . . . . . . 4

    *GeriMed Special Services for Manufacturers* . . . . . . . . . . . . . . . . . . . . 4
    *GeriMed Member Services* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
        EmphaSys . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
        Invoice Analysis- Geritrac . . . . . . . . . . . . . . . . . . . . . . . . . . 7
        Incentive Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7

        Contracting Process . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

SECTION THREE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

    *GeriMed Marketing Information* . . . . . . . . . . . . . . . . . . . . . . . . . . 11

    Membership Criteria   (In folder)

    Manufacturers Under Current Contract (In folder)

    GeriMed EmphaSys, and GeriMax Marketing Sheets (in folder)

SECTION FOUR . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

    *GeriMed Request for Quote Instructions* . . . . . . . . . . . . . . . . . . . . . 12

    Basic Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

    Requirements for Bid Submission . . . . . . . . . . . . . . . . . . . . . . . . . . 13

**ABT 277682**

**SECTION FIVE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

*Incentive or Performance Contract Criteria* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

General Incentive Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
    GeriMax Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20
    Performance or Incentive Programs . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

Incentive and Performance Program Descriptions . . . . . . . . . . . . . . . . . . . . . . 23
    Market Share Agreements - Generic Products . . . . . . . . . . . . . . . . . . . . . 23
    Market Share Incentives for Brand or Single Source Products . . . . . . . . . . . . 24
    Dollar Volume . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 24

**SECTION SIX** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25

*Computer Disk Instructions* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
    DOS Entry of Bids . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
    Spreadsheet File Entry of Bids . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

**SECTION SEVEN** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

*Request for Quote Document* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 28

**SECTION EIGHT** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

*GeriMed Pharmaceutical Agreement* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 30

**SECTION NINE** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

*GeriMed Wholesaler List* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 31

iii

ABT 277683

# SECTION ONE

# INTRODUCTION

This document contains all the information you need to submit a proposal for bid to GeriMed.

## Dates to Remember

- April 2, 1998 - Bid documents due at GeriMed offices

- April 8, 1998 - Special incentive programs due at GeriMed offices

- April 27 - 29, 1998 - GeriMed Advisory Council Meeting

- June 8, 1998 - Awards faxed to manufacturers (tentative)

- June 15, 1998 - Final proof of awards due at GeriMed offices (tentative)

- August 1, 1998 - Contract start date for new GeriMed awards

## Contents of This Proposal

- History and Corporate Goals of GeriMed

- GeriMed Membership Criteria

- List of Manufacturers currently under contract

- GeriMed EmphaSys and GeriMax Marketing Sheets

- Instructions and Specifics for Bid Submission

- Incentive or Performance Contract Criteria

- Computer diskette 3.5" for bid entry with instructions

- Request for Quote document listing your company's products with request for special information (i.e. contacts, distribution, special terms, etc.)

- Two copies of the GeriMed agreement for execution with the bid submission

- Wholesaler list as of March 1, 1998

ABT 277684

# *SECTION TWO*

# *GeriMed History and Corporate Goals*

## Introduction

GeriMed is a group purchasing organization designed specifically for long term care "closed door" pharmacy providers.  Pharmacies servicing retail or walk-in trade are not eligible for membership.  GeriMed was established in 1983 as a joint venture between MedEcon (a hospital buying group) and H. Joseph Schutte, R.Ph.  Joe Schutte, President and owner of GeriMed has been in the long term care pharmacy business for more than thirty years.  As the innovator in long term care pharmacy group purchasing, GeriMed has developed services and contracts to meet the needs of customers throughout the years.

As you know, healthcare is changing on a minute by minute basis.  GeriMed's goal is to meet the challenge of ensuring its customers the best services, best contract pricing, while netting more profit for the member and contracted pharmaceutical manufacturers.  In order to meet the customers needs in the future, GeriMed must go beyond simple contracting for pharmaceutical products for long term care pharmacies.   The conversion of GeriMed from a group purchasing organization (GPO) to a group service organization (GSO) is the first step in adapting GeriMed for the future.

## Corporate Philosophy

**Mission Statement**

This mission statement gives GeriMed a basis to establish new and innovative services to benefit both its membership and pharmaceutical manufacturer partners.

*"Through long-term partnerships in the health care industry, GeriMed provides access to cost effective solutions which support our clients' efforts to improve their strategic position, financial performance, and quality of care"*

**Governing Values and Goals**

GeriMed has set values and goals in order to achieve this innovative approach to contracting. Our goals for the company are attained by following three solid values.

1998 GenMed Request for Proposal

**ABT 277685**

Confidential

TXABT15902

> **Professionalism and Integrity** - To maintain professionalism and integrity in the marketplace by:

> > \* Focusing and committing to support the health care industry and professional associations by standing behind our membership criteria, communicating information and participating in professional associations

> > \* Demonstrating a continued commitment to the most cost effective treatments allowing positive patient care along with savings to the healthcare system

> **Customer Driven Company** - To develop a partnership with each member in achieving financial success by:

> > \* Continuing to have a knowledgeable and motivated customer support team through training, advanced technology, and teaching programs for members

> > \* Developing positive relationships between customers and industry partners through meetings and environments conducive to negotiations and education

> **Financial Success** - To run an efficient, service-oriented, customer-driven company by:

> > \* Continuing to develop the best contracts and cost containment solutions through innovative contracts, customer specific programs, and routine profit maximization analysis

> > \* Fostering and supporting entrepreneurial innovation in our partners' businesses through innovative strategies for revenue enhancement and providing access to experts in these strategies

**GeriMed Advisory Council**

One avenue to ensure our services meet the needs of our members is through our Long Term Care Advisory Council, which meets three times a year. Members of this council are in constant contact with GeriMed regarding legislative changes, regulation updates, and suggestions in contracting. The Council makes decisions on contracts and special programs developed for the membership. GeriMed participates in legislative issues, meets with advocates of the long term care pharmacy concerns in Washington, D.C., and keeps current with updates in healthcare reform.

1998 GeriMed Request for Proposal

**ABT 277686**

Confidential

TXABT1590

# General Information
### Membership

While there are about 1.7 million nursing home beds across the country, this market has expanded to encompass other types of long term care patients. Many members are now servicing assisted living beds. An accurate total for these beds has not been established nationally. Current data estimates the number of assisted living beds at 2.3 million. The number of hospice patients has increased dramatically over the past few years to an estimated 450,000. The government continues to increase the outsourcing of pharmacy services in jails and prisons, estimated numbers of more than 2 million are reported.

