# Exhibit 133

# Contract Marketing Basic Operating Procedure Manual

**EXHIBIT**

Wiebking 035
8/22/07  JK

**TXABT 675824**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

# TABLE OF CONTENTS

INTRODUCTION .................................................................................................................. 8

ABBOTT WORLD WIDE WEB SITE ................................................................................ 9

ABSENCE NOTIFICATION ............................................................................................... 10

ADDING A BASIC OPERATING PROCEDURE TOPIC ................................................ 12

AGGREGATIONS ................................................................................................................ 14

AHA INFORMATION ......................................................................................................... 15

ALLEGIANCE ....................................................................................................................... 16

ANESTHESIA PARTNERS AGREEMENTS .................................................................... 18

ANNIVERSARY PROCESS ................................................................................................ 19

ASSIGNMENTS, ANALYSTS, FIRSTCHOICE INJECTABLES .................................... 23

ASSIGNMENTS: INTEGRATED SYSTEMS EXECUTIVE ............................................ 24

ASSIGNMENTS: NATIONAL ACCOUNT MANAGERS ............................................... 25

BEDS ...................................................................................................................................... 26

BERLEX: CAPITAL EQUIPMENT ORDER FORM ........................................................ 27

BERLEX: PRICING & CONTRACT PROCEEDURE ....................................................... 28

BID PROCESS ....................................................................................................................... 30

BUSINESS OBJECTS .......................................................................................................... 34

BUSINESS UNIT STRUCTURE ........................................................................................ 35

CAR RENTAL ...................................................................................................................... 39

CAUTION LEGEND ............................................................................................................ 40

CLASS CODES ..................................................................................................................... 41

COLOR PRINTER USE ....................................................................................................... 42

COMMUNICATION ............................................................................................................ 43

COMPUTER:  E-MAIL ON THE INTERNET FROM THE PERSONAL COMPUTER ........................... 44

COMPUTER: FILE IDENTIFICATION FOR WORD FILES .......................................... 47

COMPUTER: FILE ORGANIZATION .............................................................................. 49

TXABT 675825
Highly Confidential

Analysts' Basic Operating Procedures Manual

COMPUTER: MACROS ................................................................................................................50

COMPUTER: MACROS – HOW TO CREATE ....................................................................................51

COMPUTER: MICROSOFT OFFICE SUITE ....................................................................................53

COMPUTER: MICROSOFT MAIL ..................................................................................................54

COMPUTER: NETWORK ACCESS, MAPPING PRINTERS AND NETWORK DRIVES ...................56

COMPUTER: TEN COMMANDMENTS OF SAFE COMPUTING.........................................................58

CONFIDENTIALITY LETTER ........................................................................................................60

CONSUMER PRICE INDEX ..........................................................................................................61

CONTRACT EXPIRATIONS ..........................................................................................................65

CONTRACT PROOFREADING CHECKLIST ....................................................................................66

CONTRACT LANGUAGE GLOSSARY ............................................................................................68

CONTRACT MARKETING ANALYTICAL TEAM CANDIDATE PIPELINE ...................................82

CONTRACT MARKETING FUNDAMENTALS..................................................................................85

CONTRACT NUMBER..................................................................................................................87

CONTRACT PAYMENTS ..............................................................................................................88

CONTRACT PROPOSALS, PRODUCT ADDS AND CHANGES ..........................................................90

CORPORATE PAYROLL ON-LINE MANUAL..................................................................................92

CORPORATE PRICE FILE ............................................................................................................93

CORRESPONDENCE STANDARDS ................................................................................................94

CROSS REFERENCE FILES ..........................................................................................................97

CUSTOMER IDENTIFICATION NUMBERS....................................................................................98

DEALS........................................................................................................................................100

DAMAGES AND DIVERSION ........................................................................................................101

DELPHI CANNED QUERIES ........................................................................................................109

DEPARTMENTAL CONTRACT TRACKING ....................................................................................111

DESIGN-A-SET/TRAY PRICING....................................................................................................112

EDDS FIELD GENERATED AMENDMENT FORM ..........................................................................113

TXABT 675826
Highly Confidential

Analysts' Basic Operating Procedures Manual

HOSPITAL PRODUCTS DIVISION PRICE LIST ................................................................. 115

DIVISION CODES ................................................................................................................ 116

ELECTRONIC MAIL AND VOICE MAIL ......................................................................... 117

EXCEL SHORTCUTS .......................................................................................................... 118

EXPENSE REPORTS ........................................................................................................... 119

FEDERAL EXPRESS PROCEDURE .................................................................................. 122

FIELD GENERATED CONTRACTS .................................................................................. 124

FILE ROOM ......................................................................................................................... 125

FILING STANDARDS ......................................................................................................... 126

FIRSTCHOICE INJECTABLES ANALYTICAL ASSISTANT......................................... 127

FIRSTCHOICE INJECTABLES ANNIVERSARY/BID ANALYSIS PRESENTATION FORMAT ....... 130

FIRSTCHOICE INJECTABLES GROUP PRICE CORRECTIONS................................... 132

FIRSTCHOICE INJECTABLES MARKET PRICE FILE................................................... 133

FIRSTCHOICE® INJECTABLES RESOURCE FILE......................................................... 135

FIRSTCHOICE INJECTABLES® PRICE ASSUMPTIONS FOR THE FINANCIAL PLAN ................. 139

GOAL PROCESS: FIRSTCHOICE INJECTABLES AND S&E TEAMS.......................... 140

FORMULA............................................................................................................................ 141

GOVERNMENT: DEFINITIONS ........................................................................................ 144

GOVERNMENT: PUBLIC HEALTH SYSTEM PRICES................................................... 146

GOVERNMENT PRICING REQUIREMENTS .................................................................. 147

GOVERNMENT DEFINITIONS FOR MILITARY AND VA ........................................... 149

GOVERNMENT INNOVATOR PRODUCTS ..................................................................... 150

GOVERNMENT OVERVIEW ............................................................................................. 151

GOVERNMENT FEDERAL SUPPLY SCHEDULE.......................................................... 152

GRANTS................................................................................................................................ 170

GROUP COMMUNICATION ............................................................................................. 171

GROUP, MAJOR HEALTH SYSTEMS, AND INDIVIDUAL HOSPITAL PROPOSAL AND ACCRUAL APPROVAL PROCESS........................................................................................ 176

TXABT 675827
Highly Confidential

Analysts' Basic Operating Procedures Manual

GROUP MEMBERSHIP CROSSOVER.................................................................................179

GROUP RELATIONSHIPS ...............................................................................................180

HPD PRODUCT DATA CHECKLIST ..................................................................................181

HUB - HOW TO ACCESS INFORMATION ..........................................................................182

HUMAN RESOURCES POLICY MANUAL ...........................................................................184

INDEX MATCH FORMULA...............................................................................................185

INSIDE SALES MENTOR PROGRAM ..................................................................................190

INTERNET ACCESS: ABBOTT POLICY..............................................................................191

JOB COMPETENCIES: CONTRACT MARKETING ANALYSTS.................................................193

JOB REQUIREMENTS:  ANALYST.....................................................................................196

JOB POSTINGS ...............................................................................................................198

JOB RESPONSIBILITIES ..................................................................................................199

LIMOUSINE SERVICE .....................................................................................................201

LIST NUMBER CODES.....................................................................................................202

MAIL FOR THE SALES FORCE .........................................................................................203

MARGIN CALCULATIONS AND EXECUTIVE PRESENTATION -- AVERAGE SELLING PRICE.204

MEDECON COOPERATIVE CONTRACTS .............................................................................206

MEDICARE/MEDICAID FRAUD AND ABUSE ......................................................................207

MENTOR PROGRAM .......................................................................................................212

MILEAGE ALLOWANCE..................................................................................................213

MOVING FROM ONE WORK SPACE TO ANOTHER .............................................................214

NEW CONTRACT MARKETING ANALYST TRAINING..........................................................215

NORMAL.DOT CHANGES.................................................................................................216

OFFICE 97 STRATEGY STATEMENT..................................................................................217

PARAMETERS PRICING ..................................................................................................218

EXCLUSIVE/PREFERRED ITEMS .......................................................................................218

NON-EXCLUSIVE/PREFERRED ITEMS ...............................................................................218

TXABT 675828
Highly Confidential

Analysts' Basic Operating Procedures Manual

FINAL CHECK ............................................................................................................................. 219

PERSONAL COMPUTER RENTAL .................................................................................. 220

PERFORMANCE REVIEW SUPPLEMENT ANALYST POSITION FOR CONTRACT MARKETING 221

PERFORMANCE REVIEW SUPPLEMENT MANAGER POSITION FOR CONTRACT MARKETING 226

PHONE STANDARDS ............................................................................................................ 230

PKS CONTRACTS .................................................................................................................. 232

PRICING ASSUMPTIONS .................................................................................................... 235

PRICING STRATEGY ............................................................................................................ 238

PRICING STRATEGY ON EXCLUSIVE FIRSTCHOICE INJECTABLE PRODUCTS ....................... 239

PROCESSING A RETURN FOR HOSPITAL CUSTOMERS WHEN PRICING COMES UP AT LIST 240

PRODUCT CONTRIBUTIONS ............................................................................................ 241

PYXIS ......................................................................................................................................... 245

REFERENCE BOOKS ............................................................................................................. 247

REVENUE RECOGNITION DEFINITION ........................................................................ 248

RISK SHARING AGREEMENTS .......................................................................................... 249

ROLES: FIRSTCHOICE® TEAM ROLES ........................................................................... 252

RULES OF THE ROAD ........................................................................................................... 253

RXLINK PRICING .................................................................................................................. 254

S&E CONTRACTS .................................................................................................................. 256

S&E REBATES .......................................................................................................................... 257

SALES FORCE COMMUNICATIONS ............................................................................... 258

SALES HISTORY REQUESTS .............................................................................................. 261

SIGNIFICANT EVENTS MONTHLY REPORT ................................................................. 262

SPECIALTY SOLUTION PRODUCTS ............................................................................... 264

STANDARD FOR DETERMINING PRICE ........................................................................ 266

TEMPORARILY UNAVAILABLE PRODUCT REIMBURSEMENT ............................. 267

TERMS CODES ........................................................................................................................ 278

TXABT 675829
Highly Confidential

Analysts' Basic Operating Procedures Manual

TEXT OUTPUT QUALITY CHECKS.................................................ERROR! BOOKMARK NOT DEFINED.

TOTAL QUALITY PAIN MANAGEMENT ........................................................................................280

TRADEMARKS ...................................................................................................................................281

TRAINING...........................................................................................................................................282

TUITION ASSISTANCE FOR GRADUATE DEGREES .................................................................283

VALUE ADDED PROGRAMS: CONTRACT LEVERAGE ............................................................286

WORKAREA APPEARANCE STANDARDS....................................................................................287

INDEX .................................................................................................................................................289

**TXABT 675830**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

# **INTRODUCTION**

Welcome to the Contract Marketing Basic Operating Procedure Manual.  This manual provides references, guidelines, and policies on many different topics.  For instance: references include: Cash terms codes, Customer Classification Codes, and trademarks; guidelines include what to do when you are going to have either a planned or an unplanned absence, and how to process a bid; policies include the current personal automobile mileage rate and car rental.  The list goes on and on and will never be truly complete because Contract Marketing is always changing.

Please review this manual carefully.  It will return value to you in direct proportion to the attention you give it.  In just a few months you will be adding or updating topics that will benefit your colleagues throughout Contract Marketing.

**TXABT 675831**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 2/2000
By: Paul McPherson

## ABBOTT WORLD WIDE WEB SITE

On October 1, 1996, Abbott implemented its World Wide Web site.  It has over 150 pages of very interesting, constantly updated information about the company.  The Web page address (URL) is "HTTP:\\WWW.ABBOTT.COM".  Additionally, the Abbott Employee Intranet site web address is "HTTP:\\AWW.ABBOTT.COM".

**TXABT 675832**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 12/17/99
By: Francis Humann

## ABSENCE NOTIFICATION

Sickness

Analysts should contact their manager to give notification of illness. In the event that the he/she is unavailable, a voice-mail message should be left both for both the manager and the analyst's back-up. However, this is not always feasible. In the event that it is not, communication should be made as soon as reasonably possible.

The Abbott Department Manager's Guide, section 2.2.3, requires the manager to determine the reason for an employee's absence, the extent of the illness or injury and the estimated duration of the employee's absence.

Telephone Coverage During Planned Absences

When analysts plan to be absent, they should consult the Department Schedule (P:\DeptInfo\Dept Schedule - an Excel file) to coordinate their absence with other department activities and insure that their assigned back-up is scheduled to be onsite.

When the analysts are gone they should not utilize the "extended absence" function on their voice-mail. They should record a new standard greeting indicating the date of their return and who their back-up is.

VoiceCom Instructions:
- At Abbott dial 8-3000 / Away from Abbott dial 1-800-384-4773
- Press the # key, then your MAILBOX NUMBER
- VoiceCom will ask you to enter your PASSWORD
- Press 4 to access Personal Options
- Press 3 to Record Greetings
- Press 1 to Choose Message Type
- Press 2 to Record/Change your Personal Message
- Example Message: "You have reached the voice mailbox of _____ _____. I will be out of the office until _____ and will not be able respond to your message until that time. If you wish to leave a message please do. If you need immediate assistance please contact _____ at _____. If you would like to contact the operator, dial zero now."
- Press the # key when you are finished recording your message.
- **NOTE: Be sure to change message when you return from your absence.**

Vacation and Other Planned Absences

**TXABT 675833**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Employees should ensure that their absence will not incapacitate their team and that their back-up will be on site by following the Guidelines below and the Department Schedule Excel file (P:\Dept Info\ Dept Sched). Then the analyst should communicate with their manager in writing to request vacation and other "planned" absences". Communication of planned absences or vacations is vital. Please be certain to remind your supervisor verbally and in writing both one month and one week prior to the beginning of the absence. If there are conflicts, for example the recommended amount of people are already scheduled to be absent, it may be possible to negotiate.

### VACATION / PLANNED ABSENCE GUIDELINES

| | | |
|---|---|---|
| Regular Week: | Monday:<br>Tuesday – Friday: | 80% of team on staff  (7 of 9)<br>60% of team on staff  (6 of 9) |
| *Plan (10/15- 11/15):<br>APU (3/15 – 4/15)<br>AGU (7/1 – 8/15) | 90% of team on staff  (8 out of 9) | |
| | *Update schedule may vary.  Please discuss with Manager for verification | |
| Holiday Week: | 50% of team on staff  (4 or 5 out of 9) | |
| Travel: | Those whose families are in the area are asked to be considerate of those who have travel requirements that limit their ability to be with their families. | |
| Previous Vacations: | Those who have had vacations during a previous holiday are asked to be considerate of those who worked. | |

TXABT 675834
Highly Confidential

Case 1:01-cv-12257-PBS   Document 6323-46   Filed 07/27/09   Page 13 of 100

Date: 8/8/97
By: Bob Bryan

# ADDING A BASIC OPERATING PROCEDURE TOPIC

The Contract Marketing Basic Operating Procedures Manual is written over time by many different people. So, the style will vary. However, with only a few exceptions, each topic should begin with a general description of why or to whom the topic is important, that is a "general benefit statement". Usually, the general benefit statement will not be as specific as the information that it precedes. That information will be as specific as is necessary for the topic and may include step-by-step instruction.

It is important that topics be well coordinated with other topics and programs to ensure that we do not provide inconsistent or contradictory information and because other programs point to the Basic Operating Procedure manual, e.g. New Analyst Training Manual.

To ensure that topics are accurate, well written, and coordinated with other topics, analysts are. required to submit topics to their manager prior to inclusion in the manual.

Topics are identified by a title near the top of the first page of the topic, in the Table of Contents, and in the Index. Authors are identified in the top right corner of each topic. It has been agreed that authors will not duplicate topics and that once an analyst has updated a topic that analyst will become the "author of record" and will be considered to have taken responsibility for that topic, that is, the resident expert.

To add a topic to this manual, follow these steps:
1. Check the Basic Operation Procedures Manual Table of Contents and Index for related topics. It may be that an existing topic needs to be updated or amended, or it may be that an entirely new topic is required.

2. If a new topic is required, type the author's name and the date in the top right corner and the title in the center of the second line down.

3. Apply the "heading 1" style to the topic title so that the new topic will appear in the Table of Contents.

4. Add the topic title and any desired cross-references to the index by highlighting the appropriate text and pressing "Shift", "Alt", "X" simultaneously. This will open the "index" window. Choose "Mark" and close for the title. Choose "Cross Reference" and type the new topic name in the appropriate box for cross-references.

TXABT 675835
Highly Confidential

Analysts' Basic Operating Procedures Manual

5. If a change is required to an existing topic, discuss the change with the author. If the author is no longer in Contract Marketing the person sponsoring the change should become the author of record and have responsibility for the topic thereafter. Since the title and index entries have already been made for an existing topic, these actions may not be required.

6. It is extremely important that additions and major changes to this manual be communicated to all users. To ensure they are communicated, whenever an addition or important change is made the author should send an MS Outlook note to all concerned detailing the pertinent information and discuss the topic in the next team meeting to ensure understanding.

TXABT 675836
Highly Confidential

Date: 2/2000
By: Paul McPherson

# AGGREGATIONS

"List" number level data are often too numerous to be efficiently analyzed.  Consequently, data are often summarized in a variety of "aggregations".  List numbers can be aggregated in numerous ways including: product group, product subgroup, and by families of related products. Product groups and product subgroups are defined in HPD Market Products, a semi-annual report published by Connie Harris in the HPD Business Support Group under the direction of Dianne Maxwell.  There are several Contract Marketing recipients of this report.

