Analysts' Basic Operating Procedures Manual

Date: 1/7/00
By: Francis Humann

# DEALS

Deals are an important part of Abbott's everyday life.  We commonly use them to introduce products and to increase sales among slow moving products.  They are also used to assist the field organization at the end of campaigns and as a way to effect temporary price reductions at individual accounts.  National or regional deals are set-up by marketing managers while account specific deals are set-up analysts.  In the case of the latter, approval needs to be received from the analyst's manger and the relevant Marketing Manager.

TXABT 675922
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 8/14/97
By: Craig Theriot

# DAMAGES AND DIVERSION

Any request for a contract buyout from a customer, district manager, or sales representative should be viewed as an extremely serious request. There is a formal protocol that has long been in effect for Solutions & Equipment and EDDS/Pain Management Technologies damages. This procedure has Abbott Legal Department approval and is felt to put the Company in the best possible position if we go to court to sue for contract breach.

> No damages figures are to be communicated either orally or in writing without following this procedure. This applies to all contracts including EDDS deals.

Situations in which decision makers outside the department feel their situation does not merit the formalized communication process should be referred to a manager for resolution.

### HOSPITAL PRODUCTS DIVISION
### CONTRACT BREACH - LEGAL RESPONSE
### POLICY / PROCEDURE

The following states the Divisional policy and outlines the procedure that is to be followed by all HPD and Corporate Partnership personnel when notified of a customer's actual or intended breach of an existing contract, covering HPD products or services.

1. Any HPD employee that becomes aware of an actual or potential breach of contract should immediately contact the Contract Marketing Manager responsible for the involved product area. Under no circumstances is HPD Division Counsel to be contacted directly.
2. Once notified, the Contract Marketing Manager will:
   - Contact the appropriate Field Sales management to obtain "account status information" and field recommendations - to build a "key issue sheet".
   - Notify the following personnel.
     Director, Contract Marketing
     Vice President, Commercial Operations
     Vice President, HPD Field Sales
     Area Sales Director
     Division Counsel
   - Gather all appropriate contract documents and assess dollar value of potential damages according to the algorithm below
   - Brief the Vice President, Commercial Operations and Vice President, HPD Sales on "Key Issues / P&L". Discuss wording and positioning of the first letter.
   - Prepare and send the first letter properly modified to fit the situation.

TXABT 675923
Highly Confidential

Analysts' Basic Operating Procedures Manual

3. If the first letter is not successful, Field Sales management should contact the Contract Marketing Manager with an account update and recommendations. The Pricing Manager will then:
   - Advise appropriate personnel of current status.
   - Review strategy with the Vice President, Commercial Operations and the Vice President, HPD Sales and determine wording and positioning of the second letter.
   - Prepare and send the second letter properly modified to fit the situation.
4. If the second letter is not successful Field Sales management should contact the Pricing Manager with an account update and recommendations. The Contract Marketing Manager will then:
   - Advise all appropriate personnel of current status.
   - Contact Corporate Partnership to obtain a reading on potential impact on other divisions, if HPD were to pursue litigation.
   - Conduct a briefing session before the President HPD, Vice President Commercial Operations, Vice President HPD Sales, Division Counsel, and Director HPD Contract Marketing. Review wording and positioning of letter number 3 properly modified to fit the situation.
- If letter number 3 is not successful, the Contract Marketing Manager will be responsible for invoicing account for damages. <u>All invoices require review by, and approval of the Director of Contract Marketing, the Controller for FP&A, and the Assistant Division Controller.</u>
   - An analyst can trigger the invoicing process by E-Mailing the Contract Coordinator who has customer responsibility for the account in question. It is important to also copy the Contract Coordinator's Group Leader and Manager. Since the procedure for invoicing is rarely used, the Contract Coordinator will most likely need the support of their direct supervisor.
      - The Contract Coordinator will contact our Credit Department to establish an invoice with a "dummy" customer number. (This dummy number is a new customer that is used to help the credit department to track the payment.)

(Jennifer please prepare a section detailing the calculation of damages.)

## HOSPITAL PRODUCTS DIVISION
## DIVERSION - LEGAL RESPONSE
## POLICY / PROCEDURE

The following states the Divisional policy and outlines the procedure that is to be followed by all HPD and Corporate Partnership personnel with respect to product diversions.

1. Any HPD employee that becomes aware of an actual or potential diversion of products is obligated to immediately contact the Contract Marketing Manager or Analyst responsible for the involved product area.
2. Representatives should not alert Customers to their suspicions unless directed to do so by home office management. The account may be under investigation by authorities and notification may jeopardize the investigation.
3. Once notified, the Contract Marketing Manager/Analyst will:

TXABT 675924
Highly Confidential

Analysts' Basic Operating Procedures Manual

- Contact the appropriate Field Sales management to obtain necessary facts.
- Notify the following personnel:
- Director, Contract Marketing/Administration
- Vice President, Commercial Operations
- Vice President, HPD Field Sales
- Area Sales Director
- Division Counsel
- Chief of Corporate Security

4. After input from the above, Contract Marketing will draft a letter to the Customer.
5. Vice President of Sales, Vice President of Commercial Operations and Division President, are to approve final draft.
6. Issue letter number 1 properly modified to fit the situation.
7. If there is no customer response within 60 days, legal will issue a second letter, repeating the steps above. The second letter will put the account on notice to cease action and sign a separate contract or we will terminate the agreement.
8. If there is no customer response within 30 days, Contract Marketing will pull prices and notify the customer of agreement termination and any penalties sought.

DIVERSION - DEFINITION

Diversion is the movement or sale of a product from its intended channel of distribution into an unauthorized channel. It is a serious problem in the medical supply industry that usually results in adverse financial effects to an innocent party and is illegal.

A frequent form of diversion occurs when a Customer purchases a product at a preferential price and then resells or distributes that product to another party who would otherwise be unable to obtain the product at the special price offered to the original purchaser.

The Robinson-Patman Act prohibits sellers from engaging in price discrimination and exposes a purchaser to liability for knowingly inducing or receiving a discriminatory price that is prohibited under the act. Diversion of Abbott HPD Product could have a serious and detrimental impact on HPD's business and implicate Abbott in discriminatory pricing that is prohibited by the Robinson-Patman Act.

Abbott HPD Representatives are responsible for disclosing any knowledge they have concerning product diversion to Contract Marketing/Administration. The following examples illustrate some of the most common types of diversion and should assist you in recognizing potential diversion of product:

1. Hospital A purchases product for its own use then resells or gives that product to a non-related entity such as hospital B, a retail pharmacy or alternate site care clinic.

Each Abbott HPD Hospital Sales Contract contains a certification from the Customer that the Customer will use the products purchased for its "own use" on its premises in the care and treatment of patients as outlined by the Supreme Court's decision in Abbott et al vs. Portland Retail Druggist Association. Enforcement of this agreement is essential to

TXABT 675925
Highly Confidential

Analysts' Basic Operating Procedures Manual

prevent the diversion of our products to other channels of trade and protect Abbott from discriminatory pricing practices.

2.    Hospital A purchases product for use in the hospital and resells that product to a walk-in buyer at a hospital pharmacy.

A hospital that sells product purchased for its own use to walk-in buyers (even if they are former patients) who seek to purchase product at a hospital pharmacy instead of a commercial pharmacy, are violating the "own use" provision of their agreement. Such hospital should have a separate contract for its hospital pharmacy.

3.    Hospital A dispenses product purchased for its own use to a physician member of the medical staff for use in a private practice.

Use of hospital product in private practice does not constitute own use as defined above.

4.    Hospital A, sells product to a distributor who then resells product to customers in either the domestic or international market.

Not only is Hospital A in violation of the own use provision of its agreement but it is also providing the distributor, which purchases these products at preferential pricing, with an unfair advantage over its competitors. Furthermore, the international market differs considerably from the domestic and should be handled by Abbott International.

5.    Hospital A purchases product for its own use but utilizes these products in its Homecare operation.

Diversion may occur when a hospital utilizes products purchased under the hospital contract in its homecare operations. Any situation involving the use of Abbott products by a hospital in a homecare operation where the hospital does not have a homecare contract, should be reviewed by Contract Marketing. The hospital should have two contracts - one for its normal hospital purchases and one for its homecare operation.

Please remember that the foregoing are offered as examples of the most prevalent types of product diversion but are not meant to be an all inclusive list. It is the Abbott HPD Representatives' responsibility to report all transactions or incidents that are suspected to be related to product diversion. To do otherwise, jeopardizes Abbott Laboratories Inc. as well as the Sales Representatives' position with Abbott Laboratories Inc.

**Calculation of Electronic Drug Delivery and Pain Management Technologies Damages:**

**Prepared by: Brian Mudrick**
**Approved by: David Fishman, Counsel to HBS Contract Marketing and**

TXABT 675926
Highly Confidential

Analysts' Basic Operating Procedures Manual

**Wes Juda, Manager EDDS and Solution and Equipment, Contract Marketing**
**August 29, 1997**

**Objective:** When calculating these damages the overriding goal is to be accurate in calculating future and historical Lost Profits. In addition, all infusers will be returned to Abbott and a recertification fee will be charged to customer.

## Damages

- "Owe Us" Lost **Future** Profit and Lost **Historical** Profit due to under utilization (if any).
- Plus Recertification fees on equipment:

| Device | Amount |
|--------|--------|
| Plum XLM | $ 545 |
| Plum 5000 | $ 734 |
| Plum XL3M | $1,633 |
| Omni-Flow | $ 659 |
| PCA | $ 503 |
| APM | $ 539. |

- Any pro-rata amount of 'Grant' or 'Buyout of Competitive Devices'.

## Process

- Action Starts **Only** when Contract Marketing receives letter from customer requesting damages or notifies Abbott of intent to leave the agreement.
- 'Run' Sales History
- Make Assumptions on Past Sales History - Check Usage (If Needed)
- 'Run' a Profit Model: Future (and Historical) Lost Profit
- Calculate annual anniversary price increases
- Under utilization - Revenue minus Disposable Cost

**TXABT 675927**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

LEGAL LETTER NUMBER 1

# ⊐ABBOTT

Hospital Products Division
_____

Abbott Laboratories Inc.
200 Abbott Park Road
Abbott Park, IL  60064-6149

Date

Dear Customer:

I have been advised by our (insert title, probably District Manager or Area Sales Director), Mr., Mrs. or MS _____, that your hospital has taken steps to discontinue purchasing _____ products that are currently under contract with Abbott Laboratories Inc. The purpose of this letter is to request that you reconsider this decision.

Abbott has historically prided itself on its quality of product, level of personal service, and commitment to our customers.  When apparent dissatisfaction exists, as in this case, we ask for an opportunity to address the specific issues that may be in question.

I am confident this matter can be resolved to our mutual satisfaction.  Toward that end, I will take the liberty to contact your office on _____, in hopes to discuss this matter further.

Best Regards,

_____

Sales/Marketing

TXABT 675928
Highly Confidential

Analysts' Basic Operating Procedures Manual

LEGAL LETTER NUMBER 2

# ⊐ABBOTT

Hospital Products Division

Abbott Laboratories Inc.
200 Abbott Park Road
Abbott Park, IL 60064-6149

Date

Dear Customer:

As previously communicated in my letter dated (letter #1), your decision to stop purchasing under our current contract covering _____ products, dated _____, was and continues to be of great concern to Abbott Laboratories Inc.

Due to an absence of resolution and your continuing intent to breach the above referenced contract, unfortunately, we have no option other than to outline the financial liabilities per the terms and conditions of the existing agreement. Therefore, based on a formal breach of contract, your organization will be liable for an estimated $_____ in damages should you breach the contract.

It is my hope that we can come to some understanding that will be mutually beneficial. With that objective, I will contact your office to establish a convenient meeting time where we may discuss this letter and more importantly review possible options that will satisfy both our interests.

Regards,

_____

Sales/Marketing

TXABT 675929
Highly Confidential

Analysts' Basic Operating Procedures Manual

LEGAL LETTER NUMBER 3

# ⊇ABBOTT

Hospital Products Division
_____

Abbott Laboratories Inc.
200 Abbott Park Road
Abbott Park, IL  60064-6149

Date

Dear Customer:

By letters dated _____ and _____, (name of hospital) was advised that it had a firm and binding contract with Abbott Laboratories Inc. to purchase _____. (name of hospital) does not have any right to terminate this contract prior to its expiration date of _____.

If your hospital discontinues purchasing _____ products from Abbott Laboratories Inc., your hospital will be in breach of its contract, and Abbott Laboratories Inc. will incur a substantial amount of damages (or $ _____) for this lost business.  If you do breach your contract, Abbott Laboratories Inc. is fully prepared to initiate appropriate legal proceedings to enforce our legal rights.

We trust you understand that Abbott Laboratories Inc. desires to maintain your business and is not interested in becoming involved in protracted and costly litigation.  However, we strongly believe that we have a valid and binding contract with your hospital and that it is not unreasonable for us to expect your hospital to honor its obligations under this contract.

We ask that _____ Hospital reconsider its decision to discontinue purchasing _____ products from Abbott Laboratories Inc. and request that you give us written assurance that _____ Hospital will honor its contract with Abbott Laboratories Inc.

Regards,

_____

Legal Department

TXABT 675930
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 4/25/95
By: Bev Schiavone

# DELPHI CANNED QUERIES

Here is a list of "canned" Business Objects queries available in the Delphi Universe that can be exported from the repository. Each query has a report document associated with it, with a similar format to the STAR report with the same name.

To make the queries more generic, there weren't many conditions added to the queries. If you want to report on data more specific to your needs, modify or duplicate the query and add your conditions.

If you have any questions please call me at 7-4529 or Mike Zientara at 8-4697.

AXRASCM1   Sales by Account with Shipto and Contract Totals by Month
           Select by: Account Number, Month(s), Sales Source Id(s)

AXRASCM2   Sales by List Number Sale Size by Month for a Specified Account
           Select by: Account Number, Month(s), Sales Source Id(s)

AXRUDAAM   Sales by Account by Product Subgroup by Month
           Select by: Account Number, Month(s), Sales Source Id(s), Account Territory
Type
***   This query should actually be for Aggregations. However, since they are not in Business Objects yet the query was created using Product Subgroups.

AXRUDLSM   Sales by Shipto by List Number Sale Size by Month
           Select by: Shipto Number(s), Month(s), Sales Source Id(s), Shipto Territory Type

AXRUDSM    Sales by Shipto
           Select by: Shipto Number(s), Month(s), Sales Source Id(s), Shipto Territory Type

PXRUDLM    Sales by List Number Sales Size by Rolling 12 Months
           Select by: Product List Sale Size Number, Rolling Year, Sales Source Id(s)

PXRUDLM3   Sales by List Number Sales Size by Rolling 3 Months
           Select by: Product List Sale Size Number, Rolling Quarter, Sales Source Id(s)

PXRUDLMF   Sales by List Number Inventory Code by Rolling 12 Months
           Select by: Product List Inventory Code Number, Rolling Year, Sales Source Id(s)

SARAIL     Accounts (AHA and Non-AHA ) with Shipto Membership

TXABT 675931
Highly Confidential

Analysts' Basic Operating Procedures Manual

Select by: Account Territory, Shipto Territory Type

SARAIL2    Non-AHA Accounts with Shipto Membership
Select by: Account Territory, Shipto Territory Type

SARANSR    AHA Accounts with Shipto Membership
Select by: Account Territory, Shipto Territory Type

SARSTAR1    Sales Dollars by Territory with Account and Product Subgroup Totals by Month
Select by: Territory, Month(s), Sales Source Id(s)
\*\*\*   This query should actually be for Aggregations.  However, since they are not in Business Objects yet the query was created using Product Subgroups.

SARSTAR2    Sales Units by Territory with Account and Product Subgroup Totals by Month
Select by: Territory, Month(s), Sales Source Id(s)
\*\*\*   This query should actually be for Aggregations.  However, since they are not in Business Objects yet the query was created using Product Subgroups.

TXRCSCO1    Contract Sales by Buying Group by Month for a Specified List Number
Select by: Month(s), Sales Source Id(s), List Number
\*\*\* Run this query for Contract Sales only.  It is not set up to run with Shipto Sales.

TXRCSCO2    Contract Sales by Contract Owner (Billto) by Month for a Specified List Number
Select by: Month(s), Sales Source Id(s), List Number
\*\*\* Run this query for Contract Sales only.  It is not set up to run with Shipto Sales.

TXRCSCO3    Contract Sales for NO VALUE Contract by Month for a Specified List Number
Select by: Month(s), Sales Source Id(s), List Number
\*\*\* Run this query for Contract Sales only.  It is not set up to run with Shipto Sales.

TXRTSCR    Sales by Contract by Month
Select by: Contract, Month(s), Sales Source Id(s)

**TXABT 675932**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 12/17/99
By: Francis Humann

# DEPARTMENTAL CONTRACT TRACKING

**Anniversaries**

Anniversaries are given to the Analytical Assistants by Pam Hansell's Support Staff. Analytical Assistants process all individual anniversaries and distribute group anniversaries among the analysts. All S&E contract files are pulled from the file room. Injectable contract files are not pulled unless specifically requested by the Analytical Assistant or analyst. (Keep in mind that not all files are available from the file room -- check with Contract Coordinator if file cannot be found.) Injectable Analysts are expected to keep a copy of their respective NAM represent group contracts at his/her desk, along with all relevant addendi. Anniversaries are pulled 120 days before the anniversary date, excluding NAM groups or any anniversary that is an exception to this general rule. If an anniversary is needed earlier than the 120 day lead time, it is the responsibility of the analyst to make sure that the anniversary is processed on time.

**Bids**

Analysts need to return bids to the Analytical Assistant by the "Pricing Due Date" indicated on the Bid Worksheet (blue form). This is necessary to ensure that our department policy is met. The policy is to have bids at the account 24 hours before bid opening.

