Analysts' Basic Operating Procedures Manual

## SECRETARIAL/CLERK RESPONSIBILITIES

- Phones
- Outgoing Mail (UPS, Federal Express, Regular)
- Incoming Mail Distribution
- Anniversary Notices
- Expiration Notices
- Copying
- Faxing
- Filing
- Chron Files
- PC Files
- Split Order Reports
- Slot Rep and DM Mail
- Back Order Credits
- Office Supplies/Mercury
- Split and Distribute Wholesaler Price List
- Pull Contracts for Anniversary Price Increase
- Reports:
  Customer Register
  Aging Referral
  HCS Report
  Error Report

- Top "20"

If a secretary is absent, the remaining secretary is responsible for reviewing both secretarial in-baskets for priorities and deadlines.

TXABT 676022
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 1/7/97
By: Bob Bryan

## <u>LIMOUSINE SERVICE</u>

Approved Limousine Services for 1997

| To and From Chicago O'Hare: | At O'Hare | Outside Illinois | Nationwide |
|---|---|---|---|
| Chicago Metropolitan | 800-242-2657 | | 847-913-9600 |
| O'Hare-Midway | 800-468-8989 | 800-468-0211 | 847-948-8050 |
| Deerbrook | | | 800-462-5466 |
| Midwest | | | 800-729-5110 |
| Blue Line | 800-323-2463 | 800-548-7771 | 847-949-0505 |
| Big John's | 800-310-6065 | | 800-695-6065 |
| Crystal | 800-244-9952 | | 847-291-8803 |

| To and From Milwaukee Mitchell Field: | | | |
|---|---|---|---|
| Regal | | | 414-658-2008 |
| | | | 847-249-9129 |
| Blue Line | 800-323-2463 | 800-548-7771 | 847-949-0505 |

TXABT 676023
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 2/11/95
By: Bob Bryan

# LIST NUMBER CODES

Abbott uses a list number and a series of codes to indicate information about every product. These codes include the Trade-Unit-Code (TUC or T), the Sales Size Code (SS), the Label Code (LC), and the Inventory Code (IC).

The trade-unit-code, TUC, indicates the container volume. It is the last two digits of the National Drug Code "NDC" number and is considered part of the list number. It is the last two digits of the list number in the HPD catalog.

The sales size code refers to the packaging configuration of the product, that is, how many items are contained per saleable pack. It is used for ordering purposes (OPS) and appears on the contract price lists along with the list number and the trade unit code.

The inventory code is used to keep track of the product internally (to Abbott) for inventory tracking purposes. This code is used for sales histories. It does not directly correlate to sales size code. The inventory code and the sales size code are identical when the product has only one salable size.

Label Code
Customers order using List TUC
Cardboard boxes have both List TUC and List TUC Sales Size
Invoices have List TUC Sales Size
Product has List Inventory
The customer does not see Label codes

TXABT 676024
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 4/11/97
By: Barb Pietschman

# MAIL FOR THE SALES FORCE

To provide effective mail service to the HBS Sales Force and control the cost of mail, Sales Support Services sends mail from Contract Marketing, Marketing, and Support Services to the HBS Sales Force in consolidated packages once a week.  Important facts to consider are detailed below.

Mail Recipients.
- Area Sales Directors (example JOOO)
- District Managers (example JAA29)
- Full Line Representatives (example JAA01)
- ISE's
- Anesthesia Specialists (example JAA22)
- EDDS Specialists (example JAA23, JAA25 OR JAA26)

Duplicating.
Must be to the Support Staff no later than Tuesday 11:00 am.  Anything received after that will go in the following week's Rep mail.  Duplicating usually takes 1-2 1/2 days before it is returned. We also need to allow time if the mailing needs to be collated.

Copying.
Must be to the Support Staff no later than Wednesday noon.

Slotting.  Must be to the Support Staff no later than Wednesday 3:00 PM.

Large Mailings.  Must notify Pam Hansell at least a week prior.  We need to allow time for duplicating, preparing envelopes (regular mail or Fed Ex), the amount of people it will take to complete the job and the amount of time that will be needed to complete the mailing.   To duplicate large mailings we need to allow 2-3 days in duplicating.  We must remember that duplicating also has other customers.  They handle the duplicating for all the buildings in Abbott Park South.  There are many times that we have the duplicating back within 1-2 days.

Our deadline for Contract Marketing slottings is noon on Thursdays.  This gives us the time needed to have our slottings prepared correctly and efficiently.

TXABT 676025
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 3/10/97
By: Bob Bryan

# MARGIN CALCULATIONS AND EXECUTIVE PRESENTATION -- AVERAGE SELLING PRICE

Standard margin dollars are calculated by determining net sales and subtracting "standard margin costs" from them. There are several potential reductions to gross sales that have to be considered to determine net sales and there are several potential costs that go into standard cost.

Net sales is the result of subtracting contractual items for which we accrue from gross sales. These include: management fees, rebates, dividends, electronic order entry payments, and direct ship payments. The key operating factor here is to include items for which we accrue.

Standard margin cost is the sum of cost items that include: standard factory costs, conversion allowances, signing bonuses, grants, and other payments for which we do not accrue.

In short, contractual items for which we accrue reduce the revenue or sales line; items for which we do not accrue are typically considered costs.

### Example:

| | | |
|---|---|---|
| Invoice Revenue | | $200,000 |
| Rebate | 5.0% | ($10,000) |
| Management Fee | 3.0% | ($6,000) |
| E. O. E. | 1.0% | ($2,000) |
| Direct Ship | 2.0% | ($4,000) |
| | | |
| Net Revenue | | $178,000 |
| | | |
| Factory Cost | | ($80,000) |
| Conversion Allowance | | ($10,000) |
| Grant | | ($10,000) |
| Cash Terms | 1.0% | ($2,000) |
| | | |
| Total Cost | | ($102,000) |
| | | |
| Margin Dollars | | $76,000 |
| Margin Percent | | 42.7% |
| (Margin Dollars/Net Revenue) | | |

Note: This does not include SG&A (Sales General and Administrative Expenses) or distribution costs and that we should use the amortized cost of conversion allowances, signing bonuses, grants, et cetera if the contract term allows.

Presentation.  In an effort to ensure effective, consistent communication and a logical process to approve or deny deals, each member of Contract Marketing is strongly encouraged to fully

TXABT 676026
Highly Confidential

## Analysts' Basic Operating Procedures Manual

evaluate and present each deal using the margin calculation above presented in the following format.

To be continued

Average Selling Price ("ASP") is a primary measure for Marketing Managers and the Financial Analysts. It is calculated by dividing net sales by net units. Because Contract Marketing is the source of pricing information to the Marketing Managers and Financial Analysts it is important that we use the same definitions.

TXABT 676027
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 9/9/96
By: Debbie Sullins
Rich Nevin

# **MEDECON COOPERATIVE CONTRACTS**

MedEcon is a group purchasing organization. As with other group purchasing organizations (versus proprietary groups and alliances), member contract compliance has traditionally been a problem. As a result MedEcon had not been able to get prices as low as proprietary and alliance hospital groups that do have good compliance.

In 1995, MedEcon initiated a strategy to increase compliance through the formation of local cooperatives. In this strategy each cooperative will be formed of several (perhaps up to twenty) hospitals in a relatively small geographic area. To be a member of the cooperative the hospital must agree to purchase the products on the contract. In essence, cooperative members must be 100% compliant.

If this strategy works, Abbott will be willing to give the cooperatives very good pricing because they will be very compliant to the contracts.

The contracting process, by necessity, will vary by product line. The following information describes how Abbott will contract with the Cooperatives,

FirstChoice® Injectables. To efficiently process pricing for twenty cooperatives Abbott will offer the same FirstChoice® Injectables pricing to all the cooperatives. For non-anesthesia gas injectables, the invoice will be the MedEcon all member price. However, there will be a 10% patronage discount on all purchases.

The MedEcon contract contains a market review clause. The 10% patronage discount requires that the MedEcon all member price remain approximately 10% above the market. Contract Marketing, the National Account Manager (Mike Dorr) and MedEcon (Tim Forsthoefel) have agreed that the market review clause will be interpreted as the invoice price minus the patronage fee, that is at the net price.

Premixes. Premixes should be tied to the FirstChoice® Injectables contract. If they are available through both the FirstChoice® Injectables contract and an S&E contract, inevitably the prices will vary. Contract Marketing stacks S&E contracts above injectables contracts

Solutions and Equipment. The Abbott strategy for solutions and equipment contracts for MedEcon Cooperatives is somewhat different. Due to the turmoil in the solutions market, prices have been declining since the summer of 1996. Thus, prices that won the business at one cooperative may not be adequate to win the next bid. This eliminates the potential for a one price strategy for solution and equipment products across all MedEcon Cooperatives.

Suction, Trays, and Venicare.

TXABT-676028
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 8/9/99
By: Joe Talanges

# MEDICARE/MEDICAID FRAUD AND ABUSE

### Why is this important?

As an analyst, your understanding and compliance to the newly expanded exclusion sanction of 42 U.S.C section 1320a-7b(b)(3)(A) of the Social Security Act is crucial to the economic viability of Abbott Laboratories Inc. Please review this topic thoroughly employ its principles, guidelines and statements without variance. If you should have any questions, please discuss them with your trainer, manager or Abbott Legal Counsel.

### Learning Objectives

After reviewing this section of the Basic Operating Procedure, you should be able to:
- Explain the Medicare/Medicaid fraud and abuse issues that are important to Abbott,
- Identify enforcement actions involving diagnostic, device, drug manufacturers,
- Present practical tips on compliance with the law, including safe harbors.

### What is the "Fraud and Abuse" Law and Penalties for Violating It?

The Medicare/Medicaid Fraud and Abuse Law is a Federal statute and set of regulations aimed at prohibiting kickbacks and other improper payments related to Medicare/Medicaid reimbursed products and services. The penalties for not following the statute are both Criminal (fines and imprisonment), and Civil (exclusion from participation in Medicare/Medicaid for 5 years or more).

The new expanded exclusion sanction came into effect October 2, 1998. The exclusion sanction, which historically only applied to direct providers such as physicians and hospitals, was expanded to drug and device manufacturers as indirect providers. If the exclusion sanction were imposed, Medicare/Medicaid would not reimburse a healthcare provider for that manufacturer's products for up to 5 years. In essence, this would put any company out of business.

No payment for products would be available to any direct provider, practitioner, or supplier under:
- Medicare
- Medicaid
- Maternal and Child Healthcare Services Block Grant
- Block Grants to States for Social Services
- State Children's Health Insurance

### Definition of Fraud

The Medicare definition of fraud is the intentional deception or misrepresentation, either known to be false or not believed to be true, made knowing that the deception could result in some unauthorized benefit to that individual, or some other person.

### Six Elements of the Statute

There are six elements of the statute. They are: offering, paying, soliciting or receiving, any remuneration. Examples are kickbacks, bribes, or other payments for goods and services to

P:\bop\bop.doc                 **Page 207 of 290**                 5/22/2002

**TXABT 676029**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

induce the purchase of, arranging for or recommending the purchase of any item or service payable in whole or in part by Medicare or Medicaid.

The key issue is intent. If there is intent to induce, then there will be cause to investigate and prosecute.

Most Common Forms of Fraud

The most common forms of fraud are:
1) False billing;
2) Misrepresenting a diagnosis;
3) Soliciting, offering or receiving a kick-back;
4) Unbundling or exploding charges;
5) Falsifying documents to justify payments;
6) Billing for services not furnished as billed, otherwise referred to as "upcoding"

Policy Concerns

The statute is aimed at preventing: over-utilization or purchase of unnecessary products or services, increased costs for Medicare and Medicaid, inflated or distorted product costs, and selection of inappropriate products.

Statutory Exceptions

There are statutory exceptions that are applicable to our contracting such as:
1) Properly disclosed discounts and reductions in price;
2) Payments to bona fide employees
3) Fees to group purchasing organizations;
4) Other practices described in Safe Harbor Operations.

There are also statutory exceptions to other healthcare providers such as:
1) Certain waivers of co-insurance for Medicare or Medicaid services;
2) Risk sharing arrangements with managed care organizations.

Discount Safe Harbor

There are a number of practices that are considered to be within "Safe Harbors" - practices that Federal Legal Agencies may consider illegal, but will not investigate. As long as we ensure that proper Disclosure Notification has taken place to the Customer, Abbott has determined the following practices to be safe within the framework of the Statute. Those practices are:
1) Reduction in purchase price;
2) Arms length transactions;
3) Reporting obligations for cost report buyers;
4) Timing issues for rebates;
5) "Bundling" issues for multiple products and services.

**The following not be allowed, because the inherent risk of violating the Statute:**
1) Signing Bonuses
2) Prepaid Rebates ("Prebates")
3) Retroactive Rebates

GPO Payments and Safe Harbors

TXABT 676030
Highly Confidential

## Analysts' Basic Operating Procedures Manual

For a Group Purchasing Organization ("GPO") payment to remain a safe harbor there needs to be written agreement between the supplier (e.g. Abbott) and the GPO on the amount of the administrative fee.

GPOs must report to their members Administrative Fees charged in excess of three (3%) percent. (or, According to the Social Security Act, each GPO must share the amount Administrative Fees it receives from its suppliers with its member facilities.)

Abbott must discern proper representation from a GPO that designates that entity as a GPO.

### Examples of Prohibited or Questionable Conduct

There are several common examples of prohibited promotional programs such as bribes and kickbacks, free trips, frequent flyer campaigns, free goods unrelated to products and services (e.g. free Personal Computers), bogus research grants and clinical studies.

"Common industry practice" and "no harm to the Medicare or Medicaid" will not hold-up in court.

### OIG Special Scrutiny

The Office of Inspector General ("OIG") has identified certain areas that will receive special scrutiny.

Free or "value-added" items and services to individuals and entities in a position to recommend purchase of the manufacturer's products.

"Educational grants" to undertake projects which do not serve an educational function, but subsidize or enrich ongoing operations of the grantee (a.k.a. Customer). Funding "research" projects of questionable clinical or scientific value, or which may only duplicate existing research. Sponsoring "educational" programs to those in a position to recommend products or purchase of products, which include "lavish" entertainment (e.g. resorts or resort-like locations), and little or no educational value or scientific training

### Buyouts and Issues Relating to Buyouts

A buyout is a payment to release a party from its contractual obligation. Two issues present themselves when the "buying out" of a contract is in question: Tortuous Interference and Medicare or Medicaid Fraud and Abuse.

### Buyout Fraud and Abuse Analysis

There are two questions that one needs to answer to determine if a buyout creates tortuous interference to another supplier (e.g. Competitive Infusion Pump Vendor) or if the buyout violates the Statute:

1. Is the buyout a "remuneration" under fraud and abuse law?  That is, what is the intent or purpose of buy-out?  Does it influence judgement or induce a purchase?
2. If the answer to the first question is yes, does it fall under a safe harbor?  Conversions? Discounts?

### Sources of Law and Interpretation

TXABT 676031
Highly Confidential

## Analysts' Basic Operating Procedures Manual

Abbott legal counsel has looked to recent developments in case law to assure a safe position for the Company. The following list the final rulings of the Office of Inspector General ("OIG") Fraud Alerts, Advisory Opinions and Final Rules.

### United States versus the Daughters of Charity

Allegations arose that certain discounts on supplies purchased by the Daughters of Charity were not properly reflected on cost reports discounts received from Eastman Kodak (supplier) in connection with purchase of x-ray film and supplies result was inflated reimbursement payments by Medicare program.

The Daughters of Charity settlement was $586,075. Kodak not party to settlement. There was no indication that Kodak had failed to meet its disclosure obligations. The language of the case also addressed whether invoices of manufacturers other than Kodak disclosed that discounts on products might be reportable under Medicare or Medicaid

### Unacceptable Sanctions Language

Abbott hereby expressly represents and warrants that neither Abbott nor any member of Abbott's corporation has been placed on the sanctions list ... or has been excluded from government contracts ... Further if, during the term, Abbott or any member of Abbott's corporation is placed on the sanctions list, Abbott shall immediately notify X and X shall have the right to terminate this Agreement immediately.

### Acceptable Sanctions Language for Bids and Proposals

If a Customer should ask Abbott to have "Sanctions Language" in a contract, we may use either of the following clauses:

- "To the best of my knowledge, Abbott is not included in the Medicare Cumulative Sanctions list."
- "In the unlikely event that Abbott becomes included in the Medicare Cumulative Sanctions list, Abbott will immediately notify X."

Please certify by your signature:

### Other Contract Clauses that may Be Relevant

- "Compliance with Laws"
- "Notice" when Abbott receives notice from federal agency relating to Product
- "Disclosure"
- Terms/Organizations

### Common Analyst Q & A:

1) Question: Does a Customer need to report a discount to Federal Agencies when Abbott provides vaporizers at no charge to a Customer? Answer: No. The Ultane Vaporizer is of no value without the inhalation agent Ultane. Abbott also retains title for the vaporizer over the life of its usage. Therefore, Abbott owns the device and allows the Customer to use it, while the Customer uses Ultane.

