# EXHIBIT 138

ABT-DOJ-E-1059636-68
(at p. 4 of 33)



# ABBOTT LABORATORIES

# HPD QUARTERLY MEDICAID/PHS CALCULATION

## HPD GOVERNMENT REBATE CALCULATION SYSTEM

### PHASE A: CONCEPTUAL DEFINITION DOCUMENT

Highly Confidential

 **Hospital Products Division**

# A. TABLE OF CONTENTS

**A.    TABLE OF CONTENTS**                                                      **2**

**A.1    PROCESS APPROVALS**                                                     **3**
   A.1.1.   PROJECT NAME: HPD QUARTERLY MEDICAID/PHS CALCULATION          3
   A.1.2.   PROCESS:  PHASE A: CONCEPTUAL DEFINITION                      3
   A.1.3.   APPROVALS:                                                    3

**A.2    FEASIBILITY SECTION**                                                   **4**
   A.2.1.   BACKGROUND STATEMENT                                          4
   A.2.2.   BUSINESS CASE                                                 5

**A.3    CONCEPT**                                                               **6**
   A.3.1.   SCOPE                                                         6
   A.3.2    ENVIRONMENT SCAN                                              7
   A.3.3    STAKEHOLDERS ANALYSIS                                         8
   A.3.4    ROLES AND RESPONSIBILITIES                                    9
   A.3.5    21 CFR PART 11 ASSESSMENT                                     11
   A.3.6.   VALIDATION ASSESSMENT                                         11
   A.3.7.   REQUIREMENTS LIST                                             11
   A.3.8.   ALTERNATIVES                                                  13
   A.3.9.   RECOMMENDATION                                                16
   A.3.10   RISKS                                                         17

**A.4    TECHNICAL DIRECTION**                                                   **18**
   A.4.1.   HIGH LEVEL OVERVIEW                                           18
   A.4.2.   TECHNOLOGY OVERVIEW REPORT                                    22
   A.4.3.   PRELIMINARY HARDWARE CONFIGURATION                           22

**A.5    FUNDING**                                                               **22**
   A.5.1.   ESTIMATE                                                      22
   A.5.2.   CONTINGENCIES                                                 23
   A.5.3.   ASSUMPTIONS                                                   23

**A.6    PRELIMINARY PROJECT**                                                   **24**
   A.6.1.   TIMELINE                                                      24
   A.6.2.   BASIC RESOURCES                                               24

**A.7    APPENDIX**                                                              **25**

Highly Confidential                                                ABT-DOJ-E 1059637


**Hospital Products**
**Division**

## A.1    PROCESS APPROVALS

### A.1.1.    PROJECT NAME:      HPD QUARTERLY MEDICAID/PHS CALCULATION

### A.1.2.    PROCESS:              PHASE A: CONCEPTUAL DEFINITION

### A.1.3.    APPROVALS:

| | |
|---|---|
| Mark Lesperance | Date |
| Project Manager, Project Management and Business Analysis CMIS SDI on behalf of HPD Business Systems | |

| | |
|---|---|
| Dianne Maxwell | Date |
| Manager, Business Systems | |

| | |
|---|---|
| Robert Lyman | Date |
| Manager, Major Accounts | |

| | |
|---|---|
| Alan Greenthal | Date |
| Manager, Contract Marketing Systems | |

| | |
|---|---|
| Richard Proctor | Date |
| Manager, HPD Rebates & Logistics Finance | |

| | |
|---|---|
| Mike Sellers | Date |
| General Manager, Contract Marketing | |

| | |
|---|---|
| Ron Gerlach | Date |
| Assistant Division Controller | |

Highly Confidential
                                                                ABT-DOJ-E 1059638



**Hospital Products
Division**

## A.2   FEASIBILITY SECTION

### A.2.1.   BACKGROUND STATEMENT

Congress enacted the Medicaid drug rebate requirements as part of its budget reconciliation package for 1990 and 1993 (OBRA 90 and OBRA 93).  OBRA 90 and OBRA 93 require manufacturers to calculate and pay a quarterly Medicaid rebate to state governments on prescription drugs sold to Medicaid eligible patients.  Under the Medicaid Rebate program, Abbott is required to rebate state government amounts based on specific algorithms.  The rebates are based on the Average Manufacturer Price ("AMP") of wholesaler sales to retail pharmacies less prompt pay and any discounts.  For Single Source or Innovator Multi-source prescription drugs, the rebate amount is the greater of 15.1% of AMP or the percent difference between Best Price and AMP.  The Best Price is the lowest price to a customer within the quarter for which the AMP is calculated.  When an Innovator product is launched, the manufacturer must report a Base AMP calculation for the first full quarter of sale.  Should the AMP for the current quarter exceed the CPIU adjusted Base AMP then the manufacturer must add an additional percentage rebate equal to the amount that the current quarter AMP exceeds the CPIU adjusted Base AMP.  The rebate paid on Non-Innovator drugs or generic drugs is 11% of AMP.  There are no Best Price or Base AMP calculations required on Non-Innovator products.

Section 602 of the Veterans Health Care Act of 1992, created Section 340B of the Public Health Services Act establishing the Public Health Service ("PHS") Drug Pricing Program and amending the Medicaid Rebate Program.  It provides ceiling prices for covered drugs to specified Health and Human Services assisted programs and disproportionate share hospitals to treat the indigent.  The program utilizes the Medicaid Rebate Program pricing to formulate discount prices for the qualified medical treatment facilities such as community health centers, black lung clinics, and AIDS assistance programs.  The PHS pricing is established quarterly using the AMP less the rebate amount.  Eligible facilities are prohibited from receiving Medicaid rebates on products purchased under the PHS program.  The system used for calculating HPD's Medicaid rebates, also computes HPD's PHS pricing.

During the second quarter of 2000, PriceWaterhouseCoopers ("PWC") performed a review of HPD's Medicaid and PHS calculation process.  This review resulted in HPD establishing a Microsoft Access based calculation system to replace HPD's use of PPD's rebate calculation system.  New processes are required to restructure and automate the processes currently performed under the Microsoft Access database.  Responsibility for systems architecture, design, testing, support and maintenance needs to be migrated to HPD Business Systems in order to ensure long term reliability, security and sustainability.

Highly Confidential                                                                                   ABT-DOJ-E 1059639

**Hospital Products**
        **Division**

A.2.2.    **BUSINESS CASE**

The Government price calculation system and reporting system (called GVR) that HPD has utilized in the past was developed by PPD to meet the regulatory price requirements for Medicaid and PHS.  In order to manually implement PWC's restructuring recommendations, HPD has discontinued its use of the GVR system, and has implemented a Microsoft Access based calculation system in its place.  The purpose of this project is to develop a Medicaid rebate calculation and reporting system for HPD which will replace the Microsoft Access based system currently used to calculate Medicaid rebates and PHS pricing.  The new system will automate the current manual process and enhance HPD's ability to audit, validate, report and archive the data used to calculate the Medicaid rebates.

The project will modify or create new HPD systems in order to retain and compartmentalize HPD's product sales rebate detail and perform the following additional tasks:

- House and archive government reports with back-up data.
- Integrate data from Contract Administration System (CAS), Chargeback System (CBS), corporate sales reporting systems (COP), corporate product price system (CPP), and HPD sales reporting systems (Delphi) through an automated, rather than a manual, process.
- Interface with current and future Medicaid rebate payment systems (REBA and I-Many).
- Meet performance objectives as defined in requirements documents developed.
- Provide reliable backup and recovery capability.
- Complete each quarter's report to HCFA within 15 business days of the end of the quarter.
- Conform to technology offered and supported by HPD Business Systems.

Medicaid / PHS reporting are matters of Regulatory Compliance.  The tangible benefits associated with these efforts have not been calculated quantitatively.

Highly Confidential                                                                    ABT-DOJ-E 1059640

# A.3   CONCEPT

## A.3.1.   SCOPE

The purpose of this project is to implement a system which will restructure and automate the processes currently used to calculate the rebate and prices required for compliance with Medicaid and PHS regulations.

The system must accumulate all data required, perform defined calculations, provide the ability to allocate or amortize discounts, provide the ability to analyze these data elements, provide the ability to process adjustments, and provide the ability to report to government agencies via interfaces to GVR (short term) and to the CARS I-Many system.

The automated system is expected for 2002 reporting.  The tentative project schedule calls for parallel testing for first quarter 2002, using the results of the fourth quarter 2001.  The system is to become operational for second quarter 2002 reporting, which takes place in July.  The completion of this project is dependent on the completion and timing of the CARS I-Many project, which has not been finalized.  Completion of the CARS I-Many project is anticipated sometime after the first quarter of 2002.  An interface to GVR will be required prior to the completion of the CARS I-Many implementation.

