# Exhibit 140

**Cicerale, Jerrie        AP**

| From: | Cicerale, Jerrie        AP |
|-------|----------------------------|
| To: | RONI LANE |
| Subject: | ABBOTT LABS HPD CHANGE |
| Date: | Tuesday, September 10, 1996 2:59PM |

Roni -- In reviewing the 'Redbook Product Listing Verification' sheets I believe you are not listing the following 5 items correctly.  Below are the prices that should be listed.

```
NDC NBR  PKG  DIRECT   WHOLESALE
-----------------------------------
06138-03  24   257.52    176.64  (This case size change happened 4/29/96, was case of 12)
06139-03  24   249.12    170.88  (This case size change happened 4/29/96, was case of 12)
06141-03  24   435.60    298.80  (This case size change happened 5/3/96, was case of 12)
01200-01  100  1,019.20  1,019.20 (This case size change happened 5/17/96 was 50)
01210-01  100  1,776.00  1,776.00 (This case size change happened 5/17/96 was 50)
```

Thanks, Jerrie Cicerale
    Abbott Laboratories
    HPD Contract Marketing
    9/10/96



**Confidential**                              **Red Book 00334**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. R10
ABBOTT PARK IL 60064-3500

RECEIVED SEP 13 1996
BOOK PRICE

| NDC | Description | | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-5671-02 | A-HYDROCORT (UNIVIAL) PDI IJ 100 MG 10s ea HYDROCORTISONE SODIUM SUCCINATE | AP | 01 | RX | 26.84 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5672-02 | A-HYDROCORT (UNIVIAL) PDI IJ 250 MG 10s ea HYDROCORTISONE SODIUM SUCCINATE | AP | 01 | RX | 60.68 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5673-04 | A-HYDROCORT (UNIVIAL) PDI IJ 500 MG 25s ea HYDROCORTISONE SODIUM SUCCINATE | AP | 01 | RX | 295.39 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5674-08 | A-HYDROCORT (UNIVIAL) PDI IJ 1 GM 25s ea HYDROCORTISONE SODIUM SUCCINATE | AP | 01 | RX | 601.17 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5684-01 | A-METHAPRED (UNIVIAL) PDI IJ 40 MG 10s ea METHYLPREDNISOLONE SODIUM SUCCINATE | AP | 05 | RX | 30.88 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5685-02 | A-METHAPRED (UNIVIAL) PDI IJ 125 MG 10s ea METHYLPREDNISOLONE SODIUM SUCCINATE | AP | 05 | RX | 81.82 | .00 | 0.00 | .00 | 04/01/96 |

Signature: _Jean Coede_   Date: 9/10/96

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☒ OK with changes

Confidential

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-5601-44 | A-METHAPRED (ADD-VANTAGE) PDI IJ 500 MG 1s ea METHYLPREDNISOLONE SODIUM SUCCINATE | AP | 05 | RX | 31.45 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5630-04 | A-METHAPRED (UNIVIAL) PDI IJ 500 MG 25s ea METHYLPREDNISOLONE SODIUM SUCCINATE | AP | 05 | RX | 796.81 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5603-44 | A-METHAPRED (ADD-VANTAGE) PDI IJ 1 GM 1s ea METHYLPREDNISOLONE SODIUM SUCCINATE | AP | 05 | RX | 53.21 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5631-08 | A-METHAPRED (UNIVIAL) PDI IJ 1 GM 25s ea METHYLPREDNISOLONE SODIUM SUCCINATE | AP | 05 | RX | 1356.42 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4535-08 | ABBOCATH-T (18GX1-1/4") ACC 100s ea DEVICE | | 03 | OTC | 463.13 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4535-32 | ABBOCATH-T (22 GAUGE, 1") ACC 100s ea DEVICE | | 03 | OTC | 480.94 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00336**

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4535-02 | ABBOCATH-T (20 GAUGE, 2") CAT 100s ea DEVICE | | 03 | OTC | 463.13 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4535-06 | ABBOCATH-T (16GX1-1/4") CAT 100s ea DEVICE | | 03 | OTC | 463.13 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4535-14 | ABBOCATH-T (14 GAUGE, 2") CAT 100s ea DEVICE | | 03 | OTC | 463.13 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4535-16 | ABBOCATH-T (16GX2") CAT 100s ea DEVICE | | 03 | OTC | 463.13 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4535-18 | ABBOCATH-T (18GX2") CAT 100s ea DEVICE | | 03 | OTC | 463.13 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4535-20 | ABBOCATH-T (20 GAUGE, 1-1/4") CAT 100s ea DEVICE | | 03 | OTC | 463.13 | | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is    ☐ OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00337**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4535-22 | ABBOCATH-T (22 GAUGE, 1-1/4") CAT 100s ea DEVICE | 03 | OTC | 480.94 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4535-24 | ABBOCATH-T (24 GAUGE, 3/4") CAT 100s ea DEVICE | 03 | OTC | 553.38 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4535-26 | ABBOCATH-T (26 GAUGE, 3/4") CAT 120s ea DEVICE | 03 | OTC | 705.38 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4535-76 | ABBOCATH-T (16G, 5-1/2" SUBCLAVIAN) CAT 60s ea DEVICE | 03 | OTC | 376.20 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4535-84 | ABBOCATH-T (14G, 5-1/2" SUBCLAVIAN) CAT 60s ea DEVICE | 03 | OTC | 376.20 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4536-08 | ABBOCATH-T (W/SYRINGE, 18G, 1-1/4") CAT 120s ea DEVICE | 03 | OTC | 604.20 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00338**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| Code | Description | | | | | | Date |
|------|-------------|---|---|---|---|---|------|
| 00074-4536-16 | ABBOCATH-T (W/SYRINGE, 16 GAUGE, 2") CAT 120s ea DEVICE | 03 | OTC | 604.20 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4536-18 | ABBOCATH-T (W/SYRINGE, 18 GAUGE, 2") CAT 120s ea DEVICE | 03 | OTC | 604.20 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4536-20 | ABBOCATH-T (W/SYRINGE, 20G, 1-1/4") CAT 120s ea DEVICE | 03 | OTC | 604.20 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4536-22 | ABBOCATH-T (W/SYRINGE, 22G, 1-1/4") CAT 120s ea DEVICE | 03 | OTC | 631.28 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1804-01 | ABBOTT (LIFECARE CONTROLLER 1000) ACC 1s ea DEVICE | 03 | OTC | 2367.84 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-1813-01 | ABBOTT (LIFECARE PUMP-MODEL 3) ACC 1s ea DEVICE | 03 | OTC | 4266.40 | .00 | 0.00 | .00 | 04/05/93 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**

