# Exhibit 140 Continued

# RED BOOK
## Product Listing Verification

**ABBOTT HOSPITAL PRODUCTS**

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

| NDC | Description | | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7639-62 | BRETYLIUM TOSYLATE/DEXTROSE<br>INJ IJ 400 MG/100 ML-5%<br>250 ml,24s ea<br>BRETYLIUM/DEXTROSE | AP | 02 | RX | 1888.41 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-1158-01 | BUPIVACAINE HCL<br>(AMP)<br>INJ IJ  0.25%<br>30 ml,5s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 34.62 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1158-02 | BUPIVACAINE HCL<br>(AMP)<br>INJ IJ  0.25%<br>50 ml,25s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 288.27 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1159-01 | BUPIVACAINE HCL<br>(VIAL)<br>INJ IJ  0.25%<br>10 ml,25s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 111.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1159-02 | BUPIVACAINE HCL<br>(VIAL)<br>INJ IJ  0.25%<br>30 ml,25s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 168.63 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1160-01 | BUPIVACAINE HCL<br>(VIAL, FLIPTOP)<br>INJ IJ  0.25%<br>50 ml,25s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 263.03 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is      ☐ OK with changes

Signature _____

Date _____

**Confidential**

**Red Book 00382**

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1B
ABBOTT PARK IL 600643500

Please Respond By:09/27/96
Contact Name:HARRY ADAMS
Contact Phone:(800) 222-6883

| Catalog No. | Description | | | | | | Date |
|---|---|---|---|---|---|---|---|
| 00074-4272-01 | BUPIVACAINE HCL (AMP, STERILE) INJ IJ 0.25% 20 ml,5s,ea BUPIVACAINE HYDROCHLORIDE | AP | 02 RX | 50.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5749-22 | BUPIVACAINE HCL (ABBOJECT W/MALE ADAPTER) INJ IJ 0.25% 50 ml,10s,ea BUPIVACAINE HYDROCHLORIDE | AP | 02 RX | 148.68 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1161-01 | BUPIVACAINE HCL (AMP) INJ IJ 0.5% 30 ml,5s,ea BUPIVACAINE HYDROCHLORIDE | AP | 02 RX | 35.39 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1162-01 | BUPIVACAINE HCL (VIAL) INJ IJ 0.5% 10 ml,25s,ea BUPIVACAINE HYDROCHLORIDE | AP | 02 RX | 118.45 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1162-02 | BUPIVACAINE HCL (VIAL) INJ IJ 0.5% 30 ml,25s,ea BUPIVACAINE HYDROCHLORIDE | AP | 02 RX | 170.41 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1163-01 | BUPIVACAINE HCL (VIAL, FLIPTOP) INJ IJ 0.5% 50 ml,25s,ea BUPIVACAINE HYDROCHLORIDE | AP | 02 RX | 274.31 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

Signature _____     Date _____

**Confidential**                     **Red Book 00383**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-610
ABBOTT PARK IL 60064-3500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-8026-01 | LIDOCAINE HCL (ABBOJECT) 1% INJ IJ 1% 5 ml, 10s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 113.29 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4056-01 | LIDOCAINE HCL (AMP) INJ IJ 1.5% 20 ml, 5s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 31.29 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4776-01 | LIDOCAINE HCL (AMP) INJ IJ 1.5% 20 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 221.47 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4277-01 | LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 2% 20 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 58.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4277-02 | LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 2% 50 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 84.61 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4282-01 | LIDOCAINE HCL (AMP) INJ IJ 2% 2 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 39.48 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

_____   _____
Signature                          Date

**Confidential**

**Red Book 00384**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1766

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 60064-3500

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4282-02 | LIDOCAINE HCL (AMP) INJ IJ 2X 10 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 RX | 65.91 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4903-15 | LIDOCAINE HCL (ABBOJECT, 21GX1-1/2) INJ IJ 2X 5 ml, 10s ea LIDOCAINE HYDROCHLORIDE | AP | 02 RX | 109.73 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4903-34 | LIDOCAINE HCL (ABBOJECT, 21GX1-1/2) INJ IJ 2X 5 ml, 10s ea LIDOCAINE HYDROCHLORIDE | AP | 02 RX | 123.74 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4923-15 | LIDOCAINE HCL (ABBOJECT, 25GX5/8) INJ IJ 2X 5 ml, 10s ea LIDOCAINE HYDROCHLORIDE | AP | 02 RX | 109.73 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8027-01 | LIDOCAINE HCL (ABBOJECT) INJ IJ 2X 5 ml, 10s ea LIDOCAINE HYDROCHLORIDE | AP | 02 RX | 97.61 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4283-01 | LIDOCAINE HCL (AMP) INJ IJ 4X 5 ml, 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 RX | 78.38 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

_____   _____
Signature                              Date

**Confidential**

**Red Book 00385**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 07/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK IL  600643500

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-6254-01 | LIDOCAINE HCL<br>(VIAL PINTOP)<br>INJ IJ 10%<br>10 ml 25s ea<br>LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 226.81 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6217-02 | LIDOCAINE HCL<br>(VIAL PINTOP)<br>INJ IJ 20%<br>10 ml 25s ea<br>LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 413.84 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6248-01 | LIDOCAINE HCL<br>(VIAL PINTOP)<br>INJ IJ 20%<br>10 ml 25s ea<br>LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 313.20 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9784-02 | LIPOSYN II<br>(SRN)<br>INJ IJ 10%<br>50 ml 12s ea<br>FAT EMULSION | | 05 | RX | 394.73 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9786-01 | LIPOSYN II<br>INJ IJ 10%<br>200 ml 12s ea<br>FAT EMULSION | | 05 | RX | 526.82 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9786-03 | LIPOSYN II<br>INJ IJ 10%<br>500 ml 12s ea<br>FAT EMULSION | | 05 | RX | 852.15 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

Signature _____     Date _____

**Confidential**

**Red Book 00386**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(800) 222-6883

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-9786-21 | LIPOSYN II<br>INJ IJ 10Z<br>100 ml, 12s ea<br>FAT EMULSION | | 05 RX | 411.11 | | .00 | 0.00 | .00 | 04/01/96 | |
| 00074-9794-01 | LIPOSYN II<br>(W/ADMIN. SET)<br>INJ IJ 10Z<br>500 ml, 8s ea<br>FAT EMULSION | | 05 RX | 638.78 | | .00 | 0.00 | .00 | 04/01/96 | |
| 00074-9787-02 | LIPOSYN II<br>(SRN)<br>INJ IJ 20Z<br>50 ml, 12s ea<br>FAT EMULSION | | 05 RX | 517.99 | | .00 | 0.00 | .00 | 04/01/96 | |
| 00074-9789-01 | LIPOSYN II<br>INJ IJ 20Z<br>200 ml, 12s ea<br>FAT EMULSION | | 05 RX | 752.97 | | .00 | 0.00 | .00 | 04/01/96 | |
| 00074-9789-03 | LIPOSYN II<br>INJ IJ 20Z<br>500 ml, 8s ea<br>FAT EMULSION | | 05 RX | 1217.95 | | .00 | 0.00 | .00 | 04/01/96 | |
| 00074-9792-03 | LIPOSYN II<br>(W/ADMIN. SET)<br>INJ IJ 20Z<br>200 ml, 8s ea<br>FAT EMULSION | | 05 RX | 595.08 | | .00 | 0.00 | .00 | 04/01/96 | |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

_____    _____
Signature                   Date

**Confidential**

**Red Book 00387**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R18
ABBOTT PARK IL  600643500

| NDC | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-9793-01 | LIPOSYN II<br>(W/ADMIN. SET)<br>INJ IJ 20%<br>500 ml, 8s ea<br>FAT EMULSION | 05 | RX | 923.88 | .00 | 0.00 | .00 | 04/01/96 | |
| 00074-9790-01 | LIPOSYN III<br>(VIAL)<br>INJ IJ 10%<br>200 ml, 12s ea<br>FAT EMULSION | 05 | RX | 496.76 | .00 | 0.00 | .00 | 04/01/96 | |
| 00074-9790-03 | LIPOSYN III<br>(VIAL)<br>INJ IJ 10%<br>500 ml, 12s ea<br>FAT EMULSION | 05 | RX | 803.84 | .00 | 0.00 | .00 | 04/01/96 | |
| 00074-9790-21 | LIPOSYN III<br>(VIAL, 100/200 ML)<br>INJ IJ 10%<br>100 ml, 12s ea<br>FAT EMULSION | 05 | RX | 526.82 | .00 | 0.00 | .00 | 04/01/96 | |
| 00074-9791-01 | LIPOSYN III<br>INJ IJ 20%<br>200 ml, 12s ea<br>FAT EMULSION | 05 | RX | 710.22 | .00 | 0.00 | .00 | 04/01/96 | |
| 00074-9791-03 | LIPOSYN III<br>(VIAL)<br>INJ IJ 20%<br>500 ml, 12s ea<br>FAT EMULSION | 05 | RX | 1170.92 | .00 | 0.00 | .00 | 04/01/96 | |

