# Exhibit 140 Continued

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| NDC | Description | | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-2102-01 | SODIUM CHLORIDE (FLIPTOP, LIFESHIELD) INJ IJ 0.9% 10 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 43.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2102-02 | SODIUM CHLORIDE (VIAL) INJ IJ 0.9% 2 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 26.42 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2102-05 | SODIUM CHLORIDE (VIAL) INJ IJ 0.9% 5 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 27.02 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4888-10 | SODIUM CHLORIDE (VIAL, FLIPTOP, ADDITIVE) INJ IJ 0.9% 10 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 41.27 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4888-20 | SODIUM CHLORIDE (VIAL, FLIPTOP, ADDITIVE) INJ IJ 0.9% 20 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 48.09 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4888-50 | SODIUM CHLORIDE (VIAL, FLIPTOP, ADDITIVE) INJ IJ 0.9% 50 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 71.84 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____      Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

**Confidential**      **Red Book 00432**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| NDC | Description | | | | Price | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-4888-99 | SODIUM CHLORIDE (VIAL, FLIPTOP, ADDITIVE) INJ IJ 0.9% 100 ml, 25s ea SODIUM CHLORIDE | AP | 02 | RX | 94.11 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7101-02 | SODIUM CHLORIDE (ADD-VANTAGE, LIFECARE) INJ IJ 0.9% 250 ml, 24s ea SODIUM CHLORIDE | AP | 02 | RX | 351.12 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7101-13 | SODIUM CHLORIDE (P.F., ADD-VANT, LIFECARE) INJ IJ 0.9% 50 ml, 48s ea SODIUM CHLORIDE | AP | 02 | RX | 579.69 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7101-23 | SODIUM CHLORIDE (P.F., ADD-VANT, LIFECARE) INJ IJ 0.9% 100 ml, 48s ea SODIUM CHLORIDE | AP | 02 | RX | 579.69 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7983-02 | SODIUM CHLORIDE (LIFECARE, PLASTIC) INJ IJ 0.9% 250 ml, 24s ea SODIUM CHLORIDE | AP | 02 | RX | 240.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7983-03 | SODIUM CHLORIDE (LIFECARE, PLASTIC CONT) INJ IJ 0.9% 500 ml, 24s ea SODIUM CHLORIDE | AP | 02 | RX | 240.83 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

Signature _____     Date _____

**Confidential**

**Red Book 00433**

# RED BOOK
## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1766

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7983-09 | SODIUM CHLORIDE (LIFECARE, PLASTIC CONT) INJ IJ 0.9% 1000 ml 12s ea SODIUM CHLORIDE | AP | 02 | RX | 130.53 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7983-53 | SODIUM CHLORIDE (LIFECARE, PLASTIC) INJ IJ 0.9% 250 ml 24s ea SODIUM CHLORIDE | AP | 02 | RX | 240.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7983-61 | SODIUM CHLORIDE (LIFECARE, PLASTIC) INJ IJ 0.9% 150 ml 32s ea SODIUM CHLORIDE | AP | 02 | RX | 321.10 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7984-20 | SODIUM CHLORIDE (LIFECARE, QUAD PACK) INJ IJ 0.9% 25 ml 48s ea SODIUM CHLORIDE | AP | 02 | RX | 792.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7984-36 | SODIUM CHLORIDE (LIFECARE) INJ IJ 0.9% 50 ml 80s ea SODIUM CHLORIDE | AP | 02 | RX | 860.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7984-37 | SODIUM CHLORIDE (LIFECARE) INJ IJ 0.9% 100 ml 80s ea SODIUM CHLORIDE | AP | 02 | RX | 860.70 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**        **Red Book 00434**

# RED BOOK

## Product Listing Verification

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 07/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4219-02 | SODIUM CHLORIDE (BULK ADDITIVE SOLUTION) INJ IJ 2.5% 200 ml, 12s ea SODIUM CHLORIDE | 02 | RX | 322.48 | .00 | .00 | 0.00 | 04/01/96 |
| 00074-1586-03 | SODIUM CHLORIDE INJ IJ 5% 500 ml, 12s ea SODIUM CHLORIDE | 02 | RX | 157.32 | .00 | .00 | 0.00 | 04/01/96 |
| 00074-6657-73 | SODIUM CHLORIDE (VIAL, FLIPTOP, 50MEQ) INJ IJ 14.6% 20 ml, 25s ea SODIUM CHLORIDE | 02 | RX | 104.50 | .00 | .00 | 0.00 | 04/01/96 |
| 00074-6660-75 | SODIUM CHLORIDE (VIAL, FLIPTOP, ADDITIVE) INJ IJ 14.6% 40 ml, 25s ea SODIUM CHLORIDE | 02 | RX | 111.33 | .00 | .00 | 0.00 | 04/01/96 |
| 00074-1130-02 | SODIUM CHLORIDE INJ IJ 23.4% 250 ml, 12s ea SODIUM CHLORIDE | 02 | RX | 101.46 | .00 | .00 | 0.00 | 04/01/96 |
| 00074-1141-01 | SODIUM CHLORIDE (VIAL, FLIPTOP, BULK PKG) INJ IJ 23.4% 50 ml, 25s ea SODIUM CHLORIDE | 02 | RX | 130.33 | .00 | .00 | 0.00 | 04/01/96 |

_____    _____
Signature                           Date

Instructions: Please make corrections directly on this printout.

☐ OK as is    ☐ OK with changes

**Confidential**

**Red Book 00435**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| NDC | Description | | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1141-02 | SODIUM CHLORIDE (VIAL, FLIPTOP, BULK PKG) INJ IJ 23.4% 100 ml 25s ea SODIUM CHLORIDE | | 02 | RX | 164.77 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6147-06 | SODIUM CHLORIDE (AQUALITE) SOL IR 0.45% 1500 ml 8s ea SODIUM CHLORIDE | AT | 02 | RX | 170.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7975-07 | SODIUM CHLORIDE SOL IR 0.45% 2000 ml 6s ea SODIUM CHLORIDE | AT | 02 | RX | 72.82 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6138-02 | SODIUM CHLORIDE (AQUALITE) SOL IR 0.9% 250 ml 12s ea SODIUM CHLORIDE | AT | 02 | RX | 152.90 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6138-03 | SODIUM CHLORIDE (AQUALITE) SOL IR 0.9% 500 ml 12s ea SODIUM CHLORIDE | AT | 02 | RX | 152.90 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7138-06 | SODIUM CHLORIDE (AQUALITE W/HANGER) SOL IR 0.9% 1500 ml 8s ea SODIUM CHLORIDE | AT | 02 | RX | 169.20 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____    Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

**Confidential**

**Red Book 00436**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| NDC | Description | | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7138-09 | SODIUM CHLORIDE (AQUALITE CONTAINER) SOL IR 0.9% 1000 ml. 12s ea SODIUM CHLORIDE | AT | 02 | RX | 187.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7972-05 | SODIUM CHLORIDE (FLEXIBLE CONTAINER) SOL IR 0.9% 1000 ml. 12s ea SODIUM CHLORIDE | AT | 02 | RX | 94.48 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7972-07 | SODIUM CHLORIDE (FLEXIBLE CONTAINER) SOL IR 0.9% 2000 ml. 6s ea SODIUM CHLORIDE | AT | 02 | RX | 72.82 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7972-08 | SODIUM CHLORIDE (FLEXIBLE CONTAINER) SOL IR 0.9% 3000 ml. 4s ea SODIUM CHLORIDE | AT | 02 | RX | 72.68 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1966-04 | SODIUM CHLORIDE BACTERIOSTATIC (VIAL FLIPTOP) INJ IJ 0.9% 10 ml. 25s ea SODIUM CHLORIDE | AP | 02 | RX | 38.00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1966-05 | SODIUM CHLORIDE BACTERIOSTATIC (VIAL FLIPTOP) INJ IJ 0.9% 20 ml. 25s ea SODIUM CHLORIDE | AP | 02 | RX | 43.64 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

