# Exhibit 140 Continued

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2226      Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| NDC | Description | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-8024-05 | CONTINUOUS EPIDURAL W/LIDO/EPINEP (17G, W/TEST DOSE) SET IJ 10s ea EPI/LIDO HCL | 02 RX | 541.62 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8024-08 | CONTINUOUS EPIDURAL W/LIDO/EPINEP (ANETHESIA TRAY) SET 10s ea EPI/LIDO HCL | 02 RX | 555.84 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8284-05 | CONTINUOUS EPIDURAL W/LIDO/EPINEP (17G, W/TEST DOSE) SET IJ 10s ea EPI/LIDO HCL | 02 RX | 507.54 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3097-08 | CONTINUOUS EPIDURAL W/O DRUGS (18G) DEV 10s ea DEVICE | 03 RX | 476.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4889-02 | CONTINUOUS EPIDURAL W/O DRUGS DEV 10s ea DEVICE | 03 RX | 461.23 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4092-01 | COPPER (VIAL, 0.4 MG/ML COPPER) INJ IJ 1.07 MG/ML 10 ml 25s ea CUPRIC CHLORIDE | 02 RX | 167.14 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____     Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

**Confidential**

**Red Book 00482**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By:09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| Code | Description | | | Price | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7111-09 | DEX/LACT. RINGERS/POTASSIUM CHL<br>(5% DEXTROSE)<br>INJ IU<br>1000 ml, 12s ea<br>LACT RINGER'S/POT CL | AP | 02 RX | 317.49 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-7113-09 | DEX/LACT. RINGERS/POTASSIUM CHL<br>(5% DEXTROSE)<br>INJ IU<br>1000 ml, 12s ea<br>LACT RINGER'S/POT CL | AP | 02 RX | 317.49 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-8085-01 | DEXTRAN<br>(VIAL TEARTOP, HM)<br>INJ I,IU 32%<br>100 ml, 5s ea<br>DEXTRAN | | 02 RX | 192.49 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-1507-03 | DEXTRAN-70/DEXTROSE<br>INJ IU 6%-5%<br>500 ml, 12s ea<br>DEXTRAN 70/DEXTROSE | | 02 RX | 1125.18 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-1505-03 | DEXTRAN-75 W/SODIUM CHLORIDE<br>INJ IU 6%-0.9%<br>500 ml, 12s ea<br>DEXTRAN 75/500 CL | | 02 RX | 1125.18 | .00 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-1500-05 | DEXTROSE<br>INJ IU .2.5%<br>1000 ml, 6s ea<br>DEXTROSE | | 02 RX | 82.37 | .00 | 0.00 | .00 | .00 | 04/01/96 |

Signature

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

**Confidential**

**Red Book 00483**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By:09/27/96
Contact Name:HARRY ADAMS
Contact Phone:(800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1474-01 | DEXTROSE<br>INJAL,150 ML PRESS PNTP)<br>INJ IJ   5%<br>100 ml 255s ea<br>DEXTROSE | AP | 02 RX | 108.66 | .00 | .00 | 0.00 | 04/01/96 |
| 00074-1475-01 | DEXTROSE<br>(100 ML PRESS. PNTOP VIAL)<br>INJ IJ   5%<br>50 ml 25s ea<br>DEXTROSE | AP | 02 RX | 104.00 | .00 | .00 | 0.00 | 04/01/96 |
| 00074-1500-05 | DEXTROSE<br>(W/5% ALCOHOL)<br>INJ IJ   5%<br>100 ml 6s ea<br>DEXTROSE | AP | 02 RX | 109.51 | .00 | .00 | 0.00 | 04/01/96 |
| 00074-1522-01 | DEXTROSE<br>INJ IJ   5%<br>150 ml 12s ea<br>DEXTROSE | AP | 02 RX | 129.39 | .00 | .00 | 0.00 | 04/01/96 |
| 00074-1522-02 | DEXTROSE<br>INJ IJ   5%<br>250 ml 12s ea<br>DEXTROSE | AP | 02 RX | 129.39 | .00 | .00 | 0.00 | 04/01/96 |
| 00074-1522-03 | DEXTROSE<br>INJ IJ   5%<br>500 ml 12s ea<br>DEXTROSE | AP | 02 RX | 129.39 | .00 | .00 | 0.00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

**Confidential**

**Red Book 00484**

# RED BOOK
## Product Listing Verification

■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| NDC | Description | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-1523-01 | DEXTROSE (50/150 ML PART FILL) INJ IJ 5% 50 ml 12s ea DEXTROSE | AP | 02 | RX | 207.34 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1523-11 | DEXTROSE (100/150 ML PART FILL) INJ IJ 5% 100 ml 12s ea DEXTROSE | AP | 02 | RX | 207.34 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7100-02 | DEXTROSE (ADD-VANTAGE) INJ IJ 5% 250 ml 24s ea DEXTROSE | AP | 02 | RX | 351.12 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7100-13 | DEXTROSE (ADD-VANTAGE, LIFECARE) INJ IJ 5% 50 ml 48s ea DEXTROSE | AP | 02 | RX | 579.69 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7100-23 | DEXTROSE (ADD-VANTAGE, LIFECARE) INJ IJ 5% 100 ml 48s ea DEXTROSE | AP | 02 | RX | 579.69 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7922-02 | DEXTROSE (LIFECARE/PLASTIC) INJ IJ 5% 250 ml 24s ea DEXTROSE | AP | 02 | RX | 244.82 | .00 | .00 | 0.00 | .00 | 04/01/96 |

Signature

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

**Confidential**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1Ø
ABBOTT PARK IL 6ØØ6443500

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7922-03 | DEXTROSE (LIFECARE/PLASTIC) INJ IJ 5% 500 ml. 24s ea DEXTROSE | AP | 02 | RX | 244.82 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7922-09 | DEXTROSE (LIFECARE/PLASTIC) INJ IJ 5% 1000 ml. 12s ea DEXTROSE | AP | 02 | RX | 143.07 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7922-53 | DEXTROSE (LIFECARE) INJ IJ 5% 250 ml. 24s ea DEXTROSE | AP | 02 | RX | 244.82 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7922-61 | DEXTROSE (LIFECARE) INJ IJ 5% 150 ml. 32s ea DEXTROSE | AP | 02 | RX | 326.42 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7923-20 | DEXTROSE (LIFECARE, QUAD PACK) INJ IJ 5% 25 ml. 48s ea DEXTROSE | AP | 02 | RX | 792.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7923-36 | DEXTROSE (LIFECARE) INJ IJ 5% 50 ml. 80s ea DEXTROSE | AP | 02 | RX | 860.70 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is    ☐ OK with changes

Signature _____     Date _____

**Confidential**

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1766

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| NDC | Description | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-7923-37 | DEXTROSE (LIFECARE) 5% INJ IJ 100 ml 80s ea DEXTROSE | AP | 02 | RX | 868.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4089-02 | DEXTROSE (AMP) 10% INJ IJ 5 ml 25s ea DEXTROSE | AP | 02 | RX | 73.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5641-25 | DEXTROSE (1000 ML CONTAINER) 10% IN IJ 500 ml 6s ea DEXTROSE | AP | 02 | RX | 130.17 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7930-02 | DEXTROSE (LIFECARE) 10% INJ IJ 250 ml 24s ea DEXTROSE | AP | 02 | RX | 298.40 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7930-03 | DEXTROSE (LIFECARE) 10% INJ IJ 500 ml 24s ea DEXTROSE | AP | 02 | RX | 281.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7930-09 | DEXTROSE (LIFECARE) 10% INJ IJ 1000 ml 12s ea DEXTROSE | AP | 02 | RX | 164.16 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is   ☐ OK with changes

Signature                                    Date

**Confidential**

**Red Book 00487**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| NDC | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7938-19 | DEXTROSE (1000 ML CONTAINER) INJ IJ 20% 500 ml 12s ea DEXTROSE | AP | 02 | RX | 315.07 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1535-03 | DEXTROSE INJ IJ 20% 500 ml 12s ea DEXTROSE | AP | 02 | RX | 202.35 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5042-25 | DEXTROSE (1000 ML CONTAINER) INJ IJ 20% 500 ml 6s ea DEXTROSE | AP | 02 | RX | 150.41 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7935-19 | DEXTROSE (1000 ML CONTAINER) INJ IJ 20% 500 ml 12s ea DEXTROSE | AP | 02 | RX | 364.09 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7898-18 | DEXTROSE (ABBOJECT, INFANT) INJ IJ 25% INJ I IJ 10s ea DEXTROSE | AP | 02 | RX | 132.17 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5023-25 | DEXTROSE (VIAL, 1000 ML CONTAINER) INJ IJ 30% 500 ml 6s ea DEXTROSE | AP | 02 | RX | 168.86 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00488**

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-8004-15 | DEXTROSE<br>(1000 ML CONTAINER)<br>INJ IJ 30%<br>500 ml, 12s ea<br>DEXTROSE | AP | 02 | RX | 407.98 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-5644-25 | DEXTROSE<br>(1000 ML CONTAINER)<br>INJ IJ 40%<br>500 ml, 6s ea<br>DEXTROSE | AP | 02 | RX | 187.17 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-7937-19 | DEXTROSE<br>(1000 ML CONTAINER)<br>INJ IJ 40%<br>500 ml, 12s ea<br>DEXTROSE | AP | 02 | RX | 448.73 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-1518-05 | DEXTROSE<br>INJ IJ 50%<br>1000 ml, 6s ea<br>DEXTROSE | AP | 02 | RX | 186.11 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-1536-03 | DEXTROSE<br>INJ IJ 50%<br>500 ml, 12s ea<br>DEXTROSE | AP | 02 | RX | 260.92 | 0.00 | .00 | .00 | 04/01/96 |
| 00074-4902-22 | DEXTROSE<br>(ABBOJECT, 10GX1-1/2)<br>INJ IJ 50%<br>50 ml, 10s ea<br>DEXTROSE | AP | 02 | RX | 183.83 | 0.00 | .00 | .00 | 04/01/96 |

