UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| **THIS DOCUMENT RELATES TO:** | ) ) | Hon. Patti Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Abbott Laboratories, Inc.,* CIVIL ACTION NO. 06-11337-PBS | ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |

## UNOPPOSED MOTION BY THE UNITED STATES FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S OBJECTIONS TO ORDERS OF SPECIAL MASTER

The United States moves this Court for an extension to respond to objections by

defendant Abbott Laboratories, Inc. ("Abbott"), to the orders of the Special Master, filed on July

14, 2009 (Dkt. 6260).  The United States asked that it be allowed up to and including August 11,

2009, by which to file its response.  Abbott does not oppose the motion.

Based on the foregoing, the United States respectfully requests that it be permitted up to

and including August 11, 2009 by which to respond to the above-referenced objections by

Abbott.  A proposed order is attached hereto.

Respectfully Submitted,

For the United States of America,

MICHAEL K. LOUCKS
ACTING UNITED STATES
ATTORNEY

_____
George B. Henderson, II
Barbara Healy Smith
James J. Fauci
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
(617) 748-3272
(617) 748-3971

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

_____
Mark A  Lavine
Ann St.Peter-Griffith
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

MICHAEL F. HERTZ
DEPUTY ASSISTANT ATTORNEY
GENERAL

 /s/ Justin Draycott_____
Joyce R. Branda
Daniel R. Anderson
Renée Brooker
Justin Draycott
Gejaa T. Gobena
Rebecca A. Ford
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone:  (202) 307-0405

Dated: July 28, 2009

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused an electronic copy of the above "UNOPPOSED MOTION BY THE UNITED STATES FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S OBJECTIONS TO MEMORANDUM AND ORDERS OF SPECIAL MASTER" to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Gejaa T. Gobena

Dated: July 28, 2009                          Gejaa T. Gobena