UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| ) ) | Subcategory No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO: ) ) | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS ) ) ) | Hon. Patti B. Saris |

## NOTICE OF FILING OF AMENDED DECLARATION, AND CORRECTED OR SUBSTITUTE EXHIBITS, AND ERRATA

The plaintiff United States of America hereby submits an Amended Declaration of George B. Henderson, II Submitting Exhibits In Support of Motion For Partial Summary Judgment, together with certain corrected or substitute exhibits thereto. The corrected or substitute exhibits are as follows:

| Exhibit | Description |
|---|---|
| 11. | Deposition of Matthew Erick, June 17, 2008, selected pages |
| 12. | Deposition of Kimber Tate, October 15, 2004, selected pages |
| 19. | Declaration of Simon D. Platt, July 21, 2009 |
| 19A. | Defendants Dey, Inc., Dey, L.P., Inc., and Dey L.P.'s Responses and Objections to Plaintiffs First Set of Interrogatories to Defendants Dey, Inc., Dey, L.P., Inc., and Dey L.P. (selected pages) |
| 43. | Letter from Debra Bronstein to Nancy M. Watson (The Lewin Group), January 17, 2000 |
| 50. | Deposition of Charles Rice, March 24, 2003, selected pages |
| 56. | Deposition of Cynthia Jane Collie February 19, 2003, selected pages |
| 83. | Deposition of Charles Rice, October 30, 2001, selected pages |

| Exhibit | Description |
|---|---|
| 85. | Deposition of Pamela Marrs, April 16, 2003, selected pages |
| 100. | Table 36 from Expert Report of Mark G. Duggan, Ph.D. |
| 101. | Internal Financial Reports, 1994, 1997, 2000, selected pages |
| 103. | Merck KGaA's, Merck S.A.'s, and Merck Santé S.A.S's Motion to Dismiss For Lack of Personal Jurisdiction filed in *The State of Florida ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim, et al.,* in the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, Case No. 98-3032A) |
| 121. | Rule 30(b)(6) Deposition of Cardinal health, Inc. (Neil Warren), September 9, 2008, selected pages. |
| 128. | Rule 30(b)(6) Deposition Georgia (Jerry Dubberly), December 15, 2008, selected pages |
| 132. | Rule 30(b)(6) Deposition North Carolina (Lisa Weeks), October 21, 2008, selected pages |
| 139. | Rule 30(b)(6) Deposition of Maryland (Joseph Fine), December 9, 2008, selected pages |
| 150. | Deposition of Sue Gaston, January 24, 2008, and March 19, 2008, selected pages |
| 151. | Hawaii Administrative Rules: Title 17, Chapter 1739.1 (HI-HI-00001582) |

**Errata**

The first sentence of the United States' Local Rule 56.1 Statement of Undisputed Material Facts as to Dey (Master Doc. #6296, Subcategory Doc. #302) should read, "Pursuant to LR 56.1, the United States hereby submits its Statement of Undisputed Material Facts As to Dey, Inc., Dey, L.P., and Dey L.P., Inc."

    Respectfully submitted,
    MICHAEL K. LOUCKS
    ACTING UNITED STATES

ATTORNEY

By:   /s/ George B. Henderson, II
George B. Henderson, II
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3272

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused an electronic copy of the above document and related exhibits to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: July 30, 2009

/s/ George B. Henderson, II
George B. Henderson, II