UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) ) | Subcategory No. 06-11337-PBS Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS | ) ) ) ) | |

**AMENDED DECLARATION OF GEORGE B. HENDERSON, II
SUBMITTING EXHIBITS IN SUPPORT OF
MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, George B. Henderson, II, do hereby declare as follows:

1.      I am an Assistant U.S. Attorney in the Office of the United States Attorney, District of Massachusetts.  I am a member in good standing of the bar of this Court.

2.      On behalf of the plaintiff United States of America, I am submitting with this declaration Exhibits in support of the United States' Motion For Partial Summary Judgment.  In addition, I am submitting with this declaration Exhibits in support of the Response of the United States of America to Dey Defendants' Statement of Undisputed Material Facts in Support of Dey, Inc., Dey, L.P., and Dey L.P., Inc.'s Motion for Partial Summary Judgment.

3.      The following exhibits are true and correct copies of the materials described:

| Ex. # | Description |
|---|---|
| 1. | Deposition of Helen Selenati, May 4, 2005, selected pages |
| 2. | Rule 30(b)(6) Deposition of Dey, Inc., et al. (Marrs), May 15, 2008, selected pages |

| 3. | Exhibit 027 to the Deposition of Pamela Marrs, July 10, 2008 |
| 4. | Inter-Office Memorandum from Todd Galles, Re: Ipratropium Bromide Inhalation Solution Launch, January 13, 1997 |
| 5. | Inter-Office Memorandum from Susan Schnars, Re: New Albuterol AWP/WAC Changes, July 26, 2000 |
| 6. | Letter from Robert K. Mozak to State Medicaid Administrator, August 10, 1999 |
| 7. | Letter from Russell Johnston to Pricing Database Administrator, November 2003 |
| 8. | Letter from Russell Johnston to Betty Reynolds (Broadlane-Acute Care), June 20, 2005 |
| 9. | New Product Packaging Announcement for Albuterol Sulfate, January 1, 2005 |
| 10. | Deposition of Russell Johnston December 10, 2008, selected pages & Dep. Ex. 18 |
| 11. | Deposition of Matthew Erick, June 17, 2008, selected pages |
| 12. | Deposition of Kimber Tate, October 15, 2004, selected pages |
| 13. | Deposition of Saul Factor, June 20, 2008, selected pages |
| 14. | Exhibit 580 to the Deposition of Charles Rice, March 24, 2003 |
| 15. | Deposition of William Hill, November 11, 2008, selected pages & Exhibits |
| 16. | Deposition of Pamela Marrs, August 19, 2004, selected pages |
| 17. | Deposition of Russell Johnston, December 11, 2008, selected pages & Dep. Exs. 34 & 49 |
| 18. | Declaration of Patrick Ormond |
| 19. | Declaration of Simon D. Platt |
| 19A. | Dey Answers to Interrogatories,  Response No. 1. |
| 20. | Deposition of Todd Galles, February 28, 2006, selected pages |
| 21. | Rule 30(b)(6) Deposition of Dey, Inc., et al. (Marrs), July 10, 2008, selected pages |
| 22. | Deposition of Pamela Marrs, November 14, 2007, selected pages |
| 23. | Deposition of Russell Johnston, May 1, 2002, selected pages |

| 24. | Deposition of Robert Francis Mozak, April 30, 2002, selected pages |
| 25. | Deposition of Kristen Minne, November 18, 2008, selected pages and Dep. Ex. 7 |
| 26. | Redbook Product Listing Verification September 10, 1999 |
| 27. | Exhibit 622 to the Deposition of Eve Fagrell Gmeiner, January 20, 2003 |
| 28. | Exhibit 275 to the Deposition of Todd Galles, March 1, 2006 |
| 29. | Inter-Office Memorandum from Todd Galles, Re: Ipratropium Bromide Inhalation Solution Launch, January 13, 1997 |
| 30. | Redbook Product Listing Verification September 23, 1997 |
| 31. | Exhibit 263 to the Deposition of Todd Galles, February 28, 2006 |
| 32. | Memorandum from DEY Laboratories to Beth Raider, Re: Pricing Update, May 30, 1995 |
| 33. | Exhibit 359 to the Deposition of Joseph Hirschman, November 12, 2002 |
| 34. | Deposition of Charles A. Rice, November 7, 2002, selected pages |
| 35. | Exhibit 22 to the Deposition of Pamela Marrs, May 15, 2008 |
| 36. | Deposition of Helen Selenati, August 15, 2002, selected pages |
| 37. | Deposition of Helen Selenati, May 5, 2005, selected pages, and Dep. Exhibit 51 |
| 38. | Memorandum from Rob Ellis to Field Sales/Telesales, Re: Monthly Marketing Memo, January 7, 1993 |
| 39. | Exhibit 478 to the Deposition of Robert Ellis, February 10, 2003 |
| 40. | Deposition of Robert Ellis, February 10, 2003 |
| 41. | Deposition of Carrie Jackson, April 18, 2003, selected pages and exhibit 880 |
| 42. | Exhibit 231 to the Deposition of Robert Mozak, April 30, 2002 |
| 43. | Letter from Debra Bronstein to Nancy M. Watson (The Lewin Group), January 17, 2000 |
| 44. | First Databank Medicaid Coverage Report, December 28, 2002 |
| 45. | Letter from Kathy Gutgesell to Todd Galles, December 17, 1998 |
| 46. | Deposition of Robert Mozak, November 6, 2002, selected pages |

