# Exhibit 11

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of Plaintiffs' Motion For Partial Summary Judgment
and In Opposition To Dey's Motion For Partial Summary Judgment

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
1:1                UNITED STATES DISTRICT COURT

  2              FOR THE DISTRICT OF MASSACHUSETTS

  3    - - - - - - - - - - - - - - - -

  4    IN RE:  PHARMACEUTICAL        ) MDL No. 1456

  5    INDUSTRY AVERAGE WHOLESALE    ) CIVIL ACTION

  6    PRICE LITIGATION              ) 01-CV-12257-PBS

  7                                  )

  8    THIS DOCUMENT RELATES TO      )

  9    THE CONSOLIDATED NEW YORK     ) Judge Patti B. Saris

 10    COUNTY ACTIONS, THE CALIFORNIA )

 11    ACTION, AND THE IOWA ACTION   )

 12    - - - - - - - - - - - - - - - -

 13       (cross captions appear on following pages)

 14       "HIGHLY CONFIDENTIAL-FOR ATTORNEYS' EYES ONLY"

 15                VIDEOTAPED DEPOSITION OF

 16            CARDINAL HEALTH (MATTHEW ERICK)

 17                     VOLUME I

 18                  Tuesday, June 17, 2008 9:06 o'clock a.m.

 19                  Jones Day 325 John H. McConnell Boulevard

 20                  Suite 600 Columbus, Ohio 43215

 21                   - - - SHAYNA M. GRIFFIN

 22             REGISTERED PROFESSIONAL REPORTER
```

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
118:1   BY MR. CARROLL:
    2       Q.   What is the price?
    3       A.   That's a broad definition, so...
    4            MR. STEPHENS:  That's a broad question.
    5   BY MR. CARROLL:
    6       Q.   Are you familiar with the term
    7   "wholesale acquisition cost"?
    8       A.   Yes, I am.
    9       Q.   Also known as WAC.
   10       A.   Yes.
   11       Q.   How does Cardinal determine or
   12   negotiate its acquisition price?
   13            MR. KATZ:  Objection.
   14       A.   Our acquisition price meaning the price
   15   that we pay?
   16       Q.   Yes.
   17       A.   We negotiate through what we do
   18   straight from a this is what we pay.  Now, if
   19   you're talking WAC, that's different how it
   20   actually goes through our systems.  But we
   21   negotiate on the dead net level.
   22       Q.   And what does dead net level mean?
```

```
153:1          Q.   Okay.  What are purchase rebates?
    2          A.   Purchase rebates is -- how we have them
    3    with Cardinal is basically what we purchase, do
    4    we generate an additional rebate for certain
    5    volumes that we would purchase from a
    6    manufacturer.
    7          Q.   Are purchase rebates paid -- and what
    8    -- strike that.
    9               In what circumstance -- strike that.
   10               Can you just describe for me generally
   11    a situation when a purchase rebate is used.  How
   12    does the purchase rebate work?
   13          A.   When we --
   14               MR. GALLAGHER:  Objection to the form
   15    of the question.
   16          A.   When we procure a product from a
   17    manufacturer, there are certain amounts that we
   18    have for our portfolio.  And then we would bill
   19    that purchase-based rebate back on the products
   20    that we purchased from the manufacturer.
   21          Q.   So the rebate would be on all purchases
   22    of a select group of products?
```

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
154:1       A.   Purchase --
   2             MR. GALLAGHER:  Objection to the form
   3      of the question.
   4        A.   Purchase-based rebates can differ from
   5      product to product, manufacturer to manufacturer.
   6      But in general, a purchase-based rebate is paid
   7      to us for purchasing the product from the
   8      manufacturer.
   9        Q.   In general, does it cover a
  10      manufacturer's entire product line?
  11             MR. GALLAGHER:  Objection to the form
  12      of the question.
  13        A.   Again, how we -- we negotiate item by
  14      item, in general.  Most of the time a
  15      purchase-based rebate covers majority of their
  16      products.
  17        Q.   And what is the range that you're
  18      familiar with of the percentage that is charged
  19      for the purchase rebate?
  20        A.   For an average?
  21        Q.   Yeah.
  22        A.   15.  It's for Cardinal.  I can't
```

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
155:1    comment on others.
    2       Q.   And it's 15 percent in general?
    3       A.   In general.
    4       Q.   Off of what price?
    5       A.   Purchase-based rebates are off of
    6    contract cost.  It's terminology we use.  The
    7    contract cost would be the invoice price between
    8    the chargeback and what we have as an invoice
    9    price from the manufacturer.
   10       Q.   What is the invoice price?
   11       A.   The invoice price is a -- is a -- is a
   12    starting point for us and the manufacturer to
   13    work off of, and then the rebates come down to
   14    our dead net.
   15       Q.   And is the invoice price typically WAC?
   16       A.   The invoice price is not typically WAC
   17    that we pay for, from the standpoint of how WAC
   18    -- how WAC works is that's how it comes through
   19    electronically for our system.  But then we have
   20    a contract cost, and that contract cost is then
   21    between the WAC and the chargeback for Cardinal.
   22       Q.   Okay.
```

