# Exhibit 12

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of Plaintiffs' Motion For Partial Summary Judgment
and In Opposition To Dey's Motion For Partial Summary Judgment

```
1:1    CONFIDENTIAL - ATTORNEYS' EYES ONLY
  2               IN THE UNITED STATES DISTRICT COURT
  3                    DISTRICT OF MASSACHUSETTS
  4
  5    IN RE PHARMACEUTICAL        ) MDL NO. 146 INDUSTRY AVERAGE            )
  6    WHOLESALE PRICE LITIGATION  ) CIVIL ACTION: 01-CV-12257 PBS  _____)
  7                                ) THIS DOCUMENT RELATES TO    )
  8    ALL CLASS ACTIONS           ) _____)
  9
 10
 11                           CONFIDENTIAL
 12           30(b)(6) DEPOSITION OF KIMBIR LEEANN TATE
 13                      ATTORNEYS' EYES ONLY
 14                    SAN FRANCISCO, CALIFORNIA
 15                         OCTOBER 15, 2004
 16
 17           30(b)(6) DEPOSITION OF KIMBIR LEEANN TATE,
 18    taken at 201 California Street, 17th Floor, San Francisco,
 19    California, on Friday, October 15, 2004, at 10:43 A.M.,
 20    before Michael Cundy, Certified Shorthand Reporter, in and
 21    for the State of California.
 22
```

Tate, Kimbir Leeann - October 15, 2004 10:43:00 a.m.

```
2:1

  2   APPEARANCES:

  3

  4   FOR THE MDL PLAINTIFF:

  5

  6            THE WEXLER FIRM, LLP

  7            BY:  JENNIFER FOUNTAIN CONNOLLY, ESQ.

  8            One North LaSalle Street, Suite 2000

  9            Chicago, Illinois 60602

 10            (312) 346-2222

 11   FOR THE COUNTY OF SUFFOLK:

 12   KIRBY, McINERNEY & SQUIRE, LLP

 13            BY:  JAMES P. CARROLL, ESQ. 830 Third Avenue

 14            New York, New York 10022 (212) 317-2300

 15   FOR SCHERING PLOUGH CORPORATION AND WARRICK PHARMACEUTICALS

 16   CORPORATION: ROPES & GRAY, LLP

 17            BY:  ERIC P. CHRISTOFFERSON, ESQ. One International Place

 18            Boston, Massachusetts 02110 (617) 951-7050

 19   FOR McKESSON CORPORATION: COOPER, WHITE & COOPER

 20            BY:  STEPHEN KAUS, ESQ. 201 California Street, 17th Floor

 21            San Francisco, California 94111 (415) 433-1900

 22   ALSO PRESENT:
```

Tate, Kimbir Leeann - October 15, 2004 10:43:00 a.m.

```
8:1            Is there any medical reason that would prohibit
  2    you from testifying truthfully or remembering fully today?
  3        A    No.
  4        Q    It's the case that you have been a paralegal at
  5    McKesson for 12 years?
  6        A    Yes.
  7        Q    Prior to becoming a paralegal, did you hold any
  8    other positions at McKesson?
  9        A    No.
 10        Q    I am going to hand you what was marked as
 11    Exhibit 1 yesterday.  I don't think I am going to mark it
 12    again, but I have new copies for everybody in case you need
 13    it.
 14            MR. KAUS:  So are you remarking all documents for
 15    each deposition?
 16            MS. CONNOLLY:  No.
 17            MR. KAUS:  Is that how you are doing it?
 18            MS. CONNOLLY:  Well, I want to continue the
 19    exhibits today as McKesson picking up where we left off
 20    yesterday.
 21            MR. KAUS:  Fine.  That is what I was going to
 22    suggest.
```

Tate, Kimbir Leeann - October 15, 2004 10:43:00 a.m.

```
12:1    submits invoices or credit memos to the manufacturers in
   2    order to obtain chargebacks from them?
   3        A    Yes.
   4        Q    Can you tell me in what form those invoices are
   5    submitted?
   6        A    First, I would like to kind of change the
   7    terminology that Greg used, because I don't think Greg is
   8    as familiar with the chargeback maintenance system as I am.
   9    Okay?
  10        Q    That is fine.
  11        A    So I want to be clear about what I am describing
  12    to you.
  13        Q    Sure.
  14        A    Maybe the thing to do is to describe the process
  15    that we submit chargebacks --
  16        Q    I would be happy if you did that.
  17        A    -- and how the database works.
  18             So basically, you know, the manufacturer will make
  19    a contract with our customers, and when that happens, we
  20    will honor that price, and usually, that price is below our
  21    acquisition cost or WAC, and in order to be made whole, we
  22    have to submit the difference between what we charge the
```

Tate, Kimbir Leeann - October 15, 2004 10:43:00 a.m.

13:1  customer and what we paid for it.
  2         When that happens, at the time of billing, we
  3  submit a credit memo.  It goes to Carrollton, which is
  4  where the contract maintenance database is, and actually,
  5  it is really all at the same time because the information
  6  gets submitted and the database just kind of takes care of
  7  everything.
  8         So what ends up happening is we submit to the
  9  manufacturers what's called a PO for the credit memos, and
 10  within that PO, there could be thousands, thousands of line
 11  items or -- you know, because it is a PO for all of their
 12  drugs.  We don't separate them out by here are the POs for
 13  this drug, here are the POs for that drug, here are the POs
 14  for this customer.  It is by manufacturer, and that is
 15  transmitted electronically.
 16         The manufacturer adjudicates it.
 17         We either get paid or they deny it, and if we get
 18  paid, we get paid, and we are not too much worried about
 19  it.  If they deny it, then we get the information back from
 20  the manufacturer, and we have to go back to the customer
 21  and either figure out, you know, if they weren't a part of
 22  the contract -- you know, we have to do all of the