# Exhibit 43

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of Plaintiffs' Motion For Partial Summary Judgment
and In Opposition To Dey's Motion For Partial Summary Judgment

Nancy M. Watson, J.D.
Senior Research Manager, Reimbursement
The Lewin Group
490 Second Street, Suite 201
San Francisco, CA 94107

Dear Nancy:

The Lewin Group (hereinafter "Lewin") is hereby authorized to begin work on the Project entitled *"Proposal to Conduct Reimbursement Training for Dey Laboratories"*. This Project is described in the Letter Proposal dated December 13, 1999 (attached hereto), and will conform to the Professional Fees and Schedule of Payments detailed in Attachment A.

This Letter of Authorization will permit Lewin to invoice Dey Laboratories for the fixed amount of $12,300, plus related expenses, according to the above referenced Attachment A of the Proposal.

Dey Laboratories may signal its desire to terminate this Project by giving seventy-two (72) hours prior written notice to Lewin. Under these circumstances, Dey Laboratories will be responsible only for the professional fees and expenses incurred to the point of actual termination.

Approved by:

_Debra Bronstein_
Debra Bronstein
Director of Marketing
Dey Laboratories

1/17/00
Date

L:\...legal\Dey\6152\LOA.doc   cds

HIGHLY CONFIDENTIAL

DEY-BO-0239264
DEY082-4133        FL



Lewin-TAG, Inc.
490 2nd Street, Suite 201
San Francisco, CA 94107
415 495 8966 / Fax 415 495 8969

December 13, 1999

**VIA FACSIMILE & FEDERAL EXPRESS**

Debra Bronstein
Director of Marketing
Steven Resnik
Senior Product Manager
Dey Laboratories
2751 Napa Valley Corporate Drive
Napa Valley, CA 94558

Re: *Proposal to Conduct Reimbursement Training for Dey Laboratories*

Dear Debra and Steven:

At the request of Dey Laboratories ("Dey Labs"), Lewin-TAG, Inc. ("Lewin-TAG") is pleased to provide this *Proposal to Conduct Reimbursement Training for Dey Laboratories.*

Per our conversation on December 8th, Dey Labs would like Lewin-TAG to conduct a reimbursement training session during Dey's annual sales meeting on January 24th, 2000. This training session would consist of a one-hour reimbursement overview presentation followed by 3 one-hour interactive breakout sessions (to be conducted in parallel) with case studies highlighting reimbursement issues faced by different Dey Labs products in alternative settings.

The tasks necessary to develop training materials and conduct the reimbursement training are described below.

**Task List**

**Task 1. Develop reimbursement overview presentation and breakout session materials.** Lewin-TAG will develop a reimbursement overview presentation, as well as separate breakout session materials for three groups: 1) A clinical sales force group, who will participate in an EpiPen case study, 2) a hospital sales force group, who will participate in a Duoneb case study, and 3) a national accounts / MCO

HIGHLY CONFIDENTIAL

DEY-BO-0239265
DEY082-4134   FL



D. Bronstein
S. Resnik
December 13, 1999
Page 2

sales force group, who will participate in an Accuneb case study. Lewin-TAG will provide draft copies of the overview presentation and breakout session materials to Dey Labs by January 10th to incorporate one round of edits/comments, which we would like to receive back by January 14th.

**Task 2. Train Dey Labs' facilitators.** Lewin-TAG will provide two presenters/facilitators, Christopher Santas and Nancy Watson. Dey Laboratories will furnish 1-2 additional facilitators (only one will be necessary if we include the entire clinical sales force in a single breakout session; however, given the large size of this group, we may decide that two separate breakouts would result in better sessions). Lewin-TAG will develop the breakout session materials in Task 1 and will provide any necessary training to the Dey Labs' facilitators to insure that they are prepared to run their breakout session(s). The budget for this task assumes that the Dey Labs' facilitators are knowledgeable regarding health care reimbursement issues, and will only require training on the specific breakout session materials.

**Task 3. Present reimbursement overview, and facilitate breakout sessions.** Christopher Santas will present the reimbursement overview, and Christopher Santas and Nancy Watson will each facilitate a separate breakout session.

Attachment A details our professional fees for this project.

Thank you for the opportunity to provide reimbursement training to Dey Labs. We look forward to contributing to a successful meeting.

Sincerely,

Chris Santas, M.B.A.
Vice President

Attachment

© 1999 LEWIN-TAG, INC.

HIGHLY CONFIDENTIAL

DEY-BO-0239266
DEY082-4135    FL



# Attachment A

## Estimated Professional Fees and Schedule of Payments

December 13, 1999

Professional fees for the *Proposal to Conduct Reimbursement Training for Dey Laboratories* are outlined below. Payment is to be made at the initiation of each task for the full amount.

| Task | | Fee $ |
|---|---|---|
| 1. | Develop reimbursement overview presentation and breakout session materials | $6,600 |
| 2. | Train Dey Labs' facilitators | $1,700 |
| 3. | Present reimbursement overview and facilitate breakout sessions | $4,000 |
| **Total** | | **$12,300** |

NOTE: *In addition to professional fees, any MD and respondent consideration, staff travel, printing, copying, charges for database access, express mail and miscellaneous expenses will be invoiced directly at Lewin-TAG's cost.*

*This quotation is good for six (6) months from the proposal date.*

*Please note that this proposal is submitted by Lewin-TAG, Inc. solely for the internal review and consideration of Dey Laboratories for whom it was prepared. Its contents are proprietary and may not be reproduced, distributed, or divulged, in whole or in part, to any third party without the prior written approval of Lewin-TAG, Inc. All rights and title to its contents are retained by Lewin-TAG, Inc.*

HIGHLY CONFIDENTIAL

DEY-BO-0239267
DEY082-4136    FL