# Exhibit 50

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of Plaintiffs' Motion For Partial Summary Judgment
and In Opposition To Dey's Motion For Partial Summary Judgment

Rice, Charles A. - March 24, 2003 04:37:55 p.m.

```
527:1                    CAUSE NO. GV002327
   2   THE STATE OF TEXAS            )IN THE DISTRICT COURT EX REL.            )
   3      VEN-A-CARE OF THE          ) FLORIDA KEYS, INC.,      )
   4          PLAINTIFFS,            ) )
   5   VS.                           )TRAVIS COUNTY, TEXAS )
   6   DEY, INC.; ROXANE             ) LABORATORIES, INC.; WARRICK    )
   7   PHARMACEUTICALS CORPORATION;  ) SCHERING-PLOUGH CORPORATION;   )
   8   SCHERING CORPORATION;         ) LIPHA, S.A.; MERCK-LIPHA, S.A.;)
   9   MERCK, KGAA; AND EMD          ) PHARMACEUTICALS, INC.,         )
  10          DEFENDANTS.            )53RD JUDICIAL DISTRICT
  11   ********************************************* ORAL AND VIDEOTAPED DEPOSITION OF
  12    CHARLES A. RICE
  13   VOLUME III
  14   MARCH 24TH, 2003 *******************************************
  15          ORAL AND VIDEOTAPED DEPOSITION OF
  16   CHARLES A. RICE, PRODUCED AS A WITNESS AT THE INSTANCE
  17   OF THE STATE OF TEXAS AND DULY SWORN, WAS TAKEN IN THE
  18   ABOVE-STYLED AND NUMBERED CAUSE ON THE 24TH OF MARCH,
  19   2003, FROM 8:11 A.M. TO 6:08 P.M., BEFORE
  20   DEBRA L. SIETSMA, CSR IN AND FOR THE STATE OF TEXAS,
  21   REPORTED BY MACHINE SHORTHAND, AT THE OFFICES OF
  22   FLECKMAN & MCGLYNN, P.L.L.C., 515 CONGRESS,
  23   SUITE 1800, AUSTIN, TEXAS, PURSUANT TO THE TEXAS RULES
  24   OF CIVIL PROCEDURE AND THE PROVISIONS AS PREVIOUSLY
  25   SET FORTH.
```

Rice, Charles A. - March 24, 2003 04:37:55 p.m.

```
528:1   A P P E A R A N C E S
    2
    3   FOR THE PLAINTIFF, STATE OF TEXAS:
    4           MR. PATRICK J. O'CONNELL, MR. RAYMOND C. WINTER
    5           OFFICE OF THE ATTORNEY GENERAL STATE OF TEXAS
    6           POST OFFICE BOX 12548 AUSTIN, TEXAS   78711-2548
    7    FOR THE RELATOR, VEN-A-CARE OF THE FLORIDA KEYS, INC.:
    8    MR. JAMES JOSEPH BREEN
    9           THE BREEN LAW FIRM, P.A. P.O. BOX 297470
   10           PEMBROKE PINES, FLORIDA   33029-7470
   11              - AND -
   12           MR. JOHN E. CLARK (OF COUNSEL) GOODE CASSEB JONES RIKLIN
   13             CHOATE & WATSON, P.C. 2122 NORTH MAIN AVENUE
   14           P.O. BOX 120480 SAN ANTONIO, TEXAS   78212-9680
   15    FOR DEFENDANT DEY, INC.:
   16    MR. STEPHEN M. HUDSPETH
   17           MR. DARRELL PRESCOTT COUDERT BROTHERS
   18           1114 AVENUE OF THE AMERICAS NEW YORK, NEW YORK   10036-7703
   19    - AND -
   20    MR. STEVEN A. FLECKMAN
   21           FLECKMAN & MCGLYNN, P.L.L.C. 515 CONGRESS AVENUE, SUITE 1800
   22           AUSTIN, TEXAS   78701-3503
   23
   24
   25
```

   758:1   Q.   OKAY.  DO YOU RECALL SEEING THAT OBJECTIVE IN

      2   THE MARKETING PLAN AT THE TIME THAT THE MARKETING PLAN

      3   WAS CREATED?

      4   A.   NO, SIR, I DON'T.

      5   Q.   GO TO THE NEXT PAGE.  YOU'LL SEE THE AWP

      6   REIMBURSEMENT SPREAD ANALYSIS AT THE BOTTOM?

      7   A.   YES, I SEE THAT.

      8   Q.   AND, AGAIN, ON THE NEXT PAGE?

      9   A.   YES, I SEE THAT.

     10   (EXHIBIT 593 MARKED).

     11   Q.   (BY MR. BREEN)  OKAY.  NOW, IF YOU'D LOOK AT

     12   EXHIBIT 593, WHICH YOU SHOULD ALSO HAVE IN FRONT OF

     13   YOU, WHICH -- PREPARED BY MR. ELLIS, JANUARY 1, 1994,

     14   THE "ABRIDGED MARKETING PLAN."

     15   DO YOU SEE THAT?

     16   A.   YES, I DO SEE THAT.

     17   Q.   AGAIN, WOULD THIS BE THE KIND OF DOCUMENT

     18   THAT WOULD BE PROVIDED TO YOU IF IT WAS GOING TO BE

     19   PUT INTO PLACE BY DEY'S MARKETING DEPARTMENT?

     20   A.   AGAIN, I WOULD HAVE BEEN COPIED ON IT.

     21   Q.   GO, IF YOU WOULD, TO PAGE 43.

     22   A.   I SEE THAT.

     23   Q.   SAME -- SAME OBJECTIVE, "TO PROVIDE INCENTIVE

     24   TO RETAIL/CHAIN PROVIDERS TO USE DEY'S CROMOLYN BY

     25   INCREASING THE SPREAD ON MEDICARE/MEDICAID

Rice, Charles A. - March 24, 2003 04:37:55 p.m.

```
759:1   REIMBURSEMENTS."
     2  DO YOU SEE THAT?
     3  A.    I SEE THAT.
     4  Q.    AND WAS THE INTENT THERE TO ARRANGE A SPREAD
     5  ON MEDICARE/MEDICAID REIMBURSEMENT ON DEY'S GENERIC
     6  CROMOLYN THAT WAS -- THAT WAS A GREATER SPREAD THAN
     7  WHAT THE PHARMACY WOULD ENJOY IF THEY BOUGHT THE
     8  BRAND?
     9  A.    I BELIEVE THAT WAS PROBABLY WHAT MR. ELLIS
    10  INTENDED, YES.
    11  Q.    AND THAT WAS THE INTENTION OF -- OF DEY IN
    12  TERMS OF ITS PRICING STRATEGY WHENEVER IT LAUNCHED A
    13  GENERIC DRUG, CORRECT?
    14  A.    THAT'S CORRECT.
    15  Q.    BUILD IN A BIGGER SPREAD THAN THE PHARMACIST
    16  OR PROVIDER COULD MAKE IF IT -- THAN IF -- THAN IF IT
    17  BOUGHT THE BRAND DRUG?
    18  A.    THAT'S CORRECT.
    19  Q.    OKAY.  IF YOU GO TO EXHIBIT 465, PLEASE --
    20  A.    YES.
    21  Q.    AGAIN, IT'S A MULTIPAGE DOCUMENT PREPARED
    22  BY -- FROM TODD GALLES, MARCH 4TH, 1996, DEY ALBUTEROL
    23  SULFATE INHALATION SOLUTION .5 PERCENT, 20 MILLILITER.
    24  DO YOU SEE THIS?
    25  A.    I SEE THIS.
```