# Exhibit 100

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of Plaintiffs' Motion For Partial Summary Judgment

Table 36: Number of Medicaid-Reimbursed Ipratropium Bromide Prescriptions by Firm and by NDC

| Year-Quarter | Dey Total | Roxane Total | Other Total | Dey Share | Roxane Share | 49502068503 | 49502068533 | 49502068560 | 00054840211 | 00054840213 | 00054840221 | 00054840411 | 00054840413 | 00054840421 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19981 | 40,916 | 58,475 | 9,658 | 37.5% | 53.6% | 34,917 | 454 | 5,545 | 57,284 | 1,175 | 16 | - | - | - |
| 19982 | 51,242 | 59,616 | 8,120 | 43.1% | 50.1% | 43,284 | 629 | 7,329 | 58,150 | 1,403 | 63 | - | - | - |
| 19983 | 53,340 | 56,488 | 6,456 | 45.9% | 48.6% | 44,398 | 1,277 | 7,665 | 55,138 | 1,253 | 97 | - | - | - |
| 19984 | 63,437 | 55,762 | 5,361 | 50.9% | 44.8% | 52,233 | 2,314 | 8,890 | 53,543 | 1,978 | 241 | - | - | - |
| 19991 | 79,101 | 59,722 | 4,923 | 55.0% | 41.5% | 63,105 | 4,980 | 11,016 | 56,660 | 2,578 | 484 | - | - | - |
| 19992 | 88,914 | 54,708 | 4,181 | 60.2% | 37.0% | 70,689 | 5,197 | 13,028 | 51,722 | 2,259 | 727 | - | - | - |
| 19993 | 92,456 | 49,590 | 3,796 | 63.4% | 34.0% | 73,978 | 4,950 | 13,528 | 46,193 | 2,548 | 849 | - | - | - |
| 19994 | 108,297 | 49,706 | 3,928 | 66.9% | 30.7% | 87,636 | 5,366 | 15,295 | 45,736 | 2,861 | 1,109 | - | - | - |
| 20001 | 109,364 | 45,449 | 3,215 | 69.2% | 28.8% | 87,611 | 6,648 | 15,105 | 40,616 | 3,195 | 1,638 | - | - | - |
| 20002 | 115,611 | 44,966 | 4,129 | 70.2% | 27.3% | 93,529 | 5,866 | 16,216 | 39,207 | 3,717 | 2,042 | - | - | - |
| 20003 | 116,714 | 45,891 | 5,630 | 69.4% | 27.3% | 92,972 | 7,369 | 16,373 | 40,096 | 3,556 | 2,239 | - | - | - |
| 20004 | 114,657 | 46,496 | 21,013 | 62.9% | 25.5% | 89,666 | 7,765 | 17,226 | 40,513 | 3,361 | 2,622 | - | - | - |
| 20011 | 120,146 | 44,699 | 36,396 | 59.7% | 22.2% | 94,372 | 6,849 | 18,925 | 37,933 | 3,720 | 3,046 | - | - | - |
| 20012 | 116,348 | 43,136 | 44,493 | 57.0% | 21.1% | 89,993 | 7,198 | 19,157 | 35,958 | 4,016 | 3,157 | 5 | - | - |
| 20013 | 111,632 | 39,195 | 50,153 | 55.5% | 19.5% | 86,619 | 6,935 | 18,078 | 32,934 | 3,390 | 2,858 | 13 | - | - |
| 20014 | 116,473 | 36,015 | 61,734 | 54.4% | 16.8% | 89,266 | 6,194 | 21,013 | 30,019 | 3,008 | 2,978 | 5 | 5 | - |
| 20021 | 116,951 | 36,120 | 66,968 | 53.2% | 16.4% | 90,962 | 5,945 | 20,044 | 30,467 | 3,193 | 2,458 | 1 | 1 | - |
| 20022 | 110,217 | 31,269 | 70,280 | 52.0% | 14.8% | 85,565 | 5,665 | 18,987 | 25,557 | 2,501 | 3,210 | - | 1 | - |
| 20023 | 105,861 | 32,514 | 72,064 | 50.3% | 15.5% | 80,992 | 6,221 | 18,648 | 25,151 | 2,305 | 5,057 | - | 1 | - |
| 20024 | 100,919 | 32,646 | 73,319 | 48.8% | 15.8% | 76,294 | 5,871 | 18,754 | 24,146 | 2,086 | 6,407 | - | 7 | - |
| 20031 | 95,208 | 30,760 | 70,870 | 48.4% | 15.6% | 73,965 | 4,863 | 16,380 | 22,124 | 2,038 | 6,596 | - | - | 2 |
| 20032 | 92,460 | 28,691 | 77,964 | 46.4% | 14.4% | 71,161 | 5,068 | 16,231 | 20,245 | 1,698 | 6,744 | 2 | 2 | - |
| 20033 | 98,547 | 25,746 | 71,398 | 50.4% | 13.2% | 77,359 | 4,921 | 16,267 | 17,589 | 1,480 | 6,676 | - | 1 | - |
| 20034 | 114,905 | 19,041 | 60,919 | 59.0% | 9.8% | 92,657 | 5,009 | 17,239 | 12,779 | 1,151 | 5,109 | - | 2 | - |
| Total | 2,333,716 | 1,026,701 | 836,968 | 55.6% | 24.5% | 1,843,223 | 123,554 | 366,939 | 899,760 | 60,470 | 66,423 | 26 | 20 | 2 |

* other presriptions in 2000Q4 is linearly interpolated because of an apparent data error in SDUD