# Exhibit 121

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of Plaintiffs' Motion For Partial Summary Judgment
and In Opposition To Dey's Motion For Partial Summary Judgment

Warren, Neil - September 9, 2008 00:00:00 a.m.

```
1:1                UNITED STATES DISTRICT COURT
  2                  DISTRICT OF MASSACHUSETTS
  3     - - - - - - - - - - - - - - - -
  4     IN RE:  PHARMACEUTICAL         ) MDL NO. 1456
  5     INDUSTRY AVERAGE WHOLESALE     ) CIVIL ACTION
  6     PRICE LITIGATION               ) 01-CV-12257-PBS
  7                                    )
  8     THIS DOCUMENT RELATES TO THE   )
  9     Consolidated New York County   )
 10     Actions, The California Action,)
 11     and The Iowa Action            )
 12     - - - - - - - - - - - - - - - -
 13
 14        (cross captions appear on following pages)
 15
 16        "HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY"
 17       VIDEOTAPED DEPOSITION OF CARDINAL HEALTH, INC.
 18              by NEIL WARREN - VOLUME I
 19             Tuesday, September 9, 2008
 20                Columbus, Ohio 43215
 21                  SUSAN L. COOTS
 22            REGISTERED PROFESSIONAL REPORTER
```

Warren, Neil - September 9, 2008 00:00:00 a.m.

```
 2:1              COMMONWEALTH OF KENTUCKY

   2           FRANKLIN CIRCUIT COURT - DIV. I

   3    - - - - - - - - - - - - - - - - - -

   4    COMMONWEALTH OF KENTUCKY, ex rel.   )

   5    GREGORY D. STUMBO, ATTORNEY GENERAL)

   6              Plaintiff,           ) Civil Action

   7       vs.                         ) No. 04-CI-1487

   8    ALPHARMA USPD, INC., et al.,      )

   9              Defendants.           )

  10    - - - - - - - - - - - - - - - - - -

  11

  12

  13              COMMONWEALTH OF KENTUCKY

  14           FRANKLIN CIRCUIT COURT - DIV. II

  15    - - - - - - - - - - - - - - - - - -

  16    COMMONWEALTH OF KENTUCKY,           )

  17              Plaintiff,           ) Civil Action

  18       vs.                         ) No. 03-CI-1134

  19    ABBOTT LABORATORIES, INC.,          )

  20              Defendants.           )

  21    - - - - - - - - - - - - - - - - - -

  22
```

Warren, Neil - September 9, 2008 00:00:00 a.m.

```
275:1               MS. HANSEN:  Objection to form.
    2         A.    Not to my knowledge.
    3         Q.    I'm not sure if you're aware of this,
    4    but in the course of this litigation, there have
    5    been requests made by various parties, including
    6    the states that I represent, to Cardinal to
    7    produce certain data relating to its
    8    transactions, that is its sales to retail
    9    pharmacy customers.  Are you generally aware of
   10    that fact?
   11         A.    Yes.
   12         Q.    Okay.  And do you have an understanding
   13    that the data that was provided to the states --
   14    which database those prices came from?
   15         A.    Yes.
   16         Q.    Which -- which database is that?
   17         A.    Through Distrack.
   18         Q.    And Distrack is the database, I think
   19    you described, that has, among other things, data
   20    related to sales to retail pharmacy customers; is
   21    that correct?
   22         A.    Correct.
```

Warren, Neil - September 9, 2008 00:00:00 a.m.

```
276:1         Q.   But Distrack would not include the
   2     information contained in the RMS, or Rebate
   3     Management System database, that I believe you
   4     said included rebates and bill backs or anything
   5     else not included on the invoice to the retail
   6     pharmacy customer; is that correct?
   7              MR. SWEENEY:  Objection to the form.
   8     Tom Sweeney.
   9              MS. HANSEN:  Object to form.
  10         A.   That would be correct.
  11         Q.   So if I was looking at -- if I was a
  12     state Medicaid agency, for example, trying to use
  13     the data from the Distrack system to identify the
  14     true prices paid by retail pharmacies, net of all
  15     prompt-pay discounts, allowances -- that is off-
  16     invoice allowances, rebates, discounts, would you
  17     agree with me that the information in the
  18     Distrack system is a conservative estimate of
  19     those prices, because it does not include any
  20     information relating to rebates or bill backs or
  21     other things in the Rebate Management System
  22     database?
```

Warren, Neil - September 9, 2008 00:00:00 a.m.

```
278:1    system, and was using it to try to determine the
    2    true net prices paid by retail pharmacy customers
    3    to Cardinal for brand name drugs, am I correct
    4    that those -- that those data would, No. 1, not
    5    include rebates or bill backs or anything not
    6    included on the invoice that was captured in the
    7    separate database called the RMS, or Rebate
    8    Management System database?
    9            MS. HANSEN:  Objection.  Form.
   10       A.   That would be correct.
   11       Q.   And so therefore, if I didn't have the
   12    information from the Rebate Management System
   13    database, looking at the Distrack system alone, I
   14    could be essentially overstating the true net
   15    price paid by retail pharmacies, if, in fact,
   16    rebates, billbacks, or other items in the RMS
   17    system were, in fact, provided?
   18            MS. HANSEN:  Objection.
   19            MR. CUTTLER:  Objection.  Form.
   20    Richard Cutler.
   21       A.   Correct.  At -- at any given time.
   22       Q.   Let me ask you generally about another
```