# Exhibit 150

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*,
Civil Action No. 05-11084-PBS

Exhibit to the July 24, 2009, Declaration of George B. Henderson, II
In Support of Plaintiffs' Motion For Partial Summary Judgment
and In Opposition to Dey's Motion For Partial Summary Judgment

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL | ) | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) | CIVIL ACTION |
| PRICE LITIGATION | ) | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) | |
| U.S. ex rel. Ven-a-Care of | ) | Judge Patti B. Saris |
| the Florida Keys, Inc. | ) | |
| v. | ) | Chief Magistrate |
| Abbott Laboratories, Inc., | ) | Judge Marianne B. |
| No. 06-CV-11337-PBS | ) | Bowler |

- - - - - - - - - - - - - - - -

(cross captions appear on following pages)

Videotaped deposition of SUE GASTON

Volume I

Washington, D.C.

Thursday, January 24, 2008

9:00 a.m.

Gaston, Sue                                                January 24, 2008
                          Washington, DC

                                                                  Page 2

1                    UNITED STATES DISTRICT COURT
2                  FOR THE DISTRICT OF MASSACHUSETTS
3      - - - - - - - - - - - - - - - - -
4      IN RE:  PHARMACEUTICAL           )  MDL NO. 1456
5      INDUSTRY AVERAGE WHOLESALE       )  CIVIL ACTION
6      PRICE LITIGATION                 )  01-CV-12257-PBS
7                                       )  Judge Patti B. Saris
8      THIS DOCUMENT RELATES TO         )  Chief Magistrate
9      ALL CASES IN MDL NO. 1456        )  Judge Marianne B.
10     - - - - - - - - - - - - - - - -     Bowler
11
12
13        IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
14             THIRD JUDICIAL DISTRICT AT ANCHORAGE
15     - - - - - - - - - - - - - - - - -
16     STATE OF ALASKA,                 )
17               Plaintiff,             )
18        vs.                           )  Case No.
19     ALPHARMA BRANDED PRODUCTS        )  3AN-06-12026 CI
20     DIVISION, INC., et al.           )
21               Defendants.            )
22     - - - - - - - - - - - - - - - - -

Page 232

1    902-0446.  Ms. Gaston, if you would take a look at
2    that document and let me know if that's a document
3    that you're familiar with.
4         A.    Yes.  I am familiar with it.
5         Q.    Could you tell us what this document is?
6         A.    It looks like it's just an overview of
7    the federal upper limit program.
8         Q.    Did you play a part in drafting this
9    document?
10        A.    I may have.  I'm not sure.
11        Q.    Ms. Gaston, can you walk me through
12   basically what you did to establish federal upper
13   limits for drugs?  Can you just walk me through the
14   process?
15        A.    Do you want me to use this exhibit?
16        Q.    If it helps --
17        A.    Okay.
18        Q.    -- that would be fine.  I'm just trying
19   to have you -- put me back in your office back in
20   the mid-'90s or whenever you were working on this
21   and tell me what you did.
22        A.    Well, first of all we have an

c68935c6-4f35-4a4e-9ec1-be302bbe74cf

Page 233

1   application.  I'm going to talk about it in
2   reference to the application that's used that houses
3   this information.  But our systems folks when it's
4   time to set a FUL or put out a new list of FUL
5   drugs, the system folks will obtain the FDA Orange
6   Book data and they'll pull that into their system.
7   And there are some standards within that program
8   that look for the criteria that's sort of detailed
9   in this handout here.
10            Once that criteria is met then the system
11  will pull in the latest compendia data and then
12  they'll merge the two.  And the compendia data,
13  there's some criteria in there too.  But they try to
14  match the compendia data to the drugs pulled from
15  the FDA.  And they match them together and then the
16  application -- and I'm simplifying this -- but the
17  application will have in there FUL groups, which
18  include like all NDC numbers, and it will have the
19  FUL group, the drug names, the NDC number and then
20  the compendia and the compendia pricing in there.
21            So it will have the source, if it's Red
22  Book, Blue Book, Medi-Span, and then it will have

Page 234

1   the prices.  It will have an AWP price, a direct
2   price or WAC price.  If there's not a price it'll
3   just be blank in any of those categories.  And then
4   the system, the application itself -- from my
5   recollection -- it's been a while since I've used
6   it.  But it will determine a FUL price where it can.
7              Then we apply some manual review just to
8   assure we have -- there's some edits and I can't
9   remember all of those.  But we want to make sure
10  that it's using -- because it's supposed to use the
11  lowest price in published compendia, and we want to
12  make sure that that lowest price is a true price,
13  that it's using a true price to establish a FUL.
14             So there's a manual review that's applied
15  to some of the drugs where the pricing might not
16  look right in there or there's missing pricing.  But
17  basically there's a lot of manual review that's
18  included before the final FUL listing will come out.
19        Q.   Okay.  I appreciate that.  I'm going to
20  try to follow up on each of those steps as best I
21  can.  You indicated that there was a system
22  involved.

