UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Master File No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO | Subcategory Case No. 06-11337 |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Actavis Mid Atlantic LLC, et al.,* Civil Action No. 08-10852-PBS | Hon. Patti B. Saris |

JOINT MOTION TO MODIFY
MARCH 19, 2009 CASE MANAGEMENT ORDER

VEN-A-CARE OF THE FLORIDA KEYS, INC. ("Plaintiff", "Relator" or "Ven-A-Care") on behalf of itself and all Defendants in this action requests that the Court modify this Court's Case Management Order dated March 19, 2009 [Document 87] to extend the time limits for discovery on the original source question up to and including September 16, 2009 and in support states as follows:

1. Paragraph 9 of the Court's Case Management Order dated March 19, 2009 [Document 87], provides that "all discovery on the original source question shall be completed by July 30, 2009, except for discovery sought by Defendants over which there is a dispute between the parties as of that date."

2. The Relator has provided the Defendants in the case with 97,625 pages of images and a privilege log regarding the original source question in compliance with the Court's Case Management Order dated March 19, 2009. During discovery thus far, the defendants have requested that the Relator produce or identify certain items. The Relator is attempting to address the Defendants' requests in a manner that will avoid the need for court intervention.

3. Pursuant to the time limits set forth in the existing Case Management Order, only three of the eight defendant groups were able to question the Relator's Federal Rule of Civil Procedure 30(b)(6) witness on July 27 and July 28, 2009. During that deposition, the Relator agreed to review its records to answer questions that were posed at the deposition. As a result, at the conclusion of the deposition on July 28, 2009, the parties agreed that they needed additional time to complete the deposition.

WHEREFORE the parties respectfully request that the Court grant this motion and enter the proposed order extending the time limits for discovery on the original source question up to and including September 16, 2009.

Dated: July 30, 2009

                                          Respectfully submitted,

                                          For the Relator,
                                          Ven-A-Care of the Florida Keys, Inc.

                                           /s/ Alison W. Simon
                                          James J. Breen
                                          Alison W. Simon
                                          The Breen Law Firm
                                          P. O. Box 297470
                                          Pembroke Pines, FL  33029-7470
                                          Phone:  954-874-1635
                                          Fax: 954-874-1739

                                         CERTIFICATE OF SERVICE

     I hereby certify that I have this 30th day of July, 2009 caused an electronic copy of the above JOINT MOTION TO MODIFY MARCH 19, 2009 CASE MANAGEMENT ORDER to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                           /s/ Alison W. Simon
                                          Alison W. Simon