UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRIAL AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Master File No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO | Subcategory Case No. 06-11337 |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Actavis Mid Atlantic LLC, et al., Civil Action No. 08-10852-PBS* | Hon. Patti B. Saris |

### [PROPOSED] ORDER ON JOINT MOTION TO MODIFY MARCH 19, 2009 CASE MANAGEMENT ORDER

THIS CAUSE is before the Court upon the parties JOINT MOTION TO MODIFY MARCH 19, 2009 CASE MANAGEMENT ORDER, it is hereby ORDERED as follows:

1. The Motion is granted;

2. Paragraph 9 of the March 19, 2009 Case Management Order is modified as follows:

    All discovery on the original source question shall be completed by September 16, 2009, except for discovery sought by Defendants over which there is a dispute between the parties as of that date.

ORDERED IN CHAMBERS at BOSTON, MASSACHUSETTS this ___ day of _____, 2009.

_____
UNITED STATES DISTRICT JUDGE PATTI B. SARIS