UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>v.<br>*Baxter Hemoglobin Therapeutics and Baxter International Inc.* | |

## AUGUST 2009 STATUS REPORT

The undersigned counsel for Plaintiffs and Defendants hereby submit the attached Status Report for August 2009, in accordance with the Court's June 17, 2004 Procedural Order.

DATED this 3rd day of August, 2009.

Respectfully submitted,

_[signature]_
Mark Allen Kleiman
2907 Stanford Avenue
Venice, CA 90292
Counsel for Relators

/s/ Shamir Patel
Shamir Patel
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street, NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Counsel for Defendant Baxter International Inc.

_[signature]_
Lauren John Udden
15 W. Carrillo St., Ste. 101B
Santa Barbara, CA 93101
Counsel for Relators

Merle DeLancey
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street, NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Counsel for Defendant Baxter International Inc.

2585493

# CERTIFICATE OF SERVICE

        I hereby certify that I, Shamir Patel, an attorney, caused a true and correct copy of the foregoing, AUGUST 2009 STATUS REPORT, to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on August 3, 2009, for posting and notification to all parties.

        /s/ Shamir Patel
Shamir Patel
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200

2585493

## AUGUST 2009 STATUS REPORT

| PRIVATE CLASS CASE | MDL DOCKET NUMBER | JURISDICTION | STATUS |
|---|---|---|---|
| United States ex rel. Linnette Sun and Greg Hamilton, Relators v. Baxter Hemoglobin Therapeutics and Baxter International Inc. | Master File No. 1:01-CV-12257-PBS<br><br>Sub-Category Case No. 1:08-CV-11200 | D. Mass, pursuant to JPML order | • Transferred to MDL 1456 by JPML on July 14, 2008<br>• Court Order entered on July 15, 2008: consolidating *Sun* case with the lead case #01-12257<br>• Court received MDL record from US District Court, District of Colorado on August 5, 2008<br>• Status Conference on June 22, 2009<br>• Court entered proposed Case Management Order with respect to briefing schedule on June 23, 2009.  Otherwise, all discovery is stayed. |

2585493