# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO 01-CV-12257-PBS | Judge Patti B. Saris<br>Chief Mag. Judge Marianne B. Bowler |

## STATUS REPORT AUGUST 3, 2009

Pursuant to the Court's June 17, 2004 Procedural Order, the undersigned counsel for Plaintiffs and Defendants hereby submit the attached status report to the Court listing the status of all pending motions to date.

Respectfully Submitted,

PLAINTIFFS' LEAD COUNSEL
ON BEHALF OF ALL PLAINTIFFS


By:   /s/  Thomas M. Sobol                              DATED:   August 3, 2009

Thomas M. Sobol, Esq. (BBO # 471770)
Edward Notargiacomo, Esq. (BBO # 567636)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone:  (617) 482-3700
Facsimile:  (617) 482-3003
**LIAISON COUNSEL**

Steve W. Berman, Esq.
Sean R. Matt, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900

1

Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594
Elizabeth Fegan, Esq.
**HAGENS BERMAN SOBOL SHAPIRO LLP**
60 West Randolph Street, Suite 200
Chicago, Illinois  60601
Telephone: (312) 762-9235
Facsimile: (312) 762-9286

Marc H. Edelson, Esq.
**HOFFMAN & EDELSON**
45 West Court Street
Doylestown, PA  18901
Telephone:  (215) 230-8043
Facsimile:  (215) 230-8735

Kenneth A. Wexler, Esq.
**WEXLER TORISEVA WALLACE LLP**
One North LaSalle, Suite 2000
Chicago, IL  60602
Telephone:  (312) 346-2222
Facsimile:  (312) 346-0022

Eugene Spector, Esq.
Jeffrey L. Kodroff, Esq.
John A. Macoretta
**SPECTOR, ROSEMAN & KODROFF, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone:  (215) 496-0300
Facsimile:  (215) 496-6611

ON BEHALF OF DEFENDANTS

By:  /s/ Katherine Schmeckpeper                    DATED:  August 3, 2009

Nicholas C. Theodorou, Esq. (BBO# 496730)
Katherine Schmeckpeper, Esq. (BBO#662300)
**FOLEY HOAG, LLP**
155 Seaport Boulevard
Boston, MA  02210


Joel M. Cohen, Esq. (admitted *pro hac vice*)
D. Scott Wise, Esq. (admitted *pro hac vice*)
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, NY  10017

Attorneys for Defendant AstraZeneca Pharmaceuticals LP

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2009, I caused a true and correct copy of the foregoing Status Report to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 by sending a copy to Lexis/Nexis File & Serve for posting and notification to all parties.

 /s/  Katherine B. Schmeckpeper

Katherine B. Schmeckpeper, Esq. (BBO#662300)
**FOLEY HOAG, LLP**
155 Seaport Boulevard
Boston, MA  02210