# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
| | MDL NO. 1456 <br> Civil Action No. 01-12257-PBS <br> Subcategory No. 07-12141 |
| THIS DOCUMENT RELATES TO: | ) ) |
| *State of Iowa* | ) ) |
| *v.* | ) |
| *Abbott Laboratories Inc., et al.* | ) ) |

Judge Patti B. Saris

## AUGUST 2009 STATUS REPORT FOR THE STATE OF IOWA

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for August 2009, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: August 3, 2009

Respectfully submitted,

**KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

By:   /s/ Joanne M. Cicala_____
Joanne M. Cicala
Kathryn B. Allen

1

## August 2009 Status Report for the State of Iowa

### Motion to Quash the Cross-Notice of the Deposition of Lynn Donovan

On July 15, 2009, plaintiff filed its Emergency Motion to Quash Defendant Purepac Pharmaceutical Co.'s (hereinafter "Purepac") Cross-Notice of Continued Videotaped Deposition of Lynn Donovan.  [Docket No. 6264, Sub-docket No. 41].  Plaintiff opposes the cross-notice due to lack of relevance and lack of sufficient notice of the continued deposition.  Ms. Donovan is an employee of Hawaii Medicaid, and she has never been employed by Iowa Medicaid.

On July 16, 2009, defendant Purepac filed its opposition to plaintiff's motion to quash. [Docket No. 6268].

On July 20, 2009, defendants took the deposition of Lynn Donovan, Hawaii Medicaid. Plaintiff objected to the deposition and noted on the record that its motion was *sub judice*.

### Proposed Schering/Ven-a-Care Settlement

Plaintiff will serve and file its objections to the proposed Schering/Ven-a-Care settlement consistent with the Court's scheduling order, entered July 24, 2009.

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 3rd day of August, 2009, she caused a true and correct copy of the above August 2009 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated:  August 3, 2009

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600