- 1 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br>**BMS CLASS ACTIONS** | CIVIL ACTION:  01-CV-12257-PBS<br>Judge Patti B. Saris |

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO FILE UNDER SEAL

THIS MATTER is before the Court on Plaintiffs' motion for leave to file under seal.  The Court, having considered all pleadings in support and in opposition thereto, and being fully advised in the premises, hereby

GRANTS Plaintiffs' motion for leave to file under seal the following items:

1. Exhibit E attached to the Settlement Agreement and Release of the BMS Group.

IT IS SO ORDERED.


DATED: _____          _____
                                                                                             Hon. Patti B. Saris
                                                                                             United States District Court Judge


- 1 -

## CERTIFICATE OF SERVICE

     I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 4, 2009, a copy to LexisNexis File and Serve for Posting and notification to all parties

     By     /s/ **Steve W. Berman**
     Steve W. Berman
     **HAGENS BERMAN SOBOL SHAPIRO LLP**
     1301 Fifth Avenue, Suite 2900
     Seattle, WA  98101
     (206) 623-7292

001534-16  319768 V1