UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>**BMS CLASS ACTIONS** | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

**CLASS PLAINTIFFS' MOTION FOR ENTRY OF AN ORDER GRANTING PRELIMINARY APPROVAL OF THE BMS SETTLEMENT, AND APPROVING THE <u>FORM AND METHOD OF NOTICE TO THE CLASS</u>**

Class Plaintiffs move for entry of an order granting preliminary approval of the proposed Settlement Agreement and Release of the BMS Group, and approval of the form and manner of notice to the Class.

In support of this motion, Class Plaintiffs file herewith their Memorandum of Law in Support of Motion for Preliminary Approval of the BMS Settlement and Approving the Form and Method of Notice to the Class (the "Supporting Memorandum"), along with Exhibit 1 thereto, which contains the following documents:

1. Settlement Agreement and Release of the BMS Group

2. Exhibit A – [Proposed] Order Granting Preliminary Approval of the BMS Class Settlement, Directing Notice to the Class and Scheduling Fairness Hearing

3. Exhibit B – [Proposed] Forms of Notice

4. Exhibit C – [Proposed] Final Order and Judgment Granting Final Approval to Proposed Class Action Settlement with the BMS Group, Approving Proposed Allocation of Settlement Funds, and Approving Class Counsels' Application for Attorneys Fees, Reimbursement of Litigation Expenses and Incentive Awards to Class Representatives

5. Exhibit D – Class Escrow Agreement

6. Exhibit E – BMS Termination Rights (FILED UNDER SEAL)

7. Exhibit F – Distribution Plan and Claims Process

8. Exhibit G – Notice Plan

For reasons detailed in the Supporting Memorandum, Class Plaintiffs respectfully request that the Motion be granted and the Court enter an order:  (i) granting Preliminary Approval of the Settlement; (ii) certifying the Settlement Classes; (iii) appointing Settlement Class counsel; (iv) scheduling a Fairness Hearing and establishing all related deadlines; (v) directing that Notice be provided to the Classes in accordance with the Notice Plan; and (vi) ordering a stay of all proceedings in this action vis-à-vis BMS until the Court renders a final decision regarding the approval of this Settlement

DATED:  August 4, 2009.

By    /s/ Steve W. Berman
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

- 3 -

Jeffrey Kodroff
John Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson LLC
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CLASS COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing **CLASS PLAINTIFFS' MOTION FOR ENTRY OF AN ORDER GRANTING PRELIMINARY APPROVAL OF THE BMS SETTLEMENT, AND APPROVING THE FORM AND METHOD OF NOTICE TO THE CLASS** be delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on August 4, 2009, a copy to LexisNexis File and Serve for Posting and notification to all parties.

By  **/s/ Steve W. Berman**
Steve W. Berman
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

- 4 -

- 5 -

## CERTIFICATE OF SERVICE BY LEXISNEXIS FILE & SERVE
Docket No. MDL 1456

I, Steve W. Berman, hereby certify that I am one of plaintiffs' attorneys and that, on March 7, 2008, I caused copies of **CLASS PLAINTIFFS' AND TRACK TWO DEFENDANTS' JOINT MOTION FOR ENTRY OF AN ORDER GRANTING PRELIMINARY APPROVAL OF THE TRACK TWO SETTLEMENT, CERTIFYING CLASSES FOR PURPOSES OF SETTLEMENT, DIRECTING NOTICE TO THE CLASSES AND SCHEDULING FAIRNESS HEARING** to be served on all counsel of record by causing same to be posted electronically via Lexis-Nexis File & Serve.

 /s/ Steve W. Berman
Steve W. Berman

001534-16 319877 V1