UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | |
| **THIS DOCUMENT RELATES TO:** | ) ) | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* Civil Action No. 06-11337 | ) ) ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS Subcategory No. 06-11337-PBS |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey LP, et al.,* Civil Action No. 05-11084 | ) ) ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.,* Civil Action No. 07-10248-PBS | ) ) ) ) ) | |

**JOINT MOTION TO ESTABLISH PAGE LIMITS FOR THE REMAINDER OF THE PARTIES' SUMMARY JUDGMENT BRIEFING**

At a May 28, 2009, status conference, this Court ordered that for the initial briefing of summary judgment motions, the defendants were entitled to 40 pages per defendant, and that the plaintiffs were entitled to 50 pages for their initial oppositions to defendants' summary judgment, and incorporated cross-motions. The Court further instructed the parties to meet and confer to reach consensus on page limits for the remaining oppositions, replies and sur-replies.[1]

---

[1] On June 25, 2009, the parties separately filed a joint motion (M.D. Dkt. #6170) to establish the summary judgment briefing schedule for requesting the following deadlines: August 28, 2009 for the defendants' oppositions to plaintiffs' cross-motions for summary judgment, and replies to the plaintiffs' oppositions to defendants' summary judgment motions; September 15, 2009 for the plaintiffs' replies to defendants' oppositions to plaintiffs' cross-motions, and sur-replies to defendants' replies in support of defendants' summary judgment applications; September 28, 2009 for defendants' sur-replies to plaintiffs' replies in support of plaintiffs' cross-motions. This joint motion has not been ruled upon by the Court.

In furtherance of this Court's instructions, the parties in the above-captioned cases jointly propose the following page limits for the remainder of the summary judgment briefing in this case:

A.  <u>Defendants' oppositions to plaintiffs' cross-motions for summary judgment, and replies to the plaintiffs' oppositions to defendants' summary judgment motions</u>:

Defendants shall have an aggregate total page limit of 120 pages for their oppositions to plaintiffs' cross-motions for summary judgment, and replies to the plaintiffs' oppositions to defendants' summary judgment motions, to be divided as follows: a) 45 pages for defendants' common brief, and, b) 25 pages per defendant for individual briefs.

B.  <u>Plaintiffs' replies to defendants' oppositions to plaintiffs' cross-motions, and sur-replies to defendants' replies in support of defendants' summary judgment motions</u>:

Plaintiffs shall have a page limit of 114 pages for their replies to defendants' oppositions to plaintiffs' cross-motions, and sur-replies to defendants' replies in support of defendants' summary judgment motions.

C.  <u>Defendants' sur-replies to plaintiffs' replies in support of plaintiffs' cross-motions for summary judgment</u>:

Defendants shall have an aggregate total page limit of 24 pages for their sur-replies to plaintiffs' replies in support of plaintiffs' cross-motions for summary judgment.

WHEREFORE the parties respectfully request that this Court enter an order setting the page limits for the remainder of the summary judgment briefing in this case as set forth herein.

Dated: August 5, 2009                                    Respectfully submitted,

For the United States of America,

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF FLORIDA

 /s/ Ann M. St. Peter-Griffith
Ann M. St. Peter-Griffith
Mark A. Lavine
Special Attorneys for the Attorney General
99 N.E. 4th Street, 3rd Floor
Miami, FL  33132
Phone:  (305) 961-9003
Fax: (305) 536-4101

MICHAEL K. LOUCKS
ACTING UNITED STATES ATTORNEY

George B. Henderson, II
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
Suite 9200, 1 Courthouse Way
Boston, MA 02210
Phone:  (617) 748-3272


MICHAEL F. HERTZ
DEPUTY ASSISTANT ATTORNEY
GENERAL

Joyce R. Branda
Daniel R. Anderson
Justin Draycott
Rebecca Ford
Renee Brooker
Gejaa Gobena
United States Department of Justice
Civil Division
Commercial Litigation Branch
P. O. Box 261
Ben Franklin Station
Washington, D.C.  20044
Phone:  (202) 307-1088
Fax:  (202) 305-7797

For the Defendant Abbott:

 /s/ David Torborg
David Torborg
R. Christopher Cook
Jones Day
51 Louisiana Ave, N.W.
Washington, D.C. 20001-2113
Phone:  (202) 879-3734
Fax:  (202) 626-1700

For the Dey Defendants:

 /s/ Sarah L. Reid
Sarah L. Reid
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178-0002
Phone:  (212) 808-7720
Fax:  (212) 808-7897

For the Roxane/BI Defendants:

 /s/ Eric T. Gortner
John W. Reale
Eric T. Gortner
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
Phone:  (312) 862-3452
Fax:  (312) 862-2200

For the Relator, Ven-A-Care of the Florida Keys, Inc.,

 /s/ James J. Breen
James J. Breen
Alison W. Simon
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue, Suite 110
Miramar, FL 33027
Phone:  (954) 874-1635
Fax:  (954) 874-1705

**CERTIFICATE OF SERVICE**

      I hereby certify that I have this day caused an electronic copy of the above JOINT MOTION TO ESTABLISH PAGE LIMITS FOR THE REMAINDER OF THE PARTIES' SUMMARY JUDGMENT BRIEFING to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

|  |  |
|---|---|
| Dated: August 5, 2009 | /s/ Ann M. St. Peter-Griffith<br>Ann M. St. Peter-Griffith |