# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The undersigned attorney hereby notifies the Court and all counsel of the withdrawal of the appearance of Ethan M. Posner as counsel for Defendant SmithKline Beecham Corporation, d/b/a GlaxoSmithKline ("GSK") in this matter. All other counsel of record for GSK will continue to appear as counsel for GSK in this matter.

Dated: August 6, 2009

Respectfully submitted,

/s/ Ethan M. Posner_____
Ethan M. Posner
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tele: (202) 662-6000
Fax: (202) 662-6291

DC: 3255422-1

**CERTIFICATE OF SERVICE**

      I hereby certify that today I have caused an electronic copy of the foregoing Notice of Withdrawal of Appearance to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.


Dated:  August 6, 2009                                  /s/ Mona M. Patel
                                                                                   Mona M. Patel