# Exhibit A

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to United States' Opposition To Roxane's Motion For Leave
To Depose Carolyn Helton and Robin Kreush Stone



**U.S. Department of Justice**

Civil Division, Fraud Section

---

*601 D Street, NW*  *Telephone: (202) 305-9300*
*Washington, D.C. 20004*  *Telecopier: (202) 616-3085*

<u>*Via Electronic Transmission*</u>   January 31, 2008
*(Enclosures by Over-night Delivery)*

Eric Gortner
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

Re:   Average Wholesale Price Multi-District Litigation
  <u>MDL No. 1456/C.A. No. 01-12257-PBS (D. Mass.)</u>

Dear Counsel:

Enclosed please find two production discs. Disc bearing bates prefix "AWQ138" contains material pertaining to the President's budgets for the years 1990 through 2001; disc "AWQ020" contains material originating from Medicare Part B carrier Cigna Government Services.

Thank you for your attention.

                Very Truly Yours,

                /s/
                Laurie Oberembt
                Senior Trial Counsel
                Commercial Litigation Branch

Enclosures
cc: James Breen
    George B. Henderson
    Richard Goldstein



**U.S. Department of Justice**

Civil Division, Fraud Section

---

601 D Street, NW  
Washington, D.C. 20004

Telephone:  (202) 305-9300  
Telecopier:  (202) 616-3085

<u>Via Electronic Transmission</u>   January 31, 2008  
*(Enclosures by Over-night Delivery)*

David Torborg  
Jones Day  
51 Louisiana Ave., N.W.  
Washington, DC 20001-2113

Martin F. Murphy  
Foley Hoag LLP  
155 Seaport Blvd  
Boston, MA 02210-2600

Neil Merkl  
William A. Escobar  
Kelley Drye & Warren, LLP  
101 Park Avenue  
New York, NY 10178

Eric Gortner  
Kirkland & Ellis  
200 East Randolph Drive  
Chicago, Illinois 60601-6636

Re:   Average Wholesale Price Multi-District Litigation  
      <u>MDL No. 1456/C.A. No. 01-12257-PBS (D. Mass.)</u>

Dear Counsel:

     Enclosed please find eight compact discs containing material from two Medicare Part B Carriers.  Containers bearing bates prefixes AWQ031 through AWQ036, and container AWQ038, include material originating from carrier Wisconsin Physician Services; container AWQ037 includes material originating from carrier Palmetto GBA.

     Please note that container AWQ038 will be provided to counsel for Roxane tomorrow, February 1, 2008.  Thank you for your attention.

Very Truly Yours,

/s/  
Laurie Oberembt  
Senior Trial Counsel  
Commercial Litigation Branch

Enclosures  
cc: James Breen  
    Richard Goldstein  
    George B. Henderson



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

*Writer's Direct Dial Number:*
*(617) 748-3272*
*Telecopier: (617) 748-3971*

*John Joseph Moakley U.S. Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*

<u>*Via Electronic Transmission*</u>       March 3, 2008
*(Enclosures by Over-night Delivery)*

David Torborg                          Neil Merkl
Jones Day                              William A. Escobar
51 Louisiana Ave., N.W.                Kelley Drye & Warren, LLP
Washington, DC 20001-2113              101 Park Avenue
                                       New York, NY 10178

Eric Gortner                           Martin F. Murphy
Kirland & Ellis                        Foley Hoag LLP
200 East Randolph Drive                155 Seaport Blvd
Chicago, Illinois 60601-6636           Boston, MA 02210-2600

    Re:    Average Wholesale Price Multi-District Litigation
           <u>MDL No. 1456/C.A. No. 01-12257-PBS (D. Mass.)</u>

Dear Counsel:

    Enclosed please find compact disc AWQ039 containing material originating from Medicare Part B carrier Cigna Government Services.

                            Sincerely,

                                 /s/
                      George B. Henderson, II
                      Assistant U.S. Attorney

March 3, 2008
Page 2

Enclosures
cc: James Breen
    Richard Goldstein
    George B. Henderson