# Exhibit C

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to United States' Opposition To Roxane's Motion For Leave
To Depose Carolyn Helton and Robin Kreush Stone



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

*Writer's Direct Dial Number:*
*(617) 748-3272*
*Telecopier: (617) 748-3971*

*John Joseph Moakley U.S. Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

June 16, 2008

*By E-Mail*

Eric Gortner, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601-6636

    Re:    *U.S. el rel Ven-A-Care of the Florida Keys Inc. v. Roxane Laboratories Inc, et al,* MDL No. 1456/Civil Action No. 12257-PBS

Dear Counsel:

    I write to raise a number of issues concerning Defendants Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane Laboratories, Inc., and Roxane Laboratories, Inc. n/k/a Boehringer Ingelheim Roxane, Inc.'s (collectively, "Roxane") Responses to the Plaintiff's First Request for Production of Documents and Tangible Things ("First Request"). This letter addresses the most pressing matters and is not intended to be an exclusive statement of the Plaintiffs' concerns.

    Request Nos. 10 and 11 of the First Request seek all sales transaction data and "Incentive"[1] data during the relevant time period. Analysis of the responsive data produced by Roxane to date reveals several serious deficiencies.

1.    <u>Sales transaction and Incentive data from 2003 onwards</u>:

    Roxane has not produced **any** responsive data from December 31, 2003 to the present. The Complaint in this case alleges wrongful conduct and seeks damages with respect to Medicaid expenditures *through the present*. Complaint, ¶ 58. The cut-off date

---

[1] The Term "Incentive" is defined in the First Request as "anything of value provided or offered to a customer which would lower the net consideration paid for a pharmaceutical, regardless of the time it was provided . . . and regardless of its name . . ."

Eric Gortner, Esq.
June 16, 2008
Page 2

of December 31, 2004, which is reflected in the Complaint (¶ 58), applies only to the Medicare program, and has no application to the Medicaid program. There is nothing in the Complaint, or in any of Judge Saris's memoranda and orders, that suggests any cutoff date with regard to the Medicaid program. Accordingly, there is no basis for any refusal by Roxane to produce sales transaction and Incentive data after 2003. The Plaintiffs hereby specifically request that Roxane produce all such data through the present as soon as is possible.

2.  Missing sale transaction and Incentive Data from 1996-2003:

Roxane's production to date includes no sales transaction or chargeback data for 2001, 2002, of 2003 for several of the Subject Drugs, including the following:

- 00054-4221-25 (Diclofenac Sodium 50 mg)
- 00054-4222-25 (Diclofenac Sodium 75 mg)
- 00054-4297-25 (Furosemide 20 mg)
- 00054-4297-31 (Furosemide 20 mg)
- 00054-8297-25 (Furosemide 20 mg)
- 00054-4299-25 (Furosemide 40 mg)
- 00054-4299-31 (Furosemide 40 mg)
- 00054-8299-25 (Furosemide 40 mg)
- 00054-4301-25 (Furosemide 80 mg)
- 00054-4301-29 (Furosemide 80 mg)
- 00054-8301-25 (Furosemide 80 mg)
- 00054-4392-25 (Hydromorphone 2 mg)
- 00054-4394-25 (Hydromorphone 4 mg)
- 00054-8402-11 (Ipratropium Bromide .02%)
- 00054-8402-13 (Ipratropium Bromide .02%)
- 00054-8402-21 (Ipratropium Bromide .02%)
- 00054-4790-25 (Oramorph, 15 mg)
- 00054-4805-25 (Oramorph, 30 mg)
- 00054-4805-19 (Oramorph, 30 mg)
- 00054-4792-25 (Oramorph, 60 mg)
- 00054-4793-25 (Oramorph, 100 mg)
- 00054-4805-27 (Oramorph, 30 mg)
- 00054-4658-25 (Roxicodone, 15 mg)
- 00054-4665-25 (Roxicodone, 30 mg)
- 00054-8816-11 (Sodium Polystyrene O/S, 15g/60ml).

Eric Gortner, Esq.
June 16, 2008
Page 3

For the Roxicodone products referenced above, Roxane has also failed to produce chargeback data for 1999. For the Ipratropium Bromide products referenced above, Roxane has failed to provide chargeback data for 1996 and 1997. In addition, for 2003, Roxane has not produced chargeback data for the following:

- 00054-3751-44 (Roxanol, 20mg/ml)
- 00054-3751-50 (Roxanol, 20mg/ml)
- 00054-3751-58 (Roxanol, 100, 20mg/ml).

Roxane is required to produce all sales transaction and Incentive data (including chargeback data) for all of the Subject Drugs in the relevant time period which, even under Roxane's overly narrow view, includes 1999-2003 (1996 to 2003 for Ipratropium Bromide). Please produce all such data as soon as is possible.

