# Exhibit D

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to United States' Opposition To Roxane's Motion For Leave
To Depose Carolyn Helton and Robin Kreush Stone



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

*Writer's Direct Dial Number:*
*(617) 748-3272*
*Telecopier: (617) 748-3971*

*John Joseph Moakley U.S. Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

September 25, 2008

*By E-mail and Regular Mail*

Eric Gortner, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

  Re: *U.S. ex rel Ven-a-Care of the Florida Keys Inc. v. Roxane Laboratories, Inc. et al,*
    MDL No. 1456/Civil Action No. 01-12257-PBS

Dear Eric:

  Upon review of the documents produced by Roxane in discovery, it appears that in 1999, Roxane launched newly packaged versions of Ipratropium Bromide under a "NovaPlus" label, including the following:

- 00054-8404-11 (Ipratropium Bromide Solution - Novaplus, .02%, 25 x 2.5 mL vials in a foil pouch);
- 00054-8404-13 (Ipratropium Bromide Solution - Novaplus, .02%, 30 x 2.5 mL vials in a foil pouch); and
- 00054-8404-21 (Ipratropium Bromide Solution - Novaplus, .02%, 60 x 2.5 mL vials in a foil pouch).

In addition, while the United States' complaint specifically mentions four HCPCS codes, we now understand that during the relevant time period, the Roxane drugs that are the subject of the Complaint were reimbursed by Medicare under an additional HCPCS code, "K0119."

  As I explained in my June 16 letter, it is the United States' view that if Roxane marketed any of the Subject Drugs under different NDCs or HCPCS codes than those listed in the Complaint, such alternative NDCs or HCPCS codes are within the scope of the Complaint and Roxane is required to produce the associated sales transaction and

Eric Gortner, Esq.
September 25, 2008
Page 2

Incentive data. Accordingly, please produce sales transaction/Incentive data for the NovaPlus Ipratropium Bromide products identified above as soon as possible.

In any event, the United States intends to move for leave to amend its complaint to formally include the NovaPlus Ipratropium Bromide products and the additional HCPCS code. I have attached a copy of a draft amended complaint as Exhibit 1 to this letter. The only changes in the amended complaint are that the NovaPlus Ipratropium Bromide products are included in the schedule of "drugs and corresponding NDCs" attached as Exhibit A to the Complaint, and that K0119 appears in the list of HCPCS codes in Paragraph 42.

In the New York Counties litigation, Judge Saris expressly held that plaintiffs are entitled to add NDCs to their complaints if, as is the case here, the NDCs relate to a drug already at issue. I have attached relevant portions of the transcript of the motion hearing at which Judge Saris issued this order as Exhibit 2 to this letter. I also note that when a similar situation arose in the Dey litigation, the Dey defendants consented to the United States' amended complaint. Please let me know by October 1, 2008, whether Roxane will provide written consent pursuant to Fed. R. Civ. P. 15(a)(2) for the United States to amend its complaint. Thank you.

                 Sincerely,

                 Jeff Fauci
                 Assistant U.S. Attorney

cc: Barbara Healy Smith
   Laurie Oberembt
   James Breen
   Roslyn Pollack