# Exhibit E

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to United States' Opposition To Roxane's Motion For Leave
To Depose Carolyn Helton and Robin Kreush Stone

Page 188

```
             UNITED STATES DISTRICT COURT

              DISTRICT OF MASSACHUSETTS

----------------------------X

IN RE:   PHARMACEUTICAL      ) MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE   ) CIVIL ACTION:

PRICE LITIGATION             ) 01-CV-12257-PBS

----------------------------X Judge Patti B. Saris

U.S. ex re. Ven-A-Care of    )

the Florida Keys, Inc., v.   )

Abbott Laboratories, Inc.,   )

et al. No. 06-CV-11337-PBS   )

----------------------------X
```

    VIDEOTAPED DEPOSITION OF ADMINASTAR FEDERAL

          by CHERYL EILER - VOLUME II

The continuation of the videotaped deposition of

ADMINASTAR FEDERAL by CHERYL EILER, produced and

sworn before me, Aprille Lucas, RPR, Notary Public

in and for the County of Hamilton, State of Indiana,

taken on behalf of the Defendant Dey at the offices

of National Government Services, 8115 Knue Road,

Indianapolis, Indiana, August 27, 2008, at 9:06 a.m.,

pursuant to the Federal Rules of Civil Procedure.

AdminaStar Federal (Cheryl Eiler) - Vol. II                August 27, 2008
                           Indianapolis, IN

                                                                  Page 189

1                    A P P E A R A N C E S
2
3    FOR THE UNITED STATES OF AMERICA:
4
5         George B. Henderson, Asst. US Attorney
6         Katherine McAllister, Esq.
7         U.S. DEPARTMENT OF JUSTICE
8         United States Courthouse
9         1 Courthouse Way
10        Ste. 200
11        Boston, MA  02210
12
13
14   FOR THE DEPONENT:
15
16        Robert M. Squier, Jr., Esq.
17        Senior Counsel
18        National Government Services, Inc.
19        8115 Knue Road
20        Indianapolis, IN  46250
21
22     (CONTINUED)

Page 289

1   pay all the claims that came in for the third
2   quarter of 1998, is that correct?
3        A.   For the -- as far as any claim we
4   received for 1998 in that time frame, yes.
5        Q.   So it's not possible that only, that
6   one of these would have been affected for a
7   portion of that quarter, and then another one
8   would be --
9        A.   No.
10       Q.   Now, if we flip to the next document,
11  which is Bates number AWP036-2536, this appears
12  to be a document -- or I'm sorry, an array for
13  the fourth quarter of 1998, is that right?
14       A.   Yes.
15       Q.   Now, one question I had with regard to
16  the first Dey price, which in this case it also
17  was not considered, is that right?
18       A.   Yes.
19       Q.   Under the form column it indicates SOL,
20  IH, and then PF is in parentheses. Do you have
21  any sense as to what that code mean?
22       A.   That means it was listed as

1  preservative-free, so that is one of those ones
2  that we would not have used.  So that is why it
3  was pulled, probably.
4       Q.   And you did not include this
5  preservative-free form, based on guidelines from
6  HCFA, is that right?
7       A.   Based on clarification that we received
8  from CMS that we would not include those unless
9  it was in the narrative description of the code.
10      Q.   To your knowledge, did the other
11 carriers also exclude this particular price from
12 the arrays?
13      A.   It was my understanding that we were
14 all consistent in that, yes.
15      Q.   And you indicated that you contacted
16 HCFA to seek clarification with regard to
17 preservative-free solutions, is that right?
18      A.   We asked for clarification on certain
19 things, yes.
20      Q.   And you recall specifically requesting
21 clarification on preservative-free solutions?
22      A.   Yes.

Page 291

1    Q.   And HCFA indicated to you that they
2  should not be included?
3    A.   Only if it was the only thing
4  available, or the narrative description stated
5  that.
6    Q.   Now, it indicates, if we flip to the
7  next page of this document, which is Bates number
8  AWP039-1229, this appears to be for the third
9  quarter of 1999, is that right?
10   A.   Yes.
11   Q.   Now, I submit to you that I was unable
12 to find the first two quarters of 1999.  Do you
13 recall if you prepared arrays for ipratropium
14 during that time?
15   A.   Without pulling my folder, I can only
16 say that I would have checked that drug for those
17 quarters. Now, whether there was an update or
18 not, without looking, I would not be able to tell
19 you.
20   Q.   If there was no update to the pricing
21 for those quarters, would you have still prepared
22 a separate array for those two quarters?

1       A.   What I would normally do is like I
2   would have taken the July array and used it as a
3   comparison for the October or the next quarter; I
4   would use it for the next one.
5           So there would have been a sheet in the
6   folder for the July in the October folder, and
7   then I would have checked it.  I tried to make
8   sheets for each quarter.  I don't know what
9   happened to those two quarters, without going
10  back.
11      Q.   Do you recall any quarters where you
12  did not make sheets for all of the drugs at issue
13  that you were pricing?
14      A.   I did not update them every -- I did
15  not do a printout every quarter.  I did look at
16  every code every quarter.  And if there was no
17  changes, then that's what would have stayed in
18  that folder.
19      Q.   Now, in this document, which is for the
20  third quarter of 1999, it indicates in the source
21  field April '99 RedBook database.  What does that
22  phrase represent?

Page 293

1    A.   That's when we started getting the CD
2  rom program quarterly for the RedBook.  We still
3  received the monthly and the annual, but we used
4  the online, because it was more updated than the
5  books.
6    Q.   So you indicate that, by database,
7  you're referring to the CD roms?
8    A.   The CD rom program, yes.
9    Q.   If you recall, we discussed yesterday
10 that Palmetto had a RedBook database.  Is that
11 something different than the database that you're
12 referring to here?
13   A.   I don't know how they referred to
14 theirs.  That's just the way I referred to it.
15   Q.   So you referred to the CD roms --
16   A.   As the database.
17   Q.   -- as the database.  Do you recall if
18 you kept printouts or electronic copies of the
19 quarterly RedBook CDs as you received them?
20   A.   No.  The only thing I would keep copy
21 of is if there was a change, then I would take a
22 print of the screen to indicate the change,