# Exhibit F

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to United States' Opposition To Roxane's Motion For Leave
To Depose Carolyn Helton and Robin Kreush Stone

Page 1

```
            UNITED STATES DISTRICT COURT

         FOR THE DISTRICT OF MASSACHUSETTS

      -----------------------x

      IN RE:  PHARMACEUTICAL   )MDL NO. 1456

      INDUSTRY AVERAGE         )

      WHOLESALE PRICE          )CIVIL ACTION:

      LITIGATION               )01-CV-12257-PBS

                               )

      THIS DOCUMENT RELATES TO)

      U.S. ex rel. Ven-A-Care  )

      of the Florida Keys,     )

      Inc. v. Abbott           )

      Laboratories, Inc., et   )

      al. No. 06-CV-11337-PBS  )

      -----------------------x

                         March 13, 2008


         VIDEOTAPED 30(b)(6) DEPOSITION OF

              CIGNA (CAROLYN HELTON)

         Taken on Behalf of the Defendants
```

Page 2

1    APPEARANCES:

2         FOR THE PLAINTIFF:

3              U.S. DEPARTMENT OF JUSTICE

4              U.S. ATTORNEY'S OFFICE

5              BY GEORGE B. HENDERSON, ESQ.

6              United States Courthouse

7              1 Courthouse Way

8              Suite 9200

9              Boston, Massachusetts  02210

10             (617) 748-3272

11             george.henderson2@usdoj.gov

12        FOR THE DEFENDANT ABBOTT LABORATORIES,

13        INC.:

14

15             REED WEITKAMP SCHELL & VICE, PLLC

16             BY DAVID J. HALE, ESQ.

17             500 West Jefferson Street

18             Suite 2400

19             Louisville, Kentucky  40202-2812

20             (502) 589-1000

21             dhale@rwsvlaw.com

22             - and -

1   drug first, find all of the products that meet,
2   we would fill out or take the AWP from the Red
3   Book, pull that back to our array.
4   Q    Okay.  I'm sorry.  Let me stop you there
5   real quick.
6   A    Okay.
7   Q    You indicated that you would use the paper
8   Red Book at times.  And would you also use an
9   electronic version of the Red Book at times?
10  A    We went to the electronic version, I
11  believe, in 1999.
12  Q    Do you know when in 1999 you started using
13  the electronic version?
14  A    I do not.  I was trying to look in here
15  because I thought it actually --
16  Q    If you don't recall, that's fine.
17  A    I don't recall.
18  Q    Okay.  And when you switched to the
19  electronic version of Red Book, did you maintain
20  the old paper copies of the Red Book that you
21  would use?
22  A    Yes.