# Exhibit G

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to United States' Opposition To Roxane's Motion For Leave
To Depose Carolyn Helton and Robin Kreush Stone

AdminaStar Federal (Cheryl Eiler)                                August 26, 2008
                          Indianapolis, IN

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

----------------------------X

IN RE:  PHARMACEUTICAL          ) MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE      ) CIVIL ACTION:

PRICE LITIGATION                ) 01-CV-12257-PBS

----------------------------X Judge Patti B. Saris

U.S. ex re. Ven-A-Care of       )

the Florida Keys, Inc., v.      )

Abbott Laboratories, Inc.,      )

et al. No. 06-CV-11337-PBS     )

----------------------------X

VIDEOTAPED DEPOSITION OF ADMINASTAR FEDERAL

by CHERYL EILER

The videotaped deposition of ADMINASTAR FEDERAL by

CHERYL EILER, produced and sworn before me, Aprille

Lucas, RPR, Notary Public in and for the County of

Hamilton, State of Indiana, taken on behalf of the

Defendant Dey at the offices of National Government

Services, 8115 Knue Road, Indianapolis, Indiana, on

August 26, 2008, at 1:02 p.m., pursuant to the

Federal Rules of Civil Procedure.

AdminaStar Federal (Cheryl Eiler)                              August 26, 2008
                        Indianapolis, IN

                                                                        Page 2

1                        A P P E A R A N C E S
2

3     FOR THE UNITED STATES OF AMERICA:
4

5          George B. Henderson, Asst. US Attorney
6          Katherine McAllister, Esq.
7          U.S. DEPARTMENT OF JUSTICE
8          United States Courthouse
9          1 Courthouse Way
10         Ste. 200
11         Boston, MA   02210
12
13
14    FOR THE DEPONENT:
15
16         Robert M. Squier, Jr., Esq.
17         Senior Counsel
18         National Government Services, Inc.
19         8115 Knue Road
20         Indianapolis, IN   46250
21
22       (CONTINUED)

AdminaStar Federal (Cheryl Eiler)                         August 26, 2008
                        Indianapolis, IN

Page 147

1            MR. SQUIER:  Objection.
2       A.   Yes.
3  BY MR. HECK:
4       Q.   Now, you indicated earlier that, when
5  you were talking with Ms. Guiliana, there were
6  certain times where there were prices that you
7  would not consider in an array, is that correct?
8       A.   Yes.
9       Q.   Now, what types of situations, if you
10 could just list them for me, would you not list a
11 given price in the array?
12      A.   I can't give you all of them because I
13 have them listed, and it would be like
14 preservative-free.  It would be if it was in a
15 pre-vial, as far as a single vial.  You would
16 look at the -- you would not use all the
17 strengths.  Sometimes you would try to -- you
18 only use the strengths that would accommodate
19 your code, as far as the code, and I think that's
20 one of their instructions, also.
21           But there was several, I would say a
22 half a dozen different things that we asked CMS

Page 148

1    if it was okay to not include, and they gave us
2    the okay on those.
3         Q.   Now, you indicated you listed them out.
4    Where did you list these out?
5         A.   They were listed in my SOP, my standard
6    operation procedures, and --
7         Q.   I'm sorry, and you're not sure if that
8    was produced, is that correct?
9         A.   Correct.
10        Q.   Other than you indicating that there
11   were single vial drugs and preservative-free
12   drugs, I believe, do you recall any others right
13   now that you would not consider in an array?
14        A.   No.  And to clarify, the preservative-
15   free was only used if that was part of the
16   narrative description of the code.
17        Q.   Now, it indicates down here, at least
18   for Palmetto, in the second to last sentence of
19   this bullet point, it says consult with medical
20   director to assist in determining the most
21   frequently administered dosage.
22             Do you see that?