# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number: 01-12257-PBS
USCA Docket Number: 09-1196

In Re:  Pharmaceutical Industry

v.

_____

## CLERK'S SUPPLEMENTAL CERTIFICATE OF THE RECORD ON APPEAL

I, Sarah Allison Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed transcripts:

Document Numbers:                        In Volume:
4670                                     1 of 1
_____                    _____
_____                    _____

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on 8/7/09_____.

Sarah Allison Thornton,
Clerk of Court

By:  /s/ Deborah Scalfani
     Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals