# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: ) | MDL No. 1456 |
| ) | Civil Action No. 01-12257- PBS |
| PHARMACEUTICAL INDUSTRY ) | Subcategory No. 06-11337 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | Hon. Patti B. Saris |
| ) | |
| ─────────────────────────────── ) | |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | |
| ) | |
| *United States ex rel Ven-A-Care of the* ) | |
| *Florida Keys, Inc. v. Schering Corporation,* ) | |
| *Schering-Plough Corporation and* ) | |
| *Warrick Pharmaceuticals Corporation* ) | |
| Civil Action No. 09-CV-10547 ) | |
| ) | |
| *United States ex rel Ven-A-Care of the* ) | |
| *Florida Keys, Inc.v. Schering Corporation,* ) | |
| *Schering-Plough Corporation and* ) | |
| *Warrick Pharmaceuticals Corporation* ) | |
| Civil Action No. 00-10698 ) | |

## MOTION FOR ADMISSION OF
## FRANK D. REMINGTON, *PRO HAC VICE*

Pursuant to Local Rule 83.5.3(b), Peter A. Mullin, a member of the bar of this Court and an Assistant Attorney General for the Commonwealth of Massachusetts, moves this Court to admit Frank D. Remington, an Assistant Attorney General for the State of Wisconsin, to the bar of this Court, *pro hac vice,* for the purpose of representing the State of Wisconsin in connection with an *amicus curiae* brief in these cases. In support of this motion the movant, based on the attached Declaration of Frank D. Remington, states as follows:

   1.   Frank D. Remington is a member of the bars of the State of Wisconsin, the United States Supreme Court, the United States Court of Appeals for the Seventh Circuit

and the United States District Courts for the Eastern and the Western Districts of Wisconsin and is an Assistant Attorney General for the State of Wisconsin.

2.  Mr. Remington is member of the bar in good standing in every jurisdiction where he has been admitted to practice.

3.  There is no disciplinary proceeding pending against Mr. Remington as a member of the bar of any federal or state court.

4.  Mr. Remington is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

WHEREFORE, the movant requests that the Court admit Assistant Attorney General Frank D. Remington to the bar of this Court, *pro hac vice.*

Respectfully submitted,

/s/Peter A. Mullin
Peter A. Mullin (BBO# 360620)
Assistant Attorney General

**Certificate of Service**

I hereby certify that I have caused a copy of the foregoing Motion to be served on counsel for each other party in these actions, by filing it electronically in the Court's CM/ECF system, this 7th day of August, 2009.

/s/Peter A. Mullin
Peter A. Mullin
Assistant Attorney General