UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | No. MDL Docket No. 1457<br><br>CIVIL ACTION: 1:01:-CV-12257-PBS<br>Subcategory No. 06-11337<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br><br>*United States ex rel Ven-A-Care of the Florida Keys, Inc. v. Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*<br>Civil Action No. 09-CV-10547<br><br>*United States ex rel Ven-A-Care of the Florida Keys, Inc. v. Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation*<br>Civil Action No. 00-10698 | |

### DECLARATION OF FRANK D. REMINGTON, IN SUPPORT OF MOTION FOR ADMISSION OF ATTORNEY PRO HAC VICE

1. I am an Assistant Attorney General for the Office of Attorney General for the State of Wisconsin. I am co-counsel in this matter for the plaintiff, State of Wisconsin, Office of Attorney General, Medicaid Fraud Control and Elder Abuse Unit.

2. I was admitted to the Bar of the State of Wisconsin in 1984. I am an attorney licensed to practice law in the Sate of Wisconsin, as well as the United States District Court for the Eastern and Western Districts of Wisconsin, 7th Circuit Court of Appeals and the United States Supreme Court.

3. I am a member of the bar in good standing in every jurisdiction in which I have been admitted.

4. I have never been suspended or disbarred in my jurisdiction, and there are no disciplinary actions pending against me in any federal or state court.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. If the court allows the Motion for me to appear *pro hac vice* in this matter, I will represent the Plaintiff State of Wisconsin in this proceeding until the final determination thereof, and with reference to all matters, incidents or proceedings I agree that I shall be subject to the orders and to the disciplinary action and the civil jurisdiction of this Court in all respects as if I were regularly admitted.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of August 2009.

Frank D. Remington
Assistant Attorney General
Wisconsin Department of Justice

Subscribed and sworn to before me
this 7 day of August, 2009
Notary Public
My Commission expires 6/10/12