# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | MDL No. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| PHARMACEUTICAL INDUSTRY | ) | Subcategory No. 06-11337 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | Hon. Patti B. Saris |
| _____ | ) | |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | |
| *United States ex rel. Ven-A-Care of the* | ) | |
| *Florida Keys, Inc.* v. *Schering Corporation,* | ) | |
| *Schering-Plough Corporation and* | ) | |
| *Warrick Pharmaceuticals Corporation* | ) | |
| Civil Action No. 09-CV-10547 | ) | |
| MDL Action No. 1456 | ) | |
| | ) | |
| *United States ex rel. Ven-A-Care of the* | ) | |
| *Florida Keys, Inc.* v. *Schering Corporation,* | ) | |
| *Schering-Plough Corporation and* | ) | |
| *Warrick Pharmaceuticals Corporation* | ) | |
| Civil Action No. 00-CV-10698 | ) | |
| MDL Action No. 1456 | ) | |
| | **)** | |
| *California ex rel. Ven-A-Care of the* | ) | |
| *Florida Keys, Inc.* v. *Schering Corporation,* | ) | |
| *Schering-Plough Corporation and* | ) | |
| *Warrick Pharmaceuticals Corporation* | ) | |
| Civil Action No. 03-CV-11226 | ) | |
| MDL Action No. 1456 | ) | |

**JOINT MOTION FOR APPROVAL OF THE SETTLEMENT BETWEEN CALIFORNIA, FLORIDA, AND RELATOR VEN-A-CARE OF THE FLORIDA KEYS ON BEHALF OF ITSELF AND THE UNITED STATES AND <u>SCHERING-PLOUGH, SCHERING, AND WARRICK</u>**

12098237_1.DOC

Relator Ven-A-Care of the Florida Keys (the "Relator" or "Ven-A-Care"), the State of California, and Schering-Plough Corporation, Schering Corporation, and Warrick Pharmaceuticals Corporation (collectively "Schering/Warrick") hereby jointly move this Court to approve the Settlement Agreement and Release (the "Settlement Agreement")[1] reached by the Settling Parties, enter the Proposed Findings set forth in that Settlement Agreement, and enter an orders dismissing Schering/Warrick from the above-captioned matters with prejudice.  In support of this motion, the Settling Parties submit the following:

> (1) a Memorandum in Support of Joint Motion for Approval of the Settlement Between California, Florida, and Relator Ven-A-Care of the Florida Keys on Behalf of Itself and the United States and Schering-Plough, Schering, and Warrick;
>
> (2) an Affidavit of Dr. Sumanth Addanki (submitted by and as to Schering/Warrick only);
>
> (3) an Affidavit of Beth Trent, Esq. (submitted by and as to Schering/Warrick only); and
>
> (4) an Affidavit of Mark Jones.  (submitted by and as to Ven-A-Care only).

WHEREFORE, for the reasons set forth in those supporting materials, the Settling Parties respectfully request that this Court:  (i) proceed to evaluate the fairness, adequacy, and reasonableness of their proposed settlement sequentially, as described in the accompanying memorandum; (ii) enter the requested findings of fact after conducting an evidentiary hearing at which all objectors are provided an opportunity to be heard; (iii) consent to the Settlement Agreement in writing  stating the Court's reasons for consenting; (iv) after making the determinations relating to the Settlement, request that the United States indicate whether it consents to the dismissal and that it specify its reasons; and (v) ultimately approve the proposed

---

[1] A copy of the Settlement Agreement and Release was filed with this Court as Exhibit A to the Parties' Joint Motion for a Scheduling Conference (Dkt. No. 6173).

Settlement Agreement and enter an order dismissing these actions with prejudice as requested in the Settlement Agreement.[2]

Respectfully submitted,

| | |
|---|---|
| /s/ John P. Bueker_____ | /s/ James J. Breen_____ |
| John T. Montgomery | James J. Breen |
| John P. Bueker | Alison W. Simon |
| Ropes & Gray LLP | The Breen Law Firm, P.A. |
| One International Place | P.O. Box 297470 |
| Boston, MA  02110-2624 | Pembroke Pines, FL  33029-7470 |
| (617) 951-7000 | (954) 874-1635 |
| | |
| John P. McDonald | Attorneys for Ven-A-Care of the |
| Locke Lord Bissell & Liddell | Florida Keys, Inc. |
| 2200 Ross Avenue, Suite 2200 | |
| Dallas, TX  75201 | |
| | /s/ Nicholas N. Paul_____ |
| Attorneys for Schering Corporation, | Nicholas N. Paul |
| Schering-Plough Corporation and | Supervising Deputy Attorney General |
| Warrick Pharmaceuticals Corporation | Bureau of Medi-Cal Fraud and Elder Abuse |
| | Office of the Attorney General |
| | 1455 Frazee Road, Suite 314 |
| | San Diego, CA 92108 |
| | |
| | Attorney for the State of California |

Dated:  August 7, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2009, a true copy of the above Joint Motion was served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

August 7, 2009                                           /s/ John P. Bueker_____
                                                                              John P. Bueker

---

[2] A proposed form of Order, including the requested factual findings (the "Proposed Findings"), is attached to the parties' Settlement Agreement and Release as Exhibit C and was filed with the Court as an exhibit to their Joint Motion for a Scheduling Conference (Dkt. No. 6173-2)