# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | MDL No. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| PHARMACEUTICAL INDUSTRY | ) | Subcategory No. 06-11337 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | |
| | ) | Hon. Patti B. Saris |
| | ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ | ) | |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| *United States ex rel Ven-A-Care of the* | ) | |
| *Florida Keys, Inc. v. Schering Corporation,* | ) | |
| *Schering-Plough Corporation and* | ) | |
| *Warrick Pharmaceuticals Corporation* | ) | |
| Civil Action No. 09-CV-10547 | ) | |
| | | |
| *United States ex rel Ven-A-Care of the* | ) | |
| *Florida Keys, Inc. v. Schering Corporation,* | ) | |
| *Schering-Plough Corporation and* | ) | |
| *Warrick Pharmaceuticals Corporation* | ) | |
| Civil Action No. 00-10698 | ) | |

# Affidavit of Sumanth Addanki

## August 6, 2009

# I.     Introduction

## A.     Qualifications and Assignment

1.  I am an economist and a Senior Vice President at NERA Economic Consulting

    (NERA).  I hold A.M and Ph.D. degrees in economics from Harvard University and

    have specialized in the study of industrial organization.  I have published articles on

    industrial organization economics and have written articles on antitrust issues for the

    American Bar Association (ABA) and other like institutions.  These institutions have

    also invited me to lecture and comment on the market impact of various marketing,

    pricing and intellectual property strategies employed by firms in general as well as

    specifically in the pharmaceutical industry.  I have testified by invitation before the

    Federal Trade Commission (FTC) on the analysis of competition in high technology

    industries.

2.  I have consulted on many antitrust, intellectual property and commercial damages

    cases involving different industries, including agriculture, airlines, computer hardware

    and software, electronic components, health care, newspaper, office products, oil and

    gas, tobacco, and tools and hardware among many others.  In addition, I have consulted

    extensively in the pharmaceutical industry, analyzing the market impact of various

    pricing, marketing and intellectual property strategies; assessing the impact of mergers

    and acquisitions; studying the effect of suppressed or delayed generic competition; and

    assessing economic damages, among other assignments.  I have previously worked on

    matters involving allegations of AWP manipulation.

3.  Some of my consulting assignments have led to my being qualified as an expert

    economist in Federal courts and testifying in those courts as an expert in the economics

of industrial organization.  I have also testified on the appropriate analysis of pharmaceutical markets in proceedings before the FTC.

4. My curriculum vitae, which is appended to this report as Exhibit 1, includes a list of all my publications within the preceding ten years and my testimony as an expert at trial or in deposition within the preceding four years.

5. NERA is being compensated at my customary hourly rate of $695 for my services in this matter.

**B.     Scope of the Engagement**

6. Ropes & Gray, counsel for Schering Corporation ("Schering"), asked me to perform the following calculations and analyses.  For the branded Schering prescription drugs at issue, for the years at issue in this matter in which the drug was not effectively obsolete:

   ▪ Calculate the difference, or "spread", between the AMP (Average Manufacturer Price) and the AWP (Average Wholesale Price) as a percentage of the AMP for each of the accused Schering products;

   ▪ Estimate the extent to which the products were sold by Schering at prices that were, on average, at or near their Wholesale Acquisition Cost (WAC).[1]

7. I initially performed the calculations requested and provided the results to Ropes & Gray, who incorporated them into a Powerpoint presentation provided to the Department of Justice (DOJ) and this court in February 2008. I subsequently performed similar calculations for the branded Schering drugs named in the action brought by various New York counties in this court. In performing the latter calculations, I used

---

[1] For my purposes, I assume that products are effectively obsolete when they are declared to be obsolete or discontinued, or are being converted to over-the-counter products, or such events are imminent.

the same methodology that I had employed in connection with my DOJ analysis, with some refinements. My methodology for the New York calculations was fully described in the deposition that I gave in connection with that matter on November 20, 2008.

8.   Ropes & Gray has asked me to update my DOJ calculations incorporating the refinements that I used in my New York analyses. I was also asked to assume that the relevant period was 1997 to 2003. The attached exhibits reflect my updated calculations.  As is evident from the exhibits, the refinements that I have made to my methodology do not result in material changes; the results shown in the attached exhibits are virtually identical to the results that I initially reported to Ropes & Gray.

### C.      Information Relied Upon

9.   This affidavit is based on my professional training and experience, including my experience working in other cases involving allegations of AWP manipulation.  I also rely on my own prior research and my review and analysis of materials related to this and related lawsuits.  My staff at NERA and I have reviewed various materials, including sales data for the products at issue, data from pricing compendia, public documents and court filings.  A list of the materials relied upon in preparing this report is attached as Exhibit 2.

10. I reserve the right to supplement or revise my conclusions if additional information is provided to me or if additional research, reflection or the correction of inadvertent errors leads me to change my current opinions.

## II.    AMP-Based "Spreads"

11. I was asked to calculate the average difference, or "spread", between AWP and AMP for the accused products as a percentage of AMP by NDC.[2]  The results of these calculations are shown in Exhibit 3.  As is evident from Exhibit 3, most of these "spreads" are below 30 percent of AMP, and those that are not show no particular pattern and are, moreover, generally only modestly higher.

## III.    Wholesale Acquisition Cost (WAC)

12. The WAC is effectively a "list price" in the branded pharmaceutical industry, and a substantial portion of Schering's sales of the branded pharmaceutical products at issue—over 85 percent—are actually made at or very near WAC, as shown in Exhibit 4.  I have also performed this analysis by brand, and the results are reported in Exhibit 5.  As the exhibit shows, many of the brands have over 90 percent of their sales made at or very near WAC.  When these products are analyzed at the same level as the "AMP-based spreads" similar results obtain, as shown in Exhibit 6.

Sumanth Addanki

8-6-09

Date

---

[2] Although the NDCs at issue have been identified at the 11-digit level, AMPs are reported to the Centers for Medicare & Medicaid Services at the 9-digit level.  I was asked to calculate "spreads" at the 9-digit level.

**Exhibit 1**

## NERA
Economic Consulting

**Sumanth Addanki**
Senior Vice President

National Economic Research Associates, Inc.
50 Main Street
White Plains, New York 10606
+1 914 448 4000 Fax +1 914 448 4040
Direct dial: +1 914 448 4060
sumanth.addanki@nera.com
www.nera.com

# SUMANTH ADDANKI
## SENIOR VICE PRESIDENT

## Education

**Harvard University**
Ph.D., Economics, 1986

**Birla Institute of Technology and Science, India**
M.A. (Hons.), Economics, 1980

## Professional Experience

| | |
|---|---|
| 1986- | **NERA Economic Consulting**<br>Senior Vice President (current position) |
| 1997 | **New York University, Robert F. Wagner Graduate School of Public Service**<br>Adjunct Assistant Professor of Public and Health Administration |
| 1981-1986 | **National Bureau of Economic Research Inc.**<br>Research Associate and Computer Manager |
| 1981-1985 | **Harvard University**<br>Instructor in Economics, Teaching Fellow, and Assistant Head Tutor |
| 1980 | **National Council of Applied Economic Research, India**<br>Research Associate |

## Honors and Professional Activities

Associate Editor, *Antitrust Magazine*, 2001 - 2002

Vice Chair, Economics Committee at Antitrust Section of ABA, 1999 - 2000

Danforth Center Award for Excellence in Teaching, Harvard University, 1983


Marsh & McLennan Companies

## Testimony (2005 – 2009)

*In re Pharmaceutical Industry Average Wholesale Price Litigation: The City of New York, et al. v. Abbott Laboratories, Inc., et al.*   United States District Court for the District of Massachusetts, MDL No. 1456,  CA No. 01-12257-PBS, July 8, 2009.

*Mitsubishi Chemical Corporation, Mitsubishi Tanabe Pharma Corporation, Encysive Pharmaceuticals Inc., Glaxo Group Limited, SmithKline Beecham plc, and SmithKline Beecham Corp., d/b/a GlaxoSmithKline v. Barr Laboratories, Inc. and Pliva-Hrvatska d.o.o.*, United States District Court for the Southern District of New York, CA No. 07 CV 11614 (Deposition Testimony) June 18, 19, 2009.

