# Exhibit A

| Number | Court Action | Status |
|---|---|---|
| 1 | *State of Alabama v. Abbott Laboratories, Inc., et al.* (Montgomery County Circuit Court, Case. No. CV-2005-0219-PR) | Pending |
| 2 | *State of Alaska v. Alpharma Branded Products Division Inc., et al.* (Superior Court, Third Judicial District at Anchorage, Case No. 3AN-06-12026 CI) | Pending |
| 3 | *State of Arizona v. Abbott Laboratories, Inc., et al.* (U.S. District Court for the District of Massachusetts, MDL 1456, Case No. 06-CV-11069-PBS) | Pending |
| 4 | *Robert J. Swanston v. TAP Pharmaceutical Products, Inc., et al.* (Maricopa County Superior Court, Case No. CV-2002-004988) | Dismissed |
| 5 | *State of Arkansas v. Warrick Pharmaceuticals Corp., et al.* (Pulaski County Circuit Court, Case No. CV-2004-634) | Settled |
| 6 | *State of California, ex rel. Ven-A-Care v. Abbott Laboratories Inc., et al.* (U.S. District Court for the District of Massachusetts, MDL 1456, Case No. 03-cv-11226-PBS) | Pending |
| 7 | *Cliffside Nursing Home, Inc. v. Dey, Inc., et al.* (Superior Court of New Jersey, Union County, Case No. UNN-L-2329-04) | Dismissed |
| 8 | *State of Connecticut v. Dey, Inc., et al.* (Superior Court, Complex Litigation Docket at Tolland, Case No. X07-CV-03-0083296S (CDL)) | Settled |
| 9 | *County of Erie v. Abbott Laboratories, Inc., et al.* (Erie County Supreme Court, Case No. 2005-2439) | Pending |
| 10 | *State of Florida ex rel. Ven-A-Care of the Florida Keys v. Boehringer Ingelheim Corp., et al.* (Leon County Circuit Court, Case No. 98-3032A) | Pending |
| 11 | *State of Hawaii v. Abbott Laboratories, Inc., et al.* (Circuit Court of the First Circuit, Case No. 06-1-0720-04 EEH) | Pending |
| 12 | *State of Idaho v. Aventis Pharmaceuticals, Inc., et al.* (District Court for Fourth Judicial District of the State of Idaho, In and For the County of Ada, Case No. CV 0C 0710318) | Pending |
| 13 | *The People of the State of Illinois v. Abbott Laboratories, et al.* (Cook County Circuit Court, Case No. 05 CH 02474) | Pending |
| 14 | *International Union of Operating Engineers, Local 68 Welfare Fund v. Astrazeneca PLC, et al.* (Superior Court of New Jersey, Monmouth County, Case No. C 193 03) | Dismissed |
| 15 | *State of Iowa v. Abbott Laboratories, et al.* (U.S. District Court for the District of Massachusetts, MDL 1456, Case No. 07-12141-PBS) | Pending |
| 16 | *In re: Kansas Medicaid Pharmaceutical Average Wholesale Price Litigation* (Wyandotte County Court, Master Docket No. 2008-MV-0668, Case No. 2008-CV-2134) | Pending |
| 17 | *Commonwealth of Kentucky v. Warrick Pharmaceuticals Corp., et al.* (Franklin Circuit Court, Case No. 03-CI-01135) | Pending |
| 18 | *Commonwealth of Massachusetts v. Mylan Laboratories, Inc., et al.* (U.S. District Court for the District of Massachusetts, Case No. 03-CV-11865-PBS) | Pending |
| 19 | *In Re Pharmaceutical Industry Average Wholesale Price Litigation* (U.S. District Court for the District of Massachusetts, MDL 1456, Case No. 01-12257-PBS) | Adjudicated |
| 20 | *State of Minnesota v. Warrick Pharmaceuticals Corporation* (Court of the Fourth Judicial District in and For Hennepin County, Minnesota, Case No. MC 02-009660) | Dismissed |
| 21 | *State of Mississippi v. Schering-Plough Corporation* (Rankin County Chancery Court, Case No. 65623) | Pending |
| 22 | *State of Mississippi v. Schering-Plough Corporation, et al.* (Lafayette County Court, Case No. L09-456) | Pending |

| | | |
|---|---|---|
| 23 | *State of Missouri and Missouri Department of Social Services, Division of Medical Services v. Dey, Inc., et al.* (Circuit Court of the City of St. Louis, Case No. 054-1216) | Adjudicated |
| 24 | *State of Montana v. Abbott Laboratories, Inc., et al.* (U.S. District Court for the District of Montana, Case No. CV-02-09-H-DWM) | Settled |
| 25 | *State of Nevada v. American Home Products, et al.* (U.S. District Court for the District of Nevada, Case No. 02-CV-00202) | Settled |
| 26 | *The City of New York v. Abbott Laboratories, Inc., et al.* (U.S. District Court for the District of Massachusetts, MDL 1456, Case No. 01-12257-PBS) | Pending |
| 27 | *State of Ohio v. Dey, Inc., et al.* (Hamilton County Court of Common Pleas, Case No. A0402047) | Settled |
| 28 | *County of Oswego v. Abbott Laboratories, et al.* (Oswego County Supreme Court, Case No. 2006-0697) | Pending |
| 29 | *Commonwealth of Pennsylvania v. TAP Pharmaceutical Products, Inc., et al.* (Commonwealth Court of Pennsylvania, Case No. 212 MD 2004) | Pending |
| 30 | *County of Schenectady v. Abbott Laboratories, et al.* (Schenectady County Supreme Court, Case No. 2006-0886) | Pending |
| 31 | *State of South Carolina v. Warrick Pharmaceuticals Corp., et al.* (Richland Court of Common Pleas, Case Nos. 2006-CP-40-4399) | Pending |
| 32 | *State of Texas ex rel. Ven-A-Care of the Florida Keys v. Dey, Inc.* (53rd Judicial District Court, Travis County, Case No. GV002327) | Settled |
| 33 | *State of Utah v. Apotex Corp., et al.* (Third Judicial District Court of Salt Lake County, Case No. 080907678) | Pending |
| 34 | *Ven-A-Care of the Florida Keys v. Schering Corporation, et al.* (U.S. District Court for the District of Massachusetts, MDL 1456, Case No. 01-12257-PBS) | Pending |
| 35 | *Ven-A-Care of the Florida Keys v. Abbott Laboratories, et al.* (U.S. District Court for the District of Massachusetts, MDL 1456, Case No. 01-12257-PBS) | Pending |
| 36 | *State of West Virginia v. Warrick Pharmaceuticals, et al.* (Kanawha County Circuit Court, Case No. 01-C-3011) | Adjudicated |
| 37 | *State of Wisconsin v. Abbott Laboratories, et al.* (Dane County Circuit Court, Case No. 04 CV 1709) | Pending |