# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: | ) | MDL No. 1456 |
| | ) | |
| PHARMACEUTICAL INDUSTRY | ) | |
| AVERAGE WHOLESALE PRICE | ) | Civil Action No. 01-12257-PBS |
| LITIGATION | ) | Subcategory No. 06-11337 |
| | ) | |
| _____ | ) | |
| | ) | Hon. Patti B. Saris |
| **THIS DOCUMENT RELATES TO:** | ) | |
| | ) | |
| *United States ex rel Ven-A-Care of the* | ) | |
| *Florida Keys, Inc.* v. *Schering Corporation,* | ) | |
| *Schering-Plough Corporation and* | ) | |
| *Warrick Pharmaceuticals Corporation* | ) | |
| Civil Action No. 09-CV-10547 | | |
| *MDL Action No.* | ) | |
| | | |
| *United States ex rel Ven-A-Care of the* | ) | |
| *Florida Keys, Inc.* v. *Schering Corporation,* | ) | |
| *Schering-Plough Corporation and* | ) | |
| *Warrick Pharmaceuticals Corporation* | ) | |
| Civil Action No. 00-10698 | ) | |
| | | |
| *California ex rel Ven-A-Care of the* | ) | |
| *Florida Keys, Inc.* v. *Schering Corporation,* | ) | |
| *Schering-Plough Corporation and* | ) | |
| *Warrick Pharmaceuticals Corporation* | ) | |
| Civil Action | | |
| *MDL Action No.* | | |

## NOTICE OF FILING DECLARATION OF T. MARK JONES, R.N.

The Relator, Ven-A-Care of the Florida Keys, Inc., hereby files the attached Declaration of T. Mark Jones, RN., in Support of the Joint Motion for Approval of the Settlement between California, Florida, and Relator Ven-A-Care of the Florida Keys, Inc.

Respectfully submitted on August 7, 2009.

                                                For the Relator,

                                                 /s/ Alison Warren Simon
                                                Alison Warren Simon, Esq
                                                The Breen Law Firm, P.A.
                                                P. O. Box 297470
                                                Pembroke Pines, Florida  33029
                                                (954) 874-1635  Phone
                                                (954) 874-1705 Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day caused an electronic copy of the above Notice of Filing Declaration of T. Mark Jones, R.N., to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

August 7, 2009

 /s/ Alison Warren Simon
Alison Warren Simon, Esq