**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO: | CIVIL ACTION: 01-CV-12257-PBS |
| GSK SETTLEMENT | Judge Patti B. Saris |

**NOTICE OF FILING OF PLAN OF ALLOCATION OF UNCLAIMED CONSUMER
FUNDS IN THE GSK SETTLEMENT ON BEHALF OF
CERTAIN PARTICIPATING STATES**

On June 22, 2009, as part of the MDL Mediator Eric Green's decision on the disposition of remaining funds in the GSK consumer fund, Professor Green instructed the five participating states in that mediation (Arizona, Connecticut, Montana, Nevada and Pennsylvania) to file with the Court a joint agreement or proposal as to how any funds allocated to these states would be divided among them [Docket No. 6171]. This proposal was to be filed with the Court and the MDL Mediator on July 24, 2009. On August 3, 2009 the Court granted an extension of that filing deadline.

The five participating states involved have now come to an agreed-upon allocation of any residual consumer funds allocated to them in accordance with the MDL Mediator's decision. The states have agreed to divide any funds in accordance with the following schedule:

| State | Percentage |
|---|---|
| Pennsylvania | 40.44% |
| Connecticut | 17.92% |

| | |
|---|---|
| Nevada | 15.55% |
| Montana | 13.73% |
| Arizona | 12.36% |

These amounts reflect consideration of both the amount each state received in the original GSK Settlement as well as the relative populations of each state.

NOW THEREFORE, on behalf of these participating states, Class Counsel respectfully submit this proposed plan of allocation in accordance with the MDL Mediator's decision.

DATED:  August 10, 2009         By     /s/ Steve W. Berman
    Thomas M. Sobol (BBO#471770)
    Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

**LIAISON COUNSEL**

Steve W. Berman
Sean R. Matt
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Jeffrey Kodroff
John A. Macoretta
Spector, Roseman Kodroff & Willis, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA  19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611

Kenneth A. Wexler
Jennifer Fountain Connolly
Wexler Wallace LLP
55 W. Monroe, Suite 3300
Chicago, IL  60603
Telephone: (312) 346-2222
Facsimile: (312) 346-0022

Marc H. Edelson
Hoffman & Edelson
45 West Court Street
Doylestown, PA  18901
Telephone: (215) 230-8043
Facsimile: (215) 230-8735

**CO-LEAD COUNSEL FOR PLAINTIFFS**

### CERTIFICATE OF SERVICE

I hereby certify that I, Steve W. Berman, an attorney, caused a true and correct copy of the foregoing, **NOTICE OF FILING OF PLAN OF ALLOCATION OF UNCLAIMED CONSUMER FUNDS IN THE GSK SETTLEMENT ON BEHALF OF CERTAIN PARTICIPATING STATES**, to be delivered to all counsel of record by electronic August 10, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

 /s/ Steve W. Berman
Steve W. Berman