## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL No. 1456 ) Civil Action No. 01-12257-PBS ) Subcategory Case No. 07-12141-PBS ) |
| THIS DOCUMENT RELATES TO:<br><br>   *State of Iowa.*<br>*v.*<br>   *Abbott Laboratories, et al.* | ) ) ) Judge Patti B. Saris ) ) ) ) ) ) |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF ROD REYNOLDS

PLEASE TAKE NOTICE that pursuant to Local Rule 83.5.2(c), the undersigned attorney hereby notifies the Court and all counsel of the withdrawal of appearance of Rod Reynolds, Assistant Attorney General, State of Iowa, as counsel of record for plaintiff in the above-captioned matter. All other counsel of record for plaintiff will continue to appear as counsel for plaintiff in this matter.

Dated: August 10, 2009

                                                              Respectfully Submitted:

                                By:    /s/    Joanne M. Cicala
                                          Joanne M. Cicala
                                          Kirby McInerney LLP
                                          825 Third Avenue
                                          New York, NY 10022
                                          Telephone: (212) 371-6600
                                          Facsimile: (212) 751-2540

                                                            *Counsel for Plaintiff*
                                                            *State of Iowa*

## CERTIFICATE OF SERVICE

I, James Carroll, hereby certify that I caused a true and correct copy of the foregoing to be served upon all counsel of record via electronic service, pursuant to Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting to all parties.

Dated:  August 10, 2009

/s/    James Carroll
KIRBY McINERNEY LLP