# EXHIBIT L

From:       Mike Odachowski (HCFA Broadcast)
To:         All E-Mail Users
Date:       1/29/99 6:59am
Subject:    New E-mail Auto-Deletion Procedures and Retention Guidelines for E-mail
Records—INFORMATION

Since the move to Single Site, E-mail has become one of HCFA's most critical resources. With the volume of E-mail traffic growing dramatically, HCFA's E-mail storage capacity has been stressed to a critical stage. Most recently, we have been experiencing severe problems with the Baltimore-based E-mail system. Due to the lack of available storage space, the large number of users on each post office, and the high volume of messages retained on-line in users' GroupWise In Boxes, Folders, Out Boxes and Calendars, the E-mail servers have become unstable. Consequently, new E-mail procedures are required to prevent placing our E-mail system at continued risk and to preserve adequate space. These new procedures will be phased in starting with Single Site. Washington, D.C. and the regional offices will be notified of specific dates for their implementation.

**This is an early warning that on February 12, 1999, HCFA will begin deleting E-mail messages older than 180 days that** <sup>... ...</sup> **in an employee's inbox, outbox, calendar, and personal folders. Employees will be given** adv<sub>... ...</sub> **e before HCFA activates the auto-delete function of the GroupWise system. Specific dates and** in<sub>... ...</sub> **will be provided prior to the activation of the auto-delete function.**

To save E-mail records, users must either print a hard copy of the message/attachment(s) and the information screen ass<sub>... ...</sub> ated with the message or archive using the GroupWise archive feature. More specific information on <sub>... ...</sub> messages, and archiving messages may be found on OICS' HCFAnet Home Page under the OICS Yellow <sub>... ...</sub> by clicking on  G  and GroupWise Mail Management Workshop. Any E-mail questions/concerns should be se<sub>... ...</sub> to GroupWise Resource (INFORMATION) or you may call Denise Fitzgerald at (410) 786-2639 or Denise Jones at (410) 786-2617.

As a consequence of implementing the new auto-delete procedures, it is critical that all HCFA staff is aware of statutory/regulatory requirements pertaining to E-mail records' retention. The following guidelines must be considered:

### GENERAL AGENCY RECORDS MANAGEMENT GUIDELINES

All handwritten, typed, printed or machine readable material (like E-mail) you create or receive during your workday may be an Agency record. This definition comes from the Federal Records Act of 1950, as amended (Title 44 U.S.C., Chapter 3301). Regardless of the physical form, such material is a record if it:

o         was made or received by the Agency's personnel in the transaction of the Agency's business; and,

o         is preserved (or deemed appropriate for preservation) as evidence of this Agency's organization, policies, decisions, operations or other activities because of the information value of the data in them.

All records are important to the Agency, and the Agency has established specific periods of time for retaining certain records; i.e., record-retention periods. (This means Agency's personnel are not at liberty to destroy or delete Agency records at their own discretion). HCFA specifies these record- retention periods in HCFA's Comprehensive Records Schedule. An electronic version may be found on OICS' HCFAnet Home Page under the topic  Other Helpful Links  by clicking on  Records .

Agency records can be stored in any format (paper or electronic), as long as the record is easily retrievable for its record-retention period. Employees who have claims or payment data in their files may have special record retention rules. If you have questions about deleting these records, please contact Vickie Robey on extension 67883 or by E-mail at VRobey.

### SPECIFIC E-MAIL REQUIREMENTS

E-mail messages and attachments are also Agency records when they meet the definition of records, as set forth above. Therefore, you must take steps to ensure that E-mail transmissions that are Agency records are stored and retained for applicable record-retention periods.

Sometimes it is difficult to decide whether an E-mail message or other material in your possession should be

preserved. Here are a few questions you can apply to such materials to decide if you should store the message for future retrieval:

o        Does it have any legal value?

o        Does it have any informational value?

o        Was is used for research purposes?

o        Is the subject matter listed in HCFA's Comprehensive Records Schedule or the National Archives and Records Administration's (NARA) General Records Schedule?

o        Does it document any part of HCFA's programs?

o        Was it used as reference material to complete a project?

If you answered yes to any of the questions above, your material is considered a record and the records-retention schedules must be applied accordingly.

Complete descriptions of records and their approved record-retention periods can be found in HCFA's Comprehensive Records Schedule and/or the NARA's General Records Schedules.  Requests for the electronic version of NARA's General Records Schedules may be E-mailed to Vickie Robey (VRobey) or you may call her at (410) 786-7883, if you have specific records management questions.

### *FREEDOM OF INFORMATION ACT (FOIA) REQUIREMENTS*

All existing Agency records in HCFA's custody and possession, no matter what their physical form, are subject to the FOIA.  To fully comply with FOIA rules, the Agency must search both hardcopy and electronic files, as appropriate, to gather responsive records.  The Agency's FOIA Officer must determine whether to release or deny the responsive records, in whole or in part.

Your placement of Agency records, including E-mail messages and attachments, in appropriate files that are properly identified and retained according to the HCFA Comprehensive Records Schedule makes the FOIA records search  much easier to conduct.  Any questions regarding FOIA may be E-mailed to Melodye Hardy (MHardy) or you may call her at (410) 786-5358.

# EXHIBIT M

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS


-------------------------X

IN RE: PHARMACEUTICAL      : MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE : CIVIL ACTION:

PRICE LITIGATION           : 01-CV-12257-PBS

THIS DOCUMENT RELATES TO   :

U.S. ex rel. Ven-A-Care of : Judge Patti B. Saris

the Florida Keys, Inc. v.  :

Abbott Laboratories, Inc., : Chief Magistrate

No. 06-CV-11337-PBS         : Judge Marianne B.

                           : Bowler

-------------------------X

HIGHLY CONFIDENTIAL

Tuesday, March 20, 2007

The video 30(b)(6) deposition of VICTORIA ROBEY,

called for oral examination by Counsel for the

Defendant Abbott Laboratories, Inc., pursuant to

notice, held in the law offices of Hogan &

Hartson, 111 South Calvert Street, Baltimore,

Maryland 21202, beginning at 9:20 a.m., before

126bfa54-4e4e-49ff-85e7-999d676a1331

Robey 30(b)(6), Victoria HIGHLY CONFIDENTIAL          March 20, 2007
Baltimore, MD

Page 102

1          What do you understand this document
2    to mean?
3          A    That employees must take necessary
4    actions to preserve any e-mail records.
5          Q    Now, you indicated before that your
6    primary responsibility is to paper records, as I
7    recall.  Were you involved in crafting or
8    implementing this particular policy?
9          A    I gave them records management
10   language.
11         Q    When you say records management
12   language, what would that be?
13         A    The paragraph that says, general
14   agency records management guidelines.
15         Q    So that heading?
16         A    Yes.  Anything that's created or
17   received while conducting agency business is
18   classified as a record.
19         Q    Okay.  So, a description of what is a
20   record and then that gets incorporated into their
21   instructions as to what should be archived and
22   preserved?  Did I get that right?

Page 103

1          A    What do you mean their instructions?
2          Q    Michael Odachowski's instructions.
3    He got from you the description of what a record
4    is?
5          A    Yes and that's what that paragraph
6    was, the general agency records management
7    guidelines.
8          Q    Other than providing the description
9    of what constitutes an agency record, did you
10   have any other involvement in crafting this
11   policy?
12         A    No.  I mean, they gave -- they sent
13   to me before it was released to make sure what
14   they were saying was correct.
15         Q    Did you review for accuracy anything
16   other than that section entitled general agency
17   records management guidelines?
18         A    Yes, where they have my name listed
19   in the next paragraph down, if anyone has
20   questions about the agency's record retention
21   schedule, they could contact me.
22         Q    Okay.  What's your understanding --

Page 104

1    pursuant to this 1999 e-mail autodeletion
2    procedures and retention guidelines, what's your
3    understanding of what would happen to an e-mail
4    if a user didn't move it to an archived location?
5          A    If they didn't move it to an archived
6    location or print it out, then after 180 days, it
7    would be deleted.
8          Q    So, am I correct in understanding
9    that the decision whether a particular electronic
10   record would be deleted or preserved was in the
11   hands of the individual employee who is the
12   custodian of that e-mail account?
13         A    Yes.
14         Q    What was the policy before this was
15   implemented, do you know?
16         A    1999 is when I think we began our
17   e-mail.
18         Q    Oh, okay.  So, this was at the same
19   time as CMS was going to actually use e-mail?
20         A    Yes.
21         Q    On the second page, there are four
22   bullet points, the first of which was -- let me

Page 105

1    read the sentence.
2          It says, "Here are a few questions
3    you can apply to such material to decide if you
4    should store the message for future retrieval."
5    The first bullet is:  "Does it have any legal
6    value?"  Is that language that you provided or
7    that someone else wrote?
8          A    I did not provide that.
9          Q    Do you have any understanding of what
10   it means, for that to have legal value?
11         A    If it has been identified under a
12   preservation order.
13         Q    Moving on to next document in the
14   sequence is number 764.  It is a January 28, 1999
15   e-mail from you to all e-mail users and the
16   subject is Records Filing Guidelines.
17         Could you tell me what that e-mail
18   is?
19         A    Every calendar year, a notice will go
20   out to all employees reminding them that they
21   need to purge their files, file the retention
22   guidelines as stipulated, and just reminding them

27 (Pages 102 to 105)

126bfa54-4e4e-49ff-85e7-999d676a1331

# EXHIBIT N

From:           Mark-Richard Butt [mrb01@health.state.ny.us]
Sent:           Wednesday, October 18, 2006 5:15 PM
To:             Jerry Dubberly
Cc:             ampaalist@gloetal.com; owner-ampaalist@gloetal.com
Subject:        Re: AWP Litigation


Jerry:  NY has been involved in AWP litigation issues- (I can't say how
many) through our Attorney General Office. We have had many meetings with AG  and
Department of Health lawyers and have had to provide many boxes of documentation about
what we knew about AWP over many years.  In several cases, the pharmaceutical firms have
settled out of court.  These became multi-state cases and settlements have been in many
millions of dollars- which are being divvied up in proportion to issues.  I am not aware
of any specific amounts for NYS (and, of course, CMS gets their share). Lessons
learned: get rid of any papers that are from before state record keeping
requirements- lawyers want everything available (note: do not get rid of anything once
litigation has begun or after lawyers tell you to keep what is available- you could get in
a lot of trouble).  Also, be aware that e-mail is discoverable, too.  The drug
manufacturers will ask for lots of information through interrogatories and your state
agency lawyers and AG should go through them (they may need your help understanding what
they can/cannot provide prior to any provision of information)  In fact, they (not you)
should be sending or deciding what information not to send).  Do not talk to any drug
companies or, in fact, anyone about cases except your agency lawyers and AG lawyers (if
that is what your agency lawyers want). Most of this is probably understood, however,
staff people have been burned in the past.  Good luck, Mark




            "Jerry Dubberly"
            <jdubberly@dch.ga
            .gov>                                                        To
            Sent by:                    <ampaalist@gloetal.com>
            owner-ampaalist@g                                           cc
            loetal.com
                                                                   Subject
            10/18/2006 12:52              AWP Litigation
            PM





All,

I am inquiring about your state's participation in AWP litigation.  Below are a few
questions:

1.  Have you participated or are you currently participating in litigation over
manufacturer's inflated reporting of AWP?

2.  What type recoveries are you seeing or do you project from this litigation? (Note:
Please identify if these are recoveries received or recoveries projected.)

3.  Did you use in-house or outside legal counsel for this litigation?

4.  If you have pursued this type litigation, do you have any "lessons learned" to share?

Thanks for your time.

Jerry

# EXHIBIT O

**Illinois Department of Public Aid**

*From the Desk of ..............*

**MARVIN L. HAZELWOOD, MANAGER**
Pharmacy and Ancillary Services Programs
Bureau of Comprehensive Health Services

To: *Bill Apposito*　　　　Date: *5/4/98*
Re: *MFCU - Global Settlement Questionaire*

**REMARKS:**

*Attached are responses to the questions asked. Depending upon the level of familiarity those working on this have with HCFA & Medicaid policy, there may be other questions. I am available to assist in making sure everybody understands.*

*Enclosure*

## GLOBAL REQUEST

**1.**     **Please give a general description of your state's drug pricing methodology and any changes for years 1990 to present.**

Pharmacies bill their usual and customary charge to the general public. The Department reimburses the lower of that charge or our upper limit. **Attachment I** provides a narrative on how the drug acquisition and dispensing fee portions of the upper limit are calculated. **Atachment II** provides material documenting the history of the Department's policy.

**2.**     **Has your state received any correspondence or any communication from drug manufacturers regarding drug pricing?**

The Department uses First DataBank as the official source for drug AWP and Federal Upper Limit prices. Drug companies frequently send information on pricing updates to the Department as well as to First DataBank.

**3.**     **(a)**     **If your state received such communications, did your state rely on the information in those communications?**

The data sent to First DataBank by manufacturers is basically the same as is sent to everybody else.

        **(b)**     **Why or why not?**

Our pricing files are updated using a weekly tape from First DataBank.

        **(c)**     **Please document above-referenced contacts, correspondence, and/or communications and provide the same.**

**Attachment III** provides a few examples of the kinds of pricing information sent to First DataBank and the Department.

**4.**     **If your state uses a pricing service, which service is used? How does use of a service impact in your state's pricing? Under what circumstances, if any, does your agency set prices using information other than the pricing service?**

The Department uses First DataBank's pricing data even for setting the generic drug State Upper Limits. The manufacturer provided AWP's are the same whether you get it from First DataBank or MediSpan.

**5.**     **Please supply your state's written policies/statues/guidelines that set forth or determine Medicaid pricing for drugs.**

See **Attachment IV** for a copy of the State Law and **Attachment V** for the State Plan.

page 2 Global

6.     **Please describe the process for adopting and/or amending policy changes for drug pricing for:**

    **a) Brand Names**---see below

    **b) Generics**---see below

We assume this is asking about making changes in the pricing methodology. This is via Administrative Rule for the acquisition price and negotiated with the industry for the dispensing fee price.

    **c) What is the legal authority to make pricing changes?**

We do not understand this question.

7.     **If your state had known about possible deceptive pricing by the manufacturers (e.g. deep discounts for non-government payer), what effect would this have had on the administration of your pharmacy pricing program?**

The problem is NOT discounting to high volume purchasers as Medicaid get that back on brand name drugs through the rebate program. The problem is that the AWP's which payers based their upper limits upon have become meaningless because of the way manufacturers have inflated them. For brand name drugs, the published AWP is about 18% to 20% higher than actual wholesale prices. For generics it is about 38% to 45% above actual wholesale prices.

8.     **Can your state Medicaid program recover utilization data for the NDC Codes for the codes listed in the attachment for the years 1993 to present? If you can recover any or all of this data, please work with your pharmacy director to implement a plan to collect the data.**

This data is readily available. SURS should be able to produce it or a PIR could be requested to get it out of MARS.

9.     **Are you aware of any incentives (such as free merchandise, kickbacks of any type, or off-invoice discounts) which are directly supplied to distributors, pharmacies, or prescribers by the drug manufacturers.**

Check with any wholesaler for specifics, but, such arrangements are standard practice.

Page 3 Global

**10.    Are there particular categories of drugs that your pharmacy manager believes should be further reviewed from a pricing standpoint?**

1.    Mylan products and Mylan's practice of purchasing all the raw material needed to produce certain generic drugs and then inflating the published AWPs and openly telling pharmacists that they can now actually make a larger profit because they are allowing the actual wholesale price to be considerably less.

2.    Generic drug published wholesale prices generally need to be looked into because of the significance of the difference between published AWPs and actual wholesale prices.

3.    Brand name drug published AWPs for certain manufacturers are starting to be like generics and should be looked into.

