# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Hemoglobin Therapeutics and Baxter International Inc.* | Judge Patti B. Saris |

## DECLARATION OF RUCHI JAIN IN SUPPORT OF BAXTER INTERNATIONAL INC.'S MOTION TO DISMISS RELATORS' COMPLAINT

I, RUCHI JAIN, duly declare under penalty of perjury as follows:

1.      I am an attorney at law admitted to practice in the State of New York and the District of Columbia and am an attorney in the law firm of Dickstein Shapiro LLP, counsel for Defendant Baxter International Inc.  I am familiar with all of the facts and circumstances herein. I make this declaration in support of Baxter International Inc.'s Motion to Dismiss Relators' Complaint in the above-captioned action.

2.      Attached hereto as Exhibit A is a true and correct copy of a list of 38 cases filed against Baxter prior to April 22, 2005.

3.      Attached hereto as Exhibit B is a true and correct copy of the State of Nevada Complaint in *Nevada v. Abbott Labs., Inc., et al.*, Case No. 02-00260, Department No. 8 (2d Jud. Dist. Ct., County of Washoe, Jan. 17, 2002).

4.      Attached hereto as Exhibit C is a true and correct copy of the State of Montana Complaint in *Montana ex rel. Mike McGrath, Attorney General v. Abbott Labs., Inc., et al.*, Case No. ADV-2002-2155 (1st Jud. Dist. Ct., Feb. 25, 2002).

DSMDB-2655356

5.      Attached hereto as Exhibit D is a true and correct copy of the Nassau County Complaint in *County of Nassau v. Abbott Labs et al.*, CV 04-5126 (E.D.N.Y. complaint filed Nov. 24, 2004).

6.      Attached hereto as Exhibit E is a true and correct copy of the 1984 Department of Health and Human Services Office of the Inspector General ("HHS OIG") report *Changes to the Medicaid Prescription Drug Program Could Save Millions*.

7.      Attached hereto as Exhibit F is a true and correct copy of the May 1996 HHS OIG report *Appropriateness of Medicare Prescription Drug Allowances*.

8.      Attached hereto as Exhibit G is a true and correct copy of Attachment B to the February 9, 2005 Report of Independent Expert Professor Ernst R. Berndt to Judge Patti B. Saris.

9.      Attached hereto as Exhibit H is a true and correct copy of the Declaration of Michael Bradley.

10.     Attached hereto as Exhibit I is a true and correct copy of the December 1997 HHS OIG report *Excessive Medicare Payments for Prescription Drugs*.

11.     Attached hereto as Exhibit J is a true and correct copy of a September 8, 2000 Department of Health and Human Services Health Care Financing Administration Program Memorandum to Intermediaries/Carriers, Transmittal AB-00-86, entitled "An Additional Source of Average Wholesale Price Data in Pricing Drugs and Biologicals Covered by the Medicare Program."

12.     Attached hereto as Exhibit K is a true and correct copy of a September 25, 2000 letter from Congressman Thomas Bliley, Chair of the House Commerce Committee, to Nancy-Ann Min DeParle, HCFA Administrator, including Attachments 6 and 7 to the letter.

DSMDB-2655356

13.     Attached hereto as Exhibit L is a true and correct copy of the January 2003 General Accounting Office Report *Medicare:  Payment for Blood Clotting Factor Exceeds Providers' Acquisition Cost.*

14.     Attached hereto as Exhibit M is a true and correct copy of a June 10, 1996 Barron's article, *Hooked on Drugs:  Why Do Insurers Pay Such Outrageous Prices for Pharmaceuticals?*

15.     Attached hereto as Exhibit N is a true and correct copy of the April 2000 Marketing Research Bureau report *Survey on Hemophilia Care & Price Monitoring United States:  Wave # 10.*

16.     Attached hereto as Exhibit O is a true and correct copy of select news media articles from 2001 and 2002 concerning the original AWP lawsuits.

17.     Attached hereto as Exhibit P is a true and correct copy of the July 2002 Marketing Research Bureau report *The Plasma Fractions Market in the United States 2001.*

18.     Attached hereto as Exhibit Q is a true and correct copy of the Settlement Agreement and Release between the State of California and Baxter, among other defendants, dated December 2008.

19.     Attached hereto as Exhibit R is a true and correct copy of the Settlement Agreement and Release between the State of Hawaii and Baxter, dated March 2009.

