Exhibit A

Baxter was named as a defendant in the following 11 cases, which all became subsumed by the September 6, 2002 Master Consolidated Complaint in MDL 1456:

- *Citizens for Consumer Justice, et al. v. Abbott Labs., Inc., et al.*, Case No. 1:01-12257PB (D. Mass)

- *Geller, et al. v. Abbott Labs., Inc.,* Civ.A. No. 2:02-553 (C.D. Cal.)

- *United Food & Commercial Workers & Employers Midwest Health Benefits Fund, et al. v. Baxter Int'l, Inc.*, Civ.A. No. 1:01-8825 (N.D. Ill.)

- *Board of Trustees of the Carpenters & Millwrights of Houston & Vicinity Welfare Trust Fund v. Abbott Labs., Inc., et al.*, Civ.A. No. 5:01-339 (E.D. Tex.)

- *Robinson and Hudson v. Abbott Labs., et al.*, Case No. CV02-0493-S (W.D. La.)

- *Teamsters Health & Welfare Fund of Philadelphia & Vicinity v. Abbott Labs., Inc., et al.*, Case No. 02 CV 2002 (E.D. Pa.)

- *Rice v. Abbott Labs., et al.*, Case No. C 02-3925 (N.D. Cal.)

- *Thompson v. Abbott Labs., et al.*, Case No. CGC-02-411813 (Ca. Sup. Ct., San Francisco Co.)

- *Turner v. Abbott Labs., et al.*, Case No. 412357 (Ca. Sup. Ct., San Francisco Co.)

- *Congress of California Seniors, et al. v. Abbott Labs., et al.*, Case No. BC282102 (Ca. Sup. Ct., Los Angeles Co.)

- *Digel v. Abbott Labs., et al.*, Case No. 03-2109-BRE (W.D. Tenn.)

Baxter was also named as a defendant in 11 state cases that were not subsumed by the MDL 1456 Master Consolidated Complaint

- *State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Aboott Labs., et al.*, Case No. 722855 (Sup. Ct of Calif.) (filed under seal July 1998)

- *State of Texas ex rel. Ven-A-Care of the Florida Keys v. Abbott Labs Inc., et al.*, Case No. GV 000461-A (Travis County, Texas) (filed under seal March 2000, unsealed May 2004)

- *State of Nevada v. Abbott Labs., Inc., et al.*, Case No. 02-00260, Department No. 8 (Second Judicial Dist. Ct., County of Washoe) (filed January 2002)

- *State of Montana ex rel. Mike McGrath, Attorney General v. Abbott Labs., Inc., et al.*, Case No. ADV-2002-2155 (First Judicial Dist. Ct.) (filed February 2002)

- *Swanston v. Abbott Labs., et al.*, Civ. A. No. 03-0062-PHX-LOA (D. Ariz) (filed December 2002)

- *Int'l Union of Operating Engineers, Local No. 68 Welfare Fund v. AstraZeneca PLC, et al.*, Civ. A. No. 03-3230 (D.N.J.) (filed June 2003)

- *Commonwealth of Pennsylvania v. TAP Pharmaceutical Prods. Inc., et al.*, Docket No. 212 MD 2004 (Commw. Ct.) (filed March 2004)

- *State of Wisconsin v. Abbott Labs., Inc., et al.*, Case No. 04-CV 1709 (Cir. Ct.) (filed June 2004)

- *Commonwealth of Kentucky ex rel. Jack Conway, Attorney General v. Alpharma, Inc., et al.*, Civ. A. No. 04-CI-1487 (Franklin Cir. Ct.) (filed November 2004)

- *State of Alabama v. Abbott Labs., Inc., et al.*, Case No. CV-2005-219 (Montgomery Cir. Ct.) (filed January 2005)

- *People of the State of Illinois v. Abbott Labs., et al.*, Case No. 05 CH 2474 (Cir. Ct. Cook County) (filed Feb. 2005)

Baxter was also named as a defendant in 16 New York county cases that were not subsumed by the MDL 1456 Master Consolidated Complaint

- *County of Albany v. Abbott Labs., Inc., et al.*, Case No. 05-CV-00425 (N.D.N.Y.) (filed April 2005)

- *County of Broome v. Abbott Labs., Inc., et al.*, Case No. 05-CV-00456 (N.D.N.Y.) (filed April 2005)

- *County of Cayuga v. Abbott Labs., Inc., et al.*, Case No. 05-CV-00423 (N.D.N.Y.) (filed April 2005)

- *County of Chautauqua v. Abbott Labs., Inc., et al.*, Case No. 05-CV-06204 (W.D.N.Y.) (filed March 2005)

- *County of Chenango v. Abbott Labs., Inc., et al.*, Case No. 05-CV-00354 (N.D.N.Y.) (filed March 2005)

- *County of Erie v. Abbott Labs., et al.*, Index No. 2005-2439 (N.Y. Sup. Ct.) (filed March 2005), *removed to* W.D.N.Y., Case No. 05-CV-0259 (April 2005)

- *County of Genesee v. Abbott Labs., Inc., et al.*, Case No. 05-CV-06206 (W.D.N.Y.) (filed April 2005)

- *County of Herkimer v. Abbott Labs., Inc., et al.*, Case No. 05-CV-00415 (N.D.N.Y.) (filed April 2005)

- *County of Monroe v. Abbott Labs., Inc., et al.*, Case No. 05-CV-06148 (W.D.N.Y.) (filed April 2005)

- *County of Nassau v. Abbott Labs., Inc., et al.*, Case No. 04-CV-5126 (E.D.N.Y.) (filed November 2004)

- *County of Oneida v. Abbott Labs., Inc., et al.*, Case No. 05-CV-00489 (N.D.N.Y.) (filed April 2005)

- *County of Onondaga v. Abbott Labs., Inc., et al.*, Case No. 05-CV-00088 (N.D.N.Y.) (filed January 2005)

- *County of Rensselaer v. Abbott Labs., Inc., et al.*, Case No. 05-CV-00422 (N.D.N.Y.) (filed April 2005)

- *County of Rockland v. Abbott Labs., Inc., et al.*, Case No. 03-CV-07055 (S.D.N.Y) (filed September 2003)

- *County of Tompkins v. Abbott Labs., Inc., et al.*, Case No. 05-CV-00397 (N.D.N.Y.) (filed March 2005)

- *County of Westchester v. Abbott Labs., Inc., et al.*, Case No. 03-CV-06178 (S.D.N.Y.) (filed August 2003)