Exhibit H

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Hemoglobin Therapeutics and Baxter International Inc.* | Judge Patti B. Saris |

## DECLARATION OF MICHAEL BRADLEY

I, Michael Bradley, declare as follows:

1. I am over the age of 21, under no disability, and am competent to testify to the matters contained in this verification. I make this verification in support of Baxter International Inc's Motion to Dismiss Relators' Complaint.

2. I am the Vice President, Healthcare Economics and Reimbursement, for Baxter's BioScience division, part of Baxter International Inc., One Baxter Parkway, Deerfield, IL 60015-4533, United States of America.

3. I have been employed by Baxter International Inc. since 1992, and have held my current title since 2006.

4. I have been authorized by Baxter International Inc. to give this verification on its behalf.

5. Among the biological therapies Baxter manufactures and sells are intravenous immune globulins (IVIGs) and anti-hemophilia clotting factors. Gammagard S/D is one such IVIG. One of the J Codes for these IVIGs is J1561.

6. Among Baxter's hemophilia therapies are: Advate, Bebulin, Feiba VH, Hemofil M, Proplex T, and Recombinate. Baxter also manufactures and sells a blood volumizer called Albumin, and a therapy to treat Chronic Pulmonary Disease called Aralast.

7. Baxter has never manufactured or sold any drug or therapy called FeibaH , HemophilM, Propelex, or Propelex LT.

8. Advate was launched in 2003. At no time did Baxter ever report or did First DataBank or any other publisher ever publish an AWP for Advate of $1.60.

I verify, under penalty of perjury, that that facts set forth herein are true and correct to the best of my knowledge, information, and belief.

Executed on August 14, 2009.

Michael Bradley