UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

| | |
|---|---|
| IN RE: PHARMACEUTICAL ) | MDL No. 1456 |
| INDUSTRY AVERAGE WHOLESALE ) | Master Docket 01-cv-12257 |
| PRICE LITIGATION ) | |
| _____ ) | |
| ) | Subcategory 06-11337 |
| THIS DOCUMENT RELATES TO: ) | Civil Action No. 08-cv-10852 |
| ) | |
| *United States of America Ex Rel.* ) | |
| *Ven-A-Care of the Florida Keys, Inc.,* ) | Judge Patti B. Saris |
| *a Florida Corporation, by and through* ) | |
| *its principal officers and directors,* ) | |
| *ZACHARY T. BENTLEY and T. MARK JONES,* ) | |
| *vs. Actavis Mid Atlantic LLC,* ) | |
| *et al.* ) | |

_____

LIST OF PENDING MOTIONS

Pursuant to the Court's August 5, 2009 instructions, the undersigned counsel for the Plaintiffs, hereby submits the following list of pending discovery motions for consideration by Judge Marianne B. Bowler to be heard on September 14, 2009:

Joint Motion to Modify March 19, 2009 Case Management Order (Document 337) to extend time limits for discovery.

Respectfully submitted,

Dated: 8/18/09              By: /s/ Susan Schneider Thomas_____
                                Susan Schneider Thomas (PA Bar No. 32799)
                                **BERGER & MONTAGUE, P.C.**
                                1622 Locust Street
                                Philadelphia, PA 19103
                                Telephone (215) 875-3000
                                Facsimile (215) 875-4604

                                Jonathan Shapiro

**STERN, SHAPIRO, WEISSBERG & GARIN**
90 Canal Street, Suite 500
Boston, MA 02114-2022
Telephone (617)742-5800
Facsimile (617) 742-5858

**Attorneys for Ven-A-Care of the Florida Keys, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that I, Carol Brotstein, paralegal with Berger & Montague caused an electronic copy of the above List of Pending Motions to be served on all counsel of record via electronic service pursuant to paragraph 11 of Case Management Order No. 2 by sending a copy to Lexis File & Serve for posting and notification to all parties.

Respectfully submitted,

Dated: 8/18/09                      By: /s/ Carol Brotstein

**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone (215) 875-3000
Facsimile (215) 875-4604