UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )  MDL NO. 1456<br>) Civil Action No. 01-12257-PBS<br>) Subcategory Case No. 03-10643-PBS<br>) |
| THIS DOCUMENT RELATES TO:<br><br>    *The City of New York, et al.*<br>v.<br>    *Abbott Laboratories, et al.* | )<br>) Judge Patti J. Saris<br>) Magistrate Judge Marianne Bowler<br>)<br>)<br>)<br>) |

**LIST OF PENDING DISCOVERY MOTIONS**

Pursuant to the Court's August 5, 2009 instructions, the undersigned counsel for the Plaintiffs hereby submits the following list of pending discovery motions for consideration by Judge Marianne B. Bowler to be heard on September 14, 2009:

> [Corrected] Plaintiffs' Emergency Motion to Quash Defendant Schering-Plough Corporation's, Schering Corporation's and Warrick Pharmaceutical Corporation's Cross-Notice of Continued Videotaped Deposition of Lynn Donovan [Dkt. No. 6262; Sub-Dkt. No. 138].

Dated: August 18, 2009

                                Respectfully submitted,

                                **City of New York and New York Counties in MDL 1456 except Nassau and Orange by**

                                **KIRBY McINERNEY, LLP**
                                825 Third Avenue
                                New York, New York 10022
                                (212) 371-6600

|      | /s/ Joanne M. Cicala_____ |
|------|---------------------------------|
| By:  | Joanne M. Cicala                |
|      | James P. Carroll, Jr.           |
|      | Jocelyn R. Normand              |
|      | Kathryn B. Allen                |

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

## **CERTIFICATE OF SERVICE**

I, Jocelyn R. Normand, hereby certify that I caused a true and correct copy of the foregoing List of Pending Discovery Motions to be served on counsel of record via electronic service pursuant to paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated:  August 18, 2009

                                                                                                        /s/
                                                                           Jocelyn R. Normand
                                                                           Kirby McInerney LLP
                                                                           825 Third Avenue,16th Floor
                                                                           New York, NY 10022
                                                                           (212) 371-6600