UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No. 07-12141-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Iowa*<br><br>*v.*<br><br>*Abbott Laboratories, et al.* ) ) ) ) ) ) ) ) ) | Judge Patti J. Saris<br>Magistrate Judge Marianne B. Bowler |

**LIST OF PENDING DISCOVERY MOTIONS FOR THE STATE OF IOWA**

Pursuant to the Court's August 5, 2009 instructions, the undersigned counsel for the Plaintiff hereby submits the following list of pending discovery motions for consideration by Judge Marianne B. Bowler to be heard on September 14, 2009:

> Plaintiff's Emergency Motion to Quash Defendant Purepac Pharmaceutical Co.'s Cross-Notice of Continued Videotaped Deposition of Lynn Donovan [Dkt. No. 6264, Sub-Dkt. No. 41].

Dated: August 18, 2009

                                            Respectfully submitted,

                                            **KIRBY McINERNEY, LLP**
                                            825 Third Avenue
                                            New York, New York 10022
                                            (212) 371-6600

                                            /s/ Joanne M. Cicala_____
                                 By:    Joanne M. Cicala
                                            James P. Carroll, Jr.
                                            Jocelyn R. Normand
                                            Kathryn B. Allen

## **CERTIFICATE OF SERVICE**

I, Jocelyn R. Normand, hereby certify that I caused a true and correct copy of the foregoing List of Pending Discovery Motions for the State of Iowa to be served on counsel of record via electronic service pursuant to paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated:  August 18, 2009

>                    /s/
> Jocelyn R. Normand
> Kirby McInerney LLP
> 825 Third Avenue, 16th Floor
> New York, NY 10022
> (212) 371-6600