# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br>_____<br><br>THIS DOCUMENT RELATES TO:<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*<br>Civil Action No. 06-CV-11337<br><br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*<br>Civil Action No. 05-CV-11084<br><br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*<br>Civil Action No. 07-CV-10248 | MDL DOCKET NO. 1456<br><br>Master File No. 01-CV-12257<br>Subcategory Case No. 06-CV-11337<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

## LIST OF PENDING DISCOVERY MOTIONS FOR
## <u>ABBOTT LABORATORIES INC.</u>

Pursuant to the Court's August 5, 2009 instructions, the undersigned counsel for Abbott Laboratories Inc. hereby submits the following list of pending discovery motions for consideration by Magistrate Judge Marianne B. Bowler to be heard on Sept. 14, 2009:

> Abbott Laboratories Inc.'s Motion for Sanctions and for a Finding of Spoliation [Dkt. No. 6096-97, Sub-Dkt. No. 218-19.]
>
> Dey Inc.'s Motion for Sanctions and for a Finding of Spoliation [Dkt. No. 6109-10, Sub-Dkt. No. 222-23.]
>
> Roxane Defendants' Motion for Sanctions and for a Finding of Spoliation [Dkt. No. 6254-55, Sub-Dkt. No. 274-75.]

While not all of these motions were filed by Abbott, they are related.

Dated: August 19, 2009

Respectfully submitted,

By: /s/ Brian J. Murray

James R. Daly
Tina M. Tabacchi
Jason G. Winchester
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, Illinois 60601-1692
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Fax: (202) 626-1700

*Counsel for Abbott Laboratories Inc.*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on August 19, 2009, a true and correct copy of the foregoing **LIST OF PENDING DISCOVERY MOTIONS FOR ABBOTT LABORATORIES INC.** was served upon all counsel of record electronically by causing this motion to be posted via Lexis-Nexis.

                                         /s/ Brian J. Murray