# Exhibit 1

to
*Declaration of George B. Henderson, II Submitting Exhibits
In Opposition to the Roxane Defendants'
Motion for a Finding of Spoliation and for Sanctions*

Oct 00

**HCPCS CODE: J7644  (K0518 3/31/00)**

**NAME OF DRUG:  Ipratropium bromide, inhalation solution administered through D unit dose form, per milligram**

**SOURCE:  July 2000 Redbook Database**

| MANUFACTURER/DISTRIBUTOR | FORM | STRENGTH | QUANTITY | AWP PRICE |
|---|---|---|---|---|
| Dey | SOL, IH | 0.02% | 2.5ml 30s | 52.80 |
| Dey | SOL, IH | 0.02% | 2.5ml 25s | 44.10 |
| Dey | SOL, IH | 0.02% | 2.5ml 60s | 105.60 |
| Alpharma USPD | SOL, IH | 0.02% | 2.5ml 60s | 118.80 |
| Alpharma USPD | SOL, IH | 0.02% | 2.5ml 25s | 56.50 |
| Alpharma USPD | SOL, IH | 0.02% | 2.5ml 30s | 67.80 |
| Roxane | SOL, IH | 0.02% | 2.5ml 25s | 44.06 |
| Roxane | SOL, IH | 0.02% | 2.5ml 30s | 52.80 |
| Roxane | SOL, IH | 0.02% | 2.5ml 60s | 105.74 |
| Zeinith Goldline | SOL, IH | 0.02% | 2.5ml 25s | 44.10 |
| Zeinith Goldline | SOL, IH | 0.02% | 2.5ml 60s | 118.75 |
| Phys Total Care | SOL, IH | 0.02% | 2.5ml 60s | 53.95 |
| Phys Total Care | SOL, IH | 0.02% | 2.5ml 25s | 26.31 |

**BRAND NAMES:**

| | | | | |
|---|---|---|---|---|
| Atrovent/Boehr Ingelheim | SOL, IH | 0.02% | 2.5ml 25s | 63.72 |
| Atrovent/Compumed | SOL, IH | 0.02% | 2.5ml 25s | 49.95 |
| Ipratropium Bromide-Novaplus/Roxane | SOL, IH | 0.02% | 2.5ml 25s | 44.06 |
| Ipratropium Bromide-Novaplus/Roxane | SOL, IH | 0.02% | 2.5ml 30s | 52.87 |
| Ipratropium Bromide-Novaplus/Roxane | SOL, IH | 0.02% | 2.5ml 60s | 105.74 |

Unit dose form: SOL. IH - 0.02%

Unit dose amt.: 0.5mg

Concentrate form:  Calculation Memo 3/5/97 Dr. Oleck

Oct 00

| | | EFFECTIVE DATE: | | 4/1/2000 | |
|---|---|---|---|---|---|
| ME, | | | Previous Price | | Current Price |
| | | J7644KO | $ | 3.52 | $ | 3.52 |
| | | J7644KP | $ | 3.52 | $ | 3.52 |
| | | J7644KQ | $ | 3.14 | $ | 3.08 |
| | | STATUS: | No Change | | |
| | | | Changed Fee = ** | | |
| | | | Source Deleted = ## | | |
| PRICE PER MG | ARRAY ALL | STATUS | |
| 3.52 | 3.52 | | |
| 3.53 | 3.53 | | |
| 3.52 | 3.52 | | |
| 3.96 | 3.96 | ** | |
| 4.52 | 4.52 | ** | |
| 4.52 | 4.52 | ** | |
| 3.52 | 3.52 | | |
| 3.52 | 3.52 | | |
| 3.52 | 3.52 | | |
| 3.53 | 3.53 | | |
| 3.96 | 3.96 | | |
| 1.80 | 1.80 | | |
| 2.10 | 2.10 | | |
| | MEDIAN | $ | 3.52 | |
| 5.10 | | | |
| 4.00 | | | |
| 3.52 | 3.52 | | |
| 3.52 | 3.52 | | |
| 3.52 | 3.52 | | |
| J7644KO & KP | $ | 3.52 | |
| UD(mg) x | | 0.5 | |
| = | | 1.76 | |
| J7051 - | | 0.22 | |
| = | | 1.54 | |
| UD(mg) ÷ | | 0.5 | |
| J7644KQ | $ | 3.08 | |

Page 2

**HCPCS CODE: J7644 (K0518 3/31/00)**

**NAME OF DRUG:** Ipratropium bromide, inhalation solution administered through DME, unit dose form, per milligram

**SOURCE:** Jan 2002 Redbook Database

**EFFECTIVE DATE:** 4/1/2000

|  | Previous Price | Current Price | Current 95% |
|---|---|---|---|
| J7644KO | $ 3.52 | $ 3.52 | $ 3.34 |
| J7644KP | $ 3.52 | $ 3.52 | $ 3.34 |
| J7644KQ | $ 3.14 | $ 3.14 | $ 2.98 |

