# Exhibit 2

to
*Declaration of George B. Henderson, II Submitting Exhibits
In Opposition to the Roxane Defendants'
Motion for a Finding of Spoliation and for Sanctions*

# DME Drug Pricing Form

Procedure Code: **K0518**

| | | | | | | |
|---|---|---|---|---|---|---|
| DATE: | 6/30/1999 | GENERIC NAME | Ipratropium Bromide (unit dose - inhalation) | | Current | Previous |
| CONSULTANT: | msn | BRAND NAME | | K0518KO | $3.34 | $3.34 |
| SOURCE: | Mar 99 CD | GEN. or BRAND? | Generic | K0518KP | $3.34 | $3.34 |
| | | STRENGTH | per 1 mg | K0518KQ | $3.04 | $3.00 |

Last Updated: 3/30/1999

System Eff. Date: 7/1/1999

| COMPANY | PAGE | FORM | STRENGTH | QUANTITY | NDC# | AWP | 1 MG |
|---|---|---|---|---|---|---|---|
| Dey | 46f | SOL, IH | 0.02% | 2.5 ml, 25s | 49502-0685-03 | 44.10 | 3.53 |
| Dey | 46f | SOL, IH | 0.02% | 2.5 ml, 30s | 49502-0685-33 | 52.80 | 3.52 |
| Dey | 46f | SOL, IH | 0.02% | 2.5 ml, 60s | 49502-0685-60 | 105.60 | 3.52 |
| Phys Total Care | Mar 99 CD | SOL, IH | 0.02% | 2.5 ml, 25s | 54868-4082-01 | 26.31 | 2.10 |
| Phys Total Care | Mar 99 CD | SOL, IH | 0.02% | 2.5 ml, 60s | 54868-4082-00 | 53.95 | 1.80 |
| Roxane | 42m | SOL, IH | 0.02% | 2.5 ml, 25s | 00054-8402-11 | 44.06 | 3.52 |
| Roxane | 42m | SOL, IH | 0.02% | 2.5 ml, 30s | 00054-8402-13 | 52.87 | 3.52 |
| Roxane | 42m | SOL, IH | 0.02% | 2.5 ml, 60s | 00054-8402-21 | 105.74 | 3.52 |
| | | | | | KO & KP (median) | | 3.52 |
| | | | | | UD (mg)  X | | 0.50 |
| | | | | | = | | 1.76 |
| | | | | | - J7051 | | 0.16 |
| | | | | | = | | 1.60 |
| | | | | | UD(mg)  / | | 0.50 |
| | | | | | KQ | | 3.20 |
| | | | | | KO & KP(95%) | | 3.34 |
| | | | | | KQ(95%) | | 3.04 |

*Brand Sources*

| COMPANY | PAGE | FORM | STRENGTH | QUANTITY | NDC# | AWP | 1 MG |
|---|---|---|---|---|---|---|---|
| Boehr Ingelheim | Mar 99 CD | SOL, IH | 0.02% | 2.5 ml, 25s | 00597-0080-62 | 58.40 | 4.67 |
| Compumed | Mar 99 CD | SOL, IH | 0.02% | 2.5 ml, 25s | 00403-0645-18 | 49.95 | 4.00 |

Added Dey 2.5 ml/30s and Roxane 2.5ml/60s on 3/17/98

Deleted Compumed (00403-0229-18) because it was not on Mar 99 CD.

# DME Drug Pricing Form

Procedure Code: **K0518**

| | | | | | | |
|---|---|---|---|---|---|---|
| DATE: | 9/30/1999 | GENERIC NAME | Ipratropium Bromide (unit dose - inhalation) | | Current | Previous |
| CONSULTANT: | msn | BRAND NAME | | K0518KO | $3.34 | $3.34 |
| SOURCE: | Jul 99 CD/Annual | GEN. or BRAND? | Generic | K0518KP | $3.34 | $3.34 |
| | | STRENGTH | per 1 mg | K0518KQ | $3.04 | $3.00 |

