# Exhibit 3

to
*Declaration of George B. Henderson, II Submitting Exhibits
In Opposition to the Roxane Defendants'
Motion for a Finding of Spoliation and for Sanctions*

## DMERC Medication Pricing

| CODE | DESCRIPTION | UNIT DOSAGE | PRICE LIST DRUG NAME | LISTED DOSAGE | AWP FROM RED BOOK | RED BOOK DATE | COST/UNIT DOSAGE | DATE LAST UPDATED | UPDATED BY |
|---|---|---|---|---|---|---|---|---|---|
| K0518 | Ipratropium Bromide | 1 mg | Compumed | .02%, 2.5ml 25s | $ 40.30 | 1998 annual | $ 3.22 | 06/30/1998 | CH |
| | Unit dose | | Dey | .02%, 2.5ml 25s | $ 44.10 | 1998 annual | $ 3.53 | 06/30/1998 | CH |
| | | | Dey | .02%, 2.5ml 60s | $ 105.60 | 1998 annual | $ 3.52 | 06/30/1998 | CH |
| | | | Roxane | .02%, 2.5ml 25s | $ 44.06 | 1998 annual | $ 3.52 | 06/30/1998 | CH |
| | | | Roxane | .02%, 2.5ml 30s | $ 52.87 | 1998 annual | $ 3.52 | 06/30/1998 | CH |
| | | | Roxane | .02%, 2.5ml 60s | $ 105.74 | 1998 annual | $ 3.52 | 06/30/1998 | CH |

MEDIAN =  $ 3.52

MEDIAN LESS 5% = $ 3.34

| KO & KP | $ | 3.52 |
|---|---|---|
| UD(gm) x | | 0.5 |
| = | | 1.76 |
| J7051 - | | 0.19 |
| = | | 1.57 |
| UD(gm) - | | 0.5 |
| KQ | $ | 3.14 |

K0518KQ LESS 5% = $ 2.98

no changes through 09/30/98    MR

09/30/1998

Page 1 of 1

CIGNA

AWQ021-0220

# DMERC Medication Pricing

| CODE | DESCRIPTION | UNIT DOSAGE | PRICE LIST DRUG NAME | LISTED DOSAGE | AWP FROM RED BOOK | RED BOOK DATE | COST/UNIT DOSAGE | DATE LAST UPDATED | UPDATED BY |
|---|---|---|---|---|---|---|---|---|---|
| K0518 | Ipratropium Bromide | 1 mg | Compumed | .02%, 2.5ml 25s | $ 40.30 | 1998 annual | $ 3.22 | 06/30/1998 | CH |
| | Unit dose | | Dey | .02%, 2.5ml 25s | $ 44.10 | 1998 annual | $ 3.53 | 06/30/1998 | CH |
| | | | Dey | .02%, 2.5ml 60s | $ 105.60 | 1998 annual | $ 3.52 | 06/30/1998 | CH |
| | | | Roxane | .02%, 2.5ml 25s | $ 44.06 | 1998 annual | $ 3.52 | 06/30/1998 | CH |
| | | | Roxane | .02%, 2.5ml 30s | $ 52.87 | 1998 annual | $ 3.52 | 06/30/1998 | CH |
| | | | Roxane | .02%, 2.5ml 60s | $ 105.74 | 1998 annual | $ 3.52 | 06/30/1998 | CH |

MEDIAN = $ 3.52

MEDIAN LESS 5% = $ 3.34

| KO & KP | $ | 3.52 |
|---|---|---|
| UD(gm) x | | 0.5 |
| = | | 1.76 |
| J7051 - | | 0.19 |
| = | | 1.57 |
| UD(gm) - | | 0.5 |
| KQ | $ | 3.14 |

