# Exhibit 4

to

*Declaration of George B. Henderson, II Submitting Exhibits*
*In Opposition to the Roxane Defendants'*
*Motion for a Finding of Spoliation and for Sanctions*

DMERC Drug Calculations
excluding Oral Anti-Emetic Drugs
Data Source: October 2000
Produced: 27NOV00

| PROC Description | Company Brand Name | Product Name | Additional Description | Package Size | Note Form | Strength/ Dosage | NDC | AWP | Price per unit | Median or Lowest Brand | Overall Price | Typ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| J7643KO GLYCOPYRROLATE | N  Amer Regent | GLYCOPYRROLATE | (M.D.V.) | 20 ml 25s | INJ | 0.2 MG/ML | 00517462025 | 155.94 | 1.56 | 0.33 | 0.31 | B |
| | Consolidated Midland | GLYCOPYRROLATE | (VIAL) | 5 ml 25s | INJ | 0.2 MG/ML | 00223772205 | 125.00 | 5.00 | 0.33 | 0.31 | B |
| | Consolidated Midland | GLYCOPYRROLATE | (VIAL) | 20 ml | INJ | 0.2 MG/ML | 00223772320 | 6.00 | 1.50 | 0.33 | 0.31 | B |
| J7643KQ GLYCOPYRROLATE | Y  Allscripts | ROBINUL | (MDV) | 20 ml | INJ | 0.2 MG/ML | 54569351900 | 7.63 | 1.91 | 0.33 | 0.31 | B |
| | Baxter PPI | ROBINUL | (S.D.V.) | 2 ml | INJ | 0.2 MG/ML | 10019001617 | 0.42 | 1.05 | 0.33 | 0.31 | B |
| | Baxter PPI | ROBINUL | (M.D.V.) | 5 ml | INJ | 0.2 MG/ML | 10019001654 | 0.48 | 0.48 | 0.33 | 0.31 | B |
| | Baxter PPI | ROBINUL | (M.D.V.) | 20 ml | INJ | 0.2 MG/ML | 10019001663 | 1.32 | 0.33 | 0.33 | 0.31 | B |
| | Baxter PPI | ROBINUL | (S.D.V.) | 1 ml | INJ | 0.2 MG/ML | 10019001681 | 0.36 | 1.80 | 0.33 | 0.31 | B |
| | Phys Total Care | ROBINUL | (VIAL) | 1 ml 25s | INJ | 0.2 MG/ML | 54868323101 | 30.71 | 6.14 | 0.33 | 0.31 | B |
| | Robins Pharm | ROBINUL | (VIAL) | 5 ml 25s | INJ | 0.2 MG/ML | 00031789006 | 108.16 | 4.33 | 0.33 | 0.31 | B |
| | Robins Pharm | ROBINUL | (VIAL) | 1 ml 25s | INJ | 0.2 MG/ML | 00031789011 | 24.45 | 4.89 | 0.33 | 0.31 | B |
| | Robins Pharm | ROBINUL | (VIAL) | 20 ml | INJ | 0.2 MG/ML | 00031789083 | 7.63 | 1.91 | 0.33 | 0.31 | B |
| | Robins Pharm | ROBINUL | (VIAL) | 2 ml 25s | INJ | 0.2 MG/ML | 00031789095 | 44.38 | 4.44 | 0.33 | 0.31 | B |
| J7644KO IPRATROPIUM BROMIDE | N  ALPHARMA USPD | IPRATROPIUM BROMIDE | (VIAL) (U. | 2.500 ML 25 | SOL | 0.02% | 00472075123 | 56.50 | 4.52 | 3.52 | 3.34 | G |
| | Allscripts | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25 | SOL | 0.02% | 54569491000 | 17.64 | 1.41 | 3.52 | 3.34 | G |
| | Alpharma USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 30 | SOL | 0.02% | 00472075130 | 67.80 | 4.52 | 3.52 | 3.34 | G |
| | Alpharma USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60 | SOL | 0.02% | 00472075160 | 118.80 | 3.96 | 3.52 | 3.34 | G |
| | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25 | SOL | 0.02% | 49502068503 | 44.10 | 3.53 | 3.52 | 3.34 | G |
| | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 30 | SOL | 0.02% | 49502068533 | 52.80 | 3.52 | 3.52 | 3.34 | G |
| | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60 | SOL | 0.02% | 49502068560 | 105.60 | 3.52 | 3.52 | 3.34 | G |
| | Phys Total Care | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60 | SOL | 0.02% | 54868408200 | 53.95 | 1.80 | 3.52 | 3.34 | G |
| | Phys Total Care | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25 | SOL | 0.02% | 54868408201 | 26.31 | 2.10 | 3.52 | 3.34 | G |
| | Roxane | IPRATROPIUM BROMIDE | (S.D.V.,5X | 2.500 ml 25 | SOL | 0.02% | 00054840211 | 44.06 | 3.52 | 3.52 | 3.34 | G |
| | Roxane | IPRATROPIUM BROMIDE | (S.D.V.,6X | 2.500 ml 30 | SOL | 0.02% | 00054840213 | 52.87 | 3.52 | 3.52 | 3.34 | G |
| | Roxane | IPRATROPIUM BROMIDE | (S.D.V.,12 | 2.500 ml 60 | SOL | 0.02% | 00054840221 | 105.74 | 3.52 | 3.52 | 3.34 | G |
| J7644KO IPRATROPIUM BROMIDE | Y  Boehr Ingelneim | ATROVENT | (VIAL) | 2.500 ml 25 | SOL | 0.02% | 00597008062 | 63.72 | 5.10 | 3.52 | 3.34 | G |
| | Roxane | IPRATROPIUM BROMIDE-NOVAPLU | (S.D.V.,5X | 2.500 ml 25 | SOL | 0.02% | 00054840411 | 44.06 | 3.52 | 3.52 | 3.34 | G |
| | Roxane | IPRATROPIUM BROMIDE-NOVAPLU | (S.D.V.,6X | 2.500 ml 30 | SOL | 0.02% | 00054840413 | 52.87 | 3.52 | 3.52 | 3.34 | G |
| | Roxane | IPRATROPIUM BROMIDE-NOVAPLU | (S.D.V.,12 | 2.500 ml 60 | SOL | 0.02% | 00054840421 | 105.74 | 3.52 | 3.52 | 3.34 | G |
| J7644KP IPRATROPIUM BROMIDE | N  ALPHARMA USPD | IPRATROPIUM BROMIDE | (VIAL) (U. | 2.500 ML 25 | SOL | 0.02% | 00472075123 | 56.50 | 4.52 | 3.52 | 3.34 | G |
| | Allscripts | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25 | SOL | 0.02% | 54569491000 | 17.64 | 1.41 | 3.52 | 3.34 | G |
| | Alpharma USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 30 | SOL | 0.02% | 00472075130 | 67.80 | 4.52 | 3.52 | 3.34 | G |
| | Alpharma USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60 | SOL | 0.02% | 00472075160 | 118.80 | 3.96 | 3.52 | 3.34 | G |
| | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25 | SOL | 0.02% | 49502068503 | 44.10 | 3.53 | 3.52 | 3.34 | G |
| | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 30 | SOL | 0.02% | 49502068533 | 52.80 | 3.52 | 3.52 | 3.34 | G |
| | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60 | SOL | 0.02% | 49502068560 | 105.60 | 3.52 | 3.52 | 3.34 | G |
| | Phys Total Care | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60 | SOL | 0.02% | 54868408200 | 53.95 | 1.80 | 3.52 | 3.34 | G |
| | Phys Total Care | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25 | SOL | 0.02% | 54868408201 | 26.31 | 2.10 | 3.52 | 3.34 | G |

