# Exhibit 5

to
*Declaration of George B. Henderson, II Submitting Exhibits
In Opposition to the Roxane Defendants'
Motion for a Finding of Spoliation and for Sanctions*

| HCPCS CODE: | J7644 | | | EFFECTIVE DATE: | 4/1/00 |
|---|---|---|---|---|---|
| DESCRIPTION: | IPRATROPIUM BROMIDE, INHALATION | | | J7644KO | $ 3.34 |
| | SOLUTION ADMINISTERED THROUGH DME | | | J7644KP | $ 3.34 |
| | UNIT DOSE FORM, PER MILLIGRAM | | | J7644KQ | $ 2.98 |

SOURCE: 1999 REDBOOK CD ROM

| GENERIC | FORM | STRENGTH | QUANTITY | AWP | PRICE PER UNIT | ARRAY | STATUS | 95% | NDC# |
|---|---|---|---|---|---|---|---|---|---|
| ALLSCRIPTS | SOL | 0.02% | 2.5ml 25s | $ 18.62 | $ 1.47 | | | $ 1.40 | 54569491000 |
| ALPHARMA | SOL | 0.02% | 2.5ml 25s | $ 56.50 | $ 4.52 | | | $ 4.29 | 00472075123 |
| ALPHARMA | SOL | 0.02% | 2.5ml 30s | $ 67.80 | $ 4.52 | | | $ 4.29 | 00472075130 |
| ALPHARMA | SOL | 0.02% | 2.5ml 60s | $ 118.80 | $ 3.96 | | | $ 3.76 | 00472075160 |
| APOTEX CORP | SOL | 0.02% | 2.5ML25s | $ 56.00 | $ 4.48 | | | $ 4.26 | 60505080601 |
| DEY | SOL | 0.02% | 2.5ml 25s | $ 44.10 | $ 3.52 | | | $ 3.34 | 49502068503 |
| DEY | SOL | 0.02% | 2.5ml 30s | $ 52.80 | $ 3.52 | | | $ 3.34 | 49502068533 |
| DEY | SOL | 0.02% | 2.5ml 60s | $ 105.60 | $ 3.52 | | | $ 3.34 | 49502068560 |
| PHYS TOTAL CARE | SOL | 0.02% | 2.5ml 25s | $ 23.54 | $ 1.87 | | | $ 1.78 | 54868408201 |
| PHYS TOTAL CARE | SOL | 0.02% | 2.5ml 60s | $ 42.25 | $ 1.39 | | | $ 1.32 | 54868408200 |
| ROXANE | SOL | 0.02% | 2.5ml 25s | $ 44.06 | $ 3.56 | | | $ 3.34 | 00054840211 |
| ROXANE | SOL | 0.02% | 2.5ml 30s | $ 52.87 | $ 3.56 | | | $ 3.34 | 00054840213 |
| ROXANE | SOL | 0.02% | 2.5ml 60s | $ 105.74 | $ 3.56 | | | $ 3.34 | 00054840221 |
| ROXANE | SOL | 0.02% | 2.5ML 25s | $ 44.06 | $ 3.52 | | | $ 3.34 | 00054840411 |
| ROXANE | SOL | 0.02% | 2.5ml 30s | $ 52.87 | $ 3.52 | | | $ 3.34 | 00054840413 |
| ROXANE | SOL | 0.02% | 2.5ML 60s | $ 105.74 | $ 3.52 | | | $ 3.34 | 00054840421 |
| | | | | | | | MEDIAN | $ 3.34 | |
| BRAND NAMES | | | | | | | | | |
| ATROVENT | SOL | 0.02% | 2.5ml 25s | $ 70.97 | $ 5.67 | | | $ 5.39 | 00597008062 |
| | | | | | | | | | |
| | | | | | EX | $ 52.80 | KO&KP | $ 3.34 | |
| | | | | | DIV | 30S | UD (mg)X | 0.5 | |
| | | | | | | $ 1.76 | | 1.67 | |
| | | | | | X | 2 | J7051 - | 0.19 | |
| | | | | | | $ 3.52 | | 1.48 | |
| | | | | | | -5% | DIV | 0.5 | |

