# Exhibit 6

to
*Declaration of George B. Henderson, II Submitting Exhibits
In Opposition to the Roxane Defendants'
Motion for a Finding of Spoliation and for Sanctions*



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

*Writer's Direct Dial Number:*    *John Joseph Moakley U.S. Courthouse, Suite 9200*
*(617) 748-3272*    *1 Courthouse Way*
*Telecopier: (617) 748-3971*    *Boston, Massachusetts 02210*

April 13, 2007

Helen E. Witt, Esq.
Eric Gortner, Esq.
Kirkland & Ellis LLP
200 E. Randolph Dr.
Chicago, IL 60601

       Re:    United States of America ex rel. Ven-a-Care of the Florida Keys, Inc., v. Boehringer Ingelheim Corp., et al., Civil Action No. 07-10248-PBS, MDL 1456

Dear Helen:

     Enclosed please find 48 CD-ROMs containing electronic copies of the following materials:

1.    Department of Health & Human Services documents contained on the CD-ROMs labeled as below. A set of these CD-ROMs with images and OCR in Summation and electronic format accompany these initial disclosures. The following documents represent 26,151 pages.

| CD Volume Name | No. of Pages | Source |
|---|---|---|
| HHSCD001 | 2,224 | CMS Central Office, Vol. 1 of 1 |
| HHSCD002 | 533 | CMS Region I, Vol. 1 of 1 |
| HHSCD003 | 1,034 | CMS Region III, Vol. 1 of 1 |
| HHSCD004 | 279 | CMS Region IV, Vol. 1 of 1 |
| HHSCD005 | 1,974 | CMS Region V, Vol. 1 of 1 |
| HHSCD006 | 4,168 | CMS Region VI, Vol. 1 of 1 |
| HHSCD007 | 83 | CMS Region VII, Vol. 1 of 1 |
| HHSCD008 | 3,368 | CMS Region VIII, Vol. 1 of 1 |
| HHSCD009 | 4,700 | CMS Region IX, Vol. 1 of 1 |
| HHSCD010 | 2,364 | CMS Region X, Vol. 1 of 1 |

Helen E. Witt, Esq.
April 13, 2007
Page 2

- HHSCD011     772     Various HHS Offices, Vol. 1 of 1
- HHSCD012     290     CMS Region II, Vol. 1 of 1
- HHSCD013     480     Various HHS Offices, Vol. 1 of 1
- HHSCD014     2     CMS Central Office, Vol. 1 of 1
- HHSCD015     72     CMS Region II, Vol. 1 of 1

   HHS Electronic
- HHSCD101     3,808     CMS Region VI, Vol. 1 of 1

2. Material obtained from various identified corporations contracted to act as Medicare carriers, contained on CD-ROMs labeled as follows. A set of these CD-ROMs with images and OCR in Summation and Electronic format accompany these initial disclosures. The following documents represent 95,349 pages.

| CD Volume Name | No. of Pages | Source |
|---|---|---|
| AWPCD001 | 8,377 | Adminastar Federal, Vol. 1 of 2 |
| AWPCD002 | 7,148 | Adminastar Federal, Vol. 2 of 2 |
| AWPCD003 | 9,775 | BC & BS of Alabama, Vol. 1 of 1 |
| AWPCD004 | 1,169 | BC & BS of Arkansas, Vol. 1 of 1 |
| AWPCD005 | 3,200 | BC & BS of Florida, Vol. 1 of 1 |
| AWPCD006 | 2,741 | BC & BS of Kansas, Vol. 1 of 1 |
| AWPCD007 | 98 | BC & BS of Montana, Vol. 1 of 1 |
| AWPCD008 | 7,952 | Cigna, Vol. 1 of 2 |
| AWPCD009 | 6,383 | Cigna, Vol. 2 of 2 |
| AWPCD010 | 279 | Empire Healthchoice, Vol. 1 of 1 |
| AWPCD011 | 116 | Group Health Incorporated, Vol. 1 of 1 |
| AWPCD012 | 5,106 | Healthnow, Vol. 1 of 1 |
| AWPCD013 | 1,090 | Highmark, Vol. 1 of 1 |
| AWPCD014 | 8,924 | NHIC, Vol. 1 of 2 |
| AWPCD015 | 9,404 | NHIC, Vol. 2 of 2 |
| AWPCD016 | 839 | Noridian, Vol. 1 of 1 |
| AWPCD017 | 3,975 | PalmettoGBS, Vol. 1 of 1 |
| AWPCD018 | 465 | Regence BC & BS of Utah, Vol. 1 of 1 |
| AWPCD019 | 10 | Triple S, Vol. 1 of 1 |
| AWPCD020 | 8,140 | Trailblazer Health Systems, Vol. 1 of 2 |
| AWPCD021 | 4,754 | Trailblazer Health Systems, Vol. 2 of 2 |
| AWPCD022 | 1,863 | Wisconsin Physician Services, Vol. 1 of 1 |

Helen E. Witt, Esq.
April 13, 2007
Page 3

- AWPCD023    526    Various Carriers, Vol. 1 of 1
- AWPCD024    20    Various Carriers, Vol. 1 of 1

    Carrier Electronic
- AWPCD101    1,441    Adminastar Federal, Vol. 1 of 1
- AWPCD102    13    BC & BS of Alabama, Vol. 1 of 1
- AWPCD103    45    BC & BS of Montana, Vol. 1 of 1
- AWPCD104    63    Cigna, Vol. 1 of 1
- AWPCD105    505    Healthnow NY, Vol. 1 of 1
- AWPCD106    197    NHIC, Vol. 1 of 1
- AWPCD107    728    Palmetto GBA, Vol. 1 of 1
- AWPCD108    3    Trailblazer Health Systems, Vol. 1 of 1

Some of the information contained on these CD-ROMs may have been marked "CONFIDENTIAL." Some of the information on these CD-ROMs may contain Confidential Health Information. Any such information is subject to the following protective orders: (1) the Stipulated Protective Order Governing Confidential Health Information dated June 8, 2004, in MDL No. 1456; and (2) the Protective Order dated December 13, 2002, in MDL No. 1456, as amended.

In addition, enclosed please find a carrier privileged documents log and HHS privileged documents log. Also, enclosed is a source list for production for the following CDs: HHSCD011; HHSCD013; AWPCD023 and AWPCD024.

Should you have any questions, please contact me by phone at (617) 748-3272 or E-mail at George.Henderson@usdoj.gov.

    Sincerely,

    George B. Henderson, II
    Assistant U.S. Attorney

enc.

cc:    Richard Goldstein, Esq. (w/o encl.)
      James Breen, Esq. (w/o encl.)
      Laurie Oberembt, Esq. (w/o enc.)