# Exhibit 7

to

*Declaration of George B. Henderson, II Submitting Exhibits
In Opposition to the Roxane Defendants'
Motion for a Finding of Spoliation and for Sanctions*



**U.S. Department of Justice**

Civil Division, Fraud Section

---

*601 D Street, NW*  
*Washington, D.C. 20004*

*Telephone: (202) 305-9300*  
*Telecopier: (202) 616-3085*

<u>Via Electronic Transmission</u>  
*(Enclosures by Over-night Delivery)*

September 26, 2007

David Torborg  
Jones Day  
51 Louisiana Ave., N.W.  
Washington, DC 20001-2113

Martin F. Murphy  
Foley Hoag LLP  
155 Seaport Blvd  
Boston, MA 02210-2600

Neil Merkl  
William A. Escobar  
Kelley Drye & Warren, LLP  
101 Park Avenue  
New York, NY 10178

Eric Gortner  
Kirkland & Ellis  
200 East Randolph Drive  
Chicago, Illinois 60601-6636

    Re:    Average Wholesale Price Multi-District Litigation  
            <u>MDL No. 1456/C.A. No. 01-12257-PBS (D. Mass.)</u>

Dear Counsel:

Enclosed please find compact discs containing further documents responsive to the Requests for Production of Documents served by Abbott. The source, or category, of documents for the Bates ranges in this production are listed below.

<u>Carrier Production</u>

    AWQ021    CIGNA Government Services

    AWQ022    Palmetto GBA

<u>CMS Production</u>

    HHD091    Documents pertaining to HHS-OIG report "Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the California Department of Health Services" (A-06-95-00062)

    HHD097    Documents pertaining to Louisiana State Plan Amendment No. 87-33

-2-

HHD099       Documents from the personal files of Kathleen Buto, former HCFA
             Associate Administrator for Policy (This material was previously
             produced at the deposition of Ms. Buto.)

Thank you for your attention.

                                                  Very Truly Yours,

                                                        /s/
                                                Justin Draycott
                                                Trial Attorney
                                      Commercial Litigation Branch

Enclosures
cc: James Breen