# Exhibit 8

to
*Declaration of George B. Henderson, II Submitting Exhibits*
*In Opposition to the Roxane Defendants'*
*Motion for a Finding of Spoliation and for Sanctions*



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

---

*Writer's Direct Dial Number:*
*(617) 748-3272*
*Telecopier: (617) 748-3971*

*John Joseph Moakley U.S. Courthouse,  Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*

December 21, 2007

*Via Electronic Transmission*
(Enclosures by Over-night Delivery)

David Torborg
Jones Day
51 Louisiana Ave., N.W.
Washington, DC 20001-2113

Martin F. Murphy
Foley Hoag LLP
155 Seaport Blvd
Boston, MA 02210-2600

Neil Merkl
William A. Escobar
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

Eric Gortner
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601-6636

> Re:   Average Wholesale Price Multi-District Litigation
>         MDL No. 1456/C.A. No. 01-12257-PBS (D. Mass.)

Dear Counsel:

Enclosed please find two compact discs containing material from two Medicare Part B carriers.  Disc labeled "AWQCD020" includes material from Cigna Government Services; disc labeled "AWQCD028" includes material from Palmetto GBA.

Thank you for your attention.

Sincerely,

George B. Henderson, II
Assistant U.S. Attorney

Enclosures
cc: James Breen

December 20, 2007
Page 2