# Exhibit 9

to

*Declaration of George B. Henderson, II Submitting Exhibits*
*In Opposition to the Roxane Defendants'*
*Motion for a Finding of Spoliation and for Sanctions*



**U.S. Department of Justice**

Civil Division, Fraud Section

---

601 D Street, NW  
Washington, D.C. 20004

Telephone: (202) 305-9300  
Telecopier: (202) 616-3085

<u>*Via Electronic Transmission*</u>  
*(Enclosures by Over-night Delivery)*

January 31, 2008

David Torborg  
Jones Day  
51 Louisiana Ave., N.W.  
Washington, DC 20001-2113

Martin F. Murphy  
Foley Hoag LLP  
155 Seaport Blvd  
Boston, MA 02210-2600

Neil Merkl  
William A. Escobar  
Kelley Drye & Warren, LLP  
101 Park Avenue  
New York, NY 10178

Eric Gortner  
Kirkland & Ellis  
200 East Randolph Drive  
Chicago, Illinois 60601-6636

Re: Average Wholesale Price Multi-District Litigation  
<u>MDL No. 1456/C.A. No. 01-12257-PBS (D. Mass.)</u>

Dear Counsel:

  Enclosed please find eight compact discs containing material from two Medicare Part B Carriers. Containers bearing bates prefixes AWQ031 through AWQ036, and container AWQ038, include material originating from carrier Wisconsin Physician Services; container AWQ037 includes material originating from carrier Palmetto GBA.

  Please note that container AWQ038 will be provided to counsel for Roxane tomorrow, February 1, 2008. Thank you for your attention.

Very Truly Yours,

/s/  
Laurie Oberembt  
Senior Trial Counsel  
Commercial Litigation Branch

Enclosures  
cc: James Breen  
  Richard Goldstein  
  George B. Henderson