# Exhibit 10

to

*Declaration of George B. Henderson, II Submitting Exhibits
In Opposition to the Roxane Defendants'
Motion for a Finding of Spoliation and for Sanctions*



**U.S. Department of Justice**

Civil Division, Fraud Section

---

*601 D Street, NW*  
*Washington, D.C. 20004*

*Telephone: (202) 305-9300*  
*Telecopier: (202) 616-3085*

<u>*Via Electronic Transmission*</u>  
*(Enclosures by Over-night Delivery)*

March 21, 2008

David Torborg  
Jones Day  
51 Louisiana Ave., N.W.  
Washington, DC 20001-2113

Martin F. Murphy  
Foley Hoag LLP  
155 Seaport Blvd  
Boston, MA 02210-2600

Neil Merkl  
William A. Escobar  
Kelley Drye & Warren, LLP  
101 Park Avenue  
New York, NY 10178

Eric Gortner  
Kirkland & Ellis  
200 East Randolph Drive  
Chicago, Illinois 60601-6636

Re:  Average Wholesale Price Multi-District Litigation  
<u>MDL No. 1456/C.A. No. 01-12257-PBS (D. Mass.)</u>

Dear Counsel:

Enclosed please find compact discs containing further documents responsive to the Requests for Production of Documents served by Abbott, Dey and Roxane. As with the prior productions, the material is grouped by Bates range. The source, or category, of documents for the Bates ranges in this production are listed below.

<u>OIG Production</u>

| | |
|---|---|
| HHD181 | Material from the Office of Evaluation and Inspections, OIG |
| HHD182/184 | Workpapers from the Office of Audit Services, OIG |
| HHD185/189 | Material from the files of Ben Jackson |
| HHD187 | Material pertaining to HHS-OIG report "Strategies to Contain Medicaid Drug Costs" (OEI-05-02-00680) |

-2-

<u>CMS Production</u>

| | |
|---|---|
| HHD087/090 | Material from Region IV, CMS |
| HHD135 | Material from the Office of Legislation, CMS |
| HHD167/183 | State plan material pertaining to the following states: Arkansas, Montana, Vermont, North Dakota, South Dakota, Wyoming and Connecticut |
| HHD178/179 | Material from the Center for Medicare Management, CMS |

<u>Carrier Production</u>

| | |
|---|---|
| AWQ056 | Material from Medicare Part B carrier First Coast Service Options |
| AWQ057 | Pricing files from DMERC Region A |

Very Truly Yours,

/s/
Justin Draycott
Trial Attorney
Commercial Litigation Branch

Enclosures
cc: James Breen
    Richard Goldstein
    George B. Henderson