# Exhibit 11

to
*Declaration of George B. Henderson, II Submitting Exhibits
In Opposition to the Roxane Defendants'
Motion for a Finding of Spoliation and for Sanctions*

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

-----------------------x

IN RE:  PHARMACEUTICAL  )MDL NO. 1456

INDUSTRY AVERAGE        )

WHOLESALE PRICE         )CIVIL ACTION:

LITIGATION              )01-CV-12257-PBS

                        )

THIS DOCUMENT RELATES TO)

U.S. ex rel. Ven-A-Care )

of the Florida Keys,    )

Inc. v. Abbott          )

Laboratories, Inc., et  )

al. No. 06-CV-11337-PBS )

-----------------------x

                    March 13, 2008


   VIDEOTAPED 30(b)(6) DEPOSITION OF

       CIGNA (CAROLYN HELTON)

   Taken on Behalf of the Defendants

Page 2

1     APPEARANCES:

2          FOR THE PLAINTIFF:

3               U.S. DEPARTMENT OF JUSTICE

4               U.S. ATTORNEY'S OFFICE

5               BY GEORGE B. HENDERSON, ESQ.

6               United States Courthouse

7               1 Courthouse Way

8               Suite 9200

9               Boston, Massachusetts  02210

10              (617) 748-3272

11              george.henderson2@usdoj.gov

12         FOR THE DEFENDANT ABBOTT LABORATORIES,

13         INC.:

14

15              REED WEITKAMP SCHELL & VICE, PLLC

16              BY DAVID J. HALE, ESQ.

17              500 West Jefferson Street

18              Suite 2400

19              Louisville, Kentucky  40202-2812

20              (502) 589-1000

21              dhale@rwsvlaw.com

22              - and -

Page 3

1    APPEARANCES (Continued):

2

3              JONES DAY

4              BY HILARY A. RAMSEY, ESQ.

5              51 Louisiana Avenue, N.W.

6              Washington, D.C.  20001-2113

7              (202) 879-3939

8              haramsey@jonesday.com

9

10       FOR THE DEFENDANTS ROXANE LABORATORIES,

11       INC. AND CERTAIN OTHER COMPANIES

12       AFFILIATED WITH BOEHRINGER INGELHEIM

13       CORPORATION:

14             KIRKLAND & ELLIS, LLP

15             BY JARED T. HECK, ESQ.

16             - AND -

17             MIRIAM LIEBERMAN, ESQ.

18             (Telephonically)

19             200 East Randolph Drive

20             Chicago, Illinois  60601

21             (312) 469-7087

22             jheck@kirkland.com

Page 4

1    APPEARANCES (Continued):

2

3         FOR THE DEFENDANT DEY LABORATORIES:

4

5              KELLEY DRYE & WARREN, LLP

6              BY ANTONIA GIULIANA, ESQ.

7              101 Park Avenue

8              New York, New York  10178

9              (212) 808-7800

10             agiuliana@kelleydrye.com

11

12

13        ALSO PRESENT:

14

15             ELLEN BONNER

16             JASON POWERS, Videographer

17

18

19

20

21

22

Page 5

1                          I N D E X

2    WITNESS                                                    PAGE

3    Carolyn Helton

4         Exam by Ms. Giuliana                                  9

5         Exam by Mr. Heck                                      120

6         Exam by Mr. Hale                                      235

7         Exam by Mr. Henderson                                 270

8

9    ABBOTT EXHIBITS:                                           PAGE

10   Exhibit Abbott 603 DMERC Medication Pricing                241

11   Exhibit Abbott 604 1997 Drug Topis Red Book                251

12   Exhibit Abbott 605 1997 Drug Topis Red Book                256

13

14   ROXANE EXHIBITS:

15   Exhibit Roxane 050 Cigna - 00000230                        144

16   Exhibit Roxane 051 Uniform Drug Pricing Project            144

17   Exhibit Roxane 052 E-mail 4/15/2001                        169

18   Exhibit Roxane 053 E-mail 2/13/1995                        190

19   Exhibit Roxane 054 E-mail 3/23/1995                        190

20   Exhibit Roxane 055 Program Memorandum                      196

21   Exhibit Roxane 056 Comparison of Fees Charts               196

22   Exhibit Roxane 057 Letter to Mr. Niemann                   208

Page 147

1    drug first, find all of the products that meet,
2    we would fill out or take the AWP from the Red
3    Book, pull that back to our array.
4    Q    Okay.  I'm sorry.  Let me stop you there
5    real quick.
6    A    Okay.
7    Q    You indicated that you would use the paper
8    Red Book at times.  And would you also use an
9    electronic version of the Red Book at times?
10   A    We went to the electronic version, I
11   believe, in 1999.
12   Q    Do you know when in 1999 you started using
13   the electronic version?
14   A    I do not.  I was trying to look in here
15   because I thought it actually --
16   Q    If you don't recall, that's fine.
17   A    I don't recall.
18   Q    Okay.  And when you switched to the
19   electronic version of Red Book, did you maintain
20   the old paper copies of the Red Book that you
21   would use?
22   A    Yes.

Page 148

1   Q    Do you know if you searched for those
2   documents for this litigation?
3   A    We did not produce the Red Books.
4   Q    Okay.  But you still maintain them at
5   Cigna?
6   A    The ones that we have, yes.
7   Q    Okay.  Okay.
8   A    If -- based on the subscription.  I may
9   have missed one or two, and then when we went to
10  the electronic, we didn't get the annuals.
11            MR. HECK:  Counsel, we would request
12  that these Red Book materials be produced.  You
13  can think it over if you want, but I'm just
14  making the request on the record.
15            MR. HENDERSON:  So noted.
16            MR. HECK:  Okay.
17            MR. HENDERSON:  I doubt we'll agree
18  to it.
19  BY MR. HECK:
20  Q    So when you switched to the electronic
21  version, in what form would that electronic
22  version of the Red Book come?