**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Master File No. 1:01-CV-12257-PBS <br> ) Sub-Category Case No. 1:08-CV-11200 <br> ) <br> ) <br> ) Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO <br> *United States ex rel. Linnette Sun and Greg Hamilton, Relators* <br> *v.* <br> *Baxter Hemoglobin Therapeutics and Baxter International, Inc.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**RELATORS' OPPOSITION TO BAXTER INTERNATIONAL INC.'S**
**MOTION FOR LEAVE TO FILE A MEMORANDUM**
**IN EXCESS OF PAGE LIMITATION**

Relators Linnette Sun and Greg Hamilton oppose Baxter International Inc.'s ("Baxter")

motion for leave to file a memorandum in support of its Motion To Dismiss Relators' Complaint

in excess of the page limitation imposed by District of Massachusetts Local Rule 7.1(b)(4) on the

grounds that the motion mischaracterizes the relators' complaint, mischaracterizes the conditions

that the relators' counsel requested in return for their consent, and lacks sufficient cause for the

excess pages.

Counsel for Baxter International, Inc. contacted counsel for relators via email to request

consent to file a memorandum in excess of the twenty page limit, as reflected in the email dated

1

August 12, 2009 attached hereto as Exhibit A (including proposed unopposed motion).  Mark

Kleiman, counsel for relator, responded via email that same day (Exhibit B) advising that

relators did not object to the additional three pages but did object to the characterization of

relators' pleading in the attached proposed unopposed motion to dismiss.  Mr. Kleiman

requested that the reference to "74 pages and 23 counts" be removed or clarified to reflect that

the complaint advances only theories of liability and that 48 of the 74 pages are based on state

causes of action.  There was no response to this proposal by counsel for Baxter and, instead,

Baxter's motion for excess pages followed.

Relators' complaint asserts three counts under the federal False Claims Act statutes.  It

also contains three counts for retaliation, and counts for discrimination and harassment under the

California Fair Employment and Housing Act, none of which are the subject of the motion to

dismiss.

The remaining fifteen counts (VII through XXI) are brought under the false claims

statutes of various states.   Therefore, the motion to dismiss essentially only addresses three

species of false claims act violations.  This does not justify pages in excess of the limit.

Relators would therefore respectfully request that this Court deny Baxter's motion for

leave to file a memorandum in excess of the applicable page limitation. Alternatively, relators

respectfully request that if leave is given to Baxter for the excess pages, that leave for a like

number of excess pages be given to relators with respect to their opposition to the motion to

dismiss.

Respectfully submitted.

Dated: August 20, 2009

/s/ Lauren John Udden
Lauren John Udden (CA SBN 83118)
15 West Carrillo Street
Suite 209
Santa Barbara, California 93101
Telephone: (805) 879-7544
Facsimile: (805) 560-0506

/s/ Mark Allen Kleiman
Mark Allen Kleiman (CA SBN 115919)
2907 Stanford Avenue
Venice, California 90292
Telephone: (310) 306-8094

Counsel for Relators Linnette Sun and
Greg Hamilton

**CERTIFICATE OF SERVICE**

I hereby certify that I, Pamela R. Savoie, caused a true and correct copy of the foregoing **RELATORS' OPPOSITION TO BAXTER INTERNATIONAL INC.'S MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF PAGE LIMITATION** to be delivered to all counsel of record by electronic service via LexisNexis File & Serve for posting and notification to all parties.

 /s/ Pamela R. Savoie
Pamela R. Savoie
Legal Assistant
Law Office of Mark Allen Kleiman
2907 Stanford Avenue
Venice, CA 90292
310-306-8094
310-306-8491 (fax)
