# EXHIBIT "A"

```
X-Server-Uuid: FA5B20FC-33BB-47A3-9EF3-217BC6083FDC
Subject: Baxter Sun Excess Pages
Date: Wed, 12 Aug 2009 13:26:36 -0400
X-MS-Has-Attach: yes
X-MS-TNEF-Correlator:
Thread-Topic: Baxter Sun Excess Pages
Thread-Index: AcobcgQHzkl6bA9zTRaKZp+ZXKX4aA==
From: "DeLancey, Merle" <DeLanceyM@dicksteinshapiro.com>
To: "Mark Kleiman" <markkleiman@earthlink.net>,
     "Lauren Udden" <ludden@sblawoffices.com>
cc: "Pamela Savoie" <pamelasavoie@earthlink.net>,
     "Reynolds, Tina" <ReynoldsT@dicksteinshapiro.com>
X-OriginalArrivalTime: 12 Aug 2009 17:26:38.0022 (UTC)
 FILETIME=[0C4F3660:01CA1B72]
X-WSS-ID: 669C24C72NS4354970-01-01
X-ELNK-Received-Info: spv=0;
X-ELNK-AV: 0
X-ELNK-Info: sbv=0; sbrc=.0; sbf=00; sbw=000;
X-Antivirus: AVG for E-mail 8.5.392 [270.13.52/2298]
```

<<DSMDB-#2654562-v1-Baxter_Sun_Excess_Pages.DOC$>> We would like to file the attached motion to exceed the Court's 20 page limit. Do you either of you oppose? For what it is worth, I think we are only 2 or 3 pages over. Thanks in advance.

---------------------------------------------------------

This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s)
named above. This communication may contain material protected by attorney-client, work product, or other
privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use,
dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files
is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the
sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
http://www.DicksteinShapiro.com

=============================================================================

DSMDB-#2654562-v1-Baxter_Sun_Excess_Pages.DOC

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.392 / Virus Database: 270.13.52/2298 - Release Date: 08/12/09 06:09:00

A