# EXHIBIT "B"

```
DomainKey-Signature: a=rsa-sha1; q=dns; c=nofws;
 s=dk20050327; d=earthlink.net;

b=NhpNhCkeEm6TNR51W5lf++DPoisrlcDMdUV6lr7iNbUdKK99oYYghrvc1nUPx
  h=Received:From:To:Cc:References:In-Reply-To:Subject:Date:Message-
ID:MIME-Version:Content-Type:Content-Transfer-Encoding:X-Mailer:Content-
Language:Thread-Index:X-ELNK-Trace:X-Originating-IP;
From: "Mark Kleiman" <markkleiman@earthlink.net>
To: "'DeLancey, Merle'" <DeLanceyM@dicksteinshapiro.com>,
     "'Lauren Udden'" <ludden@sblawoffices.com>
Cc: "'Pamela Savoie'" <pamelasavoie@earthlink.net>,
     "'Reynolds, Tina'" <ReynoldsT@dicksteinshapiro.com>
Subject: RE: Baxter Sun Excess Pages
Date: Wed, 12 Aug 2009 14:02:33 -0700
X-Mailer: Microsoft Office Outlook 12.0
Thread-Index: AcobcgQHzkl6bA9zTRaKZp+ZXKX4aAAHakcw
X-ELNK-Trace:
01be680a72818cf46a4deeea1b09fa1d9ef193a6bfc3dd48786c5a7e191aeada5f11
X-Originating-IP: 76.168.193.5
X-ELNK-Received-Info: spv=0;
X-ELNK-AV: 0
X-ELNK-Info: sbv=0; sbrc=.0; sbf=00; sbw=010;
```

Merle, although I do not object to the additional three pages, I do object to your mischaracterization of our pleading, and will oppose on that basis unless the reference to "74 pages and 23 counts" is either removed, or clarified to reflect that the complaint advances only theories of liability, and that 48 of the complained of 74 pages are based on state causes of action.

Please let me know if you will amend your motion to meet this concern, or if I need to file an opposition.

Thanks,

Mark


-----Original Message-----
From: DeLancey, Merle [mailto:DeLanceyM@dicksteinshapiro.com]
Sent: Wednesday, August 12, 2009 10:27 AM
To: Mark Kleiman; Lauren Udden

B

Cc: Pamela Savoie; Reynolds, Tina
Subject: Baxter Sun Excess Pages

<<DSMDB-#2654562-v1-Baxter_Sun_Excess_Pages.DOC$>> We would like to file
the attached motion to exceed the Court's 20 page limit. Do you either of
you oppose? For what it is worth, I think we are only 2 or 3 pages over.
Thanks in advance.

----------------------------------------------------------

This e-mail message and any attached files are confidential and are intended
solely for the use of the addressee(s) named above. This communication may
contain material protected by attorney-client, work product, or other
privileges. If you are not the intended recipient or person responsible for
delivering this confidential communication to the intended recipient, you
have received this communication in error, and any review, use,
dissemination, forwarding, printing, copying, or other distribution of this
e-mail message and any attached files is strictly prohibited. Dickstein
Shapiro reserves the right to monitor any communication that is created,
received, or sent on its network. If you have received this confidential
communication in error, please notify the sender immediately by reply e-mail
message and permanently delete the original message.

To reply to our email administrator directly, send an email to
postmaster@dicksteinshapiro.com

Dickstein Shapiro LLP
http://www.DicksteinShapiro.com

===============================================================
==