UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | |
| THIS DOCUMENT RELATES TO: | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 06-11337 |
| *State of California, ex. Rel. Ven-A-Care v. Abbott Laboratories, Inc., et al.*<br><br>Case No. 03-cv-11226-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

### DECLARATION OF JOSHUA D. WEEDMAN IN SUPPORT OF SANDOZ INC.'S MOTION TO DETERMINE THE SUFFICIENCY OF PLAINTIFF STATE OF CALIFORNIA'S RESPONSES TO SANDOZ INC.'S FIRST SET OF REQUESTS FOR ADMISSION

I, JOSHUA D. WEEDMAN, declare under penalty of perjury as follows:

1. I am an associate at White & Case LLP, attorneys for Defendant Sandoz Inc. ("Sandoz"). I make this declaration in further support of Sandoz' Motion to Determine the Sufficiency of Plaintiff State of California's Responses to Sandoz Inc.'s First Set of Requests for Admission. I have personal knowledge of the facts stated herein.

2. In Sandoz' Motion, we have incorporated the discovery record by reference. The purpose of this declaration is to make excerpts from the record available for the convenience of the Court.

3. Attached hereto are the true and correct copies of the following exhibits:

| Ex. A | Defendant Sandoz Inc.'s First Set of Requests for Admission to Plaintiff State of California (June 15, 2009) |
|---|---|
| Ex. B | Response by the Plaintiff State of California to Defendant Sandoz Inc.'s First Set of |

|       | Requests for Admission (July 20, 2009) |
|-------|----------------------------------------|
| Ex. C | Letter from Nicholas N. Paul, Supervising Deputy Attorney General, Bureau of Medi-Cal Fraud and Elder Abuse, to All Defense Counsel (Mar. 16, 2009) |
| Ex. D | Letter from Nicholas N. Paul, Bureau of Medi-Cal Fraud and Elder Abuse to Philip D. Robben, Kelley Drye & Warren LLP and Heather K. McDevitt, White & Case LLP (Apr. 24, 2009) |
| Ex. E | Letter from Nicholas N. Paul, Bureau of Medi-Cal Fraud and Elder Abuse to Philip D. Robben, Kelley Drye & Warren LLP and Heather K. McDevitt, White & Case LLP (May 5, 2009) |
| Ex. F | Letter from Nicholas N. Paul, Bureau of Medi-Cal Fraud and Elder Abuse to Philip D. Robben, Kelley Drye & Warren LLP and Heather K. McDevitt, White & Case LLP (June 12, 2009) |

Dated:  August 21, 2009

      /s/ Joshua D. Weedman
      Joshua D. Weedman

## **CERTIFICATE OF SERVICE**

I, Jacqueline L. Chung, hereby certify that on August 21, 2009, I have caused true and correct copies of the foregoing Declaration of Joshua D. Weedman in Support of Defendant Sandoz Inc.'s Motion to Determine the Sufficiency of Plaintiff State of California's Responses to Sandoz Inc.'s First Set of Requests for Admission, with attached exhibits, to be served on all counsel of record by electronic service, pursuant to the Case Management Order No. 2 entered in by Honorable Patti B. Saris in MDL 1456.

        /s/ Jacqueline L. Chung
        Jacqueline L. Chung