# EXHIBIT C



**BMFEA**
**Medi-Cal Fraud & Elder Abuse**
State of California Department of Justice



Office of Attorney General
Edmund G. Brown Jr.

1455 Frazee Road
Suite 315
San Diego, CA
92108-4304

Telephone: (619) 688-6099
Facsimile: (619) 688-4200

March 16, 2009

VIA FEDERAL EXPRESS

Defense Counsel
(Per Attached Service List)

RE:  *State of California, ex rel. Ven-A-Care v. Abbott Laboratories, Inc., et al.*
     Case No. 03-cv-11226-PBS (MDL 1456)

Dear Counsel:

Please find enclosed four disks bearing the previously referenced database/native files resulting from defendants' requested search terms and determined responsive to defendants' document requests. The disks contain the following Bates numbers (with corresponding custodian identified):

| | |
|---|---|
| CAAG/DHS-E 0054775: | Craig Miller |
| CAAG/DHS-E 0054776-0054790: | Katherine Ahrens |
| CAAG/DHS-E 0054791-0054854: | Kevin Gorospe |
| CAAG/DHS-E 0054855-0054856: | Maureen Tooker |
| CAAG/DHS-E 0054857-0054906: | Mike Namba |
| CAAG/DHS-E 0054907-0054921: | Mike Wofford |
| CAAG/DHS-E 0054922: | Pilar Williams |
| CAAG/DHS-E 0054923-0054929: | Stan Rosenstein |
| CAAG/DHS-E 0054930-55239: | Vic Walker |

Sincerely,

Nicholas N. Paul
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse

For    EDMUND G. BROWN JR.
       Attorney General

Enclosures

State of California, ex rel. Ven-A-Care v. Abbott Laboratories, Inc., et al.
Case No. 03-cv-11226-PBS (MDL 1456)

## SERVICE LIST

**Counsel for Defendants**
**Dey, Inc. and Dey. L.P.; Mylan**
**Laboratories Inc. and**
**Mylan Pharmaceuticals Inc.**

Philip D. Robben
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800

**Counsel for Defendant**
**Sandoz Inc.**

Michael Gallagher
Heather McDevitt
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200

**Counsel for Defendants**
**Schering-Plough Corporation and**
**Warrick Pharmaceutical Corporation**

John P. Bueker
Daniel J. Bennett
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Telephone: (617) 951-7000