# EXHIBIT D

**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

BUREAU OF MEDI-CAL FRAUD & ELDER ABUSE
1455 FRAZEE ROAD, SUITE 315
SAN DIEGO, CA.92108
Telephone: 619-688-6099
Fax: 619-688-4200
E-Mail Address: nicholas.paul@doj.ca.gov

April 24, 2009

VIA OVERNIGHT MAIL

Philip D. Robben
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178

Heather McDevitt
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Re: *State of California ex. rel. Ven-A-Care v. Abbott Laboratories, Inc., et al.*
Case No. 03-cv-11226 (MDL 1456)

Dear Counsel:

As indicated in my letter of April 16, please find enclosed a disk containing a copy of California's seal extension requests and the court orders relating to same (Bates Nos. CAAG/DHS 0089710 - CAAG/DHS 0089914).

Sincerely,

NICHOLAS N. PAUL
Supervising Deputy Attorney General

For    EDMUND G. BROWN JR.
       Attorney General

Enclosure