# EXHIBIT E

**EDMUND G. BROWN JR.**
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE** 

BUREAU OF MEDI-CAL FRAUD AND ELDER ABUSE
1455 FRAZEE RD., SUITE 315
SAN DIEGO, CA 92108-4304

Telephone: (619) 688-6099
Facsimile: (619) 688-4200
E-Mail: nicholas.paul@doj.ca.gov

May 5, 2009

VIA OVERNIGHT MAIL

Philip D. Robben
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178

Heather McDevitt
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787

RE: *State of California ex. rel. Ven-A-Care v. Abbott Laboratories, Inc., et al.*
Case No. 03-cv-11226 (MDL 1456)

Dear Counsel:

Please find enclosed a disk containing California's supplemental production of documents (Bates Nos. CAAG/DHS 0089287 - CAAG/DHS 0089709). These documents relate to defense counsel's request for documents relating to the regulatory change from AWP to AWP minus 5 percent (i.e., the Rulemaking File 72-89).

Sincerely,

Nicholas N. Paul
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse

For    EDMUND G. BROWN JR.
       Attorney General

Enclosure