UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | |
| THIS DOCUMENT RELATES TO:<br><br>*State of California, ex. Rel. Ven-A-Care v. Abbott Laboratories, Inc., et al.*<br><br>Case No. 03-cv-11226-PBS | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 06-11337<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

## LIST OF PENDING MOTIONS

Pursuant to the Court's August 5, 2009 electronic notice, the undersigned counsel for Sandoz Inc. hereby submit the following list of pending discovery motions for consideration by Judge Marianne B. Bowler to be heard on September 14, 2009:

>Defendant Sandoz Inc.'s Motion to Determine the Sufficiency of Plaintiff State of California's Responses to Sandoz Inc.'s First Set of Requests for Admission

Dated: August 21, 2009
New York, NY

                                        Respectfully submitted,

                                        /s/ Wayne A. Cross
                                        WHITE & CASE LLP
                                        Wayne A. Cross (admitted *pro hac vice*)
                                        Michael J. Gallagher (admitted *pro hac vice*)
                                        Heather K. McDevitt (admitted *pro hac vice*)
                                        1155 Avenue of the Americas
                                        New York, New York 10036
                                        Telephone: (212) 819-8200
                                        Facsimile: (212) 354-8113

                                        *Attorneys for Defendant Sandoz Inc.*

## CERTIFICATE OF SERVICE

      I, Jacqueline L. Chung, hereby certify that on this 21st day of August, 2009, a true and correct copy of the foregoing Defendant Sandoz Inc.'s Motion to Determine the Sufficiency of the State of California's Responses to Sandoz's First Set of Requests for Admission was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

      /s/ Jacqueline L. Chung
      Jacqueline L. Chung