**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Master File No. 01-12257-PBS <br> ) Subcategory Case No. 06-11337 <br> ) <br> ) Judge Patti B. Saris <br> ) |
| THIS DOCUMENT RELATES TO: <br> *State of California, ex rel. Ven-A-Care v. Abbott Laboratories, et al.* <br> Case No. 03-CV-11226-PBS | ) Magistrate Judge Bowler <br> ) <br> ) <br> ) <br> ) |

**STATE OF CALIFORNIA'S LIST OF PENDING MOTIONS**

Pursuant to the Court's August 5, 2009 electronic notice, the State of California hereby submits the following list of pending discovery motions for consideration by Judge Marianne B. Bowler to be heard on September 14, 2009:

1.  State of California's Motion for a Protective Order Relating to Certain Rule 30(B)(6) Deposition Topics Propounded by Defendants [Filed 3/26/09, Master Docket Nos. 5976-5977 and Sub-Docket Nos. 192-193]

Dated: August 21, 2009

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General for the State of California

By: __/s/ *Nicholas N. Paul*_____
    NICHOLAS N. PAUL
    CA State Bar No: 190605
    Supervising Deputy Attorney General
    Bureau of Medi-Cal Fraud and Elder Abuse
    Office of The Attorney General
    1455 Frazee Road, Suite 315
    San Diego, California 92108
    Telephone: (619) 688-6099
    Fax: (619) 688-4200

**Attorneys for Plaintiff,**
**STATE OF CALIFORNIA**

1

## CERTIFICATE OF SERVICE

I, Nicholas N. Paul, hereby certify that on August 21, 2009, I caused a true and correct copy of the foregoing, to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                              */s/ Nicholas N. Paul*  .
                                              NICHOLAS N. PAUL
                                              Supervising Deputy Attorney General