# EXHIBIT B

## Cyr, Brendan

**From:** Cyr, Brendan
**Sent:** Tuesday, June 09, 2009 10:40 AM
**To:** Nicholas Paul
**Cc:** Gandesha, Raj; McDevitt, Heather; Robben, Philip; Berwanger, Lara
**Subject:** Final deposition

Nick

The remaining defendants would like to use the last of our ten depositions on Tom Ahrens.  Please provide us with available dates for him.  We understand that it might be difficult to get his deposition done within the June 15 deadline, so we would be willing to take his deposition at a later date, if that's agreeable to you.

Thanks

Brendan