# EXHIBIT D

Page 1

```
 1                UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3    -------------------------------X

 4    In re:  PHARMACEUTICAL          )   MDL No. 1456

 5    INDUSTRY AVERAGE WHOLESALE      )

 6    PRICE LITIGATION                )   Master File No.

 7    -------------------------------)   01-12257-PBS

 8    THIS DOCUMENT RELATES TO:       )   Subcategory Case

 9    State of California ex rel.     )   No. 06-11337

10    Ven-A-Care of the Florida       )   Hon.

11    Keys, Inc. v. Abbott Labs,      )   Patti B. Saris

12    Inc, et al.,                    )

13    Civil Action No.                )

14    03-11226-PBS                    )

15    -------------------------------X

16

17              VIDEOTAPED DEPOSITION OF

18                   KATHERINE AHRENS

19               Wednesday, May 20, 2009

20                Sacramento, California

21

22    REPORTED BY:  JOHN P. SQUIRES, CCRR, CSR No. 2001
```

Ahrens, Katherine

May 20, 2009

Sacramento, CA

Page 2

1  APPEARANCES OF COUNSEL:

2

3  For Dey, Inc., Dey, L.P., Mylan, Inc., and Mylan

4  Pharmaceuticals, Inc.:

5     KELLEY DRYE & WARREN, LLP

6     BRENDAN CYR, ESQ.

7     101 Park Avenue

8     New York, New York  10178

9     212.808.7800

10    bcyr@kelleydrye.com

11

12

13 For the California Department of Health Care

14 Services:

15    OFFICE OF THE ATTORNEY GENERAL

16    STATE OF CALIFORNIA

17    RANDAL L. GLASER, DEPUTY ATTORNEY GENERAL

18    110 West A Street, Suite 1100

19    San Diego, California  92101

20    619.688.6411

21    Randal.glaser@doj.ca.gov

22

Page 4

1  APPEARANCES OF COUNSEL:  (CONTINUED)

2

3  For Sandoz, Inc.

4     WHITE & CASE

5     LARA A. BERWANGER, ESQ.

6     1155 Avenue of the Americas

7     New York, New York  10036-2787

8     212.819.2549

9     lberwanger@whitecase.com

10

11

12 For Ven-A-Care of the Florida Keys:

13    KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP

14    DAVID B. ZLOTNICK, ESQ.

15    625 Broadway, Suite 635

16    San Diego, California  92101

17    619.232.0331

18    dzlotnick@kkbs-law.com

19

20 ALSO PRESENT:

21    Suzanne Graydon, Investigative Auditor II

22    Benjamin Lewis, Videographer

Page 3

1  APPEARANCES OF COUNSEL:  (CONTINUED)

2

3  For the California Department of Health Care

4  Services:

5     OFFICE OF THE ATTORNEY GENERAL

6     STATE OF CALIFORNIA

7     RAYMOND J. LIDDY, Deputy Attorney General

8     1455 Frazee Road, Suite 315

9     San Diego, California  92108

10    619.688.6482

11    raymond.liddy@doj.ca.gov

12

13       -and-

14

15    OFFICES OF LEGAL SERVICES

16    DEPARTMENT OF HEALTH CARE SERVICES

17    BARBARA B. DAYVAULT, SENIOR COUNSEL

18    1501 Capitol Avenue

19    Sacramento, California  95814

20    916.440.7854

21    bdayvaul@dhs.ca.gov

22

Page 5

1       I N D E X

2

3  WITNESS:  KATHERINE AHRENS              PAGE

4     Examination By Mr. Cyr.................... 010

5     Examination By Ms. Berwanger.............. 190

6

7

8       E X H I B I T S

9  NUMBER            DESCRIPTION            PAGE

10 Exhibit Ahrens 001 - Medi-Cal Contracting

11          Section Pharmacy Pricing

12          Calculation Examples...... 094

13 Exhibit Ahrens 002 - Undated letter, Lewis to

14          Salyer.................... 121

15 Exhibit Ahrens 003 - Medi-Cal Drug Rebate

16          Agreement................. 121

17 Exhibit Ahrens 004 - 10-14-03 e-mail from Berk

18          to Ahrens, attachments.... 137

19 Exhibit Ahrens 005 - 9-6-02 letter from Hillbom

20          to Johnston............... 143

21 Exhibit Ahrens 006 - E-mail string and

22          attachments............... 147

2 (Pages 2 to 5)

Ahrens, Katherine                                                                                                     May 20, 2009

