**EXHIBIT F**



**BMFEA**
Bureau of Medi-Cal Fraud & Elder Abuse
State of California Department of Justice



Office of Attorney General
Edmund G. Brown Jr.

March 16, 2009

VIA FEDERAL EXPRESS

Defense Counsel
(Per Attached Service List)

1455 Frazee Road
Suite 315
San Diego, CA
92108-4304

Telephone: (619) 688-6099
Facsimile: (619) 688-4200

RE:   *State of California, ex rel. Ven-A-Care v. Abbott Laboratories, Inc., et al.*
      Case No. 03-cv-11226-PBS (MDL 1456)

Dear Counsel:

Please find enclosed four disks bearing the previously referenced database/native files resulting from defendants' requested search terms and determined responsive to defendants' document requests. The disks contain the following Bates numbers (with corresponding custodian identified):

| | |
|---|---|
| CAAG/DHS-E 0054775: | Craig Miller |
| CAAG/DHS-E 0054776-0054790: | Katherine Ahrens |
| CAAG/DHS-E 0054791-0054854: | Kevin Gorospe |
| CAAG/DHS-E 0054855-0054856: | Maureen Tooker |
| CAAG/DHS-E 0054857-0054906: | Mike Namba |
| CAAG/DHS-E 0054907-0054921: | Mike Wofford |
| CAAG/DHS-E 0054922: | Pilar Williams |
| CAAG/DHS-E 0054923-0054929: | Stan Rosenstein |
| CAAG/DHS-E 0054930-55239: | Vic Walker |

Sincerely,

Nicholas N. Paul
Supervising Deputy Attorney General
Bureau of Medi-Cal Fraud and Elder Abuse

For   EDMUND G. BROWN JR.
      Attorney General

Enclosures

*State of California, ex rel. Ven-A-Care v. Abbott Laboratories, Inc., et al.*
Case No. 03-cv-11226-PBS (MDL 1456)

## SERVICE LIST

**Counsel for Defendants**
**Dey, Inc. and Dey. L.P.; Mylan**
**Laboratories Inc. and**
**Mylan Pharmaceuticals Inc.**

Philip D. Robben
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7800

**Counsel for Defendant**
**Sandoz Inc.**

Michael Gallagher
Heather McDevitt
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787
Telephone: (212) 819-8200

**Counsel for Defendants**
**Schering-Plough Corporation and**
**Warrick Pharmaceutical Corporation**

John P. Bueker
Daniel J. Bennett
ROPES & GRAY LLP
One International Place
Boston, MA 02110-2624
Telephone: (617) 951-7000



**California Department of Justice**
**MDL 1456 Document Production**

03/13/2009

CAAG/DHS-E 0054930- 0054963

Highly Confidential

**California Department of Justice**
**MDL 1456 Document Production**

03/13/2009

CAAG/DHS-E 0054775- 0054929
CAAG/DHS-E 0055084- 0055199

Highly Confidential