**EXHIBIT I**

**EDMUND G. BROWN JR.**
*Attorney General*

*State of California*
**DEPARTMENT OF JUSTICE**

BUREAU OF MEDI-CAL FRAUD AND ELDER ABUSE
1455 FRAZEE RD., SUITE 315
SAN DIEGO, CA 92108-4304
Telephone: (619) 688-6099
Facsimile: (619) 688-4200
E-Mail: nicholas.paul@doj.ca.gov

June 12, 2009

VIA OVERNIGHT MAIL

Philip D. Robben
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178

Heather McDevitt
WHITE & CASE LLP
1155 Avenue of the Americas
New York, New York 10036-2787

RE:   *State of California ex. rel. Ven-A-Care v. Abbott Laboratories, Inc., et al.*
      Case No. 03-cv-11226 (MDL 1456)

Dear Counsel:

Please find enclosed three disks containing California's supplemental production of documents as follows:

- Bates Nos. CAAG/DHS 0089915 - CAAG/DHS 0090865: These documents relate to presentations made by relator, Ven-A-Care.

- Bates Nos. CAAG/DHS-E 0000058-0019056, 0055311-0055084: These documents were previously withheld while California completed its privilege review of same.

June 12, 2009
Page 2

        Also, enclosed is California's supplemental privilege log as relating to documents bearing the Bates prefix of "CAAG/DHS-E."

        Sincerely,

        Nicholas N. Paul
        Supervising Deputy Attorney General
        Bureau of Medi-Cal Fraud and Elder Abuse

        For    EDMUND G. BROWN JR.
                 Attorney General

Enclosures



California Department of Justice
MDL 1456 Document Production

06/12/2009

CAAG/DHS 0089915 -
CAAG/DHS 0090865