# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) |
| | MDL NO. 1456 |
| | CIVIL ACTION: 01-CV-12257-PBS |
| | (Subcategory Docket: 06-11337) |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 07-CV-11618-PBS | Judge Patti B. Saris |
| | Magistrate Judge Marianne B. Bowler |

### AFFIDAVIT OF KENNETH W MEDITZ IN SUPPORT OF ABBOTT LABORATORIES INC.'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURISDICTION UNDER THE FALSE CLAIMS ACT'S PUBLIC DISCLOSURE BAR

STATE OF ILLINOIS   )
                    ) ss.
LAKE COUNTY         )

Kenneth W Meditz first being sworn, deposes and states as follows:

1. I have been employed by Abbott Laboratories Inc ("Abbott") located in Abbott Park, Illinois for 31 years, and I am authorized by Abbott to give this affidavit. I have personal knowledge of the facts set forth below, and could testify to them if called as a witness.

2. I began my employment with Abbott in 1977. From 2007 to 2009 I have served as Director, Trade Sales and Development. In this capacity I have been responsible for Retail and Wholesaler Accounts.

3. The Abbott drugs at issue in this litigation are various formulations of Erythromycin ("Ery").

4. During most of the relevant time period, Abbott's Ery products were subject to generic competition.

CHI-1717387v1

5.  Although they were considered a multisource generic, Abbott's Ery products retained their brand names.

6.  Because the drugs maintained their brand names, purchasers were able to recognize Abbott's particular versions of erythromycin.

7.  EES and Ery-Tab are both Abbott trademarked versions of erythromycin and would not be mistaken for competing products.

8.  I have reviewed the 1984 HHS-OIG Report "Medicaid-Limitation on Payment for Drugs" and the July 31, 1992 Energy and Commerce Committee Congressional Report, and can testify that those knowledgeable of the pharmaceutical market would be able to recognize that EES 400 Tabs, EES 200 liquid, EES 400 liquid, Ery-TAB 250 mg tabs. Ery-Tab 333 mg and Ery-TAB 500 mg were Abbott Ery products.

This the 20th day of August, 2009.

_____
KENNETH W. MEDITZ,
Affiant

Sworn to and subscribed before me this 20th day of August, 2009.

_____
**Notary Public**

My Commission Expires: 03/28/2012

OFFICIAL SEAL
MARIE L IZZO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:03/28/12

- 2 -

CHI-1717387v1