# EXHIBIT 23

*File*

# Wampler Buchanan & Breen
### A Professional Association
### Attorneys and Counselors at Law
### 900 SunTrust Building
### 777 Brickell Avenue
### Miami, Florida 33131

(305) 577-0044                                                                 FAX (305) 577-8545

**SENSITIVE MATERIAL - DO NOT DISCLOSE**
**SUBJECT TO COURT SEALING ORDER**

October 23, 2000

<u>Via Facsimile 617-748-3969 and U.S. Mail</u>

Suzanne E. Durrell, Esquire
Chief, Civil Division
Peter Levitt, Esquire
Assistant United States Attorney
United States Attorney's Office
District of Massachusetts
Suite 9200
One Courthouse Way
Boston, MA 02110

<u>Via Facsimile 202-305-7797 and U.S. Mail</u>

T. Reed Stephens, Esquire
Trial Attorney, Commercial Litigation Branch
Civil Division
United States Department of Justice
P. O. Box 261
Ben Franklin Station
Washington, DC 20044

**RE:   Additional Charges and Additional Defendants**

Dear Suzanne, Peter and Reed:

Rather than the Relator filing multiple amended complaints in *United States ex rel. Ven-A-Care v. Apothecon, et al.*, Civil Action No. 00CV-10698 MLW, the Relator hereby declares its intention in the final amended complaint to add as a defendant Abbott Laboratories, Inc., for violation of the statutes and theories set out in the complaint. See the attached **Exhibit "A"** for the matrix involving Abbott's specified pharmaceuticals, the spreads on Abbott's Erythromycin oral drugs and the adverse affect of Abbott's fraud on the FUL.

Sincerely,

Atlee W. Wampler, III
James J. Breen
For the Firm

/dlm
Attachment
cc:   Ven-A-Care of the Florida Keys, Inc. (via facsimile)(w/o attachment)
F:\CLIENTS\4590\Correspondence\L2A-Durrell/Levitt AWW.wpd

**Highly Confidential**                                                          VAC MDL 94127

## MATRIX OF ABBOTT SPECIFIED PHARMACEUTICALS
## IN RELATION TO ABBOTT ERYTHROMYCIN

| Drug | NDC# | AWP | WAC | McKesson Price | McKesson Price X 150% | FUL | FUL Excessive Payment |
|---|---|---|---|---|---|---|---|
| Erythromycin Base Tab 250mg,100s | 00074-6326-13 | $14.79 | $11.16 | $7.40 | $11.10 | $17.93 | $6.83 |
| Erythromycin Base Tab 250mg,500s | 00074-6326-53 | $70.24 | $56.19 | $35.89 | $53.835 | $17.93 X 5 = $89.65 | $35.815 |
| ERY-TAB E/C 250mg,30 | 00074-6304-30 | $7.95 | $6.36 | $2.76 | $4.14 | $17.93 /3.333 = $5.37 | $1.23 |
| ERY-TAB E/C 250mg,100 | 00074-6304-13 | $25.18 | $21.31 | $7.72 | $11.58 | $17.93 | $6.35 |
| ERY-TAB E/C, UD, 250mg,100 | 00074-6304-11 | $27.84 | $23.20 | $9.90 | $14.85 | $17.93 | $3.08 |
| E.E.S. 200 Susp. 100ml | 00074-6306-13 | $4.78 | $3.82 | $3.45 | $5.175 | $6.97/ 100ml | $1.795 |
| ERY E-Succ/ Sulfisoxazole 200mg,100ml | 00074-7156-13 | $12.76 | $10.21 | $4.21 | $6.315 | $7.46 | $1.145 |
| ERY E-Succ/ Sulfisoxazole 200mg,150ml | 00074-7156-43 | $18.89 | $15.31 | $6.32 | $9.48 | $10.73 | $1.25 |
| ERY E-Succ/ Sulfisoxazole 200mg,200ml | 00074-7156-53 | $24.83 | 19.86 | $8.42 | $12.63 | $13.66 | $1.03 |

EXHIBIT "A"

Highly Confidential

VAC MDL 94128

| Drug | NDC# | AWP | WAC | McKesson Price | McKesson Price X 150% | FUL | FUL Excessive Payment |
|---|---|---|---|---|---|---|---|
| Erythromycin Stearate Tab 250mg,100 | 00074-6346-20 | $14.59 | $11.00 | $7.86 | $11.79 | $17.88 | $6.09 |
| Erythromycin Stearate Tab 250mg,UD, 100 | 00074-6346-38 | $17.14 | $14.28 | $10.03 | $15.045 | $17.88 | $2.835 |
| Erythromycin Stearate Tab 250mg,500 | 00074-6346-53 | $69.29 | $52.25 | $38.18 | $57.27 | $89.40 | $32.13 |
| Erythromycin Stearate Tab 500mg,100 | 00074-6316-13 | $26.35 | $19.88 | $15.30 | $22.95 | $24.18 | $1.23 |

EXHIBIT "A"

Highly Confidential

VAC MDL 94129