UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: **PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** | MDL No. 1456<br>Master File No. 01-CV-12257-PBS<br>Subcategory Case No. 06-11337<br>Hon. Patti B. Saris |
| **THIS DOCUMENT RELATES TO:**<br>*State of California, ex rel. Ven-A-Care v. Abbott Laboratories, et al.*<br>Case No. 03-CV-11226-PBS | Magistrate Judge<br>Marianne B. Bowler |

## LIST OF PENDING DISCOVERY MOTIONS

Pursuant to the Court's August 5, 2009 instructions, Defendants Dey, Inc.and Dey, L.P., (collectively, "Dey") and Mylan Inc. (formerly known as Mylan Laboratories Inc.) and Mylan Pharmaceuticals Inc. (collectively, "Mylan") hereby submit the following list of pending discovery motions for consideration by Magistrate Judge Marianne B. Bowler on September 14, 2009:

1. State of California's Motion for a Protective Order Regarding Defendants Rule 30(b)(6) Topics (Dkt. No. 5976-77, Subcategory Dkt. No. 192-93); and

2. Defendants' Motion to For an Order Granting Leave to Take Deposition Out of Time (Dkt. No. 6394, 6396; Subcategory Dkt. No. 376, 379).

Dated: August 21, 2009

                                            KELLEY DRYE & WARREN LLP

                                            By:/s/Philip D. Robben
                                                Philip D. Robben (*pro hac vice*)
                                                Brendan Cyr (*pro hac vice*)
                                            101 Park Avenue
                                            New York, NY 10178
                                            Telephone: (212) 808-7800
                                            Facsimile: (212) 808-7897
                                            *Attorneys for Defendants Dey, Inc. Dey, L.P., Mylan Inc. (f/k/a Mylan Laboratories Inc.) and Mylan Pharmaceutical Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on August 21, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

/s/ Philip D. Robben