UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>**THIS DOCUMENT RELATES TO**:<br><br>*US ex rel Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*<br>No. 07-CV-11618-PBS | **MDL No. 1456**<br>**Civil Action No. 01-12257-PBS**<br><br>Hon. Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

**JOINT MOTION TO EXTEND TIME
TO FILE MOTIONS FOR SUMMARY JUDGMENT
AND ABBOTT'S MOTION TO BAR DR. DUGGAN'S OPINIONS**

Plaintiff Ven-A-Care of the Florida Keys, Inc. ("Ven-A-Care") and Defendant Abbott Laboratories, Inc. ("Abbott") have conferred about amending the briefing schedule set out in the Court's July 23, 2009 order, solely to extend by one week the date for motions for summary judgment and Abbott's *Daubert* motion to bar opinions from Ven-A-Care's damages expert Mark Duggan. The parties jointly propose to move the filing date for these motions to August 28, 2009.

The parties are not seeking to amend the July 23 order in any other way.

WHEREFORE, Ven-A-Care and Abbott jointly request that the Court enter an order that motions for summary judgment and Abbott's motion to bar Dr. Duggan's opinions are now due August 28, 2009.

Dated:  August 21, 2009

Respectfully submitted,

/s/ C. Jarrett Anderson
Anderson LLC
208 West 14th Street, Suite 3-B
Austin, Texas 78701
Telephone: (512) 469-9191

James J. Breen
The Breen Law Firm, P.A.
3350 S.W. 148th Avenue, Suite 110
Miramar, FL 33027
Telephone: (954) 874-1635
Facsimile: (954) 874-1705

*Counsel for Plaintiff Ven-A-Care of the Florida Keys, Inc.*


/s/ Tara A. Fumerton
James R. Daly
Eric P. Berlin
Tara A. Fumerton
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

*Counsel for Defendant Abbott Laboratories Inc.*

**CERTIFICATE OF SERVICE**

     I, Tara A. Fumerton, an attorney, hereby certify that I caused a true and correct copy of the foregoing JOINT MOTION TO EXTEND TIME TO FILE MOTIONS FOR SUMMARY JUDGMENT AND ABBOTT'S MOTION TO BAR DR. DUGGAN'S OPINIONS to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 21st day of August, 2009.

                                  /s/  Tara A. Fumerton