UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* Civil Action No. 06-11337<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey LP, et al.,* Civil Action No. 05-11084<br><br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.,* Civil Action No. 07-10248-PBS | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Subcategory No. 06-11337-PBS<br><br>Hon. Patti B. Saris |

**MOTION OF THE UNITED STATES TO HAVE CERTAIN MOTIONS BY DEFENDANTS HEARD BY THE DISTRICT COURT JUDGE IN CONJUNCTION WITH PENDING MOTIONS**

The United States requests that certain motions filed by defendants in conjunction with summary judgment proceedings be heard by the District Court Judge either as part of the summary judgment hearing scheduled for October 20, 2009 (or a future date), or in conjunction with a future hearing regarding the *Daubert* motion filed by Abbott Laboratories. As explained in its accompanying memorandum in support, because the relief sought and the issues presented by these motions are significantly intertwined with issues raised in the summary judgment briefing and/or the pending *Daubert* motion, the United States believes that it would be more appropriate and efficient to have the motions heard by the District Court Judge, rather than holding argument during the discovery hearing to be held by the Magistrate Judge on September 14, 2009.

In response to the August 5, 2009, Order issued by Judge Bowler, defendants Abbott, Dey and Roxane listed the following as pending discovery motions that they wish to be heard during a September 14, 2009, hearing before Judge Bowler:

> Abbott Laboratories Inc.'s Motion for Sanctions and for a Finding of Spoliation (MD #6096-97, SD #218-219);
>
> Dey Inc.'s Motion for Sanctions and for a Finding of Spoliation (MD #6109-10, SD #222-223);
>
> Roxane Defendants' Motion for Sanctions and for a Finding of Spoliation (MD #6254-55, SD #274-275);
>
> Roxane Defendants' Expedited Motion for Leave to Depose Carolyn Helton and Robin Kreush Stone (MD #6328-6330, SD #333-335); and
>
> Dey's Motion for Leave to Participate in the Depositions of Carolyn Helton and Robin Kreush Stone (MD #6384, SD #368).

The United States hereby moves the Court for an order stating that it would be more appropriate and efficient to have the motions heard by the District Court Judge, rather than holding argument during the discovery hearing to be held by the Magistrate Judge on September 14, 2009.

Dated: August 25, 2009                                        Respectfully submitted,

| | |
|---|---|
| For the United States of America, | MICHAEL F. HERTZ<br>DEPUTY ASSISTANT ATTORNEY |
| JEFFREY H. SLOMAN<br>ACTING UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | GENERAL |
| /s/ Ann M. St. Peter-Griffith | /s/ Laurie A. Oberembt<br>Joyce R. Branda |
| Ann M. St. Peter-Griffith | Daniel R. Anderson |
| Mark A. Lavine | Justin Draycott |
| Special Attorneys for the Attorney General | Laurie A. Oberembt |
| 99 N.E. 4th Street, 3rd Floor | Rebecca Ford |
| Miami, FL  33132 | Renee Brooker |
| Phone:  (305) 961-9003 | Gejaa T. Gobena |
| Fax: (305) 536-4101 | United States Department of Justice<br>Civil Division<br>Commercial Litigation Branch |
| MICHAEL K. LOUCKS<br>ACTING UNITED STATES ATTORNEY | P. O. Box 261<br>Ben Franklin Station<br>Washington, D.C.  20044 |
| /s/ George B. Henderson, II | Phone:  (202) 307-1088 |
| George B. Henderson, II<br>Barbara Healy Smith<br>James J. Fauci<br>Assistant U.S. Attorneys<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, MA 02210<br>Phone:  (617) 748-3272 | Fax:  (202) 305-7797 |

# CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I hereby certify that I have communicated with counsel for the defendants in an effort to resolve the dispute referred to in this motion, and that the parties have not been able to resolve or narrow the issues raised in this motion.

/s/ Laurie A. Oberembt
Laurie A. Oberembt

Dated: August 25, 2009

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above MOTION OF THE UNITED STATES TO HAVE CERTAIN MOTIONS BY DEFENDANTS HEARD IN CONJUNCTION WITH PENDING MOTIONS to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: August 25, 2009

           /s/ Ann M. St. Peter-Griffith
           Ann M. St. Peter-Griffith