UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION: 01-CV-12257-PBS |
| | ) | Subcategory Docket: 06-CV-11337-PBS |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Judge Patti B. Saris |
| | ) | |
| ALL ACTIONS | ) | Magistrate Judge Marianne B. Bowler |
| | ) | |
| | ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Notice is hereby given that Gejaa T. Gobena hereby withdraws his appearance as counsel for the plaintiff United States of America in the above-captioned matter.  All other counsel of record for the United States of America will continue to appear as counsel for the plaintiff in this matter.

Respectfully submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL K. LOUCKS | TONY WEST |
| ACTING UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |
| | |
| George B. Henderson, II | /s/ Gejaa T. Gobena |
| Barbara Healy Smith | Joyce R. Branda |
| James J. Fauci | Daniel R. Anderson |
| Assistant U.S. Attorneys | Renee Brooker |
| United States Courthouse | Justin Draycott |
| Suite 9200, 1 Courthouse Way | Rebecca Ford |
| Boston, MA 02210 | Gejaa T. Gobena |
| Phone: (617) 748-3272 | Andy Mao |
| Fax: (617) 748-3971 | Laurie A. Oberembt |
| | Elizabeth Strawn |
| JEFFREY H. SLOMAN | Civil Division |
| ACTING UNITED STATES ATTORNEY | Commercial Litigation Branch |
| SOUTHERN DISTRICT OF FLORIDA | P. O. Box 261 |
| | Ben Franklin Station |
| Mark A. Lavine | Washington, D.C. 20044 |
| Ann St. Peter-Griffith | Phone: (202) 514-3345 |
| Special Assistant U.S. Attorneys | Fax: (202) 307-3852 |
| 99 N.E. 4th Street, 3rd Floor | |
| Miami, FL 33132 | For the relator, Ven-A-Care of the Florida |
| Phone: (305) 961-9003 | Keys, Inc., |
| Fax: (305) 536-4101 | JAMES J. BREEN |
| | The Breen Law Firm, P.A. |
| | Suite 260 |
| | 5755 North Point Parkway |
| Dated: August 27, 2009 | Alpharetta, Georgia 30022 |
| | Phone (770) 740-0008 |
| | |
| | SUSAN S. THOMAS |
| | GARY L. AZORSKY |
| | ROSLYN G. POLLACK |
| | Berger & Montague, P.C. |
| | 1622 Locust Street |
| | Philadelphia, PA 19103 |
| | Telephone: 215-875-3000 |

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electric service in accordance with Case Management Order No. 2, by sending a copy to Lexis-Nexis for posting and notification to all parties.

Dated: August 27, 2009                                    /s/ Gejaa T.Gobena
                                                                                                                Gejaa T. Gobena