# Exhibit 1

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc. Local Rule 56.1 Statement of Undisputed Material Facts in Support of Their Motion For Summary Judgment

# The Company

Boehringer Ingelheim

- Founded in 1885 in Ingelheim, Germany
- Largest privately owned pharmaceutical company
- Focused on Human Pharmaceuticals and Animal Health

CONFIDENTIAL ATTORNEYS' EYES ONLY
ROX TX - 16873

RLI-AWP-00318092
ROX056-0270 F

# Boehringer Ingelheim *Worldwide*




CONFIDENTIAL ATTORNEYS' EYES ONLY
ROX TX - 16874

RLI-AWP-00318093
ROX056-0271




# Worldwide - 2001

| | |
|---|---|
| •Total Net Sales | EUR 6.7 Billion (+8.2%) |
| - Human Pharma | EUR 6.4 Billion (+8.4%) |
| •Total Employees | 27,975 |

CONFIDENTIAL ATTORNEYS' EYES ONLY
ROX TX - 16875




| BS Prescription Medicines<br>Gross Sales<br>mill. EUR | Prev. Year | Budget |
|---|---|---|
| **BS Prescription Medicines** | 5.785 | 5.837 |
| USA | 2.357 | 2.329 |
| - thereof Branded | 1.751 | 1.783 |
| Multisource | 606 | 546 |
| Japan | 1.074 | 1.121 |
| Germany* | 355 | 350 |
| France | 196 | 208 |
| Italy | 157 | 187 |
| Mexico** | 157 | 158 |
| Spain | 159 | 157 |
| Great Britain | 148 | 145 |
| Brazil** | 155 | 144 |
| Others | 1.006 | 1.081 |

CONFIDENTIAL ATTORNEYS' EYES ONLY
ROX TX - 16876

RLI-AWP-00318095
ROX056-0273

Boehringer Ingelheim

# BIC U.S.Companies



BI Corporation
BI Pharmaceuticals, Inc.
Ridgefield, CT





BI Vetmedica
St. Joseph, MO



Ben Venue Labs
Bedford, OH





Roxane Laboratories, Inc.
Columbus, OH



Boehringer Ingelheim Chemicals, Inc.
Petersburg, VA

CONFIDENTIAL ATTORNEYS' EYES ONLY
ROX TX - 16877

# BIPI Branded Products
# Net Sales 2002

| | Budget | Expectation | Actual |
|---|---|---|---|
| Aggrenox | 108,134 | 106,564 | 103,616 |
| Atrovent MDI | 203,626 | 159,619 | 147,335 |
| Atrovent Nasal | 5,950 | 13,207 | 21,601 |
| Atrovent Solution | 3,836 | 3,005 | 3,937 |
| Cafcit | 8,032 | 8,268 | 12,215 |
| Catapres TTS | 134,205 | 153,109 | 156,969 |
| Combivent | 405,781 | 417,016 | 394,524 |
| Flomax | 419,769 | 479,829 | 445,084 |
| Micardis | 78,081 | 82,630 | 83,530 |
| Mobic | 156,002 | 188,595 | 202,383 |
| Viramune | 184,989 | 139,707 | 133,632 |
| All Other | 19,054 | 15,059 | 14,492 |
| Total BIPI Product | 1,727,458 | 1,766,609 | 1,719,318 |
| Mirapex Revenue | 43,453 | 46,320 | 51,304 |
| Royalty Income | 2,000 | 2,000 | 2,000 |
| Other RLI | 2,631 | 5,619 | 4,246 |
| Total PM Branded | 1,775,542 | 1,820,547 | 1.776.868 |

CONFIDENTIAL ATTORNEYS' EYES ONLY
ROX TX - 16878

RLI-AWP-00318097
ROX056-0275

Boehringer Ingelheim

# BIC Consolidated Net Sales 2000 - 2006




| | 2002B | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|
| Animal Health | 150 | 170 | 186 | 215 | 236 |
| Chem+Exp. | 162 | 155 | 163 | 170 | 183 |
| CHC | 65 | 81 | 90 | 102 | 113 |
| Manufacturing | 98 | 120 | 138 | 141 | 152 |
| PM | 2207 | 2456 | 2826 | 3270 | 3719 |

CONFIDENTIAL ATTORNEYS' EYES ONLY
ROX TX - 16879

# BIC US Market Share Prescription Medicine







Total US drug market to include branded and multisource drugs.

CONFIDENTIAL ATTORNEYS' EYES ONLY
ROX TX - 16880




# BIC Consolidated Headcount




| | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|
| BIVI | 621 | 641 | 647 | 653 | 656 |
| BVL | 863 | 930 | 952 | 1006 | 1019 |
| BICI | 307 | 327 | 340 | 350 | 360 |
| RLI | 867 | 911 | 954 | 1011 | 1013 |
| BIPI/BISC/BIC | 3195 | 3650 | 3707 | 3761 | 3835 |

CONFIDENTIAL ATTORNEYS' EYES ONLY
ROX TX - 16881




CONFIDENTIAL ATTORNEYS' EYES ONLY
ROX TX - 16882


Boehringer-Ingelheim Multisource
Dr. Banchi
Board of Managing Directors
M.Carrol
President, CEO
BIC
T. Russillo
President, COO
Ben Venue Labs
D. Henderson
VP Operations
J. Craddock
VP PPD, QC
G. Price
CFO
G. Lyons
Dir. HR
P. Hansbury
Gm Contract Mfg.
OPEN
Dir. QA,QC
M. Rapp
Mgr. DRA
Bedford Labs
T. Murphy
VP Bedford
L. Rocchi
Dir. Sales
D. Gaugh
Dir. Marketing
Roxane Multisource
P. Kerstan
GM Roxane
J. Waterer
Assc. Director
K. Strelau
Dir. Sales
CONFIDENTIAL ATTORNEYS' EYES ONLY
ROX TX - 16883