# Exhibit 2

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment




*Final Approved Version*

Boehringer Ingelheim
Roxane Laboratories

## Press Release

**ROXANE LABORATORIES, INC. ANNOUNCES THE AVAILABILITY OF GENERICALLY PRICED IPRATROPIUM BROMIDE NASAL SPRAY**

COLUMBUS, OH – November 5, 2001 – Roxane Laboratories, Inc. today announced the availability of Ipratropium Bromide Nasal Spray, 0.03% and 0.06%. Ipratropium Bromide Nasal Spray is the first generically priced alternative to Boehringer Ingelhiem Pharmaceutical's brand product, Atrovent® Nasal Spray. Atrovent Nasal spray is also manufactured by Roxane Laboratories.

Roxane Laboratories is a recognized leader in researching, manufacturing and packaging oral liquids, tablets, capsules, and sterile respiratory therapy pharmaceutical products and the addition of Ipratropium Bromide Nasal Spray is important to the growing line of multisource products available through Roxane. The Ipratropium Bromide Nasal Spray 0.03% bottles of 30mL and 0.06% bottles of 15mL, with spray pump are available for immediate shipment.

Roxane Laboratories, Inc., is also a leading manufacturer of human pharmaceutical products, and is a wholly owned subsidiary of the Boehringer Ingelheim Corporation, located in Ridgefield, CT, and part of the Boehringer Ingelheim worldwide group of companies, based in Ingelheim, Germany. The Boehringer Ingelheim group is one of the 20 leading pharmaceutical corporations in the world and reported revenues of almost US $5.8 billion in 2000.

Full prescribing information for Ipratropium Bromide Nasal Spray 0.03% and 0.06% is available upon request by calling Boehringer Ingelheim Drug Information at 1-800-542-6257.

Kelli Schobelock
Communications & Public Relations
Roxane Laboratories, Inc.
Tel: (614) 272-4774
Fax: (614) 276-0019

Roxane Laboratories, Inc.

Communications & Public Relations

1809 Wilson Road/P.O. Box 16532
Columbus, OH 43216-6532

http://www.roxane.com

Phone  (614) 272-4774
Fax    (614) 274-0974

**PAOLETTI 16762**

RLI-AWP-00079524
ROX028-7026     F

Page 2

kschobelock@col.boehringer-ingelheim.com

[1]Atrovent is a registered trademark of Boehringer Ingelheim
# # # #

**PAOLETTI 16763**

RLI-AWP-00079525
ROX028-7027