# Exhibit 3

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

Exhibit 31 for ID
Witness Russillo
L. O'Sullivan, CSR 1-8-09

## Mellody,Jim  PR BIP-US-R

| | |
|---|---|
| From: | Mellody,Jim  PR BIP-US-R |
| Sent: | Friday, September 05, 2003 1:50 PM |
| To: | Erdmann,Bernd  FN BIP-US-R; Pomer,Frank  FN BIP-US-R; Parnell,Dan  FN BIP-US-R |
| Cc: | Mellody,Jim  PR BIP-US-R; Owen,William  FN BIP-US-R; Tetzner,Hermann  FN BIP-US-R |
| Subject: | FW: Restructuring of US Organization |
| Importance: | High |

Dear colleagues
I have stripped down the presentation that was done last year on legal entities and removed the recommendations. I am planning to send it out prior to the meeting.

Bernd
Can you add a slide with either a table or chart showing the products that need to addressed in the meeting. I left a blank page for you. Can I get this by end of day Monday?

Any other comments are welcome.

Thanks
Jim


Restructuring
Proposal to Boar...

1

RLI-TX 7999
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00107351
ROX032-0234       F

# Legal Entity Discussion of the U.S. Business of Boehringer Ingelheim

## Discussion Draft Pre meeting

### September 12, 2003

RLI-TX 8000
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00107352
ROX032-0235

# Agenda 9/12/03

| | | |
|---|---|---|
| •Review existing legal entities/divisions and reporting structures | F. Pomer<br>B. Banks | 10 Min |
| •Describe desired changes to legal entities and structures | T. Russillo /R. Fromuth<br>H. Tetzner | 20 Min |
| •Review project scope and discuss options for changes | | |
| •Review impacts of changes at high level and agree on assignments<br>  –Pricing and contracts issues (including any impact on best pricing)<br>  –Operations issues (including labeling and inventory)<br>  –Finance and Shared Services issues<br>  –Legal topics<br>  –HR Issues<br>  –IT and system topics<br>  –Tax issues<br>  –Previous project experience with product changes | G. Ciarelli<br>J. McIntyre<br>D. Parnell/G. Price<br>B. Banks/R. Spielberger<br>J. Orinski<br>S. Davies<br>F. Pomer<br>M. Vida | 60 Min |
| •Discuss next steps and agree on assignments | All | 30 Min |
| •Wrap Up | J. Mellody | |

RLI-TX 8001
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00107353
ROX032-0236

## Current Structure



3

RLI-TX 8002
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00107354
ROX032-0237

# Current Products & Legal Entities

RLI-TX 8003
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00107355
ROX032-0238

## Why Restructure?

The current legal and operational structure of the U.S. business has evolved over time, and served us well for a long period. But in recent years our businesses have changed significantly:

- growth of the Prescription Medicines business;
- greater use of alliances and partnerships;
- the acquisition of BVL;
- rationalization of the RLI business (allocation to BIPI and BVL);
- creation of regional and global manufacturing centers;
- introduction of the shared services concept;
- the consequences of Structure 2000;
- growing regulatory and competitive pressures.

1

RLI-TX 8004
**Highly Confidential**
**Attorneys' Eyes Only**

RLI-AWP-00107356
ROX032-0239

2

## Why Restructure?

We currently operate in the U.S. with a variety of legal entities that do not necessarily reflect the nature of our businesses. This results in two sets of reporting: one in terms of legal entities and another in terms of businesses.

This system often does not convey clearly the performance of our businesses, and leads to complexity in interpreting how each business is faring. The accounting reconciliations between the legal entities and the businesses reduce but do not remove this complexity.

The purpose of the to be proposed restructuring will be to:

- Align the U.S. organization with the actual businesses;

- Reduce legal, managerial and administrative complexity.

RLI-TX 8005
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00107357
ROX032-0240

5

## Restructuring Input

The proposed restructuring should take into account the following:

- There is no legal requirement to maintain our U.S. holding company, Boehringer Ingelheim Corporation (BIC).
- There is no significant business advantage in keeping BIC, as the "corporate veil" would likely be pierced in case of any litigation.
- There are strategic advantages to maintaining BVL and BIVI as separate legal entities.
- There is Board directive to maintain BVL at arms length and to afford it the necessary autonomy.

RLI-TX 8006
**Highly Confidential
Attorneys' Eyes Only**

RLI-AWP-00107358
ROX032-0241