# Exhibit 4

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

11/22/2004 10:34:10 AM

# Restructuring of the U.S. Business of Boehringer Ingelheim

## Proposal to the Board of Managing Directors

### Draft
### June 7, 2002

D0543946

RLI-TX 14758
**Highly Confidential**
**Attorneys' Eyes Only**

RLI-AWP-00114110
ROX032-6993      F

# Contents

| | |
|---|---|
| Why Restructure? | 1 |
| Current Structure | 3 |
| Anomalies in Current Structure | 4 |
| Restructuring Options | 5 |
| Tax Consequences | 8 |
| Option (A) | 9 |
| Option (B) | 10 |
| Recommendation | 11 |
| Management Implications | 12 |
| New Management Structure | 13 |
| Implementation | 14 |

11/22/2004 10:34:10 AM

D0543947

RLI-TX 14759
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00114111
ROX032-6994

# Why Restructure?

The current legal and operational structure of the U.S. business has evolved over time, and served us well for a long period. But in recent years our businesses have changed significantly:

- growth of the Prescription Medicines business;
- greater use of alliances and partnerships;
- the acquisition of BVL;
- rationalization of the RLI business (allocation to BIPI and BVL);
- creation of regional and global manufacturing centers;
- introduction of the shared services concept;
- the consequences of Structure 2000;
- growing regulatory and competitive pressures.

11/22/2004 10:34:10 AM

1

D0543948

RLI-TX 14760
**Highly Confidential
Attorneys' Eyes Only**

RLI-AWP-00114112
ROX032-6995

## Why Restructure?

We currently operate in the U.S. with a variety of legal entities that do not necessarily reflect the nature of our businesses. This results in two sets of reporting: one in terms of legal entities and another in terms of businesses.

This system often does not convey clearly the performance of our businesses, and leads to complexity in interpreting how each business is faring. The accounting reconciliations between the legal entities and the businesses reduce but do not remove this complexity.

The purpose of the proposed restructuring is, therefore, to:

- Align the U.S. organization with the actual businesses;
- Reduce legal, managerial and administrative complexity.

11/22/2004 10:34:10 AM

2

D0543949

RLI-TX 14761
**Highly Confidential**
**Attorneys' Eyes Only**

RLI-AWP-00114113
ROX032-6996

# Current Structure

**Boehringer Ingelheim Corporation**
Limited corporate functions

## BIPI — Primary Operating Company
- Sales & Marketing of branded PM products

## RLI — Columbus Plant and Multi-Source Line
- Manufacture and supply of branded, multi-source and CHC products
- Sales & Marketing of CHC products
- Ridgefield plant and facilities management
- "Hidden" corporate functions such as HR, Legal, IT, F&A R&D, Medicine

## BVL — Multi-Source Business
- Bedford Line Contract Line
- Bedford Plant

## BISC — F&A Service Center
- Services to some but not all operating units

## BIVI — Vetmedica
- Global Vetmedica R&D and manufacturing
- Export Distribution
- U.S. Vetmedica business

## BICI — Chemicals
- Global chemicals manufacturing
- Export Distribution
- U.S. Chemicals business

## Others — Various Entities
- Roxitrate
- Boehringer Ingelheim Cares Foundation
- Ridgebury Pharmaceuticals
- Others

D0543950

RLI-TX 14762
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00114114
ROX032-6997

## Anomalies in Current Structure

- The multi-source business (Bedford, Contract and Roxane lines) is split between two entities, although BVL is responsible for the performance of the total multi-source portfolio (BVL markets and manages the Roxane line but does not own the products).

- RLI as a legal entity owns the Columbus manufacturing plant as well as the Roxane line of multi-source products. As a consequence the company has two reporting lines: manufacturing reports to the country manager; and marketing and product development report to the President of BVL.

- The Ridgefield plant is owned by BIPI but the Columbus plant is owned by RLI.

- Manufacturing located at Ridgefield reports to Columbus and "Engineering" (largely facility and site management at the Ridgefield campus) reports to BIPI.

- The BI Services Center does not service all entities.

D0543951

RLI-TX 14763
**Highly Confidential
Attorneys' Eyes Only**

RLI-AWP-00114115
ROX032-6998

# Restructuring Options

The proposed restructuring takes into account the following:

- There is no legal requirement to maintain our U.S. holding company, Boehringer Ingelheim Corporation (BIC).
- There is no significant business advantage in keeping BIC, as the "corporate veil" would likely be pierced in case of any litigation.
- There are strategic advantages to maintaining BVL and BIVI as separate legal entities.
- There is Board directive to maintain BVL at arms length and to afford it the necessary autonomy.
- BIVI is part of a separate international corporate structure (BIV GmbH).

D0543952

RLI-TX 14764
**Highly Confidential
Attorneys' Eyes Only**

RLI-AWP-00114116
ROX032-6999

## Restructuring Options

Two restructuring options are proposed, differing only with regard to the Chemicals business.

Both options eliminate the holding company (BIC) and consolidate all businesses and functions other than Chemicals, Ben Venue and Animal Health under a new operating company ("New BIPI").

- In Option (A), the Chemicals business is kept outside "New BIPI".

- In Option (B), the Chemicals business is included within "New BIPI".

