# Exhibit 6

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

NO. GV3-03079

| | |
|---|---|
| THE STATE OF TEXAS | ) IN THE DISTRICT COURT |
| | ) |
| ex rel. | ) |
|   VEN-A-CARE OF THE | ) |
|   FLORIDA KEYS, INC., | ) |
|        Plaintiff(s), | ) |
| | ) |
| VS. | ) TRAVIS COUNTY, TEXAS |
| | ) |
| ROXANE LABORATORIES, INC., | ) |
| BOEHRINGER INGELHEIM | ) |
| PHARMACEUTICALS, INC., BEN | ) |
| VENUE LABORATORIES, INC. and ) |
| BOEHRINGER INGELHEIM | ) |
| CORPORATION, | ) |
|        Defendant(s). | ) 201ST JUDICIAL DISTRICT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF
HERMANN TETZNER
October 19, 2004

(CONFIDENTIAL - ATTORNEYS' EYES ONLY)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF HERMANN TETZNER,

produced as a witness at the instance of the

Plaintiff(s), and duly sworn, was taken in the

above-styled and numbered cause on the 19th of

October, 2004, from 8:29 a.m. to 4:01 p.m., before

CYNTHIA VOHLKEN, CSR in and for the State of Texas,

reported by machine shorthand, at The Ethan Allen Inn,

21 Lake Avenue Extension, Danbury, Connecticut,

pursuant to the Texas Rules of Civil Procedure and the

provisions attached hereto.

2b8511a5-2e76-11d9-9863-0040f48294eb

Page 10

1  Germany.  That is 55435 area code, Gau-Algesheim, in
2  Hippel 22.
3     Q.  Okay.  And Gau-Algesheim is in what area in
4  German, what land?
5     A.  That is Rheinland-Pfalz --
6     Q.  Okay.
7     A.  And close to Ingelheim.
8     Q.  And Ingelheim is located where --
9     A.  13 miles south of Mainz, which is, again,
10 some 10 miles south of -- 13 miles south of Frankfurt.
11    Q.  Near Dexheim?  Do you know the town of
12 Dexheim?
13    A.  Dexheim I've heard about, yeah.
14    Q.  Is that in the area, also?
15    A.  Yeah.
16    Q.  And how long have you lived in Gau-Algesheim?
17    A.  Gau-Algesheim I lived since 1993.  Before
18 that I lived in Brazil.  In Gau-Algesheim, again in
19 Brazil and in Gau-Algesheim.
20    Q.  So when -- give me the periods of time that
21 you resided in Brazil.
22    A.  First time in Brazil was 1986 to 1989.
23 Second time 1990 to 1993.
24    Q.  And when did you first move to Gau-Algesheim?
25    A.  That was in 1982.

Page 11

1     Q.  And where did you live before that?
2     A.  I studied in Darmstadt.
3     Q.  At the university?
4     A.  At the university, yeah, technische
5  hochschule.
6     Q.  And where did you go to gymnasium?
7     A.  In Brenan, northern Germany, town of Brenan.
8     Q.  Are you from Brenan?
9     A.  Yes.
10    Q.  Born there?
11    A.  That's where I was born, yeah.
12    Q.  Okay.  And when did you graduate from
13 university?
14    A.  October 1981.
15    Q.  And what did you major in?
16    A.  Wirtschaftsingenieurwesen.  That is business
17 administration and engineering.
18    Q.  Did you go right to work for the Ingelheim --
19    A.  Right.
20    Q.  -- company?
21    A.  (Nodded head affirmatively).
22    Q.  Had you worked for Ingelheim before?
23    A.  No.
24    Q.  Anybody in your family worked for the
25 company?

Page 12

1     A.  No.
2     Q.  How is -- how is it you went to work for
3  Boehringer Ingelheim?
4     A.  Don't understand the question what you mean
5  with "how."
6     Q.  Well, did they recruit you, did you apply?
7     A.  The contract always two parties, so --
8     Q.  Right.
9     A.  -- they had an announcement, I applied for,
10 they recruited me.
11    Q.  Okay.  And what job did you -- what job were
12 you recruited for when you first went to work for --
13    A.  I started as an analyst in capital
14 expenditure planning.  For around three years I stayed
15 in that department and then went on.
16    Q.  Okay.  Now, let's move up to your current
17 position.  June of '03 is the first time you worked in
18 the United States?
19    A.  I have to specify.  June '03 I came here and
20 on July '03 I took over.
21    Q.  Okay.  And you took over in what capacity?
22    A.  The chief financial officer of BIC and their
23 financial -- CFO and treasurer of BIPI.
24    Q.  Okay.  And the last job you had in -- in
25 Brazil that you held until 1993, what was that?

