# Exhibit 7

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

# BOEHRINGER INGELHEIM CORPORATION AND SUBSIDIARIES

## Meeting of the Board of Directors
## of
## Boehringer Ingelheim Corporation
## and
## Boehringer Ingelheim Pharmaceuticals, Inc.

### July 9, 1997

The enclosed financial statements and commentaries have been presented on the basis of German Generally Accepted Accounting Principles (FSII).

Section 2 contains summary comparative statements of income on both a consolidated and individual company basis for the Budget vs. Actual for five (5) months ended May 31, 1997 together with the full year 1996 Actual, 1997 Budget and 1997 First Preview with related commentary. Also included are schedules on capital expenditures and personnel data.

1

Confidential                                                                                                    BOEH02605823