# Exhibit 8

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

MINUTES
OF THE JOINT
MEETING OF THE BOARD OF DIRECTORS
BOEHRINGER INGELHEIM CORPORATION
AND
BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.

MAY 15, 2000

A meeting of the Board of Directors of BOEHRINGER INGELHEIM CORPORATION, a Nevada corporation, ("BIC") and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., a Delaware corporation ("BIPI"), upon due notice by letter sent to all directors, convened at the Brenner's Park Hotel in Baden-Baden, Germany on May 15, 2000 at 9:00 a.m.

Board members present were:
    Dr. Louis Fernandez, Chairman
    Dr. Heribert Johann
    Mr. Vaughn D. Bryson
    Mr. Werner Gerstenberg
    Dr. Jere E. Goyan
    Dr. Thomas Heil
    Mr. Timotheus R. Pohl

Board members absent:
    None

Secretary:
    Ms. Ursula B. Bartels

Present by invitation for the entire meeting was:
    Mr. Holger Huels

Dr. Fernandez presided as Chairman of the meeting. Ursula Bartels, the Secretary, took the Minutes. Dr. Fernandez called the meeting to order at approximately 9:00 a.m.

**Acceptance of Minutes**

The Minutes of the Board of Directors Meeting of October 1, 1999 were moved, seconded and approved unanimously as follows:

RESOLVED that, the Minutes of the Board of Directors meeting held on October 1, 1999 be, and they hereby are, approved in the form submitted to this Board.

BIC JURIS 0171
CONFIDENTIAL

BICJURIS0171

Minutes of the May 15, 2000 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 2

### 1999 Achievements and 2000 Goals (Mr. Gerstenberg)

Mr. Gerstenberg opened the meeting with a review of BIC and its subsidiaries 1999 achievements and overview of 2000 goals. Record breaking sales of $1.7 Billion (17% increase over 1998 actual) were reported for BIC. Operating Profit was $231.8 Million (108.1% increase over 1998 actual). Other highlights of 1999 performance included improvements in inventory management, and an improved safety record at every U.S. site versus 1998. Registrations included the filing of three NDAs, twelve ANDAs, and two INDs as well as twelve veterinary registrations. Improvements were also seen in discovery and development which bode well for the future.

Ambitious goals have been set for BIC in 2000 including $2 Billion in net sales, (an increase in 13.5% over 1999 actual), and operating income of $67 Million. Non-financial goals include a December 4, 2000 target "go-live" date for the SAP ERP System. Registrations of two NDAs (MICARDIS® HCTZ (telmisartan) and COMBIVENT® UDV(albuterol/ipratropium bromide), seventeen ANDAs, and eight INDs in addition to twelve USDA filings. Also, goals for the year include implementation of eight U.S. country business initiatives and continued success in retaining and hiring personnel.

The $2 Billion sales budget for 2000 includes $68 Million of Y2K adjustment, reflecting buy-ins that did not occur as expected in 1999. The operating income of $67 Million (excluding EXTAIN impact) is indicative of significant investments being made to fund our future competitiveness, including strategic investments for increased sales force, and additional expenditures on promotional and direct-to-consumer advertising for AGGRENOX™ (aspirin/dipyridamole) and MOBIC® (meloxicam).

First quarter results for 2000 were reviewed. Sales and operating profit for the first quarter were significantly below budget, caused by wholesaler buying patterns. The $32 Million short fall in operating income for the quarter is directly attributable to reduced sales compared with the budget, adjusted by $68 Million for the Y2K effect. The decrease in net sales in Q1 was attributable to the delayed launch in AGGRENOX™ and the impact of moving the planned price increase from March up to January. Inventory showed minimal improvement in the first quarter. SAP Project go-live date of December 4, 2000 is on track.

Sales for April and May are both ahead of budget. It is anticipated that, by September, the business will be back to meeting budgets on a monthly basis.

"Seismic shifts" are occurring in the pharmaceutical industry, including continued company consolidation and critical mass for R&D, the impact of new technology on drug discovery, and e-business. There was a discussion of the importance of e-commerce. Although it was noted that less than 1% of commercial transactions are currently done electronically, the

BIC JURIS 0172
CONFIDENTIAL

BICJURIS0172

Minutes of the May 15, 2000 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 3

view was expressed that this will rise from 14% to 15% in five years. Other companies, such as Quintiles, are making major investments in e-commerce.

