# Exhibit 9

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

MINUTES
OF THE JOINT
MEETING OF THE BOARD OF DIRECTORS
BOEHRINGER INGELHEIM CORPORATION
AND
BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.

OCTOBER 1, 1999

A meeting of the Board of Directors of BOEHRINGER INGELHEIM CORPORATION, a Nevada corporation, ("BIC") and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., a Delaware corporation ("BIPI"), upon due notice by letter sent to all directors, convened at the offices of the Corporation in Ridgefield, Connecticut on October 1, 1999 at 8:30 a.m.

Board members present were:
    Dr. Louis Fernandez, Chairman
    Dr. Heribert Johann
    Mr. Vaughn D. Bryson
    Mr. Werner Gerstenberg
    Dr. Jere E. Goyan
    Mr. Timotheus R. Pohl (morning session only)

Board members absent:
    Dr. Thomas Heil

Secretary: Ursula B. Bartels, Esq.

Present by invitation were:
    Mr. Holger Huels (entire meeting)
    Mr. Walter Poerschmann (morning session only)

Present by invitation for portions of the meeting were:
    Mr. Sheldon Berkle
    Mr. Robert Carraher
    Dr. Anthony J. Corso
    Dr. Manfred Haehl
    Mr. Fintan M. Molloy
    Prof. Dr. Peter Mueller
    Mr. David W. Nurnberger
    Mr. Thomas R. Russillo

Dr. Fernandez presided as Chairman of the meeting. Ursula Bartels, the Secretary, took the Minutes.

Dr. Fernandez called the meeting to order at 8:30 a.m. All directors were present with the exception of Mr. Thomas Heil. Mr. Gerstenberg expressed the sentiments of the Board for a

BIC JURIS 0190
CONFIDENTIAL
BICJURIS0190

Minutes of the October 1, 1999 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 2

speedy recovery and return of Dr. Heil. It being determined that a quorum of the Board was present, the meeting was declared open.

The Minutes of the Board of Directors Meeting of April 28, 1999 were moved, seconded and approved unanimously as follows:

> RESOLVED that, the Minutes of the Board of Directors meeting held on April 28, 1999 be, and they hereby are, approved in the form submitted to this Board.

Dr. Johann opened the meeting with a discussion of the recent structural changes in the responsibilities of the members of the Corporate Board and the related personnel changes. Dr. Johann reviewed profound changes that had occurred in the worldwide business since the last structural change. These included exiting the lab diagnostics, bakery, and dermatology businesses and the restructuring of the chemical operations to focus on captive supply. These changes resulted in a main focus on the pharmaceuticals business. Given these changes, it was decided that the Corporate Board would follow functional alignment in the following areas: RD&C, Production and Technology (including BI Chemicals and, on an interim basis, the animal health business), Marketing and Sales, Finance, Personnel. One indirect result from the reorganization was the resignation of Dr. Rohleder. Dr. Johann commented upon Dr. Rohleder's seventeen-year successful career of service at Boehringer Ingelheim and acknowledged his resignation as an unfortunate, but unavoidable, result of the reorganization.

The Structure 2000 Project Core-Team, including 5 sub-teams, will further define the interfaces between the functions. The Core-Team will present its final proposal to the Corporate Board in January 2000, with an anticipated presentation to the shareholders in February. If the project proceeds on schedule, results may be announced in late February at the worldwide management conference in Baden-Baden, Germany.

Following Dr. Johann's report, there was a brief discussion about the need for clear-cut responsibilities and the potential danger inherent in structural complexity. The point was made that a streamlined decision-making process is important, as speed in decision-making is essential to the business and is likely to become more important in the future. Mr. Bryson observed the need to have a structure that supports fast, high quality decision making between the U.S. business and the worldwide business. He stressed the importance of success in the U.S. market to the worldwide business.

Dr. Johann noted that the Corporate Board would grow from four to five or six members. Dr. Banchi will be the Board member responsible for marketing and sales. At the end of 2000, Prof. Dr. Krebs will be the Chairman of the Corporate Board with responsibilities covering IT, internal audit, PR and corporate development. Dr. Barner will be the Board member for RD&C, with production and technology headed by Dr. Leuchs and finance and HR heads to be named.

