# Exhibit 12

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

Sykora, Robert C. December 4, 2008
Atlanta, GA

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

In re:  PHARMACEUTICAL      ) MDL No. 1456

INDUSTRY AVERAGE WHOLESALE ) Civil Action No.

PRICE LITIGATION           ) 01-12257-PBS

_____)

THIS DOCUMENT RELATES TO:  )

United States of America,  )

et al. v. Ven-a-Care of the)

Florida Keys, Inc. v.      )

Boehringer Ingelheim Corp.,)

et al., CIVIL ACTION NO.   )

07-10248-PBS               )

- - -

      Videotaped deposition of ROBERT C.
SYKORA, taken pursuant to the stipulations
agreed to herein, before Suzanne Beasley,
Registered Professional Reporter and Notary
Public, at 1031 Virginia Avenue, Atlanta,
Georgia, on the 4th day of December, 2008,
commencing at the hour of 10:38 a.m.

Sykora, Robert C.                                           December 4, 2008
                              Atlanta, GA

```
                                                                    Page 2
 1     APPEARANCES OF COUNSEL:
 2         On behalf of the United States of America:
 3                 JAMES J. FAUCI, Esq.
 4                 Assistant United States Attorney
 5                 John Joseph Moakley Federal Courthouse
 6                 1 Courthouse Way
 7                 Suite 9200
 8                 Boston, Massachusetts  02210
 9                 (617) 748-3298
10                 jeff.fauci@usdoj.gov
11
12         On behalf of Ven-a-Care of the Florida Keys, Inc.:
13                 C. JARRETT ANDERSON, Esq.
14                 Anderson LLC
15                 208 West 14th Street
16                 Suite 3-B
17                 Austin, Texas   78701
18                 (512) 469-9191
19                 jarrett@anderson-llc.com
20
21
22
```

Sykora, Robert C. December 4, 2008
Atlanta, GA

Page 49

1  Q. Well, I'll come at it from a slightly
2  different angle.
3    Were you ever disciplined for taking
4  any unauthorized action when you were director of
5  national accounts?
6  A. Not that I'm aware of.
7  Q. Do you believe that all of the actions
8  that you performed as director of national
9  accounts were within the course and scope of your
10 employment for Boehringer Ingelheim?
11 A. Within the scope of Roxane
12 Laboratories, yes.
13 Q. Why do you say Roxane Laboratories?
14 A. Because during this particular time
15 period I had very little interaction with
16 Boehringer Ingelheim.  There was a kind of an
17 indirect reporting relationship between Roxane
18 and Boehringer, but we ran as a completely
19 standalone company.
20 Q. Well, you agreed just a few minutes
21 ago, didn't you, sir, that you were employed by
22 Boehringer Ingelheim when you were the director

Sykora, Robert C.                                        December 4, 2008
                              Atlanta, GA

Page 50

1    of national accounts, correct?
2         A.   My paycheck said Boehringer Ingelheim,
3    but all of the interactions were with Roxane.
4         Q.   All right.  Who did you believe was
5    your employer?
6         A.   Roxane.
7              MR. KAVANAUGH:  Objection to form.
8              Go ahead.  You can answer.
9              THE WITNESS:  Roxane Laboratories.
10   BY MR. ANDERSON:
11        Q.   What gave you that impression?
12        A.   I was on the Roxane campus.  The
13   building on -- the sign on the front of the
14   building where I worked said "Roxane Sales and
15   Marketing."  I reported in to Rich Feldman, who
16   was a Roxane employee.  He reported in to Ed
17   Tupa, who was a Roxane employee. When a decision
18   was made, it was Roxane employees that were
19   making the decision.
20        Q.   Well, we'll get into some documents
21   later, but you recall that you sold BI products,
22   didn't you?

