# Exhibit 13

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

# Employee Bulletin

August 25, 1994

## Structural and Personnel Changes of Our Ethical Pharmaceutical Business

In line with the recommendations made by the Performance Project, and in line with the first proposals stemming from the OPINA Project, our Ethical Pharmaceutical Business in the USA will be headed by one unified management.

I am pleased to announce that effective November 1, 1994, **Mr. Sheldon Berkle**, currently Country Manager for Canada, will assume the newly created position "Head of Business Unit Ethical Pharmaceuticals USA". He will join BIPI in the position of Executive Vice President and will report directly to me.

Shelly joins us after having been with the Corporation for more than 25 years. He brings a wealth of experience from the different positions he held over the past years in Boehringer Ingelheim Canada.

Shelly's duties will mainly focus on the strategic alignment of our ethical pharmaceutical business in the US, and he will be responsible for the operating result for this area. As in other countries, business will develop in line with the strategy of the "Strategic Business Unit (SBU) Ethical Pharmaceuticals BIGmbH", Ingelheim, and also with the strategies and objectives recommended by the OPINA project. Functionally he will report to the Head of the SBU Ethical Pharmaceuticals BIGmbH.

Reporting to Shelly in his new position will be Ian Mills, Sr. Vice President, Marketing and Sales, as well as Warren Lackstrom, Vice President, Business Development.



EXHIBIT 3
8/31/08 Berkle

-2-

In order to create a unified management for our ethical pharmaceutical business in the US, Edward Tupa, Vice President, Sales and Marketing, Roxane Laboratories, and Fred Duy, Vice President, Business Planning and Development, also of Roxane Laboratories, will report functionally to Shelly, as "Head of Business Unit Ethical Pharmaceuticals USA". In addition to his position in BIPI, Shelly will also hold the position of a Vice President in BIC.

I expect that this reorganization of our ethical pharmaceutical business in the US, and these appointments will secure and foster the positive development of our business.

Shelly, who received his BSC Pharmacy from the University of Manitoba, and his MBA from the University of Toronto, and his wife, Honey, are in the process of moving to Ridgefield, while their two children will remain in Canada to continue their work and education.

Please join me in welcoming Shelly to our Company as he takes over this very important role.

Werner Gerstenberg

RLI-TX_62866
RLI-AWP-00161743
ROX038-3189   L