# Exhibit 14

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

Job Description

# Head of Business Unit Ethical Pharmaceuticals, United States

**(Executive Vice President, Boehringer Ingelheim Pharmaceuticals, Inc.**
**Vice President, Boehringer Ingelheim Corporation)**

### Basic Purpose:

Responsible for the Strategic Direction of the Marketing, Sales, Licensing, and Business Development activities of Boehringer Ingelheim Pharmaceuticals, Inc. and Roxane Laboratories. He has overall budget responsibility, including the responsibility for the consolidated contribution of the Business Unit Ethical Pharmaceuticals in the U.S. He reports to the President and Chief Executive Officer of BIC and the President and COO of BIPI.

This position has functional responsibility to the Strategic Business Unit Ethical Pharmaceuticals, BI GmbH, and directs the efforts of the Senior Vice President, Marketing and Sales, BIPI; Vice President Business Development, BIPI; Vice President, Sales and Marketing, RLI; as well as Vice President, Business Development, RLI, in the coordinated development of strategy and budget targets with the Strategic Business Unit Ethical Pharmaceuticals.

The two BIPI positions (Marketing and Sales, and Business Development) report to the Executive Vice President, BIPI, both functionally and regarding discipline, including the responsibility for the performance evaluation. The two Roxane Laboratories positions (Sales and Marketing, and Business Development) have a functional reporting relationship to the Vice President, BIC (Head of Business Unit Ethical Pharmaceuticals U.S.) On a disciplinary basis and for the performance appraisal, the two positions from RLI report to the President of RLI with the appropriate input from the Vice President, BIC, as laid down in the Performance Project Policy.

Of primary importance to this position will be the achievement of sales and marketing objectives under OPINA, the attainment of consolidated contributions, the maximizing of synergies of the two leading entities, BIPI and Roxane, and the coordination of Sales and Marketing with Medical and Research & Development.

This position represents the Business Unit Ethical Pharmaceuticals, U.S. at BI international committees, e.g., ISC, etc.



EXHIBIT

2

10/31/08   Buckle

This position chairs the U.S. Business Unit Ethical Pharmaceuticals Committee and insures efficient coordination of all functional areas which impact on the business unit goals, i.e., Marketing and Sales, Medical, DRA, Business Development, R&D, and on an ad hoc basis Technical Operations and Self Medication. This coordination may also include appropriate interaction with the Corporate Medical Division, Corporate Division R&D and the Strategic Business Unit SM at BI GmbH if the U.S. activities of these corporate units are affected.

The holder of this position sits on the BIC Corporate Management Committee.

He also represents the OPINA Executive Committee as Project Manager for the areas of Marketing and Sales, and Business Development for the OPINA region.

## Basic Responsibilities/Essential Functions:

- Develops the strategic direction for the U.S. ethical pharmaceutical marketing and sales functions as well as the business development at BIPI and RLI.

- Insures that sales and marketing plans for the units are consistent with the targets of the Strategic Business Unit Ethical Pharmaceuticals BI GmbH, as well as with OPINA objectives and strategies.

- Insures optimization of performance in the U.S. through the development and direction of innovative strategies and tactics for BIPI and RLI including Rx/OTC switches and activities to defend brand name products from generic erosion.

- Insures that appropriate and timely action plans exist and are executed to position the U.S. pharmaceutical business for highest success in the rapidly changing marketplace.

## Job Qualifications:

- Minimum, Bachelors degree, with MBA preferred, and at least 15 years Marketing and Sales experience in the North American Pharmaceutical industry, with significant senior level leadership experience.

- Should be knowledgeable in all aspects of the pharmaceutical industry.

**RLI-TX_62840**

RLI-AWP-00161717
ROX038-3163      L