# Exhibit 19

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

Page 1

DOCKET No. X07CV-03-0083296 S(CLD)| SUPERIOR COURT
                                  |
_____      |
                                  |
STATE OF CONNECTICUT              | COMPLEX LITIGATION
                                  | DOCKET at TOLLAND
V.                                |
                                  |
DEY, INC., ROXANE LABORATORIES,   |
INC., WARRICK PHARMACEUTICALS     |
CORP., SCHERING-PLOUGH CORP. and  |
SCHERING CORPORATION              |
                                  |

            DEPOSITION OF EDWARD TUPA

                  November 10, 2005


        PURSUANT TO NOTICE, the deposition of EDWARD

TUPA was taken on behalf of the Plaintiff at 62927

U.S. Highway 40, Granby, Colorado, on November 10,

2005, at 9 a.m., before Lois Spangler-Frank, a

Registered Merit Reporter and Notary Public within

the State of Colorado.

bbdf0b9a-139a-4407-aaa2-4bf411b18ec4

Edward Tupa                HIGHLY CONFIDENTIAL  November 10, 2005
                                 Granby, CO

                                                              Page 2

1                          A P P E A R A N C E S

2

3    For the Plaintiff:        JEFFREY GOLDENBERG, ESQ.

4                              Murdock Goldenberg Schneider

5                                & Groh, LPA

6                              35 East Seventh Street

7                              Suite 600

8                              Cincinnati, OH 45202-2446

9

10   For the Defendant:        PAUL J. COVAL, ESQ.

11   Roxane Laboratories       Vorys, Sater, Seymour

12                               and Pease, LLP

13                             52 East Gay Street

14                             P.O. Box 1008

15                             Columbus, OH 43216-1008

16

17   For the Defendant:        HELEN E. WITT, ESQ.

18   Roxane Laboratories       Kirkland & Ellis LLP

19                             200 East Randolph Drive

20                             Chicago, IL 60601

21

22

Edward Tupa                HIGHLY CONFIDENTIAL  November 10, 2005
                              Granby, CO

Page 52

1    Q    Okay.  Well, so you had this meeting with the
2    president of Roxane, and he indicated to you that he
3    was looking for a new person to head up the marketing
4    and sales department; is that correct?
5    A    Yes.
6    Q    Okay.  And so you eventually accepted a
7    position with them, correct, with Roxane?
8    A    Correct.
9    Q    And what was the title of your position with
10   Roxane?
11   A    Vice president of sales and marketing.
12   Q    And were you based in Columbus, Ohio at that
13   time?
14   A    Yes, I was.
15   Q    And who did you report to in the 1994 time
16   period when you started with Roxane?
17   A    I had two people that I reported to, one was
18   the president, Gerald Wojta, and the other was -- I
19   don't remember his title -- Shelly Berkle out of
20   Boehringer Ingelheim Pharmaceutical Company.
21   Q    And was Mr. Berkle based in Connecticut?
22   A    Yes, he was.

bbdf0b9a-139a-4407-aaa2-4bf411b18ec4

1   Q   And was Mr. Wojta also based in Connecticut?
2   A   No. He was in Columbus.
3   Q   Did Mr. Wojta remain president of Roxane for
4   the remainder of your time with Roxane?
5   A   No. He retired about two years after I
6   rejoined.
7   Q   And do you recall who took his place as
8   president of Roxane?
9   A   My recollection is that it was taken over by
10  Mr. Gerstenberg.
11  Q   And was Mr. Gerstenberg based in Columbus,
12  Ohio?
13  A   No. He was in Connecticut.
14  Q   Did you remain in this position of vice
15  president of sales and marketing for your remaining
16  time period with Roxane?
17  A   Yes, I did.
18  Q   And when did you then leave or retire from --
19  when did you leave Roxane during this -- following
20  your second stint?
21  A   My position -- I left in October of '98.
22  Q   Was -- did you decide to retire at that point,