# Exhibit 22

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

# AGENDA

## BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.

### BOARD OF DIRECTORS MEETING

### OCTOBER 5, 1995

| | |
|---|---|
| 2:00pm | Commencement of Meeting |
| 2:00pm to 2:05pm | Acceptance of Minutes of the Board of Directors Meeting held on July 6, 1995. |
| 2:05pm to 3:30pm | Presentation of latest Preview for 1995 and Budget 1996 for **Boehringer Ingelheim Pharmaceuticals, Inc.** *(Mr. Gerstenberg and Invited Guests:  Mr. Berkle and Mr. Peterson)* *incl. highlights of sales forecast until 2000 ( c. Berkle)* |
| 3:30pm to 3:45pm | Update on SunSource relationship. *(Invited Guests:  Mr. Lackstrom and Mr. Peterson)* |
| 3:45pm to 4:15pm | Consolidated financial overview of Preview 1995 and Budget 1996 for BIC and its subsidiaries. *(Invited Guest:  Mr. Huels)* |
| 4:15pm to 4:30pm | Legal update on: <br> - R-One/Glaxo v. BIC Litigation <br> - Hexagon Environmental Matter <br> - BIPI Pricing Litigation <br>   *(Mr. Franks)* |
| 4:30pm to 4:45pm | • *Meeting Minute* Other business  *Strategy at Jas Meeting* • *Date for October* |
| 4:45pm | Meeting Adjournment |

Confidential

# BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.

## BOARD OF DIRECTORS MEETING

### OCTOBER 5, 1995

### TABLE OF CONTENTS

|  | Section | Page |
|---|---|---|
| Minutes of the Board of Directors meeting July 6, 1995 | **I** | 1 - 5 |
| <u>Status of Business - As of August 31, 1995</u>: | **II** |  |
| • Gross Sales |  | 1 - 6 |
| • Other/Royalty Income |  | 7 |
| • Statement of Income |  | 8 - 11 |
| • Costs for Medical and R&D |  | 12 - 16 |
| • Personnel Data |  | 17 - 18 |

Confidential

BOEH02605555

Section I

Confidential

BOEH02605556

### MINUTES
### OF THE
### MEETING OF THE BOARD OF DIRECTORS
### BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.

### JULY 6, 1995

A meeting of the Board of Directors of BOEHRINGER INGELHEIM

PHARMACEUTICALS, INC., a Delaware corporation, ("the Corporation"), upon due

notice by letter sent to all directors, convened at the offices of the Corporation in

Ridgefield, Connecticut at 4:50 p.m. on July 6, 1995.

Board members present were:

> Dr. Louis Fernandez, Chairman
> Mr. Werner Gerstenberg
> Dr. Jere Goyan
> Dr. Thomas Heil
> Dr. Claus Rohleder
> Mr. Gerald C. Wojta

Board members absent:

> None

Secretary: Mr. Philip J. Franks

Present by invitation for the entire meeting were:

> Mr. Holger Huels
> Mr. Walter Poerschmann

Dr. Fernandez presided as Chairman of the meeting. Mr. Franks, the Secretary,

took the Minutes.

Dr. Fernandez called the meeting to order at approximately 4:50 p.m. and, it being

determined that all directors were present, the meeting was declared open.

1

Confidential

MINUTES OF THE BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.
BOARD OF DIRECTORS MEETING HELD JULY 6, 1995
Page 2

Dr. Fernandez then made a motion that the Minutes of the Board meeting of March 3, 1995 be approved. The motion was seconded, and by the unanimous affirmative vote of all directors present, the following resolution was adopted:

> RESOLVED that, the Minutes of the Board of Directors meeting held on March 3, 1995 be, and they hereby are, approved in the form submitted to this Board.

Mr. Gerstenberg presented the performance review of BIPI through May 1995 and for the full year using overheads with product details and functional costs as broken down by the P&L format. There were inquiries why PERSANTINE® (dipyridamole) sales were higher than normal and this was explained by Mr. Gerstenberg. He explained further that the Company was expecting self-medication sales of approximately $32 Million in 1995. Ethical sales are in line with the budget, although the ATROVENT® (ipratropium bromide) Nasal launch will be delayed until August and the COMBIVENT® (albuterol/ipratropium bromide) launch will not take place before the end of the year. The BIPI sales budget for 1995 is $509,198,000 and the 1995 Preview is $515,235,000. The operating income budget is $16,156,000 against a Preview of $883,000 taking into account additional development costs for TAMSULOSIN® as well as the severance costs for OPINA, elements which could not be foreseen in the budget. The 1995 budget for R&D and Medical expenditures is $170,396,000. The 1995 Preview is $175,543,000. One director inquired about the total amount to be spent for TAMSULOSIN® registration, and Mr. Huels replied that the total would be close to $70 Million.

