# Exhibit 28

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

MAY 17 '96 14:49                                                    PAGE.001

                              Electronic Mail
     From: Nat_Sales_Director    Date: 05/17/96       Priority: Normal

     To:  1: All RDs         4: Managed HC Svcs    Copy: 1: Ext Cust Service
          2: All DMs         5:                          2: Int Cust Service
          3: All Reps        6:                          3: Human Resources

     Subject: Atrovent (I.B.) Solution            To Be Sent: Yes
     Confirm: No                                  Files Attached: No
     ═══════════════════════════════════════════════════════════════════════

     ************************ SALES BULLETIN 96:90 ***************************

     As you may be aware, Roxane's promotion of I.B. Solution will start on 3 June
     1996.  They have been busy this month signing up as many Home Health Care
     accounts as possible.  Currently, they have over 50 large orders in-house,
     ready to ship.

     Just so you are clear on sales commissions:  if Roxane's ipratropium bromide
     is sold, or if an Atrovent Solution is sold, you get credit for it.  It is in
     the corporation's best interest to shift business to Roxane, as quickly as
     possible.

     From an activity standpoint, you are to continue calling on Emergency
     Departments, PUDs, ALLs, and high volume PCPs to influence their prescribing.
     However, distribution channel work (wholesalers, retailers, special projects,
     Home Health Care, etc.) is to stop as of 3 June 1996.

     No samples will be available of Atrovent Solution, although the occasional
     PCTP request will still be honored.

     The higher the Rxing, the more money in the corporation's pocket, and the
     better you will do in the President's Club standings.  This is the last push
     for ipratropium bromide solution, so make your sales calls count.  Your
     cooperation is expected and appreciated.

     Regards,
     Jim King

     cc:  Jerry Hart

CONFIDENTIAL ATTORNEYS' EYES ONLY
ROX TX - 17837

** TOTAL PAGE.001 **

RLI-AWP-00319059
ROX056-1237     FL