# Exhibit 29

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

 **Boehringer Ingelheim**

### Inter-office memorandum

| | | | |
|---|---|---|---|
| **To:** | Field Sales Force | **Date:** | February 6, 1998 |
| **From:** | Jim King | | |
| **CC:** | Shelly Berkle, Ed Tupa (RLI), Judy Waterer (RLI) | | |
| **Subject:** | *Roxane Labs Isoetharine* | | |

### SALES BULLETIN 98:17

Our sister company, Roxane Labs, has developed, filed the ANDA, and received approval for marketing isoetharine multi-dose solution.

The brand name "Bronkosol" was discontinued about 18 months ago as Sanofi-Winthrop could not find a reliable and consistent supply of raw material. This problem has been solved by Roxane Labs and they are able to produce a consistent quality product.

The market share for isoetharine solution is small, but there is a cadre of patients and doctors who still use it or would if they could get a supply.

As part of the Business Unit's desire to provide a fuller respiratory line, I have committed to assist Roxane Labs in the introduction of their product.

Here is what I would like you to do:

You will receive 50 packets of isoetharine information to coincide with their launch on 15 February. I would like you, in the course of your regular work day, to drop these packets off in pulmonary and allergy offices. When you are in hospitals, and the opportunity presents itself, a packet should be left with respiratory therapy and in pulmonary departments.

You do **not** have to sell isoetharine, just notify physicians with high prescribing potential that this product is available again.

Thank you very much for your anticipated cooperation.

Regards,

D0107322
RLI-AWP-00334289
ROX057-7596    F

Jim King
Sales/Bull9817/eg

D0107323
RLI-AWP-00334290
ROX057-7597    L