# Exhibit 31

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

DEPOSITION EXHIBIT
Kutner 001
12/9/08
Rich Germosen, CSR, CSR-R, RPR, CRR

# Trade Relations Structure

- **Trade Relations has 8 National Account Managers Responsible for**
  - Brand RLI Products
  - Brand BIPI Products
  - Multisource Products

- **National Account Managers Responsible for**
  - Warehousing and Non-Warehousing Chains
  - Wholesalers and Distributors
  - Top National Buying Groups

Org chart:

- R. Feldman — Executive Director Trade Relations
  - B. Sykora — Director National Accounts
    - C. Carr-Hall
    - D. Gordon
    - D. Kutner
    - A. Tavolaro
    - M. Doan
    - P. Hawthorne
    - S. Snyder
    - T. Via

7/6/2000 10:56:43 AM

Boehringer Ingelheim Roxane Laboratories

D0099548
RLI-AWP-00449392
ROX074-1885