# Exhibit 36

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

```
            SUPERIOR COURT
    DOCKET NO. X07 CV-03-0083296-S (CLD)


STATE OF CONNECTICUT,        )
                             )
         Plaintiff,          )
                             ) COMPLEX LITIGATION
    vs.                      )
                             ) DOCKET at TOLLAND
DEY, INC., ROXANE            )
LABORATORIES, INC., WARRICK  )
PHARMACEUTICALS CORP.,       )
SCHERING-PLOUGH CORP. and    )
SCHERING CORPORATION,        )
                             )
         Defendants.         )
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _)
```

ROBERT CHRISTOPHER SYKORA

Deposition of ROBERT CHRISTOPHER SYKORA, taken on behalf of the Plaintiff, at the Hampton Inn, 1135 Lakes Parkway, Lawrenceville, Georgia, commencing on November 2, 2005, at 9:17 a.m., before Joyce E. Harrison, Certified Court Reporter and Registered Professional Reporter.

```
              ANDERSON REPORTING SERVICES, INC.
              3242 West Henderson Road, Suite A
                  Columbus, Ohio 43220
                    (614)327-0177
                  Fax (614)327-0214
```

Page 22

1  Distribution, who was your next employer?
2      A.   Boehringer Ingelheim.
3      Q.   And when were you hired by Boehringer
4  Ingelheim?
5      A.   December 1997.
6      Q.   And do you remain an employee of
7  Boehringer Ingelheim today?
8      A.   I do not.
9      Q.   Who's your current employer?
10     A.   Stiefel Laboratories.
11         (A discussion was held off the record.)
12     Q.   Okay, Bob, we just got to the point of, I
13 believe, December of 1997, and you indicated at that
14 point you became an employee of Boehringer Ingelheim;
15 correct?
16     A.   Correct.
17     Q.   How long did you remain employed by
18 Boehringer Ingelheim?
19     A.   Through January 2003.
20     Q.   And at any point during that time period
21 were you an employee of Roxane Laboratories?
22     A.   Technically I was never an employee of
23 Roxane Laboratories.  I was an employee of Boehringer
24 Ingelheim but I worked for Roxane Laboratories for
25 three of the four years I was with Ingelheim.  I

Page 23

1  represented Roxane Laboratories.
2      Q.   And when you say you represented Roxane
3  Laboratories, do you mean you represented their
4  products?
5      A.   Yes.
6      Q.   Which were -- those products would have
7  been generic products at that time; correct?
8      A.   Generic products and brand products.
9      Q.   What was an example of a brand product
10 that Roxane had during that time period?
11     A.   Viramune.
12     Q.   What was Viramune for?
13     A.   AIDS and HIV.
14     Q.   Was that co-marketed with Boehringer
15 Ingelheim?
16     A.   No.
17     Q.   It was solely marketed through Roxane?
18     A.   Correct.
19     Q.   And you mentioned you stayed with
20 Boehringer Ingelheim through January 2003; correct?
21     A.   Correct.
22     Q.   Who was your next employer following your
23 stay with Boehringer Ingelheim?
24     A.   Stiefel Laboratories.
25     Q.   Spell that, please.

Page 24

1      A.   S-t-i-e-f-e-l.
2      Q.   And is Stiefel Laboratories related, as
3  far as corporate -- have a corporate relationship
4  with Boehringer Ingelheim?
5      A.   They do not.
6      Q.   It's a separate company as far as you
7  know?
8      A.   It is.
9      Q.   And what's your current title with Stiefel
10 Laboratories?
11     A.   Vice president sales and marketing.
12     Q.   Congratulations.
13         And you're based here in Georgia; correct?
14     A.   That's correct.
15     Q.   And are you based in Suwanee, Georgia?
16     A.   Duluth, Georgia.
17     Q.   Duluth.
18         Are there any other former Roxane or
19 Boehringer Ingelheim employees with whom you worked
20 during your stint at Boehringer Ingelheim that also
21 work for Stiefel Labs that you're aware of?
22     A.   Not that I'm aware.
23     Q.   Were there any at the time that you first
24 came over to Stiefel Labs?
25     A.   No.

