# Exhibit 37

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

Michael  Doan         HIGHLY CONFIDENTIAL      December 2, 2005
                              Duluth, GA

Page 1

Docket No. X07 CV-03-0083296-S (CLD):


STATE OF CONNECTICUT            :


vs.                             :


DEY, INC., ROXANE LABORATORIES, :

INC., WARRICK PHARMACEUTICALS

CORP., SCHERING-PLOUGH CORP.    :

and SCHERING CORPORATION        :

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

           Deposition of MICHAEL DOAN

         (Taken by State of Connecticut)

               Duluth, Georgia

               December 2, 2005



       Deposition of MICHAEL DOAN, taken by State

of Connecticut, at 3550 Venture Parkway, Duluth,

Georgia, on the 2nd day of December, 2005 at 9:00

a.m., before Kendra R. Bridges, Registered

Professional Reporter and Notary Public. B-2194

e6e63caf-19be-4062-bc01-e7f81f7871b4

Michael Doan                HIGHLY CONFIDENTIAL        December 2, 2005
                                Duluth, GA

Page 2

1  APPEARANCES OF COUNSEL:
2
3  For State of Connecticut:
4  JEFFREY S. GOLDENBERG, Esq.
5  Murdock Goldenberg Schneider & Groh, LPA
6  35 East Seventh Street, Suite 600
7  Cincinnati, Ohio  45202-2446
8  513-345-8297
9  513-345-8294
10 jgoldenberg@mgsglaw.com
11
12 For Roxane Laboratories, Inc.:
13 PAUL J. COVAL, Esq.
14 Vorys, Sater, Seymour & Pease, LLP
15 52 East Gay Street
16 P.O.Box 1008
17 Columbus, Ohio 43216
18 614-464-5635
19 614-719-4674
20 pjcoval@vssp.com
21
22

Michael Doan        HIGHLY CONFIDENTIAL     December 2, 2005
Duluth, GA

Page 43

1      A.    Yes.

2      Q.    What's your recollection of that product as
3 to who was the manufacturer of that?

4      A.    Roxane.

5      Q.    And what was Roxicodone used for?

6      A.    Pain management.

7      Q.    Was it -- is it your understanding that it
8 was similar to like, morphine?

9      MR. COVAL: Objection; form.

10     Q.    (By Mr. Goldenberg) If you know?

11     A.    I don't know.

12     Q.    Do you recall attending any meetings where
13 -- sales meetings where that was -- Roxicodone was a
14 topic of the meeting?

15     A.    No.

16     Q.    Do you recall any particular products being
17 a topic at a sales meeting?

18     A.    No.

19     Q.    So during this time period when you were a
20 regional account manager with Roxane, so we're
21 talking the 2000, 2001 time period, what -- how would
22 you define your actual job responsibilities?

Page 44

1    A.   I called on the customers mentioned to try
2    and sell Multi-Source and also made sure the branded
3    products -- any business issues with the branded
4    products were addressed.
5    Q.   Was there a time period with Roxane that
6    you, then, had joint responsibility for some branded
7    products at BIPI?
8    A.   Yes.
9    Q.   Do you have a recollection of what those
10   branded products were?
11        MR. COVAL:  When he was with Roxane, you
12   mean?
13        MR. GOLDENBERG:  Yeah.
14   Q.   (By Mr. Goldenberg)  That you had
15   responsibility for.  My question is:  Do you have a
16   recollection of what the branded products were that
17   you had a responsibility for during this time period
18   with Roxane?
19   A.   I don't recall.
20   Q.   Was Oramorph one of the products that you
21   had responsibility for?
22   A.   Yes.