# Exhibit 38

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

Anthony Tavolaro    HIGHLY CONFIDENTIAL  November 22, 2005
Providence, RI

Page 1

#X07 CV-03-0083296-S (CLD)     SUPERIOR COURT


                              COMPLEX LITIGATION

                              DOCKET at TOLLAND

     _____

     STATE OF CONNECTICUT,          )

              Plaintiffs,           )

                 vs.                )

     DEY, INC., ROXANE              )

     LABORATORIES, INC., WARRICK    )

     PHARMACEUTICALS CORP.,         )

     SCHERING-PLOUGH CORP., and     )

     SCHERING CORPORATION           )

              Defendants.           )

     _____)


                   DEPOSITION OF ANTHONY TAVOLARO

                    TUESDAY, 22 NOVEMBER, 2005

                           9:11 AM

29ff83d9-2328-4b0a-82d1-adead7899c04

Anthony Tavolaro   HIGHLY CONFIDENTIAL  November 22, 2005
Providence, RI

Page 2

1              DEPOSITION of ANTHONY TAVOLARO,

2    called as a witness by and on behalf of the

3    Plaintiff, pursuant to the applicable provisions of

4    the Connecticut Rules of Civil Procedure, before P.

5    Jodi Ohnemus, Notary Public, Certified Shorthand

6    Reporter, Certified Realtime Reporter, and

7    Registered Merit Reporter, within and for the

8    Commonwealth of Massachusetts, at the Courtyard

9    Marriott, 32 Exchange Terrace, Providence, Rhode

10   Island, on Tuesday, 22 November, 2005, commencing

11   at 9:11 a.m.

12

13

14

15

16

17

18

19

20

21

22

29ff83d9-2328-4b0a-82d1-adead7899c04

Anthony Tavolaro    HIGHLY CONFIDENTIAL   November 22, 2005
Providence, RI

Page 57

1      A.     Bob Sykora.

2      Q.     And do you know who Bob reported to?

3      A.     Richard Feldman.

4      Q.     And do you recall an individual named Ed

5  Tupa at any time during your time period with

6  Roxane?

7      A.     No, I've heard the name, but he was no

8  longer at the company when I got there.

9      Q.     And was it your -- do you have an

10 understanding as to whether Richard Feldman took Ed

11 Tupa's position?

12     A.     I don't -- I don't know one way or the

13 other, no.  That was -- intuitively, that's not

14 what I understood, no.  I think Tupa was, like,

15 president at Roxane or something at some point.  I

16 don't know.

17     Q.     Who else were national account managers

18 when you started in March of '99?

19     A.     We had a pretty large group.  We had Dawn

20 Gordon; Tom Via, Colin Carr-Hall, Debbie Kutner,

21 Steve Snyder, and myself when I started, and I

22 think there was one other position that was filled

29ff83d9-2328-4b0a-82d1-adead7899c04

Anthony Tavolaro    HIGHLY CONFIDENTIAL   November 22, 2005
Providence, RI

Page 58

1       shortly after, also.

2            Q.    And do you recall who filled that?

3            A.    Yes, that was Mike Doan.   That was the

4       team.

5            Q.    He started after you?

6            A.    Yeah, a couple of weeks after.

7            Q.    Do you recall what his territory was?

8            A.    I don't recall exactly what his territory

9       was.   I'm trying to -- I think it was southeast,

10      but I'm not positive.

11           Q.    And then when you started as -- in your

12      position as national account manager, what were

13      your job responsibilities?

14           A.    Basically, you know, account management.

15      I was, you know, responsible for the Roxane

16      portfolio of products, as well as the Boehringer

17      Ingelheim portfolio, you know, within the assigned

18      territory or the assigned accounts that were

19      defined within that territory, account management,

20      you know, included, you know, service in the

21      accounts providing information on our products, as

22      well as, you know, obviously trying to secure

Henderson Legal Services
(202) 220-4158

29ff83d9-2328-4b0a-82d1-adead7899c04

Anthony Tavolaro   HIGHLY CONFIDENTIAL   November 22, 2005
Providence, RI

Page 59

1    additional multisource business.

2        Q.    And did you have contracting input?

3        A.    Yes.  I mean, from the perspective that,

4    you know, we would -- I would have discussions in

5    negotiations with customers, and I'd make

6    recommendations for, you know, for what I thought,

7    you know, pricing would -- what pricing was

8    required to acquire the business from those

9    particular customers, yes.

10       Q.    And so, in that contracting process, now

11   you're on the other side, essentially, from where

12   you were at CVS.

13       A.    Right.

14       Q.    So, you would get whatever information you

15   could get with respect to an offer that Roxane may

16   be making to a particular customer, and take that

17   input from the customer and send it back up the

18   line through Bob Sykora, is that correct?

19       A.    Yes, either Bob Sykora or the -- I guess

20   we had what we called the contracting group.

21       Q.    And who headed up the contracting group at

22   that time?

29ff83d9-2328-4b0a-82d1-adead7899c04