# Exhibit 41

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

Case 1:01-cv-12257-PBS   Document 6412-42   Filed 08/28/09   Page 2 of 5

Roxane Laboratories, Inc.
Columbus, Ohio 43216

# MEMORANDUM

**TO:** John Powers

**FROM:** Kelli Self

**DATE:** February 18, 1998

**SUBJECT:** PREMIER Bid Analysis

FILE

| | |
|---|---|
| **CUSTOMER:** | PREMIER, Inc.<br>Westchester, IL |
| **CONTRACT NUMBER:** | 9801036(PREMIER)<br>9801037(PREMIER PROVIDER SELECT) |
| **EFFECTIVE DATES:** | 7/1/98-6/30/00(2 year items)<br>7/1/98-6/30/99(1 year items)<br>Dates are the same for both the PREMIER &<br>PREMIER PROVIDER SELECT contracts. |
| **ACTUAL SALES:** | $17,241,458(last 12 months-all divisions combined) |
| **POTENTIAL SALES:** | $ To be determined |
| **GROUP SYNOPSIS:** | PREMIER is Roxane's #1 Customer and our largest National GPO. PREMIER is comprised of 2,004Hospital members, 182 Alternate Care members, and 187 Retail members. The HMO division is handled through the San Diego office. There have been a number of personnel changes and we continue to learn about the corporate structure. |

## CONTRACT ANALYSIS -

**STRENGTHS:**

- Full product line contract.
- Average per member sales is $9,402.
- No dual awards, exception of ORA SR.
- 28 products make-up PREMIER's top 80% of sales and all 28 products fall in our top 10 customer list for those products.
- Average contract gross margin is 47.8%.
- 97 contract sales have increased 50% over 96 contract sales.

**WEAKNESSES:**

- Ipratropium makes up 55% of the Premier's total sales. ($9,127,384).

RLI-AWP-00218289
ROX044-7021    F

**THREATS:**

- **Products**
    Ipratropium 25's & 30's=$9,127,384(Roxane's #1 Customer )-Dey competition
    Milk of Magnesia 30ml UD=$153,031(Roxane's #1 Customer)-Increased product costs
    Lidocaine 2% 100ml=$$135,336(Roxane's #1 Customer)-Increased product costs
    Potassium Chloride 10% 15ml UD=$113,808(Roxane's #1 Customer)-Increased product costs
    Lactulose Soln 500ml=$110,969(Roxane's #2 Customer)-Increased product costs
    Furosemide Tabs 40mg UD=$97,936(Roxane's #1 Customer)-Increased product costs/Material shortage
    Furosemide Soln 60ml=$93,897(Roxane's #2 Customer)-Material shortage
    Acet Soln 20.3ml UD=$82,449(Roxane's #1 Customer)-Increased product costs
    Furosemide Soln 5ml UD=$60,849(Roxane's #1 Customer)-Material shortage

- Bundle proposals from other companies.

**OPPORTUNITIES:**

- Bundle of Roxane, BI, and Ben Venue products
- Regain Cocaine Topical Soln 4% & 10% business ($277,603 potential)
- Regain Haloperidol OS 15ml & 120ml business ($12,099 potential)
- Regain Hydromorphone Tabs 2mg & 4mg business (158,264 potential)
- Regain Lithium Syrup 5ml & 10ml UD business ($13,292 potential)
- Regain Mexiletine bulk & UD business ($11,790 potential)
- Regain Morphine Soln 10mg/5ml 500ml business ($29,077 potential)
- Regain Roxicet 1C & 5c business ($56,990 potential)
- Regain Roxanol 120ml ($60,000 potential)

**TOP 5 DOLLAR ITEMS:**

- 1. Ipratropium 25's-$9,127,384
- 2. Sodium Polystyrene 60ml UD-$908,130
- 3. Lactulose Soln 30ml UD-$345,337
- 4. Ipratropium 30's-$271,040
- 5. Lidocaine 4% 50ml-$192,203

**NATIONAL ACCOUNTS COMMENTARIES:**

- Tom Via will be meeting with PREMIER 2/19/98. He will get clarification on the PREMIER and PREMIER Provider Select contracts.

