# Exhibit 42

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

ROXANE LABORATORIES, INC.
INTEROFFICE MEMORANDUM

TO: Shelly Berkle

FROM: John Powers

DATE: February 27, 1998

SUBJECT: PREMIER

---

Shelly, hope your business trips went well.

The purpose of this memo is to update you regarding our corporate bidding plans for the upcoming PREMIER request for quotation. About 4 weeks ago, PREMIER held a pre-bid meeting in Chicago to discuss the offers which open on March 6. At the meeting, Tom Murphy, Greg Olson and I talked about a response to PREMIER that would incorporate all of the Ethical Pharmaceutical businesses. We agreed to meet last week and discussed the plan which I understand was detailed for you by memo from Tom Via.

Our primary goal is to maintain the majority contract item for each company. For BIPI, Atrovent MDI represents $10MM of the $13MM annual group sales; for Roxane, Ipratropium Bromide UDV 25's represent $9MM of the $19MM in annual sales; and for Bedford, Diltiazem represents $15MM of the $22MM done with the group. We also agreed that several other important products should be "bundled" into a Level II position with additional overall rebates. The general concensus was that an additional discount on BIPI items should be held back until we are certain PREMIER welcomes the BIC companies as a Corporate Partner.

At this time, my approach to bidding the BI line is as follows. Suzanne Wright has prepared an offer (not yet mailed) in which PREMIER will be offered a specific discount off WAC as opposed to a specific price for the 2 year contract period. In this way, we know that we will not create a BEST PRICE issue. For the awarded items, any WAC change will impact the group price 30 days following the announcement. Under this new agreement, we also agree to pay the GPO the requested administration fee, which in the case of PREMIER is 2% of sales. This new process has worked successfully on several other test groups over the past 6 months, and we are confident PREMIER will accept this offer as well. Using prior 12 month sales data, Suzanne has calculated that same unit sales under the new agreement will yield new dollars in excess of $5MM over the



ROXMA042521

RLI-AWP-00218346
ROX044-7078     F

prices in the current agreement. The administrative fee will cost approximately $300,000.

In talking with Ed today, I understand that you are considering a special offer utilizing the BI line. I would like to hear about your ideas, and we will hold our offer until I hear from you.

Thanks, John     *John*

cc:   Kirk Shepard
      Ed Tupa

ROXMA042522

RLI-AWP-00218347
ROX044-7079    L

```
xxx   TRANSMISSION REPORT   xxx

FEB-27-98 16:33   ID:614+276+3786        ROXANE LABORATORIES

    START TIME              FEB-27-98 16:32
    TELEPHONE NUMBER        12037916180
    NAME(ID NUMBER)         203 791 6180
    TRANSMISSION MODE       EMMR
    RESOLUTION              STD
    PAGES TRANSMITTED       003
    MAILBOX                 OFF
    SECURITY                OFF
    INFORMATION CODE        OK
    REDIALING TIMES         00
    MACHINE ENGAGED         00'56
    JOB NUMBER              978

    THIS TRANSMISSION IS COMPLETED.
    LAST SUCCESSFUL PAGE    003
```

ROXMA042523

RLI-AWP-00218348
ROX044-7080    FL