# Exhibit 48

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

Exhibit ___8___ for ID
Witness _Russillo_
L. O'Sullivan, CSR _1-8-09_

| | |
|---|---|
| **From:** | GERRITY, DAN MK BIPUS <gerrity@boehringer-ingelheim.com> |
| **Sent:** | Saturday, February 20, 1999 4:22 AM |
| **To:** | CIARELLI,GREGG MK BIPUS <gciarell@rid.boehringer-ingelheim.com> |
| **Cc:** | GERRITY, DAN MK BIPUS <dgerrity@bi-pharm.com> |
| **Subject:** | Redesign & RLI Pricing -- FW: URGENT!! Price Change effective 2/22/99 - Prelu-2 |
| **Attach:** | RLI 0299 Prelu-2 INCREASE DATA.xls; RLI Prelu-2.doc |

Gregg,

A few quick questions & thoughts - related to the Redesign.

- What is the RLI price change approval process and who formally approved it (I am not aware of their new methods since Tupa's departure)?
- Were you made aware of this price change before it occurred, and how early in the process were you involved?
- Is RLI's price changes processed in a manner similar to BIPI's in that there is a Pricing Committee to analyze, review and approve each?
- Now that we are one Corporation, should these processes be combined and/or at least have common participants?

We both have noted that since Tupa's departure we have an opportunity to improve these processes and ensure all elements are properly addressed. In particular, I had noted in the past that RLI focused only on WAC pricing and that the AWP's were not adjusted/properly addressed resulting in major spreads. For example, BIPI's WAC to AWP is traditionally a 20% increase for all products, whereas RLI's range from the 30% to 300% depending on the product. The impact I noted on MC was that for the RLI Brands I had to create different conversion tables so that the % rebate of WAC would equal the same dollars off AWP with a much lower %. When I investigated further, I was informed that Judy Waterer never considered changing the AWP with her WAC adjustments this past year.

The bottom line is that these process are the same and we need a process whereby the appropriate individuals are included to ensure all aspects & perspectives are addressed.

I will need to include this in the Redesign, and would appreciate you input on improving this process.

Another late night - so please understand that I had to get this off and hope it makes cents.

**Thanks,**

**Dan Gerrity**

Director, Strategic Contracting & Pricing
Boehringer Ingelheim Pharmaceuticals, Inc.
Phone: (203) 798-4626   Fax:   (203) 791-6189

Email:  dgerrity@rid.boehringer-ingelheim.com

-----Original Message-----
From: MYER, ALEISHA     ROXUS  On Behalf Of FELDMAN, RICHARD     ROXUS
Sent: Friday, February 19, 1999 11:45 AM
To: Alesio, Phyllis; Banks, Bruce; Berkle, Shelly; BURTON, HEATHER; CARR-HALL, COLIN; Ciarelli, Gregg; Cumming, Jim; Delaney, John; DICK, HERMAN; Dockins, Terry; ELLEXSON, GARY; FELDMAN, RICHARD; Feller, Greg; Ferrara, Christine; Fulton, Greg; George, Andrew; Gerrity, Dan; GORDON, DAWN; Gordon, Susan; GROEBEL, ROBERT; GUNN, ED; Hankins, Bill; HART, JERRY; HAWTHORNE, PENNY; Hayes, Elizabeth; Hirst, Kathleen; KELMAN, DAVID     ROXUS; KUTNER, DEBORAH     ROXUS; Kwong, Chris; LAROWE, LOUIS     ROXUS; Leonetti, Mike; Lloyd, Kimball; LOXLEY, RHODA     ROXUS; MATHEWS, EVERETT     ROXUS; MATHEWS, KIRK     ROXUS; MCCOY, LYNDA     ROXUS; MELLODY, JIM; Michelsen, Scott; MYER, ALIESHA; Nelson, Richard; PAOLETTI, LESLI     ROXUS; Peterman, Richard; POWERS, JOHN     ROXUS; Press, Roseann; QUERRY, DAVID; Robert, Dave; ROSS, TERESA; Rowenhorst, James; RUSSELL, CRAIG     ROXUS; Russillo, Tom; SAWYER, TOM     ROXUS; SHEPARD, KIRK DR.     ROXUS; SINCICH, JERRY     ROXUS; SMITH, DAN; SMITH, MIKE     ROXUS; SNYDER, STEVE; SWARTZ, JOHN     ROXUS;

SYKORA, ROBERT        ROXUS; Thompson, Tommy; TROWBRIDGE, ELIZABETH   ROXUS; VIA, TOM              ROXUS; WATERER, JUDY
ROXUS; WHITEHILL, NELLIE       ROXUS; Zebendon, Cheryl

Subject:       URGENT!! Price Change effective 2/22/99 - Prelu-2
Importance:    High

### Memo from Rich Feldman

Attached please find a copy of the February 22, 1999 Immediate Wholesaler Price Change Announcement. As a courtesy to you, I am sending this **internal document** now in order to give everyone a little advance warning. This price list will be sent via fax modem to Wholesalers and Warehousing Chain Accounts beginning today, February 19, 1999, approximately 4:00p.m. EST .

Due to the fact that the AWP has changed, notification will also be sent to Third Party Pricing Services.

If I have inadvertently left anyone off of the list above please forward this document to them and notify my assistant, Aleisha Myer for future price notifications. Thank you.

Regards,                    <<...>>

Rich/acm


### NAMS,

For your reference I have also attached a spreadsheet of the customers that we have notified. This way you can check your accounts to make sure they were all on the list to be notified.

Aleisha

<<...>>

Confidential                                                                                        BOEH01311261

