# Exhibit 51

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

# In The Matter Of:

## *THE STATE OF TEXAS ex rel.  v. DEY, INC., ET AL.*

---

### *GREGG P. CIARELLI*
### *June 26, 2002*

---

**FREDERICKS-CARROLL REPORTING**
*Court Reporting-Video Services-Litigation Support*
7719 WOOD HOLLOW DRIVE, SUITE 156
Austin, TX  78731
(512) 477-9911     FAX: (512) 345-1417

*Original File 0626CIAR.AMI, 185 Pages*
*Min-U-Script® File ID: 0676467863*

**Word Index included with this Min-U-Script®**

## Page 1

[1]  CAUSE NO. GV002327
[2]  THE STATE OF TEXAS           ) IN THE DISTRICT COURT
     ex rel.                     )
[3]  VEN-A-CARE OF THE            )
     FLORIDA KEYS, INC.           )
[4]                               )
         Plaintiffs,              )
[5]                               )
     VS.                          ) TRAVIS COUNTY, TEXAS
[6]                               )
     DEY, INC.; ROXANE            )
[7]  LABORATORIES, INC. and       )
     WARRICK PHARMACEUTICALS      )
[8]  CORPORATION,                 )
[9]     Defendants.               ) 53rd JUDICIAL DISTRICT
[10]
[11]
              ORAL AND VIDEOTAPED DEPOSITION OF
[12]              GREGG P. CIARELLI
              WEDNESDAY, JUNE 26, 2002
[13]
[14]
[15]  ORAL AND VIDEOTAPED DEPOSITION OF GREGG P.
[16]  CIARELLI, produced as a witness at the instance of the
[17]  Plaintiffs and duly sworn, was taken in the
[18]  above-styled and numbered cause on the 26th day of June
[19]  2002, from 8:04 a.m. to 1:27 p.m., before Randall N.
[20]  Finch, CSR in and for the State of Texas, reported by
[21]  machine shorthand, at the offices of Boehringer
[22]  Ingelheim, Inc., 900 Ridgebury Road, Ridgefield,
[23]  Connecticut, pursuant to Notice, the Texas Rules of
[24]  Civil Procedure and the provisions as previously set
[25]  forth.

## Page 2

[1]           APPEARANCES
[2]  FOR THE PLAINTIFF STATE OF TEXAS:
[3]       MR. JOE CRAWFORD
          MR. JARRETT ANDERSON
[4]       Office of the Attorney General
          State of Texas
[5]       P.O. Box 12548
          Austin, Texas 78711-2548  (512) 475-4300
[6]            (512) 474-1062 Fax
[7]  FOR THE RELATOR:
[8]       MR. JAMES JOSEPH BREEN
          The Breen Law Firm, P.A.
[9]       8201 Peters Road, Suite 1000
          Plantation, Florida 33324  (954) 916-2713
[10]           (954) 916-2714 Fax
               -and-
[11]      MR. JOHN E. CLARK (Of Counsel)
          Goode Casseb Jones Riklin Choate &
[12]      Watson, P.C.
          2122 North Main Avenue
[13]      P.O. Box 120480
          San Antonio, Texas 78212-9680  (210) 733-6030
[14]           Fax (210) 733-0330
               -and-
[15]      MS. JOY CLAIRMONT
          Berger & Montague
[16]      1622 Locust Street
          Philadelphia, Pennsylvania 19103
[17]
     FOR THE DEFENDANT DEY, INC.:
[18]
          MR. STEPHEN M. HUDSPETH
[19]      Coudert Brothers
          1114 Avenue of the Americas
[20]      New York, New York 10036-7703  (212) 626-4442
                (212) 626-4120
[21]
     FOR THE DEFENDANT WARRICK PHARMACEUTICALS CORPORATION:
[22]
          MS. KARIN TORGERSON
[23]      Locke Liddell & Sapp, L.L.P.
          2200 Ross Avenue, Suite 2200
[24]      Dallas, Texas 75201-6776  (214) 740-8000
                (214) 740-8800 Fax
[25]

| GREGG P. CIARELLI<br>June 26, 2002 | THE STATE OF TEXAS ex rel. v.<br>DEY, INC., ET AL. |
|---|---|

