# Exhibit 52

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

Page 1

```
              UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF MASSACHUSETTS

    ----------------------------------X

    THE COMMONWEALTH OF MASSACHUSETTS, )  CIVIL ACTION NO.

               Plaintiff,              )  03-CV-11865-PBS

                                       )

         vs.                           )

                                       )   VIDEOTAPED

    MYLAN LABORATORIES, INC.; BARR     )  DEPOSITION OF

    LABORATORIES, INC.; DURAMED        )  GREGG CIARELLI

    PHARMACEUTICALS, INC.; IVAX        )    30(b)(6)

    CORPORATION; WARRICK               )

    PHARMACEUTICALS CORPORATION;       )   New York,

    WATSON PHARMACEUTICALS, INC.;      )   New York

    SCHEIN PHARMACEUTICAL, INC.; TEVA  )  July 25, 2007

    PHARMACEUTICALS USA, INC.; PAR     )

    PHARMACEUTICAL, INC.; DEY, INC.;   )

    ETHEX CORPORATION; PUREPAC         )

    PHARMACEUTICAL CO.; and ROXANE     )   Reported By:

    LABORATORIES, INC.,                )   CATHI IRISH,

               Defendants.             )   RPR, CLVS

    ----------------------------------X
```

7fc673e3-6cd8-4e38-9c58-c323a63534c0

Page 2

1                       July 25, 2007

2                         9:30 a.m.

3

4          Videotaped deposition of GREGG CIARELLI,

5   30(b)(6), held at the offices of Kirkland & Ellis

6   LLP, 153 East 53rd Street, New York, New York,

7   pursuant to Notice, before Cathi Irish, a

8   Registered Professional Reporter and Notary Public

9   of the State of New York.

7fc673e3-6cd8-4e38-9c58-c323a63534c0

Page 22

1   forecasting pricing.
2       Q.   At some point, did you -- were you
3   assigned any responsibilities for products that
4   had been products of Roxane?
5       A.   Yes.
6       Q.   When was that?
7       A.   In -- at the same time.
8       Q.   In November of 1997?
9       A.   Yes.
10      Q.   So prior to November of 1997, did you
11  have any responsibilities whatsoever for any of
12  the products at Roxane?
13      A.   No.
14      Q.   And how -- what responsibilities did
15  you undertake for Roxane at that time?
16      A.   Can you clarify that?
17      Q.   You said in November you -- you began
18  exercising some responsibilities with regard to
19  products owned by Roxane.
20      A.   Okay.
21      Q.   Okay.  What were they?
22      A.   The pricing contracting, and I still

Page 23

1    had my control -- controller's responsibilities.
2        Q.   Prior to November of 1997, did you have
3    any responsibility for pricing or contracting or
4    setting contract prices for any products?
5        A.   No.
6        Q.   To your knowledge, at some point were -
7    - were products that had been owned and marketed
8    by Roxane Laboratories, were they transferred to
9    BIPI?
10       A.   During what time period?
11       Q.   Any time period.
12       A.   Yes, at some point in time, I don't
13   recall, some products, branded pharmaceutical
14   products were transferred from Roxane to BIPI.
15   The one that comes to mind, Viramune.
16       Q.   How about Roxicodone?
17       A.   I don't recall.
18       Q.   Do you know whether any other branded
19   products were transferred from Roxane
20   Laboratories to BIPI?
21       A.   There was a few more, but I don't
22   recall what they were.

Page 24

1    Q.    Are you familiar with the procedures
2  for reporting prices for those products to the
3  price reporting services, such as First DataBank?
4    A.    Yes.
5    Q.    And how did you become familiar with
6  that process?
7    A.    When I took over the contracting
8  responsibilities, one of the people in Roxane who
9  reported to me, John Powers, reported those
10 prices.
11   Q.    And in preparation for this deposition,
12 did you have discussions with Mr. Powers as to
13 the practices and procedures of Roxane
14 Laboratories with regard to reporting to the
15 price reporting services with regard to Roxane's
16 branded drugs?
17   A.    No, I did not.
18   Q.    When did Mr. Powers begin working
19 directly for you?
20   A.    It was in 1997, around --
21   Q.    November of 1997?
22   A.    Yes.

Page 28

1   AWP.

2   BY MR. HEIDLAGE:

3       Q.   Okay.  Was the AWP higher than the WAC?

4       A.   Yes.

5       Q.   So just bear with me for a moment.  I'm

6   just going to work through the -- what Roxane

7   Laboratories did through Mr. Powers was, it would

8   take its WAC, multiple the WAC by 16 and two-

9   thirds percent and add that amount, that product,

10  to the WAC and that would be reported as the AWP?

11      A.   Correct.

12      Q.   Okay.  And at some point, did the

13  formula change, such that Roxane Laboratories was

14  reporting a WAC based on a different formula, the

15  20 percent?  Do you know when that changed?

16      A.   I don't recall when it changed.

17      Q.   During the entire time period -- from

18  1997 until today, have -- or strike that.

19           From 1997 until the time that the

20  Roxane branded drugs were transferred to BIPI,

21  did you have ongoing responsibility for the

22  reporting function?

7fc673e3-6cd8-4e38-9c58-c323a63534c0

Page 29

1    A.   Which reporting function?
2    Q.   The function of reporting prices to
3  First DataBank.
4    A.   Yes.
5    Q.   Do you know when the Roxane
6  Laboratories branded drugs were transferred to
7  BIPI?
8    A.   I don't recall the exact date.
9    Q.   Do you -- do you recall the year?
10   A.   No.
11   Q.   Okay.  I'm going to show you a -- an
12 organizational chart, which has been previously
13 marked in the deposition of Ms. Waterer as
14 Exhibit Waterer 078.  And specifically, I'm
15 referring to a page which is Bates numbered RLI-
16 ORG00000029, and ask you if you and your position
17 are identified on that page.
18   A.   Yes.
19   Q.   And what is the position?
20   A.   Head pricing contract marketing.
21   Q.   Okay.  And is that the position that
22 you currently hold?

Page 49

1    me strike that question.  I was intending to ask
2    --
3    BY MR. HEIDLAGE:
4        Q.   The line of questioning I've been
5    asking related to the branded drugs, but at the
6    time that you undertook the function for price
7    reporting, at least at that time, Roxane
8    Laboratories was reporting a WAC price with
9    regard to its branded drugs, correct?
10       A.   Yes.
11       Q.   Did that ever change during the time
12   that you were responsible for Roxane
13   Laboratories' price reporting for its branded
14   drugs?
15       A.   No, not that I'm aware of.
16       Q.   At any time -- strike that.
17            At the time that you assumed the
18   function for Roxane Laboratories' reporting of
19   its AWPs for its branded drugs, it was reporting
20   an AWP to First DataBank; isn't that correct?
21       A.   Yes.
22       Q.   And did that ever change?

7fc673e3-6cd8-4e38-9c58-c323a63534c0