# Exhibit 55

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

Lopresti, Dolores ROXUS

**From:** Orinski, Judy ROXUS
**Sent:** Wednesday, December 19, 2001 5:08 PM
**To:** Lopresti, Dolores ROXUS; Ortiz, Breydi ROXUS
**Cc:** Lyons, Gregory BVL-US-B
**Subject:** BVL Transfers

Dolores,
Please complete PTN's for the transfer of Judy Waterer, Leslie Paoletti, Steve Snyder, and Deb Kutner to Ben Venue. They will be BVL employees effective 1/1/02. Per a request from Dan Parnell, we need to pre-pay them for the 6 days in the first pay period of the year which would be December 24 through December 31st. Please coordinate with BISC and BVL.

Judy

1



RLI-TX_62258
RLI-AWP-00161135





Boehringer Ingelheim
Ben Venue Laboratories

July 13, 2001

Ms. Judith Waterer
328 Avon Court
Dublin, OH 43017

Ben Venue Laboratories, Inc.

Dear Judy:

Beginning October 15, 2001, your position as Associate Director, Marketing will transfer to the Ben Venue Laboratories offices in Cleveland, Ohio. You will remain on the Roxane Laboratories payroll through December 28, 2001. Your employment with Ben Venue Laboratories will begin December 31, 2001. This letter provides a confirmation of your arrangement and describes your compensation, benefits and other related information.

Your relocation will be covered in accordance to the Roxane Relocation Policy. A copy of the program will be provided for you. Third party provider, Cendant, will manage your moving process.

Ben Venue Laboratories, Inc., (the "Company") provides a full range of valuable benefits for which you will be eligible for the year 2002. Current benefits are outlined below. The Company, of course, reserves the right to make changes in the benefit programs from time to time as the Company in its sole discretion deems appropriate.

300 Northfield Road
P.O. Box 46568
Bedford, Ohio 44146-0568
Telephone (440) 232-3320
Telefax (440) 232-2772

- Your annual salary will remain at $118,000 with a 15% Bonus target. You will be eligible for review in January 2002.

- Comprehensive health care plan, which provides benefits toward hospital, doctor, dental and prescription drug expenses. This plan is fully paid by the Company. Dependent coverage requires a $50 per month contribution by the employee. A description of the Great West Healthcare Plan is attached.

- Ben Venue will provide and fully pay for $150,000 of group term life insurance. Optional additional term life insurance for employee and dependents is available at a reduced group rate (up to 3 times your annual base compensation).

- Long term disability insurance paid for by the Company provides a monthly benefit equal to 2/3 of the base salary (up to $5000 per month) for the 181st day of disability to age 65.

RLI-TX_67598
RLI-AWP-00166452



- Pension Plan-100% Company contributory. Vesting starts at the end of the third year, fully vested after seven years, and will include your previous service years with BI-RLI. As of January 1, 2002, you will be 60% vested.

- Profit Sharing Plan- 100% Company contributory. You will be fully vested in 2002.

- There are 10 paid holidays each year.

- Vacation eligibility will be based on your Pre-employment credit and years of service with Roxane Laboratories and in accordance with BVL vacation policy. You will receive 20 ½ days of vacation for the year 2002. BVL has a salary continuance program in the event you are ill and require time off from work.

- Salary continuance is provided for short-term disability periods up to 180 days.

- You will be immediately eligible to participate in our 401(k) Savings Plan effective December 31, 2001. The current employer match is 100% of the first one percent and 50% for 2% through 6%. There is also a company profit sharing contribution to the plan.

- Annual salary review.

We are looking forward to your continued contributions at Ben Venue Laboratories, Inc.

Sincerely,

*[signature]*

Greg Lyons
Associate Director, Human Resources

Enclosures(s)

Transfer Accepted _____ Date _____

RLI-TX_67599
RLI-AWP-00166453



Boehringer Ingelheim
Ben Venue Laboratories

## *MEMORANDUM*

TO: Judy Waterer

FROM: Greg Lyons

RE: Relocation Allowance

DATE: January 30, 2002

CC: Personnel File
Finance

Per the agreement as part of your relocation to Ben Venue Laboratories, you will receive a one-time lump sum amount from Ben Venue Laboratories in addition to the $1,500 relocation allowance already paid to you by Roxane Laboratories.

An additional relocation allowance of $5,000 will be paid by February 8, 2002. The check will have normal payroll taxes deducted.

Please call me if you have any questions.



Boehringer Ingelheim
Ben Venue Laboratories

## MEMORANDUM

TO: Finance

FROM: Greg Lyons

RE: Judy Waterer Bonus

DATE: March 5, 2002

CC: Tom Russillo
Personnel File

Judy Waterer, who transferred from Roxane Laboratories on January 1, 2002, is to be paid $19,186 for her 2001 bonus.

