# Exhibit 56

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

```
                      NO. GV3-03079

    THE STATE OF TEXAS              ) IN THE DISTRICT COURT
                                    )
    ex rel.                         )
       VEN-A-CARE OF THE            )
       FLORIDA KEYS, INC.,          )
             Plaintiff(s),          )
                                    )
    VS.                             ) TRAVIS COUNTY, TEXAS
                                    )
    ROXANE LABORATORIES, INC.,      )
    BOEHRINGER INGELHEIM            )
    PHARMACEUTICALS, INC., BEN      )
    VENUE LABORATORIES, INC. and    )
    BOEHRINGER INGELHEIM            )
    CORPORATION,                    )
             Defendant(s).          ) 201ST JUDICIAL DISTRICT
    *******************************************************
                ORAL AND VIDEOTAPED DEPOSITION OF
                         LESLI PAOLETTI
                        November 9, 2004
                            Volume 1
             (ATTORNEYS' EYES ONLY PENDING ENTRY OF
                      CONFIDENTIALITY ORDER)

    *******************************************************
```

   ORAL AND VIDEOTAPED DEPOSITION OF LESLI PAOLETTI,

produced as a witness at the instance of the

Plaintiff(s), and duly sworn, was taken in the

above-styled and numbered cause on the 9th of

November, 2004, from 12:38 p.m. to 4:56 p.m., before

CYNTHIA VOHLKEN, CSR in and for the State of Texas,

reported by machine shorthand, at the offices of

Vorys, Sater, Seymour and Pease, LLP, 52 East Gay

Street, Columbus, Ohio, pursuant to the Texas Rules of

Civil Procedure and the provisions attached

previously.

```
 1                    A P P E A R A N C E S
 2    FOR THE PLAINTIFF(S):
 3           Ms. Cynthia O'Keeffe
              Assistant Attorney General
 4            Office of the Attorney General
              State of Texas
 5            Post Office Box 12548  (78711-2548)
              300 W. 15th Street, 9th Floor
 6            Austin, Texas  78701
 7
      FOR THE RELATOR:
 8
              Mr. Jarrett Anderson
 9            Anderson LLC
              1300 Guadalupe, Suite 103
10            Austin, Texas  78703
11
      FOR THE DEFENDANT(S):
12
              Mr. R. Eric Hagenswold
13            Scott, Douglass & McConnico, L.L.P.
              One American Center, Fifteenth Floor
14            600 Congress Avenue
              Austin, Texas 78701
15
              -and-
16
              Mr. Paul Coval
17            Vorys, Sater, Seymore & Pease, LLP
              52 East Gay Street
18            Columbus, Ohio 43216
19            -and-
20            Ms. Sheila Anne Denton
              Senior Counsel, Legal Department
21            Boehringer Ingelheim Pharmaceuticals, Inc.
              900 Ridgebury Road
22            P.O. Box 368
              Ridgefield, Connecticut 06877-0368
23
24
25
```

Page 9

1  be, but first I would like to start by putting an
2  exhibit marker on your resume that we've received
3  recently.
4           (Exhibit 38 marked)
5     Q.   (BY MR. ANDERSON) If you could, take an
6  opportunity to review that, what's been marked as
7  Exhibit 38.
8     A.   (Witness reviewing document).  Okay.
9     Q.   Is that your current resume?
10    A.   No.
11    Q.   Do you know when that resume was created,
12 roughly?
13    A.   I don't.  I could guess based on the address
14 that it's been several years ago.
15    Q.   Okay.  Let me take a look.  I apologize
16 because we are going to need to share.  Is Hilliard,
17 Ohio a suburb of Columbus?
18    A.   It is.
19    Q.   Okay.  And where do you currently reside?
20    A.   Cleveland.
21    Q.   Cleveland proper?
22    A.   Well, no.  Actually, it's -- I'm -- I'm in
23 Twinsburg, my address is Hudson, but it's the
24 Cleveland area, yeah.
25    Q.   Okay.  And where are you currently employed?

Page 10

1    A.   Do you want who I work for or who writes my
2    paycheck?
3    Q.   Well, who -- who do you perceive employs you?
4    A.   Roxane Laboratories.
5    Q.   Okay.  What offices do you work out of?
6    A.   The offices of Ben Venue Laboratories in
7    Cleveland.  Bedford, Ohio, actually.
8    Q.   Okay.  Is it your understanding that you are
9    on assignment from Roxane to Ben Venue --
10              MR. HAGENSWOLD:  Objection.
11   Q.   (BY MR. ANDERSON)  -- or vice versa?
12              MR. HAGENSWOLD:  Objection, form.
13              You can answer.
14              THE WITNESS:  Do I answer it?
15              MR. HAGENSWOLD:  Yes.
16              MR. COVAL:  Oh, yeah.
17   A.   I don't know what you mean by assignment.
18   Q.   (BY MR. ANDERSON)  Well, if you are working
19   for Roxane, why are you officing at Ben Venue?
20   A.   I don't know.
21   Q.   Who else, to your knowledge, is working out
22   of the offices of Ben Venue in Bedford, but is working
23   for Roxane?
24   A.   Six other people that I work with in the
25   Roxane offices.

