# Exhibit 57

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

Page 1

```
            UNITED STATES DISTRICT COURT

        FOR THE DISTRICT OF MASSACHUSETTS

    ----------------------------------X

    THE COMMONWEALTH OF MASSACHUSETTS, )  CIVIL ACTION NO.

              Plaintiff,               )  03-CV-11865-PBS

                                       )

         vs.                           )

                                       )    VIDEOTAPED

    MYLAN LABORATORIES, INC.; BARR     )  DEPOSITION OF

    LABORATORIES, INC.; DURAMED        )  LESLI PAOLETTI

    PHARMACEUTICALS, INC.; IVAX        )

    CORPORATION; WARRICK               )

    PHARMACEUTICALS CORPORATION;       )    New York,

    WATSON PHARMACEUTICALS, INC.;      )    New York

    SCHEIN PHARMACEUTICAL, INC.; TEVA  )  July 26, 2007

    PHARMACEUTICALS USA, INC.; PAR     )

    PHARMACEUTICAL, INC.; DEY, INC.;   )

    ETHEX CORPORATION; PUREPAC         )

    PHARMACEUTICAL CO.; and ROXANE     )  Reported By:

    LABORATORIES, INC.,                )  CATHI IRISH,

              Defendants.              )  RPR, CLVS

    ----------------------------------X
```

                                                                    Page 2
 1                      July 26, 2007
 2                      9:03 a.m.
 3
 4        Videotaped deposition of LESLI PAOLETTI, held
 5   at the offices of Kirkland & Ellis LLP, 153 East
 6   53rd Street, New York, New York, pursuant to Notice,
 7   before Cathi Irish, a Registered Professional
 8   Reporter and Notary Public of the State of New York.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22

Paoletti, Lesli                                      July 26, 2007
                          New York, NY

Page 9

1      A.   Good morning.
2      Q.   Do you recall that you were -- have
3 been deposed previously in an action in
4 connection with litigation by the State of Texas
5 with regard to drug pricing?
6      A.   Yes.
7      Q.   I am going to assume your testimony in
8 that case and not go through your background
9 again, but I'd just like to just follow up on
10 that testimony just to make certain that there
11 aren't any substantial changes in your background
12 since then.
13           What is your current position with
14 Roxane?
15     A.   Associate director of marketing.
16     Q.   And by whom are you currently employed?
17     A.   Ben Venue Laboratories.
18     Q.   And as the associate director of
19 marketing for Ben Venue, what are your duties and
20 responsibilities?
21     A.   I'm actually the associate director of
22 marketing for Roxane Laboratories.  We're just

Paoletti, Lesli                                          July 26, 2007
                              New York, NY

Page 10

1   located in the Cleveland Ben Venue offices.
2       Q.  So actually, your employer is Roxane
3   Laboratories; is that correct?
4       A.  The company I work for, yes.
5       Q.  Who writes the check?
6       A.  Ben Venue.  It's a little confusing.
7       Q.  But in -- functionally, your
8   responsibilities relate to Roxane Laboratories?
9       A.  Yes.
10      Q.  Okay.  And prior to being -- first of
11  all, when were you appointed associate director
12  of marketing?
13      A.  January 1st of '06.
14      Q.  And prior to that --
15      A.  I believe -- I'm pretty sure it was
16  January 1st of '06.
17      Q.  Prior to that time, what was your
18  title?
19      A.  Senior product manager.
20      Q.  And as senior product manager, you were
21  also employed, at least functionally, by Roxane
22  Laboratories; is that correct?