# Exhibit 58

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

Page 1

```
Docket No. X07         : SUPERIOR COURT

CV-03-0083296-S(CLD)   : COMPLEX LITIGATION

STATE OF CONNECTICUT,  : DOCKET AT TOLLAND

        Plaintiff,     :
                       :
    vs.                :
                       :
DEY, INC., ET AL.,     :

        Defendants.    :

             ~~~~~~~~~~~~~~~~~~~~

                 Deposition of

              JUDITH C. WATERER

  HIGHLY CONFIDENTIAL - PURSUANT TO COURT ORDER



              November 28, 2005

                 9:08 a.m.

                 Taken at:

        Cleveland Marriott at Key Center

              127 Public Square

              Cleveland, Ohio



            Grace M. Hilpert, RPR
```

Judith C. Waterer  HIGHLY CONFIDENTIAL  November 28, 2005
Cleveland, OH

Page 2

1  APPEARANCES:
2
3       On behalf of the Plaintiff:
4           Murdock Goldenberg Schneider
5           & Groh, LPA, by
6           JEFFREY S. GOLDENBERG, ESQ.
7           35 E. Seventh Street, Suite 600
8           Cincinnati, Ohio  45202
9           (513)345-8297
10
11      On behalf of Defendant Roxane
12      Laboratories, Inc.:
13          Vorys, Sater, Seymour and
14          Pease LLP, by
15          PAUL J. COVAL, ESQ.
16          52 East Gay Street
17          P.O. Box 1008
18          Columbus, Ohio  43216
19          (614)464-6400
20
21
22

Henderson Legal Services
(202) 220-4158

d88331ff-4366-492d-923d-ab87ffb93063

Page 28

1  Q. How long did you stay in the position of
2  demand management planner?
3  A. Again, maybe a couple, three years. Not
4  short, not long.
5  Q. Was there another position between
6  demand management planner and product manager for
7  multisource?
8  A. I don't recall.
9  Q. So that takes us through 1996?
10  A. Yes.
11  Q. Did you go to a different employer in
12  1996?
13  A. Yes.
14  Q. Where did you go in 1996?
15  A. Roxane Laboratories.
16  Q. Are you currently with Roxane
17  Laboratories?
18  A. That's another circuitous answer. The
19  short answer is yes.
20  Q. Who do you consider to be your employer?
21  A. My paycheck says Ben Venue, but the work
22  that I do is for Roxane Laboratories.  And I guess

1   one could say Boehringer Ingelheim is the ultimate
2   employer.
3           Q.    Were you recruited to come to Roxane
4   Labs?
5           A.    Yes.
6           Q.    By whom?
7           A.    There was a headhunter, whose name I
8   don't recall, that contacted me.  It has always been
9   my habit that when an interesting opportunity shows
10  up, I at least look into it. So I looked into it.
11          Q.    And what position did you accept in 1996
12  with Roxane?
13          A.    Program development manager.
14          Q.    How long did you remain in that
15  position?
16          A.    Maybe three or four years.
17          Q.    Who at Roxane made the hiring decision
18  to bring you in, if you know?
19          A.    I was interviewed and hired by my boss,
20  Ed Tupa.
21          Q.    Did you report directly to Ed Tupa when
22  you were the program development manager?

1  about the product before began looking at us.
2           According to what the customers told our
3  salespeople, when we bid, we were very competitive
4  in our bid.  But then they refused to purchase the
5  product because in some cases our AWP was extremely
6  out of line.
7           So that they would, according to them,
8  be losing, I think in one case, almost a million
9  dollars a year if they switched to ours.
10          So after we had multiple customers tell
11 us that, essentially get in line with the industry
12 and price your product fairly or we can't get it, we
13 made a decision it was either discontinue the
14 product or act like a competent marketer and do what
15 everybody else in the industry was doing.
16          We made a decision to match Mylan's AWP,
17 as they were the market share holder. Upon doing
18 that, we were able to glean some business.
19      Q.   Did your department follow a formal
20 process to raise AWPs as to the Furosemide?
21          MR. COVAL:  Objection.  Form.
22          Go ahead.

Page 49

1     A.    At the time we had never done anything
2  like this before.  We had never run into, that I
3  recall, an instance of an AWP of this magnitude.
4           There wasn't any formal process in line
5  for changing prices, other than recommending a price
6  and having it signed off on the standard form.
7           However, because of the magnitude of the
8  increase and the environment nationally and really
9  corporately, senior leadership wanted to put
10 together a formal recommendation plan and make sure
11 that the most senior leadership of the company was
12 aware of the plan in case there was any potential
13 problems, press, whatever.
14    Q.    Most senior leadership was made aware of
15 the Furosemide AWP increase.
16          So who was made aware of it, to the best
17 of your recollection, meaning how high up did it go?
18    A.    We were asked to put together a paper
19 for Tom Russillo, who was COO of Ben Venue.  He took
20 it to his management, and I don't recall who his
21 management was at that particular time, but it would
22 have been like Germany, corporate.

Page 50

1    Q.    So is it your understanding that the
2    decision with respect to raising AWP on Furosemide
3    went above Ed Tupa?
4    A.    Ed Tupa was not there at the time.
5    Q.    He was not?
6    A.    No.  It was Tom Russillo.
7    Q.    Was Rich Feldman who you reported to at
8    this time?
9    A.    No.  I never reported to Rich Feldman.
10   Q.    Who were you reporting to at the time of
11   the Furosemide price change?
12   A.    Tom Russillo.
13   Q.    And did it also go up to an individual
14   named Gerstenberg?
15   A.    That might have been.  At one point Tom
16   reported to Gerstenberg, so that may have been it.
17   Q.    Do you recall what his position was at
18   that time?
19   A.    No.
20   Q.    He was above Tom Russillo?
21   A.    Correct.
22   Q.    And Tom was the chief operating officer

Judith C. Waterer  HIGHLY CONFIDENTIAL  November 28, 2005
Cleveland, OH

Page 51

1  of Ben Venue?
2       A.   Correct.
3       Q.   And do you recall whether those AWP
4  increases were implemented?
5       A.   Oh, yes.
6       Q.   And you said there was some increase in
7  sales; is that correct?
8       A.   I believe that's correct.
9       Q.   Do you have an understanding for the
10 magnitude of the increase?
11      A.   No.  I never checked it.
12      Q.   You just know that the sales did
13 increase?
14      A.   We would have discontinued the product
15 had it not at least had some sales generated.
16      Q.   Does Roxane still produce Furosemide?
17      A.   Yes.
18      Q.   Any other products that come to mind
19 that were in a situation where information came to
20 you that the AWP for those products were too low
21 relative to the others in the industry?
22      A.   There may have been a couple others.

Henderson Legal Services
(202) 220-4158