# Exhibit 59

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

# Walsh Distribution
WAREHOUSE PURCHASE & DISTRIBUTION ALLOWANCE
******NEW PRODUCT INTRODUCTION******
From
Boehringer Ingelheim/Roxane Laboratories, Inc

THE FIRST & ONLY

---

## ROXICODONE™ CII
(Oxycodone Hydrochloride)
### 15mg & 30mg
TABLETS

---

## Purchase Allowance
# 3% Off-Invoice!!!
and
## 60 Additional Days Dating
### (Total of 2% 90, Net 91)
Purchase Period: One (1) Order Only through 9/29/00
Product Ships On or After 10/2/00

&

## Distribution Allowance
# $5/Bottle Sold to Retail!!!
(Maximum $10 Per Pharmacy Location, Excludes Drop Shipments)

### Distribution: Sold by 11/10/00

+++ First & Only 15mg & 30mg Dosage Strengths +++
+++ Increased Dosing Flexibility +++

| Description | Strength | Size | NDC | AWP |
|---|---|---|---|---|
| Roxicodone Tablets | 15mg | 100 | 0054-4658-25 | $ 110.00 |
| Roxicodone Tablets | 30mg | 100 | 0054-4665-25 | $ 212.00 |

Questions & Inquiries on these promotional terms call Mike Doan, National Account Manager, Boehringer Ingelheim/Roxane Laboratories Office Phone 770-277-3911, Fax 770-277-9892. Distribution allowance requests must be received by December 31, 2000 with proof of distribution. Send distribution allowance to
Mike Doan
1745 Presidents Drive
Lawrenceville, GA, 30043

RLI-TX 19839
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00119191
ROX033-3489