# Exhibit 60

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

*Sent 12/6/99*

## WOLF, PATRICIA     AD BIPUS

| | |
|---|---|
| **From:** | on behalf of GERSTENBERG,W     AD BIPUS |
| **To:** | Poerschmann,Walter SGEPH BIG-DE-I |
| **Subject:** | Position Paper |

**Importance:**     High

December 6, 1999

Dear Walter:

Attached please find my introduction to the discussion with the Board of Managing Directors on the future of RLI. I will introduce the topic and repeat key elements of this position paper on one or two overheads.

The details of the presentation will then be handled by Shelly Berkle and Tom Russillo.

Also, please make sure that we have time to talk during this session about the expansion of the sales force (Shelly Berkle). If time allows, it would also be beneficial to address the capital investment project PAC.

Please be so kind and forward this position paper to the Board of Managing Directors with the appropriate "Information" paper.

With my thanks, and kindest personal regards,

Yours,

*Werner*

AideMemoire.doc

1

Confidential

BOEH02601793

## POSITION PAPER ON ROXANE LABORATORIES, INC.

This memorandum is intended to address two central issues relating to the future of Roxane Laboratories. First, should Roxane focus on branded products, specialty generics (branded and selected), or a mix of both? Second, how should Roxane be organized to optimize future performance?

### History

Roxane Laboratories today is different from the company that Boehringer-Ingelheim acquired in 1979. The Roxane of the 1980s sought and exploited niches for "value-added" or specialty generics. Roxane's early successes evolved from unique ways of packaging or dosing otherwise widely available compounds (for example, the first commercial, standardized oral morphine solution). In the late eighties and early nineties, Roxane continued to develop niches opportunistically, where conditions created barriers to entry by competitors. The specialized manufacturing requirements for certain oncologic compounds inspired the "330 Project," a facility at 330 Oak Street in Columbus that produces drugs requiring manufacture in isolation due to their high toxicity. The political and regulatory constraints involved in the production of narcotics helped create profitable niches for methadone and other addiction therapy drugs.

Roxane also benefited from being an early producer of generics, before others entered the market and before branded companies developed strategies to sell generics to maintain market leadership for products after patent expiration. In 1992, for example, Roxane was the sole producer of generic versions of the successful oxycodone pain drugs Percocet® and Percodan®. In 1993, Roxicodone, Roxane's 5mg single entity immediate release oxycodone tablet, was the only product of its kind on the market. DuPont Merck, the owner of Percocet®, did not launch its own generic version of the drug until 1994, by which time the Roxane drugs had acquired their own brand equity. Although these drugs have seen sales and profitability decline, the deterioration has been at a relatively slow rate compared to a typical generic.

Confidential

**Roxane Today**

Currently, Roxane operates in an entirely different competitive environment from that of the late eighties and early nineties. In the mid-90s, research companies began establishing their own generic divisions, in part to maintain market leadership for branded products coming off patent. The Bolar scandal of the mid-90s, involving false claims regarding clinical trials, triggered enhanced FDA scrutiny of documentation for ANDAs. Since the time of Merck's groundbreaking merger with Medco, announced in 1993, managed care's impact has increased in both the branded and the generic pharmaceutical markets in the United States. The growth of managed care has driven significant growth in the use of generics -- they now exceed 40% of all U.S. prescriptions -- but intense price competition means that those prescriptions generate less than 10% of all ethical pharmaceutical sales. Sales of generics are projected to grow over the next five years at a compound annual growth rate of about 10%.

The generics industry is consolidating: the top six manufacturers (Teva, Perrigo, Mylan, Ivax, Forest and Alpharma) now account for over 50% of sales. Moreover, research companies are seeking to extend their products' exclusivity through vigorous litigation and regulatory efforts. As a consequence of all this, today's producers of generics see intense competition, short product life cycles, and lowered margins compared to the early years of this decade. Still, with $35 billion in drugs coming off patent through 2005, the specialty generics market is attractive enough that some research-based pharma companies are continuing to expand their focus on specialty generics, although others have decided to exit the field.

Since 1995, Roxane's product pipeline has narrowed, with a consequent loss of momentum in today's increasingly challenging environment. In recent years, more new products have failed to generate acceptable returns (Diclofenac and Ranitidine, for example). Moreover, to be competitive in today's market, a generics business needs to file ANDAs at a rate of about twelve per year. Roxane's current rate is about five.

- 2 -

Confidential

BOEH02601795

Although Roxane's sales have been growing, most of the growth today is from BIPI-assigned products. The largest seller is Viramune®, an HIV/AIDS drug assigned to Roxane and launched in 1996. Viramune® will account for about $106 million of Roxane's expected $412 million in third-party net sales for 1999.[1] Ipratropium bromide (the generic version of BIPI's Atrovent®, launched in 1996 before the end of Atrovent's exclusivity) will account for third-party net sales of about $39 million in 1999 (down from $64 million in 1997 and $44 million in 1998). Margins on these products are materially better than for ordinary multi-source products: Contribution I for Viramune is at about 70%; for Ipratropium, it has declined from about 57% in 1996 to about 40% in 1999.

Today, Roxane's strongest internally-developed specialty generic drugs are from the 330 Project. Azathioprine, introduced in January of 1996, should show sales of about $48 million for each of 1998 and 1999. Hydroxyurea, introduced in October of 1995, had sales peak at $17 million in 1998. Contribution I margins for these products were 71% and 56%, respectively, in 1998; and are expected to be about 68% and 44% in 1999. Of course, these products also will have shorter life cycles than branded products. Sales of Azathioprine peaked in 1998, and are expected to decline below $10 million by 2001; Hydroxyurea sales also peaked in 1998, are expected to fall below $10 million this year, and are budgeted for only $2.4 million.

