# Exhibit 62

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

RLI167

# ROXANE LABORATORIES, INC.

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS

The undersigned, being all of the members of the Board of Directors of Roxane Laboratories, Inc., a Delaware corporation, do hereby adopt the following resolutions by this our unanimous written consent without a meeting pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, in lieu of a meeting of said Board of Directors, and with full force and effect as if adopted by the unanimous affirmative vote of all of us at a duly constituted meeting:

RESOLVED that, this Corporation hereby grants power of attorney to Boehringer Ingelheim Pharmaceuticals, Inc. and to its employee, Gregg Ciarelli, as the actual signer, to sign, on behalf of this Corporation, all those contracts, bids and related documents as set forth in the second resolution of this Unanimous Written Consent, and for this purpose approves the form of Power of Attorney attached herewith as Annex 1.

RESOLVED that, effective immediately, (i) in addition to the President and all Vice Presidents, Gregg Ciarelli, as an employee of Boehringer Ingelheim Pharmaceuticals, Inc. and in support of the U.S. Business Unit Ethical Pharmaceuticals, be, and he hereby is, authorized and empowered, in the name and on behalf of this Corporation, to execute and file all contracts with vendors providing goods and/or services to the Sales and/or Marketing Departments of this Corporation, which have a value of not greater than $250,000, to enable the Sales and/or Marketing Departments of this Corporation to fulfill their obligations, (ii) in addition to the President and all Vice Presidents, Gregg Ciarelli, as an employee of Boehringer Ingelheim Pharmaceuticals, Inc., be, and he hereby is, authorized and empowered, in the name and on behalf of this Corporation, to execute and file all Federal, State and local governmental bids and contracts, rebate contracts, contracts with managed healthcare providers and group purchasing contracts which have a value of not greater than $500,000, and to execute and file all bonds which may be required in connection with any such documents, and (iii) the Secretary and any Assistant Secretary of the Corporation be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Corporation, to sign or attest and affix the corporate seal to any such Federal, State or local governmental bid, contract, award, bond, rebate contract with managed healthcare

HIGHLY CONFIDENTIAL                                                                                                    BOEH04600281

providers and any group purchasing contract and in connection therewith to certify the continued validity of this resolution and the accuracy of a true copy hereof and the identity and signature of Gregg Ciarelli referred to in this resolution. Any such bid, contract award or certification, as well as any related documents, which shall have been heretofore executed on behalf of this Corporation by Gregg Ciarelli are hereby approved, ratified and confirmed.

RESOLVED that, the President or any Vice President and the Secretary or any Assistant Secretary of this Corporation be, and they hereby are, authorized and empowered to do all acts, to sign and deliver all documents, and to do all such other acts consistent with these resolutions as they may deem necessary or advisable in order to effectuate the foregoing resolutions.

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 18th day of February, 1999.

_____
Werner Gerstenberg

_____
Walter Poerschmann

_____
Sheldon Berkle

_____
Philip J. Franks

2

HIGHLY CONFIDENTIAL                                                                                          BOEH04600282

providers and any group purchasing contract and in connection therewith to certify the continued validity of this resolution and the accuracy of a true copy hereof and the identity and signature of Gregg Ciarelli referred to in this resolution. Any such bid, contract award or certification, as well as any related documents, which shall have been heretofore executed on behalf of this Corporation by Gregg Ciarelli are hereby approved, ratified and confirmed.

RESOLVED that, the President or any Vice President and the Secretary or any Assistant Secretary of this Corporation be, and they hereby are, authorized and empowered to do all acts, to sign and deliver all documents, and to do all such other acts consistent with these resolutions as they may deem necessary or advisable in order to effectuate the foregoing resolutions.

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 18th day of February, 1999.

_____          _____
Werner Gerstenberg                        Sheldon Berkle

_____          _____
Walter Poerschmann                        Philip J. Franks

2

HIGHLY CONFIDENTIAL                                                      BOEH04600283

providers and any group purchasing contract and in connection therewith to certify the continued validity of this resolution and the accuracy of a true copy hereof and the identity and signature of Gregg Ciarelli referred to in this resolution. Any such bid, contract award or certification, as well as any related documents, which shall have been heretofore executed on behalf of this Corporation by Gregg Ciarelli are hereby approved, ratified and confirmed.

RESOLVED that, the President or any Vice President and the Secretary or any Assistant Secretary of this Corporation be, and they hereby are, authorized and empowered to do all acts, to sign and deliver all documents, and to do all such other acts consistent with these resolutions as they may deem necessary or advisable in order to effectuate the foregoing resolutions.

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 18th day of February, 1999.

_____
Werner Gerstenberg

_____
Sheldon Berkle

_____
Walter Poerschmann

_____
Philip J. Franks

2

HIGHLY CONFIDENTIAL

BOEH04600284

RLI167<br>ANNEX I

## POWER OF ATTORNEY

ROXANE LABORATORIES, INC. (the "Corporation") hereby grants power of attorney to BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., a Delaware corporation ("BIPI"), whose office is located at 900 Ridgebury Road, Ridgefield, Connecticut 06877, and further grants power of attorney to GREGG CIARELLI, an employee of BIPI, to sign, on behalf of ROXANE LABORATORIES, INC., contracts, bids and related documents as more succinctly defined below:

(i) all contracts with vendors providing goods and/or services to the Sales and/or Marketing Departments, which have a value of not greater than $250,000, to enable the Sales and/or Marketing Departments to fulfill their obligations; and

(ii) all Federal, State and local governmental bids and contracts, rebate contracts, contracts with managed healthcare providers and group purchasing contracts which have a value of not greater than $500,000, and to execute and file all bonds which may be required in connection with any such documents.

Signed and sealed this ____ day of _____, 1999.

ROXANE LABORATORIES, INC.

By:_____

ATTEST:

By:_____

CORPORATE SEAL

Subscribed and sworn to before me this ____ day of _____, 1999.

_____
Notary Public

SEAL

HIGHLY CONFIDENTIAL                                                                                  BOEH04600285

## POWER OF ATTORNEY

ROXANE LABORATORIES, INC. (the "Corporation") hereby grants power of attorney to BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., a Delaware corporation ("BIPI"), whose office is located at 900 Ridgebury Road, Ridgefield, Connecticut 06877, and further grants power of attorney to GREGG CIARELLI, an employee of BIPI, to sign, on behalf of ROXANE LABORATORIES, INC., contracts, bids and related documents as more succinctly defined below:

       (i) all contracts with vendors providing goods and/or services to the Sales and/or Marketing Departments, which have a value of not greater than $250,000, to enable the Sales and/or Marketing Departments to fulfill their obligations; and

       (ii) all Federal, State and local governmental bids and contracts, rebate contracts, contracts with managed healthcare providers and group purchasing contracts which have a value of not greater than $500,000, and to execute and file all bonds which may be required in connection with any such documents.

Signed and sealed this 26th day of February, 1999.

ROXANE LABORATORIES, INC.

By: _____
Werner Gerstenberg
President and Chief Operating Officer

ATTEST:

By: _____

CORPORATE SEAL

Subscribed and sworn to before me this 26th day of February, 1999.

_____
Notary Public

SEAL

LAUREL S. BARRON
NOTARY PUBLIC
MY COMMISSION EXPIRES JUNE 30, 2001

HIGHLY CONFIDENTIAL
BOEH04600286