# Exhibit 63

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

RLI173

# ROXANE LABORATORIES, INC.

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS

The undersigned, being all of the members of the Board of Directors of Roxane Laboratories, Inc., a Delaware corporation, do hereby adopt the following resolutions by this our unanimous written consent without a meeting pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, in lieu of a meeting of said Board of Directors, and with full force and effect as if adopted by the unanimous affirmative vote of all of us at a duly constituted meeting:

WHEREAS, by the Unanimous Written Consent of Directors dated February 18, 1999 (RLI167), this Corporation granted power of attorney to Boehringer Ingelheim Pharmaceuticals, Inc. and to its employee, Gregg Ciarelli, as the actual signer, to sign, on behalf of this Corporation, all those certain contracts, bids and related documents as set forth in the aforementioned Unanimous Written Consent of Directors.

WHEREAS, it is in the best interest of the Corporation to grant the identical power of attorney to Michael Leonetti, as an employee of Boehringer Ingelheim Pharmaceuticals, Inc.

NOW, THEREFORE, IT IS

RESOLVED that, this Corporation hereby grants power of attorney to Michael Leonetti, an employee of Boehringer Ingelheim Pharmaceuticals, Inc., to sign, on behalf of this Corporation, all those contracts, bids and related documents as set forth in the second resolution of this Unanimous Written Consent, and for this purpose approves the form of Power of Attorney attached herewith as Annex 1.

RESOLVED that, effective immediately, (i) in addition to the President and all Vice Presidents of this Corporation and Gregg Ciarelli, as an employee of Boehringer Ingelheim Pharmaceuticals, Inc., Michael Leonetti, as an employee of Boehringer Ingelheim Pharmaceuticals, Inc., in support of the U.S. Business Unit Ethical Pharmaceuticals, be, and he hereby is, authorized and empowered, in the name and on behalf of this Corporation, to execute and file all contracts with vendors providing goods and/or services to the Sales and/or Marketing

HIGHLY CONFIDENTIAL

Departments of this Corporation, which have a value of not greater than $250,000, to enable the Sales and/or Marketing Departments of this Corporation to fulfill their obligations, (ii) in addition to the President and all Vice Presidents, Gregg Ciarelli, as an employee of Boehringer Ingelheim Pharmaceuticals, Inc., be, and he hereby is, authorized and empowered, in the name and on behalf of this Corporation, to execute and file all Federal, State and local governmental bids and contracts, rebate contracts, contracts with managed healthcare providers and group purchasing contracts which have a value of not greater than $500,000, and to execute and file all bonds which may be required in connection with any such documents, and (iii) the Secretary and any Assistant Secretary of the Corporation be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Corporation, to sign or attest and affix the corporate seal to any such Federal, State or local governmental bid, contract, award, bond, rebate contract with managed healthcare providers and any group purchasing contract and in connection therewith to certify the continued validity of this resolution and the accuracy of a true copy hereof and the identity and signature of Mr. Leonetti referred to in this resolution. Any such bid, contract award or certification, as well as any related documents, which shall have been heretofore executed on behalf of this Corporation by Mr. Leonetti are hereby approved, ratified and confirmed.

RESOLVED that, the President or any Vice President and the Secretary or any Assistant Secretary of this Corporation be, and they hereby are, authorized and empowered to do all acts, to sign and deliver all documents, and to do all such other acts consistent with these resolutions as they may deem necessary or advisable in order to effectuate the foregoing resolutions.

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 28th day of May, 1999.

_____  _____
Werner Gerstenberg                Sheldon Berkle


_____  _____
Walter Poerschmann                Philip J. Franks

2

HIGHLY CONFIDENTIAL                                    BOEH04600296

Pharmaceuticals, Inc., be, and he hereby is, authorized and empowered, in the name and on behalf of this Corporation, to execute and file all Federal, State and local governmental bids and contracts, rebate contracts, contracts with managed healthcare providers and group purchasing contracts which have a value of not greater than $500,000, and to execute and file all bonds which may be required in connection with any such documents, and (iii) the Secretary and any Assistant Secretary of the Corporation be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Corporation, to sign or attest and affix the corporate seal to any such Federal, State or local governmental bid, contract, award, bond, rebate contract with managed healthcare providers and any group purchasing contract and in connection therewith to certify the continued validity of this resolution and the accuracy of a true copy hereof and the identity and signature of Gregg Ciarelli referred to in this resolution. Any such bid, contract award or certification, as well as any related documents, which shall have been heretofore executed on behalf of this Corporation by Gregg Ciarelli are hereby approved, ratified and confirmed.

RESOLVED that, the President or any Vice President and the Secretary or any Assistant Secretary of this Corporation be, and they hereby are, authorized and empowered to do all acts, to sign and deliver all documents, and to do all such other acts consistent with these resolutions as they may deem necessary or advisable in order to effectuate the foregoing resolutions.

