# Exhibit 64

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

# MINUTES
## OF THE JOINT
## ANNUAL MEETING OF THE BOARD OF DIRECTORS
## BOEHRINGER INGELHEIM CORPORATION
## AND
## BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.

### JUNE 21, 2001

A meeting of the Board of Directors of BOEHRINGER INGELHEIM CORPORATION, a Nevada corporation, ("BIC") and BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., a Delaware corporation ("BIPI"), upon due notice by letter sent to all directors, convened at the corporate offices in Ridgefield, Connecticut on June 21, 2001 at 8:00 a.m.

Board members present were:
   Mr. Vaughn D. Bryson, Chairman
   Dr. Alessandro Banchi
   Mr. Joseph C. Cook, Jr.
   Mr. Werner Gerstenberg
   Mr. Timotheus R. Pohl
   Mr. Jack W. Schuler

Board members absent:
   None

Secretary:
   Ursula B. Bartels, Esq.

Present by invitation for all of the meeting were:
   Mr. Sheldon Berkle
   Dr. Anthony J. Corso
   Mr. Holger Huels
   Mr. Fintan M. Molloy
   Mr. Walter Poerschmann

Present by invitation for portions of the meeting were:
   Mr. Frank Sajovic
   Mr. George Doyle
   Ms. Pamela DeMala

Mr. Vaughn Bryson presided as Chairman of the meeting. Ursula Bartels, the Secretary, took the Minutes.

**BIC JURIS 0119**
**CONFIDENTIAL**

BICJURIS0119

Minutes of the June 21, 2001 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.

The Chairman opened the meeting with a welcome to a new director, Jack Schuler.

The Minutes of the Board of Directors Meeting of March 28, 2001 were approved
without amendment. A motion was made and seconded and the following resolution was
unanimously adopted by all members of the Board of Directors:

RESOLVED that, the Minutes of the Board of Directors meeting held on
March 28, 2001 in the form submitted to this Board, be, and they hereby are, approved.

## Presentation by Werner Gerstenberg

Consolidated net sales year-to-date are at $20 Million, 3% ahead of budget. This is due
primarily to the performance of the branded pharmaceuticals business. Multisource is also ahead
of budget. Below budget are exports, and contract manufacturing, (due to shutdown at Ben
Venue Labs for renovations and improvements). Consumer Health Care is below budget, as the
herbal market continues to decline. Vetmedica is 94% of budget, primarily due to exports and an
increase in transfer pricing.

Consolidated operating profit is ahead of budget at $20 Million on a consolidated basis.
Mr. Gerstenberg briefly reviewed the net sales preview. All businesses except for Consumer
Health Care are expected to meet targets for net sales. BIC consolidated operating profit is
previewed ahead of budget on a consolidated basis. This is due in part to the cancellation of
certain clinical trials for RESPIMAT® that had been planned for the second half of 2001.

Following a discussion of RESPIMAT® and SPIRIVA® (tiotropium), the Board
requested that a comprehensive presentation of these products be planned for an upcoming
meeting. Presentations should include in particular a discussion of how the RESPIMAT®
device compares to new competitive technologies from other companies, like Dura and Elan.

Members of the Board discussed the profitability of BIPI versus competitors worldwide.
Boehringer Ingelheim Pharmaceuticals, Inc. is approximately 13% compared to a goal of 17-
18% in the current plan period (through 2006). The company does not want to be a "niche"
player in the pharmaceuticals business, rather, we want to have more than one franchise. To do
this, we need to grow above market and increase profitability every year. To support growth, the
company intends to engage in co-promotion activity, such as the Pfizer deal. For the period 2006
through 2010 when MOBIC® (meloxicam) and FLOMAX® (tamsolusin) will be going off
patent, we will pursue in-licensed products. Following this discussion, the Board requested a
review of the R & D pipeline and the in-licensing process. A briefing paper on the in-licensing
process was requested in advance of the meeting.

## Presentation by Holger Huels

bicbipi06-21-01min

BIC JURIS 0120
CONFIDENTIAL

BICJURIS0120

Minutes of the June 21, 2001 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.

Mr. Huels presented a consolidated financial overview of the first quarter results for BIC and its subsidiaries through the end of April, 2001. As of the end of April, sales were $44.8 Million above budget and operating income was $26.8 Million above budget. This performance was due to above budgeted sales of FLOMAX®, AGGRENOX® (aspirin/dipyridamole) and CATAPRES TTS® (clonidine).

