# Exhibit 66

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

ROXANE LABORATORIES, INC.

RLI207

UNANIMOUS WRITTEN CONSENT OF DIRECTORS



The undersigned, being all of the members of the Board of Directors of Roxane Laboratories, Inc., a Delaware corporation, do hereby adopt the following resolutions by this our unanimous written consent without a meeting pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, in lieu of a meeting of said Board of Directors, and with full force and effect as if adopted by the unanimous affirmative vote of all of us at a duly constituted meeting:

RESOLVED that, a dividend in the amount of Three Hundred Twenty Million Dollars ($320,000,000) be, and it hereby is, declared to be paid out of the accumulated retained earnings of this Corporation to the sole stockholder of this Corporation, Boehringer Ingelheim Corporation, on or before November 30, 2002.

RESOLVED that, the President or any Vice-President and the Secretary of this Corporation be, and they hereby are, authorized and empowered to sign and deliver all documents and to do all such other acts consistent with the foregoing resolution as they may deem necessary or advisable in order to effectuate the foregoing resolution.

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 26th day of November, 2002.

_____
Werner Gerstenberg

_____
Robert C. Fromuth

_____
Walter Poerschmann

HIGHLY CONFIDENTIAL

BOEH04600413

RLI207

## ROXANE LABORATORIES, INC.

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS

The undersigned, being all of the members of the Board of Directors of Roxane Laboratories, Inc., a Delaware corporation, do hereby adopt the following resolutions by this our unanimous written consent without a meeting pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, in lieu of a meeting of said Board of Directors, and with full force and effect as if adopted by the unanimous affirmative vote of all of us at a duly constituted meeting:

RESOLVED that, a dividend in the amount of Three Hundred Twenty Million Dollars ($320,000,000) be, and it hereby is, declared to be paid out of the accumulated retained earnings of this Corporation to the sole stockholder of this Corporation, Boehringer Ingelheim Corporation, on or before November 30, 2002.

RESOLVED that, the President or any Vice-President and the Secretary of this Corporation be, and they hereby are authorized and empowered to sign and deliver all documents and to do all such other acts consistent with the foregoing resolution as they may deem necessary or advisable in order to effectuate the foregoing resolution.

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 26th day of November, 2002.

Werner Gerstenberg

Robert C. Fromuth

Walter Poerschmann

HIGHLY CONFIDENTIAL                                                                                                         BOEH04600414

RLI207

## ROXANE LABORATORIES, INC.

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS

The undersigned, being all of the members of the Board of Directors of Roxane Laboratories, Inc., a Delaware corporation, do hereby adopt the following resolutions by this our unanimous written consent without a meeting pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, in lieu of a meeting of said Board of Directors, and with full force and effect as if adopted by the unanimous affirmative vote of all of us at a duly constituted meeting:

      RESOLVED that, a dividend in the amount of Three Hundred Twenty Million Dollars ($320,000,000) be, and it hereby is, declared to be paid out of the accumulated retained earnings of this Corporation to the sole stockholder of this Corporation, Boehringer Ingelheim Corporation, on or before November 30, 2002.

      RESOLVED that, the President or any Vice-President and the Secretary of this Corporation be, and they hereby are, authorized and empowered to sign and deliver all documents and to do all such other acts consistent with the foregoing resolution as they may deem necessary or advisable in order to effectuate the foregoing resolution.

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 26th day of November, 2002.

_____
Werner Gerstenberg

_____
Robert C. Fromuth

_____
Walter Poerschmann

HIGHLY CONFIDENTIAL

BOEH04600415