# Exhibit 67

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

RLI210

# ROXANE LABORATORIES, INC.

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS



EXHIBIT
MCINTYRE
022
2-26-09 gw

The undersigned, being all of the members of the Board of Directors of ROXANE LABORATORIES, INC., a Delaware corporation, do hereby adopt the following resolutions by this our unanimous written consent pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, in lieu of a meeting of said Board of Directors for the year 2003, and with full force and effect as if adopted by the unanimous affirmative vote of all of us at a duly constituted annual meeting:

RESOLVED that, the year-end closing for 2002 be, and it hereby is, approved and the Balance Sheet and Statement of Income of this Corporation as of December 31, 2002 be, and they hereby are, ratified and adopted in the forms attached hereto.

RESOLVED that, this Corporation acknowledges Mr. Holger Huels' election to retire effective June 30, 2003, and expresses its gratitude to Mr. Huels for his past years of service to this Corporation in his capacity as Treasurer.

RESOLVED that, effective July 1, 2003, Mr. Holger Huels be, and he hereby is, removed from the position of Treasurer of this Corporation.

RESOLVED that, effective July 1, 2003, the following named persons be, and they hereby are, appointed officers of this Corporation, each to serve as such during the pleasure of this Board of Directors in the capacity or capacities set forth opposite his name:

| | |
|---|---|
| Mr. J. Martin Carroll | Chairman of the Board |
| Mr. Robert C. Fromuth | President and Chief Operating Officer |
| Mr. Glenn Marina | Vice President - Operations |
| Mr. George Doyle | Vice President – Quality Control |
| Mr. Randall Wilson | Vice President – Scientific Affairs |

HIGHLY CONFIDENTIAL

BOEH04600430

RLI210

| | |
|---|---|
| Ursula B. Bartels, Esq. | Secretary |
| Mr. Hermann Tetzner | Treasurer |
| Ms. Judy Orinski | Assistant Secretary |
| Edward B. Peel, Esq. | Assistant Secretary |
| Frank A. Pomer, Esq. | Assistant Secretary |
| Robert P. Raymond, Ph.D., J.D. | Assistant Secretary |

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 14th day of May, 2003.

*/s/ J. Martin Carroll*
J. Martin Carroll

_____
Robert C. Fromuth

_____
Walter Poerschmann

- 2 -

Rli210con.doc

HIGHLY CONFIDENTIAL
BOEH04600431

RLI210

| | |
|---|---|
| Ursula B. Bartels, Esq. | Secretary |
| Mr. Hermann Tetzner | Treasurer |
| Ms. Judy Orinski | Assistant Secretary |
| Edward B. Peel, Esq. | Assistant Secretary |
| Frank A. Pomer, Esq. | Assistant Secretary |
| Robert P. Raymond, Ph.D., J.D. | Assistant Secretary |

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 14th day of May, 2003.

_____
J. Martin Carroll

*Robert C. Fromuth*
Robert C. Fromuth

_____
Walter Poerschmann

- 2 -

Rli210con.doc

HIGHLY CONFIDENTIAL

BOEH04600432

RLI210

| | |
|---|---|
| Ursula B. Bartels, Esq. | Secretary |
| Mr. Hermann Tetzner | Treasurer |
| Ms. Judy Orinski | Assistant Secretary |
| Edward B. Peel, Esq. | Assistant Secretary |
| Frank A. Pomer, Esq. | Assistant Secretary |
| Robert P. Raymond, Ph.D., J.D. | Assistant Secretary |

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 14th day of May, 2003.

