# Exhibit 68

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

RLI150

# ROXANE LABORATORIES, INC.

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS

The undersigned, being all of the members of the Board of Directors of ROXANE LABORATORIES, INC., a Delaware corporation, do hereby adopt the following resolutions by this our unanimous written consent without a meeting pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, in lieu of a meeting of said Board of Directors for the year 1997, and with full force and effect as if adopted by the unanimous affirmative vote of all of us at a duly constituted annual meeting:

RESOLVED that, the year-end closing for 1996 be, and it hereby is, approved and the Balance Sheet and Profit and Loss Statement of this Corporation as of December 31, 1996 be, and they hereby are, ratified and adopted in the form attached.

RESOLVED that, the following named persons be, and they hereby are, appointed officers of this Corporation, each to serve as such during the pleasure of this Board of Directors in the capacity or capacities set forth opposite his name:

| | |
|---|---|
| Mr. Werner Gerstenberg | Chairman of the Board and Chief Executive Officer |
| Mr. Gerald C. Wojta | President and Chief Operating Officer |
| Edward S. Brewton, Ph.D. | Vice President - Scientific Affairs |
| Mr. Thomas Eggleton | Vice President - Operations |
| Philip J. Franks, Esq. | Vice President and Secretary |
| Mr. Holger Huels | Treasurer and Chief Financial Officer |
| Dr. Kirk V. Shepard | Vice President - Medical Affairs |



EXHIBIT
McINTYRE
015
2-26-09

HIGHLY CONFIDENTIAL

BOEH04600197

RLI150

| | |
|---|---|
| Mr. Edward J. Tupa | Vice President - Sales and Marketing |
| Alan C. Davis, Esq. | Assistant Secretary |
| Mr. John Swartz | Assistant Secretary |

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the   15th  , day of  May        , 1997.

_____
Werner Gerstenberg

_____
Walter Poerschmann

_____
Gerald C. Wojta

_____
Sheldon Berkle

_____
Philip J. Frost

- 2 -

HIGHLY CONFIDENTIAL

BOEH04600198

**RLI150**

| | |
|---|---|
| Mr. Edward J. Tupa | Vice President – Sales and Marketing |
| Alan C. Davis, Esq. | Assistant Secretary |
| Mr. John Swartz | Assistant Secretary |

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 15th , day of May , 1997.

_____
Werner Gerstenberg

_____
Walter Poerschmann

_____
Gerald C. Wojta

_____
Sheldon Berkle

_____
Philip J. Franks

HIGHLY CONFIDENTIAL                                        BOEH04600199

RLI150

| | |
|---|---|
| Mr. Edward J. Tupa | Vice President - Sales and Marketing |
| Alan C. Davis, Esq. | Assistant Secretary |
| Mr. John Swartz | Assistant Secretary |

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 15th , day of May , 1997.


_____        _____
Werner Gerstenberg                     Sheldon Berkle


_____        _____
Walter Poerschmann                     Philip J. Franks
*(signature)*
Gerald C. Wojta

-2-

HIGHLY CONFIDENTIAL                                          BOEH04600200

**RLI150**

| | |
|---|---|
| Mr. Edward J. Tupa | Vice President - Sales and Marketing |
| Alan C. Davis, Esq. | Assistant Secretary |
| Mr. John Swartz | Assistant Secretary |

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 15th, day of May, 1997.

_____
Werner Gerstenberg

_____
Sheldon Berkle

_____
Walter Poerschmann

_____
Philip J. Franks

_____
Gerald C. Wojta

- 2 -

HIGHLY CONFIDENTIAL

BOEH04600201

## ROXANE LABORATORIES, INC.
## COMMENTARY

### Millions U.S.$

### Overview

- Total Net Sales up $19.8 (8.5%) to Budget and $64.8 (34.3%) to 1995.

- Operating profit up $23.6 (47.2%) to Budget and $30.7 (71.2%) to 1995.

### Net Sales

- Affiliate sales $9.3 (32.9%) under Budget:

  – lower than expected sales of Atrovent UDV's to BIPI due to genericization of branded product.

- Third party sales $29.1 (14.2%) over Budget:

  – including the $9.8 benefit of the assignment of sales of Viramune Tablets to Roxane instead of to BIPI;

  – increasing sales of Ipratropium ($14.6), Azathioprine ($12.9), Diclofenac ($4.6), Roxicet ($4), Hydroxyurea ($2.8), Marinol ($2.3), Roxicodone ($1.8) and Methadone products and LAAM ($1.5);

  – decreasing sales of Methotrexate ($4.9), Mexiletine ($3.7), Cocaine ($2.6), Lithium ($2.1), Sodium Polystyreme ($1.9), Haloperidol ($1.7), Roxiprin ($1.4), Captopril ($1.1), and Metoclopramide ($1.0).

