# Exhibit 69

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

RLI161

# ROXANE LABORATORIES, INC.

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS

The undersigned, being all of the members of the Board of Directors of ROXANE LABORATORIES, INC., a Delaware corporation, do hereby adopt the following resolutions by this our unanimous written consent without a meeting pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, in lieu of a meeting of said Board of Directors for the year 1998, and with full force and effect as if adopted by the unanimous affirmative vote of all of us at a duly constituted annual meeting:

      RESOLVED that, the year-end closing for 1997 be, and it hereby is, approved and the Balance Sheet and Profit and Loss Statement of this Corporation as of December 31, 1997 be, and they hereby are, ratified and adopted in the form attached.

      RESOLVED that, the following named persons be, and they hereby are, appointed officers of this Corporation, each to serve as such during the pleasure of this Board of Directors in the capacity or capacities set forth opposite his name:

| | |
|---|---|
| Mr. Werner Gerstenberg | Chairman of the Board |
| Mr. Werner Gerstenberg | President and Chief Operating Officer |
| Dr. Kirk V. Shepard | Senior Vice President – Marketing, Medical Affairs and Development |
| Edward S. Brewton, Ph.D. | Vice President - Scientific Affairs |
| Mr. Thomas Eggleton | Vice President - Operations |
| Philip J. Franks, Esq. | Vice President and Secretary |
| Mr. Edward J. Tupa | Vice President - Sales and Marketing |



EXHIBIT
McINTYRE
016
2-26-09 gw

HIGHLY CONFIDENTIAL

BOEH04600254

RLI161

| | |
|---|---|
| Mr. Holger Huels | Treasurer |
| Alan C. Davis, Esq. | Assistant Secretary |
| Mr. John Swartz | Assistant Secretary |

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the    16th    , day of    June    , 1998.

_____
Werner Gerstenberg

_____
Walter Poerschmann

_____
Sheldon Berkle

_____
Philip J. Franks

- 2 -

HIGHLY CONFIDENTIAL

BOEH04600255

RLI161

| Mr. Holger Huels | Treasurer |
| Alan C. Davis, Esq. | Assistant Secretary |
| Mr. John Swartz | Assistant Secretary |

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 16th , day of June , 1998.


Werner Gerstenberg                                   Sheldon Berkle

*Poerschmann*

Walter Poerschmann                                   Philip J. Franks


- 2 -

HIGHLY CONFIDENTIAL                                   BOEH04600256

RLI161

| | |
|---|---|
| Mr. Holger Huels | Treasurer |
| Alan C. Davis, Esq. | Assistant Secretary |
| Mr. John Swartz | Assistant Secretary |

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the    16th    , day of    June    , 1998.

_____                    _____
Werner Gerstenberg                              Sheldon Berkle


_____                    _____
Walter Poerschmann                              Philip J. Franks

- 2 -

HIGHLY CONFIDENTIAL                                          BOEH04600257

# ROXANE LABORATORIES, INC.

## STATEMENT OF INCOME

Thousands U.S.$

| Budget 2/25/98 | Actual 2/25/98 | | Budget 1997 | Actual 1997 | Strategic Plan 1998 | Budget 1998 |
|---|---|---|---|---|---|---|
| 49,186 | 53,736 | Net Sales | 327,795 | 320,025 | 440,752 | 354,281 |
| 21,545 | 24,072 | Cost of Goods Sold | 159,090 | 131,902 | 220,507 | 159,452 |
| 10,746 | 10,080 | Marketing & Advertising | 49,796 | 48,294 | 54,194 | 64,471 |
| 4,680 | 4,812 | Research & Medical, I | 24,457 | 22,291 | 27,685 | 28,077 |
| 879 | 647 | Administration | 5,144 | 4,721 | 5,422 | 5,283 |
| 3,643 | 3,248 | Distribution and Royalties | 14,892 | 22,488 | 22,677 | 23,812 |
| (438) | 694 | Other | 5,206 | 9,789 | 5,206 | 6,984 |
| 8,131 | 10,183 | Contribution III | 69,210 | 80,540 | 105,061 | 66,202 |
| 784 | 940 | Restructuring Costs | - | 6,211 | - | 4,701 |
| 7,347 | 9,243 | Operating Income (Loss) | 69,210 | 74,329 | 105,061 | 61,501 |
| (420) | (56) | Financial Income (Expense) | (3,071) | (3,221) | (2,130) | (2,524) |
| 6,927 | 9,187 | Profit Before Tax | 66,139 | 71,108 | 102,931 | 58,977 |
| 2,702 | 3,580 | Income Tax | 25,734 | 30,972 | 39,989 | 22,959 |
| 4,225 | 5,607 | Net Income After Tax | 40,405 | 40,136 | 62,942 | 36,018 |

