# Exhibit 71

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment



RLI171

# ROXANE LABORATORIES, INC.

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS

The undersigned, being all of the members of the Board of Directors of ROXANE LABORATORIES, INC., a Delaware corporation, do hereby adopt the following resolution by this our unanimous written consent without a meeting pursuant to Section 141(f) of the General Corporation law of the State of Delaware, with full force and effect as if adopted by the unanimous affirmative vote of all of us at a duly constituted meeting:

RESOLVED that, a dividend in the amount of $41,000,000, which represents the 1998 net income of the Corporation after taxes, be, and it hereby is, declared to be paid to the sole stockholder of this Corporation, Boehringer Ingelheim Corporation, on April 30, 1999.

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 7th day of May, 1999.

_____          _____
Werner Gerstenberg                  Sheldon Berkle


_____          _____
Walter Poerschmann                  Philip J. Franks


FRANKS\WORDDOCS\CONSENTS\RLI171.CON

HIGHLY CONFIDENTIAL                                          BOEH04600292

RLI171

# ROXANE LABORATORIES, INC.

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS

The undersigned, being all of the members of the Board of Directors of ROXANE LABORATORIES, INC., a Delaware corporation, do hereby adopt the following resolution by this our unanimous written consent without a meeting pursuant to Section 141(f) of the General Corporation law of the State of Delaware, with full force and effect as if adopted by the unanimous affirmative vote of all of us at a duly constituted meeting:

>  RESOLVED that, a dividend in the amount of $41,000,000, which represents the 1998 net income of the Corporation after taxes, be, and it hereby is, declared to be paid to the sole stockholder of this Corporation, Boehringer Ingelheim Corporation, on April 30, 1999.

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 7th day of May, 1999.

_____  
Werner Gerstenberg

/s/ W. Poerschmann  
Walter Poerschmann

_____  
Sheldon Berkle

_____  
Philip J. Franks

FRANKS\WORDDOCS\CONSENTS\RLI171.CON

HIGHLY CONFIDENTIAL

RLI171

## ROXANE LABORATORIES, INC.

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS

The undersigned, being all of the members of the Board of Directors of ROXANE LABORATORIES, INC., a Delaware corporation, do hereby adopt the following resolution by this our unanimous written consent without a meeting pursuant to Section 141(f) of the General Corporation law of the State of Delaware, with full force and effect as if adopted by the unanimous affirmative vote of all of us at a duly constituted meeting:

> RESOLVED that, a dividend in the amount of $41,000,000, which represents the 1998 net income of the Corporation after taxes, be, and it hereby is, declared to be paid to the sole stockholder of this Corporation, Boehringer Ingelheim Corporation, on April 30, 1999.

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 7th day of May, 1999.

_____        _____
Werner Gerstenberg                                    Sheldon Berkle


_____        _____
Walter Poerschmann                                    Philip J. Franks


FRANKS\WORDDOCS\CONSENTS\RLI171.CON

HIGHLY CONFIDENTIAL                                                                                          BOEH04600294