# Exhibit 72

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

EXHIBIT
MCINTYRE
020
2-26-09

RLI201

# ROXANE LABORATORIES, INC.

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS

The undersigned, being all of the members of the Board of Directors of ROXANE LABORATORIES, INC., a Delaware corporation, do hereby adopt the following resolutions by this our unanimous written consent pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, in lieu of a meeting of said Board of Directors for the year 2002, and with full force and effect as if adopted by the unanimous affirmative vote of all of us at a duly constituted annual meeting:

RESOLVED that, the year-end closing for 2001 be, and it hereby is, approved and the Statement of Financial Position and Statement of Income of this Corporation as of December 31, 2001 be, and they hereby are, ratified and adopted in the forms attached hereto.

RESOLVED that, effective immediately, the following named persons be, and they hereby are, appointed officers of this Corporation, each to serve as such during the pleasure of this Board of Directors in the capacity or capacities set forth opposite his name:

| Name | Office |
|---|---|
| Mr. Werner Gerstenberg | Chairman of the Board |
| Mr. Robert C. Fromuth | President and Chief Operating Officer |
| Mr. Peter Dickinson | Vice President - Operations |
| Ursula B. Bartels, Esq. | Secretary |
| Mr. Holger Huels | Treasurer |
| Judy Orinski | Assistant Secretary |
| Edward B. Peel, Esq. | Assistant Secretary |
| Frank A. Pomer, Esq. | Assistant Secretary |
| Robert P. Raymond, Ph.D., J.D. | Assistant Secretary |

HIGHLY CONFIDENTIAL

**RLI201**

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 10th day of June, 2002.

_____
Werner Gerstenberg

_____
Robert C. Fromuth

_____
Walter Poerschmann

- 2 -

Rli201con

HIGHLY CONFIDENTIAL

BOEH04600393

**RLI201**

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 10th day of June, 2002.

_____
Werner Gerstenberg

*Robert C Fromuth*
Robert C. Fromuth

_____
Walter Poerschmann

- 2 -

Rli201con.doc

HIGHLY CONFIDENTIAL

BOEH04600394

RLI201

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 10th day of June, 2002.

_____
Werner Gerstenberg


_____
Robert C. Fromuth

_____
Walter Poerschmann

- 2 -

Rli201con.doc

HIGHLY CONFIDENTIAL                                                           BOEH04600395

RLI201 Attachment

Page 1 of 2

## ROXANE LABORATORIES, INC.
## STATEMENT OF INCOME

Thousands U.S.$

|  | 2000 Actual | 2001 Budget | 2001 Actual | 2001 of Budget 2001 | 2001 of Actual 2000 | 2002 Budget |
|---|---|---|---|---|---|---|
| **Net Sales** | 632,006 | 598,453 | 563,563 | 94% | 89% | 430,916 |
| **Cost of Goods Sold** | 364,510 | 408,543 | 396,929 | 97% | 109% | 365,464 |
| **Marketing & Advertising** | 70,213 | 53,990 | 29,658 | 55% | 42% | 7,313 |
| **Research & Medical, I** | 45,529 | 40,253 | 39,508 | 98% | 87% | 31,422 |
| **Administration** | 13,660 | 6,325 | 8,090 | 128% | 59% | 7,882 |
| **Distribution and Royalties** | 31,507 | 29,051 | 26,670 | 92% | 85% | 15,069 |
| **All Other, I** | 25,135 | 3,857 | 779 | 20% | 3% | 1,738 |
| **Contribution III** | 81,452 | 56,434 | 61,929 | 110% | 76% | 2,028 |
| **Process Development** | - | 282 | 967 | >300% | - | 2,766 |
| **Cost of Idle Cap. / Production Var.** | 1,561 | 4,116 | 14,764 | >300% | >300% | 4,197 |
| **All Other, II** | 5,450 | - | (174,810) | - | <(300%) | 457 |
| **Contribution IV** | 74,441 | 52,036 | 220,988 | >300% | 297% | (5,392) |
| **Research & Medical, II** | - | - | 19 | - | - | - |
| **All Other, III** | 3,513 | 1,095 | 967 | 88% | 28% | 211 |
| **Operating Income (Loss)** | 70,928 | 50,941 | 220,002 | >300% | >300% | (5,603) |
| **Financial Income (Expense)** | (1,366) | (2,021) | 2,794 | 238% | >300% | 5,127 |
| **Holding Income (Expense)** | - | - | - | - | - | - |
| **Extraordinary Items** | - | - | - | - | - | - |
| **Profit Before Tax** | 69,562 | 48,920 | 222,796 | >300% | >300% | (476) |
| **Income Tax** | 27,238 | 19,080 | 83,795 | >300% | >300% | (185) |
| **Net Income After Tax** | 42,324 | 29,840 | 139,001 | >300% | >300% | (291) |

HIGHLY CONFIDENTIAL

BOEH04600396

# ROXANE LABORATORIES, INC.

## STATEMENT OF FINANCIAL POSITION

| | 2000 Actual | 2001 Budget | 2001 Actual | 2002 Budget |
|---|---:|---:|---:|---:|
| **Assets** | | | | |
| Cash | - | - | - | - |
| Trade Accounts Receivable | 87,419 | 41,136 | 51,950 | 17,000 |
| Receivable from Affiliates | - | - | - | - |
| Short-Term Advances to Affiliates | 41,324 | 25,808 | 149,504 | 195,539 |
| Prepaid Expenses | 137 | - | 120 | 100 |
| Inventories | 86,483 | 90,358 | 112,271 | 97,493 |
| Total Current Assets | 215,363 | 157,302 | 313,845 | 310,132 |
| Intangible Assets | 14,418 | 10,861 | 5,705 | 7,300 |
| Investment in Affiliates | - | - | | - |
| Property, Plant and Equipment | 132,414 | 130,733 | 119,807 | 133,128 |
| Other Assets | 23,643 | 20,700 | 131,414 | 105,300 |
| Total Assets | 385,838 | 319,596 | 570,771 | 555,860 |
| **Liabilities** | | | | |
| Accounts Payable & Accrued Liabilities | 116,171 | 76,342 | 157,847 | 88,225 |
| Payables to Banks | 2,134 | 4,631 | 1,804 | - |
| Accrued Taxes | 28,805 | 9,000 | 35,321 | 41,000 |
| Payables to Affiliates | 10,453 | 12,000 | 8,523 | 15,000 |
| Loans from Affiliates | - | - | - | - |
| Total Liabilities | 157,563 | 101,973 | 203,495 | 144,225 |
| **Stockholder's Equity** | | | | |
| Capital Stock | 19 | 19 | 19 | 19 |
| Additional Paid-In Capital | 8,735 | 8,735 | 8,735 | 8,735 |
| Retained Earnings | 219,521 | 208,869 | 358,522 | 402,881 |
| Total Stockholder's Equity | 228,275 | 217,623 | 367,276 | 411,635 |
| Total Liabilities & Stockholder's Equity | 385,838 | 319,596 | 570,771 | 555,860 |

HIGHLY CONFIDENTIAL

BOEH04600397