# Exhibit 73

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

| | | | |
|---|---|---|---|
| From: | TUPA, EDWARD | ROXUS [ROXUS/ROXUS1/TUPA] | |
| Sent: | Monday, September 22, 1997 2:14 PM | | |
| To: | BERKLE,SHELLY | FN BIPUS; SHEPARD,DR, KIRK | ROXUS |
| Cc: | FELDMAN, RICHARD | ROXUS; MELLODY, JIM | ROXUS; PEREZ,GERRY |
| | OP BIPUS | | |
| Subject: | CARDINAL HEALTH | | |

We had a good meeting with Cardinal last Friday to discuss the development of our mutual businesses. The contribution of Gerry Perez and Jim Mellody at this meeting is greatly appreciated.

As you may recall, I approached John Kane, President of Cardinal, with the concept of working together at the Corporate level whereby all aspects of each company are brought into focus rather than negotiating the various elements of each company independently. BIPI, Roxane and to a growing extent, Self Meds all depend on Cardinal-Bergen for product distribution. Cardinal's Nexus company is now handling Roxane's Patient Assistance program where we are among their largest clients. Although currently a small portion of Cardinal's PCI packaging business, PCI views the potential for packaging Self Meds as well as specialty packaging of pharmaceuticals for BIPI and Roxane as a new growth opportunity.

There are numerous services that Cardinal-Bergen can bring us. Patient compliance programs and packaging, product movement data for target marketing, specialty distribution opportunities, and especially, access to 40% of our market. The merger between Cardinal-Bergen can offer great opportunity, but also pose a great threat if we do not figure out a way to deal with this company (or figure out how else we can maintain our growth without them). We need to do this as a priority matter soon.

In the longer view, I suggested to the Cardinal managers (John Kane, Ray Perez and Dan Gerner, Pres. of PCI) that we could plan our generic products development program together. By knowing that we will have access to over a third of the market, we could develop the right product, plan the right capacity for our raw material needs at attractive costs, obtain/build the properly sized capacity in our plant and be assured of a one third market share upon launch. Obviously, we would have to share the profits with Cardinal/Bergen.

John Kane committed to get back to me within 2 weeks with a response on how we can proceed in developing our mutual business. Assuming his suggestions have merit, we will need to form an appropriate team representing various BIC business interests to work diligently in cementing a relationship between our companies. The competition for doing so will be intense as all of our competitors face the same hurdle

1



D0014547
RLI-AWP-00389097
ROX066-3435    FL