# Exhibit 74

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment



RLI181

# ROXANE LABORATORIES, INC.

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS

The undersigned, being all of the members of the Board of Directors of Roxane Laboratories, Inc., a Delaware corporation, do hereby adopt the following resolution by this our unanimous written consent without a meeting pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, in lieu of a meeting of said Board of Directors, and with full force and effect as if adopted by the unanimous affirmative vote of all of us at a duly constituted meeting:

RESOLVED that, a dividend, comprised of $45,055,000 of 1999 net income of this Corporation after taxes and $4,945,000 out of retained earnings of this Corporation, for a total aggregate amount of $50,000,000 be, and it hereby is, declared to be paid to the sole stockholder of this Corporation, Boehringer Ingelheim Corporation, on May 31, 2000.

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 30th day of May, 2000.

_____
Werner Gerstenberg

_____
Sheldon Berkle

_____
Walter Poerschmann

HIGHLY CONFIDENTIAL                                                                 BOEH04600326

**ROXANE LABORATORIES, INC.**                                    RLI181

**UNANIMOUS WRITTEN CONSENT OF DIRECTORS**

The undersigned, being all of the members of the Board of Directors of Roxane Laboratories, Inc., a Delaware corporation, do hereby adopt the following resolution by this our unanimous written consent without a meeting pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, in lieu of a meeting of said Board of Directors, and with full force and effect as if adopted by the unanimous affirmative vote of all of us at a duly constituted meeting:

> RESOLVED that, a dividend, comprised of $45,055,000 of 1999 net income of this Corporation after taxes and $4,945,000 out of retained earnings of this Corporation, for a total aggregate amount of $50,000,000 be, and it hereby is, declared to be paid to the sole stockholder of this Corporation, Boehringer Ingelheim Corporation, on May 31, 2000.

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 30th   day of   May   , 2000.

_____
Werner Gerstenberg

_____
Sheldon Berkle

_____
Walter Poerschmann

HIGHLY CONFIDENTIAL                                                  BOEH04600327

RLI181

## ROXANE LABORATORIES, INC.

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS

The undersigned, being all of the members of the Board of Directors of Roxane Laboratories, Inc., a Delaware corporation, do hereby adopt the following resolution by this our unanimous written consent without a meeting pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, in lieu of a meeting of said Board of Directors, and with full force and effect as if adopted by the unanimous affirmative vote of all of us at a duly constituted meeting:

  RESOLVED that, a dividend, comprised of $45,055,000 of 1999 net income of this Corporation after taxes and $4,945,000 out of retained earnings of this Corporation, for a total aggregate amount of $50,000,000 be, and it hereby is, declared to be paid to the sole stockholder of this Corporation, Boehringer Ingelheim Corporation, on May 31, 2000.

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 30th day of May , 2000.

_____
Werner Gerstenberg

_____
Sheldon Berkle

_____
Walter Poerschmann

HIGHLY CONFIDENTIAL

BOEH04600328