# Exhibit 75

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

RLI226

# ROXANE LABORATORIES, INC.

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS



The undersigned, being all of the members of the Board of Directors of ROXANE LABORATORIES, INC., a Delaware corporation, do hereby adopt the following resolutions by this our unanimous written consent pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, in lieu of a meeting of said Board of Directors for the year 2004, and with full force and effect as if adopted by the unanimous affirmative vote of all of us at a duly constituted annual meeting for year 2004:

RESOLVED that, the year-end closing for 2003 be, and it hereby is, approved and the Balance Sheet and Statement of Income of this Corporation as of December 31, 2003 be, and they hereby are, ratified and approved in the forms attached hereto as Exhibit A.

RESOLVED that, the 2004 Budget for this Corporation be, and it hereby is, ratified and approved in the form attached hereto as Exhibit B.

RESOLVED that, effective immediately, Edward B. Peel, Esq. be, and he hereby is, removed as an Assistant Secretary of this Corporation.

RESOLVED that, effective immediately, the following named persons be, and they hereby are, appointed officers of this Corporation, each to serve as such during the pleasure of this Board of Directors in the capacity or capacities set forth opposite his name:

| | |
|---|---|
| Mr. J. Martin Carroll | Chairman of the Board |
| Mr. Robert C. Fromuth | President and Chief Operating Officer |
| Mr. George Doyle | Vice President – Quality Control |
| Mr. Glenn Marina | Vice President - Operations |
| Mr. Randall Wilson | Vice President – Scientific Affairs |

HIGHLY CONFIDENTIAL

| | |
|---|---|
| Ursula B. Bartels, Esq. | Secretary |
| Mr. Hermann Tetzner | Treasurer |
| Michael P. Morris, Esq. | Assistant Secretary |
| Ms. Judy Orinski | Assistant Secretary |
| Frank A. Pomer, Esq. | Assistant Secretary |
| Robert P. Raymond, Ph.D., J.D. | Assistant Secretary |

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the   26th   day of   May   , 2004.

*J. Martin Carroll*
J. Martin Carroll

_____
Robert C. Fromuth

_____
Walter Poerschmann

- 2 -

Rli226con.doc

HIGHLY CONFIDENTIAL

BOEH04600466

| | |
|---|---|
| Ursula B. Bartels, Esq. | Secretary |
| Mr. Hermann Tetzner | Treasurer |
| Michael P. Morris, Esq. | Assistant Secretary |
| Ms. Judy Orinski | Assistant Secretary |
| Frank A. Pomer, Esq. | Assistant Secretary |
| Robert P. Raymond, Ph.D., J.D. | Assistant Secretary |

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 26th day of May, 2004.

_____
J. Martin Carroll

*Robert C. Fromuth* (signature)
Robert C. Fromuth

_____
Walter Poerschmann

- 2 -

Rli226con.doc

HIGHLY CONFIDENTIAL                                                BOEH04600467

HIGHLY CONFIDENTIAL

RLI226

| | |
|---|---|
| Ursula B. Bartels, Esq. | Secretary |
| Mr. Hermann Tetzner | Treasurer |
| Michael P. Morris, Esq. | Assistant Secretary |
| Ms. Judy Orinski | Assistant Secretary |
| Frank A. Pomer, Esq. | Assistant Secretary |
| Robert P. Raymond, Ph.D., J.D. | Assistant Secretary |

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the   26th   day of   May   , 2004.

