# Exhibit 76

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

Confidential

BOEH04600613

# ROXANE LABORATORIES, INC
## BALANCE SHEET

(As of April 7, 2005 name changed to Boehringer Ingelheim Roxane, Inc.)

EXHIBIT A

BIRI251

Boehringer Ingelheim

| I US$ | Actual 2003 | Budget 2004 | Actual 2004 | Budget 2005 |
|---|---|---|---|---|
| **Assets** | | | | |
| Trade Accounts Receivable | 37,055 | 120,279 | 56,378 | 97,588 |
| Short-Term Advances to Affiliates | - | - | - | - |
| Prepaid Expenses | 343 | 125 | 439 | 410 |
| Inventories | 109,543 | 107,137 | 115,607 | 118,917 |
| Total Current Assets | 146,941 | 227,541 | 172,424 | 216,915 |
| Intangible Assets | 4,206 | 3,459 | 3,459 | 2,712 |
| Property, Plant and Equipment | 137,997 | 185,501 | 163,009 | 204,199 |
| Other Assets | 43,696 | 50,252 | 54,859 | 43,008 |
| **Total Assets** | 332,840 | 466,753 | 393,751 | 466,834 |
| **Liabilities** | | | | |
| Accounts Payable & Accrued Liabilities | 116,943 | 146,550 | 121,215 | 150,760 |
| Accrued Taxes | 72,761 | 17,000 | 52,191 | 31,037 |
| Payables to Affiliates | 6,650 | 9,000 | 71,428 | 10,000 |
| Loans from Affiliates | 62,342 | 204,388 | 88,721 | 182,387 |
| **Total Liabilities** | 258,696 | 376,938 | 333,555 | 374,184 |
| **Stockholder's Equity** | | | | |
| Capital Stock | 19 | 19 | 19 | 19 |
| Additional Paid-In Capital | 8,735 | 8,735 | 8,735 | 8,735 |
| Retained Earnings | 65,390 | 81,061 | 51,442 | 83,896 |
| **Total Stockholder's Equity** | 74,144 | 89,815 | 60,196 | 92,650 |
| **Total Liabilities & Stockholder's Equity** | 332,840 | 466,753 | 393,751 | 466,834 |

Page 1 of 2

Confidential

BOEH04600614

# ROXANE LABORATORIES, INC
(As of April 5, 2005 name changed to Boehringer Ingelheim Roxane, Inc.)

## STATEMENT OF INCOME

 Boehringer Ingelheim

| T US$ | Actual 2003 | Budget 2004 | Actual 2004 | 2004 % of Budget 2004 | % of Actual 2003 | Budget 2005 |
|---|---|---|---|---|---|---|
| Net Sales | 518,235 | 476,241 | 535,958 | 113% | 103% | 473,117 |
| Cost of Goods Sold | 402,180 | 341,619 | 420,717 | 123% | 105% | 299,904 |
| Marketing & Advertising | 6,011 | 7,026 | 6,627 | 94% | 110% | 7,347 |
| Research & Medical, I | 30,085 | 40,052 | 35,822 | 89% | 119% | 47,328 |
| Administration | 10,898 | 9,492 | 8,005 | 84% | 73% | 11,859 |
| Distribution and Royalties | 25,035 | 27,803 | 50,084 | 180% | 200% | 29,132 |
| All Other, I | (10,252) | 1,895 | 6,324 | >300% | 162% | 1,410 |
| Contribution III | 54,278 | 48,354 | 8,379 | 17% | 15% | 76,137 |
| Process Development | 3,660 | 4,079 | 5,212 | 128% | 142% | 15,205 |
| Cost of Idle Cap. / Production Var. | 10,203 | 13,519 | 14,981 | 111% | 147% | (13,225) |
| Income Expense II (*) | - | (12,732) | (37,720) | | | 12,891 |
| All Other, II | 8,507 | 7,592 | 14,968 | 197% | 176% | |
| Contribution IV | 31,908 | 35,896 | 10,938 | 30% | 34% | 61,266 |
| Research & Medical, II | 537 | | 253 | | 0% | - |
| All Other, III | 162 | 243 | | 104% | 166% | 208 |
| Operating Income (Loss) | 31,209 | 35,653 | 10,685 | 30% | 34% | 61,058 |
| Financial Income (Expense) | (771) | (2,108) | (3,234) | 153% | >300% | (5,775) |
| Profit Before Tax | 30,438 | 33,545 | 7,451 | 22% | 24% | 55,283 |
| Income Tax | 11,169 | 13,063 | 2,130 | 16% | 19% | 17,509 |
| Net Income After Tax | 19,269 | 20,482 | 5,321 | 26% | 28% | 37,774 |