# Exhibit 77

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment



# Boehringer Ingelheim

# NEWS RELEASE

Boehringer Ingelheim
Pharmaceuticals, Inc.
a subsidiary of
Boehringer Ingelheim Corporation
900 Ridgebury Rd.
P.O. Box 368
Ridgefield, Connecticut 06877

FOR IMMEDIATE RELEASE

### BOEHRINGER INGELHEIM ANNOUNCES CHANGES IN U.S. ETHICAL PHARMACEUTICALS BUSINESS UNIT

**January 28, 1999 (Ridgefield, CT)** – With the recent acquisition of Ben Venue Laboratories, Inc., Sheldon Berkle, Executive Vice President and Head Business Unit Ethical Pharmaceuticals, Boehringer Ingelheim Corporation, USA has announced some recent changes in the Business Unit. The companies involved in the Business Unit reorganization include: Boehringer Ingelheim Pharmaceuticals, Inc. (Ridgefield, CT), Roxane Laboratories, Inc. (Columbus, OH), and Ben Venue Laboratories, Inc., (Bedford, OH). This reorganization will allow the Business Unit to manage as a unified and focused organization. The organization will continue to maintain separate legal entities for the three subsidiaries.

As a result, the following key staffing changes have been made:

**Kirk Shepard, MD,** previously Sr. Vice President, Medical, Marketing and Sales at Roxane Laboratories will take on the role as Sr. Vice President, Business Unit Rx/Hospital Strategy. In this role, he will lead the effort in developing integrated, cross-functional business strategies as well as being responsible for Health Care Economics, Business Intelligence, Competitive Technology Assessment, Business Development, Market Research and a newly created Government Policy unit.



EXHIBIT
149 Berkle
1-27-05   CF

BIC JURIS 0037

TXEX00831

**Tom Russillo**, President and COO of Ben Venue Laboratories, Inc. will add to his current responsibilities the multi-source business at Roxane Laboratories allowing Boehringer Ingelheim to capitalize on the synergy between these businesses. The Roxane Laboratories Scientific Affairs and Drug Regulatory Affairs Departments for New Products will also report to Tom.

**Greg Fulton** has been promoted to Head, Boehringer Ingelheim Pharmaceuticals, Inc./Roxane Laboratories, Inc. Branded Marketing with responsibility for Product Management, Pharmacy Relations, Professional Relations and Audio Visual/Copy. Reporting to him will be **Gary Ellexson**, Director Roxane Laboratories Branded and Specialty Marketing as well as his current staff at Boehringer Ingelheim Pharmaceuticals, Inc.

**James King** has been promoted to Head, Boehringer Ingelheim Pharmaceuticals, Inc./Roxane Laboratories, Inc. Branded Sales, with **Jerry Hart**, Executive Director, Sales, Roxane Laboratories, Inc. reporting to him. Additionally, Jim will be responsible for Sales Training and Development, Sales Fleet and Business Technology for the Business Unit.

**Mike Leonetti**, previously Director, Organizational Effectiveness, will lead the Business Unit's Managed Care and Trade Relations organizations as Head, Managed Care and Trade Relations. **Ken Gross**, Executive Director, Managed Care and **Rich Feldman**, Executive Director, Trade Relations, will report to Mike.

Boehringer Ingelheim Pharmaceuticals and Roxane Laboratories Contracting will be combined into a single organization in the Business Unit reporting to **Gregg Ciarelli**, in his new role as Head, Contracting, Pricing & Market Controlling. **Ulrich Drees, PhD.** continues as Head, Project Management.

**Contact:**   James W. Heins
Corporate Public Affairs
Telephone:   (203) 798-4715

Pamela S. DeMala
Corporate Public Affairs
Telephone:   (203) 798-4700

# # # #

BIC JURIS 0038

TXEX00832