# Exhibit 78

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

| | |
|---|---|
| From: | Gerrity,Dan  MK BIP-US-R |
| Sent: | Thursday, May 03, 2001 12:48 PM |
| Subject: | Pricing Policy and Procedure - Draft |
| Importance: | High |
| Follow Up Flag: | Reply |
| Due By: | Thursday, May 10, 2001 8:00 AM |
| Flag Status: | Flagged |

All,
Please review the attached "Draft" Pricing Policy and Procedure and provide me any changes you deem appropriate. The Final version will be published on the PAC Website on May 10th and your immediate response is appreciated.


Pricing Policy &
Procedure.DOC...

**Thanks,**

**Dan Gerrity**

Director, Contract System Support

Boehringer Ingelheim Pharmaceuticals, Inc.
Telephone (203) 798-4626
Fax (203) 791-6373
Email dgerrity@rdg.boehringer-ingelheim.com

1

EXHIBIT
3
10/31/08 Burke

D0120628
RLI-AWP-00337203
ROX058-1303    FL

# PRICING POLICY AND PROCEDURE

### Scope

This policy is applicable to Wholesale Acquisition Cost (WAC), Average Wholesaler Price (AWP), Minimum Bid Price (MBP) and Direct Price (DP) for Brand Products of Boehringer Ingelheim Pharmaceuticals, Inc and Roxane Laboratories, Inc.

### Pricing Approvals

Recommended prices must be approved in the following sequence:

| | |
|---|---|
| First | PTC Committee |
| Second | Executive Vice President, Ethical Pharmaceuticals |
| Third | President and CEO, Boehringer Ingelheim Corporation |

### Pricing, Terms and Conditions (PTC) Committee

The PTC Committee consists of:

Vice President, Marketing
Vice President, Sales
Head, Contract and Sales Administration
Executive Director, Managed Care Marketing & Disease Management
Executive Director, Marketing Controlling
Director, Forecasting and Sales Support
Senior Council

### Pricing Proposals

Product Management is responsible for developing Pricing Proposals that support New Product Prices and Established Product Price Adjustments. These Pricing Proposals are submitted to the PTC Committee for review and approval. The Pricing Proposals include, but are not limited to the following:

New Product Pricing Proposals:
Forecasted Net Sales generated based on the proposed price, Growth Rates, Market Conditions, current and anticipated Market Share of BI and Competitive Products, Daily Wholesale Prices of Direct Competitors, impact on Competitive Position, expected Discounts that will be given, probable reaction of Managed Care Organizations, impact on potential Medicaid Rebates, and any Market Research that was conducted.

Product Price Adjustment Proposals:
Overall expected impact on Net Sales of all price adjustments, Consumer Price Index (CPI), Daily Wholesale Prices of Direct Competitors, and Timing (should also take place at least four months prior to year end in order to allow trade purchases to rebound prior to the end of the year)

Planned changes to prices are extremely Confidential and should be kept to PTC – Pricing Committee Members only.

### Review and Approval Process - PTC Committee and Senior Management

D0120629
RLI-AWP-00337204
ROX058-1304        F

Product Managements' Pricing Proposals are submitted to PTC Committee Members at least 2 weeks prior to the monthly PTC meeting. Product Management presents their proposals to the PTC Committee at the monthly meeting and answer any questions posed by the Members.

> If the Committee cannot agree with the proposal, and determines that additional work is required, Product Management must address the issues and re-submit the proposal.
> If the Committee votes to approve the proposal, it is forwarded to Senior Management for review and approval.
> A cover memo and an information package is circulated First to Shelly Berkle, and Second to Werner Gerstenberg for approval. Included in the information package is price adjustment % by sku; expected annual price adjustment; and price adjustments recently taken by other pharmaceutical firms. Signatures on the front cover memo of this information package indicate approval. The approved document is delivered to the Director, Forecasting and Sales Support.

**Notification Process**

After approval has been received, the Wholesale Acquisition Cost (WAC) and Average Wholesale Price (AWP) is forwarded to the Executive Director, Trade Relations for dissemination to internal (see list attached) and external parties. Each department head is responsible for dissemination to the affected parties in his/her department.

In addition, the Director, Forecasting and Sales Support forwards a spreadsheet with the approved WAC and AWP prices to the Associate Director, Contracts to make any adjustments to the percentages used to calculate the following:
1. Minimum Bid Pricing (MBP)
2. Direct Price (DP)

Upon completion, the Associate Director, Contracts forwards this information to the Data Management Team (DMT) at the BISC for input into SAP.

