# Exhibit 80

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

**SHAFFER, MARK**        **ROXUS**

| | |
|---|---|
| **From:** | DUY, FRED        ROXUS |
| **Sent:** | Saturday, August 12, 2000 2:31 PM |
| **To:** | BERKLE, SHELLY        FN BIPUS |
| **Cc:** | Doug Bierl (E-mail); CHLEBICKI, RAYMOND        ROXUS; CIARELLI, GREGG MK BIPUS; COKE, JOHN        ROXUS; DICKERSON, DUKE        ROXUS; FELDMAN, RICHARD        ROXUS; FERRARA, CHRISTINE        MK BIPUS; HART, JERRY        ROXUS; MARLIN, DR, STEVE        ID BIPUS; MAYHEW, CHERI        ROXUS; POWERS, JOHN        ROXUS; SHAFFER, MARK ROXUS |
| **Subject:** | Roxicodone 15/30mg Launch Plan |

Dear Shelly:

Attached is the launch plan for Roxicodone 15 and 30mg Tablets. The strategy is essentially what you saw in Tarrytown - it has been updated and expanded with specific tactics by Doug Bierl, with input from lots of people here and in Ridgefield. We expect approval by the user fee deadline - August 29. Based on final labeling on that date, product will be available for shipment October 2, and stocking will be adequate for physician detailing to begin by November 13. This plan will be reviewed with the Area Managers beginning August 21, to prepare the Plans of Action for the launch meeting with the Palliative Care Sales Force during the week of September 18. If you can fit it into your schedule, we would be happy to present the Launch Plan to you and whoever you think appropriate in Ridgefield.

Also attached is the initial pricing proposal for Roxicodone 15 and 30mg Tablets. I understand the Pricing Committee meeting has been delayed to August 31, and am not sure of the process for establishing prices, but it would be helpful if we could have approved pricing so the National Account Managers could pre-sell these unique, new strengths to wholesalers and retail chains at the NACDS meeting which begins August 27. Is there anyone in addition to Gregg and Chris we should send pricing to to ask for an expedited decision?

Let us know if you have any questions, Shelly, and if you want us to present the Plan to anyone else.

Best regards,
fd

Roxicodone 15-30
launch plan.p...

Roxicodone pricing
proposal.do...



EXHIBIT
34
10/31/08 Berkle

EXHIBIT
Shaffer
20

SHAFFER 001451

# Roxicodone™ CII
# 15 mg and 30 mg Tablets
# Launch Plan

## August 11, 2000

SHAFFER 001452

# Table of Contents

|  | Page # |
|---|---|
| • Executive Summary | 3 |
| • Market Overview | 6 |
| • Situation Analysis | 14 |
| • SWOT Analysis | 24 |
| • Key Issues, Objectives, Milestones | 27 |
| • Product Positioning and Message | 45 |
| • Key Tactics | 51 |
| • Phase IV/Publication Plan | 58 |
| • Market Research | 59 |
| • Forecast and Promotion Expense | 60 |

2

SHAFFER 001453

# Executive Summary

SHAFFER 001454

# Executive Summary
## Key Milestone Dates

| | |
|---|---|
| NDA Approval | 8/29 |
| Wholesaler/Chain Pre-sell | 8/30-10/2 |
| Rep Retail Pre-sell | 9/1-9/15 |
| Sales Force Launch Meeting | 9/18 |
| Commercial Distribution | 10/2 |
| Rep Retail Activity | 9/22-11/30 |
| Begin Physician Detailing | 11/13 |

4

SHAFFER 001455

# Executive Summary

- Overall market growing
- Potential use from three segments
  - IR oxycodone
  - Fixed combination oxycodone products
  - SR oxycodone
- $1.8 MM sales in 2000 (retail/wholesale load-in)
- $3.6 MM net sales in 2001

5

SHAFFER 001456

# Market Overview

SHAFFER 001457

# Market Overview
# Source of Roxicodone 15/30 Prescriptions

- **Immediate Release Products**
  - Replacement - reduced pill burden and when higher doses are required
- **Fixed Combination Products**
  - Replacement - breakthrough pain and when higher doses are required
- **Sustained Release Products**
  - Supplement - breakthrough pain

