# Exhibit 83

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

| | |
|---|---|
| **From:** | DUY, FRED ROXUS <duy@boehringer-ingelheim.com> |
| **Sent:** | Friday, August 18, 2000 11:40 AM |
| **To:** | LEONETTI,MIKE HR BIPUS <leonetti@boehringer-ingelheim.com> |
| **Cc:** | CIARELLI,GREGG MK BIPUS <ciarelli@boehringer-ingelheim.com>; Berkle,Shelly FN BIP-US-R <berkle@boehringer-ingelheim.com>; FERRARA,CHRISTINE MK BIPUS <ferrara@boehringer-ingelheim.com>; KING,JIM MK BIPUS <jimking@boehringer-ingelheim.com>; Diez, Hector BIP-MX-M <diezhect@boehringer-ingelheim.com>; Doug Bierl (E-mail) <dbierl@creativehealthcare.com>; FELDMAN, RICHARD ROXUS <feldman@boehringer-ingelheim.com>; HIRST,KATHLEEN MK BIPUS <hirst@boehringer-ingelheim.com>; POWERS, JOHN ROXUS <powers@boehringer-ingelheim.com>; SYKORA, ROBERT ROXUS <sykora@boehringer-ingelheim.com> |
| **Subject:** | RE: Roxicodone 15/30mg Launch Plan |

Mike, thanks for reviewing the Roxicodone Launch and Pricing plans and getting back to us so quickly.

IMS and Scott Levin do not give us any insight into the incidence of 5, 10, 15, 30mg, etc. dosing, however we've done primary research among anesthesiologists, pain management specialists, oncologists, and surgeons to find out more about their dosing patterns. The results show that physicians currently prescribe 15mg oxycodone tablets for 26% of cancer-related (malignant) pain and from 5% to 8% in non-malignant pain conditions (e.g.: low back, post-operative, or joint pain). A 30 mg dose is prescribed less frequently, 21% for malignant pain and 1% to 5% for other pain conditions. That same research suggested 10mg and 20mg line extensions could be successful in the future. Input from a small number of retail and hospice pharmacists confirmed that they dispense prescriptions for multiple tablets PRN or on a regular basis. Our forecast is based on capturing 2% of Percocet/Percodan scrips, 5% of oxycodone scrips, and 1% of Oxycontin scrips.

We initially looked at a $63.00 price for the 15mg, which would be 2.74X our 5mg WAC. Reimbursement in that scenario would be neutral under programs with high discounts for generics (AWP less 30% or more) and around a 10% discount from AWP for brands, however the $63+ acquisition price for the pharmacy would be more than four times their contract price for generic 5mg tablets, and that large a difference in reimbursement rates is not common. If we used the 50% spread at that higher price, the AWP for our brand would be $24 higher than the equivalent average 5mg AWP, which could raise flags with third party payers.

Bob Sykora developed a model for us to test various price levels under different assumptions of reimbursement rates from third parties. The one we finally picked gives the closest results under mid-range reimbursement formulas. Depending on the payer, Roxicodone will be a little less or a little more than generic 5mg tablets, but not enough, in our opinion, for the average pharmacist to change a Schedule II scrip.

We only publish AWP with First Data Bank, so they won't see the wholesale price, on which warehousing chains (Walgreen's, Eckerd's, Brooks) and almost all wholesale customers' acquisition price will be based. We are aware that in some cases they publish survey results for AAWP, in fact they publish a class average AAWP ($39.54) for oxycodone 5mg tablets that is higher than ours and most of the other published AWPs, and makes our 15mg AWP look more favorable to payers.

You are correct that our proposed prices are closely correlated to increase in dosage strengths. This is not dissimilar to current pricing for OramorphSR, or Viramune, but if you think this will generate attention and problems, we are open to discuss it further. Our expectation is that the 15mg will sell at least twice the volume as the 30mg tablet. In addition, we want to be careful not to cause an incentive for pharmacists to suggest that patients split the scored 30mg tablet to get a better deal. We also want to minimize contract price discounting for these branded, exclusive strengths. If, and where necessary, we can always offer performance based rebates, but we don't want to discount it from the beginning like a generic.



Highly Confidential

BOEH00236098

Kathy Hirst agrees with our opinion that managed care isn't likely to drive Roxicodone 15 and 30mg business, at least initially. Our intent was to keep price and retail pharmacy reimbursement from becoming roadblocks to stocking and dispensing by keeping retailers whole - to the detriment of managed care, if necessary - and let the field force generate prescriptions to drive the business. If you or other members of the Pricing Committee think we've missed that target, or chosen the wrong target, we will be happy to reevaluate our position, as long as we can do it before August 29 when we have an ideal forum (all NAMs at the NACDS meeting) to pre-sell the Roxicodone 15mg and 30mg launch programs.

