# Exhibit 86

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment



# Boehringer Ingelheim

**Inter-office memorandum**

---

| | | | |
|---|---|---|---|
| **To:** | S. Berkle<br>W. Gerstenberg | **Date:** | August 22, 2000 |
| **From:** | Pricing Committee | | |
| **Subject:** | Recommended Pricing: Roxicodone IR, 15 and 30 MG® | | |

The Pricing Committee has endorsed the following Wholesale and List Pricing:

| Product Description | Wholesale Unit Price (WAC) | Suggested List (AWP) |
|---|---|---|
| Roxicodone 15mg 100's [Bottles] | $55.00 | $110.00 |
| Roxicodone 15mg 4x25's [UD] | $68.80 | $120.00 |
| Roxicodone 30mg 100's [Bottles] | $106.00 | $212.00 |
| Roxicodone 30mg 4x25's [UD] | $134.40 | $230.00 |

The proposed WAC prices for the new tablet strengths are below but in line with existing Roxicodone 5mg WAC prices, reasonably comparable to competitive prices, and compatible with the reimbursement model that drives retailer profit. The attached documents summarize the key assumptions of Roxicodone pricing and overall customer acceptance to the above price based on feedback from National Account Management.

Please approve by signing below.

| S. Berkle | W. Gerstenberg |
|---|---|
| | |

<u>Pricing Committee</u>:
Gregg Ciarelli                Fred Duy                    Jim King
Rich Feldman               Mike Leonetti            Chris Ferrara
John Powers



Highly Confidential                                                                                                                                                   BOEH00242612

# Roxicodone 15mg and 30mg Tablets
## Introductory Pricing Proposal

Objectives:  Reasonable price relative to existing 5mg tablets
No reimbursement incentive for substitution of 5mg tablets
Minimal need for contractual discounts

The Oxycodone 5mg Tablet market includes several brand and generic competitors. Sales are primarily based on contract prices, which range from less than $10 to $15.00 to $20.00 per 100. A competitive price to a high volume retail customer today is $12.00/100.

|  | PKG | WAC | AWP | 3*WAC[1] |
|---|---|---|---|---|
| OxyIR – Purdue Fred. | 100 | $24.45 | $32.60 | $73.35 |
| M-Oxy - Mallinckrodt | 100 | $15.99[2] | $35.09 | $47.97 |
| Percolone - Endo | 100 | $55.00 | $68.75 | $165.00 |
| Oxycodone - Ethex | 100 | $15.95[2] | $36.75 | $47.85 |
| Oxycodone - Amide | 100 | N/A | $35.99 | N/A |
| Roxicodone 5mg | 100 | $22.99 | $31.04 | $68.97 |
| Roxicodone 5mg | RN25 | $31.47 | $42.49 | $94.41 |

[1] three 5mg tablets are equivalent to one 15mg tablet
[2] unpublished, may include discounts to trade

The proposed WAC prices for the new tablet strengths are compatible with the reimbursement model that drives retailer profit:

Reimbursement to pharmacies is based on AWP prices, and is normally different for generics versus exclusive products. The competitive spreads between WACs and AWPs in the class are significantly higher than the normal brand's 16 2/3% to 25%. At a common reimbursement rate for generic tablets of AWP less 25%, the average reimbursement for 300 5mg tablets is $77.15 ($34.29 * 3 – 25%). The average spread to pharmacies is then $41.15 ($77.15 less $36.00, the current contract price). Roxicodone 15mg and 30mg Tablets, because they will not have direct generic competition, will be reimbursed at AWP less 8% to 15%.

The proposed AWP prices for Roxicodone will provide a similar spread for the pharmacy, so there is no incentive to substitute 5mg tablets for 15 or 30mg. Cash customers (around 20% of the market) will also pay similar prices for 15mg or 3*5mg tablets. Reimbursement in the example below is based on AWP less 13%.

|  | ProposedAWP | Reimburse-ment | spread to pharmacy | WAC % off AWP |
|---|---|---|---|---|
| Roxicodone 15mg tablets - 100 | $110.00 | $95.70 | $40.70 | 50% |
| Roxicodone 15mg tablets – 4*RN25 | $120.00 | $104.40 | $35.60 | 43% |
| Roxicodone 30mg tablets - 100 | $212.00 | $184.44 | $78.44 | 50% |
| Roxicodone 30mg tablets – 4*RN25 | $230.00 | $200.10 | $65.70 | 42% |

Roxicodone 15mg and 30mg tablets will be bid to appropriate contract customers, at no more than 10% below WAC, in order to capture sales data through chargebacks and to leverage the exclusive dosage forms to benefit the entire Roxicodone line. Performance based rebates may be offered where deemed beneficial by the National Account Managers.

2