# Exhibit 87

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

| | |
|---|---|
| **From:** | FERRARA,CHRISTINE MK BIPUS <ferrara@boehringer-ingelheim.com> |
| **Sent:** | Thursday, August 24, 2000 9:55 AM |
| **To:** | DUY, FRED ROXUS <duy@boehringer-ingelheim.com> |
| **Cc:** | Ciarelli,Gregg MK BIP-US-R <ciarelli@boehringer-ingelheim.com>; LEONETTI,MIKE HR BIPUS <leonetti@boehringer-ingelheim.com>; KING,JIM MK BIPUS <jimking@boehringer-ingelheim.com>; FELDMAN, RICHARD ROXUS <feldman@boehringer-ingelheim.com>; POWERS, JOHN ROXUS <powers@boehringer-ingelheim.com> |
| **Subject:** | FW: Price |
| **Attach:** | Roxicodone WAC AWP proposal.doc |

Fred,

I have received verbal confirmation that the attached pricing has been approved by Shelly and Werner:

I will send hard copies of this approval via mail.

Regards,

Chris

-----Original Message-----
From: FERRARA,CHRISTINE MK BIPUS
Sent: Wednesday, August 23, 2000 12:18 PM
To: DUY, FRED ROXUS
Subject: Price

Dear Fred,

Shelly has signed the approval, but Werner won't be in until tomorrow at which time I expect that he will review and hopefully approve as well.

Regards,

Chris



DEPOSITION EXHIBIT 45

Highly Confidential

BOEH00242611