# Exhibit 88

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

| | |
|---|---|
| **From:** | FERRARA,CHRISTINE MK BIPUS <ferrara@boehringer-ingelheim.com> |
| **Sent:** | Monday, August 23, 1999 9:25 AM |
| **To:** | FELDMAN, RICHARD ROXUS <rfeldman@col.boehringer-ingelheim.com>; MYER, ALEISHA ROXUS <amyer@col.boehringer-ingelheim.com> |
| **Cc:** | ALESIO,PHYLLIS MK BIPUS <palesio@rdg.boehringer-ingelheim.com>; SMITH, DAN ROXUS <dsmith@col.boehringer-ingelheim.com>; QUERRY, DAVID ROXUS <dquerry@col.boehringer-ingelheim.com>; Ferrara,Christine MK BIP-US-R <cferrara@rdg.boehringer-ingelheim.com>; Greg Fulton <gfulton@rdg.boehringer-ingelheim.com>; Ciarelli,Gregg MK BIP-US-R <gciarell@rdg.boehringer-ingelheim.com>; 20041231King,Jim MK BIP-US-R <jking2@rdg.boehringer-ingelheim.com>; Leonetti,Mike MK BIP-US-R <mleonetti@rdg.boehringer-ingelheim.com>; POWERS, JOHN ROXUS <jpowers@col.boehringer-ingelheim.com> |
| **Subject:** | FW: Price Increase Documents signed by S. Berkle and W. Gerstenberg |
| **Attach:** | PI899A.DOC; 8-23-99 Price Increase.xls |

The price increase for Marinol products was approved Friday by S. Berkle and W. Gerstenberg. This is for implementation by August 24 (tomorrow). See attached price increase.

Chris Ferrara

Associate Director, Business Analysis
Boehringer Ingelheim Pharmaceuticals, Inc.
Telephone 203-798-5562   Fax 203-798-4407
e-mail: cferrara@rdg.boehringer-ingelheim.com


-----Original Message-----
From: FERRARA,CHRISTINE    MK BIPUS
Sent: Wednesday, August 18, 1999 1:10 PM
To: PRESS,ROSEANN    FN BIPUS
Subject: Documents to be signed by S. Berkle and W. Gerstenberg
Importance: High

Ro,

Can you please have this approved by Shelly, and, upon his approval, Werner. This increase has been approved by all of the Pricing Committee - because of time constraints - I did not have the members sign a separate document attesting to their approval, but they have discussed (via videoconference) and have reviewed the documents (via email).

Thank you,

Chris


<<...>> <<...>>

Memo                                                                                    **ABCD**

To:                                                                              C. Ferrara
S. Berkle                                                                        Telephone 203-798-5562
W. Gerstenberg                                                                   Telefax 203-798-4407

cc

Gregg Ciarelli       Mike Leonetti
Rich Feldman         John Powers                                                 { DATE \@
Greg Fulton          Dave Querry                                                 "MMMM d, yyyy" \*
Jim King                                                                         MERGEFORMAT }
                                                                                 Boehringer Ingelheim
**Recommended Price Increases for August 1999**                                  Corporation

The Pricing Committee recommends that we initiate an unannounced price increase on our
Marinol Product Line on August 24, 1999. This proposed increase (see below) would reduce the
"spread" between Wholesale price and AWP to 25%. This is more in line with industry practice,
which ranges from a 20 – 25% spread.

| NDC | Description | Package Size | Previous WAC | Proposed WAC | % Increase: WAC | AWP Price | % Increase: AWP |
|---|---|---|---|---|---|---|---|
| 00054-2601-11 | MARINOL 2.5MG CAPSULE | 25 | $68.27 | $71.62 | 4.9% | $89.53 | 0.8% |
| 00054-2601-21 | MARINOL 2.5MG CAPSULE | 60 | $157.22 | $164.92 | 4.9% | $206.15 | 0.8% |
| 00054-2601-25 | MARINOL 2.5MG CAPSULE | 100 | $243.67 | $255.61 | 4.9% | $319.51 | 0.8% |
| 00054-2602-11 | MARINOL 5MG CAPSULE | 25 | $136.34 | $143.02 | 4.9% | $178.78 | 0.8% |
| 00054-2602-25 | MARINOL 5MG CAPSULE | 100 | $482.04 | $505.66 | 4.9% | $632.08 | 0.8% |
| 00054-2603-11 | MARINOL 10MG CAPSULE | 25 | $271.47 | $284.77 | 4.9% | $355.96 | 0.8% |
| 00054-2603-21 | MARINOL 10MG CAPSULE | 60 | $600.91 | $630.35 | 4.9% | $787.94 | 0.8% |

**Please approve by signing below by August 20 so that we may proceed with the proposed increase.**

| S. Berkle | W. Gerstenberg |
|---|---|
|   |   |

Thank you for your prompt attention.

*Chris Ferrara*

Confidential                                                                    BOEH01191122