# Exhibit 89

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

| | |
|---|---|
| **From:** | FERRARA,CHRISTINE MK BIPUS <ferrara@boehringer-ingelheim.com> |
| **Sent:** | Wednesday, August 18, 1999 1:10 PM |
| **To:** | PRESS,ROSEANN FN BIPUS <rpress@rdg.boehringer-ingelheim.com> |
| **Subject:** | Documents to be signed by S. Berkle and W. Gerstenberg |
| **Attach:** | PI899A.DOC; 8-23-99 Price Increase.xls |

Ro,

Can you please have this approved by Shelly, and, upon his approval, Werner. This increase has been approved by all of the Pricing Committee - because of time constraints - I did not have the members sign a separate document attesting to their approval, but they have discussed (via videoconference) and have reviewed the documents (via email).

Thank you,

Chris


<<...>> <<...>>

Confidential
BOEH01191124

**Memo**

<strong>ABCD</strong>

To:
S. Berkle
W. Gerstenberg

C. Ferrara
Telephone 203-798-5562
Telefax 203-798-4407

cc

Gregg Ciarelli      Mike Leonetti
Rich Feldman        John Powers
Greg Fulton         Dave Querry
Jim King

{ DATE \@ "MMMM d, yyyy" \* MERGEFORMAT }

Boehringer Ingelheim Corporation

**Recommended Price Increases for August 1999**

The Pricing Committee recommends that we initiate an unannounced price increase on our Marinol Product Line on August 24, 1999. This proposed increase (see below) would reduce the "spread" between Wholesale price and AWP to 25%. This is more in line with industry practice, which ranges from a 20 – 25% spread.

| NDC | Description | Package Size | Previous WAC | Proposed WAC | % Increase: WAC | AWP Price | % Increase: AWP |
|---|---|---|---|---|---|---|---|
| 00054-2601-11 | MARINOL 2.5MG CAPSULE | 25 | $68.27 | $71.62 | 4.9% | $89.53 | 0.8% |
| 00054-2601-21 | MARINOL 2.5MG CAPSULE | 60 | $157.22 | $164.92 | 4.9% | $206.15 | 0.8% |
| 00054-2601-25 | MARINOL 2.5MG CAPSULE | 100 | $243.67 | $255.61 | 4.9% | $319.51 | 0.8% |
| 00054-2602-11 | MARINOL 5MG CAPSULE | 25 | $136.34 | $143.02 | 4.9% | $178.78 | 0.8% |
| 00054-2602-25 | MARINOL 5MG CAPSULE | 100 | $482.04 | $505.66 | 4.9% | $632.08 | 0.8% |
| 00054-2603-11 | MARINOL 10MG CAPSULE | 25 | $271.47 | $284.77 | 4.9% | $355.96 | 0.8% |
| 00054-2603-21 | MARINOL 10MG CAPSULE | 60 | $600.91 | $630.35 | 4.9% | $787.94 | 0.8% |

**Please approve by signing below by August 20 so that we may proceed with the proposed increase.**

| S. Berkle | W. Gerstenberg |
|---|---|
|   |   |

Thank you for your prompt attention.

*Chris Ferrara*

BOEH01191125

Roxane Laboratories, Inc.
Price Change Recommendation

Marinol
Effective Date  8/24/1999

| Prod# | Description | Size | Cost Materials Labor | Total | Current Amount | %GM | Proposed Amount | %GM | % Change | Code | WAC:AWP Spread |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1260111 | Marinol Capsules | 2.5mg #25 | | | $80.32 | | $84.26 | | 4.9% | 1 | |
| | | | | | $68.27 | | $71.62 | | 4.9% | 2 | |
| | | | | | $88.79 | | $89.63 | | 0.8% | 3 | 25% |
| | | | | | $68.22 | | $71.57 | | 4.9% | 4 | |
| 1260121 | Marinol Capsules | 2.5mg #60 | | | $184.96 | | $194.02 | | 4.9% | 1 | |
| | | | | | $157.22 | | $164.92 | | 4.9% | 2 | |
| | | | | | $204.50 | | $206.15 | | 0.8% | 3 | 25% |
| | | | | | $157.17 | | $164.87 | | 4.9% | 4 | |
| 1260125 | Marinol Capsules | 2.5mg #100 | | | $286.67 | | $300.72 | | 4.9% | 1 | |
| | | | | | $243.67 | | $255.61 | | 4.9% | 2 | |
| | | | | | $316.95 | | $319.51 | | 0.8% | 3 | 25% |
| | | | | | $243.62 | | $255.56 | | 4.9% | 4 | |
| 1260211 | Marinol Capsules | 5mg #25 | | | $160.39 | | $168.25 | | 4.9% | 1 | |
| | | | | | $136.34 | | $143.02 | | 4.9% | 2 | |
| | | | | | $177.33 | | $178.78 | | 0.8% | 3 | 25% |
| | | | | | $136.29 | | $142.97 | | 4.9% | 4 | |
| 1260225 | Marinol Capsules | 5mg #100 | | | $567.11 | | $594.90 | | 4.9% | 1 | |
| | | | | | $482.04 | | $505.66 | | 4.9% | 2 | |
| | | | | | $626.99 | | $632.08 | | 0.8% | 3 | 25% |
| | | | | | $481.99 | | $505.61 | | 4.9% | 4 | |
| 1260311 | Marinol Capsules | 10mg #25 | | | $319.37 | | $335.02 | | 4.9% | 1 | |
| | | | | | $271.47 | | $284.77 | | 4.9% | 2 | |
| | | | | | $353.10 | | $355.96 | | 0.8% | 3 | 25% |
| | | | | | $271.42 | | $284.72 | | 4.9% | 4 | |
| 1260321 | Marinol Capsules | 10mg #60 | | | $706.97 | | $741.61 | | 4.9% | 1 | |
| | | | | | $600.91 | | $630.35 | | 4.9% | 2 | |
| | | | | | $781.61 | | $787.94 | | 0.8% | 3 | 25% |
| | | | | | $600.86 | | $630.30 | | 4.9% | 4 | |

Justification:

1. Primary consideration for price increase is based upon the WAC/AWP spread that exists for our competitors
   According to Trade, industry is moving to 25% WAC:AWP spread
   Spread as of 4/14/99:
   Marinol     30%
   MOS         20%
   Oxandrin    25%
   Serostim    18.8-20%
2. 1999 Marketing plan included price alterations to close the spread towards MOS.
3. Because Marinol competes in a market where no generic/similar agent is available, spread is not a consideration in product selection.
4. Rescheduling offers potential for significant increase in prescriptions over the next 18-24 months. In-line development of inhaled product will require expenditure of significant resources. Royalty agreement with Unimed (50/50) limits are bottom line contribution.
5. Price increase keeps Marinol as the lowest cost therapy for App Stim
   Marinol 2.5mg BID = $6.40/ day AWP    46% of business in '98
   Marinol 5mg BID = $12.64/day AWP      42% of business in '98
   MOS 800mg QD = $10.98/day AWP

BOEH01191126

Confidential