# Exhibit 91

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

**Memo**

**ABCD**

To:
S. Berkle
W. Gerstenberg

C. Ferrara
Telephone 203-798-5562
Telefax 203-798-4407

{ DATE \@
"MMMM d, yyyy" \*
MERGEFORMAT }

### Recommended BIPI/RLI Price Increases for Q1 2002

Boehringer Ingelheim
Corporation

The PTC Committee recommends that we initiate a January 3, 2002 unannounced price increase on most BIPI and RLI Branded Productions.

Please review the attached recommendation, which lists price increases by product, by Company.

The aggregate January 2002 PTC recommended price increase for BIPI (including Torecan and Cafcit) is 4.1% versus the budgeted January 2002 increase of 3.0%.

### Please approve by signing below by December 11 so that we may proceed with the proposed increase.

| S. Berkle | W. Gerstenberg |
|---|---|
|  |  |

Thank you,

*Chris Ferrara*

Director, Forecasting and Sales Support

Confidential                                                                                                                        BOEH01195990

# ABCD

**PTC Committee recommended January 3, 2002 price increases.**

| BIPI Products | January 2002 Recommended Increase | Total 2001 Price Increases |
|---|---|---|
| Aggrenox | 6.0% | 8.1% |
| Atrovent MDI | 4.0% | 10.2% |
| Catapres TTS | 3.0% | 7.1% |
| Combivent | 6.0% | 10.2% |
| Flomax | 0.0% | 8.1% |
| Micardis | | |
| 20mg | 3.0% | 3.0% |
| 40mg | 3.0% | 3.0% |
| 80mg | 5.0% | 8.0% |
| 40mg HCT | 5.0% | 2.0% |
| 80mg HCT | 6.0% | 2.0% |
| Mobic | | |
| 7.5mg | 8.0% | 4.0% |
| 15mg | 7.0% | 4.0% |
| Viramune | 5.4% | 9.1% |
| All Others | 3.0% | various |

| RLI Branded Products | January 2002 Recommended Increase | Total 2001 Price Increases |
|---|---|---|
| Cafcit | 3.0% | 0.0% |
| Torecan | 3.0% | 3.5% |

Confidential
BOEH01195991