# Exhibit 92

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

Exhibit _12_ for ID

Witness _Russillo_

L. O'Sullivan, CSR _1-8-09_

**From:** Puma,Joe MK BIP-US-R <jpuma@boehringer-ingelheim.com>

**Sent:** Friday, September 22, 2000 5:09 PM

**To:** 20070101Hankins,Bill MK BIP-US-R <whankins@rdg.boehringer-ingelheim.com>; CHRISTINE MARSH <cmarsh@col.boehringer-ingelheim.com>; Chuck Wagner <cwagner@rdg.boehringer-ingelheim.com>; Erica-Ann Petersohn <epeterso@rdg.boehringer-ingelheim.com>; Gary Ellexson <gellexso@rdg.boehringer-ingelheim.com>; Ciarelli,Gregg MK BIP-US-R <gciarell@rdg.boehringer-ingelheim.com>; Rowenhorst,James SLS BIP-US-R <jrowenho@rdg.boehringer-ingelheim.com>; Jim King <jking2@rdg.boehringer-ingelheim.com>; 20070509Puma,Joe MK BIP-US-R <jpuma@rdg.boehringer-ingelheim.com>; John Powers <jpowers@col.boehringer-ingelheim.com>; Hirst,Kathleen MK BIP-US-R <khirst@rdg.boehringer-ingelheim.com>; Yourwith,Lorraine MK BIP-US-R <lyourwit@rdg.boehringer-ingelheim.com>; Adams,Paul MK BIP-US-R <padams@rdg.boehringer-ingelheim.com>; Robert Sykora <rsykora@col.boehringer-ingelheim.com>; Terrillion,Scott LG BIP-US-R <sterrill@rdg.boehringer-ingelheim.com>; Sheldon Berkle <sberkle@rdg.boehringer-ingelheim.com>

**Cc:** Keys,Lawrence MK BIP-US-R <lkeys@rdg.boehringer-ingelheim.com>; Cochrane,Elizabeth FN BIP-US-R <ecochran@rdg.boehringer-ingelheim.com>; Guzzo,Susan LG BIP-US-R <sguzzo@rdg.boehringer-ingelheim.com>

**Subject:** Final PTC Minutes 9/18

**Attach:** !Reorg_PAC_2.ppt; 091800 minutes final.doc

---

Please note change below from John Powers:

On the PowerPoint presentation, slide 6, please correct the spelling for Tom Russillo. You may also want to include that in addition to WAC changes (not always increases) Tom Russillo in coordination with Judy Waterer (Assoc. Director, Multi-Source Products) also review and recommend AWP changes for the line.

<<...>>

<<...>>

Thanks

Joe Puma

Tel: (203) 778-7703

Fax: (203) 791-6189

Internet E-mail: jpuma@rdg.boehringer-ingelheim.com

# aopd

Confidential

BOEH01311854

BOEH0311855

1

# BIUSA Ethical Pharmaceuticals

## Impact of June 2000 B.U. Re-organization on PAC Process

### September 18, 2000



Confidential

# Rationale for Changes to PTC

- Changing responsibilities due to B.U. re-organization

- Opportunity to improve efficiency and effectiveness of PTC process

- Fold Pricing Committee into PTC as a sub-committee for recommendations on WAC price increases and for new product launches

2

BOEH0131856

Confidential

BOEH01311857

3

# PTC Team: Pre-June 2000



- Permanent members: Adams, Ciarelli (Gerrity), Ellexson, Hankins, Leonetti, Powers, Sykora, Terrillion

- G. Ciarelli chaired team: accountable for overall functioning of PTC process; working collaboratively with Business Unit Operating Committee (BUOC) and others involved in the process

- Product managers, market managers and others participated depending on product(s) and market(s) involved

- Facilitator: Invia

Confidential

BOEH01311858

4

# PTC Team: Post-June 2000

- Permanent members: Ciarelli, Diez, Ellexson, Hankins, King, Powers, Sykora, Terrillion, Marketing Controller (Elizabeth Cochran)

- G. Ciarelli chairs team: accountable for overall functioning of PTC process

- G. Ciarelli, H. Diez, and J. King collaborate to provide leadership to team and make "final calls" on difficult decisions. If a decision cannot be made the issues are brought to S. Berkle.

- Product managers, market managers, area directors/managers and others participate depending on product(s) and market(s) involved.

- Facilitator: BI staff  (W. Pavia, J. Rowenhorst)

Confidential

BOEH01311859

# PTC Pricing Sub-Committee

- When launch and periodic price-change decisions are made, recommendations to S. Berkle and W. Gerstenberg are made by G. Ciarelli, H. Diez, G. Ellexson, R. Feldman, C. Ferrara, J. King, J. Powers, + relevant therapeutic area director

- A two-phase process is used:

  - Phase 1 involves input and discussion with staff having critical information (regarding product and channel issues, regulatory, legal, etc.)  Structured tools are used by C. Ferrara to speed the process.

  - Phase 2 involves a focused discussion by only those who are accountable for making recommendations

5

Confidential

BOEH0131860

6

# PTC and Multi-Source



- Multi-source is addressed by the PTC Team only when administrative, legal, and government issues are involved (primarily program driven)

- The Multi-source WAC change process is as follows:

  -Tom Russillo in coordination with Judy Waterer review, recommend and send price change request to W. Gerstenberg for final decision.

Confidential