# Exhibit 96

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

Exhibit 28 for ID
Witness Russillo
L. O'Sullivan, CSR 1-8-09

| | |
|---|---|
| From: | SYKORA, ROBERT        ROXUS |
| Sent: | Wednesday, August 02, 2000 3:16 PM |
| To: | WATERER, JUDY        ROXUS; PAOLETTI, LESLI        ROXUS; FELDMAN, RICHARD        ROXUS |
| Cc: | Russillo, Tom        BICLE; HLAVAC, MARTIN        ROXUS |
| Subject: | RE: Furosemide Price Changes Approved |

Ask and ye shall receive!

Based upon the info below, Hannaford Bros. awarded us Furo all strengths (2,000 bottles of furo 40mg 1000) and OptiSource has awarded us all strengths as well (unit volume being assembled). Steve is contacting CVS to see if there is still an opportunity to garner that biz. Crank up the machines, we're rockin on the furo train!!!!

-----Original Message-----

| | |
|---|---|
| From: | WATERER, JUDY        ROXUS |
| Sent: | Wednesday, August 02, 2000 10:33 AM |
| To: | PAOLETTI, LESLI        ROXUS; SYKORA, ROBERT        ROXUS; FELDMAN, RICHARD        ROXUS |
| Cc: | Russillo, Tom        BICLE; POWERS, JOHN        ROXUS; Pera, Tony        BICLE; HLAVAC, MARTIN        ROXUS |
| Subject: | Furosemide Price Changes Approved |
| Importance: | High |

Tom Russillo just called me, and said he'd gotten the official OK to implement the Furosemide price changes recently circulated for approval. Pricing proposal has been approved. Now it's just setting a date and implementation plan.

Lesli will be contacting you in the next day or so to set up an implementation plan meeting so we can assure a smooth, coordinated message is delivered to appropriate customers simultaneously.

Bob - we're really counting on your gang to deliver the $610,000 to $6,100,000 new business you committed to in the Opportunity section of your AWP assessment. Please let us know immediately what we can do to help facilitate these awards! We'll need to assure production has sufficient notice to gear up production, so please keep us closely in the loop on volumes and timing requirements once the business is captured.

Thanks all for part in getting this approved. If we show significant incremental sales here, we'll have a solid case to present for getting changes implemented the rest of the line!

Judy Waterer
Associate Director, Multisource Products
(614) 276-4000 ext. 2480

1

CONFIDENTIAL
CEC 2003 - 1817

Paoletti
EXHIBIT NO. 64
11-10-04
C. VOHLKEN

PAOLETTI 01933

TXEX00337