# Exhibit 97

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment



3610⁲

**ROWENHORST,JAMES    MK BIPUS**

From:       ROWENHORST,JAMES    MK BIPUS
Sent:       Tuesday, June 06, 2000 12:01 PM
To:         GAROFALO,ELIZABETH    MK BIPUS
Cc:         CIARELLI,GREGG    MK BIPUS; RICHARDSON,SCOTT    MK BIPUS
Subject:    Combivent UDV Spreadsheet

Elizabeth,

Attached is the UDV reimbursement spreadsheet. I hid some of the rows to avoid confusion. The Combivent UDV AWP in BOLDED RED can be adjusted to affect the results in Example 4.



CB UDV reim.xls

Depending on the results of HCFA's attempt to regulate prices for drugs in the Medicare program (see WSJ article below), the margins that the home health companies currently enjoy on the generic albuterol and ipratropium, will be severely reduced. This could make Combivent with a higher AWP more attractive for the home health industry.

In addition, generic ipratropium is not listed as a Federal Upper Limit drug (otherwise known as Maximum Allowable Cost [MAC]) in the Medicaid system, however individual states have the authority to implement their own MACs.

It is my recommendation, based on the reimbursement mechanisms in the retail, hospital and home health sectors, that we focus on a higher AWP and WAC and develop discount and rebate initiatives that will keep us compete with Dey in this market. I would also keep in mind that we have better contract relationships with the PBMs and MCOs to drive this product through those organizations.

Regards,
Jim

## Medicare Plans Major Overhaul, Targets Massive Overpayments

By LAURIE MCGINLEY and DAVID S. CLOUD

Staff Reporters of THE WALL STREET JOURNAL

WASHINGTON — Medicare is poised to begin a major overhaul of its drug-reimbursement procedure to stop what investigators say are massive overpayments due to misleading industry pricing practices.

The Health Care Financing Administration is expected within days to notify private insurance companies that process Medicare claims that they should switch to more accurate pricing information for dozens of drugs, administration officials said. These insurance companies set reimbursement levels for doctors and other providers buying the limited number of drugs covered by Medicare, the federal health program for the elderly.

The change will involve dozens of drugs that government investigators believe are responsible for much of the Medicare overpayment problem. When fully implemented, it could save hundreds of millions of dollars a year, according to knowledgeable officials.

The move would follow a similar step taken recently to ensure that more accurate pricing information is used for Medicaid, the state-federal program for the poor and disabled.

Medicare and Medicaid have different reimbursement procedures, but both rely on t|

CONFIDENTIAL
ATTORNEYS' EYES ONLY

1

ROX TX - 16255

#10

RoxCT0075142

or AWP, of drugs, or a similar benchmark, for setting payments.

State and federal officials believe that some drug companies are reporting artificially inflated AWPs to industry guides that are used for government-reimbursement purposes. The companies actually sell the products to doctors and other providers at deep discounts. The result: Doctors and providers can make a fat profit on every dose.

Medicare generally doesn't pay for prescription drugs and covers a relatively small number of them. Those include pharmaceuticals administered in a doctor's office, such as cancer drugs, or at home with such equipment as pumps.

By contrast, Medicaid pays for a wide selection of pharmaceuticals, although the products with inflated AWPs are a small percentage, officials say. In any case, the two programs have been overpaying by at least $1 billion a year for pharmaceuticals, according to government estimates.

The Medicare action will be described in a letter from the Clinton administration to House Commerce Committee Chairman Thomas Bliley. On May 5, the Virginia Republican wrote to Health and Human Services Secretary Donna Shalala to express concern about "excessive reimbursements" for Medicare drugs and demand a report on efforts to resolve the problem. In addition, Rep. Fortney H. Stark, a California Democrat, has long pressed Medicare to scale back its drug reimbursements. A spokesman for the HCFA declined to comment on the coming change in procedures.

For the past several years, the Clinton administration has proposed lowering payments for Medicare-covered drugs but has been mostly rebuffed by Congress. In 1997, Congress made a minor change, reducing Medicare reimbursements to 95% of the average wholesale price. Previously, reimbursements were set at 100% of the AWP.

Drug companies have repeatedly said that they haven't manipulated the data and are complying with the law. Even if the price information that companies list isn't accurate, they say, the government has long known that wholesale drug prices are loose estimates.

The HCFA, which runs the Medicare program, will urge claims processors to use alternative prices developed by government-fraud investigators, who examined prices listed in wholesale catalogs sent to doctors and other providers. Usually, the contractors consult an industry price guide in setting reimbursement levels.

The average wholesale prices for Medicaid-covered drugs are supplied directly to the states by First DataBank Inc., a division of Hearst Corp., in San Bruno, Calif. On May 1, under pressure from the fraud investigators, First DataBank began switching to the more accurate prices for 50 drugs.

The Medicare change is coming even as some providers are protesting the Medicaid changes. Tim Webster, executive director of the American Society of Consultant Pharmacists, said the changes were made without proper notice. "We think this was all kind of done in the dead of night," he said. Mr. Webster's group and other pharmacist groups sent a letter to state Medicaid directors May 25 asking them to "put aside" the changes adopted by First DataBank.

CONFIDENTIAL
ATTORNEYS' EYES ONLY