# Exhibit 99

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

Page 1

```
Docket No. X07         : SUPERIOR COURT
CV-03-0083296-S(CLD)   : COMPLEX LITIGATION
STATE OF CONNECTICUT,  : DOCKET AT TOLLAND
        Plaintiff,     :
                       :
    vs.                :
                       :
DEY, INC., ET AL.,     :
        Defendants.    :
```

~~~~~~~~~~~~~~~~~~~~

Deposition of

LESLI PAOLETTI

November 30, 2005

9:22 a.m.

Taken at:

Vorys, Sater, Seymour and Pease

1375 East Ninth Street, Suite 2100

Cleveland, Ohio

Grace M. Hilpert, RPR

b534edc2-a393-4e90-90a8-b3898e2e6053

Page 2

1    APPEARANCES:

2

3         On behalf of the Plaintiff:

4              Murdock Goldenberg Schneider

5              & Groh, LPA, by

6              JEFFREY S. GOLDENBERG, ESQ.

7              35 E. Seventh Street, Suite 600

8              Cincinnati, Ohio  45202

9              (513)345-8297

10

11        On behalf of Defendant Roxane

12        Laboratories, Inc.:

13             Vorys, Sater, Seymour and

14             Pease LLP, by

15             PAUL J. COVAL, ESQ.

16             52 East Gay Street

17             P.O. Box 1008

18             Columbus, Ohio  43216

19             (614)464-6400

20

21

22

b534edc2-a393-4e90-90a8-b3898e2e6053

Lesli Paoletti         HIGHLY CONFIDENTIAL  November 30, 2005
                         Cleveland, OH

Page 48

1    would you be the one at Roxane that would notify the
2    pricing compendia services?
3                MR. COVAL:  Objection.  Form.
4         A.     It depends on the time frame.
5         Q.     Let's go from the time period from the
6    summer of '98, which is when you took the position
7    of assistant manager of multisource products, and I
8    think you had responsibility for recommending
9    pricing at that point.
10               So from that period forward, were you
11   the one that would contact the pricing compendia
12   services to make them aware of an AWP price change?
13               MR. COVAL:  Objection.  Form.
14        A.     Not during that entire time frame, no.
15        Q.     Were there any times when you were the
16   one that was directly reporting to these pricing
17   compendia price changes?
18               MR. COVAL:  Objection.  Form.
19        A.     I currently report AWP pricing to the
20   compendia, not just changes, which don't happen very
21   often.  New launch products would be an example.
22        Q.     How far back have you had that

b534edc2-a393-4e90-90a8-b3898e2e6053

Page 49

1    responsibility?
2         A.    Since the time that Rich Feldman left.
3               I'm thinking that was around 2000, 2001
4    maybe, since he left Roxane.
5         Q.    So when Richard Feldman left Roxane,
6    then this reporting responsibility as to AWP then
7    switched to you; is that correct?
8         A.    Yes.
9         Q.    So prior to that responsibility
10   switching to you, is it your understanding that
11   Richard Feldman had that responsibility?
12        A.    For at least a period of time.
13        Q.    And what is your understanding of what
14   entities or companies make up the pricing compendia
15   services?
16        A.    I'm not sure how it got the term pricing
17   compendia.  We more refer to it now as the compendia
18   because we have got not just First Data Bank,
19   MediSpan, Red Book, those were the primary three
20   over the last -- over -- well, when Rich was there
21   and on through, but we have also added now Script
22   Pro and Gold Standard Media, Lexi Comp, and some

Page 50

1    companies that I'm not sure exactly their purpose,
2    other than they provide information about products.
3              They don't just provide pricing about
4    products.  They provide -- some of them provide
5    photos to the pharmacist so they can see the tablet.
6    It's not just pricing.
7              I would consider the compendia any of
8    those third-party services that I report product
9    information to.
10        Q.   Is it your understanding that AWP is
11   utilized by some state Medicaid programs as a basis
12   to establish reimbursement rates for dispensing
13   pharmaceuticals?
14             MR. COVAL:  Objection.  Form.
15        A.   I have learned that in some cases they
16   use that number, yes, as part of a calculation.
17        Q.   You said "that number."  Are you
18   referring to AWP when you say "that number"?
19        A.   Yes.
20        Q.   Do you have any understanding as to how
21   AWP is used by state Medicaid programs to establish
22   reimbursement rates?

b534edc2-a393-4e90-90a8-b3898e2e6053