# Exhibit 100

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

Page 1

```
              IN THE SUPERIOR COURT
          FOR THE STATE OF CONNECTICUT
              COMPLEX LITIGATION
               DOCKET AT TOLLAND


STATE OF CONNECTICUT,

     Plaintiff,

vs.                              Docket No.
                                 X07 CV-03-0083296-S(CLD)

DEY, INC., ROXANE LABORATORIES, INC.,
WARRICK PHARMACEUTICALS CORP.,
SCHERING-PLOUGH CORP. AND
SCHERING CORPORATION,

     Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


                 DEPOSITION OF

                 LESLIE PAOLETTI


              September 20, 2005
                 10:00 a.m.

            1375 East Ninth Street
        One Cleveland Center, 21st Floor
              Cleveland, Ohio

       Aimee N. Szinte, a Notary Public
```

acc653a4-d518-4c52-861a-117a107c2bd3

Deposition of Leslie Paoletti                           September 20, 2005

```
                                                             Page 2
 1                        APPEARANCES:
 2           .
 3           ON BEHALF OF THE PLAINTIFF:
 4           MURDOCK, GOLDENBERG,
 5           SCHNEIDER & GROH, LPA
 6           JEFFREY S. GOLDENBERG, ESQUIRE
 7               35 East Seventh Street, Suite 600
 8               Cincinnati, Ohio  45202-2446
 9               513-345-8297
10           .
11           ON BEHALF OF THE DEFENDANT
12           ROXANE LABORATORIES, INC.:
13           VORYS, SATER, SEYMOUR AND PEASE, LLP
14           PAUL J. COVAL, ESQUIRE
15               52 East Gay Street
16               PO Box 1008
17               Columbus, Ohio  43216-1008
18               614-464-5635
19           .
20           ROBINSON & COLE LLP
21           MICHAEL J. KOLOSKY, ESQUIRE
22               280 Trumbull Street
23               Hartford, Connecticut  06103-3597
24               860-275-8249
25           .
```

Page 81

1  Q. And then Joe Ruhmel.
2  A. No, I don't think -- let me
3  go back to her. I don't think that
4  she was a national account manager the
5  entire time that she's been with the
6  company.
7      Joe Ruhmel just started in
8  early 04. And Steve Snyder started
9  about the same time as Debbie Kutner.
10 She was probably late 90s, mid to late
11 90s.
12 Q. Mark Boudreau, when did he
13 start?
14 A. Late 2003, I think it was.
15 Q. Okay. So that takes care of
16 the internal aspects of reporting of AWP
17 because we went through both categories
18 of the gold sheet and the E-mail.
19     And then moving on to
20 third-party to which Roxane disseminates
21 AWP information, you mentioned several,
22 Red Book, First Data and Medi-Span were
23 the first three. I'm not going to go
24 through all of them, but how is AWP
25 communicated to these various services?

Deposition of Leslie Paoletti                September 20, 2005

Page 82

```
 1        A.     Via a letter from me
 2   currently and from Rich Feldman who I
 3   believe his title was executive director
 4   of trade relations.
 5        Q.     So there's a signature line
 6   for both of you?
 7        A.     There's a signature line for
 8   me now.  It's just a letter.
 9        Q.     Okay.
10        A.     And prior to me it was Rich.
11        Q.     I see.  When did Rich do it?
12        A.     I'm not sure when he started,
13   but up until the time that he left,
14   somewhere around 2001 that he left
15   Roxane.
16        Q.     So pre-2001, he was handling
17   that but you don't know when he
18   started, correct?
19        A.     I think part of 2001, as
20   well, but, right, I don't know when he
21   started that.
22        Q.     And then did you take over
23   when Rich left?
24        A.     Yes.
25        Q.     And this letter communication,
```