# Exhibit 101

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

Dawn Gordon             HIGHLY CONFIDENTIAL       November 4, 2005
                           Atlanta, GA

Page 1

Docket No. X07 CV-03-0083296-S (CLD):

STATE OF CONNECTICUT            :
                                :
vs.                             :
                                :
DEY, INC., ROXANE LABORATORIES, :
INC., WARRICK PHARMACEUTICALS   :
CORP., SCHERING-PLOUGH CORP.    :
and SCHERING CORPORATION        :
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


               Deposition of DAWN GORDON

           (Taken by State of Connecticut)

                  Atlanta, Georgia

                  November 4, 2005


Reported by:   Kendra R. Bridges, B-2194

               Court Reporter

               Notary Public

951d323c-d931-4487-8930-e3068c88e13d

Dawn Gordon                HIGHLY CONFIDENTIAL      November 4, 2005
                                Atlanta, GA

Page 2

1    APPEARANCES OF COUNSEL:

2

3    For State of Connecticut:

4    JEFFREY S. GOLDENBERG, Esq.

5    Murdock Goldenberg Schneider & Groh, LPA

6    35 East Seventh Street, Suite 600

7    Cincinnati, Ohio  45202-2446

8    513-345-8297

9    513-345-8294

10   jgoldenberg@mgsglaw.com

11

12   For Roxane Laboratories, Inc.:

13   PAUL J. COVAL, Esq.

14   Vorys, Sater, Seymour & Pease, LLP

15   52 East Gay Street

16   P.O.Box 1008

17   Columbus, Ohio 43216

18   614-464-5635

19   614-719-4674

20   pjcoval@vssp.com

21

22

Page 55

1        A.   Correct.
2        Q.   But there -- a warehousing chain would be
3   invoiced at a contract price as opposed to WAC; is
4   that correct?
5        A.   Oh, I was referring to a branded product.
6        Q.   Okay.  So what's your understanding of what
7   a warehousing chain would be invoiced for a branded
8   product?
9        A.   WAC.
10       Q.   And that would be the same for a wholesaler
11  as to a branded product, correct?
12       A.   Correct.
13       Q.   And then what's your understanding of how a
14  wholesaler is invoiced for a multi source or generic
15  product?
16       A.   WAC.
17       Q.   And what about -- what's your understanding
18  of how a warehousing chain is invoiced for a multi
19  source?
20       A.   Contract price.
21       Q.   Were you involved in a launch for
22  Roxicodone? Do you recall that?

951d323c-d931-4487-8930-e3068c88e13d

Page 56

1      A.  Yes, I do.

2      Q.  And when was that launch --

3      A.  I don't know.

4      Q.  -- approximately?  Was it during this
5 five-year time period that we're referencing here?

6      A.  I believe so.

7      Q.  And was Roxicodone a Roxane product?

8      A.  Yes.

9      Q.  And what is Roxicodone used for, to the
10 extent you can recall?

11     A.  Pain relief.

12     Q.  And it's an oral product?  Is it --

13     A.  It is.

14     Q.  -- an oral product?

15     A.  It is.

16     Q.  So with respect to Roxicodone, the launch of
17 Roxicodone, was there this launch meeting, the
18 national account manager type launch meeting that we
19 just discussed earlier?

20     A.  I don't recall.  In -- in some format, I
21 presume it was.

22     Q.  You just have no specific recollection of it

Page 57

1    today; is that correct?

2        A.  Correct.

3        Q.  You have no reason to believe that it would

4    have been -- Roxicodone launch would have been any

5    different than any other launch of a Roxane or BIPI

6    product?

7            MR. COVAL:  Objection; form.

8            THE WITNESS:  Could you repeat that?

9        Q.  (By Mr. Goldenberg)  Yeah.  Was there

10   anything that you can recall about Roxicodone that

11   made it unique with respect to the way it would be

12   launched?

13       A.  No.

14       Q.  So you would come out of these launch

15   meetings with a particular strategy in mind; is that

16   correct?

17           MR. COVAL:  Objection to form.

18           THE WITNESS:  A particular strategy?

19       Q.  (By Mr. Goldenberg)  Was there a name that

20   you -- that would be associated with the plan that

21   you would be implementing with respect to trying to

22   get these products into your -- the wholesaler chain