# Exhibit 102

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

```
                    SUPERIOR COURT
                 COMPLEX LITIGATION
                  DOCKET at TOLLAND

STATE OF CONNECTICUT,
        Plaintiff,

    vs.                           Docket No.
                                  X07 CV-03-0083296-S(CLD)
DEY, INC., ROXANE LABORATORIES, INC.,
WARRICK PHARMACEUTICALS CORP.,
SCHERING-PLOUGH CORP.
AND SCHERING CORPORATION,
        Defendants
~~~~~~~~~~~~~~~~~~~~~~~~~~~~

                     CONFIDENTIAL

                    DEPOSITION OF

                     THOMAS VIA

                  October 18, 2005
                     9:30 a.m.

                  52 East Gay Street
                   Columbus, Ohio

              Lori M. Barnes, RPR
```

```
                                                           Page 2
 1                        APPEARANCES:
 2              .
 3         ON BEHALF OF PLAINTIFF.
 4         JEFFREY GOLDENBERG, ATTORNEY AT LAW
 5         MURDOCK, GOLDENBERG, SCHNEIDER & GROH, LPA
 6              35 East Seventh Street, Suite 600
 7              Cincinnati, Ohio 45202-2446
 8              .
 9         ON BEHALF OF ROXANE LABORATORIES, INC.
10         PAUL J. COVAL, ATTORNEY AT LAW
11         VORYS, SATER, SEYMOUR AND PEASE, LLP
12              52 East Gay Street
13              Columbus, Ohio 43216-1008
14              .
15         THEODORE J. TUCCI, ATTORNEY AT LAW
16         (VIA TELEPHONE)
17         ROBINSON & COLE, LLP
18              280 Trumbull Street
19              Hartford, Connecticut 06103-3597
20              .
21              .
22              .
23              .
24              .
25              .
```

8fbb18ab-d23f-4ad7-b844-f547fe7929d8

```
                                                         Page 43
 1         Q.    Was that a position with Roxane?
 2         A.    Yes.
 3         Q.    Who did you report to in that
 4   position, Tom?
 5         A.    Ed Tupa and Gary Ellexson.
 6         Q.    Can you spell Gary's last name,
 7   please?
 8         A.    E-L-L-E-X-S-O-N, I think.
 9         Q.    Was Gary above Ed?
10         A.    No.
11         Q.    Equal to Ed?
12         A.    No.
13         Q.    So Gary was below Ed; is that
14   correct?
15         A.    Correct.
16         Q.    What was Ed's title?
17         A.    Vice president of sales and
18   marketing.
19         Q.    What about Gary Ellexson, what was
20   his title at that time?
21         A.    Director of marketing.
22         Q.    And you mentioned that your title
23   was product manager.  Was there a particular
24   product that you managed?
25         A.    Yes.
```

Thomas Via                                              October 18, 2005

Page 44

1   Q.    What was that product?
2   A.    Oramorph SR, Roxanol, Roxicodone,
3   Ipratropium Bromide Unit Dose Vial, Duraclon.
4   Q.    Can you spell that?
5   A.    D-U-R-A-C-L-O-N.  That's it.
6   Q.    And do you recall how many other
7   product managers there were at Roxane during
8   that time period?
9   A.    It depends on when it is during
10  that time period.
11  Q.    Okay.  How about at the beginning
12  of that time period, 1994?
13  A.    There was one additional.
14  Q.    Who was that?
15  A.    Tom Sawyer.
16  Q.    Do you recall what products he was
17  the manager for?
18  A.    Marinol, Viramune, V-I-R-A-M-U-N-E.
19  That's it.
20  Q.    How about as we progress to the
21  1997 time period, were there additional
22  product managers at that time?
23  A.    Yes.
24  Q.    Who were they?
25  A.    Alex Dusek, D-U-S-E-K.  He was --

8fbb18ab-d23f-4ad7-b844-f547fe7929d8