# Exhibit 103

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

Carr-Hall, Colin                                             December 12, 2008
                              Chicago, IL

Page 1

```
                UNITED STATES DISTRICT COURT

                  DISTRICT OF MASSACHUSETTS

     -----------------------------X

     In re:  PHARMACEUTICAL           )  MDL NO. 1456

     INDUSTRY AVERAGE WHOLESALE       )  CIVIL ACTION

     PRICE LITIGATION                 )  01-CV-12257-PBS

     -----------------------------X

     THIS DOCUMENT RELATES TO:        )  Judge Patti B. Saris

     United States of America,        )

     ex rel. Ven-A-Care of the        )  Magistrate Judge

     Florida Keys, Inc., v.           )  Marianne B. Bowler

     Boehringer Ingelheim Corp.,      )

     et al., Civil Action No.         )

     07-10248-PBS                     )

     -----------------------------X



           Videotaped Deposition of COLIN CARR-HALL,

     at 219 South Dearborn Street, Chicago,

     Illinois, commencing at 9:08 a.m. on Friday,

     December 12, 2008, before Donna M. Kazaitis,

     RPR, CSR No. 084-003145.
```

Carr-Hall, Colin                                              December 12, 2008
                              Chicago, IL

```
                                                              Page 2
 1                  A P P E A R A N C E S
 2
 3    FOR THE UNITED STATES:
 4
 5              U.S. DEPARTMENT OF JUSTICE
 6              CIVIL DIVISION
 7              BY:  MS. LAURIE A. OBEREMBT, ESQ.
 8              P.O. Box 261
 9              Ben Franklin Station
10              Washington, D.C. 20044
11              tel:  202.514.3345
12              laurie.oberembt@usdoj.gov
13
14    FOR THE RELATOR VEN-A-CARE OF THE FLORIDA
15    KEYS, INC.:
16
17              BERGER & MONTAGUE, P.C.
18              BY:  MS. SHAUNA ITRI, ESQ.
19              1622 Locust Street
20              Philadelphia, Pennsylvania 19103-6305
21              tel:  215.875.3000
22              sitri@bm.net
```

Carr-Hall, Colin                                    December 12, 2008
                         Chicago, IL

Page 63

1    product, but I'm not certain.
2        Q.   What products were included in the
3    product line when you started training?
4        A.   There's scores of generic products in
5    the product line.
6        Q.   Let me short-circuit this.  I'll just
7    ask you about the products that are at issue in
8    this litigation, and you can tell me if those
9    were products you sold.  That might make that
10   quicker than asking you to try to remember
11   hundreds of drugs.
12       A.   Thank you.
13       Q.   I'll go through each of these in turn
14   and if you could just tell me if that was
15   included in your product line.
16            Azathioprine?
17       A.   That was included in the product line.
18       Q.   Diclofenac sodium?
19       A.   That was included in the product line.
20       Q.   Furosemide?
21       A.   That was included in the product line.
22       Q.   Hydromorphone?

Carr-Hall, Colin                                      December 12, 2008
                        Chicago, IL

```
                                                              Page 64
 1      A.    That was included in the product line.
 2      Q.    Ipratropium Bromide?
 3      A.    That was included in the product line.
 4      Q.    Oramorph SR?
 5      A.    That was included in the product line.
 6      Q.    Roxanol?
 7      A.    That was included in the product line.
 8      Q.    Roxicodone?
 9      A.    That was included in the product line.
10      Q.    Sodium Polystyrene Sulfonate?
11      A.    That was included in the product line.
12      Q.    For the benefit of the jury, I'm going
13   to take you through that list of drugs again and
14   have you briefly describe what it is they do.
15   And I understand you're not a clinical person and
16   you're going to give me a salesperson's
17   perspective on that.  That's fine.
18      A.    Okay.
19      Q.    Azathioprine?
20      A.    I really couldn't tell you, just
21   primarily because I just don't recall.
22            I think that Azathioprine is the
```