# Exhibit 104

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

*Distribution Workshop*

## Workshop Tools

- Reimbursement
- DEA 222 Form
- Trade Launch & Deal

## Reimbursement

- Definitions
- Patient Payment Types
  Cash
  Medicaid
  Third Party
- Reimbursement
  AWP Less
  Dispensing Fee
  Patient Copay
  Generic vs Brand
- Roxicodone Model

## Reimbursement Definitions

- Wholesale Acquisition Cost (WAC)
- Average Wholesale Price (AWP)
- Contract Price
- AWP Spread
- AWP Less %

## WAC
### (Wholesaler Acquisition Cost)

The published price the wholesaler or direct purchasing account pays to the manufacturer for a product.

| | |
|---|---|
| Roxicodone 15mg 100's | $55.00 |
| Roxicodone 30mg 100's | $106.00 |
| Roxicodone 5mg 100's | $31.04 |

## AWP
### (Average Wholesale Price)

An arbitrary price attributed to a product by a manufacturer or an independent source; often 20-25% above wholesale acquisition cost (WAC).

| | |
|---|---|
| Roxicodone 15mg 100's | $110.00 |
| Roxicodone 30mg 100's | $212.00 |
| Roxicodone 5mg 100's | $31.04 |

## Contract Price

Price that an account pays that is below the WAC. Sometimes associated w/ a brand purchase, almost always associated w/ a generic purchase.

| | |
|---|---|
| Roxicodone 15mg 100's | None |
| Roxicodone 30mg 100's | None |
| Roxicodone 5mg 100's | $16.00 |

Confidential                                                                                                   BOEH01301724

### AWP Spread

Difference between AWP and the actual acquisition cost.
Acquisition cost is usually WAC for a brand.
Acquisition cost is usually a contract price for a generic.

| | |
|---|---|
| Roxicodone 15mg | 50% Spread |
| Roxicodone 30mg | 50% Spread |
| Roxicodone 5mg | 48% Spread |

### AWP Less %

Percentage discount off AWP that a Pharmacy is paid by a third party as compensation for dispensing a prescription to one of its plan participants.
Usually AWP less 8-15% for brand
Usually AWP less 20-50% for generics

| | |
|---|---|
| Roxicodone 15mg | Brand |
| Roxicodone 30mg | Brand |
| Roxicodone 5mg | Generic |

### How is the Prescription Paid For?

- Cash
- Medicaid
- Third Party

### Patient Rx Payment Type 1990 to 1999

[Bar chart showing Cash, Medicaid, and Third Party percentages from 1990 to 1999]

### Patient Prescription Payment
### Cash

- Patient pays out of their own pocket
- Patient's Rx price usually mark-up from AWP
- Pharmacy's most profitable Rx sale

### Patient Prescription Payment
### Medicaid

- a.k.a. Welfare
- Patient pays no to small percentage of cost e.g. co-pay
- Pharmacy paid by state at:
    1. Maximum Allowable Cost (MAC) for some generics
    2. AWP less % for brand & some generics

2

## Patient Prescription Payment
### Third Party

- a.k.a. Managed Care, Insurance
- Patient pays a cash copay
- Pharmacy receives AWP less a % plus a fixed dispensing fee
- % off is negotiated w/ plan
- % varies for brand vs generic

## Definitions & Payment Types: Why Important?

Drives The Pharmacy's **Profitability** on Each Script
&
Determines Whether They Will **Substitute**

## Pharmacy Reimbursement Formula

AWP - % + Dispensing Fee* = Rx $ Revenue

Rx $ Revenue - Acquisition Cost** = Rx $ Profit

\* Dispensing Fee the same if generic or brand
\*\*Acquisition Cost may be WAC or Contract Price

## Roxicodone Reimbursement Model

[table/chart illegible]

## What Does This Mean for Roxicodone 15mg & 30mg

Typically **More Profitable** to Dispense Roxicodone **15mg & 30mg**
\*\*Pharmacy Won't Change Script to 5mg
\*\*Pharmacy May Proactively Change 5mg Scripts to 15mg or 30mg

## DEA Form-222

- Definition
  DEA
  DEA #
  222 Form
- Paper Flow
- How To Fill Out
- 222 Organizer

3

Confidential                                                                       BOEH01301726

## Drug Enforcement Agency (DEA)

*Division of Dept of Justice
*Enforces Controlled Substance Act
*Determine Abuse Potential & Assign Schedule I-V
Regulate Who Can Prescribe & Dispense Schedule II-V
*<u>Not</u> Part of the Food & Drug Administration

## DEA Registration No. BD5579783

- Issued to a business at a specific location
- Unique 2 character and 7 digit number
- First character designates type of practice
  Pharmacies always start w/ B
- Second character is first initial of name
  Dug Emporium is BD
- Verify authenticity
  last digit = 1+3+5 + (2+4+6)*2
  19 + (22)*2 = 63

## DEA Form-222

A sequentially numbered, partially pre-printed triplicate from which to track the purchase or sale of CIIs to non-end users.

