# Exhibit 105

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment


Boehringer Ingelheim

**Telefax**

Carol Flanagan
Redbook
(201) 722-2666
Page: 1 of 18

Boehringer Ingelheim
Pharmaceuticals, Inc.

Dear Ms. Flanagan,

November 1, 2000

Boehringer Ingelheim Pharmaceuticals, Inc. and Abbott Laboratories–Pharmaceuticals Products Division (PPD) are pleased to announce the introduction of Mobic® (meloxicam) 15mg tablets, packaged in 100 count bottles. The product is available for immediate shipment.

Richard A. Feldman, RPh
Telephone (614) 272-4750
Telefax (614) 276-0158
E-Mail
rfeldman@col.boehringer-ingelheim.com

P.O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000

### *MOBIC® (meloxicam) tablets*
### *15mg*
### *Bottles of 100*

| NDC List No. 0597- | Strength | Package Size | WAC | AWP |
|---|---|---|---|---|
| 0030-01 | 15mg | 100's | $181.67 | $218.00 |

Also, attached please find the Package Insert and FDA Approval Letter.

Thank you in advance for adding this product to your prescription drug database.

Sincerely,

Richard A. Feldman, R. Ph.
Executive Director
Trade and Pharmacy Affairs

RAF/acm

Attachments

 **Telefax**



Carol Flannigan
Redbook

(201) 722-2666
Page 1 of 6

Roxane Laboratories, Inc.

January 4, 2000

**Product Price Change Notification**

Richard A. Feldman, R.Ph.
Telephone(614) 272-4750
Telefax (614) 276-0158
E-mail rfeldman@col.boehringer-ingelheim.com

P.O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000

Dear Carol,

Attached please find a price change for select products within the Boehringer Ingelheim Pharmaceuticals, Inc. as well as Roxane Laboratories, Inc. product line effective **January 5, 2000**. If you have any questions please feel free to give me a call at (614) 272-4750.

Sincerely,

Richard A. Feldman, R.Ph.
Executive Director
Trade and Pharmacy Affairs

RAF/acm

Attachments

D0033312
RLI-AWP-00000450
ROX020-0204      FL

# Telefax



Ms. Terri Factora
Kay Morgan
First Data Bank
(650) 827-4578
Page 1 of 2

Roxane Laboratories, Inc.

August 15, 2000

**Product Price Change Notification**

Richard A. Feldman, R.Ph.
Telephone (614) 272-4750
Telefax (614) 276-0158
E-mail rfeldman@col.boehringer-ingelheim.com

Dear Terri and Kay,

P.O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000

Attached please find a list of products with price changes effective <u>12:01 a.m. EST, Wednesday, **August 16, 2000**</u>.

Please update your database to reflect these product price changes.

Also, please note that the attached product should be considered a sole source generic product and reimbursed as a brand.

Should you need further information please contact me at (614) 272-4750.

Sincerely,

Richard A. Feldman, R.Ph.
Executive Director
Trade and Pharmacy Affairs

RAF/acm

Attachment

D0033304
RLI-AWP-00000442
ROX020-0196      F

Page 2 

## Attachment to Furosemide Price Change Notification
Effective August 16, 2000

| NDC# 0054- | Product | Count | New AWP |
|---|---|---|---|
| 3294-46 | Furosemide Oral Solution 10mg/mL | 60mL | $10.40 |
| 3294-50 | Furosemide Oral Solution 10mg/mL | 120mL | $20.10 |
| **3298-63** | **Furosemide Oral Solution 40mg/5mL** | **500mL** | **$36.74** |
| **8298-16** | **Furosemide Oral Solution 40mg/5mL** | **40x5mL** | **$60.09** |
| 4297-25 | Furosemide Tablets USP 20mg | 100 | $14.30 |
| 4297-31 | Furosemide Tablets USP 20mg | 1000 | $139.90 |
| 8297-25 | Furosemide Tablets USP 20mg | 100UD | $17.16 |
| 4299-25 | Furosemide Tablets USP 40mg | 100 | $16.30 |
| 4299-31 | Furosemide Tablets USP 40mg | 1000 | $159.50 |
| 8299-25 | Furosemide Tablets USP 40mg | 100UD | $19.56 |
| 4301-25 | Furosemide Tablets USP 80mg | 100 | $43.70 |
| 4301-29 | Furosemide Tablets USP 80mg | 500 | $213.69 |
| 8301-25 | Furosemide Tablets USP 80mg | 100UD | $52.44 |

D0033305
RLI-AWP-00000443
ROX020-0197    L

**NEED PROPER LOGOS**



# Boehringer Ingelheim

P.O. Box 16532 • Columbus, Ohio 43216-6532 • Phone 614/276-4000 • Fax 614/276-0158

*PRIVILEGED AND CONFIDENTIAL*  Information intended only for the use of the addressee(s) named in communication. If the reader of this message is not the intended recipient or the employee or the agent responsible for delivering the message to the intended recipient(s), please note that any dissemination, distribution or copying of this communication is strictly prohibited. Anyone who receives this communication in error should notify us immediately by telephone (collect) so we can arrange for its return at our expense. Thank you for your cooperation.

