# Exhibit 106

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

December 6, 1999

Mr. Matt Partsch
NCS Healthcare, Inc.
32201 Enterprise Parkway, Suite 270
Beachwood OH 44122

 Boehringer Ingelheim
Roxane Laboratories

## Special Contract Pricing Opportunity

Roxane Laboratories, Inc.


NEW Cafcit
(caffeine citrate) Injection
20 mg/mL (equivalent to 10 mg/mL caffeine base)

Dear Mr. Partsch:

Roxane Laboratories, Inc., in conjunction with Boehringer Ingelheim Pharmaceuticals, Inc., is pleased to announce the availability of **Cafcit®**; the first and only FDA approved product indicated for the short-term treatment of apnea of prematurity in infants between 28 and <33 weeks gestational age. To increase clinical interest and encourage use, the introduction of **Cafcit®** is being supported by professional and trade advertising campaigns and targeted detailing efforts by over 150 professional representatives.

Following receipt of your signed acceptance, this special Cafcit® IV Injection, 20mg/mL (equivalent to 10mg/mL caffeine base) contract price can be added to your existing Roxane acute care market agreement (maximum 12 month price protection period).

| NDC List No. 0054- | Package Description | AWP List Price | Special Contract Price |
|---|---|---|---|
| 8219-01 | 3mL Single-Use Vial | $38.58 | $31.50 |

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

### CONTRACT ADDITION SCHEDULE

| If your acceptance letter is received by: | Contract Pricing will be effective: |
|---|---|
| December 14, 1999 | December 20, 1999 |
| December 21, 1999 | December 27, 1999 |
| December 28, 1999 | January 3, 2000 |
| January 4, 1999 | January 10, 2000 |

Please indicate a later effective date if desired _____

You may indicate your acceptance of this offer by returning a signed copy of this letter to the Roxane Contract Sales & Administration office by mail, or by faxing the copy to us at **614/276-3786**. We can also be reached by telephone at 800/848-0120 (extension 2237).

Best regards,

*John R. Powers*

John R. Powers, Director
Contract Operations

Accepted by:

_____
Signature

_____
Printed Name

_____
Title

_____
Date

cc: C. Boneham

ROXMA020434

RLI-AWP-00196259
ROX042-2808     FL