# Exhibit 107

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

| From: | LAROS,DAVID MK BIPUS <dlaros@boehringer-ingelheim.com> |
|---|---|
| Sent: | Monday, August 14, 2000 12:51 PM |
| To: | FERRARA,CHRISTINE MK BIPUS <ferrara@boehringer-ingelheim.com> |
| Subject: | RE: Roxicodone 15/30mg Launch Plan |
| Attach: | 15 30 price.xls |

Yes, Several.
I would like to discuss with you my concerns prior to contacting Fred.

1) I think he is using an incorrect price per the 5mg thus comparisons he makes are not vaild.
2) I think that his calculations are incorrect. His pricing would give a disproportionate amount of profits to the pharmacies. and possibly his contract pricing is skewed.

please see attached. I will explain when we talk.

-----Original Message-----
From: FERRARA,CHRISTINE MK BIPUS
Sent: Monday, August 14, 2000 10:25 AM
To: LAROS,DAVID MK BIPUS
Subject: FW: Roxicodone 15/30mg Launch Plan

Dave,

any concerns over this proposal?

Chris

-----Original Message-----
From: DUY, FRED ROXUS
Sent: Saturday, August 12, 2000 2:31 PM
To: BERKLE, SHELLY FN BIPUS
Cc: Doug Bierl (E-mail); CHLEBICKI, RAYMOND ROXUS; CIARELLI,GREGG MK BIPUS; COKE, JOHN ROXUS; DICKERSON, DUKE ROXUS; FELDMAN, RICHARD ROXUS; FERRARA,CHRISTINE MK BIPUS; HART, JERRY ROXUS; MARLIN,DR,STEVE ID BIPUS; MAYHEW, CHERI ROXUS; POWERS, JOHN ROXUS; SHAFFER, MARK ROXUS
Subject: Roxicodone 15/30mg Launch Plan

Dear Shelly:

Attached is the launch plan for Roxicodone 15 and 30mg Tablets. The strategy is essentially what you saw in Tarrytown - it has been updated and expanded with specific tactics by Doug Bierl, with input from lots of people here and in Ridgefield. We expect approval by the user fee deadline - August 29. Based on final labeling on that date, product will be available for shipment October 2, and stocking will be adequate for physician detailing to begin by November 13. This plan will be reviewed with the Area Managers beginning August 21, to prepare the Plans of Action for the launch meeting with the Palliative Care Sales Force during the week of September 18. If you can fit it into your schedule, we would be happy to present the Launch Plan to you and whoever you think appropriate in Ridgefield.

Also attached is the initial pricing proposal for Roxicodone 15 and 30mg Tablets. I understand the Pricing Committee meeting has been delayed to August 31, and am not sure of the process for establishing prices, but it

BOEH00236395

would be helpful if we could have approved pricing so the National Account Managers could pre-sell these unique, new strengths to wholesalers and retail chains at the NACDS meeting which begins August 27. Is there anyone in addition to Gregg and Chris we should send pricing to to ask for an expedited decision?

Let us know if you have any questions, Shelly, and if you want us to present the Plan to anyone else.

Best regards,
fd

<< File: Roxicodone 15-30 launch plan.ppt >> << File: Roxicodone pricing proposal.doc >>

BOEH00236396