# Exhibit 108

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

RLI183

# ROXANE LABORATORIES, INC.

## UNANIMOUS WRITTEN CONSENT OF DIRECTORS

The undersigned, being all of the members of the Board of Directors of ROXANE LABORATORIES, INC., a Delaware corporation, do hereby adopt the following resolutions by this our unanimous written consent pursuant to Section 141(f) of the General Corporation Law of the State of Delaware, in lieu of a meeting of said Board of Directors for the year 2000, and with full force and effect as if adopted by the unanimous affirmative vote of all of us at a duly constituted annual meeting:

RESOLVED that, the year-end closing for 1999 be, and it hereby is, approved and the Balance Sheet and Profit and Loss Statement of this Corporation as of December 31, 1999 be, and they hereby are, ratified and adopted in the form attached.

RESOLVED that, effective immediately, the following named persons be, and they hereby are, appointed officers of this Corporation, each to serve as such during the pleasure of this Board of Directors in the capacity or capacities set forth opposite his name:

| Name | Position |
|---|---|
| Mr. Werner Gerstenberg | Chairman of the Board |
| Mr. Werner Gerstenberg | President and Chief Operating Officer |
| Mr. Peter Dickinson | Vice President - Operations |
| Ursula B. Bartels, Esq. | Secretary |
| Mr. Holger Huels | Treasurer |
| Alan C. Davis, Esq. | Assistant Secretary |
| Frank A. Pomer, Esq. | Assistant Secretary |
| Robert P. Raymond, Ph.D., J.D. | Assistant Secretary |
| Mr. John Swartz | Assistant Secretary |

This instrument may be signed in one or more counterparts all of which taken together shall constitute one and the same instrument.

Confidential

BOEH04600330

**RLI183**

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the  21st  , day of  August  , 2000.

_____
Werner Gerstenberg

_____
Sheldon Berkle

_____
Walter Poerschmann

RLI183con.doc

- 2 -

Confidential

**RLI183**

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the   21st   , day of   August   , 2000.

_____
Werner Gerstenberg

_____
Sheldon Berkle

_____
Walter Poerschmann

RLI183con.doc

- 2 -

Confidential

BOEH04600332

**RLI183**

IN WITNESS WHEREOF, we have duly signed this instrument effective as of the 21st, day of August, 2000.

_____
Werner Gerstenberg

_____
Sheldon Berkle

*[signature]*
Walter Poerschmann

RLI183con.doc

# ROXANE LABORATORIES, INC.

## STATEMENT OF FINANCIAL POSITION

Thousands U.S.$

| Actual YTD Mar-00 | | Budget 1999 | Actual 1999 | Budget 2000 |
|---|---|---|---|---|
| | **Assets** | | | |
| - | Cash | - | - | - |
| 60,772 | Trade Accounts Receivable | 40,000 | 46,002 | 62,000 |
| - | Receivable from Affiliates | - | 1 | - |
| - | Short-Term Advances to Affiliates | 41,900 | - | - |
| 3 | Prepaid Expenses | - | 197 | - |
| 124,510 | Inventories | 74,700 | 121,069 | 78,000 |
| 185,285 | Total Current Assets | 156,600 | 167,269 | 140,000 |
| 17,092 | Intangible Assets | 17,947 | 17,983 | 14,420 |
| - | Investment in Affiliates | - | - | - |
| 137,213 | Property, Plant and Equipment | 141,461 | 138,529 | 137,634 |
| 4,258 | Other Assets | 4,000 | 5,483 | 43,993 |
| 343,848 | Total Assets | 320,008 | 329,264 | 336,047 |
| | **Liabilities** | | | |
| 70,651 | Accounts Payable & Accrued Liabilities | 55,581 | 54,974 | 51,991 |
| 2,829 | Payables to Banks | - | 5,722 | 1,879 |
| 14,344 | Accrued Taxes | 6,000 | 6,192 | 12,000 |
| 17,143 | Payables to Affiliates | - | 36,601 | - |
| - | Loans from Affiliates | - | - | 54,000 |
| 104,967 | Total Liabilities | 61,581 | 103,489 | 119,870 |
| | **Stockholder's Equity** | | | |
| 19 | Capital Stock | 19 | 19 | 19 |
| 8,735 | Additional Paid-In Capital | 8,735 | 8,735 | 8,735 |
| 230,127 | Retained Earnings | 249,673 | 217,021 | 207,423 |
| 238,881 | Total Stockholder's Equity | 258,427 | 225,775 | 216,177 |
| 343,848 | Total Liabilities & Stockholder's Equity | 320,008 | 329,264 | 336,047 |

Confidential

BOEH04600335

## ROXANE LABORATORIES, INC.

## STATEMENT OF INCOME

Thousands U.S.$

| Budget YTD Mar-00 | Actual YTD Mar-00 |  | Budget 1999 | Actual 1999 | Budget 2000 |
|---|---|---|---|---|---|
| 93,428 | 144,853 | Net Sales | 464,078 | 500,181 | 570,935 |
| 68,996 | 77,345 | Cost of Goods Sold | 253,806 | 257,861 | 340,568 |
| 24,292 | 22,505 | Marketing & Advertising | 69,800 | 63,500 | 97,276 |
| 10,288 | 11,187 | Research & Medical, I | 32,340 | 31,919 | 41,110 |
| 1,392 | 1,161 | Administration | 5,513 | 9,623 | 5,526 |
| 5,422 | 9,545 | Distribution and Royalties | 25,271 | 30,121 | 29,726 |
| 3,251 | 262 | Other, I | 10,340 | 21,924 | 13,792 |
| (20,213) | 22,848 | Contribution III | 67,008 | 85,233 | 42,937 |
| 148 | 141 | Research & Medical, II | 846 | 800 | 598 |
| - | - | Other, II | - | - | - |
| 1,061 | 1,071 | OPINA Restructuring Costs | 4,941 | 6,716 | 4,269 |
| (21,422) | 21,636 | Operating Income (Loss) | 61,221 | 77,717 | 38,070 |
| (415) | (196) | Financial Income (Expense) | 563 | (1,577) | (1,660) |
| - | - | Holding Income (Expense) | - | - | - |
| - | - | Extraordinary Items | - | - | - |
| (21,837) | 21,440 | Profit Before Tax | 61,784 | 76,140 | 36,410 |
| 3,550 | 8,334 | Income Tax | 24,800 | 31,085 | 14,200 |
| (25,387) | 13,106 | Net Income After Tax | 36,984 | 45,055 | 22,210 |

Confidential                                                                                                    BOEH04600336