# Exhibit 109

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v.  Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment



# ROXANE LABORATORIES, INC.
## STATEMENT OF INCOME
## ACTUAL 2003 vs. BUDGET 2003

<u>Millions U.S. $</u>

### Net Sales
- Total Net Sales were $109.7 below Budget.
  - Affiliate Net Sales are $120.7 below Budget due to a significant shortfall in sales to BIPI. The major product drivers are Mobic $107.6 – which was transferred to Mexico, Combivent $19.2 and Micardis $16.5. Favorable affiliate sales included Catapres TTS $7.8 and Viramune $5.3.
  - Roxane also experienced strong Multisource sales of $22.6 above Budget. These products include Prednisone $10.0, Lithium $4.7, Roxicet $4.6 and Furosemide $3.9 which were offset by unfavorable sales of Mirtazapine $8.6 and Clonidine $15.8 – generic which was not launched in 2003.
  - Toll Manufacturing was $8.6 unfavorable due to a decline in the Elan products including Oramorph, Roxanol and Roxicodone.

### Cost of Goods Sold
- Total Cost of Goods Sold were $133.6 below Budget.
  - This was a direct result of lower sales, in particular lower affiliate sales of Mobic.

### Admininistration



- Total Administration expenses were above Budget by $1.7.
  - The primary driver was due to Outside Services – Legal expenses.

### Distribution and Royalties
- Total Distribution and Royalties were $1.8 above Budget.
  - This was due to unfavorable Indirect Cost of Distribution for product destructions / obsolescence and donations of short dated product. This is offset by favorable Direct Cost of Distribution expenses due to lower distribution fees caused by a decrease in backorders.

### Other, I
- Other, I is better than Budget by $6.7.
  - This is primarily due to an unbudgeted payment that RLI received from Solvay Pharmaceuticals (Unimed) for invoices relating to Medicaid claims and returns for Marinol product in the Brand business.

### Process Development
- Process Development spending exceeded Budget by $1.1.
  - This is due to higher than anticipated work on the new Multisource products.

### Cost of Idle Capacity / Production Variances / Other II
- Cost of Idle Capacity / Production Variances and Other II exceeded Budget by $16.3.
  - The main drivers for these items include the write-off of UDV assets for $10.1, unfavorable process order variances and capitalized production variances. There was a favorable variance for Cost of Idle Capacity in the Affiliate business due to the higher level of production activity.

6

```
Tetzner
EXHIBIT NO. 13
10-19-04
C. VOHLKEN
```

BIC JURIS 0919
CONFIDENTIAL
PROPRIETARY TRADE SECRETS

TXEX00089

# ROXANE LABORATORIES, INC.
## STATEMENT OF FINANCIAL POSITION
## ACTUAL 2003  vs.  BUDGET 2003

Millions U.S. $

**Trade Accounts Receivable Third Parties**

- Trade Accounts Receivable Third Parties were $3.2 above Budget.
  - The increase is primarily the result of payment terms for some customers being extended to 60 or 90 days.

**Short-Term Advances to Affiliates**

- Short-Term Advances to Affiliates were $122.9 below Budget.

  - This was due to an increase of the dividend from 2002.

**Inventories**

- Inventories were above Budget by $23.0.

  - This was due primarily to higher inventories for new products.

**Property, Plant and Equipment**

- Property, Plant and Equipment was below Budget by $25.5.
  - This can be attributed to reduced capital spending in Manufacturing Pharma -$9.2, R&D-$3.2 as well as unbudgeted asset disposals.

**Other Assets**

- Other Assets decreased by $38.2 versus Budget due to receipt of payment for $51.4 from AAI Pharma for the sale of the Pain / Palliative product line from Elan. Also received $7.1 from Solvay Pharmaceuticals (Unimed) for claims submitted relating to Marinol product per our lawsuit settlement. This is offset by an increase in Deferred Tax Assets of $21.9 due to the acceleration of the Elan payment agreement.

**Accounts Payable & Accrued Liabilities**

- Accounts Payable & Accrued Liabilities are $45.2 below Budget.
  - Trade Accounts Payable was below Budget by $30.4 due to a significant reduction in the GR/IR account balance. In addition, Deferred Income was $8.5 below Budget due to the receipt of $7.1 from Solvay Pharmaceuticals (Unimed) relating to Marinol product claims submitted per our lawsuit settlement.

**Accrued Taxes**

- Accrued Taxes were over Budget by $57.8.
  - The main drivers were Tax Provisions increased by $44.9 because the Budget anticipated that tax accruals would be paid out during the year, meanwhile, tax law allowed for the deferral of payment until March 2004.  Deferred Tax Provisions also increased by $12.8 versus Budget due to unbudgeted 2002 tax liabilities.

**Loans from Affiliates**

- Loans from Affiliates were $62.3 above Budget.
  - The reason for the increase is the interim dividend payment made in 2002.  For the Budget, the planned dividend was $75.0 versus the actual payment of $320.

**Retained Earnings**

- Retained Earnings was $241.9 below Budget.
  - This reduction is the result of the increased dividend payment made at year end 2002.

8

BIC JURIS 0920
CONFIDENTIAL
PROPRIETARY TRADE SECRETS

TXEX00090