# Exhibit 110

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS

Exhibit to the August 28, 2009 Declaration of James J. Fauci In Opposition To
Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.
Local Rule 56.1 Statement of Undisputed Material Facts
in Support of Their Motion For Summary Judgment

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | MDL No. 1456 Civil Action No. 01-12257-PBS |
| | ) ) | Subcategory No. 06-11337-PBS |
| **THIS DOCUMENT RELATES TO:** | ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Roxane, Inc., et al.,* Civil Action No. 07-1210248-PBS | ) ) ) | |

## DECLARATION OF PATRICK ORMOND

I, Patrick Ormond, do hereby declare as follows:

1.      I am employed as an auditor at the Office of the United States Attorney, District of Massachusetts.  I have been a Certified Public Accountant since 1991.  My duties regularly require me to analyze financial aspects of legal matters, including reviewing accounting records of corporations.

2.      I have personal knowledge of the matters stated herein.

3.      I have prepared a chart summarizing data showing ratios of total liabilities to total equity from 1995 through 2004 for Roxane Laboratories, Inc. (Roxane) as compared to six other pharmaceutical companies over the same time period.  I include this chart as Attachment A.  It is a true and accurate summary of data shown in Attachments C and D, as described in more detail below.

4.      The basis for the total liabilities to equity calculations as summarized in Attachment A, the reason for selecting these particular companies, and the method of collecting the data are discussed below.

5.      In the deposition of Professor Jonathan R. Macey dated May 20, 2009, Professor Macey defines capitalization as ". . . the equity of the firm.  That is to say, the amount that the firm has when the liabilities are subtracted from the firm's assets. " (May 20, 2009, Macey Dep, at 295:12-295:16.)  Professor Macey evaluated Roxane's level of capitalization by examining Roxane's balance sheets, and comparing the year-end assets to the year-end liabilities. (*Id.*, at 297:14 - 305:14.)

6.      I have reviewed various documents produced by Roxane during discovery.  A 2000 presentation entitled "Annual Discussion" identifies the companies Roxane regarded as its key competitors:  Watson/Schein, Mylan, Teva/Novopharm, Geneva, Barr, Mallinckrodt, Purepac and Dey.  (I have included the accompanying email, the face page of the presentation and the particular slide in question as Attachment B.  Bates numbers for these documents are BOEH01612209, BOEH01612210 and  BOEH01612217.)  As these companies were considered to be competitors of Roxane, I used these companies as comparables when analyzing Roxane's level of capitalization.

7.      I searched for historical financial data for each of the companies listed in Attachment B.  I was able to obtain data for most of the companies through an on-line service provided by a company called Mergent, Inc.  Mergent provides users with financial data as filed by corporations with the SEC.  The data available from Mergent included total liabilities and total equity.  I was able to confirm the data against the forms 10-K and 20-F which are filed by corporations with the Security and Exchange Commission in all cases but for the Teva figures for years 1999 and prior.  I was able to confirm the 1997 through 1999 Teva data using Teva's annual statements posted on their web-site.  For the Teva data for years 1995 and 1996, I relied

solely on the Mergent schedules.

8.      I tabulated the ratio of liabilities to equity for each of the companies for which I could obtain data.  My ratio calculations and the underlying pertinent data are accurately summarized in Attachment C.  The period covered spans fiscal years ending 1995 through 2004.

9.      For the Roxane liability and equity data in Attachment C, I relied on the balance sheets provided by Roxane and Bates stamped: BOEH04600159 at page BOEH04600166 (for the year 1995), BOEH04600197 at page BOEH04600205 (1996), BOEH04600254 at page BOEH04600262 (1997), BOEH04600302 at page BOEH04600306 (1998), BOEH04600330 at page BOEH0460335 (1999), BOEH04600392 at page BOEH04600397 (2000 & 2001), BOEH004600430 at page BOEH04600434 (2001&2002), BOEH04600613 (2003&2004).

10.     Attachment D consists of the downloaded versions of the financial information as provided by Mergent in its original form.

11.     No distinction is made in the Roxane competitor presentation (referenced in paragraph 6 above) as to the exact entity in question.  For example, the Roxane presentation mentions "Mylan," but does not indicate whether this is the publicly traded Mylan, Inc. or the privately held subsidiary of Mylan, Inc. known as Mylan Pharmaceuticals, Inc.  In all cases, I used the financial history of the most logical entity for which public records existed.

12.     The financial information used to develop the liability to equity ratios for the competitor "Mylan" is based on financial information for Mylan, Inc., ticker symbol MYL.  For the competitor "Teva/Novopharm," ratios were developed using financial data for Teva Pharmaceutical Industries Ltd., ticker symbol TEVA.  I was unable to gather information for the subsidiary of Teva called Novopharm.  Novopharm was a private entity purchased by Teva in

2000.  For the competitor "Watson/Schein," I used information for <u>Watson Pharmceuticals, Inc.</u>, ticker symbol WPI. For the Watson-associated company Schein, I used information for <u>Schein Pharmaceuticals, Inc.</u>, ticker sybol SHP.  For competitor "Barr," I used the information for <u>Barr Pharmaceuticals, Inc.</u>, ticker symbol BRL.  For competitor "Mallinckrodt," I used information for <u>Mallinckrodt, Inc.</u>, ticker symbol MKG.

     13.     I was unable to gather information for two of the eight companies, "Geneva" and "Purepac."

     14.     Geneva is a subsidiary of Sandoz which is, in turn, a subsidiary of Novartis. Geneva constitutes some unknown fraction of the parent company, Sandoz, which in turn is only a small fraction of Novartis.  Due to the lack of information about Geneva's financial condition I decided to omit it from the charts.

     15.     Purpac has little public presence other than as a name listed in on-line drug outlets.  Purpac is not listed in Hoover's nor in the Mergent files.  Purpac has not filed financial statements with the SEC.

     16.     Dey, Inc., is also identified as one of Roxane's competitors; however, its financial statements are not publically available.

     17.     Of the five competitors (six if Schein is counted separately) for which I was able to obtain data, two, Mallinckrodt and Schein, had liability-to-equity ratios exceeding 2.0 during the ten years in question.  Mallinckrodt reported financial data which resulted in ratios under 2.0 for the year 1995, 1996 and 1997.  In 1998, the ratio was 3.12, in 1999, the ratio was 2.45 and in 2000, the ratios was 2.04, after which Tyco acquired Mallinckrodt.  Schien reported financial information which resulted in ratios of 3.19, 2.82, 4.77 and 6.06 for the years 1996 through 1999,

respectively.  Watson acquired Schein following year-end 1999.

18.      Watson, Mylan and Barr all had ratios of under 1.5 for all years.  Teva had ratios of under 1.5 except in the years 2001 and 2002 when it reported ratios of 1.51 and 1.53, respectively.

19.      Roxane's total liabilities to total equity ratios were under .60 (less than 1) for the years 1995 through 2001.  In December of 2002, the ratio reached 5.85.  In 2003 it reached 3.49 and in 2004, 5.54.

I swear under the penalty of perjury that the foregoing statements are true and correct.

Patrick Ormond

Executed this____, day of August, 2009

Page 5 of 5

Attachment A



**Liability to equity ratio of Roxane and competitors**

Legend: Roxane — Mylan — Teva — Watson — Schein — Barr Pharma — Mallinckrodt

Annotations on chart: Schein; Watson acquires Schein; Tyco acquires Mallinckrodt; Mallinckrodt; 5.85; Roxane; Teva; Watson; Barr Pharma; Mylan

A. Ratio chart

Attachment B

| | |
|---|---|
| **From:** | Braunscheidel, Dianne BVL-US-B <dbraunscheidel@boehringer-ingelheim.com> |
| **Sent:** | Friday, May 25, 2001 10:56 AM |
| **To:** | Waterer, Judy ROXUS <jwaterer@col.boehringer-ingelheim.com> |
| **Subject:** | FW: Send Last Year's Annual Discussion Presentation |
| **Attach:** | for judy 501.ppt |

<<...>>

Happy Friday,

I took the slides out of the Annual Discussion and put them in a "for judy 501" folder which is attached.


