```
09/03/03                PDD FILE--DRUG DISPLAY SCREEN                    INQUIRY

        NDC-CODE: 00074-6138-03    LAST-TRANS: 09/02/03        USER: 999
   PREVIOUS-NDC:      -   -        BEGIN-DATE: 01/01/82    END-DATE: 99/99/99
      DRUG NAME: SODIUM CHLORIDE              STRENGTH: 0.9%
     ENERIC-IND: M GENERIC-CD: 45360   GENERIC NAME: SODIUM CL IRRIG SOLN
 THERAPEUTIC-CLASS: 40:36.00 W8F                      DEA: 0         DESI: 2
   MANUFACTURER: ABBOTT LABS.                      LEGEND: L    VALID-SEX: B
      DOSE-FORM: SW IRRIG SOLN                   FAM-PLAN: N    EPSDT-IND: N
         PKG-SZ:       500.000    MIN       MAX       U/D: 0    PHARM-ASST: N
      UNIT/MEAS: ML     DAYS:       0        34   PREAUTH: N      KDP-IND: N
      DIAGNOSIS:         QTY:   0.000   7500.000   PEND-CD: N    GEN-OVRRD: N
       IDC-CODE: 000     AGE:     000       999  BYPS FEE: N   MAINT-DRUG: N
                         AWP:   0.00376         AWP-DATE: 050702
         ----------E.A.C.-----------     ---------I.D.C.----------    -------F.G.U.L.--------
         BEGIN  END        PRICE   IND BEGIN  END       PRICE  IND BEGIN   END      PRICE
         070103 999999    0.00327  W  102397 999999    0.00222
         050702 063003    0.00330  W
         040601 050602    0.00264  W
         042996 040501    0.01619  W
         040196 042896    0.02360  D
         040395 033196    0.02248  D
NOTE:
```

9/3/2003
Per Bobbie Hilke — Home care pharmacy
(will fax invoice)
Costs them

$28.12 for 12,000 ml

GSN = 009827