```
08/07/03                 PDD FILE--DRUG DISPLAY SCREEN                    INQUIRY

       NDC-CODE: 00074-7100-13     LAST-TRANS: 07/01/03         USER: 999
   PREVIOUS-NDC:      -     -      BEGIN-DATE: 09/11/86     END-DATE: 99/99/99
      DRUG NAME: DEXTROSE IN WATER                   STRENGTH: 5%
GENERIC-IND: M GENERIC-CD: 06641   GENERIC NAME: DEXTROSE 5%-WATER
   THERAPEUTIC-CLASS: 40:20.00 C5J                        DEA: 0          DESI: 2
   MANUFACTURER: ABBOTT LABS.                          LEGEND: L     VALID-SEX: B
      DOSE-FORM: HM IV SOLN.                         FAM-PLAN: N     EPSDT-IND: N
         PKG-SZ:      50.000      MIN        MAX         U/D: 0    PHARM-ASST: N
UNIT/MEAS: ML         DAYS:         0         34     PREAUTH: N       KDP-IND: N
DIAGNOSIS:            QTY:      0.000     30.000     PEND-CD: N     GEN-OVRRD: N
  IDC-CODE: 000       AGE:        000        999    BYPS FEE: N    MAINT-DRUG: N
                      AWP:      0.04025           AWP-DATE: 060103
   ---------E.A.C.----------    ---------I.D.C.----------   -------F.G.U.L.--------
   BEGIN    END      PRICE      IND BEGIN   END      PRICE    IND BEGIN  END    PRICE
   040601  999999    0.03542    W  092399  999999    0.02840
   050100  040501    0.05796    A  121597  092299    0.06600
   041999  043000    0.25157    A
   041398  041899    0.24662    D
   040797  041298    0.23496    D
   040196  040697    0.22374    D
NOTE:
```