UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | )<br>)  MDL No. 1456<br>)  Civil Action No. 01-12257-PBS<br>) |
| **THIS DOCUMENT RELATES TO:** | )  Subcategory 06-11337-PBS<br>) |
| *U.S. ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* No. 07-CV-11618-PBS | )  Hon. Patti B. Saris<br>)<br>) |

**NOTICE OF FILING DECLARATION OF SUSAN SCHNEIDER THOMAS SUBMITTING EXHIBITS IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff Ven-A-Care of the Florida Keys, Inc. ("VAC") hereby gives notice of the filing of the Declaration of Susan Schneider Thomas Submitting Exhibits in Support of Plaintiff's Memorandum of Law in Support of Plaintiff's Motion for Partial Summary Judgment and Plaintiff's Local Rule 56.1 Statement of Undisputed Material Facts.

Respectfully submitted,
For the relator, Ven-A-Care of the Florida
Keys, Inc.,

    /s/ James J. Breen
JAMES J. BREEN
The Breen Law Firm, P.A.
5755 North Point Parkway
Alpharetta, Georgia  30022
Phone: (770) 740-0008


C. JARRETT ANDERSON
Anderson, LLC
208 West 14th Street, Suite 3-B
Austin, TX 78701
Phone: (512) 469-9191

      /s/ Susan Schneider Thomas
SUSAN SCHNEIDER THOMAS
GARY L. AZORSKY
ROSLYN G. POLLACK
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103
Phone:  (215) 875-3000

I hereby certify that I have this day caused an electronic copy of the above **NOTICE OF FILING DECLARATION OF SUSAN SCHNEIDER THOMAS, SUBMITTING EXHIBITS IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated:  August 28, 2009         /s/ Susan Schneider Thomas
                                Susan Schneider Thomas