# Exhibit 297

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

Page 291

```
 1                UNITED STATES DISTRICT COURT

 2                  DISTRICT OF MASSACHUSETTS

 3                         --oOo--

 4   IN RE PHARMACEUTICAL INDUSTRY

 5   AVERAGE WHOLESALE PRICE LITIGATION

 6   ----------------------------------- Volume 2

 7   THIS DOCUMENT RELATES TO:        MDL NO. 1456 Civil

 8   The City of New York, et al.,    Civil Action

 9       v.                           No. 01-12257-PBS

10   Abbott Laboratories, et al.

11   -----------------------------------

12   THIS DOCUMENT RELATES TO:

13   State of California, et al.

14   Ven-A-Care v. Abbott Laboratories,

15   Inc., et al., Case No.

16   03-cv-11226-PBS,

17   _____/

18                     JULY 9, 2008

19        DEPOSITION OF DEY, L.P. AND DEY, INC.

20                    BY GARY WALKER

21         VOLUME II, PAGES 291 THROUGH 487

22     Reported By: WENDY L. VAN MEERBEKE, CSR No. 3676
```

Page 429

```
 1   would have come out in the proportions that are
 2   shown here?
 3        A.   Probably.  This was an analysis on one
 4   SKU, kind of a unique problem we had.
 5        Q.   What was the problem?
 6        A.   33337 refers to a metered-dose inhaler, a
 7   refill.  We also had 33327 is the meter dose
 8   inhaler.  Originally, the product ID was 30317 and
 9   30327.  Those were the original.  They came from
10   Glaxo meter dose inhalers.  At that point, we did
11   have a refill.
12             I believe when 33317 came out based on
13   this new NDC for the meter dose inhalers, I'm not
14   sure of exactly the plan, but I think there was a
15   -- within the data files, there was a product ID
16   set out for the refill.  We never actually shipped
17   or sold the refill, but I believe we probably
18   announced that we now switched the NDC to 33327 and
19   thus in their systems now that was -- even though
20   they were selling 30327, it now came through our
21   system as 33317 -- 33327.
22        Q.   So you had to pay the chargebacks with --
```