# Exhibit 300

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support**
**of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

Page 1

```
 1                UNITED STATES DISTRICT COURT

 2                 DISTRICT OF MASSACHUSETTS

 3    ---------------------------------X

 4    IN RE PHARMACEUTICAL INDUSTRY      )

 5    AVERAGE WHOLESALE PRICE LITIGATION)

 6    ---------------------------------X Volume 1

 7    THIS DOCUMENT RELATES TO:         ) MDL NO. 1456

 8    The City of New York, et al.,     ) Civil Action

 9        V.                            ) No. 01-12257-PBS

10    Abbott Laboratories, et al.       )

11    ---------------------------------X

12    THIS DOCUMENT RELATES TO:         )

13    State of California, ex rel.      )

14    Ven-A-Care v. Abbott Laboratories,)

15    Inc., et al., Case No.            )

16    03-cv-11226-PBS                   )

17    ---------------------------------X

18              THURSDAY, MAY 15, 2008

19          DEPOSITION OF DEY, L.P. AND DEY, INC.

20                 BY PAMELA MARRS

21    Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

22              Registered Merit Reporter
```

Dey, L.P. and Dey, Inc. (Pamela Marrs)                              May 15, 2008
                              Napa, CA

Page 75

1    but you're uncertain about Medispan and Redbook?

2         A.   Which -- is there one in there that's

3    the blue book -- that's referred to as "the blue

4    book"?

5              I know that there are other price

6    reporting agencies we send information to, but

7    I'm not sure if what we did back in the early

8    nineties is the same as what we do today.

9              But there are -- there's more than one

10   firm that we send our prices to, yes.

11        Q.   And to answer your question, yes, there

12   is or was a blue book --

13        A.   Which one is --

14        Q.   -- that was purchased by the company

15   that owns First DataBank.

16        A.   Oh.  So that is First DataBank.  Okay.

17        Q.   And when Dey has reported its pricing

18   information to these pricing compendia, it

19   typically has reported both a WAC and an AWP for

20   its drugs; correct?

21        A.   That's correct.

22        Q.   And "WAC" is Wholesaler Acquisition

Page 76

1    Cost?

2         A.    "WAC" is the invoice price at which we

3    sell to the wholesalers at.

4         Q.    By the acronym "WAC" stands for

5    Wholesaler Acquisition Costs; correct?

6         A.    That's what it stands for, yes.

7         Q.    And "AWP" stands for Average Wholesale

8    Price?

9         A.    That's what the words say.  Definition

10   is, obviously, in question.

11        Q.    When you say "The definition -- the

12   definition is obviously in question," just taking

13   the words "Average Wholesale Price," Dey did sell

14   its products to wholesalers; correct?

15        A.    Dey sold its products to wholesalers,

16   yes.

17        Q.    And when it sold its products to

18   wholesalers, there was a price for those drugs to

19   the wholesalers; correct?

20        A.    Which is commonly referred to as "WAC,"

21   which is the invoice price to the wholesalers.

22        Q.    Okay.  Then -- then the wholesalers, in

1          MR. AZORSKY:  Okay.

2          THE WITNESS:  What the complexities of

3   that are I don't know, because we don't,

4   obviously, have access to the wholesaler data.

5   BY MR. AZORSKY:

6      Q.   Well, you -- in fact, Dey does have

7   access to certain information about the price at

8   which its drugs are sold by wholesalers, and that

9   involves perhaps the distinction between direct

10  sales and indirect sales; is that correct?

11         MR. DOYLE:  Objection as to form.

12         THE WITNESS:  No.  Actually, we don't -

13  - we don't have visibility as to what price the

14  wholesaler sells our product to what you're

15  referring to as indirect sales or our contract

16  customers.

17         What we know is that we get a

18  chargeback from the wholesaler, but it's my

19  understanding that the wholesaler then takes that

20  contract price -- let's say we have a contract

21  with a hospital at $10.

22         We get a chargeback for the difference

Dey, L.P. and Dey, Inc. (Pamela Marrs)                                    May 15, 2008
Napa, CA

Page 79

1    between the contract price and the price on the

2    invoice that the wholesaler paid.  So that's what

3    we know.

