# Exhibit 307

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

Page 259

```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS

 3    -------------------------------X

 4    In Re:  PHARMACEUTICAL          )

 5    INDUSTRY AVERAGE WHOLESALE      )  MDL No. 1456

 6    PRICE LITIGATION                )  Civil Action No.

 7    -------------------------------X  01-12257-PBS

 8    THIS DOCUMENT RELATES TO:       )

 9    United States of America ex     )  CONFIDENTIAL

10    rel. Ven-A-Care of the          )

11    Florida Keys, Inc., et al.      )  DEPOSITION OF

12    v. Dey, Inc., et al., Civil     )  RUSSELL JOHNSTON

13    Action No. 05-11084-PBS; and    )     VOLUME II

14    United States of America ex     )

15    rel. Ven-A-Care of the          )  December 11, 2008

16    Florida Keys, Inc., et al.,     )  9:06 a.m.

17    v. Boehringer Ingelheim Corp.,  )

18    et al., Civil Action No.        )  New York, NY

19    07-10248-PBS                    )

20    -------------------------------X

21

22
```

```
 1   the last couple of days.  Wholesalers, when they
 2   purchase a Dey product, branded or generic,
 3   they're invoiced at wholesale acquisition cost.
 4       Q.   Okay.  I misspoke.
 5            You earlier testified about contract
 6   prices, contract prices with Cardinal --
 7       A.   Uh-huh.
 8       Q.   -- and contract prices with McKesson,
 9   do you recall that?
10       A.   Again, the contracts for their sales
11   out.
12       Q.   Yes.
13            Those are products that the wholesaler
14   acquires from Dey and then turns around and sells
15   them to customers, right?
16            MR. DOYLE:  Objection as to form.
17       A.   And those contracts are used for the
18   subsequent sale to their customers and then the
19   subsequent chargeback, yes.
20       Q.   And the net price that the wholesaler
21   pays for those drugs after chargebacks is almost
22   always less than WAC, correct?
```

Johnston, Russell - Vol. II                CONFIDENTIAL                December 11, 2008
                                             New York, NY

Page 457

```
 1              MR. DOYLE:  Objection as to form.
 2        A.    The wholesaler buys a lot of products
 3   and only a certain portion would be going to
 4   these wholesale source contracts.  It's my
 5   knowledge the majority of them go to non-source
 6   customers, non-source contracts.  And, in fact,
 7   in some cases no contracts at all.
 8        Q.    Are you aware of any --
 9              I didn't understand your answer.  I was
10   asking you about the contract prices.
11        A.    Right.
12        Q.    And those reflect the sale of product
13   to -- from Dey to the wholesaler that -- the
14   products which the wholesaler then sells to
15   customers --
16        A.    Then the contract --
17        Q.    -- is that correct?
18        A.    That is not correct.
19        Q.    It's not correct.
20              Are you saying that these do not relate
21   in any way of sales of product to the wholesaler?
22              MR. DOYLE:  Objection as to form.
```

Johnston, Russell - Vol. II	CONFIDENTIAL	December 11, 2008
New York, NY

Page 458

```
1        A.   Yeah, I would say that's correct, they
2   don't relate to any sale of products from Dey to
3   the wholesaler.
4        Q.   I see.
5             So your view you is that anytime a
6   product is sold in which there's a chargeback Dey
7   is not selling it at all to the wholesaler?
8        A.   It does not in any form define the
9   transaction that occurs when Dey sells it to the
10  wholesaler.
11       Q.   I'm trying to understand your train of
12  thought.
13            When there is a chargeback arrangement
14  does Dey sell the product that is the subject of
15  that chargeback to the wholesaler?
16       A.   When Dey sells a product to a
17  wholesaler --
18            MR. DOYLE:  Objection as to form.
19            Go ahead.
20       A.   When Dey sells a product to a
21  wholesaler there is no chargeback in that
22  transaction.
```

Page 459

1    Q.   And when there is a chargeback is it

2    your testimony that there is no sale of a product

3    to the wholesaler?

4    A.   The chargeback is a transaction that --

5    it represents a transaction of the wholesaler

6    selling a Dey product to a wholesaler customer

7    under any one of hundreds of contracts.  The

8    contract price defines a transaction when the

9    wholesaler sells it to their customer and a

10   chargeback occurs.

