# Exhibit 310

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

Page 1

CAUSE NO. GV002327

| | |
|---|---|
| THE STATE OF TEXAS | ) IN THE DISTRICT COURT |
| ex rel. | ) |
|    VEN-A-CARE OF THE | ) |
|    FLORIDA KEYS, INC. | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| VS. | ) TRAVIS COUNTY, TEXAS |
| | ) |
| DEY, INC.; ROXANE | ) |
| LABORATORIES, INC. and | ) |
| WARRICK PHARMACEUTICALS | ) |
| CORPORATION, | ) |
| | ) |
|    Defendants. | ) 53rd JUDICIAL DISTRICT |

ORAL AND VIDEOTAPED DEPOSITION OF
PAM MARRS
May 2, 2002

ORAL AND VIDEOTAPED DEPOSITION OF PAM MARRS, produced as a witness at the instance of the State of Texas and duly sworn, was taken in the above-styled and numbered cause on the 2nd of May, 2002, from 9:16 a.m. to 5:00 p.m., before Debra L. Sietsma, CSR in and for the State of Texas, reported by machine shorthand, at Coudert Brothers, 600 Beach Street, San Francisco, California, pursuant to the Texas Rules of Civil Procedure and the provisions as previously set forth.

Page 2

APPEARANCES

FOR THE PLAINTIFF:
   MR. PATRICK J. O'CONNELL,
   MR. RAYMOND C. WINTER
   Office of the Attorney General
   State of Texas
   Post Office Box 12548
   Austin, Texas   78711-2548

FOR THE RELATOR:
   MR. JAMES JOSEPH BREEN
   The Breen Law Firm, P.A.
   8201 Peters Road, Suite 1000
   Plantation, Florida   33324
   - and -
   MR. JOHN E. CLARK (Of Counsel)
   Goode Casseb Jones Riklin
      Choate & Watson, P.C.
   2122 North Main Avenue
   P.O. Box 120480

Page 2 (cont.)

   San Antonio, Texas   78212-9680
   - and -
   MS. JOY P. CLAIRMONT
   Berger & Montague, PC
   1622 Locust Street
   Philadelphia, Pennsylvania   19103

FOR DEFENDANT DEY, INC.:
   MR. STEPHEN M. HUDSPETH
   Coudert Brothers
   1114 Avenue of the Americas
   New York, New York   10036-7703
   - and -
   MR. STEVEN A. FLECKMAN
   Fleckman & McGlynn, PLLC
   515 Congress Avenue, Suite 1800
   Austin, Texas   78701-3503

Page 3

FOR DEFENDANT ROXANE LABORATORIES, INC.:
   MR. R. ERIC HAGENSWOLD
   Scott, Douglass & McConnico, L.L.P.
   One American Center, Fifteenth Floor
   600 Congress Avenue
   Austin, Texas   78701

FOR DEFENDANT WARRICK PHARMACEUTICALS CORPORATION:
   MR. C. MICHAEL MOORE
   KARIN B. TORGERSON
   Locke Liddell & Sapp, LLP
   2200 Ross Avenue, Suite 2200
   Dallas, Texas   75201-6776

ALSO PRESENT:
   Mr. Richard Rienstra, Videographer
   Mr. Zachary Ventley

Page 4

INDEX

WITNESS: PAM MARRS

| EXAMINATION | PAGE NO. |
|---|---|
| By Mr. O'Connell . . . . . . . . . . | 5 |
| By Mr. Breen . . . . . . . . . . . . | 63 |
| By Mr. O'Connell . . . . . . . . . . | 156 |
| By Mr. Breen . . . . . . . . . . . . | 186 |
| By Mr. O'Connell . . . . . . . . . . | 191 |

| VIDEOTAPE NUMBER | PAGE NO. |
|---|---|
| 1 . . . . . . . . . . . . . . | 5 |
| 2 . . . . . . . . . . . . . . | 62 |
| 3 . . . . . . . . . . . . . . | 115 |
| 4 . . . . . . . . . . . . . . | 170 |
| 5 . . . . . . . . . . . . . . | 225 |

| EXHIBIT NUMBER | PAGE NO. REFERRED TO: |
|---|---|
| 249 . . . . . . . . . . . . . | 215 |
| 250 . . . . . . . . . . . . . | 219 |

