# Exhibit 312

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.
v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# DEY LABORATORIES, INC.

## MEMORANDUM

**TO:** J.N. Julliard

**CC:** Pam Marrs
Charles Rice
Jean-Pierre Termier

**FROM:** Lewis Mow

**DATE:** February 1, 1994

**RE:** JANUARY 1994 NET SALES AND CONTRIBUTION MARGIN REPORTS AND MONTHLY SALES REVIEW

Attached please find the Net Sales and Contribution Margin Reports and Monthly Sales Review for January 1994.

LAM:njk

Attachment

**CONFIDENTIAL**

**DL-TX 84723**

## SALES COMMENTARY
## JANUARY 1994

The new year starts in excellent fashion with net sales of $10.8 million. Seasonal in nature, this high volume in sales activity has been boosted by the recall activity of a generic competitor on Albuterol (Copley).

We will not know the true impact of this recall on ongoing sales until the end of the first quarter.

Schering's generic stepchild, Warrick, has been quite active in the retail chains and has successfully taken away Walgreens and Pay Less. Warrick is bundling not only multidose and unit-dose, but has added Vanceril® (beclomethasone) to their product offering. This strategy is quite surprising considering Schering's reputation but is definitely based on long-term gains with this type of account.

In summary, the honeymoon with Albuterol is probably over; the pending approval of Cromolyn takes on added importance.

CAR/chg     2/1/94

CONFIDENTIAL

DL-TX 84724

**CONFIDENTIAL**

Dey Laboratories, Inc.
Sales in Shelf Cartons and Dollars
January, 1994 and 1993

Prepared By: Kathie Miller
Filename: YTDSALES
Last Update: 01/31/94

| | SALES IN SHELF CARTONS | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | CURRENT MONTH | | | | YEAR-TO-DATE | | | |
| Product | 1994 Actual | 1993 Actual | % Change | 1994 Budget | 1994 Actual | 1993 Actual | % Change | 1994 Budget |
| CROMOLYN SODIUM | 0 | 0 | N/A | 0 | 0 | 0 | N/A | 0 |
| ACETYLCYSTEINE | 38,163 | 31,065 | 22.85% | 32,317 | 38,163 | 31,065 | 22.85% | 32,317 |
| ALBUTEROL | 567,807 | 260,252 | 118.18% | 429,261 | 567,807 | 260,252 | 118.18% | 429,261 |
| ISOETHARINE | 11,839 | 12,433 | -4.78% | 12,993 | 11,839 | 12,433 | -4.78% | 12,993 |
| METAPROTERENOL | 53,479 | 52,641 | 1.59% | 49,329 | 53,479 | 52,641 | 1.59% | 49,329 |
| SODIUM CHLORIDE | 111,522 | 56,293 | 98.11% | 102,120 | 111,522 | 56,293 | 98.11% | 102,120 |
| MDD SODIUM CHLORIDE | 1,357 | 204 | 565.20% | 0 | 1,357 | 204 | 565.20% | 0 |
| PURIFIED WATER | 337 | (70) | -581.43% | 534 | 337 | (70) | -581.43% | 534 |
| OTHER | 0 | (8) | -100.00% | 0 | 0 | (13) | -100.00% | 0 |
| | 784,504 | 412,810 | 90.04% | 626,554 | 784,504 | 412,805 | 90.04% | 626,554 |

