# Exhibit 316

## PART 5

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

CONFIDENTIAL

Dey Laboratories, L.P.
1998 Contribution Margin Trend Report
January 1998

Date: 5/05/98
Time: 12:03:11
Pgm: SAL258

| | Feb 1997 | Mar 1997 | Apr 1997 | May 1997 | Jun 1997 | Jul 1997 | Aug 1997 | Sep 1997 | Oct 1997 | Nov 1997 | Dec 1997 | Jan 1998 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DEY PRODUCTS** | | | | | | | | | | | | |
| OTHER DEY PRODUCTS | | | | | | | | | | | | |
| 03003-0.9% 3ml | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| 81003-3ml | 50.71- | 29.31 | 165.78 | 43.29 | 32.51 | 33.87 | 48.15 | 824.54- | 182.72 | 34.58 | 44.29 | 5.56 |
| 81005-5ml | 141.56- | 39.57- | 126.89 | 121.00- | 73.31- | 7.39- | 16.64 | 27.13 | 9.50- | 6.94 | 8.60- | 17.15 |
| OTHER DEY PRODUCT | 907.67- | 177.76- | 129.98 | 21.72 | 14.92- | 15.41 | 45.22 | 95.74- | 247.24- | 4.08- | 23.33 | 48.02- |
| | | | | | | | | | | | | |
| **DEY CARE** | | | | | | | | | | | | |
| 40001-50MG 100 | 100.67- | 100.00 | 235.01- | 100.00 | 409.63- | 143.50 | 178.26- | 185.26- | 241.90- | | 394.54 | |
| 40101-100MG 100 | 29.29 | 9.16 | 8.47 | 43.86 | 34.44- | 63.47- | 49.05 | 211.38- | 288.38- | 124.32 | 315.74 | |
| 40901-5MG 100 | 21.36 | 70.70 | 26.99 | 13.07- | 22.13 | 449.14- | 93.37- | 28.19 | 51.24 | 2.18- | 480.79- | |
| 41201-0.125MG 100 | 71.96 | 70.36 | 55.83 | 77.58 | 57.87 | 57.50 | 83.36 | 82.06 | 543.53 | 100.00 | 937.92 | |
| 41301-0.25MG 100 | 75.90 | 75.38 | 69.80 | 10.76- | 82.36 | 45.02 | 74.80 | 82.98 | 64.93 | 38.82 | 546.21 | |
| 40301-20MG 100 | 11.36 | 39.71- | 7.97 | 16.41- | 24.92- | 76.57- | 1.83- | 78.20- | 134.29- | | 668.34- | |
| 40501-0.25MG 100 | | | 100.00 | 24.21 | 56.48 | | | 226.40- | 100.00 | | | |
| 41501-5/500 100 | 5.95 | 6.22 | 549.74 | 13.09 | 18.32- | 36.38- | 26.98- | 130.00- | .15- | 101.38- | 977.89- | |
| 40505-0.25MG 500 | 99.93- | | 149.36- | | 15.17 | 15.16 | 46.29 | 233.71- | 100.00 | | | |
| 41601-7.5/750 100 | 109.55- | 14.33 | 4.87 | 14.63 | 123.27 | 25.18 | 21.53 | 198.46- | 100.00 | 184.00 | 100.00 | |
| 40601-0.5MG 100 | | | 100.00 | 57.28 | 57.28 | 57.28 | | 233.75- | 100.00 | | | |
| 41701-7.5/650 100 | 135.94- | 13.34 | 17.12 | 44.35 | 111.94 | 46.51 | 47.78 | 264.12- | 5.92 | 129.34- | 273.63- | |
| 40605-0.5MG 500 | 30.30 | 15.22 | 90.08- | 16.70 | 42.91 | 37.54 | 46.39 | 234.01- | 40.05- | | | |
| 41505-5/500 500 | 25.11- | 8.26 | 16.87 | 9.34 | 4.47 | 8.81- | 20.83 | 82.60- | 142.43 | 233.33- | 100.00 | |
| 40701-1MG 100 | 51.18- | 100.00 | 100.00 | | 55.25 | | | 231.86- | 53.37 | | | |
| 40705-1MG 500 | 60.32 | | 44.52- | 38.79 | 51.62 | 60.32 | | 233.50- | 7.74- | | | |
| 41001-10MG 100 | 48.97 | 72.36 | 21.20 | 46.77- | 892.80- | 20.31 | 30.57 | 3.51 | 51.22 | 11.15 | 514.30- | |
| DEY CARE | 111.31- | 38.56 | 6.36- | 12.69 | 534.41- | 11.33- | 23.36 | 137.78- | 126.76- | 703.38- | 329.65- | |