GeriMed currently has more than 550 member pharmacies representing more than 300 corporations or pharmacy systems in 48 states. Our pharmacies currently service more than 950,000 long term care beds. These numbers do not include jails and prisons, hospice or most assisted living beds. Our application for membership asks members for the number of nursing home beds serviced. Member pharmacies belonging only to GeriMed for contract purchasing service approximately 300,000 beds. Our members consistently outperform other group purchasing organizations in compliance (calculated on dollars per bed). This compliance rate demonstrates the loyalty of GeriMed members.

### Types of Customers Serviced by GeriMed Members

Because the focus of long term care pharmacy practice has expanded beyond geriatric patients in nursing homes, GeriMed has expanded its services. Contracts to address the needs of jails and prisons, home care, mentally retarded, hospice, and sub-acute patients have been added throughout the years. Expansion of GeriMed's services and contracts to meet the expanding needs of its membership, is a continuing goal of the company. The contracts include a full line of parenteral and enteral products, pump rentals, plastics for parenteral and enteral, packaging alternatives, forms, medical supplies, urologicals, and other miscellaneous products. GeriMed membership entitles the member access to all contracts-both pharmaceutical and non-pharmaceutical.

# GeriMed Special Services for Manufacturers

GeriMed has developed criteria and procedures over the past fourteen years to monitor membership and maintain the integrity of the GeriMed membership. We understand how important it is to ensure that membership pharmacies are purchasing products for their own use in the long term care facilities they service.

## GeriMed Membership Criteria

GeriMed members consist of long term care facilities with on-site pharmacies and "closed door" institutional pharmacies servicing only institutionalized patients. GeriMed **does not** allow retail pharmacies to join the group even if they have separate inventories for the long term care beds they service. An own use statement must be signed by an officer of the company prior to joining GeriMed. A sample copy of the own use statement is attached to this document for your information.

1998 GeriMed Request for Proposal

**ABT 277687**

TXABT1590

Retail pharmacies, wholesalers, and mail order pharmacies are not eligible for GeriMed, even though they may service long term care facilities. Eligibility is restricted because of federal regulations requiring that all items purchased at special contract pricing be only for direct use of inpatients in facilities serviced.

**If a retail pharmacy is located in the same building, under the same roof, as your institutional pharmacy, there may be no connecting doors, windows, or common passageways, between them. New members must provide GeriMed with copies of separate DEA and pharmacy licenses if they own retail operations. The pharmacy must also establish a separate wholesaler account for the long term care pharmacy. Deliveries must be made directly to the institutional pharmacy. The pharmacies shall have different addresses and separate outside entrances. All pharmacies are inspected prior to final acceptance to ascertain adherence to these criteria.**

Manufacturers reserve the right to refuse eligibility of individual members to the group. New members are added to the GeriMed program on the first day of the month thirty days after written notice of membership is sent to manufacturers, suppliers, and wholesalers. Such notice will not be distributed until the appropriate agreements and certifications have been executed. An on-site visit by GeriMed staff will be the final step before membership is approved.

**VIOLATION OF THE "OWN USE" CERTIFICATION IS CONSIDERED JUST CAUSE FOR IMMEDIATE TERMINATION OF THE FACILITY FROM THE GERIMED PROGRAM AND APPROPRIATE LEGAL ACTION WILL BE INITIATED BY GERIMED, ITS SUPPLIERS, MANUFACTURERS, AND DISTRIBUTORS.**

*GeriMed Policies and Procedures for New Members*

1.   **GeriMed Application** - Prospective pharmacy members must complete a GeriMed application in order to begin the membership process. The application is reviewed by the GeriMed staff to determine eligibility for the program.

> A. Specific sections are reviewed including: hours of operation, dispensing system, number of beds serviced, ownership, participation in Medicaid programs, staffing, and wholesalers. Applicants with answers not consistent with long term care closed door pharmacies are eliminated.

> B. A list of all serviced long term care facilities with address, phone number, and bed count must be included with the application. Facilities may be telephoned to ascertain which pharmacy is providing their pharmaceutical service as necessary.

2.   **GeriMed Contract** - Once the application is approved, a contract and own use statement are sent to the prospective member. The member must sign the contract and own use before their eligibility is approved. The contract defines the membership criteria and termination policy for violation of the own use statement.

3.   **On-site Visit to New Member** - Each prospective member is physically visited by a member of the GeriMed staff. Most visits are completed by one Account Executive trained to detect inappropriate operations of a closed door pharmacy. Not only does he

1998 GeriMed Request for Proposal

**ABT 277688**

Confidential
TXABT1590

determine if the pharmacy is allowing retail business but he is able to identify suspicious activities. A special form (see attached) is completed by our Account Executive and the pharmacist at the pharmacy inspected. Pharmacies not following the membership criteria are not added as members. This usually occurs before the start date of membership. Members moving their pharmacy location are also inspected to ensure the integrity of the closed door location.

4.    **Purchasing History Analysis -** GeriMed receives quarterly wholesaler purchasing histories on members. This information can be formatted in many different ways to allow the manufacturer to determine appropriate usage based on number of beds serviced and type of customers serviced. After we have determined the appropriate average purchase amount per bed, the analysis can be used to identify outliers. Members could be given the opportunity to provide documentation supporting the high usage of the products before they were deleted from the manufacturer's eligibility list. This procedure can be used for any products currently on the GeriMed contract.

### Application of GeriMed Procedures for Manufacturers

How does this information affect the manufacturers? This information can assist a manufacturer in maintaining the long term care relationship with minimum risk of pharmacies violating "own use" statements. GeriMed is willing to apply these standards and monitor data in order to ensure contract pricing and integrity within the contract. The specific criteria and conditions could be written in the contract in order for the group purchasing organization to continue contracting with the manufacturer. Failure to provide the above services would result in a termination of the agreement.

### Attachments (inside this folder)

1.    Own Use Statement

2.    GeriMed Membership Criteria

3.    GeriMed On-Site form with declaration of pharmacy operations consistent with a long term care closed door pharmacy.

ABT 277689

Confidential

TXABT1590

# GeriMed Member Services

GeriMed believes we deliver the best contracts in the country for long term care providers.  Our extra services continue to expand to meet the needs of our members.  Many of our services are described below:

## EmphaSys

GeriMed promotes the use of our state of the art software product - **EmphaSys.**  This program, written under the Windows operating system, is designed to display all contract items while allowing the member to manipulate the data to accomplish many tasks.  It is easy to use and allows the member to utilize a computer to choose appropriate products for their purchasing. This tool can enhance revenue and decrease costs.  Members can view item codes for their wholesaler, view products with the best spread and lowest cost, or open multiple windows to compare data.  While many wholesalers provide computers for ordering purposes, they may not list all products on the GeriMed contract.  Members can identify items they wish to purchase from the EmphaSys system and then request their wholesaler stock the contract items.  Our contracts with the wholesalers require they stock what the members request to correspond with our awarded items.