Family definitions are maintained by Jerrie Cicerale in Contract Marketing and a listing of common aggregations can be found in the "public" folder on the Contract Marketing Network drive.

Product group, product subgroup, and family definitions can be changed if necessary by working with the financial analysts, marketing managers, and Jerrie Cicerale.  Occasionally, we discover that an item is in the wrong product group or subgroup.  Alerting the appropriate Marketing Manager that a correction is required is normally sufficient to prompt a correction.

To facilitate financial plan Pricing Assumption calculations and for consistency or presentation, analysts should aggregate data according to the Business Unit Structure Accounting Greybook and Financial Greybook categories.  The category definitions are maintained by the Financial Analysts and are recorded in this file in the BUSINESS UNIT STRUCTURE topic.

TXABT 675837
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 8/1/99
By: Leslie Allen

## AHA INFORMATION

The American Hospital Association conducts a survey each year of virtually all acute care hospitals in the United States and its possessions (American Somoa, Guam) except for the military, the Bureau of Prisons, and the Public Health Service (PHS). These data are immensely helpful for many analyses.

To provide the data useful to Contract Marketing efficiently, they have been summarized in an Excel file. The 1997 file is P:\_resourc\AHA Info\1997AHA Info. During the first quarter each year a Contract Marketing Analytical Assistant creates a new file.

The user should keep in mind that these data are "dated". The AHA annual survey is conducted in the first quarter each year and asks for actual data from the previous calendar year. At best the tabulated data are available from the AHA in September. Thus, at best, the data represent a twelve-month period that ended nine months before.

The user will find that these data can be helpful when researching the following information: a hospitals AHA number (always a 7 digit number example: (A6600000) a hospitals formal name and address, census beds, number of in-patient surgeries, number of out-patient surgeries, number of adjusted admissions, and number of adjusted patient days.

TXABT 675838
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 4/6/99
By: Bob Bryan

# ALLEGIANCE

Allegiance is a medical product manufacturer and distributor that was created by Baxter's 1996 spin-off of what remained of the American Hospital Supply business (Baxter purchased AHS in 1985). Allegiance was subsequently bought by Cardinal, a medical supply wholesaler. Among other things, Allegiance is a nationwide distributor that provides just-in-time (JIT) deliveries, kit packaging, and complete distribution services to the health care field. Allegiance continues to have strong ties to Baxter and, before Cardinal's acquisition of Allegiance, Abbott was cautious about giving customer prices to them.

Before the Cardinal acquisition Abbott's policy was to allow Allegiance ValueLink to distribute Abbott product for JIT customers if:

1. The customer signed a contract for a minimum of five years. The idea being that the risk of Allegiance using our price information inappropriately is mitigated by the length of the contract; and

2. Allegiance was not given the customer prices. In short, Abbott would rebate the customer to the appropriate level.

To indicate approval When the Director of Contract Marketing has approved an account for distribution via Allegiance ValueLink, the form below should be completed and sent to Supply Channel Services. When the form is received by Supply Channel Services, a tri-lateral agreement will be signed by Abbott, Allegiance, and the customer which will authorize shipment and billing via ValueLink.

TXABT 675839
Highly Confidential



Hospital Products Division

Abbott Laboratories Inc.
200 Abbott Park Road
Abbott Park, IL  60064-3537

Duane Jefferies·Mike Smith
Supply Channel Services
D-99D, AP34-3

RE: Authorization for ValueLink

The following hospital/system has completed HPD's contract review process.  The next step in bringing them into Abbott's Distributor/Wholesaler Program (DWP) with ValueLink may now begin.

Date: _____

Account Name _____

Account Street Address _____

City, State, Zip Code _____

Customer Number _____

If you have any questions or suggestion regarding this matter, please contact me.

Best Regards

Michael W. Sellers, Director
HPD Contract Marketing

           5/21/2002

TXABT 675840
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 3/2000
By: Paul McPherson

# ANESTHESIA PARTNERS AGREEMENTS

Since Anesthesia Partners Agreements have not provided the levels of purchase they were intended to create, we are no longer creating any new agreements.  However, we are still honoring current agreements through their term.

Anesthesia Partners Agreements were written to obtain anesthesia business.  They were written in two basic forms.  The least stringent form was one in which the account agreed to buy its total anesthesia pharmaceutical requirements from Abbott and we gave them special pricing.  If there was currently no pricing available via the Customer's group affiliation, we may have created a "fill-in" contract covering the remaining products. These contracts typically contained an annual rebate based on total purchases.  The rebate amount could have been anywhere from three to five percent.

Analysis preparation required the analyst to identify if the product is currently manufactured by Abbott, planned for manufacture by Abbott, or not planned for manufacture.  Also, if the product is multisource or proprietary, and if proprietary, who was the innovator.

TXABT 675841
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 2/2000
By: Paul McPherson

# ANNIVERSARY PROCESS

Making market adjustments to existing contracts on a scheduled basis is extremely important to Contract Marketing. These "anniversaries" allow Contract Marketing to adjust prices once a year and thereby keep all price strategies reasonably current without going through a bid or negotiation process. When processing anniversaries, analysts and Analytical Assistants should take pains to ensure they are following the then current pricing strategies.

The contract administration system ("CAS") generates reports identifying contract anniversaries 120 days prior to the contract anniversary date. When the anniversary notification report is generated, Contract Administration personnel pull the original contract file and give it to the Analytical Assistant. The Solutions and Equipment Analytical Assistant will separate Full-Line S&E contracts from the other product categories and distribute accordingly. S&E analysts are responsible for all Full-Line S&E individual anniversaries.

The analysts should complete the anniversary price changes 60 days prior to the implementation of the new prices. The sixty day lead time allows the Contract Coordinator to:

1. Create another revision to the contract within CAS,
2. Generate a new price list,
3. Forward the new price list to the wholesalers involved
4. To send a confirmation price list to the representative who can notify the customer of the new prices (Except in the case of a National Account Manager represented Group Purchasing Organization, where the analyst and/or NAM drafts a cover letter to be included with the notification).

Anniversary Notice
1. The Anniversary Notice contains contract indicative information and a current price list.
2. The contract file, which should contain the contract document and any other pertinent correspondence or analyses relating to the contract, should be in the file folder provided by contract administration personnel. If the file is not located, check with the Contract Coordinator or see one of the Contract Administrators.

If a contract only contains a small number of products with similar pricing strategies, the analyst may write the anniversary adjustment percentage increase to take on the face of the Anniversary Notice and forward it to the appropriate Contract Coordinator for implementation. If the contract is a Full-Line S&E, then the analyst will write an anniversary letter to the representative (with copies to the DM and ASD). This letter will explain the account, profile, and contract number, amount of price increase, and date of price change. Where a contract contains a large number of products with varying pricing strategies (usually group contracts and "white-ship" contracts), the

TXABT 675842
Highly Confidential

Analysts' Basic Operating Procedures Manual

analyst must manually price the anniversary. The letter should include explanation of how the account received the price increase and any price discount that is associated with the anniversary.

Due to the pricing dynamics of the Injectables marketplace, an equal per line-item price increase is usually not possible for contracts with a large number of products. Current strategy may call for some products to go up, some to be held firm, and some to go down. This is why we typically include aggregate price change language when we write Injectables contracts. For these anniversaries, the analyst must review each individual list number to determine the appropriate price increase. This is best performed in Excel and is commonly referred to as an aggregate price adjustment.

Injectable Anniversaries Process

1. Once Anniversary Notices are received, identify all profiles numbers in need of anniversary adjustment by pulling the contract from the file room.
2. Fill out the HPD Sales History Request Form (include all profiles that are part of the Anniversary) to obtain a 12 month sales history.
3. Acquire the current profile prices from CAS via HUB (See the Basic Operating Procedure topic on HUB - How To Access Information for assistance). Convert HUB information into an Excel Spreadsheet.
4. Open the Forecast 2000 file an index match the target prices next to the current pricing obtained from CAS. Call this column Proposed Prices.
5. Index match the units from the Sales History Request into your analysis. Call this column Units.
6. Once this information is on your spreadsheet, create a Current Extension column by multiplying Current Price by the units for the appropriate list number from the Sales History.
7. Then Create a Proposed Extension column by multiplying Proposed Prices by the units for the appropriate list number from the Sales History.
8. Create a Summary line at the top of each Extension column by adding the sums of each extension column.
9. Create an Aggregate Percent Change line by calculating the percent change of the Current Extension Summary versus the Proposed Extension Summary. This is your aggregate price change.

Once you reach this point, you will have to review the price adjustment parameters outlined in the original contract to determine what the constraints are. For example, if the contract allows for a CPI-U price adjustment in the aggregate (assume CPI-U is currently 3.0%), you can only adjust the prices in the aggregate by this amount.

If the prices you obtained from the Forecast 2000 file make the aggregate price change higher than CPI-U, you must then review each line to reduce the proposed pricing where it is most appropriate. For example, it is very important to adjust the prices on Abbott exclusive items to the Forecast 2000 target levels. Due to the CPI-U cap in this example, you may have to lower the proposed prices on items that are truly multi-source. Keep in mind not to offer pricing below Floor levels however.

TXABT 675843
Highly Confidential

Analysts' Basic Operating Procedures Manual

Other things to consider when determining proposed prices could include:

- Is it a requirements or committed volume contract and is the customer achieving its obligations under the contract? (That is: Higher prices may be in order if customer is underachieving its commitment.)
- What has happened in the marketplace since the last price adjustment was made on the contract?
- How do the customer's prices already compare to the competition?
- How do the customer's prices compare to other Abbott customers of similar size?
- What are the current pricing strategies for all products on the contract? (Consult the Pricing Strategy guide.)
- Are there limits to line item pricing either imposed under the contract or by executive decision (e.g.: 3.9%)?
- Does the customer have pricing available under a group purchasing organization?

Once prices are finalized in the analysis, you must communicate the new prices to the appropriate Contract Administrator in one of the following ways:

- If the number of items on a particular profile is relatively small, say 10-15 list numbers, it may be appropriate to simply write the new prices down on the Anniversary Notice that was given to you by the Contract Administrator.
- If the number of items is greater than 15, it may be best to load the new prices into HUB. Once prices are loaded into HUB, write the HUB Proposal number on the Anniversary Notice before forwarding to the Contract Administrator for implemenation.
- Separate products by profile and generate a different HUB proposal for each profile. The same is true for Alternate Site profiles.

Group Anniversaries
The procedure for Group Anniversaries is very similar with special attention paid to GPO contract constraints. Many GPO contracts have price adjustment language that differs with respect to multi-source vs. sole-source product categories.

The communication process is even more important on the group level. In addition to the above referenced steps, the analyst must review the new prices with the Injectables Team Manager, the Director of Contract Marketing, the appropriate Marketing Manager, and the appropriate Marketing Director. There is a specific format for the printouts when reviewing the final prices with management. Read through the BOP doc topic entitled "FIRSTCHOICE INJECTABLES ANNIVERSARY AND BID ANALYSIS PRESENTATION FORMAT" or consult a Senior Team member prior to reviewing proposed GPO pricing with the management team.

The analyst should work with the National Account Manager to submit prices once the entire anniversary process has been executed. All revisions of the prices should be confirmed in writing and a copy should be kept in Contract Marketing. Most importantly, the final acceptance

**TXABT 675844**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

of the new anniversary adjusted prices should be kept in the file in Contract Marketing for future reference.

After the GPO has agreed to the proposed prices, the analyst prices should load the new pricing into HUB (a separate HUB proposal must be generated for each profile) and notifies the Contract Coordinator of the HUB Proposal Number(s). In the case of a NAM represented GPO, e.g. Novation, the works with the NAM to create a letter of explanation both to the Group headquarters and to the field. The Coordinator will provide the new price list to be included with the letter of explanation. Analysts should work closely with the District Managers who call on Regional Groups to complete this process.

Committed Volume Contracts
The Sales Representative has the primary responsibility to insure that Customers live up to their commitments under all contracts. At anniversary review, the analyst should confirm that the Customer is meeting its obligations under the contract. To do this, the analyst should compare the committed volume required in the contract to the sales history requested by the analyst. In this case, a sales history report run by Customer Number is appropriate.

Analyzing a customer's performance is especially important for committed volume contracts where HPD may have "given" something to the Customer in exchange for the Customer's minimum unit purchase. Any underachieved committed volume contract should immediately be surfaced to the representative, the District Manager, and a Contract Marketing Manager. The analyst should be prepared with a recommendation of what needs to be done to protect HPD's interest.

**TXABT 675845**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 02/01/01
By: Dan Honaker

# ASSIGNMENTS, ANALYSTS, FIRSTCHOICE INJECTABLES

| Analyst | GPO | HBS Field Sales | Product Manager/ Other Responsibility | BackUp for... |
|---|---|---|---|---|
| Chris Farnand 938-1404 | Columbia Owen Tenet InSource | Area P (Infusion Therapy S. East) | Holma, Tillery, Wecker, Morley-Linder *Market Research* | Shelly Moisant |
| Mark Beeston 935-3121 | - | Area M & N Infusion Therapy East and Mid West | Herden, Renick, Peterson, Massaro, Brill | Dan Honaker |
| Dan Honaker 938-8729 | Amerinet MHA | Area S (Infusion Therapy N. East) | Glass, Smith, Harter, Pink, *FCI Resource File* | Mark Beeston |
| Sherri Salzeider 937-8057 | Consorta HSCA | Area J (Perioperative East) | Burke | Michelle Mertz |
| Michelle Mertz 935-9362 | Premier | Area K (Perioperative Central) | Principe, Latts *Marketing Manager Tracking System* | Sherri Salzeider |
| Shelly Moisant 935-7382 | Novation | Area H (Peripoerative West) | Hanley, Moser | Chris Farnand |
| Meylenne Soto 937-9139 | - | - | *Financial Planning & Analysis* | - |

Special Notes:
1. Regional Groups and IDNs (Integrated Delivery Networks) will be handled based on the above HBS Field Sales Assignments.
2. Product Responsibilities include the development and maintenance of the Pricing Strategy, Target and Floor Prices in the FCI Resource File, New Product Launches, and Pricing Models for the Plan-Update Process.
3. Financial Planning and Analysis position has dotted line reporting to Contract Marketing. Primary responsibilities include coordination and management of Plan and Update process.

TXABT 675846
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 02/01/01
By: Dan Honaker

# ASSIGNMENTS: INTEGRATED SYSTEMS EXECUTIVE

To facilitate integrated system analyses, Integrated Systems Executives have been given a single point of contact in Contract Marketing as indicated below.

| | ISE | | Manager |
|---|---|---|---|
| 1. | Baisley, Mike | Texas | Brundza |
| 2. | Braun, Steve | Texas | Brundza |
| 3. | McCool, Chris | Chicago | Brundza |
| 4. | Tischler, Larry | Cincinnati | Brundza |
| 5. | Griffin, Cheryl | California | Jackson |
| 6. | Hull, Kristy | Chicago | Jackson |
| 7. | Miller, Don | Seattle | Jackson |
| 8. | Morgan, Richard | Salt Lake City | Jackson |
| 9. | Chown, Richard | New York | Lyman |
| 10. | Fitzpatrick, Pete | Florida | Lyman |
| 11. | Gore, Celeste | Pennsylvania | Lyman |
| 12. | Baxter, Jim | Maryland | Lyman |
| 13. | Hillgenhurst, Debbie | Boston | Lyman |
| 14. | Wagner, Tom | Kansas City | Lyman |

TXABT 675847
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 02/01/01
By: Dan Honaker

# ASSIGNMENTS:  NATIONAL ACCOUNT MANAGERS

| Chuck Marccacio | Kevin Orfan | Pam Dorgan | Gary Glinski | Brett Novak |
|---|---|---|---|---|
| Novation | Premier | AmeriNet | Consorta | PACT/Columbia |
| (VHA, UHC | Kaiser | MHA | (SSM/CMMA) | Tenet |
| HPPI) | | | HSCA | InSource |
| | | | Carondelet | Owen |

5/21/2002

TXABT 675848
Highly Confidential

Case 1:01-cv-12257-PBS   Document 6323-46   Filed 07/27/09   Page 27 of 100

Date: 2/11/95
By: Bob Bryan

# BEDS

"Beds" are often used as a measure of hospital activity; a common denominator to equate sales among hospitals of varying size.  As such, "beds" are a very useful tool.  However, the user needs to fully understand what "beds" are being referenced and recognize the age of the data. Most bed data comes from the AHA Survey and is often two years old or even more.  The most commonly used bed data are census beds which, along with other bed measures, is defined below.

Hospital beds are defined in the American Hospital Association yearly summary.

Licensed beds are the number of beds that the hospital has permission to operate.

Census beds is the average number of occupied beds throughout the year.

Staffed beds is the number of beds which the hospital has budgeted to operate.

Adjusted Patient Days, sometimes referred to as Adjusted Occupied Beds, AOB, is based on census beds plus adjustments to reflect outpatient activity.  AOB are sometimes determined by the group or the customer.  The formula that HPD would normally use is:

1.  Inpatient Revenue divided by Inpatient Days = $/Inpatient Day
2.  Outpatient Revenue divided by $/Inpatient Day = Calculated Outpatient Days
3.  Inpatient Days (= to Census Beds * 365)plus Calculated Outpatient Days = Adjusted Patient Days
4.  Adjusted Admissions  TBD

Adjusted Admissions, TBD
Notice AOB are also referenced as "Adjusted Patient Days".