**Proposals**

Proposals are summarized each month by the Analytical Assistant. Each analyst is to provide the Analytical Assistant with the number of proposals requested of him/her and the number completed within the negotiated time. analysts will include the following as proposals:

- Major Revisions
- New Proposals
- Amendments/Addenda
- Price Revisions

**TXABT 675933**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 4/1/97
By: Jon C. Best

# DESIGN-A-SET/TRAY PRICING

Contract Marketing has various pricing strategies for each business unit. Most pricing questions should be routed to the appropriate analytical group. Two exceptions are Design-A-Set (DAS) and Design-A-Tray (DAT) product pricing. Each pricing question should be routed to Sue Geddes or Roger Verne who communicates with Jim Sizer and Arlene L'Italian in the Laurinburg, North Carolina plant. Sue works directly with Jim Sizer for pricing of all DAS products and Roger Verne works with Arlene L'Italian for all price estimates for DAT products.

Most DAS and DAT products are represented by a five (5) digit list number that is not found within parameter and factory cost pricing lists.

Since these products represent Abbott specialty (Custom) items, we have to work closely with manufacturing to determine price based on production run efficiencies. Annual product usage is an important consideration when Laurinburg determines DAS and DAT pricing. These prices are then offered on a committed volume contract basis only. Customer must purchase the entire volume of product contracted for during each contract year.

On the other hand, if other accounts use up the stock under that contract, our committed account is left without product and Abbott has to delay production to reset the manufacturing lines to produce more DAS/DAT product.

The Design-A-Set and Tray programs are designed to assist our Customers with unique clinical needs. To that end, Contract Marketing is responsible for maintaining the integrity of accurate manufacturing volumes and higher profit margins associated with these product categories. Any rebates, grants, or other programs are not advised with respect to these products and conflict with our marketing and contracting strategies. If it becomes necessary to offset the cost of the custom product, be sure to gain the approval of Arlene L'Italian, Jim Sizer, Mike Sellers.

Should any rebate/discount program be approved, make sure that the appropriate Contract Coordinator is notified to accrue the annual amount against the appropriate Fluid System, or Anesthesia Tray purchases. Since the Design-A-Tray purchases will directly affect these business units, this necessary accrual will be assigned appropriately.

TXABT 675934
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 11/21/97
By: Kristy Leistner

# EDDS FIELD GENERATED AMENDMENT FORM

**⊐ABBOTT**

Hospital Products Division                                    **FIELD PREPARED OFFER**

Abbott Laboratories Inc.
200 Abbott Park Road
Abbott Park, IL  60064-6149

**Electronic Drug Delivery Systems/Pain Management Contract Amendment**

(Customer Name) _____          Date: _____

Health System    Yes_____  No_____          Terr #: _____

(City, State)    _____          Rep. Signature: _____

(Customer Number(s)) _____          Approved By: _____of contract marketing

Device List Number_____          Profile No. : _____

Device Description_____          Stands/Lockboxes: _____

Current Number of Devices_____          Warranty: Per the Terms of the Original Agreement

**BASED ON YOUR DESIRE TO:**

☐ Extend the Agreement under the terms of the original Agreement.

☐ Increase the number of devices covered by the Agreement, Abbott Laboratories Inc. proposes the following changes to your Abbott Drug Delivery Contract dated _____ through _____ covering_____.

_____ **Additional** _____, _____ **will be provided under the terms of the Agreement.**
                    **(Model)         (List Number)**

☐ **Modified Plan B** Customer shall purchase _____ disposables per year*, and shall lease the devices at no additional charge.  Prices for such disposables are set forth in Exhibit A.  The Contract will be extended through _____.

☐ **Modified DRG B** The regular monthly installment shall be increased to a total of $_____.  Customer shall purchase _____ disposables per year*.  Prices for such disposables are set forth in Exhibit A.   Title  to  Devices  shall  not  pass  to  Customer.   The  Contract  will  be  extended  through _____.

***Low Disposable Usage:** If Customer does not purchase the minimum number of units described herein in any contract year by the end of such contract year, Abbott shall invoice the Customer sixty (60) days after the contract anniversary, an amount equal to 80% of the unit shortfall multiplied by the average selling price of the purchased units on contract.  If Customer elects not to pay the invoice, Customer will return a number of devices to maintain the contracted amount of disposables per device per month and pay a recertification fee per device or amend the Contract to include a lease, or accept an automatic price increase on disposable products commensurate with the shortfall of purchases.

☐ **Plan B**  The number of disposables shipped will be _____ per month, monthly set shipments will be adjusted to reflect full case quantities.  Prices for disposables to be purchased under the terms of this Contract

**TXABT 675935**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

will be as shown on the current/adjusted (circle one) price list.  The Contract will be extended through
_____ :

☐ **Plan C**  The regular monthly installment will be increased to a total of $_____ .  The Contract will be
extended through _____ .

**Miscellaneous**
**Devices:** Convert from trial Yes/No (circle one).  Number of Devices to ship _____ .

All other terms and conditions of the original Agreement not amended or modified by this Amendment are as stated
in the original Contract and Amendments, if any.  This Agreement is not valid until signed by Abbott Laboratories
Inc. at its home office.

Accepted: Abbott Laboratories Inc.                              Accepted: _____

By:     _____                               By:      _____

Title:  _____                               Title:   _____

Date:   _____                               Date     _____

**TXABT 675936**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

# ⊐ABBOTT      EXHIBIT A

**HOSPITAL PRODUCTS DIVISION**                                          **PRICE LIST**

Date: _____

Customer Name: _____          Customer Number: _____

City, State: _____            Territory Number: _____

| List Number | Case Price | Description | Volume |
|---|---|---|---|
| ———— | ———— | ———————————— | ———— |
| ———— | ———— | ———————————— | ———— |
| ———— | ———— | ———————————— | ———— |
| ———— | ———— | ———————————— | ———— |
| ———— | ———— | ———————————— | ———— |
| ———— | ———— | ———————————— | ———— |
| ———— | ———— | ———————————— | ———— |
| ———— | ———— | ———————————— | ———— |
| ———— | ———— | ———————————— | ———— |
| ———— | ———— | ———————————— | ———— |
| ———— | ———— | ———————————— | ———— |
| ———— | ———— | ———————————— | ———— |
| ———— | ———— | ———————————— | ———— |
| ———— | ———— | ———————————— | ———— |
| ———— | ———— | ———————————— | ———— |
| ———— | ———— | ———————————— | ———— |
| ———— | ———— | ———————————— | ———— |
| ———— | ———— | ———————————— | ———— |
| ———— | ———— | ———————————— | ———— |
| ———— | ———— | ———————————— | ———— |
| ———— | ———— | ———————————— | ———— |
| ———— | ———— | ———————————— | ———— |

PAGE # _____

TXABT 675937
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 11/12/95
By: Bob Bryan

# DIVISION CODES

Sales history records include a reference to the division that received credit for the sale.  The reference is referred to as a division code.  The following are current division codes.

- 01   HPD Direct Sales
- 02   Critical Care
- 03   Ross
- 04   PPD
- 06   3M
- 75   Alternate Site
- DE  Depot and Wholesalers
- MD  Military Depot
- PC   Patient Care
- VA  Government Depot
- WK  Small Wholesalers

TXABT 675938
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 11/12/95
By: Bob Bryan

# ELECTRONIC MAIL AND VOICE MAIL

The following is an Abbott policy. It applies to all domestic divisions and wholly owned subsidiaries. To conserve resources, reduce costs, and promote efficiency, Abbott encourages the use of E-mail messages, electronic calendars, and other forms of electronic documentation, and Voice-Mail over paper equivalents.

All computer hardware, software, and electronic networks made available by Abbott are the property of Abbott. E-Mail and Voice Messages residing in those systems also are the property of Abbott. E-Mail and Voice-Mail systems shall be used only for legitimate and business purposes. In no event shall such systems be used to send harassing, offensive, or otherwise improper messages.

Abbott reserves the right to access and examine at any time, with or without notice, all data, information, documents, notes, calendars, and messages created, transmitted or stored on electronic media or Voice Mail.

All users of electronic systems are expected, on a periodic basis, to delete outdated or unnecessary data, information, documents, notes, calendars, and messages. Only notes, messages, and documents representing the formal, final record of a transaction or event are approved for long term storage. Notes, documents, or Voice Mail messages representing more casual conversation or other exchanges of information should not be selected for long term storage. It must be assumed that any message sent may be subject to long term storage and subsequent review. Given that fact, all senders of messages must exercise care to ensure that both the language and content of the message are appropriate.

E-Mail system default settings should not cause the automatic saving of sent E-Mail messages. Un-read E-Mail messages should be retained on an E-Mail system no more than 60 days. E-Mail messages that are not consciously saved should be retained on an E-Mail system no more than 30 days. E-Mail and Voice Mail may not be used to solicit outside business or support any personal or public reason not directly related to Abbott business.

Any employee who violates this policy may be subject to disciplinary action, up to and including termination.

TXABT 675939
Highly Confidential

Analysts' Basic Operating Procedures Manual

1/10/99
By Peter Karas

# EXCEL SHORTCUTS

Copy

Cut

Paste

**Find**  The Find function allows you to locate a particular word or number.  Pressing "Ctrl" and "F" simultaneously will open the Find window.  Simply type in what you are looking for, and type enter to activate it.

**Replace**  The Replace function will locate a word or number, and replace it with something else. This is a very useful tool for editing spreadsheets.  Once again, the Find window must be opened. Typing "alt" and "P" simultaneously will open the replace window.  Simply type in what you want found, and what you want replaced and press "Replace"

**Replace 0**  To replace zeros, it is important to mark Mark Case and Find Entire Cell Only. Otherwise it will remove zeros from larger numbers that contain zeros in it.

**Replace Negative Numbers**  It is often important to remove all negative numbers from spreadsheets(i.e. units in tracking files).  The best way to do this is to use the replace function.  In the find cell type "-*****".  This will find all negative numbers and allow you to replace them with what you deem necessary.

**TXABT 675940**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 4/01/97
By: Rhonda Jones

# EXPENSE REPORTS

*This section needs to be updated to XMS/XPRESS*

For the most part, Contract Marketing personnel rarely travel.  When they do the following information is pertinent to completing the expense report.

- The traveler should be aware of and follow the travel guidelines that are updated regularly by the Controllers office (Greg Linder).
- Expense reports should be completed and forwarded to the traveler's manager within seven days of the completion of the trip.
- The chart of accounts, also available from the Controllers Office (Jim Scuglik) details the account numbers used to report expenses by type.
- When a cash advance has been outstanding for three months, payroll deduction will result. (Barb Sklenicka mentioned that Cash Advances that are outstanding over 120 days are considered income by IRS rules.  Please note:  An email from the controller's office is sent to the traveler and their manager with the deadline for turning in an outstanding cash advance. Payroll deduction occurs if this deadline is not met.
- Signatures on Expense Reports and Cash Advances must be the traveler's.  Secretaries are not allowed to sign the traveler's name under any circumstances.  Travelers who are outside Lake County should be faxed a copy of the expense report.  That traveler would sign the fax, fax it to the secretary and it is attached to the expense report.  In the "Employee's Signature" box, a note to "see attached signed fax" should be included.
- Use your itinerary not the ticket.  The amount on the itinerary is what will hit your travel statement.  All itineraries have the words  "AIR TICKET AA #######"  in the bottom, left corner.  That number and the dollar amount shown in the "BILLED TO AX #######" line will clear the travel statement much more efficiently.  The only exception occurs when the ticket-change costs Abbott only the ticket change fee.  On those itineraries, close to the bottom, left corner will be SERVICE FEE ON EXCHANGE 50.00 with TICKETS ######## on the line beneath.  The itinerary will show only the 50.00 being billed.  Using only this information on the expense report is CORRECT.
- When corrections are required, white correction tape, which can be found in the pantry, is the only acceptable practice.  Crossouts and marking over numbers cause keying errors in corporate. Please note, they key from the blue copy of the expense report. So, it's important that the blue copy be legible.

Expense Reports: A Detailed Guide to Processing

<u>Section A</u> - Expenses to be paid by Abbott via Central Billing

TXABT 675941
Highly Confidential

Analysts' Basic Operating Procedures Manual

Expenses falling into this category are airline tickets and passport fees. A copy of an invoice from American Express as well as an airline ticket is attached (Item 1). Under Section A, fill in vendor, date, document/ticket number and dollar amount. On Item 1, these areas have been highlighted in pink. The vendor is always American Express (abbreviated AMEX), date is found on the ticket itself (date of issue), document number is on the ticket and on the invoice (see pink highlighted area) and the dollar amount is located on your itinerary. Always use the dollar amount on the itinerary versus what is shown on the airline ticket. Add all tickets and put the amount under the Total Charged Expense for Section A.

Section B - Expenses Prepaid via Administrative Check Request
This section will be used only when attending a meeting or seminar that has been prepaid by Abbott. To designate an item as prepaid, fill in an Administrative Check Request (ACR - Item 2). All yellow highlighted areas must be completed. A copy of the ACR must be attached to the expense report. On the expense report, the information from the ACR is put in the yellow highlighted area under Section B.

Section C - Expenses Paid by Employee
Under Section C put all expenses paid by employee. This will include: mileage on a personal vehicle ($0.315 per mile), car rental, limousine service, taxi and other, gas for rental vehicle, hotel bills, meals, phone charges, and cell phones. All cash expenditures over $25 must be accompanied by a receipt.

   With regard to detailed rules and regulations, please refer to HPD's Travel Guidelines (Item 3). Extraordinary items may be clarified with the controller's office at x73842.

Entertainment Expenses. This section is used when an employee pays for items for more than himself (i.e. took a group of guests to dinner). Please note the headings in each column—this section must be fully completed.

Total Section C (including expenses paid by employee and the entertainment section previously discussed).

Totals
Lower Right Hand Corner:
   The first three blanks are for travel advance information. If a traveler takes out a cash advance from the bank, they are given a gold copy at the time they receive the cash. This gold copy must be attached to the expense report (Item 4). The number from this advance is written into one of the first three blanks in the total section (notice that there are parenthesis - this will be a credit against expenses).

   Once all advances are recorded, subtract the total of the advance from the Total Cash Expense-- C. If this amount is a positive number, write it in the Enter Amount Due Employee Amount. This money will be reimbursed to the traveler. If this amount is a negative number, write it in the Enter Amount Due Abbott space. The traveler will have to reimburse Abbott for this dollar amount.

**TXABT 675942**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Total A+B+C --compute all totals and put in the lower right-hand corner of the expense report.

Lower Left Hand Corner (Account Number to Charge):
   The following numbers are most widely used - Ledger ID is always HPDH:
   716 080 - Meals and Entertainment
   716 010 - General Travel
   717 100 - Meetings and Seminars.

   Total in the accounting box must match the total in the lower right-hand corner total box.

After a recently attended meeting with Corporate Expense Reporting, I would like to pass on a couple of travel issues/requests:

 - When submitting your airline tickets on expense reports, please also include a copy of your itinerary from American Express. When airline tickets are returned and exchanged for new tickets, this will assist in correctly accounting for all tickets issued. ALWAYS record the dollar amount listed on your itinerary versus what is listed on the ticket.

 - Prepaid seminars/meetings via ACR. When you attend a seminar, an ACR is usually filled out and the fee is prepaid by Abbott. These ACR's are kept by your departmental secretary and must be included with your expense report. They belong under Section B and a copy must accompany your report when you submit it for processing.

 - Legibility. All expense reports submitted for processing must be legible. This means no cross-outs or writing over numbers. Please use white corrective tape on your reports when correcting errors and correct all four pages. Also - department numbers are being keyed incorrectly - please be sure that your department numbers are correct (i.e. 96d is a small "d" versus a large "D" that could be interpreted as a zero).

Thank you all for your assistance in this matter. By assisting expense report auditors, you assist yourself by eliminating repeated requests for more information and shortening turnaround time so you are able to receive your money quicker.

Rhonda Jones

Abbott is changing the way we scan and store our expense reports on microfilm. Due to this change, we have received a request from Corporate Expense Reporting regarding receipts for expense reports. **Effective immediately**, receipts are to be stapled once to the upper left hand corner of the expense report. Another acceptable practice is to place all receipts in an envelope stapling the envelope to the upper left hand corner of the expense report. Please refrain from taping or stapling receipts to a sheet of paper.

TXABT 675943
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 7/15/98
By: Deborah Bressi

# FEDERAL EXPRESS PROCEDURE

Items may be mailed for next day delivery from Federal Express only under the following conditions:

- It is a bid.
- The District Manager has requested it.
- Representative has a Federal Express account number that we will use.
- Generation of the contract was delayed due to an internal problem, and it must be mailed quickly for the Representative to present.

All other Federal Express requests are to be sent second day delivery. If sender does not specify when the package is to be delivered, it will automatically be sent 2-Day Delivery (package will arrive second business day).

Any outgoing Federal Express packages must be ready to go out by 2:30 PM every day. Anything that comes in after 2:30 PM will either go out the next business day or the sender will be responsible for taking it to the Federal Express Station in the AP4 parking lot or the Federal Express office at North Point (near Lakehurst Shopping Center).

For anyone filling out their own Federal Express Airbill, the "From (Your Name)" name should be Hansel and the phone number (708) 938-9255. This is for tracking purposes should there be any questions about delivery. Please make a photocopy of the airbill before sending and give to one of the assistants for logging/tracking purposes.