2) Question: Who is HCFA, and what do they have to do with the OIG? Answer: HCFA, pronounced "HICK VA" is the Healthcare Financing Agency. HCFA is the prosecuting arm of the OIG.

TXABT 676032
Highly Confidential

Analysts' Basic Operating Procedures Manual

Review Questions
1. Why are the Medicare/Medicaid fraud and abuse issues important to Abbott?
2. What enforcement actions involving device and drug manufacturers have the Office of Inspector General been involved in and what were the outcomes?
3. How was Kodak able to protect itself in the case of Daughters of Charity?
4. What procedures can you follow as an analyst to comply with the law, including safe harbors?
5. What are the two programs that will receive special scrutiny by the Office of Inspector General?

References

*Medicare/Medicaid Fraud & Abuse*, Priscilla Porembski, Legal Department, Abbott Laboratories Inc., Presentation to HPD Contract Marketing, June 11, 1999.

*Fraud And Abuse Compliance Issues For Marketing, Sales And Promotion Of Diagnostics, Drugs, And Devices*, Gordon B. Shatz, Esq., Reed Smith Shaw & McClay LLP, Washington, D.C., Presentation at Abbott Laboratories, IL, July 14, 1999.

TXABT 676033
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 4/1/96
By: Bob Bryan

# MENTOR PROGRAM

Most people would agree, new sales representatives have a lot to learn. One of the more complicated areas with which they seldom deal is Contract Marketing. To assist new representatives and make our rapport with the field sales force even better, Contract Marketing has a "mentor program".

In this program, for the first year of their Abbott employment, new sales representatives are assigned a Contract Marketing Analyst Mentor and a Contract Marketing Contract Coordinator Mentor. The mentors initiate the relationship by sending their protégé a letter of introduction (see below) and a Contract Marketing Roadmap. Thereafter, the protégé may call their mentors to get direction. When called, the mentors may answer the sales representative's question or direct the sales representative to someone who can help them.

Sample Letter:
TO: New Representative Name and Territory

RE: Contract Marketing Mentor Program

Dear _____ :

Welcome to the Abbott team. A tremendous amount of information has been given to you concerning your new position. To help you along the learning curve, we will be your Contract Marketing Mentors. During the next year we will work with you to answer any questions you may have about contract administration, contract generation, and Contract Marketing in general.

_____ (contract coordinator's name) will be your contract for contract administration issues. My phone number is 847-93?-????; my VoiceCom number is ???-???

_____ (Analyst's name) will be your contract for strategic and contract generation issues. My phone number is 847-93?-????; my VoiceCom number is ???-???

We wanted to make sure you know who Contract Marketing is and what we do. The attached Contract Marketing Road Map details the individuals in Contract Marketing and what they do. The Road Map also provides the phone numbers for each person.

Please feel free to call us with Contract Marketing question on any product lines. If we can not give you an answer, we will make sure to direct you to the person who can.

Sincerely,
Signature box with name and title          Signature box with name and title

TXABT 676034
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 1/9/2000
By: Bob Bryan

# MILEAGE ALLOWANCE

Effective 1/2/2000, Abbott will increase the mileage allowance for use of personal automobile on company business to $0.325 per mile.

TXABT 676035
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 3/2/2000
By: Bob Bryan

# MOVING FROM ONE WORK SPACE TO ANOTHER

Sometimes Contract Marketing personnel move from one work space to another and the cost can be more than a thousand dollars.  To control the cost of a move, the person responsible for calling "8-MOVE" should specify that the existing network connection remain intact.  If this is not specified to 8-MOVE, they will instruct Network Services to disconnect the existing connection, at a cost to Contract Marketing of at least $100.  A charge that will be duplicated when another person moves into that space.

TXABT 676036
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 5/2000
By: Paul McPherson

# NEW CONTRACT MARKETING ANALYST TRAINING

New Contract Marketing Analysts need to absorb a considerable amount of information and develop a strong analytical skill-set quickly. While some formal training is provided, it is the responsibility the new Analyst to insure that they reach the level of competence needed to bring themselves up to speed.

New Analyst's formal training shall be completed by the end of the fourth week, at which time they shall be assigned sales area and product responsibility (note: GPO responsibility may also be assigned). The Team Trainer (typically a Senior Analyst) shall be the person primarily responsible for coordinating and providing formal training, although he or she may call upon other members of the Team to provide instruction in specific areas. The New Analyst Training Manual is a training outline for this portion of the training process.

Over the next five months, new Analysts shall continue to receive guidance and instruction from the Team Trainer as necessary. In additional, new Analysts are encouraged to seek guidance from other members of the Team. At the conclusion of their sixth month, new Analysts are expected to have attained a high level of competence (and are no longer considered "new").

Newer Analysts are encouraged to ask questions frequently. If no questions are being asked it will be assumed tasks are being completed on-time with little or no unexpected complications.

TXABT 676037
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 6/2/97
By: Bob Bryan

# NORMAL.DOT CHANGES

Computer viruses frequently affect commonly used templates. In Winword, viruses affect the Normal.Dot file, a template with the personalized characteristics that the user builds into the file for their own use. This would often include the letterhead and autotext preferred by the user.

Contract Marketing "Normal.Dot" files have been made "read-only" to avoid the effect of viruses. In short, if a virus tries to infect a read-only document the user gets a clue that their is a problem and the file has to be saved with another name. Since Winword works from the Normal.Dot file, the new file has no impact on Winword.

This is a great way to avoid viruses. However, there will almost certainly be times when the user want s to change the Normal.Dot file, such as additions to "autotext". The following steps detail how to turn off the read-only function and then turn it on again.

1. Close Winword. The read-only designation cannot be turned on or off if Winword is open.
2. Open File Manager.
3. Find the Normal.Dot file.  The path is probably C:\MSOffice\Winword\Template\ Normal.Dot.  Note: the user is affecting only one personal computer.  Because the Normal.Dot file is on each personal computer, changes do not affect the system.
4. Select the Normal.Dot file by clicking on it just one time.  A double-click will open Winword and the file and requires that the user begin again.
5. From the menu bar select "File" then "Properties".
6. In the pop-up window the read-only selection should be turned on.  If there is an "X" in the box, the read-only function is turned on.  If read-only is turned on, turn it off.
7. Open the Normal.Dot file and make the desired changes.
8. Close Winword entirely.
9. In File Manager find the Normal.Dot file again.
10. Select the Normal.Dot file.
11. From the menu bar select "File" then "Properties".
12. Turn read-only on.
13. Close.

**TXABT 676038**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 1/15/98
By: Laura Kostner

# OFFICE 97 STRATEGY STATEMENT

HPD's divisional standard of office suites remains at Microsoft Office Suite v4.3. All files at Abbott are to be saved at the Office v4.3 (Excel 5.0/95, Word 6.0/95, PowerPoint 4.0/95, Access 2.0) version levels. The point of primary importance is the version level of shared files, not necessarily the version level of software being used. If you have already upgraded to Office 97, you must adhere to the down revision save guidelines within this document.

The only exception to this rule is if the sender of a file knows unfailingly that the recipient is an Office 97 user as well. If there is any doubt regarding the version of software the recipient is using, the file must be down revision saved. This standard should be adhered to until HPD as a whole has migrated to a significant base of 32- bit operating system PC's and Office 97.

## INTERDIVISIONAL/INTERCOMPANY COMMUNICATIONS

To ensure that all Abbott Facilities can communicate with each other and exchange information as seamlessly as possible, the compatibility issues of Office 97 need to be addressed. Inter-company communication has become an issue due to the large number of previous Microsoft Office Suites (v4.2, v4.3, and v7.0/95) in the work place at Abbott. Now that Office 97 is entering the workplace, consideration must be given to the incompatibility of Office 97 with these previous versions of software. Any previous version of the Microsoft Office Suite will not be able to read or change an Office 97 file. For those of you who have Office 97 already installed on PC's, the following steps must be followed to ensure inter-company communication. HPD's Divisional Standard is as follows.

1)  All documents created in Office 97 format must be down revision saved in 6.0/95 format. This is done by performing a <u>File Save As</u> when saving a document and changing the <u>Save as Type</u> to a lesser version - 6.0/95 format for Word, 5.0/95 format for Excel, or PowerPoint 4.0/95. A file can be saved in an earlier format than these listed. However 6.0/95 is the highest version level in which a file should be saved.
2)  A file cannot be sent from within any Office 97 application to a mail recipient. Sending a file from within any application sends the document in Office 97 format regardless of the version in which the file was saved. To properly send a file to a mail recipient, the file must be down revision saved to 6.0/95 format. A new mail message must be created and the file must be attached and sent from within Mail.

No files should be sent within Abbott in Office 97 format. The only exception to this rule is if the sender of a file knows unfailingly that the recipient is an Office 97 user as well. If any doubt is present regarding the version of software the recipient is using, the file must be down revision saved.

TXABT 676039
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 4/22/99
By: Francis Humann

# PARAMETERS PRICING

## Overview

The intent of Parameters Pricing for FirstChoice® Injectables is to provide the HPD Sales Force with a pricing structure that they can use to capture injectable business not covered by a GPO or other full-line injectable contracts.  Therefore, the Parameter Pricing structure must be in line with the market without compromising GPO pricing structures or the HPD Pricing Strategy.  The HPD Sales Force generates contracts for a variety of products based on pricing parameters published by Contract Marketing twice yearly (June and November).  *To determine reasonable Parameters Pricing Guidelines, the FirstChoice® Injectables Analyst needs to understand the relationship among the various prices.  That relationship is detailed in the RxLink Pricing section of this file.*

The FirstChoice® Injectables Team generates Parameters Pricing for over 950 items for this purpose using the following steps.

Begin working in most recent Resource file to ensure that all current FirstChoice® Injectables items are selected and that deleted items are discarded.  The process by which the Resource file is generated will ensure these items are included and excluded appropriately.  The Resource file Pricing Strategy is also updated twice annually to give you the most up to date information from the Marketing Manager.

## Guidelines

**Exclusive/Preferred Items**
"RxLink Customer", "Parameter High", and "Parameter Low" pricing on Exclusive/Preferred FCI items should equal the "Target Price".

**Non-Exclusive/Preferred Items**
"Parameter Low" prices on FCI items with stable contract prices should be 1%-5% greater than "Group High", but in no case higher than 95% of the "RxLink Customer" price. "Parameter High" pricing for these items should be 95%-99% of "RxLink Customer" price, and always above "Parameter Low" (obviously).

For items whose contract prices that are experiencing declining contract prices, "Parameter Low" pricing should be equal to or slightly above "Group High".  "Parameter High" pricing should be the lessor of 110% of "Parameter Low" or "RxLink Customer".
Most FirstChoice® Injectables "high" parameters prices will be about 10% higher than the group low.

TXABT 676040
Highly Confidential

Analysts' Basic Operating Procedures Manual

**Final Check**
The FirstChoice® Injectables Analyst updating the parameters pricing should employ the most recent FirstChoice® Injectables pricing strategy and then test the resulting prices to ensure the new prices are appropriate.

Apply the following tests to low parameters pricing.
No low parameters price should be less than All Group High.

Apply the following tests to high parameters pricing.
No high parameters price should be greater than 95% of List Price.
No high parameters price should be greater than the RxLink Customer Price.
No high parameters price should be less than a low parameters price and vice versa.

TXABT 676041
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 12/17/95
By: Bob Bryan

# PERSONAL COMPUTER RENTAL

The PC Rental Program was developed for Abbott Employees who are in need of a laptop computer in emergency situations, for planned events, for travel, or for short-term and long-term use. The Information Center works with selected vendors to ensure that you get the best price and performance for your equipment rental needs.

Prices vary by the day, week, and month. If you call with an equipment request first thing in the morning and it is an in-stock item, you could be using it by the end of the business day.

For more information about the PC Rental Program contact Roslynd Adams at 937-0161 or Dennis Padek at 937-5621.

TXABT 676042
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 6/02/95
By: Jerry Eichhorn

## PERFORMANCE REVIEW SUPPLEMENT ANALYST POSITION FOR CONTRACT MARKETING

The FirstChoice[®] Injectables Team uses the following forms to facilitate communication among the analysts and the managers. The forms are set up so that they can be printed and used without changes.

TXABT 676043
Highly Confidential

Analysts' Basic Operating Procedures Manual

# Performance
# Review
# Supplement
# Analyst

TXABT 676044
Highly Confidential

Analysts' Basic Operating Procedures Manual

The following is a supplemental performance review to be completed by the Contract Marketing Analyst. In completing the form the Analyst should circle the number that most closely approximates their level of performance during the appropriate period. As a guide the Analysts may consult the Impact goals.

TXABT 676045
Highly Confidential

## Analysts' Basic Operating Procedures Manual

| | Needs Improvement | Meets/Attains Goals | | Exceeds Goals |
|---|---|---|---|---|
| **Impact Goal Achievement (Basic Functions):** | | | | |
| • Contract and proposal turnaround | 1 | 2 | 3 | 4 | 5 |
| • Completion of bids by deadlines | 1 | 2 | 3 | 4 | 5 |
| • Processing of anniversary price adjustments | 1 | 2 | 3 | 4 | 5 |
| | | | | |
| **Communication Skills:** | | | | |
| • Keeps peers and supervisors informed | 1 | 2 | 3 | 4 | 5 |
| • Demonstrates effective listening skills | 1 | 2 | 3 | 4 | 5 |
| • Speaks effectively in one-on-one settings | 1 | 2 | 3 | 4 | 5 |
| • Writes clearly and effectively in internal and customer communications | 1 | 2 | 3 | 4 | 5 |
| • Demonstrates formal group presentation skills | 1 | 2 | 3 | 4 | 5 |
| | | | | |
| **Analytical Skills:** | | | | |
| • Demonstrates problem solving skills, evaluates alternatives, and implements solutions | 1 | 2 | 3 | 4 | 5 |
| • Ability to make sound decisions under conditions of uncertainty | 1 | 2 | 3 | 4 | 5 |
| • Draws accurate conclusion from information collected | 1 | 2 | 3 | 4 | 5 |
| • Uses effective negotiation skills when dealing with "customers" | 1 | 2 | 3 | 4 | 5 |
| • Comprehension of contract and bid terminology | 1 | 2 | 3 | 4 | 5 |
| • Demonstrates through communication, the business unit pricing strategy | 1 | 2 | 3 | 4 | 5 |
| | | | | |
| **Product Knowledge:** | | | | |
| • Understands functionality of business units products | 1 | 2 | 3 | 4 | 5 |
| • Knowledge of competitive products and systems | 1 | 2 | 3 | 4 | 5 |
| | | | | |
| **Administrative Skills:** | | | | |
| • Sets priorities to accomplish assignments | 1 | 2 | 3 | 4 | 5 |
| • Allocates time effectively | 1 | 2 | 3 | 4 | 5 |
| • Arrives at scheduled meetings on time | 1 | 2 | 3 | 4 | 5 |
| • Completes appropriate reports | 1 | 2 | 3 | 4 | 5 |
| • Maintains accurate documentation on key projects | 1 | 2 | 3 | 4 | 5 |
| | | | | |
| **Systems/Computer Skills:** | | | | |
| • Uses CPBMS/Hub effectively | 1 | 2 | 3 | 4 | 5 |
| • Uses CAS/OPS when applicable | 1 | 2 | 3 | 4 | 5 |
| • Knowledge of PC applications | 1 | 2 | 3 | 4 | 5 |
| | | | | |
| **Interpersonal Skills:** | | | | |
| • Maintains and develops effective working relationships with peers and supervisors | 1 | 2 | 3 | 4 | 5 |
| • Respects opinions of other individuals | 1 | 2 | 3 | 4 | 5 |
| • Influences team in a positive manner | 1 | 2 | 3 | 4 | 5 |

TXABT 676046
Highly Confidential

Analysts' Basic Operating Procedures Manual

| Personal Motivation Skills: | Needs Improvement | | Meets/Attains Goals | | Exceeds Goals |
|---|---|---|---|---|---|
| • Maintains positive attitude | 1 | 2 | 3 | 4 | 5 |
| • Takes pro-active approach to position | 1 | 2 | 3 | 4 | 5 |
| • Seeks to broaden and increase responsibility | 1 | 2 | 3 | 4 | 5 |
| • Displays commitment to complete job | 1 | 2 | 3 | 4 | 5 |
| • Strives for self-improvement | 1 | 2 | 3 | 4 | 5 |
| • Demonstrates flexibility | 1 | 2 | 3 | 4 | 5 |

Comments:

TXABT 676047
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 6/02/95
By: Jerry Eichhorn

# <u>PERFORMANCE REVIEW SUPPLEMENT MANAGER POSITION FOR CONTRACT MARKETING</u>

The FirstChoice® Injectables Team uses the following forms to facilitate communication among the analysts and the managers.  The forms are set up here so that they can be printed and used without changes.