System changes associated with the CARS I-Many Interface, Restatement, and Multiple Accrual Rate Modifications (external to CAS) are outside the scope of this effort.

Highly Confidential



**Hospital Products**
     **Division**

### A.3.2   ENVIRONMENT SCAN

Environmental factors have a considerable influence on a project.  Understanding these factors and the degree to which they may be adjusted are critical to the project's success. An environment scan was conducted and is presented below:

Highly Confidential                                                                                      ABT-DOJ-E 1059642



**Hospital Products
    Division**



### A.3.3   STAKEHOLDERS ANALYSIS

Successful project management requires a clear understanding of the various project stakeholders.  Stakeholders also need to understand their relationship to each other

Highly Confidential

ABT-DOJ-E 1059643

**Hospital Products**
**Division**

and the project.  A Stakeholder analysis was conducted to provide this information.
This analysis is from the perspective of the project manager, which impacts the
stakeholder classifications (External, Internal or Customer).  The core project team,
identified in the following Roles and Responsibility section, is composed of Customer
Stakeholders and the Project Manager (the lead Internal stakeholder).  The analysis is
presented below:



This analysis indicates an unusually large number of "invisible team members".
These team members, like other stakeholders have an interest in the project,
although they are not directly engaged in project activities.  It is important to
understand that relationships exist between the parties and that their respective
actions may have project implications.

## A.3.4   ROLES AND RESPONSIBILITIES

The success of this project effort is dependent on the availability and contribution from the
core project team members that are identified as follows:

Highly Confidential                                                                    ABT-DOJ-E 1059644



**Hospital Products
Division**

| Name | Title | Role | Department | Contact Information |
|------|-------|------|------------|---------------------|
| Mark Lesperance | Project Manager | Formal:<br>As an internal consulting resource, provide superior project management services on information systems efforts.<br><br>Informal:<br>To provide Project Management services to HPD Business systems as requested. Specifically to assume HPD information systems responsibility for ensuring successful execution of the Medicaid / PHS calculation system. | Project Management & Business Analysis (CMIS SDI - A63H) on behalf of Business Systems (HPD - 098Z) | Location: J41-3, J23-2<br>Phone:  847-937-8851<br>              847-935-9535<br>Email:  mark.lesperance@.abbott.com |
| Robert Lyman | Manager, Major Accounts | Project Sponsor<br><br>Formal:<br>Implement Government contracting administration that support the Division's goals and assures compliance with Medicaid.<br><br>Informal:<br>To assure a Medicaid Calculation System is developed to enhance Abbott's ability to audit, validate, report and archive the data used to calculate the Medicaid rebates. | Contract Marketing Department (361) | Location:  AP30-2<br>Phone:<br>847-937-0489<br>Email:<br>lymanrj2@hpd.abbott.com |
| Richard Proctor | Manager, HPD Rebates & Logistics Finance | Formal:<br>Financial control of Medicaid Rebates.<br><br>Informal:<br>The Medicaid rebates paid by HPD are determined by this system. Hence, the calculations need to be correct and timely. Separately, erroneous reporting result in HPD substantial fines. | HPD Rebates & Logistics Finance (094Z) | Location:  AP30-2<br>Phone:  847-938-4014<br>Email:  proctra@hpd.abbott.com |
| Alan Greenthal | Manager, Contract Marketing Systems | Formal:<br>Business Unit representative Responsible for Contract Marketing Systems.<br><br>Informal:<br>To provide system related input from the perspective of someone who has a systems background and who has an understanding of the systems used in HPD Contract Marketing. | Contract Marketing Department (361) | Location:  AP30-2<br>Phone:  847-935-5861<br>Email:  greenax1@hpd.abbott.com |
| Diane Latz | Government Rebate Program Analyst | Formal:<br>Administrator of the Medicaid and PHS programs.<br><br>Informal:<br>To ensure compliance with federal regulations regarding the calculation process. | Government Pricing (D36J) | Location:  AP30-2<br>Phone:  847-937-8308<br>Email:<br>latzdm@hpd.abbott.com |

Highly Confidential                                                                    ABT-DOJ-E 1059645

**Hospital Products**
         **Division**

### A.3.5   21 CFR PART 11 ASSESSMENT

An analysis titled HPD 21 CFR Part 11 Program (HPD Inventory Worksheet HPDP11-001) was conducted on May 10, 2001.  This analysis indicated this proposed system would not be classified as a Quality system and therefore is not required to comply with provisions of this regulation.

### A.3.6.  VALIDATION ASSESSMENT

The proposed system does not require validation based on the following facts:
- Medicaid and PHS reporting is financial in nature.
- No interfaces have been identified to validated systems.
- Any subsequently determined need to interface with other systems will be restricted in usage as a source to this system.  This system will not update any validated system.
- Quality related data is not incorporated in this system.
- The analysis conducted on behalf of the previous section, A.3.5, indicates that the proposed software is not a Quality system.

### A.3.7.  REQUIREMENTS LIST

**1.   Data Interfaces**
1.1.   Inbound.
   1.1.1.   Ability to pull in sales, discounts, chargebacks, and units by list number detail, by invoice level including class of trade, customer #, profile #, buying group, wholesaler profile, contract #, invoice #, claim # invoice date, claim process date.
   1.1.2.   Ability to extract data from COP, Delphi, CAS, CBS, CPP.
   1.1.3.   The system must use the CPP as a primary source for extracts to determine product eligibility.
   1.1.4.   The system must access contract terms within the CAS system.
   1.1.5.   The system must provide the ability to distinguish the GPO management fees from other discounts, based on information stored in CAS.
   1.1.6.   The ability to pull market entry date, and termination date from the CPP file, HCFA units & unit of measure from CPP file.
      1.1.6.1.   The system will identify Innovator and Non-Innovator from CPP file.
   1.1.7.   The system must be able to handle multiple labeler codes.
1.2.   Outbound.
   1.2.1.   GVR and I-Many AMP and Best Price and base AMP, and Additional Rebate and Total.
   1.2.2.System will maintain a CPI-U table by month.

**2.   Calculation Processing**
2.1.   Must have ability to calculate AMP and Best Price based on OBRA 90 & 93 regulations.
2.2.   Must be ability to establish base AMP per OBRA 93.
2.3.   The system must have the ability to allocate or amortize discounts, variances, adjustments across one or more of the following:
   2.3.1.   GPO member sales.

Highly Confidential

**Hospital Products**
    **Division**

2.3.2.   Profile sales.
2.3.3.   Ship-to sales.
2.3.4.   AHA sales.
2.3.5.   Must be within a specified time period.
2.3.6.   Must provide for ability to allocate by units or dollars.
2.4.  The system will handle returns – netting to the appropriate product #.

## 3.   Analysis Processing

3.1.  Exclude hospital sales from AMP.
3.2.  Exclude PHS and Federal government sales from AMP, Best Price and Base AMP.
3.3.  Include all sales, except as provided in A.3.2, in Best Price determination.
3.4.  Include PHS sales not from PHS profiles.
3.5.  Incorporate a protective Best Price model that assumes one customer within a buying group of customers will achieve the maximum discount, and compare that Best Price to the system's Best Price determined from invoice less associated discounts.
    3.5.1.   The system must provide the ability to record and track multiple BP, AMP calculation in the current period under differing discount assumptions.
3.6.  The system will provide the ability to perform "what if" analyses on Best Price, AMP and impact.
3.7.  The system will be available via a standard query and reporting tool.
3.8.  The system will provide the ability to report AMP, BP, and RPU (Rebate per Unit) to business partners.
3.9. The system will have the ability to include the following transactions in the AMP and Best Price calculations:
    3.9.1.   Invoice adjustments through price adjustment requests.
    3.9.2.   Introductory, deal, and tier pricing.
    3.9.3.   Chargebacks.
    3.9.4.   Prompt pay discounts.

## 4.   Adjustment Processing

4.1.  Must have the ability to restate past reports generated by this system as needed.
4.2.  Minimum restatement: 1st quarter 2000.
4.3.  Maximum restatement: 1990.
4.4.  Prior to 2000, limited ability to access accruals and external data.
4.5.  Ability to amortize fixed discounts over the life of a contract.
4.6.  The system must allow the ability to adjust source information, yet maintain the original source information and required comments explaining the nature of the adjustment.
4.7. The system must maintain an audit trail of record included, excluded, adjusted.
4.8. The system will adjust for discounts associated with the AMP and Best Price.  These discounts include:
    4.8.1.   Performance discounts.
    4.8.2.   Competitive market share discounts.
    4.8.3.   Group market share discounts.
    4.8.4.   Compliance discounts.
    4.8.5.   Standardization discounts.
    4.8.6.   Corporate overlay discounts.
    4.8.7.   Consulting services.
4.9.  The system will exclude the following:
    4.9.1.   Group Purchasing Organization administration fees that are protected under safe harbors.