Red Book 00339

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| NDC | Description | | | | | | Date |
|---|---|---|---|---|---|---|---|
| 00074-1815-01 | ABBOTT (LIFECARE MICRO PUMP) ACC 1s ea DEVICE | 03 | OTC | 4266.40 | .00 | 0.00 | .00 | 04/05/93 |
| 00074-1830-03 | ABBOTT (AIR FILTER) ACC 120s ea DEVICE | 03 | OTC | 186.68 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2003-01 | ABBOTT (DUAL I.V. STAND ADAPTER) ACC 1s ea DEVICE | 03 | OTC | 89.82 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-2006-01 | ABBOTT (I.V. STAND/POLE ASSMBLY) ACC 1s ea DEVICE | 03 | OTC | 149.74 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-2006-02 | ABBOTT (I.V. STAND/BASE ASSMBLY) ACC 1s ea DEVICE | 03 | OTC | 149.74 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-2505-01 | ABBOTT (MDL4 PGBK PMP W/O IO PT) ACC 1s ea DEVICE | 03 | OTC | 4266.40 | .00 | 0.00 | .00 | 04/05/93 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

Confidential          Red Book 00340

# RED BOOK

## Product Listing Verification

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2226   Fax (201) 358-1756

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| Product Code | Description | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4379-02 | ABBOTT<br>(AMNIOCENTESIS TRAY)<br>ACC<br>10s ea<br>DEVICE | 03 | OTC | 355.18 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-4438-02 | ABBOTT<br>(EXTENSION TUBE 7 IN-SL)<br>ACC<br>50s ea<br>DEVICE | 03 | OTC | 323.59 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-4481-48 | ABBOTT<br>(EXTENSION SET-30 INCH)<br>ACC<br>48s ea<br>DEVICE | 03 | OTC | 250.23 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-4492-01 | ABBOTT<br>(BUTTERFLY 21 GA 3/4 IN)<br>ACC<br>120s ea<br>DEVICE | 03 | OTC | 262.20 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-4506-01 | ABBOTT<br>(BUTTERFLY 25 GA 3/4 IN)<br>ACC<br>120s ea<br>DEVICE | 03 | OTC | 266.48 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-4550-01 | ABBOTT<br>(BUTTERFLY 19 GA 7/8 IN)<br>ACC<br>120s ea<br>DEVICE | 03 | OTC | 309.23 | .00 | 0.00 | .00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

**Confidential**

**Red Book 00341**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-3232-01 | ABBOTT (3-WAY STOPCOCK) ACC 50s ea DEVICE | 03 OTC | 100.94 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3233-01 | ABBOTT (3-WAY STPCOCK W/MALE LU) ACC 50s ea DEVICE | 03 OTC | 166.25 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3234-01 | ABBOTT (3-WAY STPCK 20-SL/RESEL) ACC 50s ea DEVICE | 03 OTC | 223.25 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3235-01 | ABBOTT (3-WAY STPCK 36-SL/RESEL) ACC 50s ea DEVICE | 03 OTC | 233.34 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4328-01 | ABBOTT (SHELF STORAGE TRAY) ACC 50s ea DEVICE | 03 OTC | 106.88 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4329-01 | ABBOTT (LIFECARE ADDS RACK) ACC 1s ea DEVICE | 03 OTC | 113.04 | .00 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00342**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4565-01 | ABBOTT (BUTTERFLY 23 GA 3/4 IN) ACC 120s ea DEVICE | 03 | OTC | 262.20 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4573-01 | ABBOTT (BUTTERFLY 25 GA 3/8 SHT) ACC 120s ea DEVICE | 03 | OTC | 266.48 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4590-01 | ABBOTT (BUTTERFLY 19 GA 7/8 IN) ACC 120s ea DEVICE | 03 | OTC | 262.20 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4663-01 | ABBOTT (BLOOD WARM COIL 24 FT) ACC 20s ea DEVICE | 03 | OTC | 939.55 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4694-01 | ABBOTT (Y-TYPE CONNECTOR) ACC 20s ea DEVICE | 03 | OTC | 225.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4721-01 | ABBOTT (BUTTERFLY 21GA 3/4 IN) ACC 120s ea DEVICE | 03 | OTC | 309.23 | .00 | 0.00 | .00 | 04/01/96 |

_____   _____
Signature                            Date

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

**Confidential**

**Red Book 00343**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D0-R18
ABBOTT PARK IL 600643500

| Code | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4798-01 | ABBOTT (ADDITIVE CAP ABBO-VAC) ACC 400s ea DEVICE | 03 OTC | 403.75 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-4821-01 | ABBOTT (BUTTERFLY-ST21GA 3/4 IN) ACC 120s ea DEVICE | 03 OTC | 262.20 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-4858-01 | ABBOTT (ADDITIVE HINGE CAP) ACC 400s ea DEVICE | 03 OTC | 724.38 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-4867-01 | ABBOTT (BUTTERFLY-ST23GA 3/4 IN) ACC 120s ea DEVICE | 03 OTC | 262.20 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-4871-01 | ABBOTT (BUTTERFLY INT 23GA 3/4 ) ACC 120s ea DEVICE | 03 OTC | 309.23 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-4929-01 | ABBOTT (ADDITIVE CAP LIFECARE) ACC 400s ea DEVICE | 03 OTC | 318.25 | .00 | 0.00 | .00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00344**

**RED BOOK**
**Product Listing Verification**
MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600635500

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4959-01 | ABBOTT (LIFECARE VACUUM PUMP) ACC 1s ea DEVICE | 03 | OTC | 772.16 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4960-01 | ABBOTT (LIFECARE VACU-ADD UNIT) ACC 1s ea DEVICE | 03 | OTC | 1010.10 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4995-01 | ABBOTT (BUTTERFLY 27 GA 3/8 IN) ACC 120s ea DEVICE | 03 | OTC | 309.23 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5395-01 | ABBOTT (ADPT PLG MALE-LOCK LUER) ACC 120s ea DEVICE | 03 | OTC | 273.60 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5396-02 | ABBOTT (ADPT PLG-SHRT-LOCK LUER) ACC 120s ea DEVICE | 03 | OTC | 273.60 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5588-01 | ABBOTT (B-FLY25GA 3/8LNG 8IN TU) ACC 120s ea DEVICE | 03 | OTC | 266.48 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is      ☐ OK with changes