Instructions: Please make corrections directly on this printout.
☐ OK as is      ☐ OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00388**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1766

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D6-R10
ABBOTT PARK IL 600643500

| | | | | | | |
|---|---|---|---|---|---|---|
| 00074-7419-03 | LMD W/0.9% SODIUM CHLORIDE<br>INJ IJ 10%<br>500 al. 12s ea<br>DEXTRAN | 01 RX | 1549.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7418-03 | LMD W/5% DEXTROSE<br>INJ IJ 10%<br>500 al. 12s ea<br>DEXTRAN | 01 RX | 1549.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4786-01 | LOCAL INFILTRATION W/LIDOCAINE<br>(20 GAUGE, 2" NDL)<br>INJ IJ .4%<br>20 al. 40s ea<br>LIDOCAINE HYDROCHLORIDE | AP 02 RX | 280.13 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6776-01 | LORAZEPAM<br>(HYPAK SYRINGE)<br>INJ IJ 2 MG/ML<br>1 al. 25s ea<br>LORAZEPAM | AP 02 CIV | 291.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6778-01 | LORAZEPAM<br>(VIAL, FLIPTOP)<br>INJ IJ 2 MG/ML<br>1 al. 25s ea<br>LORAZEPAM | AP 02 CIV | 259.47 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6780-01 | LORAZEPAM<br>(VIAL, FLIPTOP)<br>INJ IJ 2 MG/ML<br>1 al. 25s ea<br>LORAZEPAM | AP 02 CIV | 1945.13 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00389**

# RED BOOK

## Product Listing Verification

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| Code | Description | | | Price | | | | Date |
|------|-------------|---|---|-------|---|---|---|------|
| 00074-6777-01 | LORAZEPAM<br>(HYPAK SYRINGE)<br>INJ 1J 4 MG/ML<br>1 ml, 25s ea<br>LORAZEPAM | AP | 02 | CIV | 356.55 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6779-01 | LORAZEPAM<br>(VIAL, FLIPTOP)<br>INJ 1J 4 MG/ML<br>1 ml, 25s ea<br>LORAZEPAM | AP | 02 | CIV | 291.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6781-01 | LORAZEPAM<br>(VIAL, FLIPTOP)<br>INJ 1J 4 MG/ML<br>10 ml, 25s ea<br>LORAZEPAM | AP | 02 | CIV | 2593.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1001-01 | LTA II<br>KIT NM 4%<br>24s ea<br>LIDOCAINE HYDROCHLORIDE | | 03 | RX | 363.38 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4823-01 | LUMBAR PUNCTURE<br>(ADULT,18G,3-1/2" NEEDLE)<br>SET<br>10s ea<br>DEVICE | | 03 | RX | 354.47 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4824-01 | LUMBAR PUNCTURE<br>(ADULT,20G,3-1/2" NEEDLE)<br>SET<br>10s ea<br>DEVICE | | 03 | RX | 354.47 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

Signature _____     Date _____

**Confidential**

Red Book 00390

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | |
|---|---|---|---|---|---|---|
| 00074-4825-01 | LUMBAR PUNCTURE (ADULT,226,3-1/2" NEEDLE) SET 10s ea DEVICE | 03 RX | 354.47 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4826-01 | LUMBAR PUNCTURE (CHILD,226,2-1/2" NEEDLE) SET 10s ea DEVICE | 03 RX | 354.47 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4827-01 | LUMBAR PUNCTURE (INFANT,226,1-1/2"NEEDLE) SET 10s ea DEVICE | 03 RX | 343.07 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4962-01 | LUMBAR PUNCTURE (INF 226 1-1/2 W/O MAND) SET 10s ea DEVICE | 03 RX | 223.49 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4963-01 | LUMBAR PUNCTURE (INF 226 1-1/2 W/O MAND) SET 10s ea DEVICE | 03 RX | 229.07 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3760-03 | MAGNESIUM SULFATE INJ IJ 5%-4 GM/100 ML 500 ml, 125 ea DEXTROSE/MG SULF | 02 RX | 105.17 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**            **Red Book 00391**

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL   600443500

| NDC | Description | | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3760-05 | MAGNESIUM SULFATE INJ IJ 5X-4 GM/100 ML 1000 ml 6s ea DEXTROSE/MG SULF | 02 | RX | 61.99 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3760-11 | MAGNESIUM SULFATE (PARTIAL FILL) INJ IJ 5X-1 GM/100 ML 100 ml 12s ea DEXTROSE/MG SULF | 02 | RX | 92.77 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6729-03 | MAGNESIUM SULFATE INJ IJ 40 MG/ML 500 ml 24s ea MAGNESIUM SULFATE | 02 | RX | 210.33 | .00 | .00 | .00 | 04/01/96 |
| 00074-6729-09 | MAGNESIUM SULFATE INJ IJ 40 MG/ML 1000 ml 12s ea MAGNESIUM SULFATE | 02 | RX | 123.98 | .00 | .00 | .00 | 04/01/96 |
| 00074-6729-23 | MAGNESIUM SULFATE INJ IJ 40 MG/ML 100 ml 24s ea MAGNESIUM SULFATE | 02 | RX | 185.54 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6730-13 | MAGNESIUM SULFATE INJ IJ 80 MG/ML 50 ml 24s ea MAGNESIUM SULFATE | 02 | RX | 185.54 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00392**

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.—R10
ABBOTT PARK IL   600643500

| NDC | Description | | | | | Date |
|---|---|---|---|---|---|---|
| 00074-4943-01 | MAGNESIUM SULFATE (VIAL,PINTOP) INJ,IJ 125 MG/ML 8 al,25s ea MAGNESIUM SULFATE | 02 RX | 74.81 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2168-01 | MAGNESIUM SULFATE (VIAL,FLIPTOP) INJ,IJ 500 MG/ML 10 al,25s ea MAGNESIUM SULFATE | 02 RX | 50.17 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2168-02 | MAGNESIUM SULFATE (VIAL,FLIPTOP) INJ,IJ 500 MG/ML 20 al,25s ea MAGNESIUM SULFATE | 02 RX | 105.09 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2168-03 | MAGNESIUM SULFATE (VIAL,FLIPTOP) INJ,IJ 500 MG/ML 50 al,25s ea MAGNESIUM SULFATE | 02 RX | 232.16 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4075-02 | MAGNESIUM SULFATE (AMP) INJ,IJ 500 MG/ML 2 al,100s ea MAGNESIUM SULFATE | 02 RX | 181.69 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4913-15 | MAGNESIUM SULFATE (ABBOJECT,20G02-1/2) INJ,IJ 500 MG/ML 5 al,10s ea MAGNESIUM SULFATE | 02 RX | 131.10 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____    Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

**Confidential**

**Red Book 00393**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2226      Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600645000

| NDC | Description | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4914-18 | MAGNESIUM SULFATE (ABBOJECT, 20GX2-1/2) INJ IJ 500 MG/ML 10 ml 10s ea MAGNESIUM SULFATE | | 02 RX | 152.95 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-4091-01 | MANGANESE (VIAL, FLIPTOP) INJ IJ 0.1 MG/ML 10 ml 25s ea MANGANESE CHLORIDE | AP | 02 RX | 111.92 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-7712-09 | MANNITOL INJ IJ 5% 1000 ml 12s ea MANNITOL | AP | 02 RX | 649.09 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-7713-09 | MANNITOL INJ IJ 10% 1000 ml 12s ea MANNITOL | AP | 02 RX | 923.83 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-7714-03 | MANNITOL INJ IJ 15% 500 ml 12s ea MANNITOL | AP | 02 RX | 794.87 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-7715-02 | MANNITOL INJ IJ 20% 250 ml 24s ea MANNITOL | AP | 02 RX | 1394.51 | .00 | 0.00 | .00 | .00 | 04/01/96 |