Confidential

Red Book 00437

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-7756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 680643500

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone (800) 222-6883

| NDC | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1966-07 | SODIUM CHLORIDE BACTERIOSTATIC (VIAL, FLIPTOP PLASTIC) INJ IJ 0.9% 30 ml, 25s ea SODIUM CHLORIDE | AP | 02 RX | 48.39 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7067-10 | SODIUM CHLORIDE BACTERIOSTATIC (VIAL, FLIPTOP-LS) INJ IJ 0.9% 10 ml, 25s ea SODIUM CHLORIDE | AP | 02 RX | 41.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7067-30 | SODIUM CHLORIDE BACTERIOSTATIC (VIAL, FLIPTOP-LS) INJ IJ 0.9% 30 ml, 25s ea SODIUM CHLORIDE | AP | 02 RX | 84.91 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3469-13 | SODIUM CHLORIDE/TOBRAMYCIN SULFATE (PREMIX) INJ IJ 0.9%-60 MG/50 ML 50 ml, 24s ea SOD CL/TOBRAMYCIN SULF | | 02 RX | 352.26 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3470-23 | SODIUM CHLORIDE/TOBRAMYCIN SULFATE (PREMIX) INJ IJ 0.9%-80 MG/100 ML 100 ml, 24s ea SOD CL/TOBRAMYCIN SULF | | 02 RX | 369.08 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1984-14 | SODIUM CHLORIDE/TOBRAMYCIN SULFATE INJ IJ 0.9%-80 MG/50 ML 50 ml, 24s ea SOD CL/TOBRAMYCIN SULF | | 02 RX | 369.08 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

Confidential

Red Book 00438

# RED BOOK

## Product Listing Verification

**■MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-7987-03 | SODIUM LACTATE (LIFECARE) INJ IJ 167 MEQ/L 500 ml, 24s ea SODIUM LACTATE | AP 02 | RX | 376.49 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6664-02 | SODIUM LACTATE (VIAL, FLIPTOP) INJ IJ 5 MEQ/ML 10 ml, 25s ea SODIUM LACTATE | | 02 RX | 129.44 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3295-51 | SODIUM PHOSPHATE (VIAL, FLIPTOP, BULK) INJ IJ 3 MM/ML 50 ml, 25s ea SODIUM PHOSPHATE | | 02 RX | 263.92 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7391-72 | SODIUM PHOSPHATE (VIAL, FLIPTOP) INJ IJ 3 MM/ML 15 ml, 25s ea SODIUM PHOSPHATE | | 02 RX | 130.63 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1294-01 | SOLUSET (VENT/150X15 PUMP SET-SL) SET 24s ea DEVICE | | 03 OTC | 503.03 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-1717-02 | SOLUSET (150X15 W/CAIR CLAMP) SET 20s ea DEVICE | | 03 OTC | 659.06 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
□ OK as is      □ OK with changes

Confidential

Red Book 00439

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| Code | Description | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-1726-02 | SOLUSET (100X15 W/CAIR, VENTED) SET 20s ea DEVICE | 03 | OTC | 470.96 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-1753-02 | SOLUSET (150X15 PUMP SET, VENTED) SET 24s ea DEVICE | 03 | OTC | 503.03 | .00 | 0.00 | .00 | .00 | 04/04/94 |
| 00074-1770-01 | SOLUSET (150X15 W/UPR-Y/IVEX-HP) SET 24s ea DEVICE | 03 | OTC | 606.20 | .00 | 0.00 | .00 | .00 | 04/04/94 |
| 00074-1816-01 | SOLUSET (150X15W/UPR-Y/IVX-HP/NV) SET 24s ea DEVICE | 03 | OTC | 636.69 | .00 | 0.00 | .00 | .00 | 04/04/94 |
| 00074-1817-01 | SOLUSET (150X15 PUMP SET, NV) SET 24s ea DEVICE | 03 | OTC | 503.03 | .00 | 0.00 | .00 | .00 | 04/04/94 |
| 00074-1864-68 | SOLUSET (NV,150X60 FILTER W/CAIR) SET 20s ea DEVICE | 03 | OTC | 514.66 | .00 | 0.00 | .00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

**Confidential**

**Red Book 00440**

# RED BOOK
## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| Product | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1876-68 | SOLUSET (NV,150X60 W/CAIR CLAMP) SET 20s ea DEVICE | 03 OTC | 401.30 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-1882-68 | SOLUSET (150X60 W/CAIR CLAMP) SET 20s ea DEVICE | 03 OTC | 501.84 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-1991-68 | SOLUSET (150X60/IVEX-2 FILT&CAIR) SET 20s ea DEVICE | 03 OTC | 593.51 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-3090-02 | SOLUSET (50X15 I.V. PUMP-SL) SET 24s ea DEVICE | 03 OTC | 611.90 | .00 | 0.00 | .00 | .00 | 04/04/94 |
| 00074-4965-68 | SOLUSET (100X60 W/CAIR, VENTED) SET 20s ea DEVICE | 03 OTC | 486.88 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-4966-68 | SOLUSET (150X60 W/CAIR CLAMP) SET 20s ea DEVICE | 03 OTC | 534.85 | .00 | 0.00 | .00 | .00 | 04/01/96 |

Signature _____    Date _____

Instructions: Please make corrections directly on this printout.

☐ OK as is    ☐ OK with changes

**Confidential**

**Red Book 00441**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| NDC | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6412-01 | SOLUSET FLTR W/CAIR CLAMP) (50X60 SET 24s ea DEVICE | | 03 | OTC | 489.25 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9245-68 | SOLUSET (50X60 I. V. MICRO PMP-SL) SET 24s ea DEVICE | | 03 | OTC | 600.50 | .00 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-9246-68 | SOLUSET (50X60 MICRO PUMP/Y/IVEX) SET 24s ea DEVICE | | 03 | OTC | 607.62 | .00 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-9247-68 | SOLUSET (150X60 I. V. PUMP SET) SET 24s ea DEVICE | | 03 | OTC | 585.59 | .00 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-9248-68 | SOLUSET (150X60 MICRO PMP/Y/IVEX) SET 24s ea DEVICE | | 03 | OTC | 599.36 | .00 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-6144-06 | SORBITOL-MANNITOL (AQUALITE) SOL IR    540 MG-2.7 GM/100 ML 1500 ml, 06 ea MANNITOL/SORBITOL | AT | 02 | RX | 239.40 | .00 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

_____          _____
Signature                        Date

**Confidential**

**Red Book 00442**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1B
ABBOTT PARK IL 600643500

| NDC | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7981-08 | SORBITOL-MANNITOL<br>SOL IR 540 MG-2.7 GM/100 ML<br>3000 ml, 4s ea<br>MANNITOL/SORBITOL | AT | 02 | RX | 89.68 | .00 | .00 | .00 | 04/01/96 |
| 00074-4764-01 | SPINAL-22<br>(ANESTHESIA TRAY)<br>SET<br>10s ea<br>DEXTROSE/PROC/TETRA | | 01 | RX | 327.28 | .00 | .00 | .00 | 04/01/96 |
| 00074-3716-01 | SPINAL-22 W/BUPIVACAINE<br>INJ IJ<br>10 ml, 10s ea<br>BUPIV/DEXTROSE/EPH/EPI | | 01 | RX | 366.11 | .00 | .00 | .00 | 04/01/96 |
| 00074-4733-01 | SPINAL-22 W/TETRACAINE<br>(ANESTH TRAY, 3 1/2 NDL)<br>SET IJ<br>10s ea<br>EPH SULF/TETRA | | 01 | RX | 348.77 | .00 | .00 | .00 | 04/01/96 |
| 00074-4788-02 | SPINAL-22 W/TETRACAINE<br>(ANESTH TRAY, 3 1/2 NDL)<br>SET IJ<br>10s ea<br>EPH SULF/TETRA | | 01 | RX | 433.68 | .00 | .00 | .00 | 04/01/96 |
| 00074-4773-01 | SPINAL-22 W/TETRACAINE/EPINEPH<br>(ANESTH TRAY, 3 1/2 NDL)<br>SET IJ<br>10s ea<br>EPH SULF/EPI HCL/TETRA | | 01 | RX | 349.84 | .00 | .00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00443**