Signature

Instructions: Please make corrections directly on this printout.
☐ OK as is       ☐ OK with changes

**Confidential**

**Red Book 00489**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| Product | Description | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 00074-4902-34 | DEXTROSE (LIFESHIELD,10GX1-1/2) INJ IJ 50% 50 ml 10s ea DEXTROSE | AP | 02 | RX | 197.72 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5645-25 | DEXTROSE (1000 ML CONTAINER) INJ IJ 50% 500 ml 6s ea DEXTROSE | AP | 02 | RX | 192.95 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6648-02 | DEXTROSE (VIAL, FLIPTOP, ADDITIVE) INJ IJ 50% 50 ml 25s ea DEXTROSE | AP | 02 | RX | 111.03 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7119-07 | DEXTROSE (BULK PACKAGE) INJ IJ 50% 2000 ml 6s ea DEXTROSE | AP | 02 | RX | 347.56 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7936-17 | DEXTROSE (2000 ML CONTAINER) INJ IJ 50% 1000 ml 6s ea DEXTROSE | AP | 02 | RX | 438.40 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7936-19 | DEXTROSE (1000 ML CONTAINER) INJ IJ 50% 1000 ml 12s ea DEXTROSE | AP | 02 | RX | 466.40 | | .00 | 0.00 | .00 | 04/01/96 |

Signature _____    Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

**Confidential**    **Red Book 00490**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| NDC | Description | | Price | | | | Status | | | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-5646-25 | DEXTROSE (1000 ML CONTAINER) INJ IJ 60% 500 ml, 6s ea DEXTROSE | | 214.82 | .00 | 0.00 | .00 | AP | 02 | RX | 04/01/96 |
| 00074-8005-15 | DEXTROSE (1000 ML CONTAINER) INJ IJ 60% 500 ml, 12s ea DEXTROSE | | 460.99 | .00 | 0.00 | .00 | AP | 02 | RX | 04/01/96 |
| 00074-1489-01 | DEXTROSE (100 ML PRSSRZD PINTOP) INJ IJ 70% 70 ml, 25s ea DEXTROSE | | 206.03 | .00 | 0.00 | .00 | AP | 02 | RX | 04/01/96 |
| 00074-1519-05 | DEXTROSE INJ IJ 70% 1000 ml, 6s ea DEXTROSE | | 230.57 | .00 | 0.00 | .00 | AP | 02 | RX | 04/01/96 |
| 00074-5647-25 | DEXTROSE (1000 ML CONTAINER) INJ IJ 70% 500 ml, 6s ea DEXTROSE | | 239.97 | .00 | 0.00 | .00 | AP | 02 | RX | 04/01/96 |
| 00074-7120-07 | DEXTROSE (BULK PACKAGE) INJ IJ 70% 2000 ml, 6s ea DEXTROSE | | 412.61 | .00 | 0.00 | .00 | AP | 02 | RX | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00491**

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| NDC | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7918-19 | DEXTROSE (1000 ML CONTAINER) INJ IJ 70Z 500 ml 12s ea DEXTROSE | AP | | | 500.26 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1521-05 | DEXTROSE 2.5% IN RINGERS (1/2 STRENGTH LACT RING) INJ IJ 6s ea 1000 ml DEXTROSE/RINGER'S | AP | 02 | RX | 107.23 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7929-03 | DEXTROSE 5% IN RINGERS INJ IJ 500 ml 24s ea DEXTROSE/RINGER'S | AP | 02 | RX | 295.26 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7929-09 | DEXTROSE 5% IN RINGERS (LIFECARE) INJ IJ 1000 ml 12s ea DEXTROSE/RINGER'S | AP | 02 | RX | 178.13 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7933-03 | DEXTROSE 5% IN RINGERS (LIFECARE/PLASTIC) INJ IJ 500 ml 24s ea DEXTROSE/RINGER'S | AP | 02 | RX | 302.96 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7933-09 | DEXTROSE 5% IN RINGERS (LIFECARE/PLASTIC) INJ IJ 1000 ml 12s ea DEXTROSE/RINGER'S | AP | 02 | RX | 197.36 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

Confidential

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228     Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4046-25 | DEXTROSE W/ELECTROLYTES (1000 ML CONTAINER) INJ IJ 500 ml 6s ea DEXTROSE/ELECT | | 02 RX | 257.21 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2346-32 | DEXTROSE/DOBUTAMINE INJ IJ 5X-100 MG/100 ML 250 ml 12s ea DEXTROSE/DOBUTAMINE | AP | 02 RX | 800.57 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-2346-34 | DEXTROSE/DOBUTAMINE INJ IJ 5X-100 MG/100 ML 500 ml 12s ea DEXTROSE/DOBUTAMINE | AP | 02 RX | 1518.91 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-2347-32 | DEXTROSE/DOBUTAMINE INJ IJ 5X-200 MG/100ML 250 ml 12s ea DEXTROSE/DOBUTAMINE | AP | 02 RX | 1480.72 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-3724-32 | DEXTROSE/DOBUTAMINE INJ IJ 5X-400 MG/100 ML 250 ml 12s ea DEXTROSE/DOBUTAMINE | AP | 02 RX | 1601.13 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-2345-34 | DEXTROSE/DOBUTAMINE INJ IJ 5X-50 MG/100 ML 500 ml 12s ea DEXTROSE/DOBUTAMINE | AP | 02 RX | 838.76 | .00 | 0.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

Signature _____     Date _____

**Confidential**

**Red Book 00493**

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

| NDC | Description | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7809-24 | DEXTROSE/DOPAMINE HCL (LIFECARE) INJ IJ  5X-100 MG/100 ML 500 ml. 12s ea DEXTROSE/DOPAMINE | | 02 RX | 551.62 | .00 | .00 | .00 | 04/01/96 |
| 00074-4142-02 | DEXTROSE/DOPAMINE HCL INJ IJ  5X-160 MG/100 ML 250 ml. 12s ea DEXTROSE/DOPAMINE | AP | 02 RX | 379.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4142-03 | DEXTROSE/DOPAMINE HCL INJ IJ  5X-160 MG/100 ML 500 ml. 12s ea DEXTROSE/DOPAMINE | | 02 RX | 576.27 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7809-22 | DEXTROSE/DOPAMINE HCL (LIFECARE) INJ IJ  5X-160 MG/100 ML 250 ml. 12s ea DEXTROSE/DOPAMINE | AP | 02 RX | 380.90 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4155-02 | DEXTROSE/DOPAMINE HCL INJ IJ  5X-320 MG/100 ML 250 ml. 12s ea DEXTROSE/DOPAMINE | AP | 02 RX | 576.27 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7810-22 | DEXTROSE/DOPAMINE HCL (LIFECARE) INJ IJ  5X-320 MG/100 ML 250 ml. 12s ea DEXTROSE/DOPAMINE | AP | 02 RX | 563.45 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

**Confidential**

**Red Book 00494**

# RED BOOK®

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK IL  600443500

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800)  222-6883

| NDC | Product | | | | | | Price | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-4141-03 | DEXTROSE/DOPAMINE HCL<br><br>INJ IJ  5X-80 MG/100 ML<br>500 ml 125 ea<br>DEXTROSE/DOPAMINE | AP | 02 | RX | 379.85 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7808-22 | DEXTROSE/DOPAMINE HCL<br>(LIFECARE)<br>INJ IJ  5X-80 MG/100 ML<br>250 ml 125 ea<br>DEXTROSE/DOPAMINE | AP | 02 | RX | 258.92 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7808-24 | DEXTROSE/DOPAMINE HCL<br>(LIFECARE)<br>INJ IJ  5X-80 MG/100 ML<br>500 ml 125 ea<br>DEXTROSE/DOPAMINE | AP | 02 | RX | 362.95 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6286-02 | DEXTROSE/HEPARIN SODIUM<br><br>INJ IJ  5X-10,000 U/100 ML<br>250 ml 12 ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 289.13 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6286-11 | DEXTROSE/HEPARIN SODIUM<br><br>INJ IJ  5X-10,000 U/100 ML<br>100 ml 125 ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 226.58 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7793-12 | DEXTROSE/HEPARIN SODIUM<br><br>INJ IJ  5X-10,000 U/100 ML<br>200 ml 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 299.25 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is      ☐ OK with changes

_____          _____
Signature                                      Date

**Confidential**                    **Red Book 00495**

# RED BOOK
## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7793-23 | DEXTROSE/HEPARIN SODIUM INJ IJ 5X-10,000 U/100 ML 100 ml, 24s ea DEXTROSE/HEPARIN | AP | 02 | RX | 359.10 | .00 | 0.00 | 04/01/96 |
| 00074-7793-61 | DEXTROSE/HEPARIN SODIUM INJ IJ 5X-10,000 U/100 ML 150 ml, 24s ea DEXTROSE/HEPARIN | AP | 02 | RX | 359.10 | .00 | 0.00 | 04/01/96 |
| 00074-7793-62 | DEXTROSE/HEPARIN SODIUM INJ IJ 5X-10,000 U/100 ML 250 ml, 24s ea DEXTROSE/HEPARIN | AP | 02 | RX | 299.25 | .00 | 0.00 | 04/01/96 |
| 00074-7760-03 | DEXTROSE/HEPARIN SODIUM INJ IJ 5X-4000 U/100ML 500 ml, 24s ea DEXTROSE/HEPARIN | AP | 02 | RX | 291.56 | .00 | 0.00 | 04/01/96 |
| 00074-6287-02 | DEXTROSE/HEPARIN SODIUM INJ IJ 5X-5000 U/100 ML 250 ml, 12s ea DEXTROSE/HEPARIN | AP | 02 | RX | 240.97 | .00 | 0.00 | 04/01/96 |
| 00074-6287-03 | DEXTROSE/HEPARIN SODIUM INJ IJ 5X-5000 U/100 ML 500 ml, 12s ea DEXTROSE/HEPARIN | AP | 02 | RX | 289.13 | .00 | 0.00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