| | |
|---|---|
| 47. | Exhibit 578 to the Deposition of Charles Rice, March 24, 2003 |
| 48. | Exhibit 476 to the Deposition of Robert Ellis, February 10, 2003, , selected pages |
| 49. | Exhibit 593 to the Deposition of Charles Rice, March 24, 2003, selected pages, |
| 50. | Deposition of Charles Rice, March 24, 2003, selected pages |
| 51. | Letter from Robert Ellis to Mary Harmon (Facts and Comparisons), April 1, 1994 |
| 52. | Memorandum from Carrie Jackson, Re: Medicaid Update: Cromolyn, June 1, 1994 |
| 53. | Deposition of Michael T. Ricks-Bey, January 8, 2009, and Dep. Exhibit 5 |
| 54. | Deposition of Ross Uhl February 24, 2003, selected pages and Dep. Ex. 778 |
| 55. | Exhibit 41 to the Deposition of Helen Selenati, May 4, 2005 |
| 56. | Deposition of Cynthia Jane Collie February 19, 2003, selected pages |
| 57. | Exhibit 9 to the Deposition of William Hill, November 11, 2008 |
| 58. | Exhibit 10 to the Deposition of William Hill, November 11, 2008 |
| 59. | Deposition of Todd Galles, March 1, 2006, selected pages and Dep. Ex. 37 |
| 60. | Exhibit 462 to the Deposition of Todd Galles, February 6, 2003 |
| 61. | Deposition of Pamela Marrs, October 2, 2008, selected pages and Exhibits 44, 45 |
| 62. | Exhibit 12 to the Deposition of William Hill November, 11, 2008 |
| 63. | Declaration of Ian Dew |
| 64. | Exhibit 46 to the Deposition of Helen Selenati, May 4, 2005 |
| 65. | Marketing Launch Plan:Albuterol Inhalation Aerosol, by Todd Galles, November 1995. |
| 66. | Exhibit 10 to the Deposition of Pamela Marrs, May 15, 2008 |
| 67. | Letter from Todd Galles to Mary Anne Schauer (Red Book), January 14, 2006 |
| 68. | Exhibit 582 to the Deposition of Charles Rice, March 24, 2003 |
| 69. | Ipratropium Bromide Marketing Plan, by Todd Galles, Eve Gmeiner, and Debra Bronstein, June 28, 1996  (selected pages) |
| 70. | Exhibit 229 to the Deposition of Robert Mozak, April 30, 2002 |