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
170:1    there's a contract price negotiated?
   2        A.    The majority --
   3              MR. GALLAGHER:  Objection to the form
   4     of the question.
   5        A.    The majority of the time if we
   6     negotiate based on a contract cost versus a net
   7     cost.
   8        Q.    Would it be fair to say that a
   9     chargeback occurs when there's a contract based
  10     on an agreement to sell a -- purchase a generic
  11     at a certain price and the drug has been
  12     purchased at a different price?
  13              MR. GALLAGHER:  Objection to the form
  14     of the question.
  15        A.    I'm sorry.  Could you please try that
  16     one more time.
  17        Q.    All right.  So chargebacks occur when
  18     there's a contract between whom?
  19        A.    Chargebacks are within the system. We
  20     buy from a manufacturer because the way our
  21     systems are set at WAC, and then negotiated
  22     within the contract that we have with that
```

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
171:1    manufacturer back down to that agreed upon price.
    2        Q.    So is the -- in certain situations
    3    where there's a chargeback, the contract is
    4    negotiated between the manufacturer and the
    5    customer; is that correct?
    6        A.    The contract is negotiated between --
    7    if we're the customer, Cardinal, and the
    8    manufacturer, the contract costs are negotiated
    9    between --
   10        Q.    Are there situations where the contract
   11    cost is negotiated between the customer and the
   12    manufacturer and Cardinal is servicing the
   13    contract?
   14        A.    Those will be more -- I think you're
   15    referring to what we would call indirect
   16    contracts.
   17        Q.    Indirect contracts?
   18        A.    Yes.
   19        Q.    Okay.  So chargebacks occur with direct
   20    contracts between Cardinal and the manufacturer,
   21    and chargebacks occur with indirect contracts
   22    between the manufacturer and the customer; is
```

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
181:1    transfer data.
    2        Q.   Are there any summary reports?
    3        A.   I'm not familiar with the reports that
    4    are kept.
    5        Q.   Okay.  Now, in the situation where the
    6    contract is between a customer and the
    7    manufacturer, Cardinal is merely processing those
    8    parties' contract prices; is that correct?
    9             MR. GALLAGHER:  Objection to the form
   10    of the question.
   11        A.   We are acting on behalf of that
   12    customer in the agreed-upon price for their
   13    indirect contracts to process that for them.
   14        Q.   Okay.  How does Cardinal -- does
   15    Cardinal make any revenue off of processing that
   16    transaction?
   17        A.   We make revenue on distributing that
   18    process for delivery.
   19        Q.   And how is that -- how is that
   20    calculated?
   21             MR. GALLAGHER:  Objection to the form
   22    of the question.
```

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
182:1        A.   The revenue earned off of indirect
   2    contracts?
   3        Q.   Yes, sir.
   4        A.   In the form of a rebate.
   5        Q.   And would that be the product rebate?
   6        A.   No.  That would be more of a sales type
   7    rebate, be a process and shipping the product out
   8    on behalf of the customer.
   9        Q.   Is there a general percentage that
  10    Cardinal charges when it processes a contract?
  11        A.   An average would be around five
  12    percent.
  13        Q.   So even though Cardinal is processing
  14    the contract between a customer and the
  15    manufacturer, a chargeback is reducing its cost
  16    from WAC and then the additional rebate is
  17    reducing its cost as well, are those factors into
  18    getting to the dead net price?
  19             MR. KATZ:  Objection to the form.
  20             MR. GALLAGHER:  Objection to the form
  21    of the question.
  22             MS. HANSEN:  Objection to form.
```

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
245:1            MR. GALLAGHER:  Object --
   2       A.   That's not the right calculation, but
   3   if you did it that way --
   4            MR. CARROLL:  Why don't we take a break
   5   before I go into another area.
   6            THE WITNESS:  Sure.
   7            MR. CARROLL:  And then we'll just keep
   8   moving.  You can switch the thing.
   9            THE VIDEOGRAPHER:  Off the record at
  10   1408.
  11            (Recess taken.)
  12            THE VIDEOGRAPHER:  This is the
  13   beginning of Volume 1, Tape 4, in the 17th of
  14   June, 2008, deposition of Matthew Erick.  The
  15   time is now 1424. We are back on the record.
  16            Counsel, you may proceed.
  17   BY MR. CARROLL:
  18       Q.   Okay.  Mr. Erick, we've discussed --
  19   I'd like to focus your attention on the
  20   manufacturer customer contract where Cardinal is
  21   servicing the contract, that scenario.
  22            Now, in that scenario, the contract
```

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
246:1    price is determined by the manufacturer; is that
   2     correct?
   3         A.    The --
   4               MR. GALLAGHER:   Objection to the form
   5     of the question.
   6         A.    It's between -- my understanding
   7     between the customer and the manufacturer, that
   8     price is negotiated.
   9         Q.    Thank you for clarifying.
  10         A.    Uh-huh.
  11         Q.    And does Cardinal have any input on
  12     that negotiated price?
  13         A.    Not on an indirect contract.
  14         Q.    So on an indirect contract, Cardinal is
  15     honoring a price that's been negotiated between a
  16     manufacturer and a customer; is that correct?
  17         A.    That's correct.
  18         Q.    And does Cardinal change that price in
  19     any manner to the customer?
  20         A.    No.
  21         Q.    And I believe you testified that in
  22     that situation of an indirect contract, Cardinal
```