Page 287

```
                    UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF MASSACHUSETTS

    - - - - - - - - - - - - - - - -

    IN RE:  PHARMACEUTICAL           )  MDL NO. 1456

    INDUSTRY AVERAGE WHOLESALE       )  CIVIL ACTION

    PRICE LITIGATION                 )  01-CV-12257-PBS

    THIS DOCUMENT RELATES TO         )

    U.S. ex rel. Ven-a-Care of       )  Judge Patti B. Saris

    the Florida Keys, Inc.           )

         v.                          )  Chief Magistrate

    Abbott Laboratories, Inc.,       )  Judge Marianne B.

    No. 06-CV-11337-PBS              )  Bowler

    - - - - - - - - - - - - - - - -

           (cross captions appear on following pages)


              Videotaped deposition of SUE GASTON


                         Volume II


                         Washington, D.C.

                         Wednesday, March 19, 2008

                         9:00 a.m.
```

Page 288

```
 1                UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF MASSACHUSETTS
 3   - - - - - - - - - - - - - - - - -
 4   IN RE:  PHARMACEUTICAL          )   MDL NO. 1456
 5   INDUSTRY AVERAGE WHOLESALE      )   CIVIL ACTION
 6   PRICE LITIGATION                )   01-CV-12257-PBS
 7                                   )   Judge Patti B. Saris
 8   THIS DOCUMENT RELATES TO        )   Chief Magistrate
 9   ALL CASES IN MDL NO. 1456       )   Judge Marianne B.
10   - - - - - - - - - - - - - - -       Bowler
11
12
13     IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
14          THIRD JUDICIAL DISTRICT AT ANCHORAGE
15   - - - - - - - - - - - - - - - - -
16   STATE OF ALASKA,                )
17             Plaintiff,            )
18       vs.                         )   Case No.
19   ALPHARMA BRANDED PRODUCTS       )   3AN-06-12026 CI
20   DIVISION, INC., et al.          )
21             Defendants.           )
22   - - - - - - - - - - - - - - - - -
```

Gaston, Sue - Vol. II                              March 19, 2008
                        Washington, DC

Page 457

1  program is cost savings?
2       A.   Correct.
3       Q.   And so if you set a FUL that was equal
4  to an AWP it wouldn't really result in any cost
5  savings to the state?
6       A.   Correct.
7       Q.   And so in this case, if I understand
8  what's going on here with cefadroxil in 2001,
9  basing a FUL on the lowest published price seemed
10 to result in a FUL that was too low, right?
11      A.   It appeared that way because of the
12 compendia information that we have.
13      Q.   And setting a FUL -- not using that
14 lowest published price but moving up to the next
15 seemed to result in a FUL that was too high?
16      A.   Correct.
17      Q.   And so CMS declined to set a FUL given
18 the published prices that were out there?
19      A.   Correct.
20      Q.   Let me just digress here for a second.
21 What role if any did AWP play in setting FULs?
22      A.   Generally, it did not.

Gaston, Sue - Vol. II                                    March 19, 2008
                        Washington, DC

Page 458

1      Q.   Can you think of any instance in which
2  CMS based a FUL on the published AWP price?
3      A.   I can't think of a situation where they
4  did.
5      Q.   In other words, other than being used
6  to check whether there was going to be cost
7  savings that resulted, FUL was basically -- or --
8  I'm sorry -- AWP was basically irrelevant for the
9  FUL calculation?
10          MS. MARTINEZ:  Objection, form.
11          MR. WINGET-HERNANDEZ:  Objection, form.
12     A.   It was used in the methodology just for
13 consideration, but I don't know of any times when
14 it would have been used to set a FUL price.
15     Q.   So in terms of a basis of calculation,
16 the price on which the FUL was based, AWP was
17 irrelevant?
18          MR. WINGET-HERNANDEZ:  Objection, form.
19          MS. MARTINEZ:  Objection, form.
20     A.   We wouldn't have used AWP.
21     Q.   Why would CMS not have used AWP?
22     A.   Because we know that states will be