It is the Plaintiffs' understanding that Roxane continues to market the Furosemide, Hyrdomorphone, Oramorph, Roxicodone and Roxanol products referenced above under the listed NDC numbers, but that Roxane does not currently market the referenced Diclofenac Sodium and Ipratropium Bromide products under the listed NDC numbers. If Roxane has discontinued any of the Subject Drugs, please tell us when it did so. If at any time from 1999 (or, from 1996 with respect to Ipratropium Bromide) to the present Roxane marketed any of the Subject Drugs under different NDC numbers than those listed, please advise when it did so and identify the alternate NDC numbers.

If Roxane has marketed any of the Subject Drugs under different NDC numbers than those listed in the Complaint, any such alternative other NDC numbers would, in the Plaintiffs' view, be within the scope of the Complaint and Roxane would be required to produce the associated sales transaction and Incentive Data. Even if you disagree with the Plaintiffs' position on this matter, please advise us whether any such data for alternative NDC numbers exists so that we can know if there is a dispute.

Please also explain the slight variations observed in the NDC numbers associated with the data produced for some of the Subject Drugs. For example, for Azathioprine, responsive data is produced for "4084-25" and also for "14084-25." Likewise, for Roxanol, responsive data is produced for "3751-44" and also for "E3751-44." Please explain what the "1" and the "E" preceding the NDC numbers mean.

Eric Gortner, Esq.
June 16, 2008
Page 4

3.  Rebate and administrative fee data:

Roxane has produced separate data files (distinct from the "sales extract" and "chargeback" data files) for data relating to "rebates and administrative fees." However, Roxane has produced such data for only a handful of the Subject Drugs and, for such Drugs, for only part of the relevant time period. Specifically, Roxane produced rebate/administrative fee data for 2001 - 2003 for **only** 00054-4084-25 (Azathioprine) and for 2001 -2003 for **only** 00054-3294-46 (Furosemide, 10mg), 00054-3294-50 (Furosemide, 10mg), 00054-3751-44 (Roxanol, 20mg/ml), 00054-3751-50 (Roxanol, 20mg/ml), 00054-3751-58 (Roxanol, 100, 20mg/ml) and 00054-8816-11 (Sodium Polystyrene O/S, 15g/60ml).

Thus, Roxane has produced no rebate/administrative fee data whatsoever for 25 of the 32 NDC numbers mentioned in the Complaint, and no rebate/administrative fee data for any Drug for much of the relevant time period. Roxane is required to produce all such data throughout the relevant time period. Please do so as soon as is possible.

4.  Drugs not alleged in the complaint:

Roxane's production does not include transaction or Incentive data concerning drugs not alleged in the Complaint. Data concerning other drugs is important to evaluate whether Roxane followed a uniform policy or practice when it reported prices to the pricing compendia, or whether it selectively reported inflated prices in order to advance Roxane's marketing strategies. This information is relevant to the claims against Roxane and to the Plaintiffs' ability to respond to any assertions by Roxane in its defense. Accordingly, the Plaintiffs requests that Roxane produce transaction data for all of its drugs. If Roxane continues to refuse to produce such data, the United States will, at the least, vigorously oppose any attempt by Roxane to introduce any evidence concerning drugs other than the Subject Drugs, including, for example, evidence of Roxane's pricing policies or practices regarding any such drugs.

5.  Customer "master file":

Roxane has produced two "customer master files" purporting to contain "Customer information of all customers." Several hundred of the customer identification numbers observed in the sales transaction and Incentive data produced thus far do not appear in either of the Master Customer Lists. The customer identification numbers which do not appear in the Master Customer Lists are identified in the Excel spreadsheet attached to the

Eric Gortner, Esq.
June 16, 2008
Page 5

email transmitting this letter.

    Request Nos. 10 and 11 of the First Request require Roxane to provide Purchaser information, including customer classification/class of trade. Please provide information sufficient to enable the Plaintiffs to ascertain the customers associated with the customer identification numbers shown on the Excel spreadsheet.

    As reflected above, the deficiencies in Roxane's production of sales transaction and Incentive data are extensive. Given that the First Request was served in October 2007, that the CMO requires rolling production, and that the transactional data described above is both of critical importance and time-consuming to analyze, the Plaintiffs are concerned about the pace of Roxane's production. On or before June 30, 2008, please tell us when you expect Roxane to supplement its production of sales transaction and Incentive data.

    Finally, as a more general matter, the Plaintiffs reiterate their request that Roxane provide a file source log for all documents produced in this litigation. The United States has consistently identified the source of documents it has produced to Roxane in this litigation.

    Thank you.

                              Sincerely,

                              James J. Fauci
                              Assistant U.S. Attorney

cc:    Laurie A. Oberembt, Esq.
       Barbara Healy Smith, Esq.
       Roslyn Pollack, Esq.