*In re Pharmaceutical Industry Average Wholesale Price Litigation:  The City of New York v. Abbott Laboratories, Inc., et al.,* United States District Court for the District of Massachusetts, MDL No. 1456, CA No. 01-12257-PBS (Deposition Testimony) November 2008 and April 2009

*State of Missouri, ex rel. Jeremiah W. (Jay) Nixon, Attorney General and Missouri Department of Social Services, Division of Medical Services v. Dey, Inc., et al and Warrick Pharmaceuticals Corporation, Schering-Plough Corporation, Schering Corporation,* In the Circuit Court of the City of St. Louis State of Missouri, Case No. 054-1216 Division: 2.  October 2008

*State of Wisconsin v. Amgen, Inc., Abbott Laboratories, AstraZeneca Pharmaceuticals, LP, AstraZeneca, LP, Aventis Pharmaceuticals, Inc. Baxter Healthcare Corporation, Ben Venue Laboratories, Inc.  et al.,* The Circuit Court for Dane County in the State of Wisconsin, Case No. 04-CV-1709 (Deposition Testimony) May 2008

*The Commonwealth of Massachusetts v. Mylan Laboratories, Inc. IVAX Corporation, Warrick Pharmaceutical Corporation, Watson Pharmaceuticals, Inc. Schein Pharmaceutical, Inc., Teva Pharmaceuticals USA, Inc., PAR Pharmaceutical, Inc., Purepac Pharmaceutical Co, and Roxane Laboratories, Inc.,*  U.S. District for the District of Massachusetts, Civil Action No. 03-11865-PBS (Deposition Testimony).  April 2008

*Discover Financial Services,* et al. v. *Visa U.S.A. Inc.,* et al., U.S. District Court for the Southern District of New York, Civil Action No 04-CF-7844 (BSJ) (Deposition Testimony). December 2007.

*State of Alabama v. Abbott Laboratories, Inc., et al.*, In the Circuit Court of Montgomery County, Alabama, CV-05-219 (Deposition Testimony).  November 2007.

*Dynax Corporation v. Chemguard, Inc.*, U.S. District Court for the Southern District of New York, Index:  06-CIV-5143 (CM)(ECF CASE) (Deposition Testimony).  June 2007

*State of Colorado,* et al. *v. Warner Chilcott Holdings Company III, Ltd,* et al., U.S. District Court for the District of Columbia, Civil Action No 1:05CV02182 (CKK) (Deposition Testimony).  August 2007

*Novartis Corporation, Novartis Pharmaceuticals Corporation, and Novartis International AG v. Teva Pharmaceuticals USA, Inc.*, U.S. District Court for the District of New Jersey, Civil Action Nos. 04-4473 and 06-1130 (HAA)(MF) (Deposition Testimony).  February 2007

*In re Pharmaceutical Industry Average Wholesale Price Litigation (MDL 1456)*, U.S. District Court for the District of Massachusetts, Civil Action No. 01-12257-PBS.  December 2006

*Briant Chun-Hoon and Carlo Guglielmino v. McKee Foods Corporation, a Tennessee Corporation; and Does 1 through 100, inclusive,* U.S. District Court for the Northern District of California, Case No. C05-00620 VRW (Deposition Testimony).  March 2006

*XIOtech Corporation v. Compellent Technologies, Inc., Michael Markovich, Russell B. Taddiken, Scott A. Winslow, Kristofer M. Zuber,* District Court for the State of Minnesota, Fourth Judicial District, Court File No.: 04-5065 (Deposition Testimony).  March 2006

*Medtronic Minimed, Inc., v. Smiths Medical MD, Inc.,* U. S. District Court for the District of Delaware, Civil Action No. 03-776-KAJ (Deposition Testimony).  February 2006


## Papers and Publications (1999 – 2009)

"Patent Settlement Agreements" with Alan J. Daskin, Chapter 85, Volume 3, in *Issues in Competition Law and Policy*, published by American Bar Association, Section of Antitrust Law, August, 2008.

"Who Defines the Relevant Market—The Core Customer or Marginal One?" with Alan Daskin, *Antitrust Insights*, National Economic Research Associates, Inc., Summer 2008.

"*Schering-Plough* and the Antitrust Analysis of Patent Settlement Agreements in Pharmaceutical Markets," *Antitrust Insights*, National Economic Research Associates, Inc., 2005 and published in Economics of Antitrust: Complex Issues in a Dynamic Economy, Chapter 4, May 2007.

"Economists Lend Insight Into Antitrust Risk,"*IFLR (International Financial Law Review), Mergers and Acquisitions* 2004, 2004.

"Market Definitions Using Econometrics: An Apparent Paradox Explained," *Antitrust Insights*, National Economic Research Associates, Inc., 2001.

"Presenting Complex Technical and Economic Evidence: Lessons From The Trenches," *Antitrust and Intellectual Property:  The Crossroads,* American Bar Association, 2000.

July 2009

# Exhibit 2

**Case Materials**

United States ex rel Ven-A-Care of the Florida Keys, Inc. v. Schering Corporation, Schering-Plough Corporation and Warrick Pharmaceuticals Corporation, Civil Action No. 09-CV-10547, The Parties' Joint Motion for a Scheduling Conference, June 26, 2009, and Exhibit A.

**Data**

"DOJ NDCs.xls"

First DataBank Data.

Medicaid State Drug Utilization Data including "Definitions for State Drug Utilization Data Specifications", Centers for Medicare & Medicaid Services.

Medispan Data.

Schering AMP Data.

Schering Sales Data.

**Miscellaneous**

PRNewswire, "Schering-Plough Aims To Make CLARITIN® Premier Brand In OTC Category, Establish CLARINEX® As Premier Brand In Prescription Category," March 8, 2002.

Schering-Plough Corporation, Form 8-K, Exhibit 99.1, "Schering-Plough Reports Sales, Earnings For 2002 Third Quarter," October 24, 2002.

Schering-Plough Corporation, Form 10-K, for the fiscal year ended December 31, 2001, Item 1.