**11.    What is you state's policy regarding generic drugs? Are generic drugs mandated where available? If yes, does your state compare the brand name price with the generic price before implementing the generic price as its standard for reimbursement.**

For drugs that are available generically (in Illinois that means drugs determined by the Illinois Department of Public Health to be interchangeable and are listed in their Illinois Formulary) the Department does not care whether the pharmacist dispenses the brand or a generic version. The generic pricing methodology is applied to determine the Department's upper limit regardless of what was dispensed. This is why a practice such as Mylan has is quickly costing payers millions of dollars. There have to be multiple companies producing the generic in order to have a State or Federal MAC. When Mylan buys all the raw material for a generic and becomes the only generic company selling that product, payers have to take their upper limit off and start paying based upon that drug's AWP.

**12.    Does your state regularly receive rebates from drug manufacturers? If so,**

**A)    is there one person who is in charge of the rebate program?**

Name:     _Marvin Hazelwood_        Phone #   217-524-7112

**B)    How and from whom did you receive information regarding the rebates from the manufacturers?**

Rebate rate data is provided to States by HCFA.

**CONFIDENTIAL**                                       **AWP-IL-00047512**

Page 4    Global

**C)**    **How is the amount of the rebate calculated?**

Rebate amounts are calculated by multiplying the HCFA rebate rate times the number of units reimbursed by the Department.

**D)**    **By whom is the amount of the rebate calculated?  If calculated by the manufacturer, does the State check the accuracy of the calculation?**

The rebate is calculated by the Department.  The amount reimbursed by the Department to each dispensing pharmacy is not a factor in determining manufacturer rebates.

**E)**    **If needed, can you obtain the amount of the rebates you received for any particular drug during the years 1993-1997?**

Rebate rates are confidential by Federal Law.  States are limited in what rebate information can be shared with anyone to that which could NOT be used to figure out what the rebate rate might be.

G:\BCHS\SANDYS\GLOBAL.WPD

**CONFIDENTIAL**

AWP-IL-00047513

Attachment 1

## DRUG PRICING

Pharmacies are to bill the Department their usual and customary charge to the general public.
Reimbursement is lower of the usual and customary charge shown on the claim and the
Department's upper limit calculated for the drug being billed. The definition of usual and
customary charge excludes rates negotiated for special contracts, etc.

## DRUG ACQUISITION COMPONENT

For brand name drugs, the acquisition component is the published AWP for the standard
package size of the drug dispensed minus 10%. For generics, the acquisition component
is the lower of 1) the Federal Upper Limit for the drug, 2) the State Upper Limit (State
MAC) or 3) the AWP minus 12% of the standard package size. Prior to 7/1/95, the
generic drug piece of the discount off the standard package size was 10% just like the
brand name drug discount off AWP.

In 1995, as a budget initiative, the Department wanted to begin calculating the AWP piece
of the drug acquisition cost for our upper limit using the actual price manufacturers sell to
wholesalers (called wholesale acquisition cost or WAC) plus a 10% mark-up instead of
continuing to use the published average wholesale price (AWP). That initiative did not
receive sufficient legislative support and instead an agreement was negotiated to move the
generic drug discount from AWP minimum 10% to AWP minus 12% instead.

## DRUG DISPENSING FEE CALCULATION

Dispensing fees are floating fees with the actual amount calculated based upon the amount used
for the acquisition piece of the calculation.

For brand name drugs, the dispensing fee component of the Department's drug upper limit
is $3.30 or 10% of the drug's AWP minus 10% up to a maximum of $14.72.

For generic drugs, the dispensing fee component of the Department's drug upper limit is
$3.58 or 10% of the amount used in the drug acquisition component up to a maximum of
$15.00.

In 1995, as a budget initiative, the Department proposed redefining usual and customary
charge to require each pharmacy bill the Department based upon the contract prices they
were accepting from HMOs or insurance companies (rather than the charge to the general
public) as those dispensing fees are considerable lower than those used in our calculation
(on average around $.50 to $1.00 lower). That initiative did not receive sufficient
legislative support and instead an agreement was negotiated allowing the Department to
reduce the dispensing fee for brand name drugs by $0.28 beginning July 1, 1995.

G:\BCHS\MLH\MISCELAN\MFCU1.WPD

**CONFIDENTIAL**                                                                        **AWP-IL-00047514**

Attachment II

39 ILLINOIS ADMINISTRATIVE CODE        CHAPTER I, SECTION 140.445
                                                    SUBCHAPTER d

Section 140.445    Legend Prescription Items (Not Compounded)

a)   For legend drugs, the Department shall pay the lower of:

   1)   the pharmacy's prevailing charge to the general public; or

   2)   the Department's maximum price plus the established dispensing
        fee.

b)   For generic drugs, the Department's maximum price is calculated as
     the lower of:

   1)   the pharmacy's prevailing charge to the general public; or

   2)   the average wholesale price minus 12 percent plus the
        established dispensing fee; or

   3)   the Federal Upper Limit for drugs that have been evaluated as
        therapeutically equivalent in the Food and Drug Administration's
        publication entitled Approved Drug Products with Therapeutic
        Equivalence Evaluations, plus the established dispensing fee; or

   4)   the State Upper Limit for drugs listed in the Illinois Formulary
        for the Drug Product Selection Program and not having an
        established Federal Upper Limit at the time of listing plus the
        established dispensing fee.

c)   For brand name drugs, the Department's maximum price is calculated as
     the average wholesale price minus ten percent plus the established
     dispensing fee.

(Source:  Amended at 19 Ill. Reg. 15677, effective November 28, 1995)

**CONFIDENTIAL**                                    **AWP-IL-00047515**

39 ILLINOIS ADMINISTRATIVE CODE           CHAPTER I, SECTION 140.446
                                                    SUBCHAPTER d

Section 140.446     Over-the-Counter Items

For those over-the-counter items which are covered, the Department shall pay
the lower of:

   a)   the prevailing charge to the general public; or

   b)   the wholesale acquisition cost, plus the percentage established by
        the Department for over-the-counter items.

(Source:  Amended at 19 Ill. Reg. 16677, effective November 28, 1995)

**CONFIDENTIAL**                                    **AWP-IL-00047516**

89 ILLINOIS ADMINISTRATIVE CODE          CHAPTER I, SECTION 140.447
SUBCHAPTER d

Section 140.447      Reimbursement

a)   The calculation of average wholesale price in the determination of
     the Department's maximum price (Section 140.445(b)(2)) is made using
     the standard package size.

b)   If a pharmacy gives discounts to the general public, it must provide
     the same to Public Aid recipients.  If discounts are allowed only to
     a specific group of people, they shall be extended to a recipient if
     he is a member of the special discount group.  Public Aid recipients
     can constitute a special group and receive a discount, but they
     cannot be excluded from a discount group just because they are
     recipients.

c)   The Department will require pharmacies to complete hard copy (paper)
     claim forms for pharmacy services and attach a Prescribing
     Practitioner Name Identification Form.  A separate hard copy (paper)
     claim form and Practitioner Name Identification Form is to be
     required for each recipient and prescribing practitioner.

d)   The Department will authorize an exception for pharmacies, to the
     requirements of Section 140.447(c), by allowing pharmacy claims to be
     submitted with the prescribing practitioner's DEA number, Department
     Medical Assistance Program participating provider identification
     number or Social Security Number.

(Source:  Amended at 19 Ill. Reg. 16677, effective November 28, 1995)

**CONFIDENTIAL**                                                    **AWP-IL-00047517**

# *ILLINOIS STATE POLICE*
## *Medicaid Fraud Control Unit*
### *400 Iles Park Place, Suite 302*
### *Springfield, IL  62718*
### *(217) 785-3322*
### *Fax 524-6405*





*3rd Fl. South*
*Iles Park*

**To:**  Bill Ippolito

**From:**  Rick Fork          7-2757

**Date:**  4/24/98

**Subject:**  Pharmacy Pricing Evo—

**Number of page(s) including the transmittal page:**  7

**Comments:**  Please call me so you can be brought
up to speed on this— It is much more
significant than we first thought—

(Do not disseminate the contents of this fax outside your agency.)

**CONFIDENTIAL**                                    AWP-IL-00047518

APR-24-1998  09:32        MEDICAID FRAUD CONTROL                212 417 4725   P.01

# FAX TRANSMISSION

### STATE OF NEW YORK
### OFFICE OF THE ATTORNEY GENERAL

MEDICAID FRAUD CONTROL UNIT
270 Broadway, 31st Floor
New York, New York 10007
(212) 417-5376
Fax: (212) 417-4725

**To:** _Rick Fair_          **Date:** _4/24/98_

**Fax #:** _____    **Pages:** _6_, including this c sheet.

**From:** _Mark Moskovitz_

**Subject:** _____   *Ask Bill Ippolito to make proper inquiries on this —*

**COMMENTS:** _____

_____

_____

_____

If there are any problems receiving this transmission, please contact _____
at (212) 417-_5384_

**CONFIDENTIALITY NOTICE:** This facsimile is intended for the use of the addressee named herein and contains legally privileged and confidential information. If you are not the intended recipient of this facsimile, you are hereby notified that any dissemination, distribution or copying of this facsimile is strictly prohibited and may subject you to criminal prosecution and/or civil liability. If you have received this facsimile in error, PLEASE DESTROY. Thank you.

**WARNING:** Some fax machines produce copies on thermal paper. The image produced on thermal paper is highly unstable and will deteriorate significantly in a few years. Thermal paper fax copies should be re-copied on a plain paper copier prior to filing as a record.

P.2

CONFIDENTIAL                                     AWP-IL-00047519

APR-24-1998  09:33       MEDICAID FRAUD CONTROL          212 417 4725    P.02

## GLOBAL SETTLEMENT REQUEST
## CONFIDENTIAL

### Attachment One
### Question Guideline for State Program Pharmacy Manager


As one important element of this investigation, we need to ascertain your state's payment methodology for drugs and their reliance upon pricing information from the manufacturers and pricing services.  Please interview your state's Medicaid pharmacy manager or equivalent and have them answer the following questions:


State: _____

MFCU Contact Person: _____

Phone #: _____

Pharmacy Manager or Equivalent: _____

Phone #: _____


1) Please give a general description of your state's drug pricing methodology and any changes for years 1990 to present.


2) Has your state received any correspondence or any communication from drug manufacturers regarding drug pricing?

CONFIDENTIAL                              AWP-IL-00047520

APR-24-1998  09:33        MEDICAID FRAUD CONTROL         212 417 4725     P.03

3) a)  If your state received such communications, did your state rely on the

information in those communications?


b)  Why or why not?


c)  Please document above-referenced contacts, correspondence, and/or

communications and provide the same.



4)  If your state uses a pricing service, which service is used?  How does use of

a service impact in your state's pricing?  Under what circumstances, if any,

does your agency set prices using information other than the pricing service?



5)  Please supply your state's written policies/statutes/guidelines that set forth or

determine Medicaid pricing for drugs.



6)  Please describe the process for adopting and/or amending policy changes for

drug pricing for:


a)  Brand Names

b)  Generics

CONFIDENTIAL                                      AWP-IL-00047521

APR-24-1998   09:33          MEDICAID FRAUD CONTROL              212 417 4725      P.04

c)  What is the legal authority to make pricing changes?

7)  If your state had known about possible deceptive pricing by the manufacturers (e.g. deep discounts for non-government payer), what effect would this have had on the administration of your pharmacy pricing program?

8)  Can your state Medicaid program recover utilization data for the NDC Codes for the codes listed in the attachment for the years 1993 to present?  If you can recover any or all of this data, please work with your pharmacy director to implement a plan to collect the data.

9)  Are you aware of any incentives (such as free merchandise, kickbacks of any type, or off-invoice discounts) which are directly supplied to distributors, pharmacies, or prescribers by the drug manufacturers.

10) Are there particular categories of drugs that your pharmacy manager believes should be further reviewed from a pricing standpoint?

CONFIDENTIAL                                          AWP-IL-00047522

APR-24-1998  09:34        MEDICAID FRAUD CONTROL                212 417 4725    P.05

11) What is your state's policy regarding generic drugs?  Are generic drugs mandated where available?  If yes, does your state compare the brand name price with the generic price before implementing the generic price as its standard for reimbursement.

12) Does your state regularly received rebates from drug manufacturers?  If so,

A) Is there one person who is in charge of the rebate program?

Name _____ Phone# _____

B) How and from whom did you receive information regarding the rebates from the manufacturers?

C) How is the amount of the rebate calculated?

D) By whom is the amount of the rebate calculated?  If calculated by the manufacturer, does the State check the accuracy of the calculation?

E) If needed, can you obtain the amount of the rebates you received for any particular drug during the years 1993 – 1997?

Please send the results of this request to your team representative as soon as completed.

P.6

CONFIDENTIAL                                                        AWP-IL-00047523

| ABBOTT | 5% Dextrose in Water | 100 ml | 00074-7100-23 |
|--------|----------------------|--------|---------------|
| ABBOTT | 5% Dextrose in Water | 1000 ml | 00074-7922-09 |
| ABBOTT | 5% Dextrose in Water | 250 ml | 00074-7100-02 |
| ABBOTT | 5% Dextrose in Water | 50 ml | 00074-7100-13 |
| ABBOTT | 5% Dextrose in Water | 500 ml | 00074-7922-03 |
| ABBOTT | 5% Dextrose/Sodium Chloride 0.9 | 1000 ml | 00074-7941-08 |
| ABBOTT | 5% Dextrose/Sodium Chloride 0.9 | 250 ml | 00074-7941-02 |
| ABBOTT | 5% Dextrose/Sodium Chloride 0.9 | 500 ml | 00074-7941-03 |
| ABBOTT | Amikacin Sulfate | 1 gm, 4 ml | 00074-1857-01 |
| ABBOTT | Amikacin Sulfate | 100 mg, 2 ml | 00074-1855-01 |
| ABBOTT | Amikacin Sulfate | 500 mg, 2 ml | 00074-1858-01 |
| ABBOTT | Clindamycin Phosphate | 300 mg | 00074-4090-01 |
| ABBOTT | Clindamycin Phosphate | 300 mg | 00074-4063-03 |
| ABBOTT | Clindamycin Phosphate | 600 mg | 00074-4091-01 |
| ABBOTT | Clindamycin Phosphate | 600 ml | 00074-4054-03 |
| ABBOTT | Clindamycin Phosphate | 900 mg | 00074-4053-01 |
| ABBOTT | Clindamycin Phosphate | 900 mg | 00006-4455-03 |
| ABBOTT | Clindamycin Phosphate | 9000 mg | 00074-4197-01 |
| ABBOTT | Dex 5%,KCl/NaCl | 1000 ml | 00074-7922-05 |
| ABBOTT | Furosemide | 40 mg, 4 ml | 00074-6109-04 |
| ABBOTT | Heparin Lock Flush | 100u/ml, 10 ml | 00074-1152-70 |
| ABBOTT | Heparin Lock Flush | 100u/ml, 30 ml | 00074-1153-78 |
| ABBOTT | Heparin Lock Flush | 10u/ml, 30 ml | 00074-1157-78 |
| ABBOTT | Pentamidine | 300 mg | 00074-4548-01 |
| ABBOTT | Ringers Lactate | 1000 ml | 00074-7953-09 |
| ABBOTT | Ringers Lactate | 250 ml | 00074-7953-02 |
| ABBOTT | Ringers Lactate | 500 ml | 00074-7953-03 |
| ABBOTT | Sodium Bicarbonate | 50 ml | 00074-8825-05 |
| ABBOTT | Sodium Bicarbonate | 8.4% 50 ml | 00074-6637-01 |
| ABBOTT | Sodium Chloride 0.9% | 100 ml | 00074-7101-08 |
| ABBOTT | Sodium Chloride 0.9% | 1000 ml | 00074-7983-08 |
| ABBOTT | Sodium Chloride 0.9% | 250 ml | 00074-7983-02 |
| ABBOTT | Sodium Chloride 0.9% | 500 ml | 00074-7983-03 |
| ABBOTT | Sodium Chloride 0.9% | 50 ml | 00074-7101-13 |
| ABBOTT | Tobramycin Sulfate | 20 mg | 00074-3377-01 |
| ABBOTT | Tobramycin Sulfate | 2000 mg | 00074-3960-02 |
| ABBOTT | Tobramycin Sulfate | 80 mg | 00074-3284-03 |
| ABBOTT | Tobramycin Sulfate | 80 mg | 00074-5469-13 |
| ABBOTT | Tobramycin Sulfate | 80 mg | 00074-3883-01 |
| ABBOTT | Tobramycin Sulfate | 80 mg | 00074-3885-05 |
| ABBOTT | Tobramycin Sulfate | 80 mg | 00074-3470-23 |
| ABBOTT | Tobramycin Sulfate | 80 mg | 00074-3678-01 |
| ABBOTT | Tobramycin Sulfate | 80 mg | 00074-5525-01 |
| ABBOTT | Vancomycin HCL | 1 gm | 00074-6533-01 |
| ABBOTT | Vancomycin HCL | 5 gm | 00074-6509-01 |
| ABBOTT | Vancomycin HCL | 500 mg | 00074-4332-01 |
| ABBOTT | Vancomycin HCL | 500 mg | 00074-6535-01 |