20.     Attached hereto as Exhibit S is a true and correct copy of the Settlement Agreement and Release between the State of Illinois and Baxter, dated January 2009.

21.     Attached hereto as Exhibit T is a true and correct copy of the Settlement Agreement and Release between the State of Nevada and Baxter, among other defendants, dated August 2008.

DSMDB-2655356

22.     Attached hereto as Exhibit U is a true and correct copy of the First Amended Petition of the State of Texas in *Texas ex rel. Ven-A-Care of the Fla. Keys, Inc. v. Abbott Labs., Inc. et al.*, Case No. GV00461-A.

23.     Attached hereto as Exhibit V is a true and correct copy of the Settlement Agreement and Release between the State of Texas and Baxter, dated June 2006.

I hereby swear that the foregoing statements are true to the best of my knowledge, information, and belief.


Dated:  August 14, 2009                           __/s/ Ruchi Jain_____
                                                                  Ruchi Jain
                                                                  **DICKSTEIN SHAPIRO LLP**
                                                                  1825 Eye Street NW
                                                                  Washington, DC 20006
                                                                  Telephone:  (202) 420-2200
                                                                  Facsimile:  (202) 420-2201

                                                                  Counsel for Defendant Baxter International Inc.

DSMDB-2655356

## CERTIFICATE OF SERVICE

I hereby certify that I, Ruchi Jain, an attorney, electronically filed the foregoing DECLARATION OF RUCHI JAIN IN SUPPORT OF BAXTER INTERNATIONAL INC.'s MOTION TO DISMISS RELATORS' COMPLAINT with the Clerk of the Court for the District of Massachusetts using the Court's CM/ECF system on August 14, 2009. I also caused a true and correct copy of the foregoing document to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, for posting and notification to all parties. In addition, the individuals listed below were served via U.S. Mail.

          /s/ **Ruchi Jain**
          Ruchi Jain
          **DICKSTEIN SHAPIRO LLP**
          1825 Eye Street NW
          Washington, DC 20006
          Telephone: (202) 420-2200
          Facsimile: (202) 420-2201

Edwin Winstead
Assistant United States Attorney
1225 Seventeenth Street
Suite 700
Denver, CO 80202

Greg Abbott, Attorney General
Office of the Texas Attorney General
Capitol Station
P.O. Box 12548
Austin, TX 78711-2548

Lisa Madigan, Attorney General
Office of the Illinois Attorney General
James R. Thompson Center
100 W. Randolph Street
Chicago, IL 60601

Joseph R. Biden, III, Attorney General
Office of the Delaware Attorney General
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

Catherine Cortez Masto, Attorney General
Office of the Nevada Attorney General
Old Supreme Court Building
100 North Carson Street
Carson City, NV 89701

Mark J. Bennett, Attorney General
Office of the Hawaii Attorney General
425 Queen Street
Honolulu, HI 96813

Bill McCollum, Attorney General
Office of the Florida Attorney General
The Capitol
PL-01
Tallahassee, FL 32399-1050

Edmund G. Brown, Attorney General
Brian Frankel
Office of the California Attorney General
1300 I Street
Suite 1740
Sacramento, CA 95814

Martha Coakley , Attorney General
Office of the Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108

Robert E. Cooper, Jr., Attorney General
Office of the Tennessee Attorney General
500 Charlotte Avenue
Nashville, TN 37243

James D. Caldwell, Attorney General
Office of the Louisiana Attorney General
P.O. Box 94095
Baton Rouge, LA 70804-4095

Gary King, Attorney General
Office of the New Mexico Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Dustin McDaniel, Attorney General
Office of the Arkansas Attorney General
200 Tower Building
323 Center Street
Little Rock, AR 72201-2610

Bill Mims, Attorney General
Randall L. Clouse, Director
Medicaid Fraud Control Unit
Office of the Virginia Attorney General
900 E. Main Street
5th Floor
Richmond, VA 23219

Peter Nickles, Attorney General
Office of the DC Attorney General
John A. Wilson Building
1350 Pennsylvania Avenue, NW, Suite 409
Washington, DC 20009

Mark Shurtleff, Attorney General
Office of the Utah Attorney General
State Capitol
Room 236
Salt Lake City, UT 84114-0810

6

DSMDB-2655356