**STATUS:** No Change
Changed Fee = **
Source Deleted = ##

| MANUFACTURER/DISTRIBUTOR | NDC | FORM | STRENGTH | QUANTITY | AWP PRICE | PRICE PER MG | ARRAY ALL | STATUS |
|---|---|---|---|---|---|---|---|---|
| Dey |  | SOL, IH | 0.02% | 2.5ml 30s | 52.80 | 3.52 | 3.52 |  |
| Dey |  | SOL, IH | 0.02% | 2.5ml 25s | 44.10 | 3.53 | 3.53 |  |
| Dey |  | SOL, IH | 0.02% | 2.5ml 60s | 105.60 | 3.52 | 3.52 |  |
| Alpharma USPD |  | SOL, IH | 0.02% | 2.5ml 60s | 118.80 | 3.96 | 3.96 | ** |
| Alpharma USPD |  | SOL, IH | 0.02% | 2.5ml 25s | 56.50 | 4.52 | 4.52 | ** |
| Alpharma USPD |  | SOL, IH | 0.02% | 2.5ml 30s | 67.80 | 4.52 | 4.52 | ** |
| Roxane |  | SOL, IH | 0.02% | 2.5ml 25s | 44.06 | 3.52 | 3.52 |  |
| Roxane |  | SOL, IH | 0.02% | 2.5ml 30s | 52.80 | 3.52 | 3.52 |  |
| Zeinith Goldline |  | SOL, IH | 0.02% | 2.5ml 60s | 105.74 | 3.52 | 3.52 |  |
| Zeinith Goldline |  | SOL, IH | 0.02% | 2.5ml 25s | 44.10 | 3.53 | 3.53 |  |
| Phys Total Care |  | SOL, IH | 0.02% | 2.5ml 60s | 118.75 | 3.96 | 3.96 |  |
| Phys Total Care |  | SOL, IH | 0.02% | 2.5ml 60s | 53.95 | 1.80 | 1.80 |  |
|  |  | SOL, IH | 0.02% | 2.5ml 25s | 26.31 | 2.10 | 2.10 |  |
|  |  |  |  |  |  | **MEDIAN** |  | $ 3.52 |

**BRAND NAMES:**

| MANUFACTURER/DISTRIBUTOR | NDC | FORM | STRENGTH | QUANTITY | AWP PRICE | PRICE PER MG | ARRAY ALL | STATUS |
|---|---|---|---|---|---|---|---|---|
| Atrovent/Boehr Ingelheim |  | SOL, IH | 0.02% | 2.5ml 25s | 63.72 | 5.10 |  |  |
| Atrovent/Compumed |  | SOL, IH | 0.02% | 2.5ml 25s | 49.95 | 4.00 |  |  |
| Ipratropium Bromide-Novaplus/Roxane |  | SOL, IH | 0.02% | 2.5ml 25s | 44.06 | 3.52 | 3.52 |  |
| Ipratropium Bromide-Novaplus/Roxane |  | SOL, IH | 0.02% | 2.5ml 30s | 52.87 | 3.52 | 3.52 |  |
| Ipratropium Bromide-Novaplus/Roxane |  | SOL, IH | 0.02% | 2.5ml 60s | 105.74 | 3.52 | 3.52 |  |

| J7644KO & KP | $ 3.52 |
|---|---|
| UD(mg) x | 0.5 |
| = | 1.76 |
| J7051 - | 0.19 |
| = | 1.57 |
| UD(mg) ÷ | 0.5 |
| J7644KQ | $ 3.14 |

Unit dose form: SOL. IH - 0.02%
Unit dose amt.: 0.5mg
Concentrate form: Calculation Memo 3/5/97 Dr. Oleck

April 02

J7644 K0518.xls

HCPCS CODE: J7644 (K0518 3/31/00)

NAME OF DRUG: Ipratropium bromide, inhalation solution administered through DME, unit dose form, per milligram

SOURCE: April 2002 Redbook Database

| | EFFECTIVE DATE: | 4/1/2000 | |
|---|---|---|---|
| | | Previous Price | Current Price | Current 95% |
| J7644KO | | $ 3.52 | $ 3.52 | $ 3.34 |
| J7644KP | | $ 3.52 | $ 3.52 | $ 3.34 |
| J7644KQ | | $ 3.14 | $ 3.14 | $ 2.98 |