Last Updated: 6/30/1999

System Eff. Date: 10/1/1999

| COMPANY | PAGE | FORM | STRENGTH | QUANTITY | NDC# | AWP | 1 MG |
|---|---|---|---|---|---|---|---|
| Dey | Jul 99 CD | SOL, IH | 0.02% | 2.5 ml, 25s | 49502-0685-03 | 44.10 | 3.53 |
| Dey | Jul 99 CD | SOL, IH | 0.02% | 2.5 ml, 30s | 49502-0685-33 | 52.80 | 3.52 |
| Dey | Jul 99 CD | SOL, IH | 0.02% | 2.5 ml, 60s | 49502-0685-60 | 105.60 | 3.52 |
| Phys Total Care | Jul 99 CD | SOL, IH | 0.02% | 2.5 ml, 25s | 54868-4082-01 | 26.31 | 2.10 |
| Phys Total Care | Jul 99 CD | SOL, IH | 0.02% | 2.5 ml, 60s | 54868-4082-00 | 53.95 | 1.80 |
| Roxane | Jul 99 CD | SOL, IH | 0.02% | 2.5 ml, 25s | 00054-8402-11 | 44.06 | 3.52 |
| Roxane | Jul 99 CD | SOL, IH | 0.02% | 2.5 ml, 30s | 00054-8402-13 | 52.87 | 3.52 |
| Roxane | Jul 99 CD | SOL, IH | 0.02% | 2.5 ml, 60s | 00054-8402-21 | 105.74 | 3.52 |
| | | | | | KO & KP (median) | | 3.52 |
| | | | | | UD (mg)  X | | 0.50 |
| | | | | | = | | 1.76 |
| | | | | | - J7051 | | 0.16 |
| | | | | | = | | 1.60 |
| | | | | | UD(mg)  / | | 0.50 |
| | | | | | KQ | | 3.20 |
| | | | | | KO & KP(95%) | | 3.34 |
| | | | | | KQ(95%) | | 3.04 |

### Brand Sources

| COMPANY | PAGE | FORM | STRENGTH | QUANTITY | NDC# | AWP | 1 MG |
|---|---|---|---|---|---|---|---|
| Boehr Ingelheim | Mar 99 CD | SOL, IH | 0.02% | 2.5 ml, 25s | 00597-0080-62 | 58.40 | 4.67 |
| Compumed | Mar 99 CD | SOL, IH | 0.02% | 2.5 ml, 25s | 00403-0645-18 | 49.95 | 4.00 |

# DME Drug Pricing Form

Procedure Code: **J7644**

| | | | | | | |
|---|---|---|---|---|---|---|
| DATE: | 12/3/1999 | GENERIC NAME | Ipratropium Bromide (unit dose - inhalation) | | Current | Previous |
| CONSULTANT: | VB | BRAND NAME | | K0518KO | $3.34 | $3.34 |
| SOURCE: | Nov99 Redbook | GEN. or BRAND? | Generic | K0518KP | $3.34 | $3.34 |
| | | STRENGTH | per 1 mg | K0518KQ | $3.19 | $3.04 |

Last Updated: 9/30/1999

System Eff. Date: 1/1/2000

| COMPANY | PAGE | FORM | STRENGTH | QUANTITY | NDC# | AWP | 1 MG |
|---|---|---|---|---|---|---|---|
| Alpharma USPD | 44 | SOL, IH | 0.02% | 2.5 ml 60s | 00472-0751-60 | 118.80 | 3.96 |
| Dey | Oct99 CD | SOL, IH | 0.02% | 2.5 ml, 25s | 49502-0685-03 | 44.10 | 3.53 |
| Dey | Oct99 CD | SOL, IH | 0.02% | 2.5 ml, 30s | 49502-0685-33 | 52.80 | 3.52 |
| Dey | Oct99 CD | SOL, IH | 0.02% | 2.5 ml, 60s | 49502-0685-60 | 105.60 | 3.52 |
| Phys Total Care | Oct99 CD | SOL, IH | 0.02% | 2.5 ml, 25s | 54868-4082-01 | 26.31 | 2.10 |
| Phys Total Care | Oct99 CD | SOL, IH | 0.02% | 2.5 ml, 60s | 54868-4082-00 | 53.95 | 1.80 |
| Roxane | 44 | SOL, IH | 0.02% | 2.5 ml, 25s | 00054-8402-11 | 44.06 | 3.52 |
| Roxane | 44 | SOL, IH | 0.02% | 2.5 ml, 30s | 00054-8402-13 | 52.87 | 3.52 |
| Roxane | 44 | SOL, IH | 0.02% | 2.5 ml, 60s | 00054-8402-21 | 105.74 | 3.52 |
| | | | | | KO & KP (median) | | 3.52 |
| | | | | | UD (mg)  X | | 0.50 |
| | | | | | = | | 1.76 |
| | | | | | - J7051 | | 0.08 |
| | | | | | = | | 1.68 |
| | | | | | UD(mg)  / | | 0.50 |
| | | | | | KQ | | 3.36 |
| | | | | | KO & KP(95%) | | 3.34 |
| | | | | | KQ(95%) | | 3.19 |

*Brand Sources*

| COMPANY | PAGE | FORM | STRENGTH | QUANTITY | NDC# | AWP | 1 MG |
|---|---|---|---|---|---|---|---|
| Boehr Ingelheim | 22 | SOL, IH | 0.02% | 2.5 ml, 25s | 00597-0080-62 | 60.74 | 4.86 |

Added Dey 2.5 ml/30s and Roxane 2.5ml/60s on 3/17/98

Deleted Compumed (00403-0229-18) because it was not on Mar 99 CD.

| Compumed | Mar 99 CD | SOL, IH | 0.02% | 2.5 ml, 25s | 00403-0645-18 | 49.95 | 4.00 |