K0518KQ LESS 5% = $ 2.98

no changes through 12/98    MR

12/21/1998

Page 1 of 1

CIGNA

AWQ021-0221

# DMERC Medication Pricing

| CODE | DESCRIPTION | UNIT DOSAGE | PRICE LIST DRUG NAME | LISTED PACKAGING | NDC NUMBER | AWP FROM RED BOOK | RED BOOK DATE | PAGE NUMBER | UNITS PER PACKAGING | COST/UNIT DOSAGE | DATE LAST UPDATED | UPDATED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J7644 | Ipratropium Bromide | 1 mg | Allscripts | .02%, 2.5ml 25s | 54569-4910-00 | $ 18.84 | Apr-03 | CD | 12.5 | $ 1.51 | 6/6/2003 | AG |
| | Unit dose | | Alpharma USPD | .02%, 2.5ml 25s | 00472-0751-23 | $ 56.50 | Apr-03 | CD | 12.5 | $ 4.52 | 6/6/2003 | AG |
| | | | Alpharma USPD | .02%, 2.5ml 30s | 00472-0751-30 | $ 67.80 | Apr-03 | CD | 15 | $ 4.52 | 6/6/2003 | AG |
| | | | Alpharma USPD | .02%, 2.5ml 60s | 00472-0751-60 | $ 118.80 | Apr-03 | CD | 30 | $ 3.96 | 6/6/2003 | AG |
| | | | Apotex Corp. | .02%, 2.5ml 25s | 60505-0806-01 | $ 56.00 | Apr-03 | CD | 12.5 | $ 4.48 | 6/6/2003 | AG |
| | | | Aslung | .02%, 2.5ml 25s | 65271-0001-25 | $ 44.00 | Apr-03 | CD | 12.5 | $ 3.52 | 6/6/2003 | AG |
| | | | Aslung | .02%, 2.5ml 30s | 65271-0001-30 | $ 52.80 | Apr-03 | CD | 15 | $ 3.52 | 6/6/2003 | AG |
| | | | Aslung | .02%, 2.5ml 60s | 65271-0001-60 | $ 105.60 | Apr-03 | CD | 30 | $ 3.52 | 6/6/2003 | AG |
| | | | Aslung | .02%, 2.5ml 120s | 65271-0001-12 | $ 211.20 | Apr-03 | CD | 60 | $ 3.52 | 6/6/2003 | AG |
| | | | Dey | .02%, 2.5ml 25s | 49502-0685-03 | $ 44.10 | Apr-03 | CD | 12.5 | $ 3.53 | 6/6/2003 | AG |
| | | | Dey | .02%, 2.5ml 30s | 49502-0685-33 | $ 52.80 | Apr-03 | CD | 15 | $ 3.52 | 6/6/2003 | AG |
| | | | Dey | .02%, 2.5ml 60s | 49502-0685-60 | $ 105.60 | Apr-03 | CD | 30 | $ 3.52 | 6/6/2003 | AG |
| | | | Phys Total Care | .02%, 2.5ml 25s | 54868-4082-01 | $ 23.54 | Apr-03 | CD | 12.5 | $ 1.88 | 6/6/2003 | AG |
| | | | Phys Total Care | .02%, 2.5ml 60s | 54868-4082-00 | $ 42.25 | Apr-03 | CD | 30 | $ 1.41 | 6/6/2003 | AG |
| | | | Roxane | .02%, 2.5ml 25s | 00054-8402-11 | $ 44.06 | Apr-03 | CD | 12.5 | $ 3.52 | 6/6/2003 | AG |
| | | | Roxane | .02%, 2.5ml 30s | 00054-8402-13 | $ 52.87 | Apr-03 | CD | 15 | $ 3.52 | 6/6/2003 | AG |
| | | | Roxane | .02%, 2.5ml 60s | 00054-8402-21 | $ 105.74 | Apr-03 | CD | 30 | $ 3.52 | 6/19/2003 | AG |
| | Generic Median = | $ 3.52 | | | | | | | | | | |
| | | | Atrovent (Boehr Ingelheim) Ipratropium Bromide NovaPlus | .02%, 2.5ml 25s | 00597-0080-62 | $ 84.06 | Apr-03 | CD | 12.5 | $ 6.72 | 6/19/2003 | AG |
| | | | (Roxane) | .02%, 2.5ml 25s | 00054-8404-11 | $ 44.06 | Apr-03 | CD | 12.5 | $ 3.52 | 6/19/2003 | AG |
| | | | (Roxane) | .02%, 2.5ml 30s | 00054-8404-13 | $ 52.87 | Apr-03 | CD | 15 | $ 3.52 | 6/19/2003 | AG |
| | | | (Roxane) | .02%, 2.5ml 60s | 00054-8404-21 | $ 105.74 | Apr-03 | CD | 30 | $ 3.52 | 6/19/2003 | AG |
| | Lowest Brand = | $ 3.52 | | | | | | | | | | |
| | AWP = | $ 3.52 | Updated through April 2003 Red Book Quarterly CD | | | | | | | | | |
| | AWP less 5% = | $ 3.34 | | | | | | | | | | |

| | | |
|---|---|---|
| KO & KP | $ | 3.52 |
| UD(gm) x | | 0.5 |
| = | | 1.76 |
| J7051 - | | 0.15 |
| = | | 1.61 |
| UD(gm) - | | 0.5 |
| KQ | $ | 3.22 |
| J7644KQ LESS 5% = | $ | 3.06 |

Compumed(Atrovent) product removed from array per October 1999 CD item deactivated 6/8/99

Confidential, unpublished property of CIGNA
Do not duplicate or distribute
Use and distribution limited solely to authorized personnel.
2003 CIGNA