NOTES ***********************************************************
* Note:  ** Special Source Inclusion for J1325 (NDC 00173051900)
* Region C does not compute prices for J0850,J1561,J3370,J7504,J7516,J9001, J9130,J9140,J9208,J9209,J9265 J9280,J9290,J9355,J9390
* Region C **DOES NOT LOAD** the price for J7682KQ
* Q8920 is always ***$10.00****
***********************************************************

Medicare Professional Reimbursement Dept (VBrantley)

| PROC | Brand | NDC | Company | Product | Add'l Desc | Size | Strength | Form | AWP | Unit Price | Price | Fee | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 10019001654 | Baxter PPI | ROBINUL | (M.D.V.) | 5 ml | 0.2 mg/ml | INJ | $0.48 | $0.48 | $0.33 | $0.31 | B |
| | | 10019001663 | Baxter PPI | ROBINUL | (M.D.V.) | 20 ml | 0.2 mg/ml | INJ | $1.32 | $0.33 | $0.33 | $0.31 | B |
| | | 10019001681 | Baxter PPI | ROBINUL | (S.D.V.) | 1 ml | 0.2 mg/ml | INJ | $0.36 | $1.80 | $0.33 | $0.31 | B |
| | | 54569351900 | Allscripts | ROBINUL | (MDV) | 20 ml | 0.2 mg/ml | INJ | $7.63 | $1.91 | $0.33 | $0.31 | B |
| | | 54868323101 | Phys Total Care | ROBINUL | (VIAL) | 1 ml 25s | 0.2 mg/ml | INJ | $30.71 | $6.14 | $0.33 | $0.31 | B |