HCPCS CODE: J7644  
DESCRIPTION: IPRATROPIUM BROMIDE, INHALATION SOLUTION ADMINISTERED THROUGH DME UNIT DOSE FORM, PER MILLIGRAM

EFFECTIVE DATE: 4/1/00  
J7644KO  $  3.34  
J7644KP  $  3.34  
J7644KQ  $  2.98  

SOURCE: 1999 REDBOOK CD ROM

| GENERIC | FORM | STRENGTH | QUANTITY | AWP | PRICE PER UNIT | ARRAY | STATUS | 95% | NDC# |
|---|---|---|---|---|---|---|---|---|---|
| ALLSCRIPTS | SOL | 0.02% | 2.5ml 25s | $ 18.62 | $ 1.47 | | | $ 1.40 | 54569491000 |
| ALPHARMA | SOL | 0.02% | 2.5ml 25s | $ 56.50 | $ 4.52 | | | $ 4.29 | 00472075123 |
| ALPHARMA | SOL | 0.02% | 2.5ml 30s | $ 67.80 | $ 4.52 | | | $ 4.29 | 00472075130 |
| ALPHARMA | SOL | 0.02% | 2.5ml 60s | $ 118.80 | $ 3.96 | | | $ 3.76 | 00472075160 |
| APOTEX CORP | SOL | 0.02% | 2.5ML25s | $ 56.00 | $ 4.48 | | | $ 4.26 | 60505080601 |
| DEY | SOL | 0.02% | 2.5ml 25s | $ 44.10 | $ 3.52 | | | $ 3.34 | 49502068503 |
| DEY | SOL | 0.02% | 2.5ml 30s | $ 52.80 | $ 3.52 | | | $ 3.34 | 49502068533 |
| DEY | SOL | 0.02% | 2.5ml 60s | $ 105.60 | $ 3.52 | | | $ 3.34 | 49502068560 |
| PHYS TOTAL CARE | SOL | 0.02% | 2.5ml 25s | $ 23.54 | $ 1.87 | | | $ 1.78 | 54868408201 |
| PHYS TOTAL CARE | SOL | 0.02% | 2.5ml 60s | $ 42.25 | $ 1.39 | | | $ 1.32 | 54868408200 |
| ROXANE | SOL | 0.02% | 2.5ml 25s | $ 44.06 | $ 3.56 | | | $ 3.34 | 00054840211 |
| ROXANE | SOL | 0.02% | 2.5ml 30s | $ 52.87 | $ 3.56 | | | $ 3.34 | 00054840213 |
| ROXANE | SOL | 0.02% | 2.5ml 60s | $ 105.74 | $ 3.56 | | | $ 3.34 | 00054840221 |
| ROXANE | SOL | 0.02% | 2.5ML 25s | $ 44.06 | $ 3.52 | | | $ 3.34 | 00054840411 |
| ROXANE | SOL | 0.02% | 2.5ml 30s | $ 52.87 | $ 3.52 | | | $ 3.34 | 00054840413 |
| ROXANE | SOL | 0.02% | 2.5ML 60s | $ 105.74 | $ 3.52 | | | $ 3.34 | 00054840421 |
| | | | | | | | MEDIAN | $ 3.34 | |
| BRAND NAMES | | | | | | | | | |
| ATROVENT | SOL | 0.02% | 2.5ml 25s | $ 70.97 | $ 5.67 | | | $ 5.39 | 00597008062 |
| | | | | | EX | $ 52.80 | KO&KP | $ 3.34 | |
| | | | | | DIV | 30S | UD (mg)X | 0.5 | |
| | | | | | | $ 1.76 | | 1.67 | |
| | | | | X | | 2 | J7051 - | 0.19 | |
| | | | | | | $ 3.52 | | 1.48 | |
| | | | | | | -5% | DIV | 0.5 | |
| | | | | | | $ 3.34 | | 2.96 | |