Sacramento, CA

Page 6

1               E X H I B I T S   (CONTINUED)
2   NUMBER           DESCRIPTION              PAGE
3   Exhibit Ahrens 007 - 5-3-04 e-mail from Walker
4               to Agnew, et al.,
5               attachments............... 152
6   Exhibit Ahrens 008 - State of California's
7               Objections And Responses
8               to Defendant Abbott's
9               First Set of
10              Interrogatories........... 167
11  Exhibit Ahrens 009 - E-mail string............. 195
12  Exhibit Ahrens 010 - Database of contracts..... 198
13  Exhibit Ahrens 011 - 8-4-92 letter from
14              Hartmann to Neff.......... 202
15  Exhibit Ahrens 012 - Remittance Advice,
16              attachments............... 204
17  Exhibit Ahrens 013 - Check, attachments........ 205
18
19
20
21
22

Page 8

1   name is Brendan Cyr.  I'm with the law firm of
2   Kelly Drye & Warren in New York and I represent
3   Dey, Inc., Dey, L.P., Mylan, Inc., and Mylan
4   Pharmaceuticals.
5        MS. BERWANGER:  Lara Berwanger, from
6   White & Case, representing Sandoz, Inc.
7        MR. GLASER:  My name is Randy Glaser.
8   I'm with the California of Department of Justice.
9   I'm here on behalf of the Department of Health
10  Services and I'll be defending Ms. Ahrens today.
11       MR. LIDDY:  Raymond Liddy, also with the
12  DOJ.
13       MS. DAYVAULT:  Barbara Dayvault, with
14  the Department of Health Care Services.
15       MS. GRAYDON:  Suzanne Graydon, with
16  California DOJ.
17       MR. ZLOTNICK:  David Zlotnick,
18  representing Ven-A-Care of the Florida Keys.
19       THE VIDEOGRAPHER:  Thank you.
20       Will the reporter please swear in the
21  witness.
22

Page 7

1            P R O C E E D I N G S
2
3        THE VIDEOGRAPHER:  Good morning.  We're
4   on the video record, ladies and gentlemen, at
5   9:05.
6        I'm Benjamin Lewis, with Henderson Legal
7   Services in Washington D.C.  The phone number
8   there is 202 220-4158.
9        This is a matter pending before the U.S.
10  District Court, District of Massachusetts, in the
11  case captioned Pharmaceutical Industry Average
12  Wholesale Price Litigation, Case Number 01-12257-
13  PBS.
14       This is the beginning of tape 1 of
15  today's video deposition of Katherine Ahrens on
16  May 20, 2009.
17       We are located at 1300 I Street,
18  Sacramento, California 94244.
19       Counsel, would you please identify
20  yourselves, beginning with the questioning
21  attorney.
22       MR. CYR:  Good morning, Ms. Ahrens.  My

Page 9

1        On Wednesday, May 20, 2009, at the hour
2   of 9:05 of said day, at the Office of the Attorney
3   General, State of California Department of
4   Justice, 1300 I Street, Sacramento, California,
5   before me, JOHN P. SQUIRES, a Certified Shorthand
6   Reporter, personally appeared KATHERINE AHRENS,
7   who was examined as a deponent in said cause.
8
9        THE VIDEOGRAPHER:  You may proceed.
10       MR. CYR:  Before we get started with the
11  deposition, I'd just like to clarify something for
12  the record.
13       We had served a notice, yesterday I
14  believe, for Ms. Ahrens' deposition and the
15  deposition notice itself erroneously noted that
16  you were being noticed as a 30(b)(6) witness and
17  it was actually our intention to notice you -- or
18  notice Ms. Ahrens as a 30(b)(1) witness in her
19  individual capacity.  It's our understanding --
20  and I think Mr. Glaser and I had a discussion off
21  the record before -- that Ms. Ahrens will be
22  appearing in her individual capacity as a 30(b)(1)

3 (Pages 6 to 9)

Page 10

1    witness.
2         Mr. Glaser, can you confirm that?
3         MR. GLASER:  Yeah, that's correct.
4         MR. CYR:  Okay.
5
6              KATHERINE AHRENS,
7    the deponent herein, having been first duly sworn,
8    was examined and testified as follows:
9
10             EXAMINATION
11        Q.   Good morning, Ms. Ahrens.
12           Could you state and spell your name for
13    the record, please.
14        A.   Katherine, K-a-t-h-e-r-i-n-e, last name
15    Ahrens, A-h-r-e-n-s.
16        Q.   Ms. Ahrens, did you used to be known by
17    another name, another last name?
18        A.   Yes.
19        Q.   What was that last name, please?
20        A.   One would have been Salz, S-a-l-z, as in
21    zebra.
22        Q.   Okay.