11/22/2004 10:34:10 AM

6

D0543953

RLI-TX 14765
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00114117
ROX032-7000

# Restructuring Options

Both Options (A) and (B) incorporate the following common elements:

- Drop manufacturing from the RLI legal entity and merge the remaining RLI business with BVL.
- Maintain the Roxane trademark in the market as an umbrella brand for the solid and liquid multi-source products.
- Consolidate the Columbus and Ridgefield plants under a BI Manufacturing entity.
- Consolidate the BI Services Center and other corporate and facility service functions into the main U.S. operating company ("New BIPI").
- Maintain R&D and Medicine legally as part of "New BIPI".
- Maintain the autonomy of BVL and BIVI.

D0543954

RLI-TX 14766
**Highly Confidential
Attorneys' Eyes Only**

RLI-AWP-00114118
ROX032-7001

## Tax Consequences

A preliminary assessment of the tax consequences of the restructuring, based on the expected income level in 2006, indicates that:

- state taxes would increase by approximately $1.0 million through the merger of BVL and RLI;
- state taxes would increase further by approximately $0.5 million if we merged BI Chemicals Inc into "New BIPI".

There is no impact on federal taxes as these are based on the consolidated income of all U.S. companies.

D0543955

RLI-TX 14767
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00114119
ROX032-7002

# Option (A)

## Chemicals Outside "New BIPI"

**"New BIPI" (including former BIC)**

- **R&D Division** — Drug discovery
- **Medical Division** — Medical development
- **Branded Prescription Medicines Division** — Sales & marketing - branded prescription products
- **Consumer Health Care Division** — Sales & marketing - CHC products
- **Manufacturing Division** — Manufacture and supply of branded, multi-source and CHC products; Columbus plant; Ridgefield plant

**BICI — Chemicals**
- Global chemicals manufacturing
- Export Distribution
- U.S. Chemicals business

**"New BVL" — Multi-Source Business**
- Bedford Line
- Contract Line
- Roxane Line
- Bedford Plant

**BIVI — Vetmedica**
- Global Vetmedica R&D and manufacturing
- Export Distribution
- U.S. Vetmedica business

9

D0543956

RLI-TX 14768
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00114120
ROX032-7003

# Option (B)

# Chemicals Within "New BIPI"

**"New BIPI" (including former BIC)**

- **R&D Division**
  - Drug discovery

- **Medical Division**
  - Medical development

- **Branded Prescription Medicines Division**
  - Sales & marketing - branded prescription products

- **Consumer Health Care Division**
  - Sales & marketing - CHC products

- **Manufacturing Division**
  - Manufacture and supply of branded, multi-source and CHC products
  - Columbus plant
  - Ridgefield plant

- **Chemicals Division**
  - Global chemicals manufacturing
  - Export Distribution
  - U.S. Chemicals business

**"New BVL"**
Multi-Source Business
- Bedford Line
- Contract Line
- Roxane Line
- Bedford Plant

**BIVI**
Vetmedica
- Global Vetmedica R&D and manufacturing
- Export Distribution
- U.S. Vetmedica business

D0543957

RLI-TX 14769
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00114121
ROX032-7004

# Recommendation

We recommend that the restructuring go forward through either Option (A) or (B). Both options meet our goal of creating greater managerial and business transparency:

- The new structures are simpler and involve fewer legal entities.
- Fewer legal entities reduce administrative burdens such as separate financial statements, board structures and meetings, etc.
- Cumbersome inter-company invoicing can be reduced and charges can be simply allocated.
- There is more flexibility with the U.S. transfer pricing system.
- There is greater opportunity to standardize financial systems and processes.

The only difference between the two options is whether or not the Chemicals business is included under the "New BIPI" umbrella. Inclusion would make the U.S. structure match the headquarters system (Human Pharmaceuticals and Animal Health). On the other hand, exclusion would not be a serious disadvantage.

11/22/2004 10:34:10 AM

11

D0543958

RLI-TX 14770
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00114122
ROX032-7005

## Management Implications

- There is no increase in management layers or complexity. No additional senior positions are required.

- BVL and BIVI (and BICI in Option A) would each be led by a President of the corresponding legal entity, reporting to the CEO of "New BIPI".

- The divisions under "New BIPI" would each be led by a Divisional President reporting to the CEO of "New BIPI". The exception would be the CHC Division, which would be led by a Vice-President and General Manager.

- The heads of R&D, Medicine, Finance, HR, IT, Legal, and Services would likely be designated Senior Vice-Presidents reporting to the CEO of "New BIPI".

- The Presidents of BVL and BIVI (and BICI in Option A), the Divisional Presidents and the Senior Vice-Presidents all operate at the same hierarchical level.

D0543959

RLI-TX 14771
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00114123
ROX032-7006



New Management Structure

Businesses
- Divisional President PM Branded
- Vice-President and GM CHC
- Divisional President Manufacturing
- (Divisional) President Chemicals
- President BVL
- President BIVI

President and CEO USA

Functions
- Senior Vice-President R&D
- Senior Vice-President Medicine
- Senior Vice-President Finance & Admin
- Senior Vice-President Human Resources
- Senior Vice-President Legal
- Senior Vice-President Information Technology
- Senior Vice-President Services

11/22/2004 10:34:10 AM

13

D0543960

RLI-TX 14772
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00114124
ROX032-7007

## Implementation

- Assuming that all necessary approvals are secured by September 30, 2002, we expect to begin detailed planning of the restructuring in the last quarter of this year.

- As there is a lot of detailed preparation involved, the earliest full implementation date is January 1, 2004.

- Intermediate steps can be taken throughout 2003 as practical.

D0543961

RLI-TX 14773
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00114125
ROX032-7008    L