Page 13

1     A.  Also CFO.
2     Q.  Also a CFO.  Of what company?
3     A.  Boehringer Ingelheim de Angeli Quimica e
4  Farmaceutica, that was the official name at that.  We
5  changed that then later to Boehringer Ingelheim of
6  Brazil.
7     Q.  All right.  Now, the -- and then you went
8  back to -- to Ingelheim in Germany, correct, after
9  Brazil?
10    A.  Right.
11    Q.  And what did you do there until you came here
12 in 2003?
13    A.  I had from February '93 'til '95 the
14 department controlling subsidiaries and then took over
15 the division controlling in 1995.
16    Q.  And what is that division called?
17    A.  Division controlling.
18    Q.  Division controlling.  Okay.  And that only
19 covers subsidiaries?
20    A.  No.  That was what I had before, the
21 department subsidiaries.  That covered only the
22 subsidiaries.  The division controlling covers all
23 those departments, like controlling subsidiaries,
24 capital expenditure, planning and controlling
25 cooperation.

4  (Pages 10 to 13)

Page 30

1      Q.  Okay.  Now, earlier -- and the reason --
2  before I showed you this I was asking you whether one
3  of the reasons was to reduce potential legal liability
4  and I believe your answer is no, that was not one of
5  the reasons as far as you know?
6      A.  The liability issue was not the major driver
7  of this project.
8      Q.  My question was was it a reason at all.  Not
9  necessarily the main reason, but a reason.
10     A.  Yeah, it was a reason.
11     Q.  It was a reason.
12     A.  (Nodded head affirmatively).
13     Q.  Okay.  Now what legal liability were you --
14  do you believe will be limited or protected against
15  through this restructuring?
16     A.  I'm not the expert of the liabilities.
17     Q.  Then why do you believe it will -- it's a
18  factor?
19     A.  Because we also stated it as a factor.
20     Q.  All right.  Let's go to the fourth page or
21  rather the fifth page, which is BIC 1070 on the bottom
22  right-hand corner.  And the top slide says "Advantages
23  to New Legal entities."  Do you see that?
24     A.  Uh-huh.
25     Q.  And you presented this to the -- to somebody,

Page 31

1  correct?  You're not -- you can't remember who, but it
2  was somebody that needed to hear this information,
3  correct?
4      A.  (Nodded head affirmatively).
5      Q.  And if you'll look at the bottom of that
6  slide it says, under "Advantages to New Legal
7  entities," at the very end, "Allows for separation of
8  liability for Marketing and Sales of Multisource and
9  manufacturing of Multisource products."  Do you see
10  that?
11     A.  Uh-huh.
12     Q.  And you actually gave this presentation with
13  that information in it, didn't you?
14     A.  Uh-huh.
15     Q.  Okay.  So would you please tell us what
16  liability is being separated here?
17     A.  I don't think I have to tell you because this
18  only states that we want it to separate liabilities
19  from either a manufacturing process or a marketing and
20  sales process.  That for me was convincing enough to
21  understand that.
22     Q.  Okay.  Why do you think that is a good thing?
23     A.  Because I think always that if you can
24  allocate responsibilities, if you can make people
25  accountable for their function for their business,

Page 32

1  that is important.
2      Q.  Okay.  Well, if the board in Ingelheim,
3  Germany approves this plan, who's going to be
4  responsible, which entity, the marketing and sales
5  entity or the manufacturing side, who is going to be
6  responsible for making price representations to the
7  State of Texas Medicaid program?
8      A.  The marketing and sales side.
9      Q.  And do you think that's a function that they
10  should perform?
11     A.  Yes.
12     Q.  Do they perform it now?
13     A.  Yes.
14     Q.  Okay.  And in Germany, in Ingelheim, when the
15  governments asks about pricing information, is it the
16  marketing side that reports it or the manufacturing
17  side?
18     A.  I think we have a different situation in
19  Germany.
20     Q.  How so?
21     A.  What do you mean?
22     Q.  How is it different?
23     A.  Well, we don't have in Germany a price scheme
24  for that many prices as we have here in the U.S.  We
25  don't have the chargebacks, we don't have the Medicaid

Page 33

1  reimbursement the way it is here.  It's totally
2  different.
3      Q.  Is it your testimony, sir, that the German
4  government never asked Ingelheim about its prices?
5      A.  I didn't say that.
6      Q.  All right.  When the German government asked
7  Ingelheim about its prices in Germany, is it the
8  marketing side or the manufacturing side that reports
9  it?
10     A.  I can't answer that who does this report.  I
11  have never done that myself.  I have -- we know -- I
12  know we report and I would know whom to go to
13  probably.
14     Q.  You would know who?
15     A.  I would ask myself around until I find the
16  right person.
17     Q.  Who would you ask?
18     A.  I would start in the marketing and sales
19  department.
20     Q.  The marketing and sales department.  Why?
21     A.  Because they have the prices.  They are ones
22  who set prices.
23     Q.  Okay.  They are the ones who set prices.
24  What agency of the German government does your company
25  report pricing to in Germany?