### Review of BI GmbH Financials (Dr. Johann)

Dr. Johann reported financials for BIGmbH including net sales of 9.9 Billion DM, representing a 14% increase in sales over 1998. The budgeted sales increase for 2000 was 3%; however, this assumed a significant Y2K impact in 1999. This number will be adjusted upward in the first Preview. Dr. Johann then reviewed net sales by business. Pharmaceuticals was up 16% overall, including an 18% increase for Rx Hospital and a 2% downturn for the SM business, mainly in the U.S. and Brazil. The Chemicals business was down from 362 Million DM to 326 Million DM, as the business begins to focus more on captive business. Animal Health increased from 461 Million DM to 488 Million DM, an increase of 6% versus a 3% average industry growth rate. Net sales, operating income and income before taxes were reported by region. It was noted that 1999 was an unusual year from a tax perspective in Germany, with a one time significant refund of taxes being received. This in part explained the record breaking after-tax income of 560 Million DM – the best annual result in the history of the corporation. R&D expenditures were 1.6 Billion DM in 1999 and were budgeted for an 12% increase to 1.8 Billion DM in 2000. The business overall was 14% above budget in Q1 2000.

There was a discussion about whether BI has the requisite "critical mass." No merger is planned. The near term pipeline is good, but we expect to address in-licensing alliances with smaller companies to augment the early phase pipeline. Responsibilities for in-licensing have been reviewed and revised.

### Structure 2000 (Dr. Johann)

Dr. Johann reported on the Structure 2000 Project which moves the company from a divisional structure to a more functionally oriented structure. There will be seven board divisions, six relating to pharmaceuticals and one to animal health as a separate business.

 Chairman (Prof. Dr. Krebs)
 Pharma Marketing and Sales (Dr. Banchi)
 RD&C (Dr. Barner)
 TPM (Dr. Leuchs)
 HR (Dr. Muff as of 1/1/2001)
 Finance (Dr. Muff as of 7/1/2000)
 Animal Health (Dr. Leuchs)

The main goals of the project were to review the general appropriateness of the current structures with respect to strategic responsibilities including a concentration on the structure of Marketing and Sales and TPM and regional synergies. In addition, the project focused on reviewing and consolidating committee structures below the Board level and consolidation of controlling responsibilities. The process of strategic planning will be simplified. Country

Minutes of the May 15, 2000 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 4

reporting lines should correspond to the new HQ structure. That process is underway, to be implemented between October and year end 2000. Dr. Johann reviewed in detailed the revised organizational structure in Marketing and Sales, TPM, and Corporate Division Controlling.

**BREAK**

At 10:45 a.m., the Chairman called for a 10 minute break.

The meeting resumed at 10:55 a.m.

### BIC and Subsidiaries Consolidated Financial Overview of 1999 and Preview 2000
(Mr. Huels) (Thousands of US $)

Mr. Huels reviewed the BIC Consolidated Financial Overview of 1999 results and first quarter 2000 for BIC and its subsidiaries. Total U.S. sales were $1,772 versus a budget of $1,761. The revised budget for 2000 without Y2K is $1,944. Of these totals, Human Pharmaceuticals actuals for 1999 were $1,595 versus $1,584. The revised budget for total Human Pharmaceuticals in 2000 is $1.754 Billion net sales (without Y2K).

Sales were down in the Self Medication business in 1999 at $87.4 Million versus a budget of $167 Million. Vetmedica 1999 actuals were $131.3 Million versus budget of $138.4 Million. The Chemicals Business exceeded budget at $45.8 Million versus budget of $38.4 Million. Total Contribution III for 1999 for the consolidated U.S. business was above budget at $504 Million versus 1999 budget of $484 Million. Likewise, operating profit for the total U.S. consolidated business was $238.4 Million versus a budget target of $208.6 Million. The revised operating profit budget for 2000 is $42 Million without Y2K adjustment, and $66.9 Million with Y2K adjustment and EXTAIN, reflecting significant investment expected during the year.

Headcount actual for 1999 was 4,785 versus Budget of 4922. Budget for 2000 is 5,655, including 50 Medical, 70 R&D and 50 IT. The remainder of the increase is sales force.