Dr. Johann noted that the budget for the corporation at the end of August was 6.2 Billion DM, 2% ahead of schedule against a 9.5 Billion DM sales budget for 1999. Operating income

BIC JURIS 0191
CONFIDENTIAL

BICJURIS0191

Minutes of the October 1, 1999 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 3

was 808 Million DM, 33% ahead of budget of 1.1 Billion DM. The corporation expects to make the budget. 1999 looks quite promising, with 1999 operating income trending toward significant improvement over 1998.

### Overview of 1999 and Review of 2000 Goals for Boehringer Ingelheim Corporation
(Mr. Werner Gerstenberg)

Mr. Gerstenberg welcomed Ursula Bartels as corporate Secretary and thanked the members of the Board for their participation in the July 1999 joint meetings of the Board of Managing Directors and the Boards of BIC and BIPI.

Mr. Gerstenberg presented an overview of performance through August 1999. Year-to-date BIC sales are 2% below budget, due to slow downs in the SM and swine markets, and despite ahead of budget performance by both the chemicals and pharmaceuticals businesses. Profits are $7 Million ahead of budget, reflecting excellent cost management. By year end, we expect favorable sales and profit variances. It is expected that pharmaceuticals will offset SM on the performance. Overall, the expectation for 1999 looks very positive for BIC. On a consolidated basis, we anticipate a positive variance in operating profit of $23 Million by year end. It was noted that the current forecast anticipates three weeks of extra buying at year end due to the Y2K situation. It was also noted that the U.S. businesses are in an excellent state of preparedness for Y2K.

Mr. Gerstenberg noted that at the meeting of September 28, 1999 of the Board of Managing Directors in Ingelheim, the Board has already begun to address several of the issues raised in the July 1999 meetings held in the U.S. These include expansion plans for Ben Venue and B. I. Chemicals. An evaluation is being undertaken of the SM business worldwide, and a presentation will be made to the Board of Managing Directors regarding the future of that business on December 7, 1999.

Mr. Gerstenberg went on to discuss 2000 Goals. Among the goals, a priority will be focusing on the integration of the multi-source business at Roxane and Ben Venue Laboratories. Net sales in 2000 are expected to be up 12% driven by a mid-year launch of MOBIC® (meloxicam). However, operating profit is expected to be $200 Million below 1999 expectation because of important business investments and certain extraordinary non-recurring expenses in the U.S. including investment in RD&C, increased clinical trials, increased sales force costs, ERP project implementation, continued progress payments to Abbott under the co-promotion agreement, and negative impact of Y2K.

BIC JURIS 0192
CONFIDENTIAL

BICJURIS0192

Minutes of the October 1, 1999 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 4

### Ben Venue Laboratories, Inc. - Overview of 1999 Expectation/2000 Budget
(Mr. Thomas J. Russillo)

Mr. Russillo reported a good year in the contract manufacturing business, due to increased outsourcing by pharmaceutical manufacturers. There are currently 217 projects in the contract manufacturing pipeline. A production expansion has been approved for Phases I through III and plans are proceeding in order to progress this additional work. Increased efficiencies have improved profitability, and favorable profit variance is expected at year-end for the contract manufacturing side of the business. Our niche advantage is expected to be maintained in this business since we strive to become the FDA registered manufacturer in the customer's NDA. 600 batches of product were made in 1999 year to date. Three new products are anticipated to be launched in 2000.

Bedford Labs, which enjoys a 30% share of a $400 Million hospital market, also reports positive YTD results. The market is experiencing a continued consolidation of competitors. Sales are expected to be $125.6 Million versus $109 Million Budget, including three weeks of Y2K stocking. Mr. Russillo reviewed the division of business by major products, including diltiazem, GlucoGen®, haloperidol, and "all others." Diltiazem continues to be a very profitable product. While marketshare has moved from 80% to about 50%, the price has stayed more stable than anticipated for this product. GlucoGen® is priced 10% below the Lilly hypoglycemia product. Mr. Russillo reported that Bedford Laboratories got approvals for six new products this year, including a generic version of Roche's TORADOL®. Seven additional products are expected to be approved by the FDA by year end. BVL 1999 Operating Income is expected to be $82M versus a budget target of $70M.