Sykora, Robert C.                                    December 4, 2008
                              Atlanta, GA

Page 95

1   any state Medicaid program that they were going
2   to raise the AWPs about triple or quadruple on
3   Furosemide to better sell Furosemide?
4        A.   I do not know that.
5             (Exhibit Sykora 007 was marked for
6   identification.)
7   BY MR. ANDERSON:
8        Q.   Now, if you could, Mr. Sykora, take a
9   look at what's been marked as Exhibit 007.  For
10  the record, it's also been marked as Exhibit 063
11  in the Lesli Paoletti November 10th, 2004
12  deposition.
13            Have you had a chance to review Exhibit
14  007?
15       A.   I have, sir.
16       Q.   Do you agree that the underlying
17  message from you to Judy, Rich Feldman and Tom
18  Russillo dated July 7th, 2000 around 2:25 p.m. is
19  the same in both e-mails?
20       A.   A majority of it is the same in Exhibit
21  006 and 007.
22       Q.   Right.  And the difference is that in

Sykora, Robert C.                                    December 4, 2008
                              Atlanta, GA

Page 96

1    Exhibit 007, Mr. Russillo has provided a response
2    to your message, and in Exhibit 006, Judy Waterer
3    was providing a response to your message,
4    correct?
5         A.   Correct.
6         Q.   And Mr. Russillo writes, quote, Bob, I
7    assure you it's real.  To get the approval we
8    need from C-O-N-N period though we need some hard
9    info.
10             Did I read that correctly?
11        A.   You did.
12        Q.   Do you believe that that C-O-N-N
13   reference is Connecticut?
14        A.   I would believe it would be.
15        Q.   And Boehringer Ingelheim is based in
16   Connecticut, correct?
17        A.   That is correct.
18        Q.   So is it fair to say that's a reference
19   to Boehringer Ingelheim?
20        A.   Or some individual from Boehringer
21   Ingelheim located in Connecticut.
22        Q.   Why would Boehringer Ingelheim be

Sykora, Robert C.                                    December 4, 2008
                              Atlanta, GA

Page 133

1    my primary functions at Roxane.
2    BY MR. ANDERSON:
3         Q.   Oh.  Just managing the national sales
4    force and helping facilitate the sale of Roxane
5    drugs?
6         A.   Correct.
7         Q.   Oh, okay.  All right.  I'm going to --
8    do you recall attending a year 2000 palliative
9    care sales meeting in Phoenix, Arizona?
10        A.   I don't recall attending it, but I know
11   I was there.
12        Q.   How do you know that?
13        A.   Because I saw some documents yesterday.
14             (Exhibit Sykora 012 was marked for
15   identification.)
16   BY MR. ANDERSON:
17        Q.   I got you.  Mr. Sykora, take a moment
18   and review what's been marked as Exhibit 012.  Do
19   you agree this appears to be a cover letter sent
20   out by Mark Shaffer and then an agenda or a
21   schedule for a meeting of the palliative care
22   sales group?

7e08331d-cd17-4b4c-a728-8afc97c6e127

Sykora, Robert C.                                              December 4, 2008
                              Atlanta, GA

Page 134

1     A.   That is correct.
2     Q.   And you are -- the meeting's noted to
3   take place Monday, September 18th, through
4   Thursday, September 21st, correct?
5     A.   Yes.
6     Q.   And you are noted as being a person
7   who's going to make some presentations, correct?
8     A.   That's correct.
9     Q.   For instance, you're shown on the
10  second page as presenting a presentation on
11  distribution to all attendees, correct?
12    A.   That's correct.
13    Q.   And then on the second page -- I mean,
14  pardon me, third page of the Exhibit 012, you're
15  shown also as presenting a distribution workshop
16  to two different groups of people attending the
17  sales meeting?
18    A.   That's correct.
19    Q.   Then if you look at the back of this
20  document, the second to last page, Mr. Sykora,
21  you see a group A and a group B listing of
22  individuals?

Sykora, Robert C.                                December 4, 2008
                         Atlanta, GA

Page 135

1      A.   I do.
2      Q.   Is that the listing of sales
3 representatives that you presented these two
4 presentations to?
5      A.   To tell you the truth, I don't
6 remember, but that's probably a pretty good
7 guess.
8      Q.   It stands to reason, given that they're
9 identified as group A and B, and then over here
10 where you're shown as presenting the workshop on
11 distribution, there's two groups listed, A and B,
12 correct?
13     A.   Correct.
14     Q.   And I've been to the Biltmore.  That's
15 a pretty nice place, isn't it?
16     A.   You know, I don't remember it too much,
17 but --
18     Q.   You don't remember going to the
19 Biltmore?
20     A.   No, but we have a Biltmore in North
21 Carolina just not too far and it's pretty nice up
22 there.