BIPI personnel costs as a percentage of net sales shows that in 1994 the actual percentage was 29.7%. The 1995 budget was 28.6% and the 1995 Preview was 27.9%.

2

Confidential

BOEH02605558

MINUTES OF THE BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.
BOARD OF DIRECTORS MEETING HELD JULY 6, 1995
Page 3

If one were to exclude R&D and Medical costs, personnel costs for the Company would
be 17.9% of net sales.

The Chairman called for other business, and Mr. Gerstenberg suggested that at the
next Board meeting the presidents of all BIC subsidiaries be invited to present their
budgets directly to the Board.

The Board meetings in 1996 will be held as follows:

> March 1, 1996 in Munich, Germany
>
> July 16, 1996 in Ridgefield
>
> October 9, 1996 in Ridgefield

### Sneak Preview of BI Worldwide Pharmaceutical Strategy

Dr. Heil made an overhead presentation which outlined the goals for "Project
Ethical Pharmaceuticals" which include:

- define "leading" and "world class";

- define critical success factors;

- articulate clear strategic objectives;

- set specific targets for growth and profitability;

- define BI's position in key product market segments; and

- demonstrate implementation of Value Through Innovation in practical
  business terms.

3

Confidential

MINUTES OF THE BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.
BOARD OF DIRECTORS MEETING HELD JULY 6, 1995
Page 4

It is anticipated that by the end of the first half of 1995, the company will begin
development of regional strategies based upon worldwide strategies and objectives.   The
following consultants have been hired to assist in this endeavor:

> Mercer Management (for managed care)
>
> Decision Resources (for indications and products)
>
> Coopers & Lybrand (for hospital markets)

The targeted sales in the year 2000 for BI worldwide are 10 Billion DM with 8.5
Billion being from ethical pharmaceuticals and 1.5 Billion from self medications.
Consolidated Contribution III will be 45%.  Cost of goods should be 20%.  Cost of
marketing should be 25%.  R&D will be 10.5%.  Clinical will be 6%.  On a region-by-
region basis, the sales targets for the year 2000 for the ethical pharmaceutical business
are:   North and South America, 2.8 Billion DM; Europe, 2.9 Billion DM;  and Asia,
Africa and Australia, 2.8 Billion DM.

The Consolidated Contribution target for the year 2000 for ethical pharmaceuticals
is 38%.  In Europe it is presently 28%, in America 38% and in Japan 48%.

The following worldwide objectives are to be met:

> - develop management talent further;
>
> - set demanding performance objectives;
>
> - bring new products to market quickly; and
>
> - introduce products on a worldwide basis within two years from first
>   approval.

Dr. Heil stated that the regional strategic objectives for North America are:

> - meet OPINA targets and PEP target;
>
> - increase market significance and optimize growth and profitability;

4

Confidential

MINUTES OF THE BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.
BOARD OF DIRECTORS MEETING HELD JULY 6, 1995
Page 5

- reduce dependence on ATROVENT®;

- develop responses to managed care;

- solidify generic business;

- define COPD position against generic erosion;

- develop the hospital business (injectables); and

- enter the home care market.

One director inquired as to whether someone is looking into compensation plans and levels to determine if BI will be able to attract the people who can make this happen. Mr. Gerstenberg replied in the affirmative stating that the Corporate Human Resources is very much aware of bringing overall remuneration plans in line with competition.

There ensued a discussion concerning compensation plans and packages at BIC and the lack of stock options which is a very popular kind of incentive compensation in the U.S.A. Mr. Gerstenberg stated that currently the available remuneration packages would allow to a attract good executives from other companies even without stock options being available.

The chairman called for other business and there being none, the meeting was adjourned at 6:10 p.m.

Philip J. Franks, Secretary

_____
Louis Fernandez, Chairman

_____
Werner Gerstenberg, Director

_____
Jere Goyan, Director

5

Confidential

BOEH02605561

MINUTES OF THE BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.
BOARD OF DIRECTORS MEETING HELD JULY 6, 1995
Page 5

- reduce dependence on ATROVENT®;

- develop responses to managed care;

- solidify generic business;

- define COPD position against generic erosion;

- develop the hospital business (injectables); and

- enter the home care market.

One director inquired as to whether someone is looking into compensation plans and levels to determine if BI will be able to attract the people who can make this happen. Mr. Gerstenberg replied in the affirmative stating that the Corporate Human Resources is very much aware of bringing overall remuneration plans in line with competition.