Page 25

1      Q.   Is Stiefel Labs in the generic
2  multi-source business?  Do they manufacture generic
3  multi-source products?
4      A.   They do.
5      Q.   Do they manufacture brand products as
6  well?
7      A.   They do.
8      Q.   What are some of their more well-known
9  products?
10     A.   Brand Duac.  Generic griseofulvin.
11     Q.   What's Duac for?
12     A.   Acne.
13     Q.   And then the generic that you just
14 mentioned, what's that for?
15     A.   Fungal infections.
16     Q.   Okay.  Well, let's go back to the time
17 period of December 1997 when you first started
18 working with Boehringer Ingelheim.  What was your
19 first position with Boehringer Ingelheim?
20     A.   Director national accounts.
21     Q.   And how long did you stay in that
22 position?
23     A.   Three years.
24     Q.   And then what was your next position with
25 Boehringer Ingelheim?

Page 26

1    A.   Executive director managed care.
2    Q.   And how long did you stay in that
3  position?
4    A.   Two years.
5    Q.   And then did you move to another position
6  with Boehringer Ingelheim?
7    A.   I moved to Stiefel Laboratories.
8    Q.   Let's just focus first on your three-year
9  stint as a director of national accounts with
10 Boehringer Ingelheim, okay?
11   A.   Okay.
12   Q.   Who did you report to during that time
13 period?
14   A.   Richard Feldman.
15   Q.   Was Chris Boneham still with Boehringer
16 Ingelheim at that time?
17   A.   He was.
18   Q.   And what was his title?
19   A.   Something with key accounts.
20   Q.   He was not a director of national accounts
21 at that point; correct?
22   A.   He was not director of national accounts,
23 correct.
24   Q.   And you reported to Richard Feldman.  Do
25 you know who Richard Feldman reported to during that

Page 27

1  time period?
2    A.   Part of the time, Ed Tupa, part of the
3  time, Mike Leonetti.
4    Q.   And were you assigned a particular region
5  during your time period as a director of national
6  accounts?
7    A.   No.
8    Q.   What were your responsibilities as far as
9  who did you call on during that time period?
10   A.   I didn't call on anybody.  I had a sales
11 force.
12   Q.   Who was in your sales force during that
13 time period?
14   A.   National account managers.
15   Q.   And how many national account managers
16 were there?
17   A.   Six.
18   Q.   And who were they?
19   A.   Names?
20   Q.   Yes.
21   A.   Tom Via, V-i-a, Dawn Gordon, Penny
22 Hawthorne, an E at the end.  Steve Snyder,
23 S-n-y-d-e-r.  Colin Carr-Hall, hyphenated,
24 C-a-r-r-H-a-l-l.  Later on Anthony Tavalaro and Mike
25 Doan, D-o-a-n.  Tavalaro is T-a-v-a-l-a-r-o.

Page 28

1    Q.   And the individuals that you just named as
2  your national account managers, did they report
3  directly to you?
4    A.   They did.
5    Q.   Okay.  So what were your job
6  responsibilities during this 1997 to 2000 time period
7  when you were the director of national accounts
8  for -- was it for Boehringer Ingelheim; is that
9  correct?
10   A.   The first three years was for -- I was a
11 Boehringer employee but my oversight was Roxane Labs.
12   Q.   Okay.  Let's focus on that time.  What
13 were your job responsibilities during that time
14 period?
15   A.   Oversight and supervision of the national
16 account managers.
17   Q.   Any other responsibilities?
18   A.   That was enough.
19   Q.   That kept you busy?
20   A.   Yes.
21   Q.   With respect to oversight and supervision
22 of these national account managers, what did that
23 entail?  What did you do to perform that function?
24   A.   Interact with them, talk to them, answer
25 questions, identify opportunities, review customers

Page 29

1  and accounts.
2    Q.   Did you travel with them to their
3  customers occasionally?
4    A.   Yes.
5    Q.   How often would you do that?
6    A.   It would vary.  Maybe once a week.  It may
7  be not for several months.
8    Q.   Were you involved at all in contract
9  negotiations?
10   A.   Contract negotiations, yes.
11   Q.   And what was your involvement with respect
12 to contract negotiations during that time period?
13   A.   Face to face interaction between the
14 customer and the national account manager.  I would
15 often give advice, suggestions as to how that
16 interaction should occur.
17   Q.   And would you give that advice to your
18 national account managers?
19   A.   That's correct.
20   Q.   Okay.  Would you also have face-to-face
21 meetings or opportunities with the customers
22 themselves?
23   A.   Occasionally.
24   Q.   What customers do you recall having
25 face-to-face interaction with during that three-year