**GPO CHARACTERISTICS:**

- No dual awards, exception of ORA SR.
- No incentive program or market share programs in place.
- PREMIER receives a 3% quarterly administrative fee.
- Administrative fee reports sent via EDI transmissions.

**STRATEGY:**

- Bundle of Roxane, BI, & Ben Venue products.
- Agressively bid Top 80% items.
- Bid all items based on current costs and most recently received competitive information
- Achieve 20% GM on current costs.
- Sole source items to be bid as usual.
- Maintain nominal priced ORA SR.

ROXMA042465
RLI-AWP-00218290
ROX044-7022

ITEMS NEEDING SPECIAL DISCUSSION:

- Bundle Proposals
- New Service Provider Classifications
    1. Acute Non-Retail=Acute Care hospitals which use pharmaceuticals for their own operations, excluding operations, which compete with retail trade.
    2. Non-Acute Non-Retail=Health facilities which have no (or few) acute care beds and use pharmaceuticals for their own operations, excluding operations which compete with retail trade.

    Such facilities include, but are not limited to the following:
    - ambulatory surgery centers
    - long term care providers
    - diagnostic imaging centers
    - rehabilitation facilities
    - clinics
    - hospices

    3. Managed Care Pharmacies=Staff/Group model managed care pharmacies (HMO). Other managed care pharmacies for the "at risk" portion of the business.
    4. Retail=Retail pharmacies open to walk-in trade.
- Will we offer pricing for each division and set-up only 4 divisions now?
- PREMIER PROVIDER SELECT contracts?
- Participating PREMIER members and membership exclusivity issue.
- Commonwealth of Puerto Rico pricing?
- EDI price catalog?

RESULTS OF DISCUSSION:

<u>Bedford Meeting, 2-20-98.</u>

- Bundle of Bedford & Roxane& BI products. Two tier program. If Premier awards All Product Lines in Tier #1 both Bedford & Roxane will pay Premier a marketing fee equal to 2% of all Roxane and Bedford contract item sales under this agreement. In addition, NI, Inc. will agree to pay PREMIER, Inc. a marketing fee equal to 1% of all reported Boehringer contract item sales under this agreement. The term "All Product Lines" is defined as, representing all NDC numbers associated with the listed product name. The marketing fees generated from this proposal would be in addition to the contract administration fee agreed to in the bid response.

- Premier may increase the above fee by also awarding products from Group#2. The increases would be determined by the number of products awarded. The following options are listed below, as well as in Exhibit A.

- Should four (4) of the eight (8) product lines be awarded two (2) from each column, Premier Purchasing Partners would receive an additional .25% of <u>All</u> Sales (totaling 2.25%).

- Should six (6) of the eight (8) product lines be awarded three(3) from each column, Premier would receive an additional .50% of <u>ALL</u> sales (totaling 2/50%).

- Should all eight (8) product lines be awarded, Premier would receive an additional 1% of <u>ALL</u> sales (totaling 3%).

The above percentages would be paid in addition to the the standard 3% administrative fee. All fees to be paid quarterly.

Ben Venue Premier Sales-$22M           $14M Diltiazem Inj.
Boehringer Ingelheim-$13M               $10M-AMDI
Roxane-$17M                             $9M-Ipra.

### 2/25/98 Strategy Meeting with John Powers.

- Finesse Bedford letter to fit Roxane.
- Firm up 2nd tier level-go with products selected.
- Will tie in the Boehringer Commitment program.
- Copy Tom Via with a Confidential Copy.
- All other products bid agressively if PREMIER is a top ten customer. Cover at least a 10% GM over direct cost.
- Offer A source net pricing.
- Offer Ipratropium at price of $15.25 to counter Dey amd potential new competitors.
- Oramorph SR strategy -will not offer nominal since we can't offer the same pricing to the acute non retail and non acute-non retail classes of trade.