RLI 0299 Prelu-2 Increase Data

| Account Name | Street Address | City | State | Zip | Con Phone | Fax | RLI/BI | 1 Key Customer Contact | 2 Key Custom | 3 Key Custo | 4 Key Custo | Accour | BU | Accour | Expr1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | 614-276-4757 | 614-276-0158 | | Aleisha | Aleisha 2 | | | WCH | | | TEST |
| A | | | | | 614-276-4757 | 614-276-0158 | | Aleisha | Aleisha 2 | | | WHO | | | TEST |
| Albertsons | 250 Park Center Blvd. | Boise | ID | 83726 | 208-395-5952 | 208-395-6108 | BU | Robert Henson, R.Ph., Corp. Pharm. Procureml Mgr. | | | | WCH | | Colin Cam-Hall | |
| American Drug Stores | 299 South Main Street/Mail Drop 15N-37 | Salt Lake City | UT | 84111-2203 | 801-961-4592 | 801-961-4588 | BU | Tony Mihelich, R.Ph, Director of Compliance and Persistency | | | | WCH | | Colin Cam-Hall | |
| AmeriSource | 172 Cahaba Valley Parkway | Pelham | AL | 35124 | 205-985-5100 | 205-985-5923 | BU | George Bray, Division General Manager | Branded Pharmaceutical Buyer | | | WHO | | Dawn Gordon | |
| AmeriSource | 11010 Hopkins St., Unit C | Mira Loma | CA | 91751 | 909-360-0257 | 909-360-3260 | BU | Joe Bredio, Division General Manager | Jerry Beal, Sales Manager | | | WHO | | Dawn Gordon | |
| AmeriSource | 322 N. 3rd St. | Paducah | KY | 42001 | 502-444-7800 | 502-444-7047 | BU | Diane Calhoun, Purchasing | | | | WHO | | Dawn Gordon | |
| AmeriSource | 570 Cottage St. | Springfield | MA | 01104 | 413-827-8600 | 413-827-8625 | BU | Jim Jackson, Div. Gen. Mgr. | Denise Gillleland, Division General Manager | | | WHO | | Dawn Gordon | |
| AmeriSource | 6810 Shady Oak Rd | Eden Prairie | MN | 55344 | 612-941-6650 | 612-941-6656 | BU | Denny Lindell, Purchasing | Ben Roach, Div Gen. Mgr. | | | WHO | | Dawn Gordon | |
| AmeriSource | 5th and Grand | Joplin | MO | 64801 | 417-623-2302 | 417-623-4136 | BU | Charles Boone, Div. Gen. Mgr. | Howard Thomason, Sales Mgr. | | | WHO | | Dawn Gordon | |
| AmeriSource | 100 Friars Lane | Thorofare | NJ | 08086 | 609-848-3400 | 609-848-1884 | BU | Bill Brillhart, Purchasing | Larry Lonergan, Division General Manager | | | WHO | | Dawn Gordon | |
| AmeriSource | 3145 Nebraska Ave. | Toledo | OH | 43607 | 419-531-2881 | 419-531-7634 | BU | Pat Earl, Division General Manager | | | | WHO | | Dawn Gordon | |
| AmeriSource | 1220 E. 8th Ave. | Columbus | OH | 43219 | 614-253-2721 | 614-253-0181 | BU | Newall Crenshaw, Buyer | Jon Briney, Division General Manager | | | WHO | | Dawn Gordon | |
| AmeriSource | 10151 SE Jennifer St. | Clackamas | OR | 97015 | 503-557-7867 | 503-557-8849 | BU | Rich Matravers, Div. Gen. Mgr. | Fred Morgan, Sales Manager | | | WHO | | Dawn Gordon | |
| AmeriSource | 410 Princeton Rd. | Johnson City | TN | 37601 | 423-282-1271 | 423-283-4339 | BU | Kathy Gage, Div. Gen. Manager | | | | WHO | | Dawn Gordon | |
| AmeriSource | 300 Tallan Building Two Union Square | Chattanooga | TN | 37402 | 610-993-3432 | 610-993-9095 | BU | Keith Murray | | | | WHO | | Dawn Gordon | |
| AmeriSource | 200 N. Holly St. | Chattanooga | TN | 37404 | 423-698-4426 | 423-624-9200 | BU | Frank Duff, Division General Mgr. | Jerry Beal, Sale; Gene Smith, Sales Managi | | | WHO | | Dawn Gordon | |
| AmeriSource | 1229 Avenue R | Grand Prairie | TX | 75050 | 972-602-1218 | 972-602-8466 | BU | Bud Green, Division General Mgr. | Laird Leavoy, Sr Larry Hunter, Sales Mgr. | | | WHO | | Dawn Gordon | |
| AmeriSource | 3221 Timberlake Rd. | Lynchburg | VA | 24502 | 804-239-5671 | 804-582-4755 | BU | Dave Farley, Division General Mgr. | Charlie Block, S. Brice Bowenizer, Sales Mg | | | WHO | | Dawn Gordon | |
| AmeriSource Corporation | 300 Chester Field Parkway | Malvern | PA | 19355 | 610-296-4480 | 610-722-3118 | BU | Bill Lloyd, Information Standards | Margaret Hamilton, Information Standards | | | WHO | | Dawn Gordon | |
| AmeriSource Corporation | 300 Chester Field Parkway | Malvern | PA | 19355 | 610-296-4480 | 610-993-0670 | BU | Rachelle Goto, R.Ph., Corp. VP, Pharmaceutical Programs | Dan Roberts, Mgr. Multisource Programs | | | WHO | | Dawn Gordon | |
| AmeriSource Corporation | 300 Chester Field Parkway | Malvern | PA | 19355 | 610-296-4480 | 610-651-0949 | BU | Bonnie Keith, VP, Chief Procurement Officer | Joe Montote, R.Ph., VP, Trade Relations | | | WHO | | Dawn Gordon | |
| AmeriSource Corporation (C) | 1655 E. 12th Street | Mishawaka | IN | 46544 | 219-259-3784 | 219-255-2527 | BU | Tony Tadros, Div. Genl. Mgr. | | | | WHO | | Dawn Gordon | |
| AmeriSource Corporation (NE) | 100 Friars Lane | Thorofare | NJ | 08086 | 609-848-3400 | 609-848-1884 | BU | Andre Ziegelmeier | | | | WHO | | Dawn Gordon | |
| AmeriSource Corporation (S) | 300 Tallan Bldg., Two Union Sq. | Chattanooga | TN | 37402 | 423-209-1150 | 423-209-1165 | BU | Hal Harrison, Purchasing | | | | WHO | | Dawn Gordon | |
| AmeriSource Corporation (W) | 6810 Shady Oak Road | Eden Prairie | MN | 55346 | 612-941-9550 | 612-941-9556 | BU | Jack Paden | | | | WHO | | Dawn Gordon | |
| AmeriSource Corporation Idaho Falls | 935 Lincoln Rd. | Idaho Falls | ID | 83401 | 208-523-6760 | 208-529-3594 | BU | Alan Guenell, VP & General Mgr. | Matt Hayes | | | WHO | | Dawn Gordon | |
| AmeriSource Corporation Louisville | 244 East Woodlawn | Louisville | KY | 40214 | 502-363-2631 | 502-368-0441 | BU | Scott Wilson, Division General Manager | Dave Tucker, Sales Manager | | | WHO | | Dawn Gordon | |
| AmeriSource Corporation Orlando | 2100 Directors Row | Orlando | FL | 328095234 | 407-856-6259 | 407-856-8720 | BU | Dan Wilhelm, Division General Manager | | | | WHO | | Dawn Gordon | |
| AmeriSource Corporation Phoenix | 107 South 41st Ave. | Phoenix | AZ | 85009 | 602-269-5111 | 602-269-6068 | BU | Kent Rischar, Division General Manager | Charlie Leihan, Sales Mgr. | | | WHO | | Dawn Gordon | |
| AmeriSource Corporation West Sacramento | 3910 Seaport Blvd. | West Sacramento | CA | 95691 | 916-375-1798 | 916-375-4815 | BU | Larry Briggs, Division General Manager | Bob Strusz, Sales Manager | | | WHO | | Dawn Gordon | |
| Anda Generics | 4001 SW 47th Ave, Suite #206 | Ft. Lauderdale | FL | 33314 | 800-331-2632 | 954-916-4815 C | RLI | Dan Movens, VP, Purchasing | Al Cohen | | | WCH | | Steve Snyder | |
| Arbor Drugs, Inc. | 3331 West Big Beaver Road | Troy | MI | 48007-2510 | 248-637-1550 | 248-637-1610 | BU | Tom Gahan, R.Ph., VP Pharmacy Purchasing | | | | WHO | | Colin Cam-Hall | |
| Barnes Wholesale Co. | 740 Glasgow Avenue | Inglewood | CA | 90301 | 310-641-1885 C | 310-791-3248 | BU | Hal Barnes, President | Joyce Gooding, PAR | | | WHO | | Debbie Kufner | |
| Bellamy Drug | 411 Landmark Drive | Wilmington | NC | 28412 | 800-800-4748 C | 910-791-3248 | BU | James Mills, VP, GM | Patty Cameron, Rx Buyer | | | WHO | | NAM 8 | |