Page 9

[1] Q: You and I have never met before today or had
[2] any communications I don't believe, have we?
[3] A: No.
[4] Q: What, if anything, do you know about a
[5] criminal case proceeding down in Alabama involving a
[6] man named Richard Powell and Neil Yeager? Do you know
[7] anything about that lawsuit?
[8] A: Nothing.
[9] Q: The reason I ask is because there have been at
[10] least I think two of the other Roxane employees who
[11] have testified in that lawsuit. Are you even aware of
[12] that fact?
[13] A: No.
[14] Q: Okay. If I tell you that it is a — the RDI
[15] lawsuit, does that help at all?
[16] A: No.
[17] Q: That's unknown to you? Your position is with
[18] what corporate entity, please, sir?
[19] A: Boehringer Ingelheim Pharmaceuticals,
[20] Incorporated.
[21] Q: And is that sometime referred to as BIPI?
[22] A: Yes.
[23] Q: Is that the acronym that y'all use for it?
[24] A: Yes.
[25] Q: I — I don't want to be disrespectful, but is

Page 10

[1] that okay?
[2] A: No, that's fine.
[3] Q: Okay. And how long have you been employed by
[4] BIPI?
[5] A: It will be five years in August.
[6] Q: And prior to that you were employed where?
[7] A: Purdue Pharma.
[8] Q: So during the entire tenure of your employment
[9] here in Connecticut it's been with BIPI as opposed to
[10] Roxane?
[11] A: Correct.
[12] Q: What is your current position, please, sir?
[13] A: My current position, I'm head of sales and
[14] contracts administration.
[15] Q: How long have you held the position of head of
[16] sales and contract administration?
[17] A: Approximately two years.
[18] Q: Prior to that position, what position did you
[19] occupy?
[20] A: Head of contracting and marketing controlling.
[21] Q: Did you have another position before being
[22] head of contracting and marketing controlling?
[23] A: Yes.
[24] Q: What was that?
[25] A: Marketing controller.

Page 11

[1] Q: Did you have another different position before
[2] that?
[3] A: No.
[4] Q: So you were hired as marketing controller?
[5] A: Correct.
[6] Q: So you've been in three different positions.
[7] Correct?
[8] A: Yes.
[9] Q: And would I be correct in assuming that your
[10] transition to — into each of these three different
[11] positions have been in the nature of promotions?
[12] A: No.
[13] Q: Have any of them been demotions?
[14] A: No.
[15] Q: They have been lateral moves, perhaps?
[16] A: Yes.
[17] Q: All of them lateral?
[18] A: The first one was a promotion; the other two
[19] were lateral. Just change in the responsibilities.
[20] Q: All right. If you would, please, I would like
[21] to come to an understanding initially about the
[22] nature — nature of your duties and responsibilities in
[23] each of these positions and a comparison as to how your
[24] responsibilities changed or increased or decreased.
[25] All right?

Page 12

[1] A: Okay.
[2] Q: So for the stake — sake of continuity, let me
[3] please begin with your first position as marketing
[4] controller. That was the position that you were hired
[5] to begin with. Correct?
[6] A: Yes.
[7] Q: And what — can you give me an outline of your
[8] duties and responsibilities as marketing controller for
[9] BIPI?
[10] A: It was the traditional duties of a controller,
[11] basically budgeting, financial analysis, providing
[12] business support to the marketing and sales functions
[13] within Boehringer Ingelheim pharmaceuticals and Roxane
[14] generics.
[15] Q: All right. If — if I was well-schooled in
[16] matters corporate, which I'm not — I've always been —
[17] just been a lawyer; that's all I could figure out how
[18] to do. So my understanding is probably not as
[19] extensive as yours would be. Can you expand on what
[20] you've just told me about those job duties and tell me
[21] in layman's terms what those duties consisted of?
[22] A: Yeah, primarily it would be completing the
[23] annual budgeting process, going through with individual
[24] cost center managers their expenses, and also with
[25] the — the marketing people the sales forecasts and