Please pay Judy the bonus by March 15, 2002.

RLI-TX_67612
RLI-AWP-00166461


Boehringer Ingelheim
Ben Venue Laboratories

## SALARY EMPLOYEES WAGE INCREASES

The salary employee wage increases, which became effective January 1, 2002, will be reflected in the paycheck you receive on January 14, 2002. These increases were based on merit as reflected in your supervisor's evaluation of your performance.

Listed below is confidential information regarding your increase percentage, increase amount and new salary effective January 1, 2002. If you have questions regarding this information you may contact your immediate supervisor.

| | |
|---|---|
| NAME | Waterer, Judy |
| TOTAL INCREASE PERCENTAGE | 4.75% |
| CURRENT AMOUNT | $118,000 |
| NEW SALARY AMOUNT  01/01/02 | $123,605 |
| | |
| SUPERVISOR: | Russillo, Thomas |

RLI-TX_67616
RLI-AWP-00166464

*Paoletti-File*

Boehringer Ingelheim
**Ben Venue Laboratories**

July 13, 2001

*c. Judy Orinda*

Ms. Lesli Paoletti
5394 Old Creek Lane
Hilliard, OH 43026

Ben Venue Laboratories, Inc.

Dear Lesli:

Beginning October 15, 2001, you will be promoted to the position of Product Manager and will transfer to Ben Venue Laboratories in Cleveland, Ohio and your annual salary will be $72,000. You will remain on the Roxane Laboratories payroll through December 28, 2001. Your employment with Ben Venue Laboratories will begin on December 31, 2001. This letter provides a confirmation of your arrangement and describes your compensation, benefits and other related information.

Your relocation will be covered in accordance to the Roxane Relocation Policy. A copy of the program will be provided for you. Third party provider, Cendant, will manage your moving process.

Ben Venue Laboratories, Inc., (the "Company") provides a full range of valuable benefits for which you will be eligible for the year 2002. Current benefits are outlined below. The Company, of course, reserves the right to make changes in the benefit programs from time to time as the Company in its sole discretion deems appropriate.

300 Northfield Road
P.O. Box 46568
Bedford, Ohio 44146-0568
Telephone (440) 232-3320
Telefax (440) 232-2772

- Your annual salary will increase to $72,000 with a 10% Bonus target. You will be eligible for review in January 2002.

- Comprehensive health care plan, which provides benefits toward hospital, doctor, dental and prescription drug expenses. This plan is fully paid by the Company. Dependent coverage requires a $50 per month contribution by the employee. A description of the Great West Life Healthcare Plan is attached.

- Ben Venue will provide and fully pay for $122,000 of group term life insurance. Optional additional term life insurance for employee and dependents is available at a reduced group rate (up to 3 times your annual base compensation).

- Long term disability insurance paid for by the Company provides a monthly benefit equal to 2/3 of the base salary (up to $5000 per month) for the 181st day of disability to age 65.

- Pension Plan-100% Company contributory. Vesting starts at the end of the third year, fully vested after seven years, and will include your

CONFIDENTIAL

ROX TX - 14120

RLI-AWP-00315389



previous service years with BI-RLI. As of January 1, 2002 you will be 80% vested.

- Profit Sharing Plan- 100% Company contributory. You will be fully vested in 2002.

- There are 10 paid holidays each year.

- Vacation eligibility will be based on your Pre-employment credit and years of service with Roxane Laboratories and in accordance with BVL vacation policy. You will receive 20 ½ days of vacation for the year 2002. BVL has a salary continuance program in the event you are ill and require time off from work.

- Salary continuance is provided for short-term disability periods up to 180 days.

- You will be immediately eligible to participate in our 401(k) Savings Plan effective December 28, 2001. The current employer match is 100% of the first one percent and 50% for 2% through 6%. There is also a company profit sharing contribution to the plan.

- Annual salary review.

We are looking forward to your continued contributions at Ben Venue Laboratories, Inc.

Sincerely,

Greg Lyons
Associate Director, Human Resources

Enclosures(s)

Offer Accepted _____ Date 10-19-01

CONFIDENTIAL

ROX TX - 14121



RLI-AWP-00315390



Boehringer Ingelheim
Ben Venue Laboratories

## MEMORANDUM

TO: Finance

FROM: Greg Lyons

RE: Lesli Paoletti Bonus

DATE: March 5, 2002

CC: Tom Russillo
Personnel File

Lesli Paoletti, who transferred from Roxane Laboratories on January 1, 2002, is to be paid $7,195 for her 2001 bonus.

Please pay Lesli the bonus by March 15, 2002.

CONFIDENTIAL

ROX TX - 14154

RLI-AWP-00315423