1   Q.   Who signs your paychecks?
2   A.   Somebody at Ben Venue.
3   Q.   So is your -- is the payroll account off
4   which you are paid a Ben Venue payroll account?
5           MR. HAGENSWOLD:  Objection, form.
6   A.   I don't know.
7   Q.   (BY MR. ANDERSON)  Is Tom Russillo the
8   gentleman that signs your paychecks?
9   A.   I don't know.  I don't really look at the
10  signature.
11  Q.   Who do you report to?
12  A.   I report to Paul Kirsten.
13  Q.   Who does Mr. Kirsten report to?
14  A.   Tom Murphy.
15  Q.   What company does Mr. Murphy work for?
16  A.   Ben Venue.
17  Q.   Is Mr. Russillo still with Ben Venue?
18  A.   Yes.
19  Q.   Does Mr. Murphy report to Mr. Russillo?
20  A.   I believe so.
21  Q.   What is Mr. Murphy's position at Ben Venue?
22  A.   I don't know his exact title --
23  Q.   What's your impression --
24  A.   -- but he's over -- he is over -- boy, I
25  don't know everything that he's responsible for.

Page 90

1      Q.   Sure.
2      A.   Because I want to make sure that it -- it
3 doesn't appear that I am the sole approver for our
4 contract prices.
5      Q.   Who else is --
6      A.   I just want to make that clear.
7      Q.   Who else is an approver of contract prices?
8      A.   Well, it would go through Mark Boudreau and
9 there are certain guidelines that we adhere to and --
10 and then it would go to me.  If it was outside of the
11 guidelines, if Mark and I agreed, then it still might
12 have to go on to Paul Kirsten and it may not.  It's
13 a -- it's a little more complicated than just somebody
14 saying yes to a price --
15      Q.   Where is the --
16      A.   -- in many cases.
17      Q.   -- contracts department for Roxane currently
18 located?
19      A.   Connecticut.
20      Q.   And is that Boehringer Ingelheim Services
21 Center department?
22      A.   I don't know if they are part of the services
23 center.  They are part of Boehringer Ingelheim.
24      Q.   But they provide Roxane with contract pricing
25 information?

Page 91

1  A. Yes.
2  Q. And they maintain all of -- all the contract
3  prices on Roxane's products?
4  A. I assume so.
5  Q. And they're involved in the approval process
6  of Roxane's contract prices?
7           MR. HAGENSWOLD: Objection, form.
8  A. You'd have to -- what do you mean by
9  approval? They have guidelines that have been
10 pre-approved. If a price comes in and it's within the
11 approved guidelines, then yes, they can just send it
12 out.
13 Q. Who's the manager of that department?
14 A. I believe it's Chris Marsh.
15 Q. Do you know what organization is in charge of
16 billing Roxane's customers?
17 A. What -- what department or what -- I'm not
18 sure.
19 Q. Yeah.
20 A. The department would be the customer services
21 department, I believe, up at BI, the BISC.
22 Q. And by "BISC" you mean the Boehringer
23 Ingelheim Services Center?
24 A. Services Center, yes.
25 Q. What company is the contracts department a

1  part of that handles Roxane's contracts?
2       A.   Boehringer Ingelheim.
3       Q.   Is that the full name of the company, to your
4  knowledge?
5       A.   I think it's Boehringer Ingelheim
6  Pharmaceuticals, Incorporated.
7       Q.   Who is the parent company of Roxane?  What's
8  the name of the parent company?
9       A.   You know, I'm not sure of the legal
10 relationship between the companies.
11              (Exhibit 44 marked)
12      Q.   (BY MR. ANDERSON)  This has been marked as
13 Exhibit 44, previously marked as Tupa 654.  If you
14 could, take a look at this, Ms. Paoletti, and then
15 I'll have some questions for you.
16      A.   (Witness reviewing document).
17              (Discussion off the record)
18              MR. ANDERSON:  Hey, Eric, just a
19 housekeeping matter.  I'm going to go on the record
20 now and say that although I just had this marked as
21 44, it's the exact same document, but -- as what we
22 used with Mayhew 37, and just to prevent us from
23 having more than two exhibit numbers on these exhibits
24 I would rather just go ahead and refer to it as Mayhew
25 37.