Roxane's "branded generics" (that is, unique formulations of compounds that are generic at their core and that require detailing) in the pain/palliative care area are the other important contributors to its sales and profits today. Together Oramorph SR, Roxicodone and Roxanol will produce sales of $40 million in 1999, at a Contribution I level exceeding 80%. Sales of these products are expected to continue to grow through 2004.

Five years from now, much of Roxane's sales is expected to come from products not yet on the market. Extain®, a branded generic whose launch is being

---

[1] This figure does not include intercompany sales, which were significant in 1999 ($94 million) or sales of product manufactured for third parties to sell under their own labels (nil in 1999, but between 1% and 8% of sales in the mid-1990s).

- 3 -

Confidential

BOEH02601796

delayed by litigation from Purdue-Frederick, is a sustained-release version of oxycodone projected to achieve net third-party sales of $100 million (20% of Roxane's total) in 2005.[2]  A new version of Roxicodone (immediate release oxycodone in larger doses) is projected to generate sales of $50 million by 2004.  Six other products not yet on the market are expected to have sales of almost $100 million in 2004.  In addition, for its branded generic products, Roxane will compete against companies with substantially larger sales forces.  For example, Purdue-Frederick will have 500 sales people selling OxyContin against a projected 131 for our Extain (including contract service organization), itself an increase from 49 available today.

Not only does Roxane now face a more difficult competitive landscape, it operates with a far more complex structure than it did in the past.  Today, Roxane shares its Columbus manufacturing facility with three other business units.  Columbus manufactures solid and liquid generics, while BenVenue in Bedford produces injectable generics.  And with branded and specialty generic product lines existing side by side, there is competition for resources (priorities and timelines) and fragmentation of strategic direction.  While there is focused leadership on the multi-source side, leadership is diffuse for branded products.  This fragmentation enhances the potential for confusion.

## Options

In the specialty generics business, speed to market is crucial and product life cycles are short.  To compete successfully, Roxane will need an adequate pipeline of ANDAs and a reliable process for "genericizing" BIPI drugs coming off patent.  For branded generics, as for true branded products, there must be an adequate investment in sales and marketing to optimize returns. These considerations suggest a number of options, discussed below, for organizing these businesses.  It seems clear, however, that whatever the organizational structure, additional investment in R&D will be

---

[2] This projection may be conservative, given that sales for Purdue-Frederick's competing product, OxyContin, more than doubled from mid-1998 to mid-1999, rising from $200 million to more than $424 million. (Source: MAT).

- 4 -

Confidential

BOEH02601797

appropriate.  The R&D component supporting the specialty generics business will have to be expanded to support the twelve ANDAs per year considered desirable for a successful specialty generics business.  The current configuration can support only eight.  In addition, adequate R&D support will need to be provided for the branded products, wherever they ultimately reside.   Finally, the clinical component supporting the specialty generics business will need to be configured to match the needs of such a business.

It may be useful to consider the options in three groups:

**Option One.**  The first option, involving the least change, would leave both business lines under the same management and make adjustments within the existing organizational structure.  One could add a senior manager in Columbus to report to Tom Russillo in Bedford; add R&D capacity in Columbus to bring the new product pipeline to desired levels; and add sales and marketing capacity in Columbus to bring sales of branded products to desired levels.

The second and third options would involve separating all the branded products (i.e., those requiring promotion: Viramune, Cafcit, Marinol, Oramorph SR, Roxanol, Roxicodone, Extain, and the addiction drugs Orlaam and Methadone) from the specialty generics (the "330 Project" products and all other specialty generics). Under either of these options, the branded products would be managed from Ridgefield and the specialty generics would be managed from Bedford.

**Option Two.**  Under the second option, the Trade Relations and Contract Administration functions would remain in Columbus, from which they would service both the branded and the specialty generics businesses.  Scientific Affairs and DRA personnel would also remain in Columbus to support the specialty generics business headquartered in Bedford.  And the Columbus R&D and Medical functions would be expanded enough to provide support for both the specialty generics and the branded products.  Under this scenario, the Columbus R&D and Medical resources would be split into groups, with part devoted to the branded products and part to specialty generics, in order to maintain appropriate focus in these distinct lines of business.

**Option Three.**  Under the third option, Contract Administration would be moved to Ridgefield, from which it would serve both specialty generics and branded

- 5 -

Confidential

BOEH02601798

products. R&D and Medical to support branded products would move to Ridgefield, while R&D and Medical to support specialty generics would be based in Columbus. Existing trade relations resources would move to Ridgefield to support branded products. Additional trade relations personnel would be added in Bedford to support the specialty generics business. (Under this scenario, Columbus would be essentially a manufacturing site, except for R&D&C for specialty generics).

Both the second and the third options would create a separate specialty generics business. In the second option, two businesses would reside in the same business unit; in the third, the businesses would be in two business units. The reporting relationships of the businesses should be the subject of further discussion. Under either scenario, the R&D and Medical groups would be split to assure that the specialty generics business will not be encumbered by the business, regulatory, and cultural needs of a branded business. It would be expected, under either the second or the third scenario, that when a product becomes generic, it would be moved to the generics business and be sold through the contracting system of distribution. In addition, further work will have to be done to look at costs and related allocation of overheads, considering that production has shifted from a single-purpose to a multi-purpose facility, to be sure that an undue burden is not being assigned to the specialty generics business. Finally, in each of the scenarios, IT, accounting/finance, and HR would be sized at each location to support the functions existing there.

This position paper addresses immediate issues that are central to Roxane's future. Other issues, such as the optimal legal structure and product pipeline investments, can only be addressed once the fundamental issues are settled.

Werner Gerstenberg
December 6, 1999

- 6 -

Confidential

BOEH02601799