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 28th day of May, 1999.

_____                    _____
Werner Gerstenberg                            Sheldon Berkle

_/s/ Poerschmann_____
Walter Poerschmann                            Philip J. Franks

2

HIGHLY CONFIDENTIAL                                            BOEH04600297

Departments of this Corporation, which have a value of not greater than $250,000, to enable the Sales and/or Marketing Departments of this Corporation to fulfill their obligations, (ii) in addition to the President and all Vice Presidents, Gregg Ciarelli, as an employee of Boehringer Ingelheim Pharmaceuticals, Inc., be, and he hereby is, authorized and empowered, in the name and on behalf of this Corporation, to execute and file all Federal, State and local governmental bids and contracts, rebate contracts, contracts with managed healthcare providers and group purchasing contracts which have a value of not greater than $500,000, and to execute and file all bonds which may be required in connection with any such documents, and (iii) the Secretary and any Assistant Secretary of the Corporation be, and each of them hereby is, authorized and empowered, in the name and on behalf of the Corporation, to sign or attest and affix the corporate seal to any such Federal, State or local governmental bid, contract, award, bond, rebate contract with managed healthcare providers and any group purchasing contract and in connection therewith to certify the continued validity of this resolution and the accuracy of a true copy hereof and the identity and signature of Mr. Leonetti referred to in this resolution. Any such bid, contract award or certification, as well as any related documents, which shall have been heretofore executed on behalf of this Corporation by Mr. Leonetti are hereby approved, ratified and confirmed.

RESOLVED that, the President or any Vice President and the Secretary or any Assistant Secretary of this Corporation be, and they hereby are, authorized and empowered to do all acts, to sign and deliver all documents, and to do all such other acts consistent with these resolutions as they may deem necessary or advisable in order to effectuate the foregoing resolutions.

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 28th day of May, 1999.

_____  
Werner Gerstenberg

_____  
Walter Poerschmann

_____  
Sheldon Berkle

_____  
Philip J. Franks

2

HIGHLY CONFIDENTIAL                                                      BOEH04600298

## POWER OF ATTORNEY

      ROXANE LABORATORIES, INC. (the "Corporation") hereby grants power of attorney to MICHAEL LEONETTI, and employee of BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., a Delaware corporation ("BIPI"), whose office is located at 900 Ridgebury Road, Ridgefield, Connecticut 06877 to sign, on behalf of ROXANE LABORATORIES, INC., contracts, bids and related documents as more succinctly defined below:

      (i) all contracts with vendors providing goods and/or services to the Sales and/or Marketing Departments, which have a value of not greater than $250,000, to enable the Sales and/or Marketing Departments to fulfill their obligations; and

      (ii) all Federal, State and local governmental bids and contracts, rebate contracts, contracts with managed healthcare providers and group purchasing contracts which have a value of not greater than $500,000, and to execute and file all bonds which may be required in connection with any such documents.

Signed and sealed this \_\_\_\_ day of _____, 1999.

                              ROXANE LABORATORIES, INC.

                              By:_____
                                Werner Gerstenberg
                                President and Chief Operating Officer

ATTEST:

By:_____

CORPORATE SEAL

Subscribed and sworn to before me this
\_\_\_\_ day of _____, 1999.

_____
      Notary Public

SEAL

HIGHLY CONFIDENTIAL

BOEH04600299

## POWER OF ATTORNEY

ROXANE LABORATORIES, INC. (the "Corporation") hereby grants power of attorney to MICHAEL LEONETTI, and employee of BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., a Delaware corporation ("BIPI"), whose office is located at 900 Ridgebury Road, Ridgefield, Connecticut 06877 to sign, on behalf of ROXANE LABORATORIES, INC., contracts, bids and related documents as more succinctly defined below:

      (i) all contracts with vendors providing goods and/or services to the Sales and/or Marketing Departments, which have a value of not greater than $250,000, to enable the Sales and/or Marketing Departments to fulfill their obligations; and

      (ii) all Federal, State and local governmental bids and contracts, rebate contracts, contracts with managed healthcare providers and group purchasing contracts which have a value of not greater than $500,000, and to execute and file all bonds which may be required in connection with any such documents.

Signed and sealed this 16th day of June, 1999.

ROXANE LABORATORIES, INC.

By: _____
Werner Gerstenberg
President and Chief Operating Officer

ATTEST:

By: _____

CORPORATE SEAL

Subscribed and sworn to before me this 16th day of June, 1999.

_____
Notary Public

SEAL

LAUREL S. BARRON
NOTARY PUBLIC
MY COMMISSION EXPIRES JUNE 30, 2001

HIGHLY CONFIDENTIAL

BOEH04600300