Total consolidated net sales at the end of April, 2001 were $44.8 Million above budget (8%). Prescription Medicine sales were $75.9 Million above budget (18.4%). Consumer Health Care is $6.7 Million below budget year-to-date (30.2%). BIVI net sales are $2 Million below budget (4.2%). BICI net sales are $2.3 Million below budget (16.1%).

## Presentation on E-Procurement

Mr. Huels gave a presentation of the transition of the Purchasing function from a paper-based to a paperless system. 69% of purchases are now done entirely electronically and are not "touched" by Purchasing. This has freed up Purchasing personnel for other tasks. The ARIBA on-line ordering system has been integrated with the SAP ERP systems. ARIBA presents over 850,000 items to choose from, from a base of 700 suppliers. Purchasing is now working on reducing the number of items available. The future of E-Procurement will be managing sales transactions. Wholesalers are already asking us to supply our pharmaceutical products on ARIBA.

## Presentation by Sheldon Berkle

Mr. Berkle reviewed net sales by product. In the respiratory market, the goal is to maintain the combined share of ATROVENT® (ipratropium bromide) and COMBIVENT® (albuterol/ipratropium bromide) until the launch of SPIRIVA®. Currently, COMBIVENT® is up, ATROVENT® is down, but combined, the products are holding share. MOBIC® is currently at 3,000 scrips per week and has 2% of the market in dollar value. Positioning of the product is to be the drug of choice for VIOXX® and CELEBREX® failures.

BIPI continues to focus on MICARDIS® (telmisartan). While the difficulties of being number five to the market with no product differentiation among other ARBs is recognized, continued efforts are warranted given the long patent life (2013) and the fact that this is a chronic therapy product. Two marketing pilot projects are underway in Scranton, Pennsylvania and Charlotte, North Carolina. Reports will be available by next month. 60 Million Euros additional expenditures have been approved for marketing. 140 Million Euros is being spent on the On-Target study. The product is currently selling approximately 15 to 16 Million Euros per month and 200 to 220 Million Euros per year, worldwide.

FLOMAX® is doing very well and BIPI has an excellent franchise in the urology area. However, additional products are needed to take advantage of this presence. Because of

- 3 -

BIC JURIS 0121
CONFIDENTIAL

BICJURIS0121

Minutes of the June 21, 2001 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.

royalties to Yamanouchi and Abbott, this is a low margin product for BIPI.  Efforts are
continuing to obtain U.S. rights to market OTC FLOMAX®.

Sales of AGGRENOX® are going well.  BMS promotion of PLAVIX® in stroke drew a
letter from the FDA as a result of objection by BIPI.

At the end of May we filed for traditional FDA approval of VIRAMUNE®.  This is
expected by the fall.

### Roxane Pain and Addiction Products - Shelly Berkle

Efforts are underway to out-license the Roxane pain and addiction products.  With
respect to the pain products, two offers have been received in excess of $200 Million.  An offer
has also been received and is being considered from Cebert for sale of the addiction products.

### Presentation on Consumer Health Care Business - Frank Sajovic

The market for natural health products in the U.S. continues to decline.  Between 1998
and 2001, ginseng sales lost 2/3 of their value moving from $150 Million to $50 Million.  In the
same period of time, ginkgo product sales were reduced from $150 to $70 Million.  $13 to $14
Million shortfall in sales is predicted for GINSANA® (ginseng) and GINKOBA® (ginkgo
biloba) in 2001.

Herbals are expected to stabilize and possibly grow 3%.

Critical elements of the CHC plan are to stabilize sales of GINSANA®  and
GINKOBA®, launch GINSANA® GOLD and invest in VENESTAT®.

Control of DULCOLAX® (bisacodyl) will return from Novartis as of January 1, 2002.

### Quality Presentation - George Doyle

Following up on a request made by the Board at a previous meeting, George Doyle, Head
Quality Operations of Roxane Laboratories, Inc., provided a report on manufacturing quality
control programs at Roxane Laboratories.  Mr. Doyle's presentation highlighted recent GMP
enforcement efforts by the FDA against many pharmaceutical companies.  A 483 (Notice of
Inspectional Violations) was recently received at Roxane following an inspection.  Follow-up
activities are underway to address observations.  Mr. Gerstenberg commented following the
presentation on the need to develop a plan for adequate training time for employees on GMPs.
The RT3 filling line, on which ALUPENT® (metaproterenol sulfate) is manufactured, is

- 4 -

BIC JURIS 0122
CONFIDENTIAL

BICJURIS0122

Minutes of the June 21, 2001 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.

unshrouded and not classified and is no longer state of the art. Use of this machine has been
discontinued.