_____
J. Martin Carroll

_____
Robert C. Fromuth

_____
Walter Poerschmann

- 2 -

Rli210con.doc

HIGHLY CONFIDENTIAL

BOEH04600433

**ROXANE LABORATORIES, INC.**
**BALANCE SHEET**
Attachment to RLI210

| T US$ | Actual 2001 | Budget 2002 | Actual 2002 | Budget 2003 |
|---|---|---|---|---|
| **Assets** | | | | |
| Cash | | | | |
| Trade Accounts Receivable | 51,950 | 17,000 | 35,718 | 33,904 |
| Receivable from Affiliates | | | | |
| Short-Term Advances to Affiliates | 149,504 | 195,539 | | 122,913 |
| Prepaid Expenses | 120 | 100 | 91 | 120 |
| Inventories | 112,271 | 97,493 | 78,737 | 86,592 |
| Total Current Assets | 313,845 | 310,132 | 114,546 | 243,529 |
| Intangible Assets | 5,705 | 7,300 | 4,953 | 4,201 |
| Investment in Affiliates | | | | |
| Property, Plant and Equipment | 119,807 | 133,128 | 126,664 | 163,528 |
| Other Assets | 131,414 | 105,300 | 129,639 | 81,915 |
| Total Assets | 570,771 | 555,860 | 375,802 | 493,173 |
| **Liabilities** | | | | |
| Accounts Payable & Accrued Liabilities | 157,847 | 88,225 | 118,928 | 162,129 |
| Payables to Banks | 1,804 | - | | |
| Accrued Taxes | 35,321 | 41,000 | 49,470 | 15,000 |
| Payables to Affiliates | 8,523 | 15,000 | 12,103 | - |
| Loans from Affiliates | | | 140,426 | |
| Total Liabilities | 203,495 | 144,225 | 320,927 | 177,129 |
| **Stockholder's Equity** | | | | |
| Capital Stock | 19 | 19 | 19 | 19 |
| Additional Paid-In Capital | 8,735 | 8,735 | 8,735 | 8,735 |
| Retained Earnings | 358,522 | 402,881 | 46,121 | 307,290 |
| Total Stockholder's Equity | 367,276 | 411,635 | 54,875 | 316,044 |
| Total Liabilities & Stockholder's Equity | 570,771 | 555,860 | 375,802 | 493,173 |

RLI210con Balance Sheet.xls-mdandanell

HIGHLY CONFIDENTIAL

BOEH04600434

**ROXANE LABORATORIES, INC.**
**STATEMENT OF INCOME**
Attachment to RLI210

| T US$ | Actual 2001 | Budget 2002 | 2002 Actual | 2002 of Budget 2002 | 2002 of Actual 2001 | Budget 2003 |
|---|---|---|---|---|---|---|
| Net Sales | 563,563 | 430,916 | 552,560 | 128% | 98% | 627,918 |
| Cost of Goods Sold | 396,929 | 365,464 | 455,873 | 125% | 115% | 535,767 |
| Marketing & Advertising | 29,658 | 7,313 | 5,973 | 82% | 20% | 6,407 |
| Research & Medical, I | 39,508 | 31,422 | 28,407 | 90% | 72% | 33,464 |
| Administration | 8,090 | 7,882 | 9,367 | 119% | 116% | 9,191 |
| Distribution and Royalties | 26,670 | 15,069 | 17,379 | 115% | 65% | 23,230 |
| All Other, I | 779 | 1,738 | 2,301 | 132% | 295% | (3,530) |
| Contribution III | 61,929 | 2,028 | 33,260 | >300% | 54% | 23,389 |
| Process Development | 967 | 2,766 | 3,908 | 141% | >300% | 2,566 |
| Cost of Idle Cap. / Production Var. | 14,764 | 4,197 | 8,248 | 197% | 56% | 5,157 |
| All Other, II | (174,810) | 457 | 8,896 | >300% | 105% | (2,703) |
| Contribution IV | 220,988 | (5,392) | 12,208 | >300% | 6% | 18,369 |
| Research & Medical, II | 19 | - | 13 | - | 68% | 332 |
| All Other, III | 967 | 211 | 1,887 | >300% | 195% | 194 |
| Operating Income (Loss) | 220,002 | (5,603) | 10,308 | 284% | 5% | 17,843 |
| Financial Income (Expense) | 2,794 | 5,127 | 1,945 | 38% | 70% | 2,874 |
| Holding Income (Expense) | - | - | - | - | - | - |
| Extraordinary Items | - | - | - | - | - | - |
| Profit Before Tax | 222,796 | (476) | 12,253 | >300% | 5% | 20,717 |
| Income Tax | 83,795 | (185) | 4,652 | >300% | 6% | 8,079 |
| Net Income After Tax | 139,001 | (291) | 7,601 | >300% | 5% | 12,638 |

HIGHLY CONFIDENTIAL

BOEH04600435