- Sub contract sales $2.1 (28.1%) under Budget:

  – reduced purchases of Ventolin Nebules and Zantac Syrup by Glaxo ($2.1).

18

HIGHLY CONFIDENTIAL

BOEH04600202

# ROXANE LABORATORIES, INC.

## STATEMENT OF INCOME

Thousands U.S.$

|  | Budget 1996 | Actual 1996 | Budget 1997 |
|---|---|---|---|
| Net Sales | 233,776 | 253,565 | 327,795 |
| Cost of Goods Sold | 109,755 | 100,890 | 159,090 |
| Marketing & Advertising | 28,230 | 30,455 | 49,796 |
| Research & Medical, I | 18,523 | 16,329 | 24,457 |
| Administration | 5,081 | 4,548 | 5,144 |
| Distribution and Royalties | 18,463 | 19,923 | 14,892 |
| Other | 3,651 | 7,723 | 5,206 |
| Contribution III | 50,073 | 73,697 | 69,210 |
| Operating Income (Loss) | 50,073 | 73,697 | 69,210 |
| Financial Income (Expense) | (3,966) | (1,433) | (3,071) |
| Profit Before Tax | 46,107 | 72,264 | 66,139 |
| Income Tax | 17,974 | 33,130 | 25,734 |
| Net Income After Tax | 28,133 | 39,134 | 40,405 |

HIGHLY CONFIDENTIAL

BOEH04600203

# ROXANE LABORATORIES, INC.
## COMMENTARY

### Millions U.S.$

### Cost of Goods Sold

- Favorable relative to Budget; 39.8% of Net Sales versus Budget of 46.9%:

  - favorable sales price variance (positively affecting Net Sales);
  - favorable product mix e.g. sales of Viramune, Azathioprine and Diclofenac;
  - favorable LIFO variance ($5.4).

### Marketing and Advertising

- Above Budget $2.2 as a result of transferring marketing of Viramune from BIPI to Roxane.

### Research and Medical -National

- Medical cost $2.4 under Budget due to not finalizing new contracts with PPD-Pharmaco, Quintiles, Parexel and Harris until 1997.

### Other Operating Expenses

- Above Budget $4.1 due to:

- reserves for bad debts above Budget resulting from unexpected bankruptcy of a major distributor Fox Meyer ($2.7) and other additional reserves for bad debts ($0.7).

- unbudgeted amortization of Duraclon (Clonidine) Epidural from Fujisawa ($0.5).

HIGHLY CONFIDENTIAL

BOEH04600204

# ROXANE LABORATORIES, INC.

## STATEMENT OF FINANCIAL POSITION

Thousands U.S.S

|  | Budget 1996 | Actual 1996 | Budget 1997 |
|---|---|---|---|
| **Assets** | | | |
| Accounts Receivable | 39,000 | 34,446 | 37,000 |
| Receivable from Affiliates | - | - | - |
| Prepaid Expenses | 200 | 373 | 200 |
| Inventories | 35,500 | 54,042 | 50,000 |
| Total Current Assets | 74,700 | 88,861 | 87,200 |
| Intangible Assets | 18,415 | 38,029 | 33,455 |
| Property, Plant and Equipment | 104,526 | 89,046 | 126,578 |
| Other Assets | 4,680 | 4,827 | 4,646 |
| Total Assets | 202,321 | 220,763 | 251,879 |
| **Liabilities** | | | |
| Accounts Payable & Accrued Liabilities | 22,080 | 40,813 | 25,500 |
| Payables to Banks | 6,000 | 2,937 | 7,000 |
| Accrued Taxes | 4,500 | 5,366 | 5,000 |
| Payables to Affiliates | - | - | - |
| Loans from Affiliates | 46,038 | 31,216 | 43,537 |
| Total Liabilities | 78,618 | 80,332 | 81,037 |
| **Stockholder's Equity** | | | |
| Capital Stock | 19 | 19 | 19 |
| Additional Paid-In Capital | 8,735 | 8,735 | 8,735 |
| Retained Earnings | 114,949 | 131,677 | 162,088 |
| Total Stockholder's Equity | 123,703 | 140,431 | 170,842 |
| Total Liabilities & Stockholder's Equity | 202,321 | 220,763 | 251,879 |

21

HIGHLY CONFIDENTIAL

BOEH04600205

# ROXANE LABORATORIES, INC.
## COMMENTARY

### Millions U.S.$

### Accounts Receivable

- Under Budget 12% due to the Fox Meyer write-off and additional reserves for bad debts.

### Inventories

- Above Budget 52% due to new products such as Ipratropium, Azathioprine and Viramune (unbudgeted).

### Intangible Assets

- Above Budget 107% due to the acquisition of Duraclon NDA from Fujisawa.

### Property, Plant and Equipment

- Under Budget 15% due to lower capital spending on Plant expansion (timing difference).

22

HIGHLY CONFIDENTIAL

BOEH04600206