HIGHLY CONFIDENTIAL

BOEH04600258

# ROXANE LABORATORIES, INC.

## STATEMENT OF INCOME

__Millions U.S. $__

### BUDGET 1997 VS. ACTUAL 1997

### Overview

- Total Net Sales $7.8 (2.4%) below Budget.
- Operating Profit up $5.1 (7.4%) above Budget.

### Net Sales

- Third Party sales $2.2 (0.7%) below Budget:
    - Ranitidine (GI Track) sale lower than Budget due to early competition;
    - Duraclon (Analgesics, Other) sales lower than Budget due to dosage preference (the product is a sterile injectible, and apparently doctors are more likely to prescribe a more potent form of Duraclon);
    - Lithium and Haloperidol (Psychotropics) sales lower than Budget due to a 1996 backorder situation that resulted in a loss in market position.
  Partially offsetting the decreases were:
    - Azathioprine and Hydroxyurea (330 Project) experienced no generic competition;
    - Ipratropium (Respiratory Therapy) market share greater than expected in 1997;
    - Viramune (Antiviral) growth better than anticipated in 1997.

- Affiliate sales to BIPI and international affiliates $5.5 (39%) below Budget:
    - Atrovent UDV unit sales affected by generic competition;
    - Viramune and Oramorph sales to international affiliates were not budgeted.

### Cost of Goods Sold

- Favorable to Budget; 41.2% of Net Sales for Actual 1997 versus Budget of 48.5%:
    - slower sales price erosion for Ipratropium than budgeted;
    - favorable sales mix of high margin products, e.g. Viramune and Azathioprine;
    - elimination of $2.0 LIFO reserves based on tax accounting change;
    - favorable production variances.

### Research and Medical, I

- Below Budget $2.2 (8.9%) primarily due to reclassifying affiliate R&D OPINA expenses (Development expenses related to product transfer from BIPI to Roxane) to Restructuring Costs.

HIGHLY CONFIDENTIAL                                           BOEH04600259

# ROXANE LABORATORIES, INC.

## STATEMENT OF INCOME

Thousands U.S.$

| Budget 2/28/98 | Actual 2/28/98 | | Budget 1997 | Actual 1997 | Strategic Plan 1998 | Budget 1998 |
|---|---|---|---|---|---|---|
| 49,186 | 53,736 | Net Sales | 327,795 | 320,025 | 440,752 | 354,281 |
| 21,545 | 24,072 | Cost of Goods Sold | 159,090 | 131,902 | 220,507 | 159,452 |
| 10,746 | 10,080 | Marketing & Advertising | 49,796 | 48,294 | 54,194 | 64,471 |
| 4,680 | 4,812 | Research & Medical, I | 24,457 | 22,291 | 27,685 | 28,077 |
| 879 | 647 | Administration | 5,144 | 4,721 | 5,422 | 5,283 |
| 3,643 | 3,248 | Distribution and Royalties | 14,897 | 22,488 | 22,677 | 23,812 |
| (438) | 694 | Other | 5,206 | 9,789 | 5,206 | 6,984 |
| 8,131 | 10,183 | Contribution III | 69,210 | 80,540 | 105,061 | 66,202 |
| 784 | 940 | Restructuring Costs | | 6,211 | - | 4,701 |
| 7,347 | 9,243 | Operating Income (Loss) | 69,210 | 74,329 | 105,061 | 61,501 |
| (420) | (56) | Financial Income (Expense) | (3,071) | (3,221) | (2,130) | (2,524) |
| 6,927 | 9,187 | Profit Before Tax | 66,139 | 71,108 | 102,931 | 58,977 |
| 2,702 | 3,580 | Income Tax | 25,734 | 30,972 | 39,989 | 22,959 |
| 4,225 | 5,607 | Net Income After Tax | 40,405 | 40,136 | 62,942 | 36,018 |

HIGHLY CONFIDENTIAL

BOEH04600260

# ROXANE LABORATORIES, INC.

## STATEMENT OF INCOME

**Millions U.S. $**

### BUDGET 1997 VS. ACTUAL 1997

### Distribution and Royalties

- Above Budget $7.6 (51%) primarily as a result of increased royalties on sales of Viramune and Ipratropium.