_____
J. Martin Carroll

_____
Robert C. Fromuth

*(signed)*
Walter Poerschmann

Rli226con.doc

BOEH04600468

RLI226

EXHIBIT A

## ROXANE LABORATORIES, INC.
## STATEMENT OF INCOME

| T US$ | Actual 2002 | Budget 2003 | 2003 Actual | 2003 of Budget 2003 | 2003 of Actual 2002 | Budget 2004 |
|---|---|---|---|---|---|---|
| Net Sales | 552,560 | 627,918 | 518,235 | 83% | 94% | 476,241 |
| Cost of Goods Sold | 455,873 | 535,767 | 402,180 | 75% | 88% | 341,619 |
| Marketing & Advertising | 5,973 | 6,407 | 6,011 | 94% | 101% | 7,026 |
| Research & Medical, I | 28,407 | 33,464 | 30,085 | 90% | 106% | 40,052 |
| Administration | 9,367 | 9,191 | 10,898 | 119% | 116% | 9,492 |
| Distribution and Royalties | 17,379 | 23,230 | 25,035 | 108% | 144% | 27,803 |
| All Other, I | 2,301 | (3,530) | (10,252) | 290% | <(300%) | 1,895 |
| Contribution III | 33,260 | 23,389 | 54,278 | 232% | 163% | 48,354 |
| Process Development | 3,908 | 2,566 | 3,660 | 143% | 94% | 4,079 |
| Cost of Idle Cap. / Production Var. | 8,248 | 5,157 | 10,203 | 198% | 124% | 13,519 |
| Income Expense II (*) | - | - | - | - | - | (12,732) |
| All Other, II | 8,896 | (2,703) | 8,507 | >300% | 96% | 7,592 |
| Contribution IV | 12,208 | 18,369 | 31,908 | 174% | 261% | 35,896 |
| Research & Medical, II | 13 | 332 | 537 | 162% | >300% | - |
| All Other, III | 1,887 | 194 | 162 | 84% | 9% | 243 |
| Operating Income (Loss) | 10,308 | 17,843 | 31,209 | 175% | >300% | 35,653 |
| Financial Income (Expense) | 1,945 | 2,874 | (771) | (127%) | (140%) | (2,108) |
| Profit Before Tax | 12,253 | 20,717 | 30,438 | 147% | 248% | 33,545 |
| Income Tax | 4,652 | 8,079 | 11,169 | 138% | 240% | 13,083 |
| Net Income After Tax | 7,601 | 12,638 | 19,269 | 152% | 254% | 20,462 |

(*) Includes USD $5.7 2% Savings, in addition to USD $7.0 Marinol payment.

HIGHLY CONFIDENTIAL

BOEH04600469

# ROXANE LABORATORIES, INC.
# STATEMENT OF INCOME
# ACTUAL 2003 vs. BUDGET 2003

**Millions U.S. $**

### Net Sales
- Total Net Sales were $109.7 below Budget.
  - Affiliate Net Sales are $120.7 below Budget due to a significant shortfall in sales to BIPI. The major product drivers are Mobic $107.6 – which was transferred to Mexico, Combivent $19.2 and Micardis $16.5. Favorable affiliate sales included Catapres TTS $7.8 and Viramune $5.3.
  - Roxane also experienced strong Multisource sales of $22.6 above Budget. These products include Prednisone $10.0, Lithium $4.7, Roxicet $4.6 and Furosemide $3.9 which were offset by unfavorable sales of Mirtazapine $8.6 and Clonidine $15.8 – generic which was not launched in 2003.
  - Toll Manufacturing was $8.6 unfavorable due to a decline in the Elan products including Oramorph, Roxanol and Roxicodone.

### Cost of Goods Sold
- Total Cost of Goods Sold were $133.6 below Budget.
  - This was a direct result of lower sales, in particular lower affiliate sales of Mobic.

### Admininistration
- Total Administration expenses were above Budget by $1.7.
  - The primary driver was due to Outside Services – Legal expenses.

### Distribution and Royalties
- Total Distribution and Royalties were $1.8 above Budget.
  - This was due to unfavorable Indirect Cost of Distribution for product destructions / obsolescence and donations of short dated product. This is offset by favorable Direct Cost of Distribution expenses due to lower distribution fees caused by a decrease in backorders.

### Other, I
- Other, I is better than Budget by $6.7.
  - This is primarily due to an unbudgeted payment that RLI received from Solvay Pharmaceuticals (Unimed) for invoices relating to Medicaid claims and returns for Marinol product in the Brand business.

### Process Development
- Process Development spending exceeded Budget by $1.1.
  - This is due to higher than anticipated work on the new Multisource products.

### Cost of Idle Capacity / Production Variances / Other II
- Cost of Idle Capacity / Production Variances and Other II exceeded Budget by $16.3.
  - The main drivers for these items include the write-off of UDV assets for $10.1, unfavorable process order variances and capitalized production variances. There was a favorable variance for Cost of Idle Capacity in the Affiliate business due to the higher level of production activity.