Abbott Products:

The Product Price (selling price to Abbott) is determined by the Marketing Controlling department and is communicated to the Data Management Team at the BISC for loading into SAP's Customer/Material Specific pricing table.

The WAC and AWP is determined by Abbott and communicated to the Marketing Controlling Department who then communicates this immediately to the Data Management Team upon receipt for input into SAP for contract related transactions (i.e., processing Wholesaler chargeback claims on co-promoted products).

PAC Website:

Parties responsible for price notifications forward approved prices to the Director, Contract System Support for posting to the PAC Website. These Product Prices are available at all times to all BI U.S. employees on the PAC Website, which is located as follows:

- WebBI
  - Functions/Departments
    - Rx Hospital
      - Pricing & Contracting (PAC)
        - Pricing / Returns

Prices posted to the PAC site are as follows:

- Abbott Co-Promoted Product Prices (WAC & AWP)
- BIPI Brand Product Prices (WAC & AWP)

D0120630
RLI-AWP-00337205
ROX058-1305

- RLI Brand Product Prices (WAC & AWP)
- RLI Multisource Product Price (AWP)
- BIPI FSS (Federal Supply Schedule) Product Price
- RLI FSS (Federal Supply Schedule) Product Price
- BIPI PHS (Public Health Services) Product Price
- RLI PHS (Public Health Services) Product Price

### Pricing Activities

WAC, AWP, MBP, and DP are the only prices for products that must be updated when prices are established or when adjustments are made.

Federal Supply Schedule (FSS) Prices are updated on a periodic basis by the Manager, Government Contracts & Reimbursement designate and are entered into the FSS Contract maintained in CARS.

Federal Price Protection Prices (COC/PHS Ceiling) are updated on a periodic basis by the Manager, Federal and Reimbursements or designate and are entered into SAP's pricing control tables with support from the Information Specialist, Contracts.

Medicaid Best Price is updated quarterly by the Medicaid Manager or designate and are entered into SAP's pricing control tables with support from the Information Specialist, Contracts.

Cash Discounts Accrual, Managed Care (Utilization based) Rebate Accrual, Medicaid Rebate Accrual, Abbott Accrual, Purchase Based Rebate Accrual, Royalty Accrual, Variable Distribution Accrual and Chargeback Accrual percentages are adjusted periodically and communicated by the Marketing Controlling Department. This data is entered into SAP's pricing accrual tables with support from the Information Specialist, Contracts.

### Responsibilities:

Product Management is responsible for establishing the proposed Wholesale Price (Wholesale Acquisition Cost - WAC) for new products and annual price adjustments. Product Management is also responsible for developing Pricing Proposals that support their decisions.

The PTC Committee reviews and endorses proposed prices for new products/line extensions for brand products, as well as price adjustments for existing brand products. The recommended prices are then sent to the Executive Vice President, Ethical Pharmaceuticals and the Chief Executive Officer for sign off.

The Director, Forecasting and Sales Support is responsible for coordinating quarterly reviews of pricing with Product Management and submitting their Pricing Proposals to the PTC Committee Facilitator. The Director, Forecasting and Sales Support is also responsible for obtaining Senior Managements' approval for all Brand Products WAC and AWP prices endorsed by the PTC Committee. The Director also notifies the Executive Director, Trade relations when the approvals are received.

The Executive Director, Trade Relations is responsible for internal and external notification of new product prices and price adjustments and for notifying the Data Management Team at the BISC of these new prices.

The Managed Care Sales Force and Federal Market Field Force are responsible for establishing contracts within set guidelines.

The Sales and Contract Administration Department is responsible for managing contracts and payout of rebates. Additionally, this department, in conjunction with the Marketing Controlling Department, evaluates the total impact of various discount scenarios on Corporate Profitability and the Marketing & Sales Revenue Stream.

**Internal Distribution List:**

Vice President, Marketing
Vice President, Sales
Head, Sales and Contract Administration
Head, Health Care Partners & Gov't Relations
Executive Director, MC Sales and Federal Markets
Executive Director, Managed Care Marketing & Disease Management
Regional Sales Directors
Director, Contract System Support
Director, Forecasting and Sales Support
Marketing Directors
BISC
Data Management Team
Associate Director, Contracts
Manager, Contract Analysis
Manager, Contract Operations
Manager, Medicaid
Manager, Federal and Reimbursements

D0120632
RLI-AWP-00337207
ROX058-1307    L