7

SHAFFER 001458

# Market Overview
# Total Pain Market (CII Analgesics) Sales



**(Total market $2.1 Billion)**

Legend:
- SR-Single Entity
- Fixed Combination
- Generics
- IR - Single Entity

Sales ($000)

- Large Market
- Dominated by SR and Fixed Combination
- All market segments offer potential for 15/30

Source: IMS, MAT May, 2000

8

SHAFFER 001459

# Market Overview
# Total Pain Market (CII Analgesics) Units



**(Total Market 6.1 Billion Units)**

Legend:
- SR-Single Entity
- Fixed Combination
- Generics
- IR - Single Entity

Units (000)

- High generic penetration
- Price driven

Source: IMS, MAT May, 2000

9

SHAFFER 001460

# Market Overview
# Sustained Release Products



• Oxycontin has large base for 15/30

10

SHAFFER 001461

# Market Overview
## Acute vs. Chronic Pain

| Acute Pain | Chronic Pain |
|---|---|
| • Caused by Specific Injury<br>• Limited Duration<br>• 34% Treated | • Caused by tissue damaging process<br>• Duration greater than 3 weeks<br>• 52% Treated |

**Incidence of Pain**



187.2 MM    74.2 MM

■ Acute
■ Chronic

0        100        200        300

Source: Front Line Strategic Management, National Center for Health Statistics, 1999.            11

SHAFFER 001462

# Market Overview
# Acute Pain Conditions

- Musculoskeletal  57%
  - Joint
  - Low Back
- Visceral  19%
  - Cardiac
  - Abdominal
- Post-Operative  15%
- Burn/Trauma  4%
- Obstetric  2%
- Intermittent  3%

12

SHAFFER 001463

# Market Overview
# Chronic Pain Conditions

## <u>Non-Malignant</u>

Bony

Neuropathic

Visceral

Musculoskeletal

Headache

## <u>Malignant</u>

Bony

Neuropathic

Visceral

Soft Tissue

Source: Front Line Strategic Management, National Center for Health Statistics, 1999.

13

SHAFFER 001464

# Situation Analysis

SHAFFER 001465

# Situation Analysis
## Severity of Pain vs. Immediate Release Analgesic Use

| SEVERITY | PRODUCT | MAT 5/98 | MAT5/99 | MAT 5/00 | Avg Ann %growth |
|----------|---------|----------|---------|----------|-----------------|
| Moderate | C-IIIs | 44,681 | 51,588 | 59,613 | +16% |
| | Oxycodone fixed combinations | 12,823 | 14,017 | 15,098 | +8% |
| | Oxycodone 5mg tablets | 306 | 521 | 834 | +65% |
| | Oxycodone 20mg/mL solutions | 4 | 14 | 45 | NM |
| | Actiq | NA | NA | 11 | NM |
| Severe | Morphine tablets and solutions | 491 | 548 | 621 | +13% |

15

SHAFFER 001466

# Situation Analysis
# Immediate Release Oxycodone Market

| Company | Brand | Strength | Sales Last Twelve Months (thousands) |
|---|---|---|---|
| Roxane | Roxicodone | 5mg Tablets | $10,458 |
| Purdue Frederick | OXY IR | 5 mg Capsules | $7,109 |
| Purdue Frederick | Oxy Fast | 20 mg/ml oral solution | $3,453 |
| Various | Generics | 5mg Tablets/Capsules | $2,448 |
| Roxane / Various | Roxicodone Intensol / Generics | 20mg/ml oral solution / 5mg Tablets/Capsules | $1,544 / $2,448 |
| Roxane / Various | Roxicodone Intensol / Generics | 20mg/ml oral solution / 5mg Tablets/Capsules | $1,544 / $2,448 |
| Roxane / Various | Roxicodone Intensol / Generics | 20mg/ml oral solution / 5mg Tablets/Capsules | $1,544 / $2,448 |
| Roxane / Various | Roxicodone Intensol / Generics | 20mg/ml oral solution / 5mg Tablets/Capsules | $1,544 / $2,448 |
| Roxane / Various | Roxicodone Intensol / Generics | 20mg/ml oral solution / 5mg Tablets/Capsules | $1,544 / $2,448 |
| Roxane / Various | Roxicodone Intensol / Generics | 20mg/ml oral solution / 5mg Tablets/Capsules | $1,544 / $2,448 |
| Roxane / Various | Roxicodone Intensol / Generics | 20mg/ml oral solution / 5mg Tablets/Capsules | $1,544 / $2,448 |