Thanks again, Mike. We look forward to hearing from you. fd


-----Original Message-----
From: LEONETTI,MIKE HR BIPUS
Sent: Thursday, August 17, 2000 4:31 PM
To: DUY, FRED ROXUS
Cc: CIARELLI,GREGG MK BIPUS; Berkle,Shelly FN BIP-US-R; FERRARA,CHRISTINE MK BIPUS; KING,JIM MK BIPUS; Diez, Hector BIP-MX-M
Subject: RE: Roxicodone 15/30mg Launch Plan

Fred

In attempt to speed this process up I have a few quick questions regarding the pricing recommendation. I have reviewed the marketing plan and I support the plan and 99.5% of the recommendations, looks like a well thought out plan.

I did not find information regarding current dosing patterns of 5 mg Oxycodone/Roxicodone?Maybe I missed it or it was addressed prior to launch plan but I'm wondering if we have any information that tells us what dosing we see at what percentage of time for the class? How often is 5mg, 10 mg, 15mg, 20 mg, 30mg written? Will the Scott Levin Prescription data tell us if a 15, 20 or 30 mg dose was prescribed IR vs SR? Obviously there is activity at 15mg and 30 mg for IR or we would not be introducing. Can we get info on 10mg and 20mg writing? This could help determine the need to be 2X, 2.5X, or 3X higher than the 5mg dosage.

Based on a very favorable Pharmacy spread (exclusive product) we may benefit from a higher WAC price than $55 for the 15mg, with a strategy to contract lower to meet competition if needed? I know we can not go to much higher than $60-63 WAC $120-125 AWP, based on our own price and competitor pricing.

Speaking of favorable spread, can we really get a published 50% AWP-WAC spread. I thought First Data or other pricing reference service calculates the spread? I guess it really does not matter if it's published as long as the pharmacist knows the true WAC. I'm not sure how you make that happen?

Last of all should we introduce a 30mg price double the 15mg price? Does that set us up for criticism. I know we are talking about almost tripling the 5mg price on the 15mg formulation and in a way that seems to be somewhat dangerous but charging a price 5 times higher than the 5mg for the 30mg may really gain attention we do not desire.

My thought is we go to 60-63$WAC on the 5mg and stay just below 100$WAC on the 30 mg. Contract as needed to meet Competition ( if we see there is any) based on 5mg substitution and find a way to assure the Pharmacist understands we have a exclusive product at 50% WAC to AWP spread.

Please let me know what you think. I also would be interested in the thoughts of other members of the pricing committee. Thanks

Mike

Highly Confidential                                                                                                                                         BOEH00236099

-----Original Message-----
From: BERKLE, SHELLY FN BIPUS
Sent: Tuesday, August 15, 2000 8:06 AM
To: FERRARA,CHRISTINE MK BIPUS
Cc: DUY, FRED ROXUS; LEONETTI,MIKE HR BIPUS; CIARELLI,GREGG MK BIPUS
Subject: RE: Roxicodone 15/30mg Launch Plan


Chris:

Is it possible to speed up the price review process for this?

Shelly

-----Original Message-----
From: DUY, FRED ROXUS
Sent: Saturday, August 12, 2000 2:31 PM
To: BERKLE, SHELLY FN BIPUS
Cc: Doug Bierl (E-mail); CHLEBICKI, RAYMOND ROXUS; CIARELLI,GREGG MK BIPUS; COKE, JOHN ROXUS; DICKERSON, DUKE ROXUS; FELDMAN, RICHARD ROXUS; FERRARA,CHRISTINE MK BIPUS; HART, JERRY ROXUS; MARLIN,DR,STEVE ID BIPUS; MAYHEW, CHERI ROXUS; POWERS, JOHN ROXUS; SHAFFER, MARK ROXUS
Subject: Roxicodone 15/30mg Launch Plan

Dear Shelly:

Attached is the launch plan for Roxicodone 15 and 30mg Tablets. The strategy is essentially what you saw in Tarrytown - it has been updated and expanded with specific tactics by Doug Bierl, with input from lots of people here and in Ridgefield. We expect approval by the user fee deadline - August 29. Based on final labeling on that date, product will be available for shipment October 2, and stocking will be adequate for physician detailing to begin by November 13. This plan will be reviewed with the Area Managers beginning August 21, to prepare the Plans of Action for the launch meeting with the Palliative Care Sales Force during the week of September 18. If you can fit it into your schedule, we would be happy to present the Launch Plan to you and whoever you think appropriate in Ridgefield.

Also attached is the initial pricing proposal for Roxicodone 15 and 30mg Tablets. I understand the Pricing Committee meeting has been delayed to August 31, and am not sure of the process for establishing prices, but it would be helpful if we could have approved pricing so the National Account Managers could pre-sell these unique, new strengths to wholesalers and retail chains at the NACDS meeting which begins August 27. Is there anyone in addition to Gregg and Chris we should send pricing to to ask for an expedited decision?

Let us know if you have any questions, Shelly, and if you want us to present the Plan to anyone else.

Best regards,
fd

<< File: Roxicodone 15-30 launch plan.ppt >> << File: Roxicodone pricing proposal.doc >>

Highly Confidential

BOEH00236100