## How To Fill Out A DEA Form-222

## 222 Organizer

## Wholesale NA Responsibility

| Wholesaler | NA Manager | Wholesaler | NA Manager | Wholesaler | NA Manager |
|---|---|---|---|---|---|
| AmerSource | Gordon | Diversified | Hawthorne | McQueely | Doan |
| Bames | Carr-Hall | Dixon Shane | Gordon | Miami Luken | Hawthorne |
| Bellany | Doan | DMS | Hawthorne | Morris & Dixon | Doan |
| Belco | Kutner | F Dohman | Tavolaro | NC Mutual | Doan |
| Bergen | Carr-Hall | FW Kerr | Hawthorne | Remo | Kutner |
| Bindley | Hawthorne | G & G | Kutner | Rochester Drug Coop | Kutner |
| Burlington | Kutner | Harvard | Doan | Smith Drug | Doan |
| Capital | Hawthorne | HD Smith | Tavolaro | Valley Drug | Snyder |
| Cardinal | Snyder | King Drug | Doan | Valley Wholesale | Carr-Hall |
| D & K | Via | Kinray | Kutner | Value Drug | Kutner |
| Dakota | Tavolaro | Louisiana Wholesale | Doan | Walsh | Doan |
| Dik Drug | Hawthorne | M Sobol | Kutner | Walsh Dohman | Doan |
| | | McKesson | Carr-Hall | | |

4

Confidential             BOEH01301727

### What Have Addressed So Far?

Third Party Profitability: Want To Dispense

CII Administrative Obstruction: DEA Form-222

But Why Should They Stock It Initially?

---

### An Enormous Financial Incentive

---

### Wholesaler

- Purchasing Allowance 3% OI
- Extra 60 Days Dating
- Distribution Allowance $5/bottle
- Total value $5+ per bottle sold

---

### Why Important?

Some wholesalers will pass <u>part or all</u> of their purchase allowance and/or <u>part or all</u> of their distribution allowance to the Pharmacies they service for a <u>period of time</u>

---

### Wholesaler Pass-Thru Worksheet

| Roxicodone 15mg | | | Wholesaler 15mg | Wholesaler Purchase Allowance | Wholesaler Purch. Allow. Passed | Wholesaler Purch. Allow. Ends | Wholesaler Distribution Allowance | Wholesaler Dist. Allow. Passed | Wholesaler Dist. Allow. Ends | Total Wholesaler Pass-Thru | Time Frame Maximum Pass-Thru |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wholesaler | HA Manager | Stocked | | | | | | | | | |
| AmeriSource | Gordon | | $1.65 | | | | $5.00 | | | | |
| Bruno | Cor-Hall | | $1.65 | | | | $5.00 | | | | |
| Bellamy | Dean | | $1.65 | | | | $5.00 | | | | |
| Belco | Luther | | $1.65 | | | | $5.00 | | | | |
| Bergen | Cor-Hall | | $1.65 | | | | $5.00 | | | | |
| Bindley | Hawthorne | | $1.65 | | | | $5.00 | | | | |
| Burlington | Luther | | $1.65 | | | | $5.00 | | | | |
| Capital | Hawthorne | | $1.65 | | | | $5.00 | | | | |
| Cardinal | Snyder | | $1.65 | | | | $5.00 | | | | |
| D & K | Vin | | $1.65 | | | | $5.00 | | | | |
| Dakota | Inclare | | $1.65 | | | | $5.00 | | | | |
| Da Drug | Hawthorne | | $1.65 | | | | $5.00 | | | | |
| Diversified | Hawthorne | | $1.65 | | | | $5.00 | | | | |
| Dixon Shane | Gordon | | $1.65 | | | | $5.00 | | | | |
| DMS | Hawthorne | | $1.65 | | | | $5.00 | | | | |

---

### Enormous Profitability on Initial Stocking

- All or Part of Wholesaler Purchase Allowance
- All or Part of Wholesaler Distribution Allowance
- **ALL** of **Retail Stocking Allowance** from Roxane

---

5

Confidential                                                                                                               BOEH01301728

## Retail Stocking Allowance

- All Retail Pharmacies
- Stocking Allowance $5/bottle
- Invoiced by 11/10/00
- Maximum $10 per Pharmacy location

## Retail Stocking Allowance

- $10 maximum per pharmacy location
- Total 2 bottles
- Same strength or combination
- Fax or mail invoice
- Can use pre-printed PharmAlert envelope
- Receive a check



## Insert PharmAlert letter here!!

## Maximum Potential Stocking Discount: 15mg

| | |
|---|---|
| WAC | $55.00 |
| Wholesaler Purch. Allow. Pass | ($1.65) |
| Wholesaler Distr. Allow. Pass | ($5.00) |
| RLI Retail Stocking Allow. | ($5.00) |
| Net Price | $43.35 |

**21% Discount to WAC!**

## Maximum Potential Stocking Discount: 30mg

| | |
|---|---|
| WAC | $110.00 |
| Wholesaler Purch. Allow. Pass | ($3.30) |
| Wholesaler Distr. Allow. Pass | ($5.00) |
| RLI Retail Stocking Allow. | ($5.00) |
| Net Price | $96.70 |

**12% Discount to WAC!**

Confidential    BOEH01301729

### What Have We Learned?
### Reimbursement

- On AWP less % third party script, Roxicodone 15mg & 30mg is (in the worse case scenario) comparable on mg to mg basis w/ 5mg generics.
- 15mg & 30mg will usually be more profitable
- No incentive for RPh to substitute generics
- Incentive for RPh to substitute 15mg & 30mg for generic 5mg tabs.

### What Have We Learned?
### DEA Form-222

- Paperwork is Not Formidable
- NDC Inclusion is Beneficial & Would Promote Wholesaler Stocking

### What Have We Learned?
### The Stocking Plan

- Wholesaler May Pass Some or All of Their Purchasing Allow. &/or Distribution Allowance.
- RLI Providing a Retail Stocking Allowance in Addition to Anything Wholesaler Provides
- Additional Profit To Be Had by RPH Who Stocks by 11/10/00.

7