Date:

**To:**            **Jan Reed**
                  **Medispan**
Fax #:            (317) 469-5252
Phone #:          (800) 428-4495 x 518
NumOctober 5,    3
1998ber of Pages:
(Including cover sheet)

From:             Richard A. Feldman, R.Ph.
                  Executive Director, Trade and Pharmacy Affairs
                  Boehringer Ingelheim Pharmaceuticals, Inc.

Phone #:          614/272-4750
Fax #:            614/276-0158

Subject:          Product Price Increases

Dear Ms. Reed:

Attached please find a list of products with price increases effective 12:01 a.m. Eastern Standard Time, Tuesday, June 23, 1998. I am requesting addition of these product price increases to your database. Should you need further information please contact me at (614) 272-4750.

Thank you for your assistance.

Sincerely,

*[signature]*

Richard A. Feldman, R. Ph.

D0033354
RLI-AWP-00000481
ROX020-0235

Executive Director, Trade and Pharmacy Affairs

D0033355
RLI-AWP-00000482
ROX020-0236     L

NEED PROPER LOGOS


# Boehringer Ingelheim

P.O. Box 16532 • Columbus, Ohio 43216-6532 • Phone 614/276-4000 • Fax 614/276-0158

*PRIVILEGED AND CONFIDENTIAL*   Information intended only for the use of the addressee(s) named in communication. If the reader of this message is not the intended recipient or the employee or the agent responsible for delivering the message to the intended recipient(s), please note that any dissemination, distribution or copying of this communication is strictly prohibited. Anyone who receives this communication in error should notify us immediately by telephone (collect) so we can arrange for its return at our expense. Thank you for your cooperation.

Date:

| | |
|---|---|
| **To:** | **Carol Flanagan** |
| | **Redbook** |
| Fax #:November 13, 1998 | (201) 722-2666 |
| Phone #: | (201) 358-7535 |
| Number of Pages: (Including cover sheet) | 2 |
| From: | Richard A. Feldman, R.Ph. |
| | Executive Director, Trade and Pharmacy Affairs |
| | Boehringer Ingelheim Pharmaceuticals, Inc. |
| Phone #: | 614/272-4750 |
| Fax #: | 614/276-0158 |
| Subject: | Product Price Changes |

Dear Ms. Flannigan:

Attached please find a list of products with price changes effective <u>today</u>, August 19, 1998. I am requesting addition of these product price changes to your database. Should you need further information please contact me at (614) 272-4750.

Thank you for your assistance.

Sincerely,

*[signature]*

Richard A. Feldman, R. Ph.
Executive Director, Trade and Pharmacy Affairs

D0033326
RLI-AWP-00000464
ROX020-0218



**Roxane Laboratories, Inc.**
Columbus, Ohio 43216

P.O. Box 16532 • Columbus, Ohio 43216-6532 • Phone 614/276-4000 • Fax 614/276-0158

*PRIVILEGED AND CONFIDENTIAL* Information intended only for the use of the addressee(s) named in communication. If the reader of this message is not the intended recipient or the employee or the agent responsible for delivering the message to the intended recipient(s), please note that any dissemination, distribution or copying of this communication is strictly prohibited. Anyone who receives this communication in error should notify us immediately by telephone (collect) so we can arrange for its return at our expense. Thank you for your cooperation.

| | | | |
|---|---|---|---|
| To: | **Carol Flanagan** <br> **RedOctober 8, 1998book** | Fax #: | (201) 722-2666 |
| | | Phone #: | (201) 358-7535 |
| Number of Pages: (Including cover sheet) | | 14 | |
| From: | Richard A. Feldman, R.Ph. <br> Executive Director, Trade and Pharmacy Affairs <br> Roxane Laboratories, Inc. | | |
| Phone #: | 614/272-4750 | Fax #: | 614/276-0158 |
| Subject: | Viramune package inserts | | |

Dear Ms. Flanagan:

As requested, please find attached the package inserts.

Sincerely,

*[signature]*

Richard A. Feldman, R. Ph.
Executive Director, Trade and Pharmacy Affairs

D0033350
RLI-AWP-00000477
ROX020-0231