Dianne Braunscheidel

Ben Venue Laboratories

dbraunscheidel@cle.boehringer-ingelheim.com

440-201-3384

440-439-6798 fax


-----Original Message-----

**From:** Waterer, Judy ROXUS

**Sent:** Friday, May 25, 2001 8:51 AM

**To:** Braunscheidel, Dianne BVL-US-B

**Cc:** Russillo, Tom BVL-US-B

**Subject:** Send Last Year's Annual Discussion Presentation

**Importance:** High


Dianne-

Tom has asked me to review last year's Annual discussion and update the appropriate slides for RLI. I do not have it. Please forward it to me at your earliest convenience. Thanks! Have a great holiday!

Judy

Confidential

BOEH01612209

BOEH0161221O

Boehringer Ingelheim

Roxane Laboratories

Confidential

BOEH01612217

# Key Competitors

| Company Name | IMS 1999 ($M) |
| --- | --- |
| Watson/Schein | 1,091 |
| Mylan | 982 |
| Teva/Novopharm | 684 |
| Geneva | 518 |
| Barr | 449 |
| Mallinckrodt | 344 |
| Purepac | 236 |
| Dey | 230 |

Confidential

Attachment C

US v. Roxane - liability and equity summary (as filed per Mergent standardized summaries)

**Roxane**

| | 12/31/2004 | 12/31/2003 | 12/31/2002 | 12/31/2001 | 12/31/2000 | 12/31/1999 | 12/31/1998 | 12/31/1997 | 12/31/1996 | 12/31/1995 |
|---|---|---|---|---|---|---|---|---|---|---|
| Scale | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands |
| Total Liabilities | 333,555 | 258,696 | 320,927 | 203,495 | 157,563 | 103,489 | 61,789 | 70,895 | 80,332 | 42,954 |
| Total Equity | 60,196 | 74,144 | 54,875 | 367,276 | 228,275 | 225,775 | 221,720 | 180,567 | 140,431 | 101,298 |
| Roxane total liabilities to equity ratio | 5.54 | 3.49 | 5.85 | 0.55 | 0.69 | 0.46 | 0.28 | 0.39 | 0.57 | 0.42 |

**Watson**

| Standardized  Annual Balance Sheet | 12/31/2004 | 12/31/2003 | 12/31/2002 | 12/31/2001 | 12/31/2000 | 12/31/1999 | 12/31/1998 | 12/31/1997 | 12/31/1996 | 12/31/1995 |
|---|---|---|---|---|---|---|---|---|---|---|
| Scale | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands |
| Total Liabilities | 1,000,534 | 1,225,254 | 865,180 | 856,284 | 1,031,929 | 384,198 | 319,565 | 189,971 | 36,885 | 33,086 |
| Total Equity | 2,243,149 | 2,057,346 | 1,798,284 | 1,672,050 | 1,547,969 | 1,054,592 | 750,478 | 565,010 | 382,712 | 289,035 |
| Watson total liabilities to equity ratio | 0.45 | 0.60 | 0.48 | 0.51 | 0.67 | 0.36 | 0.43 | 0.34 | 0.10 | 0.11 |

**Schein**

| Standardized  Annual Balance Sheet | | | | | | 12/25/1999 | 12/26/1998 | 12/27/1997 | 12/28/1996 | |
|---|---|---|---|---|---|---|---|---|---|---|
| Scale | | | | | | Thousands | Thousands | Thousands | Thousands | |
| Total Liabilities | | | | | | 346,383 | 374,511 | 394,411 | 414,332 | |
| Total Equity | | | | | | 57,118 | 78,485 | 139,715 | 129,980 | |
| Schein total liabilities to equity ratio | | | | | | 6.06 | 4.77 | 2.82 | 3.19 | |

**Mylan**

| Standardized  Annual Balance Sheet | 3/31/2005 | 3/31/2004 | 3/31/2003 | 3/31/2002 | 3/31/2001 | 3/31/2000 | 3/31/1999 | 3/31/1998 | 3/31/1997 | 3/31/1996 |
|---|---|---|---|---|---|---|---|---|---|---|
| Scale | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | | Thousands | Thousands |
| Total Liabilities | 289,737 | 215,502 | 298,891 | 214,471 | 333,437 | 137,508 | 146,756 | 103,288,000 | 117,840 | 75,568 |
| Total Equity | 1,845,936 | 1,659,788 | 1,446,332 | 1,402,239 | 1,132,536 | 1,203,722 | 1,059,905 | 744,465,000 | 659,740 | 616,441 |
| Mylan total liabilities to equity ratio | 0.16 | 0.13 | 0.21 | 0.15 | 0.29 | 0.11 | 0.14 | 0.14 | 0.18 | 0.12 |

**Teva**

| Standardized  Annual Balance Sheet | 12/31/2004 | 12/31/2003 | 12/31/2002 | 12/31/2001 | 12/31/2000 | 12/31/1999 | 12/31/1998 | 12/31/1997 | 12/31/1996 | 12/31/1995 |
|---|---|---|---|---|---|---|---|---|---|---|
| Scale | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands |
| Total Liabilities | 4,243,100 | 2,626,500 | 2,797,400 | 2,079,475 | 1,704,272 | 971,736 | 777,192 | 576,403 | 707,226 | 468,411 |
| Total Equity | 5,388,900 | 3,289,400 | 1,829,400 | 1,380,677 | 1,151,346 | 742,283 | 658,806 | 611,982 | 534,189 | 402,883 |
| Teva total liabilities to equity ratio | 0.79 | 0.80 | 1.53 | 1.51 | 1.48 | 1.31 | 1.18 | 0.94 | 1.32 | 1.16 |

**Barr**

| Standardized  Annual Balance Sheet | 6/30/2004 | 6/30/2003 | 6/30/2002 | 6/30/2001 | 6/30/2000 | 6/30/1999 | 6/30/1998 | 6/30/1997 | 6/30/1996 | 6/30/1995 |
|---|---|---|---|---|---|---|---|---|---|---|
| Scale | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands |
| Total Liabilities | 291,223 | 312,942 | 222,022 | 177,752 | 141,685 | 134,183 | 154,922 | 101,664 | 89,059 | 84,100 |
| Total Equity | 1,042,046 | 867,995 | 666,532 | 365,642 | 282,168 | 213,707 | 155,929 | 102,138 | 80,161 | 71,853 |
| Barr total liabilities to equity ratio | 0.28 | 0.36 | 0.33 | 0.49 | 0.50 | 0.63 | 0.99 | 1.00 | 1.11 | 1.17 |

**Mallinckrodt**

| Standardized  Annual Balance Sheet | | | | | 6/30/2000 | 6/30/1999 | 6/30/1998 | 6/30/1997 | 6/30/1996 | 6/30/1995 |
|---|---|---|---|---|---|---|---|---|---|---|
| Scale | | | | | Millions | Millions | Millions | Millions | Millions | Thousands |
| Total Liabilities | | | | | 2,328 | 2,597 | 2,867 | 1,737 | 2,174 | 1,549,100 |
| Total Equity | | | | | 1,141 | 1,060 | 918 | 1,251 | 1,232 | 1,171,500 |
| Mallinckrodt total liabilities to equity ratio | | | | | 2.04 | 2.45 | 3.12 | 1.39 | 1.76 | 1.32 |

*Calculation: liabilities/equity.*

C. Ratio summary as filed

Attachment D

Watson Pharmaceuticals          Inc.