4              What we don't know is when the

5    wholesaler then sells that product out to the

6    hospital what kind of mark-up they add, because,

7    obviously, they have to add some type of mark-up

8    or they wouldn't stay in business.  We don't have

9    visibility as to what they ultimately sell it to

10   the customer for.

11   BY MR. AZORSKY:

12        Q.   So the one aspect of the wholesaler's

13   price to the provider that you're not -- you,

14   Dey, is not privy to is the mark-up by the

15   wholesaler?

16              MR. DOYLE:  Objection as to form.

17   BY MR. AZORSKY:

18        Q.   Is that what you're saying?

19        A.   Well, we don't -- we don't know what

20   happens to the transaction after it leaves the

21   wholesaler.

22              We know that we get a -- a report or

Page 82

1    product at a certain price; correct?

2        A.   No.  We have a contract with the GPO

3    that says that their contract price with Dey is

4    at "X" amount.

5            They then purchase that product from a

6    wholesaler, who sells it to them at an amount,

7    and I would assume from a logical standpoint

8    there's some relationship between the contract

9    price and what they buy it for, but I don't know

10   -- I don't know if that varies by customer, or in

11   size, or -- I don't know how that relationship

12   works.

13       Q.   Isn't it true that in every case the

14   contract price is lower than the WAC?

15       A.   Yes, the contract price is always lower

16   than the WAC.

17       Q.   And so, because the wholesaler is

18   selling the product to the provider for less than

19   the wholesaler purchased the product from Dey,

20   the wholesaler issues a chargeback for that

21   difference; is that correct?

22       A.   Well, the wholesaler issues a

Dey, L.P. and Dey, Inc. (Pamela Marrs)                    May 15, 2008
                          Napa, CA

Page 90

1          So my only point is there are other

2     customer groups that get different discounts.

3          Q.   So are you saying that Dey categorizes

4     a customer as a wholesaler -- depending upon

5     whether that entity services contract customers

6     of Dey?

7          A.   Generally speaking -- I can't right now

8     think of somebody we call a "wholesaler" who

9     doesn't have at least some element of chargeback

10    activity.

11         Q.   Can you -- tell me how Dey defines a

12    "direct sale" and "indirect sale."

13         A.   A "direct sale" is something that is

14    shipped out of Dey's distribution center and goes

15    to a customer.  An invoice is issued to that

16    customer.

17         An "indirect sale" is a sale that takes

18    place between our direct customer and a contract

19    customer such as a hospital.

20         And the only way we have any visibility

21    as to what those indirect sales are is because

22    they come back through the system as a

Dey, L.P. and Dey, Inc. (Pamela Marrs)                          May 15, 2008
                          Napa, CA

Page 91

1    chargeback.

2         Q.    Does Dey consider all sales to

3    wholesalers to be direct sales?

4         A.    Yes, those are all direct sales.

5         Q.    And then the indirect sale is when the

6    wholesaler then services one of Dey's contract

7    customers?

8         A.    That's correct.

9         Q.    In addition to the prompt pay discount

10   what other discounts or rebates do wholesalers

11   receive that would generate profit to the

12   wholesaler from such indirect sales?

13             MR. DOYLE:   Objection as to form.

14             THE WITNESS:   Other types of rebates --

15   well, a chargeback is not a rebate.   That's a

16   different kind of concept.

17             But there are rebates that over time

18   have been paid to the wholesalers.

19             There's something called a "source

20   program" whereby the wholesaler has -- and I

21   don't know all the details, but they basically

22   will for a fee publish your product in their

Dey, L.P. and Dey, Inc. (Pamela Marrs)                                    May 15, 2008
                                    Napa, CA

Page 103

1     retail.  Back in the early years GPOs primarily

2     were hospital driven, but that's changed over

3     time.

4               So you'd have to look at each GPO to

5     determine their -- who is in their membership.

6          Q.   So, going down this list of customer

7     types and going back to that column, the first is

8     "Chain-WH."

9               What does that refer to?

10         A.   That means it's a chain drug store that

11    has a warehousing facility.  So we would ship to

12    a warehouse as opposed to the individual stores.