11   Q.   Okay.  And every time that happens Dey

12   pays money to the wholesaler --

13        MR. DOYLE:  Objection as to form.

14   Q.   -- in the form of a chargeback, right?

15        MR. DOYLE:  Objection as to form.

16   A.   Dey issues a chargeback, which I

17   believe in most cases for wholesalers is an

18   electronic transmission that's a credit.

19   Q.   How soon after the sale of the product

20   by the wholesaler to the customer is -- in your

21   experience is the chargeback processed?

22   A.   While I am not in the chargeback

Page 460

```
 1   department and I don't process chargebacks, based
 2   on the fact that we get product back from
 3   wholesalers that they never sold, it's being
 4   returned because it's been in their warehouse and
 5   has expired, that it's a very good possibility
 6   what they purchased from us will never be sold
 7   out by them.  So the chargeback could happen, if
 8   there is one, between the time they buy it from
 9   us until the time it expires and they cannot sell
10   it.
11        Q.   I don't think you answered my question,
12   Mr. Johnston.
13             When a chargeback is issued by the
14   wholesaler to Dey how quickly does Dey pay the
15   chargeback?
16        A.   Oh, I'm -- no, I'm sorry, I didn't
17   understand your question.
18             MR. DOYLE:  I didn't understand that
19   either, that wasn't your question.
20        Q.   Okay.  Now do you understand the
21   question?
22        A.   Yes, sir, I do.
```

Page 461

```
 1              It's my understanding I believe that if
 2    the chargeback electronically comes in from the
 3    wholesaler that the subsequent communication
 4    through EDI -- the chargeback response would
 5    happen within 24 hours.
 6         Q.   Okay.  And typically when Dey -- when
 7    the -- when the wholesaler purchases or acquires
 8    product from Dey it is entitled to a prompt pay
 9    discount of 2 percent approximately depending on
10    the terms that are negotiated.
11              And is there -- what's the typical time
12    that the wholesaler has to pay Dey for its
13    purchase?
14         A.   It's fairly standard that -- as we
15    classify wholesalers, it's 2 percent 30, net 31
16    from the date of invoice.
17         Q.   So they've got 30 days to pay Dey?
18         A.   From the date of the invoice, the date
19    that's on the invoice, yes.
20         Q.   Okay.  But once they issue a chargeback
21    they get paid within 24 hours, generally
22    speaking?
```

```
 1        A.    Yes.  If they've sold the product and
 2   they file a chargeback, we would issue a response
 3   chargeback within 24 hours, to my knowledge.
 4        Q.    Okay.  And for a wholesaler do you know
 5   -- for the large wholesalers do you know
 6   typically how long their shelf time is before
 7   they -- between when they receive it from Dey and
 8   when they sell it to a customer?
 9              MR. DOYLE:  Objection as to form.
10        A.    And again, I don't know the answer.  My
11   guesstimate is it would vary by product, by SKU
12   of product.
13        Q.    Okay.  In coming back to the language
14   in Exhibit 53, has Dey ever to your knowledge
15   made an attempt to -- any attempt to determine
16   the average price at which its -- or to estimate
17   the average price at which its products are sold
18   by wholesalers?
19              MR. DOYLE:  Objection as to form.
20        A.    And again, I'm trying to understand
21   your question.
22              I don't know of any way Dey has any
```

Page 463

```
 1    visibility to what the wholesaler actually sells
 2    the product for.
 3        Q.   So to your knowledge Dey has never made
 4    any attempt to inform states of what the actual
 5    wholesale prices are for its products?
 6             MR. DOYLE:  Objection as to form.
 7        Q.   Is that fair to say?
 8             MR. DOYLE:  Objection as to form.
 9        A.   And again, we report Dey's published
10    wholesale acquisition cost and average wholesale
11    price.
12        Q.   And to your knowledge has Dey ever made
13    any effort to inform states of what the actual
14    average of the wholesale prices are for Dey's
15    drugs?
16             MR. DOYLE:  Objection as to form.
17        A.   And not only -- I don't understand what
18    that term would mean and I don't know one way or
19    another if Dey has.
20        Q.   Is that because you don't understand
21    what average wholesale price means?
22             MR. DOYLE:  Objection as to form.
```