Page 24

1 Q. What is a wholesaler?
2 A. A wholesaler is an organization we sell to
3    who serves our -- services our contract customers.
4 Q. Okay. And what's a contract customer?
5 A. A contract customer is an organization that
6    we independently, from the wholesaler, would negotiate
7    a price and terms with.
8 Q. Okay.
9 A. But they -- they don't buy the product from
10   us. They buy it from the wholesalers. The wholesaler
11   basically services our contract.
12 Q. Okay. When the wholesaler purchases this box
13   of 3 mL 25 Albuterol sulfate, how do you record or
14   book the revenue for that?
15 A. Well, when they actually purchase it and its
16   shipped out, an invoice is created and the sale is
17   booked at the invoice price. At the end of the month
18   we go through and try and come up with some
19   big-picture estimate as to what the ultimate
20   chargeback may be that will come through on that; but
21   you don't really know until you eventually, down the
22   road, receive information back from the wholesaler
23   what that amount will be. So it's -- it's a very
24   difficult area in the accounting world. It's the area
25   our auditors have the most difficulty with, quite

Page 25

1    frankly, because it's -- there are a lot of variables.
2    It's almost impossible to estimate, so we just kind of
3    have to do our best job at it.
4 Q. Okay. As an accrual-basis taxpayer and under
5    general accepted accounting principles, you need to
6    estimate that chargeback, correct?
7 A. Well, you say "taxpayer." For generally
8    accepted accounting principles for our books, we have
9    to try and come up with an estimate. For tax purposes
10   we can't deduct the chargeback reserve because it's
11   dependent upon an outcome, a future outcome. So as
12   hard as I've tried, our -- our tax people will not let
13   us deduct it.
14 Q. Okay. Explain to me what a chargeback is.
15 A. A chargeback is a transaction that's
16   generated back to us by the wholesaler when they sell
17   out one of our products to one of our contract
18   customers, if you will. And it basically -- we
19   receive -- I think last year we received almost
20   two million of these transactions being processed back
21   to us, and it basically tells us who they sold the
22   product to, which contract, which Dey contract they
23   sold it out under, and it's -- it's a calculation of
24   what we need to reimburse them for in order to make
25   them whole for servicing our contract. So it would

Page 26

1    basically be the difference between the invoice price
2    the wholesaler paid and the contract price that the
3    wholesaler eventually sells it out to the Dey contract
4    customer.
5 Q. Okay. Let's go back to this original date of
6    invoice and shipping.
7       You indicated that you record or book
8    a -- a sale at that point in time, correct?
9 A. Correct.
10 Q. Okay. Where is that recorded, and how is it
11   recorded?
12 A. Well, the -- the day the shipment is made,
13   it's -- it's recorded as a transaction in our computer
14   system.
15 Q. Okay. Let me stop you there.
16      What -- what computer system do you
17   have?
18 A. We use BPCS.
19 Q. Can you spell that for me?
20 A. BPCS. It's a fairly standard manufacturing
21   software package. The -- sold by SSA. Well, SSA --
22   it's now -- the name has changed. I don't recall the
23   new name. But it's a commonly used package in the
24   pharmaceutical and manufacturing industries.
25 Q. Okay. Can you tell me a little bit about

Page 27

1    what hardware this is run on?
2 A. It's run on an AS 400.
3 Q. Okay. Who manufactures that?
4 A. IBM.
5 Q. Okay. All right. And, again, the people
6    responsible for running this computer and the software
7    on the computer report to you; is that correct?
8 A. Correct.
9 Q. Okay. All right. This program that -- the
10   software, the BPCS software, do you know what
11   it stands for? Is it an acronym that everybody knows?
12 A. Business Planning and Control System,
13   something like that.
14 Q. Okay. All right. Can you tell me what
15   functions this software will do for you?
16 A. It's -- it's an integrated system that
17   includes purchasing, accounts payable, MRP-type
18   functions, order entry, distribution, general ledger.
19   It does not have payroll, fixed assets, chargebacks on
20   it. It -- it's -- those are separate systems, but
21   it's basically the core system that we use in the
22   company for most transactions.
23 Q. Would it be safe to say that you maintain a
24   database of all your sales in this one program?
25 A. Well, the transactions are -- there is a