| | SALES IN DOLLARS (NET) | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | CURRENT MONTH | | | | YEAR-TO-DATE | | | |
| Product | 1994 Actual | 1993 Actual | % Change | 1994 Budget | 1994 Actual | 1993 Actual | % Change | 1994 Budget |
| CROMOLYN SODIUM | 0 | 0 | N/A | 0 | 0 | 0 | N/A | 0 |
| ACETYLCYSTEINE | 767,333 | 615,531 | 24.66% | 596,942 | 767,333 | 615,531 | 24.66% | 596,942 |
| ALBUTEROL | 8,747,597 | 4,488,369 | 94.89% | 6,081,692 | 8,747,597 | 4,488,369 | 94.89% | 6,081,692 |
| ISOETHARINE | 63,349 | 57,092 | 10.96% | 58,468 | 63,349 | 57,092 | 10.96% | 58,468 |
| METAPROTERENOL | 422,587 | 363,166 | 16.36% | 345,308 | 422,587 | 363,166 | 16.36% | 345,308 |
| SODIUM CHLORIDE | 1,118,874 | 657,958 | 70.05% | 1,060,439 | 1,118,874 | 657,958 | 70.05% | 1,060,439 |
| MDD SODIUM CHLORIDE | 30,778 | 5,759 | 434.43% | 0 | 30,778 | 5,759 | 434.43% | 0 |
| PURIFIED WATER | 3,521 | (794) | -543.45% | 4,539 | 3,521 | (794) | -543.45% | 4,539 |
| OTHER | 0 | (443) | -100.00% | 0 | 0 | (443) | -100.00% | 0 |
| | 11,154,039 | 6,186,638 | 80.29% | 8,147,388 | 11,154,039 | 6,186,638 | 80.29% | 8,147,388 |
| Less: | | | | | | | | |
| Cash Discounts | (225,000) | (123,351) | 82.41% | (203,685) | (225,000) | (123,351) | 82.41% | (203,685) |
| Administrative Fees | (56,000) | (59,679) | -6.16% | (40,737) | (56,000) | (59,679) | -6.16% | (40,737) |
| Contract Revenue | | | N/A | 0 | 0 | 0 | N/A | 0 |
| Dealer Rebates | | | N/A | 0 | 0 | 0 | N/A | 0 |
| Medicaid Rebates | (80,000) | (21,475) | 272.53% | (59,284) | (80,000) | (21,475) | 272.53% | (59,284) |
| **FINAL NET SALES** | 10,793,039 | 5,982,133 | 80.42% | 7,843,682 | 10,793,039 | 5,982,133 | 80.42% | 7,843,682 |

DL-TX 84725

DEY LABORATORIES, INC.
MONTHLY NET SALES
JANUARY, 1994

| UNITS | IMS No. | PRODUCTS | NET SALES |
|---|---|---|---|
| | | HOME SALES: | |
| 38,163 | 28300 | Acetylcysteine | 767,333 |
| 11,839 | 28112 | Isoetharine | 63,349 |
| 0 | 28112 | Isoproterenol | 0 |
| 53,479 | 28112 | Metaproterenol | 422,587 |
| 0 | 28112 | Racepinephrine | 0 |
| 111,522 | 10620 | Sodium Chloride | 1,118,874 |
| 337 | 10620 | Purified Water | 3,521 |
| 0 | N/A | Other | 0 |
| 567,807 | 28112 | Albuterol | 8,747,597 |
| 0 | N/A | Dey−Wash | 0 |
| 1,357 | 10620 | MDD Sodium Chloride | 30,778 |
| | | EXPORT SALES | |
| 784,504 | | | 11,154,039 |
| | | Less: | |
| | | Cash Discounts | (225,000) |
| | | Administrative Fees | (56,000) |
| | | Contract Revenue | 0 |
| | | Medicaid Rebates | (80,000) |
| | | Dealer Rebates | 0 |
| 784,504 | | TOTAL | 10,793,039 |

CONFIDENTIAL

DL-TX 84726

Filiale :