DL-TX 82732

**CONFIDENTIAL**

Dey Laboratories, L.P.
1998 Contribution Margin Trend Report
January 1998

Date: 5/05/98
Time: 12:03:11
Pgm: SAL258

| | Feb 1997 | Mar 1997 | Apr 1997 | May 1997 | Jun 1997 | Jul 1997 | Aug 1997 | Sep 1997 | Oct 1997 | Nov 1997 | Dec 1997 | Jan 1998 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **DEY PHARMA PRODUCTS** | | | | | | | | | | | | |
| **EPIPEN** | | | | | | | | | | | | |
| 030101CAN-Canada | | | | | | | 32.73 | | | 32.73 | | |
| 030201CAN - 0.15 | | | | | | | 29.90 | | | | | 32.09 |
| 030100-EpiPen Trn | | | | | | 51.52 | 10.06 | 51.52 | 38.11 | 41.65 | 34.59 | 13.94 |
| 030101-0.3MG 1 | | | | | | 56.92 | 59.01 | 61.33 | 58.14 | 58.68 | 59.20 | 158.10 |
| 030101MTXT - 0.3 | | | | | | | 30.93 | 30.93 | 30.93 | | | 132.51 |
| 030101RMTXT - 0.3 | | | | | | | | 28.26 | | | | |
| 030201MTXT - 0.15 | | | | | | | 30.93 | 30.93 | 30.93 | | | 32.51 |
| 030201-Jr 15mg 1 | | | | | | 55.89 | 57.77 | 59.75 | 59.03 | 58.64 | 59.07 | 155.10 |
| 030300 EPI EZ Pen | | | | | | | | | | 100.00 | | |
| 030301-EZ .3MG | | | | | | 55.80 | 59.07 | 60.08 | 51.87 | 100.00 | 100.00 | 100.00 |
| 030401-EZ JR 15mg | | | | | | 51.60 | 55.55 | 56.02 | 51.82 | 100.00 | 100.00 | 100.00 |
| EPIPEN | | | | | | 55.94 | 52.61 | 59.48 | 53.73 | 31.84 | 46.21 | 137.04 |
| | | | | | | | | | | | | |
| **ACAROSAN** | | | | | | | | | | | | |
| 129580-Acarosan 1 | | | | | | | 41.14 | 41.30 | 40.73 | 40.07 | 40.33 | 42.72 |
| 129582-Acarosan 3 | | | | | | | 40.93 | 40.89 | 42.53 | 40.37 | 41.05 | 41.69 |
| ACAROSAN | | | | | | | 40.96 | 40.95 | 42.27 | 40.33 | 40.99 | 41.81 |
| | | | | | | | | | | | | |
| **ASTECH PEAK FLOW METER** | | | | | | | | | | | | |
| 307010-Peak Flw R | | | | | | 11.96 | 24.57 | 28.42 | 27.86 | 25.82 | 24.91 | 44.11 |
| 307025-Peak Flw H | | | | | | | 31.12 | 100.00 | 32.16 | 29.03 | 31.12 | 47.05 |
| ASTECH PEAK FLOW | | | | | | 11.96 | 25.50 | 26.15 | 28.23 | 25.84 | 24.93 | 44.30 |
| | | | | | | | | | | | | |
| **ASTECH DISPOSABLE MOUTHPIECE** | | | | | | | | | | | | |
| 307070-Disp valve | | | | | | | | 37.56 | 38.23 | 29.99 | 38.08 | 34.88 |
| 307075-1way valve | | | | | | | | 565.67- | 33.89 | 35.68 | | |
| 307080-Disp. 48 | | | | | | | 38.48 | 42.14 | 42.73 | 44.88 | 49.09 | 43.01 |
| 307085-Disp. 500 | | | | | | | 60.42 | 59.41 | 57.82 | 56.45 | 57.66 | 57.58 |
| ASTECH DISPOSABLE | | | | | | | 55.21 | 32.78 | 48.29 | 34.31 | 46.30 | 48.42 |
| | | | | | | | | | | | | |
| **ACE SPACER** | | | | | | | | | | | | |
| 308010-Ace Spacer | | | | | | 19.13- | 52.65 | 52.45 | 53.60 | 52.29 | 52.87 | 37.07 |
| 308025-Ace Spacer | | | | | | 22.58 | | | | | | |
| ACE SPACER | | | | | | 18.07- | 52.65 | 52.45 | 53.60 | 52.29 | 52.87 | 37.07 |
| | | | | | | | | | | | | |
| **SPACER** | | | | | | | | | | | | |
| 20701 Easivent Rt | | | | | | | | | | | | |
| 20725 Easivent Hs | | | | | | | | | | | | |
| SPACER | | | | | | | | | | | | |