Products can be sorted in four fashions - by trade name, by generic name, by manufacturer or supplier and by therapeutic class.  A single drug can be found by typing in part or all of the drug name.  Updates to pricing, AWPs, NDC#s, etc. are provided monthly.  Diskettes are sent according to the state requested, giving the member information on the state MACs.  Members can print selected products, make a formulary, input usage, and input exact reimbursement compared to the MACs listed by MediSpan.  With more than 11,000 line items, this system offers an efficient and accurate mechanism to utilize the contracts.

## Invoice Analysis- Geritrac

GeriMed offers a quarterly review of invoices for all pharmaceutical purchases by member pharmacies.  In many cases this review can be completed electronically.  This review is a compliance tool to ensure the pharmacies are purchasing the most cost effective products available on contract.  Several items are identified during the review including contract price discrepancies, lower priced generic products, better package size or type, therapeutic substitution opportunities, etc.  These suggestions are made to save money through lower contract pricing or increase revenue through better spread between AWP and contract price. This review is done from a monetary perspective only; special state regulations, clinical concerns, and other input must be included when reviewing changes in product selection by the member.

## Incentive Programs

GeriMed continues to update, refine, and develop new and exciting ways of contracting. Incentive programs are allowing GeriMed members to take advantage of a broader spectrum of pharmaceuticals.  We have added more than 40 manufacturers and suppliers to our incentive contracts in less than four years.  The incentive programs will be reviewed and revised to meet the changing needs of our membership. (See chapter 5 for more details on these exciting programs).

1998 GeriMed Request for Proposal

**ABT 277690**

Confidential                                                                    TXABT1590

GeriMax

A special program, announced to members in January, 1995, is **GeriMax**. GeriMax is a special program combining special market share contracts with additional services and data analysis. This program is open to all members of GeriMed. Members wanting to access the special **GeriMax Agreements** and special services must commit to the GeriMed contract for forty-two of fifty chosen contracts. GeriMed is looking for compliance from the membership in order to justify special services to the membership. Manufacturers want to work with compliant customers. The commitment is only to use the GeriMed contracts - market share and volume commitments are made at the individual contract level. **GeriMax** members represent more than 200,000 beds serviced from more than 175 pharmacies. Although these members are smaller, they are committed to the programs identified by GeriMed.

Once a member commits to **GeriMax,** they have access to the following special services:

**GeriMax Agreements -** These contracts reward maximum performance with maximum discounts. **GeriMax** members receive contracts with a choice of two tiers of commitment - **GeriMax** and Uncommitted. After reviewing the clinical and financial aspects of the agreements, a reasonable commitment can be made to one of the two tiers. Manufacturers are also dedicated to these agreements by providing information, education, and marketing expertise, forming a true partnership. Manufacturers interested in pursuing a **GeriMax** agreement should contact GeriMed as soon as possible. These agreements are in addition to our regular incentive programs and will be negotiated on a one to one basis with manufacturers looking to partner with GeriMed.

**Formulary Setup and Operational Analysis - GeriMax** provides consulting services to implement compliance programs. State formularies are developed and sent to members interested in assistance with their product selection. These formularies are developed by analyzing the best price, best spread, and applying the additional discounts from the incentive programs to the generic and sometimes therapeutic categories. Specific programs can be developed by both parties to ensure the needs of the member are met. These strategies can include discussions of incentive programs, suggestions on maximizing profitability with a buying group, or special programs designed specifically to meet the unique needs of the client.

**Reimbursement assistance -** The GeriMed binder and **EmphaSys** system provide item by item detail printouts and screens with the state MACs and calculations per state. The GeriMed program identifies the lowest cost product and the best spread for the particular state. Our network of pharmacy members across the country and contacts with manufacturers allows us to keep up with new regulations throughout the country. Members asking about reimbursement in a particular state can obtain the information by calling the **GeriMax** staff. **GeriMax** can assist a member by completing a special formulary designed especially for their situation. A special list of questions assist the **GeriMax** staff in determining the best product for purchase.

**Clinical research -** Because of our partnership relationships with many members, **GeriMax** can assist manufacturers in gaining access to members interested in participating in educational and research programs for geriatric and other types of research. Many pharmaceutical companies are interested in geriatric research but are unsure of who to contact in long term care pharmacy practice.

**Data Management -** The most difficult aspect of contracting especially performance based contracting, is proving market share movement. In addition, members want to know how they

1998 GeriMed Request for Proposal

**ABT 277691**

Confidential                                                                                      TXABT15908

are progressing on market share agreements. Our new data system collects information from each wholesaler. Data can be provided to manufacturers and members at the NDC number level. Sorting the data by generic name or therapeutic class can be accomplished. Providing days of therapy and units per bed can be added for manufacturers looking for extra detail. **GeriMax** members committing at the **GeriMax** level will receive regular reports of how they are progressing with market share.

Implementing innovative programs and improving methods of communication to our membership is a constant challenge. We continue to use fax broadcast to alert members of immediate and important contract information. As computer technologies continue to change, GeriMed is working to enhance access to pertinent new methods of communication and data delivery. Methods of supplying unique and superior clinical and research information are also being examined.

GeriMed membership enables long term care "closed door" pharmacies to benefit from years of integrity, outstanding service, and low contract pricing. Being a member of GeriMed allows a member to assign staff to other more important duties than reviewing invoices, entering contracts into computers, checking eligibility on contracts, and making sure the member is getting the best deal in pharmaceutical purchasing. GeriMed becomes an extension of the members' staff and develops a partnership relationship that can benefit both companies.

## Contracting Process

GeriMed requests contracts from pharmaceutical manufacturers and suppliers biannually through a bid process. Manufacturers submitting bids must offer a minimum of one year contract or a maximum of two years. GeriMed has developed many partnership relationships with manufacturers over the years. These partnerships many times allow us to be the first group purchasing organization with unique powerful contracts. We encourage interested manufacturers to develop negotiated contracts that consider volume and market share contracting. Many manufacturers have responded with incentive or performance based contracts. While straight line by line contracting is preferred by members and GeriMed, we see this type of contracting decreasing. Manufacturers are looking for increases in volume and market share to justify contracting with any type of provider (including managed care and hospitals). Demonstrations of changes in volume and market share are accomplished by collection of purchasing data from participating wholesalers. GeriMed then becomes the administrative center to analyze and forward the data to the appropriate manufacturers with performance contracts. Payment to each member is made based on performance for each contract. Systems have been developed to collect this data on an efficient basis from the wholesalers.