TXABT 675849
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 1/2000
By: Paul McPherson

# BERLEX: CAPITAL EQUIPMENT ORDER FORM

If you send an imaging contract to the field in which we commit to supply capital equipment (i.e. warmers or Medrad injectors) please include the following document. This document is on the P drive under 5berlex.

When a signed imaging contract comes back with this form attached, please make certain that Kristen Berg receives a copy of the signed agreement including the capital equipment order form. This procedure is critical in the process of getting the capital equipment ordered for the account and starting the accrual process for the capital equipment.

TXABT 675850
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 4/2000
By: Paul McPherson

# <u>BERLEX: PRICING & CONTRACT PROCEEDURE</u>

The following process will expedite the Contracting Process for Imaging products.

1. Open the Imaging Price Calculator under 5Berlex\Resource\Price Calculator.xls
2. Enter the current invoice price in the Data entry worksheet
3. Paste the Final prices from the Price Calculator to Exhibit A of the Contract
4. Customize the Contract

Be sure to use the Imaging pricing strategy and pay close attention to each group situation. Please make certain to utilize the Premier and AmeriNet templates when putting together a MEDRAD imaging contract.

Be sure to consult the most recent version of the "GPO Pricing _Strategy" document located in 5Berlex\Resource\GPO_Strategy for the current guidelines on Berlex pricing at the GPOs.

TXABT 675851
Highly Confidential

Analysts' Basic Operating Procedures Manual



Hospital Products Division

Abbott Laboratories Inc.
200 Abbott Park Road
Abbott Park, Illinois  60064-6149

## ABBOTT-BERLEX CAPITAL EQUIPMENT ORDER FORM

Shipping Information

Customer: _____

Attention: _____

Department: _____

Phone Number: (_____) _____--_____ ext. _____

Ship to Address: _____

Ship to City: _____ State: _____ Zip: _____

No Charge P.O. (for shipping reference only)

_____          (optional)

Equipment Requested

| Product Name | Catalog Number | Quantity |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Please fax to Kristen Berg (847) 938-7935 (ext. 7-9619) a completed Capital Equipment form attached to the original signed contract and forward to Abbott Laboratories Inc. Hospital Products Division, Contract Marketing.  Allow eight (8) to ten (10) weeks, after receipt of sign contract at Abbott Park, for delivery.

TXABT 675852
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 12/11/95
By: Kristy Leistner

# BID PROCESS

### Introduction
Bids continue to be a significant method of obtaining business for the Hospital Business Sector. As much as 15% of our business each year is obtained through the bid process. There are many steps that must be completed in the bid cycle prior to it being submitted to the customer. Several departments are involved to effectively prepare a bid. The bid activity shifts frequently from one person to another, so the follow-up and status inquiries from district managers and sales representatives should always go to the Contract Marketing Analytical Assistants. They are responsible for knowing the status of each bid.

Who Bids?
- Groups
- Systems
- White Ships
- Large Teaching Institutions
- City and County Facilities
- State and Local Facilities
- Governmental Institutions

Bids can present significant resource challenges for all of us, both in the field and in Contract Marketing. Many customers request proposals or bids specifying pricing for one year placing our business or the competition's business in jeopardy every twelve months. During certain times of the year Contract Marketing may see 75 bids per week all with varying turnaround times (when the bid is due back to the customer). All bids are due back to the customer on a specific date and the customers may request a quick turnaround for our bid response. An analyst is responsible to meet the analytical assistant's deadline 100% of the time, which includes a completely priced proposal and additional exceptions or changes to the terms and conditions which an analyst desires to make. Our main goal is to win as many bids and as much business as possible each year. To attain that goal Contract Marketing and the field sales force must work together.

Analytical assistants try to send all bids via FedX for next day delivery two days before the due date. If an exception occurs, the analytical assistant may send the bid via FedX for next day delivery on the day of the opening if the bid opening is in the afternoon. If the bid opening is in the morning no exception is feasible.

When exceptions are required, the analyst or the analytical assistant should notify the customer that Abbott plans to respond and that the bid is "on its way". If the customer will accept a fax, a fax should be sent as well.

TXABT 675853
Highly Confidential

Analysts' Basic Operating Procedures Manual

### Steps in the Bid Cycle

When the analytical assistants receive a bid, they look through it to determine if the customer has asked for HPD product. The analytical assistants call this process "picking product." When the analytical assistants "pick" product, they create a bid management proposal with all the products that HPD can offer the customer. The analytical assistants also determine if the customer already has an existing contract price for product requested and notes that on the bid.

As soon as the analytical assistants have created the bid proposal, they forward the bid file to the analyst. The analytical assistants VoiceCom the appropriate sales representative to inform them that a bid is in Contract Marketing, give pertinent information, and request feedback. Information communicated to the district manager and the sales representative includes:

- Account name, location, customer number, and bid reference number
- Due date, time of bid opening, and whether or not it is a public opening
- An overview of items on which HPD will bid
- Information on dollar or unit potential and whether Abbott is the incumbent vendor
- If samples are required, this will be communicated to the Representative to handle. Refer to the 7/1/90 HPD Policy for proper procedure in handling requests for samples (the policy is provided at the end of this module).

The analyst is responsible for checking all bid terms and conditions and confirming the changes or exceptions the analytical assistant has recommended. Any term or condition inconsistent with Abbott policy is reviewed with HPD Contract Marketing management and other appropriate departments including: legal, medical, risk management, and regulatory. In the bid file given to the analyst, the analytical assistant includes purchase history and any other pertinent information necessary to complete a bid. The analyst will then price the products offered on the bid.

### Pricing a Bid

Before pricing a bid, the analyst consults the appropriate sales representative or district manager to determine customer requirements and to plan a response to the bid. For example, should the bid include incentives, bundling, and new product opportunities. Once the analyst and the sales force have agreed upon the strategy, the pricing can begin. Prior to calculating new prices for the contract, the analyst should review the bid terms to determine:

- What products are currently on award?
- What are the product opportunities (that is: how can we get more business with this customer)?
- What has happened in the marketplace since the last bid from this customer?
- How do the customer's prices already compare to the competition?
- How do the customer's prices compare to other Abbott customers of similar size?
- What are the current pricing strategies for all products on the contract?

Taking all of the above into consideration, the analyst prices the proposal by reviewing each product, line by line, to determine the appropriate price. In addition, the analyst can prepare an addendum to the bid offering additional bundles and incentives to attempt to increase the breadth of award with the customer.

TXABT 675854
Highly Confidential

Analysts' Basic Operating Procedures Manual

When a bid proposal is completed, the analytical assistant will complete the bid and return it to the customer. This involves formatting the information in a manner defined by the customer. A requirement that prohibits Contract Marketing from automating the "production" process of the bid response and takes a good deal of time to complete. The bid package is then assembled, reviewed, signed by the analyst or Contract Marketing manager, and sent to the customer prior to the response deadline specified on the bid.

### Bid Awards

It is extremely beneficial for the sales representative to attend bid openings. The sales representative must be the "eyes and ears" for Contract Marketing in obtaining competitive prices and specifics regarding competing bid submissions. The competitive prices gained this year will help us gain more business next year when the bid comes due. When a customer notifies HPD that a bid has been accepted, the analytical assistant will inform the analyst and forward the bid package to the appropriate Contract Marketing contract coordinator to be implemented. The contract coordinator will create a contract and generate a price list to be used in the field notification.

After the contract coordinator has implemented the bid award, the contract coordinator runs an old versus new award price list and the analyst completes an award analysis. The award analysis is directed to the marketing managers. It identifies key business gained or lost and pricing strategies that were or were not successful. This analysis is completed for every key award. Our department goal is to generate the award analysis within 30 days of receiving the bid award.

### Bid Tips for Representatives

1. Be sure your accounts have Contract Marketing's address. Bids that are mailed to a sales representative go through extra communication steps that decrease the amount of time Contract Marketing has to prepare the response. Time is the critical factor since bid requirements vary and sometimes it is necessary to request other departments' input. For example, requests for insurance certificates, EEOC confirmation, and Minority and Women Business Enterprises goals are sent to other departments for review. In turn, those departments forward the requested information back to Contract Marketing to include in the bid response. Bids stipulate that these requirements are mandatory. Therefore, Abbott's bid response may be disqualified if incomplete.

2. Bids that are publicly opened are usually read aloud, depending on the size of the bid as well as the number of bids the account has scheduled to open that day. Some accounts have a "viewing period" where the bids are available for reviewing by the attendees. Other accounts delay the "viewing period" for a certain amount of time and then allow viewing by appointment only.

Competitive information is a vital factor to any bid and is not limited to pricing. Influential knowledge such as current suppliers, operating procedures for the products bid, an account's willingness to convert to Abbott product, group affiliation, compliance requirements, and other Abbott products in use at the account are just a few key components of bid pricing strategy.

TXABT 675855
Highly Confidential

Analysts' Basic Operating Procedures Manual

TXABT 675856
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date 2/6/96
By: Bob Bryan

# **BUSINESS OBJECTS**

Business Objects is a database reporting software which can be extremely useful in the retrieval of sales histories. Analysts who wish to use Business Objects should take the training course that consists of an overview and a hands-on instruction and practice session.

Because Business Objects users are limited to 10,000 lines of output, practically speaking inquiries are limited to a single account. Inquiries that involve more than one account should be run by Kathy Hoyle and Jerrie Cicerale. Since Kathy and Jerrie run reports through a different data base it is important to recognize the parameters used in generating data.

Be certain of the following parameters.

Contract Sales or Group Sales. Contract sales are sales under a specific contract. Group sales are all sales to the specified accounts. Business objects uses the term "direct ship-to sales" rather than group sales.

Division sales sources. Star reports will only get sales from divisions 01, 75 , and DE. These are considered the HPD sales sources.

Other differences include:
Business Objects uses list inventory code, not list-tuc-ss. There could be more than one sales size per inventory code. This won't change your final sales total. It only matters if you want to match up to the Star report by product.

TXABT 675857
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date 9/26/95
By: Jim Custod

# BUSINESS UNIT STRUCTURE

The products in each business unit and in each Marketing Manager's area of responsibility are defined by list number and product subgroup. These definitions are maintained by the Financial Analysts and are summarized in business unit structures.

The business unit structure is used for financial planning. For consistency, the Contract Marketing Analysts can use these definitions to group families of products on bids and proposals.

The Business Unit Structure includes definitions of the way products are grouped in the Accounting Greybook and the Financial Greybook.

## ANESTHESIA
## BUSINESS UNIT STRUCTURE

| Accounting Greybook | Financial Greybook | Product Sub-Group | Sub-Group |
|---|---|---|---|
| Anesthesia | | Combo Kits | 46.3 |
| | | Bulk | 46.4 |
| | Pentothal® | Transfer Kits | 46.5 |
| | | Rectal Suspension Kits | 46.8 |
| | | Ready-To-Mix Syringes | 46.9 |
| Amidate® | | Amidate® | 55.8 |
| Local Anesthetics | | Local Anesthetics | 55.2 |
| Muscle Relaxants | | Muscle Relaxants | 55.3 |
| Narcotic Analgesics | | Narcotic Analgesics | 49.0, 55.7 |
| Inhalation Agents | | Inhalation Agents | 47.1 |
| LTA Kits | | LTA Kits | 45.8 |
| Other | | Other | 55.4, 55.5, 55.6 |

## DRUG DELIVERY SYSTEMS
## BUSINESS UNIT STRUCTURE

TXABT 675858
Highly Confidential

Analysts' Basic Operating Procedures Manual

| Accounting Greybook | Financial Greybook | Product Sub-Group | Sub-Group |
|---|---|---|---|
| Delivery Systems | | | |
| | Partial Fill Glass | Dextrose | 80.0, 80.7 |
| | | Sodium Chloride | 80.5 |
| | | Empty Containers | 80.2 |
| | Partial Fill Plastic | Dextrose | 80.1 |
| | | Sodium Chloride | 80.6 |
| | | Empty Containers | 80.3 |
| | ADD-Vantage | Dextrose | 80.8 |
| | | Sodium Chloride | 80.9 |
| Premixes | Cardiovascular Premix | Cardiovascular Drugs | 24.0, 24.2, 44.0, 44.2 |
| | Therapeutic Premix | Bronchodilators | 24.4, 44.4 |
| | | Anti-Infectives | 24.3, 44.3 |
| | | Other Therapeutics | 24.6, 44.6 |
| | | Labor & Delivery | 24.8, 44.8 |
| | KCl Premix | KCl | 24.1, 44.1 |
| | Contract Premix | Contract Premixes | 24.7, 44.7 |
| SB | Cephalosporins | Cephalosporins | 62.0, 62.3 |
| | Penicillins | Penicillins | 62.1, 62.2, 62.4, 62.5 |

## INJECTABLES
## BUSINESS UNIT STRUCTURE

| Accounting Greybook | Financial Greybook | Product Sub-Group | Sub-Group |
|---|---|---|---|
| Injectables | SVP Diluents | Small Volume Parenterals | 91.2 |
| | KCl SVP | KCl SVP | 64.4 |
| | Emergency Drugs | Emergency Other | 60.0 |
| | | Emergency Syringe | 60.5 |
| | Ther Drugs Cardiovascular | Cardiovascular | 68.1 |
| | | Cardiovascular/Lyoph | 68.0 |

TXABT 675859
Highly Confidential

Analysts' Basic Operating Procedures Manual

| Ther Drugs Anti-Infectives | Antibiotics | 68.7 |
|---|---|---|
| | Anti-Infectives/Lyoph | 68.8 |
| Ther Drugs Steroids | Steroids | 95.0 |
| Ther Drugs Cephalosporins | Cephalosporins | 93.0 |
| Ther Drugs Other Ther | Bronchodilators | 68.2 |
| | Miscellaneous Flush | 68.3 |
| | Diuretics | 68.6 |
| | Miscellaneous Additives | 68.9 |
| | Other | 64.3, 68.4 |
| Devices | Caps | 60.3 |
| | Transfer Devices | 60.4 |
| | Empty Fliptops | 91.3 |

## ONCOLOGY
## BUSINESS UNIT STRUCTURE

| Accounting Greybook | Financial Greybook | Product Sub-Group | Sub-Group |
|---|---|---|---|
| Oncology | Oncolytic Drugs | Injection | 22.1 |
| | | Other | 22.2 |
| | Oncology | Adriamycin | 19.0 |
| | | Adrucil | 19.1 |
| | | Folex | 19.2 |
| | | Neosar | 19.3 |
| | | Octamide | 19.4 |
| | | Velsar/Amphotericin B | 19.5 |
| | | Vincasar | 19.6 |
| | | Tarabine | 19.7 |
| | | Oncoline | 19.8 |
| | | Miscellaneous | 19.9 |

## NUTRITIONALS
## BUSINESS UNIT STRUCTURE

| Accounting Greybook | Financial Greybook | Product Sub-Group | Sub-Group |
|---|---|---|---|
| Nutritionals | Aminosyn | Aminosyn 5% | 72.0 |

TXABT 675860
Highly Confidential

Analysts' Basic Operating Procedures Manual

|  |  |  |
|---|---|---|
|  | Aminosyn 7% | 72.2 |
|  | Aminosyn w/Electolytes | 72.3 |
|  | Aminosyn Pediatric | 72.4 |
|  | Aminosyn | 72.8 |
|  | Nutrimix | 72.9 |
| Heavy Dextrose | Dextrose in Water | 72.7 |
| Liposyn | Liposyn | 72.6 |
| SVP Additives | Electrolytes | 64.0 |
|  | Trace Metals | 64.1 |
|  | Other Nutritionals | 64.2 |
| Accessories | Accessories | 72.1 |
|  | Empty Containers | 72.5 |
| Compound Accessories | Compound Accessories | 77.0 |

TXABT 675861
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 1/6/99
By: Bob Bryan

# CAR RENTAL

Abbott has selected Avis as the primary car rental agency and National as the secondary for 1999.
The corporate daily rate includes Loss Damage Waiver protection and unlimited mileage at all
participating locations.  So decline the Collision Damage Waiver (CDW).

The Avis Preferred Express Rental Program, available through Travel Services at no cost, will
help speed your travel through airports.

The Abbott standard class rental car is Class D, full size.  Effective February 1, the Avis rate for
Class D is $36.50 per day.  Wallet rate cards are available from Travel Services.

National will be the Abbott secondary rental car provider for 1997.

TXABT 675862
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 2/11/95
By: Bob Bryan

# **CAUTION LEGEND**

"Caution: Federal (USA) law prohibits dispensing without prescription."

"Caution: Federal (USA) law restricts this device to sale by or on the order of a physician or other licensed practitioner."

TXABT 675863
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 1/24/95
By: Bob Bryan

# CLASS CODES

(This BOP needs to be reviewed.  Especially the statement about what type of customers can have a HPD contract.  BB 10/15/95)

Each Abbott customer is assigned to a class code that identifies certain characteristics of the customer.  Class codes are also referred to as customer classes.  Class codes are listed in the Abbott data glossary.  The following is a partial list of class codes.

| | |
|---|---|
| H021 | Not-For-Profit Hospitals |
| M021 | For-Profit Hospitals |
| ML23 | For-Profit nursing homes without pharmacy |
| T022 | Tax supported hospitals (City, County) |
| TP25 | State owned and operated hospital |
| US30 | Veterans administration hospitals |
| US32 | Army hospitals |
| W050 | Full line drug wholesaler |
| A003 | Retail drug store |
| A007 | Chain drug store |
| A010 | Physicians or clinics |
| A012 | Physicians supply house |
| A016 | Dental supply house |
| M060 | Distributor |

Potential customers that fall into an "A" class code may not have an HPD contract.  Customers that have an "l" in the second position may not buy caution legend marked product.  ("Caution: Federal (USA) law prohibits dispensing without prescription.")