A.  Abbott Park Federal Express Truck schedule:
    Dropoff:    6:30 p.m.
    Location:   The Federal Express Truck is located at the southwestern edge of AP 13A, directly north of AP30.
B.  Federal Express Facility near Lakehurst
    Dropoff:    7:45 p.m.
    Location:   Take Waukegan Road North to North Point Road, just across from Lakehurst Mall. Take a right on North Point Road and follow the road until the Federal Express facility appears to the left. The mailbox is located on the outside northwest corner of the facility.
C.  Federal Express Facility at Northbrook
    Dropoff:    9:00 pm
    Location:   525 Academy Drive in the Sky Harbour Industrial Park
    Directions  94 Tollway (South), Lake-Cook Rd (East), Pfingston, (South/Right), Dundee (West/Right), Landwehr (North/Right), Lindberg (East/Right), Arnold (South/Right), Acadamy(East/Left)
    Time:       30 minute drive

TXABT 675944
Highly Confidential

Analysts' Basic Operating Procedures Manual

D.    Federal Express Facility at O'Hare
        Dropoff:        10:00 p.m.
        Location:      Take I-294 South to Irving Park Road (First exit south of the O'Hare Toll
                            Plaza).  Turn west (right) on Irving Park Road and continue about 1.5
                            miles to O'Hare Cargo Area Road.  Turn north (right) on O'Hare Cargo
                            Area Road and follow the road until you see the Federal Express driveway
                            on your left (at least 1/2 mile).

TXABT 675945
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 11/16/96
By: Bob Bryan

# FIELD GENERATED CONTRACTS

Contract Marketing has the responsibility to generate all contracts and thereby:
1.  Safeguard the Hospital Products Division's profitability,
2.  Ensure that proper language is written into the contract, and
3.  Ensure that all aspects of the contract are understood and agreed to by all parties concerned.

The sales force is allowed to generate contracts within the guidelines of the Parameters Program. That is, using prepared forms which the sales representatives complete with appropriate information.

However, the sales force is not to generate final contracts that are not available through the Parameters Program.

In the past sales representatives using widely available technology have generated contracts identical to those generated by Contract Marketing with changes that were not approved and were not acceptable to Abbott.  Contract Coordinators have been instructed to send all non-Parameters Program field generated contracts to a Contract Marketing Manager for follow-up.

In some circumstances Analysts may suggest that a district manager or a sales representative write suggested contract language and submit it to Contract Marketing for review.  Analysts should not under any circumstances encourage the sales force to write final contracts.

TXABT 675946
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 5/10/96
By: Pam Hansell

# FILE ROOM

Contracts are the lifeblood of Contract Marketing and our ability to retrieve them quickly is extremely important.  To keep the file room as organized as possible and, at the same time, to provide the support you need, Contract Marketing personnel are encouraged to send requests for the retrieval of contracts to the file room attendant, Felice Thomas.  The following information describes the information Felice needs to pull contract files efficiently.

Request specific Profiles (contracts) you need to have pulled using MS Mail:
After you choose "Compose", give Customer Name, City, State, Profile(s) you require.  Before sending, go to "Options" and set the priority for when you require the contract.

| | |
|---|---|
| High | Need within One (1) Hour |
| Medium | Need within Four (4) Hours |
| Low | Need is not immediate and will be pulled next day (first thing). |

If you require something immediately (if you have someone on the phone and you need something right away), go to the File Room and log on Sign Out Sheet by Computer or in the case of EDDS files use the sign out sheet by those files.  If Felice is in the File Room she will pull immediately or if she is not, you can pull yourself.

When you are finished with the file, please return all non-EDDS files to the bin in the file room.  All EDDS files should be put in the bin on top of the files directly behind Debbie Sullins.

If you need to "just look", please feel free to do so, but should you need to pull something and take it with you, please log out either on the sheet or by sending an MS Mail when you return to your desk.

The file room will be staffed during Felice's lunch time and in the mornings.  Remember this is to help you, there is nothing more frustrating than to need a file and not be able to locate it.

TXABT 675947
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 12/29/99
By: Tom Tomsheck

# FILING STANDARDS

Maintaining files in a consistent, accurate manner is important to this department's success.  The department filing standards are as follows.

1.  All original documents affecting contracts, bid terms, or prices are to be forwarded to the contract coordinator for storage in their master files.  Analysts may wish to keep copies of terms and conditions at their desks for reference.

2.  All customer files should contain:
    - A one-page summary listing key contacts and phone numbers,
    - A short customer history,
    - A listing of D/DDS contracts highlighting any crossover products to S&E or EDDS products,
    - The most recent anniversary increase proposed,
    - Any presentation materials, and
    - Any advice or guidance the analyst can provide for anyone assuming responsibility for the customer.
    - All customer correspondence.

3.  Customer files should not contain prior versions of anniversary increases that were superseded unless they are relevant to the latest increase.  In general, the files should not contain information that may confuse others searching for current account status.  Proposals presented, but not accepted, should be marked as such.

TXABT 675948
Highly Confidential

Case 1:01-cv-12257-PBS   Document 6323-47   Filed 07/27/09   Page 28 of 100

Date: 4/4/96
By: Diane Latz

# FIRSTCHOICE INJECTABLES ANALYTICAL ASSISTANT

The FirstChoice® Injectables Analytical Assistant is an integral part of the FirstChoice® Injectables Analytical Team. The Analytical Assistant is responsible for a variety of daily, weekly, monthly and quarterly scheduled functions, routine but unscheduled functions, and projects as assigned.

One of the Analytical Assistant's primary responsibilities is to design all bid responses. This process includes product selection, terms and conditions verification, proposal creation, usage compilation, and preliminary pricing analysis. In addition, for city, county, state, or other government bids with less than one hundred items, and for other bids meeting specified criteria, the Analytical Assistant will determine bid prices.

Secondly, the Analytical Assistant determines anniversary increases for individual accounts and select regional groups based upon the Pricing Strategy guidelines. The Analytical Assistant provides necessary support to the Pricing Specialists to determine major group anniversaries.

On a daily basis the Analytical Assistant provides pricing approval to the Contract Administrators for invoices and credits. This task includes communicating with the sales force and analytical team in order to reduce the overall number or requests routed to Contract Marketing for review.

FirstChoice Injectables Team Analytical Assistant Responsibilities

| Percent of Time | Hours Per Week | Responsibility Description |
|---|---|---|
| 40% | 16.0 | Process bids and proposals. |
| 20% | 8.0 | Primary contact for all administrative staff. Serve as the primary FirstChoice® Injectables Team contact for contract and chargeback coordinators. Includes giving pricing. |
| 10% | 4.0 | Anniversary and expiration processing within guidelines. |
| 10% | 4.0 | I-REV and F-REV processing within guidelines |
| 8% | 3.2 | Personal development, various meetings |
| 5% | 2.0 | Competitive prices tracking. Establish and maintain competitive prices file. Add current AmHS Pharmacy prices. Expect new major competitive prices document or file three times a year. |
| 4% | 1.6 | Specific contract analysis and reporting. Track contract for ADD-Vantage Achievement, Anesthesia Partners, Risk Sharing. Analyze and report impact of contract. |

TXABT 675949
Highly Confidential

Analysts' Basic Operating Procedures Manual

| | | |
|---|---|---|
| 2% | 0.8 | Train New FirstChoice Injectables Analysts to use Contract Marketing computer systems.  Train new analysts to use CAS, HUB, Business Objects, and other systems if necessary. |
| 1% | 0.4 | Process Temporarily Unavailable Claims |
| 100% | 40.0 | Total |

TXABT 675950
Highly Confidential

Analysts' Basic Operating Procedures Manual

- 

- Separate products by profile and generate a different HUB proposal for each profile.  The same is true for Alternate Site profiles.

- 

**TXABT 675951**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 2/2000
By: Paul McPherson

# FIRSTCHOICE INJECTABLES ANNIVERSARY AND BID ANALYSIS PRESENTATION FORMAT

Major anniversaries and bids are reviewed by several managers outside Contract Marketing including: Marketing Managers, General Managers, and National Account Managers. Also, price changes in major anniversaries are important to HPD's planning process.

To ensure consistency of analyses, to facilitate testing the analyses, and to provide a base for the Pricing Assumptions, FirstChoice Injectables Analysts should follow a similar format for all anniversary and bid analyses for National Account Manager represented groups and for major regional groups. In this format the data are presented in the following order:

- List Number (list-tuc-ss),
- Description,
- Financial Greybook definition,
- Units,
- Comparative pricing for select groups expressed in each prices, you may need to compare several groups,
- Current Price,
- Proposed Anniversary Price,
- Extensions of current prices and units, (this includes the "other groups")
- Extension of proposed price and units,
- The percent change proposed, and
- The margin

Beneath the Totals and Extensions line should be a line titled "Percent Difference To Current Extension". The extensions on the line above should be divided by the current extension and one should be subtracted from the quotient. The remainder should be expressed as a percent with one decimal place.

The Anniversary Analysis should be sorted by Exclusive products vs. Multi-Source products. Within these categories it should be further sorted by Business Unit, followed by Marketing Manager, followed by Alpha (description) sort in order to review with the appropriate Marketing Manager.

**Summary Sheet Creation**

TXABT 675952
Highly Confidential

Analysts' Basic Operating Procedures Manual

Totals and Extensions and Percent Difference to Current Extension lines should also be calculated for all Business Unit categories to provide a summary for the analysis as a whole. This can be accomplished by creating a new sheet titled "Summary Sheet" with titles to the headings as Group 1, Group 2, Group 3, Group 4, Current Price, and Proposed Price.

Copy the four other group totals and % differences by Financial Grey book category into the Summary Sheet from the original sheet.

On a separate sheet within the same workbook, the Analyst should summarize the Financial Greybook categories with subtotals at the Business Unit level and in total.

The presentation format for Major Anniversary has a tendency to change slightly over time and it is always best to consult a senior team member for assistance prior to their creation.

TXABT 675953
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 1/10/96
By: Bob Bryan

# FIRSTCHOICE INJECTABLES GROUP PRICE CORRECTIONS

Mistakes happen.   We have all seen them pop up from time-to-time.   Some are best left undisturbed, others need to be corrected immediately.  Group pricing errors, more often than not, need to be corrected immediately to avoid perpetuating the error and to control revenue and margin losses.  This is because we utilize group high and group low prices as guides for pricing products every day.  Intuitively, we know if the correction is not made, despite our best efforts, the same error will occur again in another contract and before you know it, the error has become a new market standard.

Pricing errors are identified in the creation of the Resource File.  Every quarter individual prices are collected for 25 groups and the low prices are compared to the high prices.  If the difference is more than about 150 percent either the high or the low is probably an error.

When the error is due to a high price that should be lowered the solution is fairly simple.  Assuming there are no sales because the price is so far above market, communicate with the National Account Manager to briefly describe the situation and with their concurrence send a letter to change the price as of a specific date.  It is important to include the National Account Manager in the decision process to ensure that Abbott gets as much leverage for the reduction as possible.

When the error is due to a low price that should be increased, the solution calls for great diplomacy.  Here too, it is important to involve the National Account Manager.  The National Account Manager may want to know how we know the price is a mistake, how long the price has been in place, if the price has affected purchase patterns, and what the recommended price is.  (In light of the mistake the recommended price should probably be the lowest correct group price.)

Based on the National Account Manager's advice, either the National Account Manager or the FirstChoice Injectables Analyst should contact the group.  If the Analyst is to contact the group that contact should be done by phone.  So, the initial contact and as much of the communication as possible should be done by phone to more diplomatically address the issue in the least amount of time possible.  Then, the communication should be documented by letter.

It is felt that most group negotiators realize that errors do sometimes occur and that they should be responsive if possible.  No one likes to be put in that situation but the groups do have options: they can accept the higher price through the end of the contract, they can accept the higher price until they can rebid the item, or they can pull the item from the contract immediately.

TXABT 675954
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 5/22/96
By: Diane Latz

# FIRSTCHOICE INJECTABLES MARKET PRICE FILE

The reason for collecting competitive intelligence is to provide an informed, current, and accurate basis for tactical and strategic decisions.  Critical issues involved in the collection and use of competitive intelligence include:

1.  Most of the information you need is readily available.  Expect 80% of the information you need on your competitors to be within your own organization.
2.  Your competitive intelligence program will usually fail because relationships break down, not because of any shortage of information.  You also experience bottle-necks in decimating competitive intelligence information.
3.  Competitive intelligence should be used for strategy support not strategy development.

The Role of Marketing

To gather competitive intelligence you need to look at 4 areas:

1.  Competitor evaluation - study the essential competitive dynamics of your competitors.
2.  Industry evaluation - look at the dynamics of the whole industry in which you and your competitors operate.
3.  Market analysis - differentiate various market segments and understand the basis for the segmentation within the total industry evaluation.
4.  Economic analysis - changes in the economy and in government regulation can pose as much a threat to your business as any competitors actions.

Using the information in the four areas above study it through four sets of eyes or templates:

1.  Doctrinal Template - what are your competitors reputations for action?
2.  Situational Template - what competitor actions are likely to take place?
3.  Event Template - when and where will critical events and activities occur for you and your competition and what will trigger these events?
4.  Decision Support Template - this tells you when tactical decisions will be required to counter or preempt competitor behavior based on the event template.

The information and analysis listed above bring you to what is called the Intelligence Estimate:

- Objectives - what is your business mission?  Base your intelligence estimate on whether you can accomplish this mission.
- Strategy - what is the current strategy for your company or business unit?
- Area of Operation - develop a summary of the evaluation you conduct on the industry, the market and economic environment.
- Competitive Situation - develop a summary of the evaluation you conducted on your competitors.

TXABT 675955
Highly Confidential

Analysts' Basic Operating Procedures Manual

- Competitive Capabilities - determine the strengths and weaknesses of your competitors, assessing whether they will be able to carry out their apparent strategies.
- Conclusions - at this point you can pinpoint existing competitor behavior, positions you need to take in order to pursue your strategy, and anticipated competitor behavior.

The Role of Sales
The primary role of sales relates to tactical intelligence. These are issues that require real time decisions.
- Request that your company's Intelligence-Gathering and Analysis department provide you with the information that can help you make tactical decisions.
- Ask your sales people to gather information, too.
- Encourage sales people to use other easily available means to assess the competitive situation.
- Be sure to report all information from sales people to the marketing department.

TXABT 675956
Highly Confidential

Case 1:01-cv-12257-PBS    Document 6323-47    Filed 07/27/09    Page 36 of 100

Analysts' Basic Operating Procedures Manual

Date: 1/14/00
By: Tom Tomsheck

# FIRSTCHOICE® INJECTABLES RESOURCE FILE

The FirstChoice® Injectables Resource File is a vast data array used by many people for a variety of analyses. The FirstChoice® Injectables Analysts use it as a starting point for anniversary and bid analyses. The Financial Analysts and Marketing Managers may use it to track price changes by group. Everyone uses it to determine individual group prices and make comparisons among the groups. Thus, it is the source for all group price measurements including: group-low, group-high, and group-average.

The FirstChoice® Injectables Analyst assigned to this task ("Resource-Master") maintains this file. Three times a year (usually April, August, and November) it is completely updated by the Resource-Master following the steps detailed below.

Data Collection
1. Open the most recent resource file generated by Jerrie Cicerale. She files them in the P:\public subdirectory and names it RESOURCE. This file contains about 4,000 records. Each record represents a list number and includes the List-TUC-SS, List-IC, Description, Product Sub-Group, Factory Cost, Delete date if deleted, Marketing Manager, Accounting Greybook category, Financial Greybook category, and Government Price.

2. The FirstChoice® Injectables Team analyses do not normally include the entire HPD product line and it is more efficient to eliminate the items that are not normally part of those analyses. So, the Resource-Master should sort the Jerrie Cicerale resource file by marketing manager and delete the list numbers that do not apply to the FirstChoice® Injectables Team. The list of marketing manager products to delete includes:

### Infusion Therapy

| | |
|---|---|
| Sheldon Wecker | Solutions, **not Specialty Solutions** |
| Tim Oswald | Administrative Equip – Lifeshield, Set & Solutions, Alliance |
| Jim Tillery | Nutritional Products & Delivery Systems, but **not MicroNutrients** |
| Julie Frankiewicz | Administrative Equipment |

### EDDS

| | |
|---|---|
| Pam Navarre | Lifeshield, Acclaim Encore, Plum Family |
| Maureen Power | Omni-Flow, IV Poles, GemStar, AIM Plus, SDS, Microfuse |

TXABT 675957
Highly Confidential

Analysts' Basic Operating Procedures Manual

<u>Pain Management</u>

| | |
|---|---|
| Jerry Eichhorn | PCA, PCA Pumps, APM |
| Linda Fletcher | Actiq |
| Joann Fujii | Anes Trays, SuriCare, VeniPuncture |

The list of records to be deleted does not include Sheldon Wecker's Large Volume Specialty Solutions, Jim Tillery's Micronutritionals, or any products for Mike McGibbon, Anne Renick, Kari Peterson, Patti Holma, Gary Smith, Chris Herden, Tony Cacich, Angie Massaro, Linda Morley-Linder, Matt Hanley, Tom Principe, and Dennis Burke.

3. Once the initial delete exercise has been completed, save the file in P:\_Resources\FCI Resource\FCI Resource ?? ?????. The first two question marks are replaced with the last two digits of the current year, and the next series of question marks are replaced with the current month. For Example, an April 1999 file would be named P:\_Resources\FCI Resource\FCI Resource 99 April. The file should be password protected to help eliminate unauthorized changes to the file. Always include the password in the upper left corner of the file as a reference for those who may forget it. The Resource-Master should also save this file on their hard drive as a backup to the P drive file. Both files should be periodically saved throughout the exercise to avoid losing valuable time-consuming work. (You never know when your hard drive is going to crash or the P drive server is going to lock up.)

4. This is an extremely important step! In File, Page Setup, Header Footer, Custom Footer use the following: Confidential Data Do Not Distribute Without Major Accounts Manager Approval. Then change the font to 28.

5. Save to the P and C drives.

6. Upon request, the FirstChoice® Injectables Analysts will provide updated pricing via group profile numbers for the new Resource file. Prices for all national account manager represented groups and large regional groups should be pulled two different ways:
   - The first way is via HUB. See BOP under the heading HUB for details on how to access data.
   - The second way is by using the Business Objects. This query can be run by Tom Turner. The analyst updating the Resource File should provide Tom with the profiles to pull down.
   Either way, The analyst should index-match the prices into the new Resource File. Each analyst should also review the prices pulled down for their responsibility for accuracy and completeness.