TXABT 676048
Highly Confidential

Analysts' Basic Operating Procedures Manual

# Performance Review Supplement Manager

TXABT 676049
Highly Confidential

## Analysts' Basic Operating Procedures Manual

| | Needs Improvement | | Meets/Attains Goals | | Exceeds Goals |
|---|:---:|:---:|:---:|:---:|:---:|

**Leadership/Management Skills:**

| | | | | | |
|---|:---:|:---:|:---:|:---:|:---:|
| • Facilitates activities of individuals and groups toward accomplishment of goals | 1 | 2 | 3 | 4 | 5 |
| • Relates accomplishments to department/ division goals | 1 | 2 | 3 | 4 | 5 |
| • Creates environment where accomplishment of goals is rewarded | 1 | 2 | 3 | 4 | 5 |
| • Structures responsibilities and tasks for individuals and teams | 1 | 2 | 3 | 4 | 5 |
| • Establishes measurable performance criteria | 1 | 2 | 3 | 4 | 5 |
| • Provides appropriate training and resources | 1 | 2 | 3 | 4 | 5 |
| • Provides relevant performing feed back | 1 | 2 | 3 | 4 | 5 |
| • Reviews quarterly impact goals | 1 | 2 | 3 | 4 | 5 |
| • Leads by example | 1 | 2 | 3 | 4 | 5 |

**Policies and Procedures:**

| | | | | | |
|---|:---:|:---:|:---:|:---:|:---:|
| • Effectively completes performance evaluations | 1 | 2 | 3 | 4 | 5 |
| • Completes and processes merit budget in a timely manner | 1 | 2 | 3 | 4 | 5 |
| • Follows Abbott code of business ethics | 1 | 2 | 3 | 4 | 5 |

**Impact Goal Achievement (Basic Functions):**

| | | | | | |
|---|:---:|:---:|:---:|:---:|:---:|
| • Contract and proposal turnaround | 1 | 2 | 3 | 4 | 5 |
| • Completion of bids by deadlines | 1 | 2 | 3 | 4 | 5 |
| • Processing of anniversary price adjustments | 1 | 2 | 3 | 4 | 5 |

**Communication Skills:**

| | | | | | |
|---|:---:|:---:|:---:|:---:|:---:|
| • Informs peers, subordinates, supervisors of relevant information | 1 | 2 | 3 | 4 | 5 |
| • Demonstrates effective listening skills | 1 | 2 | 3 | 4 | 5 |
| • Speaks effectively in one-on-one settings | 1 | 2 | 3 | 4 | 5 |
| • Writes clearly and effectively in internal and customer communications | 1 | 2 | 3 | 4 | 5 |
| • Demonstrates formal group presentation skills | 1 | 2 | 3 | 4 | 5 |

**Analytical Skills:**

| | | | | | |
|---|:---:|:---:|:---:|:---:|:---:|
| • Demonstrates problem solving skills, evaluates alternatives, and implements solutions | 1 | 2 | 3 | 4 | 5 |
| • Ability to make sound decisions under conditions of uncertainty | 1 | 2 | 3 | 4 | 5 |
| • Draws accurate conclusion from information collected | 1 | 2 | 3 | 4 | 5 |
| • Uses effective negotiation skills when dealing with "customers" | 1 | 2 | 3 | 4 | 5 |
| • Comprehension of contract and bid terminology | 1 | 2 | 3 | 4 | 5 |
| • Demonstrates through communication, the business unit pricing strategy | 1 | 2 | 3 | 4 | 5 |

TXABT 676050
Highly Confidential

## Analysts' Basic Operating Procedures Manual

| | Needs Improvement | | Meets/Attains Goals | | Exceeds Goals |
|---|---|---|---|---|---|

**Product Knowledge:**

| | | | | | |
|---|---|---|---|---|---|
| • Understands functionality of business units' products | 1 | 2 | 3 | 4 | 5 |
| • Knowledge of competitive products and systems | 1 | 2 | 3 | 4 | 5 |

**Administrative Skills:**

| | | | | | |
|---|---|---|---|---|---|
| • Sets priorities to accomplish assignments | 1 | 2 | 3 | 4 | 5 |
| • Allocates time effectively | 1 | 2 | 3 | 4 | 5 |
| • Completes appropriate reports | 1 | 2 | 3 | 4 | 5 |
| • Maintains accurate documentation on key projects | 1 | 2 | 3 | 4 | 5 |

**Systems/Computer Skills:**

| | | | | | |
|---|---|---|---|---|---|
| • Uses CPBMS/Hub effectively | 1 | 2 | 3 | 4 | 5 |
| • Uses CAS/OPS when applicable | 1 | 2 | 3 | 4 | 5 |
| • Knowledge of PC applications | 1 | 2 | 3 | 4 | 5 |

**Interpersonal Skills:**

| | | | | | |
|---|---|---|---|---|---|
| • Maintains and develops effective working relationships with peers, subordinates, and supervisors | 1 | 2 | 3 | 4 | 5 |
| • Respects opinions of other individuals | 1 | 2 | 3 | 4 | 5 |
| • Influences team in a positive manner | 1 | 2 | 3 | 4 | 5 |

**Personal Motivation Skills:**

| | | | | | |
|---|---|---|---|---|---|
| • Maintains positive attitude | 1 | 2 | 3 | 4 | 5 |
| • Takes pro-active approach to position | 1 | 2 | 3 | 4 | 5 |
| • Seeks to broaden and increase responsibility | 1 | 2 | 3 | 4 | 5 |
| • Displays commitment to complete job | 1 | 2 | 3 | 4 | 5 |
| • Strives for self-improvement | 1 | 2 | 3 | 4 | 5 |
| • Demonstrates flexibility | 1 | 2 | 3 | 4 | 5 |

Comments:

TXABT 676051
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 2/22/99
By: Kristen Berg

# PHONE STANDARDS

We sometimes receive complaints regarding our inability to schedule same day or emergency phone appointments from the field sales force. There are times emergency phone appointments are necessary and therefore we need to have a procedure which accommodates those situations. Efficiently handling phone calls is one of the toughest problems we face due to the number of calls we get, the size of the department, and because there is no vantage point within the department where the person answering the phones can see everyone. To deal with this problem, the following procedure has been established:

Contract Marketing Standard Voice Com Message:
Please be sure your Voice Com message states the following:

> Hello, you have reached the VoiceCom of (name & Title) and I'm unavailable at this time but please leave a message after the tone and I will return your call as soon as possible. If you would like to speak to an operator, please dial "0".

The only deviation that should be made from the above message would be additional information regarding your territory and backup personnel phone number.

Check your Voice Com as often as possible.

GIC Line (Group Interoffice Communication System)
When your GIC line rings you know a few things immediately:
1. The call is internal, not external,
2. Someone is looking for you specifically, not "anyone who can talk about a rebate", and
3. If the call is interrupting another call or conversation, you can decline to be distracted more than a few brief seconds by telling the department member on the GIC line to take a message or ask the caller to leave a VoiceCom.

Please answer your GIC line any time it rings.

"0" Defaults: If a caller does press "0" to default out to the general Contract Marketing number and asks for you, you will be called via GIC line by the support person who receives the call. Please answer (even if you are on the other line) and let the support staff person know when would be a good time for the caller to call back. If you don't answer the GIC line, the caller will be told that you are not at your desk and will then be asked to leave a VoiceCom message. If caller refuses voice mail, support staff will take a message and forward it via e-mail (support staff cannot abandon the phones to look for you or to deliver a message).

TXABT 676052
Highly Confidential

Analysts' Basic Operating Procedures Manual

**Same Day Appointment Requests**
Support Staff will avoid scheduling same day appointments. If a caller insists on a same day appointment, the support staff will attempt to GIC you to inform you of the request. If you do not answer your GIC line, a message will be taken forwarded via e-mail.

**Scheduling Next Day Appointments**
A next day meeting will be set up by support staff if requested by caller. Support staff will set up these meetings according to your calendars availability and send you a meeting request with all the appropriate information (name, regarding, VC #). If you DECLINE this meeting request, you are responsible for contacting the rep. with your new available time.
Important Tip - Be sure that when you plan a vacation that you block off your calendar.

To make this process work we need to make sure the following happen:
1. The GIC lines are answered. They should only be used for internal calls. Please answer them when they ring.
2. Keep you schedules up to date. If you have an important project, bid, anniversary, analysis, or conference call and need time to work on it, block out the time on your schedule.

**TXABT 676053**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 7/2000
By: Mark Beeston

# PKS CONTRACTS

No new PKS Software contracts are being put together in HPD.  We are honoring our existing contracts and will generate new contracts to allow upgrades to the software when the customer's PKS software expires, or is nearing expiration.

The Pharmaco-Kinetic Software, PKS, contract was developed as a tool to gain incremental sales in existing and new accounts or possibly protect current business when there was a competitive threat.  PKS is a computer software package that uses Pharmacokinetics to help clinicians design drug dosage regimens.  The use of the software can help clinicians dose drugs safely and effectively.  The software package also provided several reports and records.  Training was provided at no charge.  The training took place in Dallas over a three day period.  The hospital was responsible for airfare.  Hotel, meals, training classes and manuals were provided with the PKS contract.

The following were examples of purchase options:

<u>Current ADD-Vantage/Premix/Ultane Accounts</u>
Option I: No Charge
PKS might have been provided at no charge if the account committed to purchase an additional 10,000 ADD-Vantage diluents or FirstChoice® Premixes per year or by signing an Ultane Contract using 3 bottles/vaporizer/month.  The contract was typically written as a committed volume agreement.

Option II: Up-charge
The cost to the account was $650/year.  This cost wss applied as a per unit up-charge based upon current utilization.
    Example: Hospital uses 52,000 units per year
              $650/52,000 = $0.0125 per unit upcharge
              Three-year agreement

Option III Outright Purchase
This option was discouraged.  PKS was a value-added program and was designed to be used to secure additional business.  Unfortunately, this was not always possible.  In those cases, the charge to the customer was $10,000 divided by the number of years on the contract.

<u>New ADD-Vantage/Premix/Ultane Account</u>
The account must have committed to purchase a minimum of 20,000 units per year throughout the term of a three year agreement.  The contract was written as a committed volume agreement.

** If necessary, Premixes or Ultane could have been included or substituted for ADD-Vantage diluents.

**TXABT 676054**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

PKS Contract Generation

ADD-Vantage Contract: Indicated the terms of the HPD/customer agreement as well as the
purchase requirements.

Licensing Contract: Indicated the terms of the software arrangement between the account and
Abbott Diagnostics Division.

Header Information Form: This form needed to be completed by the account indicating the
information that was going to be encrypted onto their disk.   This was the
information that was going to print out as the header on all reports.   (i.e.
Memorial Hospital, Chicago, IL).

Training Registration Form: This form needed to be completed by the account indicating the
following:
- Primary contact information
- Instrument information

PKS Contract Implementation

| | Customer Copy | Contract Marketing | ADD Copy |
|---|---|---|---|
| ADD-Vantage Agrmt | 1 Copy | 1 Copy | |
| Licensing Contract | 1 Copy | 1 Copy | 1 Copy |
| Training Reg Form | | | 1 Copy |
| Header Information | | | 1 Copy |

ADD Copies were faxed to Dawn Veith-Wachowiak at 937-0424
ADD Contacts:

| | | |
|---|---|---|
| Bob Sztukowski | Senior Product Manager | 938-6532 |
| Todd Johnson | Product Manager | 938-6522 |
| Dawn Veith-Wachowiak | Administration | 937-5692 |
| Cindy | Dallas Customer Training | 14#6724 |
| | Dallas Training Center | 1-800-527-2547 |

PKS software upgrade procedure.   HPD is no longer supporting any new PKS software
agreements.  An agreement has been made with ADD Marketing and ADD Contract Marketing
to allow HPD customers to upgrade their existing software.   This process will be done on a
account specific basis.

To upgrade the existing software, complete the following:
Generate a Total Requirements contract. Indicated the terms of the HPD/customer
agreement as well as the purchase requirements.. ADD Vantage, Claforan and Carpujects
have been used as Requirement products.   Indicated the terms of the software
arrangement between the account and Abbott Diagnostics Division.

Ensure the Header page is sent with the contract.  The customer must sign this document
to allow ADD to customize the software for the Hospital.

TXABT 676055
Highly Confidential

Analysts' Basic Operating Procedures Manual

Send the signed copy of the contract with the Header page to Karen Groeninger in ADD Contract Marketing extension 7-1243.   ADD Contract Marketing will process the information and generate the new software and send it to the customer.

TXABT 676056
Highly Confidential

Date: 3/20/97
By: Patti Larkin

# PRICING ASSUMPTIONS

The Abbott financial planning cycle has three major sections: the Plan, prepared in September; the April Update (to the Plan) prepared in February; and, the August Update, prepared in July. Contract Marketing's contribution to the Hospital Products Division Plan, Contract Marketing Pricing Assumptions, is to identify the financial impact of national and regional groups on the profitability of the Division. The Pricing Assumptions take into account price actions such as anniversary price increases, market adjustments to price, and definitions in contracts with partnering companies. Pricing Assumptions are made to predict the outcome of anticipated events. These events may be related to group compliance, growth of group sales, market conditions of existing products, projected product launches and/or competitive erosion. The Pricing Assumptions are completed and presented to the Director of Contract Marketing by August 15, so that the Plan is presented to the corporate officers in September/October.

The "April Update"

An update to the Pricing Assumptions is conducted in the first two calendar months of the Plan Year. This update reviews the Pricing Assumptions and analyzes data to identify that the numbers, set forth in the Pricing Assumptions, are on target. If not, an assessment is conducted as to what variables are altering the course of the Pricing Assumptions numbers. The Pricing Assumptions may be revised upon the analysis of these variables.

Analyzed data is completed and presented to the Director of Contract Marketing by February 15. The April Update is presented to Abbott corporate officers in April.

The "August Update"

A second update to the Pricing Assumptions is conducted to review the Pricing Assumptions and the April Update. The goal is to analyze actual calendar sales data to finalize projections of the Pricing Assumptions numbers. This information is utilized in the processing of the next calendar Plan. Actual sales history from the Pricing Assumptions year is utilized.

Analyzed data is completed and presented to the Director of Contract Marketing by June 15. The August Update is presented to Abbott corporate officers in August.

The **Solutions and Equipment Team** provides pricing assumptions for the national and regional groups. The procedure that follows for these groups meets the above mentioned deadlines, as noted in the Solutions and Equipment Calendar (p:\4S&E\shared\calender.xls).

TXABT 676057
Highly Confidential

Analysts' Basic Operating Procedures Manual

**SUNHEALTH:**

**Group Number:** 163

The goal of the Pricing Assumptions for the SunHealth group is to identify the impact of the solutions and equipment price increase and price discounts. The price changes, for the SunHealth group members, occur July 1 of each contract year. Price changes are analyzed from previous calendar year sales history. The steps to analyze this impact are as follows:

1. April Update: Obtain total dollar sales history, and solutions and equipment sales history the for previous calendar year. The aggregations are built by the analyst and should be updated with any list number changes. The sales history is run by Business Systems (Jeff Rudnick). If unavailable, obtain sales history from Tom Turner.
2. Place information into spreadsheet (base file is p:\planupd\1997\7apusun3.xls). Create new file for August Update, as this information reflects actual price increases taken and not assumptions.
3. To accurately identify impact of price increases and discount, index from latest proforma the associated discounts and whether these accounts are committed vs. non-committed.
4. Also index into spreadsheet: AHA #, Census beds, total sales, solutions and equipment sales, current discount, projected price increase and projected discount.
5. Price increases and discounts are based upon $/census bed. Formulas are contained in spreadsheet, otherwise, refer to SunHealth anniversary increase documentation in BOP (topic=SunHealth).

**Quasi HSCA**                                                           Date: 3/31/97
                                                                        By: Matt Hanley

**Group Number:** 2811
**1997 Estimator File Name:**       p:\4s&e\1 group\national\hsca\97_hsca\97anniv.xls
**Procedure:**
1. Run group sales history for group 2811 and AHA numbers not found under group 2811 (not all quasi-HSCA contracts are under group 2811). When requesting group history, request the following product aggregations: A172, A173, A044, A022, A135, A174, A007, A020, A008, A149, A149, A184, A183, A175, and A049.
2. Format the history by rearranging the column headings and data to match the column headings of the 1997 Estimator data portion of the file listed above.
3. Copy the sales history data to the 1997 Estimator Hospital data and rename the file.
4. Separate the anniversary contracts by contracts with "Dividends" vs. contracts with "Discounts." Contracts with "dividends" can be given increases based only on "Dollars per Census Bed" because dividends will be paid by the contract coordinators. However, contracts with "Discounts" need to be plugged into the estimator.
5. Find the anniversary letter portion of the Estimator and change the information to reflect the new year of anniversary
6. For contracts with "Discounts," enter each AHA number from the data into the AHA cell, located at the top of the data portion of the worksheet.
7. Print each AHA number and two pages will print – the first is the Profile Estimator and the second is the Anniversary Increase letter.
8. Place the two pages in the anniversary file (the contract file, not the computer file) and give to the Contract Coordinator responsible for HSCA.