---

Highly Confidential                                                                    ABT-DOJ-E 1059647

**Hospital Products**
**Division**

## 5.  Miscellaneous

5.1.  The system will need to be migrated to source data from AES ( the corporate Abbott Enterprise System initiative).

5.2.  The system should provide for the new AES customer number and restate historical data (if possible).

5.3.  The ability to take 11 digit NDC # and list and report @ 9 digit NDC # level.

5.4.  The system will have a common error handling process that traps data errors.

5.5.  The system will be maintained in both production and test/development environments.

5.6.  The system will be maintained following IS GMP, back-up, disaster recovery, etc.

5.7.  There will be user documentation and written reporting procedures.

## A.3.8.  ALTERNATIVES

Typically a business problem requiring a systems solution may be addressed by the implementation of one of the following system options:

- Commercial software
- Commercial software modified for specific needs
- Custom developed software.

This project will address the business needs with custom developed software.  The basic calculations required for Medicaid rebates and PHS pricing are not complex, and are available in several forms.  GVR/REBA, Abbott's existing calculation/reporting tool(s), and CARS I-Many, a commercial produced software solution, provide examples.  However, custom developed software is required to address the complexity of the HPD product pricing model.   This model includes over 1500 products, with over 10,000 customers, each purchasing from contracts which typically include multiple discounts.  Only custom developed software can address this internal business process.

The Medicaid and PHS reporting process has been broken into five sub-projects:

I.  **Database Platform Migration:**  Alternatives for the Database Platform Migration sub-project are technical and will not be discussed in this document.

II.  **Application Interface:** . The Application Interface will encompass software which will perform calculation, allocation/amortization, analysis, and adjustments. This sub-project includes tracking of accrual and discount components within CAS profiles, but does not include modifications to interfacing functions and systems (see sub-project V:  Multiple Accrual Rate Modifications). The alternatives presented below are for this sub-project.

III.  **CARS I-Many Interface:** Alternatives for this sub-project are not available at this time due to uncertainties related to the CARS I-Many Interface.

IV.  **Potential Restatement:** Alternatives for this sub-project are not available at this time due to uncertainties related to restatement.

V.  **Multiple Accrual Rate Modifications:**  This sub-project includes the analysis and implementation of changes to interfacing functions and systems that are impacted by creation of a function that tracks accrual and discount components. Impacted functions and systems include Mass Update and HUB.  Alternatives for this sub-project and engineered cost estimates will not be available until the analysis portion of this sub-project is completed.

Highly Confidential                                                      ABT-DOJ-E 1059648



**Hospital Products
Division**

Subsequent sub-project or other system components will either be developed consistent
with these approaches or as required by the specific technology involved.

Highly Confidential                                                                ABT-DOJ-E 1059649

## ALTERNATIVE 1:  CONTINUE CURRENT PROCESSES

The existing process is based on quarterly data extracts from source systems.  These data items are loaded into an Microsoft Access database and subsequently processed via queries and manual manipulations.

The process is executed by a senior resource highly knowledgeable in HPD business processes, accounting/finance operations, analytical processes, with a reasonably good understanding of Microsoft Access.  Due to this resource's strengths, the process is accurate and highly reliable.  Additionally, as a user controlled system, it can be modified to meet emerging requirements faster then any other alternative.  The system resides on the resource's workstation and on network drives.

The primary weakness of the existing system is that it supports an undocumented mission critical business process and is dependent on one key resource.  Technically superior system tools exist which can provide equally cost effective solutions.  The current process should be considered as an alternative only if other alternatives are cost prohibitive, and appropriate backup resources are identified and trained.

## ALTERNATIVE 2:  MICROSOFT ACCESS

This approach basically proposes building on what already exists.  The basic key components of the system already exist in Microsoft Access.  The additional missing components could be added with analysis, design control and practices associated with a professionally developed system.

The existing system currently addressed only one quarter's data at a time.  The ability to apply consistent processing over time requires the data to be contained in a single database. The size of the data is approximately 120 Megabytes per quarter.  Microsoft Access's data ability to handle and effectively process 10 years of data in a single database is highly suspect.  Additionally, HPD Business Systems does not provide support for Microsoft Access developed systems.  This places all systems related responsibilities on the developing business unit.

HPD Business Systems does not consider this alternative as a viable option. This alternative should only be considered if other alternatives are cost prohibitive and appropriate backup resources are identified and trained.

## ALTERNATIVE 3:  TRADITIONAL CLIENT SERVER - VISUAL BASIC

This alternative proposes the creation of a new system which will be based on traditional client server technology.  The existing Microsoft Access data, and ongoing quarterly data feeds will be hosted on a robust database platform (Oracle or SQL Server) to be chosen by HPD Business Systems based on technical considerations and associated costs.

The advantages to a traditional client server application are system performance and cost.  The technology is well known; development and maintenance resources are plentiful.  The disadvantage of a traditional client server application is a matter of deployment costs.  Access to the system is dependent on the application being physically

**Hospital Products**
**Division**

installed on the client workstation.  The system life cycle maintenance costs associated with a client server application could be substantial, depending on the number of users and frequency of software revisions.

Information systems developed applications demand formal controls.  These controls require additional resources and time, compared to user controlled system.  However, once the system is fully implemented the process can only be changed with approval from HCFA.  The Medicaid system will not be highly evolutionary outside the influence of HCFA or new government regulation.

## ALTERNATIVE 4:  WEB BASED

This alternative proposes the creation of a new system that will be based on Web technology.  The existing Microsoft Access data and ongoing quarterly data feeds will be hosted on a robust database platform (Oracle or SQL Server) to be chosen by HPD Business Systems based on technical considerations and associated costs.

The advantages to a web based system are ease of deployment and reduced life cycle maintenance costs.  The performance of web based applications are highly network dependent, and more complex.  The technology is also well known, yet still in early stages of development.  Resources may be slightly more scarce then traditional client server resources resulting in possible delays or increased costs.

## A.3.9.  RECOMMENDATION

The application should be developed on traditional client server technology.  The key factor in determining this recommendation is the breath of the applications deployment, which is expect to be 3-5 individuals.  It is also recommend that the existing Access system be used to further refine system requirements via prototyping efforts.  This prototyping approach has been incorporated into the project plan.

Highly Confidential                                                                                      ABT-DOJ-E 1059651


**Hospital Products Division**

### A.3.10 RISKS

| Id | Description | Mitigation Plans |
|---|---|---|
| 1 | The interface to CARS I-Many. The requirement to interface to CARS in the future is clear. However, no technical details are currently available regarding this interface. Accurate estimates of costs or timing regarding this interface are not possible at this time. | Maintain open communications with CARS I-Many project team.<br><br>Request proposed interface design document from CARS I-Many project team. |
| 2 | The impact of meetings with HCFA on this project can not be estimated accurately. | Weekly meetings run by the project sponsor have been scheduled to keep the project principals informed.<br><br>Management will be advised of any significant developments. |
| 3 | The Health Care Finance Department office of policy provides clarifications to the AMP and Best Price calculations from time to time that may require changes to the process. | Contract Marketing regularly monitors the Dear Manufacturer letters for changes in policy. Management will be informed of any changes necessary to comply with these letters. |
| 4 | There is a proliferation of supplemental State rebate programs that generally require separate calculations. The GVR and I-Many systems generally adjust Medicaid calculations to comply with these programs. However, there may be specialized State programs, not yet identified, which will require adjustments to this project to comply with new state laws. | Corporate State Affairs keeps Contract Marketing informed of any changes to State laws that affect the Medicaid rebate or supplemental programs. |
| 5 | The transition of OPS (the current corporate order processing system) to AES may require changes in customer numbers and class of trade assignments. | Finish the process change project before transitioning to AES. |

Highly Confidential                                                                    ABT-DOJ-E 1059652


**Hospital Products**
**Division**

# A.4   TECHNICAL DIRECTION

## A.4.1.   HIGH LEVEL OVERVIEW

### A.4.1.1   CURRENT SYSTEM/PROCESSES

The current process for Medicaid Reporting consist of the following processes:

| | |
|---|---|
| I. | Prepared Product Extract List |
| II. | Data Extracts |
| III. | Review/Update Terms Codes |
| IV. | Review Wholesales Profiles |
| V. | Prepare Saleable Units |
| VI. | Miscellaneous Updates |
| VII. | Update CPI-U |
| VIII. | Calculations |
| IX. | Review and Adjustments |
| X. | Report |

These processes are further decomposed in an appendix to this document.