Signature                                      Date

Confidential

Red Book 00345

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| | | | | | | |
|---|---|---|---|---|---|---|
| 00074-5827-01 | ABBOTT (B-FLY25GA3/4,3-1/2 TUB) ACC 120s ea DEVICE | 03 OTC | 309.23 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5830-01 | ABBOTT (DIAL INJECTION SITE) ACC 25s ea DEVICE | 03 OTC | 69.17 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5833-01 | ABBOTT (ADPT QUIK LOK UNIV LUER) ACC 120s ea DEVICE | 03 OTC | 126.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5877-01 | ABBOTT (MALE ADAPTER PLUG-SHORT) ACC 120s ea DEVICE | 03 OTC | 256.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5878-01 | ABBOTT (ADAPTER PLUG MALE) ACC 120s ea DEVICE | 03 OTC | 256.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6402-48 | ABBOTT (TRANSFER SET-HEAVY DEX.) ACC 48s ea DEVICE | 03 OTC | 454.29 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| Product | | | | | | |
|---|---|---|---|---|---|---|
| 00074-6458-01 | ABBOTT (20 IN MICROBORE EXT-SL) ACC 50s ea DEVICE | 03 OTC | 359.81 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6462-01 | ABBOTT (MANIFOLD III-SL) ACC 50s ea DEVICE | 03 OTC | 663.81 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6542-02 | ABBOTT (TUR SYSTEM W/FLOW-POUCH) ACC 20s ea DEVICE | 03 OTC | 303.76 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6682-02 | ABBOTT (PENTOTHAL DISPENSNG PIN) ACC 100s ea DEVICE | 03 OTC | 807.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6947-02 | ABBOTT (CATH. ADAPTR & LUER PLG) ACC 25s ea DEVICE | 03 OTC | 355.66 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7222-17 | ABBOTT (2000ML 3-IN-1 W/3-LEAD) ACC 20s ea DEVICE | 03 OTC | 828.64 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**     **Red Book 00347**

# RED BOOK
## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| Code | Description | | | | | | Date |
|---|---|---|---|---|---|---|---|
| 0074-7222-18 | ABBOTT (3000ML 3-IN-1 W/3-LEAD) ACC 20s ea DEVICE | 03 OTC | 1167.79 | .00 | 0.00 | .00 | 04/01/96 |
| 0074-7909-01 | ABBOTT (FERRULES) ACC 500s ea DEVICE | 03 OTC | 37.41 | .00 | 0.00 | .00 | 04/01/96 |
| 0074-7914-01 | ABBOTT (NUTRI-CLMP/NUTRIMX II) ACC 400s ea DEVICE | 03 OTC | 285.00 | .00 | 0.00 | .00 | 04/01/96 |
| 0074-7915-01 | ABBOTT (NUTRI-CLMP/EMPTY CNT/TR) ACC 400s ea DEVICE | 03 OTC | 190.00 | .00 | 0.00 | .00 | 04/01/96 |
| 0074-1193-01 | ABBOTT (NYLON EPIDURAL W/ADAPT) CAT 25s ea DEVICE | 03 OTC | 355.66 | .00 | 0.00 | .00 | 04/01/96 |
| 0074-4719-02 | ABBOTT (DRUM-CARTRIDGE CATHETER) CAT 20s ea DEVICE | 03 OTC | 695.16 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____    Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

**Confidential**

**Red Book 00348**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600645500

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-6414-58 | ABBOTT<br>(NV CARDIAC CATHETER SET)<br>CAT<br>48s ea<br>DEVICE | 03 OTC | 776.91 | .00 | 0.00 | 0.00 | .00 | 04/01/96 |
| 00074-1736-48 | ABBOTT<br>(MICROB, 60 INCH)<br>DEV<br>48s ea<br>DEVICE | 03 RX | 202.35 | .00 | 0.00 | 0.00 | .00 | 04/01/96 |
| 00074-1773-48 | ABBOTT<br>(PRIM PIGGYBACK IV PUMP)<br>DEV<br>48s ea<br>DEVICE | 03 RX | 805.41 | .00 | 0.00 | 0.00 | .00 | 04/04/94 |
| 00074-1774-48 | ABBOTT<br>(PMP-SL PGGY W/IVEX-HP)<br>DEV<br>48s ea<br>DEVICE | 03 RX | 1067.04 | .00 | 0.00 | 0.00 | .00 | 04/04/94 |
| 00074-1837-01 | ABBOTT<br>(SRN, FILTER 1.0 MICRON)<br>DEV<br>48s ea<br>DEVICE | 03 RX | 229.14 | .00 | 0.00 | 0.00 | .00 | 04/01/96 |
| 00074-1924-01 | ABBOTT<br>(CONTROLLER LIFECARE #75)<br>DEV<br>1s ea<br>DEVICE | 03 RX | 2450.47 | .00 | 0.00 | 0.00 | .00 | 04/03/95 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Confidential

Red Book 00349

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| NDC | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1950-05 | ABBOTT (PCA PLUS 2 3.0 SOFTWARE) DEV 1s ea DEVICE | 03 | RX | 7009.23 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2506-03 | ABBOTT (PUMP MOD 4 PGGY W/RS485) DEV 1s ea DEVICE | 03 | RX | 4266.40 | .00 | 0.00 | .00 | 04/05/93 |
| 00074-3002-04 | ABBOTT (TWO-WAY TRANSFER DEVICE) DEV 400s ea DEVICE | 03 | OTC | 826.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3559-01 | ABBOTT (PCA MINI-BORE W/VALVE) DEV 50s ea DEVICE | 03 | RX | 381.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3704-48 | ABBOTT (PRIM IV PMP 105 IN VENT) DEV 40s ea DEVICE | 03 | RX | 776.34 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-4214-01 | ABBOTT (INV IN-LINE BURETT 150ML) DEV 20s ea DEVICE | 03 | OTC | 290.70 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**          **Red Book 00350**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201)358-2228   Fax (201)358-1766

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(800) 222-6883

| Code | Description | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-4607-02 | ABBOTT (CVP MANOMETER) DEV 24s ea DEVICE | 03 | OTC | 718.49 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4797-02 | ABBOTT (DOUBLE-NEEDLE TRANS DEV) DEV 400s ea DEVICE | 03 | OTC | 285.00 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6514-01 | ABBOTT (PCA EXT SET W/BKCHK VLV) DEV 50s ea DEVICE | 03 | RX | 422.16 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7909-03 | ABBOTT (EERRULES/PRT-FILL/BX100) DEV 1s ea DEVICE | 03 | OTC | 85.83 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8076-01 | ABBOTT (SNAP LOCK) DEV 800s ea DEVICE | 03 | OTC | 636.50 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8077-01 | ABBOTT (VENI LOOP CONNECTOR) DEV 120s ea DEVICE | 03 | OTC | 823.65 | .00 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

**Confidential**

**Red Book 00351**

# RED BOOK
## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 6B0643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-8078-01 | ABBOTT (VENI LOOP W/EXT. TUBING) DEV 120s ea DEVICE | 03 OTC | 879.23 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8079-01 | ABBOTT (VENI LOOP W/RESEAL) DEV 120s ea DEVICE | 03 OTC | 1011.75 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4698-01 | ABBOTT (PRE-ATTACHED LTA KIT) KIT 25s ea DEVICE | 03 OTC | 428.08 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4961-02 | ABBOTT (PERITONEAL LAVAGE KIT) KIT 10s ea DEVICE | 03 OTC | 376.44 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5648-01 | ABBOTT (PEDIATRIC LTA KIT) KIT 24s ea DEVICE | 03 OTC | 340.29 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1296-48 | ABBOTT (MACROPUMP W/MB PIN NV) SET 48s ea DEVICE | 03 OTC | 776.34 | .00 | 0.00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____     Date _____