_____        _____
Signature                                              Date

Instructions: Please make corrections directly on this printout.
☐ OK as is        ☐ OK with changes

**Confidential**

Red Book 00394

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600443500

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-7715-03 | MANNITOL<br>INJ IJ 20%<br>500 ml, 12s ea<br>MANNITOL | AP | 02 RX | 929.81 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4031-01 | MANNITOL<br>(VIAL, FLIPTOP)<br>INJ IJ 25%<br>50 ml, 25s ea<br>MANNITOL | AP | 02 RX | 132.41 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6030-04 | MEPERIDINE HCL<br>(VIAL, PCA)<br>INJ IJ 10 MG/ML<br>30 ml, 10s ea<br>MEPERIDINE HYDROCHLORIDE | AP | 02 CII | 164.11 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-3030-01 | METHYLDOPATE HCL<br>(VIAL, FLIPTOP)<br>INJ IJ 50 MG/ML<br>5 ml, 25s ea<br>METHYLDOPATE HYDROCHLORIDE | AP | 02 RX | 228.59 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3030-02 | METHYLDOPATE HCL<br>(VIAL, FLIPTOP)<br>INJ IJ 50 MG/ML<br>10 ml, 25s ea<br>METHYLDOPATE HYDROCHLORIDE | AP | 02 RX | 455.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3405-02 | METHYLDOPATE HCL<br>(VIAL, ADD-VANTAGE)<br>INJ IJ 50 MG/ML<br>5 ml, 25s ea<br>METHYLDOPATE HYDROCHLORIDE | AP | 02 RX | 230.38 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this pintout.

□ OK as is    □ OK with changes

Signature _____    Date _____

**Confidential**          **Red Book 00395**

# RED BOOK

## Product Listing Verification

■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228     Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R18
ABBOTT PARK  IL  600643500

| Code | Description | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-3406-02 | METHYLDOPATE HCL (VIAL, ADD-VANTAGE) INJ IJ 50 MG/ML 10 ml, 25s ea METHYLDOPATE HYDROCHLORIDE | AP | 02 RX | 456.00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3413-01 | METOCLOPRAMIDE (AMP) INJ IJ 5 MG/ML 2 ml, 25s ea METOCLOPRAMIDE HYDROCHLORIDE | AP | 02 RX | 86.69 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3414-01 | METOCLOPRAMIDE (VIAL, FLIPTOP) INJ IJ 5 MG/ML 2 ml, 25s ea METOCLOPRAMIDE HYDROCHLORIDE | AP | 02 RX | 98.56 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1217-11 | METRONIDAZOLE (U.S.P.) INJ IJ 500 MG/100 ML 100 ml, 12s ea METRONIDAZOLE | AP | 02 RX | 369.93 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7811-24 | METRONIDAZOLE (S.D.V.) INJ IJ 500 MG/100 ML 100 ml, 24s ea METRONIDAZOLE | AP | 02 RX | 729.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7811-37 | METRONIDAZOLE (LIFECARE) INJ IJ 500 MG/100 ML 100 ml, 80s ea METRONIDAZOLE | AP | 02 RX | 2431.05 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
□ OK as is     □ OK with changes

_____  Signature          _____  Date

**Confidential**

**Red Book 00396**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1O
ABBOTT PARK IL  600643500

| NDC | Description | | AP | 02 | CII | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-2028-02 | MORPHINE SULFATE<br><br>INJ IJ 0.5 MG/ML<br>30 ml 10s ea<br>MORPHINE SULFATE | | AP | 02 | CII | 153.07 | .00 | .00 | .00 | 04/03/95 |
| 00074-3814-12 | MORPHINE SULFATE<br>(VIAL,P.F., FLIPTOP)<br>INJ IJ 0.5 MG/ML<br>10 ml 5s ea<br>MORPHINE SULFATE | | AP | 02 | CII | 71.73 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4057-12 | MORPHINE SULFATE<br>(AMP,P.F.)<br>INJ IJ 0.5 MG/ML<br>10 ml 5s ea<br>MORPHINE SULFATE | | AP | 02 | CII | 65.19 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2029-02 | MORPHINE SULFATE<br><br>INJ IJ 1 MG/ML<br>30 ml 10s ea<br>MORPHINE SULFATE | | AP | 02 | CII | 197.36 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-3815-12 | MORPHINE SULFATE<br>(VIAL,P.F., FLIPTOP)<br>INJ IJ 1 MG/ML<br>10 ml 5s ea<br>MORPHINE SULFATE | | AP | 02 | CII | 76.42 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4058-12 | MORPHINE SULFATE<br>(AMP,P.F.)<br>INJ IJ 1 MG/ML<br>10 ml 5s ea<br>MORPHINE SULFATE | | AP | 02 | CII | 69.53 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

**Confidential**

**Red Book 00397**

# RED BOOK

## Product Listing Verification

■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228      Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| Product | Description | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-6023-04 | MORPHINE SULFATE (VIAL, FLIPTOP) INJ,IJ 1 MG/ML 30 ml 10s ea MORPHINE SULFATE | AP | 02 CII | 170.88 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-6028-04 | MORPHINE SULFATE (VIAL, FLIPTOP) INJ,IJ 5 MG/ML 30 ml 10s ea MORPHINE SULFATE | | 02 CII | 199.74 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-3017-12 | MORPHINE SULFATE (VIAL, FLIPTOP) INJ,IJ 10 MG/ML 10 ml 25s ea MORPHINE SULFATE | | 02 CII | 89.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3019-12 | MORPHINE SULFATE (VIAL, FLIPTOP) INJ,IJ 15 MG/ML 20 ml 25s ea MORPHINE SULFATE | | 02 CII | 116.88 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1133-03 | MORPHINE SULFATE (VIAL, FLIPTOP) INJ,IJ 25 MG/ML 20 ml ea MORPHINE SULFATE | | 02 CII | 27.31 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1133-04 | MORPHINE SULFATE (VIAL, 50 ML FLIPTOP) INJ,IJ 25 MG/ML 40 ml ea MORPHINE SULFATE | | 02 CII | 53.44 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is      ☐ OK with changes

_____
Signature

_____
Date

**Confidential**

**Red Book 00398**

# RED BOOK

## Product Listing Verification

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1133-21 | MORPHINE SULFATE<br>(VIAL, 5 ML FLIPTOP)<br>INJ IJ  25 MG/ML<br>4 ml, 5s ea<br>MORPHINE SULFATE | 02 CII | 62.94 | .00 | .00 | .00 | 04/01/96 |
| 00074-1133-22 | MORPHINE SULFATE<br>(VIAL, FLIPTOP)<br>INJ IJ  25 MG/ML<br>10 ml, 5s ea<br>MORPHINE SULFATE | 02 CII | 92.63 | .00 | .00 | .00 | 04/01/96 |
| 00074-1135-01 | MORPHINE SULFATE<br>(VIAL, 5 ML FLIPTOP,P.F.)<br>INJ IJ  25 MG/ML<br>4 ml ea<br>MORPHINE SULFATE | 02 CII | 53.44 | .00 | .00 | .00 | 04/01/96 |
| 00074-1135-02 | MORPHINE SULFATE<br>(VIAL, FLIPTOP, P.F.)<br>INJ IJ  25 MG/ML<br>10 ml ea<br>MORPHINE SULFATE | 02 CII | 93.81 | .00 | .00 | .00 | 04/01/96 |
| 00074-1135-03 | MORPHINE SULFATE<br>(VIAL, FLIPTOP, P.F.)<br>INJ IJ  25 MG/ML<br>20 ml ea<br>MORPHINE SULFATE | 02 CII | 164.59 | .00 | .00 | .00 | 04/01/96 |
| 00074-1135-04 | MORPHINE SULFATE<br>(VIAL, FLIPTOP, P.F.)<br>INJ IJ  25 MG/ML<br>50 ml ea<br>MORPHINE SULFATE | 02 CII | 395.44 | .00 | .00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