# RED BOOK
## Product Listing Verification

▇MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4805-02 | SPINAL-22 WHITACRE<br>(ANESTH TRAY, 3 1/2" NDL)<br>SET IJ<br>10s ea<br>EPH SULF/EPI HCL/TETRA | 01 | RX | 459.44 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4804-01 | SPINAL-22 WHITACRE W/LIDOCAINE<br>(ANESTHESIA TRAY)<br>SET<br>10s ea<br>LIDOCAINE HYDROCHLORIDE | 01 | RX | 459.44 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4766-01 | SPINAL-25<br>(ANESTHESIA TRAY W/INTRO)<br>SET<br>10s ea<br>DEXTROSE/PROC/TETRA | 01 | RX | 338.48 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3717-01 | SPINAL-25 W/BUPIVACAINE<br><br>INJ IJ<br>10 ml,10s ea<br>BUPIV/DEXTROSE/EPH/EPI | 01 | RX | 381.19 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4735-01 | SPINAL-25 W/TETRACAINE<br>(W/O INTRO 3 1/2 NDL)<br>SET IJ<br>10s ea<br>EPH SULF/TETRA | 01 | RX | 355.18 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4798-02 | SPINAL-25 W/TETRACAINE<br>(ANESTH TRAY, 3 1/2" NDL)<br>SET IJ<br>10s ea<br>EPH SULF/TETRA | 01 | RX | 444.24 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

**Confidential**

**Red Book 00444**

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL  600643500

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | |
|---|---|---|---|---|---|---|
| 00074-4774-01 | SPINAL-25 W/TETRACAINE/EPINEPH<br>(ANESTH TRAY, 3 1/2 NDL)<br>SET IJ<br>10s ea<br>EPH SULF/EPI HCL/TETRA | 01 RX | 357.20 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3099-01 | SPINAL-26 W/BUPIVACAINE<br>SET IJ<br>10s ea<br>BUPIV/EPH/EPI | 01 RX | 381.19 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4796-01 | SPINAL-26 W/TETRACAINE<br>(ANESTH TRAY, 3 1/2" NDL)<br>SET IJ<br>10s ea<br>EPH SULF/EPI HCL/TETRA | 01 RX | 381.19 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5816-11 | STERILE EMPTY CONTAINER<br>(VIAL, FLIPTOP, 10 ML)<br>ACC<br>25s ea<br>DEVICE | 03 OTC | 35.33 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5816-31 | STERILE EMPTY CONTAINER<br>(VIAL, FLIPTOP, 30 ML)<br>ACC<br>25s ea<br>DEVICE | 03 OTC | 41.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5829-10 | STERILE EMPTY CONTAINER<br>(VIAL, TEARDROP, 10 ML)<br>ACC<br>25s ea<br>DEVICE | 03 OTC | 35.33 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

Signature _____     Date _____

Confidential

Red Book 00445

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R18
ABBOTT PARK IL  600643500

| NDC | Description | | Code | Type | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-5829-30 | STERILE EMPTY CONTAINER (VIAL, TEARDROP, 30 ML) AHC 25s ea DEVICE | | 03 | OTC | 41.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6021-03 | STERILE EMPTY CONTAINER (VIAL & INJECTOR) AHC 25s ea DEVICE | | 03 | OTC | 304.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7907-07 | STERILE WATER RESPIRATORY THERAPY SOL IH 2000 ml 6s ea WATER, STERILE | | 02 | RX | 76.38 | .00 | 0.00 | .00 | 04/01/96 |
| 00007-5082-16 | TAZICEF (VIAL) PDI IJ 1 GM 25s ea CEFTAZIDIME | AP | 01 | RX | 461.94 | .00 | 0.00 | .00 | 04/01/96 |
| 00007-5083-11 | TAZICEF (P.B.) PDI IJ 1 GM 10s ea CEFTAZIDIME | AP | 01 | RX | 189.53 | .00 | 0.00 | .00 | 04/01/96 |
| 00007-5090-16 | TAZICEF (ADD-VANTAGE) PDI IJ 1 GM 25s ea CEFTAZIDIME | AP | 01 | RX | 467.58 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____    Date _____

Instructions: Please make corrections directly on this printout.
□ OK as is    □ OK with changes

**Confidential**

**Red Book 00446**

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.-D-R10
ABBOTT PARK IL   600643500

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00007-5084-11 | TAZICEF (VIAL) PDI 1J    2 GM 10s ea CEFTAZIDIME | AP | 01 | RX | 369.55 | .00 | 0.00 | .00 | 04/01/96 |
| 00007-5085-11 | TAZICEF (P.B.) PDI 1J    2 GM 10s ea CEFTAZIDIME | AP | 01 | RX | 374.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00007-5091-11 | TAZICEF (ADD-VANTAGE) PDI 1J    2 GM 10s ea CEFTAZIDIME | AP | 01 | RX | 374.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00007-5086-11 | TAZICEF (VIAL, BULK) PDI 1J    6 GM 10s ea CEFTAZIDIME | AP | 01 | RX | 1075.40 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1593-04 | THAM INJ 1J 3.6 GM/100 ML 500 ml. 6s ea TROMETHAMINE | | 01 | RX | 884.57 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6550-22 | TICAR (VIAL) PDI 1J    1 GM 10s ea TICARCILLIN DISODIUM | | 01 | RX | 38.71 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is     ☐ OK with changes

_____     _____
Signature                     Date

**Confidential**

**Red Book 00447**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| Product | | | | | | |
|---|---|---|---|---|---|---|
| 00029-6552-07 | TICAR (ADD-VANTAGE) PDI IJ 3 GM 10s ea TICARCILLIN DISODIUM | 01 RX | 119.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6552-21 | TICAR (P.B.) PDI IJ 3 GM 10s ea TICARCILLIN DISODIUM | 01 RX | 124.09 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6552-26 | TICAR (VIAL) PDI IJ 3 GM 10s ea TICARCILLIN DISODIUM | 01 RX | 116.02 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6558-21 | TICAR (VIAL, BULK) PDI IJ 20 GM 10s ea TICARCILLIN DISODIUM | 01 RX | 712.62 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6559-21 | TICAR (VIAL, BULK) PDI IJ 30 GM 10s ea TICARCILLIN DISODIUM | 01 RX | 1046.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3254-03 | TOBRAMYCIN SULFATE (VIAL, ADD-VANTAGE) INJ IJ 10 MG/ML 6 ml 25s ea TOBRAMYCIN SULFATE | AP 02 RX | 255.61 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**              **Red Book 00448**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (900) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-3255-03 | TOBRAMYCIN SULFATE (VIAL, ADD-VANTAGE) INJ IJ 10 MG/ML 8 ml, 25s ea TOBRAMYCIN SULFATE | AP 02 RX | 286.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3577-01 | TOBRAMYCIN SULFATE (VIAL, FLIPTOP) INJ IJ 10 MG/ML 2 ml, 25s ea TOBRAMYCIN SULFATE | AP 02 RX | 130.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3578-01 | TOBRAMYCIN SULFATE (VIAL, FLIPTOP) INJ IJ 40 MG/ML 2 ml, 25s ea TOBRAMYCIN SULFATE | AP 02 RX | 257.98 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3582-01 | TOBRAMYCIN SULFATE (SRN) INJ IJ 40 MG/ML 1 ml, 25s ea TOBRAMYCIN SULFATE | AP 02 RX | 249.38 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3583-01 | TOBRAMYCIN SULFATE (SRN) INJ IJ 40 MG/ML 2 ml, 25s ea TOBRAMYCIN SULFATE | AP 02 RX | 279.95 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3590-02 | TOBRAMYCIN SULFATE (VIAL, BULK) INJ IJ 40 MG/ML 50 ml, 1s ea TOBRAMYCIN SULFATE | AP 02 RX | 258.06 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00449**