_____ Signature   _____ Date

**Confidential**

**Red Book 00496**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| NDC | Description | | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7761-03 | DEXTROSE/HEPARIN SODIUM<br>INJ IV 5%-5000 U/100 ML<br>500 ml 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 336.87 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7794-12 | DEXTROSE/HEPARIN SODIUM<br>INJ IV 5%-5000 U/100 ML<br>200 ml 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 299.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7794-23 | DEXTROSE/HEPARIN SODIUM<br>INJ IV 5%-5000 U/100 ML<br>100 ml 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 299.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7794-61 | DEXTROSE/HEPARIN SODIUM<br>INJ IV 5%-5000 U/100 ML<br>150 ml 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 299.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7794-62 | DEXTROSE/HEPARIN SODIUM<br>INJ IV 5%-5000 U/100 ML<br>250 ml 24s ea<br>DEXTROSE/HEPARIN | AP | 02 | RX | 299.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7916-24 | DEXTROSE/LIDOCAINE HCL<br>(LIFECARE)<br>INJ IV 5%-0.2%<br>500 ml 24s ea<br>DEXTROSE/LIDO HCL | AP | 02 | RX | 471.11 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
□ OK as is     □ OK with changes

Signature                                Date

**Confidential**

**Red Book 00497**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201)358-2228   Fax (201)358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7931-24 | DEXTROSE/LIDOCAINE HCL (LIFECARE) INJ IJ 5%-0.4% 500 ml, 24s ea DEXTROSE/LIDO HCL | AP | 02 | RX | 607.62 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7931-32 | DEXTROSE/LIDOCAINE HCL (LIFECARE) INJ IJ 5%-0.4% 250 ml, 12s ea DEXTROSE/LIDO HCL | AP | 02 | RX | 235.55 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7939-32 | DEXTROSE/LIDOCAINE HCL (LIFECARE) INJ IJ 5%-0.8% 250 ml, 12s ea DEXTROSE/LIDO HCL | AP | 02 | RX | 303.81 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4712-01 | DEXTROSE/LIDOCAINE HCL (AMP) INJ IJ 7.5%-5% 2 ml, 25s ea DEXTROSE/LIDO HCL | AP | 02 | RX | 145.17 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3758-05 | DEXTROSE/MAGNESIUM SULFATE INJ IJ 5%-1 GM/100 ML 1000 ml, 6s ea DEXTROSE/MG SULF | | 02 | RX | 47.31 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3758-11 | DEXTROSE/MAGNESIUM SULFATE (PARTIAL FILL) INJ IJ 5%-1 GM/100 ML 100 ml, 12s ea DEXTROSE/MG SULF | | 02 | RX | 90.86 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Confidential

Red Book 00498

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 60064435AA

| Code | Description | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-6727-09 | DEXTROSE/MAGNESIUM SULFATE<br>INJ IJ 5%-1 GM/100 ML<br>1000 ml, 12s ea<br>DEXTROSE/MG SULF | 02 RX | 94.62 | .00 | .00 | .00 | .00 | 04/01/96 |
| 00074-6727-23 | DEXTROSE/MAGNESIUM SULFATE<br>INJ IJ 5%-1 GM/100 ML<br>100 ml, 24s ea<br>DEXTROSE/MG SULF | 02 RX | 100.12 | .00 | .00 | .00 | .00 | 04/01/96 |
| 00074-3759-03 | DEXTROSE/MAGNESIUM SULFATE<br>INJ IJ 5%-2 GM/100 ML<br>500 ml, 12s ea<br>DEXTROSE/MG SULF | 02 RX | 94.62 | .00 | .00 | .00 | .00 | 04/01/96 |
| 00074-3759-05 | DEXTROSE/MAGNESIUM SULFATE<br>INJ IJ 5%-2 GM/100 ML<br>1000 ml, 6s ea<br>DEXTROSE/MG SULF | 02 RX | 52.58 | .00 | 0.00 | 0.00 | .00 | 04/01/96 |
| 00074-6728-03 | DEXTROSE/MAGNESIUM SULFATE<br>INJ IJ 5%-2 GM/100 ML<br>500 ml, 24s ea<br>DEXTROSE/MG SULF | 02 RX | 189.24 | .00 | .00 | .00 | .00 | 04/01/96 |
| 00074-6728-09 | DEXTROSE/MAGNESIUM SULFATE<br>INJ IJ 5%-2 GM/100 ML<br>1000 ml, 12s ea<br>DEXTROSE/MG SULF | 02 RX | 105.17 | .00 | .00 | .00 | .00 | 04/01/96 |

Signature _____    Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

Confidential

Red Book 00499

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R110
ABBOTT PARK IL 600643500

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| NDC | Description | | Price | | | | Date |
|---|---|---|---|---|---|---|---|
| 00074-6062-02 | DEXTROSE/MORPHINE SULFATE (PREMIX) INJ IJ 5%-100 MG/100 ML 250 ml ea DEXTROSE/MORPHINE | 02 CII | 21.54 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6062-03 | DEXTROSE/MORPHINE SULFATE (PREMIX) INJ IJ 5%-100 MG/100 ML 500 ml ea DEXTROSE/MORPHINE | 02 CII | 28.98 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6062-11 | DEXTROSE/MORPHINE SULFATE (PREMIX) INJ IJ 5%-100 MG/100 ML 100 ml ea DEXTROSE/MORPHINE | 02 CII | 16.14 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6063-02 | DEXTROSE/MORPHINE SULFATE (PREMIX) INJ IJ 5%-20 MG/100 ML 250 ml ea DEXTROSE/MORPHINE | 02 CII | 15.62 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6063-03 | DEXTROSE/MORPHINE SULFATE (PREMIX) INJ IJ 5%-20 MG/100 ML 500 ml ea DEXTROSE/MORPHINE | 02 CII | 17.10 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7993-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE INJ IJ 5%-0.075%-0.45% 1000 ml 125 ea DEXTROSE/POT CL/SOD CL | AP 02 RX | 224.30 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is     ☐ OK with changes

Signature _____     Date _____

**Confidential**

Red Book 00500

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1Ø
ABBOTT PARK IL 600643500

| Code | Description | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7901-03 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ 5%-0.15%-0.2%<br>500 ml, 24s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 | RX | 689.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7901-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ 5%-0.15%-0.2%<br>1000 ml, 12s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 | RX | 224.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7902-03 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ 5%-0.15%-0.45%<br>500 ml, 24s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 | RX | 689.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7902-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ 5%-0.15%-0.45%<br>1000 ml, 12s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 | RX | 224.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7107-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ 5%-0.15%-0.9%<br>1000 ml, 12s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 | RX | 307.52 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7991-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ 5%-0.22%-0.2%<br>1000 ml, 12s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 | RX | 224.30 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

Confidential

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-910
ABBOTT PARK IL 600643500

| NDC | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7903-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ  5%-0.22%-0.45%<br>1000 ml 12s ea<br>DEXTROSE/POT CL/SOD CL | | 02 RX | 224.30 | | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7992-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ  5%-0.3%-0.2%<br>1000 ml 12s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 RX | 224.30 | | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7904-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ  5%-0.3%-0.45%<br>1000 ml 12s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 RX | 224.30 | | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7997-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ  5%-0.075%-0.2%<br>1000 ml 12s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 RX | 224.30 | | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7998-03 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ  5%-0.15%-0.3%<br>500 ml 24s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 RX | 609.70 | | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7998-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ  5%-0.15%-0.3%<br>1000 ml 12s ea<br>DEXTROSE/POT CL/SOD CL | AP | 02 RX | 213.75 | | .00 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is    ☐ OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00502**

# RED BOOK
## Product Listing Verification

ME MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-A10
ABBOTT PARK IL 600643500

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone (800) 222-6883

| Code | Description | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7806-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ 5X-0.22X-0.3X<br>1000 ml. 12s ea<br>DEXTROSE/POT CL/SOD CL | | | 02 RX | 224.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7105-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ 5X-0.3X-0.3X<br>1000 ml. 12s ea<br>DEXTROSE/POT CL/SOD CL | | AP | 02 RX | 307.52 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7109-09 | DEXTROSE/NACL/POTASSIUM CHLORIDE<br>INJ IJ 5X-0.3X-0.9X<br>1000 ml. 12s ea<br>DEXTROSE/POT CL/SOD CL | | AP | 02 RX | 307.52 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1483-02 | DEXTROSE/NITROGLYCERIN<br>INJ IJ 5X-10 MG/100 ML<br>250 ml. 12s ea<br>DEXTROSE/NITROGLYCERIN | | AP | 02 RX | 218.31 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1483-03 | DEXTROSE/NITROGLYCERIN<br>INJ IJ 5X-10 MG/100 ML<br>500 ml. 12s ea<br>DEXTROSE/NITROGLYCERIN | | AP | 02 RX | 218.31 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1482-02 | DEXTROSE/NITROGLYCERIN<br>INJ IJ 5X-20 MG/100 ML<br>250 ml. 12s ea<br>DEXTROSE/NITROGLYCERIN | | AP | 02 RX | 218.31 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is     ☐ OK with changes