| 71. | Exhibit 11 to the Deposition of Pamela Marrs, November 14, 2007 |
|---|---|
| 72. | Letter from Todd Galles Re: Dey Laboratories Introduces Ipratropium Bromide Inhalation Solution, January 10, 1997 |
| 73. | Inter-Office Memorandum from Todd Galles, Re: New Product Launch: Ipratropium30s, August 6, 1997 |
| 74. | DL-BO-072295, DEY007-3379, DEY002-1297, DEY039-4168 |
| 75. | Exhibit 12 to the Deposition of Pamela Marrs, November 14, 2007 |
| 76. | Exhibit 465, selected pages, to the Deposition of Todd Galles February 6, 2003 |
| 77. | Deposition of Todd Galles, February 6, 2003, selected pages |
| 78. | Deposition of Todd Galles, March 1, 2006, selected pages |
| 79. | Deposition of Donald Lyle, July 22, 2008, selected pages |
| 80. | Subpoena to Dey, 1997 |
| 81. | Letter from the Office of the Attorney General, State of Texas, to Dey, Inc (Texas 2000 CID) |
| 82. | Subpoena to Dey, 2000 |
| 83. | Deposition of Charles Rice, October 30, 2001, selected pages |
| 84. | Deposition of Robert Mozak, November 1, 2001, selected pages |
| 85. | Deposition of Pamela Marrs, April 16, 2003, selected pages |
| 86. | Letter from Steven Fleckman to the Office of Attorney General, Austin, TX, January 31, 2003 |
| 86A. | Fax from Jessica McGlynn to the Office of Attorney General, Austin TX, February 4, 2003 |
| 87. | Production Letter, February 13, 2003 |
| 88. | Documentation Control Sheet, May 15, 1995 |
| 89. | Production Letter, April 28, 2003 |
| 90. | Letter from Tom Bliley to Charles Rice, May 5, 2000 |
| 91. | Compliance Guidelines: 68 Fed. Reg. 23731-34 (May 5, 2003) |
| 92. | U.S. Notice of 30 (b)(6) Deposition of Dey |

| 93. | Intentionally Omitted |
|-----|----|
| 94. | HCFA Transmittal No. AB-98-76 (December 1998) |
| 95. | Deposition of David Bradford, May 8, 2009, selected pages |
| 96. | Supplement to Expert Report of Mark G. Duggan, Ph.D |
| 97. | Compilation consisting of Palmetto GBA arrays, Red Book publications, and CIGNA Arrays |
| 98. | Declaration of Robin Kreush Stone |
| 99. | Deposition of Paula Sue Walker, March 12, 2008, selected pages |
| 100. | Table 36 from Expert Report of Mark G. Duggan, Ph.D. |
| 101. | Internal Financial Reports, 1994, 1997, 2000, selected pages |
| 102. | Deposition of Pamela Marrs, March 10, 2005, selected pages |
| 103. | Merck KGaA's, Merck S.A.'s, and Merck Santé S.A.S's Motion to Dismiss For Lack of Personal Jurisdiction filed in *The State of Florida ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim, et al.,* in the Circuit Court of the Second Judicial Circuit in and for Leon County, Florida, Case No. 98-3032A) |
| 104. | Public Listing of Merck KGaA, at http://pb.merck.de/servlet/PB/menu/1487240/index.html |
| 105. | Letter from Charles Rice to Senator Barbara Boxer, May 1, 2001 |
| 106. | Deposition of Debra Bronstein, March 11, 2003, selected pages |
| 107. | Deposition of Richard Upp, February 14, 2003, selected pages |
| 108. | Rule 30(b)(6) Deposition of Oregon (Jesse Anderson), December 16, 2008, selected pages |
| 109. | Fax Transmission from Charles Rice to Franz Schafer (Merck Generics), March 8, 1996 |
| 110. | Albuterol Slide-Show |
| 111. | Sales Commentary, by Charles Rice, July 1994 |
| 112. | Sales in Net Dollars, December 1995-1996 |
| 113. | Strategic Planning Meeting, September 1997 |

| 114. | U.S. Department of Health and Human Services, Office of the Inspector General, "Generic Drug Utilization in State Medicaid Programs," July 2006 |
|------|-------------------------------------------------------------------------------------------------------------------------------------------------|
| 115. | Deposition of Patricia Kay Morgan, November 13, 2002, selected pages |
| 116. | Declaration of Stephen Schondelmeyer |
| 117. | Email from Mark Boudreau to Pamela Marrs, Re: MDI WAC Adjustment, May 31, 2002 |
| 118. | Letter from Eve Gmeiner to Connie Westbrook (Medispan), December 31, 1997 |
| 119. | Deposition of Robert Mozak, March 13, 2003, selected pages, and Exhibit 555 |
| 120. | Exhibit 32 to the Deposition of Russell Johnston, December 11, 2008, selected pages |
| 121. | Rule 30(b)(6) Deposition of Cardinal health, Inc. (Neil Warren), September 9, 2008, selected pages. |
| 122. | Deposition of Larry Reed, September 26, 2007, selected pages |
| 123. | Deposition of Larry Reed, September 27, 2007, selected pages |
| 124. | Deposition of Bruce Vladeck, June 21, 2007, selected pages |
| 124A. | Deposition of Bruce Vladeck, May 4, 2007, selected pages |
| 125. | Deposition of Diedre Duzor, February 27, 2007, selected pages. |
| 126. | Rule 30(b)(6) Deposition of Arkansas (Suzette Bridges), December 10, 2008, selected pages |
| 127. | Rule 30(b)(6) Deposition of California (Kevin Gorospe), December 3, 2008, selected pages |
| 128. | Rule 30(b)(6) Deposition Georgia (Jerry Dubberly), December 15, 2008, selected pages |
| 129. | Rule 30(b)(6) Deposition of Illinois (James Parker), November 18, 2008, selected pages |
| 130. | Rule 30(b)(6) Deposition of New Hampshire (Farrand), October 28, 2008, selected pages |
| 131. | Rule 30(b)(6) Deposition of New Jersey (Vaccaro), December 2, 2008, selected pages |