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
247:1    receives typically generally a five percent
    2    rebate. Is that correct?
    3         A.   Distributing --
    4              MS. SMITH-KLOCEK:  Objection to form.
    5              MR. STEPHENS:  Go ahead.
    6         A.   For distributing the product.
    7         Q.   Right.
    8              And who pays the five percent rebate?
    9         A.   The manufacturer --
   10              MR. GALLAGHER:  Object to the form of
   11    the question.
   12              MS. SMITH-KLOCEK:  Objection to form.
   13    It misstates prior testimony.
   14         A.   Manufacturer.
   15         Q.   All right.  And the five percent rebate
   16    is paid by the manufacturer to Cardinal --
   17              MS. SMITH-KLOCEK:  Same objection.
   18    BY MR. CARROLL:
   19         Q.   -- based on the contract price?
   20         A.   Of that customer, yes.
   21         Q.   Yes.  Okay.
   22              Cardinal doesn't mark up that contract
```

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
248:1   price, does it?
    2            MR. STEPHENS:  Objection.  Leading.
    3       A.   The indirect contract is between the
    4   customer, manufacturer, and we honor that
    5   agreement cost.  So no markup.
    6       Q.   No markup.
    7            And typically, that contract price --
    8   or strike that.
    9            When that contract price is below WAC,
   10   Cardinal receives the chargeback for the
   11   difference between the contract price and the
   12   WAC; is that correct?
   13       A.   Yes.
   14       Q.   Okay.  Now, we touched on this earlier
   15   briefly, but when -- does -- I believe you
   16   testified that in the chargeback scenario -- in
   17   the indirect chargeback scenario, Cardinal
   18   batches the chargeback. Is that accurate?
   19       A.   We normally batch chargebacks in
   20   general.
   21       Q.   In general.  Okay.
   22       A.   Yeah.
```

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
254:1        A.   Okay.  Let me just think it through for
   2    a second, because the transactions --
   3             MR. STEPHENS:  Take as much time as you
   4    need to figure it out.
   5        A.   Yeah.  So let me try again out loud.
   6        Q.   You know what --
   7        A.   Okay.
   8        Q.   -- I realize the flaw in what I'm
   9    asking you.
  10        A.   Okay.
  11        Q.   So let's just move on.
  12        A.   All right.  Fair enough.
  13        Q.   I apologize.
  14        A.   Okay.
  15        Q.   Okay.  We've discussed SOURCE programs
  16    in general.  Can you give a general description
  17    of the SOURCE program?
  18             MR. GALLAGHER:  Objection to the form
  19    of the question.
  20        A.   The SOURCE program is our contract
  21    negotiated between the manufacturer that
  22    customers buy from us, Cardinal Health, direct.
```

```
272:1      A.   -- and how much.
    2      Q.   Now, is there -- is there a criteria
    3    for the manufacturers to be part of a particular
    4    SOURCE program?
    5      A.   We aggregate it all together when we
    6    negotiate.
    7      Q.   Okay.
    8      A.   Because we want the biggest amount of
    9    volume as we're working with our manufacturers.
   10      Q.   So going back to when Cardinal
   11    negotiates prices with the manufacturer for the
   12    SOURCE programs, Cardinal negotiates an aggregate
   13    for all the programs; is that what you testified?
   14      A.   We take the combined volume and work
   15    with manufacturers to negotiate that specific
   16    product.
   17      Q.   When there is a sale pursuant to the
   18    SOURCE program, there's a chargeback; is that
   19    right?
   20           MR. GALLAGHER:  Objection to the form
   21    of the question.
   22      A.   There's a chargeback when a sale is
```

Erick, Matthew - June 17, 2008 09:06:00 a.m.

```
273:1   made from a SOURCE program.
    2        Q.   All SOURCE -- all sales through a
    3   SOURCE program result in a chargeback?
    4        A.   Just so it's -- there is a contract
    5   cost, yes.
    6        Q.   Okay.  Are you familiar with the
    7   generic wholesale service agreement?
    8        A.   Yes.
    9             MR. CARROLL:  Okay.  Let's mark this.
   10   I guess it's 3.
   11                    - - -
   12             (And, thereupon, Exhibit Erick 003 was
   13   marked for purposes of identification.)
   14                    - - -
   15             MS. HANSEN:  It looks like we have the
   16   same Bates numbers as the old one.
   17             MR. GALLAGHER:  I'm sorry.  I wasn't
   18   paying any attention to the document.  Yes, I'll
   19   have the same objection.
   20             MR. CARROLL:  Reed, which --
   21             MR. STEPHENS:  The one on the far right
   22   -- left is the old MDL production from 2005.
```