**Exhibit 3**

**Percentage "Spreads"[1,2] between AWP and AMP**

**Accused Branded Products[3]**

**1997 - 2003**

| Brand Name | 9-Digit NDC | Date Added to First DataBank | Date of First Gross Sales | Date of Last Gross Sales | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | (Percent) | | | |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) |
| Cedax | 000850691 | 01/08/96 | 01/19/96 | 02/17/00 | 22.7 % | 23.1 % | 22.6 % | % | % | % | % |
| Cedax | 000850777 | 01/08/96 | 01/19/96 | 02/22/00 | 25.1 | 26.2 | 25.2 | | | | |
| Cedax | 000850834 | 01/27/97 | 02/18/97 | 01/19/00 | 25.7 | 27.4 | 27.3 | | | | |
| Celestone Soluspan | 000850011 | 01/01/82 | 01/01/91 | 11/27/01 | 22.2 | 22.8 | 19.9 | 10.8 | 23.2 | | |
| Celestone Soluspan | 000850566 | 01/01/82 | 01/01/91 | 09/30/07 | 25.0 | 25.6 | 25.4 | 30.3 | 24.3 | 24.6 | 30.6 |
| Celestone Soluspan | 000850942 | 01/01/82 | 01/01/91 | 09/26/07 | 22.8 | 23.5 | 22.0 | 20.7 | 26.0 | 24.9 | 28.7 |
| Clarinex | 000851264 | 12/26/01 | 01/02/02 | 09/30/07 | | | | | | 24.3 | 28.3 |
| Clarinex | 000851280 | 05/21/03 | 05/21/03 | 08/02/07 | | | | | | | 31.2 |
| Clarinex | 000851334 | 12/22/04 | 01/11/05 | 09/26/07 | | | | | | | |
| Claritin | 000850458 | 04/14/93 | 04/15/93 | 04/03/07 | 23.2 | 22.9 | 22.8 | 23.7 | 24.7 | | |
| Claritin | 000850612 | 10/15/96 | 10/14/96 | 04/23/01 | 23.4 | 22.8 | | | | | |
| Claritin | 000851128 | 02/06/97 | 02/24/97 | 01/29/07 | 23.0 | 22.7 | 22.7 | 23.2 | 24.8 | | |
| Claritin | 000851223 | 05/25/99 | 04/20/99 | 04/03/07 | | | 22.7 | 23.4 | 25.0 | | |
| Claritin D | 000850635 | 11/15/94 | 11/14/94 | 08/07/07 | 23.4 | 23.0 | 22.8 | 23.2 | 25.4 | | |
| Claritin D | 000850640 | 08/27/96 | 08/26/96 | 09/24/99 | 23.0 | 22.9 | | | | | |
| Claritin D | 000851233 | 12/07/98 | 12/01/98 | 01/31/04 | | | 22.6 | 23.2 | 25.2 | | |
| Diprolene | 000850517 | 03/19/87 | 01/01/91 | 09/27/07 | 26.8 | 26.3 | 26.5 | 27.4 | 28.1 | 29.3 | 31.9 |
| Diprolene | 000850575 | 08/07/83 | 01/01/91 | 09/27/07 | 25.7 | 25.5 | 24.4 | 26.4 | 27.1 | 27.6 | 34.8 |
| Diprolene | 000850634 | 12/05/91 | 12/01/91 | 12/20/06 | 27.4 | 27.7 | 27.7 | 28.5 | 29.9 | 32.2 | 33.2 |
| Diprolene | 000850962 | 05/19/88 | 01/01/91 | 09/27/07 | 22.9 | 22.7 | 22.8 | 23.5 | 24.2 | 24.1 | 29.4 |
| Diprosone | 000850475 | 01/01/82 | 01/01/91 | 04/12/00 | 21.0 | 22.5 | 22.9 | | | | |
| Diprosone | 000850853 | 01/01/82 | 01/01/91 | 12/06/01 | 28.4 | 34.6 | 31.8 | 33.2 | 6.0 | | |
| Elocon | 000850370 | 07/02/87 | 01/01/91 | 09/26/07 | 29.5 | 29.2 | 29.4 | 29.9 | 31.8 | 29.8 | 41.8 |
| Elocon | 000850567 | 07/02/87 | 01/01/91 | 09/30/07 | 29.9 | 29.4 | 29.8 | 29.5 | 30.7 | 32.4 | 36.2 |
| Elocon | 000850854 | 05/04/89 | 01/01/91 | 09/26/07 | 22.9 | 22.7 | 22.8 | 23.4 | 24.4 | 24.4 | 32.1 |
| Eulexin | 000850525 | 02/09/89 | 01/01/91 | 04/03/07 | 23.2 | 22.8 | 23.0 | 24.5 | 25.4 | | |
| Foradil | 000851401 | 06/25/03 | 03/11/03 | 09/29/07 | | | | | | | 28.6 |
| Foradil | 000851402 | 07/16/03 | 06/02/03 | 09/30/07 | | | | | | | |
| Fulvicin | 000850496 | 01/01/82 | 01/01/91 | 10/24/02 | 24.6 | 23.4 | 22.5 | 23.2 | 24.7 | | |
| IMDUR | 000851153 | 05/05/95 | 05/10/95 | 11/07/06 | 22.9 | 23.2 | 23.9 | 29.7 | 37.3 | 28.7 | 33.9 |
| IMDUR | 000853306 | 12/26/95 | 01/09/96 | 12/20/06 | 23.1 | 23.3 | 25.7 | 37.1 | 50.0 | 28.9 | 28.7 |
| IMDUR | 000854110 | 08/30/93 | 09/07/93 | 12/20/06 | 23.3 | 23.2 | 26.6 | 37.2 | 53.8 | 30.3 | 29.1 |
| Intron A | 000850120 | 06/12/86 | 01/01/91 | 07/11/03 | 22.9 | 23.2 | 22.6 | 25.4 | 24.0 | 22.6 | |
| Intron A | 000850285 | 06/12/86 | 01/01/91 | 01/07/04 | 22.8 | 22.8 | 22.7 | 24.9 | 23.3 | 22.6 | |
| Intron A | 000850539 | 12/01/88 | 01/01/91 | 09/27/07 | 23.0 | 22.5 | 22.6 | 25.0 | 23.8 | 25.7 | 28.0 |
| Intron A | 000850571 | 06/12/86 | 01/01/91 | 09/28/07 | 27.5 | 24.4 | 23.3 | 25.5 | 23.9 | 26.2 | 28.2 |
| Intron A | 000850647 | 06/12/86 | 01/01/91 | 11/08/02 | 25.4 | 22.6 | 23.0 | 25.1 | 22.9 | | |
| Intron A | 000850689 | 08/10/92 | 07/27/92 | 06/24/96 | | | | | | | |
| Intron A | 000850769 | 05/18/93 | 05/19/93 | 11/21/97 | | | | | | | |
| Intron A | 000850923 | 05/18/93 | 05/19/93 | 01/13/98 | | | | | | | |

**Exhibit 3**

**Percentage "Spreads"[1,2] between AWP and AMP**

**Accused Branded Products[3]**

**1997 - 2003**

| Brand Name | 9-Digit NDC | Date Added to First DataBank | Date of First Gross Sales | Date of Last Gross Sales | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) |
| Intron A | 000850953 | 01/27/95 | 01/30/95 | 08/19/97 | | | | | | | |
| Intron A | 000851110 | 12/19/95 | 12/06/95 | 09/26/07 | 22.6 | 22.7 | 22.7 | 25.2 | 24.4 | 26.0 | 28.8 |
| Intron A | 000851133 | 01/30/97 | 02/04/97 | 09/27/07 | 23.3 | 83.3 | 82.2 | 25.2 | 24.2 | 25.6 | 28.3 |
| Intron A | 000851168 | 01/30/97 | 02/04/97 | 09/27/07 | 22.6 | 22.8 | 22.8 | 25.2 | 24.6 | 25.5 | 29.3 |
| Intron A | 000851179 | 01/30/97 | 02/03/97 | 09/05/07 | 22.4 | 22.6 | 22.6 | 25.3 | 23.7 | 25.2 | 28.6 |
| Intron A | 000851184 | 01/30/97 | 07/22/96 | 03/20/03 | 22.6 | 22.8 | 22.9 | 25.5 | 24.3 | 22.9 | |
| Intron A | 000851191 | 01/30/97 | 02/03/97 | 12/12/02 | 22.6 | 22.7 | 22.6 | 25.4 | 22.8 | 22.6 | |
| Intron A | 000851235 | 07/14/98 | 07/07/98 | 09/27/07 | | | 22.8 | 25.3 | 24.3 | 25.1 | 28.9 |
| Intron A | 000851242 | 07/14/98 | 07/07/98 | 09/27/07 | | | 22.9 | 25.7 | 24.4 | 24.4 | 28.5 |
| Intron A | 000851254 | 07/14/98 | 07/07/98 | 09/26/07 | | | 22.7 | 25.0 | 24.7 | 24.9 | 28.5 |
| K-Dur | 000850263 | 01/22/87 | 01/01/91 | 09/05/07 | 23.0 | 22.9 | 22.6 | 24.5 | 25.5 | 24.5 | 23.9 |
| K-Dur | 000850787 | 01/22/87 | 01/01/91 | 09/05/07 | 23.5 | 23.0 | 22.9 | 24.5 | 25.5 | 27.6 | 37.6 |
| Lotrimin | 000850182 | 01/01/82 | 01/01/91 | 08/14/03 | 27.2 | 25.7 | 22.6 | 23.7 | 26.8 | | |
| Lotrimin | 000850613 | 01/01/82 | 01/01/91 | 10/09/03 | 24.2 | 24.3 | 30.8 | 28.8 | 20.5 | | |
| Lotrimin | 000850707 | 04/29/84 | 01/01/91 | 02/03/04 | 22.8 | 22.9 | 22.7 | 24.3 | 25.4 | | |
| Lotrisone | 000850809 | 01/03/01 | 12/12/00 | 09/25/07 | | | | | 33.9 | 44.5 | 28.3 |
| Lotrisone | 000850924 | 07/01/84 | 01/01/91 | 09/27/07 | 25.2 | 24.9 | 24.9 | 26.4 | | | |
| Nasonex | 000851197 | 10/16/97 | 10/14/97 | 03/21/07 | | | 23.1 | 23.9 | 25.0 | 29.7 | 27.8 |
| Nasonex | 000851288 | 12/17/04 | 12/20/04 | 09/30/07 | | | | | | | |
| Nitro-Dur | 000850819 | 03/31/94 | 03/22/94 | 09/28/07 | 25.3 | 31.3 | 26.0 | 26.3 | 29.8 | 31.5 | 30.5 |
| Nitro-Dur | 000853305 | 01/29/87 | 01/01/91 | 09/27/07 | 267.4 | 37.3 | 31.2 | 28.4 | 33.9 | 34.4 | 32.5 |
| Nitro-Dur | 000853310 | 01/29/87 | 01/01/91 | 09/26/07 | 26.5 | 30.7 | 26.7 | 27.7 | 31.5 | 34.0 | 31.2 |
| Nitro-Dur | 000853315 | 01/29/87 | 01/01/91 | 09/27/07 | 26.4 | 30.5 | 26.8 | 27.9 | 34.4 | 34.8 | 32.6 |
| Nitro-Dur | 000853320 | 01/29/87 | 01/01/91 | 09/27/07 | 26.3 | 29.5 | 26.2 | 27.0 | 31.5 | 32.5 | 31.2 |
| Nitro-Dur | 000853330 | 01/29/87 | 01/01/91 | 09/26/07 | 31.7 | 30.4 | 30.3 | 29.3 | 31.8 | 32.7 | 30.6 |
| Normodyne | 000850244 | 05/30/85 | 01/01/91 | 02/20/02 | 24.1 | 24.9 | 24.6 | 25.4 | 111.6 | | |
| Normodyne | 000850362 | 01/12/89 | 01/01/91 | 05/15/03 | 135.4 | 158.6 | 92.4 | 74.1 | 59.4 | 30.7 | |
| Normodyne | 000850438 | 08/24/84 | 01/01/91 | 02/27/02 | 23.5 | 23.6 | 23.0 | 23.4 | 20.5 | | |
| Normodyne | 000850752 | 08/24/84 | 01/01/91 | 02/08/02 | 24.4 | 24.3 | 23.7 | 24.7 | 22.9 | | |
| Peg Intron | 000851279 | 01/31/01 | 02/06/01 | 09/28/07 | | | | | 22.7 | 27.3 | 29.7 |
| Peg Intron | 000851291 | 01/31/01 | 02/06/01 | 09/26/07 | | | | | 22.6 | 27.1 | 29.8 |
| Peg Intron | 000851297 | 02/02/04 | 02/10/04 | 09/27/07 | | | | | | | |
| Peg Intron | 000851304 | 01/31/01 | 02/06/01 | 09/27/07 | | | | | 23.0 | 27.1 | 29.6 |
| Peg Intron | 000851316 | 02/02/04 | 02/10/04 | 09/27/07 | | | | | | | |
| Peg Intron | 000851368 | 01/31/01 | 02/06/01 | 09/27/07 | | | | | 22.8 | 27.2 | 28.7 |
| Peg Intron | 000851370 | 02/02/04 | 02/16/04 | 09/28/07 | | | | | | | |
| Proventil | 000850208 | 02/19/87 | 01/01/91 | 03/30/03 | 40.6 | 27.7 | 24.4 | 29.3 | 30.5 | 42.1 | |
| Proventil | 000850209 | 02/19/87 | 01/01/91 | 10/18/02 | 53.1 | 27.2 | 24.2 | 25.7 | 40.5 | 29.6 | |
| Proventil | 000850252 | 01/01/82 | 01/01/91 | 01/03/01 | 21.6 | 19.9 | 22.1 | 7.4 | | | |
| Proventil | 000850315 | 09/12/85 | 01/01/91 | 06/12/01 | 71.5 | 16.1 | 19.0 | 25.9 | | | |