Page 1

ATTACHMENT 2

CONFIDENTIAL

AWP-IL-00047524

# EXHIBIT P



INVOICE
REMITTANCE
COPY

# METRO
## MEDICAL·SUPPLY·INC
1911 CHURCH STREET
NASHVILLE, TENNESSEE 37203
Phone: (615) 329-4647

| DATE | NUMBER |
| --- | --- |
| 04/03/91 | 8493 |

PAGE 1

B
I
L
L
T
o

DIALYSIS CLINIC,DICKSON
100 ACADEMY STREET

DICKSON, TN   37055

S
H
I
P
T
o

DIALYSIS CLINIC, DICKSON
100 ACADEMY STREET
DICKSON, TN 37055

| ORDER NO. | ORDER DATE | CUSTOMER NO. | SALES MAN NO. | PURCHASE ORDER NO. | SHIP VIA | SHIP DATE | TERMS |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 5943 | 04/03/91 | 19057 | IP | 1069DK | | 04/03/91 | |

| QTY. ORDERED | QTY. SHIP | QTY. B.O. | ITEM NO. | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
| --- | --- | --- | --- | --- | --- | --- |
| 2 | 2 | | 45-1444975 | BETADINE OINT. U/D PAKS  144/BX | 4.90 @ BX | 9.80 |
| 1 | 1 | | 45-1663335 | CALCIUM GLUCONATE 10% 10ML - VIAL | 0.79 @ EA | 0.79 |
| 25 | 25 | | 45-1668516 | HEPARIN 10,000U/ML 4ML | 1.79 @ EA | 44.75 |
| 3 | 3 | | 45-2185528 | HEPARIN BEEF LUNG 1000U/ML 30ML | 3.26 @ EA | 9.78 |
| 125 | 125 | | 45-2450450 | HEPARIN PORK 1000U/ML 30ML | 0.79 @ EA | 99.75 |
| 3 | | 3 | 45-1318930 | IMFERON 50MG/ML 2ML  (10/BX) | 103.93 @ BX | 0.00 |
| 1 | 1 | | 45-1444546 | INSULIN REGULAR 10ML (LILLY) | 10.95 @ EA | 43.99 |
| 3 | 3 | | 45-1138783 | KEFZOL 1GM INJ. | 2.19 @ EA | 6.57 |
| 25 | 25 | | 45-1744739 | LIDOCAINE 1% 50ML- PLAIN | 0.56 @ EA | 14.00 |
| 1 | 1 | | 45-1942598 | DARVON 65MG (EQUIV) #100 | 4.85 @ BT | 4.85 |
| 10 | 10 | | 45-2256717 | SODIUM CHLORIDE 23.4% 30ML | 0.79 @ EA | 7.90 |
| 20 | 20 | | 45-2505683 | VANCOMYCIN 500MG INJ.- ABBOTT | 4.59 @ EA | 91.80 |

NO CREDIT WILL BE ALLOWED FOR MERCHANDISE RETURNED WITHOUT PRIOR AUTHORIZATION

4-1,011

THANK YOU FOR YOUR BUSINESS

| SALE AMOUNT | 299.98 |
| --- | --- |
| MISC. CHARGES | 0.00 |
| SALES TAX | 0.00 |
| FREIGHT | 5.71 |
| * PLEASE PAY | 305.69 |

HHD200-1431

# EXHIBIT Q

T

NE-O-10

Page No.  69
06/12/95

ID  NE-O-10

| DATE | INV TYPE | NDC | DESCRIPTION | IND | QTY | PRICE |
|------|----------|-----|-------------|-----|-----|-------|
| 04/25/94 | W | 00075135001 | HP ACTHAR GEL 80 USP 5 ML | N | 5.00 | 32.22 |
| 04/25/94 | W | 00517040125 | ATROPINE SULFATE .4MG 1ML VIAL | N | 25.00 | 5.35 |
| 04/25/94 | W | 00472001699 | AUROTO OTIC SOLUTION | N | 15.00 | 1.35 |
| 04/25/94 | W | 51079060520 | CEPHALEXIN 500 MG | N | 100.00 | 19.45 |
| 04/25/94 | W | 00081019892 | CORTISPORIN OTIC SUSPENSION (POLYMYXIN B | I | 10.00 | 14.42 |
| 04/25/94 | W | 00054817425 | DEXAMETHA 1.0MG TAB 1C | N | 100.00 | 18.99 |
| 04/25/94 | W | 00007365021 | DYAZIDE | I | 100.00 | 33.22 |
| 04/25/94 | W | 00548201600 | EPINEPHRINE INJECTION USP 1:10,000 | N | 25.00 | 32.16 |
| 04/25/94 | W | 00517560125 | HYDROXYZINE HCL 50MG 1ML VIAL | N | 25.00 | 5.61 |
| 04/25/94 | W | 00009005604 | MEDROL 4 MG CT | I | 21.00 | 9.31 |
| 04/25/94 | W | 00641149535 | PROMETHAZINE HYDROCHLORIDE INJECTION USP | N | 25.00 | 9.39 |

*T  T*                        *T*

INVOICE TOTAL          181.47 ✓

| DATE | INV TYPE | NDC | DESCRIPTION | IND | QTY | PRICE |
|------|----------|-----|-------------|-----|-----|-------|
| 03/31/94 | M | 00074158603 | 5% SODIUM CHL INJ | N | ~~500.00~~ *12.00* | 15.06 |
| 03/31/94 | M | 00074797408 | GLYCINE 3000ML | N | ~~3000.00~~ *4.00* | 34.21 |
| 03/31/94 | M | 00074797307 | WATER 2000ML FLEX | N | ~~2000.00~~ *6.00* | 32.03 |
| 03/31/94 | M | 00074797208 | SOD CHL IRRG FLEX | N | ~~3000.00~~ *4.00* | 26.72 |
| 03/31/94 | M | 00074798437 | SODIUM CHL 0.9% INJ LIFECARE 100MLFILL | N | 80.00 | 135.31 |
| 03/31/94 | M | 00074798302 | 0.9% SOD CHL LC | N | ~~250.00~~ *24.00* | 17.27 |
| 03/31/94 | M | 00074798309 | 0.9% SOD CHL LC | N | ~~1.00~~ *12.00* | 14.26 |
| 03/31/94 | M | 00074798509 | 0.45% SOD CHL LC | N | ~~1.00~~ *12.00* | 15.25 |
| 03/31/94 | M | 00074792609 | 5% DEX-1/2 SOD LC | N | ~~1.00~~ *12.00* | 17.08 |
| 03/31/94 | M | 00074790209 | DEX SOD 20MEQ KCL | N | ~~1.00~~ *12.00* | 22.67 |
| 03/31/94 | M | 00074794109 | 5% DEX .9% SOD LC | N | ~~1.00~~ *12.00* | 17.40 |
| 03/31/94 | M | 00074792209 | 5% DEXTROSE LC | N | ~~1.00~~ *12.00* | 16.01 |
| 03/31/94 | M | 00074792202 | 5% DEXTROSE LC | N | ~~1.00~~ *24.00* | 17.84 |
| 03/31/94 | M | 00074792909 | 5% DEX AND LRS LC | N | ~~1.00~~ *12.00* | 19.22 |
| 03/31/94 | M | 00074795309 | LACTATED RINGERS | N | ~~1.00~~ *12.00* | 17.48 |
| 03/31/94 | M | 00074796509 | NORMOSOL-M DEX LC | N | ~~1.00~~ *12.00* | 26.28 |
| 03/31/94 | M | 00074159002 | STERILE WATER INJ | N | ~~250.00~~ *12.00* | 11.94 |
| 03/31/94 | M | 00074793132 | LIDOCN 0.4% 250ML | N | ~~250.00~~ *12.00* | 94.14 |

*T  T*                *T*

INVOICE TOTAL          550.17 ✓

PHARMACY TOTAL         731.64 4

*T – Traced to invoice and each*
*ID number, date, invoice type,*
*drug name and quantity was*
*correct unless changed. + 6-14-95 ℗BS*

*✓ – Verified math accuracy of invoice*
*4   total and amounts agreed.*
*6 – 14-95 ℗BS*
*6 – 15 – 95 ℗LD*

HHD015-1492          F

# Confidential

## Pharmacy Information Form

Pharmacy Name: _Box Butt General Hospital_

Address: _2101 Box Butt Ave_

_Alliance, Ne 69301_

Phone Number: _(308) 762- 3327_

Contact Person: _Sue Rolfe, R.R._

### Type of Pharmacy
### (Check Appropriate Block(s))

Independent Retail Pharmacy ☐
Chain (four or more stores) Pharmacy ☐
Other:
    Nursing Home Pharmacy ☐
    Hospital Outpatient Pharmacy ☐
    Home I.V. Pharmacy ☐
    Mail Order Pharmacy ☐
    County Public Health Unit Pharmacy ☐
    Public Health Entity ☐

_Inpatient Hospital Pharmacy X_

ABB____
COLO___

*Add a "O" to all NDC's*

B

5   H033194   HOSPITAL PRODUCTS DIVISION
ABBOTT LABORATORIES
FARMERS BRANCH TX   75244

**THANK YOU FOR YOUR ORDER**

DUPLICATE
PAGE   1

| INVOICE DATE | INVOI_ |
|---|---|
| 03/31/94 | 643 |

| | NET 30 | | PURCHASE ORDER NO. | ORD. LOC. | ORDER DATE | M.C. |
|---|---|---|---|---|---|---|
| | | | 033194 | DAL | 03/31/94 | 1B |

CUSTOMER NO.
1475042

| PLEASE USE YOUR CUSTOMER NUMBER WHEN REORDERING | CUSTOMER NO. | CLASS | DEA REG. NO. | TERRITORY |
|---|---|---|---|---|
| | 14750426 | M026 | AB7062146 | MBU03 |

REFERENCE NO.
74782852-01A

ISSUE DATE
03/31/94

SHIP LOC.
AUC

SOLD TO:
BOX BUTTE GEN HOSP/PHCY
OWEN HLTHCR 4704/BX 810
2101 BOX BUTTE AVENUE
ALLIANCE NE   69301

SHIP TO:
BOX BUTTE GEN HOSP/PHCY
OWEN HLTHCR 4704/BX 810
2101 BOX BUTTE AVENUE
ALLIANCE NE   69301

ITEMS CODED # SUBJECT TO DRUG ABUSE CONTROL

| LINE | LOCATION | QUANTITY | SIZE DESC. | NDC/NHRIC LIST SIZE | INV. SIZE | PRODUCT DESCRIPTION | SP. CD. | CONTRACT DEAL NO. | TAX | UNIT PRICE | M | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 1 | 12/500 C 1 | 0074- 1586-03 84511DM | 03 | 5% SODIUM CHL INJ | | F295173265BE | | 15.06 C | | 15.06 |
| 2 | | 2 | 4/3000 C 2 | 0074- 7974-08 86023JT | 08 | GLYCINE 3000ML | | F295173265BE | | 34.21 C | | 68.42 |
| 3 | | 1 | 6/2000 C 1 | 0074- 7973-07 82611JT | 07 | WATER 2000ML FLEX | | F295173265BE | | 32.03 C | | 32.03 |
| 4 | | 2 | 4/3000 C 2 | 0074- 7972-08 85248JT | 08 | SOD CHL IRRG FLEX | | F295173265BE | | 26.72 C | | 53.44 |
| 5 | | 1 | CS/80 C 1 | 0074- 7984-37 86908JT | 37 | 0.9% SODCHL 100ML | | F295173265BE | | 135.31 C | | 135.31 |
| 6 | | 1 | 24/250 C 1 | 0074- 7983-02 86930JT | 62 | 0.9% SOD CHL LC | | F295173265BE | | 17.27 C | | 17.27 |
| 7 | | 1 | 12/1M C 1 | 0074- 7983-09 85290JT | 39 | 0.9% SOD CHL LC | | F295173265BE | | 14.26 C | | 14.26 |
| 8 | | 1 | 12/1M C 1 | 0074- 7985-09 86002JT | 39 | 0.45% SOD CHL LC | | F295173265BE | | 15.25 C | | 15.25 |
| 9 | | 2 | 12/1M C 2 | 0074- 7926-09 86988JT | 39 | 5% DEX-1/2 SOD LC | | F295173265BE | | 17.08 C | | 34.16 |
| 10 | | 1 | 12/1M C 1 | 0074- 7902-09 86974JT | 39 | DEX SOD 20MEQ KCL | | F295173265BE | | 22.67 C | | 22.67 |
| 11 | | 1 | 12/1M C 1 | 0074- 7941-09 85291JT | 39 | 5% DEX .9% SOD LC | | F295173265BE | | 17.40 C | | 17.40 |
| 12 | | 1 | 12/1M C 1 | 0074- 7922-09 85309JT | 39 | 5% DEXTROSE LC | | F295173265BE | | 16.01 C | | 16.01 |
| 13 | | 1 | 24/250 | 0074- 7922-02 | 62 | 5% DEXTROSE LC | | F295173265BE | | 17.84 C | | 17.84 |

...ries, of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded ... of the Federal Food, Drug and Cosmetic Act, or the Insecticide Act of 1910, as amended, or within the meaning ... te or municipal law in which the definitions of adulteration and misbranding are substantially the same as those ... al Food, Drug and Cosmetic Act, as said laws are effective as of the date of this invoice, and are not articles ... provision of section 404 or 505 of said Federal Food, Drug and Cosmetic Act, be introduced into interstate ... certifies that the products covered by this invoice have been produced in compliance with the applicable Standards Act of 1938, as amended, and regulations issued thereunder.