STATUS: No Change  
Changed Fee = **  
Source Deleted = ##

| MANUFACTURER/DISTRIBUTOR | NDC | FORM | STRENGTH | QUANTITY | AWP PRICE | PRICE PER MG | ARRAY ALL | STATUS |
|---|---|---|---|---|---|---|---|---|
| Dey | 49502-0685-03 | SOL, IH | 0.02% | 2.5ml 25s | 44.10 | 3.53 | 3.53 | |
| Dey | 49502-685030 | SOL, IH | 0.02% | 2.5ml 25s | 44.10 | 3.53 | 3.53 | |
| Dey | 49502-0685-33 | SOL, IH | 0.02% | 2.5ml 30s | 52.80 | 3.52 | 3.52 | |
| Dey | 49502-685330 | SOL, IH | 0.02% | 2.5ml 30s | 52.80 | 3.52 | 3.52 | |
| Dey | 49502-685600 | SOL, IH | 0.02% | 2.5ml 60s | 105.60 | 3.52 | 3.52 | |
| Dey | 49502-0685-60 | SOL, IH | 0.02% | 2.5ml 60s | 105.60 | 3.52 | 3.52 | |
| Alpharma USPD | 00472-0751-60 | SOL, IH | 0.02% | 2.5ml 60s | 118.80 | 3.96 | 3.96 | ** |
| Alpharma USPD | 00472-0751-23 | SOL, IH | 0.02% | 2.5ml 25s | 56.50 | 4.52 | 4.52 | ** |
| Alpharma USPD | 00472-0751-30 | SOL, IH | 0.02% | 2.5ml 30s | 67.80 | 4.52 | 4.52 | ** |
| Apotex | 60505-0806-01 | SOL, IH | 0.02% | 2.5ml 25s | 56.00 | 4.48 | 4.48 | |
| Allscripts | 54569-4910-00 | SOL, IH | 0.02% | 2.5ml 25s | 18.62 | 1.49 | 1.49 | |
| Ivax Pharm | 00172-6407-44 | SOL, IH | 0.02% | 2.5ml 25s | 44.10 | 3.53 | 3.53 | |
| Ivax Pharm | 00172-6407-49 | SOL, IH | 0.02% | 2.5ml 60s | 105.60 | 3.52 | 3.52 | |
| Phys Total Care | 54868-4082-00 | SOL, IH | 0.02% | 2.5ml 60s | 42.25 | 1.41 | 1.41 | |
| Phys Total Care | 54868-4082-01 | SOL, IH | 0.02% | 2.5ml 25s | 23.54 | 1.88 | 1.88 | |
| | | | | | | MEDIAN | $ 3.52 | |

BRAND NAMES:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Atrovent/Boehr Ingelheim | 00597-0080-62 | SOL, IH | 0.02% | 2.5ml 25s | 70.97 | 5.68 | | |
| Ipratropium Bromide-Novaplus/Roxane | 00054-8404-11 | SOL, IH | 0.02% | 2.5ml 25s | 44.06 | 3.52 | 3.52 | |
| Ipratropium Bromide-Novaplus/Roxane | 00054-8402-11 | SOL, IH | 0.02% | 2.5ml 25s | 44.06 | 3.52 | 3.52 | |
| Ipratropium Bromide-Novaplus/Roxane | 00054-8402-11 | SOL, IH | 0.02% | 2.5ml 30s | 52.87 | 3.52 | 3.52 | |
| Ipratropium Bromide-Novaplus/Roxane | 00054-8402-11 | SOL, IH | 0.02% | 2.5ml 30s | 52.87 | 3.52 | 3.52 | |
| Ipratropium Bromide-Novaplus/Roxane | 00054-8402-21 | SOL, IH | 0.02% | 2.5ml 60s | 105.74 | 3.52 | 3.52 | |
| Ipratropium Bromide-Novaplus/Roxane | 00054-8404-21 | SOL, IH | 0.02% | 2.5ml 60s | 105.74 | 3.52 | 3.52 | |

| J7644KO & KP | $ 3.52 |
|---|---|
| UD(mg) x | 0.5 |
| = | 1.76 |
| J7051 - | 0.19 |
| = | 1.57 |
| UD(mg) ÷ | 0.5 |
| J7644KQ | $ 3.14 |

Unit dose form: SOL. IH - 0.02%  
Unit dose amt.: 0.5mg  
Concentrate form: Calculation Memo 3/5/97 Dr. Oleck

July 02

J7644 K0518.xls

AWP033-1352

**HCPCS CODE: J7644 (K0518 3/31/00)**

**NAME OF DRUG:** Ipratropium bromide, inhalation solution administered through DME, unit dose form, per milligram

**SOURCE:** July 2002 Redbook Database

**EFFECTIVE DATE:**

| | Previous Price | 4/1/2000 Current Price | Current 95% |
|---|---|---|---|
| J7644KO | $ 3.52 | $ 3.52 | $ 3.34 |
| J7644KP | $ 3.52 | $ 3.52 | $ 3.34 |
| J7644KQ | $ 3.14 | $ 3.14 | $ 2.98 |