# DMERC Medication Pricing

| CODE | DESCRIPTION | UNIT DOSAGE | PRICE LIST DRUG NAME | LISTED PACKAGING | NDC NUMBER | AWP FROM RED BOOK | RED BOOK DATE | PAGE NUMBER | UNITS PER PACKAGING | COST/UNIT DOSAGE | DATE LAST UPDATED | UPDATED BY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J7644 | Ipratropium Bromide Unit dose | 1 mg | Allscripts | .02%, 2.5ml 25s | 54569-4910-00 | $ 18.83 | Jul-03 | CD | 12.5 | $ 1.51 | 9/2/2003 | CH |
| | | | Alpharma USPD | .02%, 2.5ml 25s | 00472-0751-23 | $ 56.50 | Jul-03 | CD | 12.5 | $ 4.52 | 9/2/2003 | CH |
| | | | Alpharma USPD | .02%, 2.5ml 30s | 00472-0751-30 | $ 67.80 | Jul-03 | CD | 15 | $ 4.52 | 9/2/2003 | CH |
| | | | Alpharma USPD | .02%, 2.5ml 60s | 00472-0751-60 | $ 118.80 | Jul-03 | CD | 30 | $ 3.96 | 9/2/2003 | CH |
| | | | Apotex Corp. | .02%, 2.5ml 25s | 60505-0806-01 | $ 56.00 | Jul-03 | CD | 12.5 | $ 4.48 | 9/2/2003 | CH |
| | | | Aslung | .02%, 2.5ml 25s | 65271-0001-25 | $ 44.00 | Jul-03 | CD | 12.5 | $ 3.52 | 9/2/2003 | CH |
| | | | Aslung | .02%, 2.5ml 30s | 65271-0001-30 | $ 52.80 | Jul-03 | CD | 15 | $ 3.52 | 9/2/2003 | CH |
| | | | Aslung | .02%, 2.5ml 60s | 65271-0001-60 | $ 105.60 | Jul-03 | CD | 30 | $ 3.52 | 9/2/2003 | CH |
| | | | Aslung | .02%, 2.5ml 120s | 65271-0001-12 | $ 211.20 | Jul-03 | CD | 60 | $ 3.52 | 9/2/2003 | CH |
| | | | Dey | .02%, 2.5ml 25s | 49502-0685-03 | $ 44.10 | Jul-03 | CD | 12.5 | $ 3.53 | 9/2/2003 | CH |
| | | | Dey | .02%, 2.5ml 30s | 49502-0685-33 | $ 52.80 | Jul-03 | CD | 15 | $ 3.52 | 9/2/2003 | CH |
| | | | Dey | .02%, 2.5ml 60s | 49502-0685-60 | $ 105.60 | Jul-03 | CD | 30 | $ 3.52 | 9/2/2003 | CH |
| | | | Phys Total Care | .02%, 2.5ml 25s | 54868-4082-01 | $ 23.54 | Jul-03 | CD | 12.5 | $ 1.88 | 9/2/2003 | CH |
| | | | Phys Total Care | .02%, 2.5ml 60s | 54868-4082-00 | $ 42.25 | Jul-03 | CD | 30 | $ 1.41 | 9/2/2003 | CH |
| | | | Roxane | .02%, 2.5ml 25s | 00054-8402-11 | $ 44.06 | Jul-03 | CD | 12.5 | $ 3.52 | 9/2/2003 | CH |
| | | | Roxane | .02%, 2.5ml 30s | 00054-8402-13 | $ 52.87 | Jul-03 | CD | 15 | $ 3.52 | 9/2/2003 | CH |
| | | | Roxane | .02%, 2.5ml 60s | 00054-8402-21 | $ 105.74 | Jul-03 | CD | 30 | $ 3.52 | 9/2/2003 | CH |
| | Generic Median = | $ 3.52 | | | | | | | | | | |
| | | | Atrovent (Boehr Ingelheim) | .02%, 2.5ml 25s | 00597-0080-62 | $ 84.06 | Jul-03 | CD | 12.5 | $ 6.72 | 9/2/2003 | CH |
| | | | Ipratropium Bromide NovaPlus (Roxane) | .02%, 2.5ml 25s | 00054-8404-11 | $ 44.06 | Jul-03 | CD | 12.5 | $ 3.52 | 9/2/2003 | CH |
| | | | (Roxane) | .02%, 2.5ml 30s | 00054-8404-13 | $ 52.87 | Jul-03 | CD | 15 | $ 3.52 | 9/2/2003 | CH |
| | | | (Roxane) | .02%, 2.5ml 60s | 00054-8404-21 | $ 105.74 | Jul-03 | CD | 30 | $ 3.52 | 9/2/2003 | CH |
| | Lowest Brand = | $ 3.52 | | | | | | | | | | |
| | AWP = | $ 3.52 | Updated through July 2003 Red Book Quarterly CD | | | | | | | | | |
| | AWP less 5% = | $ 3.34 | | | | | | | | | | |
| KO & KP | $ 3.52 | | | | | | | | | | | |
| UD(gm) x | 0.5 | | | | | | | | | | | |
| = | 1.76 | | | | | | | | | | | |
| J7051 - | 0.15 | | | | | | | | | | | |
| = | 1.61 | | | | | | | | | | | |
| UD(gm) - | 0.5 | | | | | | | | | | | |
| KQ | $ 3.22 | | | | | | | | | | | |
| | J7644KQ LESS 5% = | $ 3.06 | | | | | | | | | | |

Compumed(Atrovent) product removed from array per October 1999 CD item deactivated 6/8/99

Confidential, unpublished property of CIGNA
Do not duplicate or distribute
Use and distribution limited solely to authorized personnel.
2003 CIGNA