**J7644KO  IPRATROPIUM BROMIDE, INHALATION SOLUTION ADMINISTERED THROUGH DME, UNIT DOSE**

N

| PROC | Brand | NDC | Company | Product | Add'l Desc | Size | Strength | Form | AWP | Unit Price | Price | Fee | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 00054840211 | Roxane | IPRATROPIUM BROMIDE | (S.D.V.,5X5,PR OTECTAPAK) | 2.500 ml 25s | 0.02% | SOL | $44.06 | $3.52 | $3.52 | $3.34 | G |
| | | 00054840213 | Roxane | IPRATROPIUM BROMIDE | (S.D.V.,6X5,PR OTECTAPAK) | 2.500 ml 30s | 0.02% | SOL | $52.87 | $3.52 | $3.52 | $3.34 | G |
| | | 00054840221 | Roxane | IPRATROPIUM BROMIDE | (S.D.V.,12X5,P ROTECTAPAK) | 2.500 ml 60s | 0.02% | SOL | $105.74 | $3.52 | $3.52 | $3.34 | G |
| | | 00472075123 | ALPHARMA USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25 | 0.02% | SOL | $56.50 | $4.52 | $3.52 | $3.34 | G |
| | | 00472075130 | ALPHARMA USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 30s | 0.02% | SOL | $67.80 | $4.52 | $3.52 | $3.34 | G |
| | | 00472075160 | Alpharma USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60s | 0.02% | SOL | $118.80 | $3.96 | $3.52 | $3.34 | G |
| | | 49502068503 | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $44.10 | $3.53 | $3.52 | $3.34 | G |
| | | 49502068533 | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 30s | 0.02% | SOL | $52.80 | $3.52 | $3.52 | $3.34 | G |
| | | 49502068560 | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60s | 0.02% | SOL | $105.60 | $3.52 | $3.52 | $3.34 | G |
| | | 54569491000 | Allscripts | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $17.64 | $1.41 | $3.52 | $3.34 | G |
| | | 54868408200 | Phys Total Care | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60s | 0.02% | SOL | $53.95 | $1.80 | $3.52 | $3.34 | G |
| | | 54868408201 | Phys Total Care | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $26.31 | $2.10 | $3.52 | $3.34 | G |

Y

*Notes:  Special Source Inclusion for J1325 (NDC 00173051900).  Region C does not compute pricing for J0850, J1561, J3370, J7504, J7516, J9001, J9130, J9140, J9208, J9209, J9265, J9280, J9290, J9355, J9390.  Region C does not load pricing for J7682KQ.*

**Source:  Medicare Professional Reimbursement-Pricing (VBrantley**

AWQ037-0040

| PROC | Brand | NDC | Company | Product | Add'l Desc | Size | Strength | Form | AWP | Unit Price | Price | Fee | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 00054840411 | ROXANE | IPRATROPIUM BROMIDE-NOVAPLUS | (S.D.V.,5X5,PR OTECTPAK) | 2.500 ml 25s | 0.02% | SOL | $44.06 | $3.52 | $3.52 | $3.34 | G |
| | | 00054840413 | ROXANE | IPRATROPIUM BROMIDE-NOVAPLUS | (S.D.V.,6X5 PROTECTAPA... | 2.500 ml 30s | 0.02% | SOL | $52.87 | $3.52 | $3.52 | $3.34 | G |
| | | 00054840421 | ROXANE | IPRATROPIUM BROMIDE-NOVAPLUS | (S.D.V.,12X5,P ROTECTAPAK) | 2.500 ml 60s | 0.02% | SOL | $105.74 | $3.52 | $3.52 | $3.34 | G |
| | | 00597008062 | Boehr Ingelheim | ATROVENT | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $65.63 | $5.25 | $3.52 | $3.34 | G |
| J7644KP | | | | IPRATROPIUM BROMIDE, INHALATION SOLUTION ADMINISTERED THROUGH DME, UNIT DOSE | | | | | | | | | |
| | N | | | | | | | | | | | | |
| | | 00054840211 | Roxane | IPRATROPIUM BROMIDE | (S.D.V.,5X5,PR OTECTAPAK) | 2.500 ml 25s | 0.02% | SOL | $44.06 | $3.52 | $3.52 | $3.34 | G |
| | | 00054840213 | Roxane | IPRATROPIUM BROMIDE | (S.D.V.,6X5,PR OTECTAPAK) | 2.500 ml 30s | 0.02% | SOL | $52.87 | $3.52 | $3.52 | $3.34 | G |
| | | 00054840221 | Roxane | IPRATROPIUM BROMIDE | (S.D.V.,12X5,P ROTECTAPAK) | 2.500 ml 60s | 0.02% | SOL | $105.74 | $3.52 | $3.52 | $3.34 | G |
| | | 00472075123 | ALPHARMA USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25 | 0.02% | SOL | $56.50 | $4.52 | $3.52 | $3.34 | G |
| | | 00472075130 | ALPHARMA USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 30s | 0.02% | SOL | $67.80 | $4.52 | $3.52 | $3.34 | G |
| | | 00472075160 | Alpharma USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60s | 0.02% | SOL | $118.80 | $3.96 | $3.52 | $3.34 | G |
| | | 49502068503 | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $44.10 | $3.53 | $3.52 | $3.34 | G |
| | | 49502068533 | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 30s | 0.02% | SOL | $52.80 | $3.52 | $3.52 | $3.34 | G |
| | | 49502068560 | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60s | 0.02% | SOL | $105.60 | $3.52 | $3.52 | $3.34 | G |
| | | 54569491000 | Allscripts | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $17.64 | $1.41 | $3.52 | $3.34 | G |
| | | 54868408200 | Phys Total Care | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60s | 0.02% | SOL | $53.95 | $1.80 | $3.52 | $3.34 | G |
| | | 54868408201 | Phys Total Care | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $26.31 | $2.10 | $3.52 | $3.34 | G |
| | Y | | | | | | | | | | | | |
| | | 00054840411 | ROXANE | IPRATROPIUM BROMIDE-NOVAPLUS | (S.D.V.,5X5,PR OTECTPAK) | 2.500 ml 25s | 0.02% | SOL | $44.06 | $3.52 | $3.52 | $3.34 | G |