Page 11

1        A.   And my maiden name was Cabacungan, C-a-
2    b-a-c-u-n-g-a-n.
3        Q.   Okay.  And when did your name change
4    from Cabacungan to Ahrens?
5        A.   June 29, 2002.
6        Q.   Okay.  And did it change because you
7    were married?
8        A.   Yes.
9        Q.   Okay.  Did you marry Tom Ahrens?
10        A.   Yes.
11        Q.   Okay.  Have you ever been deposed
12    before?
13        A.   Yes.
14        Q.   How many times?
15        A.   Once.
16        Q.   What was the -- what type of matter were
17    you deposed in?
18        A.   Well, it was a lawsuit.
19        Q.   Okay.
20        A.   A beneficiary suing the State, suing
21    Medi-Cal.
22        Q.   Okay.  When were you deposed?

Page 12

1        A.   I don't recall the year.  It was a few
2    years ago.
3        Q.   Okay.  More than five years ago?
4        A.   I'm not sure.
5        Q.   Okay.  What was the nature of the
6    lawsuit? Strike that.
7           What were the nature of the claims in
8    the lawsuit?
9        A.   The beneficiary was challenging our
10    authority to establish -- or to make a drug, a
11    certain drug prior authorized, to require prior
12    authorization for a certain drug, and also
13    challenging the process by which we established
14    criteria and the validity of the criteria for that
15    particular drug.
16        Q.   Okay.  And what was the drug at issue?
17        A.   Serostim.
18        Q.   Serostim?
19           And what is that drug for?
20        A.   It's a human growth hormone that is
21    approved by the Food and Drug Administration for
22    the treatment of kakexia associated with AIDS or

Page 13

1    AIDS wasting -- not AIDS wasting.  For AIDS or
2    HIV-associated illness.
3        Q.   Okay.  What was the result of that
4    lawsuit?
5        A.   The beneficiary lost the lawsuit.
6        Q.   So the drug remained as a prior
7    authorization status?
8        A.   Um-hmm.
9        Q.   What do you mean when you say "prior
10    authorization"?
11        A.   That means that the provider must seek
12    approval from Medi-Cal for payment -- for Medi-Cal
13    to pay for a product or service.
14        Q.   Okay.
15        A.   It's not just drugs that are prior auth.
16    Some services are as well.  Other services are as
17    well.
18        Q.   Well, and if a service wasn't -- prior
19    authorization wasn't required for a service, am I
20    correct in assuming that the provider would just
21    be able to -- let's say it's a drug.  Would the
22    provider just be able to dispense the drug and

4 (Pages 10 to 13)

Ahrens, Katherine                                                                                              May 20, 2009

Sacramento, CA

Page 210

1  remember any false statement that anyone from
2  Sandoz ever made?
3      A.  How would I know?
4      MR. GLASER:  I'm going to caution the
5  witness to let me interject.
6          I would object as to form.
7      THE WITNESS:  How would I know?  If I
8  don't remember the conversation or any aspect of
9  the conversation, how would I remember if anything
10  was true or false?  I remember nothing about the
11  conversation.
12      MS. BERWANGER:  Q.  And another way of
13  saying that is that you do not remember anything
14  being false?
15      MR. GLASER:  Object as to form.
16      MS. BERWANGER:  Q.  Correct?
17      A.  I would not state it as such.
18          I do not remember any portion of the
19  conversation.
20      MS. BERWANGER:  I have no further
21  questions.
22          Subject to any further document

Page 211

1  production by the State of California or any
2  further discovery or questions to the witness,
3  I'll pass the witness.
4          Thank you very much.
5      MR. GLASER:  I have no questions.
6      MR. CYR:  So I guess we're done for the
7  day.
8      THE VIDEOGRAPHER:  This concludes
9  today's deposition of Katherine Ahrens.  We're now
10  off the video record at approximately 4:41.
11
12
13
14          _____
15          KATHERINE AHRENS
16
17  Subscribed and sworn to and before me
18  this _____ day of _____, 20____.
19
20
21  _____
22      Notary Public

Page 212

1          CERTIFICATE OF REPORTER
2      I, JOHN P. SQUIRES, a Certified Shorthand
3  Reporter, hereby certify that the witness in the
4  foregoing deposition, KATHERINE AHRENS, was duly
5  sworn by me; that the testimony of said witness was
6  taken down in shorthand by me at the time and place
7  herein stated; that the testimony of said witness was
8  thereafter reduced to typewriting, by computer, under
9  my direction and supervision.
10      I further certify that I am not of counsel
11  or attorney for any of the parties to said cause, nor
12  in any way interested in the outcome of this cause
13  and I am not related to any of the parties thereto.
14      I declare under penalty of perjury that the
15  foregoing is true and correct.  I have hereunto set
16  my hand on May 28, 2009.
17
18          _____
19          John P. Squires, CSR No. 2001
20
21
22

54 (Pages 210 to 212)

Henderson Legal Services, Inc.

202-220-4158                                                                        www.hendersonlegalservices.com