9  (Pages 30 to 33)

FREDERICKS-CARROLL REPORTING

2b8511a5-2e76-11d9-9863-0040f48294eb

Page 58

1  employee of the Ingelheim -- Boehringer Ingelheim
2  group of companies?
3     A.  No.
4     Q.  You don't know?
5     A.  No.
6     Q.  He's not?
7     A.  No.
8     Q.  Is he retired?
9     A.  No.  He's the chairman of the board, but that
10 he's not a full-time member of the management
11 committee.
12    Q.  Okay.
13    A.  Of the operating management committee.
14    Q.  Does he have another job?
15    A.  No.  I don't know.
16    Q.  Do you know if he's ever had any other
17 positions with the group of companies anywhere in the
18 world besides being the chairman of the board of the
19 U.S. operations?
20    A.  Yes.  He's the former country manager of the
21 U.S.
22    Q.  Okay.  And that's what Mr. Carroll does now?
23    A.  Yes.
24    Q.  Okay.  How about anything else?
25    A.  His function?  He was the CFO before becoming

Page 59

1  the country manager in the U.S.
2     Q.  So he had your job?
3     A.  Yes.
4     Q.  Okay.  And when did he have your job?
5     A.  I don't remember.
6     Q.  Was it before Mister -- you replaced
7  Mr. Huels?  Who did you replace?
8     A.  I replaced Mr. Huels.
9     Q.  Huels.  H-e-u-l-s, correct?
10    A.  H-u-e-l-s.
11    Q.  H-u-e-l-s.  Okay.  And where did he go after
12 you replaced him?
13    A.  He retired.
14    Q.  And does he still live in the United States?
15    A.  Yes.
16    Q.  And do you know, was he -- is he from
17 Germany?
18    A.  He's -- he had a German passport for a long
19 time, yeah.
20    Q.  Okay.  And do you know where he worked before
21 he was the CFO -- before he had your current position?
22    A.  Yes.
23    Q.  Where?
24    A.  He was head of corporate department
25 controlling subsidiaries in Ingelheim.

Page 60

1     Q.  In Ingelheim, which was the job --
2     A.  After -- when he moved to the U.S., I moved
3  in from Brazil.
4     Q.  Okay.  So when you were in Brazil he was the
5  controller of subsidiaries in Ingelheim?
6     A.  Right.
7     Q.  And then he became the CFO --
8     A.  CFO of U.S.
9     Q.  -- of U.S. operations and you took his job in
10 Ingelheim.
11    A.  Right.
12    Q.  And then he retired and then you took his job
13 as CFO of U.S. operations.
14    A.  Coincidence.
15    Q.  Okay.  And prior to Mr. Huels who was the CFO
16 of U.S. operations?
17    A.  I think it was Mr. Gerstenberg.
18    Q.  Mr. Gerstenberg.  And do you know what
19 Mr. Gerstenberg did before he was the CFO of U.S.
20 operations?
21    A.  He was head of department za finanzen in
22 Ingelheim.
23    Q.  The head of what?
24    A.  Za finanzen.
25    Q.  Okay.

Page 61

1     A.  Corporate department finance, which was later
2  on the controlling subsidiaries.
3     Q.  Okay.  So that position was changed to the
4  controlling subsidiaries, which is the job that you
5  and Mr. Huels both had at one time?
6     A.  Within the restructuring in the '90s.
7     Q.  Okay.  And when did Mr. Huels became the CFO
8  of U.S. operations?
9     A.  When?
10    Q.  Yes, sir.
11    A.  February 1993.
12    Q.  '93.  So about the same time you went from
13 Brazil --
14    A.  Exact the same time.
15    Q.  -- back to Ingelheim.  Okay.  Now, going back
16 to this joint minutes or minutes of the joint meeting.
17 Is it common for Boehringer Ingelheim Corporation and
18 Boehringer Ingelheim Pharmaceuticals, Inc. to have
19 their board meetings at the same time?
20    A.  That was -- that happened.
21    Q.  But they're the same people, right?
22    A.  They're the same people.
23    Q.  Identical boards, correct?
24    A.  On -- on BIPI and BIC you mean?
25    Q.  Yes.