Consolidated 2000 sales budget, including Y2K increases, is $2,012,042. This included $40M in EXTAIN and Oxycodone IR sales which will not occur as additional clinical studies are underway to finalize registration in the US. In addition, AGGRENOX™ has had a slower than expected uptake. Given these factors, current sales target is $1,971,836. Due to anticipated increased in transfer prices, Consolidated Contribution III is $353,051 versus Preview of $345,184. This may be improved by corporate payments for R&D services.

Mr. Huels reviewed results of a Benchmarking Study based comparing the cost of the financial function. . Certain adjustments were made to the Hackett year-end benchmarking data to provide for an "apples to apples" comparison. The development of the cost of U.S. Finance function was $15.6M in 1997 to $20.4M in 1999. Financial cost as % of revenue decreased from 1.24% in 1997 to 1.15% in 1999. This compares to an average company figure of 1.15%

\\RJDGRP01\CORPS\LEGAL\MARTINEZ\Board Meetings\BicBipi5-00MIN.DOC

BIC JURIS 0174
CONFIDENTIAL

BICJURIS0174

Minutes of the May 15, 2000 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 5

Finance staff per $ Billion of revenue decreased significantly 1997-1999, from 103 to 76 (not counting 8 SAP dedicated employees). This compares favorably with 122 average FTE per billion of revenue shown in the benchmark data.

### Overview of 1999 Performance by Legal Entity (Mr. Gerstenberg)

### BIPI

BIPI 1999 actual performance exhibited two extremes: Rx Hospital exceeded its goals while SM fell short of sales and profit targets. Overall, BIPI was 96% of sales goals and exceeded both Contribution III and operating income goals in 1999. Net sales for BIPI were previewed at budget for 2000. This included overcoming a $15 Million short fall in the SM business. Q1 2000 sales were 60% of budget resulting from the delayed launch of AGGRENOX™ (aspirin/dipyridamole), a January price increase, and a $68 Million Y2K effect being added to the 2000 budget. April sales in BIPI Rx Hospital business exceeded budget by 68%. Year-to-date, BIPI is 80% of budget versus 60% of budget at the end of March. We are confident that sales budget totals will be reached in 2000. FLOMAX® (tamsolusin)., COMBIVENT® (albuterol/ipratropium bromide), and CATAPRES®-TTS (clonidine hydrochloride) show continuing strong performances while MICARDIS® (telmisartan), AGGRENOX™ and Self Medication represent downside risks to the budget. The early launch of MOBIC® (meloxicam) resulted in increased sales but also increased costs since 230 sales representatives were hired earlier than budgeted. MOBIC®'s profile is efficacy comparable to piroxicam and diclofenac, with GI tolerability comparable to placebo and value priced. With this profile, we believe there are excellent opportunities in the NSAID. Six out of ten patients who fail on the market leaders CELEBREX and VIOXX are switched to another drug. Market penetration peeks between 90 and 180 days and our best hope for positive results in MOBIC® will result from work during this period.

AGGRENOX™ competition includes aspirin, PLAVIX, TICLID, and generic ticlopidine. BMS has increased promotional support of PLAVIX to support its superior side effect profile and has increased its marketshare. For each marketshare point that we can take away from aspirin, we will increase our sales of AGGRENOX™ by $25 Million. We are positioning AGGRENOX™ as the standard of care in patients with a previous stroke or TIA. 1999 marketing strategies for AGGRENOX™ include targeting neurologists, primary care physicians and cardiologists and utilizing AGGRENOX™ and pharmacal economic data to sell to managed care and formularies. While significant, launch detailing of 53.7K is still below PLAVIX AT 80K per month details. We are also below PLAVIX and average therapy days sampled per month and dollars per month in journal ad spending. Despite these comparisons, our objectives are to grow sales consistently into the future. To do this, many strategies were outlined.

Key issues for MICARDIS® include increasing brand awareness, trial and usage among physician audience, and increasing acceptance and utilization in managed care. New

\\RIDGRP01\CORPS\LEGAL\MARTINEZ\Board Meetings\BicBipi5-00MIN.DOC

BIC JURIS 0175
CONFIDENTIAL

BICJURIS0175

Minutes of the May 15, 2000 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 6

prescriptions for MICARDIS® continue to increase; however, budgeted goals for this product have not and will not meet budgeted sales.