Ben Venue sales for 2000 will be budgeted at $200 Million divided: $130 Million for Bedford Laboratories and $70 Million for contract manufacturing business. Operating income budget for 2000 is $87.1M versus 1999 expectation of $82.7M. In response to a question, Mr. Russillo explained that no bioequivalence testing is required in the generic injectables business. Since costs are low, you can add SKUs at high profit levels and low cost. Bedford Laboratories will be introducing ten to eleven products in 2000, with eleven ANDAs being submitted. Twenty-five ANDAs are currently pending at FDA with twelve more in the "pipeline." Thirteen additional approvals are expected by year end 1999. Mr. Russillo concluded his discussion of Ben Venue Laboratories, Inc. with a note that the Aredia patent litigation with Novartis is going well and we anticipate that we will get six months exclusivity.

### Roxane Laboratories, Inc. - Overview of 1999 Expectation/2000 Budget
(Messrs. Sheldon Berkle and Thomas J. Russillo)

We have no significant current pipeline for the next couple of years. Unlike generic injectables, oral products require bioequivalence testing and ANDAs. This process takes approximately three and one-half years. Accordingly, there will be a lag period before we can

BIC JURIS 0193
CONFIDENTIAL
BICJURIS0193

Minutes of the October 1, 1999 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 5

anticipate new products coming out of Roxane. Roxane has a 5% share of a $3.4 Billion market for oral solid dosage forms, and a 7% share of a $.5 Billion market for liquid dosage forms. Time has been spent this year significantly reducing the number of products that we manufacture. The number of chemicals has been reduced from 76 to 62 with the total number of SKUs going from more than 400 down to 280. Of these, 10% of the products represent 80% of our business. The three primary products are AZT, ipratropium (ATROVENT®) and lithium. Roxane ipratropium bromide is currently the only generic ATROVENT® currently available on the market. However, ALP got approval for an ANDA which was then purchased by Cardinal, a large IB customer ($8 Million). This Cardinal business will now go to ALP.

Competition has arrived in the AZT market via Geneva generic, resulting in a 20% price drop. Roxane's marketshare for AZT had been 70%, but we are currently budgeting at the 50% level.

One new product was introduced in 1999 and one new product is anticipated for 2000. Product development has been revitalized and we will see the benefits from this beginning in 2002. Other business changes include demand creation through a co-marketing arrangement with a telemarketing firm which will solicit orders from the retail and hospital pharmacies. In addition, we have established a contract with Cebert for intensols in the psychiatric market. Roxane will share margin with Cebert on the increased volume of co-promoted products. RLI strategy is to actively pursue new product development; rebuild the "generic culture" at Roxane; develop a plan for movement from NDA to ANDA products from BIPI; and to continue to scale down SKUs by eliminating unprofitable products.

At 10:50 a.m. Dr. Fernandez announced a 15 minute break. The meeting reconvened at 11:05 a.m.

**Boehringer Ingelheim Pharmaceutical, Inc. – BU Ethical Pharmaceuticals**
**Overview of 1999 Expectation/2000 Budget**
(Mr. Sheldon Berkle)

FLOMAX® (tamsolusin) will exceed expectation this year, with Abbott co-promoting the product sooner than expected. ATROVENT® (ipratropium bromide) and COMBIVENT® (albuterol/ipratropium bromide) net sales will exceed budget for 1999. We are expecting a November 23 approval for AGGRENOX™ (aspirin/dipyridamole), but physician promotion will not begin until January 2000. Approval was delayed from July due to FDA questions. We anticipate booking $145 Million AGGRENOX™ sales in 2000.

BIPI expects to surpass the $1 Billion sales level in 2000. This will include the impact of the expected mid-year launch of MOBIC® (meloxicam). Latest expectations with respect to MOBIC® labeling are that our labeling will not have negatives, and we may be able to discuss positive safety profile in clinical trials section of prescribing information.

BIC JURIS 0194
CONFIDENTIAL

BICJURIS0194

Minutes of the October 1, 1999 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 6

BIPI is anticipating an inventory build up at year end 1999 of about three weeks because of Y2K. This is significantly reduced from prior estimates. A 25% growth is predicted for BIPI sales in 2000.