There ensued a discussion concerning compensation plans and packages at BIC and the lack of stock options which is a very popular kind of incentive compensation in the U.S.A. Mr. Gerstenberg stated that currently the available remuneration packages would allow to a attract good executives from other companies even without stock options being available.

The chairman called for other business and there being none, the meeting was adjourned at 6:10 p.m.

_____
Philip J. Franks, Secretary

_____
Louis Fernandez, Chairman

_____
Werner Gerstenberg, Director

_____
Jere Goyan, Director

Confidential

MINUTES OF THE BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.
BOARD OF DIRECTORS MEETING HELD JULY 6, 1995
Page 5

- reduce dependence on ATROVENT®;

- develop responses to managed care;

- solidify generic business;

- define COPD position against generic erosion;

- develop the hospital business (injectables); and

- enter the home care market.

One director inquired as to whether someone is looking into compensation plans and levels to determine if BI will be able to attract the people who can make this happen. Mr. Gerstenberg replied in the affirmative stating that the Corporate Human Resources is very much aware of bringing overall remuneration plans in line with competition.

There ensued a discussion concerning compensation plans and packages at BIC and the lack of stock options which is a very popular kind of incentive compensation in the U.S.A.  Mr. Gerstenberg stated that currently the available remuneration packages would allow to a attract good executives from other companies even without stock options being available.

The chairman called for other business and there being none, the meeting was adjourned at 6:10 p.m.

_____
Philip J. Franks, Secretary


_____
Louis Fernandez, Chairman


_____
Werner Gerstenberg, Director

_____
Jere Goyan, Director

Confidential

**MINUTES OF THE BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**
**BOARD OF DIRECTORS MEETING HELD JULY 6, 1995**
Page 6

_____
Thomas Heil, Director

_____
Claus Rohleder, Director

_____
Gerald C. Wojta, Director

Confidential

BOEH02605564

01 SEP '95  15:16   BI GMBH,B GL PRAXIS/HOSP.AMERIKA                    S.2/3

MINUTES OF THE BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.
BOARD OF DIRECTORS MEETING HELD JULY 6, 1995
Page 6


Thomas Heil, Director
_____

_____
Claus Rohleder, Director


_____
Gerald C. Wojta, Director

Confidential

BOEH02605565

MINUTES OF THE BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.
BOARD OF DIRECTORS MEETING HELD JULY 6, 1995
Page 6


_____

Thomas Heil, Director

_____

Claus Rohleder, Director

_____

Gerald C. Wojta, Director

Confidential

BOEH02605566

Section II

Confidential

BOEH02605567

# B. I. PHARMACEUTICALS, INC.

## GROSS SALES BY PRODUCT
### (net of chargebacks)

Thousands  US $

| Actual August 1995 | Full Year Budget 1995 | | Expectation 1995 | Inc(Dec) over Budget | Budget 1996 | Inc(Dec) over Expectation |
|---|---|---|---|---|---|---|
| **ETHICAL:** | | | | | | |
| 10,501 | 12,999 | Catapres | 14,792 | 14% | 13,531 | -9% |
| 49,171 | 73,300 | Catapres TTS | 72,784 | -1% | 80,000 | 10% |
| 1,552 | 2,400 | Combipres | 2,166 | -10% | 1,831 | -15% |
| 15,601 | 9,800 | Persantine | 17,051 | 74% | 17,500 | 3% |
| 24,916 | 15,720 | Mexitil | 29,400 | 87% | 15,331 | -48% |
| | | Total | | | | |
| 101,741 | 114,219 | Cardiovascular | 136,193 | 19% | 128,193 | -6% |
| | | | | | | |
| 21,316 | 39,397 | Alupent | 29,197 | -26% | 26,802 | -8% |
| 183,190 | 218,595 | Atrovent MDI | 250,000 | 14% | 283,900 | 14% |
| 47,785 | 64,399 | Atrovent Solution | 79,925 | 24% | 112,000 | 40% |
| - | 6,800 | Atrovent Nasal | 13,692 | 101% | 38,300 | 180% |
| - | 38,600 | Combivent | - | | - | |
| 252,291 | 367,791 | Total Pulmonary | 372,814 | 1% | 461,002 | 24% |
| - | - | Nevirapine | - | | 8,388 | - |
| 10,962 | 15,598 | Other Ethical | 15,347 | -2% | 13,080 | -15% |
| 1,659 | 2,858 | Generics - RLI | 2,063 | -28% | 2,370 | 15% |
| - | 609 | Other | - | | 286 | |
| 366,653 | 501,075 | **Ethical Gross Sales** | 526,417 | 5% | 613,319 | 17% |
| | | Less: | | | | |
| 9,972 | 9,952 | Discounts & Returns | 10,353 | 4% | 12,129 | 17% |
| | | Medicaid & Other | | | | |
| 27,857 | 34,500 | Rebates | 40,086 | 16% | 54,358 | 36% |
| | | Net Sales | | | | |
| 328,824 | 456,623 | of Goods - Ethical | 475,978 | 4% | 546,832 | 15% |
| | | Royalty & | | | | |
| 2,863 | 6,584 | Other Income | 6,584 | 0% | 11,896 | 81% |
| 331,687 | 463,207 | **Net Sales - Ethical** | 482,562 | 4% | 558,728 | 16% |
| | | | | | | |
| **SELF MEDICATION:** | | | | | | |
| 23,940 | 43,977 | Net Sales of Goods | 39,896 | -9% | 55,859 | 40% |
| 1,386 | 2,014 | Royalty & Other Income | 2,014 | 0% | 2,334 | 16% |
| | | Total Net Sales - Self | | | | |
| 25,326 | 45,991 | Medication | 41,910 | -9% | 58,193 | 39% |
| | | | | | | |
| | | Total Net Sales - | | | | |
| 357,013 | 509,198 | Company | 524,472 | 3% | 616,921 | 18% |