| Belico Drug Corp. | 101 E. Hoffman Ave. | Linden Hurst | NY | 11757-507 C | 516-226-3500 | 516-226-3594 | BU | Lisa Meloonian, Buyer | | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | 85 Sidney Phillips Dr | Mobile | AL | 36609 | 334-478-6301 | 334-479-1021 | BU | Gerald Deakle, Division Manager | Mike Reaves, Sales Manager | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | 2061 W. Fairview Ave. | Montgomery | AL | 36110 | 334-834-3600 | 334-265-3855 | BU | Tommy Andreades, Division Manager | Michael Jernigan, Sales Manager | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | 2101 West Roosevelt St. | Phoenix | AZ | 85009 | 602-258-7171 | 602-258-7177 | BU | Betjune Fanning, Div Mgr | | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | 4000 Metropolitan Drive | Orange | CA | 92868 | 714-385-4000 | 714-385-8830 | BU | Steve Smith, Nat'l Inv Mgr | | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | 4000 Metropolitan Drive | Orange | CA | 92868 | 714-385-4000 | 714-385-6818 | BU | Ken Wehmeyer, Nat'l Prod. Dir. Spec. Purch. | | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | 450 Charcot Ave. | San Jose | CA | 95131 | 408-433-8830 | 408-433-9614 | BU | Connie Gallardo, Div Mgr | Christine Doherty, National Director Brandec | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | 4000 Metropolitan Drive | Orange | CA | 92868 C | 714-385-4000 | 714-385-8830 | BU | Doug Baezoel, V.P. Generic Purchasing Programs | | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | 4000 Metropolitan Drive | Orange | CA | 92868 | 714-385-4000 | 714-385-8830 | BU | Byron Landreth, Invent Coordinator | | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | 24909 Avenue Kearny | Valencia | CA | 91355 | 805-257-6191 | 805-257-6191 | BU | Dave Lewis, Nat'l Prodct Mgt. Multisource | Mike Miller, Dev. Mgr. | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | 4000 Metropolitan Drive | Orange | CA | 92868 | 714-385-4468 | 714-385-8926 | BU | Chuck Prieve, VP, Retail Sis. & Mktg. | | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | 1281 National Dr. | Sacramento | CA | 95834 | 916-928-0641 | 916-928-1716 | BU | Mike Kroles, Div. Mgr. | | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | 4000 Metropolitan Drive | Orange | CA | 92868 | 714-385-4411 | 714-385-6818 | BU | Mike Quick, VP Sales | | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | 501 West 44th Ave. | Denver | CO | 80216 | 303-433-6644 | 303-477-7662 | BU | Bob Campell, Sales Manager | | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | 1085 Satellite Boulevard | Suwanee | GA | 30176 | 770-623-3193 | 770-476-1392 | BU | Rosemary Morrison, Inventory Control | Austin Rumbley, Division Manager | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | 7841 National Turnpike | Louisville | KY | 40214 | 502-368-1213 | 502-366-8324 | BU | Dewaine Lowe, Sales Manager | | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | One Industrial Park Drive | Williamston | MI | 48895 | 517-655-5433 | 517-655-1138 | BU | Karen Brown, Buyer | Ron White, Buyer | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | 8800 St. Louis St., Hwy 11, South Industrial Park | Meridian | MS | 39301 | 601-693-2821 | 601-693-7610 | BU | James White, Division Mgr. | | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | 8606 Ebenezer Church Road | Raleigh | NC | 27613 | 919-782-8400 | 919-783-4741 | BU | Danny Lamm, Buyer | | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | 6505 Southwest 110th Ct. | Beaverton | OR | 97005 | 503-641-6414 | 503-649-9539 | BU | Jim Travis, Div Mgr | James Raden, Division Manager | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | 12980 Old Hickory Boulevard | Antioch | TN | 37015 | 615-641-1000 | 615-641-1053 | BU | Tom Donofrio, Sales Manager | | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | 1765 Fremont Dr. | Salt Lake City | UT | 84104 | 801-972-4131 | 801-975-0948 | BU | Sid Spencer, Div Mgr | | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. | 9999 J.E.B. Stuart Parkway | Glen Allen | VA | 23060 | 804-553-0142 | 804-553-0144 | BU | Alice Pety, Buyer | | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. (C) | 5080 Spectrum Dr., Ste. 715 West | Dallas | TX | 75250 | 972-980-7966 | 972-980-6314 | BU | Larry Burch, Exec VP, Central Region | Louise Green PAR | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. (E) | 2702 Directors Row | Orlando | FL | 32809-9236 | 407-857-6868 | 407-859-9756 | BU | William Allen, Exec. VP, East Rgn | John Davenport, Buyer | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug Co. (W) | 1651 California Ave. | Corona | CA | 91721 | 909-371-4674 | 909-371-3001 | BU | Ralph Williamson, Exec. VP, W. Region | | | | WHO | | Colin Cam-Hall | |
| Bergen Brunswig Drug. Co. | Route 80 at Hook Mountain Road | Pine Brook | NJ | 07058 | 201-575-3850 | 201-575-7677 | BU | Linda Vanwert, Buyer | | | | WHO | | Colin Cam-Hall | |
| Bindley Western Drug Co | 8309 Purdue Road | Indianapolis | IN | 46268 Y | 317-704-4000 | 317-704-4611 | BU | David D. Dunlop, Sr. VP, Purchasing & Marketing | | | | WHO | | Penny Hawthorne | |
| Bindley Western Drug Co. | 542 Covina Blvd. | San Dimas | CA | 91773 | 909-394-0796 | 909-394-0738 | BU | Frank Marginell, DC Mgr. | | | | WHO | | Penny Hawthorne | |
| Bindley Western Drug Co. | 550 North Pioneer Avenue, Suite 100 | Woodland | CA | 95776 | 530-661-7140 | 530-661-7156 | BU | Kristy Brannam, Cust. Svc. | Jeff Bowers, Division Mgr. | | | WHO | | Penny Hawthorne | |
| Bindley Western Drug Co. | 181 Marsh Hill Road | Orange | CT | 06477 | 203-799-0332 | 203-795-9570 | BU | Ed Hobson, Division Manager | | | | WHO | | Penny Hawthorne | |
| Bindley Western Drug Co. | 2690 Titan Row | Orlando | FL | 32811 | 407-438-4500 | 407-438-2771 | BU | Gary Laforte, VP Division Manager | | | | WHO | | Penny Hawthorne | |
| Bindley Western Drug Co. | 8005 Troon Circle | Austell | GA | 30001 | 770-739-5030 | 770-739-8139 | BU | Bob Wright, Sales Manager | | | | WHO | | Penny Hawthorne | |
| Bindley Western Drug Co. | 4212 W. 71st Street | Indianapolis | IN | 46268 | 317-259-9620 | 317-299-9764 | BU | Dan Montrauil, Division Manager | John Bonham, Division Manager | | | WHO | | Penny Hawthorne | |
| Bindley Western Drug Co. | 8909 Purdue Road | Indianapolis | IN | 46268 C | 317-704-4191(317-704-4614 | | RLI | Jerry Burkey, Dir. Generic Rx Programs | Bob Shockiee, Sales Manager | | | WHO | | Penny Hawthorne | |
| Bindley Western Drug Co. | Riverside Industrial Pkwy. | Portland | ME | 04101-0922 | 207-797-2912 | 207-797-8580 | BU | George Vecchia, VP, Division Manager | Kathy Byrne, VP, Chain Account Procureml | | | WHO | | Penny Hawthorne | |
| Bindley Western Drug Co. | 14145 NE Airport Way | Portland | OR | 97230 | 503-253-3232 | 503-253-8406 | BU | David Brinkley,VP Division Manager | | | | WHO | | Penny Hawthorne | |
| Bindley Western Drug Co. | 2000 North Union Street | Middletown | PA | 17057 | 717-944-3026 | 717-944-5201 | BU | Bill Hinchcliffe, VP Division Manager | | | | WHO | | Penny Hawthorne | |
| Bindley Western Drug Co. | Route 80 at Hook Mountain Road | Nashville | TN | 37228 | 615-244-8110 | 615-254-1505 | BU | Mike Hohfeld, Division Manager | | | | WHO | | Penny Hawthorne | |
| Bindley Western Drug Co. | 200 Cumberland Bend | Grapevine | TX | 76051 | 817-251-3499 | 817-251-0718 | BU | Steve Starrell, VP, Division Manager | Jim Straughan, Sales Manager | | | WHO | | Penny Hawthorne | |
| Bindley Western Drug Co. | 1200 Nolen Street, Suite 100 | Dallas | TX | 75237 | 214-339-3744 | 214-337-9407 | BU | Dave Homeier, VP Division Manager | | | | WHO | | Penny Hawthorne | |
| | 4217 Mint Way | | | | | | | | | | | | | | |