Page 13

[1] assembling a profit loss statement.
[2] Q: Would this be in the context of compiling
[3] information and then putting it into a readable form so
[4] that you could provide that to upper management?
[5] A: Correct.
[6] Q: Is that primarily what you did?
[7] A: Yes.
[8] Q: Did any of your duties have to do with
[9] controlling these items and telling people, "You're
[10] over budget, you need to stop spending money," or —
[11] A: Yes, some of that, too.
[12] Q: That was part of that also?
[13] A: Yes.
[14] Q: And you said you performed these functions
[15] both for BIPI and also for Roxane?
[16] A: For the — the business unit of Ingelheim
[17] Pharmaceuticals, which back then encompassed Boehringer
[18] Ingelheim and Roxane branded and generics.
[19] Q: Was there anyone else in the company that
[20] performed functions either parallel to yours at that
[21] time or similar to yours, or were you more or less it?
[22] A: Within those businesses, that was it.
[23] Q: Okay. How much of your time was divided to
[24] Boehringer Ingelheim activities as opposed to Roxane?
[25] Was it half and half or —

Page 14

[1] A: Probably 80/20. 80 percent BIPI, 20 percent
[2] Roxane.
[3] Q: And is that because BIPI had 80 percent of the
[4] business and Roxane had 20 percent of the business?
[5] A: No, just the complexities of the two
[6] businesses, and the fact that I was physically located
[7] here in Connecticut.
[8] Q: And that's a good point. Your physical
[9] location during the entire tenure of your employment
[10] has been in Connecticut?
[11] A: Yes, it has.
[12] Q: Does Roxane still have a physical presence in
[13] the Columbus, Ohio area?
[14] A: Yes.
[15] Q: What activities are conducted in Columbus,
[16] Ohio, or in and around Columbus for Roxane?
[17] A: Manufacturing.
[18] Q: Are any management personnel located in
[19] Columbus?
[20] A: Yes.
[21] Q: Is Judy Waterer still there?
[22] A: No.
[23] Q: Who are the management personnel, if you know,
[24] for Roxane currently still located in or around
[25] Columbus, Ohio?

Page 15

[1] A: I don't know.
[2] Q: Do you have any idea how many people we're
[3] talking about?
[4] A: I don't know.
[5] Q: We deposed Judy Waterer some months ago and at
[6] that time, as I recall, there was a transition underway
[7] where she was —
[8] A: Mm-hmm.
[9] Q: — thinking about moving to the Cleveland,
[10] Ohio area.
[11] A: Yes.
[12] Q: Did that actually take place?
[13] A: Yes.
[14] Q: Was she alone in that, or were there multiple
[15] people moved to Cleveland?
[16] A: I don't know.
[17] MR. McCONNICO: She was, if you've got
[18] to know.
[19] Q: (By Mr. Crawford) Do you know if the
[20] transition that she told us about of moving her and
[21] perhaps others to the Cleveland, Ohio area has been
[22] completed, or is that something still underway?
[23] A: I don't know.
[24] Q: Do you know whether or not BIPI intends to
[25] continue the Roxane operations in or around Columbus,

Page 16

[1] Ohio?
[2] A: I don't know that.
[3] Q: You haven't heard any plans about closing down
[4] the manufacturing there and moving it away?
[5] A: No.
[6] Q: Have we fairly and comprehensively covered
[7] your duties and activities as marketing controller?
[8] A: Yes.
[9] Q: And your next move was then a promotion to
[10] head of contracting and marketing controlling?
[11] A: Correct.
[12] Q: And when did that take place, please, sir?
[13] A: Probably about four years ago.
[14] Q: Sometime around 1998?
[15] A: Yes. It was October.
[16] Q: October of '98?
[17] A: I believe so.
[18] Q: What were your primary duties and
[19] responsibilities as head of contracting and marketing
[20] controlling?
[21] A: The controlling duties that I had explained
[22] previously, and in addition the contracting — the
[23] administration of contracts for Boehringer Ingelheim
[24] and Roxane Labs, and also Medicaid and federal
[25] reporting.