The Board suggested that the Quality Department adopt metrics to track performance in this
area. Those metrics should be reviewed routinely by the Board. Examples might be: percentage
of training accomplished and aggregate reject rates. The same thing should be done for the
animal health manufacturing operations.

**REDACTED**

## Election of Officers for BIC and BIPI

Mr. Gerstenberg made a motion to appoint the officers of the Boehringer Ingelheim
Corporation for the ensuing year. The motion was seconded, and by the unanimous vote of all
Boehringer Ingelheim Corporation directors present, the following resolution was:

RESOLVED that, the following named persons be, and they hereby are,
appointed officers of Boehringer Ingelheim Corporation, each to serve as such during the
pleasure of this Board of Directors in the capacity or capacities set forth opposite his
name:

| | |
|---|---|
| President and Chief Executive Officer | Mr. Werner Gerstenberg |
| Vice President (Head of Marketing and Sales - Prescription Medicines) | Mr. Sheldon Berkle |
| Vice President - Medical Affairs | Manfred Haehl, M.D. |
| Vice President - Finance, Treasurer and | Mr. Holger Huels |

- 5 -

bicbipi06-21-01min

BIC JURIS 0123
CONFIDENTIAL

BICJURIS0123

Minutes of the June 21, 2001 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.

| | |
|---|---|
| Chief Financial Officer | |
| Vice President - Human Resources | Mr. David W. Nurnberger |
| Vice President - Finance | Mr. Juergen Wagner |
| Vice President, General Counsel and Secretary | Ursula B. Bartels, Esq. |
| Assistant Secretary | Bruce J. Banks, Esq. |

Mr. Gerstenberg made a motion appoint the officers of the Boehringer Ingelheim Pharmaceuticals, Inc. for the ensuing year.  The motion was seconded, and by the unanimous vote of all Boehringer Ingelheim Pharmaceuticals, Inc. directors present, the following resolution was adopted:

RESOLVED that, the following named persons be, and they hereby are, appointed officers of Boehringer Ingelheim Pharmaceuticals, Inc., each to serve as such during the pleasure of this Board of Directors in the capacity or capacities set forth opposite his name:

| | |
|---|---|
| President and Chief Operating Officer | Mr. Werner Gerstenberg |
| Executive Vice President (Head of Marketing and Sales - Prescription Medicine) | Mr. Sheldon Berkle |
| Senior Vice President - Medical and Drug Regulatory Affairs | Manfred Haehl, M.D. |
| Senior Vice President - Finance and Treasurer | Mr. Holger Huels |
| Senior Vice President - Research and Development | Prof. Dr. Peter Mueller |
| Senior Vice President - Human Resources | Mr. David W. Nurnberger |
| Senior Vice President and General Manager of the Boehringer Ingelheim Clinical Research Institute | J. Douglas Wilson, M.D. |
| Vice President - Chief Information Officer | Ms. Denise Allec |

- 6 -

BIC JURIS 0124
CONFIDENTIAL

BICJURIS0124

Minutes of the June 21, 2001 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.

| | |
|---|---|
| Vice President - Operations | Mr. Peter Dickinson |
| Vice President - Marketing | Mr. Hector Diez |
| Vice President, Sales - Consumer Health Care | Mr. Dean DiMaria |
| Vice President - Research | Peter Farina, Ph.D. |
| Vice President - Drug Regulatory Affairs | Martin M. Kaplan, M.D., J.D. |
| Vice President - Sales | Mr. James J. King |
| Vice President - Clinical Operations | Kenneth J. Rakowski, M.D. |
| Vice President and General Manager - Consumer Health Care | Mr. Frank A. Sajovic |
| Vice President - Clinical and Scientific Affairs | Kirk V. Shepard, M.D. |
| Vice President - Development | Dr. Joseph S. Turi |
| Secretary | Ursula B. Bartels, Esq. |
| Assistant Secretary | Bruce J. Banks, Esq. |
| Assistant Secretary | Alan C. Davis, Esq. |
| Assistant Secretary | Frank A. Pomer, Esq. |
| Assistant Secretary | Robert P. Raymond, Ph.D., J.D. |

The Board was provided the following dates for future meetings of the Board:

> Year 2001
> September 6, 2001 (with dinner the evening before)
> December 16, 2001 Holiday Dinner - Board invited
> December 17, 2001 Corporate Management Committee Meeting - Board members invited
>
> Year 2002
> March 14, 2002 (with dinner the evening before)

- 7 -

bicbipi06-21-01min

BIC JURIS 0125
CONFIDENTIAL

BICJURIS0125

Minutes of the June 21, 2001 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.