### Other Operating Expenses

- Above Budget $4.6 (88%) primarily due to:
    - an increase in amortization expense ($1.4) as a result of a decrease in the estimate of Duraclon's useful life from 15 to 17 years;
    - write-down of production equipment ($2.8):
    - additional bad debt provision ($0.4).

### Restructuring Costs

- Above Budget $6.2 due to:
    - unbudgeted expenses related to OPINA restructuring activities, e.g. Regional Information Technology ($1.6) and Supply Chain Management ($0.8);
    - affiliate OPINA expenses of ($3.3) reclassified to Income/Expense III.

HIGHLY CONFIDENTIAL

# ROXANE LABORATORIES, INC.

## STATEMENT OF FINANCIAL POSITION

Thousands U.S.$

| Actual 2/28/98 | | Budget 1997 | Actual 1997 | Strategic Plan 1998 | Budget 1998 |
|---|---|---|---|---|---|
| | **Assets** | | | | |
| 420 | Cash | - | 345 | - | - |
| 36,098 | Accounts Receivable | 37,000 | 31,892 | 41,000 | 52,000 |
| 6,311 | Prepaid Expenses | 200 | 194 | 200 | 200 |
| 58,488 | Inventories | 50,000 | 59,046 | 79,000 | 64,000 |
| 101,317 | Total Current Assets | 87,200 | 91,577 | 120,200 | 116,200 |
| 30,233 | Intangible Assets | 33,455 | 31,347 | 28,282 | 24,629 |
| 127,987 | Property, Plant and Equipment | 126,578 | 125,103 | 141,645 | 145,163 |
| 3,019 | Other Assets | 4,646 | 3,435 | 4,012 | 4,087 |
| 262,556 | Total Assets | 251,879 | 251,462 | 294,139 | 290,079 |
| | **Liabilities** | | | | |
| 49,103 | Accounts Payable and Accrued Liabilities | 25,500 | 36,308 | 28,000 | 37,000 |
| 2,503 | Payables to Banks | 7,000 | 2,532 | 7,500 | 2,350 |
| 8,014 | Accrued Taxes | 5,000 | 4,279 | 5,500 | 7,000 |
| - | Payable to Affiliates | - | 217 | 53,000 | - |
| 16,762 | Loans from Affiliates | 43,537 | 27,559 | 19,355 | 9,986 |
| 76,382 | Total Liabilities | 81,037 | 70,895 | 113,355 | 56,336 |
| | **Stockholder's Equity** | | | | |
| 19 | Capital Stock | 19 | 19 | 19 | 19 |
| 8,735 | Additional Paid-In Capital | 8,735 | 8,735 | 8,735 | 8,735 |
| 177,420 | Retained Earnings | 162,088 | 171,813 | 172,030 | 224,989 |
| 186,174 | Total Stockholder's Equity | 170,842 | 180,567 | 180,784 | 233,743 |
| 262,556 | Total Liabilities & Stockholder's Equity | 251,879 | 251,462 | 294,139 | 290,079 |

HIGHLY CONFIDENTIAL

BOEH04600262

# ROXANE LABORATORIES, INC.

## STATEMENT OF FINANCIAL POSITION

<u>Millions U.S. $</u>

## BUDGET 1997 VS. ACTUAL 1997

### Accounts Receivable

- Below Budget 14% as a result of additional reserves for price adjustments and absence of a 4th quarter extended terms sales deal.

### Inventories

- Above Budget 18% as a result of reaching higher customer service levels (from 85% in 1996 to 92% in 1997).

### Intangible Assets

- Below Budget 6% as a result of change in amortization life of Duraclon (amortization was accelerated).

### Property, Plant, and Equipment

Below Budget 1% as a result of a write-down of production equipment.

### Accounts Payable and Accrued Liabilities

- Above Budget 42% due to:
    - timing of invoices at year end (increased accounts payable);
    - higher provisions, e.g. Medicaid.

### Payable to Banks

- Below Budget 64% as a result of elimination of the A/P bank account (with negative balances) due to shared services. The negative cash is now reflected in the intercompany account.

### Loans from Affiliates

- Below Budget 37% primarily due to increased cash flow as a result of higher profits.

HIGHLY CONFIDENTIAL