HIGHLY CONFIDENTIAL

BOEH04600470

# ROXANE LABORATORIES, INC.
## BALANCE SHEET

| T US$ | Actual 2002 | Budget 2003 | Actual 2003 | Budget 2004 |
|---|---:|---:|---:|---:|
| **Assets** | | | | |
| Trade Accounts Receivable | 35,718 | 33,904 | 37,055 | 120,279 |
| Short-Term Advances to Affiliates | - | 122,913 | - | - |
| Prepaid Expenses | 91 | 120 | 343 | 125 |
| Inventories | 78,737 | 86,592 | 109,543 | 107,137 |
| Total Current Assets | 114,546 | 243,529 | 146,941 | 227,541 |
| Intangible Assets | 4,953 | 4,201 | 4,206 | 3,459 |
| Property, Plant and Equipment | 126,664 | 163,528 | 137,997 | 185,501 |
| Other Assets | 129,639 | 81,915 | 43,696 | 50,252 |
| Total Assets | 375,802 | 493,173 | 332,840 | 466,753 |
| **Liabilities** | | | | |
| Accounts Payable & Accrued Liabilities | 118,928 | 162,129 | 116,943 | 146,550 |
| Accrued Taxes | 49,470 | 15,000 | 72,761 | 17,000 |
| Payables to Affiliates | 12,103 | - | 6,650 | 9,000 |
| Loans from Affiliates | 140,426 | - | 62,342 | 204,388 |
| Total Liabilities | 320,927 | 177,129 | 258,696 | 376,938 |
| **Stockholder's Equity** | | | | |
| Capital Stock | 19 | 19 | 19 | 19 |
| Additional Paid-In Capital | 8,735 | 8,735 | 8,735 | 8,735 |
| Retained Earnings | 46,121 | 307,290 | 65,390 | 81,061 |
| Total Stockholder's Equity | 54,875 | 316,044 | 74,144 | 89,815 |
| Total Liabilities & Stockholder's Equity | 375,802 | 493,173 | 332,840 | 466,753 |

HIGHLY CONFIDENTIAL

BOEH04600471

# ROXANE LABORATORIES, INC.
# STATEMENT OF FINANCIAL POSITION
# ACTUAL 2003 vs. BUDGET 2003

**Millions U.S. $**

**Trade Accounts Receivable Third Parties**

- Trade Accounts Receivable Third Parties were $3.2 above Budget.
  - The increase is primarily the result of payment terms for some customers being extended to 60 or 90 days.

**Short-Term Advances to Affiliates**

- Short-Term Advances to Affiliates were $122.9 below Budget.
  - This was due to an increase of the dividend from 2002.

**Inventories**

- Inventories were above Budget by $23.0.
  - This was due primarily to higher inventories for new products.

**Property, Plant and Equipment**

- Property, Plant and Equipment was below Budget by $25.5.
  - This can be attributed to reduced capital spending in Manufacturing Pharma -$9.2, R&D-$3.2 as well as unbudgeted asset disposals.

**Other Assets**

- Other Assets decreased by $38.2 versus Budget due to receipt of payment for $51.4 from AAI Pharma for the sale of the Pain / Palliative product line from Elan. Also received $7.1 from Solvay Pharmaceuticals (Unimed) for claims submitted relating to Marinol product per our lawsuit settlement. This is offset by an increase in Deferred Tax Assets of $21.9 due to the acceleration of the Elan payment agreement.

**Accounts Payable & Accrued Liabilities**

- Accounts Payable & Accrued Liabilities are $45.2 below Budget.
  - Trade Accounts Payable was below Budget by $30.4 due to a significant reduction in the GR/IR account balance. In addition, Deferred Income was $8.5 below Budget due to the receipt of $7.1 from Solvay Pharmaceuticals (Unimed) relating to Marinol product claims submitted per our lawsuit settlement.

**Accrued Taxes**

- Accrued Taxes were over Budget by $57.8.
  - The main drivers were Tax Provisions increased by $44.9 because the Budget anticipated that tax accruals would be paid out during the year, meanwhile, tax law allowed for the deferral of payment until March 2004. Deferred Tax Provisions also increased by $12.8 versus Budget due to unbudgeted 2002 tax liabilities.

**Loans from Affiliates**

- Loans from Affiliates were $62.3 above Budget.
  - The reason for the increase is the interim dividend payment made in 2002. For the Budget, the planned dividend was $75.0 versus the actual payment of $320.

**Retained Earnings**

- Retained Earnings was $241.9 below Budget.
  - This reduction is the result of the increased dividend payment made at year end 2002.