SHAFFER 001467

# Situation Analysis
# Oxycodone 5 mg Sales



In $ thousands

17

SHAFFER 001468

## Situation Analysis
## Oxycodone 5 mg Prescriptions



SPA - Scott Levin Data

18

SHAFFER 001469

# Situation Analysis
# Immediate Release Oxycodone 5mg
# Prescription Growth



19

SHAFFER 001470

# Roxicodone
## Situational Analysis - Share of Voice



20

SHAFFER 001471

# Situation Analysis
# Oxycontin & IR Oxycodone Prescribers

| Decile | Number of Prescribers | Avg. Rx Per Prescriber | |
|--------|----------------------|------------------------|---|
| 10 | 258 | 1,804 | |
| 9 | 611 | 779 | |
| 8 | 1,111 | 428 | |
| 7 | 1,828 | 261 | |
| 6 | 2,746 | 172 | ___6,554 Target Physicians |
| 5 | 4,057 | 117 | |
| 4 | 5,964 | 80 | |
| 3 | 9,168 | 52 | |
| 2 | 16,124 | 29 | |
| 1 | 53,133 | 9 | |

21

SHAFFER 001472

# Situation Analysis
# Roxicodone - Physician Target Audiences

| Specialty | Currently Called On | Percent of Prescriptions | Avg. RX Per Prescriber |
|---|---|---|---|
| Anesthesiologists | Yes | 14.9% | 33.0 |
| Oncologists | Yes | 11.9% | 17.6 |
| GP/FP/IM | Yes | 32.5% | 7.8 |
| Ortho Surgeons | Yes | 4.9% | 9.6 |
| Neurology | Yes | 3.2% | 15.1 |
| General Surgeons | Yes | 2.8% | 4.8 |

**\* 48 RLI representatives only call on a portion of total audience**          \* MAT Feb 2000

**Other Key Audience Targets:**
- Nurses
- Pharmacists
- Long-term care
- Hospice

22

SHAFFER 001473

# Situation Analysis
# Market Characteristics Summary

- Established Market
- Variety of Competitive Products
  - Immediate and Sustained Release
  - Brands and Generics
  - Branded Generics
- Low  Science
- Promotionally Sensitive
- Requires Differentiated Message to Each Target Audience
- Price and Reimbursement Driven

23

SHAFFER 001474

# SWOT Analysis

SHAFFER 001475

# Roxicodone
# SWOT Analysis

## Strengths:

- Prescription Market Share Leader for IR oxycodone
- Multiple Formulations & Dosage Strengths
- Unique 15 & 30 mg Dosage Strengths
- Single Entity Product
- No generic substitutes for 15mg and 30mg tablets - 3 years exclusivity

## Weaknesses:

- Low "Roxicodone" Name Recognition
- Small RLI Sales Force Size relative to large prescriber base and competitors
- Lack of Comparative Clinical Data

25

SHAFFER 001476

# Roxicodone
# SWOT Analysis (continued)

## Opportunities:

- Switch/substitute Rxs from Single-Entity & Fixed-Combination Oxycodone
- Leverage 15 & 30 mg dosages to grow Roxicodone product line
- Create competitive contractual agreements based on broad product line
- Control breakthrough pain in patients taking SR products
- Improve patient satisfaction by reducing pill burden

## Threats:

- Availability/Distribution
- Pharmacy auto-substitution policy
- Competitive sales force size
- SR continues to grow at the expense of IR

26

SHAFFER 001477

# Key Issues, Strategies, Objectives, and Milestones

SHAFFER 001478

# Key Issues

- Limited retail distribution

- Low share of voice as compared to competitors

- Lack of clear brand identity and name recognition

- Potential to substitute generic for 15/30 mg tablet

- Limited clinical data to support differentiation

- Limited period of exclusivity

28

SHAFFER 001479

# Key Strategies

- Target distribution to high volume CII analgesic pharmacies
- Raise share of voice through non-personal promotion
- Build brand name awareness pre-launch
- Target personal selling to high volume prescribers
- Message that capitalizes on the limitations of 5mg dose and increasing use of SR formulations
- Price for favorable retail reimbursement
- Enhance clinical value of Roxicodone line