| Standardized  Annual Balance Sheet | 12/31/2008 | 12/31/2007 | 12/31/2006 | 12/31/2005 | 12/31/2004 | 12/31/2003 | 12/31/2002 | 12/31/2001 | 12/31/2000 | 12/31/1999 | 12/31/1998 | 12/31/1997 | 12/31/1996 | 12/31/1995 | 12/31/1994 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Currency | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD |
| Auditor Status | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified |
| Consolidated | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Scale | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands |
| | | | | | | | | | | | | | | | |
| Cash & Equivalents | 507,578 | 204,554 | 154,171 | 467,451 | 298,653 | 553,353 | 230,155 | 193,731 | 66,194 | 102,057 | 45,728 | 82,837 | 148,231 | 92,214 | 51,498 |
| Short Term Investments | 13,202 | 11,799 | 6,649 | 162,475 | 381,679 | 20,368 | 42,649 | 135,688 | 171,452 | 13,865 | 26,923 | 32,102 | 62,817 | 26,038 | 4,999 |
| Cash & Equivs & ST Investments | 520,780 | 216,353 | 160,820 | 629,926 | 680,332 | 573,721 | 272,804 | 329,419 | 237,646 | 115,922 | 72,651 | 114,939 | 211,048 | 118,252 | 56,497 |
| Receivables (ST) | 305,009 | 267,117 | 384,692 | 333,832 | 251,459 | 211,174 | 178,563 | 173,085 | 85,703 | 180,860 | 97,227 | 70,598 | 32,710 | 33,286 | 12,498 |
| Inventories | 473,127 | 490,601 | 517,236 | 278,062 | 321,299 | 393,393 | 326,741 | 252,325 | 248,945 | 108,532 | 78,781 | 46,967 | 23,216 | 22,637 | 14,663 |
| Current Tax Assets | 111,005 | 113,633 | 112,813 | 87,596 | 90,202 | 106,640 | 77,416 | 56,703 | 86,900 | 19,815 | 29,634 | 19,399 | 9,807 | 21,115 | 2,807 |
| Assets Held for Sale (ST) | - | - | - | - | - | - | 29,362 | 45,496 | 142,067 | - | - | - | - | - | - |
| Other Current Assets | 48,496 | 86,072 | 86,115 | 31,014 | 26,894 | 38,561 | 35,895 | 32,710 | 30,084 | 9,582 | 14,962 | -5,138 | 2,816 | 2,344 | 603 |
| Total Current Assets | 1,458,417 | 1,173,776 | 1,261,676 | 1,360,430 | 1,370,186 | 1,323,489 | 920,781 | 889,738 | 831,345 | 434,711 | 293,255 | 246,765 | 279,597 | 197,634 | 87,068 |
| Gross Property Plant & Equip | 1,069,902 | 1,015,991 | 1,027,036 | 717,397 | 647,612 | 616,700 | 435,065 | 351,259 | 289,845 | 222,208 | 165,504 | 135,685 | 111,320 | 102,646 | 52,292 |
| Accumulated Depreciation | 411,437 | 327,806 | 329,621 | 281,248 | 220,235 | 191,705 | 137,728 | 116,348 | 95,358 | 83,360 | 56,368 | 47,681 | 37,726 | 32,647 | 10,663 |
| Net Property Plant & Equip | 658,465 | 688,185 | 697,415 | 436,149 | 427,377 | 424,995 | 297,337 | 234,911 | 194,487 | 138,848 | 109,136 | 88,004 | 73,594 | 69,999 | 41,627 |
| Long Term Investments | 60,105 | 50,762 | 48,699 | 37,672 | 32,006 | 31,293 | 55,155 | 59,374 | 53,127 | 40,639 | 46,232 | 123,859 | - | - | - |
| Intangible Assets | 1,428,108 | 1,480,146 | 1,669,761 | 1,107,403 | 1,368,341 | 1,456,890 | 1,335,315 | 1,268,924 | 1,444,545 | 573,743 | 474,501 | 289,129 | - | - | - |
| Deferred LT Assets | 52,262 | 61,886 | 55,348 | 25,733 | 30,280 | 27,130 | 34,596 | 21,675 | 33,387 | 25,838 | - | - | - | - | - |
| Other Assets | 20,530 | 17,272 | 27,678 | 12,646 | 15,493 | 18,803 | 20,280 | 53,712 | 23,007 | 224,971 | 146,919 | 7,224 | 66,406 | 54,488 | 1,576 |
| Total Assets | 3,677,887 | 3,472,027 | 3,760,577 | 3,080,033 | 3,243,683 | 3,282,600 | 2,663,464 | 2,528,334 | 2,579,898 | 1,438,750 | 1,070,043 | 754,981 | 419,597 | 322,121 | 130,271 |
| Accounts Payable & Accrued Exps | 381,328 | 398,154 | 516,875 | 211,160 | 192,701 | 215,388 | 169,635 | 150,675 | 191,334 | 56,487 | 63,792 | 44,423 | 20,208 | 25,215 | 11,314 |
| Accounts Payable | 148,041 | 158,267 | 199,750 | 61,152 | 61,820 | 73,490 | 86,953 | 63,425 | 72,502 | 34,464 | 33,467 | 24,824 | - | - | - |
| Accrued Expenses | 189,333 | 194,261 | 231,604 | 116,379 | 100,470 | 130,718 | 74,351 | 72,120 | 100,811 | 13,962 | 22,098 | 19,599 | - | - | - |
| Current Debt | 53,215 | 6,241 | 107,059 | - | - | - | - | 83,360 | 68,102 | 52,882 | 1,691 | 989 | 864 | 673 | 622 | 641 |
| Current Lease Obligations | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 77 |
| Other Current Liabilities | 47,452 | 40,532 | 65,995 | 34,510 | 62,928 | 123,297 | 122,470 | 26,348 | 36,224 | 71,008 | 30,000 | 54,553 | 473 | 2,985 | 0 |
| Total Current Liabilities | 481,995 | 444,927 | 689,929 | 245,670 | 255,629 | 338,685 | 375,465 | 245,125 | 280,440 | 129,186 | 94,781 | 99,840 | 21,354 | 28,822 | 12,032 |
| LT Debt & Leases | 824,678 | 899,408 | 1,124,145 | 587,935 | 587,653 | 722,535 | 331,877 | 415,703 | 483,272 | 149,503 | 149,872 | 2,385 | 2,904 | 3,577 | 5,059 |
| Deferred LT Liabilities | 204,379 | 218,275 | 261,946 | 139,683 | 152,516 | 154,393 | 151,890 | 186,145 | 255,968 | 87,060 | 54,512 | 36,887 | 12,226 | - | 2,211 |
| Minority Interests | - | - | - | - | - | - | - | - | - | 400 | 400 | 859 | 401 | - | - |
| Other Liabilities | 58,250 | 59,952 | 4,169 | 2,504 | 4,736 | 9,641 | 5,948 | 9,311 | 12,249 | 18,049 | 20,000 | 50,000 | 0 | 687 | 0 |
| Total Liabilities | 1,569,302 | 1,622,562 | 2,080,189 | 975,792 | 1,000,534 | 1,225,254 | 865,180 | 856,284 | 1,031,929 | 384,198 | 319,565 | 189,971 | 36,885 | 33,086 | 19,302 |
| Common Share Capital | 376 | 373 | 369 | 367 | 362 | 357 | 353 | 351 | 348 | 317 | 295 | 290 | 122 | 120 | 56 |
| Additional Paid-In Capital | 995,920 | 968,739 | 937,308 | 923,619 | 880,202 | 841,007 | 797,097 | 790,742 | 758,760 | 397,705 | 293,672 | 256,682 | 159,392 | 146,439 | 72,299 |
| Retained Earnings | 1,418,116 | 1,179,737 | 1,041,638 | 1,485,100 | 1,353,047 | 1,201,714 | 998,850 | 823,054 | 706,693 | 549,000 | 395,866 | 308,062 | 223,198 | 143,332 | 38,613 |
| Accum Other Comprehensive Income | -3,166 | 2,392 | 1,073 | 4,481 | 9,538 | 14,268 | 1,984 | 57,903 | 82,168 | 107,530 | 60,645 | - | - | - | - |
| Other Equity | -605,322 | -603,552 | -600,000 | -609,326 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | -24 | 0 | -856 | 1 |
| Total Equity | 2,108,585 | 1,849,465 | 1,680,388 | 2,104,241 | 2,243,149 | 2,057,346 | 1,798,284 | 1,672,050 | 1,547,969 | 1,054,552 | 750,478 | 565,010 | 382,712 | 289,035 | 110,969 |
| Total Liabilities & Equity | 3,677,887 | 3,472,027 | 3,760,577 | 3,080,033 | 3,243,683 | 3,282,600 | 2,663,464 | 2,528,334 | 2,579,898 | 1,438,750 | 1,070,043 | 754,981 | 419,597 | 322,121 | 130,271 |