13              Although, then I see "chain-

14    nonwholesale," and I see Safeway in there, so I'm

15    not sure what -- I -- that's my -- when I've

16    heard this in context, when they talk about chain

17    warehousing facilities, it's where we ship to a

18    centralized warehouse.

19         Q.   Well, are there chains that do not have

20    warehouses?

21         A.   Well, there are chains that we don't

22    ship to their warehouse.

Page 129

1    different customer categories, there were

2    individual price sheets.

3           So there would be a price sheet for

4    wholesale, a price sheet for retail.

5           Like I said, it became meaningless

6    because, you know, it became a negotiation point,

7    but this was really the summarization of those

8    list price sheets so that one -- they appeared

9    all in one place.

10          It was an internal document that just

11   summarized that information.

12      Q.   Were prices to wholesalers uniform

13   across -- different wholesalers so that WAC was

14   the same regardless of which wholesaler a drug

15   was being sold to?

16          MR. DOYLE:  Objection as to form.

17          THE WITNESS:  Generally speaking, as

18   far as I know, we've -- the wholesale price has

19   always been the same for different wholesalers,

20   McKesson, Cardinal, et cetera, et cetera.

21   BY MR. AZORSKY:

22      Q.   And when setting an AWP for a drug to

Dey, L.P. and Dey, Inc. (Pamela Marrs)

Napa, CA

May 15, 2008

Page 130

1  be reported to the pricing compendia at the time

2  a generic product was launched, it was Dey's

3  practice to set AWP at or near 10 percent below

4  the brand AWP; is that correct?

5      A.   It's my understanding that that was the

6  guidance that was given to us by First DataBank.

7  Ed Edelstein had a conversation or maybe it was a

8  memo, I don't recall which, with Bob Mozak, and

9  that was the guidance that was given in terms of

10  how to establish an AWP for a generic product at

11  launch.

12      Q.   Do you know exactly what Mr. Edelstein

13  said to anyone at Dey in that regard?

14          MR. DOYLE:  Objection as to form.

15          THE WITNESS:  I don't know exactly.

16          I've seen it -- I've heard it referred

17  to with Bob when he was at Dey.

18          I've seen it referred to in a

19  deposition, but -- I didn't personally have the

20  conversation or see the document, if there was

21  one, issued by First DataBank.

22  BY MR. AZORSKY:

Page 131

```
 1          Q.    And you were --

 2          A.    That's always been my understanding

 3     from -- from what Bob said back in the days when

 4     he actually was still working at Dey.

 5          Q.    And you weren't personally present

 6     during that conversation; correct?

 7          A.    I was not personally present.

 8          Q.    My question was, though, whether it was

 9     Dey's practice to set AWP at the time of the

10     launch of a generic product at or near 10 percent

11     below the brand AWP.

12          A.    It's my understanding that based on the

13     advice from First DataBank that's how we

14     established the AWP on launch.

15          Q.    Well, regardless of whether it was on

16     advice from anyone, is that, in fact, what Dey

17     did, it set AWP at approximately at or about 10

18     percent below the brand AWP?

19          A.    It's my general understanding.

20                I'd have to go back and actually do the

21     calculations to make sure that that is correct

22     and it wasn't 12, or 13, or 15 percent, but
```

Page 132

1    throughout my time in preparing for various

2    depositions that's what I've always been told by

3    -- Bob specifically, but, you know, I've heard it

4    from other people as well.

5        Q.   And has it historically been typically

6    the case that Dey does not change the AWP once

7    it's been set at the time of launch of a new

8    product?

9        A.   For generic products, that's correct.

10            It's, again, my understanding that

11    that's an industry practice, that AWP is not

12    changed.

13            For the brands the AWP does change over

14    time as price increases are implemented for the

15    brand products, because with brand products

16    prices tend to go up, not down.

17            The AWP is raised a corresponding

18    amount.

19        Q.   And when you say "it's industry

20    practice," what -- what source are you drawing

21    upon to understand the industry practice with

22    respect to setting or changing AWP?