1    A.   You didn't -- you talked about an
2    estimate of something and I don't know what that
3    estimate would be.
4    Q.   Have to your knowledge -- I'll repeat
5    the question and maybe clarify it.
6         To your knowledge has Dey ever made any
7    attempt to notify state agencies of an actual
8    average of prices at which Dey's products are
9    sold to any class of customer?
10        MR. DOYLE:   Objection as to form.
11   A.   I know that Dey reports figures such as
12   AMP regularly and I believe most states have
13   access to that.
14   Q.   Has Dey ever reported --
15        You haven't answered my question, Mr.
16   Johnston.
17        Has Dey ever reported -- attempted to
18   report to state Medicaid agencies any average of
19   the prices at which Dey's products are sold?
20        MR. DOYLE:   Objection as to form.
21   A.   And Dey may, in fact, report some AMP
22   prices directly to states, but because I don't do

Page 465

```
 1   that I can't say one way or another specifically.
 2        Q.   You don't know -- you don't have
 3   knowledge of that?
 4        A.   I have no knowledge.
 5        Q.   Okay.  Do you understand that AMP
 6   information, that's average manufacturer price
 7   information, right?
 8        A.   It's a term and a calculation that's
 9   designed to get to a price point that's based on
10   federal guidelines.
11        Q.   Okay.  Do you have any understanding
12   that that -- by statute that information is
13   considered confidential and not to be disclosed,
14   except for purposes of the Medicaid rebate
15   program?
16             MR. DOYLE:  Objection as to form.
17        A.   And, no, I couldn't cite that as you
18   have just done, sir.
19        Q.   And do you have any knowledge, sir,
20   that AMP information, in fact, is used or
21   available to states for purposes of setting
22   reimbursement under the Medicaid program?
```

```
 1            MR. DOYLE:  Objection as to form.
 2       A.   And I have no idea what the states do
 3  with the information.
 4       Q.   Okay.  Other than the AMP information,
 5  do you have any information to suggest that Dey
 6  has ever attempted to notify states of the actual
 7  average price at which Dey's drugs are sold to
 8  any class of trade?
 9            MR. DOYLE:  Objection as to form.
10       A.   Other than what I've stated previously,
11  I have not been involved and don't know one way
12  or another.
13       Q.   And with regard to the WAC prices,
14  those prices do not reflect rebates,
15  administrative fees, push money, or program, or -
16  -
17            What was the word you used?
18            MS. HANSCOM:  Promotional.
19       Q.   -- promotional money, or allowances, or
20  other discounts that are frequently included in
21  the contracts that Dey has with wholesalers?
22            MR. DOYLE:  Objection as to form.
```

Page 467

```
 1        A.   And I would indicate that it -- as
 2   we've indicated in the letter that you referenced
 3   on Exhibit 53, it states that it "does not
 4   include the net effect of discounts from invoice
 5   price (based on volume of purchases, speed of
 6   payment and other factors), rebates, chargebacks,
 7   administration fees and other such cost
 8   adjustments which are well known and commonplace
 9   in the pharmaceutical industry and can affect, to
10   a greater or lesser degree, the actual 'final'
11   cost to each purchaser."
12        Q.   Okay.  And just to be clear, I know
13   that's what the letter says.
14             But, in fact, is it true that the WAC
15   prices that Dey reports for publication do not
16   include the types of discounts, rebates, and so
17   forth that I mentioned?
18             MR. DOYLE:  Objection as to form.
19        A.   Again, the wholesale acquisition cost
20   is Dey's published invoice price to all
21   wholesalers.
22        Q.   Mr. Johnston, I understand that, you've
```

```
 1    WAC.

 2            WAC is or W-A-C stands for wholesaler

 3    acquisition cost, correct?

 4         A.    Wholesale acquisition cost.

 5         Q.    Okay.  And that's the cost at which a

 6    wholesaler buys a drug from a manufacturer such

 7    as Dey, right?

 8         A.    And that is the price that -- speaking

 9    for Dey, which is my experience -- is the price

10    we invoice a wholesaler for the purchase of any

11    Dey product.

12         Q.    So put another way, WAC is the price at

13    which you, Dey, sell to a wholesaler such as

14    AmeriSource, correct?

15         A.    And it's defined as the invoice price

16    that we invoice a wholesaler when they purchase

17    any Dey product.

18         Q.    When you say it's defined, where is it

19    defined like that?

20         A.    Well, we were just reading one of --

21         Q.    Oh, it's defined by Dey in that way?

22         A.    Well, I think that that's been our
```