## CHIFFRE d'AFFAIRES du MOIS de
## MONTHLY NET SALES

| French | English | Amount |
|---|---|---|
| **C.E.E.** | **E.E.C.** | |
| 00 Allemagne | 00 Germany | |
| 10 Danemark | 10 Denmark | |
| 20 Pays Bas | 20 Netherlands | |
| 30 Italie | 30 Italy | |
| 37 Grece | 37 Greece | |
| 40 France | 40 France | |
| 41 Belgique | 41 Belgium | |
| 42 Luxembourg | 42 Luxembourg | |
| 50 Grand Bretagne | 50 Great Britain | |
| 52 Irlande | 52 Ireland | |
| 70 Espagne | 70 Spain | |
| 90 Portugal | 90 Portugal | |
| **Total CEE** | **Total EEC** | 0 |
| **EUROPE EST** | **EAST EUROP** | |
| 23 Tchecoslovaquie | 23 Czechoslovakia | |
| 24 Pologne | 24 Poland | |
| 25 URSS | 25 USSR | |
| 31 Yougoslavie | 31 Yugoslavia | |
| 33 Albanie | 33 Albania | |
| 34 Hongrie | 34 Hungary | |
| 35 Roumanie | 35 Romania | |
| 36 Bulgarie | 36 Bulgaria | |
| **Total EUROPE EST** | **Total EAST EUROP** | 0 |
| **Autre EUROPE** | **Other EUROP** | |
| 11 Suede | 11 Sweden | |
| 12 Norvege | 12 Norway | |
| 13 Finlande | 13 Finland | |
| 21 Suisse | 21 Switzerland | |
| 22 Autriche | 22 Austria | |
| Divers (preciser les pays) | Misc. (precise countries) | |
| **Total Autre EUROPE** | **Total Other EUROP** | 0 |
| **AMERIQUE du NORD** | **NORTH AMERICA** | |
| 360 USA | 360 USA | 10,793,039 |
| 361 CAnada | 361 CAnada | |
| **Total AMERIQUE du NORD** | **Total NORTH AMERICA** | 10,793,039 |
| **AMERIQUE LATINE** | **LATIN AMERICA** | |
| 370 Mexique | 370 Mexico | |
| 371 Guatemala | 371 Guatemala | |
| 373 Salvador | 373 El Salvador | |
| 377 Cuba | 377 Cuba | |
| 378 Rep. Dominicaine | 378 Cominican Republic | |
| 470 Colombie | 470 Colombia | |
| 471 Venezuela | 471 Venezuela | |
| 472 Equateur | 472 Ecuador | |
| 473 Perou | 473 Peru | |
| 475 Chili | 475 Chile | |
| 476 Argentine | 476 Argentina | |
| 490 Bresil | 490 Brazil | |
| Divers (preciser les pays) | Misc. (precise countries) | |
| **Total AMERIQUE LATINE** | **Total LATIN AMERICA** | 0 |
| A REPORTER | CARRIED FORWARD TO | 10,793,039 |

24 - 2

**CONFIDENTIAL**

**DL-TX 84727**

| A REPORTER | CARRIED FORWARD TO | 10,793,039 |
|---|---|---|
| EXTREME ORIENT<br>　　119 Chine<br>　　120 Hong Kong/Macao<br>　　123 Philippines<br>　　124 Thailande<br>　　125 Indonesie<br>　　126 Taiwan<br>　　130 Japon<br>　　131 Coree de Sud<br>　　149 Malaisie<br>　　150 Singapour<br>　　　　Divers (preciser les pays)<br>　　　　_____<br>　　　　_____<br>Total EXTREME ORIENT | ASIA<br>　　119 China<br>　　120 Hong Kong/Macao<br>　　123 Philippines<br>　　124 Thailand<br>　　125 Indonesia<br>　　126 Taiwan<br>　　130 Japan<br>　　131 Republic of Korea<br>　　149 Malaysia<br>　　150 Singapore<br>　　　　Misc. (precise countries)<br>　　　　_____<br>　　　　_____<br>Total ASIA | 0 |
| MOYEN ORIENT<br>　　100 Turquie<br>　　101 Liban<br>　　102 Jordanie<br>　　103 Israel<br>　　105 Arabie Seoudite<br>　　106 Irak<br>　　107 Iran<br>　　108 Afghanistan<br>　　109 Syrie<br>　　111 Koweit<br>　　112 Yemem<br>　　115 Emirats Arabes Unis<br>　　152 Inde<br>　　154 Pakistan<br>　　155 Bangladesh<br>　　　　Divers (preciser les pays)<br>　　　　_____<br>　　　　_____<br>Total MOYEN ORIENT | MIDDLE EAST<br>　　100 Turkey<br>　　101 Lebanon<br>　　102 Jordan<br>　　103 Israel<br>　　105 Saudi Arabia<br>　　106 Iraq<br>　　107 Iran<br>　　108 Afghanistan<br>　　109 Syria<br>　　111 Koweit<br>　　112 Yemen<br>　　115 Emirates Arab United<br>　　152 India<br>　　154 Pakistan<br>　　155 Bangladesh<br>　　　　Misc. (precise countries)<br>　　　　_____<br>　　　　_____<br>Total MIDDLE EAST | 0 |
| AFRIQUE<br>　　230 Ethiopie<br>　　240 Maroc<br>　　250 Egypte<br>　　253 Afrique Sud<br>　　254 Nigeria<br>　　　　Divers (preciser les pays)<br>　　　　_____<br>　　　　_____<br>Total AFRIQUE | AFRICA<br>　　230 Ethiopia<br>　　240 Morocco<br>　　250 Egypt<br>　　253 South Africa<br>　　254 Nigeria<br>　　　　Misc. (precise countries)<br>　　　　_____<br>　　　　_____<br>Total AFRICA | 0 |
| AUSTRALIE<br>　　550 Australie<br>　　551 Nouvelle Zelande<br>Total AUSTRALIE | AUSTRALIA<br>　　550 Australia<br>　　551 New Zealand<br>Total AUSTRALIA | 0 |
| EXPORT non AFFECTE | EXPORTS non ALLOCATED | |
| TOTAL | TOTAL | 10,793,039 |