DL-TX 82733

**CONFIDENTIAL**

Dey Laboratories, L.P.
1998 Contribution Margin Trend Report
January 1998

Date: 5/05/98
Time:12:03:11
Pgm: SAL258

|  | Feb 1997 | Mar 1997 | Apr 1997 | May 1997 | Jun 1997 | Jul 1997 | Aug 1997 | Sep 1997 | Oct 1997 | Nov 1997 | Dec 1997 | Jan 1998 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| EM PHARMA PRODUCTS |  |  |  |  |  |  |  |  |  |  |  |  |
| 43501-25mcg 100 |  |  |  |  |  |  | 58.35 | 55.28 | 54.95 | 56.93 | 56.00 | 50.30 |
| 43510-25mcg 1000 |  |  |  |  |  |  |  | 61.20 |  | 82.24 | 61.40 | 69.90 |
| 43601-50mcg 100 |  |  |  |  |  |  | 58.40 | 54.02 | 58.67 | 55.83 | 64.01 | 57.60 |
| 43610-50mcg 1000 |  |  |  |  |  |  | 58.69 | 58.67 | 61.73 | 62.57 | 61.73 | 69.14 |
| 43701-75mcg 100 |  |  |  |  |  |  | 57.94 | 54.93 | 61.66 | 64.48 | 65.11 | 59.71 |
| 43710-75mcg 1000 |  |  |  |  |  |  |  |  | 84.88 | 84.25 | 84.25 | 72.52 |
| 43801-88mcg 100 |  |  |  |  |  |  | 58.07 | 53.79 | 65.16 | 55.87 | 55.87 | 64.79 |
| 43810-88mcg 1000 |  |  |  |  |  |  |  | 62.34 | 62.40 | 84.96 | 62.40 | 72.65 |
| 43901-100mcg 100 |  |  |  |  |  |  | 58.29 | 51.55 | 64.91 | 65.60 | 66.69 | 58.88 |
| 43910-100mcg 1000 |  |  |  |  |  |  | 62.77 | 62.77 | 62.58 | 64.17 | 62.58 | 85.03 |
| 44001-112mcg 100 |  |  |  |  |  |  | 58.09 | 48.32 | 67.05 | 60.11 | 65.55 | 65.94 |
| 44010-112mcg 1000 |  |  |  |  |  |  |  | 63.76 | 63.97 | 85.59 | 63.97 | 73.80 |
| 44101-125mcg 100 |  |  |  |  |  |  | 57.97 | 52.83 | 66.72 | 67.39 | 70.69 | 61.93 |
| 44110-125mcg 1000 |  |  |  |  |  |  |  |  | 86.18 | 86.18 | 86.18 | 86.18 |
| 44201-150mcg 100 |  |  |  |  |  |  | 44.61 | 37.04 | 67.48 | 71.38 | 71.93 | 50.93 |
| 44210-150mcg 1000 |  |  |  |  |  |  | 63.28 | 63.27 | 63.67 | 65.10 | 63.67 | 73.21 |
| 44301-175mcg 100 |  |  |  |  |  |  |  |  | 55.10 | 66.08 | 62.03 | 55.36 | 69.35 |
| 44310-175mcg 1000 |  |  |  |  |  |  |  | 65.92 | 65.72 | 87.43 | 65.72 | 77.37 |
| 44401-200mcg 100 |  |  |  |  |  |  | 56.92 | 53.41 | 74.66 | 70.84 | 73.48 | 70.48 |
| 44410-200mcg 1000 |  |  |  |  |  |  | 68.37 |  | 89.10 | 69.98 | 67.95 | 78.63 |
| 44501-300mcg 100 |  |  |  |  |  |  | 56.10 | 51.08 | 53.35 | 63.05 | 71.57 | 77.72 |
| 44510-300mcg 1000 |  |  |  |  |  |  |  | 69.46 |  | 90.74 | 69.14 | 81.49 |
| Profit Split |  |  |  |  |  |  |  |  |  |  |  |  |
| EM PHARMA PRODUCT |  |  |  |  |  |  | 58.94 | 56.46 | 68.18 | 68.93 | 70.14 | 66.91 |
* * * END OF REPORT * * *

DL-TX 82734