Development of contracts by choosing a drug in a specific therapeutic class as a preferred product can help GeriMed gain better contracts and discounts. GeriMed's philosophy, supported by the GeriMed Advisory Council and GeriMed Clinical Advisory Board, mandates three parts in the decision making process to choose a specific drug as preferred.

1   **Clinical efficacy -** This is by far the most important requirement of the drug product. The product must demonstrate, through reliable, credible sources to be as efficacious as other products in its class. Preference is shown to products with data relating to the geriatric population, although this is usually a difficult requirement  The GeriMed Clinical Advisory Board made up of clinical and consultant pharmacists from GeriMed pharmacies assists in analyzing the collected data. Data is sought from unbiased sources to conduct a review of the therapeutic class identified.

**ABT 277692**      1998 GeriMed Request for Proposal

Confidential                                                          TXABT15909

2.   **Patient cost/compliance -**   Healthcare reform has made medication cost more important to the patient, third party payor, care giver, and healthcare professionals including physicians.  If a product offers a lower cost to the patient or third party without sacrificing clinical efficacy, it becomes easier for the consultant pharmacist to make a recommendation to the physician.  Lower cost does not necessarily mean a lower price for the product.  It could be that the cost per day is less, or it is easier for the nursing staff to administer in a time efficient manner.  Although medications are administered in a controlled environment within the nursing home or at home for most patients serviced by GeriMed members, patients can still refuse medications that cause unpleasant side effects, are difficult to swallow, etc.   Providing a more palatable or side effect free medication may result in cost savings to the patient indirectly.  Cost effectiveness of patient care is also an important aspect of cost to the patient.  If a product can reduce the number of days for rehabilitation, decrease the number of hospital admissions, or eliminate other more costly therapies (i.e. surgery, laboratory tests, medical devices, etc.) then it should be considered a cost effective product.

3.   **Increase revenue or decreased cost for the pharmacy -**  Finally, the member pharmacy must have an incentive to promote and perform with the product.  Costs for consultant pharmacists to administer a therapeutic interchange or appropriate therapy program can add up.  Profitability of the company becomes important to support the progressive services provided by a long term care pharmacy provider.  Therefore, these incentive programs are evaluated on the merits of their profitability to the pharmacy.

1998 GeriMed Request for Proposal

**ABT 277693**

Confidential

TXABT15910

# SECTION THREE

## GeriMed Marketing Information

(All information is inside the folder)

## Membership Criteria

Each member must abide by the attached membership criteria.

## Manufacturers Under Current Contract

If you are not on this list, you should be.

## GeriMed EmphaSys, and GeriMax Marketing Pieces

See why so many pharmacies have to be involved with this remarkable program.

1998 GeriMed Request for Proposal

**ABT 277694**

Confidential

TXABT15911

# SECTION FOUR

## GeriMed Request for Quote Instructions
### Basic Information

| | |
|---|---|
| **Name of Group:** | GeriMed, Inc. |
| **Address:** | 9707 Shelbyville Road |
| **City, State, Zip:** | Louisville, KY 40223 |
| **Phone:** | (502) 423-0351 |
| **Fax Number:** | (502) 339-1417 |
| **Type of Group:** | Group purchasing organization for "closed door" long term care pharmacies (no retail activity). See membership criteria attached. |
| **Membership:** | 950,000 beds serviced by more than 550 pharmacies in 48 states (as of April 1, 1998) |
| **Contract contacts:** | Susan M. Rhodus, R.Ph., Vice President of Operations |
| | Debbie Jensen, Contracts Analyst |
| **Membership contact:** | Robert Benim, Director of Membership Services |
| **Rebates/Data Collection:** | Karen Sims, Director of Data Management |

1998 GeriMed Request for Proposal

**ABT 277695**

Confidential

TXABT15912

# Requirements for Bid Submission

1. Bids must arrive at our offices no later than **close of business April 2, 1998**.  They should be returned to:      Susan M. Rhodus, R.Ph.
Vice President of Operations
GeriMed
9707 Shelbyville Road
Louisville, KY 40223

2. Bids must include the following minimum information to be placed under consideration for review.  Bids without the enclosed information will result in the return of the bid package for completion.

A.   **First page of the "Request for Quote" document completed along with any addendum attached.**

The first page must be completed to have the bid accepted by GeriMed.  Manufacturers and suppliers with previous contracts through GeriMed will find this first page printed out with our most up to date information.  **Please review this material for accuracy to ensure efficient administration of the contract.**

B.   **Both copies of the supplier agreement signed with any exceptions or addendum attached.  The last page, our contract information sheet, must be completed.**

GeriMed will execute both agreements when awards are made and return one copy to your offices along with a complete, current membership list.  Manufacturers wishing to use their own legal language should include **two** copies of any contract or addendum to added.   Please initial any changes made in the agreement and attach any additional pages to each contract.

The information sheet must be signed by an <u>authorized representative</u> of the company.  This signature represents a legal offer being made to GeriMed with terms and conditions and prices to be held firm for the term of the offer.  Please attach any additional comments, requirements, and restrictions to the information page.

C.   **Completed 'Request for Quote' product pages <u>OR</u> completed diskette with all proposed pricing and manufacturer source filled in for each item bid.**

**ABT 277696**

Confidential                                                                    TXABT159

We encourage you to printout the information on the diskette after completed.  Send one copy in generic name order with the diskette and keep one for your files.  This will ensure that if the diskette is damaged during mailing we will still have bid prices.  **You do not have to complete the product pages enclosed if you submit a diskette.**

D.   If you are a new manufacturer/supplier with GeriMed, please enclose information about your company, proof of liability insurance, and any other information pertinent to GeriMed assessing the quality of your company.  New vendors not submitting the above information may receive a new vendor questionnaire.  If you receive this document, it should be completed and returned with your bid.

E.   Please enclose any special forms or requirements needed in order to add or make a GeriMed member eligible for contract pricing.

F    Please provide your current return goods policy and if you provide for guarantee supply, a procedure for receiving reimbursement by the member.

G.   Any other information you feel may assist GeriMed and the GeriMed Advisory Council in making  informed decisions regarding your products should also be enclosed.

## QUOTATION SPECIFICATIONS

1. **Acceptance-**  GeriMed welcomes your participation in the bid process for the 1998 - 2000 pharmaceutical contract program.  Proposals and bids will be accepted **until the close of business on April 2, 1998.**  If this does not allow you enough time to complete the process, please telephone our offices as soon as possible (502) 423-0351 to request an extension.  Please speak to Carolyn Horine, Debbie Jensen, or Susan Rhodus to make this request.