TXABT 675864
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 10/31/96
By: Joan Rzonca

# COLOR PRINTER USE

Color printer use is very expensive by comparison to the standard printers around the office. So, be aware of the following.

There are some ways users should be made aware of that would reduce maintenance to our printer and also our supplies that are very costly. It has been estimated that one overhead costs us, (you and me) approximately $0.50 and about $0.35 for a paper color copy. We are asking that you initially print out from your printer until you are sure your copy is final edited and a 'go'.

This would be a start in preserving our color printer and keeping our supply costs to a minimum. Also, when you finish queuing into the printer set up, please give the printer time to either initialize or warm up before expecting results. This takes about 5 minutes. The printer goes into an 'Idle' or 'Energy Saver' mode when not printing. Systems has found a back-up of identical jobs on the print queue and this occurs when we are too anxious about why our printing is not happening as fast as we'd like.

To improve the quality of your overheads only, it is necessary for you to go to the printer and remove from on-line to off-line mode and then press the media key and it will automatically go to transparency. Then press back to on-line mode. At your desk OK your printing. The lower drawer is not functional at this time and will be repaired in the near future. Please do not try to fix the printer yourself. Call me or Catrice and we will try to assist you before calling for maintenance. Thanks for your cooperation. - Joan

TXABT 675865
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 12/29/99<br>By: Tom Tomsheck

## <u>COMMUNICATION</u>

Despite the fact that most Contract Marketing personnel talk to many people every day, we often receive requests from our Contract Marketing customers (hospitals, health care professionals, the sales force, marketing, and other Abbott personnel) for information or help via faxes or voice mail.  Of course, if the customer communication does not include an actionable item or if we respond to the request immediately, no other communication is required.

However, if we are not able to respond to a customer's fax or voice mail request immediately, they have no way of knowing when we will respond, or if the request was received by the correct person.

To have good communication with our Contract Marketing customers is extremely important. To ensure we have the best communication possible Contract Marketing personnel should respond to our customers' faxes and voice mail to acknowledge they have contacted the correct person and to estimate when we will be able to respond to their request.

Our response can amount to as little as a short voice mail that identifies the topic and ends with "I'll take care of this request and have information for you by _____ .

Internal communication within Contract Marketing is equally important.  Many times customer requests' require a collaboration of resources.  For example, a requested contract extension from an account manager may require several pieces of information to complete.  They can include… a sales history, a copy of the current agreement, detailed analysis, and possibly GPO information. If the proper people are not identified and consulted, delays occur.  These delays may result in lost sales or worse a lost contract to a competitor.  As this example illustrates, <u>timely</u> communication is key!

**TXABT 675866**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 8/27/97
By: Rusty Dinsmore

# COMPUTER:  E-MAIL ON THE INTERNET FROM THE PERSONAL COMPUTER

E-Mail can be sent to the field directly from your personal computer via the internet.  Before an e-mail can be sent through the internet from your computer the person to whom you are sending the e-mail to must be among your addresses in Mail.

To add someone to the E-Mail list in Mail:

1.  Select Compose.
2.  Select Address.
3.  Select the Rolodex file card symbol.
4.  Select the word SMTP, it is near the bottom of the list.
5.  In the alias box type the persons name, last name first, then the first name then in parenthesis the word e-mail.
6.  In the recipient box type their name first name first, et cetera.
7.  In the SMTP Address box type the E-Mail Address.
8.  When complete, select the Rolodex file symbol beneath the box.

Once the addressee is properly loaded in Mail, from the "file" menu (this works for both Word and Excel) select "send".  The software will prepare your document or spreadsheet to be sent via the Internet.  In mail you will indicate the addressee, type a note if necessary and select send.

After five to thirty minutes you should get confirmation that the E-mail was received.

To receive E-Mail on your computer, your E-Mail address is:

                "log on ID"@hpd.abbott.com
example      dinsmrm@hpd.abbott.com

TXABT 675867
Highly Confidential

Analysts' Basic Operating Procedures Manual

---

Rusty – please update this topic,
The "blue info below needs to be added to the manual
Also please state our rules for using the internet, i.e. not spreadsheets, no contracts, (I put a copy
of the HPD internet Policy in your in-box)

---

Dear E-Mail User:

All messages sent to group distribution lists must be business related.   Retirement and
anniversary announcements are fine.  When sending, please observe the following guidelines:

*      Make sure messages plus attachments are less than 1 megabyte in size (see directions
below);
*      Please do NOT paste any graphics, word art, etc. directly into mail messages - ATTACH
them;
*      Use ONLY the distribution list *HPD Employees Lake County.  This distribution list
already includes other distribution lists such as *HPDNC Exchange Users, AP Exchange Users;
AP52 Mail Users, AP4 Mail Users, AP5 Mail Users, AP15 Mail Users, AP30 Mail Users ("Mail
Users" denotes MS Mail as opposed to personnel using Exchange or Outlook).

Please note that when notifications are sent to ALL of these distribution lists separately, many
people receive multiple notices.  This has a negative impact on our mail system, mail servers and
network traffic.  Your cooperation in this matter will be greatly appreciated.

Thanks!
Your Infrastructure Server Team


DETERMINING MESSAGE SIZE:

This is for Exchange/Outlook users only.  It is not possible to determine message size in MS
Mail.

Create the message you would like to send.  Do NOT paste any graphics or word art, etc. directly
into the message, use attachments.

When the message is ready to send, from the File pull-down menu, choose Save.  This will save a
copy of the message in your Inbox (Outlook 98 users will find the message in a "Drafts").  Next,
single-click on the new message in your Inbox, then, from the File pull-down menu, select
Properties.  A window will appear displaying the properties of the message.  On the General tab,
look for the Size.  The size should be no more than 1MB (it may also be shown as 1,000KB).

DETERMINING ATTACHMENT SIZE (Exchange/Outlook and MS Mail)

Locate the file, using:

TXABT 675868
Highly Confidential

Analysts' Basic Operating Procedures Manual

a) File Manager if you are using Windows 3.11 or NT 3.51
--OR--
b) Explorer if you are using Windows 95 or Windows NT 4

When you locate the file, select the file by single-clicking on it (it should then be highlighted), then from the File pull-down menu, select Properties. A dialog box should pop up listing the properties of the file.

If you are using Windows 3.11 or Windows NT 3.51, the information you need to look for will be shown as "Size:".

If you are using Windows 95 or Windows NT 4, the information you need to look for can be found on the General tab, and will be shown as "Size:".

Check the "Size:" field to verify that the file is less than 1MB (megabyte - 1 megabyte is equal to about 1,048,000 bytes).

**TXABT 675869**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 3/30/96
By: Barb Keller

# COMPUTER: FILE IDENTIFICATION FOR WORD FILES

Being able to identify the computer file that was used to create a document is extremely important. Far too often an important document has to be recreated or a file has to be updated because the final iteration that was used to generate a document can not be found. The following information identifies a way to automatically put the file name and path into a document.

## Viewing the Drive Letter, Directories and File Name

To view the drive letter, directories and file name while in the footer of your document, from the **Insert** menu select Field to open the **Field** dialog box

- Select Document Information from the **Categories** list box
- Select FileName from the **Field Names** list box

Select the **Options** pushbutton to open the **Field Options** dialog box

- Select the **Field Specific Switches** tab
- Select \p from the **Switches** listbox and the **Add to Field** pushbutton

The **Field Codes** text box should contain the following:

FILENAME \p

Select the **OK** pushbutton

Your footer should contain the following information based on your saving drive, directory and file name:

F:\BARBARA\HUBTIP.DOC

## Viewing the Full Path

To insert the full path into the footer of your document, from the **Tools** menu select Macro to open the **Macro** dialog box

If you have it, select FullPath from the **Macro Name** list box.

Select the **Run** pushbutton

Your footer should contain the following information based on your full path:

\\HPDBSYS2\PROJTEAM\BARBARA\HUBTIP.DOC

If you do not have the FullPath macro, first copy the following macro:

Sub MAIN

ViewHeader

**TXABT 675870**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

GoToHeaderFooter

X$ = FileNameInfo$(FileName$(), 6)

Insert X$

StartOfLine 1

FontSize 8

CloseViewHeaderFooter

End Sub

From the **Tools** menu select Macro to open the **Macro** dialog box

Type FullPath in the **Macro Name** text box

Select the **Create** pushbutton

You should see the following

Sub MAIN


End Sub

Paste the copied macro over the above lines

Select Save from the **File** menu.

Follow the directions above for pasting the macro into your document

BOP.DOC

TXABT 675871
Highly Confidential

Case 1:01-cv-12257-PBS   Document 6323-46   Filed 07/27/09   Page 50 of 100

Date: 12/28/99
By: Billy Moser

# **COMPUTER: FILE ORGANIZATION**

It is very important that file users be able to find the files they need.  This is especially important for new analysts.   The files on the "P" drive should be arranged in a logical "tree" of subdirectories.   In addition to a logical "tree" of subdirectories it is necessary to clean and maintain your area of responsibility.  The P drive has the capability of holding a large amount of information.  However; space fills up very quickly.  It is necessary to do routine maintenance by deleting text files, old versions of files, and outdated files.

The primary subdirectory for the S&E Team is "P:\4_S&E".   The "4" helps to keep this subdirectory near the top of the list of subdirectories.   The primary subdirectory for the FirstChoice Injectables® Team is "P:\1injectb".  Berlex files are under "P:\5Berlex"

Frequently, files are accidently saved in the wrong folder.   It is important to delete these accidents when they happen.

TXABT 675872
Highly Confidential

Case 1:01-cv-12257-PBS   Document 6323-46   Filed 07/27/09   Page 51 of 100

Analysts' Basic Operating Procedures Manual

Date: 4/11/98
By: Libby Price

# COMPUTER: MACROS

Two macros frequently employed by the department are the index match clean up macro and the index match formula macro. The index match clean up macro will remove the index match formula in a range of cells and remove any #N/A messages in those cells. The index match formula macro will insert the basic index match formula, INDEX(AREA,MATCH(XX,LIST,0),X), into the cell selected.

These macros can be added to your PC by typing them into Visual Basic exactly as they are written below. To get to Visual Basic from Excel, select Alt + F11 or TOOLS, MACRO, VISUAL BASIC EDITOR. Once there, select INSERT, MODULE. Begin typing the macro. Another way to create the macro text in Visual Basic is to create the macro in Excel, and then use the Visual Basic Editor to make any changes to the macro text so it appears as follows.

To make an icon on your toolbar for the macro, use the steps outlined in the BOP topic entitled MACROS – HOW TO CREATE.

The INDEX MATCH FORMULA MACRO is:
Sub indexmatchformula()
Application.CutCopyMode = False
    ActiveCell.FormulaR1C1 = "index(area,match(xx,list,0),x)"
End Sub

The  INDEX MATCH CLEAN UP macro is:
Sub indexclean()
Selection.Copy
    Selection.PasteSpecial Paste:=xlValues, Operation:=xlNone, SkipBlanks:=
        False, Transpose:=False     (Editor's note: this and the line above are all one line of text)
    Application.CutCopyMode = False
    Selection.Replace What:="#n/a", Replacement:="", LookAt:=xlPart,
        SearchOrder:=xlByRows, MatchCase:=False  (Editor's note: this and the line above are all one line of text)
End Sub

TXABT 675873
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 8/27/96
By: Libby Price

# COMPUTER: MACROS – HOW TO CREATE

Macros can be used to greatly speed up repetitive tasks by automating them. A macro is a series of commands and functions that are recorded and stored in a Module and can be run whenever the task needs to be performed. In a very short process the macro is created and an icon is assigned to it. Thereafter, the macro is run by clicking on the macro icon.

Recording a macro refers to the process of automating a series of commands and functions and creating a toolbar icon to enable the user to shorten the process of a commonly used computer function. This will help improve speed and productivity when performing tasks such as index matching. The following information illustrates a step by step process to help create macros.

## RECORDING A MACRO USING EXCEL
- Click on TOOLS in the menu bar
- Select MACRO, RECORD NEW MACRO
    - Name the Macro. Use a name that will describe your task. The first character must be a letter, do not use spaces. Press OK
- You are now in the record mode. Each action you do will be recorded in the Macro
    - Physically perform each step of the task you want recorded
    - If you want the macro to run on any cell or cells you select on future sheets, make sure that the RELATIVE REFERENCE icon is selected. This can be found on the STOP RECORDING TOOLBAR that appeared in the document when you began recording. If you want the same cell or cells to be manipulated each time you run your macro, make sure the RELATIVE REFERENCE icon is deselected.
    - After all of the steps have been performed, press the stop icon that appeared in the document at the beginning of the record session
- Test your macro to ensure that it does exactly what you want it to do
    - Press Alt + F8 or select TOOLS, MACRO, MACROS
    - Find the macro you just recorded, highlight it and press RUN

## RECORDING A MACRO USING VISUAL BASIC
Visual Basic contains the "programming language" that takes what you record and maps it out in words. It enables you to edit, customize, and debug macros as needed. Unless you have a good command of Visual Basic or similar programming languages, it is easier to record your macro using Excel directly, versus using Visual Basic. The exception to this is the macros listed in the BOP topic entitled MACROS. These have been created and tested by Libby Price, and are known to work. If you create other macros that would be useful to the department, print them out from Visual Basic and type them to the MACROS BOP topic.

TXABT 675874
Highly Confidential

Analysts' Basic Operating Procedures Manual

TO MAKE A TOOLBAR ICON FOR YOUR MACRO
- Select VIEWS, TOOLBARS, CUSTOMIZE
- Select the COMMANDS tab
- Scroll down the left side of the tab and select MACROS
- From the right side pick CUSTOM BUTTON and drag it onto your Excel toolbar
- Pick MODIFY SELECTION and change the following components
  - NAME – Change the name to what you want it to appear in the toolbar
  - CHANGE BUTTON IMAGE – for consistency, use the coffee mug for the index match formula (inserts the index match formula into the cell), and the garbage can for the index match clean up macro (removes the formula and the #N/A's)
  - Check the IMAGE AND TEXT option to display both the button and the text in the toolbar
  - Click on ASSIGN MACRO and choose your macro name from the list
  - Click OK
- Click CLOSE
- Test your macro again using the icon to make sure it works properly


For information on recording specific macros, see the BOP topic entitled MACROS.

TXABT 675875
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 11/21/97
By: Laura Kostner

# COMPUTER: MICROSOFT OFFICE SUITE

Due to HPD running different versions of the Microsoft Office Suite, this note is a reminder to everyone of the appropriate file formats we need to save in so we can all communicate with each other.

If you have Office97 installed on your machine the default file save for files should be in the following formats.
WORD 6.0/95          TOOLS/OPTIONS/SAVE
EXCEL 5.0/95TOOLS/OPTIONS/TRANSITION
POWERPOINT      4.0/95 TOOLS/OPTIONS/SAVE
If you have installed Office97 yourself, you should check these settings within each application through the Tools menu.

When files need to be sent intercompany, please attach files from within mail to ensure they are sent in the appropriate format. No files should be sent from within Office97 applications. Files sent from within an Office97
application will be sent in 97 format.

People who are using Access should remember a couple of items. First, Access 97 can read and convert previous versions of Access databases to 97 format.  You will need to be careful to not convert these pre Office97 databases to 97 format.  View a database from Access97 if you wish, but if you convert it, there is no way to convert that database back to its previous format.

If you would like to see an official copy of HPD's Strategy Statement, it resides in Shared Folders/HPD Support Center/Strategy.

TXABT 675876
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 7.29 97
By: Bob Bryan

# COMPUTER: MICROSOFT MAIL

## *This section needs to be updated to Microsoft Outlook.*

Microsoft Mail ("MS Mail") is the current software program that provides efficient, electronic, communication throughout the Hospital Products Division. MS Mail is easy to use with only modicum of instruction. The experienced user can use MS Mail to communicate with one or many other users simultaneously. Defaults can be set to provide a personal list of users and to eliminate discarded messages. Personal Groups can be established to allow for communication to a preset list of recipients.

The following information may be helpful to get started with MS Mail.

Personal Address List Default
Microsoft mail address list can be set to different defaults. Experience has shown that the personal address list default is more useful than the global address list default. To change the default to the personal address list do the following.

1. In MS Mail select Mail then Address List.
2. On the left side of the Address List you should see 4 icons. (a book, a rolodex, a magnifying glass, and a rolodex card.) Select the 1st icon (the book).
3. Click on Personal Address Book. The Set Default button should be highlighted.
4. Click on Set Default.
5. If Default button isn't highlighted this means you already have this set as your default.
6. Click on OK.
7. Click on Close.

Henceforth, whenever you address a letter to someone, it will pull from your personal address list.

If the addressee's name is not listed in your Personal Address List:

1. Click on the book icon.
2. Choose the Global Address Book, then OK.
3. Find the name you want and click on it once.
4. There will be 4 icons along the bottom of the dialog box. (Details, a rolodex with an arrow pointing to it, Close, and Help.)
5. Click on the Rolodex with the arrow pointing to it. This will add the name selected to your personal address list.