7. To verify that all the prices were pulled into the new Resource File, the Analyst should count [=countA(top cell address : bottom cell address )] the number of prices in the HUB file and the Resource File. These data are also helpful when determining how many items we have on contract with each group.

TXABT 675958
Highly Confidential

Analysts' Basic Operating Procedures Manual

8. For calculations the zero and #N/A cells must be converted to blanks. The Analyst should be especially careful using the Edit Replace function and mark ("x") the "Find Entire Cells Only" box since this function will eliminate zeros in the middle of a price otherwise. For example, an Amidate price of $20.38 becomes $2.38 if the Find Entire Cells Only box is not x-ed. This is a major problem that can only be corrected (if not corrected by Edit Undo) by going to the original HUB price file and index-matching the prices into the Resource File again.

9. Save to the P and C drives.

10. The Resource-Master should get RxLink Customer, RxLink WAC, Parameters High, and Parameters Low pricing from HUB. RxLink Customer is associated with Group #5555 and Profile #46333. RxLink WAC is associated with Group #398 and Profile #1808. Parameters High and Parameters Low are associated with Group #381 and Profile #71774.

11. Save to the P and C drives.

12. In the most recent Resource File for that particular year the Resource-Master should obtain previous year-to-date (YTD) units for each FirstChoice® Injectable list number from the Financial Analysts and index-match them into the new File. YTD units from the previous two and three year periods also need to be index-matched into the File but from an earlier resource file. This data is used to trend sales and to assess market trends on specific products.

13. Save to the P and C drives.

14. Index-match the pricing strategy from the previous Resource File.

15. Save to the P and C drives.

16. Copy the anniversary, target and bid strategies from the old resource file. The strategies will be updated at least once a year by each analyst.

17. Save to the P and C drives.

Data Review (Scrubbing)
Don't forget, "Data are dirty.". They must be viewed cynically and tested continuously. The tests below should be performed: outliers identified, tested, and corrected or explained.

1. Write a Min (minimum price) formula for all group prices and apply it to each record. Then do a Max (maximum price) formula. Divide the max by the min and subtract 1 to identify the percent change. Sort all records by the quotient and examine the outliers. If the zero value cells have not been Edit Replaced with a blank, the min will be zero. This should be corrected. If the zeros were replaced with a blank but the "Entire Cells Only" box was not x-ed, then the quotient will have show unbelievable min to max ratios.

TXABT 675959
Highly Confidential

Analysts' Basic Operating Procedures Manual

If there are suspicious min to max ratios, investigate, identify the cause, and if necessary the FirstChoice Injectables Analyst responsible for the group may need to correct the price (see Group Price Corrections).

2. Determine the margin on the group-low price (subtract factor cost from price and divide the remainder by the price) and review each record with negative margin.

3. Use Accounting Greybook as the first sort key and Financial Greybook as the second sort key to put the records in Business Unit Structure Order. Then check to ensure that each Financial Greybook definition is fully represented. This check is primarily to ensure that the LVS Specialty solutions are included. LVS Specialty solutions became a FirstChoice® Injectables responsibility in June 1995. Because they are in different product groups they could be easily missed.

4. Compare WAC to Target Price by adding a temporary column to subtract WAC from Target. If Target Price is greater than WAC, work with Harry Adams, marketing, and the Contract Marketing Manager to determine when and if WAC should be increased. Remove this column after analysis.

5. Compare List Price to WAC to RxLink Customer to Parameters High to Parameters Low to Group High. List Price through Group High should always be priced higher to lower with List Price being the highest price available for a particular product. This pricing hierarchy is addressed in greater detail under "RxLink Pricing". If List Price, WAC, or RxLink Customer prices require adjustments work with Harry Adams, marketing, and the Contract Marketing Manager to determine when and if any of them should be increased or decreased. If Parameters High, Parameters Low, or Group High prices require adjustments work with the Contract Marketing Manager to determine when and if any of them should be increased or decreased. Remove applicable columns after analysis.

Keeping Previous Versions
It is wise to keep earlier versions of the Resource File as reference. Purge all but version per quarter for the past four quarters, and one per year beyond the first year. Currently, 610, 701, and 705 are kept as reference.

Distribution
Notify the FirstChoice® Injectables Team that the file has been updated and ask them to review it. When the Resource-Master feels the new Resource File is accurate, the Resource-Master should notify the FirstChoice® Injectables team. The file should not be sent to Marketing Managers, Financial Analysts, and the National Account Managers until requested. When given to Abbott employees outside the FirstChoice® Injectables Team strong warnings about distributing the data must be given!

TXABT 675960
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 8/17/98
By: Bob Bryan

# FIRSTCHOICE INJECTABLES® PRICE ASSUMPTIONS FOR THE FINANCIAL PLAN

Financial plan data have three primary elements:  Price, Volume, and a Mix of the two.  Contract Marketing FirstChoice Injectables® Analysts provides pricing assumptions to the D/DDS and Anesthesia Marketing Team and the Financial Analysts.  It is important that the Analysts know where to get data and how to report it.  The following information details that process.

1. Update the Finplan File.  The Analysts update the Finplan file, p:\1\injectb\finplan\ …, using dollar sales for each Financial Greybook category from the most recent anniversary or bid. The Analysts also check the anniversary date for accuracy.
2. Using the most recent Financial book, Plan – April Update – August Update, as a starting point the Analysts use the information available to them and the strategies of which they are aware and they predict the price change by Financial Greybook category and record it in the file.
3. One Analyst is responsible for maintaining the file and reporting the results.

TXABT 675961
Highly Confidential

Case 1:01-cv-12257-PBS   Document 6323-47   Filed 07/27/09   Page 41 of 100

Date: 4/14/96
By: Bob Bryan

# GOAL PROCESS: FIRSTCHOICE INJECTABLES AND S&E TEAMS

The HPD Impact Goal process identifies divisional, departmental, and personal goals. The FirstChoice® Injectables Team participates in the HPD process though the following process.

- December: Write goals for the entire year, present to manager for approval.
- January: Write a self performance review for the prior year - January through December - present to manager.
- January, April, July, and October review the prior quarter with manager.
- March, June, and September update goals, review with manager.

The FirstChoice® Injectables goal process is flexible because these goals are not used directly to determine compensation. Goals should be added during the year as projects, processes, and other goals become apparent. The total of these goals - completed on time or not - should be used in the self-performance review that each FirstChoice® Injectables Team member will write in January.

**TXABT 675962**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 11/29/96
By: Bob Bryan
Edited by: Pete Karas

# FORMULA

Contract Marketing Analysts use spreadsheets extensively. Some of the formulae used are not widely known and some formulae are easier to use than others. The following includes an algebraic comparison of some widely used formulae and a representative but not necessary exhaustive list of the formulae in P:\formula.xls. Additionally, the formula wizard in excel is very helpful in creating formulae step-by-step. The icon looks like $f_x$.

Compound Growth Rate

Discount and Rebate Formula. Perhaps the most common discount formula is:

| | | |
|---|---|---|
| a.) | Invoice price x (1- Discount Percent) = | Net Price |
| e.g. | $2.00 x (1-0.1) | = $1.80 |
| | $2.00 x 0.9 | = $1.80 |

This formula has the virtue of being easy to use (that is, fewer key strokes in the computer or in the calculator and easier to perform mentally). However, it is not as intuitively logical as:

| | | |
|---|---|---|
| b.) | Invoice price - (Invoice Price x Discount Percent) = | Net Price |
| e.g. | $2.00 - ($2.00 x 0.1) | = $1.80 |
| | $2.00 - $0.20 | = $1.80 |

As the algebraic transformation below demonstrates the formulae are equal. Formula "a"

| | | |
|---|---|---|
| a.) | Invoice price x (1- Discount Percent) = | Net Price |
| e.g. | $2.00 x (1-0.1) | = $1.80 |

can be expanded and rewritten as:

| | | | |
|---|---|---|---|
| | (Invoice price x 1) | - (Invoice price x Discount Percent) = | Net Price |
| e.g. | ($2.00 x 1) | - ($2.00 x 0.1) | = $1.80 |

That can be simplified and rewritten as:

Invoice price - (Invoice price x Discount Percent) = Net Price

That is formula "b".

Formula To Determine Invoice Price. Contract Marketing Analysts are often required to determine the appropriate invoice price based on a desired net price and a percent of rebate, discount, or management fee. The formula below should be used.

| | | |
|---|---|---|
| a.) | Net Price / (1- Rebate Percent) | = Invoice Price |
| e.g. | $4.80 / (1-0.03) | = $4.95 |
| | $4.80 / 0.97 | = $4.95 |

It is wrong to multiply the desired net price by 1 plus the Rebate Percent because a higher rebate will result and the real net price will be less than the desired net price. This is the result of applying the same percent to different bases.

TXABT 675963
Highly Confidential

Analysts' Basic Operating Procedures Manual

Valuable Formula in the P:\formula.xls.
Average(celladdress : celladdress)
    Provides average value in the specified range

Index(area,match(xx,list,0),x)
    Referred to as an "Index Match", joins data from separate sources with at least one common
    element.  This formula requires the user to define an "area" and a "list" in the source file and
    to identify a common data element in both the source file (the single "X") and the target file
    (the double "X").  List and area must begin on the same line.  Note: this formula eats up a lot
    of random access memory.  So, as soon as it is complete convert the formulae to values.  See
    the "INDEX MATCH FORMULA" topic for more information.

"L"&celladdress
    Concatenation is the joining of data or defined characters in separate cells.  The "&"
    (ampersand) is used in the formula to join the data.  Thus, the formula to add an "L" to the
    beginning of a list number in cell A4 is "="L"&A4

Left(a1,find(",",a1)-1)
    Copies varying length text separated by a comma from a cell.  The importance of this formula
    is that it helps separate text of varying length in a cell.  Often we receive "City, State, Zip"
    data in a single cell.  This formula can be used to copy the city name into a separate cell.
    Thereafter the right(celladdress, number of characters) formula can be used to get the State
    and Zip.

Left(celladdress,5)
    Copies the 5 left most characters from a cell into another cell.

Mid(celladdress,numerical starting point in the text string,number of characters)
    Returns a specific number of characters in a text string starting at the position you specify.

Max(celladdress : celladdress)
    Provides maximum value in the specified range

Min(celladdress : celladdress)
    Provides minimum value in the specified range

Proper(celladdress)
    Converts first letter of each word to a capital letter

Right(celladdress,5)
    Copies the 5 right most characters into a separate cell

Slope
Stdev(celladdress : celladdress)

**TXABT 675964**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Provides standard deviation of the values in the specified range.

Trim(celladdress)
    Trims unwanted spaces from a cell

If(celladdress1>celladdress2,celladdress1,celladdress)
    Conditional statement to identify and use maximum value

Concatenate(text1&text2&text3...)
    Joins several text strings into one text string.  Useful if you have, for example, List, Tuc, Ss
    in different columns and you need to use List-Tuc-Ss.  You can also add hyphens, zero's, etc.
    to the text by placing " " around the text to be added.

**Page 143 of 290**                    5/22/2002

**TXABT 675965**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 1/29/98
By: Berni Urban

# GOVERNMENT: DEFINITIONS

Abbreviated New Drug Application. (ANDA")

AMP. Average Manufacturer's Price.

AMSUS. Association of Military Surgeons of the United States.

ANDA. Abbreviated New Drug Application.

Association of Military Surgeons of the United States. ("AMSUS") Meets three times annually. We have impact goals of attending three meetings including the big meeting, three days, in November. The "three meeting" goal as set when there were four meetings. We should look at eliminating or reducing this goal.

Average Manufacturer's Price. ("AMP")

Basic Core Formulary. ("BCF") a Department of Defense committee is responsible for this core formulary that must be on each MTF formulary and must be stocked.

MTF.

BCF. Basic Core Formulary

Blanket Purchasing Agreement. ("BPA")

BOP. Bureau of Prisons

BPA. Blanket Purchasing Agreement.

Bureau of Prisons. ("BOP")

Chemical Manufacturer Control.

DAPA. Distribution and Pricing Agreement.

Department of Defense. ("DoD")

Distribution and Pricing Agreement. ("DAPA")

DoD. Department of Defense

Federal Ceiling Price. ("FCP")

Federal Supply Schedule. ("FSS")

Health Industry Federal Advisory Council. ("HIFAC")

HIFAC. Health Industry Federal Advisory Council.

Innovator Items. An innovator item is an innovator item for a particular manufacturer only if that manufacturer applied for FDA approval with a new drug application (NDA). Thus, innovator items for Abbott are not innovator items to generic "copycats". The innovator must provide pricing to the Veterans Administration, Department of Defense, Coast Guard and Public Health Service at 24% below average manufacturers price.

NAC. National Acquisition Center.

National Acquisition Center. ("NAC") located in Hines Illinois. The NAC administers the Federal Supply Schedule ("FSS") and several national contracts that are important to Abbott.

NDA. New Drug Application.

New Drug Application. ("NDA")

OGA. Other Government Agencies.

TXABT 675966
Highly Confidential

Analysts' Basic Operating Procedures Manual

Other Government Agencies.  ("OGA") HPD acronym used to describe government agencies other than the Veterans Administration and the Department of Defense.  From the HPD perspective OGA includes the Bureau of Prisons, Coast Guard, Public Health Service, Indian Health Service, and others.  The administrators of the Federal Supply Schedule consider the VA, DoD, Coast Guard, and PHS to be the "big four" to which Federal Ceiling price for innovator items applies.

Paper New Drug Application.

PEC.

PharmacoEcomonic Center.  ("PEC") located at Ft. Sam Houston, Texas.

PHS.  Public Health Service

Public Health Service.  ("PHS")

**TXABT 675967**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 1/29/98
By: Berni Urban

# **GOVERNMENT: PUBLIC HEALTH SYSTEM PRICES**

Prices for many health institutions throughout the United States are determined by federal law. Among these are institutions that we commonly refer to as Public Health Service facilities ("PHS") that include:                     . Federal law requires Abbott to provide pricing according to the following formula.

$$\text{PHS Prices} = \text{AMP} - \text{basic rebate.}$$

AMP, average manufacturer's price, is the price  and the basic rebate is determined according to the algorithm below.

Average manufacturer's price is the weighted-average invoice price that Abbott charges all final customers that are not PHS, or government accounts.  Thus, prices charged to wholesalers would be included only if there is no corresponding chargeback for the sale.  Sales under the Federal Supply Schedule and to PHS institutions should not be included.

The basic rebate is

TXABT 675968
Highly Confidential

Case 1:01-cv-12257-PBS   Document 6323-47   Filed 07/27/09   Page 48 of 100

Date 2/16/2000
By: Berni Urban

# GOVERNMENT PRICING REQUIREMENTS

Part of the Federal Supply Schedule contract negotiations include the identification of a Customer of Comparability ("COC"), price and ratio which becomes the basis for award for each product covered on the FSS.

The COC is determined by disclosing all prices offered to customers which are equal to or lower than the price being offered to the VA and negotiating an acceptable price and COC.

The ratio is determined by dividing the proposed VA price by the negotiated COC customer/group price. Example $94.66 divided by $92.80 equals a ratio of 1.02. The current FSS contract has in excess of 1250 items and each one has a COC and ratio established.

The current FSS Pharmacy contract #V797P-5396X has as its Customers of Comparability several major buying groups. They are VHA, Novation, Premier, Amerinet, JPC, HSCA, Tenet Owen and Consorta. There is also the possiblity that individual customers can become the COC depending on the price negotiations.

The government contract is highly prone to price impacts (both positive and negative ) due to changes in product prices passed along to the COC. Any change which disturbs the established tracking ratio will cause the government price to either increase or decrease. Increases of course present no problems, however, decreases will always pass thru to the government and they must be passed along within fifteen (15) days after the COC price changes.

When preparing contract proposals please verify whether or not the item(s) are on government contract. If they are please check with Government Operations to verify the "COC" and ratio. If it is determined that no adverse impact will occur then continue your preparation and mail to the requester. If a potential negative impact is expected then review with your manager and Government Operations manager to determine the course of action to be taken.

TXABT 675969
Highly Confidential

Analysts' Basic Operating Procedures Manual

# GOVERNMENT OPERATIONS
# BASIC OPERATING PROCEDURES

## GOVERNMENT OVERVIEW

### PROCEDURE OUTLINE

GENERAL TERMS

GOVERNMENT ACCOUNTS

TYPES OF CONTRACTS

BID PROCESS

NOTIFICATION PROCESS

REPORTING MECHANICS

BID SUBMISSIONS

FSS MODIFICATIONS

INTERNAL NOTIFICATION PROCESS
(WHEN, WHO, HOW OFTEN

DOCUMENTATION OF ACTIONS

CONTACTS
(VA, DPSC, PLANT SITES, INTERNAL, DAPA/WHEN AND WHY)

TXABT 675970
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 2/15/98
By: Bernie Urban

# GOVERNMENT DEFINITIONS FOR MILITARY AND VA

Large bureaucracies use acronyms.  The acronyms below and their definitions are commonly used by the United States Military and the Veterans Administration.