TXABT 676058
Highly Confidential

Analysts' Basic Operating Procedures Manual

The FirstChoice® Injectables Team provides pricing assumptions to the Financial Analysts for each part of the financial cycle. The pricing assumptions reflect anticipated, aggregate price changes for about 25 national groups and major regional groups.

The price changes are documented by the FirstChoice® Injectables Analysts in their group analyses. These analyses are performed using the Financial Greybook categories defined by the Financial Analysts.

The FirstChoice® Injectables Analysts record the anticipated percent change from their analyses in the current Plan Assumptions file (currently p:\1injectb\finplan\96plan). The Analysts should also verify the anniversary date for each group in their purview.

The FirstChoice® Injectables Analyst responsible for maintaining the file will obtain prior year sales by financial Greybook category and group and enter the data. That Analyst should also review the formulae to ensure that they have been updated if necessary.

The file has two sheets: Data and Calculations and Summary. When complete the Analyst should print the Summary sheet, discuss it with the Manager Major Accounts and the Director, Contract Marketing before distribution to the Financial Analysts.

TXABT 676059
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 8/5/97
By: Bob Bryan

# PRICING STRATEGY

The 1997 Contract Marketing Pricing Strategy Guidelines are guidelines of varying specificity that are used by the Contract Marketing Analytical Corps to prepare contract anniversary price updates, bids, and proposals.

The Pricing Strategy contains a section for each Business Unit: Anesthesia, Drug Delivery Systems, Injectables, LVS Specialty Solutions, MicroNutritionals, Oncology, Solution and Equipment, and Suction, Trays, and Venicare. Many sections contain subsections that correspond to the Financial Greybook Business Unit definitions. The subsections are maintained alphabetically to allow the reader to more easily find the appropriate documentation.

The July 1997 Contract Marketing Pricing Guidelines are maintained in a file named P:\ pricestr\707price.doc. All analytical corps members have the opportunity and responsibility to make appropriate changes as soon as the need is recognized. When made, changes should be communicated to others and appropriate changes should be made to the then current Resource files (e.g.: P:\resource\704resou.xls) that provides arithmetic direction for anniversaries, bids, and proposals.

Each April, August, and October, after the April Update, the August Update, and the Plan have been completed, the Pricing Strategy should be thoroughly reviewed and formally updated. To accomplish this task, the analysts should provide to each Marketing Manager a current copy of the Pricing Strategy section for their area. The Marketing Manager should review the existing strategy. Together the Marketing Manager and the analyst should identify the pricing strategy for the immediate future.

Strategy related data can be obtained from several sources. The Financial Analysts provide a variance report and a tracking report that detail year-to-date information on actual and plan units and ASP. Marketing Research maintains several market measures and secondary data sources including: the Lowin Injectable database, and Inhalation units/procedures. The *Drug Facts and Comparisons* and the *Redbook* can also be very useful.

TXABT 676060
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 9/28/99
By: Tom Tomsheck

# PRICING STRATEGY ON EXCLUSIVE FIRSTCHOICE INJECTABLE PRODUCTS

Exclusive products are defined as those products unique to Abbott.  At each and every opportunity (i.e. Anniversaries, Bids, Contract Extensions, etc.), Exclusive products ("Products") need to be priced at Target.

Within the FCI Resource File there is a column entitled "Exclusives" that needs to be utilized when pricing the Products.  The following steps must be adhered to:

1.) Sort the Resource File by the Exclusives column in ascending order. Note that the Products are numbered 1-5.  This ranking corresponds to the importance level associated with pricing these Products at Target (#1 = the highest priority, and #5 the lowest).
2.) Review each Product, its Target price, and each of the major GPO's prices in detail.
3.) For Bids, RFPs (Requests For Pricing), and Contract Extensions, take all Exclusives to Target.
4.) For Anniversaries, review the Customer or GPO contract and take the Products to Target unless contractually restrained.  If unable to price a Product at Target, take the highest price increase possible.

Products denoted by a #1 are often a unique drug or specialty solution for which there is no competition.  #2 labeled Products are mostly Premixes and Emergency syringes which only Abbott manufactures.  #3, #4, and #5 labeled Products range from Brand-Named products through uniquely packaged products.

Establishing Target prices for Products #2-#5 requires careful calculation and analysis.  Although Abbott may be the only manufacturer of these Products, there are other vendors that may produce a similar product or the same product in a different form.  We want to ensure that we don't price these Products too aggressively so as to drive our Customers towards purchasing from our competitors.

**All Product pricing needs to be reviewed with Bob Bryan prior to Customer review.**

TXABT 676061
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 9/5/97
By: Deborah Bressi

# PROCESSING A RETURN FOR HOSPITAL CUSTOMERS WHEN PRICING COMES UP AT LIST

Scenario:

Customer wants to return an overstock or expired product and there is no contract pricing, only list.

Issue:

Hospital customers rarely purchase products at list price or even at RxLink pricing. RxLink pricing is usually 2-4 times a contract price, so it is not a good price to offer on returned product. Do not use the 40 screen to obtain pricing - these prices are well above what the regular customer pays.

Actions:

1. If no contract pricing, ask customer to fax in invoice.
2. If customer does not have an invoice available, use low parameters pricing. Ask your team leader how to access this pricing.

Customers not having an Abbott customer number are handled differently by Robin Sorg and Debbie Beeman only.

TXABT 676062
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 6/5/97
By: Bob Bryan

# PRODUCT CONTRIBUTIONS

Under various circumstances Abbott donates product to very specific organizations that redistribute the product internationally. The following information includes the Abbott corporate policy and a list of the organizations to which agreed to work within the guidelines that Abbott requires.

Abbott Corporate Policy:

I. <u>BACKGROUND</u>: The donation of Abbott products to recognized charities for use domestically and internationally is an important program to both the corporation and the beneficiaries of these donations. There are two important reasons to provide acceptable Abbott products to agencies that furnish medical assistance and food supplies:

    A. The Corporation has an ethical responsibility to help provide medical products and food supplies to agencies that furnish these supplies to people who could not obtain them in any other way.

    B. The government through its tax incentive laws encourages corporations to engage in such charitable programs.

II. PURPOSE: To define the minimum Corporate Quality Assurance requirements for the contribution of Abbott products to charitable organizations for distribution domestically and to foreign countries.

III. SCOPE: This policy applies to all contributions of Abbott products. All divisions must comply with the minimum requirements of this policy and the requirements of the Charitable Contribution Program, Abbott Laboratories Inc., D-379. This policy does not cover nor supersede the tax regulations or tax division instructions regarding the deductibility of product contributions.

IV. REQUIREMENTS:

    A. Product Eligibility

        1. <u>General</u>. Most products produced by Abbott Laboratories Inc. and its affiliates are regulated by the Federal Food, Drug and Cosmetic Act (the Act). Any products that are being considered as a charitable contribution must meet the requirements of the Act at the time of the contribution (see Section 801.E). In addition, tax regulations direct that product meet the requirements of the act for 180 days prior to the time of the contribution. All donations of controlled drugs must be from an Abbott Distribution Center and shipped through normal shipping procedures. Any donations of a controlled drug other than from an Abbott Distribution Center must be approved by Corporate Regulatory Affairs prior to shipment.

        <u>Domestic Contributions</u>. Any product intended as a charitable contribution for domestic use must meet all of the product's specifications. It should be noted that an appropriately approved non-conforming material report (e.g., NCMR, MRR, etc.) is

**TXABT 676063**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

considered a temporary specification for the affected product. The safety and efficacy of the contributed product must not be compromised.

Contributions Intended for Export. Section 801(e) of the F, D & C Act states that any food, drug, device or cosmetic intended for export (including contributions) may not be deemed to be considered adulterated or misbranded if it:

(a) accords to the specifications of the foreign purchaser,

(b) is not in conflict with the laws of the country to which it is intended,

(c) is labeled on the outside of the shipping package that it is intended for export, and

(d) is not sold or offered for sale in domestic commerce.

Unapproved devices and new drugs may not be exported under the provisions of section 801(e) of the F, D & C Act. However, new drugs (including biologicals) that have not received approval may still be exported if an application under Section 802(b)(3) has been filed and approved. Corporate Regulatory Affairs should be contacted for guidance in filing any such application.

2. The following types of Abbott product are eligible for contribution:

(a) Finished products that have at least three months dating remaining* and are actively marketed at the time of the contribution (regular shelf stock).

(b) Finished products that are being discontinued due to their packaging configuration (or a similar reason) that are still actively available in another packaging configuration. The contributed product must have at least three months of dating remaining.*

(c) Products obtained through Returned Goods in acceptable condition that have at least three months of dating remaining* and are actively marketed.

(d) Finished product that will not meet routine product specifications because it has minor production defects (e.g., cosmetic defects). The product must be approved on a non-conforming report for domestic use or meet the requirements of section 801(e) for export use. The product must still meet all label claims and safety and efficacy must not be affected. The product must have at least three months of dating remaining.*

* Exceptions to the three-month dating requirement must be approved by the Corporate Products Contributions Coordinator, Corporate Regulatory Affairs and Corporate Tax Division (D-367). Ross nutritional products are exempt from the three-month dating requirement. These products must have at least one-month dating remaining.

B. Procedure

1. Products described in sections IV.A.2.(a), (b) and (c) are typically released and in approved inventory, therefore, they may be designated for charitable contribution by Materials Management without additional QA approvals provided the eligibility requirements of section IV.A.1. are met.

2. Product described in section IV.A.2.(d) is typically not in approved inventory. These products must meet the following conditions to qualify for charitable contributions:

TXABT 676064
Highly Confidential

Analysts' Basic Operating Procedures Manual

(a) A non-conforming report must be fully approved and indicate that the product is acceptable for donation purposes.

(b) If a portion of the product intended for contribution is known to contain potentially non-functioning units or units whose function is adversely affected, the use of which would not affect safety, require that a non-conforming material report be submitted to the charitable organization and the organization must indicate to Abbott, in writing, that the product is acceptable to them.

(c) When the product is to be exported under the requirements of section 801(e) of the F, D & C Act, the individual pallets of product must be clearly identified with the statement: "FOR DONATION - EXPORT ONLY."

(d) These lots must be released to finished stock prior to shipment to the designated charity to assure that all work order documentation and accountabilities (as applicable) are complete and acceptable.

3. The availability of eligible products will be reported to the Corporate Product Contribution Program Coordinator by the division Materials Management group. The charitable organization will be one that appears on the approved list published by the IRS (available from Corporate Tax Division) and is approved by the Corporate Product Contribution Coordinator.

4. The Corporate Coordinator will notify the approved charities of the material availability and provide information on remaining dating and, as appropriate, product defects. The charity must acknowledge (in writing) its interest in the product and state it understands the condition of the product if it has short dating (less than 2 months) and/or defects. The charity must also indicate that contributions will be used solely for the care of the ill, needy, or infants in accordance with the organization's exempt purpose.

5. All proposed charitable contributions that have been dispositioned via an NCMR or similar document must be approved for donation by the Director, Corporate Quality Assurance, prior to release or shipment of the product.

V. RESPONSIBILITIES:

A. Division Quality Assurance and Materials Management are responsible for identifying products eligible for contribution in conformance with the above requirements and in accordance with good inventory control procedures.

B. Division Materials Management will track the delivery and other inventory deductions for donated products to assure appropriate documentation and inventory credit.

C. The Corporate Product Contributions Program Coordinator will communicate and obtain approval of selected charities prior to the donation of product.

D. The Corporate Tax Division will review any new charitable organization to ensure that it appears on the latest IRS list of approved charitable organizations.

E. Corporate Quality Assurance shall monitor Division compliance to this policy.

Organizations To Which Abbott Provides Product
Salvatorian Mission Warehouse - Brother Regis
Route 57

TXABT 676065
Highly Confidential

Analysts' Basic Operating Procedures Manual

New Holstein, WI 53061  (414) 898-5898

AmeriCares -- Rachel Granger
161 Cherry Street
New Canaan, CT  06840  (203) 972-5571

MAP International -- Patti Sandow
2200 Glynco Parkway
Brunswick, GA  31525  (912) 265-6010

Catholic Medical Mission Board -- Kate Higgins
10 West 17th Street
New York, NY  10011-5765  (212) 242-7757

TXABT 676066
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 9/2/97
By: Bob Bryan

# **PYXIS**

We do not have a relationship with Pyxis at this time.  No further deals are to be considered or if already discussed but not signed be completed.  The following information remains in the Basic Operating Procedures Manual to provide historical perspective.

Pyxis Corporation, a wholly owned subsidiary of Cardinal Distribution, builds and distributes equipment to efficiently, store, distribute, and charge for medical supplies throughout the hospital and in other settings.   Abbott and Pyxis have an arrangement that allows Abbott to offer reductions to the rental cost of Pyxis equipment.  This value added program can help leverage significant increases in business for Abbott.  (Note: this is for rental only, it does not include purchase of Pyxis equipment.)

Because the main-stations are equipped to send information to the pharmacy, patient charges are recorded at the time they are removed for delivery to the patient.  This provides a huge advantage over other systems that rely on patient charges being recorded though traditional means.

Competition.  Pyxis competition includes Baxter's SureMed and Omnicell.

Common Arrangements.  Commonly, Pyxis, Abbott, and a hospital enter into an arrangement where:
- Abbott pays Pyxis 70% of the rental list price of the installation.  This payment may be thousands of dollars less than what the hospital would pay to Pyxis.  (The field sales force and especially the customer is not to know the Abbott percent of discount since the customers would certainly begin asking Pyxis for that discount without Abbott's intervention.)
- Abbott bills the customer for the Pyxis equipment at some negotiated rate.  What Abbott bills the customer may vary considerably and may include situations where Abbott makes money on the billing or loses money on the billing.  Most commonly, the billing rate is Abbott's cost from Pyxis.
- Abbott and the hospital form an agreement that provides value to Abbott.  This agreement can be a committed volume contract or a requirements contract.  The contract products have included ADD-Vantage, Premixes, EDDS, S&E, and FirstChoice Injectables but can be anything that makes sense for Abbott and the customer.  In every case, consider the new generic products for this contract.  Also, make certain this contract references the Pyxis agreement and identifies that Abbott will bill the customer for the Pyxis equipment.
- Pyxis bills Abbott quarterly in arrears.  Abbott most commonly bills the customer semi-annually.  The semi-annual billing provides additional value to the customer that Abbott sales representatives should leverage to build sales and rapport.
- Pyxis and the customer sign an agreement for the equipment rental and another agreement for the service on the equipment.  Abbott does not get a break on the service and we do not want to include it in the agreement with the customer.

TXABT 676067
Highly Confidential

- Abbott, Pyxis, and the customer sign an addendum to the Pyxis - Customer rental agreement that provides for Abbott to pay Pyxis and for the customer to give valuable consideration for Abbott to do so. This addendum is found in P:\Pyxis\1templat\adden.doc.

If Abbott is absorbing part of the rental payment an accrual must be set up. This is done by getting the permission of the Marketing Manager whose product will be affected to cover part of the Pyxis rental payment and identifying for the Contract Administrator what the accrual should be.

Documentation and Contracts. When complete there should be several documents and files to record the agreement and which party pays what amount to another party.

Computer files should be stored in a sub-directory created specifically for that customer under P:\Pyxis. The name of the sub-directory should begin with the two letter post office designation for the customer's state, followed by an underline "_", and end with the first five letters of the customer name. Thus, the University of Michigan files should be stored in P:\Pyxis\MI_UofMI.

Typically, this sub-directory will contain the Abbott customer contract, the cost analysis, any letter, and the addendum if it was computer generated.

The Excel file should contain at least four sheets: (1) the cost analysis, (2) what Pyxis should bill Abbott month-by-month for approximately sixty months, (3) the billing summary that shows charges for each item, and (4) what Abbott should bill the customer month-by-month for sixty or months.

When complete the Contract Marketing Analyst should give a copy of these four documents to Tom Lockowitz or Marianne Sutcliffe so HPD Finance can check the work and process payments to Pyxis. Another copy should be given to Mary Chatterton, AHD Customer Service, so the customer will be billed. Another copy should be given to the appropriate Contract Marketing Contract Coordinator for permanent files and to initiate any terms required. Finally, a copy should be put into the Pyxis file in Bob Bryan's office.

Taxes. Pyxis rentals may involve taxes. The cost analysis is set up to include taxes. Just include the tax rate reported by Pyxis. However, care must be taken to ensure that the calculations for the Pyxis-to-Abbott billing schedule include taxes and the Abbott-to-Customer billing schedule does not. Taxes are not included in the Abbott-to-Customer billing schedule because the order processing system (OPS) does it automatically. Pyxis does not have this capability.

Pyxis Invoices to Abbott. Pyxis has been instructed to send the invoices to Tom Lockowitz. He will give them to a Financial Analyst so that the invoice can be checked against what we expect to be billed and the check request can be made.

TXABT 676068
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 9/23/97
By: Bob Bryan
Revised by Kristen Berg 10/14/98

# REFERENCE BOOKS

Contract Marketing personnel frequently need drug reference books to research drug topics. The department maintains three books that have proven their worth over the years.