---

Highly Confidential

**Hospital Products
Division**

## A.4.1.2    PROPOSED SYSTEM/PROCESSES

The proposed system consists of a migration to a new platform, as well as restructuring and automation of the current process. The proposed process for Medicaid Reporting consist of the following processes:

I.      Prepared Product Extract List
II.     Data Extracts
III.    Review/Update Terms Codes
IV.     Review Wholesales Profiles
V.      Prepare Saleable Units
VI.     Miscellaneous Updates
VII.    Update CPI-U
VIII.   Pre-Calculation
IX.     Manual Review and Analysis
X.      Allocation Process
XI.     Formal Adjustment Process
XII.    Approval Process
XIII.   Calculations
XIV.    Report/Upload



Highly Confidential                                                                    ABT-DOJ-E 1059654

**Hospital Products**
**Division**

Conceptually, the proposed process is very similar to the existing process with the following exceptions.

- The "Manual Review and Adjustment" process becomes the "Manual Review & Analysis" process. This change is the result of moving to a controlled systems environment. The database will no longer be directly modifiable. Adjusting transactions will be the only means to modify the systems data.
- The Report process becomes the Report/Upload as the system will automatically upload the data to GVR and subsequently to CARS I-Many.
- A new Allocation Process is added.
- A new Formal Adjustment Process is added. As mentioned above, the adjustment process will be the only means to adjust the systems data.
- An approval process is added. This will be a formal process of closing the quarter from further adjustment and launch the Report/Upload process.

Highly Confidential                                                                                    ABT-DOJ-E 1059655

**Hospital Products
Division**

### A.4.1.3   ENVIRONMENT

The existing Medicaid reporting process is based on a stand along MS Access database. The database handles a single quarter's data. Copies of previous quarter's data are saved on a network file server. Interfaces to other systems are based on manual imports via excel worksheets or csv's (comma separated files).

The proposed system will consolidate all quarter's data into a single database. The database will be either Oracle or SQL Server dependent on technical considerations. The system will be expected to maintain 10 years data online.

#### A.4.1.3.1   GENERAL SYSTEM DIAGRAM



Highly Confidential

ABT-DOJ-E 1059656

**Hospital Products
Division**

### A.4.2.    TECHNOLOGY OVERVIEW REPORT

The proposed solution uses the following technologies:
- Standard Client Server technology
- TCPIP Ethernet network
- Standard database technologies (Oracle or SQL server)
- Standard front end development tool – Visual Basic
- Standard back end processes for data

### A.4.3.    PRELIMINARY HARDWARE CONFIGURATION

An additional database server is included in our estimate for the proposed Medicaid system.  Beyond the database server, the proposed system will be capable of running on existing hardware.

## A.5   FUNDING

### A.5.1.    ESTIMATE

The following estimate includes the costs expended to date under the Concept Definition, which is now complete.

The balance of these project efforts have been broken into five distinct phases.  Efforts on both the Database Platform Migration and the Application Interface phases may begin immediately.  However, uncertainties related to the CARS I-Many Interface and the Restatement phases do not allow the completion of accurate cost estimates at this time.  CARS I-Many Interface is not expected to be significant (based on details currently available).  A business need for potential restatement has been identified, and the system has been designed to support.  The scope of restatement has yet to be determined, and therefore the system requirements are simply too vague to estimate.

| Description | Estimated Hours | Estimated Costs |
|---|---|---|
| Concept Definition | 288 | $30,240 |
| Sub-project I – Database Platform Migration | 1,160 | $121,800 |
| Sub-project II – Application Interface | 860 | $90,300 |
| Sub-project III – CARS I-Many Interface | Unknown | Unknown |
| Sub-project IV – Potential Restatement | Unknown | Unknown |
| Sub-project V.1 - Multiple Accrual Rate Modifications - Detail Analysis | 120 | $12,600 |
| Sub-project V.2 – Multiple Accrual Rate Modifications - Implementation | 1,000 | $105,000 |
|  |  |  |
| Total | 3, 428 | $359,940 |

Highly Confidential                                                                       ABT-DOJ-E 1059657

Hospital Products
Division

## A.5.2.   CONTINGENCIES

This estimate has been prepared based on the analysis completed to date.  A Rapid
Prototyping Model methodology will be used in the development of the Medicaid system.
The intention of this methodology is to uncover hidden or undocumented requirements
early in the development increasing flexibility and reducing costs.  However, Prototyping
frequently uncovers additional requirements.  A management budgetary reserve in the
amount of 25% of project cost is recommended to handle such development
contingencies.  This amount would only be added to the project's budget upon
management review and recognition of such development contingencies.

## A.5.3.   ASSUMPTIONS

| Id | Description | Impact |
|----|-------------|--------|
| 1 | The interface requirements for CARS/I-Many are unknown at this point in time.  It is assumed that this interface will be similar in complexity to the interface to the existing GVR system.   The GVR interface is both technically simple and efficient. | Impact will be reviewed once the Cars/I-Many specifications are available. |
| 2 | Project success is dependent on resource availability.  It is assumed that resources will be available per the project schedule. | Unavailable resources will delay the project. |
| 3 | The project plan assumes the process change will be implemented going forward. | Potential restatement will expand the project scope, cost and completion date. |
| 4 | The project plan assumes the first report generated by this process change will be accepted by HCFA. | The impact is unknown. |

Highly Confidential                                                                ABT-DOJ-E 1059658

**Hospital Products
Division**

# A.6   PRELIMINARY PROJECT

## A.6.1.   TIMELINE

The project timeline below indicates the significant project dates that will be meet to satisfy business needs.

| Description | Estimated Start Date | Estimated Completion Date | Date Needed |
|---|---|---|---|
| Concept Definition | 2/12/2001 | 5/31/2001 | 5/31/2001 |
| Sub-project I – Database Platform Migration | 6/1/2001 | 8/31/2001 | 4/15/2002 |
| Sub-project II – Application Interface | 6/21/2001 | 12/31/2001 | 4/15/2002 |
| Prototypes – Detail Requirements | 6/21/2001 | 8/31/2001 | 11/30/2001 |
| Construction | 9/1/2001 | 10/1/2001 | 2/28/2002 |
| Testing | 10/1/2001 | 12/31/2001 | 4/1/2002 |
| Implementation | 1/1/2002 | 1/15/2002 | 4/15/2002 |
| Sub-project III – CARS I-Many Interface | 12/1/2001 | 12/31/2001 | 4/15/2002 |
| Sub-project IV – Restatement | Unknown | Unknown | Unknown |
| Sub-project V.1 - Multiple Accrual Rate Modifications - Detail Analysis | 6/1/2001 | 6/22/2001 | Unknown |
| Sub-project V.2 – Multiple Accrual Rate Modifications - Implementation | Unknown | Unknown | Unknown |

## A.6.2.   BASIC RESOURCES

This small team of 4-5 individuals will be required to complete this effort.  A project manager will be required to oversee the effort.  A business systems analyst will be required to prototype the new system functionality and to further define the requirements.  A front-end developer will be required to create the visual basic interfaces required for the user interface.  A database administer will be required to assist in the database design and implementation of said design.  A back-end developer will be required to create the required data interfaces and calculation processes.

It is anticipated that the vast majority of labor costs associated with this effort will consist of business system analyst, front-end development, and back-end development.

Highly Confidential

ABT-DOJ-E 1059659

**Hospital Products**
**Division**

## A.7   APPENDIX

The following sections present details in the form of diagrams for the existing manual Medicaid reporting process.  All processes executed by Rich Proctor unless otherwise noted.

### I.  Prepare Product Extract List



1) Copy previous quarter's MS Access database.  Append current quarter to database name.
2) Audit Innovator (245 records) and Non-Innovator (1300 records) files.
3) Update previous quarter Innovator and Non-Innovator files for changes.
4) Compare Innovator and Non-Innovator files against current quarter. HPD Override (approx. 1400 records) file (by Dianne Latz).
5) Decision Point:  Approve Extract Files.
   a) Yes, continue to next step.
   b) No, Update files (step 2).
6) Proceed to Data Extract.

Highly Confidential                                                                ABT-DOJ-E 1059660



**Hospital Products**
**Division**

II. **Data Extracts**



1. Empty Transaction Tables.
2. Extract Innovator and Non-Innovator product list from MS Access system.
3. E-mail files to IS Project Manager.
4. Request PHSMED runs (Project Manager – currently Mark Lesperance).
5. Execute PHSMED_GVR_RPT1-6, creating flat files (Arunkumar Viswanathaiah)
6. Copy results to network drive (\\HPDBSYS2\MVSXFER\).  Send E-mail to parties (Arunkumar Viswanathaiah).
7. Import 6 Innovator and Non-Innovator flat files top MS Access system.