**Confidential**

Red Book 00352

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| | | | | | | |
|---|---|---|---|---|---|---|
| 00074-1718-48 | ABBOTT (TRANSFER SET) SET 48s ea DEVICE | 03 OTC | 715.35 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1721-48 | ABBOTT (DECANTING SET) SET 48s ea DEVICE | 03 OTC | 600.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1756-48 | ABBOTT (PRIM. IV PUMP.NV 105 IN) SET 48s ea DEVICE | 03 RX | 776.34 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-1760-48 | ABBOTT (SURGCL IV PUMP SL VENT.) SET 48s ea DEVICE | 03 RX | 798.00 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-1765-01 | ABBOTT (40MM SCREW CAP SET) SET 24s ea DEVICE | 03 OTC | 422.94 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-1766-01 | ABBOTT (MODIFIED SCREW CAP PUMP) SET 24s ea DEVICE | 03 OTC | 426.65 | .00 | 0.00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

Confidential

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| Code | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1767-01 | ABBOTT (3D/40MM SCREW CAP Y-TYP) SET 24s ea DEVICE | 03 | OTC | 439.47 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-1768-48 | ABBOTT (PRIM. IV W/IVEX HP FLTR) SET 48s ea DEVICE | 03 | RX | 1034.55 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-1769-48 | ABBOTT (PRIM.SL W/UPPR INJ SITE) SET 48s ea DEVICE | 03 | RX | 1034.55 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-1771-48 | ABBOTT (PRIM IV W/UPPR Y INJ NV) SET 48s ea DEVICE | 03 | RX | 1034.55 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-1772-01 | ABBOTT (VNTD NITROGLY. PUMP SET) SET 24s ea DEVICE | 03 | OTC | 515.57 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-1781-73 | ABBOTT (HEMA Y-BLOOD SL W/PUMP) SET 24s ea DEVICE | 03 | OTC | 486.21 | .00 | 0.00 | .00 | 04/04/94 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

**Confidential**

**Red Book 00354**

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK IL  600643500

| Product | Description | | RX/OTC | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-1783-01 | ABBOTT<br>(BLOOD  SECONDARY SET)<br>SET<br>24s ea<br>DEVICE | | 03 OTC | 147.63 | .00 | .00 | .00 | 04/04/94 |
| 00074-1784-01 | ABBOTT<br>(HEMA BLOOD SET NV)<br>SET<br>24s ea<br>DEVICE | | 03 OTC | 437.19 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-1785-01 | ABBOTT<br>(HEMOSET-100X15-HEMA)<br>SET<br>24s ea<br>DEVICE | | 03 OTC | 481.37 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-1786-48 | ABBOTT<br>(PIGGYBCK W/3Y INJ SITES)<br>SET<br>48s ea<br>DEVICE | | 03 RX | 827.64 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-1791-48 | ABBOTT<br>(PIGGYBACK IV PUMP SL.NV)<br>SET<br>48s ea<br>DEVICE | | 03 RX | 813.39 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-1801-02 | ABBOTT<br>(ENTERAL PMP W/INTG.CONT)<br>SET<br>24s ea<br>DEVICE | | 03 OTC | 472.82 | .00 | 0.00 | .00 | 04/04/94 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is      ☐ OK with changes

**Confidential**

**Red Book 00355**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| Product | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1821-03 | ABBOTT (PCA 1 PUMP) SET 1s ea DEVICE | 03 | OTC | 5946.32 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1834-48 | ABBOTT (EXTENSION SET W/STPCOCK) SET 48s ea DEVICE | 03 | OTC | 476.52 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1835-02 | ABBOTT (ANESTHESIA EXTENSION) SET 120s ea DEVICE | 03 | OTC | 800.85 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1838-58 | ABBOTT (BLD SET 64 W/CAIR CLAMP) SET 48s ea DEVICE | 03 | OTC | 635.55 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1839-68 | ABBOTT (CVP UNIVERSAL SET) SET 20s ea DEVICE | 03 | OTC | 801.09 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1845-68 | ABBOTT (BLD SET 78 W/CAIR CLAMP) SET 48s ea DEVICE | 03 | OTC | 667.47 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is      ☐ OK with changes

**Confidential**

**Red Book 00356**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228     Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

| | | | | | | |
|---|---|---|---|---|---|---|
| 00074-1850-02 | ABBOTT<br>(EXTENSION W/BACKCHECK)<br>SET<br>120s ea<br>DEVICE | OTC | 03 | 1261.13 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1871-68 | ABBOTT<br>(NV BLD Y-TYP78W/CAIR CL)<br>SET<br>48s ea<br>DEVICE | OTC | 03 | 779.19 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1873-68 | ABBOTT<br>(NV BLOOD Y-TYPE W/PUMP)<br>SET<br>48s ea<br>DEVICE | OTC | 03 | 907.44 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1907-25 | ABBOTT<br>(FLOW DETECTOR 54 INCH)<br>SET<br>1s ea<br>DEVICE | OTC | 03 | 148.44 | .00 | 0.00 | .00 | 04/05/93 |
| 00074-2644-05 | ABBOTT<br>(CONT EPID W/0.5% BUPIVC)<br>SET<br>10s ea<br>DEVICE | OTC | 03 | 642.68 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3129-48 | ABBOTT<br>(HEMA ACCESS PORT)<br>SET<br>48s ea<br>DEVICE | OTC | 03 | 114.57 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____

Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

**Confidential**

**Red Book 00357**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. RD-R10
ABBOTT PARK IL 600643500

| Code | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3230-01 | ABBOTT (3-WAY STPCOCK EXT-20 IN) SET 50s ea DEVICE | 03 | OTC | 223.25 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3231-01 | ABBOTT (3-WAY STPCOCK EXT-36 IN) SET 50s ea DEVICE | 03 | OTC | 233.34 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3972-01 | ABBOTT (PHARM. ADD. TRANS. SET) SET 10s ea DEVICE | 03 | OTC | 91.56 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4064-01 | ABBOTT (Y-TYPE CONNECTNG SET-SL) SET 120s ea DEVICE | 03 | OTC | 1195.58 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4074-01 | ABBOTT (Y-TYPE CONNECTING SET) SET 120s ea DEVICE | 03 | OTC | 1068.75 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4116-01 | ABBOTT (EXTENSION SET INT-SL) SET 50s ea DEVICE | 03 | OTC | 303.41 | .00 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**