**Confidential**

**Red Book 00399**

# RED BOOK

## Product Listing Verification

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| Code | Product | | | | |
|---|---|---|---|---|---|
| 00074-6177-14 | MORPHINE SULFATE (ADD-VANTAGE) INJ IJ 25 MG/ML 4 ml 10s ea MORPHINE SULFATE | 02 CII | 167.79 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6179-14 | MORPHINE SULFATE (ADD-VANTAGE) INJ IJ 25 MG/ML 10 ml 10s ea MORPHINE SULFATE | 02 CII | 200.57 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1134-03 | MORPHINE SULFATE (VIAL, FLIPTOP) INJ IJ 50 MG/ML 20 ml ea MORPHINE SULFATE | 02 CII | 74.10 | .00 | .00 | .00 | 04/01/96 |
| 00074-1134-05 | MORPHINE SULFATE (VIAL, FLIPTOP) INJ IJ 50 MG/ML 50 ml ea MORPHINE SULFATE | 02 CII | 187.63 | .00 | .00 | .00 | 04/01/96 |
| 00074-1134-22 | MORPHINE SULFATE (VIAL, FLIPTOP) INJ IJ 50 MG/ML 10 ml 5s ea MORPHINE SULFATE | 02 CII | 198.31 | .00 | .00 | .00 | 04/01/96 |
| 00074-1463-01 | NALBUPHINE HCL (AMP) INJ IJ 10 MG/ML 1 ml 10s ea NALBUPHINE HYDROCHLORIDE | AP 02 RX | 42.99 | .00 | .00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

Signature _____     Date _____

**Confidential**

**Red Book 00400**

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228     Fax(201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1B
ABBOTT PARK IL 600643500

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1464-01 | NALBUPHINE HCL (VIAL, FLIPTOP) INJ IJ 10 MG/ML 10 ml.25s ea NALBUPHINE HYDROCHLORIDE | AP | 02 | RX | 703.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1465-01 | NALBUPHINE HCL (AMP) INJ IJ 20 MG/ML 1 ml.10s ea NALBUPHINE HYDROCHLORIDE | AP | 02 | RX | 52.84 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1467-01 | NALBUPHINE HCL (VIAL, FLIPTOP) INJ IJ 20 MG/ML 10 ml.25s ea NALBUPHINE HYDROCHLORIDE | AP | 02 | RX | 1080.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6370-25 | NALLPEN (VIAL) PDI IJ 500 MG 10s ea NAFCILLIN SODIUM | AP | 05 | RX | 21.85 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6372-07 | NALLPEN (ADD-VANTAGE) PDI IJ 1 GM 10s ea NAFCILLIN SODIUM | AP | 05 | RX | 30.00 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6372-22 | NALLPEN (VIAL) PDI IJ 1 GM 10s ea NAFCILLIN SODIUM | AP | 05 | RX | 34.32 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____     Date _____

Instructions: Please make corrections directly on this printout.

☐ OK as is      ☐ OK with changes

**Confidential**

**Red Book 00401**

anything# noturn

---

**RED BOOK**

**Product Listing Verification**

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  60064350

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| NDC | Description | | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00029-6374-07 | NALLPEN (ADD-VANTAGE) PDI IJ 2 GM 10s ea NAFCILLIN SODIUM | AP | 05 | RX | 69.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6374-21 | NALLPEN (P.B.) PDI IJ 2 GM 10s ea NAFCILLIN SODIUM | AP | 05 | RX | 72.32 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6374-27 | NALLPEN (VIAL) PDI IJ 2 GM 10s ea NAFCILLIN SODIUM | AP | 05 | RX | 66.14 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6376-21 | NALLPEN (BULK VIAL) PDI IJ 10 GM 10s ea NAFCILLIN SODIUM | AP | 05 | RX | 272.41 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1211-01 | NALOXONE HCL (AMP) INJ IJ 0.02 MG/ML 2 ml 10s ea NALOXONE HYDROCHLORIDE | AP | 02 | RX | 92.15 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1216-01 | NALOXONE HCL (VIAL, FLIPTOP) INJ IJ 0.02 MG/ML 2 ml 10s ea NALOXONE HYDROCHLORIDE | AP | 02 | RX | 101.65 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

Signature _____    Date _____

**Confidential**          **Red Book 00402**

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1212-01 | NALOXONE HCL (AMP) INJ IJ 0.4 MG/ML 1 ml, 10s ea NALOXONE HYDROCHLORIDE | AP | 02 | RX | 100.15 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1213-01 | NALOXONE HCL (HYPAK) INJ IJ 0.4 MG/ML 1 ml, 25s ea NALOXONE HYDROCHLORIDE | AP | 02 | RX | 338.44 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1215-01 | NALOXONE HCL (VIAL, FLIPTOP) INJ IJ 0.4 MG/ML 1 ml, 10s ea NALOXONE HYDROCHLORIDE | AP | 02 | RX | 106.52 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1219-01 | NALOXONE HCL (VIAL, FLIPTOP) INJ IJ 0.4 MG/ML 10 ml, 25s ea NALOXONE HYDROCHLORIDE | AP | 02 | RX | 1788.67 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3722-01 | NEOSTIGMINE METHYLSULFATE (VIAL, FLIPTOP) INJ IJ 0.5 MG/ML 10 ml, 10s ea NEOSTIGMINE METHYLSULFATE | | 02 | RX | 90.84 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3723-01 | NEOSTIGMINE METHYLSULFATE (VIAL, FLIPTOP) INJ IJ 1 MG/ML 10 ml, 10s ea NEOSTIGMINE METHYLSULFATE | | 02 | RX | 116.02 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____    Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

# RED BOOK®

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 07/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 60064-3500

| NDC | Product | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4782-01 | NERVE BLOCK TRAY W/LIDOCAINE INJ IJ 1.5% 20 ml, 10s ea LIDOCAINE HYDROCHLORIDE | EE | 02 | RX | 448.88 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6609-02 | NEUT (ADD-VANTAGE) INJ IJ 4% 5 ml, 25s ea SODIUM BICARBONATE | AP | 01 | RX | 146.66 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4104-01 | NITROGLYCERIN (VIAL, FLIPTOP) INJ IJ 5 MG/ML 10 ml, 25s ea NITROGLYCERIN | AP | 02 | RX | 1028.67 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4107-01 | NITROGLYCERIN (VIAL, FLIPTOP) INJ IJ 5 MG/ML 5 ml, 25s ea NITROGLYCERIN | AP | 02 | RX | 772.47 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3024-01 | NITROPRESS (M.D.V.) PDI IJ 50 MG 1s ea SODIUM NITROPRUSSIDE | AP | 01 | RX | 8.47 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3034-44 | NITROPRESS (VIAL, ADD-VANTAGE) PDI IJ 50 MG 1s ea SODIUM NITROPRUSSIDE | AP | 01 | RX | 8.95 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

Signature _____    Date _____

**Confidential**                    **Red Book 00404**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| Code | Description | | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3250-01 | NITROPRESS ADVANTAGE KIT (ADD-VANTAGE) PDI IJ 50 MG 10s ea SODIUM NITROPRUSSIDE | AP | 01 | RX | 123.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7041-01 | NOREPINEPHRINE BITARTRATE (AMP) INJ IJ 1 MG/ML 4 1 10s ea NOREPINEPHRINE BITARTRATE | | 02 | RX | 158.77 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7965-03 | NORMOSOL-M W/5% DEXTROSE (LIFECARE) INJ IJ 500 ml. 24s ea DEXTROSE/ELECT | AP | 01 | RX | 440.04 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7965-09 | NORMOSOL-M W/5% DEXTROSE (LIFECARE) INJ IJ 1000 ml. 12s ea DEXTROSE/ELECT | AP | 01 | RX | 255.93 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7967-03 | NORMOSOL-R (LIFECARE) INJ IJ 500 ml. 24s ea ELECT/MIN. MULTI | | 01 | RX | 427.22 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7967-09 | NORMOSOL-R (LIFECARE) INJ IJ 1000 ml. 12s ea ELECT/MIN. MULTI | | 01 | RX | 244.53 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