# RED BOOK
## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV OF ABBOTT LABS
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00029-6600-24 | TOTACILLIN-N (VIAL) PDI IU 250 MG 10s ea AMPICILLIN SODIUM | AP | 05 | RX | 10.57 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6605-24 | TOTACILLIN-N (VIAL) PDI IU 500 MG 10s ea AMPICILLIN SODIUM | AP | 05 | RX | 13.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6610-07 | TOTACILLIN-N (ADD-VANTAGE) PDI IU 1 GM 10s ea AMPICILLIN SODIUM | AP | 05 | RX | 23.04 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6610-21 | TOTACILLIN-N (P.B.) PDI IU 1 GM 10s ea AMPICILLIN SODIUM | AP | 05 | RX | 29.33 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6610-25 | TOTACILLIN-N (VIAL) PDI IU 1 GM 10s ea AMPICILLIN SODIUM | AP | 05 | RX | 19.36 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6612-07 | TOTACILLIN-N (ADD-VANTAGE) PDI IU 2 GM 10s ea AMPICILLIN SODIUM | AP | 05 | RX | 35.51 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00450**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL. 600643500

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00029-6612-21 | TOTACILLIN-N<br>PDI B.J   2 GM<br>10s ea<br>AMPICILLIN SODIUM | AP | 05 | RX | 38.00 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6612-22 | TOTACILLIN-N<br>(VIAL)<br>PDI B.J   2 GM<br>10s ea<br>AMPICILLIN SODIUM | AP | 05 | RX | 31.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00029-6613-21 | TOTACILLIN-N<br>(VIAL, BULK)<br>PDI B.J  10 GM<br>10s ea<br>AMPICILLIN SODIUM | AP | 05 | RX | 171.48 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3236-01 | TPN ELECTROLYES II<br>(VIAL, FLIPTOP)<br>INJ B.J  25s ea<br>20 mL, 25s ea<br>ELECT/MIN. MULTI | | 02 | RX | 202.17 | .00 | 0.00 | .00 | 04/01/95 |
| 00074-3297-06 | TPN ELECTROLYES II<br>(VIAL, FLIPTOP, BULK)<br>INJ B.J  25s ea<br>100 mL, 25s ea<br>ELECT/MIN. MULTI | | 02 | RX | 667.97 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3296-06 | TPN ELECTROLYTES<br>(VIAL, FLIPTOP, BULK)<br>INJ B.J  25s ea<br>100 mL, 25s ea<br>ELECT/MIN. MULTI | | 01 | RX | 647.78 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is          ☐ OK with changes

_____   _____
Signature                          Date

**Confidential**

**Red Book 00451**

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| Code | | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-5779-01 | TPN ELECTROLYTES (VIAL, FLIPTOP) INJ IJ 20 ml,25s ea ELECT/MIN. MULTI | 01 RX | 195.74 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5881-01 | TPN ELECTROLYTES (VIAL, PINTOP) INJ IJ 20 ml,25s ea ELECT/MIN. MULTI | 01 RX | 250.27 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5882-19 | TPN ELECTROLYTES (SRN) INJ IJ 20 ml,10s ea ELECT/MIN. MULTI | 01 RX | 128.61 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3298-06 | TPN ELECTROLYTES III (VIAL, FLIPTOP, BULK) INJ IJ 100 ml,25s ea ELECT/MIN. MULTI | 01 RX | 667.97 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3844-01 | TPN ELECTROLYTES III (VIAL, FLIPTOP) INJ IJ 20 ml,25s ea ELECT/MIN. MULTI | 01 RX | 202.17 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4008-01 | TRACE METALS (VIAL, PINTOP) INJ IJ 5 ml,25s ea MINERALS. MULTI | 02 RX | 179.31 | | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
□ OK as is      □ OK with changes

Signature _____      Date _____

Confidential

Red Book 00452

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4592-10 | TRACE METALS (VIAL, FLIPTOP) INJ IJ 5 ml, 25s ea MINERALS, MULTI | | 02 RX | 118.75 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4592-50 | TRACE METALS (VIAL, FLIPTOP) INJ IJ 50 ml, 25s ea MINERALS, MULTI | | 02 RX | 1217.19 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4623-15 | TRACE METALS (SRN, UNIV. ADDITIVE) INJ IJ 5 ml, 10s ea MINERALS, MULTI | | 02 RX | 93.93 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3386-04 | TUBOCURARINE CHLORIDE (VIAL, FLIPTOP) INJ IJ 3 MG/ML 20 ml, 25s ea TUBOCURARINE CHLORIDE | AP | 02 RX | 483.91 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8066-15 | TUBOCURARINE CHLORIDE (ABBOJECT) INJ IJ 3 MG/ML 5 ml, 10s ea TUBOCURARINE CHLORIDE | AP | 02 RX | 136.21 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4456-02 | ULTANE LIQ IH 250 ml ea SEVOFLURANE | | 01 RX | 308.22 | .00 | 0.00 | .00 | 04/03/95 |

_____          _____
Signature                                      Date

Instructions: Please make corrections directly on this printout.
☐ OK as is      ☐ OK with changes

**Confidential**

**Red Book 00453**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL  600643500

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1592-02 | UREAPHIL<br>PDI IJ   40 GM<br>15 ea<br>UREA | | 01 | RX | 73.77 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7168-09 | UROLOGIC G<br>(AQUALITE W/HANGER)<br>SOL IR<br>1000 ml, 12s ea<br>CIT ACID/MG OXIDE/SOD BICARB | AT | 05 | RX | 374.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4332-01 | VANCOMYCIN HCL<br>(VIAL, FLIPTOP)<br>PDI IJ   500 MG<br>10s ea<br>VANCOMYCIN HYDROCHLORIDE | AP | 02 | RX | 330.13 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6534-01 | VANCOMYCIN HCL<br>(ADD-VANTAGE)<br>PDI IJ   500 MG<br>10s ea<br>VANCOMYCIN HYDROCHLORIDE | AP | 02 | RX | 118.87 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6533-01 | VANCOMYCIN HCL<br>(VIAL, FLIPTOP)<br>PDI IJ   1 GM<br>10s ea<br>VANCOMYCIN HYDROCHLORIDE | AP | 02 | RX | 660.13 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6535-01 | VANCOMYCIN HCL<br>(ADD-VANTAGE)<br>PDI IJ   1 GM<br>10s ea<br>VANCOMYCIN HYDROCHLORIDE | AP | 02 | RX | 237.50 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

**Confidential**

**Red Book 00454**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| Product No. | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-6509-01 | VANCOMYCIN HCL (BULK VIAL) GM PDI 1 U 5 GM 1s ea VANCOMYCIN HYDROCHLORIDE | AP | 02 RX | 148.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2681-01 | VENI-PREP I KIT 60s ea DEVICE | | 03 OTC | 211.61 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2657-01 | VENI-PREP II KIT 60s ea DEVICE | | 03 OTC | 217.31 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2665-01 | VENI-PREP III W/SITE-CARE DRESSNG) KIT 60s ea DEVICE | | 03 OTC | 268.61 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1702-48 | VENOSET (SECONDARY, VENTED, 22") SET 48s ea DEVICE | | 03 RX | 324.90 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1722-48 | VENOSET (100 MICRODRIP&CAIR CLMP) SET 48s ea DEVICE | | 03 RX | 494.19 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
□ OK as is    □ OK with changes