Signature _____     Date _____

**Confidential**

**Red Book 00503**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. DO-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1484-02 | DEXTROSE/NITROGLYCERIN<br>INJ IJ   5%-40 MG/100 ML<br>250 ml 125 ea<br>DEXTROSE/NITROGLYCERIN | AP | 02 | RX | 246.53 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1484-03 | DEXTROSE/NITROGLYCERIN<br>INJ IJ   5%-40 MG/100 ML<br>500 ml 125 ea<br>DEXTROSE/NITROGLYCERIN | AP | 02 | RX | 306.23 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7985-09 | DEXTROSE/POTASSIUM CHLORIDE<br>(LIFECARE)<br>INJ IJ   5%-0.15%<br>1000 ml 125 ea<br>DEXTROSE/POT CL | AP | 02 | RX | 224.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7996-09 | DEXTROSE/POTASSIUM CHLORIDE<br>INJ IJ   5%-0.224%<br>1000 ml 125 ea<br>DEXTROSE/POT CL | AP | 02 | RX | 224.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7986-09 | DEXTROSE/POTASSIUM CHLORIDE<br>(LIFECARE)<br>INJ IJ   5%-0.3%<br>1000 ml 125 ea<br>DEXTROSE/POT CL | AP | 02 | RX | 224.30 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7940-03 | DEXTROSE/SODIUM CHLORIDE<br>(LIFECARE)<br>INJ IJ   2.5%-0.45%<br>500 ml 24s ea<br>DEXTROSE/SOD CL | AP | 02 | RX | 254.79 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is     ☐ OK with changes

_____     _____
Signature                          Date

**Confidential**

**Red Book 00504**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. ...R10
ABBOTT PARK  IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-7940-09 | DEXTROSE/SODIUM CHLORIDE (LIFECARE) INJ IJ 2.5%-0.45% 1000 ml 12s ea DEXTROSE/SOD CL | AP | 149.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7924-02 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.225% 250 ml 24s ea DEXTROSE/SOD CL | 02 RX | 263.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7924-03 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.225% 500 ml 24s ea DEXTROSE/SOD CL | 02 RX | 263.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7924-09 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.225% 1000 ml 12s ea DEXTROSE/SOD CL | 02 RX | 156.18 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7925-02 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.3% 250 ml 24s ea DEXTROSE/SOD CL | 02 RX | 263.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7925-03 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.3% 500 ml 24s ea DEXTROSE/SOD CL | 02 RX | 263.06 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
□ OK as is   □ OK with changes

Signature                    Date

Confidential

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| NDC | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7925-09 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.3% 1000 ml 12s ea DEXTROSE/SOD CL | AP | 02 | RX | 156.18 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7926-02 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.45% 250 ml 24s ea DEXTROSE/SOD CL | AP | 02 | RX | 263.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7926-03 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.45% 500 ml 24s ea DEXTROSE/SOD CL | AP | 02 | RX | 263.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7926-09 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.45% 1000 ml 12s ea DEXTROSE/SOD CL | AP | 02 | RX | 156.18 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7941-02 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.9% 250 ml 24s ea DEXTROSE/SOD CL | AP | 02 | RX | 263.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7941-03 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.9% 500 ml 24s ea DEXTROSE/SOD CL | AP | 02 | RX | 263.06 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

_____ Signature

_____ Date

**Confidential**

**Red Book 00506**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By:09/27/96
Contact Name:HARRY ADAMS
Contact Phone:(800) 222-6883

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7941-09 | DEXTROSE/SODIUM CHLORIDE (LIFECARE/PLASTIC) INJ IJ 5%-0.9% 1000 ml, 12s ea DEXTROSE/SOD CL | AP | 02 | RX | 156.18 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1534-05 | DEXTROSE/SODIUM CHLORIDE INJ IJ 10%-0.9% 1000 ml, 6s ea DEXTROSE/SOD CL | AP | 02 | RX | 99.32 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7666-03 | DEXTROSE/THEOPHYLLINE INJ IJ 5%-160 MG/100 ML 500 ml, 24s ea DEXTROSE/THEO | AP | 02 | RX | 383.90 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7666-62 | DEXTROSE/THEOPHYLLINE INJ IJ 5%-160 MG/100 ML 250 ml, 24s ea DEXTROSE/THEO | AP | 02 | RX | 354.26 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7668-23 | DEXTROSE/THEOPHYLLINE INJ IJ 5%-200 MG/100ML 100 ml, 24s ea DEXTROSE/THEO | AP | 02 | RX | 332.31 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7677-13 | DEXTROSE/THEOPHYLLINE INJ IJ 5%-200 MG/50 ML 50 ml, 24s ea DEXTROSE/THEO | AP | 02 | RX | 332.31 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**

**Red Book 00507**

# RED BOOK
## Product Listing Verification

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. ....D-R10
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| NDC | Description | | | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-7705-62 | DEXTROSE/THEOPHYLLINE<br>INJ IJ  5X-320 MG/100 ML<br>250 ml. 24s ea<br>DEXTROSE/THEO | AP | 02 | RX | | 429.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7662-09 | DEXTROSE/THEOPHYLLINE<br>INJ IJ  5X-40 MG/100 ML<br>1000 ml. 12s ea<br>DEXTROSE/THEO | AP | 02 | RX | | 200.64 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7677-23 | DEXTROSE/THEOPHYLLINE<br>INJ IJ  5X-400 MG/100 ML<br>100 ml. 24s ea<br>DEXTROSE/THEO | AP | 02 | RX | | 342.29 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7665-03 | DEXTROSE/THEOPHYLLINE<br>INJ IJ  5X-80 MG/100 ML<br>500 ml. 24s ea<br>DEXTROSE/THEO | AP | 02 | RX | | 354.26 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7665-09 | DEXTROSE/THEOPHYLLINE<br>INJ IJ  5X-80 MG/100 ML<br>1000 ml. 12s ea<br>DEXTROSE/THEO | AP | 02 | RX | | 216.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1671-02 | DIAL-A-FLO<br>(IV EXTENTION-18 IN)<br>SET<br>48s ea<br>DEVICE | | 03 | OTC | | 434.91 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____    Date _____

**Confidential**    **Red Book 00508**

# RED BOOK
## Product Listing Verification

■■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL  600643500

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| Code | Description | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-1672-02 | DIAL-A-FLO<br>(EXT. 10 IN LETTER SCALE)<br>SET<br>48s ea<br>DEVICE | | 03 OTC | 434.91 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1674-68 | DIAL-A-FLO<br>(MICRODRIP 70 IN NV)<br>SET<br>48s ea<br>DEVICE | | 03 OTC | 586.53 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1684-68 | DIAL-A-FLO<br>(MICRODRIP 70 IN NV)<br>SET<br>48s ea<br>DEVICE | | 03 OTC | 586.53 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3210-01 | DIAZEPAM<br>(AMP)<br>INJ  IJ  5 MG/ML<br>2 ml, 50s ea<br>DIAZEPAM | AP | 02 CIV | 86.69 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3213-01 | DIAZEPAM<br>(VIAL, FLIPTOP)<br>INJ  IJ  5 MG/ML<br>10 ml, 25s ea<br>DIAZEPAM | AP | 02 CIV | 173.67 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2344-01 | DOBUTAMINE HCL<br>(VIAL, FLIPTOP)<br>INJ  IJ  12.5 MG/ML<br>20 ml ea<br>DOBUTAMINE HYDROCHLORIDE | AP | 02 RX | 49.41 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is      ☐ OK with changes

_____   _____
Signature                   Date

**Confidential**

**Red Book 00509**

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| NDC | Description | | | Price | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-2344-02 | DOBUTAMINE HCL (VIAL,FLIPTOP) INJ IJ 12.5 MG/ML 20 ml, 10s ea DOBUTAMINE HYDROCHLORIDE | AP | 02 | RX | 467.40 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5819-16 | DOPAMINE HCL (SRN/UNIV ADD,10 ML CONT) INJ IJ 40 MG/ML 5 ml, 10s ea DOPAMINE HYDROCHLORIDE | AP | 02 | RX | 140.01 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5820-10 | DOPAMINE HCL (VIAL,FLIPTOP) INJ IJ 40 MG/ML 5 ml, 25s ea DOPAMINE HYDROCHLORIDE | AP | 02 | RX | 294.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9104-20 | DOPAMINE HCL (VIAL,FLIPTOP,10ML/20ML) INJ IJ 40 MG/ML 10 ml, 25s ea DOPAMINE HYDROCHLORIDE | AP | 02 | RX | 583.95 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9105-18 | DOPAMINE HCL (SRN/UNIV ADDITIVE) INJ IJ 40 MG/ML 10 ml, 10s ea DOPAMINE HYDROCHLORIDE | AP | 02 | RX | 259.23 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4265-01 | DOPAMINE HCL (VIAL,FLIPTOP,10ML/20ML ) INJ IJ 80 MG/ML 10 ml, 25s ea DOPAMINE HYDROCHLORIDE | AP | 02 | RX | 941.69 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