| 132. | Rule 30(b)(6) Deposition North Carolina (Lisa Weeks), October 21, 2008, selected pages |
|---|---|
| 133. | Rule 30(b)(6) Deposition of Vermont (Ann Rugg), December 15, 2008, selected pages |
| 134. | Deposition of T. Mark Jones, December 8, 2008, selected pages |
| 135. | Deposition of Robert Vito, February 5, 2008, selected pages |
| 136. | Deposition of T. Mark Jones, December 9, 2008, selected pages |
| 137. | Exhibit 53 to the Deposition Russell Johnston, December 11, 2008 |
| 138. | Rule 30(b)(6) Deposition of Delaware (Cynthia Denemark), December 10, 2008, selected pages |
| 139. | Rule 30(b)(6) Deposition of Maryland (Joseph Fine), December 9, 2008, selected pages |
| 140. | Rule 30(b)(6) Deposition of Wyoming (Roxanne Homar), December 3, 2008, selected pages |
| 141. | Rule 30(b)(6) Deposition of Alaska (David Campana), August 21, 2008, selected pages |
| 142. | Second Amended Petition of the State of Texas Against Dey, Inc., Roxane Laboratories, Inc., and Warrick Pharmaceuticals Corporation |
| 143. | HHS OIG report, *DMERCs – Meeting HCFA's Objectives*,  OEI-04-97-00330 (February 2000) |
| 144. | Rule 30(b)(6) Deposition of CIGNA (Carolyn Helton), March 13, 2008, selected pages |
| 145. | Rule 30(b)(6) Deposition of Hawaii (Aileen Hiramatsu), May 2, 2008, selected pages |
| 146. | Deposition of Julia Terrebonne (Louisiana), March 31, 2008, selected pages |
| 147. | Deposition of Robert Paul Reid (Ohio), December 15, 2008, selected pages |
| 148. | Deposition of Kevin Gorospe (California), September 22, 2008, selected pages |
| 149. | Affidavit of Ted Collins, Wisconsin Medicaid |
| 150. | Deposition of Sue Gaston, January 24, 2008, selected pages; and Deposition of Sue Gaston, March 19, 2008, selected pages |

8

| 151. | Hawaii Administrative Rules: Title 17, Chapter 1739.1 (HI-HI-00001582) |
| 152. | Exhibit 057 to the Deposition of Aileen Hiramatsu, May 2, 2008 |
| 153. | Rule 30(b)(6) Deposition of Nebraska (Gary Cheloha), December 3, 2008, selected pages |
| 154. | Deposition of Margaret Clifford (New Hamphsire), October 29, 2008, selected pages |
| 155. | Rule 30(b)(6) Deposition of New Mexico (Robert Stevens), December 15, 2008, selected pages |
| 156. | Rule 30(b)(6) Deposition of Washington (Ayuni Hautea-Wimpee), November 24, 2008, selected pages |
| 157. | Deposition of Douglas Hillblom (California), September 23, 2008, selected pages |
| 158. | Deposition of Allen Chapman (Colorado), December 15, 2008, selected pages |
| 159. | Rule 30(b)(6) Deposition of Rhode Island (John Young), December 3, 2008, selected pages |

I swear under the penalties of perjury that the foregoing statements are true and correct.

 /s/ *George B. Henderson, II*
George B. Henderson, II
Assistant U.S. Attorney

Executed this 30th day of July, 2009

9