**Exhibit 3**

**Percentage "Spreads"[1,2] between AWP and AMP**

**Accused Branded Products[3]**

**1997 - 2003**

| Brand Name | 9-Digit NDC | Date Added to First DataBank | Date of First Gross Sales | Date of Last Gross Sales | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) |
| | | | | | | | | (Percent) | | | |
| Proventil | 000850431 | 06/25/87 | 01/01/91 | 08/07/07 | 23.8 | 23.3 | 23.0 | 24.2 | 25.2 | | |
| Proventil | 000850573 | 01/01/82 | 01/01/91 | 11/06/01 | 21.3 | 23.1 | 21.8 | 14.0 | 25.8 | | |
| Proventil | 000850614 | 01/01/82 | 01/01/91 | 09/27/07 | 26.4 | 22.9 | 22.8 | 24.1 | 23.4 | 29.7 | 28.5 |
| Proventil | 000851132 | 10/16/96 | 12/16/96 | 09/30/07 | 37.7 | 28.0 | 23.1 | 23.9 | 40.9 | 30.9 | 27.6 |
| Proventil | 000851806 | 10/01/02 | 10/04/02 | 09/25/07 | | | | | | | 28.2 |
| Rebetol | 000851194 | 10/04/01 | 10/08/01 | 09/25/07 | | | | | | 29.1 | 31.5 |
| Rebetol | 000851327 | 10/04/01 | 10/11/01 | 09/20/07 | | | | | | 29.7 | 31.8 |
| Rebetol | 000851351 | 10/04/01 | 10/08/01 | 09/25/07 | | | | | | 29.4 | 32.9 |
| Rebetol | 000851385 | 10/04/01 | 10/08/01 | 09/25/07 | | | | | | 29.3 | 33.9 |
| Rebetron | 000851236 | 06/11/98 | 06/08/98 | 11/30/04 | | | 23.0 | 24.4 | 24.8 | 16.0 | 20.9 |
| Rebetron | 000851241 | 06/11/98 | 06/08/98 | 05/08/03 | | | 23.1 | 24.9 | 25.8 | 24.5 | |
| Rebetron | 000851258 | 07/14/98 | 07/07/98 | 03/15/05 | | | 23.1 | 25.1 | 26.1 | 22.8 | 21.4 |
| Sebizon | 000850600 | 01/01/82 | 01/01/91 | 10/16/06 | 22.4 | 22.6 | 22.9 | 21.9 | | | |
| Solganal | 000850460 | 01/01/82 | 01/01/91 | 10/02/02 | 23.0 | 22.7 | 22.9 | 22.7 | 24.4 | | |
| Temodar | 000851244 | 08/19/99 | 08/23/99 | 09/19/07 | | | | 22.8 | 24.5 | 30.2 | 28.2 |
| Temodar | 000851248 | 08/19/99 | 08/23/99 | 09/28/07 | | | | 22.8 | 24.5 | 30.3 | 28.4 |
| Temodar | 000851252 | 08/19/99 | 08/23/99 | 09/10/07 | | | | 22.8 | 24.5 | 29.6 | 28.4 |
| Temodar | 000851259 | 08/19/99 | 08/23/99 | 08/27/07 | | | | 22.9 | 24.4 | 29.6 | 28.5 |
| Theo-Dur | 000850381 | 01/22/87 | 01/01/91 | 05/14/96 | | | | | | | |
| Theo-Dur | 000850487 | 01/22/87 | 01/01/91 | 10/16/06 | 55.6 | 32.6 | 23.4 | 24.9 | | | |
| Theo-Dur | 000850584 | 01/22/87 | 01/01/91 | 04/22/02 | 33.0 | 23.2 | 23.9 | 22.7 | | | |
| Theo-Dur | 000850620 | 01/22/87 | 01/01/91 | 07/06/95 | | | | | | | |
| Theo-Dur | 000850806 | 08/06/87 | 01/01/91 | 03/08/02 | 30.6 | 23.0 | 23.2 | 20.5 | | | |
| Theo-Dur | 000850875 | 01/29/87 | 01/01/91 | 02/14/96 | | | | | | | |
| Theo-Dur | 000850928 | 01/22/87 | 01/01/91 | 12/06/95 | | | | | | | |
| Theo-Dur | 000850933 | 01/22/87 | 01/01/91 | 03/08/02 | 35.1 | 24.0 | 24.4 | 26.9 | | | |
| Trinalin | 000850703 | 01/01/82 | 01/01/91 | 09/24/03 | 22.8 | 22.6 | 22.5 | 22.5 | 24.9 | 23.1 | |
| Vancenase | 000850041 | 01/01/82 | 01/01/91 | 01/26/01 | 25.4 | 27.0 | 24.1 | | | | |
| Vancenase | 000850259 | 12/17/87 | 01/01/91 | 09/22/98 | | | | | | | |
| Vancenase | 000850649 | 07/20/92 | 07/01/92 | 11/06/02 | 25.3 | 23.7 | 23.0 | 27.4 | 32.7 | | |
| Vancenase | 000851049 | 06/27/96 | 06/27/96 | 11/22/02 | 28.4 | 24.6 | 23.0 | 23.4 | 26.0 | | |
| Vanceril | 000850736 | 01/01/82 | 01/01/91 | 04/03/07 | 24.3 | 23.8 | 23.1 | 26.2 | 24.7 | 31.5 | |
| Vanceril | 000851112 | 12/26/96 | 12/27/96 | 05/02/03 | 24.6 | 23.8 | 23.8 | | | | |

Notes:  - FDB package sizes for certain NDCs of Proventil and Vanceril were replaced with package sizes derived using implied package sizes from Medispan.

[1] "Spreads", (AWP - AMP) / AMP, were calculated as the weighted average of "spreads", calculated at the 11-digit NDC level, across all accused NDCs within a 9-digit NDC.  At the 11-digit NDC level, "spreads" were calculated separately for each period during the calendar year during which neither the AWP nor the AMP had changed.  These "spreads" were then aggregated over the calendar year and across 11-digit NDC "Gross Sales Activityin the AMP-Related Classes of Trade" (see Note 4).