PLEASE REMIT
PAYMENT TO:

ABBOTT LABORATORIES
P.O. BOX 92679

CHICAGO, IL   60675-2679

HHD015-1497

# ABBOTT LABORATORIES

Health Care World Wide

COLORADO WHOLESALE LICENSE NO. W-35   H033194   HOSPITAL PRODUCTS DIVISION
FEDERAL I.D. NO. 36-069-8440                              ABBOTT LABORATORIES

**THANK YOU FOR YOUR ORDER**

FARMERS BRANCH TX  75244

DUPLICATE

PAGE  1

| INVOICE DATE | INVOICE NUMBER | T.C. | TERMS | | PURCHASE ORDER NO. | ORD. REG. NO. | ORDER DATE | M.C. |
|---|---|---|---|---|---|---|---|---|
| 03/31/94 | 64301715 | 04 | 1% 15 DAYS NET 30 | | 033194 | DAL | 03/31/94 | 1B |

| CUSTOMER NO. | CLASS | DEA REG. NO. | | CUSTOMER NO. | CLASS | DEA REG. NO. | TERRITORY |
|---|---|---|---|---|---|---|---|
| 14750426 | M026 | AB7062146 | | 14750426 | M026 | AB7062146 | MBU03 |

PLEASE USE YOUR CUSTOMER NUMBER WHEN REORDERING

REFERENCE NO.
74782852-01A

ISSUE DATE
03/31/94

SHIP LOC.
AUC

SOLD TO:
BOX BUTTE GEN HOSP/PHCY
OWEN HLTHCR 4704/BX 810
2101 BOX BUTTE AVENUE
ALLIANCE NE  69301

SHIP TO:
BOX BUTTE GEN HOSP/PHCY
OWEN HLTHCR 4704/BX 810
2101 BOX BUTTE AVENUE
ALLIANCE NE  69301

ITEMS CODED # SUBJECT TO DRUG ABUSE CONTROL

| LINE | LOCATION | QUANTITY | SIZE DESC. | NDC/NHRIC LIST SIZE | INV. SIZE | PRODUCT DESCRIPTION | SP. CD. | CONTRACT DEAL NO. | TAX | UNIT PRICE | M | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ** | 1 | 12/500 C 1 | 0074- 1586-03 84511DM | 03 | 5% SODIUM CHL INJ | | F295173265BE | | 15.06 | C | 15.06 |
| 2 | | 2 | 4/3000 C 2 | 0074- 7974-08 86023JT | 08 | GLYCINE 3000ML | | F295173265BE | | 34.21 | C | 68.42 |
| 3 | | 1 | 6/2000 C 1 | 0074- 7973-07 82611JT | 07 | WATER 2000ML FLEX | | F295173265BE | | 32.03 | C | 32.03 |
| 4 | | 2 | 4/3000 C 2 | 0074- 7972-08 85248JT | 08 | SOD CHL IRRG FLEX | | F295173265BE | | 26.72 | C | 53.44 |
| 5 | | 1 | CS/80 C 1 | 0074- 7984-37 86908JT | 37 | 0.9% SODCHL 100ML | | F295173265BE | | 135.31 | C | 135.31 |
| 6 | | 1 | 24/250 C 1 | 0074- 7983-02 86930JT | 62 | 0.9% SOD CHL LC | | F295173265BE | | 17.27 | C | 17.27 |
| 7 | | 1 | 12/1M C 1 | 0074- 7983-09 85290JT | 39 | 0.9% SOD CHL LC | | F295173265BE | | 14.26 | C | 14.26 |
| 8 | | 1 | 12/1M C 1 | 0074- 7985-09 86002JT | 39 | 0.45% SOD CHL LC | | F295173265BE | | 15.25 | C | 15.25 |
| 9 | | 2 | 12/1M C 2 | 0074- 7926-09 86988JT | 39 | 5% DEX-1/2 SOD LC | | F295173265BE | | 17.08 | C | 34.16 |
| 10 | | 1 | 12/1M C 1 | 0074- 7902-09 86974JT | 39 | DEX SOD 20MEQ KCL | | F295173265BE | | 22.67 | C | 22.67 |
| 11 | | 1 | 12/1M C 1 | 0074- 7941-09 85291JT | 39 | 5% DEX .9% SOD LC | | F295173265BE | | 17.40 | C | 17.40 |
| 12 | | 1 | 12/1M C 1 | 0074- 7922-09 85309JT | 39 | 5% DEXTROSE LC | | F295173265BE | | 16.01 | C | 16.01 |
| 13 | | 1 | 24/250 C | 0074- 7922-02 | 62 | 5% DEXTROSE LC | | F295173265BE | | 17.84 | C | 17.84 |

...ries, of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded ...of the Federal Food, Drug and Cosmetic Act, or the Insecticide Act, of 1910, as amended, or within the meaning ...ate or municipal law in which the definitions of adulteration and misbranding are substantially the same as those ...al Food, Drug and Cosmetic Act, as said laws are effective as of the date of this invoice, and are not articles ...provision of section 404 or 505 of said Federal Food, Drug and Cosmetic Act, be introduced into interstate ...is certifies that the products covered by this invoice have been produced in compliance with the applicable Standards Act of 1938, as amended, and regulations issued thereunder.

PLEASE REMIT PAYMENT TO:

ABBOTT LABORATORIES
P.O. BOX 92679

CHICAGO, IL  60675-2679

HHD015-1498

# ABBOTT LABORATORIES

Health Care World Wide
COLORADO WHOLESALE LICENSE NO. W-35   H033194   HOSPITAL PRODUCTS DIVISION
FEDERAL I.D. NO. 36-069-8440                                    ABBOTT LABORATORIES
THANK YOU FOR YOUR ORDER                              FARMERS BRANCH TX  75244

DUPLICATE
PAGE  2
END

| INVOICE DATE | INVOICE NUMBER | T.C. | TERMS | | PURCHASE ORDER NO. | ORD. LOC. | ORDER DATE | M.C. |
|---|---|---|---|---|---|---|---|---|
| 03/31/94 | 64301715 | 04 | 1% 15 DAYS NET 30 | | 033194 | DAL | 03/31/94 | 1B |

| | CUSTOMER NO. | CLASS | DEA REG. NO. | | CUSTOMER NO. | CLASS | DEA REG. NO. | TERRITORY |
|---|---|---|---|---|---|---|---|---|
| SOLD TO | 14750426 | M026 | AB7062146 | SHIP TO | 14750426 | M026 | AB7062146 | MBU03 |

PLEASE USE YOUR CUSTOMER NUMBER WHEN REORDERING
REFERENCE NO.
74782852-01A
ISSUE DATE
03/31/94
SHIP LOC.
AUC

SOLD TO:
BOX BUTTE GEN HOSP/PHCY
OWEN HLTHCR 4704/BX 810
2101 BOX BUTTE AVENUE
ALLIANCE NE  69301

SHIP TO:
BOX BUTTE GEN HOSP/PHCY
OWEN HLTHCR 4704/BX 810
2101 BOX BUTTE AVENUE
ALLIANCE NE  69301

ITEMS CODED # SUBJECT TO DRUG ABUSE CONTROL

| LINE | LOCATION | QUANTITY | SIZE DESC. | NDC/NHRIC LIST SIZE | INV. SIZE | PRODUCT DESCRIPTION | SP. CD. | CONTRACT DEAL NO. | TAX | UNIT PRICE | M | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | | 2 | C   1 12/1M | 86015JT 0074- 7929-09 | 39 | 5% DEX AND LRS LC | | F295173265BE | | 19.22 | C | 38.44 |
| 15 | | 2 | C   2 12/1M | 86009JT 0074- 7953-09 | 39 | LACTATED RINGERS | | F295173265BE | | 17.48 | C | 34.96 |
| 16 | | 1 | C   2 12/1M | 85294JT 0074- 7965-09 | 39 | NORMOSOL-M DEX LC | | F295173265BE | | 26.28 | C | 26.28 |
| 17 | | 2 | C   1 12/250 | 83929FW 0074- 1590-02 | 02 | STERILE WATER INJ | | F295173265BE | | 11.94 | C | 23.88 |
| 18 | | 1 | C   2 3/40 | 84528DM 0074- 4612-04 | 04 | EXTENT CONNECT | | F295173265BE | | 120.35 | C | 120.35 |
| 19 | | 1 | C   1 2/60 | 83257H1 0074- 5396-02 | 02 | SHORT LUER MALE | | F295173265BE | | 81.67 | C | 81.67 |
| 21 | | 1 | C   1 12/250 | 80243H1 0074- 7931-32 | 32 | LIDOCN 0.4% 250ML | | F295173265BE | | 94.14 | C | 94.14 |

C   1
81157FJ

SUBTOTAL   878.84
TOTAL      878.84

FOLLOWING ITEM(S) SCHEDULED TO BE SHIPPED
| 20 | | 1 | CS/12 | 0074- 7809-22 | 22 | DOPMN 400MG 250ML | SHIP FROM  FARM BR TX |

MAUREEN          308-762-3327
SHIPPED VIA: NEBRASKA TRANSPTCO          NEBT
EMS          00

...tories, of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded ...ing of the Federal Food, Drug and Cosmetic Act, or the Insecticide Act of 1910, as amended, or within the meaning ...tate or municipal law in which the definitions of adulteration and misbranding are substantially the same as those ...al Food, Drug and Cosmetic Act, as said laws are effective as at the date of this invoice, and are not articles ...he provision of section 404 or 505 of said Federal Food, Drug and Cosmetic Act, be introduced into interstate ...ries certifies that the products covered by this invoice have been produced in compliance with the applicable ...r Standards Act of 1938, as amended, and regulations issued thereunder.

PLEASE REMIT PAYMENT TO:

ABBOTT LABORATORIES
P.O. BOX 92679

1C2C          CHICAGO, IL  60675-2679

HHD015-1499

PRINTED ON RECYCLED PAPER

NC-O-4

ID   NC-O-04

| DATE | INV TYPE | NDC | DESCRIPTION | IND | QTY | PRICE |
|------|----------|-----|-------------|-----|-----|-------|
| 07/19/94 | M | 00074978903 | LIPOSYN II 20% | I | 12.00 | 108.54 |
| 07/19/94 | M | 00074109005 | AMINSYN 2 10 1000 | I | 6.00 | 56.10 |
| 07/19/94 | M | 00074799009 | STERILE WATER LC | N | 12.00 | 9.84 |
| 07/19/94 | M | 00074711807 | STER WATER BULK | N | 6.00 | 9.84 |
| 07/19/94 | M | 00074798309 | 0.9% SOD CHL LC | N | 12.00 | 9.74 |
| 07/19/94 | M | 00074978603 | LIPOSYN II 10% | I | 12.00 | 59.09 |
| 07/19/94 | M | 00074196607 | SOD CHL INJ 30ML | N | 100.00 | 4.50 |
| 07/19/94 | M | 00074108803 | AMINSYN 2 8.5 500 | I | 12.00 | 51.98 |
| | | | | | INVOICE TOTAL | 309.63 |
| 07/15/94 | W | 00186183935 | MVI PEDICATRIC MULTIVITAMINS FOR INFUSIO | S | 25.00 | 153.39 |
| 07/15/94 | W | 00469138003 | PEDTRACE 4 3ML IN 6.5ML SDVIAL | N | 25.00 | 33.15 |
| 07/15/94 | W | 39769005310 | SELE-PAK 40MCG/ML | N | 25.00 | 35.70 |
| | | | | | INVOICE TOTAL | 222.24 |
| | | | | | PHARMACY TOTAL | 531.87 |

*Handwritten notes:*

T — Traced to invoice and each ID number, date, invoice type, drug name and quantity was correct unless changed.
5-24-95 CSG

✓— Verified math accuracy of invoices'
+— totals and amounts agreed.
5-24-95 CSG
6-16-95

## ABBOTT LABORATORIES
Health Care World Wide
COLORADO WHOLESALE LICENSE NO. W-35
FEDERAL I.D. NO. 36-069-8440

**0071594   HOMECARE DIVISION**

**ABBOTT LABORATORIES**
**STONE MOUNTAIN GA  30083**

DUPLICATE

PAGE   1

END

THANK YOU FOR YOUR ORDER

| INVOICE DATE | INVOICE NUMBER | T.C. | TERMS | PURCHASE ORDER NO. | ORD. LOC. | ORDER DATE | M.C. |
|---|---|---|---|---|---|---|---|
| 07/19/94 | I6100949 | 15 | 1% 15 DAYS, NET 90 FROM DOI   9380 | | ATL | 07/15/94 | 1B |

| CUSTOMER NO. | CLASS | DEA REG. NO. | | CUSTOMER NO. | CLASS | DEA REG. NO. | TERRITORY |
|---|---|---|---|---|---|---|---|
| 11429198 | P040 | | | 11429199 | P040 | | AHK03 |

PLEASE USE YOUR CUSTOMER NUMBER WHEN REORDERING

REFERENCE NO.
**75229095-01A**

ISSUE DATE
**07/18/94**

SHIP LOC.
**RNC**

S O L D   T O
HEALTHINFUSION INC
SUITE 200
3363 VILLAGE DRIVE
FAYETTEVILLE NC  28304

S H I P   T O
HEALTHINFUSION INC
SUITE 200
3363 VILLAGE DRIVE
FAYETTEVILLE NC  28304

ITEMS CODED # SUBJECT TO DRUG ABUSE CONTROL

| LINE | LOCATION | QUANTITY | SIZE DESC. | NDC/NHRIC LIST SIZE | INV. SIZE | PRODUCT DESCRIPTION | SP. CD. | CONTRACT DEAL NO. | TAX | | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 2 | 12/500 | 00074- 9789-03 | 03 | LIPOSYN II 20% | | 0000125529 | | C | 217.08 |
| | | C   2 | 89364DE | | | | | | | | |
| 2 | | 3 | 6X1000 | 00074- 1090-05 | 05 | AMINSYN 2 10 1000 | | 0000125529 | | C | 168.30 |
| | | C   3 | 88906DM | | | | | | | | |
| 4 | | 1 | 12/1M | 00074- 7990-09 | 39 | STERILE WATER LC | | 0000125529 | | C | 9.84 |
| | | C   1 | 88548FW | | | | | | | | |
| 5 | | 3 | CS/6 | 00074- 7118-07 | 07 | STER WATER BULK | | 0000125529 | | C | 29.52 |
| | | C   3 | 88005FJ | | | | | | | | |
| 6 | | 3 | 12/1M | 00074- 7983-09 | 39 | 0.9% SOD CHL LC | | 0000125529 | | C | 29.22 |
| | | C   3 | 90719FW | | | | | | | | |
| 7 | | 1 | 12/500 | 00074- 9786-03 | 03 | LIPOSYN II 10% | | 0000125529 | | C | 59.09 |
| | | C   1 | 89366DE | | | | | | | | |
| 8 | | 4 | PKG/25 | 00074- 1966-07 | 73 | SOD CHL INJ 30ML | | 0000125462 | | C | 18.00 |
| | | C   1 | 90419DK | | | | | | | | |

SUBTOTAL   531.05
TOTAL      531.05

VALERIE   910-483-6525
SHIPPED VIA: ESTES EXPRESS LINE      EXLA
EQJ LMB   00

Abbott Laboratories, of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, or the Insecticide Act, of 1910, as amended, or within the meaning of applicable state or municipal law in which the definitions of adulteration and misbranding are substantially the same as those of the Federal Food, Drug and Cosmetic Act, as said laws are effective as of the date of this invoice, and are not articles under the provision of section 404 or 505 of said Federal Food, Drug and Cosmetic Act, be introduced into interstate Laboratories certifies that the products covered by this invoice have been produced in compliance with the applicable Fair Labor Standards Act of 1938, as amended, and regulations issued thereunder.