**STATUS:** No Change
Changed Fee = **
Source Deleted = ##

| MANUFACTURER/DISTRIBUTOR | NDC | FORM | STRENGTH | QUANTITY | AWP PRICE | PRICE PER MG | ARRAY ALL | STATUS |
|---|---|---|---|---|---|---|---|---|
| Dey | 49502-0685-03 | SOL, IH | 0.02% | 2.5ml 25s | 44.10 | 3.53 | 3.53 | |
| Dey | 49502-685030 | SOL, IH | 0.02% | 2.5ml 25s | 44.10 | 3.53 | 3.53 | |
| Dey | 49502-0685-33 | SOL, IH | 0.02% | 2.5ml 30s | 52.80 | 3.52 | 3.52 | |
| Dey | 49502-685330 | SOL, IH | 0.02% | 2.5ml 30s | 52.80 | 3.52 | 3.52 | |
| Dey | 49502-685600 | SOL, IH | 0.02% | 2.5ml 60s | 105.60 | 3.52 | 3.52 | |
| Dey | 49502-0685-60 | SOL, IH | 0.02% | 2.5ml 60s | 105.60 | 3.52 | 3.52 | |
| Alpharma USPD | 00472-0751-60 | SOL, IH | 0.02% | 2.5ml 60s | 118.80 | 3.96 | 3.96 | |
| Alpharma USPD | 00472-0751-23 | SOL, IH | 0.02% | 2.5ml 25s | 56.50 | 4.52 | 4.52 | |
| Alpharma USPD | 00472-0751-30 | SOL, IH | 0.02% | 2.5ml 30s | 67.80 | 4.52 | 4.52 | |
| Apotex | 60505-0806-01 | SOL, IH | 0.02% | 2.5ml 25s | 56.00 | 4.48 | 4.48 | |
| Allscripts | 54569-4910-00 | SOL, IH | 0.02% | 2.5ml 25s | 18.46 | 1.48 | 1.48 | ** |
| Ivax Pharm | 00172-6407-44 | SOL, IH | 0.02% | 2.5ml 25s | 44.10 | 3.53 | 3.53 | |
| Ivax Pharm | 00172-6407-49 | SOL, IH | 0.02% | 2.5ml 60s | 105.60 | 3.52 | 3.52 | |
| Phys Total Care | 54868-4082-00 | SOL, IH | 0.02% | 2.5ml 60s | 42.25 | 1.41 | 1.41 | |
| Phys Total Care | 54868-4082-01 | SOL, IH | 0.02% | 2.5ml 25s | 23.54 | 1.88 | 1.88 | |
| | | | | | | | MEDIAN $ 3.52 | |

**BRAND NAMES:**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Atrovent/Boehr Ingelheim | 00597-0080-62 | SOL, IH | 0.02% | 2.5ml 25s | 73.09 | 5.85 | | |
| Ipratropium Bromide-Novaplus/Roxane | 00054-8404-11 | SOL, IH | 0.02% | 2.5ml 25s | 44.06 | 3.52 | 3.52 | |
| Ipratropium Bromide-Novaplus/Roxane | 00054-8402-11 | SOL, IH | 0.02% | 2.5ml 25s | 44.06 | 3.52 | 3.52 | |
| Ipratropium Bromide-Novaplus/Roxane | 00054-8402-11 | SOL, IH | 0.02% | 2.5ml 30s | 52.87 | 3.52 | 3.52 | |
| Ipratropium Bromide-Novaplus/Roxane | 00054-8402-11 | SOL, IH | 0.02% | 2.5ml 30s | 52.87 | 3.52 | 3.52 | |
| Ipratropium Bromide-Novaplus/Roxane | 00054-8402-21 | SOL, IH | 0.02% | 2.5ml 60s | 105.74 | 3.52 | 3.52 | |
| Ipratropium Bromide-Novaplus/Roxane | 00054-8404-21 | SOL, IH | 0.02% | 2.5ml 60s | 105.74 | 3.52 | 3.52 | |

| J7644KO & KP | $ 3.52 |
|---|---|
| UD(mg) x | 0.5 |
| = | 1.76 |
| J7051 - | 0.19 |
| = | 1.57 |
| UD(mg) ÷ | 0.5 |
| J7644KQ | $ 3.14 |

Unit dose form: SOL. IH - 0.02%
Unit dose amt.: 0.5mg
Concentrate form: Calculation Memo 3/5/97 Dr. Oleck

Oct 02

J7644 K0518.xls

AWP033-1243