Notes: Special Source Inclusion for J1325 (NDC 00173051900). Region C does not compute pricing for J0850, J1561, J3370, J7504, J7516, J9001, J9130, J9140, J9208, J9209, J9265, J9280, J9290, J9355, J9390. Region C does not load pricing for J7682KQ.

Source: Medicare Professional Reimbursement-Pricing (VBrantley

| PROC | Brand | NDC | Company | Product | Add'l Desc | Size | Strength | Form | AWP | Unit Price | Price | Fee | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 00054840413 | ROXANE | IPRATROPIUM BROMIDE-NOVAPLUS | (S.D.V..6X5 PROTECTAPA) | 2.500 ml 30s | 0.02% | SOL | $52.87 | $3.52 | $3.52 | $3.34 | G |
| | | 00054840421 | ROXANE | IPRATROPIUM BROMIDE-NOVAPLUS | (S.D.V.,12X5,P ROTECTAPAK) | 2.500 ml 60s | 0.02% | SOL | $105.74 | $3.52 | $3.52 | $3.34 | G |
| | | 00597008062 | Boehr Ingelheim | ATROVENT | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $65.63 | $5.25 | $3.52 | $3.34 | G |
| J7644KQ | | | | | IPRATROPIUM BROMIDE, INHALATION SOLUTION ADMINISTERED THROUGH DME, UNIT DOSE | | | | | | | | |
| | N | | | | | | | | | | | | |
| | | 00054840211 | Roxane | IPRATROPIUM BROMIDE | (S.D.V.,5X5,PR OTECTAPAK) | 2.500 ml 25s | 0.02% | SOL | $44.06 | $3.52 | $3.08 | $2.93 | G |
| | | 00054840213 | Roxane | IPRATROPIUM BROMIDE | (S.D.V.,6X5,PR OTECTAPAK) | 2.500 ml 30s | 0.02% | SOL | $52.87 | $3.52 | $3.08 | $2.93 | G |
| | | 00054840221 | Roxane | IPRATROPIUM BROMIDE | (S.D.V.,12X5,P ROTECTAPAK) | 2.500 ml 60s | 0.02% | SOL | $105.74 | $3.52 | $3.08 | $2.93 | G |
| | | 00472075123 | ALPHARMA USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25 | 0.02% | SOL | $56.50 | $4.52 | $3.08 | $2.93 | G |
| | | 00472075130 | ALPHARMA USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 30s | 0.02% | SOL | $67.80 | $4.52 | $3.08 | $2.93 | G |
| | | 00472075160 | Alpharma USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60s | 0.02% | SOL | $118.80 | $3.96 | $3.08 | $2.93 | G |
| | | 49502068503 | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $44.10 | $3.53 | $3.08 | $2.93 | G |
| | | 49502068533 | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 30s | 0.02% | SOL | $52.80 | $3.52 | $3.08 | $2.93 | G |
| | | 49502068560 | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60s | 0.02% | SOL | $105.60 | $3.52 | $3.08 | $2.93 | G |
| | | 54569491000 | Allscripts | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $17.64 | $1.41 | $3.08 | $2.93 | G |
| | | 54868408200 | Phys Total Care | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60s | 0.02% | SOL | $53.95 | $1.80 | $3.08 | $2.93 | G |
| | | 54868408201 | Phys Total Care | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $26.31 | $2.10 | $3.08 | $2.93 | G |
| | Y | | | | | | | | | | | | |
| | | 00054840411 | ROXANE | IPRATROPIUM BROMIDE-NOVAPLUS | (S.D.V.,5X5,PR OTECTPAK) | 2.500 ml 25s | 0.02% | SOL | $44.06 | $3.52 | $3.08 | $2.93 | G |
| | | 00054840413 | ROXANE | IPRATROPIUM BROMIDE-NOVAPLUS | (S.D.V..6X5 PROTECTAPA) | 2.500 ml 30s | 0.02% | SOL | $52.87 | $3.52 | $3.08 | $2.93 | G |

Notes: Special Source Inclusion for J1325 (NDC 00173051900). Region C does not compute pricing for J0850, J1561, J3370, J7504, J7516, J9001, J9130, J9140, J9208, J9209, J9265, J9280, J9290, J9355, J9390. Region C does not load pricing for J7682KQ.