16  (Pages 58 to 61)

2b8511a5-2e76-11d9-9863-0040f48294eb

Page 142

1       MR. BREEN:  Steve, I just want to know
2   is it on the basis of attorney/client privilege?
3       MR. McCONNICO:  It's totally irrelevant.
4   It cannot lead to the admissibility of any evidence.
5       MR. BREEN:  So you're instructing him
6   not to answer on the basis of relevancy, not
7   attorney/client privilege?  That's all I want to know.
8       MR. McCONNICO:  Both.
9       MR. BREEN:  Both.  Okay.
10      MR. McCONNICO:  Could you, please,
11  explain to us -- you know, we have a right under our
12  objections for you to explain to me how this could
13  lead to any admissible evidence.
14      MR. BREEN:  I'm not going to explain to
15  you right now in front of the witness.
16      MR. McCONNICO:  That doesn't surprise
17  me.  Go ahead.
18   Q.  (BY MR. BREEN)  All right.  Can you go to the
19  next page, please?  About two-thirds of the way down
20  it says "Retained Earnings."
21   A.  Uh-huh.
22   Q.  Total interim dividends were 180 -- is that
23  180 million dollars?
24   A.  Yes.
25   Q.  Above budget.  And then it says, BIC made an

Page 143

1   unbudgeted 180 million dollar dividend payment to
2   Pharma-Investment Limited.
3    A.  Yes.
4    Q.  Why did BIC make an 180 million dollar
5   unbudgeted divided payment to Pharma-Investment
6   Limited?
7    A.  Very easy.  Simple explanation.  We wanted to
8   pay that already in '03.  In '02, excuse me.
9    Q.  Okay.  You wanted to pay it in '02?
10   A.  If it wasn't budgeted and then it became part
11  of the --
12   Q.  So you paid it in '03?
13   A.  (Nodded head affirmatively).
14   Q.  And that is -- is that sending profits
15  upstream to the --
16   A.  Yes.
17   Q.  -- to the parent company?
18   A.  Dividends.
19   Q.  Okay.  Dividends.  All right.  I'm going to
20  mark this one as 13.  And it's Bates labeled BIC JURIS
21  919 and 920.  Have you ever seen this before?
22   A.  Yes.
23   Q.  Is it part of the same --
24   A.  Yes.
25   Q.  -- comparison of actuals for 2003 versus

Page 144

1   budget?
2    A.  (Nodded head affirmatively).
3    Q.  Prepared under your supervision, correct?
4    A.  Yes.
5    Q.  Is this for Roxane Laboratories?
6    A.  Yes.
7    Q.  All right.  If you'll look at where it says
8   "Net Sales" on the top.  Total net sales were 109.7
9   million below budget.
10   A.  Yes.
11   Q.  And then it says, affiliate net sales are
12  120.7 million below budget due to a significant
13  shortfall in sales to BIPI.
14   A.  Yeah.
15   Q.  Does Roxane sell pharmaceuticals to BIPI?
16   A.  Yes.
17   Q.  What pharmaceuticals?
18   A.  It states there.  Mobic, for example.
19   Q.  Is Mobic a branded drug or a generic drug?
20   A.  Branded drug.
21   Q.  Okay.  But doesn't BIPI have its own
22  manufacturing facilities?
23   A.  BIPI is another reason for all legal entity
24  project.  Main manufacturing facility will be Roxane.
25   Q.  All right.  So the idea is that Roxane will

Page 145

1   manufacture the generic drugs that Roxane sells, as
2   well as the branded drugs that BIPI sells?
3    A.  Right.  But not all of them, as you say, BIPI
4   sells is not correct.
5    Q.  Okay.  All right.  If you go to the next page
6   towards the bottom it says "Loans From Affiliates."
7    A.  Yeah.
8    Q.  It says, loans from affiliates were 62.3
9   million above budget.  Do you see that?
10   A.  Yeah.
11   Q.  And the reason for the increase is the
12  interim dividend payment made in 2002.
13   A.  Yeah.
14   Q.  For the budget, the planned dividend was 75
15  million versus the actual payment of 320 million.  Do
16  you see that?
17   A.  Yeah.
18   Q.  Now, I believe you testified earlier that you
19  would -- wanted to make -- the 180 million dollar
20  dividend payment that you made in 2003, that you had
21  wanted to make it in 2002, correct?
22   A.  Right.
23   Q.  But you had already made a 320 million dollar
24  dividend payment in 2002, correct?
25   A.  We haven't had -- we didn't pay that through