### Self Medication Business

A. C. Nielsen data show continued dollar volume share declines for all segments in which we compete except multi-vitamins and prostate health. Our dollar volume is falling at a more precipitous rate than the overall market and is declining in all sections. The budget target of $90 Million will not be reached and achieving an actual result of $75 Million has become a challenging goal. To address this situation, we are seeking new product opportunities including acquisition or development of new product lines, new distribution channels, new collaborative sales opportunities ("Gold's Gym").

### BIPI Summary

BIPI year-end sales targets will be met overall; however, MICARDIS®, AGGRENOX™ and the SM business will not meet 2000 goals. Overall profit goals will not be met due to increased costs caused by early launch of MOBIC® and a January price increase which was anticipated by the wholesalers in December 1999.

The Board discussed the need to re-evaluate the SM business in the U.S. It was noted that three new competitors have come into the market with significant amounts of promotional money. This occurred at a time when the market for dietary supplements flattened severely due to the fact that customers are not favoring herbals. In addition, our SM business is plagued by the fact that we have high prices because of our CGS. The competition has dropped its prices and we have not, as yet; therefore, our marketshare has dropped faster than the general market. We are talking to Dr. Frey about getting new products. The fight for shelf space is very competitive and we cannot afford significant amounts of TV advertising.

### LUNCH BREAK

At 12:45 p.m. the Chairman announced a break for lunch.

The meeting resumed at 1:50 p.m.

### Roxane Laboratories, Inc.

Roxane Laboratories exceeded 1999 net sales Contribution III and operating income as compared to 1999 budget targets. Positive upsides at Roxane included nevirapine at $105 Million in net sales, and MARINOL® and azathioprine, both of which were up by nearly 60% over budget at $12.5 Million and $16.8 Million, respectively. Significant legal costs from the EXTAIN lawsuit filed by Purdue Frederick and the delayed EXTAIN approval negatively impacted the bottom line. Inventory turnover rate was below budget due to the performance of

\\RJDGRP01\CORPS\LEGAL\MARTINEZ\Board Meetings\BicBipi5-00MIN.DOC

**BIC JURIS 0176**
**CONFIDENTIAL**

BICJURIS0176

Minutes of the May 15, 2000 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 7

the SM business in 1999 and the Y2K factor. Previewed net sales and first quarter net sales for Roxane significantly exceed budget caused by earlier than anticipated MOBIC® sales to BIPI which account for an additional $97 Million previewed by Roxane Laboratories. Eliminating this number, Roxane shows a $43 Million deficit, $40 Million of which results from delayed approval of EXTAIN. In addition to reduced revenues, getting approvals for EXTAIN will entail additional clinical trial costs of up to $4 Million which will reverse the favorable trend seen during the first quarter. In addition, unless reduced, the increased transfer prices for ipratropium from Ingelheim will result in additional loss in Contribution III and operating income which is previewed at $24 Million versus a budget of $52 Million. Roxane multi-source business is anticipating a successful year which should offset some of the EXTAIN impact. Multi-source sales for the first quarter exceed budget by 36% and it is anticipated that multi-source products will exceed budget by $4 Million on a consolidated basis. The development pipeline is showing improvement. The first ANDA submitted by Roxane in three years was submitted in March. Roxane is targeting 8 to 10 ANDA filings this year. Costs per unit will be reduced by approximately 5% over budgeted amounts due to below budgeted TPM costs with an increasing number of units produced at the Columbus plant.

### Ben Venue Laboratories, Inc.

Net sales for Ben Venue Laboratories exceeded budget by 14% including both the contract division and the multi-source division. Contribution III and operating income also exceeded budget due to increased sales and excellent cost of goods sold as a percentage of total net sales. Overall, Ben Venue continues to perform very well. Highlights include a 21% improvement in inventory turnover compared to 1998; 14 new product approvals and the approval of the capital expansion project. Patent litigation expenditures in connection with TAXOL continue to be a significant cost. Ben Venue preview and first quarter results are on budget as are previews for Contribution III and operating income. A Q1 variance of $600,000 in operating income was attributable to timing differences between monthly budgeted and actual expenditures. Contract manufacturing is $1 Million over budget through Q1 2000 and is expected to be on budget at year end. Four product approvals have been reeceived already this year with 14 additional approvals planned. Seven of 15 planned new product launches in 2000 will be the first generic available in the U.S. which entails favorable exclusivity for 180 days. Capacity constraints continue to be an issue, but the approval of the expansion project is expected to help grow the business in the future. Costs for strategic patent litigation, intended to open up new markets for business in competition with TAXOL, AREDIA and CISPLATIN, have been in excess of $5 Million year-to-date.