### New product launches

Launches for SPIRIVA™ and RESPIMAT™ have been delayed one year and two years, respectively. MICARDIS® (telmisartan), which was number six to its market and is supported by significantly lower sales force than its competitors, currently has about 2% of the U.S. A2 market. Both BIPI and Abbott are currently promoting MICARDIS® and new scrips are trending in a positive direction. However, promotional efforts are hampered by late (6th) entry to market, the lack of any comparative claim versus other A2s, and a Spring 2000 date for review of HTN section of most managed care formularies. A positive positioning is expected on the Merck-Medco formula where we anticipate being "co-preferred" with LOSARTAN® (Merck). The sales platform for MICARDIS® is that we are the only "true" once per day product and that we are comparable in pricing to other products.

DTC advertising for FLOMAX® has been very well received. We were not anticipating co-promotion by Abbott to begin until February 2000. However, earlier than expected generic competition triggered Abbott's co-promotion of FLOMAX®, causing BIPI additional expenses in 1999 as well as an additional bump in revenue.

BIPI is anticipating $186 Million in incremental expenses in 2000 versus 1999. This includes: $70 Million to Abbott under the co-promotion agreement; $38 Million to add field force to support new launches (including our contractual obligations to Abbott); and $65 Million for new product direct promotion (e.g., FLOMAX®, DTC and pre-marketing support for new products).

### Roxane Branded Products

Purdue Frederick has filed an amended complaint in the oxycodone litigation, adding BIC as a defendant in addition to BIGmbH and Roxane. We will continue to contest jurisdiction of the court over BIGmbH. However, we will file an answer to the amended complaint asserting that the patent is invalid. It is anticipated that a hearing will take place following limited discovery with a decision expected before year end. Purdue Frederick is seeking an injunction prohibiting BI from marketing EXTAIN™ (oxycodone SR) which is already approved, but not yet launched in the U.S.

BIC JURIS 0195
CONFIDENTIAL

BICJURIS0195

Minutes of the October 1, 1999 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 7

### Boehringer Ingelheim Pharmaceutical, Inc. – BU Self Medication
### Overview of 1999 Expectation/2000 Budget
(Mr. Robert Carraher)

Bob Carraher presented a financial overview of the self-medication business. The herbal category has flattened after three good years of growth due in part to conflicting press stories regarding the herbal category. Sales in the SM business are projected to be $62M below budget for 1999. The expectation for the herbals category continues to be flat for 2000.

2000 is expected to be a year of stabilization rather than growth. Net sales will increase 21% in 2000 led by new entries such a PRELIEVE, but offset by higher costs for direct promotion. DULCOLAX® (bisacodyl) will return to the SM/OTC portfolio at the expiration of the Novartis contract in 2002. The business will focus on life cycle management, portfolio diversification and identifying candidates for RX to OTC switch.

An analysis will be presented on December 7, 1999 to the Board of Managing Directors with respect to the worldwide SM business. In order to succeed in the SM business, with respect to switch candidates from BIPI, Mr. Carraher noted that the ATROVENT® Nasal patent runs out in May 2000 and this product might be a likely candidate for a switch. In addition, we might consider an OTC version of MOBIC® as an arthritis treatment. Dr. Johann cautioned that any expenditures in these areas would have to be carefully examined in light of the upcoming December 7 analysis of the SM business.

Dr. Fernandez requested that the meeting break for lunch at 1:20 p.m.

At 2:00 p.m. the meeting was declared back in session. Mr. Gerstenberg noted several dates for the calendar. December 12 will be the Christmas dinner with spouses/partners. The meeting dates for 2000 will be as follows:

> May 12 through 16 - Baden-Baden, Germany
> This meeting will include a weekend stay for spouses/partners with a meeting on May 15 and a departure date of May 16.

> August 24 – Ridgefield, Connecticut

> October 2 – Ridgefield, Connecticut

### Boehringer Ingelheim Chemicals, Inc. - Overview of 1999 Expectation/2000 Budget
(Dr. Anthony J. Corso)

1999 critical business objectives include:

BIC JURIS 0196
CONFIDENTIAL

BICJURIS0196

Minutes of the October 1, 1999 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 8

- Implementation and integration of a TQM culture
- Improve and expand physical and organizational infrastructure
- Improve value added position (absorb fixed costs through external customer business).
- Stabilize and integrate business systems.