Confidential

BOEH02605568

# B. I. PHARMACEUTICALS, INC.
## 1996 BUDGET

### ETHICAL GROSS SALES

#### *Ethical Products - Overview*

Health Care Reform

Health care reform continues to be a political subject in the USA, but the heat has gone out of the debate. The Clinton Administration approach and the Democratic party reforms are dead. The Republican controlled Congress is pursuing reform driven by financial concerns to help reduce the Federal deficit rather than any need to improve the system. A number of proposals are currently being considered and there is no doubt some reform will be instituted.

During 1996 and beyond, it is expected that the trend toward managed care will continue, with a corresponding decrease in the number of "fee-for-service" and cash paying patients. The trend will be accentuated by employers "encouraging" their employees to join managed care health plans and by government efforts to persuade Medicare patients to join similar plans.

The result for the pharmaceutical industry will be a steady increase in the percentage of sales that are ultimately controlled by a contract with price rebates/discounts. It is expected that BIPI will pay out in excess of $40M and $50M in public and private rebate payments in 1995 and 1996 respectively.

Current Business

For 1996, the greatest opportunities for the BIPI $R_X$ business is with developing *Atrovent* Nasal Spray sales and maximizing *Atrovent* MDI sales. The greatest threat to the business in the future is the introduction of a generic ipratropium aerosol. Since it is possible that generic ipratropium could be launched in the first quarter 1997, BIPI has pre-empted this possibility through its planned launch of a generic by RLI prior to another generic's entry into the market.

2

Confidential

# B. I. PHARMACEUTICALS, INC.

## *Ethical Products*

The 1996 Budget for ethical Sales is based on the following assumptions.

- *Atrovent* Nasal Spray will be launched in October of 1995.

- No generic ipratropium aerosols will be introduced in 1996.

- *Combivent* Inhalation Aerosol (MDI) will *not* be introduced in 1996.  (See discussion under **MEDICAL**.)

- *Atrovent* Solution will lose its status as a "single source" product in September, 1996.  RLI will launch a generic in July, prior to other generics entering the market in October.

- Nevirapine will be launched by the RLI sales organization in July 1996.  Sales, Cost of Goods, Promotion Expense, Distribution, Clinical, and other products costs will be included within BIPI.

- Generic competition for *Mexitil* will increase.

## <u>Key Ethical Products</u>

| <u>Millions (M)</u> | Expectation 1995 | Budget 1996 | % Increase |
|---|---|---|---|
| Atrovent MDI | 250.0 | 283.9 | 14% |
| Atrovent Solution | 79.9 | 112.0 | 40% |
| Catapres-TTS | 72.8 | 80.0 | 10% |
| Atrovent Nasal | <u>13.7</u> | <u>38.3</u> | 180% |
| Sub-Total | <u>416.4</u> | <u>514.2</u> | |
| | | | |
| % of Total Ethical Gross Sales | <u>79%</u> | <u>84%</u> | |

3

Confidential

BOEH02605570

# B. I. PHARMACEUTICALS, INC.

<u>All Amounts in Millions of U.S.$</u>

### *Ethical Products (continued)*

*Atrovent* MDI will continue to grow, and represents 46% of total sales in 1996. The release of the American Thoracic Society treatment guidelines on COPD, in which *Atrovent* is favorably positioned, will positively influence sales in the same way the New England Journal of Medicine review did in 1993-1994. *Atrovent* MDI will lay the foundation for *Combivent* MDI -- which will be launched in early 1997. To achieve the sales objective, 35% of field effort and 45% of Direct Promotion expenditure will be devoted to *Atrovent* MDI.