Confidential   BOEH01311262

RLI 0299 Prelu-2 Increase Data

| Customer | Address | City | State | Zip | Phone | Fax | | Contact Title | Notes | Channel | Rep |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bindley Western Drug Co. | 9727 Tanner Road | Houston | TX | 77041 | 713-460-8588 | 713-460-2377 | | Dave Bascom, Division Manager | | WHO | Penny Hawthorne |
| Bindley Western Drug Co. | 8372 North Steven Road | Milwaukee | WI | 53223 | 414-365-3913 | 414-365-3996 | | Ben Barela, Division Manager | | WHO | Penny Hawthorne |
| Bindley Western Drug Co. | 1305 Frederick street | Shelby | NC | 28151 | 704-482-2481 | 704-481-1495 | | Mike Wilkerson, VP Division Manager | | WHO | Penny Hawthorne |
| Borschow Drug | Calaf St. & Las Americas, Urb.Ind. 3 Monjitas | Hato Rey | PR | 00918 | 787-785-2300 | 787-250-4658 | | Magalys Rivera, R.Ph. | | WHO | House |
| Brooks Pharmacy | 50 Service Avenue | Warwick | RI | 02886 | 401-825-3977 | 401-825-3970 | | Bob Manney | Martin Kovick | WCH | Steve Snyder |
| Brudnick, Inc. | 219 Medford. St. | Malden | MA | 02148 | 781-321-6800 | 781-397-9576 | | Scott Brody, Purchasing Mgr. | | WHO | Penny Hawthorne |
| Burlington Drug Company | 91 Catamount Dr. | Milton | VT | 05468-1001 | 802-893-5105 | 802-893-5110 | | Chris Milgoy | Paty Cameron, Rx Buyer | WHO | Debbie Kutner |
| C.D. Smith | 3111 S. Valley View Boulevard Suite E-121 | Las Vegas | NV | 89102 | 702-871-1877 | 702-871-1870 | | Andrew Hobbs, Dir. Operations | | WHO | NAM 7 |
| C.D. Smith Wholesale Drug | 3907 S. 48th Terrace | St. Joseph | MO | 64504 | 816-233-8490 | 816-233-2175 | | Eric Farley, Buyer | | WHO | NAM 7 |
| C.D. Smith Wholesale Drug | 3907 S. 48th Terrace | St. Joseph | MO | 64504 | 800-232-4194 | 816-232-4104 | C | Rick Meehan, Exec.VP | Robert B. Orr, VP, Purchasing | WHO | NAM 7 |
| Capital Wholesale | 873 Williams Ave. | Columbus | OH | 43214 | 614-237-8234 | 614-237-8224 | | Bernice Smith, Buyer | G.K. Richards, F Dave Franklin, Ctl Buyer | WHO | Penny Hawthorne |
| Cardinal Health | 4422 South 38th Place | Phoenix | AZ | 85040 | 602-453-2000 | 602-453-2081 | | Brian Willis, Inventory Manager | | WHO | Steve Snyder |
| Cardinal Health | 3238 Dwight Road | Elk Grove | CA | 95758 | 916-394-3000 | 916-394-3095 | | Paul Scheuer, Inventory Manager | | WHO | Steve Snyder |
| Cardinal Health | 27680 Avenue Mentry | Valencia | CA | 91355 | 805-295-6100 | 805-294-8218 | | Janet Nichols, Inventory Manager | Dennis Longeuay, Inventory Manager | WHO | Steve Snyder |
| Cardinal Health | 1351 Doubleday | Ontario | CA | 91761 | 909-390-2972 | 909-390-2984 | | Rick Jacobs, Inventory Coordinator | | WHO | Steve Snyder |
| Cardinal Health | 4770 V Forest Street | Denver | CO | 80216 | 303-355-2731 | 303-377-5237 | | Richard Solomons, Inventory Control Mgr. | Max Morgan, Inventory Manager | WHO | Steve Snyder |
| Cardinal Health | 2045 Interstate Dr. | Lakeland | FL | 33805 | 941-686-3784 | 941-682-7899 | | Paul Shatto, Inventory Control Mgr. | | WHO | Steve Snyder |
| Cardinal Health | 42 Ross Road | Savannah | GA | 31405 | 912-234-7204 | 912-232-4499 | | Mitt Davies, Inventory Manager | | WHO | Steve Snyder |
| Cardinal Health | 2253 Prospect Drive | Aurora | IL | 60504 | 630-236-2700 | 630-236-2900 | | Susan Thomson, Inventory Manager | Gregg Wozniak, Inventory Manager | WHO | Steve Snyder |
| Cardinal Health | 11 Centennial Drive | Peabody | MA | 01960 | 978-532-6900 | 978-532-3279 | | Yogi Chheswere, Inventory Manager | | WHO | Steve Snyder |
| Cardinal Health | 980 Lone Oak Road, Suite 134 | Eagan | MN | 55121 | 612-686-0815 | 612-686-0638 | | Bob Hayes, Inventory Manager | | WHO | Steve Snyder |
| Cardinal Health | 13188 Lakefront Drive | Earth City | MO | 63045 | 314-770-1101 | 314-770-1499 | | Brad Cannella, Inventory Manager | | WHO | Steve Snyder |
| Cardinal Health | 7601 NE Gardiner Ave | Kansas City | MO | 64120 | 816-483-4006 | 816-483-4452 | | Joe Parker, Inventory Manager | | WHO | Steve Snyder |
| Cardinal Health | 1240 Gluckstadt Road | Madison | MS | 39110 | 601-898-2230 | 601-898-2270 | | Gina McNiel, Inventory Manager | | WHO | Steve Snyder |
| Cardinal Health | 3996 West Point Blvd | Winston-Salem | NC | 27103 | 336-659-8323 | 336-659-0931 | | Mark Alims, Inventory Manager | | WHO | Steve Snyder |
| Cardinal Health | 7301 Los Volcanes Rd. NW | Albuquerque | NM | 87121 | 505-833-8900 | 505-833-8902 | | Pat Jensen, Inventory Manager | | WHO | Steve Snyder |
| Cardinal Health | 8012 Molloy Road | Syracuse | NY | 13211 | 315-437-6527 | 315-437-2344 | | Jody Taylor, Mgr. of Database Services | Central Database: Annlea Rumlols, Dir. of Da | WHO | Steve Snyder |
| Cardinal Health | 5555 Glendon Court | Dublin | OH | 43016 | 614-757-5000 | 614-757-6231 | | Betty Huffman, Inventory Manager | | WHO | Steve Snyder |
| Cardinal Health | 1000 Linden Ave. | Zanesville | OH | 43701 | 740-453-0591 | | | Karen Dapoy | | WHO | Steve Snyder |
| Cardinal Health | 5555 Glendon Court | Dublin | OH | 43016 | 614-757-7557 | 614-757-6557 | | Neil Warren | | WHO | Steve Snyder |
| Cardinal Health | 5555 Glendon Court | Dublin | OH | 43016 | 614-757-7343 | 614-757-8343 | | Tom McCauley, Mgr., Generic Retail Programs | | WHO | Steve Snyder |
| Cardinal Health | 5555 Glendon Court | Dublin | OH | 43016 | 614-757-7321 | 614-757-8321 | | Sid Geller | | WHO | Steve Snyder |
| Cardinal Health | 5555 Glendon Court | Dublin | OH | 43016 | 614-757-7237 | 614-757-8337 | C | Josh Gordon, Dir., Retail Generic Product Management | Tom McCauley, Mgr., Generic Retail Progr. | WHO | Steve Snyder |
| Cardinal Health | 5555 Glendon Court | Dublin | OH | 43016 | 614-757-7628 | 614-757-8628 | | Debbie Bisbee | | WHO | Steve Snyder |
| Cardinal Health | 914 Marcon Blvd. | Allentown | PA | 18103 | 610-264-8355 | 610-264-9366 | | Dave Fisher, Director of Ops | | WHO | Steve Snyder |
| Cardinal Health | 2512 Westcott Blvd | Knoxville | TN | 37931 | 423-692-4500 | 423-692-4497 | | Lawrence Romero, Inventory Manager | | WHO | Steve Snyder |
| Cardinal Health | 7500 Mass Drive | Waco | TX | 76712 | 254-776-7593 | 254-751-0857 | | Mike Downey, Inventory Manager | | WHO | Steve Snyder |
| Cardinal Health | 7052 Grand Blvd. Suite 112 | Houston | TX | 77054 | 713-746-5914 | 713-746-5922 | | Paul Scheuer, Inventory Manager | | WHO | Steve Snyder |