Page 49

[1] A: It's the same.
[2] Q: And, then, Mr. Berkle, he has direct reporting
[3] to the president and COO of Roxane, Mr. Gerstenberg?
[4] A: Yes.
[5] Q: So would it be correct to say, then, that that
[6] makes you a — a third-level management down from the
[7] president and COO?
[8] A: Yes.
[9] Q: And are you still third-level down from the
[10] president and COO?
[11] A: Yes.
[12] Q: Now, even though — and I think that at that
[13] point in time in 1999 you did have other persons that
[14] you supervised, but they don't appear on this
[15] particular org chart. Is that right?
[16] A: Correct.
[17] Q: And I'm sure there's an obvious answer for
[18] this, but tell me why they don't appear here. Is there
[19] just not room to put everybody on this one?
[20] A: No, that is a Roxane Laboratories org chart.
[21] Q: Okay.
[22] A: Not a BIPI org chart.
[23] Q: Okay. Now, let me ask you this: Even during
[24] this period of time, even though you appear on the
[25] Roxane Lab org chart, you were nevertheless an employee

Page 50

[1] of BIPI?
[2] A: Correct.
[3] Q: How about Mr. Gerstenberg, the president and
[4] COO of Roxane, is he an employee of Roxane or BIPI?
[5] A: I don't know.
[6] Q: Have you ever drawn a paycheck drawn on an
[7] account that belongs to Roxane?
[8] A: I don't know.
[9] Q: Your paycheck comes from BIPI?
[10] A: Yes, it says BIPI on the paycheck.
[11] Q: And as far as you know, that's always been the
[12] case?
[13] A: It has been, yes.
[14] Q: And the fact that you would appear here on a
[15] Roxane org chart, is that for — tell me why that would
[16] be.
[17] A: Because I had people on the Roxane payroll
[18] that reported in to me.
[19] Q: Okay. Now, the next page here I'm just going
[20] to skip over. Marketing multisource has Judy Waterer
[21] there. You don't appear there because you weren't in
[22] that chain. Is that correct?
[23] A: Correct.
[24] Q: And likewise, with sales - key accounts, I
[25] don't think you appear on that chart either because

Page 51

[1] you're not in that chain. Is that right?
[2] A: I do not.
[3] Q: Same with marketing contract operations, your
[4] name doesn't appear there. Correct?
[5] A: Does not.
[6] Q: But John Powers does, and you supervised him.
[7] A: Correct.
[8] Q: So would it be — if they wanted to make this
[9] chart complete, they could put a line above John Powers
[10] to you. Is that right?
[11] A: Yes.
[12] Q: And now we come to page ROX-01437, which is
[13] the Ethical Pharmaceuticals USA organization, which
[14] does, I think, contain your name up here at the top.
[15] Right?
[16] A: Yes, it does.
[17] Q: This Ethical Pharmaceuticals USA organization,
[18] is that Roxane or BIPI?
[19] A: BIPI.
[20] Q: And so there are a list of names that appear
[21] under you there. Are those all BIPI employees?
[22] A: Yes, with the exception of John Powers.
[23] Q: And he's, I think, last on the list there? At
[24] the bottom?
[25] A: Yes, he is.

Page 52

[1] Q: Let me go through — I don't want to spend an
[2] exorbitant amount of time with this, but I do want to
[3] ask you some questions about these people. Okay?
[4] A: Sure.
[5] Q: And I'll — if it will help you I'll let you
[6] look at that, because I've written down these names
[7] here — I hope I have, anyway. But this indicates your
[8] position as marketing controller, sales and contract
[9] administration. Is that right?
[10] A: No.
[11] Q: What does it say on there?
[12] A: Sales — oh, excuse me. It's just head, sales
[13] and contracts administration.
[14] Q: Okay. Were you at that time marketing
[15] controller also?
[16] A: No.
[17] Q: And the persons under you, would this have
[18] been in 1999?
[19] A: No, this is labeled as 2000.
[20] Q: All right. Is this after you got promoted to
[21] your current position?
[22] A: I was not promoted; it was a lateral move.
[23] Q: Lateral — is this after you got lateral to
[24] your current position?
[25] A: Correct.