> June 27, 2002(with dinner the evening before)
> September 12, 2002 (with dinner the evening before)
> December 15, 2002 Holiday Dinner - Board invited
> December 16, 2002 Corporate Management Committee Meeting - Board
> members invited

The Chairman called for further business, and there being none, the meeting was
adjourned at 1:15 p.m.

_____
Ursula B. Bartels, Secretary


BOARD MEMBERS:

_____
Vaughn D. Bryson, Chairman


_____
Alessandro Banchi, Director


_____
Joseph C. Cook, Jr., Director


_____
Werner Gerstenberg, Director


_____
Timotheus R. Pohl, Director


_____
Jack W. Schuler, Director


bicbipi06-21-01min

- 8 -

BIC JURIS 0126
CONFIDENTIAL

BICJURIS0126

Minutes of the June 21, 2001 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.

>June 27, 2002(with dinner the evening before)
>September 12, 2002 (with dinner the evening before)
>December 15, 2002 Holiday Dinner - Board invited
>December 16, 2002 Corporate Management Committee Meeting - Board
>members invited

The Chairman called for further business, and there being none, the meeting was
adjourned at 1:15 p.m.

_____

Ursula B. Bartels, Secretary

BOARD MEMBERS:

_____

Vaughn D. Bryson, Chairman

_____

Alessandro Banchi, Director

_____

Joseph C. Cook, Jr., Director

_____

Werner Gerstenberg, Director

_____

Timotheus R. Pohl, Director

_____

Jack W. Schuler, Director

- 8 -

bicbipi06-21-01min.doc

BIC JURIS 0127
CONFIDENTIAL

BICJURIS0127

Minutes of the June 21, 2001 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.

> June 27, 2002(with dinner the evening before)
> September 12, 2002 (with dinner the evening before)
> December 15, 2002 Holiday Dinner - Board invited
> December 16, 2002 Corporate Management Committee Meeting - Board
> members invited

The Chairman called for further business, and there being none, the meeting was
adjourned at 1:15 p.m.

Ursula B. Bartels, Secretary

BOARD MEMBERS:

Vaughn D. Bryson, Chairman

Alessandro Banchi, Director

Joseph Q. Cook, Jr., Director

Werner Gerstenberg, Director

Timotheus R. Pohl, Director

Jack W. Schuler, Director

- 8 -

bicbipi06-21-01min

BIC JURIS 0128
CONFIDENTIAL

BICJURIS0128

Minutes of the June 21, 2001 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.

> June 27, 2002(with dinner the evening before)
> September 12, 2002 (with dinner the evening before)
> December 15, 2002 Holiday Dinner - Board invited
> December 16, 2002 Corporate Management Committee Meeting - Board
> members invited

The Chairman called for further business, and there being none, the meeting was
adjourned at 1:15 p.m.

_____
Ursula B. Bartels, Secretary

BOARD MEMBERS:

_____
Vaughn D. Bryson, Chairman

_____
Alessandro Banchi, Director

_____
Joseph C. Cook, Jr., Director

_____
Werner Gerstenberg, Director

_____
Timotheus R. Pohl, Director

_____
Jack W. Schuler, Director

bicbipi06-21-01mm

- 8 -

** TOTAL PAGE.11 **

BIC JURIS 0129
CONFIDENTIAL

BICJURIS0129

Minutes of the June 21, 2001 Joint Meeting of the Boards of Directors of
Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.

> June 27, 2002 (with dinner the evening before)
> September 12, 2002 (with dinner the evening before)
> December 15, 2002 Holiday Dinner - Board invited
> December 16, 2002 Corporate Management Committee Meeting - Board
> members invited

The Chairman called for further business, and there being none, the meeting was adjourned at 1:15 p.m.

_____
Ursula B. Bartels, Secretary

**BOARD MEMBERS:**

_____
Vaughn D. Bryson, Chairman

_____
Alessandro Banchi, Director

_____
Joseph C. Cook, Jr., Director

_____
Werner Gerstenberg, Director

_____
Timotheus R. Pohl, Director

_____
Jack W. Schuler, Director

bicbipi06-21-01mm

- 8 -

** TOTAL PAGE.11 **

BIC JURIS 0130
CONFIDENTIAL

BICJURIS0130