HIGHLY CONFIDENTIAL                                                                                         BOEH04600472

**Boehringer Ingelheim**

**BE1**
Income Statement
Company

| | No. | Description |
|---|---|---|
| Company | 1548 | ROXANE COLUMBUS |

| Budget | Curr. | Scale |
|---|---|---|
| 12/2004 | USD | 3 |

| Text | PNR | Expect. 31.12.2003 | Budget 31.12.2004 | |
|---|---|---|---|---|
| Gross Sales of Goods | 8030 | 625,779 | 995,537 | |
| Sales Discounts | 8050 | 106,847 | 524,992 | |
| Translation/-action Differ from Receivables | 8060 | 0 | 0 | |
| Royalty Income | 8080 | 202 | 241 | |
| Other Income | 8090 | 13,949 | 5,455 | |
| NET SALES | 8100 | 533,083 | 476,241 | |
| Standard Cost of Goods Sold | 8200 | 425,284 | 341,619 | |
| Direct Cost of Distribution | 8210 | 7,588 | 10,906 | |
| Royalties | 8220 | 2,043 | 3,922 | |
| CONTRIBUTION I | 8300 | 98,168 | 119,794 | |
| Direct Promotion Cost | 8320 | 815 | 1,032 | |
| Cost of Free Goods and Samples | 8340 | 0 | 0 | |
| CONTRIBUTION IA | 8500 | 97,353 | 118,762 | |
| Own Field Force | 8502 | 2,038 | 2,538 | |
| Rented Field Force | 8503 | 0 | 0 | |
| Commission Co.-Promotion | 8504 | 0 | 0 | |
| CONTRIBUTION II | 8505 | 95,315 | 116,224 | |
| General Promotion - Activities | 8510 | 0 | 0 | |
| Marketing and Sales Organization | 8520 | 3,460 | 3,456 | |
| Indirect Cost of Distribution | 8540 | 15,064 | 12,975 | |
| Research and Development I | 8550 | 18,693 | 21,848 | |
| Medicine I | 8560 | 15,356 | 18,204 | |
| Administration Cost | 8610 | 10,678 | 9,492 | |
| Variances Cost of Goods | 8629 | -78 | 0 | |
| Variances from other Int. Serv.Charges | 8630 | 278 | 0 | |
| Income/Expense I | 8640 | -10,063 | 1,895 | |
| Cash Subsidies/Adjustment Payments | 8650 | 0 | 0 | |
| Other Translation/Transaction Differences | 8660 | 0 | 0 | |
| CONTRIBUTION III | 8700 | 41,927 | 48,354 | |
| Marketing II | 8733 | 0 | 0 | |
| Process Development | 8735 | 2,567 | 4,079 | |
| Cost of Reserved Capacity | 8737 | 0 | 7,725 | |
| Cost of Idle Cap. | 8738 | 4,643 | 5,930 | |
| Variances Production | 8739 | -976 | -136 | |
| Income/Expense II | 8742 | -1,000 | -12,732 | |
| Other Expenses in Production | 8743 | 11,680 | 7,592 | |
| CONTRIBUTION IV | 8755 | 25,013 | 35,896 | |
| Research and Development II | 8756 | 158 | 0 | |
| Medicine II | 8757 | 174 | 0 | |
| Income/Expense III | 8762 | 170 | 243 | |
| OPERATING INCOME (LOSS) | 8800 | 24,511 | 35,653 | |
| Financial Income / Expense | 8810 | -778 | -2,108 | |
| Holding Income / Expense | 8820 | 0 | 0 | |
| Extraordinary Items | 8830 | 0 | 0 | |

#4158 / 02/02/2004 / Page 1

HIGHLY CONFIDENTIAL

BOEH04600473

**Boehringer Ingelheim**

**BE1**
Income Statement
Company

| Budget | Curr. | Scale | | | No. | Description |
|---|---|---|---|---|---|---|
| 12/2004 | USD | 3 | | Company | 1548 | ROXANE COLUMBUS |

| Text | PNR | Expect. 31.12.2003 | Budget 31.12.2004 | |
|---|---|---|---|---|
| INCOME (LOSS) BEFORE TAXES | 8900 | 23,733 | 33,545 | |
| Taxes | 8910 | 9,255 | 13,083 | |
| INCOME (LOSS) AFTER TAXES | 8990 | 14,478 | 20,462 | |