29

SHAFFER 001480

# Key Objectives

- Availability in top 15,000 pharmacies (based on CII analgesic volume) within 5 weeks after commercial availability

- 80% coverage of targeted physicians with at least one call in first six weeks after detailing begins

- 80% brand awareness after three months of detailing to targeted physicians

- Doubling of share of voice after 4 months of detailing (from 10% to 20%)

- 5% growth in Roxicodone share of IR Oxycodone market after 12 months of commercial availability

- Further development of product through line extensions and clinical studies

30

SHAFFER 001481

# Distribution Plan

## **Pre-Sell**
- Wholesalers & Chains at NACDS meeting Aug 26-Sept 2
- Retail through sales force Sept. 1-15 with pre-launch ad

## **Stocking**
- National Accounts coverage of wholesalers and chain headquarters
- Wholesalers and chain headquarters offered incentive to push product to high volume retail pharmacies
- Sales Representatives inform retail pharmacies of reimbursement and stimulate orders through stocking incentive

31

SHAFFER 001482

# Distribution Plan (continued)

## <u>Goals</u>

- Targeted distribution to 15,000 high CII volume pharmacies:
    - Pre-Sell, stock Wholesalers and Chains (8/30 to 10/2)
    - Retail distribution through wholesalers and chain headquarters (10/2 to 11/10)
    - Support from sales force to stimulate orders and discuss appealing reimbursement opportunity in 3,600 targeted pharmacies (9/25 to 11/10)
- Have adequate launch quantities available for retail stocking and wholesaler back-up

32

SHAFFER 001483

# Distribution Plan (continued)

## **Stocking Incentives**

- Wholesaler & Warehousing Chains with vaults (Eckerd, Walgreen, Brooks)
  - Extended terms: 2% net 90 (extra 60 days)
  - 3% Stocking Allowance for initial order
  - $5/bottle (max. $10/pharmacy)distribution allowance for shipment to retail pharmacies
- $5/bottle (max. $10) rebate offered to retail pharmacies through sales force and Pharm Alert
- 222 Folder provided to retailers through sales force

33

SHAFFER 001484

# Pricing

- Considerations
  - Pharmacy reimbursement based on % off AWP for brand compared to generics
    - comparison to equivalent doses of 5mg
  - Current contract price of 5mg tablets
  - Discounts off WAC for contracting
  - Potential for substitution
  - Impact on Medicaid rebates
  - Outcome of pricing market research study

34

SHAFFER 001485

# Pricing Approach

- Price for high retail pharmacy acceptance
  - Set AWP and WAC at a level favorable to the average for oxycodone class for equivalent number of 5 mg tablets
  - Equivalent or higher reimbursement levels (AWP minus percentage)
- Minimal need for contract pricing

35

SHAFFER 001486

# Current Pricing
# Bottles of 100

|  | WAC | AWP |
|---|---|---|
| Current Pricing *three* 5mg: |  |  |
| – OxyIR | $73.35 | $97.80 |
| – Roxicodone | $68.97 | $93.12 |
| – Oxycodone Class Avg. | $59.55 | $119.10 |

36

SHAFFER 001487

# Pricing Recommendation

|            | WAC      | Direct    | AWP      |
|------------|----------|-----------|----------|
| 15 mg X100 | $55.00   | $88.00    | $110.00  |
| 15mg 4X25  | $68.80   | $96.00    | $120.00  |
| 30mg X100  | $106.00  | $169.60   | $212.00  |
| 30mg 4X25  | $134.40  | $184.00   | $230.00  |

37

SHAFFER 001488

# Pricing Strategy

## <u>Contracting</u>

- Add 15mg and 30mg to existing contracts or upon renewal

- If necessary, provide performance-based discounts for attaining target market share

- Limit discounts to a maximum of 10% to provide an incentive to substitute 15mg for three 5mg or 30mg for six 5mg

- Select only accounts that can move market share, preferable ones that use competitive oxycodone products