Schein Pharmaceutical, Inc.

| Standardized  Annual Balance Sheet | 12/25/1999 | 12/26/1998 | 12/27/1997 | 12/28/1996 |
|---|---|---|---|---|
| Currency | USD | USD | USD | USD |
| Auditor Status | Not Qualified | Not Qualified | Not Qualified | Not Qualified |
| Consolidated | No | No | No | No |
| Scale | Thousands | Thousands | Thousands | Thousands |
| | | | | |
| Cash & Equivalents | 3,821 | 377 | 804 | 2,139 |
| Cash & Equivs & ST Investments | 3,821 | 377 | 804 | 2,139 |
| Receivables (ST) | 61,828 | 82,498 | 88,781 | 72,261 |
| Inventories | 128,726 | 106,351 | 119,142 | 131,265 |
| Current Tax Assets | 9,253 | 24,738 | 3,831 | 4,070 |
| Other Current Assets | 20,567 | 6,046 | 10,204 | 9,354 |
| Total Current Assets | 224,195 | 220,010 | 222,762 | 219,089 |
| Gross Property Plant & Equip | 177,052 | 187,811 | 182,882 | 168,879 |
| Accumulated Depreciation | 76,322 | 75,587 | 72,450 | 61,139 |
| Net Property Plant & Equip | 100,730 | 112,224 | 110,432 | 107,740 |
| Intangible Assets | 51,557 | 107,769 | 184,930 | 195,380 |
| Other Assets | 27,019 | 12,993 | 16,002 | 22,103 |
| Total Assets | 403,501 | 452,996 | 534,126 | 544,312 |
| Accounts Payable & Accrued Exps | 104,872 | 99,122 | 81,478 | 72,247 |
| Accounts Payable | | | 36,453 | 31,492 |
| Accrued Expenses | | | 45,025 | 40,755 |
| Current Debt | 128,631 | 103,975 | 56,440 | 41,090 |
| Other Current Liabilities | 7,511 | 8,626 | 11,595 | 6,641 |
| Total Current Liabilities | 241,014 | 211,723 | 149,513 | 119,978 |
| LT Debt & Leases | 92,738 | 124,482 | 198,705 | 245,390 |
| Deferred LT Liabilities | 6,780 | 29,719 | 37,080 | 40,166 |
| Other Liabilities | 5,851 | 8,587 | 9,113 | 8,798 |
| Total Liabilities | 346,383 | 374,511 | 394,411 | 414,332 |
| Common Share Capital | 329 | 325 | 287 | 287 |
| Additional Paid-In Capital | 101,357 | 97,176 | 38,494 | 38,592 |
| Retained Earnings | -52,931 | -18,543 | 99,483 | 88,381 |
| Other Equity | 8,363 | -473 | 1,451 | 2,720 |
| Total Equity | 57,118 | 78,485 | 139,715 | 129,980 |
| Total Liabilities & Equity | 403,501 | 452,996 | 534,126 | 544,312 |