Page 135

```
 1              We do not -- we do not now -- and I'm

 2    not sure if we even did then, other than this

 3    piece of paper we got from them actually

 4    physically look in the published document to see

 5    if our prices were input correctly.

 6    BY MR. AZORSKY:

 7         Q.   But Dey does know that the prices that

 8    are reported in First DataBank, Medispan, and

 9    Redbook are the prices that were reported to it

10    by Dey; correct?

11              MR. DOYLE:  Objection as to form.

12              THE WITNESS:  No.  That's what I was

13    trying to explain.

14              In the early years they would send us a

15    piece of paper back, not the -- not the published

16    document, but a confirmation form, where we would

17    look at it, it appears from the documentations

18    I've looked at, and validate that that was, in

19    fact, what we sent them.

20              That doesn't happen any longer.

21              What we do now is we send them a letter

22    notifying them of a price change, and we ask them
```

Dey, L.P. and Dey, Inc. (Pamela Marrs)

Napa, CA

May 15, 2008

Page 136

1   to sign off and send back to us a confirmation

2   that they received the information.

3           We do not then go and -- and verify

4   that they've posted the correct amount, which

5   became obvious when this whole issue happened

6   with the generic products in 2003, where they

7   lowered our AWP.

8           We didn't actually know anything about

9   it until customers started calling and

10  complaining.

11  BY MR. AZORSKY:

12      Q.   So in addition to reporting an AWP Dey

13  reports a WAC price; correct?

14      A.   That's correct.  We send them

15  information on WAC as it changes.

16      Q.   And, in fact, historically Dey has

17  reduced its WAC prices on their generic drugs

18  from time-to-time; correct?

19      A.   Correct.

20           As the price of the marketplace has

21  come down we've also reduced our reported WAC.

22      Q.   Now, Dey does that on a -- on a

Page 137

1    periodic basis; correct?

2         A.    It -- it was done on a periodic basis

3    in the past.  Lately the price hasn't changed

4    that much in the market, so there hasn't been a

5    WAC decrease for -- for quite a while now.

6         Q.    But when there was a decrease in WAC

7    prices in the marketplace, did Dey report the

8    change in WAC on a regular basis such as

9    annually?

10        A.    No.  The notification was made when the

11   change actually happened.

12             So that there would be no need to

13   notify them if nothing changed.  They would --

14   the Contracts Department more recently, at one

15   point it was the Marketing Department, would

16   notify the reporting agencies when the actual WAC

17   decrease occurred.

18        Q.    So every time Dey lowered its prices to

19   wholesalers it reported the change in WAC?

20        A.    Well, I would probably have to --

21             MR. DOYLE:  Objection as to form.

22             THE WITNESS: -- check the documents to

Page 144

```
 1        Q.    How does Dey set its WAC?

 2        A.    WAC is similar to AWP, set at launch,

 3   and it's a percentage off of the AWP, which, in

 4   turn, is a percentage off of the brand price.

 5        Q.    And the decision as to the exact number

 6   while Mr. Mozak was Vice President of Sales and

 7   Marketing was made by him; is that correct?

 8        A.    Yeah.  Pretty much Bob was in charge of

 9   that type of thing.

10        Q.    And that was a business decision that

11   he made as Vice President of Sales and Marketing;

12   correct?

13        A.    Yes.

14        Q.    And the WAC as reported by Dey to the

15   pricing compendia does not account for

16   chargebacks, rebate incentives, and fees;

17   correct?

18              It's -- it's not net of those?

19        A.    No.

20              MR. DOYLE:  Objection as to form.

21              THE WITNESS:  The WAC that's reported

22   is the invoice price to the customer -- to the
```

Page 145

```
 1    wholesaler.

 2    BY MR. AZORSKY:

 3         Q.    Not reflected --

 4         A.    And it does not --

 5         Q.    -- in chargebacks, rebates, or

 6    discounts; right?

 7         A.    And use it does not include

 8    chargebacks, rebates.

 9         Q.    Or discounts?

10         A.    Or discounts.

11         Q.    What is a "FUL"?

12         A.    "FUL" stands for Federal Upper Limit.

13         Q.    How is a FUL set?

14         A.    It's a percentage -- I think it's 150

15    percent of a -- some published price, but it's my

16    understanding there's some controversy over

17    exactly what it's 150 percent of, the lowest

18    price in the market or something like that.

19              I'm not clear on the definition based

20    on my conversations with some others.

21         Q.    Your conversations with who?

22         A.    Well, I've spoken with the attorneys.
```

Dey, L.P. and Dey, Inc. (Pamela Marrs)                          May 15, 2008
                                  Napa, CA

Page 185

1    that was sometimes given to the Sales Reps.