**CONFIDENTIAL**

**DL-TX 84728**

CONFIDENTIAL

DEY LABORATORIES, INC.
MONTHLY NET CONTRIBUTION MARGIN I
JANUARY 31, 1994

PREPARED BY: S. GEMO
FILE NAME: 194MARGIN
LAST UPDATE: 01/31/94

| NET SALES (CARTONS) (A) | GROSS SALES (CARTONS) (B) | IMS NUMBER | DESCRIPTION | NET SALES DOLLARS | DIRECT | | | FULLY ABSORBED (C) | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | TOTAL COST | CONTRIBUTION MARGIN | MARGIN % OF SALES | TOTAL COST | CONTRIBUTION MARGIN | MARGIN % OF SALES |
| 38,163 | 38,558 | 26300 | ACETYLCYSTEINE | 767,333 | 297,036 | 470,297 | 61.29% | 310,075 | 457,258 | 59.59% |
| 567,807 | 568,308 | 28112 | ALBUTEROL | 8,747,597 | 668,804 | 8,078,793 | 92.35% | 1,609,940 | 7,137,657 | 81.60% |
| 11,839 | 11,900 | 28112 | ISOETHARINE | 63,349 | 12,597 | 50,752 | 80.12% | 28,454 | 34,895 | 55.08% |
| 53,479 | 53,732 | 28112 | METAPROTERENOL | 422,587 | 88,836 | 333,751 | 78.98% | 160,434 | 262,154 | 62.04% |
| 111,522 | 112,194 | 10620 | SODIUM CHLORIDE | 1,118,874 | 555,724 | 563,150 | 50.33% | 681,510 | 437,363 | 39.09% |
| 337 | 390 | 10620 | PURIFIED WATER | 3,521 | 2,457 | 1,064 | 30.22% | 2,457 | 1,064 | 30.22% |
| 0 | 0 | N/A | VARIOUS | 0 | 0 | 0 | N/A | 0 | 0 | N/A |
| 1,357 | 1,439 | 10620 | MDD SOD CHLORIDE | 30,778 | 14,747 | 16,031 | 52.09% | 14,747 | 16,031 | 52.09% |
| 784,504 | 786,521 | | | 11,154,039 | 1,640,200 | 9,513,839 | 85.30% | 2,807,617 | 8,346,422 | 74.83% |
| | | | LESS: CASH DISCOUNTS | (225,000) | | (225,000) | | | (225,000) | |
| | | | ADMIN. FEES | (56,000) | | (56,000) | | | (56,000) | |
| | | | MEDICAID REBATES | (80,000) | | (80,000) | | | (80,000) | |
| | | | CONTRACT REVENUE | 0 | | 0 | | | 0 | |
| | | | ESTIMATED NET SALES | 10,793,039 | 1,640,200 | 9,152,839 | 84.80% | 2,807,617 | 7,985,422 | 73.99% |
| | | | | (A) | | | | | | |

(A) Agrees to Monthly Net Sales Report.