2. **Negotiated Contracts-** Pharmaceutical manufacturers wishing to submit a proposal beyond the straight bid process are urged to contact Susan Rhodus, Vice President of Operations, as soon as possible to discuss the particulars of the proposal.  We encourage companies to submit proposals based on volume and/or market share agreements.  GeriMed is committed to compliance and increasing market share with contracts that meet our requirements.  Requirements and particulars describing the types of contracts needed are discussed in the attached section 5 "Request for Incentive Based Proposals".

ABT 277697

3. **Request for Quote forms and diskettes-** Because GeriMed limits the acceptance of members to long term care "closed door" pharmacies only (no retail activity-see enclosed membership criteria for specifics), we ask that you submit the most competitive pricing on the enclosed "Request for Quotation Forms" or via the enclosed bid diskette.  Our diskette system has had some changes since our last bid process.  This diskette allows your staff and our staff to be more efficient in the bid process.  Instructions regarding the diskette are enclosed for your review. **Please read the new instructions to ensure the data is received correctly at our offices.**  A 3.5 inch diskette is enclosed, if you need assistance with the process, please call our offices.

Products are listed on the disk and "Request for Quote" in generic name order.  These names are derived from the Generic Product Index in MediSpan files.  Prices should be listed for the package size indicated in the package field.  If you wish to add other products or package sizes to the bid please follow the directions for the diskette or use the pre-printed forms at the end of the request for quote forms.  Please make sure to use an eleven (11) digit NDC# for added items.  If a product was bid last year the previous bid price is listed.  Items not previously bid will have "0.00" in this column.  Please complete all blank spaces on the diskette or printout to ensure we have accurate information on our computer system.

<u>Do not</u> **delete or change items on the diskette (except bid prices you type in and new items you enter).**  If you find incorrect descriptions, package sizes, etc., please indicate these on the diskette printout or on the request for quote forms so we may update our system.  Items that have been discontinued by your company should also be identified on the printout.  We will then delete these from our system.  Our data regarding products comes directly from MediSpan.  If an item is not deleted from their data, it is not deleted in our system.

4. **Contract length-** If awarded, the bid contract prices would begin **August 1, 1998.**  Your quotation must be for a minimum of twelve months with a preference for a two year contract.  Longer contracts with a review process to protect GeriMed, GeriMed members, and contracted manufacturers will be considered.  Price protection on bid items should be for at least one year with a preference for two year price protection.  Price reviews on generic items will be considered if specific guidelines are written by the manufacturers or suppliers for the process of review.  For example, " after six months of firm price protection, the manufacturer/supplier may present proposals for price increases based on the cost of raw materials increasing.  GeriMed will be given 60 days notice before price increases take effect.  An effort to offer price decreases on other contracted products will be made to GeriMed at the same time price increases are proposed.  GeriMed has the right to reject the price increase, at which time the product will be removed from the contract."  Contracts without price protection for generic items are highly discouraged.

**ABT 277698**

Confidential

TXABT1591

5. **Product Distribution-** The method and range of distribution for the manufacturer is extremely important. GeriMed prefers to have access to contract pricing direct from the manufacturer/supplier and through participating wholesalers. GeriMed members purchase approximately 90% of purchases from wholesalers. Direct purchases, where financially advantageous, are utilized by many GeriMed members. A list of current GeriMed participating wholesalers is enclosed for your review. Product availability through these wholesalers is important for compliance with the contracts. Wholesalers participating in the GeriMed program are required to sign an agreement stating they will stock items for the GeriMed customer upon request if utilization numbers are provided by the pharmacy. Availability of product is crucial for compliance with the agreement. If you have the best price but cannot get the product, the contract is worthless.

6. **Membership procedures-** It is understood that all participating pharmacies are "closed door" servicing only institutional patients. An "own use" statement has been signed by an authorized representative of each member pharmacy (sample copy is attached to this document). These are on file in our offices for all current members and are available upon request. As new members are added to the contract, GeriMed sends copies of the "own use" statement for each new pharmacy added to the membership list. Each pharmacy must execute an agreement to abide by any restrictions that a manufacturer has regarding eligibility for contract pricing.

GeriMed updates the membership information on a monthly basis. Information with the update includes new members, deleted members, changes in information (new address, DEA, contact person, telephone number, wholesaler, etc.). Contracted manufacturers/suppliers receive notice of new members thirty days before the start of membership. Manufacturers/suppliers with current GeriMed contracts will receive a complete membership list with the May, 1998 membership update.

To ensure updates are received by the correct personnel, please complete the membership personnel section on the first page of the "Request for Quote" sheets. GeriMed expects that a one month advance notice will allow ample time to approve eligibility for new members. Any chargeback refusals or incorrect invoices after the new members effective date must be corrected by credit memo or reimbursement to the member pharmacy. **If you have special requirements beyond the ones on the attached membership criteria, please state the requirements in your bid document. Note: Companies with stricter requirements than those stated in the GeriMed Membership Criteria may not be eligible for single source or preferred product status.** Please include copies of special forms or applications required to access new members to your contract.

7. **Usage Information -** Because purchase data has become so important to our contracts, we offer you the opportunity to request usage data on a reasonable number of products (1-5 products or therapeutic classes). One quarter's data will be supplied

1998 GeriMed Request for Proposal

**ABT 277699**

from purchases in fourth quarter 1997. Data will be provided as a summary of GeriMed purchases unless a special request is approved by the Data Management department. Preference will be given to manufacturers intending to submit a **GeriMax** or incentive program based on market share or volume. Please fax your requests to Susan Rhodus at (502) 339-1417 no later than Monday, March 18th.

8. **GeriMed Advisory Council -** The GeriMed Advisory Council will meet on Monday, Tuesday and Wednesday, April 27 - 29, 1998 to make decisions on contract awards. Fifteen GeriMed members are chosen from the GeriMed membership to serve a two year term on a rotating basis. These members represent many states from east to west and north to south with a variety of distribution systems and number of beds serviced. The Council meets three times a year (usually winter, spring, and fall) to discuss pertinent issues regarding contracting and business opportunities. The April meeting will focus on the new contracts with the Council making decisions on manufacturers/suppliers to contract with, a full line generic company, and any incentive or performance based agreements. Incentive program proposals submitted for consideration will be presented to the Council at this meeting.

9. **Awards -** The following features of each manufacturer/supplier will be reviewed closely before decisions are made:

A. **Quality of products** -clinical aspects of the drug, manufacturing practices, product consistency, FDA AB ratings, etc.