TXABT 675877
Highly Confidential

Analysts' Basic Operating Procedures Manual

6.  Click on Close.

Clean Up Utility

MS Mail has a built in Clean Up Utility that should be run once a month to clean-up your mailbox.  Doing so helps conserve space on the network server.  Those of you who are familiar with how hard drives work have heard of "defragmenting" utilities before.  The concept here is very similar.  As you receive, read and erase messages and create folders in your mailbox, MS Mail is writing information into your mailbox, and later erasing it.  To use as little of the server's hard disk as possible, MS Mail will use the "white space" left behind by erased messages for new messages.  Since mail messages are never the same size, it will sometimes have to split the messages into fragments to fit them into the white space.  MS Mail keeps track of all the fragments that belong to an individual message, as well as the total number of messages and folders in your mailbox.  But from time to time it may loose track.  That's when you may see the "1 message, 1 unread" message from MS Mail, even when your mailbox is empty.  The clean up utility defragments your mailbox, so MS Mail can again keep track of everything.

How To Run The Clean Up Utility:

As MS Mail comes up, and you type your password in, hold down the left shift key as you hit enter and continue to hold it down for several seconds.  This will bring up a dialog box asking you to decide whether or not you want to Check your File.  Choose to do so.

If you have asked MS Mail to "remember" your password, hold the left shift key down as you double click on the Mail icon in your program manager.  This will also start the utility.

Note: The clean up utility may take quite a bit of time to run, so you probably want to start it up as you are going to lunch.  It will grab your PC, and you won't be able to do anything else with the PC until it is done.  (The dialog box warns you that the clean up could take "several hours", though the longest I have seen it run is 45 minutes.)  PLEASE DON'T leave the clean up utility running as you leave in the evening, since you should be logged off of MS Mail each evening in order for Post Office maintenance to run properly.

This information is also stored in the Helpful Hints shared folder.  Consider checking this folder for other useful software maintenance tips.

TXABT 675878
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 5/2000
By: Paul McPherson

# COMPUTER: NETWORK ACCESS, MAPPING PRINTERS AND NETWORK DRIVES

The following details how to keep your Network Access working as efficiently as possible. Please familiarize yourself with these guidelines and follow them whenever you are working on the system:

- Log off your workstation whenever you leave the premises, go to lunch, leave for the day, or know you will be away from your desk for any length of time.
- Lock your workstation if you are going to be gone from your workstation only a short time, otherwise, log off. The lock feature is not intended to be used overnight or for any extended period of time.
- When you log in, be sure that your user id is keyed in the 'User Name' field. If you attempt to log in using your password and another user id, you will lock the other account out.
- Make sure your Caps lock is NOT on - passwords are case sensitive (user ids are not). After three failed attempts, your id will be locked out.
- Make sure you're logging into the HPDNT domain
- Shut your workstation down and power it off at least weekly (over the weekend). Daily would be even better. This is important to prevent general degradation of system performance and to save Abbott money on electrical usage.

It is extremely important that you adhere to these guidelines for the following reasons:

- Security - no one else should be accessing the network using your id.
- Logon scripts will not run if you never log off. This will affect Virus Scan
- When your password expires at midnight, as it will every 90 days, you will lose all network connectivity if you have not logged out but only locked your workstation. Our Help Desk will need to unlock the account. Once the account is unlocked, it is still necessary to log out and back in, changing your password at that time.

Mapping a Network Printer

Use one of the following two options to connect to a network printer:

1. Click on "Start"
2. Click on "Settings"
3. Click on "Printers"
4. Double-click on "Add Printer"

TXABT 675879
Highly Confidential

Analysts' Basic Operating Procedures Manual

5. Using the Printer Wizard, go to the "Connect to Printer" window and double-click on HPDBSYS
6. Double-click on the "\\HPDBSYS2" printer you would like to select.  For example: "\\HPDBSYS2\ALLEY" is the printer outside of Harry Adam's office.

Alternatively, you can use the following shortcut:

1. Click on "Start"
2. Click on "Run"
3. Type the exact printer address from the following list:

    \\HPDBSYS2\ALLEY           Near Harry Adams' office
    \\HPDBSYS2\CAF
    \\HPDBSYS\DECAF
    \\HPDBSYS2\CMKT5SI1
    \\HPDBSYS2\CMKT5SI2
    \\HPDBSYS2\CMKTXN1
    \\HPDBSYS2\CMKTXN2
    \\HPDBSYS2\CMLJ5M          Color Printer

4. Once the printer window appears, click on "Printer"
5. Click on "Set as Default Printer"

<u>Mapping a Network Drive</u>

1. Open Windows NT Explorer
2. Double-click on "Desktop"
3. **Right** click on "Network Neighborhood"
4. Click on "Map A Network Drive"
5. Scroll up in the "Shared Directories" and double-click on "HPDBSYS"
6. Double-click on "HPDBSYS2"
7. Scroll down and single-click on "CKMT_PUB"
8. Select "P" from the "Drive" drop down window
9. Click on "OK"

Alternatively, after Step 4 above, type the following in the "Path" line:

\\HPDBSYS2\CMKT_PUB

Select "P" from the "Drive" drop down window and click "OK"

TXABT 675880
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 12/17/95
By: Bob Bryan

# COMPUTER: TEN COMMANDMENTS OF SAFE COMPUTING

Part of the following was published by Information Services Training in late 1995. Other rules were added as they became apparent. All are good reminders of the things personal computer users should do as they work.

1. Thou shalt learn proper skills.
Get a typing tutor and use it to keep your typing skills sharp. If you don't touch type, use the typing tutor to learn and learn how to use the number pad.
Acquire formal training on regularly used software.
Seek training to take advantage of advanced features.

2. Thou shalt rely on experts for support.
Work through the Help Desk (8-5344) and Microsoft Support (see Microsoft Software Support Telephone Numbers) for problems.
Have trained support staff do all software installations.
Minimize changes to PC configuration files.
Have Computer Repair periodically perform preventive maintenance.

3. Thou shalt save files regularly and often.
Save file while working on them.

4. Thou shalt backup, backup, backup!
Backup data files regularly.
Use version control where available.
Keep a copy of backup software with backup media.

5. Thou shalt use only approved and licensed products.
Use only Abbott-approved (standard) software products.
Don't share network passwords.
Do not use personal/home software.

6. Thou shalt scan for viruses regularly.
Scan for viruses at least one a week.
Scan all downloaded software or diskettes before use.

7. Thou shalt not abuse the computer.
Use password protection where appropriate.
Use Windows-supplied screen savers.

TXABT 675881
Highly Confidential

Analysts' Basic Operating Procedures Manual

Keep workstation area clean from dust and food.
Keep magnets away from storage media.
Store media in dry place.


8.   Thou shalt use good file management skills.
Segregate data directories from software directories.
Keep the root directory relatively simple.
Store data files on a server to take advantage of network backup.
Purge obsolete files.


9.   Thou shalt not covet thy neighbor's PC.
Physically secure the hardware, example: PC and printer.
Secure all removable storage media, example: diskettes, CD-ROM.
Record all new hardware with the Fixed Assets Department.


10. Thou shalt exit software gracefully.
Exit application software as designed to minimize aborted tasks.
Log off the network before shutting off computer.

**TXABT 675882**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 6/5/97
By: Matt Hanley

# CONFIDENTIALITY LETTER

In this intensely competitive market a confidentiality letter may be indicated to protect our business strategies.  Situations, where such a letter is needed, include anticipating that the account will provide to our competitor written or verbal information regarding our negotiated proposal. This information may be used against us in the following ways:

- leveraging a better deal from our competitors,
- discussion of the proposal to an outside party that may provide information to our competitors, and
- where such discussion leads to a major group purchasing organization who requires us to offer them the same deal.

The following agreement has been drafted with the assistance of Abbott's HPD legal department and should be the template for all required confidentiality agreements.

## CONFIDENTIALITY AGREEMENT

Abbott Laboratories Inc. shall provide to CUSTOMER on a confidential basis the terms of the Master Purchasing Agreement between SunHealth and Abbott Laboratories Inc. ("Agreement"). The terms of the Agreement are confidential and, except as otherwise required by law, CUSTOMER will not disclose the terms, or existence, of this Agreement to any party without Abbott's written consent.  Neither party shall make any public announcement concerning this Agreement unless that party receives prior written approval of such announcement by the other party.

In witness, whereof, the parties have caused their respective authorized representative to sign this Agreement on the date set forth below.

Accepted by:                                    Accepted by:
Abbott Laboratories Inc.                        "Customer"

By: _____         By: _____

Title:_____        Title: _____

Date:_____        Date: _____

TXABT 675883
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 12/28/99
By: Billy Moser

# CONSUMER PRICE INDEX

Many times contract (anniversary) price increases are scheduled based on the rate of change in the consumer price index for all urban consumers.  This standard of measuring the increase in consumer goods set by the government is sent to Contract Marketing from the U.S. Department of Labor Bureau of Labor Statistics, Chicago, Illinois.

Consumer Price Index ("CPI") is a measure of the average change in prices over time in a fixed market basket of goods:
1.  CPI for all urban consumers (CPI-U) covers approximately 80 percent of the total population, and
2.  CPI for Urban wage earners and clerical workers (CPI-W) covers 32 percent of the total population.

The CPI-U includes, in addition to wage earners and clerical workers, groups such as professional, managerial, and technical workers, the self-employed, short term workers, the unemployed, and retirees and others not in the labor force.

The CPI is based on prices of food, clothing, shelter, and fuels, transportation fares, charges for doctors and dentists, drugs, and other goods and services that people buy for day to day living.  Prices are collected in 88 urban areas across the country from about 57,000 housing units and approximately 19,000 retail establishments -- department stores, supermarkets, hospitals, filling stations, and other types of stores and service establishments.

## Calculating Index Changes
Movements of the indices from one month to another are usually expressed as a percent of change rather than changes in index points because index point changes are affected by the level of the index in relation to its base period while percent changes are not.  The example in the accompanying illustration shows the computation of index point and percent changes.

| Index point change | | Percent change | |
|---|---|---|---|
| CPI | 112.5 | Index point difference | 4.0 |
| Less previous index | 108.5 | Divided by the previous index | 108.5 |
| Equals index point change | 4.0 | Results multiplied by 100 | 0.037 x 100 |
| | | Equals percent change | 3.7 |

*The previous information was provided by the US Department of Labor

Contract Marketing utilizes the CPI-U for the standard of rate increases when entering many contracts with our customers.  The following paragraph identifies the standard contract language used today.

TXABT 675884
Highly Confidential

Analysts' Basic Operating Procedures Manual

### Price Changes

On August 1, 1998, and on each Contract Anniversary Date thereafter, prices will be increased aggregately by the rate of change in the twelve-month average Consumer Price Index for All Urban Consumers ("CPI-U") compared to the same period one year earlier. Abbott will base this calculation upon the most recent CPI-U data published by the United States Department of Labor. Generally, this data represents a period ending four months prior to the Anniversary Date.

Price Adjustments. On May 1, 1999, and on each May 1 thereafter during the term of the Contract, Product prices will be increased aggregately according the schedule below.

| Annual Price Adjustment Schedule | |
|---|---|
| Customer Dollar Purchases of the Products Per Census Bed | Anniversary Increase Cap |
| Less Than        $4,000 | CPI-U |
| Greater Than     $4,000 | CPI-U minus 0.5% |
| Greater Than     $5,000 | CPI-U minus 1.0% |
| Greater Than     $6,000 | CPI-U minus 1.5% |
| Greater Than     $7,000 | CPI-U minus 2.0% |

On August 1, 1998, and on each Contract Anniversary Date thereafter, prices will be increased aggregately by the rate of change in the twelve-month average Consumer Price Index for All Urban Consumers ("CPI-U") compared to the same period one year earlier. Abbott will base this calculation upon the most recent CPI-U data published by the United States Department of Labor. Generally, this data represents a period ending four months prior to the Anniversary Date. Aggregate prices will be measured by the extension of the Product prices and all Customer unit purchases hereunder for the 12 month period ending one hundred-twenty days before the Anniversary Date.

Under no circumstances will the anniversary price adjustment be less than zero (0) percent.

Each Contract Year Census Beds will be equal to the "Census" reported in the then current AHA Guide to the Health Care Field. If Census data are not available "Beds" will be used or the parties may mutually agree upon the Census Beds.

CPI-U may also be reduced based on Customer performance levels attained by purchasing Abbott HBS products.

This rate of change is the rolling average, not the month-to-month change from the previous year Previously (prior to 7/15/97) Contract Marketing utilized the month-to-month change. The rationale for this change is simple; it smoothes out the "bumps" that we had with the month-to-month method. Additionally, the CPI-U for medical care only is usually higher than the CPI-U for all consumable items evaluated. For example, for the month July 1996 CPI-U for all items

TXABT 675885
Highly Confidential

Analysts' Basic Operating Procedures Manual

was 157.0 or 3.0% change from July 1995.  Conversely, Medical Care was 228.7 with a rate change of 3.6% from the same time period.

This information is sent out from the Department of Labor approximately sixty days (60) after the end of the month.  This information is evaluated and summarized by a member of the fluid systems Contract Marketing team each month.  The information is sent to all Contract marketing analysts and managers as well as Marketing Managers, Business Unit Managers, V.P. of Sales, and all Divisional Directors.

Remember when taking price increases that the CPI-U is a good measure of the general increase in consumer goods relating to the overall increases in the U.S. economy.

## Letter to Customer explaining CPI-U

Date

Customer
Title
Hospital
Address

Dear Customer:

In response to your question regarding the Consumer Price Index:

The Consumer Price Index ("CPI") is generated by the U.S. Department of Labor Bureau of Labor Statistics, Chicago, Illinois. The CPI-U measures the average change in prices over time in a fixed market basket of goods:
1.  CPI for all urban consumers (CPI-U) covers approximately 80 percent of the total population, and
2.  CPI for Urban wage earners and clerical workers (CPI-W) covers 32 percent of the total population.

The current CPI-U is approximately 1.8% and includes, in addition to wage earners and clerical workers, groups such as professional, managerial, and technical workers, the self-employed, short term workers, the unemployed, and retirees and others not in the labor force.

The CPI-U is based on prices of food, clothing, shelter, and fuels, transportation fares, charges for doctors and dentists, drugs, and other goods and services that people buy for day to day living.  Prices are collected in 88 urban areas across the country from about 57,000 housing units and approximately 19,000 retail establishments -- department stores, supermarkets, hospitals, filling stations, and other types of stores and service establishments.

For additional information please contact the U.S. Department of Labor Bureau of Labor Statistics, Chicago, Illinois.

Sincerely,

Analysist

TXABT 675886
Highly Confidential

Analysts' Basic Operating Procedures Manual

| Major Account Specialist |
| Contract Marketing |

**TXABT 675887**
**Highly Confidential**

Case 1:01-cv-12257-PBS   Document 6323-46   Filed 07/27/09   Page 66 of 100

Date: 05/05/97
Updated By: Patti Larkin

# CONTRACT EXPIRATIONS

In the past, 120 days prior to an existing contract expiring, HCS will generate an Expiration notice. The expiration notices are printed on pink paper and are therefore sometimes referred to as "pinks", there is no proposal created. Contract Administration sends the expiration notices directly to the representatives responsible for the account. The representatives, in turn, communicate with their customers to see if they are amenable to signing another contract. If the customer is willing to extend their contract with us, a signature block is provided on the pink sheets, and this provides legal clarification for an extended contract. The representative will provide instructions, term and annual price increases, for an extension on the expiration notice and send it to the Coordinator. The Coordinator implements the extension with the appropriate price increase and terms for the price increase is placed in the indicative. The countersigned pink expiration notice is then placed in the customer's file.

When an Analyst receives a completed expiration notice from the Coordinator, the Analyst should attempt to comply with the representatives written instructions on the expiration notice. However, where those instructions conflict with the department's objectives, the Analyst must communicate with the representative and negotiate the terms of the new contract that will satisfy both the representative's goals and our department goals.

The coordinator will generate a new price list (provided, however, that the contract is an individual requirements contract. Any contract other than this must be manually prepared by the Analyst). and mail to the representative.

TXABT 675888
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 12/29/99
By: Tom Tomsheck

# CONTRACT PROOFREADING CHECKLIST

The following methodology for proofreading Contracts will ensure that outgoing documents adhere to a well-defined professional standard.

1.  Spell-check the entire document upon completion.

2.  Confirm that the Header matches the type of Contract. For example, if the Contract is an Individual Requirements Contract, it should include a header indicating that it is an Individual Requirements Contract. A Committed Volume Contract should have a header that states that it is a Committed Volume Contract.

3.  Confirm through CAS that the Customer Number and Territory Number match the account for which the Contract is written.

4.  Confirm that the anniversary date enumerated in the Prices and Price Changes Clause matches the start date of the Contract.

5.  If a Committed Volume Contract outlines both an annual commitment and a total commitment during the term of the Contract, check the math. Example: For a five year term...
    -   Product Commitment. This is a committed volume Contract. Customer agrees to purchase from Abbott three hundred ninety-six (396) units of Ultane®, list number 4456-02-02, 250 mL per unit, during each Contract year, for a total of one thousand nine hundred eighty (1,980) units during the term of this Contract.

6.  In a Contract that includes a rebate schedule, ensure that the schedule can be understood clearly and that it leaves no room for interpretation. Someone picking up the Contract with no prior knowledge of the terms should be able to explain the rebate. Example:

    | Annual Contract Purchases | Rebate on Contract Purchases |
    |---|---|
    | >$100,000 | 2% |
    | >$200,000 | 3% |
    | >$300,000 | 4% |

7.  Confirm that the most recent versions of the General Conditions Clauses are in the Contract. For example, Assignment, Disclosure, and Termination for Breach.