ACO   Administrative Contracting Officer
BPA   Blanket Purchase Agreement
DAPA Drug and Pricing Agreements
DAR Council  Defense Acquisition Regulatory Council
DOD   Department of Defense
DPSC  Defense Personnel Support Center - Buying agent for the military
Drug and Pharmaceutical Product Management
FACNET       Federal Acquisition Computer Network
FAR   Federal Acquisition Regulations
FARC Federal Acquisition Regulatory Council
FASA Federal Acquisition Streamlining Act
GPO   Government Printing Office
GSA   General Services Administration
IDTC  Indefinite Delivery Type Contracts
Military Depot Select stocking sites from which the military orders product.
NAC   National Acquisition Center – The Veterans Administration National Acquisition Center, located in Hines Illinois, bids and awards contracts for the Veterans Administration and the Federal Supply Schedule.
OMB   Office of Management and Budget
SOW   Statement of Work
VA Veterans Administration
VAMC       Veterans Administration Medical Center.  There are 172 VAMCs in the United States.  They provide primary medical care to military veterans and their dependants.  Since 1994 the VA has focused on moving patient care from an in-patient setting to an outpatient setting and has been very successful in reducing the number of in-patients and surgeries.
VAN   Value Added Network
VISN  Veterans Integrated Service Network - The 172 Veterans Administration Medical Centers have been divided geographically into Veterans Integrated Service Network components.  The VISN's have the responsibility and authority to contract and thereby control costs.  DPPM
VMI   Vendor Managed Inventory

TXABT 675971
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 2/15/98
By: Bernie Urban

## <u>GOVERNMENT INNOVATOR PRODUCTS</u>

TXABT 675972
Highly Confidential

Analysts' Basic Operating Procedures Manual

# GOVERNMENT OVERVIEW

## GENERAL

### DATABASES

| | |
|---|---|
| A6199309 (403) | VA, CLINIC |
| A6199319 (405) | OGA, OTHER GOVERNMENT ACCOUNTS |
| A6199329 (404) | MILITARY |
| (401) | VA HOMES |
| (6326) | MILFSS |
| (6325) | VA HOMES WITH SHARING AGREEMENTS |
| FSS | FEDERAL SUPPLY SCHEDULE |
| OPEN MARKET | ALL ITEMS NOT ON (FSS) FEDERAL SUPPLY SCHEDULE |
| TERMS CODE | 1% 15, NET 30 DAYS   SEE <u>PUMP BOOK</u> FOR DIFFERING TERMS |
| DAPA | DISTRIBUTION AND PRICING AGREEMENT |

**MILITARY,**
**MAIN LOCATIONS**    **MECHANICSBURGH, PENNSYLVANIA**
        **TRACY, CALIFORNIA**
        Overseas shipments are shipped to one of these locations, they
    then forward to destination.

**VA**
**MAIN LOCATIONS**    **SOMERVILLE, NEW JERSEY**
        **BELL, CALIFORNIA**
        **BROADVIEW/HINES ILLINOIS**
**WITH THE INCEPTION OF PRIME VENDORS NO ACTION IS TAKEN WITH THE**
**AFOREMENTIONED LOCATIONS WHICH USED TO BE VA DEPOT SITES.**

P Drive/Government Directory/Govtprod.doc

TXABT 675973
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 2/15/98
By: Bernie Urban

# GOVERNMENT FEDERAL SUPPLY SCHEDULE

Various government agencies share their contracting work with one another.  They bid and make awards that then can be used by other government agencies.  The Federal Supply Schedule is a prime example of a inter-agency contract.  It is processed by the

**FEDERAL SUPPLY SCHEDULE (FSS)**
**(CONTRACT ITEMS FOR VA/MILITARY)**

**NEGOTIATED EVERY FIVE (5)**
**YEARS**

**FSS PRICES VIA A BPA**       Blanket purchase agreement uses the FSS as the basis for price if volumes warrant a lower than FSS price is to be offered to any VA or VISN upon request

**PRIME VENDOR/WHOLESALER**
**(USED BY VA, MILITARY) (VA DEPOTS HAVE CLOSED)**

**FSS ITEMS ONLY HANDLED**

**IF PRICE REQUESTED FOR ITEM NOT ON FSS**

**OFFER INDIVIDUAL PRICE**
**(SEE ATTACHED)**
**(DO NOT USE RX LINK PRICES)**
**(TARGET MARGIN 50%)**

**IF ITEM ADDED TO FSS**
**(THIS SHOULD BE DONE ONLY AFTER REVIEW FSS WILL USUALLY BE MUCH HIGHER AND SOME THOUGHT SHOULD BE GIVEN TO THE IMPACT OF INCREASING PRICE)**

**KILL ALL INDIVIDUAL CONTRACTS**

**IF ITEM ADDED TO FSS**

**A. NOTIFY JERRIE CISERALE**
**B. NOTIFY FIELD SALES**
**C. NOTIFY VA, GOVERNMENT**
   **AGENCIES**
**D. NOTIFY WHOLESALERS**

**GOVERNMENT FISCAL YEAR ENDS**

**SEPTEMBER 30 OF EACH YEAR**

GOVTPROC

TXABT 675974
Highly Confidential

Analysts' Basic Operating Procedures Manual

# GOVERNMENT OVERVIEW

### BID PROCESS

| | |
|---|---|
| **REVIEW BID**<br>(IF SELECT FACTORS DON'T MATCH ABBOTT ITEM, CALL DPSC AND REQUEST TO SEND RESPONSE ANYWAY) | **IF ABBOTT ITEM ALWAYS BID**<br>**CHECK ALL TERMS AND**<br>**CONDITIONS, PACKAGING**<br>**REQUIREMENTS, DATING ETC.** |
| **COMPLETE BID APPLICATION** | **FORWARD TO BID SPECIALIST FOR**<br>**TYPING REVIEW CAREFULLY** |
| **COMPLETE EXCEL SHEET** | **SEE EXAMPLE**<br>**-FACTORY COST**<br>**-PAST BID PRICES**<br>**-COMPETITORS**<br>**-UNITS/PRICE (S) BID LAST TIME** |
| **CHECK FOR LOST OR WON BIDS**<br>**ON SAME ITEM--PULL FILE** | **REVIEW EVENTS FROM LAST BID** |
| **DETAIL BID ON SPREAD SHEET**<br>**-FC SPREAD ON MARGIN** | **REVIEW WITH MANAGER** |
| **REVIEW GROUP PRICES** | **IDENTIFY FLOOR** |
| **REVIEW FSS** | **CHECK TO SEE IF ITEM ON** |
| **FSS** | |
| **IF DAPA BID AND ITEM ON FSS** | **BID FSS OR LOWER AFTER REVIEW**<br>**WITH MANAGER** |

GOVTPROC

TXABT 675975
Highly Confidential

Analysts' Basic Operating Procedures Manual

# GOVERNMENT OVERVIEW

**DELIVERY ORDERS
(MAIL IN ORDERS)**

| | |
|---|---|
| **REVIEW LAST ORDER (DELY ORDER)** | **CHECK FILE FOR PREVIOUS ORD.** |
| **VERIFY WITH MATERIALS MANAGEMENT** | **PRODUCT AVAILABILITY/SHIP LOC** |
| **COMPLETE MEMO** | **NOTIFICATION TO PERTINENT PERSONNEL OF LARGE ORDER TO BE SHIPPED(SEE EXAMPLE)** |
| **RECORD** | **ENTER INTO BID/DELIVERY ORDER LOG   SEE PROCESS** |
| **RX CONTRACT COORDINATOR** | **MEMO TYPED AND DISTRIBUTED** |
| **IF DELIVERY ORDER IS RECEIVED** | **ORDERS RECEIVED EARLY CAN BE SHIPPED EARLY WITH NO COST TO THE GOVERNMENT** |
| | **NOTIFICATION IS SENT TO THE APPROPRIATE LOCATION FOR SHIPMENT TO BE MADE.** |
| **UPON COMPLETION OF SHIPMENT** | **DD250 IS RECEIVED FROM THE SHIP LOCATION AND VERIFIED.  IT IS THEN FORWARDED TO CUSTOMER SERVICE FOR BILLING.** |
| **RECEIPT OF INVOICE** | **A FILE IS ESTABLISHED AND PUT WITH ALL ORIGINAL DOCUMENTS AND RETAINED IN THE FILE CABINET.** |

GOVTPROC

**TXABT 675976
Highly Confidential**

Analysts' Basic Operating Procedures Manual

# GOVERNMENT OVERVIEW

## QUARTERLY REPORTS

**ORDER REPORTS AT END OF QUARTER**

(BROKEN DOWN BY SIN AND NATIONAL CONTRACT SEPARATELY)

**ONE REPORT FOR VA, MILITARY AND OGA**

**REVIEW BACK OF FORM FOR DIRECTIONS**

**REPORTING CHANGES MADE IN 1/96**

**COMPLETE CONTRACTORS REPORT OF ORDERS RECEIVED**

**ENTER $ SALES IN APPROPRIATE COLUMN  VA OR MILITARY/OGA**

**MAIL TO DEPARTMENT OF VETERANS AFFAIRS, HINES. IL**
JIM TRISOLIERE    3010k-MEDICAL PROD.
FRAN DEROSA      5396X-PHARM
DEBORAH KOVAL   NATL. CONTRACT

**RETAIN COPY FOR FILES AND FILE REPORTS**

**WILL STEWART REPORT**

**SEE PREVIOUS REPORT FOR ALL CONTRACTS IDENTIFIED ENTER PREVIOUS QUARTER $ AMTS REVIEW CONTRACT FOLDERS FOR DELIVERY ORDERS AND TOTAL FOR EACH.  INDICATE TOTALS ON WORKSHEET FOR COOR. TO TYPE. MAIL TO WILL STEWART.**

GOVTPROC

TXABT 675977
Highly Confidential

Analysts' Basic Operating Procedures Manual

# GOVERNMENT OVERVIEW
### SOLICITATION PREPARATION
### (ORIGINAL AND ADDS TO SOLICITATION)

Reports needed        **low price reports**

Usually five (5) items will be requested for review (those will be those items with the highest dollar amounts out of the to be requested) request low price reports on those items.

One report for each list number (ea. TUC, SS) to be offered on the solicitation

Government sales -total sales for ea. List # to be offered

Commercial sales -total sales for ea. List # to be offered

Mo 60 distributor -sales total for ea. List # to be offered

Mo 63 oem account -sales total for ea List # to be offered

Wholesaler price/discount found in catalog (wholesaler)

Descending $ sales one for each item (Diane Maxwell will provide this)

Invoices -using the low price reports identify Low prices referenced on the report.

Pull the invoices referenced on the report and identify the reason for the

Identify 4 categories s of customer out of those with low prices (low price reports) group, state, teaching and individual account and their price for The item on the solicitation

These reports are used to identify ,for the government, the prices requested in the price disclosure.  Also, to explain the reason for the low price and why not offered to the government.

**TXABT 675978**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

SOLICITATION PREPARATION
(ORIGINAL AND ADDS TO SOLICITATION)

With the new 1998 Solicitation, the Most Favored Customer was determined by the lowest price available to any customer.  The Discount Schedule and Marketing Data as outlined above was not required.

This may change in the future, however, it was used at this time with a full audit of information sent complete with contracts supporting the data disclosed.

Worksheets go to the file and pull the blank copy (filed when the original bid was done).  Pull the relevant pages to be completed for this solicitation.  Make a work copy and return the original copy to the file.

See attached work sheets

How to use reports:

TXABT 675979
Highly Confidential

Analysts' Basic Operating Procedures Manual

# GOVERNMENT OVERVIEW
# MILITARY AND VA
# BID TRACKING

UPON RECEIVING **BID** AND **COMPLETING RESPONSE**:

LOG INTO BID TRACKING FILES  MILITARY OR VA

> ITEM
> UNITS
> PRICE
> DATES START/END
> CONTRACT NUMBER

**BID AWARD**

LOG INTO TRACKING LOG  MILITARY OR VA

> ENTER AWARD INFORMATION
> CONFIRM DATES OF AWARD   YEAR OR ONE TIME ORDER AWARD
> TRACK SHIPMENTS  ENTER INTO LOG WHEN INVOICES RECEIVED

GOVTPROC

**TXABT 675980**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

# GOVERNMENT OVERVIEW

# MILITARY/VA

## REPORTS

PERIODICALLY (QUARTERY OR MONTHLY) THE FOLLOWING REPORTS ARE GENERATED AND USED FOR THE FOLLOWING:

## SALES REPORTS

**Quarterly reports**        Sales for all SIN's, and National Contracts
These are sent to the appropriate Contract Officer at the VA National Acquisition Center.  See detailed process following this page.

**Will Stewart Report**

Quarterly sales from all delivery contracts or special (quantity) buys are tallied and sent to Will Stewart. He then compiles our Small Business Contracting report for the Federal Government

**Monthly Sales Reports**

Monthly reports are generaled showing both the sales and margin achieved during the previous month and compared to the same month the year before.

GOVTPROC

TXABT 675981
Highly Confidential

Analysts' Basic Operating Procedures Manual

# VETERANS HEALTHCARE ACT 1992

## PUBLIC LAW 102-585

## SECTION 601  MEDICAIDE REBATE

## SECTION 602 PHS

## SECTION 603 INNOVATOR

TXABT 675982
Highly Confidential

Analysts' Basic Operating Procedures Manual

# Background

ON 11/4/92 A BILLED W AS SIGNED THAT AMENDED THE MEDICAID DRUG REBAE STATUTE AND ESTABLISHED ADDITIONAL DISCOUNT PROGRAMS APPLICABLE TO THE PUBLIC HEALTH SERVICE (PHS), DEPARTMENT OF VETERANS AFFAIRS AND THE DEPARTMENT OF DEFENSE.

THE INTENT OF THE LAW IS TO PROHIBIT AGAINST FEDERAL PAYMENT )FROM MEDICAID, D, DOD PHS INDIAN HEALTH SERVICE (IHS) OR OTHER ENTITIES) FOR A MANUFACTURERS COVERED OUTPATIENT DRUGS UNLESS THE MANUFACTURER COMPLIED WITH THREE SETS OF DISCOUNTS OR REBATYE AGREEMENS:

1.      Medicaid  it amended the rebate statutre to exclude prices to PHS, DVA, DOD,IHS, State Veterans Homes, "Covered Entities" and Federal Supply Schedule.

2.      PHS  It established mandatory price discounts for a variety of clinisc and other "Covered Entities".

3.      DVA and other Federal Agencies  It requires manufacturers to enter into a "MASTER AGREEMENT" with the secretary of DVA under which the manufactgurers agree to:

        0       Make available each covered derug on the F.S.S.
        0       Enter into a separate pricing agreement with the DVA which limits the amount charged for covered drugs.
        0       Offer same prices to state veterans homes with sharing agreements

**IT IS A REQUIREMENT FOR MEDICAID PAYMENT THAT MANUFACTURERS ENTER INTO DVA MASTER AGREEMENT FOR THEIR COVERED DRUGS**

TXABT 675983
Highly Confidential

Analysts' Basic Operating Procedures Manual

# CONTENTS

**THE LAW**

**THE PROCESS**

**EXAMPLES**

**CONTACTS**

**TXABT 675984**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

### VETERANS HEALTHCARE ACT OF 1992

(PUBLIC LAW 102-585, Section 603)
INNOVATOR STATUS DRUGS

DEFINITION-INNOVATOR (COVERED DRUG)      ANY PRODUCT SINGLE SOURCE OR MULTI SOURCE WHERE THE MANUFACTURER WHO HOLDS THE ORIGINAL NDA ALL LVP OR SVP PRODUCTS WHICH HAVE AN NDA THAT REQUIRED EFFECTIVENESS CLINICAL TRIALS AND ALL PRODUCTS WHICH CONTAIN AN INGREDIENT WITH AN NDA THAT REQUIRED CLINICAL TRAILS ARE COVERED UNDER THE ACT..

PUBLIC LAW 102-585 PROVIDES THAT A MANUFACTURER WHO SELLS COVERED OUTPATIENT DRUGS TO ELIGIBLE ENTITIES MUST SIGN A PPA WITH THE SECY. OF HEALTH AND HUMAN SERVICES IN WHICH THE MFG. AGREES TO CHARGE A PRICE FOR COVERED OUTPATIENT DRUGS THAT WILL NOT EXCEED THE "AMP" DECREASED BY A REBATE PERCENTAGE.

THE ACT KNOWN AS 102-585 AMENDED THE MEDICAID REBATE STATUTE AND ESTABLISHED ADDITIONAL DISCOUNT PROGRAMS WHICH APPLY TO THE PHS, VA AND DOD

THE INTENT IS TO PROHIBIT AGAINST FEDERAL PAYMENTS (FROM VA, DOD PHS MEDICAID OR IHS ) FOR A MANUFACTURERS COVERED OUTPATIENT DRUGS UNLESS THE MANUFACTURER COMPLIED WITH THREE SETS OF DISCOUNT OR REBATE AGREEMENTS.

A.    **MEDICAID**    AMENDED THE REBATE STATUTE TO EXCLUDE PRICES TO PHS, VA, DOD, IHS, STATE VETERANS HOMES, "COVERED ENTITIES" AND FEDERAL SUPPLY SCHEDULE, SECTION 603

B.    **PHS**   IT ESTABLISHED MANDATORY PRICE DISCOUNTS FOR A VARIETY OF    CLINICS    AND OTHER "COVERED ENTITIES".

C.    **DVA/DOD**    REQUIRES MANUFACTURERS TO ENTER INTO A "MASTER AGREEMENT WITH THE SECRETARY OF THE VA UNDER WHICH THE MANUFACTURER AGREE TO:
        MAKE AVAILABLE EACH COVERED DRUG ON THE FSS
        ENTER INTO A SEPARATE PRICING AGREEMENT WITH THE VA WHICH LIMITS    THE    AMOUNT CHARGED FOR COVERED DRUGS
        OFFER SAME PRICES TO STATE VETERANS HOMES

SHOULD A MANUFACTURER HOLD THE ORIGINAL NDA FOR ANY ITEMS THEN    THE FEDERAL CEILING PRICE IS ESTABLISHED WHICH SHALL NOT EXCEED 76% PERCENT OF THE NON-FEDERAL AVERAGE MANUFACTURING PRICE (NON-FAMP) THIS IS A MANDATE FROM THE FEDERAL GOVERNMENT.

AT THE TIME A NEW PRODUCT IS INTRODUCED SPECIFIC INFORMATION MUST BE SUBMITTED TO THE VETERANS ADMINISTRATION FOR INCLUSION IN THE PPA (PHARMACEUTICAL PRICING AGREEMENT) .