**Drug Topics® Redbook: Pharmacy's Fundamental Reference™** details extremely limited data about the drug and "Average Wholesale Price" (AWP). AWP is calculated by Redbook as List Price minus 5% plus 25%. Thus, a product with a list price of $100 would first be discounted by 5% to $95.00 and then increased by 25% to $118.75 for an overall increase of 18.75%. **TO ORDER: Contact Medical Economics Data at 1-800-678-5689. Account Number is 218156602 and ask that a renewal form be faxed over. Fill it out and submit with an ACR – be sure to include shipping and handling costs. Should be ordered in November to ensure January delivery.**

**Drug Facts and Comparisons** is another particularly useful resource. This book details thousands of drugs by brand and generic name by action. Thus, it can be used to determine the generic if the brand name is know and vice versa. It also lists manufacturers. Thus, it can be used to determine if a product is proprietary or exclusive. **TO ORDER: Contact Medical Economics Data at 1-800-678-5689. Account Number is 218156602 and ask that a renewal form be faxed over. Fill it out and submit with an ACR – be sure to include shipping and handling costs. Should be ordered in November to ensure January delivery.**

**The Physicians Desk Reference (PDR)** is also maintained in the department. This resource is a combination of the Redbook and the Drug facts and comparisons. **TO ORDER: A renewal notice will be mailed directly to dept. secretary end of October. If one is NOT received, Facts & Comparisons Customer Service can be reached at 800-223-0554 ore 314-878-2515 and request an order form be faxed over. In either case - submit order form or renewal notice with an ACR – be sure to include shipping and handling costs. Should be ordered in November to ensure January delivery.**

For additional questions, contact Library personnel:   Joann Spears x7-8697
Michelle Griffith x7-5836
Kathy x54942

TXABT 676069
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 11/24/97
By: Kristy Leistner
Modified By Wes Juda 12/31/97

# REVENUE RECOGNITION DEFINITION

Revenue Recognition is the process by which the total anticipated sales dollars associated with a given piece of capital equipment (Omni-Flow) are identified and accounted for (booked) at the time the devices are shipped to the customer.  Revenue Recognition only brings forward and accounts for those sales dollars associated with the capital equipment.  It does not bring forward the sales dollars associated with the disposables; those sales dollars flow through normally. The account is set up as a receivable since the accounts will be paying Abbott money on sets/lease for the term of the agreement.  A portion of the money is set aside as a reserve (approximately 30%) to cover money if the account defaults on the receivable.

If we are switching pumps during the middle of an Omni-Flow contract to another Abbott device the following must occur.  The financial analyst that handles Omni-Flow must be notified.  The amount of the remaining receivable must be obtained from the financial analyst.  This receivable amount must be included in the model for the new agreement P&L.  The decision on the new P&L is to be made under the same parameters as any other deal.  If the deal is signed, notify the financial analyst so they can write-off the receivable.

TXABT 676070
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 6/5/97
By: Bob Bryan

# RISK SHARING AGREEMENTS

Risk sharing agreements vary widely. They may be generated by three different Contract Marketing Analytical Teams. They may use existing systems and require periodic reconciliation. They may require special attention from Credit and Contract Marketing Contract Coordinators. They may be set up to provide a minimum number of invoices per month that may vary or be constant until a reconciliation occurs. They may require the customer to share savings with Abbott. They may limit Abbott's exposure to 10% or 15% of the customer's budget. In short, within certain parameters, Risk Sharing Contracts are tailored to fit the needs of the situation.

The following paragraphs describe Risk Sharing Contract options in greater detail. The reader will note that rsa that require a minimum number of invoices require massive changes in the "normal" systems and analysis of purchases. These massive changes make rsa incredibly difficult. That means this type of rsa should be avoided.

Risk Sharing Contracts are used primarily for EDDS contracts. However, the FirstChoice® Injectables Team and the S&E Team occasionally use them. Usually, when risk sharing agreements are used for injectables and S&E products it is as a last resort because the administration of these contracts are not compatible with various systems throughout Abbott. The system incompatibility - doing things out of the ordinary - occurs with Credit, Finance, Contract Marketing, and the Sales Force.

If a risk sharing agreement is set up the following steps should be taken:

General: It is absolutely imperative that the customer, the sales representative, and the divisional manager understand the terms of the risk sharing agreement since the sales force must meet with the customer quarterly for reviews. If the sales force does not understand their responsibility the agreement will not be administratable.

Definitions:
Adjusted Patient Days. Risk sharing agreements must be flexible enough to respond to changes in activity levels. Thus, Risk sharing agreements are

TXABT 676071
Highly Confidential

Analysts' Basic Operating Procedures Manual

EDDS - [Risk Sharing Partnership(RSP) Agreements]

Brian Mudrick
October 24, 1997

Background

This concept originated in June, 1994 between Abbott and VHA during the EDDS (and S&E) contract negotiation.  As originally outlined this was a proposal that encompassed the following:

A.) VHA Hospitals Utilizing Competitive Infusers
B.) Rewarded Hospitals for Efficient Utilization of Infusers (which indicates a high number of sets per device per month.)
C.) Flexibility: (Mix and Number of Devices can be changed on an Annual Basis.)
D.) Variable Cost: Cost's Rise and Fall with Number of Patients.
E.) Fee Charged per Patient Day: Contract Costs follow Hospital Revenue.
F.) Shared Risk: Customer and Abbott can Change the Contract when there are Significant Changes in the Hospital.

Process of Developing a RSP Contracts

A.) Perform an IV Assessment
B.) Review Recommendations
C.) Determine:
   - Mix and Number of Devices
   - Mix and Number of Sets
   - Set Change Policy
   - Annual Patient Days
D.) Review with Customer
E.) Sign Agreement

Key Contract Highlights

A.) The first one hundred twenty (120) days are a Review Period.  During this time period Abbott and Customer will confirm initial assumptions of the contract; such as Devices and Sets.
B.) Customer can Change the Type of Infuser (Plum 1.6 to XLM to XL3M or reverse) and Number on an annual basis.
C.) Charge is Based upon Annual Patient Days.  This number is calculated by developing an agreement based upon our Business Unit Margin Targets.  Once the Annual Revenue is calculated this number is divided by the Annual Hospital Patient Days.  The Annual Patient Day Number should be provided by the Hospital to insure accuracy.

TXABT 676072
Highly Confidential

Analysts' Basic Operating Procedures Manual

Benefits to Abbott

A.)   Abbott charges the Customer monthly.  (This standing debit will be
      sent out regardless of the Hospital faxing in their Actual Hospital
      Patient Days.)  This is an improvement on relying the customer to
      purchase sets to meet contract projections.

B.)   We develop a 'closer' business relationship with the customer.
      Therefore, the customer usage information is better and hence we can
      develop a more accurate agreement.

C.)   There are opportunities to change the agreement on an annual basis.
      This allows us to repair contract 'problems' closer to when they occur
      versus at the end of the agreement or possibly never.

Benefits to Customer

A.)   No Upfront Capital Investment.
      • No Long Term Lease
      • No 'Upfront' Outright Purchase Cost

B.)   Cost Follows Revenue

C.)   Annual Review Periods
      • Customer can change Devices on an Annual Basis without incurring
        any recertification fees or penalties.

Contract Addendae

A.)   Customer can add Devices to a RSP agreement at any time during the
      term at traditional contract add formulae

B.)   Customer can add Devices at the end of this agreement without
      incurring additional monthly charges now.  To calculate this the device
      costs on the new Devices would be dependent on the Original Margin
      Percent of the Agreement.  Therefore, it is important to calculate the
      new devices at the Same margin percent as the original deal and add
      the Revenue to the agreement and charge the customer the extension
      value of the existing devices (warranty and set cost) at the same margin
      percent as the original calculation.

Return of Devices

A.)   Customer may return devices on an annual basis without incurring
      recertification fees or a charge for lost revenue.

B.)   This is part of the Shared Risk concept.

TXABT 676073
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 1/15/98
By: Bob Bryan

# ROLES: FIRSTCHOICE® TEAM ROLES

Roles are important.  Look at any successful sports team and you will see that the members of this successful team know several things.  First they know, accept, and actively support the team's goal.  Second, they know how the components of the team function.  Third, they know their role and how to fulfill it.  Fourth, and most important, they know they must work together to provide a synergistic effect that is far more effective than the mere sum of their individual efforts.

For example: In basketball the goal is to win the championship.  The components include: offensive and defensive specialists, scorers, rebounders, pick setters, enforcers, and coaches. Each component is vital to the overall success of the team.  If someone does not execute or if someone does not work within their defined role, the team suffers.

Contract Marketing is a large team.  Each person, regardless of the team that they happen to be on has an important role that they must fulfill if Contract Marketing is to function efficiently and effectively.  Each person's most important contribution to the team is to perform their job thoroughly, accurately, and on time.  Supporting your colleagues by helping them perform their assignments is secondary to this primary role.

On the FirstChoice Injectables® Team the analysts are responsible for:

1. Timely completion of bids 100% of the time.
2. Contract proposals, within goal 100% of the time.
3. Major group anniversary adjustments 100% of the time.
4. Anniversary processing
5. New product launches
6. Impact goal accomplishment
7. Develop opportunities at regional groups
8. Develop national groups
9. Special projects

The Manager, Major Accounts has responsible to/for:

1. Assure operational goals attained
2. Document pricing strategy
3. Communicate changes in strategy
4. Coach, train, develop
5. Major group anniversary adjustments
6. New product launches
7. Impact goal accomplishment
8. Special projects
9. Strategy aligned with plan
10. Cash flow forecasting for plan
11. Communicate changes in strategy
12. Coach, train, develop
13. Major group anniversary adjustments
14. New product launches
15. Impact Goal accomplishment
16. Special projects

TXABT 676074
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 1/13/98
By: Bob Bryan

# **RULES OF THE ROAD**

Sales Force and Analyst time is limited.  To ensure efficient, effective communication, the sales force should be ready to provide the following information when calling Contract Marketing to get approval for a discussion, a price, or a contract.

Customer name
Customer number
AHA number
Account overview
Profile number
List numbers
Unit volume
Size of account
      Census Beds
      IV pumps
Competitive situation
      Current price
      Proposed price
      Incentives
      Type and quantity of pump sets
Group affiliation
The decision maker
Probability of success
Deliverable – approval for discussion, contract, or amendment
Due date for the deliverable
Will the account consider value added programs
Unique circumstances (hot button): Fund raising, Robot, etc.

TXABT 676075
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 9/22/99
By: Francis Humann
Updated: Tom Tomsheck

# RXLINK PRICING

RxLink Pricing is provided primarily to allow customers to buy product from wholesalers at less than list price and ensure that the wholesalers report the sale to Abbott for tracking purposes. There are two RxLink prices: RxLink Wholesale Acquisition ("RxLink WAC") and RxLink Customer.  Wholesalers buy product at the Abbott RxLink WAC price and sell it to customers that do not have a contract at RxLink Customer prices.

Because Abbott allows wholesalers a 2% cash discount for quick payment and more than 90% of FirstChoice® Injectables go though a wholesaler, the relationship between RxLink WAC and the product average selling price ("ASP") is very important.

For example:
> If Neut has a list price of $8.00, 100% of Neut is sold though wholesalers, annual units are 3 million, and RxLink WAC is $7.00; Abbott will allow cash discounts of $420,000.

> If RxLink WAC is moved to $3.00, Abbott will allow cash discounts of $180,000. A cash discount savings of $240,000.

As you can see, cash terms is an important factor in determining the most appropriate RxLink WAC price.  Another factor is the amount of product sold at different prices.  The AZZ report details units and dollars by price point.  It is kept by the Financial Analysts and generated by HPD Business Support Group, Dianne Maxwell.

From time-to-time, Harry Adams, Contract Marketing, and Tom Hurwich, HBS Controller, will work with the Business Support to analyze data and determine the most appropriate RxLink WAC. When this is performed, the analysis needs to include consideration for the direction the item's price is going.   Consider that proprietary and exclusive product contract prices are increasing.  The RxLink WAC should not be set too low or it will become a constraint for about 20 products.   Twenty products may not seem important by comparison to the 900 or so FirstChoice® Injectables in total.   However, the price increases on these 20 products can represent a significant amount of the total margin growth for an entire year.

Some product prices are flat.  Other product prices are declining.  RxLink WAC should be quite low for product prices that are declining.

TXABT 676076
Highly Confidential

Analysts' Basic Operating Procedures Manual

The following table details an index to determine pricing guidelines for different types of products.

| | Contract Prices Increasing (Proprietary/ Exclusive) | Contract Prices Flat | Contract Prices Declining (New Generic) |
|---|---|---|---|
| List | 100 | NA | NA |
| RxLink WAC | 100 | 114 | 106 |
| RxLink Customer | 98 | 112 | 104 |
| Parameters High | 95 | 110 | 102 |
| Parameters Low | 95 | 102 | 100 |
| Group High | 95 | 100 | 100 |
| Contract | 95 | NA | NA |

The reader should know that at this time the table above is not put into effect and may need modification.

TXABT 676077
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 10/31/96
By: Jon Best

## S&E CONTRACTS

The S&E team has developed templates for many of the standard S&E agreements. These templates are listed in the p:\ drive under 4_s&e\1_Shared\templates\indcntrc  or \grpcntrc. These templates were created in October 1996, and have back up files under the same path. Additionally, the glossaries have been consolidated and listed under the \1_shared\glossary path. This information will help when inserting specific terms, conditions, or programs.

The HUB system provides an alternative to generating a contract template. Unfortunately, the template is not an approved format and sometimes has transmission problems converting to a word document.

The optimum process for developing a complete contract proposal is as follows.

1. Construct an outline identifying the price line and all programs currently offered.
2. Compare the outline with the new proposal and all pertinent programs.
3. Evaluate the S&E pricing including all programs using the group index or P&L.
4. Finalize the pricing and load it into the HUB system.
5. Be sure to identify and price accordingly any specialty solutions or target items within.
6. Generate a contract template from the 1shared file and include all programs.
7. General terms and conditions should already be in the body of the contract.
8. Specific terms and programs should be customized and inserted.
9. Save the pricing and Contract text under either 1group, 2individual, or 3 system.

TXABT 676078
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 3/31/97
By: Jennifer Eklof

## S&E REBATES

The Contract Marketing coordinators are responsible for determining rebate payments. Guidance is often requested from a S&E analyst for interpretation of a contract. The coordinators must understand the terminology the analysts use to determine the correct payment. Confusion may arise when the analysts develop contracts to incent customers to purchase greater volumes or larger product categories to reach maximum discounts or rebates. This often occurs when the terms Hospital Business Sector versus Hospital Products Division is used in a contract. The term Hospital Business Sector will include all product lines of HPD except ACCS. The term Hospital Products Division includes all of HBS products including Critical Care Product sales. Usually, S&E contracts use the HBS terminology. We want to primarily incent the hospital to use HBS product lines however in corporate contracts the HPD terminology is appropriate.

TXABT 676079
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 1/19/96
By: Maureen Power

# SALES FORCE COMMUNICATIONS

In 1996, improving field mail management will continue to be a Sales Support Services goal.  The first step toward this goal is to remind the Hospital Business Sector Marketing Managers, Contract Marketing, National Account Managers, and Field Sales of the organizational system already in place; to help with streamlining and managing HPD weekly field mail.  With the numerous changes that have occurred in personnel at Abbott Park and in the field, this reminder will ensure that the organizational system put in place in 1994 continues to be used by Abbott Park personnel and Field Sales organization.

In 1994, Kari Peterson, was the Hospital Business Sector Communication Specialist.  In this role, she focused on ways to improve the communication processes with Field Sales.  One area of focus was field mail management.   Field Representatives indicated that Hospital Business Sector ("HBS") field communications needed to be organized in a way that gave the field the ability to manage and retrieve vital Abbott communication on a timely basis.   Field suggestions were collected over several months and reviewed with HBS Marketing, Contract Marketing, National Account Managers, and Sales Support.   The result was a  mail organization system that gave the field representatives a way to organize their Abbott communications and reduce the number of VoiceCom messages from Sales Representatives requesting information already mailed to the field. Lastly, the field reported improved utilization of the information they received in the mail.

When sending field communications, the following guidelines should be followed:

1.  Separate mailings from HBS Abbott Park personnel should only be utilized in emergencies, i.e. recalls.
Rationale: The representatives indicated that they were receiving so many mailings under separate cover that they received no more attention then their weekly bulk mail.

2.  Sales Representative recognition letters and journal product advertisements sent by marketing managers can best be communicated in the HPD Headliner or placed in the weekly bulk mail.
Rationale: The representatives would rather see their names in the HPD Headliner than in a letter and would prefer a listing of journal advertisements.  Product advertisements were generally discarded.

3.  Dot point the key issues of each mailing.
Rationale: Excess verbiage within a memo makes it difficult for the representative to hone in on key concepts.

4.  Provide a consistent format for all HBS mail that includes the date, subject, product group, author, three hole punch, and memo annotation.