Highly Confidential                                                          ABT-DOJ-E 1059661

**Hospital Products
Division**

### III. Review/Update Terms Codes



1. Execute Term Queries.
   a. Direct Sales Table
   b. Term Code Table
2. Review Result set for:
   a. Sales greater then 0
   b. Terms code blank
3. Analysis of Terms Information
4. Manual add of Terms Code and rate to Term Code Rates table.

Highly Confidential                                                                    ABT-DOJ-E 1059662

**Hospital Products
Division**

IV. Review Wholesales Profiles



1. Execute Term Queries.
   a. Indirect Sales Table
   b. Whslr-Dist Terms by Profile Table
2. Review Result set for:
   a. WAC Billing greater then 0
   b. Wholesaler Profile blank
3. Analysis of Profiles Information in CAS.
Manual add of Profile and Terms Code and rate to Whslr-Dist Terms by Profile table.

Highly Confidential

ABT-DOJ-E 1059663

**Hospital Products
Division**

### V. Prepare Saleable Units



1) Create query against Business Objects for Saleable Units.
2) Import results to MS Access
3) Compare imported table to L-T-SS Saleable Unit Package
4) Decision Point: Approve Files
   a. Yes, continue to next step
   b. No, Update files (step 3)
5) Proceed to Next Step.

---

Highly Confidential

ABT-DOJ-E 1059664

**Hospital Products**
**Division**

### VI. Miscellaneous Updates

1. Update queries "Report Innovator Data to PPD" and "Report Non-Innovator Data to PPD" for Effective Year, Effective Quarter, Date Record Added, and Description.
2. Update query "Innov Adjusted Base AMP" to current CPI-U.

### VII. Update CPI-U



1. Import HPD.Year.Quarter.Override file to Access table named HPD CPP Date. (File provided by Diane Latz)
2. Analyze data
3. Decision Point: Are Manual Update required.
   a. Yes, Manually Adjust HPD CPP table.
   b. No, Proceed to next step
4. Execute Query

---

Highly Confidential                                                                 ABT-DOJ-E 1059665

Hospital Products
Division

VIII.  Calculation



1.  Execute Cash Discount query
2.  Decision Point:  Determine Sales Type
    a.   Indirect Sales, Execute Accrual query
    b.   Direct, proceed to next step
3.  Execute Net Sales query
4.  Execute Regulatory Units query
5.  Execute ASP Regulatory Units query
6.  Decision Point:  Determine Product Type
    a.  Innovator
        i.   Execute Calc AMP 1 – 3
        ii.  Execute Calc BP 1 – 5
        iii. Execute Calc AMP BP 1 & 2

Highly Confidential                                                        ABT-DOJ-E 1059666

**Hospital Products**
**Division**

b. Non-Innovator
   i. Execute Calc AMP 1 - 3

## IX. Manual Review and Adjustments

Upon completion of the calculation process an analysis and review process begins. This process is undocumented and relies on the experience and knowledge of the individuals conducting the review. Adjustments are processed by modifying tables in the Microsoft access database. After analysis is complete the calculation process is re-executed. This process of adjustment and re-execution may be repeated as often and needed.

## X. Reporting



1. Execute Report Innovator Data to PPD query
2. Execute Report Non-Innovator Data to PPD query

Highly Confidential                                                                                                ABT-DOJ-E 1059667

**Hospital Products
Division**

3.  Execute Report GVR HCFA Table Step 1 & 2
4.  Execute Query "Report GVR HCFA Table Step 3 for previous Quarter (specify year and quarter) and Execute
5.  Execute Report GVR HCFA Table Step 3
6.  Append GVR HCFA Report Carryover List Numbers table to GVR HCFA REPORT FILE BY QTR table.
7.  Rename Table to current year and quarter
8.  Send Excel GVR HCFA REPORT FILE BY QTR YY Q# file  to to Mike Sayerstad of CMIS
9.  CMIS Uploads data to GVR

Highly Confidential                                                                ABT-DOJ-E 1059668

**ABT-DOJ 0423051-66
(at p. 4 of 16)**



## ABBOTT LABORATORIES

# HPD QUARTERLY MEDICAID/PHS CALCULATION

## HPD GOVERNMENT REBATE CALCULATION SYSTEM

### A1 – DATABASE PLATFORM MIGRATION (VERSION 1.0)

### PHASE B: ANALYSIS/REQUIREMENTS

 **Hospital Products
Division**

## B.   TABLE OF CONTENTS

**B.   TABLE OF CONTENTS** ................................................................................................ 2

**B.1   PROCESS APPROVALS** ........................................................................................... 3
B.1.1.  PROJECT NAME: HPD GOVERNMENT REBATE  CALCULATION SYSTEM:  A1 – DATABASE
PLATFORM MIGRATION (VERSION 1.0) .......................................................................... 3
B.1.2.  PROCESS: PHASE B: ANALYSIS/REQUIREMENTS ........................................... 3
B.1.3.  APPROVALS: .................................................................................................... 3

**B.2   PROJECT CHARTER** .............................................................................................. 4
B.2.1.  OBJECTIVE ....................................................................................................... 4
B.2.2.  SCOPE .............................................................................................................. 4
B.2.3.  BUSINESS CASE .............................................................................................. 4
B.2.4.  RELEASES ........................................................................................................ 4
B.2.5.  ALTERNATIVES ................................................................................................ 5
B.2.6.  ALTERNATIVE CONCLUSION .......................................................................... 5
B.2.7.  FUNDING .......................................................................................................... 6
B.2.8.  ASSUMPTIONS ................................................................................................. 6
B.2.9.  CONSTRAINTS ................................................................................................. 6
B.2.10. DEPENDENCIES ............................................................................................... 7
B.2.11. RISK ASSESSMENT .......................................................................................... 7
B.2.12. METHODOLOGY ............................................................................................... 7
B.2.13. AREAS OF INVOLVEMENT ............................................................................... 8

**B.3   SYSTEM OVERVIEW** .............................................................................................. 8
B.3.1.  GLOSSARY OF TERMS ..................................................................................... 8
B.3.2.  CURRENT SYSTEM ........................................................................................... 9
B.3.3.  PROPOSED SYSTEM ......................................................................................... 9

**B.4  REQUIREMENTS** .................................................................................................... 16
B.4.1.  REQUIREMENTS LIST ....................................................................................... 16

**B.5 DOCUMENTATION MANAGEMENT** ....................................................................... 16

**AnalysisRequirements Phase B DB
Migration.doc**
**Document Version:** 11/7/2001 12:06
PM

**Analysis/Requirements**

Page 2 of 16

**ABT-DOJ 0423052
Highly Confidential**

ABT328-2615

 **Hospital Products Division**

## B.1 PROCESS APPROVALS

**B.1.1. PROJECT NAME:**   **HPD GOVERNMENT REBATE CALCULATION SYSTEM:  A1 – DATABASE PLATFORM MIGRATION (VERSION 1.0)**

**B.1.2. PROCESS:**   **PHASE B: ANALYSIS/REQUIREMENTS**

**B.1.3. APPROVALS:**

Mark Lesperance                                                              Date
Project Manager, Project Management and Business Analysis
CMIS SDI on behalf of HPD Business Systems

Chris Blandford                                                                Date
Manager, Business Systems

Robert Lyman                                                                  Date
Manager, Major Accounts

Alan Greenthal                                                                Date
Manager, Contract Marketing Systems

Richard Proctor                                                               Date
Manager, HPD Rebates & Logistics Finance

ABT-DOJ 0423053
Highly Confidential

ABT328-2616

 **Hospital Products Division**

## B.2   PROJECT CHARTER

### B.2.1.   OBJECTIVE

The purpose of this project is to implement a system which will restructure and automate the processes currently used to calculate the rebate and prices required for compliance with Medicaid and PHS regulations.

The system must accumulate all data required, perform defined calculations, provide the ability to allocate or amortize discounts, provide the ability to analyze these data elements, provide the ability to process adjustments, and provide the ability to report to government agencies via interfaces to GVR (short term) and to the CARS I-Many system.

The automated system is expected for 2002 reporting. The tentative project schedule calls for parallel testing for first quarter 2002, using the results of the fourth quarter 2001. The system is to become operational for second quarter 2002 reporting, which takes place in July. The completion of this project is dependent on the completion and timing of the CARS I-Many project, which has not been finalized. Completion of the CARS I-Many project is anticipated sometime after the first quarter of 2002. An interface to GVR will be required prior to the completion of the CARS I-Many implementation.

### B.2.2.   SCOPE

The scope of this sub-project is the migration of the Microsoft Access Medicaid database to an improved and supported (HPD Business Systems) database platform. This database platform will serve as the foundation for future growth for Medicaid Calculation and reporting projects. In addition to the creation of the platform, this effort also includes the migration of previous quarters data from the Access system dating back to 1999. The key deliverable at this phase will be the ERD diagram.