Red Book 00358

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL .600643500

| Product | | | | | | |
|---|---|---|---|---|---|---|
| 00074-4193-48 | ABBOTT (PRIMARY IV-SL W/IVEX-HP) SET 48s ea DEVICE | 03 RX | 1182.75 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-4205-01 | ABBOTT (NV IN-LINE BURETTE SET) SET 20s ea DEVICE | 03 OTC | 305.19 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4401-01 | ABBOTT (4 LEG TRANSFER SET,VENT) SET 10s ea DEVICE | 03 OTC | 546.01 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4402-01 | ABBOTT (4 LEG TRANSFER SET, NV) SET 10s ea DEVICE | 03 OTC | 546.01 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4403-01 | ABBOTT (3 LEG TRANSFER SET,VENT) SET 10s ea DEVICE | 03 OTC | 454.01 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4429-48 | ABBOTT (EXTENSION SET-20 INCH) SET 48s ea DEVICE | 03 OTC | 228.00 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00359**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| NDC | Description | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-4510-58 | ABBOTT<br>(PLATELET CONC INFUSION)<br>SET<br>48s ea<br>DEVICE | 03 | OTC | 628.71 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4522-58 | ABBOTT<br>(EXTENSION SET, TWIN SITE)<br>SET<br>48s ea<br>DEVICE | 03 | OTC | 291.27 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4525-48 | ABBOTT<br>(SOL. ADD. INLIN FLT-1MI)<br>SET<br>48s ea<br>DEVICE | 03 | OTC | 578.57 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4602-58 | ABBOTT<br>(BLODD SECONDARY SET)<br>SET<br>48s ea<br>DEVICE | 03 | OTC | 506.16 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4610-02 | ABBOTT<br>(EXT. SET 30 IN STER PK)<br>SET<br>120s ea<br>DEVICE | 03 | OTC | 769.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4612-04 | ABBOTT<br>(EXTENSION W/T-CONNECTOR)<br>SET<br>120s ea<br>DEVICE | 03 | OTC | 923.40 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

**Confidential**

**Red Book 00360**

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| NDC / Code | Description | | | Price | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-4616-02 | ABBOTT (EXT. W/LOCK LUER/T-CONN) SET 120s ea DEVICE | 03 | OTC | 1004.63 | .00 | .00 | 0.00 | .00 | | 04/01/96 |
| 00074-4620-02 | ABBOTT (EXT. SET 20 IN STER PK) SET 120s ea DEVICE | 03 | OTC | 716.78 | .00 | .00 | 0.00 | .00 | | 04/01/96 |
| 00074-4653-48 | ABBOTT (THORACENTESIS SET) SET 48s ea DEVICE | 03 | OTC | 494.19 | .00 | .00 | 0.00 | .00 | | 04/01/96 |
| 00074-4693-01 | ABBOTT (DRAINAGE EXTENSION SET) SET 20s ea DEVICE | 03 | OTC | 236.55 | .00 | .00 | 0.00 | .00 | | 04/01/96 |
| 00074-4730-02 | ABBOTT (EXT. SET W/CHK VLV/T-CON) SET 120s ea DEVICE | 03 | OTC | 1467.75 | .00 | .00 | 0.00 | .00 | | 04/01/96 |
| 00074-4736-48 | ABBOTT (BLOOD COLLECT 36 IN TUB) SET 48s ea DEVICE | 03 | OTC | 469.11 | .00 | .00 | 0.00 | .00 | | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**RED BOOK**
**Product Listing Verification**

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone (800) 222-6883

| Code | Description | | Price | | | | Date |
|---|---|---|---|---|---|---|---|
| 00074-4830-58 | ABBOTT (BLOOD INLINE FILT ADAPT) SET 40s ea DEVICE | 03 OTC | 558.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4839-01 | ABBOTT (PUMP W/PROXIM. MALE ADAP) SET 24s ea DEVICE | 03 OTC | 399.00 | .00 | 0.00 | .00 | 01/04/94 |
| 00074-5582-48 | ABBOTT (VENT Y-TYPE TRANS W/NDL) SET 40s ea DEVICE | 03 OTC | 809.40 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5831-01 | ABBOTT (IN-LINE BURETTE 150ML) SET 20s ea DEVICE | 03 OTC | 309.94 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6457-01 | ABBOTT (12 IN MICROBORE EXT-SL) SET 50s ea DEVICE | 03 OTC | 336.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6459-01 | ABBOTT (20 IN MICROB EXT W/2Y'S) SET 50s ea DEVICE | 03 OTC | 376.44 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____     Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

**Confidential**          **Red Book 00362**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| Code | Description | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6460-01 | ABBOTT (36 IN MICROBORE EXT-SL) SET 50s ea DEVICE | 03 | OTC | 369.31 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6461-01 | ABBOTT (72 IN MICROBORE EXT-SL) SET 50s ea DEVICE | 03 | OTC | 396.63 | .00 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-6473-01 | ABBOTT (EXT-36 IN MICROBRE/LUER) SET 120s ea DEVICE | 03 | OTC | 820.80 | .00 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-6474-01 | ABBOTT (EXT SET 60 IN W/LUER) SET 120s ea DEVICE | 03 | OTC | 1028.85 | .00 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-6538-01 | ABBOTT (CYSTOMANOMETER SET) SET 20s ea DEVICE | 03 | OTC | 353.64 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6543-01 | ABBOTT (T-U-R Y-TYPE SET) SET 20s ea DEVICE | 03 | OTC | 288.56 | .00 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature                           Date

**Confidential**

**Red Book 00363**

# RED BOOK
## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(900) 222-6883

| Code | Description | | | | | | Date |
|---|---|---|---|---|---|---|---|
| 00074-6544-01 | ABBOTT (CYSTOSCOPY/IRRIGATION) SET 20s ea DEVICE | 03 OTC | 172.17 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8948-62 | ABBOTT (HEMOSET W/CAIR CLAMP) SET 20s ea DEVICE | 03 OTC | 639.11 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8954-68 | ABBOTT (HEMA BLOOD 80-SL W/DRIP) SET 48s ea DEVICE | 03 OTC | 796.29 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9136-48 | ABBOTT (PED.MICROAGG TRANF FLTR) SET 48s ea DEVICE | 03 OTC | 237.12 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9143-68 | ABBOTT (HEMA BLOOD SET 80-SL) SET 48s ea DEVICE | 03 OTC | 672.60 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9149-58 | ABBOTT (HEMA Y-TYPE 100-SL W/DR) SET 48s ea DEVICE | 03 OTC | 825.36 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____     Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