Confidential

Red Book 00405

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 07/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-1570-05 | NORMOSOL-R PH 7.4 INJ IJ 1000 ml 6s ea ELECT/MIN. MULTI | 01 RX | 176.63 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7670-03 | NORMOSOL-R PH 7.4 (LIFECARE) INJ IJ 500 ml 24s ea ELECT/MIN. MULTI | 01 RX | 550.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7670-09 | NORMOSOL-R PH 7.4 (LIFECARE) INJ IJ 1000 ml 12s ea ELECT/MIN. MULTI | 01 RX | 332.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7968-09 | NORMOSOL-R w/5% DEXTROSE (LIFECARE) INJ IJ 1000 ml 12s ea DEXTROSE/ELECT | AP 01 RX | 255.36 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4417-01 | NUTRIMIX (MACRO EMPTY CONT 250 ML) ACC 50s ea DEVICE | 03 OTC | 727.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4418-01 | NUTRIMIX (MACRO EMPTY CONT 500 ML) ACC 50s ea DEVICE | 03 OTC | 749.91 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is    ☐ OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00406**

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4419-02 | NUTRIMIX (MACRO EMPTY CONT 1000ML) ACC 50s ea DEVICE | 03 OTC | 773.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4425-01 | NUTRIMIX (MACRO EMPTY CONT 2000ML) ACC 50s ea DEVICE | 03 OTC | 818.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4430-01 | NUTRIMIX (MACRO EMPTY CONT 3000ML) ACC 50s ea DEVICE | 03 OTC | 842.53 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4432-01 | NUTRIMIX (MACRO EMPTY CONT 4000ML) ACC 50s ea DEVICE | 03 OTC | 878.16 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7909-02 | NUTRIMIX (MACRO FERRLS FOR CRIMPR) ACC 1s ea DEVICE | 03 OTC | 44.12 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1968-48 | NUTRIMIX (MACRO VENTED ADAPTER) DEV 48s ea DEVICE | 03 RX | 318.06 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature                                   Date

**Confidential**                            **Red Book 00407**

# RED BOOK
## Product Listing Verification

■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600443500

| NDC | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-9099-16 | ORAL COLONIC LAVAGE<br><br>SOL PO<br>4050 ml, 3s ea<br>PEG/POT CL/SOD BICARB/SOD CL/SOD SULF | | 02 | RX | 75.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4646-01 | PANCURONIUM BROMIDE<br>(VIAL, FLIPTOP)<br>INJ IJ 1 MG/ML<br>10 ml, 25s ea<br>PANCURONIUM BROMIDE | AP | 02 | RX | 556.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4645-01 | PANCURONIUM BROMIDE<br>(AMP)<br>INJ IJ 2 MG/ML<br>2 ml, 25s ea<br>PANCURONIUM BROMIDE | AP | 02 | RX | 418.59 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4645-02 | PANCURONIUM BROMIDE<br>(AMP)<br>INJ IJ 2 MG/ML<br>5 ml, 25s ea<br>PANCURONIUM BROMIDE | AP | 02 | RX | 1044.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6517-03 | PCA CONTINUOUS INFUSION-OL<br>(MINIBORE, ANTI-SIPN VLV)<br>SET<br>24s ea<br>DEVICE | | 03 | RX | 177.84 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4831-48 | PCA INJECTOR<br><br>DEV<br>48s ea<br>DEVICE | | 03 | RX | 90.06 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is    ☐ OK with changes

_____
Signature

_____
Date

**Confidential**

**Red Book 00408**

# RED BOOK
## Product Listing Verification

**Med MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD., D-R10
ABBOTT PARK IL 600643500

Please Respond By:09/27/96
Contact Name:HARRY ADAMS
Contact Phone:(800) 222-6803

| NDC | Description | | Price | | | | Date |
|---|---|---|---|---|---|---|---|
| 00074-6516-03 | PCA LONG W/INJECTOR-OL (MINIBORE, ANTI-SIPN VLV) DEV 24s ea DEVICE | 03 RX | 183.26 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1950-07 | PCA PLUS 2 (ENHANCED) DEV 24s ea DEVICE | 03 RX | 7009.23 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3559-03 | PCA W/INJECTOR-OL (MINIBORE, ANTI-SIPN VLV) SET 24s ea DEVICE | 03 RX | 177.84 | .00 | .00 | .00 | 04/01/96 |
| 00074-4548-01 | PENTAMIDINE ISETHIONATE PDI IJ 300 MG 1 ea PENTAMIDINE ISETHIONATE | AP 02 RX | 119.21 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6864-03 | PENTHRANE SOL IH 125 ml 4s ea METHOXYFLURANE | 01 RX | 2131.71 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-6864-08 | PENTHRANE SOL IH 15 ml 20s ea METHOXYFLURANE | 01 RX | 1709.53 | .00 | 0.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**                **Red Book 00409**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| NDC | Description | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-6611-01 | PENTHRANE DISPOSABLE INHALER<br>ACC<br>24s ea<br>DEVICE | 03 | OTC | 576.56 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3351-01 | PENTOTHAL<br>(KIT)<br>PDI IJ   250 MG<br>25s ea<br>THIOPENTAL SODIUM | 01 | CIII | 256.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6241-03 | PENTOTHAL<br>(READY-TO-MIX)<br>PDI IJ   250 MG<br>25s ea<br>THIOPENTAL SODIUM | 01 | CIII | 237.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6418-01 | PENTOTHAL<br>(READY-TO-MIX)<br>PDI IJ   250 MG<br>25s ea<br>THIOPENTAL SODIUM | 01 | CIII | 232.75 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3352-01 | PENTOTHAL<br>(KIT)<br>PDI IJ   400 MG<br>25s ea<br>THIOPENTAL SODIUM | 01 | CIII | 312.31 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6246-03 | PENTOTHAL<br>(READY-TO-MIX)<br>PDI IJ   400 MG<br>25s ea<br>THIOPENTAL SODIUM | 01 | CIII | 293.31 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is    ☐ OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00410**

# RED BOOK

## Product Listing Verification

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| Code | Description | | | | | | Date |
|---|---|---|---|---|---|---|---|
| 00074-6419-01 | PENTOTHAL (READY-TO-MIX) PDI IJ 400 MG 25s ea THIOPENTAL SODIUM | 01 CIII | 288.56 | .00 | .00 | 0.00 | 04/01/96 |
| 00074-3329-01 | PENTOTHAL (KIT) PDI IJ 500 MG 25s ea THIOPENTAL SODIUM | 01 CIII | 251.16 | .00 | .00 | 0.00 | 04/01/96 |
| 00074-3353-01 | PENTOTHAL (KIT) PDI IJ 500 MG 25s ea THIOPENTAL SODIUM | 01 CIII | 349.13 | .00 | .00 | 0.00 | 04/01/96 |
| 00074-6243-01 | PENTOTHAL (READY-TO-MIX) PDI IJ 500 MG 25s ea THIOPENTAL SODIUM | 01 CIII | 330.72 | .00 | .00 | 0.00 | 04/01/96 |
| 00074-6420-01 | PENTOTHAL (READY-TO-MIX) PDI IJ 500 MG 25s ea THIOPENTAL SODIUM | 01 CIII | 322.70 | .00 | .00 | 0.00 | 04/01/96 |
| 00074-6244-01 | PENTOTHAL (KIT) PDI IJ 1 GM 25s ea THIOPENTAL SODIUM | 01 CIII | 432.55 | .00 | .00 | 0.00 | 04/01/96 |

Signature _____

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

**Confidential**

**Red Book 00411**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228      Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-610
ABBOTT PARK IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | |
|---|---|---|---|---|---|---|
| 00074-6435-01 | PENTOTHAL<br>(W/STERILE WATER COMBO)<br>25s ea<br>PDI IJ  1 GM<br>THIOPENTAL SODIUM | 01 CIII | 434.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6259-01 | PENTOTHAL<br>(KIT)<br>25s ea<br>PDI IJ  2.5 GM<br>THIOPENTAL SODIUM | 01 CIII | 958.91 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6260-01 | PENTOTHAL<br>(KIT)<br>25s ea<br>PDI IJ  2.5 GM<br>THIOPENTAL SODIUM | 01 CIII | 933.38 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6108-01 | PENTOTHAL<br>(KIT)<br>25s ea<br>PDI IJ  5 GM<br>THIOPENTAL SODIUM | 01 CIII | 1401.11 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6504-01 | PENTOTHAL<br>(KIT)<br>25s ea<br>PDI IJ  5 GM<br>THIOPENTAL SODIUM | 01 CIII | 1466.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7236-04 | PENTOTHAL<br>(ABBO-SERT)<br>1 al ea<br>SUS  RC  400 MG/GM<br>THIOPENTAL SODIUM | 01 CIII | 37.41 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is     ☐ OK with changes