Signature                              Date

**Confidential**

**Red Book 00455**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228      Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | |
|---|---|---|---|---|---|---|
| 00074-1723-68 | VENOSET (NV 100 MICRODRIP W/CAIR) SET 48s ea DEVICE | 03 RX | 458.85 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1725-73 | VENOSET (100 PGYBCK W/CAIR CLAMP) SET 48s ea DEVICE | 03 RX | 317.49 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1728-58 | VENOSET (NV 100 W/CAIR CLAMP) SET 48s ea DEVICE | 03 RX | 437.76 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1734-58 | VENOSET (100 W/IVX-2 FLTR W/CAIR) SET 48s ea DEVICE | 03 RX | 768.36 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1792-48 | VENOSET (PRIM PIGGY W/IVEX-HP,NV) SET 48s ea DEVICE | 03 RX | 1867.84 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-1797-73 | VENOSET (100 PGBK W/CAIR CLMP,NV) SET 48s ea DEVICE | 03 RX | 317.49 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____

Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is      ☐ OK with changes

**Confidential**

**Red Book 00456**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1B
ABBOTT PARK IL 600643500

| | | | | | | |
|---|---|---|---|---|---|---|
| 00074-1798-73 | VENOSET<br>(NV,100 PGBK W/IVX-HP,CR)<br>SET<br>48s ea<br>DEVICE | 03 RX | 556.89 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1807-48 | VENOSET<br>(SEC.P/B W/LUER LK/CAIR)<br>SET<br>48s ea<br>DEVICE | 03 RX | 336.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1818-48 | VENOSET<br>(NV PIGYBCK W/CAIR CLAMP)<br>SET<br>48s ea<br>DEVICE | 03 RX | 621.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1819-48 | VENOSET<br>(NV TWINSITE W/CAIR CL)<br>SET<br>48s ea<br>DEVICE | 03 RX | 438.33 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1820-68 | VENOSET<br>(NV MICDRP W/CAIR CLAMP)<br>SET<br>48s ea<br>DEVICE | 03 RX | 399.57 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1832-58 | VENOSET<br>(VENTED SECONDARY P/B)<br>SET<br>48s ea<br>DEVICE | 03 RX | 314.64 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is        ☐ OK with changes

_____   _____
Signature                              Date

**Confidential**

**Red Book 00457**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1796

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| NDC | Description | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-1851-48 | VENOSET (BACKCHCK I.V. W/CAIR NV) SET 48s ea DEVICE | 03 RX | 597.36 | | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1855-48 | VENOSET (100 W/CAIR CLMP NV) SET 48s ea DEVICE | 03 RX | 445.17 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1857-48 | VENOSET (72 W/CAIR CLAMP NV) SET 48s ea DEVICE | 03 RX | 375.86 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1859-48 | VENOSET (78" W/CAIR CLAMP NV) SET 48s ea DEVICE | 03 RX | 380.76 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1860-48 | VENOSET (PRIM.PGBK W/CAIR CLP NV) SET 48s ea DEVICE | 03 RX | 627.00 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1861-58 | VENOSET (NV SECONDARY PIGGYBACK) SET 48s ea DEVICE | 03 RX | 289.56 | .00 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is   ☐ OK with changes

_____
Signature

_____
Date

**Confidential**

**Red Book 00458**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1766

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1Q
ABBOTT PARK IL 600643500

| Code | Description | | | | | |
|---|---|---|---|---|---|---|
| 00074-1875-68 | VENOSET (HV MICDRP W/FLSHBK&CAIR) SET 48s ea DEVICE | 03 RX | 404.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1877-48 | VENOSET (ANESTHESIA W/CAIR CLMP) SET 48s ea DEVICE | 03 RX | 587.10 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1879-58 | VENOSET (Y-TYPE W/CAIR CLAMP HV) SET 48s ea DEVICE | 03 RX | 530.10 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1881-48 | VENOSET (78 W/CAIR CLAMP VENTED) SET 48s ea DEVICE | 03 RX | 410.97 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1883-68 | VENOSET (MICRODRIP W/CAIR CLAMP) SET 48s ea DEVICE | 03 RX | 433.20 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1889-48 | VENOSET (HV SEC. PGBK W/PRE NDL) SET 48s ea DEVICE | 03 RX | 314.64 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is      ☐ OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00459**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(800) 222-6883

| Product | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|
| 00074-1911-48 | VENOSET (SEC.PGBK W/SMIC FLT+PIN) SET 48s ea DEVICE | 03 RX | 433.20 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1926-48 | VENOSET (NV SECONDARY PIGGYBACK) SET 48s ea DEVICE | 03 RX | 310.65 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1992-68 | VENOSET (SECONDARY PGBK MICRODRP) SET 48s ea DEVICE | 03 RX | 345.99 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1993-68 | VENOSET (NV SECOND PGBK MICRODRP) SET 48s ea DEVICE | 03 RX | 319.77 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1997-68 | VENOSET (78 MICRDP IVX-2&CAIR NV) SET 48s ea DEVICE | 03 RX | 715.35 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2491-58 | VENOSET (Y-TYPE W/CAIR CLAMP) SET 48s ea DEVICE | 03 RX | 572.28 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is      ☐ OK with changes

**Confidential**

**Red Book 00460**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228  Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6803

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-81Q
ABBOTT PARK IL 600643500

| Code | Description | | | Price | | | | Date |
|------|-------------|---|---|-------|----|----|----|------|
| 00074-3016-48 | VENOSET (2NDARY PB W/PRE.IVEX-2) SET 48s ea DEVICE | 03 | RX | 1218.09 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3084-48 | VENOSET (78 W/MB PRC PIN&CAIR NV) SET 48s ea DEVICE | 03 | RX | 418.97 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3094-48 | VENOSET (SECONDARY P/B LUER LOCK) SET 48s ea DEVICE | 03 | RX | 314.64 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3229-03 | VENOSET (EXTENSION 30-SL) SET 50s ea DEVICE | 03 | RX | 362.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3903-02 | VENOSET (EXTENSION 20-SL) SET 50s ea DEVICE | 03 | RX | 359.81 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4227-48 | VENOSET (NV PRIM. PGBK W/0.22MIC) SET 48s ea DEVICE | 03 | RX | 916.56 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00461**

# RED BOOK

## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | |
|---|---|---|---|---|---|---|
| 00074-4250-68 VENOSET (NV PGBK,MICRO W/IVEX-2) SET 48s ea DEVICE | 03 RX | 941.64 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4253-48 VENOSET (70 W/IVEX-2 FILTER NV) SET 48s ea DEVICE | 03 RX | 690.27 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4258-68 VENOSET (PGBK MICRO 0.22MIC IVX2) SET 48s ea DEVICE | 03 RX | 1003.20 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4291-48 VENOSET (NV PGBK W/IVEX-2 FILTER) SET 48s ea DEVICE | 03 RX | 910.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4292-68 VENOSET (NV P/B MICRODRP W/IVX-2) SET 48s ea DEVICE | 03 RX | 936.51 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4293-48 VENOSET (NV 70 W/IVEX-2 FILTER) SET 48s ea DEVICE | 03 RX | 683.43 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
□ OK as is    □ OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00462**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| Product | Description | | | | | | Date |
|---|---|---|---|---|---|---|---|
| 00074-4476-01 | VENOSET (PRIM.P/B IV-SL W/MB PIN) SET 24s ea DEVICE | 03 RX | 402.71 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-4900-48 | VENOSET (NV P/B SURG W/IVEX-RF) SET 48s ea DEVICE | 03 RX | 913.71 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4967-48 | VENOSET (VENTED PRIM PGBK W/CAIR) SET 48s ea DEVICE | 03 RX | 667.47 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4968-68 | VENOSET (PGBK MICRODP W/CAIR CLMP) SET 48s ea DEVICE | 03 RX | 697.11 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4985-48 | VENOSET (VENTED PGBK W/IVX-2 FLT) SET 48s ea DEVICE | 03 RX | 974.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5742-48 | VENOSET (NV PGBK ANESTH W/CAIR) SET 48s ea DEVICE | 03 RX | 665.76 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