_____  _____
Signature                Date

Confidential

Red Book 00510

# RED BOOK
## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD., D-R18
ABBOTT PARK IL 600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| NDC | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4266-18 | DOPAMINE HCL (SRN. UNIV. ADDITIVE) INJ IJ 80 MG/ML 10 ml, 10s ea DOPAMINE HYDROCHLORIDE | AP | 02 RX | 415.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1187-01 | DROPERIDOL INJ IJ 2.5 MG/ML 2 ml, 10s ea DROPERIDOL | AP | 02 RX | 73.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1186-12 | DROPERIDOL/FENTANYL CITRATE INJ IJ 2.5 MG-0.05 MG/ML 2 ml, 10s ea DROPERIDOL/FENTANYL CITRATE | AP | 02 CII | 167.56 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7927-08 | EMPTY CONTAINER (W/ATCHD Y-TRANF, 3000ML) ACC 24s ea DEVICE | | 03 OTC | 1232.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7927-09 | EMPTY CONTAINER (W/ATCHD Y-TRNSF/1000ML) ACC 24s ea DEVICE | | 03 OTC | 802.28 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7951-12 | EMPTY CONTAINER (LIFECARE,FLEXIBLE,50ML) ACC 48s ea DEVICE | | 03 OTC | 662.91 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

**Confidential**

**Red Book 00511**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1Ø
ABBOTT PARK IL  6ØØ643500

| Code | Description | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7951-13 | EMPTY CONTAINER (LIFECARE,FLEXIBLE,500ML) ACC 48s ea DEVICE | 03 OTC | 678.87 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7951-19 | EMPTY CONTAINER (LIFECARE,FLEXIBLE,1000ML) ACC 48s ea DEVICE | 03 OTC | 737.01 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7951-23 | EMPTY CONTAINER (LIFECARE,FLEXIBLE,100ML) ACC 200s ea DEVICE | 03 OTC | 2522.25 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1614-01 | EMPTY EVACUATED CONTAINER (150 ML) ACC 12s ea DEVICE | 03 OTC | 194.51 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1614-02 | EMPTY EVACUATED CONTAINER (250 ML) ACC 12s ea DEVICE | 03 OTC | 200.50 | | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1614-03 | EMPTY EVACUATED CONTAINER (500 ML.) ACC 12s ea DEVICE | 03 OTC | 203.92 | | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

Signature _____    Date _____

**Confidential**                    **Red Book 00512**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-1614-05 | EMPTY EVACUATED CONTAINER (1000 ML.) ACC 6s ea DEVICE | | 03 OTC | 112.29 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6940-03 | ENDRATE (AMP) INJ IJ 150 MG/ML 20 ml 25s ea EDETATE DISODIUM | AP | 01 RX | 700.63 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9406-01 | ENFLURANE SOL IH 125 ml ea ENFLURANE | AN | 02 RX | 128.21 | .00 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-9406-02 | ENFLURANE SOL IH 250 ml ea ENFLURANE | AN | 02 RX | 216.37 | .00 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-3073-31 | EPHEDRINE SULFATE (AMP) INJ IJ 50 MG/ML 1 ml 50s ea EPHEDRINE SULFATE | | 02 RX | 80.16 | .00 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1986-01 | EPIDURAL SINGLE SHOT W/LIDOCAINE INJ IJ 1% 2 ml 10s ea LIDOCAINE HYDROCHLORIDE | AP | 01 RX | 414.32 | .00 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is      ☐ OK with changes

Signature _____      Date _____

**Confidential**

**Red Book 00513**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 60064-3500

| NDC | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4320-01 | EPINEPHRINE HCL (VIAL) INJ IJ 0.1 MG/ML 10 ml, 10s ea EPINEPHRINE HYDROCHLORIDE | | 02 RX | 32.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4901-18 | EPINEPHRINE HCL (ABBOJECT, 18GX3-1/2) INJ IJ 0.1 MG/ML 10 ml, 10s ea EPINEPHRINE HYDROCHLORIDE | | 02 RX | 144.64 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4921-18 | EPINEPHRINE HCL (ABBOJECT, 21GX1-1/2) INJ IJ 0.1 MG/ML 10 ml, 10s ea EPINEPHRINE HYDROCHLORIDE | | 02 RX | 128.96 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4921-34 | EPINEPHRINE HCL (ABBOJECT/LIFE,21GX1-1/2) INJ IJ 0.1 MG/ML 10 ml, 10s ea EPINEPHRINE HYDROCHLORIDE | | 02 RX | 142.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7241-01 | EPINEPHRINE HCL (AMP) INJ IJ 1 MG/ML 1 ml, 25s ea EPINEPHRINE HYDROCHLORIDE | | 02 RX | 24.05 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3182-02 | EPINEPHRINE W/LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 1:100,000-2X 30 ml, 25s ea EPI/LIDO HCL | AP | 02 RX | 115.78 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

**Confidential**          **Red Book 00514**

# RED BOOK
## Product Listing Verification

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| NDC | Description | | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-3182-03 | EPINEPHRINE W/LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 1:100,000-2% 50 ml, 25s ea EPI/LIDO HCL | AP | 02 | RX | 132.41 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3183-01 | EPINEPHRINE W/LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 1:200,000-2% 20 ml, 5s ea EPI/LIDO HCL | AP | 02 | RX | 59.91 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3178-01 | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 1:100,000-1% 20 ml, 25s ea EPI/LIDO HCL | AP | 02 | RX | 66.50 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3178-02 | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 1:100,000-1% 30 ml, 25s ea EPI/LIDO HCL | AP | 02 | RX | 112.22 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3178-03 | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 1:100,000-1% 50 ml, 25s ea EPI/LIDO HCL | AP | 02 | RX | 112.22 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3182-01 | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 1:100,000-2% 20 ml, 25s ea EPI/LIDO HCL | AP | 02 | RX | 70.66 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

Signature _____     Date _____

**Confidential**

**Red Book 00515**

# RED BOOK
## Product Listing Verification

■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 60064-3500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| NDC | Product | | | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 00874-3177-01 | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 1:200,000-0.5% 50 ml 25s ea EPI/LIDO HCL | AP | 02 | RX | | 118.16 | .00 | 0.00 | .00 | 04/01/96 |
| 00874-3179-01 | EPINEPHRINE/LIDOCAINE HCL (AMP) INJ IJ 1:200,000-1% 30 ml 5s ea EPI/LIDO HCL | AP | 02 | RX | | 49.94 | .00 | 0.00 | .00 | 04/01/96 |
| 00874-1209-01 | EPINEPHRINE/LIDOCAINE HCL (AMP) INJ IJ 1:200,000-1.5% 5 ml 15s ea EPI/LIDO HCL | AP | 02 | RX | | 39.54 | .00 | 0.00 | .00 | 04/01/96 |
| 00874-3180-02 | EPINEPHRINE/LIDOCAINE HCL (AMP) INJ IJ 1:200,000-1.5% 30 ml 5s ea EPI/LIDO HCL | AP | 02 | RX | | 56.41 | .00 | 0.00 | .00 | 04/01/96 |
| 00874-3181-01 | EPINEPHRINE/LIDOCAINE HCL (VIAL, FLIPTOP) INJ IJ 1:200,000-1.5% 30 ml 5s ea EPI/LIDO HCL | AP | 02 | RX | | 54.80 | .00 | 0.00 | .00 | 04/01/96 |
| 00874-3247-01 | ERYTHROCIN LACTOBIONATE (ADD-VANTAGE) PDI IJ 500 MG 10s ea ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | | 222.78 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____    Date

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

**Confidential**

# RED BOOK

## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228     Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R18
ABBOTT PARK IL  600643500

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6365-02 | ERYTHROCIN LACTOBIONATE<br><br>PDI IJ  500 MG<br>10s ea<br>ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 109.73 | .00 | .00 | 0.00 | 04/01/96 |
| 00074-6368-13 | ERYTHROCIN LACTOBIONATE<br>(P.B.)<br>PDI IJ  500 MG<br>5s ea<br>ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 58.54 | .00 | .00 | 0.00 | 04/01/96 |
| 00074-6476-44 | ERYTHROCIN LACTOBIONATE<br>(ADD-VANTAGE)<br>PDI IJ  500 MG<br>10s ea<br>ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 114.71 | .00 | .00 | 0.00 | 04/01/96 |
| 00074-6482-01 | ERYTHROCIN LACTOBIONATE<br><br>PDI IJ  500 MG<br>10s ea<br>ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 105.69 | .00 | .00 | 0.00 | 04/01/96 |
| 00074-6483-01 | ERYTHROCIN LACTOBIONATE<br><br>PDI IJ  500 MG<br>5s ea<br>ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 56.29 | .00 | .00 | 0.00 | 04/01/96 |
| 00074-3246-01 | ERYTHROCIN LACTOBIONATE<br>(ADD-VANTAGE)<br>PDI IJ  1 GM<br>10s ea<br>ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 304.00 | .00 | .00 | 0.00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

Signature _____     Date _____

**Confidential**

**Red Book 00517**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228      Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY  ADAMS
Contact Phone: (800)  222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1Ø
ABBOTT PARK  IL  60064435ØØ

| Code | Description | | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6342-05 | ERYTHROCIN LACTOBIONATE<br>PDI IJ  1 GM<br>10s ea<br>ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 198.91 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6478-44 | ERYTHROCIN LACTOBIONATE<br>(ADD-VANTAGE)<br>PDI IJ  1 GM<br>10s ea<br>ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 204.13 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6481-01 | ERYTHROCIN LACTOBIONATE<br>PDI IJ  1 GM<br>10s ea<br>ERYTHROMYCIN LACTOBIONATE | AP | 01 | RX | 191.19 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1485-03 | ETOPOSIDE<br>(VIAL, FLIPTOP, BULK PKG)<br>INJ IJ  20 MG/ML<br>50 ml ea<br>ETOPOSIDE | AP | 02 | RX | 1264.21 | .00 | .00 | .00 | 04/01/96 |
| 00074-1763-48 | FAT EMULSION I.V. SET<br>(VENTED/100 )<br>SET<br>48s ea<br>DEVICE | | 03 | RX | 900.03 | .00 | 0.00 | .00 | 04/04/94 |
| 00074-4065-58 | FAT EMULSION I.V. SET<br>(VENTED, W/CAIR & Y SITE)<br>SET<br>48s ea<br>DEVICE | | 03 | OTC | 567.72 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is      ☐ OK with changes