**Exhibit 3**

**Percentage "Spreads"[1,2] between AWP and AMP**

**Accused Branded Products[3]**

**1997 - 2003**

| Brand Name | 9-Digit NDC | Date Added to First DataBank | Date of First Gross Sales | Date of Last Gross Sales | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | (Percent) | | | | | | |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) |

[2] A 9-digit NDC was considered to be effectively obsolete for a given quarter if its constituent 11-digit NDCs were all declared to be obsolete, discontinued, or converted to over-the-counter products, or if "Gross Sales Activity in the AMP-Related Classes of Trade" had fallen substantially (by 90 percent or more) in anticipation of such events.  A 9-digit NDC was considered to be effectively obsolete for a given year if the first 11-digit NDC to be added to First DataBank (FDB) within the 9-digit NDC was added after June 30th of that year, there were gross sales for less than six months during that year, or the 9-digit NDC was effectively obsolete for at least three quarters of the year.  Spreads were not calculated for years during which the 9-digit NDC was effectively obsolete or where the percent of sales at or near WAC was not calculated for the reasons indicated in Exhibit 6.

[3] "Accused Branded Products" include all Schering products on NDC list "DOJ NDCs.xls".

[4] "Gross Sales Activity in the AMP-Related Classes of Trade" is defined as Total Gross Sales Activity, limited to the following classes of trade: 111, 121, 122, 123, 171, 172, 341, and 346.  Total Gross Sales Activity is defined as direct sales with non-missing credit codes and contract sales from the indirect sales data.  Gross sales exclude non-US transactions and transactions with either non-positive revenue or quantity.

Sources:  - "DOJ NDCs.xls".
- First DataBank Data.
- Medispan Data.
- PRNewswire, "Schering-Plough Aims To Make CLARITIN® Premier Brand In OTC Category, Establish CLARINEX® As Premier Brand In Prescription Category," March 8, 2002.
- Schering AMP Data.
- Schering Sales Data.
- Schering-Plough Corporation, Form 8-K, Exhibit 99.1, "Schering-Plough Reports Sales, Earnings For 2002 Third Quarter," October 24, 2002.
- Schering-Plough Corporation, Form 10-K, for the fiscal year ended December 31, 2001, Item 1.

**Exhibit 4**
**Distribution of Schering Sales by Discount Percentage**
**Accused Branded Products[1]**
**1997 - 2003**

| Average Price as a Percent of Prevailing WAC | | Percent of Sales | Cumulative Percent of Sales |
|---|---|---|---|
| Greater Than | Less Than or Equal To | | |
| ------------(Percent)------------ | | ----------------(Percent)---------------- | |
| (a) | (b) | (c) | (d) |
| 100 | | 0.17 % | 0.17 % |
| 99 | 100 | 0.01 | 0.18 |
| 98 | 99 | 0.25 | 0.43 |
| 97 | 98 | 53.34 | 53.77 |
| 96 | 97 | 19.14 | 72.91 |
| 95 | 96 | 12.48 | 85.39 |
| 94 | 95 | 3.87 | 89.26 |
| 93 | 94 | 1.89 | 91.15 |
| 92 | 93 | 0.96 | 92.11 |
| 91 | 92 | 1.77 | 93.88 |
| 90 | 91 | 0.75 | 94.63 |
| 85 | 90 | 1.52 | 96.15 |
| 80 | 85 | 0.90 | 97.05 |
| | 80 | 2.95 | 100.00 |

Notes:  - Sales exclude non-US and non-sales transactions, and do not include rebates found in the rebates files.
- Further reductions for prompt payment of 2 percent were applied to direct sales.
- Total Sales were $32,192,886,846.25. If net revenue for a particular NDC and customer number for the prevailing WAC period was negative (-$329,743,869.00 total) or if the revenue or quantity before chargebacks or price paid were missing or otherwise non-positive ($7,109,459.73 total), or if the WAC was not available ($1,009,418,721.80 total), it was dropped.
- Wholesale entries from the chargebacks data without corresponding wholesale entries in the sales data were excluded (-$177,850,185.07 total).
- Wholesale entries from the chargebacks data were matched with wholesale entries in the sales data by prevailing WAC period.
- Price is calculated by customer, as identified by customer number and, for a small number of customer numbers that appear in multiple classes of trade, by customer number and class of trade.
- WAC values were retrieved from FDB by NDC as the prevailing WAC on the date of the sales transaction.
- FDB package sizes for certain NDCs of Proventil and Vanceril were replaced with package sizes derived using implied package sizes from Medispan.
- Ratios of average price to WAC were annualized to the customer and 11-digit NDC level, weighting by Gross Sales Activity in quantity. Gross Sales Activity was calculated as total sales by customer for blank-credit-code transactions in the Direct Sales data and end customer Contract Sales in the Indirect Sales, excluding non-US and non-positive revenue or quantity transactions, by calendar year and prevailing WAC period. The distribution of sales by discount percentage was then calculated by the weighted adjusted prevailing period revenue.
- The time period used for calculating both average prices and Gross Sales Activity was restricted to the relevant period, 1997 through 2003.
- A 9-digit NDC was considered to be effectively obsolete in a quarter if its constituent 11-digit NDCs were declared to be obsolete, discontinued, or converted to over-the-counter products.

[1] The table includes all branded Schering products on NDC list "DOJ NDCs.xls".

Sources:  - "DOJ NDCs.xls".
- First DataBank Data.
- Medispan Data.
- PRNewswire, "Schering-Plough Aims To Make CLARITIN® Premier Brand In OTC Category, Establish CLARINEX® As Premier Brand In Prescription Category," March 8, 2002.
- Schering AMP Data.
- Schering Sales Data.
- Schering-Plough Corporation, Form 8-K, Exhibit 99.1, "Schering-Plough Reports Sales, Earnings For 2002 Third Quarter," October 24, 2002.
- Schering-Plough Corporation, Form 10-K, for the fiscal year ended December 31, 2001, Item 1.

**Exhibit 5**
**Percent of Schering Sales Made at Discounts**
**No Greater Than 5% Off the Prevailing FDB WAC**
**Accused Branded Products[1]**
**1997 - 2003**

| Brand | Percent of Sales within 5% of WAC | Share of National Medicaid Reimbursement for Accused Schering Drugs |
|---|---|---|
| (a) | (b) | (c) |
| Cedax | 97.1 % | 0.6 % |
| Celestone Soluspan | 12.1 | 0.3 |
| Clarinex | 95.6 | 6.4 |
| Claritin | 94.6 | 20.1 |
| Claritin D | 95.9 | 6.3 |
| Diprolene | 92.4 | 2.4 |
| Diprosone | 86.2 | 0.0 |
| Elocon | 94.2 | 5.5 |
| Eulexin | 63.0 | 0.6 |
| Foradil | 74.4 | 0.4 |
| Fulvicin | 85.5 | 0.0 |
| IMDUR | 90.3 | 2.8 |
| Intron A | 74.9 | 2.1 |
| K-Dur | 87.3 | 6.1 |
| Lotrimin | 71.2 | 0.1 |
| Lotrisone | 87.0 | 6.6 |
| Nasonex | 91.8 | 6.0 |
| Nitro-Dur | 54.1 | 7.7 |
| Normodyne | 84.6 | 0.3 |
| Peg Intron | 87.5 | 6.0 |
| Proventil | 79.7 | 4.8 |
| Rebetol | 67.1 | 6.5 |
| Rebetron | 61.0 | 3.7 |
| Sebizon | 99.2 | 0.0 |
| Solganal | 80.7 | 0.0 |
| Temodar | 93.0 | 0.7 |
| Theo-Dur | 65.4 | 0.2 |
| Trinalin | 95.4 | 0.1 |
| Vancenase | 77.0 | 1.9 |
| Vanceril | 78.7 | 1.9 |

Notes: - Sales exclude non-US and non-sales transactions, and do not include rebates found in the rebates files.
- Further reductions for prompt payment of 2 percent were applied to direct sales.
- Total Sales were $32,192,886,846.25. If net revenue for a particular NDC and customer number
  for the prevailing WAC period was negative (-$329,743,869.00 total) or if the revenue or quantity
  before chargebacks or price paid were missing or otherwise non-positive ($7,109,459.73 total),
  or if the WAC was not available ($1,009,418,721.80 total), it was dropped.
- Wholesale entries from the chargebacks data without corresponding wholesale entries in the
  sales data were excluded (-$177,850,185.07 total).
- Wholesale entries from the chargebacks data were matched with wholesale entries in the
  sales data by prevailing WAC period.
- Price is calculated by customer, as identified by customer number and, for a small number of
  customer numbers that appear in multiple classes of trade, by customer number and class of trade.