PLEASE REMIT PAYMENT TO

**ABBOTT LABORATORIES**
**P.O. BOX 100997**

28C8

**ATLANTA, GA  30384-0997**

HHD015-1138

**Health Care World Wide**

**COLORADO WHOLESALE LICENSE NO. W-35**   0071594   **HOMECARE DIVISION**   DUPLICATE

**FEDERAL I.D. NO. 36-069-8440**   **ABBOTT LABORATORIES**   PAGE 1

**SHIPPER DEA#: PA0020709   THANK YOU FOR YOUR ORDER**   **STONE MOUNTAIN GA   30083**   END

| INVOICE DATE | INVOICE NUMBER | T.C. | TERMS | PURCHASE ORDER NO. | ORD. LOC. | ORDER DATE | M.C. |
|---|---|---|---|---|---|---|---|
| 07/18/94 | 37106734 | 15 | 1% 15 DAYS, NET 90 FROM DOI | 9380 | ATL | 07/15/94 | 1B |

| | CUSTOMER NO. | CLASS | DEA REG. NO. | PLEASE USE YOUR CUSTOMER NUMBER WHEN REORDERING | | CUSTOMER NO. | CLASS | DEA REG. NO. | TERRITORY |
|---|---|---|---|---|---|---|---|---|---|
| S O L D T O | 11429198 | P040 | | REFERENCE NO. 75229095-02A | S H I P T O | 11429198 | P040 | | AHK03 |
| | HEALTHINFUSION INC SUITE 200 3363 VILLAGE DRIVE FAYETTEVILLE NC  28304 | | | ISSUE DATE 07/18/94 SHIP LOC ATL | | HEALTHINFUSION INC SUITE 200 3363 VILLAGE DRIVE FAYETTEVILLE NC  28304 | | | |

ITEMS CODED # SUBJECT TO DRUG ABUSE CONTROL

| LINE | LOCATION | QUANTITY | SIZE DESC. | NDC/NHRIC LIST SIZE | INV. SIZE | PRODUCT DESCRIPTION | SP. CD. | CONTRACT DEAL NO. | TAX | | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | | 2 | 12X500 | 0074- 1088-03 | 03 | AMINSYN 2 8.5 500 | | 0000125529 | | | 103.96 |
| | | C  2 | 87837DM | | | | | | | | |
| | | | | | | | | | SUBTOTAL | | 103.96 |
| | | | | | | | | | TOTAL | | 103.96 |
| | | | | FOLLOWING ITEM(S) SCHEDULED TO BE SHIPPED | | | | | | | |
| 1 | | 2 | 12/500 | 0074- 9789-03 | 03 | LIPOSYN II 20% | | SHIP FROM  RALEIGH NC | | | |
| 2 | | 3 | 6X1000 | 0074- 1090-05 | 05 | AMINSYN 2 10 1000 | | SHIP FROM  RALEIGH NC | | | |
| 4 | | 1 | 12/1M | 0074- 7990-09 | 39 | STERILE WATER LC | | SHIP FROM  RALEIGH NC | | | |
| 5 | | 3 | CS/6 | 0074- 7118-07 | 07 | STER WATER BULK | | SHIP FROM  RALEIGH NC | | | |
| 6 | | 3 | 12/1M | 0074- 7983-09 | 39 | 0.9% SOD CHL LC | | SHIP FROM  RALEIGH NC | | | |
| 7 | | 1 | 12/500 | 0074- 9786-03 | 03 | LIPOSYN II 10% | | SHIP FROM  RALEIGH NC | | | |
| 8 | | 4 | PKG/25 | 0074- 1966-07 | 73 | SOD CHL INJ 30ML | | SHIP FROM  RALEIGH NC | | | |
| | | VALERIE   910-483-6525 | | | | | | | | | |
| | | SHIPPED VIA:  UNITED PARCEL SERVICE       UPSN | | | | | | | | | |
| EQJ | LMB | 00 | | | | | | | | | |

*no packing slip available*

Abbott Laboratories, of North Chicago, Illinois, hereby guarantees that the articles covered by this invoice are not adulterated or misbranded within the meaning of the Federal Food, Drug and Cosmetic Act, or the Insecticide Act, of 1910, as amended, or within the meaning of any applicable state or municipal law in which the definitions of adulteration and misbranding are substantially the same as those in the Federal Food, Drug and Cosmetic Act, as said laws are effective as of the date of this invoice, and are not articles which under the provision of section 404 or 505 of said Federal Food, Drug and Cosmetic Act, be introduced into interstate commerce. Abbott Laboratories certifies that the products covered by this invoice have been produced in compliance with the applicable requirements of the Fair Labor Standards Act of 1938, as amended, and regulations issued thereunder.

PLEASE REMIT PAYMENT TO:   **ABBOTT LABORATORIES**
**P.O. BOX 100997**

28C8   **ATLANTA, GA   30384-0997**

PRINTED ON RECYCLED PAPER

HHD015-1139

MEDICAL SPECIALTIES CO., INC
58 NORFOLK AVE
SOUTH EASTON   MA   02375

**DO NOT USE**

# INVOICE

FOR ALL INQUIRIES CONCERNING THIS ORDER
PLEASE CALL (508) 238-8590
FAX (508) 238-8573

HES174                                   INVOICE NUMBER

919-483-6503                             3010369-02

**BILL TO:** HEALTHINFUSION
3363 VILLAGE DRIVE
SUITE #200
FAYETTEVILLE   NC   28304

**SHIP TO:** HEALTHINFUSION
3363 VILLAGE DRIVE
SUITE #200
FAYETTEVILLE   NC   28304

CUSTOMER P.O. NO.   AMANDA9389

| 3010369-02 | 322 | 07/22/94 | 383 | AMANDA9389 | 07/26/94 |
|---|---|---|---|---|---|

| ** UFS ONLY ** | | | | FRT. F | PAGE NO. 1 |
|---|---|---|---|---|---|



| 20 | 16 | 4 | | DRESS SOFWIC | BX | 5.57 | 55.28 |
| 22 | | 22 | | 22G X 3/4" | EA | 2.25 | 41.50 |
| 3 | | 3 | | 1" | BX | 13.98 | 41.94 |
| 1 | | 1 | | 900 PVP TRIPLE | CS | 60.24 | 60.24 |

*** THIS IS YOUR INVOICE ***

| CODE EXPLANATION | |
|---|---|
| * - STATE TAX APPLICABLE | C - CONSIDER COMPLETE |
| + - FED./OTHER TAX APPLICABLE | D - DIRECT SHIPMENT |
| ⧫ - STATE & FEDERAL TAX APPL. | F - FACTORY MINIMUM |
| B - BALANCE BACK ORDERED | |

| FREIGHT IN | FREIGHT OUT |
|---|---|
| 0.00 | 0.00 |

| SUB TOTAL | 173.96 |
|---|---|
| MISC. CHARGE | |
| HANDLING FEE | |
| FREIGHT TOTAL | 0.00 |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT REC'D. | |

NET TERMS: INV   30      DUE: 08/25/94

| REMIT TO | MEDICAL SPECIALTIES CO., INC.
P.O. BOX 6121
BOSTON, MA 02212-6121 | TOTAL AMT DUE | |
|---|---|---|---|

REMITTANCE COPY

HHD015-1140

MEDICAL SPECIALTIES CO., INC
58 NORFOLK AVE
SOUTH EASTON   MA   02375

# INVOICE

FOR ALL INQUIRIES CONCERNING THIS ORDER
PLEASE CALL (508) 238-8590
FAX (508) 238-8573

INVOICE NUMBER

HE5174

919-483-6502

3010369-01

BILL TO:
HEALTHINFUSION
3363 VILLAGE DRIVE
SUITE #200
FAYETTEVILLE   NC   28304

SHIP TO:
HEALTHINFUSION
3363 VILLAGE DRIVE
SUITE #200
FAYETTEVILLE   NC   28304
AMANDA9389

CUSTOMER P.O. NO.



| 3010369-01 | 322 | 07/22/94 | 383 | AMANDA9389 | | 07/25/94 |
|---|---|---|---|---|---|---|
| ** UPS ONLY ** | | | RPS | | P | 1 |

| 1 | | 1 | | ...LENS 4OZ | | 171.18 | 18 |

*** THIS IS YOUR INVOICE ***

CODE EXPLANATION
* - STATE TAX APPLICABLE
# - FED./OTHER TAX APPLICABLE
+ - STATE & FEDERAL TAX APPL.
B - BALANCE BACK ORDERED
C - CONSIDER COMPLETE
D - DIRECT SHIPMENT
F - FACTORY MINIMUM

| | |
|---|---|
| 0.00 | 0.00 |

NET TERMS: INV   30        DUE: 08/24/94

| SUB TOTAL | 171.18 |
|---|---|
| MISC. CHARGE | |
| HANDLING FEE | |
| FREIGHT TOTAL | 0.00 |
| FED./OTHER TAX | |
| STATE TAX | |
| PAYMENT REC'D. | 0.00 |

REMIT TO ▶
MEDICAL SPECIALTIES CO., INC.
P.O. BOX 6121
BOSTON, MA 02212-6121
▶

TOTAL

MEDICAL SPECIALTIES CO., INC
58 NORFOLK AVE
SOUTH EASTON   MA   02375

# INVOICE

FOR ALL INQUIRIES CONCERNING THIS ORDER
PLEASE CALL (508) 238-8590
FAX (508) 238-8573

HE5174                 919-483 6502                         3010369-04

**BILL TO:** HEALTHINFUSION
3363 VILLAGE DRIVE
SUITE #200
FAYETTEVILLE   NC   28304

**SHIP TO:** HEALTHINFUSION
3363 VILLAGE DRIVE
SUITE #200
FAYETTEVILLE   NC   28304
AMANDA9389

CUSTOMER P.O. NO.

| 3010369-04 | 322 | 07/22/94 | 383 | AMANDA9389 | 08/04/94 |
|---|---|---|---|---|---|

| UFS | | | | F | 1 |



*** THIS IS YOUR INVOICE ***

SUB TOTAL          89.12

**CODE EXPLANATION**
* - STATE TAX APPLICABLE      C - CONSIDER COMPLETE
# - FED./OTHER TAX APPLICABLE  D - DIRECT SHIPMENT
+ - STATE & FEDERAL TAX APPL.  F - FACTORY MINIMUM
B - BALANCE BACK ORDERED

| | IT OUT |
|---|---|
| 0.00 | 0.00 |

HANDLING FEE
FREIGHT TOTAL          0.00
FED./OTHER TAX
STATE TAX
PAYMENT REC'D          0.00

NET TERMS: INV   30   DUE: 09/03/94
*** ORDER COMPLETED ***

**REMIT TO** ▶ MEDICAL SPECIALTIES CO., INC.
P.O. BOX 6121
BOSTON, MA 02212-6121 ▶                89.12

REMITTANCE COPY

**Bergen Brunswig Drug Company**

YOUR PARTNER IN PRODUCTIVITY

INVOI

| DAY | DIV |
|-----|-----|
| FRI 057 P |

BBC RALEIGH DIVISION
8605 EBENEZER CHURCH ROAD
RALEIGH          NC 27613
           -            DEA# RDO185187

S
H
I
P

HEALTH INFUSION          51
TRACY BROWN
3363 VILLAGE DRIVE SUITE 200
FAYETTEVILLE      NC 28304

* * * * DUPLICATE * *

PLEASE REMIT TO:
BERGEN BRUNSWIG CORP.

P O BOX 31187
RALEIGH          NC 27622

B
I
L
L

HEALTH INFUSION CORP
TRACY BROWN
3363 VILLAGE DRIVE SUITE 200
FAYETTEVILLE      NC 28304

| INVOICE NO. | INV DATE |
|-------------|----------|
| 057-241136 | 07/15/94 |
| ACCOUNT NO. | CUST DEA # |
| 057-073163 | BH3412208 |

| QTY | DESCRIPTION | CL | CD | ITEM NO | AWP | COST | INV RATE | UNIT PRICE | EXTENSION |
|-----|-------------|----|----|---------|-----|------|----------|------------|-----------|
| | PURCHASE ORDER NO. - 9379 | | | | | | | | |
| | ORDER DATE 07/14/94  TIME  5.41.26 PM | | | | | | | | |
| | * * * PICKING NUMBER - 215447 * * * | | | | | | | | |
| 1 | VANCOMYCIN    1GM F/T FTV    10 | RX | Q | 156-372 | 60.44 | 67.98 | 2.00 | 69.34 | 69.34 |

| CL | BC - BEHIND THE COUNTER | C4 - CONTROLLED SUBSTANCE - CLASS 4 | HB - HEALTH AND BEAUTY AIDS | RX - PRESCRIPTION DRUGS | CD | B - BEST PRICE | N - NET ITEM | R - PROGRAM PRICE | W - WHOLESALE TAX |
|----|----|----|----|----|----|----|----|----|----|
| | C2 - CONTROLLED SUBSTANCE - CLASS 2 | C5 - CONTROLLED SUBSTANCE - CLASS 5 | MS - MEDICAL SUPPLIES | | | E - FREE GOODS | P - PRICE CHANGE | S - SPECIAL PRICE | Z - SUPERNET ITEM |
| | C3 - CONTROLLED SUBSTANCE - CLASS 3 | GM - GENERAL MERCHANDISE | OT - OVER THE COUNTER MEDICATION | | | F - TAX FREE TO CONSUMER | Q - CONTRACT ITEM | T - RETAIL TAX | |

| C11 | PURCHASES 1ST THRU 15TH DUE BY 25TH OF SAME MONTH; 16TH THRU EOM DUE BY 10TH OF FOLLOWING MONTH. | | | 69.34 |
|-----|-----|-----|-----|-----|
| | | | | DUE 07/25/94 |

D-18

TERMS OF SALE AND CLAIMS ON REVERSE SIDE

HHD015-1147

ID  NC-O-05

| DATE | INV TYPE | NDC | DESCRIPTION | IND | QTY | PRICE |
|------|----------|-----|-------------|-----|-----|-------|
| 08/19/94 | W | 00069265041 | Procardia XL (Nifedipine) Extended Relea | S | 100.00 | 106.25 |
| 08/19/94 | W | 00003056902 | PROLIXIN | I | 1.00 | 15.46 |
| 08/19/94 | W | 00364022220 | PROMETH 25MG | N | 100.00 | 1.20 |
| 08/19/94 | W | 00641149535 | PROMETHAZINE HYDROCHLORIDE INJECTION USP | N | 25.00 | 9.20 |
| 08/19/94 | W | 00364075601 | Propranolol Tabs | N | 100.00 | 0.69 |
| 08/19/94 | W | 50458043001 | PROPULSID U.D. | S | 100.00 | 55.35 |
| 08/19/94 | W | 00006007228 | PROSCAR 5MG TABLET 100UD | S | 100.00 | 151.78 |
| 08/19/94 | W | 50458033006 | RISPERDAL 3MG | S | 60.00 | 198.67 |
| 08/19/94 | W | 00031789011 | ROBINUL INJECTABLE VIALS NDA-17-558 | I | 25.00 | 5.54 |
| 08/19/94 | W | 00004196405 | ROCEPHIN ADD-VANTAGE 1GM (CEFTRIAXONE SO | S | 10.00 | 245.26 |
| 08/19/94 | W | 00004196401 | ROCEPHIN 1 GM 10 X 10 ML VIAL (CEFTRIAXO | S | 10.00 | 242.22 |
| 08/19/94 | W | 00081085695 | SEPTRA (TRIMETHOPRIM | N | 10.00 | 10.07 |
| 08/19/94 | W | 00173046700 | SEREVENT INHALATION AEROSOL 60 DOSE | S | 60.00  6.50 | 25.11 |
| 08/19/94 | W | 00074488825 | SODIUM CHL 0.9% INJ USP 10ML FLIPTOP VIA | N | 25.00 | 4.78 |
| 08/19/94 | W | 00074488825 | SODIUM CHL 0.9% INJ USP 10ML FLIPTOP VIA | N | 25.00 | 4.78 |
| 08/19/94 | W | 00009011313 | SOLU-MEDROL S.P. 40 MG AOV | I | 25.00 | 18.62 |
| 08/19/94 | W | 00781159913 | SPIRONOLACTONE 25MG | N | 100.00 | 3.94 |
| 08/19/94 | W | 00048210070 | SSD (1% SILVER SULFADIAZINE) CREAM 400 G | I | 400.00 | 10.57 |
| 08/19/94 | W | 00048113003 | SYNTHROID (LEVOTHYROXINE SODIUM) TABLETS | N | 100.00 | 20.08 |
| 08/19/94 | W | 00002729110 | TAZIDIME | N | 10.00 | 177.24 |
| 08/19/94 | W | 58887005232 | TEGRETOL (CARBAMAZEPINE) | I | 100.00 | 10.19 |
| 08/19/94 | W | 00641061025 | THIAMINE HYDROCHLORIDE INJECTION USP | N | 25.00 | 13.01 |
| 08/19/94 | W | 00053710001 | THROMBINAR | B | 1.00 | 2.52 |
| 08/19/94 | W | 00033043153 | TICLID 250MG (TICLOPIDINE HCL) | S | 100.00 | 114.48 |
| 08/19/94 | W | 00029657140 | TIMENTIN (TICARCILLIN | S | 10.00 | 102.86 |
| 08/19/94 | W | 00003272510 | TOBRAMYCIN SULFATE INJECTION 40 MG/ML | N | 25.00 | 70.20 |
| 08/19/94 | W | 00033244450 | TORADOL IM (TUBEX) (KETOROLAC TROMETHAMI | S | 10.00 | 67.51 |
| 08/19/94 | W | 00033243450 | TORADOL IM (TUBEX) (KETOROLAC TROMETHAMI | S | 10.00 | 64.38 |
| 08/19/94 | W | 57267090230 | TRANSDERM NITRO (NITROGLYCERIN) | N | 100.00 | 0.01 |
| 08/19/94 | W | 00083434504 | TRANSDERM SCOP (SCOPOLAMINE) | S | 100.00  2.00 | 37.68 |
| 08/19/94 | W | 23317030115 | TRIAMCINOLONE ACETONIDE 0.1% CREAM | N | 15.00 | 0.81 |
| 08/19/94 | W | 51079027261 | TRIAMCINOLONE ACETON | N | 15.00 | 0.87 |
| 08/19/94 | W | 00003173745 | TRIMOX 125 | N | 150.00 | 1.26 |
| 08/19/94 | W | 00003010151 | TRIMOX 250 | N | 100.00 | 8.08 |
| 08/19/94 | W | 00031738 | TRIMOX 250 | N | 150.00 | 1.68 |
| 08/19/94 | W | 00049003283 | Unasyn (Ampicillin Sodium/sulbactam sodi | S | 10.00 | 99.68 |
| 08/19/94 | W | 00049003183 | Unasyn (Ampicillin Sodium/sulbactam sodi | S | 10.00 | 54.28 |
| 08/19/94 | W | 00034700480 | UNIPHYL 400MG TABLETS | N | 100.00 | 52.46 |
| 08/19/94 | W | 00074653501 | VANCOMYCIN HCH 1GMADDVANTAGE VIAL STERIL | N | 10.00 | 60.39 |
| 08/19/94 | W | 00074653501 | VANCOMYCIN HCH 1GMADDVANTAGE VIAL STERIL | N | 10.00 | 60.39 |
| 08/19/94 | W | 00074653401 | VANCOMYCIN HCL 500MG ADDVANTAGE VIALSTER | N | 10.00 | 30.20 |
| 08/19/94 | W | 00006071268 | VASOTEC 5MG TABLET 100 | S | 100.00 | 63.41 |
| 08/19/94 | W | 00006071228 | VASOTEC 5MG TABLET 100UD | S | 100.00 | 66.05 |
| 08/19/94 | W | 00006071368 | VASOTEC 10MG TABLET 100 | S | 100.00 | 66.59 |
| 08/19/94 | W | 00006071328 | VASOTEC 10MG TABLET 100UD | S | 100.00 | 69.22 |
| 08/19/94 | W | 00006001428 | VASOTEC 2.5MG TABLET 100UD | S | 100.00 | 52.55 |
| 08/19/94 | W | 00074488720 | WATER INJ 20ML | N | 25.00 | 6.17 |
| 08/19/94 | W | 00008012101 | WYDASE LYOPHILIZED NDA-60-343 | S | 1.00 | 5.31 |
| 08/19/94 | W | 00186035601 | 10% XYLOCAINE ORAL SPRAY (LIDOCAINE) | S | 30.00 | 27.99 |
| 08/19/94 | W | 00186061101 | XYLOCAINE 2% SOLUTION | I | 10.00 | 13.39 |
| 08/19/94 | W | 00173034442 | ZANTAC TABLET 150MG 60'S BOTTLE | S | 60.00 | 61.76 |
| 08/19/94 | W | 00173036238 | ZANTAC INJECTION 25MG/ML 2ML 10'S | S | 10.00 | 22.61 |
| 08/19/94 | W | 00005323423 | ZIAC BISOPROLOL FUMARATE/HYDROCHLORTHIAZ | S | 100.00 | 67.97 |
| 08/19/94 | W | 00173044200 | ZOFRAN INJECTION MULTI DOSE 20ML VIAL | S | 20.00 | 172.30 |