Source: Medicare Professional Reimbursement-Pricing (VBrantley

Page 42 of 53

AWQ037-0042

| PROC | Brand | NDC | Company | Product | Add'l Desc | Size | Strength | Form | AWP | Unit Price | Price | Fee | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 00054840421 | ROXANE | IPRATROPIUM BROMIDE-NOVAPLUS | (S.D.V.,12X5,P ROTECTAPAK) | 2.500 ml 60s | 0.02% | SOL | $105.74 | $3.52 | $3.08 | $2.93 | G |
| | | 00597008062 | Boehr Ingelheim | ATROVENT | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $65.63 | $5.25 | $3.08 | $2.93 | G |
| J7648 | N | | | *ISOETHARINE HCL, INHALATION SOLUTION ADMINISTERED THROUGH DME, CONCENTRATED* | | | | | | | | | |
| | | 00054340840 | Roxane | ISOETHARINE HYDROCHLORIDE | | 10 ml | 1% | SOL | $18.25 | $0.18 | $0.18 | $0.17 | G |
| | | 00054340844 | Roxane | ISOETHARINE HYDROCHLORIDE | | 30 ml | 1% | SOL | $54.75 | $0.18 | $0.18 | $0.17 | G |
| J7649KO | N | | | *ISOETHARINE HCL, INHALATION SOLUTION ADMINISTERED THROUGH DME, UNIT DOSE FORM,* | | | | | | | | | |
| | | 00054340840 | Roxane | ISOETHARINE HYDROCHLORIDE | | 10 ml | 1% | SOL | $18.25 | $0.18 | $0.22 | $0.21 | G |
| | | 00054340844 | Roxane | ISOETHARINE HYDROCHLORIDE | | 30 ml | 1% | SOL | $54.75 | $0.18 | $0.22 | $0.21 | G |
| J7649KP | N | | | *ISOETHARINE HCL, INHALATION SOLUTION ADMINISTERED THROUGH DME, UNIT DOSE FORM,* | | | | | | | | | |
| | | 00054340840 | Roxane | ISOETHARINE HYDROCHLORIDE | | 10 ml | 1% | SOL | $18.25 | $0.18 | $0.22 | $0.21 | G |
| | | 00054340844 | Roxane | ISOETHARINE HYDROCHLORIDE | | 30 ml | 1% | SOL | $54.75 | $0.18 | $0.22 | $0.21 | G |
| J7649KQ | N | | | *ISOETHARINE HCL, INHALATION SOLUTION ADMINISTERED THROUGH DME, UNIT DOSE FORM,* | | | | | | | | | |
| | | 00054340840 | Roxane | ISOETHARINE HYDROCHLORIDE | | 10 ml | 1% | SOL | $18.25 | $0.18 | $0.18 | $0.17 | G |
| | | 00054340844 | Roxane | ISOETHARINE HYDROCHLORIDE | | 30 ml | 1% | SOL | $54.75 | $0.18 | $0.18 | $0.17 | G |
| J7659KO | N | | | *ISOPROTERENOL HCL, INHALATION SOLUTION ADMINISTERED THROUGH DME, UNIT DOSE* | | | | | | | | | |
| | | 00223653601 | | | | | | | | | | | B |
| J7659KP | N | | | *ISOPROTERENOL HCL, INHALATION SOLUTION ADMINISTERED THROUGH DME, UNIT DOSE* | | | | | | | | | |
| | | 00223653601 | | | | | | | | | | | B |

*Notes: Special Source Inclusion for J1325 (NDC 00173051900). Region C does not compute pricing for J0850, J1561, J3370, J7604, J7516, J9001, J9130, J9140, J9208, J9209, J9265, J9280, J9290, J9355, J9390. Region C does not load pricing for J7682KQ.*