2b8511a5-2e76-11d9-9863-0040f48294eb

Page 174

```
1   position, have you ever become aware that Roxane
2   reduced a WAC for any products?
3       A.  I have not been paying attention to that on
4   purpose because that is not for me of importance.  I
5   have a clear -- I clearly have the confidence that
6   those people do with their prices what is necessary
7   according to the market and the competitive situation
8   and all regulations which are in place.
9       Q.  What's regulations got to do with lowering
10  their WAC?
11      A.  Well, you know that there are certain
12  requirements for the reimbursements, which I don't
13  know in detail.
14      Q.  Do you -- you believe that there are
15  requirements for reimbursements that affect the WAC
16  prices Roxane --
17      A.  No.
18      Q.  -- sets for its products?
19      A.  The WAC price is not affected by it.  What
20  gets into our pockets is affected by that.
21      Q.  All right.  So my question is not what
22  regulations say, or anything else.  Do you know if
23  there's any procedures or protocols or guidelines in
24  place that in any way affects Roxane's lowering of its
25  WACs?
```

Page 175

```
1       A.  If they would have lowered their WACs, then
2   they would have done it for good reasons.
3           MR. BREEN:  Move to strike,
4   nonresponsive.
5       Q.  (BY MR. BREEN)  Are you aware of any
6   guidelines, protocols, procedures that in any way
7   affect Roxane's lowering of WAC prices?
8       A.  I personally, they have not gone over my
9   desk, no.
10          MR. McCONNICO:  Jim, whenever there's a
11  good spot to break, just do it.  There is some coffee.
12          MR. BREEN:  All right.  Let's drink.
13          MR. McCONNICO:  Is this okay?
14          MR. BREEN:  Sure.
15          THE VIDEOGRAPHER:  Stand by.  The time
16  is 1:54 p.m.  We are off the record.
17          (Recess from 1:54 to 2:01)
18          THE VIDEOGRAPHER:  Stand by.  The time
19  is 2:01 p.m.  We are back on the record.
20      Q.  (BY MR. BREEN)  Okay.  Moving right along.
21  I've marked what is Exhibit 19, 19.  It's BIC JURIS
22  1124 through 1127.  Have you ever seen this before?
23      A.  Yes.
24      Q.  What is it?
25      A.  It's a monthly report on our consolidated net
```

Page 176

```
1   cash position, BIC and affiliates.
2       Q.  Is this available cash in the bank,
3   basically?
4       A.  Not in the bank, but -- but -- yeah.
5       Q.  I mean, how do you hold the cash?  Is it held
6   in -- in T bills or --
7       A.  No.  We sweep it.
8       Q.  You sweep it.  What does sweep mean?
9       A.  That's in a corporate cash pool.  We have a
10  cash pool with our corporate.
11      Q.  Does that mean that the -- the funds from all
12  of your companies under --
13      A.  Right.
14      Q.  -- in the United States are kept in -- in
15  a -- bank accounts that you control?
16      A.  No.  That Ingelheim controls.
17      Q.  Pardon me?
18      A.  That Ingelheim controls in the sense we put
19  it into their accounts at night and whatever we need
20  we get back.
21      Q.  And when you say Ingelheim, who do you mean?
22      A.  Our corporate offices, who are administering
23  the cash pool, the corporate cash pool.
24      Q.  And which corporate offices are those?
25      A.  Corporate offices in Ingelheim.
```

Page 177

```
1       Q.  In Germany?
2       A.  Yeah.
3       Q.  Okay.  So all of the cash in the U.S.
4   operations goes into bank accounts that the corporate
5   offices in Ingelheim, Germany control?
6       A.  And we get access to what we need for
7   operating the business.
8       Q.  Okay.  And do you have the -- the authority
9   to draw out as much as you as the chief financial
10  officer believe the U.S. operations need on any given
11  day?
12      A.  No.
13      Q.  What are the limits?
14      A.  What we need.
15      Q.  Well, do you decide what you need or does
16  Ingelheim decide what you need?
17      A.  We decide what we need.
18      Q.  So if you decide you need to take whatever
19  you decide you need, you can draw that out of the bank
20  account?
21      A.  If I need it.
22      Q.  With no limits from the corporate
23  headquarters whatsoever on your discretion as to what
24  you need.
25      A.  If I need it.
```

45  (Pages 174 to 177)