### Boehringer Ingelheim Vetmedica, Inc.

Swine and cattle markets have been slowly recovering from low levels in 1998. Net sales for Vetmedica were 5% below budget in 1999. Contribution III and operating profit were $5 Million and $2 Million short of 1999 targets, respectively. Excellent cost controls by management at Vetmedica offset the short fall in sales. The operating profit figure was not met

BIC JURIS 0177
CONFIDENTIAL

BICJURIS0177

Minutes of the May 15, 2000 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 8

primarily due to the Vetmedica early retirement program which will reduce overall costs beginning this year and patent litigation costs attributable to protection of the PRRS patent. Net sales are expected to increase 11% due to recovering swine and cattle markets, increased exports to affiliates, and growing companion animal sales. Companion animal and equine sales will be higher than 1999, but will fall short of budgeted $1.4 Million due to lower than budgeted sales for VENTIPULMIN® (clenbuterol) and equine biologicals. Contribution III will meet budget and operating income is expected to exceed budget for 2000. In summary, all market segments are expected to increase in sales over 1999 actuals. The early retirement program which negatively impacted profits in 1999 has now been completed and plans for registration and licensing are increasing. The companion animal segment of the veterinary market is the only segment which is growing. A "pet strategy" is being developed in conjunction with the Board of Managing Directors; however, although sales in this segment are growing, we will not meet our budgeted sales in 2000. A collaboration should be considered seriously to increase sales in this market. This will be part of the "pet strategy".

### Boehringer Ingelheim Chemicals, Inc.

The chemicals business in the U.S. exceeded net sales, Contribution III and operating income targets. Demand for nevirapine increased by six tons over 1998. Highlights for 1999 included the completion of the potent compound facility. Bay 34 expansion plans have been approved and we will, therefore, be able to meet our future products demands for nevirapine. Net sales for 2000 are expected to decrease slightly over 1999 actuals due to divestitures of theophylline and caffeine product lines as well as the current lack of capacity. However, Contribution III and operating income will increase slightly over 1999 actuals and are expected to meet budget. These targets will be slack until additional manufacturing capabilities in Petersburg are operational. Nevirapine requirements in 2000 may be influenced by the impact of VIRAMUNE® adverse events and publicity. First quarter actual sales were below budget due to reduced sales in Rx hospital. This trend will reverse as indicated by April BIPI sales figures. Contribution III and operating income will not meet goals this year due to increase costs associated with the early launch of MOBIC®. 1999 actual headcount is 152 positions below 1999 budget. Headcount costs for 2000 have been reduced by 128 positions.

### Approval of 1999 Year –End Closing Statements, including the Profit & Loss Statements and Balance Sheets for BIC and each of its Subsidiaries

Mr. Gerstenberg made a motion to approve the 1999 year-end closing statements for Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc. and to recommend for approval the 1999 year end closing statements for Boehringer Ingelheim Corporation's wholly-owned subsidiaries, namely, Boehringer Ingelheim Vetmedica, Inc., Boehringer Ingelheim Chemicals, Inc., BI Services Center, Inc., Ben Venue Laboratories, Inc. and Roxane Laboratories, Inc. all as presented to the Board. The motion was seconded and

BIC JURIS 0178
CONFIDENTIAL

BICJURIS0178

Minutes of the May 15, 2000 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 9

approved and by the unanimous affirmative vote of all directors present, the following resolutions were adopted:

>   RESOLVED that, the year-end closing statements, including the Profit and Loss Statement and Balance Sheet as at December 31, 1999 for Boehringer Ingelheim Corporation, as presented to this Board of Directors, be, and they hereby are, approved.

>   RESOLVED that, the year end closing statements, including the Profit and Loss Statement and Balance Sheet as at December 31, 1999 for Boehringer Ingelheim Pharmaceuticals, Inc., as presented to this Board of Directors, be, and they hereby are, approved.