Operating results year-to-date through the end of August 1999 show that both sales and operating profits at BI Chemicals are above budget.

The Petersburg vision includes: (1) BI Chemicals Petersburg will be a world class API site, including full compliance with all regulatory requirements; (2) Petersburg will be a site for future manufacturing capacity expansion for Boehringer Ingelheim worldwide; and (3) Petersburg will provide support for U.S. niche markets. In order to achieve this vision, the site will be focusing in 2000 on people development, (including performance management and training) and improvement of business processes (including order fulfillment). Management will be focusing on portfolio alignment and capacity expansion and optimization, including the construction of Bay 34.

Internal sales are driven largely by nevirapine and there is an attendant vulnerability associated with heavy reliance on one product. In contrast, external sales are driven largely by new products. The site has discontinued many low profitability products and is focusing on new business development on higher profit products. The strategy is to move from a high value/low volume elasticity portfolio to products that are both high value and high elasticity of demand. Decisions regarding projects will be made based upon their consolidated value to BI. At present, the plant is at full capacity. As the business expands into its increased capacity, it will move toward manufacturing products involving more sophisticated chemistry or add value to the overall business. The external customer business enhances profitability overall because it provides valuable fixed cost absorption.

Site expansion, in particular Bay 34, and later projects were discussed at some length. Main messages from this part of the discussion were that the plant is currently at full capacity. Currently, increased costs are being absorbed through productivity improvements, and no growth should be expected until the new Bay is on line.

### Boehringer Ingelheim Vetmedica, Inc. Overview of Expectation 1999/Budget 2000
(Mr. Fintan M. Molloy)

Environmental factors affecting the entire animal health industry continue to make this market difficult. The economic animal market grew only 1% worldwide and was flat in the U.S. in the past year. There is continued consolidation among the big players in the industry in the U.S. Those competitors that are doing well are heavily involved in the companion animal market. The first six months of 1999 were very tough. In the past few months, the trends in

BIC JURIS 0197
CONFIDENTIAL
BICJURIS0197

Minutes of the October 1, 1999 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 9

cattle have improved somewhat, with beef consumption stabilizing. The swine market still hasn't improved much, but is expected to do so in the next several months. Continued industry consolidation includes Smithfield's acquisition of longstanding competitor, Murphy Farm, and Tyson's anticipated purchase of a major competitor.

Against this background, Mr. Molloy reviewed the highlights for 1999. Five new products were introduced for cattle. Two products were introduced for the swine market. VENTIPULMIN® (clenbuterol) sales are slowly improving. Although the product is still banned from many state racing commissions, there is a growing consensus that it is not a performance enhancer, but rather a therapeutic product. Schering continues to resist our efforts to force them to withdraw from the PRRS market. A hearing in front of the magistrate will be scheduled later in October to discuss settlement. We will only settle if the terms include complete withdrawal from the market by Schering. A favorable settlement of the litigation could result in recovery of lost profits on the Schering sales.

The new building is on line for production in October/November 1999. Vetmedica is currently seeking a partner for the companion animal business. Potential candidates include Upjohn, Abbott and Bayer.

Various management changes have occurred, including the loss of some senior Vetmedica executives to competitors. 1999 sales are anticipated to be 5% lower than budget. However, the business is still on track to meet budget for operating income. An early retirement program will be offered at year end. Cost of the early retirement program will be approximately $1.5 Million in 1999, with benefits being reaped in 2000 and subsequent years.

Anticipated increases in the cost of goods for 2000 include costs associated with the commissioning of the new facility, including amortization and idle capacity during start-up. There was a discussion of the long term implications on the economic animal market regarding the perceived risks of antibiotics as growth enhancers. In theory, if this became a more significant issue, approximately $20 Million in DENAGUARD™ business could be at risk.