*Atrovent* Solution, even though it will lose exclusivity in September, will be the second largest, single product in the range with 18% of sales. These sales will be achieved with limited promotion. Combined, the solution and MDI product will account for 64% of the Company's sales in 1996.

*Catapres-TTS* sales growth of 10% in 1996 will be generated by dedicating 25% of the total field force effort and continued promotional expenditures for samples and other forms of direct promotion. These figures reflect the careful targeting of current and potential prescribers of the product.

*Atrovent* Nasal Spray, assuming it is launched in October 1995, will contribute 6.35% of sales in 1996. The product will be promoted solely by BIPI.

No other product forecast contributes more than 5% of sales in 1996.

4

Confidential

BOEH02605571

# B. I. PHARMACEUTICALS, INC.

### *Ethical Products (continued)*

#### Other Product Sales

*Mexitil* will contribute 5.6% of total sales in 1995. Due to the <u>lack</u> of multiple generics following the patent expiration in May 1995, sales in 1995 will be much higher than originally budgeted. Assuming generic erosion in 1996, sales are forecast at $15.3M or 2.5% of sales.

It does appear that the generic erosion rate for multi-source products (*Catapres*, *Alupent* Solution/Tablets, *Persantine*) may be slowing down. This is somewhat surprising in view of the very active generic substitution campaigns undertaken by retail pharmacists, PBMs, and HMOs.

While the rate of decline may have slowed, there is, nonetheless, still a decline. In 1996, products that will have generic competition for the whole year will contribute less than 10% of total forecast sales. No promotion will be undertaken for these products, e.g., *Catapres* tablets, *Combipres*, *Alupent* Tablets, Syrup, Inhalant Solution, *Persantine*, *Respbid* and *Mexitil*.

*Serentil* will continue with the same level in forecast sales. An in-depth review of a possible co-promotion arrangement with Scios-Nova concluded that the sales increase obtained from such an arrangement would not be sufficient to justify co-promotion.

*Nevirapine* is on an FDA fast track review. This would allow temporary approval of the product while final studies are performed. NDA submissions will be at the end of 1995, with anticipated temporary approval for launch in July.

#### OPINA COMPARISON

The Budget 1996 Ethical Net Sales of $536.5M are 136% of the 1996 OPINA target of $395.0M.

5

BOEH02605572

# B.I. PHARMACEUTICALS, INC.
## 1996 BUDGET

### SELF MEDICATION

When BIPI assumed marketing responsibility for Ginsana® in January 1995, factory sales had declined to a steady rate of $2 million per month versus the $3.3 million monthly level originally budgeted for 1995 based on SunSource expectations. By June-July-August 1995, sales had increased to the $3 million monthly level, through a 60-count bonus pack promotion, new retail distribution of the larger size, and an improved advertising program. Ginsana® sales are expected to end the year at $32 million. The launch of Ginkoba™, a licensed ginkgo biloba capsule, will add at least $2.5 million in sales, and seems likely to exceed that figure.

Pharmaton sales in 1996 include sales for Ginsana® ($38.4M) and Ginkoba™ ($13.3M). Ginsana® sales will benefit from a dedicated field force and the switch from radio to TV advertising. Ginkoba™ sales (launched in 1995) reflect the remainder of the pipeline stocking, along with our anticipated sales base for the product. Also included are sales to Ciba-Geigy for Dulcolax® of $5.2M. In 1996, we will have discontinued the manufacture and sale of Nostril of Ciba-Geigy as BIPI released the production rights to Ciba Consumer Products, allowing them to purchase their requirements from other sources.

Standard Cost of Sales is $4.3M above the 1995 Expectation due to a sales volume increase, partially offset by lower unit costs. Favorable rate variances are the result of lower operating cost of the BIPI Production facility. The 1995 Expectation and the 1996 Budget reflect the free Ginsana® capsules (package includes 60 for the price of 50) that Pharmaton has agreed to provide BIPI.

In 1995, distribution, commissions and consulting fees are paid to SunSource in compensation for their part in selling the Pharmaton products. In 1996, the total responsibility for sales and distribution shift to BIPI. We will add our own sales force and marketing and advertising will be increased significantly. Additional spending in Consumer Media and Consumer Promotion is needed to advance sales in the marketplace. The Media increase is mostly in support of the shift from radio to TV advertising. In addition, the cost of Towne-Oller audit data for market research has been added to the budget. This had previously been paid for by SunSource.