| Cardinal Health | 955 West 3100 South | South Salt Lake City | UT | 84119 | 801-973-4995 | 801-972-4635 | | Rick Jacobs, Inventory Manager | Veronic Christiansen, Inventory Coordinator | WHO | Steve Snyder |
| Cardinal Health | 801 C Street | Auburn | WA | 98001 | 253-939-5550 | 253-833-9402 | | Kathy Kramer, Inventory Manager | | WHO | Steve Snyder |
| Cardinal Health | 71 Mill-Acres Drive | Wheeling | WV | 26003 | 304-242-9526 | 304-243-1197 | | Matt Leonard | | WHO | Steve Snyder |
| CVS/Pharmacy | One CVS Drive | Woonsocket | RI | 02895 | 401-765-1500 | 401-769-9473 | | Rick Plotnick, Manager Specialty Purchasing | Scott Lukasek | WCH | Tom Via |
| D & K Healthcare Resources | 4586 N. Hiatus Road | Sunrise | FL | 33351 | 954-749-9747 | 954-749-9711 | | Greg Leudtke, Inventory Control Manager | | WHO | Tom Via |
| D & K Healthcare Resources | 800 North Third Street | Minneapolis | MN | 55403 | 612-339-7401 | 612-347-9842 | C | Terri Feeney, Generic Buyer | | WHO | Tom Via |
| D & K Healthcare Resources | 8000 Maryland Ave., Ste 950 | St. Louis | MO | 63015 | 314-727-3485 | 314-727-4366 | | Cindy Thornton | | PLU | Tom Via |
| D & K Healthcare Resources | 1823 Rust Avenue | Cape Girardeau | MO | 63703 | 573-339-0000 | 573-339-9299 | | Denise Wiesemann | | WHO | Tom Via |
| D & K Healthcare Resources | 8000 Maryland Ave., Ste. 950 | St. Louis | MO | 63015 | 314-727-3485 | 314-727-4386 | | Gary Eadie, Director of Sales | David Hayes, Pharmaceutical Buyer | WHO | Tom Via |
| D & K Wholesale Drug, Inc. | 516 W. 4th St. | Lexington | KY | 40508 | 606-254-6534 | 606-233-0620 | | Ted M. Scherr, President and CEO | | WHO | NAM 7 |
| Dakota Drug | 28-32 North Main Street | Minot | ND | 58704 | 701-852-2141 | 701-857-1134 | C | Gary Prester, Dir. Sales and Purch. | Anna Marie Swelrkout Dir. RX Purch | WHO | Penny Hawthorne |
| Dik Drug | 160 Tower Dr. | Burr Ridge | IL | 60521 | 630-655-4000 | 630-655-1024 | C | Tom Namath, Dir. Pharmacy/Operations | | WCH | Dawn Gordon |
| Discount Drug Mart, Inc. | 211 Commerce Drive | Medina | OH | 44256 | 330-725-2340 | 330-722-2990 | | David A. Williams, VP Purch. Marketing | Jill Strang, Buyer | WHO | Penny Hawthorne |
| Diversified Healthcare, Inc. | 420 Northwest Fifth Street | Evansville | IN | 47706-087 | 812-428-6700 | 812-428-6790 | C | David Tversky, Pres/CEO | | WHO | Penny Hawthorne |
| Dixon-Shane Wholesale Drug Co. | 256 Geiger Road | Philadelphia | PA | 19115 | 215-673-3415 | 215-673-3445 | | Sam Lazich, President | | WHO | Penny Hawthorne |
| DMS Pharmaceutical Group, Inc | 2350 East Devon Road | Des Plaines | IL | 60018 | 847-299-1455 | 847-289-1672 | | Joanna Cargagena, Sales Director | | WHO | Penny Hawthorne |
| Droguera Betances | Road #1 KM 34.0 | Caguas | PR | 00725 | 787-746-0951 | 787-744-4838 | | Brenda Menendez, R.Ph. | | WHO | House |
| Droguera Central | PR #2 KM 19.5 Pepsi Ind. Pk | Toa Baja | PR | 00959 | 787-251-2323 | 787-251-7012 | | Norman Genzer, VP | | WHO | House |
| Drug Guild | 350 Meadowland Parkway | Seacaucus | NJ | 07098 | 201-348-3700 | 201-348-9350 | C | Steve Poofner | | WHO | NAM 7 |
| Eckerd Corporation | 8333 Bryan Dairy Road | Largo | FL | 33777 | 727-395-6034 | 727-395-6438 | | Robert Verscharen, VP Pharmaceutical Purchasing & Formulary Mgt. | Lynn King, RPh, Mike LaBreco, Mary Jo Balli | WCH | Dawn Gordon |
| F. Dohmen Co. | W. 194 N. 11381 McCormick Dr. | Germantown | WI | 53022 | 800-444-4496 | 414-255-0041 | | Lisa Badura, Buyer | Steven Strobl, Dir., Purchasing | WHO | NAM 7 |
| F. Dohmen Co. | W. 194 N. 11381 McCormick Dr. | Germantown | WI | 53022 | 800-444-4496 | 414-255-0041 | | Lisa Jo Englbous | | WHO | NAM 7 |
| F. Dohmen Company Minneapolis, The | 2001 Kennedy Street NE | Minneapolis | MN | 55415 | 612-378-1650 | 612-378-1549 | | Douglas Rewerts, Dir. Sales | Michelle Gregor, Reg1 Inv Mgr | WHO | Penny Hawthorne |
| Frank W. Kerr Company | 43150 West Nine Mile Road | Novi | MI | 48376 | 248-349-5000 | 248-374-6057 | | Ralph Young, Assistant VP Purchasing | | WHO | Debbie Kutner |
| G & G Drug Wholesalers, Inc. | 160 Dupont Street | Plainview | NY | 11803 | 516-349-8822 | 516-349-8834 | | Phil Gordon | | WHO | Penny Hawthorne |
| General Drug Company | 200 N. Fairfield Ave. | Chicago | IL | 60612-209 | 773-826-4242 | 773-826-6231 | C | Joe Harris, Pres, and COO | | WHO | Penny Hawthorne |
| Genovese Pharmacy | 80 Marcus Drive | Melville | NY | 11747 | 516-845-8358 | 515-567-2624 | | Steve Poofner | Lynne Soja | WCH | Steve Snyder |
| Giant Food (MD) | 6300 Sheriff Rd. | Landover | MD | 20785 | 301-341-4406 | 301-618-4046 | | Laura Schneider, R.Ph., Pharmaceutical Buyer | Lisa DeFazio | WCH | Dawn Gordon |
| Goodwin Drug Co. | 1410 Main Street | Wheeling | WV | 26003 | 304-233-0250 | 304-233-1870 | | William Albers, Sr., President | Russ Fair | WHO | Not Covered |
| H.D. Smith | 4650 Industrial Drive | Springfield | IL | 62707 | 217-529-0211 | 217-529-1546 | C | Rick Purvis, Merchandise Manager | | WHO | Not Covered |
| H.D. Smith | 950 Lively Blvd. | Wood Dale | IL | 60191 | 630-227-9420 | 630-227-9329 | | Bob Dynek, Mgr. Vendor Rel. | Debra Mullen, Buyer | WHO | Not Covered |
| H.E. Butt | 646 S. Main Ave. | San Antonio | TX | 78283 | 210-938-7658 | 210-938-8047 | | Sam Willison, Pharmaceutical Category Mgr. | Ramiro Rivera, Buyer | WCH | NAM 8 |
| Harvard Drug Group | 8390 Arjons Drive | San Diego | CA | 92126 | 900-642-1232 | 619-683-6141 | | Cheryl Harper, General Mgr. | Jay Levine, President | WHO | Steve Snyder |
| Harvard Drug Group-Detroit | 31778 Enterprise Dr. | Livonia | MI | 48150 | 44276-015 | 734-525-6700 | | Nancy Carlson, VP, Purchasing | | WHO | Steve Snyder |
| Independent Drug Co. | 225 Northeast Avenue | Tallmadge | OH | 44278-015 | 330-633-9411 | 330-633-9842 | | Jim Zimmer, Sales Manager | Mike Schaler, Buyer | WHO | Not Covered |
| J.J. Balan | 5725 Foster Avenue | Brooklyn | NY | 11234-1001 | 718-251-8663 | 718-251-0024 | | Brian Block, Director of Purchasing | | RLI | Debbie Kutner |
| Jewett Drug Company | 217 Railroad Ave., S.E. | Aberdeen | SD | 57403 | 605-225-0870 | 605-225-0591 | | Chuck McGuire, Retail Merchandise Mgr. | | WHO | NAM 7 |
| JM Blanco, Inc | Diana Street #21 | Guaynabo | PR | 00968 | 787-793-6282 | 787-273-2160 | | Jose Gil-Rodrigo, Head Buyer | | WHO | House |
| Kerr Drug | 2522 S. Tri Center Blvd. | Durham | NC | 27713 | 919-544-3896 | 919-544-3796 | | Bill Badey | Merritt Blake | WCH | NAM 8 |