#4158 / 02/02/2004 / Page 2

HIGHLY CONFIDENTIAL

BOEH04600474

**Boehringer Ingelheim**

**BB1**
Balance Sheet
Assets

| Budget | Curr. | Scale |
|---|---|---|
| 12/2004 | USD | 3 |

| | No. | Description |
|---|---|---|
| Company | 1548 | ROXANE COLUMBUS |

| Text | PNR | Expect. 31.12.2003 | Budget 31.12.2004 | |
|---|---|---|---|---|
| Concess.,Pat.,Lic.,Tradem.,etc. | 1010 | 4,206 | 3,459 | |
| Goodwill | 1020 | 0 | 0 | |
| Advance Payments f.Intangibles | 1030 | 0 | 0 | |
| TOTAL INTANGIBLE ASSETS | 1090 | 4,206 | 3,459 | |
| Land and Buildings | 1100 | 53,621 | 50,265 | |
| Machinery and Equipment | 1120 | 29,205 | 25,637 | |
| Furniture, Fixt.and Motor Veh. | 1140 | 22,379 | 32,890 | |
| Adv.Paym.and Constr.in Progress | 1160 | 40,573 | 76,709 | |
| TOTAL PROPERTY,PLANT A.EQUIPM. | 1190 | 145,778 | 185,501 | |
| Investments in Affiliates | 1200 | 0 | 0 | |
| Loans Receivable fr. Affiliates | 1210 | 0 | 0 | |
| Investm. in Related Companies | 1220 | 0 | 0 | |
| Loans Receivable fr. Rel.Comp. | 1230 | 0 | 0 | |
| Long Term Investments | 1240 | 0 | 0 | |
| Other Loans | 1250 | 45 | 10 | |
| TOTAL LONG-TERM INVESTMENTS | 1290 | 45 | 10 | |
| TOTAL PROP.,PLANT,EQUIPM.,INV. | 1300 | 150,029 | 188,970 | |
| Raw Materials and Supplies | 1310 | 47,231 | 37,461 | |
| Work in Process | 1330 | 25,461 | 9,877 | |
| Finished Goods | 1335 | 37,232 | 59,799 | |
| Goods for Resale | 1339 | 0 | 0 | |
| Advance Payments to Vendors | 1360 | 0 | 0 | |
| TOTAL INVENTORIES | 1390 | 109,924 | 107,137 | |
| Trade Acc.Receiv. Third Parties | 1400 | 38,459 | 120,279 | |
| Trade Acc.Receiv. fr.Affiliates | 1410 | 0 | 0 | |
| Short-Term Advances to Aff. | 1420 | 0 | 0 | |
| Trade Acc.Receiv. fr.Rel.Comp. | 1430 | 0 | 0 | |
| Short-Term Adv. to Rel.Comp. | 1440 | 0 | 0 | |
| Other Assets | 1500 | 57,554 | 25,242 | |
| Deferred Tax Assets | 1510 | 8,000 | 25,000 | |
| Subscr. Capital Called not Paid | 1540 | 0 | 0 | |
| Investm. in Aff. and own Shares | 1550 | 0 | 0 | |
| TOTAL RECEIVABLES | 1590 | 104,013 | 170,521 | |
| Other Securities | 1620 | 0 | 0 | |
| Term Deposits | 1700 | 0 | 0 | |
| Cash | 1740 | 0 | 0 | |
| TOTAL LIQUID FUNDS | 1790 | 0 | 0 | |
| Prepaid Exp. a.o.Deferred Items | 1890 | 125 | 125 | |
| TOTAL CURRENT ASSETS | 1900 | 214,062 | 277,783 | |
| BALANCE SHEET TOTAL | 1000 | 364,091 | 466,753 | |

HIGHLY CONFIDENTIAL    BOEH04600475

| | | | | No. | Description |
|---|---|---|---|---|---|
| **Boehringer Ingelheim** | | | Company | 1548 | ROXANE COLUMBUS |
| **BB2** | | | | | |
| Balance Sheet | | | | | |
| Equity & Liabilities | | | | | |