38

SHAFFER 001489

# Pricing Strategy

## **Medicaid Reimbursement Plan**

- Prior to sales force detailing, announce availability to all state Medicaid programs
- Submit requests for Roxicodone 15mg and 30mg tablets to be added to state Medicaid formularies

39

SHAFFER 001490

# Managed Care Strategy

- Evaluate perception in market research in August 2000
- Monitor use in key accounts for six months
- Target high volume oxycodone accounts with performance contracts, where sales or market share potential exists

40

SHAFFER 001491

# Sales Force Strategy

Focus on selling to a targeted group of high
volume CII prescribers who primarily use
single-entity products and secondarily on
those who use combination products

41

SHAFFER 001492

# Sales Force Coverage

## Field Force Size and Target Coverage Potential

### Assumptions

- Call frequency:
  - 12 calls/year for HVP morphine (includes oxycodone prescribers)
  - 10 calls/year for HVP oxycodone prescribers
- 62,800 calls per year
- 48 Representatives

### Call Coverage Potential

- Will be able to reach top 5 deciles (deciles 6 through 10) of physicians who Rx Oxycontin and IR oxycodone

42

SHAFFER 001493

# Launch Promotional Priorities

- **Majority of Physicians**
  - Roxicodone
  - Oramorph
  - Palliative Care
- **Selected Physicians  (10 per rep)**
  - Marinol
  - Roxicodone
  - Oramorph

43

SHAFFER 001494

# Sales Training

| **Activity** | **Timing** |
| --- | --- |
| Module 1: Pain Background | August 23 |
| Module 2: Market | September 1 |
| Module 3: Product | September 8 |
| Reimbursement Backgrounder | September 12 |
| Workshops | September 19 &20 |

44

SHAFFER 001495

# Positioning and Message

SHAFFER 001496

# Positioning and Message
## Roxicodone 15mg and 30mg
## Product Description

### Indication
- For the management of moderate-to-severe pain where the use of an opioid analgesic is appropriate

### Attributes
- Unique dosage strengths
- Increased dosing flexibility
- Provides higher levels of oxycodone without side effect concerns associated with fixed combinations

### Potential Uses
- Breakthrough Pain associated with chronic pain therapy
- Conversion of single-entity and fixed combination prescriptions for acute and chronic pain to reduce pill burden
- Addition to sustained release prescriptions being utilized for chronic use

46

SHAFFER 001497

# Positioning and Message
# Product Positioning

## 5mg and concentrated oral solution

- *Single-entity oxycodone without the limitations of fixed combinations*

## 15mg and 30mg Tablets

- *Increased dosing flexibility without the limitations of fixed combination products*

47

SHAFFER 001498

# Positioning and Message
# Positioning Rationale

- Top benefits from market research
  - Flexibility of dosing
  - Ability to titrate with 5mg, 15mg, and 30mg
  - Avoiding limitations due to side effects with combination products
- Further research confirmed that positioning was consistent with the product profile

48

SHAFFER 001499

# Positioning and Message
# Roxicodone 15mg and 30mg Tablets
# Core Message

- Provides pain-control flexibility

- Simplifies dose escalation

- More convenient for patients - reduces need for multiple tablets

- High degree of pain control

- Avoids risks associated with fixed-combination analgesics

49

SHAFFER 001500

# Roxicodone Launch Campaign



SHAFFER 001501

# Key Tactics

SHAFFER 001502

# Sales Force Targets

6,554 Decile 6-10 Oxycontin/IR prescribers

1,329 Decile 9-10 Percocet/IR prescribers

  231 Decile 10 Oxycontin only prescribers

8,114  Oxycodone prescribers - 10 calls/year
**(Estimated 15% geographic/no-see reduction in total count)**


1,200 Morphine prescribers - 12 calls/year

52

SHAFFER 001503

# Key Tactics
## Core Selling Material

- Master Launch Visual Aid
- Flashcard
- Slim Jim
- Pharmacy Sell Sheet
- Formulary Kit
- Rep-triggered letters
- Sales rep slide kit
- Reminder items (stickers, pens, pads, etc.)
- 222 Form Organizer (for retail stocking)