Mylan Inc

| Standardized  Annual Balance Sheet | 12/31/2008 | 12/31/2007 | 3/31/2007 | 3/31/2006 | 3/31/2005 | 3/31/2004 | 3/31/2003 | 3/31/2002 | 3/31/2001 | 3/31/2000 | 3/31/1999 | 3/31/1998 | 3/31/1997 | 3/31/1996 | 3/31/1995 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Currency | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD |
| Auditor Status | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified |
| Consolidated | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Scale | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | - | Thousands | Thousands | Thousands |
| | | | | | | | | | | | | | | | |
| Cash & Equivalents | 557,147 | 484,202 | 1,252,365 | 150,124 | 137,733 | 101,713 | 258,902 | 160,790 | 229,183 | 203,493 | 189,849 | 103,756,000 | 126,156 | 176,980 | 127,280 |
| Short Term Investments | 42,260 | 91,361 | 174,207 | 368,003 | 670,348 | 585,445 | 427,904 | 456,266 | 55,715 | 99,557 | 69,872 | 20,967,000 | 13,876 | 12,460 | 52,575 |
| Cash & Equivs & ST Investments | 599,407 | 575,563 | 1,426,572 | 518,127 | 808,081 | 687,158 | 686,806 | 617,056 | 284,898 | 303,050 | 259,721 | 124,723,000 | 140,032 | 189,440 | 179,855 |
| Receivables (ST) | 1,164,613 | 1,132,121 | 350,294 | 242,193 | 297,334 | 191,094 | 187,587 | 145,491 | 232,599 | 197,760 | 148,896 | 136,864,000 | 115,303 | 71,997 | 58,343 |
| Inventories | 1,065,990 | 1,063,840 | 429,111 | 279,008 | 286,267 | 320,797 | 237,777 | 195,074 | 161,810 | 145,869 | 136,493 | 146,041,000 | 100,890 | 100,616 | 78,205 |
| Current Tax Assets | 199,278 | 192,113 | 145,343 | 137,672 | 119,327 | 78,477 | 104,173 | 92,642 | 59,474 | 30,792 | 18,199 | 7,845,000 | 13,532 | 11,560 | 10,545 |
| Other Current Assets | 145,385 | 95,664 | 60,724 | 14,900 | 17,443 | 40,315 | 11,868 | 11,819 | 140,443 | 9,275 | 19,650 | 14,625,000 | 9,263 | 5,715 | 4,435 |
| Total Current Assets | 3,174,673 | 3,059,301 | 2,412,044 | 1,191,900 | 1,528,452 | 1,317,841 | 1,228,211 | 1,062,082 | 879,224 | 686,746 | 582,959 | 430,098,000 | 379,020 | 379,328 | 331,383 |
| Gross Property Plant & Equip | 1,757,596 | 1,751,943 | 940,646 | 617,613 | 525,286 | 437,462 | 332,891 | 302,213 | 292,073 | 273,581 | 244,793 | 226,319,000 | 197,466 | 173,445 | 132,599 |
| Accumulated Depreciation | 693,600 | 649,011 | 253,907 | 210,738 | 188,567 | 164,411 | 154,561 | 135,682 | 123,677 | 105,581 | 90,157 | 74,907,000 | 61,637 | 51,652 | 40,300 |
| Net Property Plant & Equip | 1,063,996 | 1,102,932 | 686,739 | 406,875 | 336,719 | 273,051 | 178,330 | 166,531 | 168,396 | 168,000 | 154,636 | 151,412,000 | 135,829 | 121,793 | 92,299 |
| Long Term Investments | - | - | 52,907 | 462 | - | 871 | 18,024 | 22,720 | 27,621 | 29,461 | 34,114 | 50,695,000 | 48,781 | 47,140 | 44,013 |
| Intangible Assets | 5,614,741 | 6,834,677 | 965,522 | 208,174 | 223,072 | 237,180 | 252,837 | 272,511 | 296,181 | 332,142 | 336,003 | 128,745,000 | 137,062 | 74,601 | 28,518 |
| Deferred LT Assets | 16,493 | 18,703 | 72,580 | 12,813 | - | - | - | - | - | - | - | - | - | - | 1,043 |
| Other Assets | 539,956 | 337,563 | 64,075 | 50,302 | 47,430 | 46,347 | 67,821 | 92,866 | 94,551 | 124,881 | 98,949 | 86,803,000 | 76,888 | 69,147 | 48,945 |
| Total Assets | 10,409,859 | 11,353,176 | 4,253,867 | 1,870,526 | 2,135,673 | 1,875,290 | 1,745,223 | 1,616,710 | 1,465,973 | 1,341,230 | 1,206,661 | 847,753,000 | 777,580 | 692,009 | 546,201 |
| Accounts Payable & Accrued Exps | 1,075,152 | 643,873 | 326,026 | 213,555 | 188,809 | 117,752 | 157,980 | 96,506 | 91,174 | 64,871 | 74,170 | 54,384,000 | 22,932 | 18,914 | 14,442 |
| Accounts Payable | 585,711 | 643,873 | 160,286 | 76,859 | 78,114 | 40,639 | 66,017 | 36,534 | 48,928 | 17,981 | 12,142 | 15,957,000 | 18,039 | 14,039 | 10,466 |
| Accrued Expenses | 489,441 | - | 165,740 | 136,696 | 110,695 | 77,113 | 91,963 | 59,972 | 42,246 | 46,890 | 62,028 | 38,427,000 | 4,893 | 4,875 | 3,976 |
| Other Current Liabilities | 469,498 | 1,358,478 | 374,509 | 51,695 | 56,698 | 56,016 | 107,791 | 78,641 | 200,013 | 22,899 | 22,191 | 16,962,000 | 55,814 | 29,681 | 41,909 |
| Total Current Liabilities | 1,544,650 | 2,002,351 | 700,535 | 265,250 | 245,507 | 173,768 | 265,771 | 175,147 | 291,187 | 87,770 | 96,361 | 71,346,000 | 78,746 | 48,595 | 56,351 |
| LT Debt & Leases | 5,165,419 | 4,706,716 | 1,654,932 | 685,188 | - | - | - | - | - | - | - | - | - | - | - |
| Pensions & OPEB | - | - | 6,362 | 3,168 | 3,374 | 2,974 | 2,901 | - | - | - | - | - | - | - | - |
| Deferred LT Liabilities | 563,142 | 999,686 | 176,573 | 110,002 | 24,905 | 22,604 | 13,177 | 19,418 | 24,750 | 19,108 | 23,568 | 5,724,000 | 6,501 | 8,971 | - |
| Minority Interests | 29,108 | 34,325 | 43,207 | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Liabilities | 404,031 | 206,672 | 23,398 | 19,267 | 15,951 | 16,156 | 17,042 | 19,906 | 17,500 | 30,630 | 26,827 | 26,218,000 | 32,593 | 18,002 | 7,122 |
| Total Liabilities | 7,706,350 | 7,949,750 | 2,605,007 | 1,082,875 | 289,737 | 215,502 | 298,891 | 214,471 | 333,437 | 137,508 | 146,756 | 103,288,000 | 117,840 | 75,568 | 63,473 |
| Common Share Capital | 197,684 | 197,630 | 169,681 | 154,575 | 152,217 | 151,777 | 100,301 | 66,100 | 65,345 | 65,139 | 64,984 | 61,525,000 | 61,407 | 61,262 | 39,986 |
| Preferred Share Capital | 1,070 | 1,070 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Additional Paid-In Capital | 3,873,743 | 3,785,729 | 962,746 | 418,954 | 354,172 | 338,143 | 354,501 | 349,719 | 322,987 | 316,393 | 311,995 | 92,405,000 | 89,262 | 85,996 | 57,577 |
| Retained Earnings | 594,352 | 922,857 | 2,103,282 | 1,939,045 | 1,808,802 | 1,637,497 | 1,330,933 | 1,080,736 | 840,741 | 823,570 | 690,000 | 594,847,000 | 513,750 | 470,136 | 386,212 |
| Accum Other Comprehensive Income | -380,802 | 83,044 | 1,544 | 2,450 | 870 | 2,496 | 3,718 | 7,920 | 2,983 | 6,936 | 1,105 | 1,570,000 | -947 | 1,575 | 1,374 |
| Other Equity | -3,165,076 | -3,173,808 | -3,176,786 | -3,454,746 | -940,250 | -940,250 | -686,242 | -204,472 | -199,040 | -16,632 | -16,364 | -11,764,000 | -7,464 | -5,056 | -4,842 |
| Total Equity | 2,703,509 | 3,403,426 | 1,648,860 | 787,651 | 1,845,936 | 1,659,788 | 1,446,332 | 1,402,239 | 1,132,536 | 1,203,722 | 1,059,905 | 744,465,000 | 659,740 | 616,441 | 482,728 |
| Total Liabilities & Equity | 10,409,859 | 11,353,176 | 4,253,867 | 1,870,526 | 2,135,673 | 1,875,290 | 1,745,223 | 1,616,710 | 1,465,973 | 1,341,230 | 1,206,661 | 847,753,000 | 777,580 | 692,009 | 546,201 |