2            What I don't know and what I'm not

3    aware of is if it was updated on a structured,

4    regimented basis every, you know, "X" days or

5    months.

6            MR. AZORSKY:  Okay.

7            THE WITNESS:  I know that there are

8    documents I have seen that have AWP on it that

9    were provided to the Sales Reps in case customers

10   asked them questions about it.

11           Well, that was AWP, though, not the

12   reimbursement rate that I'm remembering.

13           So -- I mean, the documents that I've

14   seen from the company at this point don't show

15   evidence that there was a monthly report or any

16   regular report that was distributed to people

17   that had this kind of information on it.

18           I'm not saying that people weren't

19   generally aware that that was the reimbursement

20   formula in some way.

21           I -- I haven't seen documents that

22   would suggest it was tracked in a regimented and

Dey, L.P. and Dey, Inc. (Pamela Marrs)                    May 15, 2008
Napa, CA

 1    structured way.

 2         Q.    Fair enough.

 3              And I did not mean to suggest in my

 4    question that Dey kept track of it on a -- in a

 5    regimented manner.

 6              Rather, my question was whether Dey

 7    kept track of changes to the Medicare or Medicaid

 8    programs.

 9              MR. DOYLE:  Objection as to form.

10              THE WITNESS:  Program --

11    BY MR. AZORSKY:

12         Q.   Not necessarily on a weekly or monthly

13    regimented basis, but periodically the sales

14    force and the Marketing Department were aware of

15    how their drugs were being reimbursed by the

16    different Medicaid agencies around the country.

17              MR. DOYLE:  Objection as to form.

18              THE WITNESS:  What I have seen that was

19    provided to the Sales Reps from corporate was an

20    AWP price list.

21              I don't know if it was called "price

22    list," but a list of AWPs that was -- that was

Dey, L.P. and Dey, Inc. (Pamela Marrs)                                   May 15, 2008
Napa, CA

Page 187

```
 1    given to the Sales Rep just for their information

 2    in case customers asked.

 3              What I'm not aware of, other than

 4    having seen the Carrie Jackson memo -- I don't

 5    recall seeing documents that talked about

 6    reimbursement in terms of the formula by state.

 7              It was more just a general AWP

 8    worksheet for reference.

 9    BY MR. AZORSKY:

10        Q.    Well --

11        A.    Which is -- I mean, it's -- granted,

12    AWP was part of it, but I don't recall seeing on

13    that spread sheet the specific formula by state.

14        Q.    Okay.  But Dey was aware that -- that

15    many states reimbursed for -- drugs dispensed to

16    Medicaid recipients based upon AWP and WAC, as

17    you've previously testified; correct?

18        A.    Based on the documents I've seen it's -

19    - it appears some people were aware of that, yes.

20              I don't think it was a -- perhaps maybe

21    in the Sales organization it was broader.  I

22    don't think it was a corporate -- something that
```

Dey, L.P. and Dey, Inc. (Pamela Marrs)
Napa, CA
May 15, 2008

Page 221

1    and different people have used that term to

2    compare different sets of numbers.

3    BY MR. AZORSKY:

4        Q.   And in the Marketing and Sales

5    Department of Dey in terms of the sale of Dey's

6    generic products "spread" was commonly understood

7    according to those -- I think uniformly according

8    to those that have testified as being the

9    difference between the provider's acquisition

10   costs and the reimbursement to the provider from

11   a third party payer; is that fair to say?

12           MR. DOYLE:   Object as to form.

13   Objection as to form.

14           THE WITNESS:   I have seen a handful of

15   documents that refer to it in that manner.