(B) "Net Sales" are net of various credit memos issued for expired products, returned goods, etc. Because these units generally can not be returned to stock and resold, it is necessary to calculate Cost of Goods Sold based on gross sales units.

(C) Overhead rates per vial are as follows:
| Dey produced drug products | 0.0533 |
| Dey produced Saline/Purified water | 0.0394 |
| Contract products -- Saline | 0.0000 |
| Contract products -- Drug | 0.0533 |

NOTE: All amounts on this and accompanying schedules were input with cents and rounded to the nearest dollar; therefore, minor rounding errors may exist.

DL-TX 84729

DEY LABORATORIES, INC.
MONTHLY NET CONTRIBUTION MARGIN I
JANUARY 31, 1994

PREPARED BY: S. GEMO
FILE NAME: 194MARGIN
LAST UPDATE: 31-Jan-94

CONFIDENTIAL

DL-TX 84730

| NET SALES (CARTONS) (A) | GROSS SALES (CARTONS) (B) | IMS NUMBER | PRODUCT NUMBER | DESCRIPTION | NET SALES DOLLARS | DIRECT | | | | FULLY ABSORBED | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | COST PER CARTON | TOTAL COST | CONTRIBUTION MARGIN | MARGIN % OF SALES | COST PER CARTON | TOTAL COST | CONTRIBUTION MARGIN | MARGIN % OF SALES |
| | | | | **ACETYLCYSTEINE:** | | | | | | | | | |
| 9,392 | 9,432 | 28300 | 18104 | 10% 4ml, Mucosil | 171,667 | 10.9880 | 102,696 | 68,971 | 40.18% | 11.5276 | 108,728 | 62,939 | 36.66% |
| 6,566 | 6,588 | 28300 | 18110 | 10% 10ml, Mucosil | 78,120 | 4.7116 | 31,040 | 47,080 | 60.27% | 4.8715 | 32,093 | 46,026 | 58.92% |
| 1,726 | 1,776 | 28300 | 18130 | 10% 30ml, Mucosil | 51,664 | 6.5205 | 11,580 | 40,084 | 77.59% | 6.6604 | 11,864 | 39,800 | 77.04% |
| 4,965 | 5,022 | 28300 | 18204 | 20% 4ml, Mucosil | 97,710 | 11.3041 | 56,769 | 40,941 | 41.90% | 11.9437 | 59,981 | 37,729 | 38.61% |
| 8,222 | 8,328 | 28300 | 18210 | 20% 10ml, Mucosil | 107,607 | 4.9777 | 41,454 | 66,153 | 61.48% | 5.1376 | 42,786 | 64,821 | 60.24% |
| 6,762 | 6,852 | 28300 | 18230 | 20% 30ml, Mucosil | 234,825 | 7.3188 | 50,148 | 184,677 | 78.64% | 7.4767 | 51,244 | 183,581 | 78.18% |
| 530 | 560 | 28300 | 18200 | 20% 100ml, Mucosil | 25,739 | 5.9778 | 3,348 | 22,392 | 86.99% | 6.0311 | 3,377 | 22,362 | 86.88% |
| 38,163 | 38,558 | | | **TOTAL ACETYLCYSTEINE** | 767,333 | | 297,036 | 470,297 | 61.29% | | 310,075 | 457,258 | 59.59% |