B. **Distribution methods** -wholesale and/or direct

C. **Availability of product** -across the country in wholesalers and/or direct

D. **Service-**customer service, sales representatives, return good policy, information availability, etc.

E. **Guarantee supply -**If the manufacturer/supplier cannot supply the product will you reimburse the member if they must purchase a higher priced product? This guarantee does not cover the wholesaler not stocking the item or running out of an item. The shortage must be at the manufacturer/supplier level in order to qualify for the guarantee supply program.

F. **Medicaid Rebate Agreement-** must be in place for a company to participate in our incentive or performance programs.

G. **Performance Fee or Contract Administration Fee-** We request a 2% or 3% fee on all purchases by the members for contracted items. In return for this fee we provide the following services - onsite visits to all new members to ascertain

1998 GeriMed Request for Proposal

**ABT 277700**

Confidential

TXABT15917

"closed door" status; a suggested formulary and invoice review service to reinforce contract compliance; quality assurance; drug usage analysis from wholesaler purchases; administration of performance and incentive based programs.  Performance based contracts require additional services by GeriMed. They also have the best opportunity for growth in volume and market share. Therefore, payment of a 3% performance fee is requested for **GeriMax** and/or special incentive programs.

It is understood that participation in this program by the manufacturer/supplier will not affect the pricing to the GeriMed members.  Payments of this fee are due 30 to 45 days after the end of each quarter or month as you designate.  **Two sales reports for GeriMed member purchases are requested on diskette or 9mm tape (spreadsheet or ASCII format): 1) line item by member per month or quarter 2) line item consolidated for the entire group by product by month or quarter.  Both sales reports should show dollar volume as well as number of units sold.  If this information is not available on diskette or tape in an ASCII or spreadsheet format, a printed report will be accepted at this time.  GeriMed is in the process of enhancing our computer abilities and receiving the information electronically is preferred.**

H. **Low price and best spreads** - Contract pricing will be evaluated on lowest price and/or best spread between AWP and the contract price for multisource products.  Manufacturers/suppliers interested in obtaining a single source award should consider sending in a performance or incentive package for one or more products. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ program) will receive a dual award since we will be contracting with one full line generic company in addition to other manufacturers and/or suppliers.

Manufacturers requesting a single source award are required to provide a special incentive to the members or a price discount in exchange.  A single source award for generic or brand products must have value since GeriMed gives up revenue from other manufacturers by restricting an award. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ two proposals for requested single source items - one ▮▮▮▮▮▮▮▮▮▮▮▮ out for a dual source (usually higher priced) and one separately for single source.  Our Advisory Council can then decide if they wish to accept a single source based on both proposals.  Benefit to the members is more likely to influence the award of single source products.

10. **Bid Analysis** - All bids and proposals received by GeriMed will be held confidential. The submitted quotations will be analyzed by computer using our database program showing all quotations submitted for each generic name and package size.  The GeriMed Advisory Council will review all submitted quotations and have an opportunity to select the manufacturers/suppliers to be on contract as well as choosing preferred

1998 GeriMed Request for Proposal

**ABT 277701**

Confidential

TXABT15911

products and incentive programs.  Quotations will be analyzed on line-by-line basis by GeriMed staff.  Please note that GeriMed may accept or reject any portion or all of the quotation.  Companies demonstrating the best quality, policies, programs and price will be favored (see above evaluated characteristics).

11. **Submission of quotations constitutes a legal offer -** and therefore, if any of your quotations are accepted, and in exchange for being designated as a participant in the GeriMed program, your company agrees to be legally bound to provide each GeriMed member pharmacy- present and approved in the future - on an as-needed basis, any items encompassed on your accepted quotations pursuant to the terms of the respective quotation as designated in the awards document to be sent by GeriMed. Bids will be kept open until July 31, 1998.  Awards will be made at the beginning of May, 1998.

Please feel free to contact our offices if you have questions or need further information (502) 423-0351.

1998 GeriMed Request for Proposal

**ABT 277702**

Confidential

TXABT1591

## *SECTION FIVE*

# *Incentive or Performance Contract Criteria*

GeriMed has more than 24 incentive based programs in place today. These programs have a variety of structures and rebate calculations. Because we have had more than five years of experience with these programs, we are interested in exploring new and creative ideas to improve these beneficial programs for all involved. While most programs have been highly successful, we welcome new and creative ideas from all manufacturers/suppliers.

## General Incentive Information

The perception of the role of group purchasing organizations (GPOs) and their ability to move market share or volume has been misinterpreted by everyone, including the groups themselves. Manufacturers have looked to GPOs to move market share by having the participation of all members. Because GeriMed services long term care pharmacies (in 48 states and more than 550 locations) with an entrepreneurial spirit, **mandating** compliance becomes harder and harder. Instead GeriMed works to **facilitate** compliance by marketing clinically and financially rewarding performance programs for its membership. To achieve these goals, GeriMed works with manufacturer partners in three areas:

- ✔ Development of unique contracts with financial incentives to the member pharmacies and benefits to the manufacturer and GeriMed corporate

- ✔ Implementation of a marketing plan to encourage participation with steps to execute the agreement at the pharmacy level. These steps could include a complete plan to educate nurses, physicians, and consultant pharmacists on the appropriate therapy(ies) for the disease state and how to achieve this goal when choosing a drug in a particular therapeutic class. In the case of generic products, identifying the reason for using a generic (for products like selegiline), quality issues, availability, and profitability issues can be explored.

- ✔ Development of additional programs to facilitate compliance and pull through with the contract including formulary assistance, seminars, educational programs, usage tracking etc.

**GeriMax Programs**

The programs developed with GeriMed can be for all members or specifically for GeriMax members. A unique **GeriMax** program can be developed with manufacturers willing to become true partners with GeriMed. If you are interested in a **GeriMax** program, please telephone Susan Rhodus as soon as possible. **GeriMax** contracts will be developed with select manufacturers willing to work together to create a special program for committed members. This type of contract will not be negotiated with all manufacturers.

1998 GeriMed Request for Proposal

**ABT 277703**

## Performance or Incentive Programs

Performance or incentive programs can be developed immediately. These programs allow you, the manufacturer, to increase market share or volume while the member decreases their costs. The three ways that GeriMed has improved these exciting programs include:

- ✔ **Implementation Procedures** - GeriMed is working with manufacturers to develop procedures to insure members understand how to be compliant with a contract. These procedures would include clinical and financial data with steps for the consultant pharmacist to educate and receive acceptance from the physicians and nurses caring for the patients

- ✔ **Commitment from the Members** - GeriMed requires members to sign a participation agreement to utilize the GeriMed agreement for each company with incentives. Members are required to commit to market share or volume goals. Members willing to work with the manufacturers can achieve the highest discounts by achieving the highest goals in the contract.