TXABT 675889
Highly Confidential

Analysts' Basic Operating Procedures Manual

8. Make sure that all of Section C, "Contract Acceptance" is on the same page as the signature blocks. This can be done through use of the "Format, Paragraph, Text Flow, Keep with Next" sequence.

9. Confirm that the Footer identifies both the correct file pathway and the correct hospital or account. For example, a Contract prepared for St. Joseph's Hospital should not have a footer referring to St. John's.

10. Fully Justify the text to ensure consistency throughout the document.

11. Use Print Preview to confirm that the page breaks are in the appropriate places and that all paragraphs are numbered and in proper sequence.

12. Ensure that any product pricing provided in the text of the Contract and/or the attached exhibits is correct.

13. Spell-check the entire document a second time.

14. Present the Contract to the manager or another team member for final proofreading.

**TXABT 675890**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 8/5/99
By:   Tom Tomsheck

# CONTRACT LANGUAGE GLOSSARY

Contract Marketing language varies by type of contract.  However, certain language should be used consistently.  Examples of language that should be used, if any language of that type is used, follow.   This following language is written in a generic fashion and includes the words "Customer" and "GPO".  However, when this language is used in final contract documents it should be tailored to fit the specific situation including the actual name of the account and GPO.

---

## ⊐ABBOTT

Hospital Products Division

Abbott Laboratories Inc.

200 Abbott Park Road
Abbott Park, IL  60064-6149

## CUSTOMER
## ABBOTT LABORATORIES INC HOSPITAL PRODUCTS DIVISION
## SOLUTION AND EQUIPMENT REQUIREMENTS CONTRACT

Customer:
City, State:

Date:
Customer No:

Contract Period:
From:
To:

Territory No:

---

Recitals:

This Contract between (Customer full legal name) of (City, State) ("Customer abbreviated name") and Abbott Laboratories Inc. of Abbott Park, Illinois ("Abbott") specifies the conditions under which Abbott shall sell IV Solutions, IV Equipment, Electronic Drug Delivery Systems, and related products to Customer.  Customer and Abbott agree as follows:

OR

---

TXABT 675891
Highly Confidential

Analysts' Basic Operating Procedures Manual

Abbott Laboratories Inc. Hospital Products Division ("Abbott") has long been an innovator and market leader in the discovery, development, manufacture, and distribution of hospital products and services. As a major medical manufacturer and supplier, Abbott has a strong commitment to quality, technological innovation, scientific discovery, manufacturing, distribution, and product development. Equally important to Abbott is the development of strategic business relationships with valued customers that provide a ready market for new Abbott products.

Customer is an important member of the medical community dedicated to the provision of quality medical services to the people of (provide name or state or area) and surrounding states. Forces in the health care market require that Customer seek strategic business relationships with medical suppliers to control costs and retain access to innovative technologies and products.

With these tenets in mind, Abbott offers this (Name of agreement) ("Contract") to Customer. This Contract provides the framework for a comprehensive, long-term commitment between Customer and Abbott that shall facilitate Customer's efforts in cost containment and the delivery of quality health care to its patients.

Term. Subject to the terms and conditions hereof, this Contract shall remain in full force and effect from June 1, 1997, through May 31, 2002. After the initial term, this Contract may be extended for a mutually acceptable period, upon written acceptance of such extension sixty days prior to the end of the initial term or any extension thereof.

Group Purchasing Organization Affiliation. Customer may access prices and terms and conditions of any mutually acceptable Abbott - Group Purchasing agreement by affiliating itself with such Group Purchasing Organization ("GPO"). Should Customer discontinue its affiliation with such mutually accepted GPO prior to the termination of this Contract or if the agreement or a successor agreement between the mutually acceptable GPO and Abbott should expire, be canceled, or otherwise not be available, then all rights and obligations of the parties under this Contract shall be reinstated. Customer is currently a member of (GPO and the parties hereby agree that (GPO") is a mutually acceptable GPO.

Contract Type. This is a requirements contract. Customer will purchase all of its needs of the products defined below from Abbott.

Contract Year and Anniversary. A Contract Year is defined as a period of twelve (12) consecutive months ending May 31. The Anniversary shall be June 1.

Products Covered. The products covered by this Contract are summarized below and detailed by list number in Exhibit A ("Products").
|   |   |   |   |
|---|---|---|---|
| a. | Large Volume Parenteral Solutions | d. | Partial Fill Diluent Solutions |
| b. | Irrigation Solutions and Equipment | e. | LifeShield® Products |
| c. | Administration Equipment | f. | Select Premixes |

TXABT 675892
Highly Confidential

Analysts' Basic Operating Procedures Manual

<u>Third Party Products</u>.  Abbott has signed agreements with other companies to sell and distribute products ("Third Party Products").  Abbott reserves the right to remove from this Contract any Third Party Product if Abbott's right to market and sell such product is terminated.  Customer shall be given at least ninety (90) days advance notice of any such product removals.

<u>New Products</u>.  Throughout the term of this Agreement, Abbott will supply and Participating Facilities will purchase their requirements of the Products in Exhibit A from Abbott.  This is a sole source requirements Agreement.

The Products include the current, complete list of FirstChoice® Injectables.  To ensure that the Products will continue to include the then-current, complete list of FirstChoice® Injectables throughout the term of this Agreement, new Abbott generic products, whether manufactured by Abbott or other manufacturers, will be added to the list of Products at the time that Abbott begins distributing them.  Purchase Connection will not be required to award new generic Products on a sole source basis to Abbott until existing contracts, if any, for competitive products expire.

Purchase Connection will not enter into or extend contracts for competitive products after Abbott has begun marketing generic equivalents for such products.

<u>Prices</u>.  Prices for the Products are set forth in Exhibit A and will remain firm through December 31, 1999.

<u>Price Changes</u>.  On August 1, 1998, and each Contract Anniversary thereafter, prices will increase aggregately by the rate of change in the twelve-month average Consumer Price Index for All Urban Consumers ("CPI-U") compared to the same period one year earlier.  Abbott will base this calculation upon the CPI-U data published by the United States Department of Labor four months prior to the Anniversary.

# OR

<u>Price Adjustments</u>.  In as much as ("Customer") is currently a member of (GPO full name) ("GPO abbreviated name") and the parties have agreed that ("GPO abbreviated name") is a mutually acceptable GPO, the prices set forth in Exhibit A shall remain in effect during the entire term of this Contract, including any extension.

If Customer leaves GPO, or GPO and Abbott do not extend the Solutions and Equipment Contract, then Anniversary price adjustments shall be contingent on the contract under which Customer purchases the Products.  If Customer negotiates an individual contract with Abbott for the purchase of the Products, such individual contract price increases shall be limited to the aggregate increase in the twelve-month-average Consumer Price Index for All Urban Consumers ("CPI-U") compared to the same period one year earlier.  Abbott shall base this calculation upon the most recent CPI-U data published by the United States Department of Labor.  This data represents a period ending four months prior to the Anniversary.

TXABT 675893
Highly Confidential

Analysts' Basic Operating Procedures Manual

Conversion Allowance. Abbott shall pay Customer a one-time conversion allowance of two-hundred twenty-five-thousand dollars ($225,000) by check at the time of Abbott's acceptance of this Contract.

**This language may only be used in contracts reviewed by Abbott's legal department.**

Investment Purchases. Investment purchases are contrary to the intent of this Contract and are specifically prohibited. Thus, large purchases that build inventory beyond normal levels, taking seasonality into account, near the end of a Contract Year that increase Abbott's budget overrun sharing reimbursement payment are prohibited. Should Customer and Abbott agree to an investment purchase, the Actual Expenses for that Contract Year and the Budget for the next year will be reduced by a corresponding amount.

Data Disclosure. Customer shall provide to Abbott within sixty days after the Anniversary Date a record of its purchases of the Products. Such record shall detail Customer's purchases of the Products from all manufacturers by manufacturer and dollar volume.

**This language should be used only if absolutely necessary.**

Eligibility. This Contract shall be available to all Customer members designated in Exhibit A. By written notice to Abbott, Customer may designate additional members that shall become Participating Facilities upon Abbott's acceptance, which acceptance shall not be unreasonably withheld.

**OR**

For use with groups -

Eligibility. All current and future Customer affiliates designated in Exhibit XX are eligible to participate in this Contract. Accounts that affiliate with Customer during the term of this Contract may be added to this Contract upon written notice to Abbott from Customer and acceptance by Abbott. Each such member in Exhibit XX shall become a participating facility ("Participating Facility").

Early Termination Penalty. Should Abbott terminate this agreement prior to May 31, 2002, then Abbott shall calculate and bill, and Customer bill pay "damages". Abbott shall determine damages by calculating margin on lost sales and contribution to fixed costs less a variable cost of manufacture and distribution of "unsold units". Annual volumes of "Unsold units" shall be equal to the units sold to Customer in the 12 months immediately prior to the time Customer begins conversion to competitive product times the remaining months of the Contract.

TXABT 675894
Highly Confidential

Analysts' Basic Operating Procedures Manual

---

Formula for Damages:

Annual Sales - Variable Cost - Distribution Costs X Number of months remaining
                        12 Months                                    in the Contract

## This language should be used only if absolutely necessary.

---

Educational Fund.  Abbott shall provide an annual educational fund of $10,000 payable at the Anniversary Date of each Contract Year through May 31, 2002.  Customer shall use the fund to pay costs associated with employee education and training under the Plan, including without limitation, production of materials, attendance at conferences and seminars, and any portion of the salary of hospital personnel attributable to the functions of education and training of employees conducted pursuant to the Plan.  The check shall be payable within sixty days of each anniversary date.

---

Educational Grant.  Abbott shall provide a one time educational grant of $175,000 payable by check at the time of Abbott's acceptance of this Contract.  The purpose of the grant is to fund development and implementation of a comprehensive compliance plan ("Plan") for Customer, including without limitation, professional
s, cost of recruitment, training, and compensation of a compliance officer and cost associated with implementation and operation of an employee hotline, monitoring, and auditing required under the Plan and employee training and education under the Plan.  Customer shall provide reasonable evidence to Abbott of expenditure of the grant in accordance with the terms of this section A. 9.

---

Access to Books and Records.  During the term of this Contract and for a period of four (4) years after its termination, Abbott shall maintain and make available upon request from proper governmental authorities, this Contract and any subcontract under this Contract valued at $10,000 or more in any twelve (12) month period, and any and all books, documents and records related thereto that are necessary to verify the nature and costs of goods and services provided hereunder by Abbott or any corporation related to Abbott, in accordance with applicable governmental regulation in effect from time to time.


OR


Seller agrees that, until the expiration of four (4) years after the furnishing of any goods and services pursuant to this Agreement, it will make available, upon written request of the Secretary of Health and Human Services or the Comptroller General of the United States or any of their duly authorized representatives, copies of this Agreement and any books, documents, records, and other data of Seller that are necessary to certify the nature and extent of the costs incurred by Participating Members in purchasing such goods and services.  If Seller carries out any of its duties under this Agreement though a subcontract with a related organization involving a value

---

TXABT 675895
Highly Confidential

Analysts' Basic Operating Procedures Manual

or cost of ten thousand dollars ($10,000) or more over a twelve-month period, Seller will cause such subcontract to contain a clause to the effect that, until the expiration of four (4) years after the furnishing of any good or service pursuant to said contract, the related organization will make available upon written request of the Secretary of Health and Human Services or the Comptroller General of the United States or any of their duly authorized representatives, copies of the subcontract and any books, documents, records and other data of said related organization that are necessary to certify the nature and extent of costs incurred for such goods or services. Seller shall give Purchasing Partners notice immediately upon receipt of any request from the Secretary of Health and Human Services or the Comptroller General of the United States or any of their duly authorized representatives for disclosure of such information.

**This language should be used only if absolutely necessary.**

Administrative Fee. Quarterly, Abbott shall pay AmeriNet an administrative fee equal to three percent (3%) of the participating institutions net purchases for the preceding quarter. AmeriNet acknowledges that the administrative fee is the type of payment described under Section 1128B(b)(3)(C) of the Social Security Act (42 U.S.C. Section 1320a-7b(b)(3)(C)).

AmeriNet represents that it is a "group purchasing organization" within the meaning of the Social Security Act and agrees to comply with the terms of 42 C.F.R. 10001.952(j) with respect to disclosure of the administrative fee to AmeriNet members and in all other respects. AmeriNet shall not be entitled to receive the administration fee on Product purchases for any Participating Facility which discontinues its affiliation with AmeriNet

**OR**

Administrative Fee. Each contract quarter, the first beginning July 1, 1999, Abbott shall remit to AmeriNet a management fee equal in amount to three percent (3%) of the Net Sales under this Contract. "Net Sales" means the Selling Price of each Product (at the time it is ordered by the Eligible Hospital) multiplied by the total number of units of each such Product which Abbott delivers to Eligible Hospitals, less the aggregate of credits and refunds allowed or paid to Eligible Hospitals, in exchange for the return of Products previously delivered pursuant to this Contract; provided, however, that a refund paid shall not be subtracted to the extent representing a credit previously allowed to the Eligible Hospital. Any and all fees due and payable to AmeriNet hereunder shall be computed quarterly, and Abbott shall remit payment to AmeriNet within sixty (60) days of the end of each contract quarter. NPA shall not be entitled to receive the administration fee on Product purchases for any Participating Facility which discontinues its affiliation with NPA.

**This language is difficult. It should be used only if absolutely necessary.**

TXABT 675896
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Amendments and Changes.  Any amendment to this Contract shall be in writing and signed by the parties.  No change to this Contract, including any conflicting or additional terms contained in any purchase order, acknowledgment form, or other written document submitted by Customer shall be valid or binding upon Abbott unless approved in writing by Abbott at its home office.

Arbitration.  Any disputes arising hereunder shall be resolved by binding arbitration.  Notice of demand for arbitration by a party hereto shall be given in writing to the other party.  Upon such demand, the dispute shall be submitted to binding arbitration in (Illinois) by the NHLA Alternative Dispute Resolution Service ("Services") and in accordance with the Rules of Procedure for Arbitration of the Service.  Each party shall select a person to serve on an arbitration panel from a list of arbitrators provided by the Service.  Those two arbitrators shall then select a third person to serve as member of the panel from the same list.  The decision of the arbitrators shall be final and binding on both parties.  The fees of the arbitrator selected by each party shall be borne by such party, and the fees of the third arbitrator and the costs of arbitration shall be borne equally by both parties, except that each party shall pay its own attorney's fees and related legal costs.  Notwithstanding anything herein to the contrary, either party shall be free to seek injunctive relief or other equitable remedies in any court of competent jurisdiction.

This language should be used only if absolutely necessary.

Assignment.  No duty, obligation, or performance required under this Agreement may be assigned by either party without the express written consent of the other party.  However, either party may assign this Agreement without such consent to its parent or a subsidiary of its parent.

Compliance With Laws and Regulations.  Each of the parties hereby represent and warrant to the other that throughout the term of this Agreement and any extension hereof, that such party and, in the case of Seller, the Products shall be and shall remain in compliance with all applicable federal, state, and local laws and regulations, including without limitation all applicable "safe harbor" regulations relating to group purchasing organizations and fees, discounts, and incentives paid and/or granted to group purchasing organizations and any participants therein.  Seller shall disclose to Participating Members, per applicable regulations, the specified dollar value of discounts or reductions in price.  The Parties acknowledge and agree that for purposes of 42 C.F.R. Section 1001.952(h) any reduction in the amount Seller charges a Participating Member (excluding group purchasing organization fee, such as the Administration Fee) is a "discount or other reduction in price" to the Participating Member.  Participating Members shall disclose the specified dollar value of discounts or reductions in price under any state or federal program which provides cost or charge-based reimbursement to such Participating Members for the Products and services covered by this Agreement in accordance with applicable regulations.

Seller agrees that, until the expiration of four (4) years after the furnishing of any goods and services pursuant to this Agreement, it will make available, upon written request of the Secretary of Health and Human Services or the Comptroller General of the United States or any of their duly authorized representatives, copies of this Agreement and any books, documents, records, and other data of Seller that are necessary to certify the nature and extent of the costs incurred by

TXABT 675897
Highly Confidential

Analysts' Basic Operating Procedures Manual

Participating Members in purchasing such goods and services. If Seller carries out any of its duties under this Agreement though a subcontract with a related organization involving a value or cost of ten thousand dollars ($10,000) or more over a twelve-month period, Seller will cause such subcontract to contain a clause to the effect that, until the expiration of four (4) years after the furnishing of any good or service pursuant to said contract, the related organization will make available upon written request of the Secretary of Health and Human Services or the Comptroller General of the United States or any of their duly authorized representatives, copies of the subcontract and any books, documents, records and other data of said related organization that are necessary to certify the nature and extent of costs incurred for such goods or services. Seller shall give Purchasing Partners notice immediately upon receipt of any request from the Secretary of Health and Human Services or the Comptroller General of the United States or any of their duly authorized representatives for disclosure of such information.

Confidentiality. The terms of this Contract are confidential and, except as otherwise required by law, Customer shall not disclose the terms of this Contract to any party without Abbott's written consent. Neither party shall make any public announcement concerning this Contract unless that party receives prior written approval of such announcement by the other party.