**INITIATING VA NOTICE OF NEW INNOVATOR PRODUCT**

OMB FORM #2900-0393 (SEE ATTACHED) IS COMPLETED AND SUBMITTED TO THE DRUG PRICING PRODUCT MANAGEMENT (DPPM)SECTION OF THE VA LOCATED IN HINES, ILLINOIS

QUESTIONS TO BE ASKED ABOUT NEW POTENTIAL INNOVATOR DRUGS:

 A. WHETHER ABBOTT HOLDS THE NDA FOR THE NEW PRODUCT, OR ANY  INGREDIENT IN THE NEW PRODUCT  HAS A NDA,

B. WHETHER OR NOT CLINICAL TRIALS WERE DONE ON THE NEW PRODUCT.

PAGE 2
COVERED DRUGS (INNOVATOR)

**PRICE CALCULATION**

TXABT 675985
Highly Confidential

Analysts' Basic Operating Procedures Manual

THE **AMP** IS DETERMINED BY COMPUTER CALCULATION AND THEN REDUCED BY THE **REBATE** PERCENTAGE.

**AMP** IS THE AVERAGE PRICE PAID TO THE MFGR FOR THE DRUG IN THE US BY WHOLESALERS FOR THE DRUG DISTRIBUTED TO THE RETAIL PHARMACY CLASS OF TRADE IN THE PRECEDING QUARTER.  THE **REBATE** PERCENTAGE IS THE MEDICAID REBATE FOR THE PARTICULAR DRUG DIVIDED BY THE AMP. THE MEDICAID REBATE UTILIZES BEST PRICE INFORMATION WHICH CONSIDERS THE LOWEST PRICE AT WHICH THE MFGR SELLS THE COVERED OUTPATIENT DRUG TO ANY PURCHASER IN THE US IN ANY PRICING STRUCTURE.

**PPA,** PHARMACEUTICAL PRICING AGREEMENT UNDER WHICH THE PRICE CHARGED DURING THE ONE-YEAR PERIOD MAY NOT EXCEED 76 % OF THE NON-FEDERAL AVERAGE MANUFACTURER PRICE (NON-FAMP) LESS THE AMOUNT OF ANY ADDITIONAL DISCOUNT i.e. THE ANNUAL FEDERAL CEILING PRICE **(FCP).** THE PPA WILL SPECIFY THE ANNUAL CEILING PRICE PER DRUG OF THE MFGR. CALCULATED AS .76 OF THE NON-FAMP FOR THE APPROPRIATE ONE YEAR PERIOD MINUS ANY ADDITIONAL DISCOUNT (.76 NON-FAMP)-ADDITIONAL DISCOUNT.

# VETERANS HEALTHCARE ACT 1992

# PUBLIC LAW 102-585, Section 603
## Innovator Items

# PROCEDURE

## Verification of Innovator Items

With the introduction of new products and the changes occurring with existing products (pkg. size, case quantities) the process of innovator product identification becomes important.

At the first of each year verify with Regulatory Affairs the following:

Submit the current list of innovator items to Regulatory contact, Dave Guzek, Director.

Regulatory contact will review listing to see if any new items in the existing families are to be included

Regulatory contact will advise if any new NDA products are approved and to be included in the innovator family.  If the answer is yes, complete the appropriate paperwork and submit to the DPPM for inclusion in the record of innovator items.

If no new items are to be included and the list submitted is approved by Regulatory Affairs then continue with the process as previously defined.

## INNOVATOR CALCULATIONS

The calculation is done in two parts:

**TXABT 675986**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

1. The additional discount
2. Options A and B


**Change in Non-Famp**
Previous third quarter Non-Famp vs current third quarter Non-Famp
To determine dollar difference

Previous third quarter Non-Famp X CPI = CPI Adjusted Non-Famp

**Additional Discount**

The dollar difference in the old third quarter vs the current third quarter deducted from the
CPI adjusted Non-Famp (difference between the adjusted non-famp and the old non-famp)
Result is the additional discount.  See example

**Option A**

Current FSS minus the IFF X CPI

**Option B**

The current year annual non-famp X .76  (24% below market) = the unadjusted calling price
If a additional discount was calculated this is then deducted from this figure.

The lower of the two Options A or B becomes the new FCP for the coming year


GOVERNMENT PROCEDURES
PULIC LAW 102-585
SECTION 602
PUBLIC HEALTH SERVICE


PHS is established mandatory price discounts for a variety of clinics and other "covered entities.

Covered Entities
    Migrant, Community and Homeless Clinics
    Federally Qualified Health Centers
    Health Services for Residents of Public Housing
    Aids Clinics
    Black Lung Clinics
    Comprehensive hemophilia diagnostic treatment centers
    Native Hawaiian Health Centers
    Urban Indian Organizations
    PHS clinics for sexually transmitted diseases
    Disproportionate Share Hospitals

TXABT 675987
Highly Confidential

Analysts' Basic Operating Procedures Manual

## Government Procedures

### Rebates

Groups Involved       VA              Group 403
                      OGA             Group 404
                      Mil             Group 405    Sales history request only no IFF paid
                                                   on Military sales.
                      MIL/FSS         Group 6326   Include these sales with OGA
                      VA w/Sharing    Group 6325   Include these sales with OGA

Contracts Involved    V797P-5894M     Sins   42.2A    Innovator Items
                                             42.2AB   Berlex Innovator Items
                                             42.2B    Injectables
                                             42.3     Solutions
                                             42.4     Equipment

Sanofi contract sales are to be included with the 42.2A and 42.2B totals effective 6/10/97.

Profile covering Adria products is to be requested and sent to Dave Rice at Adria.  Dave reports the same sales history as HPD.  HPD maintains the Adria contract at Adria direction and therefore the sales data resides in our system, making it necessary to forward to Adria for their reporting purposes.

                      V797P-3010K     Sins   D-30 - Devices
                                             D-13 - Suction
                                             AIM Lease

                      No IFF paid on 405 leases or Pump purchases, decided by management.
                      97-001 Suction BPA      Report showing what was saved via BPA and
            regular FSS prices.  Send to Carol Calhoun at VANAC.

                      797EA500575    National Contract
                                     Report sales units/dollars only
                                     There is no IFF paid on this contract

                      Mail address for National Contract
                      Department of Veterans Affairs
                      National Acquisition Center (90N-P)
                      P.O. Box 76
                      Hines, Illinois 60141

TXABT 675988
Highly Confidential

Analysts' Basic Operating Procedures Manual

How rebates are paid

Identify all profiles in effect for the last quarter, this is done by using CAS to determine all profiles to be used to retrieve sales.  Request sales information by profile number, one report for each group referenced above.  Group 405 history is just kept with all others even though there is no IFF paid on these sales.  This information is used to complete the Will Stewart report which Will then files with the appropriate National committee.

Complete the appropriate form and compute the rebate of 1/2 of 1%.

See attached examples of GSA form 72 for proper completion of sales information.
Mail to the appropriate address notated in the attached example.

Upon completion of the rebate calculation of .05% forward for check approval.

TXABT 675989
Highly Confidential

Analysts' Basic Operating Procedures Manual

March 14, 2000
Berni Urban

## Customer of Comparability Tracking
## (COC)

Here is just a short "how to" on how to identify the government price and COC in CAS.

From the CAS menu select **CUSTOMER** then
    **VA Maintanence** then
    **VA Tracking**

This will bring up the **Tracking File Maintanence** screen

Click on **Retrieve Latest (A)**
  This will display all products/prices and COC information relating to the Pharmacy Contract. To select a specific product,at the bottom of the screen enter the product in the list-tuc-ss box and click on **find (B)..** This will display the price for that item.

**NOTE:** The pharmacy contract contains many items which we consider to be Med Surg items (equipment, venicare, trays). Please do not assume that if a product is med surg it will not be in the tracking file.

The important information for analysts is the current VA price the COC group, price and ratio. All this information is contained in the tracking file.

The VA requires that our contract price "track" to a customer of comparability. At the time of contract negotiations we identified a price we would offer the government (this was not the lowest price with the exception of Innovator products, based on the VA guarantee of $100 in purchases via this contract per year) We negotiated the customer we would track to and the ratio between the tracking customer price and the negotiated price. If the ratio between the VA price and the Tracking customer price is disturbed (goes down) then we must reduce the VA price within 15 days. If the ratio is disturbed due to a price increase we will be allowed to increase the FSS price on the anniversary date. The other condition that must be present before we can take a price increase in addition to the increase in the

COC price is that the catalog price must show an increase as well.

If you determine that a price needs to be reduced to one of the tracking customers please let me know so I can determine the price erosion we will experience in the government sales dollars.

P/Urban/Analyst COC How To

**TXABT 675990**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

TXABT 675991
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 12/29/99
By: Tom Tomsheck

# GRANTS

As recent as April of 1999 Abbott participated in the offering of grants (mostly education grants) to customers in exchange for their business. Often these grants would be offered on the same contracts that were being presented and signed by our customers. Upon closer review of this practice, Abbott decided that legally we may be putting the company at risk for future "safe harbors" issues.

Therefore it has been decided that grants can no longer be used by Abbott to directly entice a customer to purchase our products. We can still offer customers grants but we must include full disclosure language. Furthermore, these grants must be offered to the customer as a stand-alone document. They can not be incorporated into any contracts of any kind in which we are asking the customer for some kind of commitment to Abbott or Abbott's products.

TXABT 675992
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 8/27/97
By: Rusty Dinsmore
& Rich Nevin

# GROUP COMMUNICATION

The Contract Marketing department represents a key element in the quality of rapport and relationship we have with our group purchasing organizations.   Maintaining a working relationship with the National Account Managers, and understanding the communication process is critical to building and maintaining the HBS business.

Please check with the National Account Manager to determine the appropriate people within each group and what method of communication is preferred at each GPO.

## NOVATION
This GPO has specific protocol for adding products (line extensions) or reducing pricing on Injectable Contracts.   Rick Lowe (NAM) has agreed that Novation must provide written acceptance of all price revisions, product addition (line extensions), or contract changes prior to implementation.

ANESTHESIA GENERICS,
INHALATION AGENTS AND TRAYS

Greg Butler
Director Anesthesia\Clinical Markets
VHA Inc.
220 East Las Colinas
Irving, TX 75014-0909
Fax: 972-830-2923
(Notice could also be sent to Daryl Smith,
VHA Anesthesia Clinical Markets analyst
at the same fax number)

S&E, PREMIXES, EDDS,
INJECTABLES, PCA, COMPOUNDER,
AND ACYCLOVIR

Greg Knapp
Senior Manager, Pharmacy Business Unit
VHA Inc.
220 East Las Colinas

Irving, TX 75014-0909
Fax: 972-830-0387

HETASTARCH, PENTAMIDINE,
VANCOMYCIN

Terri Lanphier
Senior Manager, Pharmacy Business Unit
VHA Inc.
220 East Las Colinas
Irving, TX 75014-0909
Fax: 972-830-0387

SURGICARE
Brent Gee
Product Manager
VHA Inc.
220 East Las Colinas
Irving, TX 75014-0909
Fax: 972-830-0435

TXABT 675993
Highly Confidential

Analysts' Basic Operating Procedures Manual

## HSCA

All Contract changes should be forwarded to Gary Glinski for approval.  Each revision is to be addressed to Terry Smith at the following address

Terry S. Smith, R. Ph., M. S.
Vice President, Pharmacy Division
Health Services Corporation of America
3221 McKelvey Road, Suite 301
Bridgeton, MO  63044

## PREMIER

## AMERINET

Pam Dorgan, National Accounts Manager, and Dan Honaker, FirstChoice Injectables Analyst, conduct a weekly conference call with Sue Ellen Eigel, Contract Manager, AmeriNet ValuPharm on Friday at 10:00.  This weekly call provides a successful forum for resolution of various pricing issues, collection of market intelligence, and overall enhancement of communication between AmeriNet and Abbott.

All contract-related documents should be directed to:

Mr. Mark Wilson, M.S., R.Ph.
Vice President
AmeriNet
2060 Craigshire Rd., P.O. Box 46930
St. Louis, MO  63146

All contract revision notices sent to AmeriNet should include both the NDC and the List-TUC-SS.

## COLUMBIA

## CONSORTA
Consorta is the result of a merger between two Catholic Purchasing Organizations:  Sisters of the Sorrowful Mother Diversified Health Services (SSM-DHS) formerly of Milwaukee, and Catholic Materials Management Association (CMMA) formerly of St. Louis.   The new Consorta headquarters is based in Rolling Meadows, Illinois.

Product Adds, Revisions, Adjustments (Consorta)
Separate Letters of Addendum, or Amendment (whichever the case may be) must be sent to Charles Sbarbaro.  Each Letter will refer to CMMA and SSM  Examples of Contract Revision Letters (Letters of Amendment and Addendum) at Con

TXABT 675994
Highly Confidential

Analysts' Basic Operating Procedures Manual

## TENET

## KAISER

All Contract changes should be addressed to Clive Frith.  He likes to be called Mr. Frith.  All communication must reference the Kaiser Agreement # and the Abbott Products must be listed in Alphabetical order.  Each revision is to be addressed to Clive Frith at the following address:

Mr. Clive Frith
Purchasing Agent
Pharmaceutical Operations
Kaiser Permanente Medical Care Program
300 Pullman Street
Livermore, CA 94550

## MEDECON

All Contract Revisions should be addressed to Jennie Armento.  All communication must reference the MedEcon Contract # listed in the table below:

| | |
|---|---|
| MedEcon All Member Group 747 | MedEcon Contract A100 |
| MedEcon Western NY Coop | MedEcon Contract A200 |
| MedEcon Western NY Coop Anesth. Gases | MedEcon Contract A115 |
| Great Lakes Regional Coop | MedEcon Contract A250 |
| East Texas Regional Coop | MedEcon Contract A110 |
| New England Regional Coop | MedEcon Contract A275 |

All Revisions should be addressed to Jennie Armento at the following address:

Jennie Armento
Director, Support Services
MedEcon Services, Inc.
9505 Williamsburg Plaza
Louisville, KY 40222

TXABT 675995
Highly Confidential

Analysts' Basic Operating Procedures Manual

## GROUP COMMUNICATION (Weekly Conference Call)

Date: 4/17/98
By: Rich Nevin

Pam Dorgan, National Accounts Manager, developed the concept of setting up a weekly conference call between the Contract Marketing Specialist and key contacts at AmeriNet ValuPharm including Sue Ellen Eigel, Contract Manager, and if necessary Mark Wilson Vice President on Friday at 10:00. This weekly conference call has proved to be critical in enhancing the relationship between Abbott HPD and AmeriNet.

The conference call offers the following key benefits for both Abbott and the Customer:

(1) It provides an efficient forum for resolution of various pricing issues;

(2) It allows the analyst to work with the NAM in building rapport with the Customer;

(3) It provides a regular opportunity for the analyst to collect market intelligence

**TXABT 675996**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 1/27/98
By: Jon Best

# BUYING GROUP & HEALTH SYSTEM NUMBERS

On many occasions an analyst or contract administrator may need to find a Buying Group or Health System customer number. Contract Marketing Information Systems have created a complete listing of all established GPO, System, and Abbott HNO numbers in excel. The user can search by city/state, group name, or number to identify all pertinent data surrounding a particular group or system.

Additionally, a new worksheet has been added to this file to illustrate important product aggregations for running a sales history. This information should be updated quarterly to provide current information to the user. The updates may come from Tom Turner or Jerrie Cicerali.

This information is found under p:\resource\BG_name.xls.

TXABT 675997
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 2/18/98
By: Bob Bryan

# GROUP, MAJOR HEALTH SYSTEMS, AND INDIVIDUAL HOSPITAL PROPOSAL AND ACCRUAL APPROVAL PROCESS

Many proposals include a provision for an initial expense such as a conversion allowance. Occasionally, these expenses exceed 50 thousand or even 100 thousand dollars. We must plan for expenses of this magnitude.

Once a proposal has become a contract there may be expensense such as a rebate, dividend, or management fee. Here too, it is extremely important that we plan and communicate appropriately.

The tables below detail when and to whom we must communicate when a proposal is written and when a contract is signed based on annual dollar commitment to which we are obligated. Study these tables closely and make certain that when the occasion arises that you get the necessary approvals.

PROPOSALS

For any proposal that would require an initial payment of $50,000 or more the Analyst should complete an Accrual Analysis Form (see below), and a P & L that clearly identifies the sales, margin, and projected cash layout. When complete these documents should be presented for review and signed approval according to the Proposal Approval Table below.

** Unique rebate or accrual proposals must be reviewed with the Group Leader or Supervisor to determine the implementation process (see attached for examples).

| | PROPOSAL APPROVAL TABLE | |
|---|---|---|
| Level | Projected Annual Cash Outlay | Required Approval |
| 1 | Under   $50,000 | Analyst |
| 2 | Over   $50,000 | Major Account Manager |
| 3 | Over   $250,000 | Mike Sellers, after level 2 review. |

Each proposal may require multiple approvals as part of the quality checking process.

SIGNED CONTRACTS

When a signed contract is received the Contract Coordinator will review the contract, prepare an Accrual Analysis Form and route to the Analyst. The Analyst will review the Contract Coordinator's work or help the Contract Coordinator calculate the accrual percentages. The accrual percentage calculation can be very straight-forward as in the case of a non-performance rebate or very complex as in the case of a performance based rebate overlay to a group contract. When complete the Accrual Analysis Form should be presented for review and signed approval

TXABT 675998
Highly Confidential

Analysts' Basic Operating Procedures Manual

according to the <u>Accrual Approval Table</u> below.  When the process is complete the <u>Accrual Analysis Form</u> should be returned to the Contract Coordinator for implementation.