TXABT 676080
Highly Confidential

Analysts' Basic Operating Procedures Manual

Rationale: This format will allow the field to quickly identify the mailing and assist them in filing.

5.  Date every piece of communication.
Rationale: Assists in filing by date.

6.  Critical customer information should be on a separate sheet of paper.
Rationale: The representative can copy that sheet and leave it with the customer.

7.  Federal Express should only be utilized in emergencies.  VoiceCom may be an effective way to
    communicate critical information.
Rationale: The representatives are receiving so much mail via federal express that they no longer
    give it special attention.

**The desired HBS field mail format is outlined below:**

- Date in the upper right corner
- A tab indicator  identifying the product group in the lower right corner
- A summary box containing a brief synopsis of the mailings
- If there is a date that the mailings can be discarded, it should be noted in the summary box
- Departments will continue to use their own distinctive letterhead
- All communications to be three hole punched.


Below are the tab indicators approved in 1994 by HBS Marketing, Contract Marketing, National
Account Managers, and Sales Support.

| Marketing/Product Manager | Tab Indicator |
|---|---|
| Jim Tillery | Nutritional Products |
| | I.V. Solutions |
| Tim Oswald | Lifeshield Gravity |
| | General Gravity |
| Sheldon Wecker | Irrigation |
| | Environment |
| | ADD-Vantage |
| Kari Peterson | FirstChoice® Premixes |
| Tony Cacich | First Choice® Oncology |
| Tom Moore | FirstChoice® Injectables |
| Pat Keely | |

TXABT 676081
Highly Confidential

Analysts' Basic Operating Procedures Manual

| | |
|---|---|
| Pam Navarre | |
| Linda Fletcher | EDDS |
| | |
| Sharon Jackson | Omni-Flow |
| | |
| | Suction & Trays |
| Dennis Burke | FirstChoice® Anesthesia Pharmaceuticals |
| | |
| Matt Hanley | Inhalation Agents |
| | |
| | Pain Management Tech |
| | ANNE |
| | |
| | Oralet |
| | |
| Mike Sellers | Contract Marketing |
| | |
| Gary Glinski | National Accounts |
| Pam Dorgan | National Accounts |
| Chuck Marccacio | National Accounts |
| Kevin Orfan | National Accounts |
| Brett Novak | National Accounts |

(Include account name in tab.  Example: National Accounts - VHA)

| | |
|---|---|
| Phil Stone | Sales Services |
| Brian Mudrick | |

Communications from other sources   Miscellaneous

TXABT 676082
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 8/27/97
By: Rusty Dinsmore

## SALES HISTORY REQUESTS

How to request a Sales History on a particular account or group.

1.  Use the "HPD Sales History Request Form".

2.  Complete the necessary information.

    a)  <u>Selection Criteria.</u> - You must include a Customer Number, AHA Number, or Group Number.  If you are looking to request sales on a particular Profile Number, note the Profile Number.

    b)  <u>Type/Style Report.</u> - Check the style of report that you would like.

    c)  If you want to run history on a specific type or group of products note that to the right of <u>Type/Style Report</u>.  If you are going to run history on a group of products you will need to list the product aggregation.

    d)  List the Time Span up to 18 months of history.

    e)  List the Source, Direct Abbott Invoice only or Abbott and Wholesaler.

    f)  Note if you want the history in Excel, paper or both.

    g)  Put your name under the "Requester".

3.  Place the Sales History Request in Kathy Hoyle's History Request Box.

TXABT 676083
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 3/2000
By: Paul McPherson

# SIGNIFICANT EVENTS MONTHLY REPORT

Organizations prosper or decline based on many factors. One of the most important is the quality of communication. Good communication is pertinent, succinct, easily understood, and timely. Contract Marketing communicates with the Hospital Products Division management monthly in the format defined below to provide information in a manner that is consistent with good communication.

Each month by the fifteenth of the month, Contract Marketing Analysts record significant events for the preceding 30 days. These are reviewed by the appropriate Manager and sent to the Director of Contract Marketing, Mike Sellers.

FirstChoice® Injectables.
On the FirstChoice® Injectables Team, Analysts record significant events in two files, one Excel file and one Word file, as those events occur. Thus the files stay current, the Analysts don't forget events, and the Manager Major Accounts has ready-to-use information when necessary. The Manager Major Accounts must prepare the report on the fifteenth of each month so the FirstChoice® Injectables Analysts should finalize their report prior to the fifteenth.

Significant events recorded in the Excel file include business wins and losses. They normally have an incremental impact of more than $100,000. Basically, inclusion of an item in the significant events is at the discretion of the analyst. The analyst should remember these are items going to Guy Wiebking and Rick Gonzales and decide if an event should be brought to their attention.

Significant events recorded in the Word file include subjective yet important issues like the arrival of new analysts, communications with groups, and responses to pervasive issues.

Once the significant events are recorded, the Major Accounts Manager will review, edit, add to them, and forward them on to Director of Contract Marketing.

The file path is P:\1injectb\sig_evnt. The file name is a numerical name that represents the year and month. Thus P:\1injectb\sig_evnt\9603.doc is the report for March 1996.

S&E Team
On the S&E Team, Analysts record significant events in the Word file identified by the month and year, as those events occur. This file is copied each month and labeled with the appropriate month and year. This allows the files to stay current and the preceding month to be preserved. Additionally, the Analysts don't forget events previously recorded, and the Manager Major Accounts has ready-to-use information when necessary. The Manager Major Accounts must

TXABT 676084
Highly Confidential

Analysts' Basic Operating Procedures Manual

prepare (copy and label) the report on the fifteenth of each month to allow the S&E Analysts the opportunity to record all information by the start of the last week of each month.

Significant events recorded in the current Word file include business wins and losses.  They normally have an impact of $100,000.  Basically, inclusion of an item in the significant events is at the discretion of the analyst.  The analyst should remember these are items going to Mike Sellers, and potentially Guy Wiebking, and Rick Gonzalez so it should be considered if the event is significant enough to be brought to the attention of these levels of management.

Significant events recorded in the Word file include subjective and quantitative issues like the arrival of new analysts, communication with groups, business gained and length of contract.

TXABT 676085
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 7/15/98
By: Joseph Brundza

# SPECIALTY SOLUTION PRODUCTS

## Solution and Equipment Contracts

Many existing Solution and Equipment contracts include Specialty Solutions. HBS's ongoing strategy is to move these products from S&E contracts to the FirstChoice® Injectable Agreements. Analysts with S&E responsibility should actively seek opportunities to support this strategy. These opportunities will usually come in 3 ways:

1. **New Contracts**  Any new S&E contract **should exclude the Specialty Solutions**. If the analyst is using an existing Exhibit A as a template for the new price list, the analyst must:
   - Review the price list and remove the Specialty Solutions
   - At the same time, the analyst and account manager should determine if the account needs the Specialty Solutions.
   - If yes, the analyst will check CAS to determine if the customer has access to Specialty Solutions via other current contracts, such as GPO agreements.
   - If no other contracts offer Specialty Solutions, the analyst will notify the account manager and the appropriate Injectable Analyst of the need for a new Injectable contract or addendum.

2. **Contract Extensions**  As with **New Contracts**, extensions should exclude the Specialty Solutions. After removing the Specialty Solutions, the remaining procedure outlined for **New Contracts** should be followed.

3. **Anniversary Increases**  Removing Specialty Solutions from S&E contracts during the term is usually not an option. However, S&E analysts have an opportunity to accomplish the same result by fingerprinting Specialty Solutions prices up to the current Target level during the anniversary review. Analysts should take the prices to Target as soon as possible (refer to the current FCIResource File) and disregard the earlier approach of taking 9.9% increases until Target levels were reached. Price increases for the remaining S&E products on the contract should be calculated and applied excluding the Specialty Solutions.

   To assist the analysts, a S&E Anniversary / Specialty Glass Increase Worksheet (SPGLSS) exists to help quickly look up the latest Target prices and summarize the resulting increases to simplify the required communication to the coordinators.

TXABT 676086
Highly Confidential

Analysts' Basic Operating Procedures Manual

## Specialty Solutions

| List Number | Abbott Long Description |
|---|---|
| 01500-05-05 | Alcohol 5% in Dextrose 5% Inj 1000ml |
| 01505-03-03 | Dextran-75 6% Kit/0.9% Sod Chl Inj 500 mL |
| 1507-03-03 | Dextran-70 6% in 5% Dextrose Inj 500 mL |
| 1507-03-04 | 01508-05-05 |
| 1507-03-05 | Dextrose 2.5% Inj USP 1000mL |
| 01521-05-05 | Dext 2.5% in 1/2 Strnth Lact Rngrs 1000ml |
| 01522-01-01 | Dextrose 5% Inj USP 150 mL |
| 01522-02-02 | Dextrose 5% Inj USP 250mL |
| 01522-03-03 | Dextrose 5% Inj USP 500 mL |
| 01534-05-05 | Dextrose 10% Inj / 0.9% Sod Chl Inj 1000ml |
| 01570-05-05 | Normosol-R Ph 7.4 1000 mL |
| 01583-01-01 | Sodium Chloride 0.9% Inj USP 150 mL |
| 01583-02-02 | Sodium Chloride 0.9% Inj USP 250 mL |
| 01584-01-01 | Sod Chl 0.9% Inj USP 150 mL (50 mL Fill) |
| 01584-11-11 | Sod Chl 0.9% Inj USP 150 mL (100 mL Fill) |
| 01586-03-03 | Sodium Chloride 5% Inj 500ml |
| 01590-02-02 | Water for Injection USP 250 mL - Sterile |
| 01590-05-05 | Water for Injection USP 1000 mL - Sterile |
| 01592-02-17 | Ureaphil 40 Grams 150 mL (Powder) |
| 01593-04-04 | Tham Solution 500 mL (Tromethamine) |
| 01594-03-03 | Sodium Bicarbonate 5% Inj USP 500 mL |
| 04399-05-05 | Normosol-M 1000 mL |
| 04862-02-02 | Dextr 10% Inj / 0.225% Sod Chl Inj 250 mL |
| 04862-03-03 | Dextr 10% Inj / 0.225% Sod Chl Inj 500 mL |
| 07418-03-54 | LMD 10% w/5% Dextrose Injection 500 ml |
| 07419-03-54 | LMD 10% w/0.9% Sod Chl Injection 500mL |
| 07969-05-05 | Plegisol 1000 mL |
| 08085-01-17 | Dextran HM 32% 100 mL (Teartop Vial) |
| | |
| 06729-23-26 | Mag in H20 for Inj 4G/100mL |
| 06730-13-14 | Mag in H20 for Inj 4G /50mL |
| 6727-23-26 | Mag in D5W 1G/100mL |

> All Specialty Glass products should be taken to Target price immediately (See current FCIResource File).
>
> • Bids: 95% of List Price for all specialty solutions

TXABT 676087
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 4/29/96
By: Bob Bryan

## STANDARD FOR DETERMINING PRICE

How do we determine price?  Many ways.  More often than not there we don't have all the information we want before we must make a price.  The following is a memo to the Anesthesia Marketing Team that serves as an example of the information that can be obtained and a presentation format.  Contract Marketing Analysts should use this as a standard when providing information to the marketing teams.

Since Abbott is re-introducing halothane, Contract Marketing has pulled together some information to help determine the pricing strategy we should pursue.  The following information is presented for your consideration.

The attached 6halo2.xls file shows the following:

| | |
|---|---|
| Factory Cost | $22.63 |
| RxLink Customer Price | $45.00 |
| Group Low | $15.00 |
| Group High | $23.39 |

The attached 6haloth1.xls files shows the contracts in the system with their current prices.  You will see that there are about 15 active contracts with prices ranging from $14.90 to $71.58.

Competitive information shows AmHS has Halocarb Halothane on contract for $14.79 and VHA has Wyeth/Ayerst Fluothane on contract for $14.90.

In 1993, halothane was used in 994,160 surgeries, 6.9% of the total.  In 1994 the number of surgeries in which halothane was used dropped 140,000 to 858,764, 5.8% of the total.  At this point, we do not have more recent data.  However, since halothane was not available for much of 1995 and Abbott has introduced Ultane, it should be safe to say, halothane will not be used in more than 5% of the surgeries and could even be used in fewer than 2% of the surgeries.

Considering our desire to sell Ultane, the factory cost of halothane ($22.63), and the very small portion of the market using halothane; we think a price of $33.77 (margin of 50%) should be our target.

With this price, we can profitably provide halothane to customers that demand Halothane.  Please let me know if you wish to discuss this issue.

TXABT 676088
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 3/23/95
By: Bob Bryan

# TEMPORARILY UNAVAILABLE PRODUCT REIMBURSEMENT

Products unavailable due to backorders but which remain in production are "temporarily unavailable" products. If product needs cannot be met because such products are temporarily unavailable, an alternative Abbott product should be considered to replace the temporarily unavailable item.

If Abbott cannot supply a temporarily unavailable item or an acceptable alternative, and the customer's contract contains an "ability to supply" clause, Abbott will pay the difference between the agreed price and the actual purchase price of another manufacturer's product if the following conditions are met.

1. An order must have been placed with Abbott. It is not sufficient for an order to have been backordered by a wholesaler.
2. The customer must have received a backorder invoice from Abbott.
3. The alternative vendor invoice date must not precede the Abbott backorder invoice date.
4. The total reimbursement request must be greater than $50.00. Multiple backorder reimbursement requests may be combined to exceed $50.00.

Since Abbott cannot control wholesaler inventory levels, temporarily unavailable product reimbursement provisions are limited to direct sales only and do not apply when the product is purchased through a wholesaler.

Abbott will not pay the difference between the agreed price of an item and an alternative vendor's price if Abbott no longer distributes the product size, the product strength, or the product in total.

The request for credit must be accompanied by the Abbott backorder invoice and the alternative product invoice. To expedite the process the request should be sent to the following address and the TEMPORARILY UNAVAILABLE ABBOTT PRODUCT CHECKLIST and the FAILURE TO SUPPLY REIMBURSEMENT REQUEST form should be completed.

Analytical Assistant
HPD Contract Marketing D361, AP30, 2 Center
Two Hundred Abbott Park Road
Abbott Park, IL 60064-6149

TXABT 676089
Highly Confidential

Analysts' Basic Operating Procedures Manual

## TEMPORARILY UNAVAILABLE ABBOTT PRODUCT CHECKLIST

_____ placed an order for
(Hospital name and DEA Number)

_____ on _____ through my
(Abbott product description and list number)      (Initial order date)
wholesaler.  On this date this product was on backorder through the wholesaler.

First Alternative:
    I attempted to purchase an acceptable alternative Abbott product from my wholesaler.

Second Alternative:
    An acceptable alternative product was not available, so I ordered direct from Abbott by calling 800-Abbott 3 (800-222-6883) (backorder invoice attached).

Third Alternative:
    Neither my original product nor an acceptable alternative product were available directly from Abbott.  Therefore, the product was obtained from another source.  (invoice attached).

## FAILURE TO SUPPLY REIMBURSEMENT REQUEST

Date Submitted: _____   Abbott Customer Number: _____
Wholesaler Name: _____   Group Affiliation: _____

| **Contract Item** | **Alternate Item** |
|---|---|
| Item: _____ | Item: _____ |
| NDC #: _____ | NDC #: _____ |
| Invoice Number: _____ | Invoice Number: _____ |
| Invoice Date: _____ | Invoice Date: _____ |

1. Price/Unit: $_____ Pkg Size _____

2. Price/Unit $_____ Pkg Size: _____
3. Quantity received (in units): _____

| | | |
|---|---|---|
| Line 2: (alternate item price) | $ _____ | minus |
| Line 1: (contract item price) | $ _____ | equals |
| (price difference per unit) | $ _____ | times |
| Line 3: (number of alternate units) | $_____ | equals |
| (reimbursement request) | $ _____ | |

Attach Abbott backorder invoice and alternate product invoice and send this form to
    Analytical Assistant
    HPD Contract Marketing D361, AP30, 2 Center
    Two Hundred Abbott Park Road
    Abbott Park, IL 60064-6149

TXABT 676090
Highly Confidential

Analysts' Basic Operating Procedures Manual

## TEMPORARY UNAVAILABLES

<u>Procedure for Reimbursement</u>

Abbott shall use its best efforts to supply all requirements of Participating Hospitals.  In the event Abbott is unable to supply a product currently manufactured by Abbott, submitted information will be reviewed for credit to the Participating Hospital.

I.  PROCEDURE TO BE FOLLOWED BY HOSPITAL WHEN AN ABBOTT PRODUCT IS NOT AVAILABLE FROM ITS WHOLESALER:

    A.  Participating Hospital will use its best effort to use an acceptable Abbott alternative from its wholesaler.

    B.  If such alternative product is unavailable from the wholesaler, Participating Hospital will order it directly from Abbott.

    C.  If such alternative product is unavailable directly from Abbott, Participating Hospital may order product from an alternate source.