### B.2.3.   BUSINESS CASE

The Government price calculation system and reporting system (called GVR) that HPD has utilized in the past was developed by PPD to meet the regulatory price requirements for Medicaid and PHS. In order to manually implement PWC's restructuring recommendations, HPD has discontinued its use of the GVR system, and has implemented a Microsoft Access based calculation system in its place. The purpose of this project is to develop a Medicaid rebate calculation and reporting system for HPD which will replace the Microsoft Access based system currently used to calculate Medicaid rebates and PHS pricing. The new system will automate the current manual process and enhance HPD's ability to audit, validate, report and archive the data used to calculate the Medicaid rebates.

The project will modify or create new HPD systems in order to retain and compartmentalize HPD's product sales rebate detail and perform the following additional tasks:

- House and archive government reports with back-up data.
- Integrate data from Contract Administration System (CAS), Chargeback System (CBS), corporate sales reporting systems (COP), corporate product price

ABT-DOJ 0423054
Highly Confidential

ABT328-2617



**Hospital Products Division**

system (CPP), and HPD sales reporting systems (Delphi) through an automated, rather than a manual, process.

- Interface with current and future Medicaid rebate payment systems (REBA and I-Many).
- Meet performance objectives as defined in requirements documents developed.
- Provide reliable backup and recovery capability.
- Complete each quarter's report to CMS within 15 business days of the end of the quarter.
- Conform to technology offered and supported by HPD Business Systems.

Medicaid / PHS reporting are matters of Regulatory Compliance. The tangible benefits associated with these efforts have not been calculated quantitatively.

## B.2.4. RELEASES

The HPD Government Rebate Calculation System will be developed in multiple releases. These releases will be managed via the sub-project as follows:

| | | |
|---|---|---|
| I. | **Database Platform Migration** (Version 1.0) | |
| II. | **Application Interface** (Version 1.0) | |
| III. | **CARS I-Many Interface** (Version 2.1) | |
| IV. | **Potential Restatement** (Version 3.0) | |
| V. | **Multiple Accrual Rate Modifications** (Version 2.0) | |

The Database Platform Migration and the Application Interface sub-projects will combine into a single software release known as version 1.0.

## B.2.5. ALTERNATIVES

The alternatives for Database Platform are limited by existing investments in database infrastructure. Selection for existing alternatives will meet the need for the Medicaid effort. The choice between database platforms is highly technical in nature, and is only included here for documentation purposes.

### ALTERNATIVE 1: MICROSOFT ACCESS

The existing Medicaid Calculation system is built in Microsoft Access. It is meeting current business needs. However, HPD Business Systems does not provide support for Microsoft Access developed systems and does not consider it a viable platform for multi-users applications.

### ALTERNATIVE 2: MICROSOFT SQL SERVER

Microsoft SQL Server database is well integrated in Microsoft processing environment (Microsoft NT operating System and Microsoft tools) and preferable for applications with small to medium volumes of data. Performance drastically degrades with large table sizes.

### ALTERNATIVE 3: ORACLE

Oracle v8.1x is a standard for application development in HPD systems.

**ABT-DOJ 0423055**
**Highly Confidential**

ABT328-2618

 **Hospital Products Division**

This is a robust data management system which is capable to handle large volumes of data with high processing speed and reliable security support.
A significant advantage of Oracle is that all other data sources for the project (sales transactions) are stored in Oracle Databases. That allow smooth integration of proposed application system with other existing HPD applications.

## B.2.6.  ALTERNATIVE CONCLUSION

A review of the business requirements by the appropriate technical resources lead to the conclusion that the database migration will be executed on an Oracle database platform.

## B.2.7.  FUNDING

### B.2.7.1  ESTIMATE

The following estimate pertains only to the Database Platform Migration Sub-Project.

| Description | Estimated Hours | Estimated Costs |
|---|---|---|
| Detailed Analysis / Requirements Refinement | 180 | $18,900 |
| Design Specifications | | |
| Construction | 280 | 29,400 |
| Testing | 350 | 36,750 |
| Implementation | 230 | 24,150 |
| | 120 | 12,600 |
| Total | 1,160 | $121,800 |

## B.2.8.  ASSUMPTIONS

| Id | Description | Impact |
|---|---|---|
| 1 | The interface requirements for CARS/I-Many are unknown at this point in time. It is assumed that this interface will be similar in complexity to the interface to the existing GVR system.  The GVR interface is both technically simple and efficient. | Impact will be reviewed once the Cars/I-Many specifications are available. |
| 2 | Project success is dependent on resource availability. It is assumed that resources will be available per the project schedule. | Unavailable resources will delay the project. |
| 3 | The project plan assumes the process change will be implemented going forward. | Potential restatement will expand the project scope, cost and completion date. |
| 4 | The project plan assumes the first report generated by this process change will be accepted by CMS. | The impact is unknown. |
| 5 | Adequate capacity exists on storage medium and serves which will not require a capital investment in equipment. | Financial. |

ABT-DOJ 0423056
Highly Confidential

ABT328-2619


**Hospital Products
Division**

## B.2.9. CONSTRAINTS

This section contains a description of the limitations, if any:

- Time schedules and targets.
- Application software will be deployed on DELPHI and CAS production servers.
- Backend processes will be utilized using Windows NT servers, RDBMS Oracle V8.1x and MKS Tools software.
- A direct interface does not exist to the corporate product file. This requires the system users to update the product file in the Medicaid system for additions, deletions, or other changes.
- Medicaid Rebate calculations are dependant on the accuracy of the product file.
- All sales transactions have to be posted for the reporting quarter, before Medicaid processing may begin (with transaction data collection).

## B.2.10.  DEPENDENCIES

This project is dependent on:

- Resources and their availability. Critical resources include clients (specifically Rich Proctor), project manager, business systems analyst, back-end developer, and a Database Administrator.
- Servers / Network / Software. This project intends to leverage existing systems resources.
- Sub-Project II – Application Interface. This sub-project will start after this initiative is already in process. It will create requirements which can not be documented at this time.

## B.2.11.  RISK ASSESSMENT

| Id | Description | Mitigation Plans |
|---|---|---|
| 1 | The interface to CARS I-Many. The requirement to interface to CARS in the future is clear. However, no technical details are currently available regarding this interface. Accurate estimates of costs or timing regarding this interface are not possible at this time. | Maintain open communications with CARS I-Many project team.<br><br>Request proposed interface design document from CARS I-Many project team. |
| 2 | The impact of meetings with CMS on this project can not be estimated accurately. | Weekly meetings run by the project sponsor have been scheduled to keep the project principals informed.<br><br>Management will be advised of any significant developments. |
| 3 | The Center for Medicare and Medicaid Services office of policy provides clarifications to the AMP and Best Price calculations from time to time that may require changes to the process. | Contract Marketing regularly monitors the Dear Manufacturer letters for changes in policy. Management will be informed of any changes necessary to comply with these letters. |
| 4 | There is a proliferation of supplemental State rebate programs that generally require | Corporate State Affairs keeps Contract Marketing informed of any |

ABT-DOJ 0423057
Highly Confidential

ABT328-2620



**Hospital Products Division**

| Id | Description | Mitigation Plans |
|----|-------------|------------------|
|    | separate calculations. The GVR and I-Many systems generally adjust Medicaid calculations to comply with these programs. However, there may be specialized State programs, not yet identified, which will require adjustments to this project to comply with new State laws. | changes to State laws that affect the Medicaid rebate or supplemental programs. |
| 5  | The transition of OPS (the current corporate order processing system) to AES may require changes in customer numbers and class of trade assignments. | Finish the process change project before transitioning to AES. |

### B.2.12. METHODOLOGY

This project will use the HPD Business Systems standards that are based on and include a subset of the Abbott corporate MAGIC standard. Any validated project will use the standards available at the time of writing. The guidelines followed are detailed in the BOP.98Y-001 (HPD Software Development Methodology) and 93.G-0081 (Quality Related Computer Systems Validation).

### B.2.13. AREAS OF INVOLVEMENT

The following areas will play roles in the successful implementation of the Medicaid Calculation system.

- HPD Commercial/Administrative Systems. This organization can be viewed as the prime contractor for construction of the Medicaid Calculation System. Support required is for analysis/design, database administration, programming, conversion, testing, quality assurance, and project management.
- Business Unit. The client and project sponsor. This organization is primarily responsible for requirements definition and ongoing support for business analysis of Medicaid Rebate related processes.
- HPD Network Computing. Responsible for ongoing operations of the infrastructure associated with the system. Their initial role is to provide systems resources of the development of the system.