**Confidential**

**Red Book 00364**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-9153-58 | ABBOTT (HEMA BLOOD Y-TYPE100-SL) SET 48s ea DEVICE | 03 | OTC | 884.64 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9155-68 | ABBOTT (HEMA Y-TYPE 80-SL NV) SET 48s ea DEVICE | 03 | OTC | 807.12 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9165-58 | ABBOTT (HEMA Y 100-SL W/PMP NV) SET 48s ea DEVICE | 03 | OTC | 943.92 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9243-48 | ABBOTT (MICRODRP IV MICRO PMP,V) SET 48s ea DEVICE | 03 | OTC | 788.31 | | .00 | 0.00 | .00 | 04/04/94 |
| 00074-9244-68 | ABBOTT (MICRODRP MICROPMP W/I-H) SET 24s ea DEVICE | 03 | OTC | 513.00 | | .00 | 0.00 | .00 | 04/04/94 |
| 00074-9252-68 | ABBOTT (NITRO MICRO PMP I.V. SET) SET 24s ea DEVICE | 03 | OTC | 507.59 | | .00 | 0.00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.
☐ OK as is        ☐ OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00365**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| NDC | Description | | Class | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-9264-01 | ABBOTT (HEMA HEMOSET MICRO PUMP) SET 24s ea DEVICE | | 03 OTC | 499.04 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-9289-68 | ABBOTT (MICRODRIP MICRO PUMP-SL) SET 24s ea DEVICE | | 03 OTC | 545.21 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-6143-02 | ACETIC ACID (AQUALITE) SOL IR 0.25% 250 ml, 12s ea ACETIC ACID | AT | 02 RX | 233.42 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6143-09 | ACETIC ACID (AQUALITE) SOL IR 0.25% 1000 ml, 12s ea ACETIC ACID | AT | 02 RX | 273.89 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8021-02 | ADI STERILE EMPTY VIAL ACC 60s ea DEVICE | | 03 RX | 319.91 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8021-05 | ADI STERILE EMPTY VIAL ACC 60s ea DEVICE | | 03 RX | 401.14 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature                                          Date

**Confidential**                                   **Red Book 00366**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600543500

| | | | AWP | | | | |
|---|---|---|---|---|---|---|---|
| 00074-0021-10 | ADI STERILE EMPTY VIAL<br>ACC<br>60s ea<br>DEVICE | 03 RX | 400.94 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3772-04 | ALCOHOL ABSOLUTE<br>(AMP)<br>INJ IJ<br>1 ml, 25s ea<br>ALCOHOL, ETHYL | 02 RX | 327.45 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8060-03 | AMIDATE<br>(ABBOJECT W/LUER LOCK)<br>INJ IJ 2 MG/ML<br>20 ml, 10s ea<br>ETOMIDATE | 01 RX | 285.00 | .00 | 0.00 | .00 | 04/08/96 |
| 00074-8060-19 | AMIDATE<br>(ABBOJECT)<br>INJ IJ 2 MG/ML<br>20 ml, 10s ea<br>ETOMIDATE | 01 RX | 271.23 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-8060-29 | AMIDATE<br>(ABBOJECT, LIFESHIELD)<br>INJ IJ 2 MG/ML<br>20 ml, 10s ea<br>ETOMIDATE | 01 RX | 285.00 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-8061-01 | AMIDATE<br>(AMP)<br>INJ IJ 2 MG/ML<br>20 ml, 5s ea<br>ETOMIDATE | 01 RX | 134.07 | .00 | 0.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

Signature

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228      Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. -R10
ABBOTT PARK IL  60643500

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-8062-01 | AMIDATE<br>(AMP)<br>INJ IJ   2 MG/ML<br>10 ml,5s ea<br>ETOMIDATE | | | | 01 RX | 117.09 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-1955-01 | AMIKACIN SULFATE<br>(VIAL, FLIPTOP)<br>INJ IJ  50 MG/ML<br>2 ml, 10s ea<br>AMIKACIN SULFATE | AP | 02 RX | 860.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2434-03 | AMIKACIN SULFATE<br>(ADD-VANTAGE)<br>INJ IJ  62.5 MG/ML<br>8 ml, 25s ea<br>AMIKACIN SULFATE | AP | 02 RX | 2711.95 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1956-01 | AMIKACIN SULFATE<br>(VIAL, FLIPTOP)<br>INJ IJ  250 MG/ML<br>2 ml, 10s ea<br>AMIKACIN SULFATE | AP | 02 RX | 1047.38 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1957-01 | AMIKACIN SULFATE<br>(VIAL, FLIPTOP)<br>INJ IJ  250 MG/ML<br>4 ml, 10s ea<br>AMIKACIN SULFATE | AP | 02 RX | 2132.16 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1958-01 | AMIKACIN SULFATE<br>(ABBOJECT)<br>INJ IJ  250 MG/ML<br>2 ml, 10s ea<br>AMIKACIN SULFATE | AP | 02 RX | 1159.59 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____      Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

**Confidential**

**Red Book 00368**

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| NDC | Description | | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3212-02 | AMIKACIN SULFATE (VIAL, PHARM BULK PKG) INJ IJ 250 MG/ML 50 ml ea AMIKACIN SULFATE | AP | 02 | RX | 1066.08 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4346-73 | AMINOCAPROIC ACID (VIAL, FLIPTOP) INJ IJ 250 MG/ML 20 ml, 25s ea AMINOCAPROIC ACID | AP | 02 | RX | 184.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4906-19 | AMINOPHYLLINE (ABBOJECT) INJ IJ 25 MG/ML 20 ml, 10s ea AMINOPHYLLINE | AP | 02 | RX | 173.14 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4909-18 | AMINOPHYLLINE (ABBOJECT) INJ IJ 25 MG/ML 10 ml, 10s ea AMINOPHYLLINE | AP | 02 | RX | 163.16 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5921-01 | AMINOPHYLLINE (VIAL, FLIPTOP) INJ IJ 25 MG/ML 10 ml, 25s ea AMINOPHYLLINE | AP | 02 | RX | 62.94 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5922-01 | AMINOPHYLLINE (VIAL, FLIPTOP) INJ IJ 25 MG/ML 20 ml, 25s ea AMINOPHYLLINE | AP | 02 | RX | 87.28 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is        ☐ OK with changes

Signature _____        Date _____

**Confidential**

**Red Book 00369**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D0-R10
ABBOTT PARK IL 600643500

| NDC | Product | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7385-01 | AMINOPHYLLINE (AMP) INJ IJ 25 MG/ML 10 ml, 25s ea AMINOPHYLLINE | AP | 02 RX | 56.11 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7386-01 | AMINOPHYLLINE (AMP) INJ IJ 25 MG/ML 20 ml, 25s ea AMINOPHYLLINE | AP | 02 RX | 70.36 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2989-05 | AMINOSYN INJ IJ 3.5% 1000 ml, 6s ea AMINO ACIDS | | 01 RX | 369.65 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4154-05 | AMINOSYN INJ IJ 3.5% 1000 ml, 6s ea AMINO ACIDS | | 01 RX | 386.89 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2990-03 | AMINOSYN INJ IJ 5% 500 ml, 12s ea AMINO ACIDS | | 01 RX | 674.88 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2990-05 | AMINOSYN INJ IJ 5% 1000 ml, 6s ea AMINO ACIDS | | 01 RX | 660.20 | .00 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