_____     _____
Signature                                  Date

**Confidential**

**Red Book 00412**

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (900) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1317-01 | PHENYTOIN SODIUM (AMP) INJ IJ 50 MG/ML 2 ml 25s ea PHENYTOIN SODIUM, PROMPT | AP | 02 | RX | 63.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1317-02 | PHENYTOIN SODIUM (AMP) INJ IJ 50 MG/ML 5 ml 25s ea PHENYTOIN SODIUM, PROMPT | AP | 02 | RX | 74.81 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6141-02 | PHYSIOSOL (AQUALITE) SOL IR 250 ml 12s ea ELECT/MIN. MULTI | AT | 01 | RX | 258.64 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6141-03 | PHYSIOSOL (AQUALITE) SOL IR 500 ml 12s ea ELECT/MIN. MULTI | AT | 01 | RX | 258.64 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6141-09 | PHYSIOSOL (AQUALITE) SOL IR 1000 ml 12s ea ELECT/MIN. MULTI | AT | 01 | RX | 300.82 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7012-05 | PHYSIOSOL SOL IR 1000 ml 12s ea ELECT/MIN. MULTI | AT | 01 | RX | 96.62 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is   ☐ OK with changes

Signature _____   Date _____

Confidential

Red Book 00413

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL  600643500

| Code | Description | | | | | | Date |
|---|---|---|---|---|---|---|---|
| 00074-7969-05 | PLEGISOL  INJ  IU  1000 ml. 12s ea  CARDIOPLEGIC SOLUTION | 01 RX | 615.32 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2422-02 | PLUM LC 5000 (SPEC U/MICROBORE SL 76 )  DEV  24s ea  DEVICE | 03 RX | 383.61 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-2424-02 | PLUM LC 5000 (SOLUSET 150 ML BURET SL)  DEV  24s ea  DEVICE | 03 RX | 518.42 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-2425-02 | PLUM LC 5000 (SOLUSET BUR. 14. IN DUAL)  DEV  24s ea  DEVICE | 03 RX | 516.14 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-2427-02 | PLUM LC 5000 (NITRO MICRO-SL 107")  DEV  24s ea  DEVICE | 03 RX | 515.57 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-2507-11 | PLUM LC 5000 (INFUSER SYSTEM)  DEV  1s ea  DEVICE | 03 RX | 5438.51 | .00 | 0.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.

☐ OK as is     ☐ OK with changes

Signature                                        Date

Confidential

Red Book 00414

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. RD-R18
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| Code | Description | | | | | | Date |
|---|---|---|---|---|---|---|---|
| 00074-6426-12 | PLUM LC 5000 (PRIM-SL/104 IN DUAL/VNT) DEV 48s ea DEVICE | 03 | RX | 801.99 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-6427-12 | PLUM LC 5000 (IVX-HP/SL DUAL CHANNEL) DEV 48s ea DEVICE | 03 | RX | 1208.97 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-6432-12 | PLUM LC 5000 (PRIM-SL/104 IN DUAL/NV) DEV 48s ea DEVICE | 03 | RX | 801.99 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-6492-02 | PLUM LC 5000 (ENTRL W/INTGRL CO/105 ) DEV 24s ea DEVICE | 03 | RX | 472.82 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-6498-02 | PLUM LC 5000 (W/MB PIERC PIN/107 /IVX) DEV 24s ea DEVICE | 03 | RX | 518.36 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-9294-01 | PLUM LC 5000 (SECONDARY CONTNR SUPPRT) DEV 1s ea DEVICE | 03 | RX | 25.69 | .00 | 0.00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

Signature _____   Date _____

**Confidential**      **Red Book 00415**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-810
ABBOTT PARK IL 60064-3500

| Code | Description | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-1479-02 | PLUM LC 5000 (40 MM SCREW ETERNAL/98 ) SET 24s ea DEVICE | 03 RX | 422.94 | .00 | 0.00 | .00 | .00 | 04/04/94 |
| 00074-1735-02 | PLUM LC 5000 (MICRODRIP-SL/104 /NV) SET 24s ea DEVICE | 03 RX | 419.52 | .00 | 0.00 | .00 | .00 | 04/04/94 |
| 00074-2423-02 | PLUM LC 5000 (MICROBORE SL W/IVEX-HP) SET 24s ea DEVICE | 03 RX | 449.16 | .00 | 0.00 | .00 | .00 | 04/04/94 |
| 00074-3260-48 | PLUM LC 5000 (IV SET-SL NONVENTED) SET 48s ea DEVICE | 03 RX | 137.37 | .00 | 0.00 | .00 | .00 | 04/04/94 |
| 00074-6428-02 | PLUM LC 5000 (SLST MICRORP 150X60 BRT) SET 24s ea DEVICE | 03 RX | 513.29 | .00 | 0.00 | .00 | .00 | 04/04/94 |
| 00074-6436-02 | PLUM LC 5000 (SLST MICRORP 150ML BRT) SET 24s ea DEVICE | 03 RX | 514.43 | .00 | 0.00 | .00 | .00 | 04/04/94 |

Instructions: Please make corrections directly on this printout.
☐ OK as is      ☐ OK with changes

Signature _____     Date _____

**Confidential**

**Red Book 00416**

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

| Code | Description | | RX | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-6437-02 | PLUM LC 5000<br>(MODIF. CAP ETRNL SET/98 )<br>SET<br>24s ea<br>DEVICE | | 03 RX | 426.65 | .00 | .00 | 0.00 | 04/04/94 |
| 00074-6445-02 | PLUM LC 5000<br>(SLST W/IVX-HP/150ML BRT)<br>SET<br>24s ea<br>DEVICE | | 03 RX | 619.02 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-6446-02 | PLUM LC 5000<br>(MICRODRP SLST/50 ML BUR)<br>SET<br>24s ea<br>DEVICE | | 03 RX | 608.19 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-6480-12 | PLUM LC 5000<br>(PRIM-SL W/CAP SEC PORT)<br>SET<br>48s ea<br>DEVICE | | 03 RX | 802.36 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-9290-02 | PLUM LC 5000<br>(SOLUSET/150 ML BURET-SL)<br>SET<br>24s ea<br>DEVICE | | 03 RX | 518.42 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-9291-02 | PLUM LC 5000<br>(MICRO SOLU W/IVX/150 ML)<br>SET<br>24s ea<br>DEVICE | | 03 RX | 612.18 | .00 | 0.00 | .00 | 04/04/94 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.

☐ OK as is   ☐ OK with changes

**Confidential**

**Red Book 00417**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By 07/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D2-R10
ABBOTT PARK IL 600643500

| Code | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-9295-01 | PLUM LC 5000 (MINIPOLE) SET 1 ea DEVICE | 03 RX | 38.18 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-2427-48 | PLUMSET MICRODRIP NITROGLYCERIN-OL (107") SET 48s ea DEVICE | 03 RX | 1031.13 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2422-12 | PLUMSET SPECIALTY MICROBORE PUMP-OL (76") SET 48s ea DEVICE | 03 RX | 767.22 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3294-06 | POTASSIUM ACETATE (VIAL, FLIPTOP, BULK) INJ IJ 2 MEQ/ML 100 ml, 25s ea POTASSIUM ACETATE | 02 RX | 411.69 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3294-51 | POTASSIUM ACETATE (VIAL, FLIPTOP, BULK) INJ IJ 2 MEQ/ML 50 ml, 25s ea POTASSIUM ACETATE | 02 RX | 245.52 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8183-01 | POTASSIUM ACETATE (VIAL, FLIPTOP) INJ IJ 2 MEQ/ML 20 ml, 25s ea POTASSIUM ACETATE | 02 RX | 124.69 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