**Confidential**                    **Red Book 00463**

# RED BOOK

## Product Listing Verification

▨ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 07/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| NDC | Description | | Price | | | | Date |
|---|---|---|---|---|---|---|---|
| 00074-6646-01 | VENOSET (SOLUSET 150X60, VENTED) SET 20s ea DEVICE | 03 RX | 456.40 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6647-01 | VENOSET (SOLUSET W/IVX-HP FILTER) SET 20s ea DEVICE | 03 RX | 544.59 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7097-68 | VENOSET (NV PGBK MICRO FLSH CAIR) SET 48s ea DEVICE | 03 RX | 653.22 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7393-68 | VENOSET (PGBK MICRODRP W/CAIR) SET 48s ea DEVICE | 03 RX | 649.23 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8082-48 | VENOSET (100-SL PGBK NV 100 INCH) SET 48s ea DEVICE | 03 RX | 712.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8083-68 | VENOSET (100-SL P/B MICR NV 100) SET 48s ea DEVICE | 03 RX | 743.85 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____    Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

**Confidential**

**Red Book 00464**

# RED BOOK

## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228     Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOT PARK RD.   D-R18
ABBOTT PARK IL   600643500

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-8084-48 | VENOSET<br>(PGBK W/IVEX-HP NV)<br>SET<br>48s ea<br>DEVICE | | 03 RX | 1045.38 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8958-48 | VENOSET<br>(90-SL W/IVEX-2 & CAIR)<br>SET<br>48s ea<br>DEVICE | 03 RX | 843.03 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8961-48 | VENOSET<br>(SL-VENTED SURGICAL PGBK)<br>SET<br>48s ea<br>DEVICE | 03 RX | 760.95 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8965-48 | VENOSET<br>(NV SURGICAL PIGGYBACK)<br>SET<br>48s ea<br>DEVICE | 03 RX | 662.91 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8967-48 | VENOSET<br>(90 W/CAIR CLAMP-VENTED)<br>SET<br>48s ea<br>DEVICE | 03 RX | 411.54 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1143-15 | VERAPAMIL HCL<br>(ABBOJECT)<br>INJ IJ   2.5 MG/ML<br>4 ml, 10s ea<br>VERAPAMIL HYDROCHLORIDE | AP 02 RX | 54.86 | .00 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____     Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

**Confidential**

**Red Book 00465**

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228       Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL  600643500

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1144-01 | VERAPAMIL HCL<br>(VIAL FLIPTOP)<br>INJ LJ 2.5 MG/ML<br>2 ml, 5s ea<br>VERAPAMIL HYDROCHLORIDE | AP | 02 | RX | 18.23 | .00 | .00 | .00 | 04/01/96 |
| 00074-1144-02 | VERAPAMIL HCL<br>(VIAL FLIPTOP)<br>INJ LJ 2.5 MG/ML<br>4 ml, 5s ea<br>VERAPAMIL HYDROCHLORIDE | AP | 02 | RX | 20.60 | .00 | .00 | .00 | 04/01/96 |
| 00074-4000-01 | VERAPAMIL HCL<br>(SDN)<br>INJ LJ 2.5 MG/ML<br>2 ml, 25s ea<br>VERAPAMIL HYDROCHLORIDE | AP | 02 | RX | 127.36 | .00 | .00 | .00 | 04/01/96 |
| 00074-4011-01 | VERAPAMIL HCL<br>(AMP)<br>INJ LJ 2.5 MG/ML<br>2 ml, 5s ea<br>VERAPAMIL HYDROCHLORIDE | AP | 02 | RX | 12.35 | .00 | .00 | .00 | 04/01/96 |
| 00074-9157-01 | VITAMIN K1<br>(AMP)<br>INJ LJ 1 MG/0.5 ML<br>0.500 ml, 25s ea<br>PHYTONADIONE | BP | 02 | RX | 65.31 | .00 | .00 | .00 | 04/01/96 |
| 00074-9158-01 | VITAMIN K1<br>(AMP)<br>INJ LJ 10 MG/ML<br>1 ml, 25s ea<br>PHYTONADIONE | BP | 02 | RX | 130.63 | .00 | .00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is       ☐ OK with changes

**Confidential**

**Red Book 00466**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228      Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-3977-03 | WATER FOR INJECTION<br>(FLIPTOP, BACTERIOSTATIC)<br>INJ IJ<br>30 ml, 25s ea<br>WATER, STERILE | AP | 02 | RX | 49.28 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1598-02 | WATER FOR INJECTION STERILE<br>INJ IJ<br>250 ml, 12s ea<br>WATER, STERILE | AP | 02 | RX | 122.55 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1598-05 | WATER FOR INJECTION STERILE<br>INJ IJ<br>1000 ml, 6s ea<br>WATER, STERILE | AP | 02 | RX | 72.89 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4027-02 | WATER FOR INJECTION STERILE<br>(AMP)<br>INJ IJ<br>5 ml, 25s ea<br>WATER, STERILE | AP | 02 | RX | 43.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4029-03 | WATER FOR INJECTION STERILE<br>(AMP)<br>INJ IJ<br>20 ml, 25s ea<br>WATER, STERILE | AP | 02 | RX | 74.22 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4044-02 | WATER FOR INJECTION STERILE<br>(AMP)<br>INJ IJ<br>10 ml, 25s ea<br>WATER, STERILE | AP | 02 | RX | 57.08 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is      ☐ OK with changes

**Confidential**

**Red Book 00467**

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| Product | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4887-10 | WATER FOR INJECTION STERILE (VIAL, FLIPTOP) INJ IU 25s ea 10 ml WATER, STERILE | AP | 05 | RX | 36.81 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4887-20 | WATER FOR INJECTION STERILE (VIAL, FLIPTOP) INJ IU 25s ea 20 ml WATER, STERILE | AP | 02 | RX | 46.02 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4887-50 | WATER FOR INJECTION STERILE (VIAL, FLIPTOP) INJ IU 25s ea 50 ml WATER, STERILE | AP | 02 | RX | 66.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4887-99 | WATER FOR INJECTION STERILE (VIAL, FLIPTOP) INJ IU 25s ea 100 ml WATER, STERILE | AP | 02 | RX | 91.73 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7990-09 | WATER FOR INJECTION STERILE (LIFECARE) INJ IU 12s ea 1000 ml WATER, STERILE | AP | 02 | RX | 131.96 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6139-02 | WATER FOR IRRIGATION (AQUALITE-STERILE) SOL IR 12s ea 250 ml WATER, STERILE | AT | 02 | RX | 147.92 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