Signature _____      Date _____

**Confidential**

**Red Book 00518**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax(201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-810
ABBOTT PARK IL  600643500

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-6464-01 | FAT EMULSION I.V. SET (72 IN MICROBORE -SL) SET 50s ea DEVICE | | 03 | OTC | 470.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9093-32 | FENTANYL CITRATE (AMP) INJ IJ  0.05 MG/ML 2 ml, 10s ea FENTANYL CITRATE | AP | 02 | CII | 40.02 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9093-35 | FENTANYL CITRATE (AMP) INJ IJ  0.05 MG/ML 5 ml, 10s ea FENTANYL CITRATE | AP | 02 | CII | 73.74 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9093-36 | FENTANYL CITRATE (AMP) INJ IJ  0.05 MG/ML 10 ml, 5s ea FENTANYL CITRATE | AP | 02 | CII | 70.60 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9093-38 | FENTANYL CITRATE (AMP) INJ IJ  0.05 MG/ML 20 ml, 5s ea FENTANYL CITRATE | AP | 02 | CII | 138.40 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9094-22 | FENTANYL CITRATE (VIAL, FLIPTOP) INJ IJ  0.05 MG/ML 2 ml, 25s ea FENTANYL CITRATE | AP | 02 | CII | 200.90 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is      ☐ OK with changes

Signature _____   Date _____

**Confidential**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228     Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.
ABBOTT PARK IL  600643500

| Code | Description | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 00074-9094-25 | FENTANYL CITRATE (VIAL, FLIPTOP) INJ IJ 0.05 MG/ML 5 ml,25s ea FENTANYL CITRATE | AP | 02 | CII | 367.53 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9094-28 | FENTANYL CITRATE (VIAL, FLIPTOP) INJ IJ 0.05 MG/ML 10 ml,25s ea FENTANYL CITRATE | AP | 02 | CII | 352.98 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9094-31 | FENTANYL CITRATE (VIAL, FLIPTOP) INJ IJ 0.05 MG/ML 20 ml,25s ea FENTANYL CITRATE | AP | 02 | CII | 692.02 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9094-61 | FENTANYL CITRATE (VIAL, FLIPTOP) INJ IJ 0.05 MG/ML 50 ml,25s ea FENTANYL CITRATE | AP | 02 | CII | 1730.19 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2443-05 | FENTANYL ORALET LOZ BC 100 MCG 5s ea FENTANYL CITRATE | | 01 | CII | 130.63 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2444-05 | FENTANYL ORALET LOZ BC 200 MCG 5s ea FENTANYL CITRATE | | 01 | CII | 139.95 | .00 | 0.00 | .00 | 04/03/95 |

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

Signature

**Confidential**     **Red Book 00520**

# RED BOOK
## Product Listing Verification

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax(201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 60064-3500

| | | | | | | |
|---|---|---|---|---|---|---|
| 00074-2445-05 | FENTANYL ORALET<br>LOZ BC 300 MCG<br>5s ea<br>FENTANYL CITRATE | 01 CII | 139.95 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-2446-05 | FENTANYL ORALET<br>LOZ BC 400 MCG<br>5s ea<br>FENTANYL CITRATE | 01 CII | 139.95 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-6054-02 | FUROSEMIDE<br>(ABBOJECT)<br>INJ IJ 10 MG/ML<br>2 ml, 25s ea<br>FUROSEMIDE | AP 02 RX | 93.52 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6055-14 | FUROSEMIDE<br>(ABBOJECT)<br>INJ IJ 10 MG/ML<br>4 ml, 10s ea<br>FUROSEMIDE | AP 02 RX | 50.94 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6056-17 | FUROSEMIDE<br>(ABBOJECT)<br>INJ IJ 10 MG/ML<br>8 ml, 10s ea<br>FUROSEMIDE | AP 02 RX | 73.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6056-18 | FUROSEMIDE<br>(ABBOJECT)<br>INJ IJ 10 MG/ML<br>10 ml, 10s ea<br>FUROSEMIDE | AP 02 RX | 129.32 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____    Date

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

**Confidential**                    **Red Book 00521**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1Q
ABBOTT PARK IL 600643500

| Code | Description | | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-6101-02 | FUROSEMIDE (AMP) INJ IJ 10 MG/ML 2 ml 25s ea FUROSEMIDE | AP | 02 | RX | 53.44 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6101-04 | FUROSEMIDE (AMP) INJ IJ 10 MG/ML 4 ml 25s ea FUROSEMIDE | AP | 02 | RX | 103.02 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6101-10 | FUROSEMIDE (AMP) INJ IJ 10 MG/ML 10 ml 25s ea FUROSEMIDE | AP | 02 | RX | 260.95 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6102-02 | FUROSEMIDE (VIAL, FLIPTOP) INJ IJ 10 MG/ML 2 ml 25s ea FUROSEMIDE | AP | 02 | RX | 64.42 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6102-04 | FUROSEMIDE (VIAL, P.F., FLIPTOP) INJ IJ 10 MG/ML 4 ml 25s ea FUROSEMIDE | AP | 02 | RX | 110.44 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6102-11 | FUROSEMIDE (VIAL, FLIPTOP) INJ IJ 10 MG/ML 10 ml 10s ea FUROSEMIDE | AP | 02 | RX | 297.17 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature

# RED BOOK
## Product Listing Verification

■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D5-R10
ABBOTT PARK IL 600643500

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-3400-01 | GENTAMICIN SULFATE (VIAL, ADD-VANTAGE) INJ IJ 10 MG/ML 6 ml, 25s ea GENTAMICIN SULFATE | AP | 02 | RX | 146.95 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3401-01 | GENTAMICIN SULFATE (VIAL, ADD-VANTAGE) INJ IJ 10 MG/ML 8 ml, 25s ea GENTAMICIN SULFATE | AP | 02 | RX | 156.75 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3402-01 | GENTAMICIN SULFATE (VIAL, ADD-VANTAGE) INJ IJ 10 MG/ML 10 ml, 25s ea GENTAMICIN SULFATE | AP | 02 | RX | 168.63 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1207-03 | GENTAMICIN SULFATE (VIAL, FLIPTOP) INJ IJ 40 MG/ML 2 ml, 25s ea GENTAMICIN SULFATE | AP | 02 | RX | 55.81 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7879-13 | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) INJ IJ 1.2 MG/ML-0.9% 50 ml, 24s ea GENT SULF/SOD CL | AP | 02 | RX | 247.95 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7881-13 | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) INJ IJ 1.4 MG/ML-0.9% 50 ml, 24s ea GENT SULF/SOD CL | AP | 02 | RX | 262.77 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

# RED BOOK
## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By:09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600643500

| NDC | Description | | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-7883-13 | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) INJ IJ 1.6 MG/ML-0.9% 50 ml, 24s ea GENT SULF/SOD CL | AP | 02 | RX | 264.77 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7889-23 | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) INJ IJ 100 MG/100 ML-0.9% 100 ml, 24s ea GENT SULF/SOD CL | AP | 02 | RX | 287.85 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7884-23 | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) INJ IJ 80 MG/100 ML-0.9% 100 ml, 24s ea GENT SULF/SOD CL | AP | 02 | RX | 264.77 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7886-23 | GENTAMICIN SULFATE/SODIUM CHLORIDE (LIFECARE) INJ IJ 90 MG/100 ML-0.9% 100 ml, 24s ea GENT SULF/SOD CL | AP | 02 | RX | 280.16 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6142-06 | GLYCINE IRRIGATION (AQUALITE) SOL IR 1.5% 1500 ml, 8s ea GLYCINE | AT | 02 | RX | 201.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7974-08 | GLYCINE IRRIGATION (FLEXIBLE CONTAINER) SOL IR 1.5% 3000 ml, 4s ea GLYCINE | AT | 02 | RX | 89.68 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.
□ OK as is    □ OK with changes

**Confidential**

**Red Book 00524**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4894-02 | HALOTHANE<br>LIQ IH<br>250 ml, 12s ea<br>HALOTHANE | AN | 02 | RX | 1392.37 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-1151-70 | HEPARIN LOCK FLUSH<br>(VIAL, FLIPTOP)<br>INJ IJ 10 U/ML<br>10 ml, 25s ea<br>HEPARIN LOCK FLUSH | AP | 02 | RX | 32.95 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1151-78 | HEPARIN LOCK FLUSH<br>(VIAL, FLIPTOP)<br>INJ IJ 10 U/ML<br>30 ml, 25s ea<br>HEPARIN LOCK FLUSH | AP | 02 | RX | 76.59 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4822-01 | HEPARIN LOCK FLUSH<br>(SRN)<br>INJ IJ 10 U/ML<br>1 ml, 25s ea<br>HEPARIN LOCK FLUSH | AP | 02 | RX | 105.98 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1152-70 | HEPARIN LOCK FLUSH<br>(VIAL, FLIPTOP)<br>INJ IJ 100 U/ML<br>10 ml, 25s ea<br>HEPARIN LOCK FLUSH | AP | 02 | RX | 37.70 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1152-78 | HEPARIN LOCK FLUSH<br>(VIAL, FLIPTOP)<br>INJ IJ 100 U/ML<br>30 ml, 25s ea<br>HEPARIN LOCK FLUSH | AP | 02 | RX | 87.28 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is   ☐ OK with changes