**Percent of Schering Sales Made at Discounts**
**No Greater Than 5% Off the Prevailing FDB WAC**
**Accused Branded Products[1]**
**1997 - 2003**

- WAC values were retrieved from FDB by NDC as the prevailing WAC on the date of the sales transaction.
- FDB package sizes for certain NDCs of Proventil and Vanceril were replaced with package sizes derived using implied package sizes from Medispan.
- Ratios of average price to WAC were annualized to the customer and 11-digit NDC level, weighting by Gross Sales Activity in quantity. Gross Sales Activity was calculated as total sales by customer for blank-credit-code transactions in the Direct Sales data and end customer Contract Sales in the Indirect Sales, excluding non-US and non-positive revenue or quantity transactions, by calendar year and prevailing WAC period. Sales within 5 percent of WAC were then calculated by the weighted adjusted prevailing period revenue.
- The time period used for calculating both average prices and Gross Sales Activity was restricted to the relevant period, 1997 through 2003.
- A 9-digit NDC was considered to be effectively obsolete in a quarter if its constituent 11-digit NDCs were declared to be obsolete, discontinued, or converted to over-the-counter products.
- National Medicaid reimbursement reflects the total amount the State reimbursed to pharmacists for the drug. This total is not reduced or affected by Medicaid rebates paid to the state. This amount represents both the Federal and State reimbursement and is inclusive of dispensing fees.

[1] The table includes all branded Schering products on NDC list "DOJ NDCs.xls".

Sources:  - "DOJ NDCs.xls".
- First DataBank Data.
- Medicaid State Drug Utilization Data including "Definitions for State Drug Utilization Data Specifications", Centers for Medicare & Medicaid Services.
- Medispan Data.
- PRNewswire, "Schering-Plough Aims To Make CLARITIN® Premier Brand In OTC Category, Establish CLARINEX® As Premier Brand In Prescription Category," March 8, 2002.
- Schering AMP Data.
- Schering Sales Data.
- Schering-Plough Corporation, Form 8-K, Exhibit 99.1, "Schering-Plough Reports Sales, Earnings For 2002 Third Quarter," October 24, 2002.
- Schering-Plough Corporation, Form 10-K, for the fiscal year ended December 31, 2001, Item 1.

**Exhibit 6**
**Percent of Schering Sales Made at Discounts**
**No Greater Than 5% Off the Prevailing FDB WAC**
**Accused Branded Products[1]**
**1997 - 2003**

| Brand | 9-Digit NDC | Date Added to FDB | Date of First Sale | Date of Last Sale | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) |
| Cedax | 000850691 | 1/8/1996 | 1/19/1996 | 2/17/2000 | 99.8 % | 97.1 % | 92.2 % | % | % | % | % |
| Cedax | 000850777 | 1/8/1996 | 1/19/1996 | 2/22/2000 | 99.9 | 99.4 | 96.9 | | | | |
| Cedax | 000850834 | 1/27/1997 | 2/18/1997 | 1/19/2000 | 99.4 | 87.2 | 94.4 | | | | |
| Celestone Soluspan | 000850011 | 1/1/1982 | 1/1/1991 | 11/27/2001 | 98.1 | 98.8 | 97.4 | 97.9 | 99.1 | | |
| Celestone Soluspan | 000850566 | 1/1/1982 | 1/1/1991 | 9/30/2007 | 15.0 | 13.6 | 21.0 | 9.7 | 30.6 | 28.6 | 20.2 |
| Celestone Soluspan | 000850942 | 1/1/1982 | 1/1/1991 | 9/26/2007 | 89.0 | 97.4 | 96.2 | 95.8 | 95.1 | 96.1 | 84.8 |
| Clarinex | 000851264 | 12/26/2001 | 1/2/2002 | 9/30/2007 | | | | | | 95.7 | 95.4 |
| Clarinex | 000851280 | 5/21/2003 | 5/21/2003 | 8/2/2007 | | | | | | | 87.1 |
| Clarinex | 000851334 | 12/22/2004 | 1/11/2005 | 9/26/2007 | | | | | | | |
| Claritin | 000850458 | 4/14/1993 | 4/15/1993 | 4/3/2007 | 94.8 | 95.0 | 95.2 | 93.3 | 90.7 | | |
| Claritin | 000850612 | 10/15/1996 | 10/14/1996 | 4/23/2001 | 96.6 | 96.2 | | | | | |
| Claritin | 000851128 | 2/6/1997 | 2/24/1997 | 1/29/2007 | 99.1 | 97.2 | 93.9 | 91.7 | 92.6 | | |
| Claritin | 000851223 | 5/25/1999 | 4/20/1999 | 4/3/2007 | | | 96.9 | 95.3 | 95.7 | | |
| Claritin D | 000850635 | 11/15/1994 | 11/14/1994 | 8/7/2007 | 97.6 | 95.9 | 97.9 | 95.8 | 65.5 | | |
| Claritin D | 000850640 | 8/27/1996 | 8/26/1996 | 9/24/1999 | 98.3 | 96.7 | | | | | |
| Claritin D | 000851233 | 12/7/1998 | 12/1/1998 | 1/31/2004 | | | 97.4 | 97.5 | 65.7 | | |
| Diprolene | 000850517 | 3/19/1987 | 1/1/1991 | 9/27/2007 | 92.3 | 93.9 | 93.4 | 93.3 | 91.8 | 75.7 | 82.1 |
| Diprolene | 000850575 | 8/7/1983 | 1/1/1991 | 9/27/2007 | 89.5 | 91.4 | 90.4 | 92.8 | 93.2 | 76.9 | 53.8 |
| Diprolene | 000850634 | 12/5/1991 | 12/1/1991 | 12/20/2006 | 93.8 | 95.3 | 95.0 | 94.2 | 94.0 | 42.9 | 67.5 |
| Diprolene | 000850962 | 5/19/1988 | 1/1/1991 | 9/27/2007 | 94.2 | 94.3 | 94.3 | 93.1 | 93.6 | 86.9 | 88.0 |
| Diprosone | 000850475 | 1/1/1982 | 1/1/1991 | 4/12/2000 | 79.4 | 79.7 | 81.3 | | | | |
| Diprosone | 000850853 | 1/1/1982 | 1/1/1991 | 12/6/2001 | 86.5 | 81.8 | 79.8 | 94.9 | 96.4 | | |
| Elocon | 000850370 | 7/2/1987 | 1/1/1991 | 9/26/2007 | 94.2 | 95.3 | 94.9 | 95.0 | 95.2 | 81.3 | 38.6 |
| Elocon | 000850567 | 7/2/1987 | 1/1/1991 | 9/30/2007 | 93.9 | 96.0 | 95.5 | 95.6 | 95.4 | 69.8 | 78.1 |
| Elocon | 000850854 | 5/4/1989 | 1/1/1991 | 9/26/2007 | 96.3 | 97.1 | 96.8 | 96.5 | 96.5 | 97.7 | 46.1 |
| Eulexin | 000850525 | 2/9/1989 | 1/1/1991 | 4/3/2007 | 68.8 | 70.2 | 67.1 | 63.6 | 48.6 | | |
| Foradil | 000851401 | 6/25/2003 | 3/11/2003 | 9/29/2007 | | | | | | | 74.6 |
| Foradil | 000851402 | 7/16/2003 | 6/2/2003 | 9/30/2007 | | | | | | | |
| Fulvicin | 000850496 | 1/1/1982 | 1/1/1991 | 10/24/2002 | 88.3 | 89.0 | 86.6 | 81.4 | 74.5 | | |
| IMDUR | 000851153 | 5/5/1995 | 5/10/1995 | 11/7/2006 | 97.0 | 96.7 | 94.1 | 65.9 | 78.1 | 83.3 | 82.7 |
| IMDUR | 000853306 | 12/26/1995 | 1/9/1996 | 12/20/2006 | 94.4 | 94.5 | 92.3 | 65.5 | 78.8 | 85.2 | 87.0 |
| IMDUR | 000854110 | 8/30/1993 | 9/7/1993 | 12/20/2006 | 91.5 | 95.4 | 94.4 | 63.9 | 69.8 | 80.4 | 87.5 |
| Intron A | 000850120 | 6/12/1986 | 1/1/1991 | 7/11/2003 | 80.2 | 73.5 | 63.6 | 38.8 | 36.6 | 59.7 | |
| Intron A | 000850285 | 6/12/1986 | 1/1/1991 | 1/7/2004 | 48.6 | 63.7 | 56.5 | 48.7 | 46.5 | 69.0 | |
| Intron A | 000850539 | 12/1/1988 | 1/1/1991 | 9/27/2007 | 69.0 | 68.6 | 62.1 | 63.8 | 63.9 | 75.7 | 72.6 |