Case 1:01-cv-12257-PBS   Document 6369-3   Filed 08/12/09   Page 43 of 60

# INVOICE

**Bergen Brunswig Drug Company**
YOUR PARTNER IN PRODUCTIVITY

BBDC - CHARLOTTE
11107-P SOUTH COMMERCE BLVD
CHARLOTTE   NC 28273
704 587-6600   DEA# RD0185478

**PLEASE REMIT TO:**
BERGEN BRUNSWIG CORP.

P.O. BOX 411489
CHARLOTTE   NC 28241-1189

| DAY | DW | RTE | STP |
|-----|-----|-----|-----|
| FRI | 077 | 03 | 010 |

* * * ORIGINAL * * *

INVOICE NO. 077-127146   INV DATE: 08/19/96
ACCOUNT NO. 077-075408   CUST DEA NO. AG3171939

GASTON MEM HOSPITAL PHARMACY
P.O. BOX 1747
2525 COURT DRIVE
GASTONIA   NC 28053-1747

| QTY | DESCRIPTION | | CL | CD | ITEM NO | UPC/NDC | AWP | UNIT PRICE | EXTENSION |
|-----|-------------|---|----|----|---------|---------|-----|-----------|-----------|
| 6 | TRIAMCINOLONE 0.1% | 15GM | CRM | | RXT 939-660 | | .81 | | 4.86 |
| 2 | TRIAMCINOLONE .025% | 15GM | CRM | | RXT 023-705 | | 1.09 | | 1.74 |
| 1 | TRIMOX 125MG | 150ML | SUS | | RXT 064-386 | | 1.35 | | 1.26 |
| 1 | TRIMOX 250MG | 100 | CAP UD | | RXT 064-451 | | 10.22 | | 8.08 |
| 2 | TRIMOX 250MG | 150ML | SUS | | RXT 064-402 | | 2.02 | | 3.36 |
| | | | | | | | | | 3.45 |
| 6 | UNASYN ADDVAN 3.0GM | 10 | ADV | | RXT 333-104 | | 123.80 | | 598.08 |
| 4 | UNASYN VL 1.5GM | 10 | ADV | | RXT 347-070 | | 67.41 | | 217.02 |
| 1 | UNIPHYL 400MG | 100 | TAB | | RXT 011-734 | | 62.54 | | 52.98 |
| 1 | VANCOMYCIN 1GM | 10 | ADV | | RXQT 151-845 | | 144.38 | | 60.99 |
| 1CS | VANCOMYCIN 1GM | 10 | ADV | | RXQT 151-845 | | 144.38 | | 301.95 |
| 8 | VANCOMYCIN 500MG | 10 | ADV | | RXQT 151-381 | | 72.25 | | 241.60 |
| 1 | VASOTEC 5MG | 100 | TAB | | RXQT 092-619 | | 91.18 | | 63.05 |
| 1 | VASOTEC 5MG | 100 | TAB UD | | RXQT 092-601 | | 94.98 | | 66.05 |
| 1 | VASOTEC 10MG | 100 | TAB | | RXQT 092-627 | | 95.74 | | 66.09 |
| 1 | VASOTEC 10MG | 100 | TAB UD | | RXQT 092-726 | | 99.53 | | 69.52 |
| 1 | VASOTEC 2.5MG | 100 | TAB UD | | RXQT 092-304 | | 75.55 | | 52.65 |
| 2 | WATER ST | 25X20ML | FTV | | RXQT 162-149 | | 22.50 | | 12.54 |
| 12 | HYDASE LYOPH 150UN | 1ML | VL | | RXT 140-061 | | 6.60 | | 55.08 |
| 2 | XYLOCAINE 10% ORAL | 30ML | AER | | RXQC 560-839 | | 42.69 | | 57.28 |
| 10PK | XYLOCAINE 100MG | 10X5ML | PFS | | RXQC 560-169 | | 20.75 | | 133.90 |
| 3 | ZANTAC 150MG | 60 | TAB | | RXQT 718-403 | | 95.66 | | 185.40 |
| 10 | ZANTAC 50MG/2ML | 10X2ML | VL | | RXQT 718-098 | | 39.92 | | 229.40 |
| 1 | ZIAC 5MG | 100 | TAB | | RXT 101-527 | | 84.41 | | 67.67 |

CL/CD: BC - BEHIND THE COUNTER   C4 - CONTROLLED SUBSTANCE - CLASS 4   HB - HEALTH AND BEAUTY AIDS
C1 - CONTROLLED SUBSTANCE - CLASS 1   C5 - CONTROLLED SUBSTANCE - CLASS 5   MS - MEDICAL SUPPLIES
C2 - CONTROLLED SUBSTANCE - CLASS 2   GM - GENERAL MERCHANDISE   OT - OVER THE COUNTER MEDICATION
C3 - CONTROLLED SUBSTANCE - CLASS 3

RX - PRESCRIPTION DRUGS

CD: B - BEST PRICE   N - NET ITEM   R - PROGRAM PRICE   W - WHOLESALE ITEM
E - FREE GOODS   P - PRICE CHANGE   S - SPECIAL PRICE   Z - SUPERNET ITEM
F - TAX FREE TO CONSUMER   O - CONTRACT ITEM   T - RETAIL TAX

D-18

TERMS OF SALE AND CLAIMS ON REVERSE SIDE

```
Page No.  72                        ID  NE-O-11
06/12/95
```

|        | INV  |             |                                        |     |        |        |
|--------|------|-------------|----------------------------------------|-----|--------|--------|
| DATE   | TYPE | NDC         | DESCRIPTION                            | IND | QTY    | PRICE  |
| 05/04/94 | W  | 00277017401 | RESPAIRE-60 SR CAPSULES                | N   | 100.00 | 26.18  |
| 05/04/94 | W  | 00062057546 | RETIN-A GEL .01% 45 GM TUBE            | S   | 45.00  | 35.56  |
| 05/04/94 | W  | 00031740994 | ROBAXIN INJ VIAL NDA-11-790           | I   | 25.00  | 31.69  |
| 05/04/94 | W  | 00074578216 | RONDEC SYRUP CARBINO                   | N   | 480.00 | 25.82  |
| 05/04/94 | W  | 00044502202 | RYTHMOL                                | S   | 100.00 | 67.24  |
| 05/04/94 | W  | 00078018103 | SANDOSTATIN AMPS .1MG                  | S   | 20.00  | 133.24 |
| 05/04/94 | W  | 00078018425 | SANDOSTATIN MULTI-DOSE VIAL 1000MCG/ML | S   | 5.00   | 352.96 |
| 05/04/94 | W  | 00050030000 | SLO-BID                                | N   | 100.00 | 6.27   |
| 05/04/94 | W  | 00074196607 | SOD CHL INJ 30ML                       | N   | 25.00  | 5.38   |
| 05/04/94 | W  | 00603576621 | SPIRONOLACTONE 25MG TAB                | N   | 100.00 | 3.37   |
| 05/04/94 | W  | 00005389840 | SUPRAX ORAL SUSP 50ML                  | S   | 50.00  | 22.34  |
| 05/04/94 | W  | 00008413201 | SURMONTIL 25MG CAP NDA-16-792          | I   | 100.00 | 45.19  |
| 05/04/94 | W  | 00008415801 | SURMONTIL 100MG CAP NDA-16-792         | I   | 100.00 | 107.50 |
| 05/04/94 | W  | 00173043200 | TEMOVATE SCALP APPLICATION 25ML        | S   | 25.00  | 16.48  |
| 05/04/94 | W  | 00310010110 | TENORMIN 100MG 100TB BTL               | S   | 100.00 | 104.88 |
| 05/04/94 | W  | 00008034101 | TET DIP TOXOID                         | G   | 10.00  | 19.33  |
| 05/04/94 | W  | 00065064705 | TOBRADEX                               | S   | 5.00   | 15.53  |
| 05/04/94 | W  | 00074459201 | TRACE METALS 5ML                       | N   | 25.00  | 34.46  |
| 05/04/94 | W  | 00168000680 | TRIAM ACET 0.1% OINT 80G               | N   | 80.00  | 1.99   |
| 05/04/94 | W  | 00590009066 | TRIDIL                                 | B   | 20.00  | 26.16  |
| 05/04/94 | W  | 00574722210 | TRIMETHOBENZAMIDE SUPPOSITORIES        | N   | 10.00  | 2.02   |
| 05/04/94 | W  | 11793752201 | TUBERSOL                               | B   | 1.00   | 9.36   |
| 05/04/94 | W  | 11793752202 | TUBERSOL                               | B   | 5.00   | 19.21  |
| 05/04/94 | W  | 00074653301 | VANCOMYCIN 1GM FT                       | N   | 10.00  | 135.81 |
| 05/04/94 | W  | 00074433201 | VANCOMYCIN 500MG                        | N   | 10.00  | 68.41  |
| 05/04/94 | W  | 00006071228 | VASOTEC 5MG TABLET 100UD                | S   | 100.00 | 66.08  |
| 05/04/94 | W  | 00006071368 | VASOTEC 10MG TABLET 100                 | S   | 100.00 | 66.62  |
| 05/04/94 | W  | 00006071328 | VASOTEC 10MG TABLET 100UD               | S   | 100.00 | 69.24  |
| 05/04/94 | W  | 00015309520 | VEPESID                                 | S   | 5.00   | 84.40  |
| 05/04/94 | W  | 00186023503 | XYLOCAINE 4% SOLUTION                   | I   | 10.00  | 43.36  |
| 05/04/94 | W  | 00186024213 | XYLOCAINE HCL 2% SOLUTION               | I   | 10.00  | 15.14  |
| 05/04/94 | W  | 00186012501 | XYLOCAINE HCL 2% W/EPINEPHRINE 1:100,000 | I | 20.00  | 1.96   |
| 05/04/94 | W  | 00173036238 | ZANTAC INJECTION 25MG/ML 2ML 10'S       | S   | 10.00  | 20.93  |
| 05/04/94 | W  | 00173044200 | ZOFRAN INJECTION MULTI DOSE 20ML VIAL   | S   | 20.00  | 172.22 |

```
                                              INVOICE TOTAL      9070.99

                                              PHARMACY TOTAL     9070.99
```

T- Traced to invoice and each
ID number, date, invoice type,
drug name and quantity was
correct unless changed.
6-14-95 CBY

V- Verified math accuracy of
invoices' totals and amounts
agreed. 6-14-95 CBY

Enclosure C

# Confidential

## Pharmacy Information Form

Pharmacy Name:  Regional West Medical Center Hospital Pharmacy

Address:  4021 Avenue B

Scottsbluff

NE  69361

Phone Number:  (308)  630-1264

Contact Person:  Donald Graham R.Ph.

### Type of Pharmacy
### (Check Appropriate Block(s))

Independent Retail Pharmacy ☐
Chain (four or more stores) Pharmacy ☐
Other:
    Nursing Home Pharmacy ☐
    Hospital Outpatient Pharmacy ☒ (Inclusive with Inpatient)
    Home I.V. Pharmacy ☐
    Mail Order Pharmacy ☐
    County Public Health Unit Pharmacy ☐
    Public Health Entity ☐

***WE USE THE PRIME VENDOR CONCEPT AND AS A RESULT HAVE ONLY A SINGLE
DISTRIBUTOR

HHD015-1504

# Invoice

**Whitmire**
Distribution Corporation

WHITMIRE DIST CORP- DENVER
4770 (U) FOREST STREET
DENVER, CO    80216
(303)355-2731
DEA# RW0192017   05/31/94

REMIT TO: WHITMIRE DIST CORP- DENVER
DENVER, CO

PAGE :
ALL CLAIMS FOR DAMAGE OR SHORTAGES MUST BE REPORTED WITHIN 48 HOURS. INVOICE NUMBER REQUIRED.