Source: **Medicare Professional Reimbursement-Pricing (VBrantley**

AWQ037-0043

| PROC | Brand | NDC | Company | Product | Add'l Desc | Size | Strength | Form | AWP | Unit Price | Price | Fee | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Y | | | | | | | | | | | | |
| | | 00031789006 | Robins Pharm | ROBINUL | (VIAL) | 5 ml 25s | 0.2 mg/ml | INJ | $108.16 | $4.33 | $0.33 | $0.31 | B |
| | | 00031789011 | Robins Pharm | ROBINUL | (VIAL) | 1 ml 25s | 0.2 mg/ml | INJ | $24.45 | $4.89 | $0.33 | $0.31 | B |
| | | 00031789083 | Robins Pharm | ROBINUL | (VIAL) | 20 ml | 0.2 mg/ml | INJ | $7.63 | $1.91 | $0.33 | $0.31 | B |
| | | 00031789095 | Robins Pharm | ROBINUL | (VIAL) | 2 ml 25s | 0.2 mg/ml | INJ | $44.38 | $4.44 | $0.33 | $0.31 | B |
| | | 10019001617 | Baxter PPI | ROBINUL | (S.D.V.) | 2 ml | 0.2 mg/ml | INJ | $0.61 | $1.53 | $0.33 | $0.31 | B |
| | | 10019001654 | Baxter PPI | ROBINUL | (M.D.V.) | 5 ml | 0.2 mg/ml | INJ | $0.76 | $0.76 | $0.33 | $0.31 | B |
| | | 10019001663 | Baxter PPI | ROBINUL | (M.D.V.) | 20 ml | 0.2 mg/ml | INJ | $1.32 | $0.33 | $0.33 | $0.31 | B |
| | | 10019001681 | Baxter PPI | ROBINUL | (S.D.V.) | 1 ml | 0.2 mg/ml | INJ | $0.61 | $3.05 | $0.33 | $0.31 | B |
| | | 54569351900 | Allscripts | ROBINUL | (MDV) | 20 ml | 0.2 mg/ml | INJ | $7.63 | $1.91 | $0.33 | $0.31 | B |
| | | 54868323101 | Phys Total Care | ROBINUL | (VIAL) | 1 ml 25s | 0.2 mg/ml | INJ | $31.45 | $6.29 | $0.33 | $0.31 | B |
| J7644KO | | *IPRATROPIUM BROMIDE, INHALATION SOLUTION ADMINISTERED THROUGH DME, UNIT DOSE* | | | | | | | | | | | |
| | N | | | | | | | | | | | | |
| | | 00054840211 | Roxane | IPRATROPIUM BROMIDE | (S.D.V.,5X 5,PROTEC ...) | 2.500 ml 25s | 0.02% | SOL | $44.06 | $3.52 | $3.52 | $3.34 | G |
| | | 00054840213 | Roxane | IPRATROPIUM BROMIDE | (S.D.V.,6X 5,PROTEC ...) | 2.500 ml 30s | 0.02% | SOL | $52.87 | $3.52 | $3.52 | $3.34 | G |
| | | 00054840221 | Roxane | IPRATROPIUM BROMIDE | (S.D.V.,12 X5,PROTE ...) | 2.500 ml 60s | 0.02% | SOL | $105.74 | $3.52 | $3.52 | $3.34 | G |
| | | 00472075123 | ALPHARMA USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25 | 0.02% | SOL | $56.50 | $4.52 | $3.52 | $3.34 | G |
| | | 00472075130 | ALPHARMA USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 30s | 0.02% | SOL | $67.80 | $4.52 | $3.52 | $3.34 | G |
| | | 00472075160 | Alpharma USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60s | 0.02% | SOL | $118.80 | $3.96 | $3.52 | $3.34 | G |
| | | 49502068503 | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $44.10 | $3.53 | $3.52 | $3.34 | G |

Notes:  *Special Source Inclusion for J1325 (NDC 00173051900). Region C does not compute pricing for J0850, J1561, J3370, J7504, J7516, J9001, J9 J9140, J9208, J9209, J9265, J9280, J9290, J9355, J9390. Region C does not load pricing for J7682KQ.*

Source:  Medicare Professional Reimbursement-Pricing (VBrantley

AWQ037-0054

| PROC | Brand | NDC | Company | Product | Add'l Desc | Size | Strength | Form | AWP | Unit Price | Price | Fee | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 4950068533 | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 30s | 0.02% | SOL | $52.80 | $3.52 | $3.52 | $3.34 | G |
| | | 4950068560 | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60s | 0.02% | SOL | $105.60 | $3.52 | $3.52 | $3.34 | G |
| | | 54569491000 | Allscripts | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $18.62 | $1.49 | $3.52 | $3.34 | G |
| | | 54868408200 | Phys Total Care | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60s | 0.02% | SOL | $42.25 | $1.41 | $3.52 | $3.34 | G |
| | | 54868408201 | Phys Total Care | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $23.54 | $1.88 | $3.52 | $3.34 | G |
| | | 60505080601 | APOTEX | IPRATROPIUM BROMIDE | (AMP) | 2.500 ml 25s | 0.02% | SOL | $56.00 | $4.48 | $3.52 | $3.34 | G |
| | Y | | | | | | | | | | | | |
| | | 00054840411 | ROXANE | IPRATROPIUM BROMIDE-NOVAPLUS | (S.D.V.,5X 5,PROTEC T...) | 2.500 ml 25s | 0.02% | SOL | $44.06 | $3.52 | $3.52 | $3.34 | G |
| | | 00054840413 | ROXANE | IPRATROPIUM BROMIDE-NOVAPLUS | (S.D.V.,6X 5,PROTEC 5) | 2.500 ml 30s | 0.02% | SOL | $52.87 | $3.52 | $3.52 | $3.34 | G |
| | | 00054840421 | ROXANE | IPRATROPIUM BROMIDE-NOVAPLUS | (S.D.V.,12 X5,PROTE...) | 2.500 ml 60s | 0.02% | SOL | $105.74 | $3.52 | $3.52 | $3.34 | G |
| | | 00597008062 | Boehr Ingelheim | ATROVENT | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $68.90 | $5.51 | $3.52 | $3.34 | G |