>   RESOLVED that, the year end closing statements, including the Profit and Loss Statement and Balance Sheet as at December 31, 1999 for each of Boehringer Ingelheim Corporation's wholly-owned subsidiaries, namely, Boehringer Ingelheim Vetmedica, Inc., Boehringer Ingelheim Chemicals, Inc., BI Services Center, Inc., Ben Venue Laboratories, Inc. and Roxane Laboratories, Inc., as presented to this Board of Directors, be, and they hereby are, recommended for approval.

**REDACTED**

### Reorganization of Ethical Pharmaceutical and Generics Business

Following a review of the product portfolios and projected net sales in the areas of selected generics, addiction therapy, pain/palliative care and HIV/AIDS, it has been determined that RLI can no longer be supported by a branded or partially branded business. In addition, the pain/palliative care business faces very severe competition. EXTAIN has been delayed. Based on these factors, U.S. management, following discussion with the Board, have approved a restructuring that will integrate the following points:

- Branded products VIRAMUNE® Cafcit, Promycin and MARINOL® will be moved into BIPI's marketing and sales departments.

- Roxane will concentrate strictly on multi-source business. Alternatives will be considered regarding selling the pain/palliative care business or selling EXTAIN only

Minutes of the May 15, 2000 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 10

and transferring remaining pain/palliative care products to generics business. Implementation is deferred pending further developments in the lawsuit regarding MARINOL®.

### U.S. Country Business Statement and Eight Sub Plans

Mr. Gerstenberg reviewed the current U.S. country business statement to leverage opportunities in the U.S. to maximize shareholder and customer value. Eight separate sub-strategies were reviewed across U.S. legal entities. They are: Portfolio Planning, the Human Assets Business Plan, R&D Business Collaborations, Business Processes and Structures, Customer Focus, the TPM Business, the IT Business, and E-Business. Progress on each plan was reviewed briefly. There was some discussion regarding the E-Business Plan. Mr. Huels pointed out that the future, especially B to B business on the Internet, cannot be ignored and that we need to get into this area quickly in order not to be left behind.

### Retirement Plans 1999 Report

At year end, assets under management in the Retirement Savings Plan and Pension Plan combined totaled nearly $600 Million. Sub-plans have been established for management of the money. Employees can choose from seven different funds, spanning different risk return allocations ranging from aggressive to very conservative. Recently, the Company dismissed certain funds managers for poor performance. It was noted that the better we perform at fund management, the less the Company will need to contribute to the pension plans.

### Election of Officers for BIC and BIPI

Mr. Gerstenberg made a motion to elect the Chairman of the Board and appoint the officers of the Boehringer Ingelheim Corporation for the ensuing year. The motion was seconded, and by the unanimous vote of all directors present, the following resolutions were adopted:

RESOLVED that, effective May 16, 2000, Mr. Vaughn D. Bryson be, and he hereby is, elected the Chairman of the Board of Directors of Boehringer Ingelheim Corporation, to serve as such during the pleasure of this Board of Directors.

RESOLVED that, the following named persons be, and they hereby are, appointed officers of Boehringer Ingelheim Corporation, each to serve as such during the pleasure of this Board of Directors in the capacity or capacities set forth opposite his name:

| | |
|---|---|
| President and Chief Executive Officer | Mr. Werner Gerstenberg |
| Senior Vice President - Technical Operations | Mr. Gerry Perez |

\\RIDGRP01\CORPS\LEGAL\MARTINEZ\Board Meetings\BicBipi5-00MIN.DOC

BIC JURIS 0180
CONFIDENTIAL

BICJURIS0180

Minutes of the May 15, 2000 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 11

| | |
|---|---|
| Vice President, General Counsel and Secretary | Ursula B. Bartels, Esq. |
| Vice President (Head of Marketing and Sales - Ethical Pharmaceuticals) | Mr. Sheldon Berkle |
| Vice President - Medical Affairs | Manfred Haehl, M.D. |
| Vice President - Finance, Treasurer and Chief Financial Officer | Mr. Holger Huels |
| Vice President - Human Resources | Mr. David W. Nurnberger |
| Vice President - Controlling | Mr. Juergen Wagner |
| Assistant Secretary | Bruce J. Banks, Esq. |

Mr. Gerstenberg made a motion to elect the Chairman of the Board and appoint the officers of the Boehringer Ingelheim Pharmaceuticals, Inc. for the ensuing year. The motion was seconded, and by the unanimous vote of all directors present, the following resolutions were adopted:

RESOLVED that, effective May 16, 2000, Mr. Vaughn D. Bryson be, and he hereby is, elected the Chairman of the Board of Directors of Boehringer Ingelheim Pharmaceuticals, Inc., to serve as such during the pleasure of this Board of Directors.