**Boehringer Ingelheim Pharmaceuticals, Inc. – Overview of 1999 Expectation/2000 Budget**
**Medical/Drug Regulatory Affairs**
(Dr. Manfred Haehl)

Combined 1999 Medical I and Medical II costs are projected to be $124 Million versus a budgeted $116 Million. The BIBU oral and injectable clot inhibitor project is dead due to negative results at the recent Barcelona Medical Conference for a Roche product similar to BIBU that was entering Phase III clinical studies. Medical/DRA headcount is expected to be at budget at 333. This is expected to increase to 342 in 2000, including five FTE in DRA and four in Drug Safety. (It was noted that FDA is undertaking significant auditing in the Drug Safety area.) Three NDAs are expected to be filed in 1999, with five following in 2000. Two INDs will be filed in 1999, with a potential of ten being filed in 2000. FDA sent us a letter dated

**BIC JURIS 0198**
**CONFIDENTIAL**

BICJURIS0198

Minutes of the October 1, 1999 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 10

September 14 following up on their recent safety audit. No deficiencies were found with respect to domestic reporting. BI representatives will meet with FDA to discuss international AE reporting.

Dr. Haehl reviewed the clinical trials program underway in support MICARDIS® (telmisartan), FLOMAX® (tamsulosin), MOBIC® (meloxicam), and tiotropium. Major projects in Medical 2 were also reviewed for 2000. Total expected 2000 budget for Medical 2 is approximately $121 Million, added to approximately $19.2 Million for Medical 1.

Medical/DRA goals for 2000 including managing delays in the submissions process; strengthening Medical/Marketing support; developing expertise in new technologies; attracting and retaining highly qualified personnel and knowledge management, including implementation of new data management systems.

### Boehringer Ingelheim Pharmaceuticals, Inc. – Overview of 1999 Expectation/2000 Budget Research and Development
(Prof. Dr. Peter Mueller)

Prof. Mueller delivered an overview of BIPI R&D. Primary fields of focus for R&D are immunology and inflammation, where a current focus on autoimmune diseases and inflammation. In the future, the strategy will focus on developing target links to asthma and allergy.

On an international level, research is vertically integrated with research facilities in Japan and Biberach.

#### Review of Major Programs

##### P38

$59 Million invested to date. Phase I looks good so far. Projected development costs will be $150 to $200 Million. Expected indications will be RA and inflammatory bowel disease, but the product may also have opportunities in asthma.

##### LFA-1

BIPI is the research leader in this area with possible indications for psoriasis and asthma. The product is currently in pre-development as an orally active immuno-suppressant. Development decision is scheduled for December 1999.

BIC JURIS 0199
CONFIDENTIAL

BICJURIS0199

Minutes of the October 1, 1999 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 11

### CATHEPSIN S Program

Pre-development compound for multiple sclerosis and rheumatoid arthritis.

### LCK Kinase Program

A product for psoriasis and rheumatoid arthritis. A pre-development compound is expected to be selected in 2000.

The R&D business strategy focuses on minimizing time to market and leverage the advantages of vertical integration capabilities in R&D. These strengths will be complemented by licensing and collaborations with biotech companies and academia. Challenges to R&D's success will include an expected increase in patent litigation attributable to 2500 biotech companies in the U.S. seeking patent protections for assays, targets, screens, DNA, etc. Avoiding infringement has become increasingly complex, necessitating that new strategies be developed to avoid infringement while maintaining the pace of research. 1999 R&D expectation is $140 Million over a budgeted base of $136 Million.

In summary, Prof. Mueller noted that while major steps have been taken to improve R&D productivity and insure a continuous flow of development candidates, future growth requires committed support in terms of budget and space in order to exploit the unique opportunities in the U.S. market.

### Consolidated Headcount Overview for Boehringer Ingelheim Corporation and Its Subsidiaries
(Mr. David W. Nurnberger)

BIC 1999 headcount is expected to be close to the 1999 budget of 4922. Current BIC budget for headcount in 2000 is 5655. Efforts are being made to reduce this by about 100 FTE; however, the highest individual increase is sales force required to support new launches.

The "War for Talent" continues, with the latest development of Bayer's announcement of a $50 Million research facility being built in Connecticut. Additionally, Pfizer continues to add heads.