6

Confidential

Recent consumer research indicates that the high price of Ginsana® may be inhibiting sales.  In the short-term, added on-pack rebate and coupon offers will help; further analysis will determine whether additional measures (including price reduction) are necessary.

The potential purchase of the SunSource products, Rejuvex and Garlique, are not included in this budget.  Anticipated sales of these products are $20.0M, with a $3.7M Contribution IA.

6a

Confidential

BOEH02605574

# B. I. PHARMACEUTICALS, INC.

## OTHER / ROYALTY INCOME

Thousands US $

| August 1995 Budget | Actual | | Budget 1995 | Expectation 1995 | Budget 1996 |
|---|---|---|---|---|---|
| **ETHICAL:** | | | | | |
| - | - | **OTHER INCOME:** Monopril | 2,185 | 2,185 | 1,748 |
| 1,159 | 628 | Third Party Contract | 1,617 | 493 | 3,594 |
| 1,159 | 628 | **TOTAL OTHER INCOME** | 3,802 | 2,678 | 5,342 |
| 1,667 | 2,116 | **ROYALTY:** Persantine I V - DuPont | 2,500 | 3,088 | 2,750 |
| 188 | 119 | Combivent | 282 | 282 | 282 |
| - | - | Generics - RLI | - | 440 | 3,522 |
| - | - | Other | - | 96 | |
| 1,855 | 2,235 | **TOTAL ROYALTY INCOME** | 2,782 | 3,906 | 6,554 |
| 3,014 | 2,863 | **TOTAL ETHICAL** | 6,584 | 6,584 | 11,896 |
| **SELF MEDICATION:** | | | | | |
| 1,265 | 1,386 | **ROYALTY & OTHER:** Dulcolax - Ciba-Geigy | 2,014 | 2,014 | 2,334 |
| 4,279 | 4,249 | **TOTAL COMPANY** | 8,598 | 8,598 | 14,230 |

**COMMENTS:**
   Other income includes residual payments from the Monopril co-promotion.
Third Party work is for MGI, TIMERX and Interneuron Pharmaceuticals Inc. (IPI).
IPI's product, Dexfenfluramine, will generate $2.9M of revenue in 1996.
In total, third party work has a net contribution of 23%.
   Royalty income from DuPont and Ciba-Geigy continues to be generated
from the sales of Persantine IV and Dulcolax. Combivent (sold internationally by
B.I.) and generics sold by RLI are all revenues from B.I. affiliated companies.

Confidential

BOEH02605575

# B. I. PHARMACEUTICALS, INC.

## STATEMENT OF INCOME

**(Presentation Basis - FSII/German GAAP)**

Thousands U.S.$

| August 1995 Budget | Actual | | Budget 1995 | Expectation 1995 | Budget 1996 |
|---|---|---|---|---|---|
| 330,060 | 357,013 | Net Sales | 509,198 | 524,472 | 616,921 |
| 72,126 | 76,492 | Standard Cost of Goods Sold * | 110,308 | 115,678 | 132,050 |
| 33,796 | 37,885 | Royalties | 51,205 | 55,070 | 65,034 |
| 80,604 | 63,820 | Marketing & Advertising | 117,817 | 106,635 | 135,542 |
| - | - | R & D - National | - | 840 | 1,463 |
| 3,755 | 4,248 | Medical - National | 6,279 | 7,428 | 7,029 |
| 12,351 | 11,309 | Administration | 18,538 | 17,556 | 17,279 |
| 10,107 | 9,917 | Distribution | 15,159 | 16,723 | 16,178 |
| 6,325 | 10,606 | Other | 9,620 | 9,887 | 14,369 |
| 110,996 | 142,736 | Contribution III | 180,272 | 194,655 | 227,977 |
| 38,019 | 43,013 | Medical - International | 62,716 | 74,290 | 70,660 |
| 67,367 | 59,585 | Research & Development | 101,401 | 94,831 | 103,052 |
| - | 12,000 | Other - International | - | 29,100 | 350 |
| 5,610 | 28,138 | Operating Income (Loss) | 16,155 | (3,566) | 53,915 |
| (3,910) | (3,238) | Financial Income (Expense) | (5,865) | (2,623) | 10,503 |
| - | - | Holding Income (Expense) | - | - | 50,000 |
| 1,700 | 24,900 | Profit (Loss) Before Tax | 10,290 | (6,189) | 114,418 |
| 5,875 | 2,142 | Income Tax | 8,812 | 6,051 | 21,000 |
| (4,175) | 22,758 | Net Income (Loss) After Tax | 1,478 | (12,240) | 93,418 |