Confidential

BOEH01311263

RLI 0299 PreIU-2 Increase Data

| Company | Address | City | State | Zip | C | Phone1 | Phone2 | Contact | Title | Type | Rep |
|---|---|---|---|---|---|---|---|---|---|---|---|
| King Drug | 605 W. Lucas St. | Florence | SC | 29501 | C | 843-662-0411 | 843-662-0414 | Charles Poole | Buyer | WHO | Not Covered |
| Kinney | 520 East Main St. | Gouverneur | NY | 13642 | | 315-287-3600 | 315-287-3179 | Owen Halloran, R.Ph. | Pharmacy Category Manager | WCH | Debbie Kufner |
| Kinray, Inc. | 152-35 10th Ave. | Whitestone | NY | 11357-112 | C | 800-854-6729 | 718-767-4706 | Sandy Greco, VP Purcashing & Mkt. | | WCH | Debbie Kufner |
| Kroger-Peyton | 1014 Vine St. | Cincinnati | OH | 45202 | | 513-762-1855 | 513-762-1547 | Bob Breetz, Phcy. Procurement Mgr. | | WHO | Penny Hawthorne |
| Long's Drug Store | 141 North Civic Drive | Walnut Creek | CA | 94596 | | 925-944-6723 | 925-210-6222 | Robert James, Pharmacy Purchasing Manager | | WCH | Colin Carr-Hall |
| Long's Drug Stores | 5721 East Santa Ana Street | Ontario | CA | 91761 | | 909-390-7100 | 909-390-7117 | Susan Hunsinger, Buyer | | WCH | Colin Carr-Hall |
| Louisiana Wholesale Drug Co., Inc. | 2085 I-49 South Service Road | Sunset | LA | 70584 | C | 318-662-1040 | 318-662-5784 | Gayle White, Pres. | | WHO | NAM 8 |
| May's Drug Stores, Inc. | 1437 South Boulder/Suite 1100 | Tulsa | OK | 74119 | | 918-592-6257 | 918-592-4553 | Bob Ratley, Buyer | | WCH | Colin Carr-Hall |
| McKesson Drug Co. | 5481 Minnesota Drive | Anchorage | AK | 99518 | | 907-762-5600 | 907-762-5656 | Dave Fagerskog, DCM | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 2323 North 27th Ave. | Phoenix | AZ | 85009 | | 602-233-1316 | 602-272-4478 | Kathy Caetona-Hoover, VP. Sales | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 2333 N. 27th Avenue | Phoenix | AZ | 85009 | | 602-272-2263 | 602-278-6687 | Bob Hamik, Sr. VP | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 9501 S. Norwalk Blvd. | Santa Fe Springs | CA | 90670 | | 562-463-2100 | 562-463-2118 | Charlie Tomassene, Divisional Mgr. | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 3775 Seaport Blvd. | W. Sacramento | CA | 95691 | | 916-372-4600 | 916-371-4611 | Tracy Jonas, DCM | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | One Post Street | San Francisco | CA | 94104 | | 415-983-8383 | 415-732-2951 | John Bonner, Director Investment Purchasing | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 14500 East 39th Ave. | Aurora | CO | 80011 | | 303-371-0770 | 303-373-5459 | Greg Yonko, Senior VP, Investment Purcha | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 280 Dividend Road | Rocky Hill | CT | 06067 | | 860-721-0800 | 860-563-9283 | Grant Kim, VP Sales | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 915 Chad Lane | Tampa | FL | 33619 | | 813-621-8844 | 813-622-8245 | Greg Campbell, DCM | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 2975 Evergreen Pkwy. | Duluth | GA | 30097 | | 770-813-8145 | 770-497-1831 | Sue Jennings, DCM | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 80 Sand Island Access Rd. | Honolulu | HI | 96819 | | 808-847-3911 | 808-847-7444 | Jack Deavours, VP. Sales | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 520 East North Avenue | Carol Stream | IL | 60188 | | 630-462-2501 | 630-462-6656 | Dick Gates, VP. Gen'l Mgr/VP. Sales | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 252 Stone Road | Slidell | LA | 70460 | | 504-645-2500 | 504-645-2505 | Peggy Bulatek, DCM | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 9 Aspen Drive | Methuen | MA | 01844-1559 | | 978-685-3830 | 978-975-1308 | Fred Cassidy, H/AC Sales Manager | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 7721 Polk Street | Landover | MD | 20785 | | 301-322-1100 | 301-322-2690 | David Morrisey, VP. Sales | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 38220 Plymouth Road | Livonia | MI | 48150 | | 734-779-8800 | 734-779-8815 | Pete Green, VP. Sales | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 3280 Spruce Street | St. Paul | MN | 55117 | | 612-484-4811 | 612-484-6228 | Dan Farrel, Sales Manager | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 1 Commerce Drive | St. Peters | MO | 63376 | | 314-970-1991 | 314-279-4090 | Jane Koulbayari, DISM | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 1315 N. Chouteau Trafficway | Kansas City | MO | 64120 | | 816-245-0399 | 816-245-0329 | Robert Straughn, VP. Sales | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 5379 Southgate Dr. | Billings | MT | 59101 | | 406-252-6316 | 406-252-5092 | Joe Deyaeghere | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 7009 South 108th St. | LaVista | NE | 68128 | | 402-592-3890 | 402-592-9147 | Mary Shrader, DCM | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 4 East Stow Road | Marlton | NJ | 08053 | | 609-983-8726 | 609-983-3902 | Bob Straugh, VP. Sales | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 400 Delran Pkwy. | Delran | NJ | 08075 | | 609-461-7800 | 609-461-7432 | Chris Silva, DCM | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 100 McKesson Parkway | Cheektowaga | NY | 14227 | | 716-685-2106 | 716-681-5668 | Pharmaceutical Buyer | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | One Executive Blvd., S. Westchester Industrial Park | Yonkers | NY | 10701 | | 914-966-4800 | 914-966-4911 | Ken Morgan, VP. Sales | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 3000 Foxmeyer Way | Washington Court House | OH | 43160 | | 740-636-5500 | 740-636-3526 | Greg Skellato, DCM | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 7500 Freedom Avenue | N. Canton | OH | 44720 | | 330-494-8350 | 330-494-7349 | Bob Kearney, Distribution Center Mgr. | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 420 Distribution Circle | Fairfield | OH | 45014 | | 513-860-4646 | 513-860-4470 | Joe Rozniewski, Inventory Mgr. | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 4012 South Purdue | Oklahoma City | OK | 73179 | | 405-682-5559 | 405-682-9836 | Bert Nocera, VP Sales | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 9700 SW Commerce Circle | Wilsonville | OR | 97070 | | 503-682-4400 | 503-682-1980 | Gary McSwain, DCM | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 79 Industrial Park, Bldg. 203-205 | Sewickley | PA | 15143 | | 412-741-1893 | 412-741-1917 | Robert Straughn, VP. Sales | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 2120 Commerce Dr. | Cayce | SC | 29033 | | 808-796-7995 | 608-781-3373 | Mike Welch, Distribution Mgr. | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 4886 Southridge Blvd. | Memphis | TN | 38115 | | 901-362-1803 | 901-362-0556 | Kevin Hans, Distribution Manager | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 3280 Crumpler | Memphis | TN | 38141 | | 901-542-9789 | 901-542-9791 | Steve Horton, DCM | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 4853 Crumpler | Carrolton | TX | 75006 | | 972-446-4800 | 972-446-4231 | Jack Deavours, VP. Sales | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 1220 Senlac Drive | Arlington | TX | 76011 | | 817-652-7651 | 817-652-7699 | Linda Peck, DCM | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 809 110th Street | San Antonio | TX | 79218 | | 210-662-2200 | 210-662-2205 | John Bader, National Buyer | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 5100 Keeps Court | State Lake City | UT | 84104 | | 801-977-9500 | 801-973-0352 | Charles Harbour, DC Mgr. | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 1900 S. 4480 W. | Richmond | VA | 23220 | | 804-226-2800 | 804-226-2814 | Dennis Milsow, VP. Sales | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 4501 Carolina Ave., Bldg F | Everett | WA | 98204 | | 425-743-3100 | 425-742-7855 | Bob Hartb, DCM | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 710 132nd Street SW | Spokane | WA | 99206 | | 509-922-3400 | 509-926-4870 | Sheila Gustaveson, DCM | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | N. 2511 Woodruff Road | LaCrosse | WI | 54603 | | 608-781-6600 | 608-781-3373 | Kelly Wolfrey, DCM | | WHO | Colin Carr-Hall |
| McKesson Drug Co. | 3003 Airport Road | San Francisco | CA | 94104 | C | 415-983-8300 | 415-722-2699 | Kay Bourdon, DCM | | WHO | Colin Carr-Hall |
| McKesson Drug Co. ** | One Post Street | San Francisco | CA | 94104 | Y | 415-983-8300 | 415-722-2699 | Pharmaceutical Buyer | | WHO | Colin Carr-Hall |
| McKesson Drug Co. ** | One Post Street | Downers Grove | IL | 60517 | | 630-434-4240 | 415-722-2699 | Richard Krenz, DCM | | WHO | Colin Carr-Hall |
| McKesson Drug Co. (C) | 2001 Butterfield Rd., Ste. 1440 | Lynnwood | WA | 98037-4718 | | 425-712-2502 | 425-712-2522 | Scot Dyer, VP Generic Purchasing | | WHO | Colin Carr-Hall |
| McKesson Drug Co. (NW) | 3500 - 188th St. SW, Ste. 465 | Springfield | MO | 65806 | | 417-869-2577 | 417-881-5207 | Donna Wall, National Prod. Mgr., Brands | | WHO | Colin Carr-Hall |
| McQueary Bros. Drug Co. | 500 West Avenue | Grand Rapids | MI | 49544 | | 616-791-0254 | 616-785-7570 | Bill Hamick, Sr. VP | | WHO | NAM 7 |
| Meijer | 2929 Walker NW | Springboro | OH | 45068 | C | 513-743-7775 | 513-743-7786 | Tim Pawlak, Sr. VP | | WHO | Penny Hawthorne |
| Miami-Luken Wholesale | 265 Pioneer Blvd. | | | | | | | Pam Wells, MultiSource Buyer | | WHO | Penny Hawthorne |
| MM | | | | | | | | John Murphy, Buyer Phcy. Generic Rx | | WHO | TEST |
| Morris & Dickson Co. Ltd. | 410 Kay Lane | Shreveport | LA | 71115 | | 318-797-7900 | 318-798-5232 | Cindy Willet, Pharmacy Buyer | | WHO | NAM 8 |
| Mullen & Haynes Co., Inc. | 800 Pleasant Valley Rd. | Owensboro | KY | 42303 | | 502-683-3501 | 502-684-6200 | Aleisha Myer | | WHO | Not Covered |
| Myer, Aleisha | | | | | | | | Aleisha Myer2  Aleisha Myer Aleisha Mye | | WHO | TEST |
| N.C. Mutual Wholesale Drug Co. | 616 Ellis Rd. | Durham | NC | 27703-8601 | C | 919-596-2151 | 919-596-1453 | Wayne Floyd, Buyer | | WHO | NAM 8 |
| Neuman Distributors, Inc. | 184 Fenn Road | Newington | CT | 06111 | | 860-666-5471 | 860-667-4672 | Karen Miles | | WHO | Not Covered |
| Neuman Distributors, Inc. | 17808 Commerce Dr. | New Boston | MI | 48164 | | 734-753-5400 | 734-753-3967 | Johnny Hall | | WHO | TEST |
| Neuman Distributors, Inc. | 250 Moonachie Road | Moonachie | NJ | 07074 | C | 201-941-2000 | 201-931-0037 | Jean Ellis | | WHO | NAM 8 |
| Neuman Distributors, Inc. | 909 Remsen Avenue | Brooklyn | NY | 11236 | | 800-836-7979 | 718-272-2081 | Jim Mumma, Operations Mgr. | | WHO | Debbie Kufner |
| Penner & Welsch, Inc. | Building J, 892 Short Street | Kenner | LA | 70062 | | 504-471-0999 | 504-471-0288 | Joe Cosgrove | | WHO | Debbie Kufner |
| Prescription Supply, Inc. | 2233 Tracy Road | Northwood | OH | 43619-132 | C | 419-661-6600 | 419-661-6517 | Gene Mahmood | | WHO | Debbie Kufner |
| Priority Health Care Corp. | 285 West Central Pkwy., Ste 1704 | Altamonte Springs | FL | 32714 | | 407-869-7001 | 407-869-8757 | Greg Johns, VP. Sales & Purchasing | | WHO | Not Covered |
| Remo Drug Company | 315 East 89th St | Brooklyn | NY | 11236 | | 718-272-4213 | 718-272-0898 | John Gromly, Dir., Purchasing | | WHO | Managed Care |
| Rite-Aid | 30 Hunter Lane | Harrisburg | PA | 17011 | C | 717-972-3916 | 717-761-4730 | Don Rowe, Buyer | | WHO | Debbie Kufner |
| Rochester Drug Cooperative | 320 North Goodman St. | Rochester | NY | 14607 | C | 800-333-0538 | 716-271-3551 | Frank Cox, Pharm Buyer | | WCH | Steve Snyder |
| Roxane Labs/BPI | 25532 Calle Aspero | San Juan Capistrano | CA | 92675 | | 949-493-9157 | 949-493-9157 | Irwin Wechsler, R.Ph., Dir. Pharm Purch | | WHO | Debbie Kufner |
| Roxane Labs/BPI | 3500 Hawk Heights | Antelope | CA | 95843 | | 916-332-6450 | 916-332-4302 | Kenneth Boyce, Pharml Buyer | | WHO | Ron Denman |
| Roxane Labs/BPI | 8341 Bayshore Drive | Sunset Beach | FL | 33706-523 | E | 727-363-8623 | 727-363-8723 | Ron Denman, KAR | | WHO | Colin Carr-Hall |
| Roxane Labs/BPI | 8015 Crestway Drive, Apt 1304 | Indianapolis | IN | 46236 | E | 317-826-8409 | 317-826-8805 | Dawn Gordon, NAM | | WHO | Dawn Gordon |
| Roxane Labs/BPI | Nine Sentinel Drive | Wilder | KY | 41076 | E | 606-781-7778 | 606-781-7779 | Tom Via, NAM | | WHO | Tom Via |
| | | | | | | | | Penny Hawthorne, NAM | | WHO | Penny Hawthorne |