| Budget | Curr. | Scale | |
|---|---|---|---|
| 12/2004 | USD | 3 | |

| Text | PNR | Expect. 31.12.2003 | Budget 31.12.2004 | |
|---|---|---|---|---|
| Share Capital | 2010 | 19 | 19 | |
| Additional Paid-in Capital | 2020 | 8,735 | 8,735 | |
| Legal Reserves | 2030 | 0 | 0 | |
| Reserves Req.by Company's Stat. | 2040 | 0 | 0 | |
| Other Reserves | 2050 | 0 | 0 | |
| Ret.Earnings, Opening Balance | 2200 | 46,121 | 60,599 | |
| Interim Dividends | 2207 | 0 | 0 | |
| Net Income (Loss), Curr. Period | 2210 | 14,478 | 20,462 | |
| Compensation Consolidation | 2052 | 0 | 0 | |
| TOTAL SHAREHOLDERS' EQUITY | 2300 | 69,353 | 89,815 | |
| | | | | |
| Prov.f.Pensions a.o.Obligations | 2410 | 22,000 | 24,000 | |
| Tax Provisions | 2450 | 16,000 | 17,000 | |
| Deferred Tax Provisions | 2470 | 0 | 0 | |
| Other Provisions and Accruals | 2500 | 57,500 | 73,024 | |
| TOTAL PROVISIONS | 2600 | 95,500 | 114,024 | |
| Trade Accounts Payable | 2610 | 45,180 | 48,776 | |
| Payable to Banks | 2630 | 0 | 0 | |
| Payable to Affil. Companies | 2720 | 7,000 | 9,000 | |
| Loans from Affil. Companies | 2740 | 140,525 | 204,388 | |
| Payable to Related Companies | 2760 | 0 | 0 | |
| Loans from Related Companies | 2780 | 0 | 0 | |
| Advance Payments from Customers | 2800 | 0 | 0 | |
| Notes Payable | 2810 | 0 | 0 | |
| Other Liabilities | 2820 | 500 | 750 | |
| TOTAL LIABILITIES | 2900 | 193,205 | 262,914 | |
| Deferred Income a.o. Def. Credits | 2950 | 6,033 | 0 | |
| TOTAL LIABILITIES AND PROVISIONS | 2990 | 294,738 | 376,938 | |
| BALANCE SHEET TOTAL | 2000 | 364,091 | 466,753 | |

#4156 / 02/02/2004 / Page 1

HIGHLY CONFIDENTIAL

BOEH04600476

| Boehringer Ingelheim | | | | Company | No. | Description |
|---|---|---|---|---|---|---|
| BB3 Funds Flow Analysis | | | | | 1548 | ROXANE COLUMBUS |

| Budget | Curr. | Scale |
|---|---|---|
| 12/2004 | USD | 3 |

| Text | PNR | Expect. 31.12.2003 | Budget 31.12.2004 | |
|---|---|---|---|---|
| LIQUID FUNDS PER 01.01. | 5000 | 0 | 0 | |
| INCOME (LOSS) AFTER TAXES | 8990 | 14,478 | 20,462 | |
| Depr. Prop.,Plant a.Equipm. | 5100 | 17,904 | 17,412 | |
| Write-ups Prop.,Plant a.Equipm. | 5110 | 0 | 0 | |
| Variance Prov. for Pensions | 5120 | 5,498 | 2,000 | |
| CASH FLOW | 5190 | 37,880 | 39,874 | |
| Variance Inventories | 5200 | -31,187 | 2,787 | |
| Variance Total Rec./def.Items | 5210 | 61,081 | -66,508 | |
| Variance Other Provisions | 5220 | -35,716 | 16,524 | |
| Variance Total Liab./Def.Items | 5230 | 3,930 | -187 | |
| Difference of EURO conversion | 5235 | 0 | 0 | |
| VARIANCE NET CURRENT ASSETS | 5290 | -1,892 | -47,384 | |
| Additions to Intangible Assets | 5300 | 0 | 0 | |
| Additions to Pro., Plant and Equipm | 5310 | -37,018 | -57,135 | |
| Var.Inv.(exc. Long Term Inv.) | 5320 | 184 | 35 | |
| Net Disp.Prop.,Plant a. Equipm. | 5350 | 747 | 747 | |
| VAR. PROP.,PLANT,EQU.A.INV. | 5390 | -36,087 | -56,353 | |
| Dividend Payment | 5490 | 0 | 0 | |
| Increase/Decrease Share Capital | 5500 | 0 | 0 | |
| Var.Loans from/to Aff.a.Rel.Co. | 5510 | 99 | 63,863 | |
| Var. Loans from 3rd Parties | 5520 | 0 | 0 | |
| EXTERNAL FINANCING | 5590 | 99 | 63,863 | |
| OTHER VAR. SHAREHOLDER EQUITY | 5600 | 0 | 0 | |
| VARIANCE LIQUID FINANCIAL ASSETS | 5800 | 0 | 0 | |
| LIQUID FINANCIAL ASSETS PER 31.12. | 5900 | 0 | 0 | |
| Thereof: | | | | |
| TOTAL LIQUID FUNDS | 1790 | 0 | 0 | |
| Long Term Investments | 1240 | 0 | 0 | |
| Receivables from/Payables to Cash Pool | 9243 | -147,525 | -213,388 | |

#4156 / 02/02/2004 / Page 1

HIGHLY CONFIDENTIAL

BOEH04600477