53

SHAFFER 001504

# Key Tactics
# Non-Personal Promotional Support

- Pre-launch direct mail - PDR offer
- Journal Advertising - pre-launch, launch
- Medi-promotions Launch Box
- Medi-messages

54

SHAFFER 001505

# Key Tactics
# Journal Advertising

- Pre-Launch Ad (Aug-Nov)
- Launch Ad (beginning Dec 2000)
- Publications:
    - American Journal of Pain
    - American Journal of Hospice and Palliative Care
    - Anesthesiology News
    - American Journal of Anesthesiology
    - Current Clinical Trials: Oncology
    - Journal of Clinical Oncology
    - NEJM Oncology Edition
    - Oncology
    - Oncology News International
    - Oncology Times
    - The Pain Clinic
    - Primary Care & Cancer
    - US Pharmacist

55

SHAFFER 001506

# Key Tactics
# Conventions and
# National Speaker Programs

- APS Exhibit and Symposium (Nov 3, 2000)
- Exhibit at other key oncology and pain management meetings
- Regional speaker programs (Nov 2000 through Dec 2001)

56

SHAFFER 001507

# Key Tactics
# Public Relations

- FDA approval press release
- Clinical study results

57

SHAFFER 001508

# Phase IV and Publication Plan

- Planned or Proposed Studies
  - "Time to onset" study
  - Others to be defined

- Publication opportunities
  - Clinical study results
  - Abstracts and full articles

58

SHAFFER 001509

# Market Research - Launch Tracking

| **Project** | **Timing** |
| --- | --- |
| Secondary data/syndicated studies | Ongoing |
| Weekly Rx data | Jan-Mar 2001 |
| Retail Pharmacy Inventory and Stocking | Oct-Dec 2000 |
| Pipeline Data | Oct-Dec 2000 |
| ATU | Jan, June 2001 |
| Journal Ad Recall | Mar 2001 |
| Visual Aid Testing | TBD |

59

SHAFFER 001510

# Forecasts

SHAFFER 001511

# Roxicodone
# 5-year Forecast

## Key Drivers

- Continued Expansion of Controlled-Release Oxycodone Market
- Continued Expansion of single-entity oxycodone market

## Key Forecast Assumptions

- Controlled release oxycodone prescribers will convert prescriptions for acute pain (shorter duration) to 15 & 30 mg Roxicodone
- Higher dose 5mg oxycodone prescriptions will be converted to 15 & 30 mg Roxicodone to decrease pill burden
- Roxicodone 15 & 30mg prescriptions will be gained from Percocet prescribers to avoid toxicities and gain dosing  flexibility

61

SHAFFER 001512

# 5 Year Sales Forecast - Roxicodone



SHAFFER 001513

# 5 Year Contribution - Roxicodone

| ($000) | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|
| 5mg tablets & liquids | $15,547 | $21,581 | $27,858 | $33,183 | $36,310 |
| 15 & 30mg tablets | $3,556 | $4,936 | $6,367 | $7,581 | $8,291 |
| Total Net Sales | $19,103 | $26,517 | $34,225 | $40,764 | $44,601 |
| | | | | | |
| Contribution I | $11,882 | $16,493 | $21,288 | $25,355 | $27,742 |
| | 62.2% | 62.2% | 62.2% | 62.2% | 62.2% |
| | | | | | |
| Promotion | $5,250 | $4,700 | $4,500 | $4,500 | $4,500 |
| | 27.5% | 17.7% | 13.1% | 11.0% | 10.1% |
| | | | | | |
| Field Force | $5,051 | $5,203 | $5,359 | $5,519 | $5,685 |
| | 26.4% | 19.6% | 15.7% | 13.5% | 12.7% |
| | | | | | |
| Clinical Develop. | $500 | $500 | $250 | $250 | $250 |
| | 2.6% | 1.9% | 0.7% | 0.6% | 0.6% |
| | | | | | |
| Contribution III | $1,081 | $6,091 | $11,179 | $15,086 | $17,307 |
| | 5.7% | 23.0% | 32.7% | 37.0% | 38.8% |