Mylan financial data per Mergent

Teva Pharmaceutical Industries Ltd

| Standardized  Annual Balance Sheet | 12/31/2008 | 12/31/2007 | 12/31/2006 | 12/31/2005 | 12/31/2004 | 12/31/2003 | 12/31/2002 | 12/31/2001 | 12/31/2000 | 12/31/1999 | 12/31/1998 | 12/31/1997 | 12/31/1996 | 12/31/1995 | 12/31/1994 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Currency | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD |
| Auditor Status | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified |
| Consolidated | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Scale | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands |
| | | | | | | | | | | | | | | | |
| Cash & Equivalents | 1,854,000 | 1,488,000 | 1,332,000 | 1,275,600 | 784,100 | 1,057,300 | 809,900 | 768,918 | 420,634 | 77,177 | 47,074 | 50,942 | 61,178 | 63,396 | 42,350 |
| Short Term Investments | 53,000 | 1,387,000 | 712,000 | 935,500 | 256,800 | 322,100 | 235,700 | 21,227 | 3,901 | 17,226 | 2,148 | 7,660 | 8,002 | 10,273 | 8,280 |
| Cash & Equivs & ST Investments | 1,907,000 | 2,875,000 | 2,044,000 | 2,211,100 | 1,040,900 | 1,379,400 | 1,045,600 | 790,145 | 424,535 | 94,403 | 49,222 | 58,602 | 69,180 | 73,669 | 50,630 |
| Receivables (ST) | 4,653,000 | 3,546,000 | 2,922,000 | 1,768,700 | 1,874,300 | 1,332,400 | 1,074,700 | 817,591 | 680,818 | 464,602 | 373,774 | 307,677 | 328,069 | 204,169 | 193,838 |
| Inventories | 3,396,000 | 2,440,000 | 1,879,000 | 1,114,200 | 1,286,300 | 1,004,600 | 781,100 | 570,148 | 503,493 | 351,478 | 353,249 | 302,472 | 328,625 | 188,661 | 155,149 |
| Other Current Assets | 1,470,000 | 998,000 | 795,000 | 411,300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Current Assets | 11,426,000 | 9,859,000 | 7,640,000 | 5,505,300 | 4,201,500 | 3,716,400 | 2,901,400 | 2,177,884 | 1,608,846 | 910,483 | 776,245 | 668,751 | 725,874 | 466,499 | 399,617 |
| Gross Property Plant & Equip | 5,243,000 | 3,912,000 | 3,303,000 | 2,238,400 | 2,042,700 | 1,436,300 | 1,208,300 | 1,034,302 | 968,500 | 856,493 | 754,638 | 672,416 | 647,952 | 423,549 | 304,242 |
| Accumulated Depreciation | 1,544,000 | 1,397,000 | 1,110,000 | 877,500 | 764,500 | 608,900 | 532,900 | 480,165 | 434,360 | 377,957 | 299,656 | 255,143 | 234,246 | 131,968 | 111,694 |
| Net Property Plant & Equip | 3,699,000 | 2,515,000 | 2,193,000 | 1,360,900 | 1,278,200 | 827,400 | 675,400 | 554,137 | 534,140 | 478,536 | 454,982 | 417,273 | 413,706 | 291,581 | 192,548 |
| Intangible Assets | 16,878,000 | 10,326,000 | 10,025,000 | 2,462,000 | 2,572,400 | 647,500 | 560,300 | 586,216 | 612,578 | 293,319 | 172,205 | 81,616 | 85,075 | 65,324 | 56,871 |
| Other Assets | 901,000 | 712,000 | 613,000 | 1,059,200 | 1,579,900 | 724,600 | 489,700 | 141,915 | 100,054 | 31,681 | 32,566 | 20,745 | 16,760 | 47,890 | 26,947 |
| Total Assets | 32,904,000 | 23,412,000 | 20,471,000 | 10,387,400 | 9,632,000 | 5,915,900 | 4,626,800 | 3,460,152 | 2,855,618 | 1,714,019 | 1,435,998 | 1,188,385 | 1,241,415 | 871,294 | 675,983 |
| Accounts Payable & Accrued Exps | 2,244,000 | 1,383,000 | 3,329,000 | 1,884,600 | 1,643,500 | 1,050,700 | 785,700 | 531,598 | 442,233 | 261,313 | 213,111 | 187,737 | 180,480 | 151,331 | 101,560 |
| Accounts Payable | - | 1,383,000 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Accrued Expenses | - | - | - | - | - | - | - | - | - | 6,806 | 4,554 | 5,354 | - | - | - |
| Current Debt | 2,906,000 | 1,841,000 | 742,000 | 375,500 | 560,400 | 644,200 | 738,500 | 206,523 | 341,522 | 276,259 | 324,534 | 239,829 | 341,228 | 250,376 | 138,275 |
| Other Current Liabilities | 3,331,000 | 2,147,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Current Liabilities | 8,481,000 | 5,371,000 | 4,071,000 | 2,260,100 | 2,203,900 | 1,694,900 | 1,524,200 | 738,121 | 783,755 | 537,572 | 537,645 | 427,566 | 521,708 | 401,707 | 239,835 |
| LT Debt & Leases | 1,883,000 | 1,433,000 | 2,458,000 | 1,313,900 | 1,513,400 | 449,900 | 810,000 | 910,000 | 550,000 | - | - | - | - | - | - |
| Deferred LT Liabilities | 1,723,000 | 459,000 | 486,000 | 219,300 | 212,300 | 34,600 | 43,700 | 39,032 | 64,866 | 31,687 | 33,172 | 13,751 | 14,498 | 11,052 | 9,105 |
| Minority Interests | 60,000 | 36,000 | 35,000 | 8,000 | 10,900 | 6,700 | 4,900 | 2,164 | 1,637 | 17 | 781 | 783 | 1,002 | 4,679 | 357 |
| Other Liabilities | 4,457,000 | 2,389,000 | 2,279,000 | 543,800 | 302,600 | 440,400 | 414,600 | 390,158 | 304,014 | 402,460 | 205,594 | 134,303 | 170,018 | 50,973 | 84,649 |
| Total Liabilities | 16,604,000 | 9,688,000 | 9,329,000 | 4,345,100 | 4,243,100 | 2,626,500 | 2,797,400 | 2,079,475 | 1,704,272 | 971,736 | 777,192 | 576,403 | 707,226 | 468,411 | 333,946 |
| Common Share Capital | 48,000 | 46,000 | 46,000 | 42,600 | 42,100 | 34,300 | 33,900 | 31,034 | 31,030 | 183,624 | 175,432 | 173,145 | 170,219 | 122,173 | 121,469 |
| Additional Paid-In Capital | 11,498,000 | 8,254,000 | 7,887,000 | 3,389,400 | 3,035,000 | 1,159,300 | 481,500 | 480,522 | 476,192 | -19,696 | -3,655 | -2,426 | 3,397 | 9,129 | 10,483 |
| Retained Earnings | 5,288,000 | 5,041,000 | 3,398,000 | 3,081,600 | 2,171,400 | 1,960,300 | 1,345,700 | 970,425 | 728,339 | 603,964 | 506,149 | 456,655 | 376,433 | 282,593 | 217,330 |
| Accum Other Comprehensive Income | 390,000 | 1,365,000 | 651,000 | 145,600 | 377,800 | 184,000 | 17,300 | -58,456 | -52,552 | - | - | - | - | - | - |
| Other Equity | -1,848,000 | -1,964,000 | -1,660,000 | -1,234,400 | -474,800 | -97,000 | -97,900 | -85,450 | -62,647 | -51,218 | -38,240 | -30,784 | -31,720 | -22,024 | -14,490 |
| Total Equity | 16,300,000 | 13,724,000 | 11,142,000 | 6,042,300 | 5,388,900 | 3,289,400 | 1,829,400 | 1,380,677 | 1,151,346 | 742,283 | 658,806 | 611,982 | 534,189 | 402,883 | 342,037 |
| Total Liabilities & Equity | 32,904,000 | 23,412,000 | 20,471,000 | 10,387,400 | 9,632,000 | 5,915,900 | 4,626,800 | 3,460,152 | 2,855,618 | 1,714,019 | 1,435,998 | 1,188,385 | 1,241,415 | 871,294 | 675,983 |