16           What is not -- what I'm not aware of is

17   how pervasive it was understood throughout the

18   organization, but there are documents that refer

19   to it that way, yes.

20   BY MR. AZORSKY:

21       Q.   And, in fact, from as early as February

22   1992 Mr. Mozak began implementing a sales

Dey, L.P. and Dey, Inc. (Pamela Marrs)                                      May 15, 2008
Napa, CA

```
1    strategy of marketing Dey's generic products by

2    marketing the spread between the provider's

3    acquisition cost and the provider's reimbursement

4    for the dispensing of that product from Medicaid;

5    isn't that correct?

6              MR. DOYLE:  Objection as to form.

7              THE WITNESS:  I haven't seen a strategy

8    document that talks about it as a strategy.

9              What I've seen are some documents that

10   refer to launch at launch the setting of AWP and

11   the differential in the prices and the fact that

12   we had to have a lower -- let's see.  How did

13   this work?  A lower AWP than the brand and our

14   selling -- our actual selling price to the

15   customer would also be lower, and the

16   differential would incentivize the customer to

17   then buy the generic instead of the brand,

18   because, if there wasn't an incentive for the

19   chain drug, for example, to buy the generic,

20   there would be no reason for them to switch from

21   the brand to the generic.

22              (Exhibit Marrs 022 was marked for
```

Dey, L.P. and Dey, Inc. (Pamela Marrs)                                          May 15, 2008
Napa, CA

Page 226

1   which is to provide incentive to retail chain

2   providers to use Dey's Albuterol UD, that's unit

3   dose I believe, by increasing the spread on

4   Medicare or Medicaid reimbursements; is that

5   correct?

6        A.   That's what it says, yes.

7        Q.   So in this instance, in February 1992,

8   Mr. Mozak proposed a pricing strategy of

9   providing incentive to customers to purchase

10  Dey's generic product by increasing the spread

11  between a provider's acquisition cost and a

12  provider's reimbursement by Medicare and Medicaid

13  systems?

14          MR. DOYLE:  Objection as to form.

15          THE WITNESS:  What I understand, having

16  looked at some other depositions, is that it was

17  Bob's intent to make sure that the retailer was

18  incentivized to stock the generic instead of the

19  brand, and the way to do that was to reduce the

20  selling price down so that the difference between

21  the reimbursement rate and what the customer

22  purchased it at was higher than what the brand

Dey, L.P. and Dey, Inc. (Pamela Marrs)                                    May 15, 2008
Napa, CA

Page 227

1    comparable differential would be.

2    BY MR. AZORSKY:

3        Q.   And, in fact, that same strategy was

4    subsequently used by Dey's sales force to

5    incentivize customers to purchase Dey's products

6    based upon the greater spread between acquisition

7    cost and Medicaid reimbursement for the purchase

8    of Dey's product versus a competitor's generic

9    product; isn't that correct?

10            MR. DOYLE:  Objection as to form.

11            THE WITNESS:  I'm not sure I followed

12   that.

13            Are you saying -- say it -- say it

14   again.  I'm sorry.

15   BY MR. AZORSKY:

16       Q.   Sure.

17            In fact, subsequent to this it became

18   an accepted practice within Dey's sales force to

19   incentivize customers to purchase Dey's generic

20   products by marketing the larger spread available

21   to providers who purchased Dey's products than

22   the spread available to them from the purchase of

Dey, L.P. and Dey, Inc. (Pamela Marrs)                                    May 15, 2008
Napa, CA

Page 228

1      a competitor's product?

2              MR. DOYLE:  Objection as to form.

3              THE WITNESS:  You say "practice" as if

4      it's a -- it was a pervasive and primary effort

5      of a sales force, and that's not my impression

6      from looking at the documents.

7              You know, what I've seen is we've

8      produced millions of documents, and there are a

9      handful of documents that refer to the spread.

10             They tend to be focused more on the

11     launch of Albuterol and Cromolyn, not on

12     Ipratropium that I recall.

13             I've seen something called "the

14     reimbursement spread sheet" where we were seeking

15     to convert customers from multi-dose to unit use

16     Albuterol which made reference to the calculated

17     spread on both products.