| | | | | **ALBUTEROL:** | | | | | | | | | |
| 461,596 | 462,012 | 28112 | 69703 | .083% 3 ml. 25's | 6,017,734 | 0.9759 | 450,878 | 5,566,857 | 92.51% | 2.3084 | 1,066,509 | 4,951,226 | 82.28% |
| 9,024 | 9,024 | 28112 | 69733 | .083% 3 ml. 30's | 108,591 | 1.2189 | 10,999 | 97,592 | 89.87% | 2.8179 | 25,429 | 83,162 | 76.58% |
| 97,187 | 97,272 | 28112 | 69760 | .083% 3 ml. 60's | 2,621,272 | 2.1273 | 206,927 | 2,414,345 | 92.11% | 5.3253 | 518,003 | 2,103,269 | 80.24% |
| | | 28112 | A69703 | .083% 3 ml. 25's | | 1.0455 | 0 | 0 | N/A | 2.3780 | 0 | 0 | N/A |
| | | 28112 | A69760 | .083% 3 ml. 60's | | 2.2219 | 0 | 0 | N/A | 5.4199 | 0 | 0 | N/A |
| 567,807 | 568,308 | | | **TOTAL ALBUTEROL** | 8,747,597 | | 668,804 | 8,078,793 | 92.35% | | 1,609,940 | 7,137,657 | 81.60% |
| | | | | **ISOETHARINE:** | | | | | | | | | |
| 4,424 | 4,440 | 28112 | 66103 | S/F .08% 3ml | 22,728 | 1.0119 | 4,493 | 18,235 | 80.23% | 2.3444 | 10,409 | 12,319 | 54.20% |
| 1,212 | 1,228 | 28112 | 66405 | S/F .1% 5ml | 6,840 | 1.1410 | 1,401 | 5,439 | 79.52% | 2.4735 | 3,037 | 3,802 | 55.59% |
| 5,407 | 5,428 | 28112 | 66003 | S/F .17% 3ml | 29,185 | 1.0655 | 5,764 | 23,401 | 80.18% | 2.3960 | 13,016 | 16,168 | 55.40% |
| 796 | 804 | 28112 | 65902 | S/F .25% 2ml | 4,596 | 1.1435 | 919 | 3,677 | 80.00% | 2.4760 | 1,991 | 2,606 | 56.69% |
| | | 28112 | 05212 | S/F 1% .5ml | | 5.3178 | 0 | 0 | N/A | 7.1928 | 0 | 0 | N/A |
| | | 28112 | 05214 | S/F 1% .25ml | | 5.1507 | 0 | 0 | N/A | 7.0257 | 0 | 0 | N/A |
| 11,839 | 11,900 | | | **TOTAL ISOETHARINE** | 63,349 | | 12,597 | 50,752 | 80.12% | | 28,454 | 34,895 | 55.08% |
| | | | | **METAPROTERENOL:** | | | | | | | | | |
| 9,963 | 10,036 | 28112 | 67803 | .4% 2.5ml | 75,632 | 1.4531 | 14,583 | 61,049 | 80.72% | 2.7856 | 27,956 | 47,676 | 63.04% |
| 43,516 | 43,696 | 28112 | 67603 | .6% 2.5ml | 346,955 | 1.6993 | 74,253 | 272,703 | 78.60% | 3.0318 | 132,478 | 214,478 | 61.82% |
| | | 28112 | 05513 | S/F 5% .3ml | | 7.1193 | 0 | 0 | N/A | 8.9943 | 0 | 0 | N/A |
| | | 28112 | 15530 | S/F 5% .30ml | | 7.5000 | 0 | 0 | N/A | 7.5533 | 0 | 0 | N/A |
| 53,479 | 53,732 | | | **TOTAL METAPROTERENOL** | 422,587 | | 88,836 | 333,751 | 78.98% | | 160,434 | 262,154 | 62.04% |
| | | | | **SODIUM CHLORIDE:** | | | | | | | | | |