- ✔ **Electronic Data Collection** - This data is received electronically through Sterling Software (OrderNet) or direct from the wholesalers on a regular basis. The information from this data is then compiled at GeriMed and printed in the necessary format. Data can be printed at the individual pharmacy level down to the NDC number level. A example of this data is included at the end of this section for your review. This data can then be converted by our staff to an Excel spreadsheet. We calculate the market share rebate and then send a printout and disk to your administrative staff for payment. Please contact Susan Rhodus if you have any questions regarding data collection.

A list of suggestions for the implementation of a good program are:

1. **KEEP IT SIMPLE!!!** Your program must be able to allow the member pharmacy staff to quickly calculate the bottom line net pricing. If this is tedious or complex the pharmacies tend not to utilize the program. Ideas for incentive programs are included at the end of this section.

2. The best programs involve an individual member approach. Set up the program to reward the individual member pharmacy for their individual performance under the contract. Think of it as a salesperson's commission - reward the member for the moving and/or maintaining the market share for the product.

3. The best programs allow incentive payments to be made quarterly. If the payment is made less times per year, then the members forget they are participating in the program and it becomes difficult for them to administer in their accounting systems.

4. **One incentive check can be sent to GeriMed** with a detailed report of monies to be paid. GeriMed will supply the detailed reports for market share agreements through our electronic system for data collection. GeriMed will then distribute the monies appropriately to each entitled member with a statement of the incentive payment and how it was calculated. Programs administered through free goods or credits to members do not seem to have the impact of a rebate check.

ABT 277704

5. All members must sign a "contract participation agreement" for each program they participate in stating that they are committed to the program and will use only the GeriMed contract for purchases.

6. The true test of a good incentive or performance program is one that satisfies the three criteria of good contract as stated in detail in the "GeriMed History and Corporate Goals" enclosed in this mailing. Simply stated, the product(s) must be clinically equal to or better than competitive products; the drug must provide the patient with less cost, reduce administration costs for the nursing home, or have a better side effect profile; and the pharmacy must become more profitable through reduced cost and/or increased revenue. If any of these components are not present, it becomes very difficult to encourage a pharmacy to utilize a program.

7. When reviewing incentive or performance contract proposals, all members must be eligible for the program in order for it to be implemented. Criteria such as a minimum number of beds per member in order to participate in the program may jeopardize the validity of the program. Programs can be different for different size accounts however, programs totally excluding good standing members of GeriMed will not be tolerated.

8. GeriMed receives a contract administration or marketing fee from most manufacturers. This fee allows GeriMed to promote your products to the membership through mailings, fax broadcast, and telemarketing where appropriate. Clinical and promotional materials will be mailed to the members on a periodic basis as you see appropriate. GeriMed will provide you with quarterly usage and market share information as described in the proposal for all members participating in the specific incentive program. If your company does not pay a contract administration fee, it may limit the promotion, usage analysis, and administration of rebates GeriMed can accomplish. GeriMed, in most cases, limits its contract administration fees to 3% of sales. Part of the fee can be tied to performance on the contract for the products represented in the incentive program.

Further information and answers to questions can be accomplished by calling Susan Rhodus or setting up an appointment to discuss a proposal. You can send a draft proposal to Susan for review via fax at (502) 339-1417.

1998 GeriMed Request for Proposal

ABT 277705

Confidential

TXABT15

# Incentive and Performance Program Descriptions

**Market Share Agreements - Generic Products**

1. GeriMed has been very successful in moving and then maintaining market share for generic products. Manufacturers willing to offer and maintain a competitive price for specific products and then add an additional discount in the form of a rebate have seen their market share increase dramatically. If two companies offer the same price for a generic product but one offers an incentive program that company will usually win the award and the compliance with the contract.

2. If you offer a special incentive program and **do not** maintain a competitive price throughout the contract period, you will not have a successful program. The incentive must be in addition to the best price.

3. The best programs target your key products and reward members for maintaining or attaining a certain market share. Incentives can be based on individual products with a special incentive on all products in addition to the base program. Programs requiring a high market share for all products in the group tend not to be as successful.

4. Steps to create an successful program:

   a. Identify products you and your company want to achieve a high market share. Establish the target market shares for tiers (usually no more than three).

   b. Find out what percentages you can offer to gain market share and yet maintain your profitability.

   c. Determine if an additional percentage on all purchases can be offered.

Example only:         Product A, B, C, D, and E

| Market Share | Percent Incentive |
|---|---|
| 50% - 64.9% | 3% |
| 65% - 79.9% | 6% |
| 80% or higher | 10% |

If a member achieves at least 50% on three of five products then they will receive an additional 3% on all purchases from Company A.

1998 GeriMed Request for Proposal

**ABT 277706**

**Market Share Incentives for Brand or Single Source Products**

1.  Market share programs based on therapeutic class of single source products for each member individually have been very successful. As the member reaches a goal of a certain percentage market share, an increasing rebate is paid quarterly. This type of program allows members with the ability to utilize certain drugs to move market share and be rewarded for that achievement. By specifying certain market share tiers to be reached, members that have already reached a certain market share will be rewarded for maintaining this high level of compliance. Many members have already started the process to develop a formulary because of clinical or reimbursement concerns. These members should be rewarded for their loyalty.

| Example: | Market share | Rebate Quarterly |
|---|---|---|
| | 10% | 1% |
| | 20% | 2% |
| | 30% | 3% |
| | 50% | 5% |

**Dollar Volume**

1.  Dollar volume per month per individual member. Payment to members for utilizing increasing dollar volume of product(s).

| Example: | Average dollar volume/month | Rebate Quarterly |
|---|---|---|
| | $0.00 - $2,000 | 0% |
| | $2,001 - $4,000 | 2% |
| | $4,001 - $5,000 | 3% |
| | $5,001 and more | 4% |

**These programs can be submitted until close of business April 8, 1998. They will be presented to the GeriMed Advisory Council on April 27- 29, 1998.**

**Please note that these are just some examples of how a performance or incentive program can work. We will review any ideas you may have regarding new or innovative programs.**

1998 GeriMed Request for Proposal

**ABT 277707**

Confidential

TXABT15924

# SECTION SIX

# Computer Disk Instructions

The computer disk provided with the Request for Quote Report contains all items listed on the report.  You may provide pricing information on the disk or on the report.  If you choose to add items, you may do so on the disk or note them on the report page(s) entitled Additional Items.

We have changed our disk process to accommodate contract administrators wishing to use a spreadsheet program (i.e. Excel, Lotus, or Quatro Pro) to complete the entry of bid prices.