Disclosure. Any discounts, rebates, services, allowances, incentives or other price reductions issued by Abbott to (Customer) under this Contract may constitute a discount within the meaning of 42 U.S.C. Section 1320-a-7b (b)(3)(A) of the Social Security Act. (Customer) may have an obligation to properly disclose and appropriately reflect such discount, rebate or incentive to any state or federal program, which provides cost or charge based reimbursement to (Customer) for the items to which the discount applies.

Food, Drug and Cosmetic Act Guarantee. Abbott guarantees that no Product delivered hereunder is adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, as amended, or within the meaning of any applicable state or municipal law in which the definition of adulteration and misbranding are substantially the same as those contained in the Federal Food, Drug and Cosmetic Act, as said Act and such laws are constituted and effective the time of shipment or delivery, or is a product which may not, under the provisions of Section 404 or 505 of said Act, be introduced into interstate commerce.

Governing Law. This Contract shall be construed, interpreted, and governed by the laws of the State of Illinois.

Growth Dividend. Growth Dividend Language in a Contract should clearly address how products added to the Contract through an acquisition, alliance, purchase, or merger should be treated for purposes of a growth dividend calculation. For example, "Sales from any product which is already a part of Customer's portfolio, identified by National Drug Code ("NDC") number, at the time that Abbott enters into an alliance, acquisition, purchase, or merger to sell,

TXABT 675898
Highly Confidential

Analysts' Basic Operating Procedures Manual

distribute, or market such product shall be added to Customer's base and will not be counted as growth for purposes of calculating the growth dividend.

Market Competitive.  Abbott intends that the prices offered to Customer shall remain competitive with prevailing market conditions for other Abbott customers of similar volume. Such competitiveness shall be based on the aggregate prices and programs offered to Customer and other customers.  Any price adjustments required by this provision shall be allocated to the specific product categories in a manner mutually agreed upon by the parties.  If Abbott is unable to match documented, prevailing market conditions, taking into consideration all programs offered by Abbott, either party may terminate this Contract upon sixty (60) days written notice.

## Or

Market Price Adjustments.  Abbott and Mayo shall review the United States Hospital Market for the Products semi-annually or more often if necessary but not more often than quarterly.  If Abbott and Mayo agree that the prevailing United States Hospital Market prices charged to other purchasers, substantially equivalent to Mayo, by manufacturers controlling ten (10) percent or more of the affected market for the products equivalent to the Products herein, are significantly different from prices charged to Mayo hereunder, then Abbott and Mayo shall negotiate in good faith changes to prices charged hereunder.  As used in this paragraph, "United States Hospital Market" shall mean all sales of multi-source injectables products to hospitals, excluding any such sales to the United States Federal Government and any state or local governments.

## Or

Abbott shall use its best efforts to match any authorized competitive vendor's contract price quote within thirty (30) days upon receipt of written confirmation of competitive price quote to Abbott Laboratories HPD Home office.  Abbott will credit the difference between Contract price and competitive price during this period.  If Abbott is unwilling to match the competitive price offer within aforementioned time period, customer may without penalty terminate this contract, with sixty (60) days written notice to Abbott.

This language should be used only when absolutely necessary.

Notice Delivery.  Any notice required or permitted to be given by either party to the other shall be given in person or sent by first class mail, postage prepaid, and addressed to the other party at its last designated address.

Own Use.  Products purchased hereunder shall be purchased for Customer's "own use" within the meaning of the Nonprofit Institutions Act as interpreted by the U.S. Supreme Court in Abbott Laboratories v. Portland Retail Druggist Association, Inc., 425 U.S. 1 (1976), or if purchased by

TXABT 675899
Highly Confidential

Analysts' Basic Operating Procedures Manual

a non-federal government institution, shall be purchased solely for consumption in traditional government functions as defined by the U.S. Supreme Court in Jefferson County Pharmaceutical Association, Inc. v. Abbott Laboratories 460 U.S. 150 (1983).

Plant Delivery Service.  Plant Delivery Service is available for those customers who are able to receive their fast-moving products in bulk from an Abbott manufacturing site.  The Plant Delivery Service provides market-based compensation to a hospital or group of hospitals for ordering according to the program guidelines.  Compensation is calculated on the weight of the product ordered.  There are two minimum ordering levels -- 15,000 or 30,000 pounds.

# OR

Plant Delivery Service.  If Customer is accepted by Abbott as a full participant in the Plant Delivery Program, Abbott will pay Customer a market-based hundred weight compensation on all purchase orders placed under the guidelines of the Plant Delivery Program.  Abbott reserves the right to limit participation in the Plant Delivery Program to qualified hospitals.

Below is an illustration of the potential dollars that could be earned by Customer.  It does not reflect the actual compensation Customer might earn.

Combined plant delivery weight:       226,000 pounds per month
Abbott plant delivery compensation: $3.00 per hundred pounds
Plant Delivery Service:       30,000 pound minimum order level
Delivery to one location:       226,000 pounds/100 pounds x $3.00 = $6,780 per month
Annual Savings:       $6,870 x 12 months = $81,360

Because Abbott's Plant Delivery Service compensation is based on savings generated, compensation may vary depending on the ship-to location.  Abbott's Supply Channel Services is available to prepare a more detailed analysis that outlines the potential compensation that could be earned by one or more of your hospitals.

Product Addition.  Products introduced by Abbott after the effective date of this Contract shall be included under the terms of this Contract upon the mutual, written agreement of Abbott and Customer.  Prices for products introduced subsequent to the effective date of this Contract shall be negotiated by the parties in good faith and the agreed prices shall be confirmed in writing and made a part of this Contract.

Rebate Minimum.  Abbott shall only issue checks that are twenty-five dollars ($25.00) or greater.  If a Participating Member's Bonus Discount is not at least equal to twenty-five dollars ($25.00) during any Contract Year, that Participating Member's Bonus Discount shall accumulate, and shall be added to the next Contract Year's Bonus Discount amount.

Severability.  The provisions of this Contract shall be severable and if any provision of this Contract shall be held or declared to be illegal, invalid, or unenforceable, such illegality,

TXABT 675900
Highly Confidential

Analysts' Basic Operating Procedures Manual

invalidity, or unenforceability shall not affect any other provision hereof and the remainder of this Contract, disregarding such invalid portion, shall continue in full force and effect as though such void provision had not been contained herein.

Single Use Devices.  Abbott sells or distributes certain products as single-use devices, as described in instructions, package inserts, product labeling, product packaging, or contracts for such devices.  Such devices are for single use only and Abbott does not authorize customers or any other parties to re-use such devices.

ABBOTT DISCLAIMS ANY AND ALL REPRESENTATIONS AND WARRANTIES, EXPRESS OR IMPLIED (INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND AGAINST INFRINGEMENT), RELATING TO ANY SUCH DEVICE IN CONNECTION WITH ITS RE-USE.

Abbott shall not be liable for any injuries to persons or property, or for any other damages, costs, or expenses (including but not limited to consequential damages) relating to the re-use of such devices, and customer hereby releases, discharges, and indemnifies Abbott and its affiliates from and against the same.

*The Single Use Device language was created for tubing and other S&E related products and therefore may not be appropriate for Injectables Contracts.*

Sole Contract.  Upon acceptance by Abbott, this Contract shall supersede all prior agreements for the purchase of products specified herein and shall be the sole agreement between Customer and Abbott with respect to these Products.

Sole Source.  Abbott shall be the sole supplier of the Products to Customer during the Term of this Contract

OR

Sole Source.  Abbott shall become the sole supplier of the Products to Customer members effective on the expiration of the non-Abbott supply arrangements.  Upon the effective dates of such non-Abbott arrangements, this Contract shall be the exclusive Contract that Customer enters into for the benefit of its members with respect to the Products.

OR

For use with groups -
Sole Source.  Customer hereby appoints Abbott as the sole supplier of the Products, except for those previously agreed upon products.  This means that (1) this Agreement shall be the exclusive Agreement entered into by Customer with respect to the Products, and (2) Customer shall use its best efforts to establish Abbott as the primary supplier of said Products.

TXABT 675901
Highly Confidential

Analysts' Basic Operating Procedures Manual

<u>Temporarily Unavailable Products</u>.  Products unavailable due to back orders but which remain in production by Abbott are considered "temporarily unavailable" Products.  If Customer's needs cannot be met because such Products are temporarily unavailable, Customer shall first consider an alternative Abbott product to replace the temporarily unavailable Product.  The acceptability of the alternative product shall be at the sole discretion of Customer.

If Abbott cannot supply a temporarily unavailable Product or an acceptable alternative product, Abbott shall pay the Customer the difference between the Contract price and the actual purchase price of another manufacturer's product, if the following conditions are met.

- The Product is awarded solely to Abbott.  Abbott will not pay Customer for Products that are awarded to multiple vendors.
- The Product has not been marked as "Subject to Availability";
- An order was placed with Abbott;
- An Abbott backorder invoice was received;
- The alternative vendor invoice date does not precede the backorder invoice date; and
- The request for reimbursement exceeds $50.00.  Multiple requests for reimbursements may be combined to meet this requirement.

Customer recognizes that since Abbott cannot control wholesaler inventory levels, temporarily unavailable Product reimbursement provisions are limited to direct sales only and do not apply when the Product is purchased through a wholesaler.

*This language should only be used when necessary.*

<u>Discontinued Items</u>. Products included herein, which are discontinued by Abbott on an industry wide basis, shall be considered "discontinued" items.  Abbott shall only discontinue products for legitimate reason.  Discontinued items will be replaced with a mutually acceptable Abbott product.  Abbott shall not discontinue any product for the sole purpose of introducing a substantially similar product at a higher price.  If the net price for the replacement product is higher than the discontinued item, MHA and Abbott shall mutually agree on the price of the replacement item.  IF the replacements form Abbott are deemed unacceptable and acceptable products are available from another source, the Participating Facility may purchase from the alternate source for up to thirty (30) days, and Abbott agrees to remit the difference between price paid and the invoice price at the time of purchase.  After thirty (30) days, Abbott reserves the right to cancel the item.

Abbott shall use its best efforts to give MHA written notification of any item discontinuations ninety (90) days prior to product exhaustion.  If notification by Abbott is less than ninety (90) days, the price reimbursement period will be extended by a time period commensurate with the notification shortfall.  For example, if Abbott's notification is made only seventy-five (75) days

TXABT 675902
Highly Confidential

Analysts' Basic Operating Procedures Manual

prior to the planned product exhaustion, then the price reimbursement will be extended to forty-five (45) days.

## This language should be used <u>only</u> when <u>absolutely</u> necessary.

<u>Termination for Breach</u>. This Contract is made in good faith based on the assumption that early termination shall only be permissible for breach and that the proper notification of material breach and opportunity for curing the breach shall be allowed as indicated below. This Contract may be terminated by either party hereto with cause upon not less than sixty (60) days written notice thereof to the other party provided that such cause for termination is not cured within sixty (60) days after receipt of notice.

If Abbott terminates this Contract in accordance with the terms described above as a result of an uncured material breach by Customer, then Customer shall return to Abbott a pro rata amount of any conversion allowance, grants, or other incentives paid hereunder to Customer by Abbott. In addition, Abbott may pursue any and all additional remedies available to it in law and equity.

<u>Terms and Conditions</u>. Except as otherwise set forth in this Contract, the Terms and Conditions contained in the Abbott Laboratories Hospital Products Division Price Catalog in effect at the time of invoicing shall apply to this Contract.

<u>Waiver</u>. The waiver by either of the parties hereto of any breach of any provision hereof by the other party shall not be construed to be either a waiver of any subsequent breach of any such provision or a waiver of the provision itself.

<u>Contract Commencement</u>. This Contract does not become effective until executed by both parties. Customer shall sign and return two copies of this Contract to: Abbott Laboratories Inc., HPD Contract Marketing D-361 AP30 2C, 200 Abbott Park Road, Abbott Park, Illinois 60064-3537. One copy of the fully executed contract shall be returned to Customer.

<u>Contract Offer Expiration</u>. This Contract must be signed and returned within thirty days of receipt of this contract. If not signed and returned within this time frame this proposal is void.

Customer and Abbott hereby agree to the terms and conditions contained herein and have caused this Contract to be signed by their duly authorized representatives.

<u>23.0 Counterparts</u>. This Agreement may be executed in one or more originals, all of which together shall constitute only one Agreement.

<u>Medicare/Medicaid Sanctions Language</u>

TXABT 675903
Highly Confidential

Analysts' Basic Operating Procedures Manual

"To the best of my knowledge, Abbott is not included in the Medicare Cumulative Sanctions list."

OR

"In the unlikely event that Abbott becomes included in the Medicare Cumulative Sanctions list, Abbott will immediately notify

Please certify by your signature:
Signature Block

| Accepted by: | Accepted by: |
| Abbott Laboratories Inc. | Customer |

By: _____       By: _____

Title: _____    Title: _____

Date: _____     Date: _____

---

Signature Block

| Accepted by: | Accepted by: |
| Abbott Laboratories Inc. | Customer |

By: _____       By: _____

Title: _____    Title: _____

Date: _____     Date: _____

---

Contracting Constraints

1. It is outside policy to transfer title on any device upfront or prior to fulfillment of contractual obligations. This is both a business issue and a legal issue. Approval to transfer title upfront on a deal by the business unit or controller is only half of the hurdle, the other half is that the transfer must pass safe harbors and truth in lending regulations. An upfront transfer of title with a disposable or term commitment constitutes an installment loan agreement for the capital equipment - we do not have any standard boilerplate for this type of transaction. We will not develop boilerplate and cannot make an offer to a customer without legal counsel and Director of Contract Marketing approval.

TXABT 675904
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 5/2000
By: Paul McPherson

# CONTRACT MARKETING ANALYTICAL TEAM CANDIDATE PIPELINE

Contract Marketing Analytical positions are developmental positions.   As such, Contract Marketing Analysts are often promoted to district manager and product manager positions. These promotions usually occur with little warning and result in Contract Marketing positions being open for weeks or months if replacement candidates have not been identified in advance.

To maintain a pipeline of Contract Marketing analyst candidates, Contract Marketing Managers interview candidates proposed by HBS, ACCS, and Alternate Site Sales Management Teams whenever those candidates are identified.

The following is an example of a letter to the Sales Management Teams that should be sent in May each year to remind them of the Contract Marketing candidate pipeline.  (Note: the people in the example letter may need to be updated prior to mailing. To use the letter below, it should be copied to another file and updated accordingly.)

**TXABT 675905**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

 **ABBOTT**

**Hospital Product Division**

Abbott Laboratories Inc.
200 Abbott Park Road
Abbott Park, Illinois 60064-6149

May 13, 2000

TO:   HBS Area Sales Directors
      ACCS Sales Management
      Alternate Site Sales Management

RE:   Contract Marketing Analyst Candidates

Ladies and Gentlemen

Contract Marketing analysts are typically candidates for promotion to district manager and product manager positions because their Contract Marketing experience is very valuable in these positions. Consequently, Contract Marketing is usually looking to replace an analyst four or five times a year. To avoid delays in replacing analysts, Contract Marketing would like to interview candidates as we are made aware of them.

Interviewing in advance has several advantages. It helps the sales representative candidates know their skills and efforts have been recognized by their management and helps the sale representative target skills they may need to develop. Contract Marketing and sales management accrue the benefit of being able to plan and maximize the advantages and minimize the disadvantages of personnel turnover.

With these things in mind we are asking that you contact me when you identify a Contract Marketing candidate. The perfect candidate will be mature, have an excellent work ethic, be dedicated to an Abbott career, have an excellent sales record and selling skills, have an extensive knowledge of HPD and have good skills in all areas including: leadership, communication (written, oral, and presentation), contract creation and evaluation, analysis, spreadsheets, and word processing skills. Obviously, we very rarely see perfect candidates!

However, if you are aware of a sales representative with potential; a person that would benefit from being in Contract Marketing; a person that with the right kind of help could be promoted in three years or less; then we would like to interview them now.

Thank you for your attention to this matter. If you have any questions, suggestions, or representatives to nominate, please contact me.

Sincerely

TXABT 675906
Highly Confidential

Analysts' Basic Operating Procedures Manual

Mike Sellers, Director
Contract Marketing

**TXABT 675907**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 9/22/96
By: Bob Bryan

# CONTRACT MARKETING FUNDAMENTALS

It is important that Contract Marketing Analysts understand the how and why of the HPD infrastructure. To ensure that Contract Marketing Analysts get this knowledge they have a lunch discussion about every two months in which "Current Topics and Contract Marketing Fundamentals" are discussed. The following topics should be thoroughly understood by all Analysts.

Aggregate Price Change. Why do we use "aggregate price increase" language? Precedents for using or not using.

Anticipate Customer Needs (Shooting Ahead Of The Duck). Determine what the marketing manager, National Account Manager, sales representative, contract coordinator, et cetera needs as opposed to what they are asking for and provide the necessary support. The idea being that we may know more about what the situation requires, that we can get all the work done more efficiently than by doing it piecemeal, and that by getting ahead of the client we can influence their thinking.

Contract Marketing Calendar. Events in Financial Cycle and other predictable events. (Discussed 3/97).

Contract Marketing's Role With Regard To The National Account Managers, Marketing Managers, And Sales Force. What can an analyst expect to do for various customers?

Field Generated Contracts. Explain the use of "Field Generated Contracts" and how important it is that Sales Representatives do not write contracts other than those prescribed.

Free Goods Versus Other Forms Of Incentives. Discuss the value of free goods versus credits, checks, discounts.