The Contract Coordinator will verify that appropriate levels of approval have been completed prior to implementation.

| ACCRUAL APPROVAL TABLE | | | |
|---|---|---|---|
| Level | Project Annual Cash Outlay | | Required Approval |
| 1 | Under | $50,000 | Contract Coordinator and Analyst |
| 2 | Over | $50,000 | Contract Coordinator Supervisor |
| 3 | Over | $250,000 | Major Account Manager |
| 4 | Over | $1,000,000 | Mike Sellers, after level 3 review |

After implementation is completed, the coordinator will route the file with a copy of the <u>Accrual Analysis Form</u> to their Group Leader for review.  The Group Leader will quality-check the implemented profile for accuracy.  Checking includes verifying for correct accrual amount and validating the pricing.

The profile will not be mailed to the account or the sales representative until the quality checking process has been completed.

A hard copy of the <u>Accrual Analysis Form</u> should also be included in the rebate file.

<u>ACCRUALS</u>
If changes to the accrual are recommended a new <u>Accrual Analysis Form</u> will need to be completed and routed through the approval levels as detailed below.

**TXABT 675999**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual
# ACCRUAL ANALYSIS FORM

Group or Hospital Name: _____

Profile Numbers: _____

Payment Period _____

| | *Projected Cash Outlay Proposal Process | Accrual Percent Implementation Process | Accrual Dollars |
|---|---|---|---|
| Early Signing Bonus | $_____ - | _____ | _____ |
| Schedule Shipment | $_____ - | _____ | _____ |
| Direct Ship | $_____ - | _____ | _____ |
| E.O.E. | $_____ - | _____ | _____ |
| Management Fee | $_____ - | _____ | _____ |
| Contract Dividend | $_____ - | _____ | _____ |
| ACCS- Products | $_____ - | _____ | _____ |
| Converison Allowance | $_____ - | _____ | _____ |
| Grants | $_____ - | _____ | _____ |
| Other | $_____ - | _____ | _____ |
| Totals | $_____ - | _____ | _____ |

Cash Payment Budgeted/Not budgeted in Plan/Update:   Yes  ⌐    No   ⌐

Reviewed and Approved by:

Analyst          Analysis Completed _____   Date _____

Coordinator      Verification _____   Date _____

Group Leader     Verification _____   Date _____

Supervisor       *Over $100,000 _____   Date _____

Mgr Contract Mktg  *Over $250,000 _____   Date _____

Director         *Over $1,000,000 _____   Date _____

HBS Controller   *Over $1,000,000 _____   Date _____

Vice President Major Hlth
  Care Systems/HBS *Over $1,000,000 _____   Date _____

*Approval levels apply to Projected Cash Outlay.

TXABT 676000
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 8/7/97
By: Matt Hanley

# GROUP MEMBERSHIP CROSSOVER

Hospitals commonly belong to more than one group purchasing organization. In fact, many hospitals belong to multiple groups for pharmacy products and to another set of groups for med-surg products. When analysts are considering the strength of a group, they should consider how many memberships the member hospitals have.

This type of information is available in the group crossover reports generated by the analytical assistants. The Excel files for Pharmacy and Med/Surg crossover data are p:\_resource\crossmem\706rxcrs.xls and 706mscrs.xls, respectively.

TXABT 676001
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 1/4/00
By: Francis Humann

# GROUP RELATIONSHIPS

The relationship between GPOs and HPD is very important to HPD since most hospitals use at least one GPO to arrange pricing for the bulk of their supplies. Contract Marketing personnel strive to keep this principle in mind whenever making strategic or individual decisions.

Management Fees
HPD pays management fees to all NAM represented Group Purchasing Organizations (note: only GPOs are legally allowed to accept "management fees"). These fees range from 1% to 3% depending, in part, on the groups ability to drive business (sometimes referred to as compliance), the amount of historical sales to the group, and partnership status with the GPO. In some instances a GPO may receive a management fee for a particular product or product line in excess of 3%. However, this is rare, in part because off increased disclosure requirements on the GPO's. In most cases, fees paid to GPOs in excess of 3% are structured other than as management fees.

New Products
New product releases, especially product line extensions, pose several interesting challenges. Often Abbott's new product or line extension is currently on a GPO agreement with another vendor and the GPO loses sales and resulting management fees when one of its members purchases product from Abbott off contract. A product line extension may be a substitute for a similar Abbott product that is currently on a GPO agreement. Once again the GPO loses management fees when one of its members purchases our new product off contract rather than the original product. Sometimes we begin to sell these products to group customers before they are added to the Abbott group contract. Since the GPO will most likely see or hear about information provided to member hospitals by our Sales Force, it is important that we position the introduction of new products in such a way that we do not inadvertently antagonize the GPO management. Therefore, communications to the field should state "Abbott Laboratories Inc. is currently negotiating the addition of this product to GPO agreements" and avoid saying "we will not add this product to group contracts at this time". Since the FirstChoice[®] Injectables Analysts often review marketing information before it is sent to the field it is important for the FirstChoice Injectables Analysts to be aware of the situation and guard against potential problems.

Anniversaries
Developing and implementing GPO anniversaries increases are always a challenge. First, the analyst must insure that the proposed pricing is in line with the division's overall strategy by i) reviewing the Resource File and Forecast 2000, and ii) consulting with the relevant marketing managers. Prior to implementing any anniversary, the analyst should first have it approved by his/her department manager. The analyst should then present the anniversary to the NAM/DM with responsibility for the relationship and be prepared to provide the him/her with the justification for any increases so that they can in turn educate their customer.

TXABT 676002
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 02/11/95
By: Bob Bryan

# HPD PRODUCT DATA CHECKLIST

The HPD Product Data Checklist is a two page form (front and back of one sheet) initiated by the marketing manager used to put a product in the system and to mass update contracts.   The marketing manager should provide all the data.  The Contract Marketing manager should review the data for completeness, accuracy, and compliance to administrative requirements.   For example, RxLink prices must be less than Trade prices.

The Contract Marketing manager should be aware of deal prices, introduction prices, and communicate them to the analysts and others concerned.

After review, the Contract Marketing manager should sign the form and forward it to Jerrie Cicerale for implementation.

TXABT 676003
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 5/31/98
By: Libby Price
Edited & Updated by Peter Karas

# HUB - HOW TO ACCESS INFORMATION

HUB is an Abbott computer system that houses pricing/profile information for contracts and proposals. Pricing information can be brought down from HUB and put into an Excel format, and pricing can be put into HUB from Excel.

It is useful to use HUB:
- When doing anniversary price increases
- When submitting large groups of prices to the coordinator for implementation
- When updating the Resource File
- Anytime up-to-date pricing needs to be analyzed via Excel

Pulling Prices Down from HUB to Excel
1. Open HUB - password access should be the same as CAS.
2. Select FILE from toolbar and then NEW.
3. Pull down the menu in the TYPE box (by clicking on the arrow), select PROPOSAL.
4. From the toolbar, choose FILE, then STORE.
5. Select PRODUCT from the toolbar, then REWORK.
6. In the Rework Details section of the screen, click PRODUCTS and PRICES.
7. Under Source, select PROFILE and enter the profile number.
8. Select BREAK POINT 1 and WORK COLUMN 1.
9. Select ADD.
10. Add any other profiles using steps 6 - 9. Select BREAK POINT 1 and WORK COLUMN 1 if you are pulling a price list for a single customer/contract. This will put all the prices in a single column. If you are comparing different prices for the same product, select WORK COLUMN 2, 3, etc. for each subsequent profile. This will put the prices in adjacent columns. An example of this would be to compare multiple group pricing for a product/products.
11. When all profiles have been added, choose REWORK. When rework is complete, select OK.
12. To move the profile information to Excel, select INTERFACE from the toolbar, then EXCEL, then GENERATE PRICES.
13. Select REMOVE ALL, then highlight the items one at a time you want to appear in the Excel spreadsheet, and press SELECT to move over to the Selected Columns side of the screen. Most commonly chosen items are List-TUC-SS, Product Description, and PF xxxxx (profile number) Each. PF xxxxx Each gives you all the prices in Work Column 1, even though the title reflects only the first profile input.(Make sure that the blue line is within both columns.) Select OK.
14. The data will go into an Excel sheet in the C:\windows directory as an .XOT file. Save as an .XLS workbook.
15. In Excel, open the document.
16. The Text Import Wizard box appears. Select DELIMITED as the Original Data Type, if not already selected. Choose NEXT.

TXABT 676004
Highly Confidential

## Analysts' Basic Operating Procedures Manual

17. Under Delimiters, choose TABS if lines separate the data in the box, or SEMICOLON if semi-colons separate the data. Select NEXT, then FINISH.

Putting Prices Into HUB from Excel

1. Format Excel spreadsheet into 2 columns with these exact titles - List-TUC-SS and Price 1 Each. Make sure there are no dollar signs in the format and no spaces before/after the titles. Under each title, add one blank row (if you do not do this, the first list number will not go into HUB) and put the list numbers and each (unit) prices in the appropriate columns.
2. Highlight both columns and choose Edit, Clear, Formats.
3. Choose FILE, then SAVE AS.
4. Save as File Type TEXT (TAB DELIMITED). Make sure to save the file in an easily accessible file. If the file is buried in to many sub-directories it can get locked up.
5. Close Excel file, go to HUB. HUB can be opened using the same password as CAS.
6. Open Bid Proposal by selecting FILE in the toolbar, then NEW.
7. Under Type pull down the menu by clicking on the arrow in the Type box, and select PROPOSAL.
8. From the toolbar choose FILE, then STORE. Note Proposal Number for later data retrieval.
9. From the toolbar choose INTERFACE, EXCEL, and LOAD PRICES.
10. The program defaults to the S:\ drive, so find whatever drive and path you saved your document to and click on your file name, then OK. Often, HUB will tell you that saved your file incorrectly, even though you have checked it for accuracy. Reopen your file in excel and check for spaces both before and after the Price 1 Each and List-Tuc-Ss labels. Remove any extra spaces and resave the file. Return to HUB and repeat steps 9 and 10.
11. Under New Products select ADD (not SKIP), and Price to Update select EACH (not CASE), then OK.
12. There will be a summary of the products that have come into HUB. Make note of any products that did not carry over. This summary screen is only shown once, and you will not be able to access it again. Any products that did not carry over can be added manually.

TXABT 676005
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 6/22/95
By: Bob Bryan

# HUMAN RESOURCES POLICY MANUAL

The Lake County Human Resource Policy Manual is available on-line in the Shared Folders area in MS Mail. It is titled Human Resource Policies. To access it, click on the "Private Folders" bar above your Inbox, or choose "Shared Folders" from the View menu.

The manual is in the form of a Windows Help file, which means it works just like any help file for your Windows applications. Double-click on the big yellow icon next to the title Human Resource Policies (or select it and choose "Run" from the "File" menu), and a window will open up (which you can size according to your preference) listing the policies.

There is a search function, so for example, if you type "vaca" in the dialog after clicking on the "Search" button, it will bring up the "Vacations" policy. Or, you can simply scroll down the list until you find the appropriate policy.

As always, please consult your HR representative with any questions about interpretation.

For those who cannot open the HRPOLICY.HLP file due to a lack of an association, you can follow these steps to create an association and access the file.

1. Open File Manager
2. Choose Associate ... from the File menu.
3. Type HLP in the Extension box
4. Type C:\WINDOWS\WINHELP.EXE as the application.
5. Click OK to close the dialog.
6. Close File Manager

This should take care of it. WINHELP.EXE is an application included with Windows that allows us to use the HELP functions associated with all Windows applications. These HELP files can also stand alone, as does the HRPOLICY.HLP file.

TXABT 676006
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 03/10/98
By: Rusty Dinsmore

# INDEX MATCH FORMULA

The index-match formula is used frequently to combine data in two different sheets. The most common example is combining sales history with a base file to initiate an analysis. The formula is:

$$=index(area,match(xx,list,0),x)$$

To use this formula think of the data as being in two separate groups. One group of data will be the source file - that is, where the computer will go to get data. The other group of data will be the target file - that is, where the data will reside after the index-match has been completed. It is absolutely vital that each group of data contain the "common element". That is, a field that is exactly the same in both groups of data. This is usually the List-TUC-SS or the List-IC for Contract Marketing.

The source file may contain hundreds of columns of data. However, only a few columns are generally required to complete the index-match. One must be the common element, that is, the cell that contains data that is exactly like the data in the target file.

Action Item 1 Define Name of the Target File: In any cell define the name of the file by selecting "Insert" , select "Name", select "Define" and in the appropriate box type any word.

Action Item 2 Define List: If it is not open, open the source file, highlight the common element data, noting on what row they begin and end, select "Insert", select "Name", select "Define" in the appropriate box type the word "list".

Action Item 3 Define Area: If it is not open, open the source file, highlight the columns that contain the common element data and all the data to be index-matched into the target file. Don't worry about highlighting columns that are not going to the target file. Note the row where they begin and end (they must begin and end on exactly the same row as the range defined as list), select "Insert", select "Name", select "Define" in the appropriate box type "area".

Action Item 4 Place index-match formula in appropriate cell. If it is not open, open the target file. Type or copy the index-match formula to the cell. If copying remember to add the "=" sign in the first position in the cell.

Action Item 5 Paste List and Area. (Area) While in the index-match formula use the mouse to highlight the word area (position the pointer anywhere in the word "area" and double-click, area will be highlighted), select "Window" from the menu bar, select the source file, select "Insert", select "Name", select "Paste", select the range previously defined as area.

(List) In the formula bar, highlight the word "list" (position the pointer anywhere in the word "list" and double-click, list will be highlighted), (note that you are still in the target file), select "Insert", select "Name", select "Paste", select the range previously defined as list.

TXABT 676007
Highly Confidential

Analysts' Basic Operating Procedures Manual

Action Item 6 Identify the data to be index-matched into the Target File.  The data to be index-matched into the Target file should be identified in the formula with by replacing the single "x" with the number of the column in the range of cells defined as area.  Thus, if area begins in column a and the desired data are in column d, the "x" at the end of the index-match formula is replaced with a 3.

Action Item 7 Identify The Common Element In The Source File.  (You should still be in the Target File) Select Window, select the target file, replace the "xx" with the cell address that contains the common element in the target file.

Action Item 8.  Hit enter.  If everything was done correctly the formula should match the common elements in the two groups of data and pull the desired data from the source file into the target file.

Action Item 9.  Copy the completed formula to other cells in the same column as necessary.  Note, the formula must be edited if it is necessary to copy to other columns.

Action Item 10.  Index-match formulae use a lot of random access memory.  It is extremely important that the index-match formulae be converted to values as soon as the desired data have been brought into the target file.  To do so, highlight the index-match formulae, select "copy", select "copy" (again), select "paste special", select "values".

Things to Keep in Mind.
1.  Always spot check the index-match results.  Many things can go wrong and still provide a seemingly accurate result.
2.  Index-matching only works on columns.  It cannot be applied to rows.
3.  Index-matching only works on values - text or numbers.  It cannot be applied to formulae.
4.  The source file area and list must begin and end on the same row

Troubleshooting.
1.  A result of "#N/A" means the common element from the target file was not found in the source file.
2.  A result of "0" means the common element was found in both files but the field in the source file was equal to zero or was blank.
3.  A result of "-" means the common element was found but the field in the source file was equal to zero or was blank and the cell is formatted for currency.
Sometimes what seems to be a completely numerical common element will not index-match.  If the data were in a "text" format merely changing the format may not suffice.  Rather, an arithmetic function must be applied to the data, such as multiplying by "1".  The product can then be used to complete the index-match.

TXABT 676008
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 3/9/2000
By: Bob Bryan

# INJECTABLES GPO TRACKING FILES

It is especially beneficial to the Injectables Analyst, the GPO National Account Manager and to the Injectables Team in general to keep track of monthly sales by GPO. Tracking files of the type described below can be used to immediately determine sales trends within the GPO membership. That information can be used to better predict sales and the prices required.

Your GPO tracking file should be kept in a "Tracking" sub-folder under P:\1injectb\accounts\groups\ and your GPO name. Of course, the file would be an Excel Workbook saved as the most recent edition of Excel available to us. The Workbook should have at least seven "tabs", including: Assumptions, 1999 Actuals, 2000 Forecast, 2000 Actuals-LBE, Summary, Sales Summary for Charting, and 1999-2000 Sales Chart.

Assumptions. Assumptions should list the assumptions used to alter the primary process. Such as Ultane units adjusted up 16%.

1999 Actuals. The 1999 Actuals should have three major sections: Units, ASP, and Dollars. Units and Dollars should be segmented by month with a 1999 total. ASP should be the quotient of Dollars divided by Units.

2000 Forecast. The 2000 Forecast should have the same major sections as the 1999 actuals. The Units should be projected based on the average of the prior three months. This rolling three month average should be adjusted to reflect the increase in Ultane units (16%), the decline in ketorolac units (15%), and the decline in erythrocin units (30%). If there are other major product unit declines in the Plan those should be included as well.

The ASP should be the current contract price up to the anniversary and then should be the new contract price. However, the new contract price should be "ramped" in at a rate of 30% the first month, 60% the second month, 90% the third month and then 100%. As with forecasted units some prices should be adjusted as well, including: Ultane 2.8%, and Ketorolac 40%.

Dollars should be the product of multiplying the units by the ASP.

2000 Actuals-LBE. The 2000 Actuals-LBE should initially be a copy of the 2000 Forecast. However, as actual units and dollars become available they should be used to over-write the forecasted units and dollars, and ASP should be determined by dividing the dollars by the units.

Summary. The Summary is the page that will be presented to management. It should have three sections. The first should compare the current month to the average month from the prior year. The second section should compare YTD actuals to the same time frame based on the prior year average months. The third section should compare the YTD actuals to the forecast.