II.  REMITTANCE ITEMS NEEDED FOR REVIEW OF CREDIT:

    A.  Actual Documentation Showing Product was Ordered, but out of Stock.

    B.  Copy of Invoice of the Substitute Product.

    C.  If the Above Items are not Submitted with Request for Credit, the Information will be Returned to the Participating Hospital or Abbott Rep. (File: tuinfor.doc)  Include a Temp Unavail Form found in tureqfrm.doc.  Record that paperwork was returned in Excel. (File: tempunav.xls)

III.  DETERMINATION OF CREDIT DUE

    A.  Check Item that was Unavailable.
        See Adria message at end of procedures.
    1.  <u>Dual awarded product:</u> When Abbott is not the sole source supplier, Abbott shall use reasonable efforts to fill orders but shall not be liable for its inability to supply due to product shortages.
    2.  <u>Discontinued product:</u> Discontinued items will be replaced with a mutually acceptable Abbott product; therefore, no credit will be issued.
    3.  If the unavailable item is a dual award or discontinued product, send letter to Participating Hospital or Abbott Rep explaining credit denial.  (File: tudal.doc and tudiscon.doc) Include a Temp Unavail Form found in Excel. (File: tureqfrm.doc)  Record denial in Excel File: tempunav.xls.

TXABT 676091
Highly Confidential

Analysts' Basic Operating Procedures Manual

B. Check "Weekly HPD Customer Service by List/SC" (TAAR07) Report.
1. Review month end information for the month the unavailable product was ordered. It may be necessary to also review the previous month's report if the product order was placed at the beginning of a month.
2. Check the column "% Shipped".
- Less than 80%: Continue reviewing submitted information.
- Greater than 80%: Deny request. (File: tuship.doc) Include a Temp Unavail form found in tureqfrm.doc. Record denial in Excel. (File: tempunav.xls)

C. Determine Customer Number
1. OPS-32 with k/5 of name-3 of city-2 of state
2. OPS-32 with d/DEA number

D. Check Contract Price of the Unavailable Item at the time the Product was Ordered.
    1. OPS-37    Customer Number
        NDC No.
        Invoice Date

E. Credit Due
1. Amount Charged by Participating Hospital less Contract Price multiplied by the Quantity received. (Use unit prices)
2. Complete the request for credit form. (Appendix A)
3. Obtain manager's approval.

F. Record Credit Issued in Excel File.

G. Copy the Request for Credit Form.
1. Send original to credit dept.
2. Keep copy with paperwork.

H. Shuttle the Credit Requests to Bobbie Longmire (D345, Bldg. J23).

I. Credits Returned.
1. The credit dept. will return two pink credit requests: a blank one and one stamped "Representatives Copy."
2. Send the blank copy to the account.
3. Keep the "Reps Copy" with our files.

J. Send Credit to Account.
1. Send letter: tucredit.doc.
2. Include pink credit and a copy of the submitted paperwork.

K. File Paperwork.
1. Include: pink credit, letter, back up, Abbott's Temp Unavail form (tureqfrm.doc)
2. File in fileroom in red history folders.

TXABT 676092
Highly Confidential

Analysts' Basic Operating Procedures Manual

**ADRIA PRODUCTS**
Key Code: E6
Ledger Number: HPdH 312311
Give a copy of the credit adjustment form to Nancy Jansen in Accounting.

ALL OTHER PRODUCTS
Key Code IB
Ledger Number: HPdH 505105

TXABT 676093
Highly Confidential

Analysts' Basic Operating Procedures Manual

CUSTOMER NO.: _____

### TEMPORARY UNAVAILABLE
### Internal Worksheet

NDC NUMBER: _____ - _____          INVOICE DATE: _____

_____   Documentation included showing product was ordered, but out of stock.

_____   Copy of invoice of the substituted product.

_____   **Returned for additional credit.**

_____   Is item a dual awarded product?

_____   **Returned - No credit due, dual awarded item.**

_____   Is item a product that was discontinued?

_____   **Returned - No credit due, item was discontinued.**

_____   = percent shipped for month in which the product was ordered.

_____   **Returned - Percent shopped is greater than 80%.**

_____   Determine customer number.

_____   Eaches price of product at time order was placed: $ _____.

_____   Credit Due: Price Paid $_____ (units) - Contract Price $_____ (units)
                x Quantity _____ (units) = **Amount Due: $_____.**

_____   Complete Request for Credit form.

_____   Obtain Manager's approval.

_____   Record in Excel File.

_____   Copy Request for Credit form.

_____   Send original to Credit Department.

_____   Send credit to account once it has been returned.

TXABT 676094
**Highly Confidential**

Analysts' Basic Operating Procedures Manual



__Hospital Products Division__

Abbott Laboratories Inc.
200 Abbott Park Road
Abbott Park, Illinois  60064-6149

May 30, 1995

St. Patrick's Hospital
1234 Main Street
Anywhere, USA  00000

Dear Director of Pharmacy Financial Affairs,

This letter is in response to your request for reimbursement for product that was temporarily
unavailable.

At this time we are unable to process your claim because we require additional information.
Please send the actual documentation that shows that the Abbott product was ordered and out of
stock, along with a copy of the invoice of the substitute product.  We regret the delay in
processing your claim and we will do everything we can to expedite your request as soon as
possible.  You may wish to use the enclosed checklist to assist you in resubmitting your request
to:

Abbott Laboratories Inc.
Hospital Products Division
**Department 361, Building AP30**
Abbott Park, Illinois  60064-6149

If you have any questions, please contact me at (708) 930-0000.  Thank you for your support of
Abbott Laboratories Inc.

Best Regards,

TXABT 676095
Highly Confidential

Analysts' Basic Operating Procedures Manual



Hospital Products Division

Abbott Laboratories Inc.
200 Abbott Park Road
Abbott Park, Illinois  60064-6149

May 30, 1995

St. Patrick's Hospital
1234 Main Street
Anywhere, USA  00000

Dear Valued Customer,

We have received you request for reimbursement under the "Inability to Supply" clause of the HSCA award.  The "Inability to Supply" clause is included in contracts by Abbott where a sole-award is made to assure our customers of our commitment to maintain their supply channel at no cost premium.  In the case of the HSCA award, this particular product was awarded to two (2) separate vendors.  This dual award negates the need for a "Supply" clause since the purchasing group was insuring supply with the secondary vendor.  As a result, we are unable to process your request for reimbursement for this particularly product.

Thank you for your continued use of Abbott products.  Enclosed is a checklist to aid you in preparing future credit requests.

Sincerely,

TXABT 676896
Highly Confidential

Analysts' Basic Operating Procedures Manual



Hospital Products Division
_____

Abbott Laboratories Inc.
200 Abbott Park Road
Abbott Park, Illinois  60064-6149


May 30, 1995


St. Patrick's Hospital
1234 Main Street
Anywhere, USA  00000

Dear John M. Smith:

This letter is in response to your request for reimbursement for product under the "Inability to Supply" clause of the VHA award.  The product for which you are seeking credit was discontinued, therefore we are unable to issue a credit.

Thank you for your continued support of Abbott Laboratories Inc.  Please call me if you have any questions (708) 930-0000.  Enclosed is a check list to aid you in preparing future credit requests.

Sincerely,

**TXABT 676097**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual



Hospital Products Division

Abbott Laboratories Inc.
200 Abbott Park Road
Abbott Park, Illinois  60064-6149

May 30, 1995

St. Patrick's Hospital
1234 Main Street
Anywhere, USA  00000

Dear John M. Smith:

This letter is in response to your attached request.  This request for credit has been reviewed in detail.

Our records indicate that at the time you placed your order, Abbott Laboratories Inc. was operating at a high level of customer service for the product identified.  While your wholesaler was out of stock at the time of your order, product was available from multiple alternate locations as well as on a direct basis from Abbott.

We appreciate your continued support of Abbott Laboratories Inc.  Enclosed is a check list to aid you in preparing future credit requests.  If you have any questions, please give me a call at (708) 930-0000.

Sincerely,

**TXABT 676098**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual



Hospital Products Division

Abbott Laboratories Inc.
200 Abbott Park Road
Abbott Park, Illinois  60064-6149

May 30, 1995

St. Patrick's Hospital
1234 Main Street
Anywhere, USA  00000

Dear John M. Smith:

We have recently processed you request for product that was temporarily unavailable at the time you placed an order.  Enclosed is a credit for $000.00.  Our apologies for any inconvenience this supply situation may have caused your organization.

As an aside, I have enclosed a check list that may assist you in processing temporary unavailability's that may occur in the future.

If you have any questions regarding this credit, please contact me at (708) 930-0000.  We value our relationship with your hospital and look forward to serving you in the future.

Sincerely,

TXABT 676099
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 1/7/97
By: Brett Novak

## TERMS CODES

Payment terms are an essential component to all Abbott/Customer agreements. Payment terms provide additional discounts to customers that pay invoices promptly and within a prespecified time period. Abbott's standard prompt payment terms are 1% 15 net 30 days. Translated this means that a customer can submit invoice payments less 1% if the payment will be received by Abbott within 15 days of the date the invoice was generated. If the customer can not meet the 15 day time period then 100% of the invoice amount is due within 30 days of the date the invoice was generated.

Contract Marketing Analysts have the discretion to adjust a customer's payment terms, under special circumstances, based on information received from the sales representative, ISE, NAM, or district manager. Terms of 1% 15 net 30 days or any modification to the discount percent **should be used in all profitability calculations**. Proposals to offer non-standard payment terms must be reviewed with Contract Marketing Management.

The following chart details the divisional terms codes that are available and their description:

### CAS Term Codes

| | |
|---|---|
| 01 | NET 100 DAYS |
| 02 | CASH ON DELIVER |
| 03 | 2% 30 DAYS, NET 31 FROM DOI |
| 04 | 1% 15 DAYS, NET 30 FROM DOI |
| 05 | NET 30 DAYS |
| 06 | 8% 30 DAYS, NET 31 FROM DOI |
| 07 | 1% 10TH PROX, NET 11TH |
| 08 | 2.5% 15, NET 30 DAYS |
| 09 | 2% 45 DAYS, NET 46 |
| 10 | 5% 30 DAYS, NET 31 |
| 11 | 2% 210 DAYS, NET 211 FROM DOI |
| 12 | 5% 60 DAYS, NET 61 FROM DOI |
| 13 | NET 40 DAYS |
| 14 | 4% 60 DAYS, NET 61 DAYS |
| 15 | 1% 15 DAYS, NET 90 FROM DOI |
| 16 | 2% 10 NET 30 DAYS FROM DOI |
| 17 | 1% 15 DAYS, NET 45 DAYS |
| 18 | 8% 30 DAYS, NET 60 FROM DOI |
| 19 | 2% 120 DAYS, NET 121 FROM DOI |
| 20 | A ACCOUNT |
| 21 | EXPENSE ACCOUNT |
| 22 | SPECIAL ACCOUNT |
| 23 | EXCHANGE ACCOUNT |
| 24 | ROSS POF |
| 25 | 2% 60 DAYS, NET 61 FROM DOI |
| 26 | 2% 90 DAYS, NET 91 FROM DOI |

TXABT 676100
Highly Confidential

Analysts' Basic Operating Procedures Manual

| 27 | NET 60 DAYS |
| 28 | NET 90 DAYS |
| 29 | NET 120 DAYS |
| 30 | NET 150 DAYS |
| 31 | NET 45 DAYS |
| 32 | 1% 20 DAYS, NET 30 DAYS |
| 33 | 1% 30 DAYS, NET 31 DAYS |
| 34 | 1% 45 DAYS, NET 46 DAYS |
| 35 | 3% 30 DAYS, NET 31 DAYS |
| 36 | 3% 90 DAYS, NET 91 DAYS |
| 37 | 2% 360, NET 361 FROM DOI |
| 38 | 6% 90 DAYS, NET 91 DAYS |
| 39 | 2% 540, NET 541 FROM DOI |
| 40 | NET 30 DAYS FAST PAY |
| 41 | NET 180 DAYS |
| 42 | 3% 90 DAYS, NET 120 |
| 43 | NET 75 DAYS |
| 44 | NET 55 DAYS |
| 45 | 2% 30 DAYS, NET 31 DAYS |
| 46 | 2% 150 DAYS, NET 151 FROM DOI |
| 47 | 2% 720, NET 721 FROM DOI |

TXABT 676101
Highly Confidential

Date: 4/25/96
By: Bob Bryan

# TOTAL QUALITY PAIN MANAGEMENT

Total Quality Pain Management ("TQPM") software program which can be used in a hospital to compile and report survey results.  The survey, software, and even the hardware are provided by Abbott.  The data are collected in the hospital, probably by a volunteer, and put into the computer.  Abbott periodically collects the data and adds it to a national database.  Benchmarks are reported to the hospital based on national or regional activity.

TQPM can be used as an added-value program to leverage business.  TQPM is supported by two full-time people in Abbott Park.  Their costs combined with the cost of the computer creates a cost of about $20,000 per installation.  So, it is important to leverage enough additional business to cover the cost and obtain a reasonable margin.

As of 4/20/96 there are 36 signed contracts, covering 325 APM's and 940  PCA's, for a total of 1,265 devices, plus PLUM, isoflurane and Ultane riders on some.  This has been accomplished with virtually no promotion, other than displaying the program at pain management meetings, the Analgesia journal and word of mouth from account to account.

TXABT 676102
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 8/25/95
By: Kristy Leistner

# <u>TRADEMARKS</u>

Trademarks are important to differentiate Abbott products from the competition!  To protect Abbott trademarks they must be used accurately and consistently.  There should be no display of a trademark in the plural form, no possessives, or removal or addition of hyphens.  Trademarks are to be spelled with initial capitals, all capital letters, or in a distinctive manner.

If you have questions regarding the Abbott U. S. trademarks below please contact the Patent and Trademark Department.

| | | |
|---|---|---|
| | Cefazolin | Morphine Sulfate CII |
| A-Hydrocort | Cefizox® | Nafcil® |
| A-methaPred® | Cefotan® | Nallpen® |
| Abbo-vac® | Cimetidine | Nebcin® |
| Abbocath® | Claforan® | Nitropress® |
| Abboject® | Clear Cath® | Omnipen-N® |
| Abbott Homecare® | Cleocin® | Pentothal® CII |
| Abbott Pain Management | Clindamycin | Pipracil® |
| Provider® | Cly-Q-Set® | Plegisol® |
| ABBY® | Colorgard | Polycillin-N® |
| Accu-measure® | Comfort Clip | Primaxin® |
| Acudynamic® | Corporate Alliance® | Prostaphlin® |
| ADD-Vance® | Dataport | Rocephin® |
| ADD-Vantage® | Dataway | Septra® |
| Alert | Dial-A-Flo® | Tagamet® |
| Amidate® | E-Z-Spike® | Tazicel® |
| Amikacin | Endrate® | Tazidime® |
| Aminosyn® | Epi-Caht® | Ticar® |
| Analgizer® | Erythrocin® | Timentin® |
| ANNE | Eze-Vac® | Tobramycn Sulfate |
| APM™ | FirstChoice® | Totalcillin-N® |
| Aqualite® | Fortaz® | Ultane® |
| Axid® | Gentamicin | Unasyn® |
| Bactocil® | Keflin® | Unipen® |
| Biocap® | Kefurox® | Vancocin® |
| Breeze | Kefzol® | Vancomycin |
| Butterfly® | Mandol® | VHA PLUS® |
| CAIR® | Mefoxin® | Zinacef® |
| Calcijex® | Methyldopate | |
| Cefadyl® | Mezlin® | |

TXABT 676103
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 7/23/98
Written By: Bob Bryan

# TRAINING

## *This Section needs to be updated so it is consistent with the Management Development Curriculum Training Program.*

Abbott offers training in a variety of ways.  Contract Marketing has the new analyst training manual and this manual – Basic Operating Procedures.   HPD offers the Management Development Curriculum for people in developmental positions.  To provide access on a broader basis HPD is moving forward with the addition of the HPD Training Web Site.  By stopping at the address:  http://aww-comsys.hpd.abbott.com/hr/  (or  -  you can get to the link by going to http://aww.hpd.abbott.com and click on the HR Training Web Page Banner) you can travel down the highway to growth and advancement in first class style.

We're providing you with the ticket to explore your potential and develop skills that marry with the needs of the customer and the company. . Create your own map based on your development plan.

We've advanced into the fast lane by making registration easier by doing it "on-line". Just "click" to register with ease.  No more waiting for confirmation, get it now!!  Need to cancel, don't worry about phone messages, let technology take you for a ride.  Explore HPD's six competency areas and discover the fastest way of getting to your destination.  It's all at your fingertips. We've brought the world of training to you.

The HPD Learning Center has listened to it's users and we are advancing into the new century. Take a look at our catalog on-line and decide where we can "conduct" progress for you. If you do not have access to the Abbott Home page, be sure to speak with your manager about getting set up or a computer you can use that will have access.

Call X55416 if you have questions or would like "travel" assistance.  Note:  If you do not have an e-mail address for registration, just type in your name.

As in most launches, there may be a few "bumps" in the road but the destination is worth it.