## B.3   SYSTEM OVERVIEW

### B.3.1.   GLOSSARY OF TERMS

AES - Abbott Enterprise System (replacement for OPS)
AMP - Average Manufacture Price
BP - Best Price
CARS - Contract Administration and Reporting System
CAS - Contract Administration System
CBS - Chargeback System
CMIS - Corporate Management Information Services
CMS – Center for Medicare and Medicaid Services
COP - Corporate Sales Reporting system
CPI-U - Consumer Price Index - Urban

ABT-DOJ 0423058
Highly Confidential

ABT328-2621


**Hospital Products**
**Division**

CPP - Corporate Product Price system
Delphi - HPD sales reporting system
ERD - Entity Relationship Diagram
GVR - Government price calculation and reporting system
HCFA - Health Care Financing Administration
HPD - Hospital Product Division
OPS - Corporate Order Processing system
PHS - Public Health Service
PPD - Pharmacy Product Division
PWC - Price Waterhouse Coopers
REBA - Abbott/TAP Medicaid Rebate Processing System
SDI - Systems Delivery and Integration (A department within CMIS)
SQL – Structured Query Language

## B.3.2. CURRENT SYSTEM

### B.3.2.1 CURRENT PROCESSING ENVIRONMENT

The existing Medicaid reporting process is based on a stand alone MS Access database. The database handles a single quarter's data. Copies of previous quarter's data are saved on a network file server. Interfaces to other systems are based on manual imports from source systems via excel worksheets or csv's (comma separated files).

### B.3.2.2 CURRENT SYSTEM SHORTCOMINGS

The primary weakness of the existing system is that it supports an undocumented mission critical business process and is dependent on one key resource. Technically superior system tools exist which can provide equally cost effective solutions.

## B.3.3. PROPOSED SYSTEM

This is the list of proposed processes:
- User defines new reporting period (Start date, end date, reporting quarter, etc.)
- Compilation of the reported product list. (Product list copied from previous reporting period and necessary changes made).
- Prepare class table for new reported period. (Class table copied from previous reported period. Changed applied to the new class table if required.
- Prepare Wholesaler profile/Term code table by copy table from previous report period
- Prepare CPI_U table by copy table from previous reported period and apply necessary changes.
- Place request from transaction data collection for given reported period. Data collection process will run overnight on HPD production server.
- On the next business day user will initiate load of collected transaction data into Direct and Indirect sales tables.
- Verify Term code rates and update them if necessary.
- Run calculations of Innovator BP.
- Review Innovator BP calculations and make changes to Direct / Indirect transaction tables if required. Rerun calculations.
- Run AMP calculations.
- Review AMP calculations and make changes to Direct / Indirect transaction tables if required. Rerun AMP calculations.
- Run calculations for PPD_DATA.
- Create PPD_DATA file.

ABT-DOJ 0423059
Highly Confidential

ABT328-2622

**Hospital Products Division**

- Run calculation for GVR CMS.
- Create GVR_CMS file.

ABT-DOJ 0423060
Highly Confidential

ABT328-2623

**Hospital Products
Division**

### B.3.3.1     DETAIL FUNCTIONAL DESIGN

## FUNCTIONAL DESIGN



ABT-DOJ 0423061
Highly Confidential

ABT328-2624

 **Hospital Products**
**Division**

### B.3.3.1.1 PROCESS DESCRIPTION

Maintain List of reported products
- Within Medicaid Rebate application users can Add/Delete/Change products and products characteristics. Audit of all changes will be retained.

Maintain Classes
- Users will be able to maintain classes. Audit of all changes will be retained.

Maintain Term Codes
- Users will be able to Add/Update/Delete Term Codes and Rates. Audit of all the changes will be retained.

Maintain CPI-U information
- Users will be able to Add/Update/Delete CPI-U indexes by Year and Month. Audit of all the changes will be retained.

Maintain Transaction Information
- User will be able to Add/Delete/Update data for all sales transactions.

Perform Medicaid Rebate Calculations
- User will be able to perform Medicaid Rebate calculations (Calculate BP for Innovative Products, AMP for all products, produce data for PPD, produce data for GVR CMS).
- Create Output files for PPD and CMS.

Following tables will be support application logic for Medicaid Rebate project:

| Table Name | Table Description | Is Audit Maintained |
|---|---|---|
| PHS_PRODUCT | List of reported products along with certain product characteristics. | Yes |
| PHS_PRODUCT_HIST | Contains historical data for table PHS_PRODUCT | No |
| PHS_CLASS | List of available product classes | Yes |
| PHS_CLASS_HIST | Contains Historical data for table PHS_CLASS | No |
| PHS_TERM_CODE_RATE | Table contains term codes and rates | Yes |
| PHS_TC_RATE_HIST | Table contains historical information for table PHS_TERM_CODE_RATE | No |
| PHS_WHSLR_TP | Table contains wholesaler profiles and terms codes ( indirect sales only) | Yes |
| PHS_WHSLR_TP_HIST | Table contains historical information for table PHS_WHSLR_TP | No |
| PHS_DIR_SLS | Tables contains direct sales transactions | Yes |
| PHS_DIR_SLS_HIST | Table contains historical information for table PHS_DIR_SLS | No |

ABT-DOJ 0423062
Highly Confidential

ABT328-2625

 **Hospital Products Division**

| Table Name | Table Description | Is Audit Maintained |
|---|---|---|
| PHS_IND_SLS | Tables contains indirect (wholesaler) sales transactions | Yes |
| PHS_IND_SLS_HIST | Table contains historical information for table PHS_IND_SLS | No |
| PHS_CPI_U_YM | Table contains CPI_U Index by Year and Month | Yes |
| PHS_DIR_CALC | Table contains calculated fields for each direct sales transaction | No |
| PHS_IND_CALC | Table contains calculated fields for each indirect sales transaction | No |
| PHS_INNOV_CALC_BP | Table contains intermediate calculation results for Innovative products | No |
| PHS_CALC_AMP | Table contains intermediate calculation results for Direct/Indirect sales | No |
| PHS_PPD_DATA | Table contains final Medicaid Rebate data reportable to PPD | No |
| PHS_GVR_HCFA | Table contains final Medicaid Rebate data reportable to government agency CMS | No |

Audit data will be captured using special history triggers. Every table will contain audit fields with capture following information:
- Date when row added to the table
- User Id of the person who added the row
- Program name which added the row
- Date of last change made to the row
- User Id of the person who made last change to the row
- Program name which made the last change to the row

Security will be enforced using database roles.

**ABT-DOJ 0423063**
**Highly Confidential**

ABT328-2626



**Hospital Products Division**

### B.3.3.1.2  DATA FLOW



HPD Quarterly Medicaid/PHS Calculation
Sub-Project: Database Platform Migration
Data Structure Overview

ABT-DOJ 0423064
Highly Confidential

ABT328-2627



**Hospital Products Division**

## B.3.3.1.3   ERD



ABT-DOJ 0423065
Highly Confidential

ABT328-2628



**Hospital Products
Division**

The client has identified the need for Invoice number on the Direct Sales which needs to be carried forward on PHS_SLS_COP, PHS_DIR_SLS, PHS_DIR_SLS_HIST.

## B.4 REQUIREMENTS

### B.4.1.   REQUIREMENTS LIST

Please see HPD QUARTERLY MEDICAID/PHS CALCULATION,
HPD GOVERNMENT REBATE CALCULATION SYSTEM Phase A: Conceptual
Definition Document dated 6/1/2001.

## B.5 DOCUMENTATION MANAGEMENT

Documentation concerning this project will be maintained by HPD Business Systems personnel responsible for the support of this system. All documents will be kept within SourceSafe version control software, unless it involves original signatures. All documents that have original signatures will be kept in building AP34, department 415, HPD Quality Systems Document Control, as per BOP.98E-005 (Standards for configuration management). All information is kept indefinitely

**ABT-DOJ 0423066
Highly Confidential**

ABT328-2629     L

**ABT-DOJ-E-0445341**

## Request for Capital Expenditure
## Regulatory Compliance

### Background:

The Hospital Products Division has implemented revised procedures and processes to assure its compliance with government pricing regulations affecting Medicaid rebates, Public Health Service pricing and Federal Ceiling pricing. This request for capital expenditure is being submitted to provide funding to automate the development and implementation of the FCP/Medicaid Rebate System.

Congress enacted the Medicaid drug rebate requirements as part of its budget reconciliation package for 1990 (OBRA 1990). OBRA 1990 requires manufacturers to calculate and pay a quarterly Medicaid rebate to state governments on prescription drugs sold to Medicaid eligible patients. Under the Medicaid program, Abbott is required to rebate state government amounts based on specific algorithms.