_____   _____
Signature                           Date

**Confidential**

**Red Book 00370**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1766

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| Product | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-2992-03 | AMINOSYN INJ IJ 7% 500 ml, 12s ea AMINO ACIDS | 01 RX | 712.29 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2996-01 | AMINOSYN (TPN KIT) INJ IJ 7% 500 ml, 3s ea AMINO ACIDS | 01 RX | 317.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4041-01 | AMINOSYN (TPN KIT) INJ IJ 8.5% 500 ml, 3s ea AMINO ACIDS | 01 RX | 333.88 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5855-03 | AMINOSYN INJ IJ 8.5% 500 ml, 12s ea AMINO ACIDS | 01 RX | 966.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5855-05 | AMINOSYN INJ IJ 8.5% 1000 ml, 6s ea AMINO ACIDS | 01 RX | 967.15 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2991-03 | AMINOSYN INJ IJ 10% 500 ml, 12s ea AMINO ACIDS | 01 RX | 1103.81 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Confidential

Red Book 00371

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1766

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-2991-05 | AMINOSYN<br>INJ IJ   10%<br>1000 ml, 6s ea<br>AMINO ACIDS | 01 RX | 1050.72 | .00 | 0.00 | .00 | .00 | 04/03/95 |
| 00074-1108-03 | AMINOSYN HBC<br>INJ IJ   7%<br>500 ml, 12s ea<br>AMINO ACIDS | 01 RX | 957.74 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-1108-05 | AMINOSYN HBC<br>INJ IJ   7%<br>1000 ml, 6s ea<br>AMINO ACIDS | 01 RX | 958.10 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-1083-05 | AMINOSYN II<br>INJ IJ   3.5%<br>1000 ml, 6s ea<br>AMINO ACIDS | 01 RX | 660.20 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-1086-03 | AMINOSYN II<br>INJ IJ   7%<br>500 ml, 12s ea<br>AMINO ACIDS | 01 RX | 912.29 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-1088-03 | AMINOSYN II<br>INJ IJ   8.5%<br>500 ml, 12s ea<br>AMINO ACIDS | 01 RX | 966.86 | .00 | 0.00 | .00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

**Confidential**

**Red Book 00372**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| Product Code | Description | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-10BB-05 | AMINOSYN II<br>INJ IJ 8.5%<br>1000 ml, 6s ea<br>AMINO ACIDS | 01 | RX | 967.15 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1090-03 | AMINOSYN II<br>INJ IJ 10%<br>500 ml, 12s ea<br>AMINO ACIDS | 01 | RX | 1103.81 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1090-05 | AMINOSYN II<br>INJ IJ 10%<br>1000 ml, 6s ea<br>AMINO ACIDS | 01 | RX | 1050.72 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-7121-07 | AMINOSYN II<br>(BULK PACKAGE)<br>INJ IJ 10%<br>2000 ml, 6s ea<br>AMINO ACIDS | 01 | RX | 2206.54 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7122-07 | AMINOSYN II<br>(BULK PACKAGE)<br>INJ IJ 15%<br>2000 ml, 6s ea<br>AMINO ACIDS | 01 | RX | 3309.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7756-29 | AMINOSYN II 3.5% W/ELEC, 25% DEX W/<br>INJ IJ<br>1000 ml, 6s ea<br>AMINO ACIDS/DEXTROSE/ELECT | 01 | RX | 680.86 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

_____     _____
Signature                     Date

**Confidential**          **Red Book 00373**

# RED BOOK
## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By:09/27/96
Contact Name:HARRY ADAMS
Contact Phone:(800) 222-6883

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax(201) 358-1756

| NDC | Description | | Qty | Type | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7753-29 | AMINOSYN II 4.25% W/ELEC, 20% DEX W | INJ IJ<br>1000 ml, 6s ea<br>AMINO ACIDS/DEXTROSE/ELECT | 01 | RX | 691.91 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7757-29 | AMINOSYN II 4.25% W/ELEC, 25% DEX W | INJ IJ<br>1000 ml, 6s ea<br>AMINO ACIDS/DEXTROSE/ELECT | 01 | RX | 713.21 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7700-29 | AMINOSYN II W/DEXTROSE | INJ IJ  3.5%-25%<br>1000 ml, 6s ea<br>AMINO ACIDS/DEXTROSE | 01 | RX | 633.27 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7701-29 | AMINOSYN II W/DEXTROSE | INJ IJ  3.5%-5%<br>1000 ml, 6s ea<br>AMINO ACIDS/DEXTROSE | 01 | RX | 567.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7740-29 | AMINOSYN II W/DEXTROSE | INJ IJ  3.5%-5%<br>1000 ml, 6s ea<br>AMINO ACIDS/DEXTROSE | 01 | RX | 596.29 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7742-29 | AMINOSYN II W/DEXTROSE | INJ IJ  4.25%-10%<br>1000 ml, 6s ea<br>AMINO ACIDS/DEXTROSE | 01 | RX | 677.37 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00374**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| NDC | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-7751-29 | AMINOSYN II W/DEXTROSE<br>INJ IJ 4.25%-10%<br>1000 ml. 6s ea<br>AMINO ACIDS/DEXTROSE | 01 RX | 646.38 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7752-29 | AMINOSYN II W/DEXTROSE<br>INJ IJ 4.25%-20%<br>1000 ml. 6s ea<br>AMINO ACIDS/DEXTROSE | 01 RX | 652.22 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7702-29 | AMINOSYN II W/DEXTROSE<br>INJ IJ 4.25%-25%<br>1000 ml. 6s ea<br>AMINO ACIDS/DEXTROSE | 01 RX | 656.93 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7744-29 | AMINOSYN II W/DEXTROSE<br>INJ IJ 5%-25%<br>1000 ml. 6s ea<br>AMINO ACIDS/DEXTROSE | 01 RX | 749.69 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1089-03 | AMINOSYN II W/ELECTROLYTES<br>INJ IJ<br>500 ml. 12s ea<br>AMINO ACIDS/ELECT | 01 RX | 957.60 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4183-01 | AMINOSYN W/ELECTROLYTES<br>(TPN KIT)<br>INJ IJ<br>500 ml. 3s ea<br>AMINO ACIDS/ELECT | 01 RX | 357.14 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2224   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.   D-R10
ABBOTT PARK IL   600443500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | |
|---|---|---|---|---|---|---|
| 00074-4343-01 | AMINOSYN W/ELECTROLYTES (KIT) INJ IJ 500 ml, 3s ea AMINO ACIDS/ELECT | 01 RX | 332.24 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5852-03 | AMINOSYN W/ELECTROLYTES INJ IJ 500 ml, 12s ea AMINO ACIDS/ELECT | 01 RX | 968.45 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5856-03 | AMINOSYN W/ELECTROLYTES INJ IJ 500 ml, 12s ea AMINO ACIDS/ELECT | 01 RX | 1015.31 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5856-05 | AMINOSYN W/ELECTROLYTES INJ IJ 1000 ml, 6s ea AMINO ACIDS/ELECT | 01 RX | 1015.17 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7217-03 | AMINOSYN-HF INJ IJ 8% 500 ml, 12s ea AMINO ACIDS | 01 RX | 1451.36 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1616-02 | AMINOSYN-PF INJ IJ 7% 250 ml, 12s ea AMINO ACIDS | 01 RX | 693.83 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