**Confidential**                    **Red Book 00418**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| Code | Product | | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7074-26 | POTASSIUM CHLORIDE INJ IJ 100 MEQ/L 100 ml, 24s ea POTASSIUM CHLORIDE | AP | 02 RX | 468.54 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7074-37 | POTASSIUM CHLORIDE INJ IJ 100 MEQ/L 100 ml, 80s ea POTASSIUM CHLORIDE | AP | 02 RX | 1560.85 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7075-14 | POTASSIUM CHLORIDE INJ IJ 200 MEQ/L 50 ml, 24s ea POTASSIUM CHLORIDE | AP | 02 RX | 468.54 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7075-26 | POTASSIUM CHLORIDE INJ IJ 200 MEQ/L 100 ml, 24s ea POTASSIUM CHLORIDE | AP | 02 RX | 468.54 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7075-36 | POTASSIUM CHLORIDE INJ IJ 200 MEQ/L 50 ml, 80s ea POTASSIUM CHLORIDE | AP | 02 RX | 1486.75 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-7075-37 | POTASSIUM CHLORIDE INJ IJ 200 MEQ/L 100 ml, 80s ea POTASSIUM CHLORIDE | AP | 02 RX | 1560.85 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00419**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| Code | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4973-01 | POTASSIUM CHLORIDE (SRN, UNIV ADDITIVE) INJ IJ 1.5 MEQ/ML 20 ml, 25s ea POTASSIUM CHLORIDE | | 02 RX | 209.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4993-19 | POTASSIUM CHLORIDE (SRN, UNIV ADDITIVE) INJ IJ 1.5 MEQ/ML 20 ml, 10s ea POTASSIUM CHLORIDE | | 02 RX | 83.72 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1497-01 | POTASSIUM CHLORIDE (VIAL, PINTOP) INJ IJ 2 MEQ/ML 10 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 RX | 136.27 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1498-01 | POTASSIUM CHLORIDE (VIAL, PINTOP) INJ IJ 2 MEQ/ML 15 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 RX | 142.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1499-01 | POTASSIUM CHLORIDE (VIAL, PINTOP) INJ IJ 2 MEQ/ML 20 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 RX | 155.56 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1513-02 | POTASSIUM CHLORIDE (VIAL, BULK) INJ IJ 2 MEQ/ML 250 ml, 12s ea POTASSIUM CHLORIDE | AP | 02 RX | 552.62 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**

Red Book 00420

# RED BOOK
## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1796

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| Code | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-3707-03 | POTASSIUM CHLORIDE (AMP) IJ INJ,IJ 2 MEQ/ML 10 ml,25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 84.31 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3934-02 | POTASSIUM CHLORIDE (AMP) IJ INJ,IJ 2 MEQ/ML 20 ml,25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 102.42 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4931-01 | POTASSIUM CHLORIDE (VIAL, PINTOP) INJ,IJ 2 MEQ/ML 5 ml,25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 89.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4932-01 | POTASSIUM CHLORIDE (VIAL, PINTOP) INJ,IJ 2 MEQ/ML 10 ml,25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 95.59 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4939-01 | POTASSIUM CHLORIDE (VIAL, PINTOP) INJ,IJ 2 MEQ/ML 20 ml,25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 97.38 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4991-01 | POTASSIUM CHLORIDE (SRN) INJ,IJ 2 MEQ/ML 5 ml,25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 193.86 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

Confidential

Red Book 00421

# *RED BOOK*

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228     Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R18
ABBOTT PARK  IL  600643500

| NDC | Description | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-4991-15 | POTASSIUM CHLORIDE (SRN) INJ,IJ  2 MEQ/ML 5 ml, 10s ea POTASSIUM CHLORIDE | AP | 02 | RX | 77.54 | | .00 | .00 | .00 | 04/01/96 |
| 00074-4992-18 | POTASSIUM CHLORIDE (SRN, UNIV ADDITIVE) INJ,IJ  2 MEQ/ML 10 ml, 10s ea POTASSIUM CHLORIDE | AP | 02 | RX | 79.68 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4994-19 | POTASSIUM CHLORIDE (SRN, UNIV ADDITIVE) INJ,IJ  2 MEQ/ML 20 ml, 10s ea POTASSIUM CHLORIDE | AP | 02 | RX | 92.51 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6635-01 | POTASSIUM CHLORIDE (VIAL, FLIPTOP, 10 ML) INJ,IJ  2 MEQ/ML 5 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 69.47 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6636-01 | POTASSIUM CHLORIDE (VIAL, FLIPTOP, 30 ML) INJ,IJ  2 MEQ/ML 15 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 78.38 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6651-06 | POTASSIUM CHLORIDE (VIAL, FLIPTOP, 20 ML) INJ,IJ  2 MEQ/ML 10 ml, 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 72.14 | | .00 | 0.00 | .00 | 04/01/96 |

Signature _____    Date _____

Instructions: Please make corrections directly on this printout.

☐ OK as is       ☐ OK with changes

**Confidential**

**Red Book 00422**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(800) 222-6883

| Code | Description | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6653-05 | POTASSIUM CHLORIDE (VIAL, FLIPTOP, 30 ML.) INJ IJ 2 MEQ/ML 20 ml 25s ea POTASSIUM CHLORIDE | AP | 02 | RX | 79.56 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7115-09 | POTASSIUM CHLORIDE/SODIUM CHLORIDE INJ IJ 2 MEQ/100 ML-0.9% 1000 ml 12s ea POT CL/SOD CL | AP | 02 | RX | 317.49 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7116-09 | POTASSIUM CHLORIDE/SODIUM CHLORIDE INJ IJ 4 MEQ/100 ML-0.9% 1000 ml 12s ea POT CL/SOD CL | AP | 02 | RX | 320.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4201-01 | POTASSIUM PHOSPHATE (BULK ADD) INJ IJ 3 MM/ML 50 ml 25s ea POTASSIUM PHOSPHATE | AP | 02 | RX | 464.02 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7295-01 | POTASSIUM PHOSPHATE (VIAL, FLIPTOP) INJ IJ 3 MM/ML 15 ml 25s ea POTASSIUM PHOSPHATE | | 02 | RX | 146.66 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7296-01 | POTASSIUM PHOSPHATE (VIAL, FLIPTOP) INJ IJ 3 MM/ML 5 ml 25s ea POTASSIUM PHOSPHATE | | 02 | RX | 92.03 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is    ☐ OK with changes

Signature _____    Date _____

Confidential

Red Book 00423

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-810
ABBOTT PARK  IL  600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1877-68 | PRIMARY NONVENTED IV SET-OL (BACKCHECK, 2-Y-INJ SITE) SET 48s ea DEVICE | | 03 | RX | 587.10 | .00 | .00 | .00 | 04/01/96 |
| 00074-1902-01 | PROCAINAMIDE HCL (VIAL, FLIPTOP) INJ,IJ 100 MG/ML 10 ml 25s ea PROCAINAMIDE HYDROCHLORIDE | AP | 02 | RX | 579.80 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1903-01 | PROCAINAMIDE HCL (VIAL, FLIPTOP) INJ,IJ 500 MG/ML 2 ml 25s ea PROCAINAMIDE HYDROCHLORIDE | AP | 02 | RX | 579.80 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1923-04 | PROCAINE HCL (VIAL, FLIPTOP) INJ,IJ 1% 30 ml 25s ea PROCAINE HYDROCHLORIDE | AP | 02 | RX | 92.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1953-04 | PROCAINE HCL (VIAL, FLIPTOP) INJ,IJ 2% 30 ml 25s ea PROCAINE HYDROCHLORIDE | AP | 02 | RX | 92.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4818-01 | PROVIDER PUMP (72") SET 24s ea DEVICE | | 03 | RX | 1190.73 | .00 | .00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

Signature                                      Date

**Confidential**                          **Red Book 00424**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4829-01 | PROVIDER PUMP (72", NON-VENTED) SET 24s ea DEVICE | | 03 RX | 997.79 | .00 | .00 | .00 | 04/03/95 |
| 00074-6629-02 | QUELICIN CHLORIDE (VIAL, FLIPTOP) INJ IJ  20 MG/ML 10 ml, 25s ea SUCCINYLCHOLINE CHLORIDE | AP | 01 RX | 97.97 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8065-15 | QUELICIN CHLORIDE (ABBOJECT) INJ IJ  20 MG/ML 5 ml, 10s ea SUCCINYLCHOLINE CHLORIDE | AP | 01 RX | 112.58 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6642-02 | QUELICIN CHLORIDE (AMP) INJ IJ  50 MG/ML 10 ml, 25s ea SUCCINYLCHOLINE CHLORIDE | | 01 RX | 140.42 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6970-10 | QUELICIN CHLORIDE (VIAL, FLIPTOP, 20 ML) INJ IJ  100 MG/ML 10 ml, 25s ea SUCCINYLCHOLINE CHLORIDE | | 01 RX | 216.72 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7982-09 | RINGER'S INJECTION (LIFECARE) INJ IJ 1000 ml, 12s ea RINGER'S SOLUTION | AP | 02 RX | 163.59 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