Signature _____    Date _____

**Confidential**    **Red Book 00468**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228      Fax (201) 358-1756

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.   D-R10
ABBOTT PARK IL   60064-3500

| Code | Description | | | | | | Price | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00074-6139-03 | WATER FOR IRRIGATION (AQUALITE-STERILE) SOL IR 500 ml, 12s ea WATER, STERILE | AT | 02 | RX | 147.92 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7118-07 | WATER FOR IRRIGATION (STERILE, BULK PACKAGE) SOL IR 2000 ml, 6s ea WATER, STERILE | AT | 02 | RX | 113.15 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7139-06 | WATER FOR IRRIGATION (AQUALITE W/HANGER) SOL IR 1500 ml, 8s ea WATER, STERILE | AT | 02 | RX | 164.45 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7139-09 | WATER FOR IRRIGATION (AQUALITE W/HANGER) SOL IR 1000 ml, 12s ea WATER, STERILE | AT | 02 | RX | 181.40 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7973-05 | WATER FOR IRRIGATION (FLEXIBLE CONT-STERILE) SOL IR 1000 ml, 12s ea WATER, STERILE | AT | 02 | RX | 94.48 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7973-07 | WATER FOR IRRIGATION (FLEXIBLE CONT-STERILE) SOL IR 2000 ml, 6s ea WATER, STERILE | AT | 02 | RX | 72.82 | | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is      ☐ OK with changes

**Confidential**                    **Red Book 00469**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201)358-2228   Fax (201)358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600543500

| 00074-7973-08 | WATER FOR IRRIGATION (FLEXIBLE CONT-STERILE) SOL IR 3000 ml, 4s ea WATER, STERILE | AT | | 72.68 | .00 | 0.00 | .00 | 04/01/96 |
|---|---|---|---|---|---|---|---|---|
| 00074-4526-05 | ZINC (VIAL, FLIPTOP, BULK) INJ IJ 1 MG/ML 50 ml, 25s ea ZINC CHLORIDE | 02 | RX | 438.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4090-01 | ZINC CHLORIDE (VIAL, FLIPTOP) INJ IJ 1 MG/ML 10 ml, 25s ea ZINC CHLORIDE | 02 | RX | 97.67 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____    Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

**Confidential**    **Red Book 00470**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-610
ABBOTT PARK IL  60064-3500

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03074-26003-01 | SNAP DOSE<br>(100 ML CONTAINER, 50 ML/HR)<br>DEV    1 EA | 03 RX | 1127.18 | .00 | .00 | .00 | 02/12/96 |
| 00074-26002-01 | SNAP DOSE<br>(100 ML CONTAINER, 100 ML/HR)<br>DEV    1 EA | 03 RX | 1127.18 | .00 | .00 | .00 | 02/12/96 |
| 00074-26001-01 | SNAP DOSE<br>(100 ML CONTAINER, 200 ML/HR)<br>DEV    1 EA | 03 RX | 1127.18 | .00 | .00 | .00 | 02/12/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is      ☐ OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00471**

RED BOOK PRICE

# MANUFACTURER DIRECTORY INFORMATION FORM

**Please verify the following information to ensure that your organization is properly listed in the 1997 Red Book. Please make changes directly on this form.**

ABBOTT HOSPITAL PRODUCTS
**Manufacturer Name**

DIV. OF ABBOTT LABS.
**Address**

1 ABBOTT PARK RD. D-R10

| ABBOTT PARK | IL | 60064-3500 |
|---|---|---|
| **City** | **State** | **Zip Code** |

HARRY ADAMS  *or JERRIE CICERALE*
**Contact Name (not published)**

(800) 222-6883
**Toll Free Number**

(847) 937-6100
**Main Telephone Number**

(847) 937-1862
**Fax Number**

☐ OK as is   ☒ OK with changes

*Jerrie Cicerle*                                     2/10/96
**Signature**                                          **Date**

**If you have any questions, please call (201) 358-2228.**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228     Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD   D-R18
ABBOTT PARK IL   600643500

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-2553-03 | CALCIUM ACETATE<br>(VIAL, FLIPTOP)<br>INJ IU   0.5 MEQ/ML<br>100 ml, 25s ea<br>CALCIUM ACETATE | 02 RX | 202.17 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4928-34 | CALCIUM CHLORIDE<br>(SRN)<br>INJ IU   100 MG/ML<br>10 ml, 10s ea<br>CALCIUM CHLORIDE | 02 RX | 138.11 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4908-18 | CALCIUM CHLORIDE SOLUTION<br>(ABBOJECT, 10GX3-1/2)<br>INJ IU   100 MG/ML<br>10 ml, 10s ea<br>CALCIUM CHLORIDE | 02 RX | 139.77 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4928-18 | CALCIUM CHLORIDE SOLUTION<br>(ABBOJECT, 21GX1-1/2)<br>INJ IU   100 MG/ML<br>10 ml, 10s ea<br>CALCIUM CHLORIDE | 02 RX | 124.09 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3894-05 | CALCIUM GLUCEPTATE<br>(AMP)<br>INJ IU   220 MG/ML<br>5 ml, 25s ea<br>CALCIUM GLUCEPTATE | 02 RX | 49.58 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1104-01 | CALCIUM GLUCONATE<br>(AMP)<br>INJ IU   100 MG/ML<br>10 ml, 25s ea<br>CALCIUM GLUCONATE | 02 RX | 49.58 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

Signature _____   Date _____

**Confidential**

Red Book 00473

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| NDC | Description | AP | | Type | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6536-01 | CATHETER IRRIGATION SET (W/CAIR CLAMP, 70") SET 20s ea DEVICE | | 03 | OTC | 118.99 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4767-05 | CAUDAL W/LIDOCAINE/EPINEPHRINE (ANESTHESIA TRAY) SET 10s ea EPI/LIDO HCL | | 02 | RX | 387.01 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4732-03 | CEFAZOLIN SODIUM (ADD-VANTAGE) PDI IJ 1 GM 25s ea CEFAZOLIN SODIUM | AP | 02 | RX | 133.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3118-02 | CENOLATE (AMP, 10X10) INJ IJ 500 MG/ML 1 ml, 100s ea VITAMIN C | | 01 | RX | 235.13 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3397-02 | CENOLATE (AMP) INJ IJ 500 MG/ML 2 ml, 100s ea VITAMIN C | | 01 | RX | 304.00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4169-01 | CHLOROPROCAINE HCL (VIAL) INJ IJ 2% 30 ml, 25s ea CHLOROPROCAINE HYDROCHLORIDE | AP | 02 | RX | 215.53 | .00 | 0.00 | .00 | 04/01/96 |

Signature                     Date

Instructions: Please make corrections directly on this printout.
☐ OK as is      ☐ OK with changes

**Confidential**

**Red Book 00474**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1766

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| NDC | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4170-01 | CHLOROPROCAINE HCL (VIAL) INJ IJ 3% 30 ml, 25s ea CHLOROPROCAINE HYDROCHLORIDE | AP | 02 | RX | 262.14 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4093-01 | CHROMIUM (VIAL, FLIPTOP) INJ IJ 4 MCG/ML 10 ml, 25s ea CHROMIC CHLORIDE | AP | 02 | RX | 159.13 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7444-01 | CIMETIDINE HCL (VIAL, FLIPTOP) INJ IJ 150 MG/ML 2 ml, 10s ea CIMETIDINE HYDROCHLORIDE | AP | 02 | RX | 78.61 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7445-01 | CIMETIDINE HCL (VIAL, FLIPTOP) INJ IJ 150 MG/ML 8 ml, 10s ea CIMETIDINE HYDROCHLORIDE | AP | 02 | RX | 190.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7446-02 | CIMETIDINE HCL (ADD-VANTAGE) INJ IJ 150 MG/ML 2 ml, 25s ea CIMETIDINE HYDROCHLORIDE | AP | 02 | RX | 185.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7447-16 | CIMETIDINE HCL INJ IJ 300 MG/50 ML 50 ml, 48s ea CIMETIDINE HYDROCHLORIDE | AP | 02 | RX | 1137.15 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