Signature _____   Date _____

Confidential

# *RED BOOK*

## Product Listing Verification

■■ MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL  600643500

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone:(800) 222-6883

| NDC | Description | | | | | | | Date |
|---|---|---|---|---|---|---|---|---|
| 00074-2581-02 | HEPARIN SODIUM (VIAL, ADD-VANTAGE, P.F.) INJ IJ 2000 U/ML 5 ml, 25s ea HEPARIN SODIUM | 02 | RX | 74.22 | 0.00 | 0.00 | .00 | 04/01/96 |
| 00074-2583-02 | HEPARIN SODIUM (VIAL, ADD-VANTAGE, P.F.) INJ IJ 2000 U/ML 10 ml, 25s ea HEPARIN SODIUM | 02 | RX | 132.41 | 0.00 | 0.00 | .00 | 04/01/96 |
| 00074-2582-02 | HEPARIN SODIUM (VIAL, ADD-VANTAGE) INJ IJ 2500 U/ML 5 ml, 25s ea HEPARIN SODIUM | 02 | RX | 89.36 | 0.00 | 0.00 | .00 | 04/01/96 |
| 00074-2584-02 | HEPARIN SODIUM (VIAL, ADD-VANTAGE) INJ IJ 2500 U/ML 10 ml, 25s ea HEPARIN SODIUM | 02 | RX | 172.19 | 0.00 | 0.00 | .00 | 04/01/96 |
| 00074-7620-03 | HEPARIN SODIUM/SODIUM CHLORIDE INJ IJ 200 U/100 ML-0.9% 500 ml, 18s ea HEPARIN/SOD CL | AP | RX | 187.25 | 0.00 | 0.00 | .00 | 04/01/96 |
| 00074-7620-59 | HEPARIN SODIUM/SODIUM CHLORIDE INJ IJ 200 U/100 ML-0.9% 1000 ml, 12s ea HEPARIN/SOD CL | AP | RX | 124.83 | 0.00 | 0.00 | .00 | 04/01/96 |

Signature _____    Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

**Confidential**

**Red Book 00526**

# RED BOOK
## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By:09/27/96
Contact Name:HARRY ADAMS
Contact Phone:(800) 222-6883

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD  D-R10
ABBOTT PARK IL  600643500

| Code | Description | | | Price | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-7651-03 | HEPARIN SODIUM/SODIUM CHLORIDE<br>INJ IJ  5000 U/100 ML-0.45%<br>500 ml  24s ea<br>HEPARIN/SOD CL | AP | 02 | RX | 265.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7651-62 | HEPARIN SODIUM/SODIUM CHLORIDE<br>INJ IJ  5000 U/100 ML-0.45%<br>250 ml  24s ea<br>HEPARIN/SOD CL | AP | 02 | RX | 250.23 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7650-62 | HEPARIN SODIUM/SODIUM CHLORIDE<br>INJ IJ  10,000 U/100 ML-0.45%<br>250 ml  24s ea<br>HEPARIN/SOD CL | AP | 02 | RX | 265.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7248-03 | HETASTARCH/SODIUM CHLORIDE<br>INJ IJ  6 GM/100 ML-0.9%<br>500 ml  12s ea<br>HETASTARCH/SOD CL | | 02 | RX | 822.94 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1701-58 | HYPODERMOCLYSIS<br>(W/TWO 22G NDLS)<br>SET<br>48s ea<br>DEVICE | | 03 | RX | 755.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4711-01 | INPERSOL ADMINISTRATION SET<br>(1FR 11" W/L-CONNECTOR)<br>CAT<br>6s ea<br>DEVICE | | 03 | OTC | 198.86 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is          ☐ OK with changes

Signature _____   Date _____

**Confidential**                    **Red Book 00527**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228 • Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4353-04 | INPERSOL ADMINISTRATION SET (NONVENT.W/DRAIN.CONTAIN) SET 20s ea DEVICE | 03 | OTC | 777.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4356-02 | INPERSOL ADMINISTRATION SET (NV.Y-TYPE.W/O AUT.S-OFF) SET 20s ea DEVICE | 03 | OTC | 463.60 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4354-02 | INPERSOL PERITONEAL DIALYSIS TRAY SET 4s ea DEVICE | 03 | RX | 402.66 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7371-03 | IONOSOL B/5% DEXTROSE (LIFECARE) INJ IJ 500 ml, 24s ea DEXTROSE/ELECT | 01 | RX | 388.46 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7371-09 | IONOSOL B/5% DEXTROSE (LIFECARE) INJ IJ 1000 ml, 12s ea DEXTROSE/ELECT | 01 | RX | 248.52 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7372-03 | IONOSOL MB/5% DEXTROSE (LIFECARE) INJ IJ 500 ml, 24s ea DEXTROSE/ELECT | 01 | RX | 353.69 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____   Date _____

Instructions: Please make corrections directly on this printout.

☐ OK as is      ☐ OK with changes

**Confidential**                **Red Book 00528**

# *RED BOOK*

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.   D-R1Ø
ABBOTT PARK IL   6Ø6435ØØ

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ØØØ74-7372-Ø7 | IONOSOL MB/5% DEXTROSE<br>(LIFECARE)<br>INJ IJ<br>1ØØØ ml, 12s ea<br>DEXTROSE/ELECT | Ø1 RX | 223.3Ø | .ØØ | .ØØ | Ø.ØØ | Ø4/Ø1/96 |
| ØØØ74-7372-62 | IONOSOL MB/5% DEXTROSE<br>(LIFECARE)<br>INJ IJ<br>25Ø ml, 24s ea<br>DEXTROSE/ELECT | Ø1 RX | 35Ø.84 | .ØØ | .ØØ | Ø.ØØ | Ø4/Ø1/96 |
| ØØØ74-7373-Ø3 | IONOSOL T/5% DEXTROSE<br>(LIFECARE)<br>INJ IJ<br>5ØØ ml, 24s ea<br>DEXTROSE/ELECT | Ø1 RX | 447.45 | .ØØ | .ØØ | Ø.ØØ | Ø4/Ø1/96 |
| ØØØ74-7373-Ø9 | IONOSOL T/5% DEXTROSE<br>(LIFECARE)<br>INJ IJ<br>1ØØØ ml, 12s ea<br>DEXTROSE/ELECT | Ø1 RX | 265.48 | .ØØ | .ØØ | Ø.ØØ | Ø4/Ø1/96 |
| ØØØ74-7373-62 | IONOSOL T/5% DEXTROSE<br>(LIFECARE)<br>INJ IJ<br>25Ø ml, 24s ea<br>DEXTROSE/ELECT | Ø1 RX | 444.89 | .ØØ | .ØØ | Ø.ØØ | Ø4/Ø1/96 |
| ØØØ74-4357-Ø1 | IPD DRAINAGE CONTAINER<br>(4L)<br>ACC<br>2Øs ea<br>DEVICE | Ø3 OTC | 246.29 | .ØØ | .ØØ | Ø.ØØ | Ø4/Ø1/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is     ☐ OK with changes

_____     _____
Signature                   Date

**Confidential**                 **Red Book 00529**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228     Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By: 09/27/96

Contact Name: HARRY ADAMS

Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-6541-01 | IRRIGATION SET (SECONDARY) SET 20s ea DEVICE | | 03 OTC | 138.46 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-6599-01 | IRRIGATION SET (NV LARGE BORE,Y-TYPE) SET 20s ea DEVICE | | 03 OTC | 315.16 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3292-01 | ISOFLURANE LIQ IH 100 ml ea ISOFLURANE | AN | 02 RX | 128.21 | .00 | 0.00 | .00 | 04/03/95 |
| 00074-3292-02 | ISOFLURANE LIQ IH 250 ml ea ISOFLURANE | AN | 02 RX | 320.53 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4905-18 | ISOPROTERENOL HCL (ABBOJECT 2.16X1-1/2) INJ IJ 0.02 MG/ML 10 ml 10s ea ISOPROTERENOL HYDROCHLORIDE | AP | 02 RX | 139.06 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4977-18 | ISOPROTERENOL HCL (SRN) INJ IJ 0.2 MG/ML 10 ml 10s ea ISOPROTERENOL HYDROCHLORIDE | AP | 02 RX | 184.30 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____     Date _____

Instructions: Please make corrections directly on this printout.