**Exhibit 6**
**Percent of Schering Sales Made at Discounts**
**No Greater Than 5% Off the Prevailing FDB WAC**
**Accused Branded Products[1]**
**1997 - 2003**

| | | | | | | | Year | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brand | 9-Digit NDC | Date Added to FDB | Date of First Sale | Date of Last Sale | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) |
| Intron A | 000850571 | 6/12/1986 | 1/1/1991 | 9/28/2007 | 60.3 | 57.5 | 50.4 | 35.4 | 38.4 | 58.9 | 54.5 |
| Intron A | 000850647 | 6/12/1986 | 1/1/1991 | 11/8/2002 | 78.9 | 79.3 | 79.9 | 53.5 | 63.4 | | |
| Intron A | 000850689 | 8/10/1992 | 7/27/1992 | 6/24/1996 | | | | | | | |
| Intron A | 000850769 | 5/18/1993 | 5/19/1993 | 11/21/1997 | | | | | | | |
| Intron A | 000850923 | 5/18/1993 | 5/19/1993 | 1/13/1998 | | | | | | | |
| Intron A | 000850953 | 1/27/1995 | 1/30/1995 | 8/19/1997 | | | | | | | |
| Intron A | 000851110 | 12/19/1995 | 12/6/1995 | 9/26/2007 | 74.5 | 77.3 | 69.4 | 59.9 | 45.6 | 75.1 | 62.8 |
| Intron A | 000851133 | 1/30/1997 | 2/4/1997 | 9/27/2007 | 71.5 | 77.2 | 76.4 | 60.3 | 54.1 | 71.6 | 64.5 |
| Intron A | 000851168 | 1/30/1997 | 2/4/1997 | 9/27/2007 | 81.1 | 74.0 | 80.8 | 68.7 | 59.8 | 78.5 | 60.1 |
| Intron A | 000851179 | 1/30/1997 | 2/3/1997 | 9/5/2007 | 78.2 | 76.7 | 70.7 | 54.7 | 55.8 | 79.6 | 63.4 |
| Intron A | 000851184 | 1/30/1997 | 7/22/1996 | 3/20/2003 | 90.3 | 87.6 | 82.8 | 49.4 | 61.9 | 83.4 | |
| Intron A | 000851191 | 1/30/1997 | 2/3/1997 | 12/12/2002 | 89.6 | 81.8 | 82.6 | 65.0 | 69.7 | 76.0 | |
| Intron A | 000851235 | 7/14/1998 | 7/7/1998 | 9/27/2007 | | | 89.3 | 77.9 | 78.4 | 85.0 | 67.6 |
| Intron A | 000851242 | 7/14/1998 | 7/7/1998 | 9/27/2007 | | | 89.2 | 76.7 | 79.9 | 83.5 | 79.6 |
| Intron A | 000851254 | 7/14/1998 | 7/7/1998 | 9/26/2007 | | | 87.1 | 81.7 | 74.5 | 88.3 | 81.4 |
| K-Dur | 000850263 | 1/22/1987 | 1/1/1991 | 9/5/2007 | 83.8 | 87.7 | 90.2 | 86.2 | 70.1 | 38.3 | 85.9 |
| K-Dur | 000850787 | 1/22/1987 | 1/1/1991 | 9/5/2007 | 89.0 | 91.3 | 90.0 | 85.5 | 72.7 | 33.9 | 72.5 |
| Lotrimin | 000850182 | 1/1/1982 | 1/1/1991 | 8/14/2003 | 68.3 | 65.9 | 61.5 | 57.6 | 54.4 | | |
| Lotrimin | 000850613 | 1/1/1982 | 1/1/1991 | 10/9/2003 | 62.7 | 71.2 | 81.9 | 90.8 | 63.7 | | |
| Lotrimin | 000850707 | 4/29/1984 | 1/1/1991 | 2/3/2004 | 77.8 | 74.4 | 76.4 | 75.0 | 71.4 | | |
| Lotrisone | 000850809 | 1/3/2001 | 12/12/2000 | 9/25/2007 | | | | | 46.6 | 94.3 | 84.9 |
| Lotrisone | 000850924 | 7/1/1984 | 1/1/1991 | 9/27/2007 | 89.5 | 89.9 | 88.0 | 86.4 | | | |
| Nasonex | 000851197 | 10/16/1997 | 10/14/1997 | 3/21/2007 | | | 92.4 | 87.6 | 91.7 | 91.2 | 94.5 |
| Nasonex | 000851288 | 12/17/2004 | 12/20/2004 | 9/30/2007 | | | | | | | |
| Nitro-Dur | 000850819 | 3/31/1994 | 3/22/1994 | 9/28/2007 | 88.0 | 83.8 | 77.0 | 79.6 | 75.3 | 87.0 | 79.8 |
| Nitro-Dur | 000853305 | 1/29/1987 | 1/1/1991 | 9/27/2007 | 64.4 | 64.0 | 52.7 | 61.1 | 51.1 | 61.0 | 70.5 |
| Nitro-Dur | 000853310 | 1/29/1987 | 1/1/1991 | 9/26/2007 | 62.6 | 56.9 | 55.0 | 57.3 | 53.5 | 56.1 | 69.7 |
| Nitro-Dur | 000853315 | 1/29/1987 | 1/1/1991 | 9/27/2007 | 63.6 | 58.1 | 59.1 | 60.5 | 50.2 | 63.5 | 82.8 |
| Nitro-Dur | 000853320 | 1/29/1987 | 1/1/1991 | 9/27/2007 | 57.7 | 54.2 | 58.0 | 54.5 | 49.9 | 62.6 | 73.7 |
| Nitro-Dur | 000853330 | 1/29/1987 | 1/1/1991 | 9/26/2007 | 62.4 | 56.4 | 56.3 | 59.0 | 51.0 | 68.6 | 85.4 |
| Normodyne | 000850244 | 5/30/1985 | 1/1/1991 | 2/20/2002 | 95.3 | 94.5 | 86.0 | 84.7 | 88.4 | | |
| Normodyne | 000850362 | 1/12/1989 | 1/1/1991 | 5/15/2003 | 6.1 | 8.8 | 4.7 | 12.5 | 16.2 | 8.5 | |
| Normodyne | 000850438 | 8/24/1984 | 1/1/1991 | 2/27/2002 | 95.2 | 95.3 | 84.1 | 92.3 | 79.6 | | |
| Normodyne | 000850752 | 8/24/1984 | 1/1/1991 | 2/8/2002 | 92.9 | 94.0 | 83.2 | 82.5 | 65.3 | | |
| Peg Intron | 000851279 | 1/31/2001 | 2/6/2001 | 9/28/2007 | | | | | 96.7 | 93.9 | 67.1 |

**Exhibit 6**
**Percent of Schering Sales Made at Discounts**
**No Greater Than 5% Off the Prevailing FDB WAC**
**Accused Branded Products[1]**
**1997 - 2003**