**Billing Address:**
▲ REGIONAL WEST MEDICAL CENTER
ATTN: PHARMACY DEPT.
4021 AVENUE B
SCOTTSBLUFF    NE  69361

**Shipping Address:**
▲ REGIONAL WEST MEDICAL CENTER
ATTN: PHARMACY DEPT
4021 AVENUE B
SCOTTSBLUFF    NE  69361

SAT BO
A6001

SPECIAL INSTRUCTIONS
WE-TU DUE NXT WE
DUE DATE 05/17/94

| INVOICE DATE | MANAGER NUMBER | CUSTOMER ACCT NO | CUSTOMER P.O. NO | CUSTOMER PLACE NO |
|---|---|---|---|---|
| 05/04/94 | 572183 | 211133 | AW3981239 | 9589 |
| | | | 05/31/96 | |

| QUANTITY | UNIT | DESCRIPTION | ITEM NUMBER | CLASS | SUGGESTED RETAIL | UNIT PRICE | EXTENSION | % DISCOUNT | CODE |
|---|---|---|---|---|---|---|---|---|---|
| 3 | EA | TRIAMCINOLONE ACETON OINT 0.1 % 80 GM<br>NDC# 00016800880 | 126039 | | 5.10 | 1.99 | 5.97 | | B |
| 1 | EA | TRIDIL VIAL 5MG/ML 20X10 ML<br>NDC# 00059000956 | 116181 | | 225.00 | 26.16 | 26.16 | | B |
| 1 | EA | TRIMETHOBENZAMIDE SUPP 200MG 10<br>NDC# 00057422210 | 859133 | | 5.85 | 2.02 | 2.02 | | B |
| 4 | EA | TUBERSOL 10 TEST MDV 5TU 1 ML<br>NDC# 01179375201 | 445940 | | 11.17 | 9.36 | 37.44 | | B |
| 20 | EA | TUBERSOL 50 TEST MDV 5TU 5 ML<br>NDC# 01179375202 | 445959 | | 22.91 | 19.21 | 384.20 | | B |
| 6 | EA | VANCOMYCIN FLPTP VIAL 1GM 10X25 ML<br>NDC# 00074653301 | 604712 | | 516.06 | 135.81 | 814.86 | | L |
| 6 | EA | VANCOMYCIN FLPTP VIAL 500MG 10X10 ML<br>NDC# 00074433201 | 604704 | | 259.85 | 68.41 | 410.46 | | L |
| 1 | EA | VASOTEC TABS 5 MG 100 UD<br>NDC# 00006071228 | 368431 | | 91.87 | 66.08 | 66.08 | | L |
| 4 | EA | VASOTEC TABS 10 MG 100<br>NDC# 00006071368 | 368458 | | 92.62 | 66.62 | 266.48 | | L |
| 1 | EA | VASOTEC TABS 10 MG 100 UD<br>NDC# 00006071328 | 368466 | | 96.27 | 69.24 | 69.24 | | L |
| 10 | EA | VEPESID NON RTN VHA+ VIAL 20MG/ 5 ML<br>NDC# 00015309530 | 868434 | | 131.03 | 84.40 | 844.00 | | L |
| 1 | EA | XYLOCAINE AMPS 4% 10X5 ML<br>NDC# 00186023503 | 007366 | | 56.60 | 43.36 | 43.36 | | L |

****CHANGE****

0095
5954

INVOICE TOTAL
CONTINUED

DISC. AMOUNT

CODES:
B = BID
S = SPECIAL
NR = NON-REBATEABLE

HHD015-1521

| ID | DATE | TYPE INV. | NDC | B/G | DESCRIPTION | QTY | PRICE | TOTAL |
|----|------|-----------|-----|-----|-------------|-----|-------|-------|
| VA-O-3 | 06/30/94 | W | 00074488825 | G | SOD CHL FTV  0.9% 10ML ABB  25 | 250 | 1.36 | |
| VA-O-3 | 06/30/94 | W | 00015321430 | B | DEPOT PARAPLATN SDV 150MG 20ML | 1 | 189.60 | |
| VA-O-3 | 06/30/94 | W | 00071425940 | B | BENADRYL SYR 50MG 1ML          10 | 10 | 14.21 | |
| VA-O-3 | 06/30/94 | W | 00364246533 | G | CEFAZOL VL  1GM 10ML SCHE   10 | 10 | 13.07 | |
| VA-O-3 | 06/30/94 | W | 00641039525 | G | GENTAMIC VL 80MG 2ML E/S       25 | 25 | 7.60 | |
| VA O-3 | 06/30/94 | W | 00611233113 | C | GENTAMIC MDV 80MG 20ML E/S  10 | 10 | 8.41 | |
| VA-O-3 | 06/30/94 | W | 00074653301 | G | VANCOMY FTV 1GM   ABB 6533-01& | 10 | 65.85 | |
| VA-O-3 | 06/30/94 | W | 00364246693 | G | CEFAZOL PBV 10GM 1CML SCHE  10 | 1000 | 105.86 | |
| VA-O-3 | 06/30/94 | W | 00074196607 | G | SOD CHL BAC FTV .9% 30ML AB 25 | 750 | 4.56 | |
| VA-O-3 | 06/30/94 | W | 00364653056 | G | DIPHENHYD VL 300MG  SCHE  30ML | 30 | 2.68 | |
| VA-O-3 | 06/30/94 | W | 00268030101 | B | EPIPEN 0.3MG AUTO-INJECTOR | 0.3 | 24.92 | |
| VA-O-3 | 06/30/94 | W | 00074115278 | G | HEPAR L/S FTV 3MU 30ML ABB  25 | 750 | 9.92 | |
| VA-O-3 | 06/30/94 | W | 00205464694 | G | LEUCOVOR VL       IMM  100MG | 100 | 4.81 | |
| VA-O-3 | 06/30/94 | W | 00205464577 | G | LEUCOVOR VL 350MG    IMM    1 | 1 | 20.01 | |
| VA-O-3 | 06/30/94 | W | 00074488820 | G | SOD CHL FTV  0.9% 20ML  ABB 25 | 500 | 5.57 | |
| VA-O-3 | 06/30/94 | W | 00173044200 | B | ZOFRAN MDV 40MG           20ML | 20 | 181.30 | |
| VA-O-3 | 06/30/94 | W | 00268030201 | B | EPIPEN JR 0.15MG AUTO INJECTOR | 0.15 | 24.92 | |
| VA-O-3 | 06/30/94 | W | 55513034810 | B | NEUPOGEN SDV 480MCG 1.6ML   10 | 10 | 1862.91 | |
| VA-O-3 | 06/30/94 | W | 00186119935 | B | M.V.I. 12 SDV UNIT-VIAL   CT25 | 250 | 31.15 | |
| VA-O-3 | 06/30/94 | W | 00186119935 | B | M.V.I. 12 SDV UNIT-VIAL   CT25 | 250 | 31.15 | |
| VA-O-3 | 06/30/94 | W | 00186119935 | B | M.V.I. 12 SDV UNIT-VIAL   CT25 | 250 | 31.15 | |
| VA-O-3 | 06/30/94 | W | 00186119935 | B | M.V.I. 12 SDV UNIT-VIAL   CT25 | 250 | 31.15 | |
| VA-O-3 | 06/30/94 | W | 00548652400 | G | CALC GLUC VL 10% 100ML IMS  12 | 1200 | 23.70 | |
| VA-O-3 | 06/30/94 | W | 00074339702 | B | CENOLATE AMP 1MMG 2ML ABB   10 | 200 | 50.65 | |
| VA-O-3 | 06/30/94 | W | 00074405101 | G | CLINDAMY VL  600MG 4ML ABB  25 | 100 | 43.46 | |
| VA-O-3 | 06/30/94 | W | 00074419701 | G | CLINDAMY VL  9000MG   ABB 60ML | 60 | 22.59 | |
| VA-O-3 | 06/30/94 | W | 00033290348 | B | CYTOVENE PWD VIAL 500MG     25 | 25 | 734.43 | |
| VA-O-3 | 06/30/94 | W | 00268030101 | B | EPIPEN 0.3MG AUTO-INJECTOR | 0.3 | 24.92 | |
| VA-O-3 | 06/30/94 | W | 00186194600 | B | FOSCAVIR VL 24MG ASTR 500ML 12 | 6000 | 1404.87 | |
| VA-O-3 | 06/30/94 | W | 00074115178 | G | HEPAR L/S FTV 3CU 30ML ABB  25 | 750 | 6.87 | |
| VA-O-3 | 06/30/94 | W | 00074115270 | G | HEPAR L/S FTV 1CU 10ML ABB  25 | 250 | 9.92 | |
| VA-O-3 | 06/30/94 | W | 00205464577 | G | LEUCOVOR VL 350MG    IMM    1 | 1 | 20.01 | |
| VA-O-3 | 06/30/94 | W | 00517821925 | G | MULTITRACE 5 CONC 10ML A/K  25 | 250 | 42.55 | |
| VA-O-3 | 06/30/94 | W | 55513034710 | B | NEUPOGEN SDV 300MCG 1ML     10 | 10 | 1170.02 | |
| VA-O-3 | 06/30/94 | W | 55513034810 | B | NEUPOGEN SDV 480MCG 1.6ML   10 | 16 | 1862.91 | |
| VA-O-3 | 06/30/94 | W | 58178002050 | B | NEUTREXIN VIAL 25MG         50 | 50 | 1722.10 | |
| VA-O-3 | 06/30/94 | W | 00015321530 | B | DEPOT PARAPLATN SDV 450MG 1CML | 100 | 568.82 | |
| VA-O-3 | 06/30/94 | W | 00015321330 | B | PARAPLATIN SDV 50MG        10ML | 10 | 63.21 | |

HHD015-2519

F

| ID | DATE | TYPE INV. | NDC | B/G | DESCRIPTION | QTY | PRICE | TOTAL |
|---|---|---|---|---|---|---|---|---|
| VA-O-3 | 06/30/94 | W | 00003073531 | G | PENICIL-G POT VL 20MU    SQ   10 | 10 | 34.41 | |
| VA-O-3 | 06/30/94 | W | 00074665305 | G | POT CHL FTV 40MEQ 20ML ABB   25 | 500 | 5.07 | |
| VA-O-3 | 06/30/94 | W | 00074729501 | G | POT PHOS FTV 45MMP 15ML ABB   25 | 375 | 8.47 | |
| VA-O-3 | 06/30/94 | W | 59676031001 | B | DEPOT PROCRIT VL 10000U 1ML   6 | 6 | 519.67 | |
| VA-O-3 | 06/30/94 | W | 59676030301 | B | DEPOT PROCRIT VL  3000U 1ML   6 | 6 | 164.11 | |
| VA-O-3 | 06/30/94 | W | 00074329905 | G | SOD ACE FTV 1CMEQ 50ML ABB   25 | 1250 | 21.53 | |
| VA-O-3 | 06/30/94 | W | 00074329906 | G | SOD ACE FTV 2CMEQ 1CML ABB   25 | 2500 | 43.05 | |
| VA-O-3 | 06/30/94 | W | 00074196607 | G | SOD CHL BAC FTV .9% 30ML AB  25 | 750 | 4.56 | |
| VA-O-3 | 06/30/94 | W | 00074488825 | G | SOD CHL FTV   0.9% 10ML ABB  25 | 250 | 4.36 | |
| VA-O-3 | 06/30/94 | W | 00074114101 | G | SOD CHL FTV 23.4% 50ML  ABB  25 | 1250 | 12.66 | |
| VA-O-3 | 06/30/94 | W | 00074113002 | G | SOD CHL SOL 23.4% 250ML ABB  12 | 3000 | 30.39 | |
| VA-O-3 | 06/30/94 | W | 00074653301 | G | VANCOMY FTV 1GM   ABB 6533-01&   10 's | 10 | 65.85 | |
| VA-O-3 | 06/30/94 | W | 00074650901 | G | VANCOMYCIN VIAL 5GM BULK ABB 1 | 1 | 32.29 | |
| VA-O-3 | 06/30/94 | W | 00517611025 | G | ZINC SUL SDV 10MG 10ML  A/R  25 | 250 | 7.98 | |
| VA-O-3 | 06/30/94 | W | 00173044200 | B | ZOFRAN MDV 40MG          20ML | 20 | 181.30 | 11581.89 |

Ⓟ = see p. 1

T = Traced to envelope

t = traced to invoice

∞ = verified to mckesson data file by DESCRIPTION

* = additional data added from invoice

X = erroneous entry; correction as shown

✓ = verified calculation

UAC 4/25/95

NOTE: All changes/corrections made to file 0315. WQL. UAC 4/25/95

HHD015-2520

**FoxMeyer**

SHIP TO ▶ JUL 26 1994

DEA NO. RF0105898

009755

4501 CAROLINA AVE-F
RICHMOND, VA  23222
PHONE (804) 226-2000

SOLD TO ▶ CAREMARK BRANCH 006C
70 W CONCORD WAY STE000
CHANTILLY  VA 22021

125-001

DATE
JUL 27 1994
AP

COPY TO CUSTOMER SERVICE
ORIG #1 COPY W/MERCHANDISE

CLOSED FOR JULY 4TH-NO MON DELIVERIES-REG DELIVERIES ON TUES

AME937   BC145269E/06/30/94        003285  6C-97213

| # | DEPT | ITEM NO. | NDC/UPC NO | QTY | U/S | DESCRIPTION | CODE | DEA | LIST/RETAIL | UNIT COST | -0-P- | EXT MDSE |
|---|------|----------|-----------|-----|-----|-------------|------|-----|-------------|-----------|-------|----------|
| 1 | 103 | 013000 | 00074400000 | 6CT | | SODIUM CHL INJ .9% USP | | PO | .47 | 4.30 | 64.4 | 34.4 |
| 2 | 103 | 725408 | 00015321430 | 10EA | | PARAPLATIN INJ  150MG 6DV | 18 | P | 225.51 | 109.60 | 15.9 | 1096.6 |
| 3 | 103 | 065045 | 00014259540 | 15CT | | BENADRYL DISP  SYR 50MG 10X1ML | | P | 1.69 | 14.21 | 15.9 | 213.1 |
| 3 | 103 | 106294 | 00364246533 | 4CT | | CEFAZOLIN INJ  1GM  SCH 10X10ML | | PO | 5.90 | 13.07 | 77.9 | 52.2 |
| 3 | 103 | 024281 | 00641039525 | 2CT | | GENTAMICIN INJ 40MG/ML EB 25X2ML | | PO | 1.04 | 7.60 | 70.0 | 15.2 |
| 3 | 103 | 315010 | 00641233143 | 3CT | | GENTAMICIN INJ40MG VL EB 10X20ML | | PO | 10.41 | 8.41 | 91.9 | 25.2 |
| 3 | 103 | 377820 | 00074853201 | 1CT | | VANCOMYCIN 1GM  FLIPTP VIAL | | PO | 17.73 | 65.85 | 62.9 | 65.85 |
| 4 | 103 | 488577 | 00364246693 | 4CT | | CEFAZOLIN INJ (10GM)  SCH 10X100ML | | PO | 50.00 | 105.86 | 81.8 | 423.4 |
| 4 | 103 | 031930 | 00074190607 | 1CT | | SODIUM CHL INJ  .9% BACT 30X30ML | | PO | .55 | 4.56 | 66.0 | 4.51 |
| 5 | 103 | 154393 | 00364653056 | 30EA | | DIPHENHYDRAMINE INJ10MG  SCH30ML | | PO | 4.75 | 2.68 | 43.6 | 80.40 |
| 5 | 103 | 525725 | 00380030140 | 6EA | | EPIPEN AUTO INJECTOR  .3MG | | P | 29.54 | 24.92 | 15.6 | 149.52 |
| 5 | 103 | 206212 | 00074119270 | 1CT | | HEPARIN LOK FLSH 100U ABBO30ML | | PO | .93 | 9.02 | 57.3 | 9.02 |
| 5 | 103 | 539312 | 00205464694 | 30EA | | LEUCOVORIN CALC INJ100MG VL  LED | | PO | 39.41 | 4.81 | 87.8 | 144.30 |
| 5 | 103 | 533257 | 00205464577 | 50EA | | LEUCOVORIN CALC INJ  LED 10 | | PO | 137.94 | 20.01 | 85.5 | 1000.50 |
| 5 | 103 | 447235 | 00074000880 | 1CT | | SODIUM CHL .9% VL  ABB 25X60ML | | PO | .68 | 5.57 | 67.2 | 5.57 |
| 5 | 103 | 516305 | 00173044200 | 30EA | | ZOFRAN INJ  GLX 50ML | | PO | 214.65 | 101.30 | 15.6 | 2026.00 |
| 6 | 103 | 500403 | 00260030201 | 15EA | | EPIPEN AUTO INJCTR JR  .15MG | | P | 29.54 | 24.92 | 15.6 | 373.80 |
| 7 | 103 | 343707 | 00551039010 | 2CT | | NEUPOGEN 300MCG/ML VL | R | P | 4,226.00 | 1062.04 | 17.4 | 3788.82 |
| 9 | 103 | 705048 | 00186119935 | 10CT | | H-V-S-10 UNIT VIAL 6DV  AST | R | PO | 2.66 | 31.19 | 53.2 | 311.90 |
| 9 | 103 | 705048 | 00186119935 | 10CT | | H-V-S-10 UNIT VIAL 6DV  AST | R | PO | 2.66 | 31.19 | 53.2 | 311.90 |
| 10 | 103 | 705048 | 00186119935 | 10CT | | H-V-S-10 UNIT VIAL 6DV  AST | R | PO | 2.66 | 31.19 | 53.2 | 311.90 |