**J7644KP   IPRATROPIUM BROMIDE, INHALATION SOLUTION ADMINISTERED THROUGH DME, UNIT DOSE**

| PROC | Brand | NDC | Company | Product | Add'l Desc | Size | Strength | Form | AWP | Unit Price | Price | Fee | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | N | | | | | | | | | | | | |
| | | 00054840211 | Roxane | IPRATROPIUM BROMIDE | (S.D.V.,5X 5,PROTEC T...) | 2.500 ml 25s | 0.02% | SOL | $44.06 | $3.52 | $3.52 | $3.34 | G |
| | | 00054840213 | Roxane | IPRATROPIUM BROMIDE | (S.D.V.,6X 5,PROTEC T...) | 2.500 ml 30s | 0.02% | SOL | $52.87 | $3.52 | $3.52 | $3.34 | G |
| | | 00054840221 | Roxane | IPRATROPIUM BROMIDE | (S.D.V.,12 X5,PROTE...) | 2.500 ml 60s | 0.02% | SOL | $105.74 | $3.52 | $3.52 | $3.34 | G |
| | | 00472075123 | ALPHARMA USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25 | 0.02% | SOL | $56.50 | $4.52 | $3.52 | $3.34 | G |
| | | 00472075130 | ALPHARMA USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 30s | 0.02% | SOL | $67.80 | $4.52 | $3.52 | $3.34 | G |
| | | 00472075160 | Alpharma USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60s | 0.02% | SOL | $118.80 | $3.96 | $3.52 | $3.34 | G |
| | | 49502068503 | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $44.10 | $3.53 | $3.52 | $3.34 | G |

*Notes: Special Source Inclusion for J1325 (NDC 00173051900). Region C does not compute pricing for J0850, J1561, J3370, J7504, J7516, J9001, J9*
*J9140, J9208, J9209, J9265, J9280, J9290, J9355, J9390. Region C does not load pricing for J7682KQ.*

Source:  Medicare Professional Reimbursement-Pricing (VBrantley

AWQ037-0055

| PROC | Brand | NDC | Company | Product | Add'l Desc | Size | Strength | Form | AWP | Unit Price | Price | Fee | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 49502068533 | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 30s | 0.02% | SOL | $52.80 | $3.52 | $3.52 | $3.34 | G |
| | | 49502068560 | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60s | 0.02% | SOL | $105.60 | $3.52 | $3.52 | $3.34 | G |
| | | 54569491000 | Allscripts | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $18.62 | $1.49 | $3.52 | $3.34 | G |
| | | 54868408200 | Phys Total Care | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60s | 0.02% | SOL | $42.25 | $1.41 | $3.52 | $3.34 | G |
| | | 54868408201 | Phys Total Care | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $23.54 | $1.88 | $3.52 | $3.34 | G |
| | | 60505080601 | APOTEX | IPRATROPIUM BROMIDE- | (AMP) | 2.500 ml 25s | 0.02% | SOL | $56.00 | $4.48 | $3.52 | $3.34 | G |
| | Y | | | | | | | | | | | | |
| | | 00054840411 | ROXANE | IPRATROPIUM BROMIDE-NOVAPLUS | (S.D.V.,5X 5,PROTEC ...) | 2.500 ml 25s | 0.02% | SOL | $44.06 | $3.52 | $3.52 | $3.34 | G |
| | | 00054840413 | ROXANE | IPRATROPIUM BROMIDE-NOVAPLUS | (S.D.V.,6X 5,PROTEC 5 ...) | 2.500 ml 30s | 0.02% | SOL | $52.87 | $3.52 | $3.52 | $3.34 | G |
| | | 00054840421 | ROXANE | IPRATROPIUM BROMIDE-NOVAPLUS | (S.D.V.,12 X5,PROTE ...) | 2.500 ml 60s | 0.02% | SOL | $105.74 | $3.52 | $3.52 | $3.34 | G |
| | | 00597008062 | Boehr Ingelheim | ATROVENT | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $68.90 | $5.51 | $3.52 | $3.34 | G |
| **J7644KQ** | | | | | *IPRATROPIUM BROMIDE, INHALATION SOLUTION ADMINISTERED THROUGH DME, UNIT DOSE* | | | | | | | | |
| | N | | | | | | | | | | | | |
| | | 00054840211 | Roxane | IPRATROPIUM BROMIDE | (S.D.V.,5X 5,PROTEC ...) | 2.500 ml 25s | 0.02% | SOL | $44.06 | $3.52 | $3.14 | $2.98 | G |
| | | 00054840213 | Roxane | IPRATROPIUM BROMIDE | (S.D.V.,6X 5,PROTEC 5 ...) | 2.500 ml 30s | 0.02% | SOL | $52.87 | $3.52 | $3.14 | $2.98 | G |
| | | 00054840221 | Roxane | IPRATROPIUM BROMIDE | (S.D.V.,12 X5,PROTE ...) | 2.500 ml 60s | 0.02% | SOL | $105.74 | $3.52 | $3.14 | $2.98 | G |
| | | 00472075123 | ALPHARMA USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25 | 0.02% | SOL | $56.50 | $4.52 | $3.14 | $2.98 | G |
| | | 00472075130 | ALPHARMA USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 30s | 0.02% | SOL | $67.80 | $4.52 | $3.14 | $2.98 | G |
| | | 00472075160 | Alpharma USPD | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60s | 0.02% | SOL | $118.80 | $3.96 | $3.14 | $2.98 | G |
| | | 49502068503 | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $44.10 | $3.53 | $3.14 | $2.98 | G |