RESOLVED that, the following named persons be, and they hereby are, appointed officers of Boehringer Ingelheim Pharmaceuticals, Inc., each to serve as such during the pleasure of this Board of Directors in the capacity or capacities set forth opposite his name:

| | |
|---|---|
| President and Chief Operating Officer | Mr. Werner Gerstenberg |
| Executive Vice President (Head of Marketing and Sales -Ethical Pharmaceuticals) | Mr. Sheldon Berkle |
| Senior Vice President - Medical and Drug Regulatory Affairs | Manfred Haehl, M.D. |
| Senior Vice President - Finance and Treasurer | Mr. Holger Huels |

BIC JURIS 0181
CONFIDENTIAL

BICJURIS0181

Minutes of the May 15, 2000 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 12

| | |
|---|---|
| Senior Vice President - Research and Development | Prof. Dr. Peter Mueller |
| Senior Vice President - Human Resources | Mr. David W. Nurnberger |
| Senior Vice President – Business Unit RX/Hospital Strategy | Kirk V. Shepard, M.D. |
| Senior Vice President and General Manager of the Boehringer Ingelheim Clinical Research Institute | J. Douglas Wilson, M.D. |
| Vice President - Chief Information Officer | Ms. Denise Allec |
| Vice President - Operations | Mr. Peter Dickinson |
| Vice President - Research | Peter Farina, Ph.D. |
| Vice President - Drug Regulatory Affairs | Martin M. Kaplan, M.D., J.D. |
| Vice President - Development | Dr. Joseph S. Turi |
| Secretary | Ursula B. Bartels, Esq. |
| Assistant Secretary | Bruce J. Banks, Esq. |
| Assistant Secretary | Alan C. Davis, Esq. |
| Assistant Secretary | Frank A. Pomer, Esq. |
| Assistant Secretary | Robert P. Raymond, Ph.D., J.D. |

Mr. Gerstenberg handed out the 1999 report of the Boehringer Ingelheim Corporation and its affiliate retirement plans which had been prepared for the Board of Directors meeting. A brief discussion ensued regarding oversight responsibilities in connection with the retirement plans.

Mr. Gerstenberg concluded the meeting by expressing gratitude to Dr. Thomas Heil and Dr. Heribert Johann for their service as members of the Board. This meeting concludes that service. Mr. Gerstenberg noted that both Dr. Heil and Dr. Johann had created an open environment for dealing with challenges and had provided much assistance and guidance to BIC and BIPI over the years of their service.

BIC JURIS 0182
CONFIDENTIAL

BICJURIS0182

Minutes of the May 15, 2000 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 13

 

    The Chairman called for further business, and there being none, Chairman Fernandez congratulated the Board on finishing its work early and the meeting was adjourned at approximately 3:45 p.m.

*[signature]*
Ursula B. Bartels, Secretary

BOARD MEMBERS:

*[signature]*
Louis Fernandez, Chairman

_____
Heribert Johann, Director

_____
Vaughn D. Bryson, Director

_____
Werner Gerstenberg, Director

_____
Jere E. Goyan, Director

_____
Thomas Heil, Director

_____
Timotheus R. Pohl, Director

\\RJDGRP01\CORPS\LEGAL\MARTINEZ\Board Meetings\BicBipi5-00MIN.DOC

BIC JURIS 0183
CONFIDENTIAL

BICJURIS0183

Minutes of the May 15, 2000 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 12

| | |
|---|---|
| Assistant Secretary | Alan C. Davis, Esq. |
| Assistant Secretary | Frank A. Pomer, Esq. |
| Assistant Secretary | Robert P. Raymond, Ph.D., J.D. |

Mr. Gerstenberg handed out the 1999 report of the Boehringer Ingelheim Corporation and its affiliate retirement plans which had been prepared for the Board of Directors meeting. A brief discussion ensued regarding oversight responsibilities in connection with the retirement plans.