Personnel costs as a percentage of net sales have improved from 27% in 1994 to approximately 22% to 23% at present. This positive trend has been assisted by growth in net sales s well as headcount management.

Minutes of the October 1, 1999 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 12

### Consolidated Financial Overview of 1999 Expectation/2000 Budget for Boehringer Ingelheim Corporation and Its Subsidiaries
(Mr. Holger Huels)

Mr. Huels presented the consolidated BIC financials. As of the end of August, expectation was slightly below budget. However, adjusted for the Abbott sales, it would be above budget. Contribution III is 5% above budget. It is anticipated that BIC will be below budget in 2000 because of special factors, including critical investments in the BIPI business (in particular, increased promotion and sales costs). Consolidated operating income by business area in BIC is expected to decline significantly in 2000 due to the SM business, negative Y2K impact, headcount increases, capital budget expenditures. Risks to the 2000 budget include MOBIC®, AGGRENOX™ and MICARDIS® with significant anticipated revenues which are not guaranteed. The 2000 Budget also contains a potential upside if Abbott promotion is successful.

On motion of Mr. Gerstenberg, the following resolutions were approved by the unanimous affirmative vote of all directors present:

RESOLVED that, the 2000 Budgets of Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc. be, and they hereby are, approved in the form submitted to the Board of Directors of each Corporation.

RESOLVED that, the Board of Directors of Boehringer Ingelheim Corporation agrees with the 2000 Budgets of its wholly-owned subsidiaries, Ben Venue Laboratories, Inc., BI Services Center, Inc., Boehringer Ingelheim Chemicals, Inc., Boehringer Ingelheim Vetmedica, Inc. and Roxane Laboratories, Inc., and recommends each be approved as submitted.

Following approval of this motion, a discussion noted the point that the upside potential for the 2000 Budget for BIC is less than the downside.

The Chairman called for further business, and their being none, the meeting was adjourned at approximately 6:30 p.m.

_____
Ursula B. Bartels, Secretary

BOARD MEMBERS PRESENT:

_____
Louis Fernandez, Chairman

BIC JURIS 0201
CONFIDENTIAL
BICJURIS0201

Minutes of the October 1, 1999 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 13

_____
Heribert Johann, Director


_____
Vaughn D. Bryson, Director


_____
Werner Gerstenberg, Director


_____
Jere E. Goyan, Director


_____
Timotheus R. Pohl

G:\legal\martinez\board meetings\BICBIP110-99MIN.doc

BIC JURIS 0203
CONFIDENTIAL
BICJURIS0203

Minutes of the October 1, 1999 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 13

_____
Heribert Johann, Director

*/s/ Vaughn D. Bryson*
_____
Vaughn D. Bryson, Director

_____
Werner Gerstenberg, Director

_____
Jere E. Goyan, Director

_____
Timotheus R. Pohl

G:\legal\martinez\board meetings\BICBIPI10-99MIN.doc

BIC JURIS 0204
CONFIDENTIAL
BICJURIS0204

Minutes of the October 1, 1999 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 13

_____
Heribert Johann, Director


_____
Vaughn D. Bryson, Director


___*[signature]*_____
Werner Gerstenberg, Director


_____
Jere E. Goyan, Director


_____
Timotheus R. Pohl


G:\legal\martinez\board meetings\BICBIPI10-99MIN.doc

BIC JURIS 0205
CONFIDENTIAL

BICJURIS0205

Minutes of the October 1, 1999 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 13

_____
Heribert Johann, Director


_____
Vaughn D. Bryson, Director


_____
Werner Gerstenberg, Director

*/s/ Jere E. Goyan*
_____
Jere E. Goyan, Director


_____
Timotheus R. Pohl

G:\legal\martinez\board meetings\BICBIPI10-99MIN.doc

BIC JURIS 0206
CONFIDENTIAL

BICJURIS0206

Minutes of the October 1, 1999 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Page 13

_____
Heribert Johann, Director


_____
Vaughn D. Bryson, Director


_____
Werner Gerstenberg, Director


_____
Jere E. Goyan, Director

*[signature]*
Timotheus R. Pohl

G:\legal\martinez\board meetings\BICBIPI10-99MIN.doc

BIC JURIS 0207
CONFIDENTIAL

BICJURIS0207