* Adjusted for effects of Section 936 pricing.  Section 936 pricing restated to 1992 levels.
  The net effect is additional income of $891 in the 1995 Expectation

8

Confidential

BOEH02605576

# B. I. PHARMACEUTICALS, INC.
## INCOME STATEMENT

## COST OF SALES

### Standard Cost of Sales

Ethical Standard Cost of Sales as a percentage of net sales is 20.2% in 1995 and 19.6% in the 1996 Budget. Production cost is projected to decline 3.4% from the 1995 Expectation as a result of reduced operating costs now below 1995 levels in the areas of headcount and support services. The purchase price of aerosols in 1996 will be below 1995 prices based on the current supply agreement that has been negotiated between BIPI and 3M. The annual estimated reduction in aerosol cost is $2.0M. BIPI and Sandoz have reached an agreement that will double the cost of Serentil in order to maintain a steady supply of the product, adding $1.3M to the Cost of Sales. Contribution I of *Serentil* will be at 68%.

## SALES AND MARKETING - ETHICAL

Overall, Sales and Marketing expenditures will total $110.0M or 17.9% of Gross Sales in 1996.

### Direct Promotion

The focus of spending will be on our top products which comprise 83% of the Direct Promotion budget. The key product will be Atrovent MDI, with spending of $15.2M. In 1996, we will initiate a COPD awareness promotion at a cost of $5.4M. The goal is to optimize sales and expand the COPD market which will be the foundation for Combivent sales. The Combivent launch is expected in early 1997, and promotional spending will be $1.8M. Due to the recent launch, Atrovent Nasal promotional spending will increase 75% to $13.0M. Catapres-TTS will be supported by $4.1M in direct promotion.

The promotional spending will be divided between several categories, the more significant of which will be samples ($12.2M) and journal advertising space ($8.1M). Other promotion will be associated with Nevirapine for an Indigent Patient Program (free goods) ($1.7M), and Tamsulosin for the Phase IIIB/IV trials ($1.7M).

9

Confidential

# B. I. PHARMACEUTICALS, INC.

## SALES AND MARKETING - ETHICAL (continued)

### General Promotion and Field Force

General Promotion and Field Force will increase 7.7% ($5.0M) over Expectation 1995. Of this increase, Personnel Cost represents $1.8M. This is a combination of merit increases and the filling of several positions open from 1995. Other significant increases are in the travel-related and training areas for the roll-out of the new ETMS System scheduled for the second half of 1996. The new system will require training of the field force on both Windows and ETMS. Outside Services reflects an increase over Expectation due to the costs associated with Drug Distribution Data. This cost is partially driven by sales volume and sales of the promoted products have increased by 21.4%. Marketing will also begin receiving data on the therapeutic class associated with Atrovent Nasal. Requested services have also increased by $1.6M, mainly from space and warehouse storage charges, along with increased projects with I.S.

### IDLE PLANT, VARIANCES, AND OTHER INCOME/EXPENSE

The 1996 Budget Cost of Idle Capacity represents $2.0M in under-utilization of the production equipment in the Plant. In addition, the Cost of Idle Capacity represents $.4M in OPINA-related cost.

The 1996 Budget incorporates the 1995 Expectation variances in the standard unit cost. The 1996 planned variance of $1.7M represents $.9M in adjustments to the expense budgets and $.8M in the delivery price for the Nevirapine active ingredients which were identified after the standard cost was finalized.

Included in Other Income/Expense are costs associated with general litigation reserves, loss on disposal of fixed assets, inventory write-offs, and revaluations. New in 1996 is the anticipated $2.0M milestone payment to Yamanouchi which will coincide with the Tamsulosin NDA filing.

10

Confidential

BOEH02605578

# B. I. PHARMACEUTICALS, INC.

## OTHER INCOME/EXPENSE - INTERNATIONAL

Included in the 1995 Expectation are costs associated with OPINA and Sunsource agreement changes.  The $15.9M separation and related costs and an additional $10.0M depreciation charge for the excess plant capacity after 1999 are related to the OPINA Project.  The discontinuance of Sunsource as our distribution agent and subsequent termination agreement has led to a $3.2M charge. This expense was a negotiated settlement based upon 1995 sales performance of our Pharmaton products.

## FINANCIAL INCOME

The Financial Income results from the positive cash balance derived from the $200+M equity infusion from BIC.

## HOLDING INCOME

A final dividend of $50.0M is projected from Bilchem Ltd. as a result of the company shutdown.