Confidential    BOEH01311264

RLI 0299 Prelv-2 Increase Data

| Company | Address | City | ST | Zip | | Phone | Fax | | Contact | Contact2 | Contact3 | Type | Rep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Roxane Labs/BIPI | 119 Erie Avenue | Rockaway | NJ | 07866 | E | 973-627-4521 | 973-627-4385 | BU | Deborah Kutner, NAM | | | WHO | Debbie Kutner |
| Roxane Labs/BIPI | 9850 Covan Drive | Westerville | OH | 43082 | E | 614-898-9607 | 614-898-9647 | BU | Steve Snyder, NAM | | | WHO | Steve Snyder |
| Shopko Stores, Inc. | 700 Pilgrim Way | Green Bay | WI | 54307 | | 920-497-2211 | 920-429-4133 | BU | Jerry Kem, R.Ph, Senior Buyer | | | WCH | NAM 7 |
| Smith Drug Company | 450 Wofford Street | Spartanburg | SC | 29301 | C | 864-582-1218 | 864-591-0333 | BU | Christa Hampton, Marketing Administration | Gail Pedan, Buy Sue Hutchins, Buyer | | WHO | NAM 8 |
| Smith Medical Partners | 980 Lively Blvd. | Wood Dale | IL | 60191 | C | 630-227-9420 | 630-227-9220 | BU | Seymour Stoller, President | | | WHO | Not Covered |
| Smith's Food & Drug Centers | 1775 West 1500 South | Salt Lake City | UT | 84104 | | 801-974-1441 | 801-973-1840 | BU | Kent Ramon, Pharm. Ser. Admin. | Blair Woolf | | WCH | Colin Carr-Hall |
| Sobol Pharmaceuticals | 50 Emjay Boulevard | Brentwood | NY | 11719 | C | 516-231-7733 | 516-787-1388 | BU | Marie Vilardi, Director of Purchasing | | | WHO | Debbie Kutner |
| Stanford Trading Co. | 4114 Lindbergh Drive | Dallas | TX | 75244 | | 972-991-2888 | 972-789-6913 | RU | Laura Castantino | | | WCH | Not Covered |
| Stailanders | 600 Penn Center Blvd. | Pittsburgh | PA | 15235 | | 412-825-8175 | 412-824-7149 | BU | Art Kier, R.Ph., Dir, Materials Mgmt. | Doug Brennen | | WCH | Steve Snyder |
| Stop & Shop/Pharmacy Technologies | 666 Park East Drive - Highland Industrial Pk. | Woonsocket | RI | 02895 | | 401-769-8294 | 401-769-8406 | BU | Tom McGovern, Pharmaceutical Buyer | John Dajo, Manager Contract Pricing | | WCH | Debbie Kutner |
| Texas Drug Co. | 1101 W. Vickery Blvd. | Fort Worth | TX | 76104 | C | 817-335-5761 | 817-334-0310 | BU | Brian Parkinson, Inventory Control Mgr./Buyer | | | WHO | NAM 8 |
| USA Drug | 3017 N. Midland Drive | Pine Bluff | AR | 71603 | | 870-535-2411 | 870-535-5601 | BU | Steven LaFrance, Sr President | | | WCH | NAM 8 |
| Valley Drug Company | 318 W. Boardman Street | Youngstown | OH | 44503 | C | 330-744-0283 | 330-744-2822 | BU | Edward Baird, Head Buyer | | | WHO | Steve Snyder |
| Valley Wholesale Drug Company | 1401 W. Fremont St. | Stockton | CA | 95203-269 | C | 800-247-5255 | 209-465-4056 | RU | Dan Mattecoli, Pharm Buyer | | | WHO | Debbie Kutner |
| Value Drug | One Golfview, | Altoona | PA | 16605 | C | 814-944-9316 | 814-944-9553 | RU | Tom Donahue, Buyer | | | WCH | Penny Hawthorne |
| Wal-Mart | 702 SW 8th Street | Bentonville | AR | 72716 | | 501-273-4299 | 501-273-1933 | RU | Bill Spradlin, Pharmaceutical Buyer | | | WCH | Penny Hawthorne |
| Walgreen's | 200 Wilmot Rd., MS 2108 | Deerfield | IL | 60015-4616 | | 847-914-5223 | 847-914-3675 | RU | John Ziebell, Pharmaceutical Buyer | Tia Baker | Ed Lewis, In Ron Nelson | WHO | NAM 8 |
| Walsh Distribution Co., LLC. | 5005 North State Line | Texarkana | TX | 75501 | | 909-794-5141 | 909-795-4056 | BU | Randall Wilson, Dir.., Purchasing | Ed Lewis | | WHO | NAM 8 |
| Walsh Dohmen Southeast, LLC. | 3950 Valley East Industrial Dr. | Birmingham | AL | 35217-054 | C | 205-815-1862 | 205-815-1871 | BU | John Mayr, Inventory Manager | | | WHO | NAM 8 |
| Walsh Dohmen Southeast, LLC. | 5005 North State Line | Texarkana | TX | 75501 | | 909-794-5141 | 909-795-4053 | BU | Marjorie Hampton | | | WHO | NAM 8 |
| ZZ | | | | | | 614-276-4000 | 614-276-2470 | BU | Aleisha Myer | Aleisha Myer2 | Aleisha Myer3 | WHO | TEST |
| ZZ | | | | | | 614-276-4757 | 614-276-0158 | BU | Aleisha | Aleisha 2 | | WHO | TEST |

Page 4

BOEH01311265

Confidential

# ABCDef

Pharmaceutical Buyer

Roxane Laboratories, Inc.

February 19, 1999

## PRODUCT PRICE CHANGE NOTIFICATION

Richard A. Feldman,
R. Ph.
Telephone (614) 272-4750
Telefax (614) 276-0158
E-Mail
rfeldman(col.boehringer-ingelheim.com

Please note, effective 12:01 a.m. Eastern Standard Time, February 22, 1999, there will be an immediate price change for Prelu-2® Timed Release Capsules 105mg within the Roxane Laboratories, Inc., product line. This change is due to an increase in manufacturing and supply costs.

1809 Wilson Road
Columbus, Ohio 43228
Telephone (614) 276-4000
Telefax (614) 274-0974

| DESCRIPTION | NDC LIST NO. 0054- | UNIT PACKAGING | WHOLESALE PRICE | AWP PRICE |
|---|---|---|---|---|
| Prelu-2® Timed Release Capsules 105mg | 2719-25 | Bottle of 100 | $100.27 | $120.32 |

Any order received by Roxane Laboratories, Inc. after 12:01 a.m., Eastern Standard Time on February 22, 1999, will be billed at the new price. *__Be aware that this announcement is being sent to your headquarters only__*. Please notify the appropriate personnel in your company of this price change. If there should be any questions about this price, please contact our Customer Service Department at 1-800-520-1631.

Please note any changes or updates of contact person(s) and return by fax to (614) 276-0158 so that we may maintain our records. Thanks for your continued support.

Sincerely,

Richard A. Feldman, R.Ph.
Executive Director, Trade and Pharmacy Affairs

RAF/jdk

Confidential

BOEH01311266