63

SHAFFER 001514

# Launch Update

| Activity | Implementation |
| --- | --- |
| Sales Planning Meeting | 8/21-23 |
| Sales Training | 8/23-9/18 |
| DDMAC submission of promotional material | 8/23 |
| FDA Product Approval | 8/29 |
| National Accounts (Trade) Launch | 8/30-9/2 |
| Pre-sell/stock wholesalers and chains | 8/30-10/2 |
| Pre-sell retail pharmacies | 9/1-9/15 |
| Sales Force Launch Meeting | 9/18-21 |
| Retail Stocking | 9/25-11/30 |
| Commercial Distribution | 10/2 |
| DDMAC Feedback on Launch Material | 10/4 |
| Pre-launch Direct Mail | 9/15-10/30 |
| Begin Sales Force Promotion | 11/10 |

64

SHAFFER 001515

## Roxicodone 15mg and 30mg Tablets
## Introductory Pricing Proposal

Objectives:    Reasonable price relative to existing 5mg tablets
No reimbursement incentive for substitution of 5mg tablets
Minimal need for contractual discounts

The Oxycodone 5mg Tablet market includes several brand and generic competitors. Sales are primarily based on contract prices, which range from less than $10 to $15.00 to $20.00 per 100. A competitive price to a high volume retail customer today is $12.00/100.

| | pkg | WAC | AWP | 3*WAC[1] |
|---|---|---|---|---|
| OxyIR – Purdue Fred. | 100 | $24.45 | $32.60 | $73.35 |
| M-Oxy - Mallinckrodt | 100 | $15.99[2] | $35.09 | $47.97 |
| Percolone - Endo | 100 | $55.00 | $68.75 | $165.00 |
| Oxycodone - Ethex | 100 | $15.95[2] | $36.75 | $47.85 |
| Oxycodone - Amide | 100 | n/a | $35.99 | n/a |
| Roxicodone 5mg | 100 | $22.99 | $31.04 | $68.97 |
| Roxicodone 5mg | RN25 | $31.47 | $42.49 | $94.41 |

[1]three 5mg tablets are equivalent to one 15mg tablet
[2]unpublished, may include discounts to trade

The following proposed WAC prices for the new tablet strengths are below but in line with existing Roxicodone 5mg WAC prices, reasonably comparable to competitive prices, and compatible with the reimbursement model that drives retailer profit:

**Proposed WAC prices**

| | |
|---|---|
| Roxicodone 15mg tablets - 100 | $55.00 |
| Roxicodone 15mg tablets – 4*RN25 | $68.80 |
| Roxicodone 30mg tablets - 100 | $106.00 |
| Roxicodone 30mg tablets – 4*RN25 | $134.40 |

Reimbursement to pharmacies is based on AWP prices, and is normally different for generics versus exclusive products. The competitive spreads between WACs and AWPs in the class are significantly higher than the normal brand's 16 2/3% to 25%. At a common reimbursement rate for generic tablets of AWP less 25%, the average reimbursement for 300 5mg tablets is $76.70 ($34.09 * 3 – 25%). The average spread to pharmacies is then $40.70 ($76.70 less $36.00, the current contract price). Roxicodone 15mg and 30mg Tablets, because they will not have direct generic competition, will be reimbursed at AWP less 8% to 15%.

The proposed AWP prices for Roxicodone will provide a similar spread for the pharmacy, so there is no incentive to substitute 5mg tablets for 15 or 30mg. Cash customers (around 20% of the market) will also pay similar prices for 15mg or 3*5mg tablets. Reimbursement in the example below is based on AWP less 13%.

| | Proposed AWP | reimbursement | spread to pharmacy | WAC % off AWP |
|---|---|---|---|---|
| Roxicodone 15mg tablets - 100 | $110.00 | $95.70 | $40.70 | 50% |
| Roxicodone 15mg tablets – 4*RN25 | $120.00 | $104.40 | $35.60 | 43% |
| Roxicodone 30mg tablets - 100 | $212.00 | $184.44 | $78.44 | 50% |
| Roxicodone 30mg tablets – 4*RN25 | $230.00 | $200.10 | $65.70 | 42% |

Roxicodone 15mg and 30mg tablets will be bid to appropriate contract customers, at no more than 10% below WAC, in order to capture sales data through chargebacks and to leverage the exclusive dosage forms to benefit the entire Roxicodone line. Performance based rebates may be offered where deemed beneficial by the National Account Managers.

SHAFFER 001516