Barr Pharmaceuticals Inc

| Standardized Annual Balance Sheet | 12/31/2007 | 12/31/2006 | 6/30/2006 | 6/30/2005 | 6/30/2004 | 6/30/2003 | 6/30/2002 | 6/30/2001 | 6/30/2000 | 6/30/1999 | 6/30/1998 | 6/30/1997 | 6/30/1996 | 6/30/1995 | 6/30/1994 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Currency | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD |
| Auditor Status | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified |
| Consolidated | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Scale | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands | Thousands |
| | | | | | | | | | | | | | | | |
| Cash & Equivalents | 246,492 | 231,975 | 24,422 | 115,793 | 419,878 | 367,142 | 331,257 | 222,339 | 155,922 | 94,867 | 72,956 | 31,923 | 44,893 | 52,987 | 36,499 |
| Short Term Investments | 288,001 | 673,762 | 577,482 | 527,462 | 32,376 | 29,400 | - | - | 96 | 8,127 | 7,320 | - | - | - | - |
| Cash & Equivs & ST Investments | 534,493 | 905,737 | 601,904 | 643,255 | 452,254 | 396,542 | 331,257 | 222,339 | 156,018 | 102,994 | 80,276 | 31,923 | 44,893 | 52,987 | 36,499 |
| Receivables (ST) | 582,684 | 611,283 | 276,261 | 174,010 | 214,738 | 252,788 | 126,398 | 93,322 | 78,480 | 65,977 | 61,427 | 35,232 | 32,065 | 27,307 | 21,633 |
| Inventories | 501,207 | 452,411 | 134,266 | 137,638 | 150,252 | 163,926 | 151,133 | 115,615 | 79,482 | 77,613 | 74,377 | 56,216 | 42,396 | 35,890 | 29,350 |
| Current Tax Assets | 74,183 | 82,597 | 25,680 | 30,224 | 46,077 | 27,375 | 18,208 | 2,716 | - | - | - | 3,160 | 2,771 | 3,601 | 3,578 |
| Other Current Assets | 57,618 | 35,971 | 70,871 | 8,229 | 14,925 | 6,873 | 10,672 | 2,782 | 1,428 | 1,556 | 806 | 568 | 648 | 678 | 643 |
| Total Current Assets | 1,750,185 | 2,087,999 | 1,108,982 | 993,356 | 878,246 | 847,504 | 637,668 | 436,774 | 315,408 | 248,140 | 216,886 | 127,099 | 122,773 | 120,463 | 91,703 |
| Gross Property Plant & Equip | 1,440,994 | 1,206,986 | 439,622 | 379,102 | 343,478 | 323,830 | 252,941 | 159,353 | 146,122 | 139,488 | 129,063 | 109,795 | 75,628 | 60,366 | 54,598 |
| Accumulated Depreciation | 325,090 | 196,787 | 163,662 | 129,617 | 106,647 | 100,314 | 87,419 | 56,770 | 50,826 | 45,724 | 38,414 | 33,867 | 29,889 | 25,567 | 21,471 |
| Net Property Plant & Equip | 1,115,904 | 1,010,199 | 275,960 | 249,485 | 236,831 | 223,516 | 165,522 | 102,583 | 95,296 | 93,764 | 90,649 | 75,928 | 45,739 | 34,799 | 33,127 |
| Long Term Investments | 16,542 | 8,946 | 18,132 | 53,793 | 89,143 | 15,055 | 15,502 | - | - | - | - | - | - | - | - |
| Intangible Assets | 1,769,377 | 1,750,619 | 465,178 | 116,341 | 83,108 | 60,067 | 39,763 | - | - | - | - | - | - | - | - |
| Deferred LT Assets | 39,808 | 40,250 | 30,204 | 60,504 | 35,016 | 5,589 | 23,117 | - | - | - | - | - | - | - | - |
| Other Assets | 69,811 | 63,849 | 22,963 | 9,367 | 10,925 | 29,206 | 6,982 | 4,037 | 13,149 | 5,986 | 3,316 | 775 | 708 | 691 | 1,077 |
| Total Assets | 4,761,627 | 4,961,862 | 1,921,419 | 1,482,846 | 1,333,269 | 1,180,937 | 888,554 | 543,394 | 423,853 | 347,890 | 310,851 | 203,802 | 169,220 | 155,953 | 125,907 |
| Accounts Payable & Accrued Exps | 442,193 | 439,823 | 169,167 | 194,171 | 179,059 | 254,961 | 162,317 | 138,201 | 105,608 | 98,100 | 112,781 | 78,759 | 64,869 | 60,807 | 37,547 |
| Accounts Payable | 152,099 | 156,122 | 69,954 | 49,743 | 61,089 | 188,852 | 110,879 | 120,921 | 94,529 | 88,982 | 103,321 | 72,685 | 58,537 | 55,355 | 32,735 |
| Accrued Expenses | 290,094 | 283,701 | 99,213 | 144,428 | 117,970 | 66,109 | 51,438 | 17,280 | 11,079 | 9,118 | 9,460 | 6,074 | 6,332 | 5,452 | 4,812 |
| Current Debt | 298,065 | 742,445 | 8,816 | 5,446 | 8,447 | 7,029 | 3,642 | 3,185 | 1,924 | 2,165 | 4,467 | 4,139 | 3,815 | 43 | - |
| Current Lease Obligations | - | - | - | - | - | 1,481 | 1,695 | - | - | - | - | - | - | - | - |
| Other Current Liabilities | 39,073 | 29,625 | 9,336 | 13,353 | 20,139 | 11,316 | 9,801 | 10,174 | 4,984 | 1,012 | 4,357 | 2,394 | 1,104 | 1,249 | 929 |
| Total Current Liabilities | 779,331 | 1,211,893 | 187,319 | 212,970 | 207,645 | 274,787 | 177,455 | 151,560 | 112,516 | 101,277 | 121,605 | 85,292 | 69,788 | 62,099 | 38,476 |
| LT Debt & Leases | 1,781,692 | 1,937,215 | 7,431 | 15,493 | 32,355 | 34,027 | 42,634 | 24,899 | 28,084 | 30,008 | 32,174 | 14,941 | 17,709 | 20,371 | 30,433 |
| Deferred LT Liabilities | 193,039 | 221,895 | - | - | - | - | - | - | 566 | 2,771 | 981 | 1,230 | 1,324 | 1,377 | 1,761 |
| Minority Interests | 38,154 | 41,098 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Liabilities | 103,090 | 84,533 | 35,713 | 20,413 | 51,223 | 4,128 | 1,933 | 1,293 | 519 | 127 | 162 | 201 | 238 | 253 | 253 |
| Total Liabilities | 2,895,306 | 3,496,634 | 230,463 | 248,876 | 291,223 | 312,942 | 222,022 | 177,752 | 141,685 | 134,183 | 154,922 | 101,664 | 89,059 | 84,100 | 70,923 |
| Common Share Capital | 1,108 | 1,095 | 1,092 | 1,063 | 1,049 | 671 | 438 | 356 | 350 | 229 | 224 | 214 | 141 | 93 | 88 |
| Additional Paid-In Capital | 681,689 | 610,232 | 574,785 | 454,489 | 377,024 | 326,001 | 291,637 | 120,606 | 99,881 | 76,903 | 68,064 | 46,061 | 43,526 | 42,230 | 31,591 |
| Retained Earnings | 1,006,341 | 877,991 | 1,216,146 | 879,669 | 664,681 | 542,210 | 375,066 | 244,356 | 180,034 | 137,846 | 88,596 | 55,876 | 36,507 | 29,543 | 23,318 |
| Accum Other Comprehensive Income | 277,873 | 76,600 | -377 | -561 | - | -179 | 99 | 337 | 1,916 | -1,258 | -942 | - | - | - | - |
| Other Equity | -201,380 | -201,380 | -201,380 | -201,380 | -1,416 | -1,416 | -1,416 | -26 | -26 | -26 | -26 | -26 | -26 | -26 | -26 |
| Total Equity | 1,866,321 | 1,465,228 | 1,690,956 | 1,233,970 | 1,042,046 | 867,995 | 666,532 | 365,642 | 282,168 | 213,707 | 155,929 | 102,138 | 80,161 | 71,853 | 54,984 |
| Total Liabilities & Equity | 4,761,627 | 4,961,862 | 1,921,419 | 1,482,846 | 1,333,269 | 1,180,937 | 888,554 | 543,394 | 423,853 | 347,890 | 310,851 | 203,802 | 169,220 | 155,953 | 125,907 |

Mallinckrodt Inc.