18             What I haven't seen are, you know,

19     hundreds of documents that refer to this.

20             So I -- you know, from other testimony

21     given and from talking to internal people it's my

22     impression that, while this was a factor, it

Dey, L.P. and Dey, Inc. (Pamela Marrs)                                       May 15, 2008
                                    Napa, CA

Page 229

```
 1    wasn't the primary factor.  It wasn't a

 2    significant part of the ongoing effort.

 3            It was used more at -- at launch to set

 4    the price, and -- you know, I think, if it was

 5    pervasive, there probably would be more than a

 6    handful of documents that have been located.

 7    BY MR. AZORSKY:

 8        Q.    Okay.  And you said that you came to

 9    that conclusion based upon conversations with --

10    with people.

11            With whom did you have such

12    conversations?

13        A.    Well, I talked to Russ Johnston to see

14    what his memory was of the situation.

15            I talked to Jerry Crank.

16        Q.    And what did Mr. Johnston tell you?

17        A.    That he -- he was actually -- in the

18    early nineties was an inside salesperson.  His

19    name was actually on this previous listing that

20    you gave to me of the Sales Reps, and as an

21    inside salesperson he didn't recall any

22    significant discussion of the spread in his role
```

Page 232

```
 1              MR. DOYLE:  Objection as to form.

 2              Go ahead and answer.

 3              THE WITNESS:  I mean, when you say

 4      "competitor," who are you speaking of, the brand

 5      or other generic competitors?

 6      BY MR. AZORSKY:

 7          Q.   Well, let's -- let's take the instance

 8      of Dey's unit dose Albuterol in competition with

 9      Works' multidose Albuterol.

10              Was there a deliberate, well thought

11      out campaign to present to customers and

12      potential customers the greater profit that would

13      be made by a provider for purchasing Dey's

14      Albuterol product as opposed to Works' Albuterol

15      product?

16              MR. DOYLE:  Objection as to form.

17      BY MR. AZORSKY:

18          Q.   And wasn't that the purpose of the

19      reimbursement comparison worksheet?

20              MR. DOYLE:  Objection as to form.

21              THE WITNESS:  What I know about the

22      worksheet is that it was -- the whole conversion
```

Page 233

```
 1    of multidose to unit dose was driven by a variety

 2    of safety issues.

 3              Multidose to unit dose there were

 4    advantages from a sterility standpoint, from a

 5    dosing standpoint.

 6              As part of a way to get the customers

 7    to convert to the unit dose one of the Sales Reps

 8    -- or I don't know -- maybe there were more than

 9    one -- had this thought that the spread sheet

10    would be created, and it was actually put

11    together by Todd Galles after Steve Robertson

12    and/or others, I don't know if there were others

13    involved -- thought that this would be a good

14    tool.

15              It was one of many tools that the Sales

16    Reps used for a limited period of time.

17              I have seen testimony that suggests

18    that it was helpful to the Reps, and I've seen

19    testimony that suggests it was -- I think the

20    term was, you know, it died a quick death because

21    it was not useful to the Reps.

22              But it was -- it was not the focus of
```

Page 234

```
 1    the attempt to -- or it's my understanding it was

 2    not the focus of the attempt to convert business

 3    from multidose to unit dose.  It was one of the

 4    many facets of the -- of the campaign to make

 5    that conversion.

 6              And, actually, multidose today rarely

 7    exists.  There have been -- there were huge

 8    sterility problems, and most people stopped using

 9    multidose for that very reason.

10    BY MR. AZORYSKY:

11        Q.   Does Dey have any evidence that the

12    strategy marketing the spread was disapproved by

13    Mr. Termier or Mr. Rice?

14              MR. DOYLE:  Objection as to form.

15              THE WITNESS:  Are you talking about the

16    spread sheet?

17              MR. DOYLE:  What strategy market --

18              What are you talking about?

19              Are you talking about this?

20              MR. AZORSKY:  I'm talking about the

21    strategy of marketing of the sales force using

22    the price comparison worksheet or otherwise
```