| (7) | | 10620 | 62003 | .45% 3ml | (86) | 2.2487 | 0 | (86) | N/A | 6.1887 | 0 | (86) | N/A |
| (50) | | 10620 | 62005 | .45% 5ml | (700) | 2.3060 | 0 | (700) | N/A | 6.2460 | 0 | (700) | N/A |
| | | 10620 | 63001 | .9% 1ml | 0 | 7.6946 | 0 | 0 | N/A | 17.5446 | 0 | 0 | N/A |
| 9,815 | 9,890 | 10620 | 63003 | .9% 3ml | 87,292 | 1.6231 | 16,052 | 71,240 | 81.61% | 5.5631 | 55,019 | 32,273 | 36.97% |
| | | 10620 | B63015 | .9% 15ml | | 11.6067 | 0 | 0 | N/A | 31.3067 | 0 | 0 | N/A |
| 371 | 480 | 10620 | 82003 | .45% 3ml | 3,844 | 6.3000 | 3,024 | 820 | 21.32% | 6.3000 | 3,024 | 820 | 21.32% |
| 220 | 200 | 10620 | 82005 | .45% 5ml | 1,604 | 6.3000 | 1,260 | 344 | 21.42% | 6.3000 | 1,260 | 344 | 21.42% |
| | | 10620 | 83103 | .9% 3ml | | 5.6000 | 0 | 0 | N/A | 5.6000 | 0 | 0 | N/A |
| 55,415 | 55,700 | 10620 | 83003 | .9% 3ml | 547,914 | 5.8000 | 323,060 | 224,854 | 41.04% | 5.8000 | 323,060 | 224,854 | 41.04% |
| 16,140 | 16,140 | 10620 | 83015 | .9% 15ml | 66,038 | 3.0860 | 49,808 | 16,230 | 24.58% | 3.0860 | 49,808 | 16,230 | 24.58% |
| | | 10620 | D63003 | .9% 3ml (DeVilbiss) | | 0.0000 | 0 | 0 | N/A | 3.9400 | 0 | 0 | N/A |
| 9,240 | 9,250 | 10620 | 63005 | .9% 5ml | 75,308 | 1.6231 | 15,014 | 60,294 | 80.06% | 5.5631 | 51,459 | 23,849 | 31.67% |
| | | 10620 | 83105 | .9% 5ml | | 5.8000 | 0 | 0 | N/A | 5.8000 | 0 | 0 | N/A |
| 13,360 | 13,470 | 10620 | 83005 | .9% 5ml | 132,288 | 5.8000 | 78,126 | 54,162 | 40.94% | 5.8000 | 78,126 | 54,162 | 40.94% |
| (14) | | 10620 | 63010 | .9% 10ml | (168) | 1.2619 | 0 | (168) | N/A | 3.2519 | 0 | (168) | N/A |
| 5 | 24 | 10620 | 63015 | .9% 15ml | 72 | 1.5652 | 36 | 35 | N/A | 3.5352 | 85 | (13) | N/A |
| | | 10620 | C63015 | .9% 15ml (Conc Portex) | | 0.0000 | 0 | 0 | N/A | 1.9700 | 0 | 0 | N/A |
| 2,115 | 2,120 | 10620 | 03003 | .9% 3ml | 63,591 | 10.9776 | 23,273 | 40,319 | 63.40% | 20.8278 | 44,155 | 19,437 | 30.56% |
| 1,476 | 1,476 | 10620 | 03005 | .9% 5ml | 43,487 | 12.1127 | 17,878 | 25,608 | 58.89% | 21.9627 | 32,417 | 11,070 | 25.46% |
| 2,268 | 2,282 | 10620 | 03010 | .9% 10ml | 65,760 | 7.3296 | 16,726 | 49,034 | 74.56% | 12.2546 | 27,965 | 37,795 | 57.47% |
| 692 | 700 | 10620 | 03020 | .9% 10ml | 20,629 | 13.4107 | 9,387 | 11,242 | 54.49% | 17.3507 | 12,145 | 8,484 | 41.13% |