Please telephone Susan Rhodus or Debbie Jensen at (502)423-0351 for questions.  You may:

1.    Use our DOS program as in previous years.  Please read the revised directions below and follow these to enter pricing.  <u>Check box next to DOS on disk when complete.</u>

2.    Use the spreadsheet file on this diskette.  If you choose to use this file you will need to read the instructions below.  **Please do not change the names, widths, or information in any fields except the required fields.  If the fields are changed it could result in us being unable to read the bid.  <u>Check spreadsheet on disk.</u>**

**DOS Entry of Bids (this method is preferred because it conforms directly with our contract computer program).**

<u>TO BEGIN IN DOS:</u>

If you are using Windows 3.1 or Windows 95 you must go to a DOS prompt in order to execute this program.  In Windows 3.1, exit Windows and then go to an A: or B: DOS prompt.  In Windows 95, you can go to a MS-DOS prompt by going under <u>Programs</u> under your <u>Start</u> button.

1.    To use the diskette for bid entry:

A.  Insert it in a floppy disk drive.

B.  If you are not at the floppy drive's prompt, type

A: (then hit enter)

or

B: (then hit enter)

1998 GeriMed Request for Proposal

ABT 277708

TXABT15925

DOS instructions continued:

    C.  Type **GERIMED** (then hit enter)

    D.  From the main screen, hit enter:

    (1)    To enter information for the bid items enter one of the following a) update number or, b) generic name, or c) NDC, or d) trade name may be entered to edit a specific record.

            Note, if more than one of the above is entered, the first will be used to find the item e.g., if update number and generic name are entered, the update number will be used to locate the item.

    (2)    Once you have chosen an order, you will be placed at the first record in that order (i.e. generic name, NDC, etc.).  You can then enter the new price, manufacturer source (if it is a different manufacturer) and minimum order (for direct orders only).   A keyboard legend is provided at the bottom of the screen to assist you in the editing process.  When the product is complete hit pgdn (page down) to go to the next record.

    (3)    To add one or more items that are not on the disk - Hit Ctrl/PgDn

    (4)    To print a listing of all items on disk, including added items, hit Ctrl/R.  Please include a printout with the disk when returning the bid for our records.  If a specific item [see (1)] is involved, you will be positioned to the first item on the report, or your first added item, if any have been added.

            Please note that you **may not delete or change generic names** for any items supplied with the original diskette (those on the report).  **If you do not wish to bid on any of these items, leave the quote price set to zero.  You cannot delete items already listed on the diskette.**  However, you may delete items you add, and generic name may be changed in the products you add as well.

    F.    End an update session by pressing the Esc key until the message "are you sure you wish to exit the update process?" appears.  Enter Y and you will be returned to the DOS prompt.

**Spreadsheet File Entry of Bids**

To Begin in Spreadsheet:

    A.  Open the file in whatever spreadsheet program you have (i.e. Excel, Lotus, etc.).

    B.  **Do not change the size of the fields after you are using the spreadsheet.**

    C.  A special table with the names of the fields, descriptions, and whether or not you

            1998 GeriMed Request for Proposal

**ABT 277709**

            TXABT15926

should change the fields is attached below.  You should enter your bid prices in the QPRICE field for each item.  If you do not manufacture the product please enter a manufacturer source in the MFG_SOURCE field.  If you allow direct order and have special minimum orders for specific products, please enter your minimum in the MIN field.

D.  If you have other changes to make (generic name, package size, NDC#, etc.) please do not make them on the spreadsheet.  Please write them on the printout of the spreadsheet.  This spreadsheet must have information the same as we sent it in order to load properly in our database.

### Fields for Spreadsheet Program

| Name of Field | Definition of Field | Can I change this field? |
|---|---|---|
| SUPP_NO | Supplier number assigned by GeriMed | NO |
| SUPP_NAME | Supplier name assigned by GeriMed | NO |
| MSN | Product number assigned by GeriMed | NO |
| GPI | Product number assigned by MediSpan | NO |
| GEN | Generic name given by GeriMed | NO |
| TRAD | Brand name given by MediSpan | NO |
| PKG | Package size given by GeriMed | NO |
| PRE_QPRICE | Your bid price from the last bid | NO |
| REGPRC | AWP for the product | YES |
| **QPRICE** | **Your new bid price** | YES |
| FDA | FDA rating as listed by MediSpan | NO |
| **MFG_SOURCE** | **Manufacturer of product** | YES, only if your company does not manufacture |
| CATLOG | NDC Number (11 digits) | NO (will not work w/ our database) |
| **MIN** | **Minimum order for direct purchases** | YES (if your company allows direct orders) |
| UPDATE_NO | GeriMed's assigned number for this item | NO (will not work w/ our database) |

**ABT 277710**

1998 GeriMed Request for Proposal

Confidential

TXABT15927

# SECTION SEVEN

## Request for Quote Document

The request for quote document should be in the folder or behind the folder enclosed.

BT 277711

1998 GeriMed Request for Proposal

Confidential

TXABT15928

# Special Check Off Sheet

# for Bid Proposal

Please return this sheet with your bid proposal to ensure we receive the necessary information to process your bid.  **Bids are due at the end of business on April 2, 1998.**

**Name of Manufacturer/Supplier** _____

☐   1.   First page of "Request for Quote" document completed and updated

☐   2.   Both copies of the supplier agreement signed along with a completed contract offer information sheet (attached to contract) along with any addendums

☐   3.   Completed "Request for Quote" product pages **OR** completed diskette with proposed pricing and manufacturer source filled in for each item bid.

☐   4.   Manufacturers that do not currently have an agreement with GeriMed should include information regarding your company, proof of liability insurance, and any other pertinent quality assessment information.

☐   5.   Any special forms or requirements needed in order to add or make a GeriMed member eligible for contract pricing.

☐   6.   Return goods policy and guarantee supply procedure for reimbursement if applicable

☐   7.   Any other information you feel may assist GeriMed and the GeriMed Advisory Council in making informed decisions regarding your products.

Please explain if any of the above information is not included with this package (with the exception of the number 4 if you are not new manufacturer with GeriMed) _____
_____
_____
_____
_____

Name of person completing _____

ABT 277712

1998 GeriMed Request for Proposal

Confidential                                                    TXABT15929

# SECTION EIGHT

## GeriMed Pharmaceutical Agreement

The agreements should be in the folder enclosed.

**ABT 277713**

1998 GeriMed Request for Proposal

TXABT15930

# SECTION NINE

# GeriMed Wholesaler List

The GeriMed wholesaler list is inside this folder for your information.  A complete membership list will be sent when the contract is signed.  Manufacturers already on contract with GeriMed will continue to receive membership updates on a monthly basis.

**ABT 277714**

1998 GenMed Request for Proposal

TXABT15931