Government Pricing. By law, government pricing is required to be equal to the low price. How do we manage this? What are the implications of non-compliance?

Grants: Discuss grant requirements and the implications of grants with respect to Safe Harbors regulations.

Impact Goals. Describe the impact goal process. (Discussed 12/97).

Internet Policy. Hackers use key word searches to identify valuable information. It is important that we not send contracts and spreadsheets via the internet.

Management Style. Sadaam versus Mother Theresa; individual contributor versus manager. (Discussed 3/97).

Margin Calculation. Gross (invoice) revenue minus items for which we accrue equal net revenue. Cash payments and other costs add to total cost. Net revenue minus total costs equal margin dollars; margin dollars divided by net revenue equals margin percent.

MedEcon Regional Cooperative Strategy. Describe the MedEcon Cooperative strategy, what we must do to maintain it, and how it relates to other MedEcon issues and other groups.

Merit Budget Process. Describe the merit budget process. (Discuss in September)

TXABT 675908
Highly Confidential

Analysts' Basic Operating Procedures Manual

Planning Process.  A discussion of the planning process - Plan, April Update, August Update, the importance and timing of providing price assumptions to the marketing teams, ensuring that changes that affect the Plan are communicated and approved broadly before the changes are made.

Presentation Formats.  The importance of providing data to Marketing Managers and National Account Managers in a consistent, concise format that they will recognize and be able to review quickly.

Process Checks.  Errors creep into our system.  What proactive steps can we take to avoid them. What reactive steps should we take to identify and correct them?  How can we ensure that the data we use to initiate our analyses are correct?

Profit and Loss Statements - P&L's.  Discussion of P&L's, standard margin, factory cost, SG&A, Distribution margin and how they figure in our decision process.

Proprietary (Exclusive) Price Strategy.  Why we price proprietary and exclusive products differently.  The importance of maintaining that strategy with all customers.

Rapport Building.  Is it reasonable to concede price to a group purchasing organization to build rapport in anticipation that the group will then award additional business to Abbott.

Senior Contract Marketing Analyst - Advancement.  Prerequisites for Contract Marketing Analyst, requirements for Senior Contract Marketing Analyst.

Supporting the Sales Force and the National Account Managers.  Preserve the core of our contracts and support the sales force at the same time?

Novation.  Describe the Abbott - Novation relationship, how we maintain it, the impact of revenue sharing, and its impact on other contracts.

Written Communication Standards.  Describe Contract Marketing's need for standards and the impact of letting them slip.

TXABT 675909
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 8/07/97
By: Matt Hanley

# CONTRACT NUMBER

The Contract Number is a unique alpha-numeric number assigned to Contract Marketing contracts. It contains six digits and is sequentially generated.

CAS, Contract Administration System
CAS contract numbers are generated by the system in numerical order as contracts are implemented. These contract numbers are ten digits long (example: 0000056789) and have no "intelligence" to the number. During the conversion to CAS, existing contracts (with a twelve digit contract numbers) were assigned new CAS ten digit contract numbers. In CAS it is possible to search for the new contract number by using the old twelve-digit contract number. (see CAS training manual)

**TXABT 675910**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 5/9/97
Written By: Mike Casper

# CONTRACT PAYMENTS

Future HPD contracts that involve front-end payments will include specific wording as to recovery in the event of early termination. This wording is required for HPD to capitalize the payments and amortize them over the contract term. We do not believe that customers will object to this contract wording. If we find a situation where a customer objects and the up-front payment is significant, we will expense the payment as well as any future committed payments at the time of signing the contract.

SUBJECT:    Front-End Contract Payments
We have identified an approach that provides further support for HPD's practice of capitalizing up-front contract payments.   The following provides background information as well as recommended future practice.

These up-front payments are made in lieu of lower invoice prices and can be summarized into three categories:
1.  Signing Bonuses: These payments are typically made to existing customers to entice them to sign a new contract with HPD. The new contract extends the number of years the customer has committed to buy from HPD.  The payments are normally based on a dollar amount per census bed.
2.  Conversion Allowances: These payments are normally made to a hospital or hospital system that presently is under contract with a competitor.  The payments are intended to cover the cost to the hospital of converting to HPD products.  These costs may include liquidating damages paid by the hospital to our competitor.  These payments are often times based on a dollar per census bed calculation or may be supported by a billing from our competitor for liquidating damages.
3.  Grants: These payments are typically for a specified use by the institution offered in return for signing a contract.  Payments may be one-time at the beginning of the contract or annually throughout the duration of the contract.

HPD's practice is to capitalize these payments and amortize them over the term of the contract or over one year if the payments are annual.  Our challenge is to determine whether this practice is in accordance with GAAP or whether we should be expensing these costs at the time of signing the contracts.

Our practice is clearly consistent with the concept of matching expenses with revenues. The revenues are received relatively evenly over the term of the contract and therefore amortizing these costs over the same time period provides for good matching. The question is whether the costs capitalized represent a realizable asset.

**TXABT 675911
Highly Confidential**

Analysts' Basic Operating Procedures Manual

Our position that these assets are realizable is based on our ability to recover these investments if the related revenue stream did not materialize. Most of our contracts are silent as to recovery of these up-front payments. Our legal counsel's position is that we would potentially be able to recover damages under the Uniform Commercial Code. The only question is whether we could support these up-front payments as damages. Counsel was unable to find legal decisions to either support or refute our position. In the few instances where a customer attempted to break a contract early, Charlie Mitchell indicated that we included these payments in our claim for damages. Legal counsel believes we would have a good case for recovering the un-mortized portion of these payments as damages.

We asked legal counsel if we could improve our position with contract wording specific to these payments. Legal counsel believes our position could be significantly improved with contract wording included in the Attachment.

In addition, we are developing a template for determining damages. This template includes recovery of un-amortized up-front payments and will be used in future negotiations with customers who express an interest in contract termination.

I reviewed the foregoing with Mike Kelly of Arthur Andersen. His reaction was that our position of capitalizing these payments was supportable particularly with the new contract wording.

In summary, we believe that our past practice is supportable. The changes we plan to make in contract wording and standardizing the determination of damages will strengthen this position. Let me know if you would like to discuss this further.

1. <u>Termination for Breach</u>. This Contract is made in good faith based on the assumption that early termination will only be permissible for breach and that the proper notification of material breach and opportunity for curing the breach will be allowed as indicated below. This Contract may be terminated by either party hereto with cause upon not less than sixty (60) days prior written notice thereof to the other party provided that such cause for termination is not cured within sixty (60) days after receipt of notice.

If Abbott terminates this Contract in accordance with the terms described above as a result of an uncured material breach by [Account Name], [Account Name] shall return to Abbott a pro rata amount of any conversion allowance, signing bonus, or other incentives paid hereunder to [Account Name] by Abbott. In addition, Abbott may pursue any and all additional remedies available to it in law and equity.

**TXABT 675912**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 5/2000
By: Paul McPherson

# CONTRACT PROPOSALS, PRODUCT ADDS AND CHANGES

Representatives in need of analyst assistance in creating a contract proposal should set up a phone meeting with their assigned analyst so the analyst can set aside the appropriate amount of time to adequately address all issues prior to drawing up the proposal.

Our department goal is to mail or fax an actual contract proposal to the representative no later than 5 days after their request is received.   However, this date can be negotiated based on customer need and the analyst's workload.

Although the Coordinator is supposed to determine whether or not the customer has access to contract pricing for the products requested, many Coordinators are on different points of the learning curve.  Therefore, it may be necessary for the Analyst to confirm whether or not the customer has existing pricing.  If the Customer has access to contract pricing, there is rarely a need to duplicate the product on another contract

Fill-in Contracts
These are not permitted at groups.  We require a sole-source award on all our contracts.  When a group does not award us a product on a sole-source basis there usually is not a good reason to put the product on contract with them.  The group and salesperson may want to capture sales and thereby get management fees and sales commissions when the group's primary supplier is out-of-stock.   Our objective is to capture competitive out-of-stock situations through our RxLink contract.

Fill-in contract for individual accounts are permitted where the Analyst or sales representative is confident that the fill-in contract will not be used as a back-up supply, but will be used as a primary award because the account desires to purchase Abbott product that is not on its group contract.

Term Length
As a general rule, the objective is to secure the business for as long as reasonably possible.  The analyst needs to make certain that price-change language allows for market conditions.   For example, certain exclusive products should have the ability to have their prices adjusted annually to market pricing.

Sole versus Dual Source
Also as a general rule, D/DDS contracts should only be offered as a sole source award.  If the customer demands a dual source (or secondary supply) contract, then the Analyst should take that fact into consideration when developing the contract pricing and other terms and conditions. However, the analyst must consider the likelihood of an Abbott product being discontinued

**TXABT 675913**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

during the contract term.  If such a possibility strongly exists, the analyst may want to include language in the contract relating such as "subject to availability".  In addition, the analyst must be aware of any "Failure To Supply" language that may be included in the contract.

<u>Product Adds/Changes</u>
The Contract Marketing department has tens of thousands of contracts in existence.  The department's objective is to minimize the increase in this number while still growing our business.  Therefore, if a customer has an existing injectables contract, our preference is to add new products requested to a similar existing contract rather than to create an entirely new contract in the system.  Most of our sales representatives understand this fact and see the value of minimizing the number of potential contracts an account has with HPD.

The attached REQUEST FOR CONTRACT and PRODUCT ADD FORM should be utilized by the sales representatives to request that products be added to contracts. The representative is responsible for completing the form accurately, meaning that the representative should identify the customer's current group affiliation, identify the contract to which they would like the product to be added, and suggest a price that they would like the analyst to authorize.

TXABT 675899
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 10/20/96
By: Bob Bryan

# CORPORATE PAYROLL ON-LINE MANUAL

Corporate Payroll has completed a manual that explains the thirty topics about which they are questioned most frequently.  Such as "What does FICA - OASDI mean on my check/earnings statement?" "What is the maximum FICA deduction to be withheld in 1996?" and "What does edit code number 23 mean on the TACR50, and should I do anything regarding this code?"

By focusing on the most frequently asked Payroll questions in an easy to read format, this manual gives managers and employees the information they need.

The manual can be accessed via MS Mail Shared Folders under Corporate Payroll Q&A.

TXABT 675914
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 1/24/95
By: Bob Bryan

# CORPORATE PRICE FILE

Each division (HPD, PPD, ADD, Ross) maintains part of the product price file.  A record of each price break and each sales size is maintained.   HPD sells most items in case quantities.  Therefore, HPD also maintains a singles record for returns and credit memos.   Singles records are not used to generate invoice data.

Updating is performed daily.  Each entry is unique and has an unique price select code array that can have as many as nine rate codes per listing.

**TXABT 675915**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 4/2000
By: Paul McPherson

## CORRESPONDENCE STANDARDS

The following standards have been defined by the corporation and by Contract Marketing to ensure a professional, consistent, recognizable appearance.  All correspondence should conform to these standards.  <u>Rules For Writers</u> will be the department standard except for those standards defined below.

<u>Letterhead</u>
1.  Abbott letterhead: This letterhead is used for correspondence going to outside customers. Please use the second page letterhead with only the Abbott A in the upper left corner.



**Hospital Products Division**

Abbott Laboratories Inc.
Abbott Park Road
Abbott Park, Illinois 60064-6149

2.  Contract Marketing letterhead: This letterhead is for internal use only; for example, sales force mailings.  It should not be used for correspondence that is intended to go outside the company.



Abbott
Laboratories
Hospital
Products
Division

3.  InterOffice correspondence: Please note the logo in the upper left corner and complete the sections for name, department name, department number, building, and phone extension.

TXABT 675916
Highly Confidential

Analysts' Basic Operating Procedures Manual



|  | **FROM** | Name |
|---|---|---|
|  |  | Dept Name |

**INTEROFFICE CORRESPONDENCE**   **DEPT:**   **BLDG:**   **EXT:**

**TO:**                        **DATE:**

**CC:**

**RE:**

The letterhead templates are available from the department secretary.

<u>Common Problems</u>.
- Many contracts refer inappropriately to the "Hospital Products Price Catalog". That document is correctly referred to as the Hospital Products Division Price Catalog.
- Some field generated contracts inappropriately have a dollar sign ($) as the last character in a line of text followed by a blank (indicated by underscoring) at the beginning of the next line. Keep the dollar sign and the blank on the same line.

<u>Editing</u>. All text should be spell checked and read before printing. Using the Word Grammar check is advised. To access Grammar, use Tools, Grammar. Extra effort should be made for all documents to be proofed by someone other than the principle typist or author to check for errors.

<u>Fonts</u>. Arial 11 point is the standard font. Headings should be 14 point, fully capitalized, bold, and underlined.

<u>Footer</u>. Correspondence footers should contain the path and file name, page number of pages, and an automatically generated date. The footer should be in Arial 8 point. The date may be omitted if necessary.

<u>General</u>.
- Short is better! "in the event" is "if"; "at the present time" is "now".
- Registry and Trademark symbols should be superscripted. Example: [®], [™].

<u>Margins</u>.

|  | <u>Left</u> | <u>Right</u> | <u>Top</u> | <u>Bottom</u> |
|---|---|---|---|---|
| Abbott letterhead | 1.00 | 1.00 | 1.0 | 1.0 |
| Contract Marketing letterhead | 1.00 | 1.00 | 1.0 | 1.0 |

**TXABT 675917**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

    InterOffice correspondence      1.00     1.00    1.0    1.0

<u>Paragraph Alignment</u>.  Use full justification and autohyphenation throughout the body of the text. However, look for inappropriate hyphenation, for example In-Source.

<u>Presentations</u>.  Presentations are not included in these guidelines to avoid creativity limitation.

<u>Punctuation</u>.
- Two spaces after colons and end-of-sentence punctuation.
- At least one space between words and underscoring.  Example: Customer _____.
- Don't underscore end-of-sentence punctuation.

<u>Sales Force Communication</u>.  The following guidelines should be used when writing to the sales force.
1. Place the date in the upper right corner.
2. Place a product group indicator in the lower right corner.  The purpose of the group indicator is to assist the sales force in organizing the Abbott mail.
3. Each memo should have a summary box that contains a brief synopsis of the mailing that will coincide with the summary section on the Mail Call Report.
4. If there is a date that the communication can be discarded, it should be indicated in the summary box.
5. Each area may use its own distinct letterhead.
6. Shading does not copy well.  Documents that are to be duplicated should not include shading. If shading is used, quality checks are very important.

**TXABT 675918**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 12/3/97
By: Bob Bryan

# CROSS-REFERENCE FILES

Cross-reference files are extremely difficult to develop and maintain. If a cross reference is needed for a conversion it is imperative that the Sales Force develop it. This is because many judgment calls are required that must be explained to the customer. Invariably when Contract Marketing produces a cross-reference there are problems. Therefore the first rule with regard to cross-references is that the sales force must develop their own.

Contract Marketing has developed cross-reference files for several product lines including: intravenous solution and equipment, limited med-surg products, and limited injectables. These files can be found at p:\_resourc\crossref\.

The IV Solution and Equipment file, "ivcross2.xls" is an excellent reference for solutions because it shows solutions in generic descriptions that can be used for Abbott, Baxter, and McGaw. This file contains an "exact match" column and a "best guess" column for over a thousand list numbers.

The other cross-reference files are not as extensive. However, before developing a new file, analysts should check to determine if the cross-reference they need is already complete.

TXABT 675919
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 3/2/98
By: Bob Bryan

# CUSTOMER IDENTIFICATION NUMBERS

Other organizations identify our hospital customers by number: the American Hospital Association (AHA) creates the AHA number and the Drug Enforcement Agency (DEA) creates the DEA number. Another widely used number is the Health Industry Number, HIN.

These numbers can be used to collect and synchronize data from various sources. For instance, operating room data are available from SMG but not from AHA. Because operating room data and surgeries are important to the sale of Ultane we need to get these data synchronized even though they come from two different data bases. The DEA number can be used to bring the data together since the Business Support Group can get the DEA number for each AHA number. Additionally, customers ordering products directly from Abbott must have one of the following numbers (or licenses) DEA, Wholesaler/Distributor, or Pharmacy license.

The American Hospital Association provides an annual report on its membership in a directory (the AHA Guide to the Health Care Field) and electronically. These data, provided voluntarily by each AHA member, are invaluable to HPD.

The AHA number is a unique identifier that is used to link an AHA member's ship-to and bill-to customer numbers to track sales. This relationship is maintained by the sales services department.

Institutions not listed in the AHA survey are assigned a number. All AHA assigned numbers contain seven digits and begin with a 6. Numbers assigned by Abbott contain seven digits and start with a H or a M.

The second digit indicates region. The third and fourth digits indicate the state. The last four digits are the hospital number.

Bill-to Customer Number
"The one who pays". The Abbott customer number that receives the invoice. Products for a single customer may be shipped to several different addresses each with a different ship-to customer number. However, the invoices may be sent directly to the customers accounts payable department or another department designated in the bill-to customer number.

Ship-to Customer Number
This section needs to be written

Hospital Number

**TXABT 675920**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

The hospital number (HNO) is a "minigroup" number that aggregates several ship-to customer numbers under a single key.  For example: HNO 1799 has four ship-to customer numbers

| | |
|---|---|
| 09-5033-7 | Barrow Medical Center Pharmacy |
| 27-2514-5 | Winder Barrow Hospital |
| 27-2575-2 | Winder Barrow Hospital Pharmacy |
| 79-7059-1 | Barrow Medical Center |

All four are in Winder Georgia.

TXABT 675921
Highly Confidential