TXABT 676009
Highly Confidential

## Analysts' Basic Operating Procedures Manual

Example:

**PREMIER PHARMACY, FEBRUARY 2000**

**FORECAST vs. ACTUAL, LBE**

| | 1999 Monthly Average | February Actual | Variance | 1999 Two Month Average | 2000 YTD Actual | Variance | 2000 Forecast | 2000 Latest Linear Projection | Varia |
|---|---|---|---|---|---|---|---|---|---|
| **Base:** | | | | | | | | | |
| Anesthesia | $ 5,426,427 | $ 5,651,411 | 4.1% | $ 10,852,854 | $ 10,251,964 | -5.5% | $ 68,478,984 | $ 62,885,487 | |
| D/DDS | $ 4,939,245 | $ 5,279,112 | 6.9% | $ 9,878,490 | $ 10,348,525 | 4.8% | $ 59,511,592 | $ 61,887,365 | |
| Infusion Therapy | $ 610,137 | $ 590,296 | -3.3% | $ 1,220,275 | $ 1,062,429 | -12.9% | $ 7,379,046 | $ 6,490,567 | - |
| Med Products/Pain | $ 683,973 | $ 714,818 | 4.5% | $ 1,367,946 | $ 1,239,555 | -9.4% | $ 8,570,014 | $ 7,668,957 | - |
| Total-Base | $11,659,783 | $12,235,637 | 4.9% | $ 23,319,565 | $ 22,902,473 | -1.8% | $143,939,635 | $138,932,376 | |
| | | | | | | | | | |
| **Incremental** | | | | | | | | | |
| Anesthesia | | $ 1,499,344 | | | $ 2,824,413 | | | $ 17,070,442 | |
| D/DDS | | $ - | | | $ - | | | $ - | |
| Infusion Therapy | | $ - | | | $ - | | | $ - | |
| Med Products/Pain | | $ - | | | $ - | | | $ - | |
| Total-Incremental | | $ 1,499,344 | | | $ 2,824,413 | | | $ 17,070,442 | |
| | | | | | | | | | |
| **Total Business** | | | | | | | | | |
| Anesthesia | $ 5,426,427 | $ 7,150,755 | 31.8% | $ 10,852,854 | $ 13,076,377 | 20.5% | $ 68,478,984 | $ 79,955,929 | |
| D/DDS | $ 4,939,245 | $ 5,279,112 | 6.9% | $ 9,878,490 | $ 10,348,525 | 4.8% | $ 59,511,592 | $ 61,887,365 | |
| Infusion Therapy | $ 610,137 | $ 590,296 | -3.3% | $ 1,220,275 | $ 1,062,429 | -12.9% | $ 7,379,046 | $ 6,490,567 | - |
| Med Products/Pain | $ 683,973 | $ 714,818 | 4.5% | $ 1,367,946 | $ 1,239,555 | -9.4% | $ 8,570,014 | $ 7,668,957 | - |
| | | | | | | | | | |
| Grand Total | $11,659,783 | $13,734,981 | 17.8% | $ 23,319,565 | $ 25,726,886 | 10.3% | $143,939,635 | $156,002,817 | |

**Sales Summary for Charting.** First, Sales Summary for Charting is a very clumsy name. Feel free to name the tab something more concise. This tab should include the actual dollar sales

TXABT 676010
Highly Confidential

### Analysts' Basic Operating Procedures Manual

summary from 1999 and 2000.  Please note, include only the actuals.  Since these data are in two different tabs it is impractical to chart them without this summary.

1999-2000 Sales Chart.  The 1999 – 2000 Sales Chart is a chart of the actual sales by month since January 1999.  It should include blank fields for the remainder of 2000 and a trend line.

TXABT 676011
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 10/14/97
By: Rich Nevin

# INSIDE SALES MENTOR PROGRAM

The objective of this program is to provide an additional resource (besides me) for the Associate for the following:

- Learn sales techniques from some of the best sales people in the division by sharing experiences.
- Learn account selling strategies by sharing experiences.
- Learn how Contract Marketing 'works' by explanation and direction.
- Act as a resource for career counseling, advise, communicating, etc.

TXABT 676012
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 6/22/95
By: Bob Bryan

# INTERNET ACCESS: ABBOTT POLICY

Since Internet use is becoming more popular in HPD we want to make sure everyone understands the Corporate policy on Internet use.  Here is the actual policy.

Abbott Information Services Policy Manual
Subject: Use of the Internet

Policy No.: 4-050        Revision Code:    A      Page:
Initiator:    AIM Planning Committee
              U. J. Mehta  Effective Date: 02/01/96
Approved:  Corporate VP, MIS and Administration
              K. W. Farmer      Supersedes: N/A

I.       PURPOSE
         To establish acceptable user behaviors and practices with regard to the Internet to protect
         Abbott's image and reduce the risk of damage and liability to Abbott.

II.      SCOPE
         This policy applies to all divisions, subsidiaries, affiliates, and Abbott managed joint
         ventures of Abbott Laboratories Inc.

III.     DEFINITIONS
    A. internet          A network (note the lower case "i") that connects two or more networks,
       providing communications.
    B. Internet          The Internet (note the capital "I") is the largest internet in the world, a
       collection of thousands of networks linked by a common set of communication protocols
       that make it possible for users of any one of the networks to communicate with or use the
       services located on any of the other networks.
    C. Information Systems Organization (ISO)        Includes    all    ISOs    within    divisions,
       subsidiaries, affiliates, remote plants, Abbott managed joint ventures and Corporate
       functions of Abbott Laboratories Inc.
    D. Abbott Internet Access           Network access from the Abbott network to the Internet
       over physical connections that have been implemented according to IS Policy 4-040,
       "Internet Access".
    E. Unsolicited Advertising          Promotional information about products and services that
       are transmitted to correspondents without having been explicitly requested.    Not
       considered Unsolicited Advertising: announcements of new products and services,
       discussion of products' relative merits by product users, responses to specific questions
       about products.

IV.      BACKGROUND
         Abbott Laboratories Inc.' use of the Internet is to facilitate communications and
         collaboration between Abbott employees and outside parties that include contractors,

TXABT 676013
Highly Confidential

Analysts' Basic Operating Procedures Manual

suppliers, customers, government and academic agencies.  In the use of the Internet, the domain name ABBOTT.COM or other similar name is included in the sender's address. Communications across the Internet are generally not secure.  Any communication may be intercepted, forwarded, or misused.

Establishment of Abbott Internet Access facilities are governed by IS Policy 4-040, "Internet Access".  Users interested in establishing new Internet connections that involve the Abbott network should refer to that policy.

The users of the Internet value their privacy in E-mail and Netnews, and have not taken kindly to Unsolicited Advertising by either.  The resulting E-mail backlash (called flaming) can severely disrupt the recipient's E-mail system from sheer volume.

V.   POLICY
   A. Abbott Internet Access shall be used only for legitimate business purposes.
   B. Abbott Internet Access shall not be used for any purposes that violate federal, state or local laws, or Abbott Policies.
   C. Abbott Internet Access shall not be used to transmit threatening, obscene, or harassing materials.
   D. Abbott Internet Access shall not be used to circumvent or thwart security systems to gain or enable unauthorized access to computer resources or information.
   E. Abbott Internet Access shall not be used to deliberately interfere with, intrude on, or disrupt internet users, services, resources or information.
   F. Abbott confidential information should only be transmitted over the Internet via suitable secure means (e.g. encryption) where the release or interception of such information by third parties could result in substantial damage to Abbott Laboratories Inc.
   G. Unless the receiving party is explicitly bound by a confidentiality agreement, Abbott policies governing the public release of information apply to information transmitted over the Internet.
   H. It is not acceptable to conduct Unsolicited Advertising.
   I. Use of the Abbott Internet Access must be through an ISO approved connection.
   J. It is discouraged to use Internet to transfer information where Abbott owned (Internet Protocol) IP network connections are available.

VI.   RESPONSIBILITY
   A. Approval of information for public use shall parallel that for non-electronic media.
   B. Individuals
   C. Adhere to this policy.
   D. ISOs
      1. Establish secure means of transmitting confidential information.
      2. Review and approve the connecting methods supporting Abbott Internet Access.

Please direct questions to the HPD Systems Support Center at 8-5344.

TXABT 676014
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 12/2/98
By: Bob Bryan

# JOB COMPETENCIES: CONTRACT MARKETING ANALYSTS

**Judgement/Problem Solving** – Committing to an action after developing alternative courses of action that are based on logical assumptions and factual information and that take into consideration resources, constraints, and organizational values.

**Key Actions:**
- Anticipate the consequences of decisions while weighing multiple factors.
- Generate alternative solutions.
- Inform management of important decisions, issues or problems.
- Make decisions not directly covered by organizational policies or procedures.
- Recommend improvements.

**Analysis/Problem Assessment** – Securing relevant information and identifying key issues and relationships from a base of information; relating and comparing data from different sources; identifying cause-effect relationships.

**Key Actions:**
- Analyze internal/external customers' needs.
- Gather information from several sources to understand problems, trends, or opportunities.
- Identify and analyze market trends or issues (i.e. numerical or financial data).
- Make recommendations based on cost-benefit analysis interpretation.
- Coordinate information from different sources to draw logical conclusions.

**Tolerance for Stress/Adaptability** – Maintaining stable performance and effectiveness under pressure and/or opposition (i.e. time pressure, job ambiguity) in varying environments; relieving stress in a manner acceptable to the person, others and the organization.

**Key Actions:**
- Effectively deal with concerns or resistance.
- Maintain a heavy work load with multiple priorities, interruptions to work, rush situations and changing priorities.
- Maintain effectiveness when dealing with people of diverse cultures or backgrounds.

TXABT 676015
Highly Confidential

Analysts' Basic Operating Procedures Manual

**Communication** – Expressing ideas effectively in individual and group situations (including non verbal and written communication), adjusting language or terminology to the characteristics and needs of the audience.

**Key Actions:**
- Use appropriate grammar and vocabulary.
- Communicate detailed or lengthy ideas in concise, logical terms appropriate to the audience.
- Provide clear instructions or information.
- Deliver messages effectively-rate, volume gestures, eye contact.
- Listen effectively and be receptive to ideas or suggestions of others.

**Planning and Organizing/Work Management** – Establishing a course of action for self and/or others to accomplish a specific goal; planning proper assignments or personnel and appropriate allocation of resources, establishing procedures to monitor the results of delegations, assignments, or projects.

**Key Actions:**
- Set priorities to accomplish a variety of tasks.
- Prepare materials ahead of time for projects or presentations.
- Contact, meet, and follow-up with others regarding status of projects to ensure timely completion.
- Receive feedback from internal/external customers on the result of completed projects, tasks, assignments, etc.

**Negotiation** – Effectively exploring alternatives and positions to reach outcomes that gain all parties' support and acceptance.

**Key Actions:**
- Develop a strategy for accepting some points and rejecting others to achieve desired outcomes.
- Evaluate potential alternatives and identify a basis for agreement.
- Negotiate terms, agreements, and understandings with others (i.e. customers, senior management, vendors, departments, legal regulatory bodies, special interest groups, etc.).
- Respond to conflicting views in a nondefensive manner.

**Teamwork/Collaboration** – Work effectively with team/work group or those outside the formal line of authority (e.g. peers, senior managers) to accomplish organizational goals, taking actions that respect the needs and contributions of others, contributing to and accepting the consensus.

**Key Actions:**
- Solicit and accept requests for assistance from peers, team members, and/or others.
- Acquire information and skills necessary to contribute to team goals.
- Maintain or enhance the self-esteem and self-confidence of others.
- Perform tasks that require cooperating with others and share credit for good ideas.
- Share information, feedback, ideas, and suggestions to accomplish mutual goals.

TXABT 676016
Highly Confidential

Analysts' Basic Operating Procedures Manual

**Initiative** – Making active attempts to influence events to achieve goals, self-starting rather than accepting passively, taking action to achieve goals beyond what is required; being proactive.

**Key Actions:**

- Collect extra information that might be useful for reports or meetings.
- Question methods for ensuring quality and make suggestions to improve processes.
- Identify ways to solve problems, improve work flow and improve productivity without being asked.
- Take action on a project without being asked by one's manager/supervisor/team leader.

**TXABT 676017**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 12/4/98
By: Bob Bryan

# JOB REQUIREMENTS:  ANALYST

The following information defines the Prerequisites for a Contract Marketing Analyst, and the standards of performance for a Contract Marketing Analyst and a Senior Contract Marketing Analyst.

## Prerequisites for Contract Marketing Analyst position

- Bachelors degree.
- Thorough knowledge of HPD products and markets, preferably three years HPD sales experience.
- Ability to communicate effectively both orally and in writing.
- Demonstrated ability to sell concepts and ideas to peers, superiors, and customers.
- Demonstrated analytical reasoning and business judgment ability.
- Willingness to go "above and beyond the call of duty".
- Desire for career advancement

## Standards of Performance for Contract Marketing Analyst

- Develop and maintain thorough product knowledge in immediate area of responsibility.
- Assimilate and exercise all product pricing strategies, coordinate necessary feedback with division management.
- Ensure that all requests for contracts and bids are analyzed and completed in a manner that takes advantage of every business opportunity.
- Provide guidance to the sales force on product pricing strategies.
- Projects as assigned by manager.
- Monitor competitive activity and communicate to division management as required.
- Interpret bid results and provide recommendations for adapting pricing strategies as necessary.
- Develop and maintain proficiency in computer applications, specifically Excel, Word, CAS, and HUB.
- Exploit all available tools effectively when preparing analyses.
- Construct simple contracts based on a defined customer acquisition program.  Contract language must be clear, concise, and grammatically correct, and contract must clearly indicate HPD's intent.
- Prepare and conduct professional and organized presentations.  Must be able to speak comfortably to a group.
- All work must be completed in a timely, accurate, and professional manner.  Must exhibit professional courtesy and respect to all.  Must be able to manage multiple tasks and projects simultaneously in a high stress environment.

TXABT 676018
Highly Confidential

Analysts' Basic Operating Procedures Manual

## Standards of Performance for Senior Contract Marketing Analysts

The following criteria outline certain skills, traits, and behaviors that a Contract Marketing Analyst should possess to be considered for a promotion to Senior Analyst. An individual meeting most of the criteria has a markedly better chance to be promoted to Senior Analyst than an individual meeting some of the criteria. These criteria are not listed in any particular order.

- Equivalent of two years experience as a Contract Marketing Analyst with a minimum of a commendable rating, meaning that the individual's performance consistently meets and often exceeds standards for the job, and that the individual responds effectively to direction and adjusts to circumstances influencing goal achievement.
- Demonstrated ability to lead projects through to completion. Completion of at least one project with significant divisional impact.
- Demonstrated ability to identify, solicit, and obtain major additional business within divisional guidelines.
- Equivalent of experience in at least two product areas.
- Demonstrated ability to develop major acquisition programs, present to division management for approval, and complete contract language for more sophisticated programs.
- Recognition by peers and superiors as the "go to" person for issue resolution. Demonstrated leadership skills to management. The person from whom Marketing, National Account Managers, and Contract Marketing Managers regularly solicit opinion on significant business issues and opportunities.
- Has keen business judgment, has assimilated all strategies and division goals, and requires little direction. Willing to take chances and defend recommendations. Provides important insight into proposed strategies and tactics. Recognizes potential trends and attempts to define and bring to the attention of division management.
- Has received recognition from sales force as one who knows the business, is helpful, and willing to go above and beyond the call of duty. Such recognition may be comments by district managers to Contract Marketing Managers or in sales representatives monthly reports.
- Takes a creative approach to doing business within a given set of guidelines. Finds ways to make deals with customers work within these guidelines. Ability to explain why HPD should go after business outside guidelines. Consistently able to a take a situation or project and work independently of management, develop recommendations based on business judgment and experience, incorporate subsequent management input, execute "final" agreement completely, and implement follow-up procedure when appropriate.
- Consistently able to think beyond the immediate situation and impact of decisions as these affect the future operations of Contract Marketing and departments that interact with Contract Marketing, the sales organizations, the business units, and HPD as a whole.
- Demonstrated ability to independently identify a project or projects that serves to improve efficiencies within Contract Marketing. Able to follow through with ideas. Consistently searches for better ways to get the job done and exhibits confidence to challenge the status quo.

TXABT 676019
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 5/9/96
By: Judy Priebe

## JOB POSTINGS

The Hospital Products Division is committed to providing equal job opportunity to all qualified candidates. One of the means to that end is job postings. Human Resources regularly posts job openings and allows everyone to review the information in a number of ways. One of those ways is through MS Mail Shared Folder facility.

The postings will be updated by noon every Wednesday and Friday. The exempt and non-exempt openings are listed together in each job category rather than in separate sections.

Instructions on how to access the Shared Folder:
On the left side of your main MS-Mail screen there is a heading entitled "Private Folders". Click on this heading and "Shared Folders" will appear. Scroll down, if necessary, and double click on the "Job Postings" folder.

TXABT 676020
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 3/15/97
By: Pat Coles

# JOB RESPONSIBILITIES

The following information outlines job responsibilities for contract coordinators, secretaries, and secretary clerks.

## ANALYTICAL ASSISTANT RESPONSIBILITIES

## CONTRACT COORDINATOR RESPONSIBILITIES
- Contract Proposals
- Contract Implementation
- Anniversaries
- Expirations
- Products Adds, Changes, Deletions
- PARs and Credits
- Contract Numbers
- Contract Types
- Questions and Answers
- Group Membership/Audits
- Group Book

If a Coordinator is absent, a backup will be named and responsible for releasing orders and contract implementation.

## SECRETARIAL RESPONSIBILITIES
- Scheduling/Maintaining Calendars
- Telephone Coverage
- Correspondence
- Travel Arrangements
- Mail/Fax/Shuttle/Copying
- Payroll Distribution
- Exempt Performance Reviews
- Special Events (food table, Qtrly. Mtg. Catering, etc)
- Ordering Supplies/Mercury
- Presentation Materials (overheads, etc)
- Chron Files
- Keep PC files updated and backed-up
- Generate/Update Organizational Chart
- Update Department Phone List

If a secretary is absent, the remaining secretary is responsible for reviewing both secretarial in-baskets for priorities and deadlines.

TXABT 676021
Highly Confidential