*Be sure to watch for future additions to our intranet page.*

*Sharen Fenzel, D969 - 55416*

TXABT 676104
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 1/30/98
Written By: Sharen Fenzel

# TUITION ASSISTANCE FOR GRADUATE DEGREES

Beginning January 1, 1998, I have assumed the responsibility of administering the HPD Tuition Assistance Program and the associated Graduate Degree Program. All inquiries about the program and its procedures should be directed to me at 935-5416. Below is information on the Graduate Program. Should you have questions, please feel free to contact me. I will do my best to assist and supply the information/guidelines you need. I look forward to working with you in the future

## Tuition Assistance Program - Graduate Degree Program

The Hospital Products Division has implemented the attached set of guidelines for the review and approval of applications for tuition assistance for graduate degree programs. In addition, a Task Force of senior HPD Managers has been established to review such applications.

The essential elements of the review process and approval criteria are as follows. The document below provides more detail on the factors to be considered in evaluating employees' applications and on the process to be followed for that review.

- Application timing - all applications for tuition assistance for new graduate degree programs must be submitted prior to June 1 for Fall enrollment.

- Performance - relative performance will be taken into account but, at a minimum, two consecutive years of commendable reviews will be required for consideration.

- Potential - HPD will adhere to the guideline included in the Corporate policy that states that the graduate program is expected to help prepare the employee to compete with other qualified candidates for P&L or Director-level responsibility.

- Endorsement/Support - each application must be accompanied by a strong letter of recommendation from the employee's management, endorsed by the appropriate member of the Division President's Staff, that includes an assessment of the employee's potential and copy of the employees current development plan.

The details of this program are being communicated to HPD Managers for your use as appropriate in career planning discussions with employees during the upcoming organization inventory and performance review process. We are not communicating broadly to all employees since the program only affects the small number of employees who have an interest in pursuing a graduate degree. We believe that it is best that a discussion involving an employee's interest in a graduate degree program should take place first between the manager and the employee, usually in the context of a career development discussion. Please feel free to review and discuss these guidelines with any employee who has an interest in a graduate degree program.

Please call me or your Human Resources Manager, if you have any questions regarding this program.

TXABT 676105
Highly Confidential

Analysts' Basic Operating Procedures Manual

# HPD TUITION ASSISTANCE PROGRAM
# GRADUATE DEGREE PROGRAM

A Task Force of senior level managers representing the major organizations within HPD has been established to review applications for graduate degree programs submitted by Lake County based and Field Sales employees.

Applications will be considered based upon the criteria and utilizing the review procedures detailed below:

Criteria:
- Prior performance will be one of the factors considered in reviewing applications for graduate degree programs. The employee's two most recent performance appraisals must be Commendable or better in order to be eligible for consideration.

- The applicant must be considered to have the potential for a director-level position in accordance with the following statement from the Corporate Policy: "In the case of application for an MBA or the equivalent, the program of study is expected to qualify the employee to be competitive with others deemed strong candidates for future P & L or director-level responsibility."

- HPD will approve up to 10 new applicants per year. If an employee drops-out of the program or if those approved enroll in lower cost programs or take fewer courses per semester than anticipated, HPD may consider approving additional applicants from those considered but not approved during the most recent review process.

- An application must be accompanied by a letter of recommendation from the employee's manager that assures correlation between the educational program applied for, the employee's potential for future P & L or director-level responsibility and Abbott's anticipated future requirements. That letter of recommendation must be endorsed by the appropriate member of the Division President's Staff indicating their support.

Procedures:
- All new applications for graduate degree programs will be considered once per year prior to the beginning of the academic year. All applications must be submitted to HPD Human Resources no later than June 1 of each year.

- HPD Human Resources will pre-screen each application to ensure completeness of the application and to ensure the applicant has had at least two consecutive performance reviews of Commendable or better.

- HPD Human Resources will compile a review package for each application that will consist of the following:
  Application for Degree Program
  The employee's two most recent performance reviews
  The employee's most recent Development Plan

TXABT 676106
Highly Confidential

Analysts' Basic Operating Procedures Manual

A letter of recommendation from the employee's manager endorsed by the appropriate member of the Division President's Staff.

- The review packages for all applicants not screened-out during the preliminary review by HPD Human Resources will be forwarded to all members of the Task Force for their review. The Task Force will meet no later than July 1 of each year to review the applications for graduate degree programs. Those who are unable to attend the meeting can submit their recommendations in written form or through another Task Force member.

- The outcome of the review of an employee's application will be communicated the applicants' managers not later than July 15 by HPD Human Resources.

- There is no limit to the number of times an employee may reapply for consideration of their graduate degree program.

- All other aspects of the Corporate Tuition Assistance Policy will apply.

**TXABT 676107**
**Highly Confidential**

Analysts' Basic Operating Procedures Manual

Date: 4/30/96
Written By: Bob Bryan

# VALUE ADDED PROGRAMS: CONTRACT LEVERAGE

Generally speaking value added programs are used as an incentive for customers to sign contracts.  Value added programs are quite varied currently they include:

Consulting services
PKS (pharmacokinetics)
Pyxis
TQPM

TXABT 676108
Highly Confidential

Analysts' Basic Operating Procedures Manual

Date: 1/2/97
Written By: David Olson

# WORKAREA APPEARANCE STANDARDS

Purpose

First appearances can be very important. As you know, we have many important guests that visit buildings AP30 and 34, including customers and potential business partners. Appearances send strong messages to them.

It is our intent that HPD Headquarters Buildings have an appearance that reflects the professionalism of the Division. The standards that follow are intentionally structured to create a pleasant environment. In doing this, we need to have a relatively rigid set of standards for common areas while leaving a greater amount of judgment as it relates to people's individual space.

Common Areas
- Areas should be kept free of clutter.
- Storage is to be in closed cabinets or rooms. With the exception of authorized cabinets, nothing is to be stored in aisles, hallways, or on window sills.
- Nothing is to be stored on top of cabinets. Items such as plants are acceptable.
- Top units are allowed only on file cabinets backing against a full height wall.
- Items are not to be taped to windows or walls or hung from ceilings.
- Coffee areas are not permitted in aisleways.
- All coffee areas must be kept neat and miscellaneous supplies such as bottles of water, extra supplies of coffee, and cups, should be stored inside the coffee cabinets. Precautions should be taken to protect the carpet from spills, such as the use of mats.
- Commemorating major holidays and occasions in a tasteful and safe manner is not discouraged.
- To maintain consistency, all signs designating areas or individuals are to be consistent with the Corporate Standards for the building.
- Because of floor loading constraints, relocation of cabinets must be cleared in advance through Corporate Engineering.

Individual Areas
- While individuals are encouraged to personalize their work areas with plants, and pictures, they are also expected to maintain a neat, tasteful, and business like atmosphere. Personalization is acceptable as long as it does not detract from the professionalism of the Division.
- As in the case of common areas, nothing is to be displayed above cubicle height except plants. Items should not be hung from ceilings.
- For security, sensitive information should be locked up at night.

TXABT 676109
Highly Confidential

Analysts' Basic Operating Procedures Manual

Conference Rooms
- Conference Rooms should be left in an orderly fashion, the way you would expect them to be if you were using a room next with important guests.

TXABT 676110
Highly Confidential

Analysts' Basic Operating Procedures Manual

# INDEX

Abbot data glossary *See* class codes
ABBOTT WORLD WIDE WEB SITE                9
ABSENCE NOTIFICATION                     10
Access to Books and Records*See* Contract Language
  Glossary
ADDING A BASIC OPERATING PROCEDURE
  TOPIC                                  12
Adjusted Occupied Beds            *See* Beds
Adjusted Patient Days                    22
AGGREGATIONS                             14
AHA INFORMATION                          15
ALLEGIANCE                               16
Amendments and Changes*See* Contract Language
  Glossary
ANESTHESIA PARTNERS AGREEMENTS           18
ANNIVERSARY PROCESS                      19
AOB                               *See* Beds
Arbitration         *See* Contract Language Glossary
Assignment          *See* Contract Language Glossary
BEDS                                     22
BID AWARD ANALYSIS AND SALES FORCE
  NOTIFICATION                           25
BID PROCESS                              26
Bill-to Customer Number*See* Customer Identification
  Numbers
BUSINESS OBJECTS                         30
BUSINESS UNIT STRUCTURE                  31
CAPITAL ESCROW                           35
CAR RENTAL                               36
CAUTION LEGEND                           37
Census beds                       *See* Beds
CLASS CODES                              38
COLOR PRINTER USE                        39
COMMUNICATION                            40
Computer file organization            41, 42
Confidentiality      *See* Contract Language Glossary
CONSUMER PRICE INDEX                   42, 43
Contract Commencement*See* Contract Language
  Glossary
CONTRACT EXPIRATIONS                     46
CONTRACT language glossary               49
CONTRACT MARKETING ANALYST
  REQUIREMENTS                           60
CONTRACT MARKETING ANALYTICAL TEAM       63
CONTRACT MARKETING FUNDAMENTALS          66
CONTRACT NUMBER                          68
CONTRACT PAYMENTS                        69
CONTRACT PROOFREADING CHECKLIST          47
CONTRACT PROPOSALS, PRODUCT ADDS AND
  CHANGES                                71
Contract Year and Anniversary Date*See* Contract
  Language Glossary
Conversion Allowance   *See* Contract Language Glossary
CORPORATE PAYROLL ON-LINE MANUAL         74

CORPORATE PRICE FILE                     75
CORRESPONDENCE STANDARDS                 76
customer classes               *See* class codes
CUSTOMER IDENTIFICATION NUMBERS      79, 80
DAMAGES AND DIVERSION                  82, 83
DELPHI CANNED QUERIES                    91
DESIGN-A-SET/TRAY PRICING                94
DIVISION CODES                          100
Early Termination Penalty*See* Contract Language
  Glossary
Educational Fund        *See* Contract Language Glossary
Educational Grant       *See* Contract Language Glossary
ELECTRONIC MAIL AND VOICE MAIL          101
Eligibility             *See* Contract Language Glossary
E-Mail on the Internet                  102
EXPENSE REPORTS                         105
FASTRAC:  USING TO SEND DOCUMENTS AND
  SPREADSHEETS                          108
FAXING FROM THE PERSONAL COMPUTER       109
FEDERAL EXPRESS PROCEDURE               110
FIELD GENERATED CONTRACTS               112
FILE IDENTIFICATION FOR WORD COMPUTER
  FILES                                 113
FILE ROOM                               115
FILING STANDARDS                        116
FIRSTCHOICE INJECTABLES  CONTRACT FILE
  NAMES CODE KEY                        123
FIRSTCHOICE INJECTABLES ANALYSTS'
  ASSIGNMENTS                           117
FIRSTCHOICE INJECTABLES ANALYTICAL
  ASSISTANT                             118
FIRSTCHOICE INJECTABLES AND S&e tEAMS
  GOAL PROCESS                          124
FIRSTCHOICE INJECTABLES ANNIVERSARY AND
  BID ANALYSIS PRESENTATION FORMAT      121
FIRSTCHOICE INJECTABLES GROUP PRICE
  CORRECTIONS                           125
FIRSTCHOICE INJECTABLES MARKET PRICE FILE
                                        127
FIRSTCHOICE®INJECTABLES RESOURCE FILE 129
Firstchoice® Injectables Analyst major anniversary and
  contract format for coordinators      120
Fonts                   *See* Correspondence Standards
Food, Drug and Cosmetic Act Guarantee*See* Contract
  Language Glossary
Footer                  *See* Correspondence Standards
FORMULAE                                133
Governing Law      *See* Contract Language Glossary
GOVERNMENT PRICING REQUIREMENTS         139
GROUP Communication                  163, 164
**GROUP COMMUNICATION**                 168
GROUP MEMBERSHIP CROSSOVER              173
GROUP Number / product aggregation Resource file 169

TXABT 676111
Highly Confidential

Analysts' Basic Operating Procedures Manual

Group Purchasing Organization Affiliation*See* Contract
   Language Glossary
GROUP RELATIONSHIPS                                    174
Growth Dividend        *See* Contract Language Glossary
Hospital Number      *See* Customer Identification Numbers
HPD PRODUCT DATA CHECKLIST                            176
HUB - HOW TO ACCESS INFORMATION                       177
HUMAN RESOURCES POLICY MANUAL                         179
INDEX MATCH FORMULA                                   180
INTEGRATED SYSTEMS EXECUTIVE
   ASSIGNMENTS                                        184
INTERNET ACCESS                                       185
INTRODUCTION                                            8
job responsibilities                                  188
JOBS POSTINGS                                         190
Label Code                    *See* List Number Codes
Licensed beds                            *See* Beds
LIMOUSINE SERVICE                                     191
LIST NUMBER CODES                                     192
Macros                193. *See* Recording a Macro
MAIL FOR THE SALES FORCE                              196
MARGIN CALCULATIONS AND Executive
   presentation --AVERAGE SELLING PRICE              197
Margins          *See* Correspondence Standards
Market Competitive    *See* Contract Language Glossary
MEDECON COOPERATIVE CONTRACTS                         199
MENTOR PROGRAM                       183, 201, 203
MICROSOFT MAIL                                        204
MICROSOFT SOFTWARE SUPPORT TELEPHONE
   NUMBERS                                            206
MILEAGE ALLOWANCE                                     207
NATIONAL ACCOUNT MANAGER ASSIGNMENTS
                                                 208, 209
National Drug Code                                    192
NEW contract marketing ANALYST TRAINING              210
normal.dot changes                                    211
Notice Delivery        *See* Contract Language Glossary
Own Use               *See* Contract Language Glossary
Paragraph Alignment      *See* Correspondence Standards
PARAMETERS PRICING                                    213
PERFORMANCE REVIEW SUPPLEMENT ANALYST
   POSITION FOR CONTRACT MARKETING                   216
PERFORMANCE REVIEW SUPPLEMENT
   MANAGER POSITION FOR CONTRACT
   MARKETING                                          221
PERSONAL COMPUTER RENTAL                              215
PHONE APPOINTMENTS                                    225
PKS CONTRACTS                                         226
Plant Delivery Service       *See* Contract Language Glossary
Price Adjustments          *See* Contract Language Glossary
Price Changes             *See* Contract Language Glossary
PRICING ASSUMPTIONS                                   228
PRICING STRATEGY                                      231
Product Addition      *See* Contract Language Glossary
PRODUCT CONTRIBUTIONS                                 233
Products Covered      *See* Contract Language Glossary
Punctuation          *See* Correspondence Standards

PYXIS                                                 237
Recitals               *See* Contract Language Glossary
RECORDING A MACRO                194. *See* Macros
REFERENCE BOOKS                                       240
RELOCATION EXTRAS                                     241
RISK SHARING AGREEMENTS                               243
ROLES: FIRSTCHOICE® TEAM ROLES                        246
RXLINK PRICING                                   248, 249
S&E BUYOUT PROCESS                                    252
S&E CONTRACTS                                         253
S&E Rebates                                           254
S&E TEAM ANALYSTS' ASSIGNMENTS                        261
Sales Force Communication*See* Correspondence
   Standards
SALES FORCE COMMUNICATIONS                       255, 258
Sales Size Code               *See* List Number Codes
SCHEDULE +                                            251
Severability          *See* Contract Language Glossary
Ship-to Customer Number*See* Customer Identification
   Numbers
Sickness                       *See* Absence Notification
Signature Block       *See* Contract Language Glossary
SIGNIFICANT EVENTS MONTHLY REPORT                     259
Sole Contract         *See* Contract Language Glossary
SPECIALTY SOLUTION PRODUCTS                           262
Staffed beds                             *See* Beds
STANDARD FOR DETERMINING PRICE                        263
STAT-LINE - FIRSTCHOICE®                              264
SYSTEM METER.EXE WINDOWS RESOURCE
   MONITOR                                            265
Telephone Coverage During Planned Absences*See*
   Absence Notification
TEMPORARILY UNAVAILABLE PRODUCT
   REIMBURSEMENT                                      266
Temporarily Unavailable Products*See* Contract Language
   Glossary
TEN COMMANDMENTS OF SAFE COMPUTING 278
Term                  *See* Contract Language Glossary
Termination for Breach    *See* Contract Language Glossary
Terms and Conditions    *See* Contract Language Glossary
TERMS CODES                                           280
TEXT OUTPUT QUALITY CHECKS                            282
TOTAL QUALITY PAIN MANAGEMENT                         283
TRADEMARKS                                            284
Trade-Unit-Code               *See* List Number Codes
TUITION ASSISTANCE FOR GRADUATE DEGREES
                                                      285
USING THE REPLY ALL FUNCTION IN MS MAIL
                                                      288
Vacation and Other Planned Absences*See* Absence
   Notification
VALUE ADDED PROGRAMS: CONTRACT
   LEVERAGE                                           289
VIRUS PROTECTION PROCEDURES                           290
Waiver                *See* Contract Language Glossary
WORKAREA APPEARANCE STANDARDS                         291
WORLD WIDE WEB  *See* Abbott World Wide Web Site