Section 602 of the Veterans Health Care Act of 1992, created Section 340B of the Public Health Services Act establishing the Public Health Service (PHS) Drug Pricing Program and amended the Medicaid drug rebate program. It provides ceiling prices for covered drugs for specified Health and Human Services assisted programs and disproportionate share hospitals to treat the indigent. The program utilizes the Medicaid Rebate Program pricing to formulate discount prices for the qualified medical treatment facilities such as community health centers, black lung clinics, and AIDS assistance programs. The PHS pricing is established quarterly using the Medicaid AMP less the rebate amount. Eligible facilities are prohibited from receiving Medicaid rebates on products purchased under the PHS program. The same manual system used to calculate HPD's Medicaid rebates, also processes HPD's PHS pricing.

During the second quarter of 1999, Price Waterhouse Coopers (PWC) performed an audit of HPD's compliance to these regulations. At the conclusion of the audit, PWC recommended HPD revise its Medicaid calculation process. This process change resulted in HPD establishing a manual calculation system to replace HPD's use of PPD's rebate calculation system. This manual calculation system was necessary to ensure ongoing compliance with the Center for Medicare and Medicaid Services regulations.

### Project Definition:

The Government price calculation system and reporting system (called GVR) that HPD has utilized in the past was developed by PPD to meet the regulatory price requirements for Medicaid, PHS and the Department of Veterans Affairs. In order to comply with the DVA's audit findings, and implement Price Waterhouse Coopers' Medicaid / PHS recommendation, HPD has had to discontinue use of the GVR system, and implement manual calculation systems. The purpose of this request for capital expense is to develop an automated HPD government price calculation system and reporting system to replace the manual systems used to comply with Medicaid, DVA and PHS price regulations. An automated system will enhance Abbott's ability to audit, validate, report and archive the data used to calculate the Medicaid rebates.

Confidential

**ABT-DOJ-E-0450594-5**

**Request for Capital Expenditure**
**Government Rebate Calculation**

## Background:

The Hospital Products Division has implemented revised procedures and processes to assure its compliance with government pricing regulations affecting Medicaid rebates, Public Health Service pricing and Federal Ceiling pricing. This supplemental request for capital expenditure is being submitted to provide funding to automate the complete the development and implementation of the FCP/Medicaid Rebate System.

Congress enacted the Medicaid drug rebate requirements as part of its budget reconciliation package for 1990 (OBRA 1990). OBRA 1990 requires manufacturers to calculate and pay a quarterly Medicaid rebate to state governments on prescription drugs sold to Medicaid eligible patients. Under the Medicaid program, Abbott is required to rebate state government amounts based on specific algorithms.

Section 602 of the Veterans Health Care Act of 1992, created Section 340B of the Public Health Services Act establishing the Public Health Service (PHS) Drug Pricing Program and amended the Medicaid drug rebate program. It provides ceiling prices for covered drugs for specified Health and Human Services assisted programs and disproportionate share hospitals to treat the indigent. The program utilizes the Medicaid Rebate Program pricing to formulate discount prices for the qualified medical treatment facilities such as community health centers, black lung clinics, and AIDS assistance programs. The PHS pricing is established quarterly using the Medicaid AMP less the rebate amount. Eligible facilities are prohibited from receiving Medicaid rebates on products purchased under the PHS program. The same manual system used to calculate HPD's Medicaid rebates, also processes HPD's PHS pricing.

During the second quarter of 1999, Price Waterhouse Coopers (PWC) performed an audit of HPD's compliance to these regulations. At the conclusion of the audit, PWC recommended HPD revise its Medicaid calculation process. This process change resulted in HPD establishing a manual calculation system to replace HPD's use of PPD's rebate calculation system. This manual calculation system was necessary to ensure ongoing compliance with the Health Care Finance Administration regulations.

## Project Definition:

The Government price calculation system and reporting system (called GVR) that HPD has utilized in the past was developed by PPD to meet the regulatory price requirements for Medicaid, PHS and the Department of Veterans Affairs. In order to comply with the DVA's audit findings, and implement Price Waterhouse Coopers' Medicaid / PHS recommendation, HPD has had to discontinue use of the GVR system, and implement manual calculation systems. The purpose of this request for capital expense is to develop an automated HPD government price calculation system and reporting system to replace the manual systems used to comply with Medicaid, DVA and PHS price regulations. An automated system will enhance Abbott's ability to audit, validate, report and archive the data used to calculate the Medicaid rebates.

The capital will be used to modify HPD Contract Administration System (CAS) to retain and compartmentalize HPD's product sales rebate detail and perform the following additional tasks:
- House and archive government reports with back-up data.
- Integrate data from Contract Administration System (CAS), Chargeback System (CBS), corporate sales reporting systems (COP) and financial reporting systems (SMART).
- Interface with current and future Medicaid rebate payment systems (REBA and I-Many).
- Include capability for periodic restatement of rebate amounts.

## Reasons for Supplemental Expenditure

The original RCE was based on a preliminary cost estimate (of $217,000) to develop a Medicaid Calculation System. Since submitting the original RCE, more detailed requirements have been defined. A concept document for this project was submitted in May, 2001, estimating the cost of the project to be $360,000. This cost was based on 2001 rates, which will increase in 2002. Since this concept document was published, additional requirements related to use of Rebate Automation and the Medicaid Calculation System have been identified. These requirements have added 160 hours, or $17,600, to the project. The supplemental amount requested is $173,000, calculated as follows:

|  |  |
|---|---|
| $ 360,000 | cost per concept document |
| 212,000 | original RCE which will be spent in 2001 |
| 148,000 | remaining to be spent at 2001 rate |

ABT-DOJ-E 0450594
ABT225-2481      F

  7,400   5% rate increase
-------------------
155,400
 17,600  additional Rebate Automation requirements
-------------------
$ 173,000  total supplemental request

Highly Confidential

ABT-DOJ-E 0450595
ABT225-2482      L

**ABT-DOJ-E-1059745**

## Request for Capital Expenditure
## Government Rebate Calculation

### Background:

Over the past 12 months, the Hospital Products Division has implemented revised procedures and processes to assure its compliance with government pricing regulations affecting Medicaid rebates, Public Health Service pricing and Federal Ceiling pricing. This request for capital equipment is being submitted to provide funding to automate the government price calculation system.

Congress enacted the Medicaid drug rebate requirements as part of its budget reconciliation package for 1990 (OBRA 1990). OBRA 1990 requires manufacturers to calculate and pay a quarterly Medicaid rebate to state governments on prescription drugs sold to Medicaid eligible patients. Under the Medicaid program, Abbott is required to rebate state government amounts based on specific algorithms.

Section 602 of the Veterans Health Care Act of 1992, created Section 340B of the Public Health Services Act establishing the Public Health Service (PHS) Drug Pricing Program and amended the Medicaid drug rebate program. It provides ceiling prices for covered drugs for specified Health and Human Services assisted programs and disproportionate share hospitals to treat the indigent. The program utilizes the Medicaid Rebate Program pricing to formulate discount prices for the qualified medical treatment facilities such as community health centers, black lung clinics, and AIDS assistance programs. The PHS pricing is established quarterly using the Medicaid AMP less the rebate amount. Eligible facilities are prohibited from receiving Medicaid rebates on products purchased under the PHS program. The same manual system used to calculate HPD's Medicaid rebates, also processes HPD's PHS pricing.

During the second quarter of 1999, Price Waterhouse Coopers (PWC) performed an audit of HPD's compliance to these regulations. At the conclusion of the audit, PWC recommended HPD revise its Medicaid calculation process. This process change resulted in HPD establishing a manual calculation system to replace HPD's use of PPD's rebate calculation system. This manual calculation system was necessary to ensure ongoing compliance with the Health Care Finance Administration regulations.

### Project Definition:

The Government price calculation system and reporting system (called GVR) that HPD has utilized in the past was developed by PPD to meet the regulatory price requirements for Medicaid, PHS and the Department of Veterans Affairs. In order to comply with the DVA's audit findings, and implement Price Waterhouse Coopers' Medicaid / PHS recommendation, HPD has had to discontinue use of the GVR system, and implement manual calculation systems. The purpose of this request for capital expense is to develop an automated HPD government price calculation system and reporting system to replace the manual systems used to comply with Medicaid, DVA and PHS price regulations. An automated system will enhance Abbott's ability to audit, validate, report and archive the data used to calculate the Medicaid rebates.

The capital will be used to modify HPD Contract Administration System (CAS) to retain and compartmentalize HPD's product sales rebate detail and perform the following additional tasks:
- House and archive government reports with back-up data.
- Integrate data from Contract Administration System (CAS), Chargeback System (CBS), corporate sales reporting systems (COP) and financial reporting systems (SMART).
- Interface with current and future Medicaid rebate payment systems (REBA and I-Many).
- Include capability for periodic restatement of rebate amounts.
- Run on a new, dedicated server with reliable backup and recovery capability.

ABT-DOJ-E 1059745