# RED BOOK
## Product Listing Verification

■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| Product Number | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1616-03 | AMINOSYN-PF | INJ IJ 7% 500 ml, 12s ea AMINO ACIDS | 01 RX | 925.54 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1617-05 | AMINOSYN-PF | INJ IJ 10% 1000 ml, 6s ea AMINO ACIDS | 01 RX | 1094.76 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4072-02 | AMINOSYN-RF | INJ IJ 5.2% 300 ml, 12s ea AMINO ACIDS | 01 RX | 1183.32 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6043-01 | AMMONIUM CHLORIDE (VIAL, FLIPTOP) INJ IJ 5 MEQ/ML 20 ml, 25s ea AMMONIUM CHLORIDE | | 02 RX | 127.66 | .00 | 0.00 | .00 | 04/01/96 |
| 00087-3131-16 | ANCEF (VIAL) PDI IJ 500 MG 25s ea CEFAZOLIN SODIUM | AP | 01 RX | 46.91 | .00 | 0.00 | .00 | 04/01/96 |
| 00087-3130-01 | ANCEF (VIAL) PDI IJ 1 GM 10s ea CEFAZOLIN SODIUM | AP | 01 RX | 37.41 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____    Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

**Confidential**

**Red Book 00377**

# *RED BOOK*
## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| Product No. | Description | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00007-3130-16 | ANCEF<br>(VIAL)<br>PDI IJ   1 GM<br>25s ea<br>CEFAZOLIN SODIUM | AP | 01 RX | 93.52 | .00 | 0.00 | .00 | 04/01/96 |
| 00007-3137-05 | ANCEF<br>(P.B.)<br>PDI IJ   1 GM<br>10s ea<br>CEFAZOLIN SODIUM | AP | 01 RX | 48.45 | .00 | 0.00 | .00 | 04/01/96 |
| 00007-3136-05 | ANCEF<br>(VIAL, BULK)<br>PDI IJ   5 GM<br>10s ea<br>CEFAZOLIN SODIUM | AP | 01 RX | 187.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00007-3135-05 | ANCEF<br>(VIAL, BULK)<br>PDI IJ  10 GM<br>10s ea<br>CEFAZOLIN SODIUM | AP | 01 RX | 374.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1967-04 | ANTICOAGULANT CITRATE PHOSPHATE DEX<br>INJ IJ<br>500 ml, 6s ea<br>CITRATE PHOSPHATE DEXTROSE | | 01 RX | 157.04 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7897-15 | ATROPINE SULFATE<br>(ABBOJECT, 21GX-1/2)<br>INJ IJ  0.05 MG/ML<br>5 ml, 10s ea<br>ATROPINE SULFATE | | 02 RX | 101.41 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
□ OK as is    □ OK with changes

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

**Confidential**

Red Book 00378

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-610
ABBOTT PARK IL 600&43500

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4910-15 | ATROPINE SULFATE<br>(ABBOJECT, 21GX1-1/2)<br>INJ IJ  0.1 MG/ML<br>5 ml, 10s ea<br>ATROPINE SULFATE | | 02 RX | 128.25 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4910-34 | ATROPINE SULFATE<br>(ABBOJECT, LIFESHIELD)<br>INJ IJ  0.1 MG/ML<br>5 ml, 10s ea<br>ATROPINE SULFATE | | 02 RX | 142.26 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4911-18 | ATROPINE SULFATE<br>(ABBOJECT, 21GX1-1/2)<br>INJ IJ  0.1 MG/ML<br>10 ml, 10s ea<br>ATROPINE SULFATE | | 02 RX | 132.41 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4911-34 | ATROPINE SULFATE<br>(LIFESHIELD, 21GX1-1/2)<br>INJ IJ  0.1 MG/ML<br>10 ml, 10s ea<br>ATROPINE SULFATE | | 02 RX | 146.42 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6020-25 | BACTOCILL<br>(VIAL)<br>PDI IJ  500 MG<br>10s ea<br>OXACILLIN SODIUM | AP | 01 RX | 25.53 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6025-07 | BACTOCILL<br>(ADD-VANTAGE)<br>PDI IJ  1 GM<br>10s ea<br>OXACILLIN SODIUM | AP | 01 RX | 42.39 | .00 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is     ☐ OK with changes

Signature _____     Date _____

**Confidential**

Red Book 00379

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 60064-3500

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00029-6025-22 | BACTOCILL (VIAL) PDI IJ 1 GM 10s ea OXACILLIN SODIUM | AP | 01 | RX | 38.71 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6028-07 | BACTOCILL (ADD-VANTAGE) PDI IJ 2 GM 10s ea OXACILLIN SODIUM | AP | 01 | RX | 66.14 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6028-21 | BACTOCILL (P.B.) PDI IJ 2 GM 10s ea OXACILLIN SODIUM | AP | 01 | RX | 77.90 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6028-27 | BACTOCILL (VIAL) PDI IJ 2 GM 10s ea OXACILLIN SODIUM | AP | 01 | RX | 62.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6030-26 | BACTOCILL (VIAL) PDI IJ 4 GM 10s ea OXACILLIN SODIUM | AP | 01 | RX | 116.61 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6032-21 | BACTOCILL (VIAL, BULK) PDI IJ 10 GM 10s ea OXACILLIN SODIUM | AP | 01 | RX | 296.16 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

**Confidential**

**Red Book 00380**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD  RD-R18
ABBOTT PARK IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| Code | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-3911-03 | BALANCED SALT SOLUTION<br>SOL IR<br>500 ml 12s ea<br>BALANCED SALT SOLUTION | EE | | 300.48 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4122-01 | BRACHIAL PLEXUS TRAY<br>(ANESTHESIA TRAY)<br>SET IJ<br>10s ea<br>BUPIV/EPI/LIDO | AP | 01 RX | 454.46 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9263-01 | BRETYLIUM TOSYLATE<br>(AMP)<br>INJ IJ  50 MG/ML<br>10 ml 5s ea<br>BRETYLIUM TOSYLATE | AP | 02 RX | 175.57 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9267-18 | BRETYLIUM TOSYLATE<br>(ABBOJECT)<br>INJ IJ  50 MG/ML<br>10 ml 10s ea<br>BRETYLIUM TOSYLATE | AP | 02 RX | 372.52 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9268-01 | BRETYLIUM TOSYLATE<br>(VIAL, FLIPTOP)<br>INJ IJ  50 MG/ML<br>10 ml 5s ea<br>BRETYLIUM TOSYLATE | AP | 02 RX | 175.57 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7638-62 | BRETYLIUM TOSYLATE/DEXTROSE<br>INJ IJ  200 MG/100 ML-5%<br>250 ml 24s ea<br>BRETYLIUM TOSYLATE/DEXTROSE | AP | 02 RX | 934.80 | .00 | 0.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.
□ OK as is    □ OK with changes

Signature _____   Date _____

**Confidential**          **Red Book 00381**