Signature _____   Date _____

**Confidential**

Red Book 00425

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| NDC | Description | | | Price | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7982-24 | RINGER'S INJECTION (LIFECARE) INJ IJ 500 ml, 24s ea RINGER'S SOLUTION | AP | 02 RX | 286.71 | 0.00 | 0.00 | 0.00 | .00 | 04/01/96 |
| 00074-6140-09 | RINGER'S IRRIGATION (AQUALITE) SOL IR 1000 ml, 12s ea RINGER'S SOLUTION | AT | 02 RX | 263.86 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-3193-01 | RITODRINE HCL (AMP) INJ IJ 10 MG/ML 5 ml,10s ea RITODRINE HYDROCHLORIDE | AP | 02 RX | 371.69 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-3195-01 | RITODRINE HCL (VIAL, FLIPTOP) INJ IJ 15 MG/ML 10 ml ea RITODRINE HYDROCHLORIDE | AP | 02 RX | 133.81 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-4792-01 | SADDLE BLOCK-22 (ANESTH TRAY, 3 1/2" NDL) SET 10s ea EPI/LIDO HCL | | 01 RX | 368.72 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-4795-01 | SADDLE BLOCK-25 (ANESTH TRAY, 3 1/2" NDL) SET 10s ea EPI/LIDO HCL | | 01 RX | 379.05 | .00 | 0.00 | .00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**          **Red Book 00426**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4745-01 | SADDLE BLOCK-26<br>(ANESTH TRAY, 3 1/2 NDL)<br>SET<br>10s ea<br>EPI/L100 HCL | 01 RX | 381.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3299-05 | SODIUM ACETATE<br>(VIAL, FLIPTOP, BULK)<br>INJ IJ  2 MEQ/ML<br>50 ml, 25s ea<br>SODIUM ACETATE | 02 RX | 224.44 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3299-06 | SODIUM ACETATE<br>(VIAL, FLIPTOP, BULK)<br>INJ IJ  2 MEQ/ML<br>100 ml, 25s ea<br>SODIUM ACETATE | 02 RX | 398.41 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7299-01 | SODIUM ACETATE<br>(VIAL, FLIPTOP)<br>INJ IJ  2 MEQ/ML<br>20 ml, 25s ea<br>SODIUM ACETATE | 02 RX | 120.53 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5534-34 | SODIUM BICARBONATE<br>(ABBOJECT, LIFESHIELD)<br>INJ IJ  4.2%<br>10 ml, 10s ea<br>SODIUM BICARBONATE | 02 RX | 150.10 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4916-34 | SODIUM BICARBONATE<br>(ABBOJECT, LIFESHIELD)<br>INJ IJ  7.5%<br>50 ml, 10s ea<br>SODIUM BICARBONATE | 02 RX | 207.10 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is     ☐ OK with changes

_____     _____
Signature                      Date

**Confidential**

**Red Book 00427**

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| NDC | Description | | | | | | Effective Date |
|---|---|---|---|---|---|---|---|
| 00074-4900-34 | SODIUM BICARBONATE (ABBOJECT) INJ IJ 8.4% 10 ml, 10s ea SODIUM BICARBONATE | 02 RX | 148.44 | .00 | .00 | .00 | 04/01/96 |
| 00074-6637-34 | SODIUM BICARBONATE (LIFESHIELD, 18GX1-1/2) INJ IJ 8.4% 50 ml, 10s ea SODIUM BICARBONATE | 02 RX | 209.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5534-18 | SODIUM BICARBONATE SOLUTION (ABBOJECT, 21GX1-1/2) INJ IJ 4.2% 10 ml, 10s ea SODIUM BICARBONATE | 02 RX | 136.21 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1594-03 | SODIUM BICARBONATE SOLUTION INJ IJ 5% 500 ml, 12s ea SODIUM BICARBONATE | 02 RX | 518.84 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4103-03 | SODIUM BICARBONATE SOLUTION (AMP) INJ IJ 7.5% 50 ml, 25s ea SODIUM BICARBONATE | 02 RX | 195.64 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4916-22 | SODIUM BICARBONATE SOLUTION (ABBOJECT, 18GX1-1/2) INJ IJ 7.5% 50 ml, 10s ea SODIUM BICARBONATE | 02 RX | 192.97 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is     ☐ OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00428**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1796

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK IL  600643500

| NDC | Description | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-4908-18 | SODIUM BICARBONATE SOLUTION (ABBOJECT 20X1-1/2) INJ IJ 8.4% 10 ml. 10s ea SODIUM BICARBONATE | | 02 RX | 134.31 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6625-02 | SODIUM BICARBONATE SOLUTION INJ IJ 8.4% 50 ml. 25s ea SODIUM BICARBONATE | | 02 RX | 175.75 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6637-22 | SODIUM BICARBONATE SOLUTION (ABBOJECT 18X1-1/2) INJ IJ 8.4% 50 ml. 10s ea SODIUM BICARBONATE | | 02 RX | 195.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7132-02 | SODIUM CHLORIDE (ADD-VANTAGE) INJ IJ 0.45% 250 ml. 24s ea SODIUM CHLORIDE | AP | 02 RX | 351.12 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7132-13 | SODIUM CHLORIDE (ADD-VANTAGE) INJ IJ 0.45% 50 ml. 48s ea SODIUM CHLORIDE | AP | 02 RX | 579.69 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7132-23 | SODIUM CHLORIDE (ADD-VANTAGE) INJ IJ 0.45% 100 ml. 48s ea SODIUM CHLORIDE | AP | 02 RX | 579.69 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00429**

# RED BOOK

## Product Listing Verification

■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 07/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| NDC | Description | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-7730-20 | SODIUM CHLORIDE (QUAD-PK) INJ IJ 0.45% 250 ml, 48s ea SODIUM CHLORIDE | AP | 02 | RX | 792.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7730-36 | SODIUM CHLORIDE INJ IJ 0.45% 50 ml, 80s ea SODIUM CHLORIDE | AP | 02 | RX | 1320.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7730-37 | SODIUM CHLORIDE INJ IJ 0.45% 100 ml, 80s ea SODIUM CHLORIDE | AP | 02 | RX | 1320.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7985-02 | SODIUM CHLORIDE INJ IJ 0.45% 250 ml, 24s ea SODIUM CHLORIDE | AP | 02 | RX | 255.93 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7985-03 | SODIUM CHLORIDE (LIFECARE) INJ IJ 0.45% 500 ml, 24s ea SODIUM CHLORIDE | AP | 02 | RX | 255.93 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7985-09 | SODIUM CHLORIDE (LIFECARE) INJ IJ 0.45% 1000 ml, 12s ea SODIUM CHLORIDE | AP | 02 | RX | 143.93 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____    Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

**Confidential**

**Red Book 00430**

# RED BOOK
## Product Listing Verification

◼MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1766

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL. 600643500

| Code | Description | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1492-01 | SODIUM CHLORIDE (VIAL, 150 ML PRESS PNTP) INJ IJ 0.9% 100 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 106.58 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1493-01 | SODIUM CHLORIDE (100 ML PRESS PNTOP VIAL) INJ IJ 0.9% 50 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 102.42 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1583-01 | SODIUM CHLORIDE INJ IJ 0.9% 150 ml, 12s ea SODIUM CHLORIDE | AP | 02 | RX | 127.97 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1583-02 | SODIUM CHLORIDE INJ IJ 0.9% 250 ml, 12s ea SODIUM CHLORIDE | AP | 02 | RX | 127.97 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1584-01 | SODIUM CHLORIDE (150 ML CONTAINER) INJ IJ 0.9% 50 ml, 12s ea SODIUM CHLORIDE | AP | 02 | RX | 207.34 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1584-11 | SODIUM CHLORIDE (150 ML CONTAINER) INJ IJ 0.9% 100 ml, 12s ea SODIUM CHLORIDE | AP | 02 | RX | 207.34 | .00 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____ Date

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

**Confidential**

**Red Book 00431**