Signature _____   Date _____

Confidential

Red Book 00475

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228      Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600645350

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7354-09 | CIMETIDINE HCL/SODIUM CHLORIDE<br><br>INJ IJ  90 MG/100 ML-0.9%<br>1000 ml, 12s ea<br>CIMETIDINE HCL/SOD CL | AP | 02 | RX | 157.18 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7355-09 | CIMETIDINE HCL/SODIUM CHLORIDE<br><br>INJ IJ  120 MG/100 ML-0.9%<br>1000 ml, 12s ea<br>CIMETIDINE HCL/SOD CL | AP | 02 | RX | 187.10 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7352-03 | CIMETIDINE HCL/SODIUM CHLORIDE<br><br>INJ IJ  180 MG/100 ML-0.9%<br>500 ml, 24s ea<br>CIMETIDINE HCL/SOD CL | AP | 02 | RX | 314.36 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7353-03 | CIMETIDINE HCL/SODIUM CHLORIDE<br><br>INJ IJ  240 MG/100 ML-0.9%<br>500 ml, 24s ea<br>CIMETIDINE HCL/SOD CL | AP | 02 | RX | 374.21 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7350-02 | CIMETIDINE HCL/SODIUM CHLORIDE<br><br>INJ IJ  360 MG/100 ML-0.9%<br>250 ml, 12s ea<br>CIMETIDINE HCL/SOD CL | AP | 02 | RX | 157.18 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7351-02 | CIMETIDINE HCL/SODIUM CHLORIDE<br><br>INJ IJ  480 MG/100 ML-0.9%<br>250 ml, 12s ea<br>CIMETIDINE HCL/SOD CL | AP | 02 | RX | 187.10 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____    Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is       ☐ OK with changes

**Confidential**                    **Red Book 00476**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4532-02 | CLEAR-CATH (20 GAUGE, 2") CAT 120s ea DEVICE | 03 | OTC | 607.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4532-06 | CLEAR-CATH (16GX1-1/4") CAT 120s ea DEVICE | 03 | OTC | 607.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4532-08 | CLEAR-CATH (18GX1-1/4") CAT 120s ea DEVICE | 03 | OTC | 607.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4532-14 | CLEAR-CATH (14 GAUGE, 2") CAT 120s ea DEVICE | 03 | OTC | 607.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4532-16 | CLEAR-CATH (16GX2") CAT 120s ea DEVICE | 03 | OTC | 607.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4532-18 | CLEAR-CATH (18GX2") CAT 120s ea DEVICE | 03 | OTC | 607.05 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

Signature _____   Date _____

Confidential

Red Book 00477

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4532-20 | CLEAR-CATH (20 GAUGE 1-1/4") CAT 120s ea DEVICE | | 03 OTC | 607.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4532-22 | CLEAR-CATH (22 GAUGE, 1-1/4") CAT 120s ea DEVICE | | 03 OTC | 635.55 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4532-24 | CLEAR-CATH (24 GAUGE, 3/4") CAT 120s ea DEVICE | | 03 OTC | 664.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4532-32 | CLEAR-CATH (22 GAUGE, 1") CAT 120s ea DEVICE | | 03 OTC | 635.55 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4532-74 | CLEAR-CATH (14G, 5-1/2" SUBCLAVIAN) CAT 60s ea DEVICE | | 03 OTC | 420.38 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4050-01 | CLINDAMYCIN PHOSPHATE (VIAL, FLIPTOP) INJ 150 MG/ML 2 ml 25s ea CLINDAMYCIN PHOSPHATE | AP 02 RX | 280.55 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00478**

## RED BOOK
### Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228      Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

| Code | Description | | | | | | Date |
|---|---|---|---|---|---|---|---|
| 00074-4051-01 | CLINDAMYCIN PHOSPHATE (VIAL, FLIPTOP) INJ IJ  150 MG/ML 4 ml, 25s ea CLINDAMYCIN PHOSPHATE | AP | 02 | RX | 514.19 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4052-01 | CLINDAMYCIN PHOSPHATE (VIAL, FLIPTOP) INJ IJ  150 MG/ML 6 ml, 25s ea CLINDAMYCIN PHOSPHATE | AP | 02 | RX | 688.45 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4053-03 | CLINDAMYCIN PHOSPHATE (VIAL, ADD-VANTAGE) INJ IJ  150 MG/ML 2 ml, 25s ea CLINDAMYCIN PHOSPHATE | AP | 02 | RX | 282.92 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4054-03 | CLINDAMYCIN PHOSPHATE (VIAL, ADD-VANTAGE) INJ IJ  150 MG/ML 4 ml, 25s ea CLINDAMYCIN PHOSPHATE | AP | 02 | RX | 519.83 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4055-03 | CLINDAMYCIN PHOSPHATE (VIAL, ADD-VANTAGE) INJ IJ  150 MG/ML 6 ml, 25s ea CLINDAMYCIN PHOSPHATE | AP | 02 | RX | 695.28 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4197-01 | CLINDAMYCIN PHOSPHATE (VIAL, BULK) INJ IJ  150 MG/ML 60 ml, 1s ea CLINDAMYCIN PHOSPHATE | AP | 02 | RX | 225.85 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____    Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is        ☐ OK with changes

**Confidential**

**Red Book 00479**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(800) 222-6883

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| Code | Description | | | Price | | | | Date |
|------|-------------|---|---|-------|---|---|---|------|
| 00074-4808-05 | CONTINUOUS CAUDAL W/LIDO/EPINEPH (W/TEST DOSE) SET 10s ea EPI/LIDO HCL | 02 | RX | 435.93 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4810-08 | CONTINUOUS EPIDURAL (ANESTH TRAY W/POV IOD) DEV 10s ea DEVICE | 02 | RX | 535.80 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3093-08 | CONTINUOUS EPIDURAL TRAY SET IJ 10s ea EPI/LIDO HCL | 03 | RX | 562.99 | .00 | .00 | .00 | 04/01/96 |
| 00074-3096-08 | CONTINUOUS EPIDURAL TRAY SET IJ 10s ea EPI/LIDO HCL | 03 | RX | 528.91 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3098-08 | CONTINUOUS EPIDURAL TRAY SET IJ 10s ea BUPIV/EPI/LIDO | 03 | RX | 622.49 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4039-05 | CONTINUOUS EPIDURAL W/BUP/EPIN/LIDO (W/TEST DOSE) SET IJ 10s ea BUPIV/EPI/LIDO | 02 | RX | 591.49 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature

**Confidential**

**Red Book 00480**

# RED BOOK
## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

| Code | Description | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-5756-05 | CONTINUOUS EPIDURAL W/BUP/EPINEPH (W/TEST DOSE) SET 1J 10s ea BUPIV/EPI/LIDO | | 02 | RX | 574.28 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4037-05 | CONTINUOUS EPIDURAL W/BUP/LIDO (W/TEST DOSE) SET 1J 10s ea BUPIV/LIDO HCL | | 02 | RX | 568.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4038-05 | CONTINUOUS EPIDURAL W/BUPIVACAINE (W/TEST DOSE) SET 1J 0.5% 10s ea BUPIVACAINE HYDROCHLORIDE | EE | 02 | RX | 579.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4810-05 | CONTINUOUS EPIDURAL W/EPINEPHRINE (W/TEST DOSE) SET 1J 10s ea EPINEPHRINE | | 02 | RX | 522.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4769-05 | CONTINUOUS EPIDURAL W/LIDO/EPINEP (W/TEST DOSE) SET 1J 10s ea EPI/LIDO HCL | | 02 | RX | 513.71 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4775-05 | CONTINUOUS EPIDURAL W/LIDO/EPINEP (W/TEST DOSE) SET 1J 10s ea EPI/LIDO HCL | | 02 | RX | 556.46 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00481**