☐ OK as is     ☐ OK with changes

**Confidential**

**Red Book 00530**

# RED BOOK
## Product Listing Verification

MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| Product | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4978-15 | ISOPROTERENOL HCL (SRN) INJ IJ 0.2 MG/ML 5 ml, 10s ea ISOPROTERENOL HYDROCHLORIDE | AP | 02 | RX | 136.44 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1517-48 | IVEX-2 (R.F.-FILTER SET) SET 48s ea DEVICE | | 03 | OTC | 470.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2678-48 | IVEX-2 (0.22MIC W/FLASHBACK) SET 48s ea DEVICE | | 03 | OTC | 453.72 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2679-48 | IVEX-2 (0.22MIC W/Y-SITE) SET 48s ea DEVICE | | 03 | OTC | 442.89 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2694-48 | IVEX-2 (H.P., PED. EXTENSION) SET 48s ea DEVICE | | 03 | OTC | 483.36 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4521-48 | IVEX-2 (H.P./FILTERSET) SET 48s ea DEVICE | | 03 | OTC | 489.63 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
□ OK as is    □ OK with changes

Signature                        Date

**Confidential**                        **Red Book 00531**

## RED BOOK
## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R1Q
ABBOTT PARK IL 600643500

| NDC | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4524-58 | IVEX-2<br>(H.P./FILTERSET)<br>SET<br>48s ea<br>DEVICE | | 03 | OTC | 489.63 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-8975-18 | L-CYSTEINE HCL<br>(SRN)<br>INJ IJ  50 MG/ML<br>10 ml, 10s ea<br>CYSTEINE HYDROCHLORIDE | | 02 | RX | 186.56 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7953-02 | LACTATED RINGER'S<br>(LIFECARE)<br>INJ IJ<br>250 ml, 24s ea<br>LACTATED RINGER'S | AP | 02 | RX | 291.27 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7953-03 | LACTATED RINGER'S<br>(LIFECARE)<br>INJ IJ<br>500 ml, 24s ea<br>LACTATED RINGER'S | AP | 02 | RX | 291.27 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7953-09 | LACTATED RINGER'S<br>(LIFECARE)<br>INJ IJ<br>1000 ml, 12s ea<br>LACTATED RINGER'S | AP | 02 | RX | 163.59 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-7828-08 | LACTATED RINGER'S<br>SOL IR<br>3000 ml, 4s ea<br>LACTATED RINGER'S | AT | 02 | RX | 75.57 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

_____    _____
Signature                  Date

**Confidential**

**Red Book 00532**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228   Fax (201) 358-1756

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS
DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-4275-01 | LIDOCAINE HCL (VIAL, FLIPTOP) INJ 1J 2% 50 ml 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 RX | 84.61 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4278-01 | LIDOCAINE HCL (TEARDROP BOTTLE) INJ 1J 2% 50 ml 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 RX | 84.61 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4270-01 | LIDOCAINE HCL (STERILE PACK) INJ 1J 2% 30 ml 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 RX | 201.58 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4276-01 | LIDOCAINE HCL (VIAL, FLIPTOP) INJ 1J 1% 20 ml 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 RX | 58.78 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4276-02 | LIDOCAINE HCL (VIAL, FLIPTOP) INJ 1J 1% 50 ml 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 RX | 73.33 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4279-02 | LIDOCAINE HCL (TEARDROP BOTTLE) INJ 1J 1% 30 ml 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 RX | 40.97 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
□ OK as is   □ OK with changes

Signature _____   Date _____

**Confidential**

Red Book 00533

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD.  D-R10
ABBOTT PARK  IL  600643500

| NDC | Description | | | | Price | | | | Date |
|---|---|---|---|---|---|---|---|---|---|
| 00074-4713-01 | LIDOCAINE HCL (AMP) INJ IJ 1% 2 ml 10s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 157.94 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4713-02 | LIDOCAINE HCL (AMP) INJ IJ 1% 5 ml 25s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 54.63 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4713-32 | LIDOCAINE HCL (AMP) INJ IJ 1% 2 ml 50s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 78.97 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4904-15 | LIDOCAINE HCL (ABBOJECT, 21GX1-1/2) INJ IJ 1% 5 ml 10s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 104.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4904-34 | LIDOCAINE HCL (ABBOJECT, LIFESHIELD) INJ IJ 1% 5 ml 10s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 118.99 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4924-15 | LIDOCAINE HCL (ABBOJECT, 25GX5/8) INJ IJ 1% 5 ml 10s ea LIDOCAINE HYDROCHLORIDE | AP | 02 | RX | 104.86 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is      ☐ OK with changes

Signature _____      Date _____

**Confidential**                    **Red Book 00534**

# RED BOOK

## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228      Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL  600643500

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4273-01 | BUPIVACAINE HCL<br>(AMP. STER. E-Z PACK)<br>INJ 1J 0.5%<br>20 ml, 5s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 54.63 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5740-01 | BUPIVACAINE HCL<br>(ABBOJECT / MALE ADAPTER)<br>INJ 1J 0.5%<br>30 ml, 25s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 346.16 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-5740-21 | BUPIVACAINE HCL<br>(ABBOJECT / MALE ADAPTER)<br>INJ 1J 0.5%<br>30 ml, 10s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 138.46 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1164-01 | BUPIVACAINE HCL<br>(AMP.)<br>INJ 1J 0.75%<br>20 ml, 5s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 36.34 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1165-01 | BUPIVACAINE HCL<br>(VIAL)<br>INJ 1J 0.75%<br>10 ml, 25s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 135.67 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1165-02 | BUPIVACAINE HCL<br>(VIAL)<br>INJ 1J 0.75%<br>30 ml, 25s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 195.64 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.

☐ OK as is      ☐ OK with changes

_____   _____
Signature                        Date

**Confidential**

Red Book 00535

# RED BOOK
## Product Listing Verification

■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By: 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (900) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK  IL  600643500

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 00074-4274-01 | BUPIVACAINE HCL<br>(AMP, STERILE)<br>INJ IJ 0.75%<br>20 ml.5s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 58.37 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-4704-01 | BUPIVACAINE HCL<br>(ADD-VANTAGE)<br>KIT IJ 0.75%<br>10 ml.5s ea<br>BUPIVACAINE HYDROCHLORIDE | AP | 02 | RX | 193.33 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9041-01 | BUPIVACAINE HCL W/EPINEPHRINE<br>(AMP)<br>INJ IJ 0.25%-1:200,000<br>50 ml.25s ea<br>BUPIV/EPI | | 02 | RX | 366.64 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9042-01 | BUPIVACAINE HCL W/EPINEPHRINE<br>(VIAL, TEARTOP)<br>INJ IJ 0.25%-1:200,000<br>10 ml.10s ea<br>BUPIV/EPI | | 02 | RX | 52.25 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9042-02 | BUPIVACAINE HCL W/EPINEPHRINE<br>(VIAL, TEARTOP)<br>INJ IJ 0.25%-1:200,000<br>30 ml.10s ea<br>BUPIV/EPI | | 02 | RX | 89.54 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9043-01 | BUPIVACAINE HCL W/EPINEPHRINE<br>(VIAL, FLIPTOP)<br>INJ IJ 0.25%-1:200,000<br>50 ml.25s ea<br>BUPIV/EPI | | 02 | RX | 299.25 | .00 | 0.00 | .00 | 04/01/96 |

Signature _____    Date _____

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

**Confidential**

**Red Book 00536**

# RED BOOK

## Product Listing Verification

■■MEDICAL ECONOMICS
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R10
ABBOTT PARK IL 600443500

| NDC | Description | | Price | | | | Date |
|---|---|---|---|---|---|---|---|
| 00074-9844-01 | BUPIVACAINE HCL W/EPINEPHRINE (AMP) INJ IJ 0.5%-1:200,000 30 ml, 5s ea BUPIV/EPI | 02 RX | 73.33 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9845-01 | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, TEARTOP) INJ IJ 0.5%-1:200,000 10 ml, 10s ea BUPIV/EPI | 02 RX | 73.86 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9845-02 | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, TEARTOP) INJ IJ 0.5%-1:200,000 30 ml, 10s ea BUPIV/EPI | 02 RX | 97.26 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9846-01 | BUPIVACAINE HCL W/EPINEPHRINE (VIAL, FLIPTOP) INJ IJ 0.5%-1:200,000 50 ml, 25s ea BUPIV/EPI | 02 RX | 325.97 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-9847-01 | BUPIVACAINE HCL W/EPINEPHRINE (AMP) INJ IJ 0.75%-1:200,000 30 ml, 5s ea BUPIV/EPI | 02 RX | 66.03 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-3613-01 | BUPIVACAINE SPINAL AMPUL (AMP) INJ IJ 0.25% 2 ml, 10s ea BUPIVACAINE HYDROCHLORIDE | AP 02 RX | 49.99 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this printout.
☐ OK as is    ☐ OK with changes

Signature _____    Date _____

**Confidential**

**Red Book 00537**

# RED BOOK
## Product Listing Verification

**MEDICAL ECONOMICS**
Five Paragon Drive • Montvale, NJ 07645-1742
(201) 358-2228    Fax (201) 358-1756

ABBOTT HOSPITAL PRODUCTS

DIV. OF ABBOTT LABS.
1 ABBOTT PARK RD. D-R18
ABBOTT PARK IL 600643500

Please Respond By 09/27/96
Contact Name: HARRY ADAMS
Contact Phone: (800) 222-6883

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 00074-1224-01 | BUPIVACAINE/EPHEDRINE/EPINEPHRINE (SRN,SPINAL 22.W/O INTRO) SET IJ 10s ea BUPIV/EPH/EPI | 02 RX | 343.43 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1225-01 | BUPIVACAINE/EPHEDRINE/EPINEPHRINE (SRN, SPINAL 25. W/INTRO) SET IJ 10s ea BUPIV/EPH/EPI | 02 RX | 350.91 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-1200-01 | CALCIJEX (AMP) INJ IJ 1 MCG/ML 1 ml, 100s ea CALCITRIOL | 01 RX | 1274.00 | .00 | 0.00 | .00 | 06/01/96 |
| 00074-1210-01 | CALCIJEX (AMP) INJ IJ 2 MCG/ML 1 ml, 100s ea CALCITRIOL | 01 RX | 2222.00 | .00 | 0.00 | .00 | 06/01/96 |
| 00074-2553-01 | CALCIUM ACETATE (VIAL,FLIPTOP) INJ IJ 0.5 MEQ/ML 10 ml, 25s ea CALCIUM ACETATE | 02 RX | 26.42 | .00 | 0.00 | .00 | 04/01/96 |
| 00074-2553-02 | CALCIUM ACETATE (VIAL,FLIPTOP) INJ IJ 0.5 MEQ/ML 50 ml, 25s ea CALCIUM ACETATE | 02 RX | 89.95 | .00 | 0.00 | .00 | 04/01/96 |

Instructions: Please make corrections directly on this pintout.
□ OK as is    □ OK with changes

Signature _____    Date _____

**Confidential**    **Red Book 00538**