| Brand | 9-Digit NDC | Date Added to FDB | Date of First Sale | Date of Last Sale | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) |
| Peg Intron | 000851291 | 1/31/2001 | 2/6/2001 | 9/26/2007 | | | | | 96.4 | 95.5 | 78.5 |
| Peg Intron | 000851297 | 2/2/2004 | 2/10/2004 | 9/27/2007 | | | | | | | |
| Peg Intron | 000851304 | 1/31/2001 | 2/6/2001 | 9/27/2007 | | | | | 97.4 | 94.2 | 67.8 |
| Peg Intron | 000851316 | 2/2/2004 | 2/10/2004 | 9/27/2007 | | | | | | | |
| Peg Intron | 000851368 | 1/31/2001 | 2/6/2001 | 9/27/2007 | | | | | 97.0 | 95.6 | 76.7 |
| Peg Intron | 000851370 | 2/2/2004 | 2/16/2004 | 9/28/2007 | | | | | | | |
| Proventil | 000850208 | 2/19/1987 | 1/1/1991 | 3/30/2003 | 24.1 | 48.9 | 30.5 | 43.4 | 78.1 | 17.0 | |
| Proventil | 000850209 | 2/19/1987 | 1/1/1991 | 10/18/2002 | 38.8 | 79.3 | 76.6 | 86.7 | 75.7 | 98.4 | |
| Proventil | 000850252 | 1/1/1982 | 1/1/1991 | 1/3/2001 | 97.7 | 97.6 | 98.3 | 95.6 | | | |
| Proventil | 000850315 | 9/12/1985 | 1/1/1991 | 6/12/2001 | 33.8 | 46.9 | 67.1 | 70.5 | | | |
| Proventil | 000850431 | 6/25/1987 | 1/1/1991 | 8/7/2007 | 89.0 | 92.1 | 92.7 | 91.0 | 87.4 | | |
| Proventil | 000850573 | 1/1/1982 | 1/1/1991 | 11/6/2001 | 97.4 | 97.2 | 97.1 | 96.2 | 58.2 | | |
| Proventil | 000850614 | 1/1/1982 | 1/1/1991 | 9/27/2007 | 69.5 | 80.9 | 91.5 | 88.0 | 89.4 | 67.8 | 82.4 |
| Proventil | 000851132 | 10/16/1996 | 12/16/1996 | 9/30/2007 | 83.1 | 80.7 | 87.2 | 87.9 | 51.0 | 95.1 | 92.8 |
| Proventil | 000851806 | 10/1/2002 | 10/4/2002 | 9/25/2007 | | | | | | | 96.2 |
| Rebetol | 000851194 | 10/4/2001 | 10/8/2001 | 9/25/2007 | | | | | | 84.2 | 59.0 |
| Rebetol | 000851327 | 10/4/2001 | 10/11/2001 | 9/20/2007 | | | | | | 79.7 | 71.1 |
| Rebetol | 000851351 | 10/4/2001 | 10/8/2001 | 9/25/2007 | | | | | | 75.8 | 51.7 |
| Rebetol | 000851385 | 10/4/2001 | 10/8/2001 | 9/25/2007 | | | | | | 88.8 | 51.2 |
| Rebetron | 000851236 | 6/11/1998 | 6/8/1998 | 11/30/2004 | | | 83.7 | 75.7 | 41.6 | 59.8 | 59.6 |
| Rebetron | 000851241 | 6/11/1998 | 6/8/1998 | 5/8/2003 | | | 89.1 | 71.9 | 48.6 | 60.7 | |
| Rebetron | 000851258 | 7/14/1998 | 7/7/1998 | 3/15/2005 | | | 86.6 | 75.6 | 46.3 | 50.3 | 41.2 |
| Sebizon | 000850600 | 1/1/1982 | 1/1/1991 | 10/16/2000 | 98.8 | 99.2 | 99.8 | 99.2 | | | |
| Solganal | 000850460 | 1/1/1982 | 1/1/1991 | 10/2/2002 | 83.1 | 77.7 | 86.2 | 84.9 | 78.2 | | |
| Temodar | 000851244 | 8/19/1999 | 8/23/1999 | 9/19/2007 | | | | 97.0 | 93.8 | 87.9 | 86.5 |
| Temodar | 000851248 | 8/19/1999 | 8/23/1999 | 9/28/2007 | | | | 97.5 | 94.8 | 93.0 | 88.0 |
| Temodar | 000851252 | 8/19/1999 | 8/23/1999 | 9/10/2007 | | | | 95.5 | 92.0 | 90.2 | 82.9 |
| Temodar | 000851259 | 8/19/1999 | 8/23/1999 | 8/27/2007 | | | | 96.5 | 92.7 | 91.7 | 92.1 |
| Theo-Dur | 000850381 | 1/22/1987 | 1/1/1991 | 5/14/1996 | | | | | | | |
| Theo-Dur | 000850487 | 1/22/1987 | 1/1/1991 | 10/16/2000 | 69.8 | 74.0 | 83.7 | 91.2 | | | |
| Theo-Dur | 000850584 | 1/22/1987 | 1/1/1991 | 4/22/2002 | 38.3 | 81.5 | 82.1 | 81.2 | | | |
| Theo-Dur | 000850620 | 1/22/1987 | 1/1/1991 | 7/6/1995 | | | | | | | |
| Theo-Dur | 000850806 | 8/6/1987 | 1/1/1991 | 3/8/2002 | 92.6 | 93.7 | 92.5 | 91.7 | | | |
| Theo-Dur | 000850875 | 1/29/1987 | 1/1/1991 | 2/14/1996 | | | | | | | |
| Theo-Dur | 000850928 | 1/22/1987 | 1/1/1991 | 12/6/1995 | | | | | | | |

**Exhibit 6**
**Percent of Schering Sales Made at Discounts**
**No Greater Than 5% Off the Prevailing FDB WAC**
**Accused Branded Products[1]**
**1997 - 2003**

| Brand | 9-Digit NDC | Date Added to FDB | Date of First Sale | Date of Last Sale | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) |
| Theo-Dur | 000850933 | 1/22/1987 | 1/1/1991 | 3/8/2002 | 39.0 | 76.4 | 76.5 | 81.3 | | | |
| Trinalin | 000850703 | 1/1/1982 | 1/1/1991 | 9/24/2003 | 95.7 | 96.2 | 96.4 | 95.4 | 88.9 | 90.5 | |
| Vancenase | 000850041 | 1/1/1982 | 1/1/1991 | 1/26/2001 | 40.3 | 43.4 | 41.7 | | | | |
| Vancenase | 000850259 | 12/17/1987 | 1/1/1991 | 9/22/1998 | | | | | | | |
| Vancenase | 000850649 | 7/20/1992 | 7/1/1992 | 11/6/2002 | 65.2 | 64.2 | 71.1 | 67.2 | 52.6 | | |
| Vancenase | 000851049 | 6/27/1996 | 6/27/1996 | 11/22/2002 | 60.2 | 83.4 | 91.8 | 90.9 | 58.3 | | |
| Vanceril | 000850736 | 1/1/1982 | 1/1/1991 | 4/3/2007 | 77.4 | 79.8 | 77.2 | 72.0 | 61.6 | 49.4 | |
| Vanceril | 000851112 | 12/26/1996 | 12/27/1996 | 5/2/2003 | 93.3 | 90.9 | 84.4 | | | | |

Notes:  - Sales exclude non-US and non-sales transactions, and do not include rebates found in the rebates files.
  - Further reductions for prompt payment of 2 percent were applied to direct sales.
  - Total Sales were $32,192,886,846.25. If net revenue for a particular NDC and customer number
    for the prevailing WAC period was negative (-$329,743,869.00 total) or if the revenue or quantity
    before chargebacks or price paid were missing or otherwise non-positive ($7,109,459.73 total),
    or if the WAC was not available ($1,009,418,721.80 total), it was dropped.
  - Wholesale entries from the chargebacks data without corresponding wholesale entries in the
    sales data were excluded (-$177,850,185.07 total).
  - Wholesale entries from the chargebacks data were matched with wholesale entries in the
    sales data by prevailing WAC period.
  - Price is calculated by customer, as identified by customer number and, for a small number of
    customer numbers that appear in multiple classes of trade, by customer number and class of trade.
  - WAC values were retrieved from FDB by NDC as the prevailing WAC on the date of
    the sales transaction.
  - FDB package sizes for certain NDCs of Proventil and Vanceril were replaced with package sizes
    derived using implied package sizes from Medispan.
  - Ratios of average price to WAC were annualized to the customer and 11-digit NDC level, weighting by Gross
    Sales Activity in quantity.  Gross Sales Activity was calculated as total sales by customer for blank-credit-code
    transactions in the Direct Sales data and end customer Contract Sales in the Indirect Sales, excluding non-US
    and non-positive revenue or quantity transactions, by calendar year and prevailing WAC period.  Sales within
    5 percent of WAC were then calculated by the weighted adjusted prevailing period revenue.
  - The time period used for calculating both average prices and Gross Sales Activity was restricted to the
    relevant period, 1997 through 2003.
  - A 9-digit NDC was considered to be effectively obsolete for a given quarter if its constituent 11-digit NDCs were
    all declared to be obsolete, discontinued, or converted to over-the-counter products.  A 9-digit NDC was

**Exhibit 6**
**Percent of Schering Sales Made at Discounts**
**No Greater Than 5% Off the Prevailing FDB WAC**
**Accused Branded Products[1]**
**1997 - 2003**

| | | | | | | | | Year | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Brand | 9-Digit NDC | Date Added to FDB | Date of First Sale | Date of Last Sale | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) |

considered to be effectively obsolete for a given year if the first 11-digit NDC to be added to FDB within the
9-digit NDC was added after June 30th of that year, there were gross sales for less than six months during
that year, or the 9-digit NDC was effectively obsolete for at least three quarters of the year.  The percent of sales
made at discounts no greater than 5 percent off the prevailing WAC was not calculated for years during which the
9-digit NDC was effectively obsolete or if there was no corresponding percentage "spread" between AWP and AMP.

[1] The table includes all branded Schering products on NDC list "DOJ NDCs.xls".

Sources:  - "DOJ NDCs.xls".
    - First DataBank Data.
    - Medispan Data.
    - PRNewswire, "Schering-Plough Aims To Make CLARITIN® Premier Brand In OTC Category, Establish
     CLARINEX® As Premier Brand In Prescription Category," March 8, 2002.
    - Schering AMP Data.
    - Schering Sales Data.
    - Schering-Plough Corporation, Form 8-K, Exhibit 99.1, "Schering-Plough Reports Sales, Earnings For 2002
     Third Quarter," October 24, 2002.
    - Schering-Plough Corporation, Form 10-K, for the fiscal year ended December 31, 2001, Item 1.