#= Not listed in 1994 Red Book

HHD015-2521

003735

**FoxMeyer**

DEA NO. RF0185896

4501 CAROLINA AVE-F
RICHMOND, VA.      23222
PHONE (804) 228-2000

CAREMARK BRANCH 006C
3701 CONCORD PKY STE800
CHANTILLY      VA 22021

125-001

COPY TO CUSTOMER SERVICE
ORIG BY COPY W/MERCHANDISE

CLOSED FOR JULY 4TH-NO MON DELIVERIES-REG DELIVERIES ON TUES

AME037  BC1452692 06/30/94          003223  6C-07213

| SEQ NO | DEPT | ITEM NO | NDC/UPC NO | QTY U/S | DESCRIPTION | CODE/DEA | LIST/RETAIL | UNIT COST | G.P.% | EXTENDED A |
|---|---|---|---|---|---|---|---|---|---|---|
| 11 | 103 | 705045 | 00106119935 | 10CT | M V I 12 UNIT VIAL SDV  AST 222 | P R | 3.44 | 31.15 | 53.8 | 311.50 |
| •• | 103 | 091504 | 00548652400 | 20CT | CALCIUM GLUC VL 10X IMS 12X100ML (no due release in data file) | P | 6.06 | 23.70 | 71.2 | 474.06 |
| •• | 103 | 603100 | 00074333702 | 1CS | CENOLATE AMP 1GM  100XENL | P R | 62.50 | 50.65 | 19.0 | 50.65 |
| •• | 103 | 406883 | 00574405101 | 2CT | CLINDAMYCIN 600MG SDV ADD 25X4ML | P | 4.40 | 43.40 | 61.2 | 706.72 |
| •• | 103 | 332346 | 00574417701 | 15EA | CLINDAMYCIN 9GM VL  ADD 60ML | P | 59.57 | 22.59 | 62.1 | 338.85 |
| •• | 103 | 300650 | 00533290340 | 40CT | CYTOVENE INJ 500MG STER PWD 25B | P | 34.01 | 734.43 | 15.6 | 29377.20 |
| •• | 103 | 535735 | 00060030101 | 24EA | EPIPEN AUTO INJECTOR  3MS | P | 37.24 | 24.98 | 15.6 | 599.60 |
| •• | 103 | 315119 | 00106190601 | 4CS | FOSCAVIR IV 24MG/ML AST 12X500ML | P | 1751.10 | 1404.87 | 19.8 | 5619.48 |
| •• | 103 | 526608 | 00074115170 | 10CT | HEPARIN LCK FLSH SOL 10U 25X30ML | P | .00 | 8.87 | 53.7 | 88.70 |
| •• | 103 | 202212 | 00074115270 | 10CT | HEPARIN LCK FLSH 100U ADDEF | P | .93 | 9.98 | 57.3 | 130.00 |
| •• | 103 | 533557 | 00205404577 | 100EA | LEUCOVORIN CALC INJ350MG  LED 10 | P | 137.94 | 20.01 | 82.5 | 2001.00 |
| •• | 103 | 535540 | 00517021025 | 12CT | MULTITRACE 5 CONC MDV AR 25X10ML | P | 6.00 | 42.55 | 71.6 | 510.00 |
| •• | 103 | 341529 | 55513034710 | 40CT | NEUPOGEN 300MCG/ML  10X1ML | P R | 141.00 | 1170.02 | 17.0 | 46800.00 |
| •• | 103 | 343707 | 55513034810 | 8CT | NEUPOGEN 300MCG/ML VL  10X1.6ML | P R | 806.00 | 1060.00 | 17.0 | 8480.00 |
| •• | 103 | 491225 | 90170002050 | 1CS | NEUTREXIN INJ  25MG  2X25S | P | 2125.00 | 1722.10 | 19.0 | 1722.10 |
| •• | 103 | 725416 | 00015321530 | 10EA | PARAPLATIN INJ  450MG SDV  16 | P | 676.54 | 360.82 | 15.9 | 3608.20 |
| •• | 103 | 725390 | 00015321330 | 20EA | PARAPLATIN INJ  50MG SDV  16 | P | 75.19 | 62.21 | 15.9 | 1244.20 |
| •• | 103 | 071707 | 00003073531 | 9CT | PENICIL G POT  INJ5000MU 90105 | P | 7.58 | 34.41 | 54.6 | 172.05 |
| •• | 103 | 150550 | 00074465305 | 20CT | POTASS CHL INJ 40MEQ VL 25X20ML | P | .03 | 5.07 | 73.6 | 101.40 |
| •• | 103 | 339754 | 00074727901 | 20CT | POTASS PHOS 40MM FLIPTOP 25X15ML | P | 1.39 | 9.47 | 73.6 | 189.40 |
| •• | 103 | 487001 | 57070071001 | 10CT | PROCRIT 10000U/ML VL  4X1ML | P R | 114.95 | 819.67 | 24.1 | 8214.72 |

089755

DEA NO. RF01858

Foxmeyer

4501 CAROLINA AVE-F
RICHMOND, VA  23222
PHONE (804) 228-2800

CAREMARK BRANCH 008C
3701 CONCORD PKY ST8000
CHANTILLY     VA 22021

125-001

**COPY TO CUSTOMER SERVICE**
**SHIP 81 COPY W/MERCHANDISE**          CLOSED FOR JULY 4TH-NO MON DELIVERIES-REG DELIVERIES ON TUES

AME037  DC1452092 08/30/94          003283  0C-07213

| DEPT. | ITEM NO | NDC/UPC NO | QTY | U/S | DESCRIPTION | CODE | DEA | LIST/RETAIL | UNIT COST | G.P. % | EXTEND |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 103 | 34/1 | 405896 | 57870030301 | 8CT | PROCRIT 3000U/ML VL      6X1ML | PO | R | 35.02 | 164.11 | 24.1 | 1312 |
| 103 | 4/1 | 009274 | 00074329905 | 5CT | SODIUM ACETATE    2MEQ/ML  25X50ML | PO | | 4.11 | 21.53 | 79.1 | 107 |
| 103 | 5/1 | 009522 | 00074329906 | 10CT | SODIUM ACETATE    2MEQ/ML  25X100ML | PO | | 3.83 | 43.05 | 55.0 | 430 |
| 103 | 6/1 | 031930 | 00074105607 | 112CT | SODIUM CHL INJ   .9% BACT  25X30ML | PO | | .55 | 4.56 | 46.8 | 510 |
| 103 | 5/1 | 013000 | 00074400025 | 32CT | SODIUM CHL INJ   .9% USP  25X10ML | PO | | .49 | 4.36 | 64.4 | 139 |
| 103 | 6/1 | 070645 | 00074114101 | 10CT | SODIUM CHL 23.4 XFLTP ADD25X50ML | PO | | 2.03 | 12.66 | 82.1 | 126 |
| 103 | 7/1 | 319517 | 00074113002 | 2CS | SODIUM CHL 23.4%      ADD12X250ML | PO | | 93.60 | 30.39 | 67.5 | 60 |
| 103 | 33/1 | 377820 | 00074653301 | 10CT | VANCOMYCIN 1GM  FLIPTP VIAL  10S | PO | | 17.73 | 65.05 | 62.9 | 650 |
| 103 | 39/1 | 013342 | 00074650901 | 100EA | VANCOMYCIN 5GM  BLK VL    ADD 10 | PO | | 53.62 | 32.29 | 40.0 | 3229 |
| 103 | 10/1 | 454900 | 00517611025 | 4CT | ZINC SUL INJ          AR 25X10ML | PO | | 2.65 | 7.98 | 88.0 | 31.1 |
| 103 | 14/1 | 318303 | 00173044200 | 40EA | ZOFRAN INJ            BLK 20ML | PO | | 214.05 | 181.30 | 15.4 | 7258 |
| | | | 480001 | | VIRGINIA ST TAX       .00 RX  • | | | | | | .0 |
| | | | 480143 | | HENRICO CO TAX        .00 RX  • | | | | | | .0 |

HHD015-2523

# EXHIBIT R

# Medicaid Prescription Drug Pricing Survey

## INTERVIEW SHEET

**Respondent:** _Susan McCann_   **State:** _MO_

**Name of Agency:** _____   **Date Completed:** _1/11/01_

### A. General Background

1. What is your State's reimbursement methodology for drugs covered under the prescription drug benefit?



AWP - 10.43% ⎫
MAC    ⎬ + $4.09
FUL   ⎭

2. What does your State use as its source of pricing information for drugs covered under the prescription drug benefit?



customary

FDB

3. Who calculates your State's reimbursement amounts for drugs covered under the prescription drug benefit?

    ○ We do it ourselves.

    ○ We contract with First Databank to do it.

    ❶ We contract with a different outside source to do it.  (Please name source)

    Source: _thru Fiscal Agent_

4. Are you aware that First Databank has recently reported more accurate AWPs for over 400 NDCs based on work done by the U.S. Department of Justice (DOJ) and the National Association of Medicaid Fraud Control Units (NAMFCU)?

    ● Yes

    ○ No

**B. Implementation of New First Databank Prices**

5. Is your agency currently using the more accurate AWPs calculated by the DOJ and the NAMFCU and reported by First Databank?

    ○ Yes, we are using the new prices for all of the listed drugs.

    ○ Yes, we are using the new prices for some of the listed drugs.

    ● No, we are not currently using the new prices but did at one time.

    ○ No, we have never used the new prices for any of the listed drugs.

6. If you have ever used the new prices, when did you begin?

    Month/Year   __5 | 1 | 2000__

7. If your agency is currently using the new prices, do you plan to do so for the foreseeable future?

    ○ Yes

    ○ No

8. If you implemented the new prices but are no longer using them, what month did you stop?

    Month/Year   __6 | 30__

9. If you are not currently using the new prices, what reasons led to this decision?



    ① couldn't give notice to providers in time

    ② Infusion providers were using spread to cover ancillary costs

10. When the new prices were implemented, did your State change its reimbursement methodology for the affected drugs in any manner?

    ○ Yes

    ● No

HHD006-0455

11. Does your agency have the legal authority to change its reimbursement methodology for the new AWPs reported by DOJ/First Databank, e.g. paying straight AWP instead of a discounted AWP?  If not, have you or do you plan to seek the authority to change the methodology?

*Yes - would be put in as MACs but could face legislative challenge*

12. If a drug on the DOJ/First Databank list is subject to a Federal Upper Limit or State MAC, what price is being used?

- ○ The Federal Upper Limit
- ○ The State MAC
- ○ The new AWP          *N / A*
- ◉ Whichever is lower
- ○ Other (Please explain)

## C.  Potential Implementation Problems

13. Are you aware that some of the NDCs included in the DOJ/First Databank list are no longer valid?

- ◉ Yes
- ○ No

14. For NDCs on the DOJ/First Databank list which are no longer valid, has your State or First Databank cross-walked the drugs to their new NDCs (where applicable) so that the more accurate AWPs are in effect?

- ○ Yes (Please explain how you did this)
- ○ No
- ○ Other (Please explain)

15. Do you feel that your State has the authority to crosswalk to new NDCs?

- ○ Yes (Please explain)
- ◉ No (Please explain)

16. Have you found that providers are substituting NDCs which have not undergone price reductions for NDCs included in DOJ/First Databank list?  Could you provide us with data to support this?

○ Yes (Please explain)
○ No

17. Have providers or other groups lodged complaints about the new prices?

*Infusion providers & hemo*

18. How have complaints been resolved?

*took prices out temporarily*

### D. Reimbursement of Physician-Administered Drugs

19. Other than any applicable dispensing fees, does your State pay for physician-administered drugs in the same manner as drugs purchased from a pharmacy?

○ Yes
● No

20. How do physicians bill for drugs they administer?

● NDCs
○ HCPCS Codes
○ Both (Please explain)    *billed on pharm claims*
○ Other (Please explain)

21. How is the reimbursement amount for a physician-administered drug determined?

○ We calculate reimbursement amounts for each HCPCS code by crosswalking to an NDC.
○ We use the Medicare payment amount for the HCPCS code.
○ Other (Please describe)

*straight AWP*

22. If reimbursement amounts are based solely on a HCPCS code, are the new First Databank prices somehow taken into account?

  ● Yes (please describe)   *when in effect*
  ○ No

**E.  Impact of New Prices**

23. Do you believe that these new prices are a having a short-term cost-saving impact?  Could you provide us with data to support this?

  ○ Yes (please explain)
  ○ No (please explain)

  *N / A*

24. Do you believe that these new prices will have a significant long-term cost saving impact?  Could you provide us with data to support this?

  ○ Yes (please explain)
  ○ No (please explain)

  *N/A*

  *$ 371,000 for 2 months of claims*

25. If you are currently using the DOJ/First Databank prices, approximately how much money do you think these new prices will save your State this year?  Could you provide us with data to support this?

  *N I A*

26. Overall, has First Databank been responsive to any comments or questions your agency may have had?

  ○ Yes (please explain)
  ● No (please explain)

  *First Databank implemented prices w/out asking. Fiscal agent told them don't send them anymore*

HHD006-0458    L

# EXHIBIT S



**U.S. Department of Justice**

Civil Division, Fraud Section

---

*601 D Street, NW*                                 *Telephone:  (202) 305-9300*
*Washington, D.C. 20004*                           *Telecopier:  (202) 616-3085*

*Via Electronic Transmission*                      April 3, 2009
Christopher Cook
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113

      Re:    *U.S. ex rel. Ven-a-Care of the Florida Keys Inc v. Abbott Laboratories, et al.*
               MDL No. 1456/Civil Action No. 01-12257-PBS

Dear Chris:

      This letter responds to your correspondence of March 30, 2009.  You have inquired whether the Government will consent to the reopening of discovery so that you can pursue an inquiry about a privileged communication from the Office of General Counsel to CMS that occurred in 2000.  As there is no legitimate basis upon which to reopen discovery on the subject you have identified, we decline to do so.

      With respect to the topics that remain outstanding from Abbott's Rule 30(b)(6) notice, as I previously told David Torborg, the two principal designees will be Don Thompson and Larry Reed.  Mr. Thompson will address topics pertaining the Medicare program (such as item 2 on the Nov. 21, 2007 letter) and Mr. Reed will cover topics pertaining the Medicaid program (such as items 7 through 9 in the same letter).  In February, I sent David proposed dates for Mr. Thompson.  Last month, David indicated that he was deferring on that deposition pending resolution of issues associated with the OGC opinion noted above.  Mr. Reed can be available for deposition during the last week of April.

      As for the electronic files from the OIG-OAS office Little Rock, your letter states that the material which Paul Chesser was able to locate relating to a 1994 OAS audit appears to be incomplete.  The short answer to your inquiry on this point is simply that we sent you the electronic files that Mr. Chesser was able to find which appeared to comprise the material you were requesting - there was no material that was withheld.  If you state your reason for believing the material is somehow incomplete, it may assist us in providing you with a further response on this point.

      Thank you for your attention.

                         Very Truly Yours,

                         /s/
                       Justin Draycott
                       Trial Attorney
                     Commercial Litigation Branch

cc:
James Breen
The Breen Law Firm

Eric Gortner
Kirkland Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

Martin F. Murphy
Foley Hoag LLP
155 Seaport Blvd
Boston, MA 02210-2600

Neil Merkl,
Paul F. Doyle
William A. Escobar
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178