Notes: *Special Source Inclusion for J1325 (NDC 00173051900). Region C does not compute pricing for J0850, J1561, J3370, J7504, J7516, J9001, J9 J9140, J9208, J9209, J9280, J9290, J9355, J9390. Region C does not load pricing for J7682KQ.*

Source: Medicare Professional Reimbursement-Pricing (VBrantley

AWQ037-0056

| PROC | Brand | NDC | Company | Product | Add'l Desc | Size | Strength | Form | AWP | Unit Price | Price | Fee | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 49502068533 | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 30s | 0.02% | SOL | $52.80 | $3.52 | $3.14 | $2.98 | G |
| | | 49502068560 | Dey | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60s | 0.02% | SOL | $105.60 | $3.52 | $3.14 | $2.98 | G |
| | | 54569491000 | Allscripts | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $18.62 | $1.49 | $3.14 | $2.98 | G |
| | | 54868408200 | Phys Total Care | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 60s | 0.02% | SOL | $42.25 | $1.41 | $3.14 | $2.98 | G |
| | | 54868408201 | Phys Total Care | IPRATROPIUM BROMIDE | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $23.54 | $1.88 | $3.14 | $2.98 | G |
| | Y | 60505080601 | APOTEX | IPRATROPIUM BROMIDE- | (AMP) | 2.500 ml 25s | 0.02% | SOL | $56.00 | $4.48 | $3.14 | $2.98 | G |
| | | 00054840411 | ROXANE | IPRATROPIUM BROMIDE-NOVAPLUS | (S.D.V.,5X 5,PROTEC...) | 2.500 ml 25s | 0.02% | SOL | $44.06 | $3.52 | $3.14 | $2.98 | G |
| | | 00054840413 | ROXANE | IPRATROPIUM BROMIDE-NOVAPLUS | (S.D.V.,6X 5...) | 2.500 ml 30s | 0.02% | SOL | $52.87 | $3.52 | $3.14 | $2.98 | G |
| | | 00054840421 | ROXANE | IPRATROPIUM BROMIDE-NOVAPLUS | (S.D.V.12 X5,PROTE...) | 2.500 ml 60s | 0.02% | SOL | $105.74 | $3.52 | $3.14 | $2.98 | G |
| | | 00597008062 | Boehr Ingelheim | ATROVENT | (VIAL) | 2.500 ml 25s | 0.02% | SOL | $68.90 | $5.51 | $3.14 | $2.98 | G |
| J7648 | N | | | ISOETHARINE HCL, INHALATION SOLUTION ADMINISTERED THROUGH DME, CONCENTRATED | | | | | | | | | |
| | | 00054340840 | Roxane | ISOETHARINE HYDROCHLORIDE | | 10 ml | 1% | SOL | $18.25 | $0.18 | $0.18 | $0.17 | G |
| J7649KO | N | | | ISOETHARINE HCL, INHALATION SOLUTION ADMINISTERED THROUGH DME, UNIT DOSE FORM, | | | | | | | | | |
| | | 00054340840 | Roxane | ISOETHARINE HYDROCHLORIDE | | 10 ml | 1% | SOL | $18.25 | $0.18 | $0.22 | $0.21 | G |
| J7649KP | N | | | ISOETHARINE HCL, INHALATION SOLUTION ADMINISTERED THROUGH DME, UNIT DOSE FORM, | | | | | | | | | |
| | | 00054340840 | Roxane | ISOETHARINE HYDROCHLORIDE | | 10 ml | 1% | SOL | $18.25 | $0.18 | $0.22 | $0.21 | G |
| J7649KQ | N | | | ISOETHARINE HCL, INHALATION SOLUTION ADMINISTERED THROUGH DME, UNIT DOSE FORM, | | | | | | | | | |

Notes: Special Source Inclusion for J1325 (NDC 00173051900). Region C does not compute pricing for J0850, J1561, J3370, J7504, J7516, J9001, J9140, J9208, J9209, J9265, J9280, J9290, J9355, J9390. Region C does not load pricing for J7682KQ.

Source: Medicare Professional Reimbursement-Pricing (VBrantley

Page 41 of 51

AWQ037-0057