Mr. Gerstenberg concluded the meeting by expressing gratitude to Dr. Thomas Heil and Dr. Heribert Johann for their service as members of the Board. This meeting concludes that service. Mr. Gerstenberg noted that both Dr. Heil and Dr. Johann had created an open environment for dealing with challenges and had provided much assistance and guidance to BIC and BIPI over the years of their service.

The Chairman called for further business, and there being none, Chairman Fernandez congratulated the Board on finishing its work early and the meeting was adjourned at approximately 3:45 p.m.

_____
Ursula B. Bartels, Secretary

BOARD MEMBERS:

_____
Louis Fernandez, Chairman

_____
Heribert Johann, Director

*[handwritten note: Because this was transmitted by e-mail w/ word doc attached as the minutes, printing by recipient sometimes changes pg. set up]*

_____
Vaughn D. Bryson, Director

_____
Werner Gerstenberg, Director

BIC JURIS 0184
CONFIDENTIAL

BICJURIS0184

Minutes of the May 15, 2000 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 13

The Chairman called for further business, and there being none, Chairman Fernandez congratulated the Board on finishing its work early and the meeting was adjourned at approximately 3:45 p.m.

Ursula B. Bartels, Secretary

BOARD MEMBERS:

Louis Fernandez, Chairman

Heribert Johann, Director

Vaughn D. Bryson, Director

Werner Gerstenberg, Director

Jere E. Goyan, Director

Thomas Heil, Director

Timotheus R. Pohl, Director

C:\TEMP\BK\BIPIS-COMIN.DOC

Minutes of the May 15, 2000 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 13

    The Chairman called for further business, and there being none, Chairman Fernandez congratulated the Board on finishing its work early and the meeting was adjourned at approximately 3:45 p.m.

*/s/ Ursula B. Bartels*
Ursula B. Bartels, Secretary

BOARD MEMBERS:

_____
Louis Fernandez, Chairman


_____
Heribert Johann, Director

*/s/ Vaughn D. Bryson*
Vaughn D. Bryson, Director


_____
Werner Gerstenberg, Director


_____
Jere E. Goyan, Director


_____
Thomas Heil, Director


_____
Timotheus R. Pohl, Director

BIC JURIS 0186
CONFIDENTIAL

BICJURIS0186

Minutes of the May 15, 2000 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 13

    The Chairman called for further business, and there being none, Chairman Fernandez congratulated the Board on finishing its work early and the meeting was adjourned at approximately 3:45 p.m.

*[signature]*
Ursula B. Bartels, Secretary

BOARD MEMBERS:

_____
Louis Fernandez, Chairman


_____
Heribert Johann, Director


_____
Vaughn D. Bryson, Director

*[signature]*
Werner Gerstenberg, Director


_____
Jere E. Goyan, Director


_____
Thomas Heil, Director


_____
Timotheus R. Pohl, Director


\\RIDGRP01\CORPS\LEGAL\MARTINEZ\Board Meetings\BicBipi5-00MIN.DOC

BIC JURIS 0187
CONFIDENTIAL

BICJURIS0187

Minutes of the May 15, 2000 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 13

    The Chairman called for further business, and there being none, Chairman Fernandez congratulated the Board on finishing its work early and the meeting was adjourned at approximately 3:45 p.m.

_____
Ursula B. Bartels, Secretary

BOARD MEMBERS:

_____
Louis Fernandez, Chairman

_____
Heribert Johann, Director

_____
Vaughn D. Bryson, Director

_____
Werner Gerstenberg, Director

_____*[signature]*_____
Jere E. Goyan, Director

_____
Thomas Heil, Director

_____*[signature]*_____
Timotheus R. Pohl, Director

BIC JURIS 0188
CONFIDENTIAL

BICJURIS0188

Minutes of the May 15, 2000 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 13

_____
Jere E. Goyan, Director

_____*signature*_____
Thomas Heil, Director

_____
Timotheus R. Pohl, Director

*Because this was transmitted by e-mail w/ word doc attached as the minutes, printing by recipient sometimes changes pg. set up*

BIC JURIS 0189
CONFIDENTIAL

BICJURIS0189