## INCOME TAXES

Income Taxes reflect a 10% Puerto Rico tollgate tax of $5.0M, projected state income tax of $4.0M, and Federal Income Tax of $12.0M.  The Federal Income Tax is based upon a regular tax rate of 35%, reduced by a Research Tax Credit down to a 20% effective tax level.

11

Confidential

BOEH02605579

# B. I. PHARMACEUTICALS, INC.

## STATEMENT OF INCOME - Self Medication

Thousands U.S.$

| August 1995 Budget | August 1995 Actual | | Budget 1995 | Expectation 1995 | Budget 1996 |
|---|---|---|---|---|---|
| 26,665 | 20,419 | Pharmaton | 40,000 | 34,522 | 51,650 |
| 3,199 | 3,521 | Ciba-Geigy | 4,777 | 5,719 | 5,242 |
| 29,864 | 23,940 | **Gross Sales - SM** | 44,777 | 40,241 | 56,892 |
| 33 | 23 | Less: Discounts | 800 | 345 | 1,033 |
| 29,831 | 23,917 | Net Sales of Goods | 43,977 | 39,896 | 55,859 |
| 1,265 | 1,386 | Royalty Income | 2,014 | 2,014 | 2,334 |
| 31,096 | 25,303 | **Total Net Sales - Self Medication** | 45,991 | 41,910 | 58,193 |
| 14,951 | 12,202 | Cost of Goods Sold | 22,836 | 20,289 | 24,634 |
| 1,151 | 1,246 | Royalties | 1,726 | 1,726 | 2,122 |
| 9,254 | 6,216 | Marketing & Advertising | 13,881 | 14,342 | 26,702 |
| 3,270 | 2,732 | Distribution | 4,800 | 4,465 | 2,658 |
| 13 | 1,336 | Other | (20) | (189) | - |
| 2,457 | 1,571 | Contribution III | 2,768 | 1,277 | 2,077 |

12

Confidential

BOEH02605580

# B. I. PHARMACEUTICALS, INC.

## COSTS FOR R & D AND MEDICAL

Thousands US $

| August 95 Budget | Actual | | Budget 1995 | Expectation 1995 | Budget 1996 |
|---|---|---|---|---|---|
| | | **National Expense** | | | |
| - | - | R & D Costs | - | 840 | 1,463 |
| 3,755 | 4,248 | Medical | 6,279 | 7,428 | 7,029 |
| 3,755 | 4,248 | **Total - National** | 6,279 | 8,268 | 8,492 |
| | | **International Expenses** | | | |
| 38,019 | 43,013 | Medical | 62,716 | 74,290 | 70,660 |
| 58,299 | 51,656 | R & D Costs | 88,401 | 81,831 | 89,782 |
| 9,068 | 7,929 | R & D Bio - Mega @ 80% | 13,000 | 13,000 | 13,270 |
| 105,386 | 102,598 | **Total Intrn'l Expenses** | 164,117 | 169,121 | 173,712 |
| 109,141 | 106,846 | **TOTAL MEDICAL & R & D COSTS** | 170,396 | 177,389 | 182,204 |
| 33.07% | 29.93% | **As a % of Net Sales** | 33.46% | 33.82% | 29.53% |

Confidential

BOEH02605581

# B. I. PHARMACEUTICALS, INC.

## MEDICAL AND R&D

### MEDICAL/DRUG REGULATORY AFFAIRS

The 1996 Medical/Drug Regulatory Affairs budget totals $77.7M. The changes from the 1995 Expectation to the 1996 Budget reflect increased costs associated with the rise in the number of active centers and patients planned for 1996 (9,922 patients) as compared to 1995 (5,175 patients). Also, the number of IND and NDA's being planned for 1996 doubles the activity of 1995. For comparison, it is important to look at the Expectation, net of Tamsulosin, or $70.7M. The $11.0M currently anticipated for Phase III development expense for the Tamsulosin project with Yamanouchi was not budgeted in 1995.

Some of the major programs being supported are Telmisartan, Cerestat, Tiotropium, Atrovent Nasal (including .12% in Perennial Rhinitis), as well as the Enlimomab and Viramune programs. We are also scheduling resources and grants for the BIBU, BIMT17, and DAU programs.

In addition to these and other ongoing projects, costs have been included for the compilation of existing international substance databases for Atrovent and Combivent. These databases will be used to provide quick access to answer unexpected safety questions. In addition, there are CRO costs for the continued maintenance of the Tamsulosin database.

The 1996 Budget was prepared based upon the assumption that projects would be conducted as planned. It should be noted that no costs have been budgeted in 1996 for the Tamsulosin license agreement or Bisolvon clinical supplies.

14

Confidential

BOEH02605582