| Standardized Annual Balance Sheet | 6/30/2000 | 6/30/1999 | 6/30/1998 | 6/30/1997 | 6/30/1996 | 6/30/1995 | 6/30/1994 | 6/30/1993 | 6/30/1992 | 6/30/1991 | 6/30/1990 | 6/30/1989 | 6/30/1988 | 6/30/1987 | 6/30/1986 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Currency | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD | USD |
| Auditor Status | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified | Not Qualified |
| Consolidated | No | No | No | No | No | No | No | No | No | No | No | No | No | No | No |
| Scale | Millions | Millions | Millions | Millions | Millions | Thousands | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions | Millions |
| | | | | | | | | | | | | | | | |
| Cash & Equivalents | 25.9 | 32.7 | 55.5 | 808.5 | 546.2 | 61,700 | 87.9 | 51.3 | 68.1 | 361.6 | 131.8 | 444.3 | 214.7 | 95.5 | 114.1 |
| Cash & Equivs & ST Investments | 25.9 | 32.7 | 55.5 | 808.5 | 546.2 | 61,700 | 87.9 | 51.3 | 68.1 | 361.6 | 131.8 | 444.3 | 214.7 | 95.5 | 114.1 |
| Receivables (ST) | 487.8 | 490.9 | 486.3 | 356 | 453.9 | 414,500 | 343.6 | 371.3 | 320.6 | 272.5 | 252.2 | 158.6 | 200.1 | 237.5 | 206.7 |
| Inventories | 447.1 | 530.3 | 470 | 315.9 | 470.2 | 433,800 | 376.9 | 353.4 | 361.1 | 314.4 | 294.6 | 209.4 | 188.6 | 321.2 | 319 |
| Current Tax Assets | 93.8 | 54.7 | 95.2 | 36.8 | 42.9 | 53,100 | 77.6 | 21.3 | - | | | | | | |
| Prepayments (ST) | - | - | - | - | - | - | - | - | - | - | - | - | 9.8 | 11.3 | 10.8 |
| Other Current Assets | 79.7 | 61.3 | 66.3 | 99.6 | 57.7 | 57,000 | 46 | 39.2 | 53.7 | 183.2 | 46.5 | 40.4 | 214.3 | 0 | 117.5 |
| Total Current Assets | 1,134.30 | 1,169.90 | 1,173.30 | 1,616.80 | 1,570.90 | 1,020,100 | 932 | 836.5 | 803.5 | 1,131.70 | 725.1 | 852.7 | 827.5 | 665.5 | 768.1 |
| Gross Property Plant & Equip | 1,531.60 | 1,459 | 1,411.50 | 1,330.10 | 1,581 | 1,540,500 | 1,396 | 1,192.90 | 1,054.60 | 944.5 | 846.7 | 691.2 | 627.4 | 2,292.50 | 2,170.70 |
| Accumulated Depreciation | 678.3 | 588.3 | 516.6 | 502.2 | 544.6 | 534,900 | 532.8 | 494 | 362.5 | 314.3 | 260.9 | 211 | 181.6 | 1,015.30 | 918.7 |
| Net Property Plant & Equip | 853.3 | 870.7 | 894.9 | 827.9 | 1,036.40 | 1,005,600 | 863.2 | 698.9 | 692.1 | 630.2 | 585.8 | 480.2 | 445.8 | 1,277.20 | 1,252 |
| Long Term Investments | - | - | - | - | - | - | - | - | - | - | - | 345.2 | 266.2 | - | - |
| Intangible Assets | 1,370.80 | 1,545.30 | 1,545.90 | 416.2 | 647.5 | 528,700 | 489.3 | 466.9 | 378.5 | 365.8 | 380.1 | 218.6 | 204.9 | 191.8 | 201.9 |
| Deferred LT Assets | 9.1 | 4.3 | 4.6 | 0.8 | 1.1 | 700 | 2 | 42.7 | - | | | | | | |
| Discontinued Ops (LT Asset) | - | - | 12.4 | - | | | | | | | | 313.9 | - | - | - |
| Other Assets | 101.4 | 67.2 | 154.5 | 126 | 150 | 165,500 | 147 | 132.6 | 176.7 | 122.5 | 126 | 74.9 | 49.4 | 299.7 | 205.1 |
| Total Assets | 3,468.90 | 3,657.40 | 3,785.60 | 2,987.70 | 3,405.90 | 2,720,600 | 2,433.50 | 2,177.60 | 2,050.80 | 2,250.20 | 2,130.90 | 1,971.60 | 1,793.80 | 2,434.20 | 2,427.10 |
| Accounts Payable | | 221.2 | 215 | 169.3 | 194.6 | 191,000 | 139.4 | 117.6 | 136.2 | 125.4 | 115 | 76.6 | 88.7 | 161.8 | 132.9 |
| Accrued Expenses | 366.5 | 459.5 | 532 | 396.1 | 314.8 | 349,400 | 356 | 311.9 | 185.9 | 235.3 | 199.6 | 97.5 | 128 | 128.1 | 122.3 |
| Current Debt | | | | | | | | | | | | | | 99.5 | 38.2 |
| Other Current Liabilities | 697.4 | 462.3 | 435.1 | 88.3 | 702.4 | 207,900 | 175.3 | 203.3 | 129.8 | 362 | 99.4 | 84 | 80.9 | 70.2 | 43.7 |
| Total Current Liabilities | 1,063.90 | 1,143 | 1,182.10 | 653.7 | 1,211.80 | 748,300 | 670.7 | 632.8 | 451.9 | 722.7 | 414 | 258.1 | 297.6 | 459.6 | 337.1 |
| LT Debt & Leases | 540.9 | 742.5 | 944.5 | 545.2 | 575.8 | 501,500 | 522 | 427.6 | 263.9 | 327.5 | 753.8 | 711.8 | 358.3 | 732.2 | 922.6 |
| Pensions & OPEB | 166.1 | 166.5 | 169.2 | 161.9 | 156 | 142,700 | 124.7 | 121 | 14 | - | - | - | - | 29.7 | 28.7 |
| Deferred LT Liabilities | 391.1 | 363 | 396.2 | 248.7 | 97.9 | 76,800 | 36.6 | 25.5 | 41.7 | 48 | 52.9 | 42.8 | 29.4 | 24.9 | 38.2 |
| Other Liabilities | 166.1 | 182 | 175.2 | 127 | 132.2 | 79,800 | 63.6 | 60.2 | 55.1 | 67.8 | 85.4 | 70.7 | 80.8 | 118.8 | 106.2 |
| Total Liabilities | 2,328.10 | 2,597 | 2,867.20 | 1,736.50 | 2,173.70 | 1,549,100 | 1,417.60 | 1,267.10 | 826.6 | 1,166 | 1,306.10 | 1,083.40 | 766.1 | 1,365.20 | 1,432.80 |
| Common Share Capital | 87.1 | 87.1 | 87.1 | 87.1 | 87.1 | 87,100 | 87.1 | 87.1 | 87.1 | 145.2 | 144 | 142 | 141.4 | 139.8 | 139.4 |
| Preferred Share Capital | 11 | 11 | 11 | 11 | 11 | 11,000 | 11 | 11 | 11 | 10 | 10 | 14.6 | 14.6 | 14.6 | 12.9 |
| Additional Paid-In Capital | 318.5 | 314.7 | 315.2 | 305.9 | 283.5 | 274,100 | 268.2 | 262.4 | 253.1 | 179.1 | 56 | 259.3 | 255.1 | 244.6 | 160.5 |
| Retained Earnings | 1,347.90 | 1,188.40 | 952.2 | 1,292.60 | 1,150.70 | 984,500 | 846.4 | 780.3 | 1,013.90 | 915.9 | 851.4 | 837.3 | 757.2 | 686.3 | 705.6 |
| Accum Other Comprehensive Income | -94 | -104.9 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Equity | -1,059.40 | -871.6 | -750.5 | -791 | -569.6 | -351,800 | -325.2 | -345.6 | -358 | -332.9 | -513.2 | -728.9 | -289.2 | -46.6 | -50.2 |
| Total Equity | 1,140.80 | 1,060.40 | 918.4 | 1,251.20 | 1,232.20 | 1,171,500 | 1,015.90 | 910.5 | 1,224.20 | 1,084.20 | 824.8 | 888.2 | 1,027.70 | 1,069 | 994.3 |
| Total Liabilities & Equity | 3,468.90 | 3,657.40 | 3,785.60 | 2,987.70 | 3,405.90 | 2,720,600 | 2,433.50 | 2,177.60 | 2,050.80 | 2,250.20 | 2,130.90 | 1,971.60 | 1,793.80 | 2,434.20 | 2,427.10 |