DEY LABORATORIES, INC.
MONTHLY NET CONTRIBUTION MARGIN I
JANUARY 31, 1994

PREPARED BY: S. GEMO
FILE NAME: 194MARGIN
LAST UPDATE: 31–Jan–94

CONFIDENTIAL

| NET SALES (CARTONS) (A) | GROSS SALES (CARTONS) (B) | IMS NUMBER | PRODUCT NUMBER | DESCRIPTION | NET SALES DOLLARS | DIRECT ||||  FULLY ABSORBED ||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | COST PER CARTON | TOTAL COST | CONTRIBUTION MARGIN | MARGIN % OF SALES | COST PER CARTON | TOTAL COST | CONTRIBUTION MARGIN | MARGIN % OF SALES |
| | | 10620 | C03020 | .9% 10ml (Conc Portex) | | 0.0000 | 0 | 0 | N/A | 15.7600 | 0 | 0 | N/A |
| 318 | 324 | 10620 | 64015 | 3% 15ml | 8,252 | 4.4548 | 1,443 | 6,809 | 82.51% | 6.4248 | 2,082 | 6,171 | 74.78% |
| 138 | 138 | 10620 | 64115 | 10% 15ml | 3,749 | 4.5939 | 634 | 3,115 | 83.09% | 6.5639 | 906 | 2,843 | 75.84% |
| 111,522 | 112,194 | | | TOTAL SODIUM CHLORIDE | 1,118,874 | | 555,724 | 563,150 | 50.33% | | 681,510 | 437,363 | 39.09% |
| | | | | PURIFIED WATER: | | | | | | | | | |
| (5) | | 10620 | 61003 | 3ml | (67) | 2.0245 | 0 | (67) | N/A | 5.9645 | 0 | (67) | N/A |
| (3) | | 10620 | 61005 | 5ml | (42) | 2.0192 | 0 | (42) | N/A | 5.9592 | 0 | (42) | N/A |
| 245 | 250 | 10620 | 81003 | 3ml | 2,573 | 6.3000 | 1,575 | 998 | 38.78% | 6.3000 | 1,575 | 998 | 38.78% |
| 100 | 140 | 10620 | 81005 | 5ml | 1,058 | 6.3000 | 882 | 176 | 16.60% | 6.3000 | 882 | 176 | 16.60% |
| 337 | 390 | | | TOTAL PURIFIED WATER | 3,521 | | 2,457 | 1,064 | 30.22% | | 2,457 | 1,064 | 30.22% |
| 0 | 0 | N/A | | VARIOUS | 0 | N/A | 0 | 0 | N/A | N/A | 0 | 0 | N/A |
| | | | | MDD SOD CHLORIDE: | | | | | | | | | |
| 13 | 63 | 10620 | 50120 | Nebu Sol .9% 120ml | 344 | 8.7624 | 552 | (208) | N/A | 8.7624 | 552 | (208) | N/A |
| 1,344 | 1,376 | 10620 | 50300 | Nebu Sol .9% 300ml | 30,434 | 10.3164 | 14,195 | 16,239 | 53.36% | 10.3164 | 14,195 | 16,239 | 53.36% |
| 1,357 | 1,439 | | | TOTAL MDD SOD CHLORIDE | 30,778 | | 14,747 | 16,031 | 52.09% | | 14,747 | 16,031 | 52.09% |
| 784,504 | 786,521 | | | GRAND TOTAL | 11,154,039 | | 1,640,200 | 9,513,839 | 85.30% | | 2,807,617 | 8,346,422 | 74.85% |
| | | | | LESS: CASH DISCOUNTS | (225,000) | | | (225,000) | | | | (225,000) | |
| | | | | ADMIN. FEES | (56,000) | | | (56,000) | | | | (56,000) | |
| | | | | MEDICAID REBATES | (80,000) | | | (80,000) | | | | (80,000) | |
| | | | | CONTRACT REVENUE | 0 | | | 0 | | | | 0 | |
| | | | | ESTIMATED NET SALES | 10,793,039 (A) | | 1,640,200 | 9,152,839 | 84.80% | | 2,807,617 | 7,985,422 | 73.99% |

(A) Agrees to Monthly Net Sales Report.

(B) "Net Sales" are net of various credit memos issued for expired products, returned goods, etc. Because these units generally can not be returned to stock and resold, it is necessary to calculate Cost of Goods Sold based on gross sales units.

(C) Overhead rates per vial are as follows:
| | |
|---|---|
| Dey produced drug products | 0.0533 |
| Dey produced Saline/Purified water | 0.0394 |
| Contract products – Saline | 0.0000 |
| Contract products – Drug | 0.0533 |

NOTE: All amounts on this schedule were input with cents and rounded to the nearest dollar; therefore, minor rounding errors may exist.

DL-TX 84731