# Exhibit 317

# PART 1

**United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.**
**v. Dey, Inc., et al., Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support**
**of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# REVENUE REPORTS

# CFO (Chief Financial Officer) package

# Month of 1//99

 # Dey, L.P.



**CONFIDENTIAL**

DL-TX 81823

Sale_Rpt.mdb/ 140010 - Package Dey Header / Hadden          Run Date and Time:   2/1/99  5:46:23 PM

**DEY, L.P.**
*Increase/(Decrease) in YTD Net Sales by Product*
**As of January 1999**





**DL-TX 81824**

**CONFIDENTIAL**

Sale_Rpt.mdb/ 120310R - Graph Inc/(Dec) Net YTD / Hadden     Run Date and Time:  2/1/99  5:51:15 PM     *Page 1 of 1*

**DEY, L.P.**
*Net Sales in Dollars by Product – Percent of Total*
**January 1999 and 1998**





CONFIDENTIAL

DL-TX 81825

**DEY, L.P.**
*Net Sales in Dollars and Units by Month*
**As of January 1999**





**CONFIDENTIAL**                                                    DL-TX 81826

**DEY, L.P.**
*YTD Net Sales in Dollars by Product - Percent of Total*
**January 1999 and 1998**

### 1999 YTD as of January



### 1998 YTD as of January



**CONFIDENTIAL**

DL-TX 81827

**DEY, L.P.**
*Increase/(Decrease) in Net Sales by Product*
**January 1999**



### Increase/(Decrease) Over Prior Year in Net Sales Dollars



### Variance to Budget in Net Sales Dollars

**CONFIDENTIAL**

**DL-TX 81828**

Sale_Rpt.mdb/ 120300R - Graph Inc/(Dec) Net Month / Hadden          Run Date and Time:  2/1/99  5:51:12 PM          *Page 1 of 1*

**DEY, L.P.**
**MONTHLY NET SALES**

**January, 1999**

| UNITS | IMS No. PRODUCTS | | NET SALES |
|---|---|---|---|
| | **HOME SALES:** | | |
| 27,678 | 28300 | Acetylcysteine | 281,828 |
| 192,725 | 28111 | Albuterol MDI | 488,224 |
| 44,948 | 28114 | Albuterol Multidose | 202,329 |
| 547,189 | 28112 | Albuterol Unit Dose | 4,499,892 |
| 0 | 28114 | Albuterol Syrup | - |
| 0 | 28420 | Beclomethasone AQ Nasal | - |
| 107,852 | 28210 | Cromolyn Sodium | 1,972,371 |
| 544,272 | 28121 | Ipratropium Bromide | 9,830,718 |
| 0 | 28220 | Cromolyn Sodium Nasal | - |
| 0 | 28112 | Isoetharine | - |
| 22,701 | 28112 | Metaproterenol | 141,197 |
| 119,203 | 10620 | Sodium Chloride | 809,818 |
| 86 | 28131 | Theophylline | 1,435 |
| 0 | | Curosurf | - |
| 0 | | Dey Care | - |
| 26,593 | 31600 | DeyPharma - Epi Pens | 824,239 |
| -6 | | Other Dey Products | 3,719 |
| 14,299 | | Other DeyPharma Products | 180,933 |
| **1,647,540** | **EXPORT SALES** | | **19,236,702** |
| | LESS: | | |
| | Cash Discounts | | (468,563) |
| | Administrative Fees | | (239,326) |
| | Medicaid Rebates | | (282,405) |
| **1,647,540** | **TOTAL** | | **18,246,409** |

**CONFIDENTIAL**

**DL-TX 81829**

Filiale:

**CHIFFRE d'AFFAIRES du MOIS de**
**MONTHLY NET SALES**

| | | | |
|---|---|---|---|
| | | 6,552 | MERCK FARMA Y QUIMICA S A |
| Total | Total | 6,552 | |
| E.E.C. | C.E.E. | | |
| 0 Germany | 0 Allemagne | (244,458) | ALLERGOPHARMA J GANZER KG |
| 10 Denmark | 10 Danemark | (938,103) | A L K |
| 37 Greece | 37 Grece | 1,800 | DOCTUM PHARMACEUTICALS S A |
| Total E.E.C. | Total E.E.C. | (1,180,761) | |
| NORTH AMERICA | AMERIQUE du NORD | | |
| 360 USA | 360 USA | 19,392,927 | |
| 361 Canada | 361 Canada | 27,690 | GENPHARM INC |
| Total NORTH AMERICA | Total NORTH AMERICA | 19,420,617 | |
| TOTAL | TOTAL | 18,246,409 | |

CONFIDENTIAL

Month of January, 1999

DL-TX 81830

**CONFIDENTIAL**

DL-TX 81831

## DEY, L.P.
### *Sales in Net Dollars - Summary*
### Month of January, 1999

| Product | CURRENT MONTH | | | | YEAR-TO-DATE | | | | Full Year Budget | Full Year Reforecast |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1999 Actual | 1999 Budget | % Diff. | 1998 Actual | 1999 Actual | 1999 Budget | % Diff. | 1998 Actual | | |
| **DEY PRODUCTS** | | | | | | | | | | |
| ACETYLCYSTEINE | 281,828 | 365,598 | -23% | 337,627 | 281,828 | 365,598 | -23% | 337,627 | 3,723,122 | |
| ALBUTEROL UNIT DOSE | 4,499,892 | 8,328,735 | -46% | 7,843,098 | 4,499,892 | 8,328,735 | -46% | 7,843,098 | 83,519,923 | |
| ALBUTEROL MDI | 488,224 | 455,712 | 7% | 621,150 | 488,224 | 455,712 | 7% | 621,150 | 4,492,156 | |
| ALBUTEROL MULTIDOSE | 202,329 | 752,000 | -73% | 868,676 | 202,329 | 752,000 | -73% | 868,676 | 7,001,000 | |
| ALBUTEROL SYRUP | | | | | | | | | | |
| BECLOMETHASONE AQ NASAL | | | | | | | | | 8,294,118 | |
| CROMOLYN SODIUM | 1,972,371 | 2,293,576 | -14% | 2,781,118 | 1,972,371 | 2,293,576 | -14% | 2,781,118 | 22,691,789 | |
| CROMOLYN SODIUM NASAL | | | | | | | | | | |
| IPRATROPIUM BROMIDE | 9,830,718 | 9,942,529 | -1% | 8,464,649 | 9,830,718 | 9,942,529 | -1% | 8,464,649 | 95,271,592 | |
| ISOETHARINE | | | | (116) | | | | (116) | | |
| METAPROTERENOL | 141,197 | 183,852 | -23% | 211,841 | 141,197 | 183,852 | -23% | 211,841 | 1,955,856 | |
| SODIUM CHLORIDE | 809,618 | 767,721 | 5% | 927,060 | 809,618 | 767,721 | 5% | 927,060 | 8,167,334 | |
| THEOPHYLLINE | 1,435 | 18,800 | -92% | 1,021 | 1,435 | 18,800 | -92% | 1,021 | 200,000 | |
| CUROSURF | | | | | | | | | | |
| OTHER DEY PRODUCTS | 3,719 | 1,541 | 141% | 1,011 | 3,719 | 1,541 | 141% | 1,011 | 16,387 | |
| DEY CARE | | | | | | | | | | |
| **TOTAL DEY PRODUCTS** | 18,231,531 | 23,110,064 | -21% | 22,057,133 | 18,231,531 | 23,110,064 | -21% | 22,057,133 | 235,333,277 | |
| Less:   Cash Discounts | (448,582) | (641,000) | 30% | (569,824) | (448,582) | (641,000) | 30% | (569,824) | (7,582,000) | |
| Administrative Fees | (229,121) | (256,000) | 10% | (167,563) | (229,121) | (256,000) | 10% | (167,563) | (3,032,000) | |
| Medicaid Rebates | (270,363) | (577,000) | 53% | (488,725) | (270,363) | (577,000) | 53% | (488,725) | (6,625,000) | |
| **TOTAL DEY PRODUCTS** | 17,283,465 | 21,636,064 | -20% | 20,831,021 | 17,283,465 | 21,636,064 | -20% | 20,831,021 | 217,894,277 | |
| **DEY PHARMA PRODUCTS** | | | | | | | | | | |
| EPIPEN | (1,068,860) | 2,374,259 | -100% | 1,572,335 | (1,068,860) | 2,374,259 | -100% | 1,572,335 | 36,712,830 | |
| EPIPEN/ EZPEN RESERVES | 1,893,098 | | 100% | 283,583 | 1,893,098 | | 100% | 283,583 | | |
| ACAROSAN | 14,655 | | 100% | 47,355 | 14,655 | | 100% | 47,355 | | |
| ASTECH PEAK FLOW METER | 72,652 | 108,055 | -33% | 74,638 | 72,652 | 108,055 | -33% | 74,638 | 1,261,013 | |
| ASTECH DISPOSABLE MOUTHPIECE | 6,338 | 11,028 | -43% | 6,765 | 6,338 | 11,028 | -43% | 6,765 | 117,518 | |
| ACE SPACER | 19,748 | 2,350 | 740% | 35,812 | 19,748 | 2,350 | 740% | 35,812 | 25,010 | |
| SPACER | 67,539 | 44,180 | 53% | | 67,539 | 44,180 | 53% | | 470,000 | |
| **TOTAL DEY PHARMA PRODUCTS** | 1,005,172 | 2,539,872 | -60% | 2,020,488 | 1,005,172 | 2,539,872 | -60% | 2,020,488 | 38,586,371 | |
| Less:   Cash Discounts | (19,980) | | -100% | (41,713) | (19,980) | | -100% | (41,713) | | |
| Administrative Fees | (10,205) | | -100% | (12,266) | (10,205) | | -100% | (12,266) | | |
| Medicaid Rebates | (12,042) | | -100% | (36,776) | (12,042) | | -100% | (36,776) | | |
| **TOTAL DEY PHARMA PRODUCTS** | 962,944 | 2,539,872 | -62% | 1,930,733 | 962,944 | 2,539,872 | -62% | 1,930,733 | 38,586,371 | |

**CONFIDENTIAL**

### DEY, L.P.
*Sales in Net Dollars - Summary*
**Month of January, 1999**

| Product | CURRENT MONTH | | | | YEAR-TO-DATE | | | | Full Year Budget | Full Year Reforecast |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1999 Actual | 1999 Budget | % Diff. | 1998 Actual | 1999 Actual | 1999 Budget | % Diff. | 1998 Actual | | |
| TOTAL ALL PRODUCTS | 19,236,702 | 25,649,936 | -25% | 24,077,621 | 19,236,702 | 25,649,936 | -25% | 24,077,621 | 273,919,648 | |
| Less:  Cash Discounts | (466,563) | (641,000) | 27% | (611,537) | (466,563) | (641,000) | 27% | (611,537) | (7,562,000) | - |
| Administrative Fees | (239,326) | (256,000) | 7% | (179,829) | (239,326) | (256,000) | 7% | (179,829) | (3,032,000) | - |
| Medicaid Rebates | (282,405) | (577,000) | 51% | (524,501) | (282,405) | (577,000) | 51% | (524,501) | (6,825,000) | - |
| GRAND TOTAL NET SALES | 18,246,409 | 24,175,936 | -25% | 22,761,754 | 18,246,409 | 24,175,936 | -25% | 22,761,754 | 256,480,648 | |

DL-TX 81832

Sale_Rpt.mdb/ 102110R - Sales by Product Class (Net) / Hadden          Run Date and Time:   2/1/99  5:46:38 PM                                    Page 2 of 2

**DEY, L.P.**
*Sales in Shelf Cartons - Summary*
**Month of January, 1999**

CONFIDENTIAL

| Product | CURRENT MONTH | | | | YEAR-TO-DATE | | | | Full Year Budget | Full Year Reforecast |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1999 Actual | 1999 Budget | % Diff. | 1998 Actual | 1999 Actual | 1999 Budget | % Diff. | 1998 Actual | | |
| **DEY PRODUCTS** | | | | | | | | | | |
| ACETYLCYSTEINE | 27,678 | 28,374 | -2% | 26,330 | 27,678 | 28,374 | -2% | 26,330 | 303,076 | - |
| ALBUTEROL UNIT DOSE | 547,189 | 920,229 | -41% | 839,329 | 547,189 | 920,229 | -41% | 839,329 | 9,869,733 | - |
| ALBUTEROL MDI | 192,725 | 175,780 | 10% | 185,397 | 192,725 | 175,780 | 10% | 185,397 | 1,870,000 | - |
| ALBUTEROL MULTIDOSE | 44,948 | 188,000 | -76% | 223,564 | 44,948 | 188,000 | -76% | 223,564 | 2,000,000 | - |
| ALBUTEROL SYRUP | - | - | | - | - | - | | - | 592,437 | - |
| BECLOMETHASONE AQ NASAL | - | - | | - | - | - | | - | - | - |
| CROMOLYN SODIUM | 107,852 | 116,821 | -8% | 126,862 | 107,852 | 116,821 | -8% | 126,862 | 1,237,420 | - |
| CROMOLYN SODIUM NASAL | - | - | | - | - | - | | - | - | - |
| IPRATROPIUM BROMIDE | 544,272 | 514,045 | 6% | 406,954 | 544,272 | 514,045 | 6% | 406,954 | 5,203,341 | - |
| ISOETHARINE | - | - | | (15) | - | - | | (15) | - | - |
| METAPROTERENOL | 22,701 | 30,642 | -26% | 29,543 | 22,701 | 30,642 | -26% | 29,543 | 325,976 | - |
| SODIUM CHLORIDE | 119,203 | 112,586 | 6% | 124,055 | 119,203 | 112,586 | 6% | 124,055 | 1,197,734 | - |
| THEOPHYLLINE | 86 | 1,974 | -96% | 51 | 86 | 1,974 | -96% | 51 | 21,000 | - |
| CUROSURF | - | - | | - | - | - | | - | - | - |
| OTHER DEY PRODUCTS | (6) | 207 | -100% | 178 | (6) | 207 | -100% | 178 | 2,201 | - |
| DEY CARE | - | - | | - | - | - | | - | - | - |
| **TOTAL DEY PRODUCTS** | **1,606,648** | **2,088,658** | **-23%** | **1,962,248** | **1,606,648** | **2,088,658** | **-23%** | **1,962,248** | **22,621,918** | **-** |
| **DEY PHARMA PRODUCTS** | | | | | | | | | | |
| EPIPEN | (66,300) | 94,317 | -100% | 73,036 | (66,300) | 94,317 | -100% | 73,036 | 1,409,754 | - |
| EPIPEN/ EZPEN RESERVES | 92,893 | | 100% | 9,846 | 92,893 | | 100% | 9,846 | - | - |
| ACAROSAN | 321 | | 100% | 1,135 | 321 | | 100% | 1,135 | - | - |
| ASTECH PEAK FLOW METER | 4,760 | 7,235 | -34% | 4,534 | 4,760 | 7,235 | -34% | 4,534 | 64,401 | - |
| ASTECH DISPOSABLE MOUTHPIECE | 277 | 597 | -54% | 466 | 277 | 597 | -54% | 466 | 6,356 | - |
| ACE SPACER | 1,797 | 235 | 665% | 3,750 | 1,797 | 235 | 665% | 3,750 | 2,501 | - |
| SPACER | 7,144 | 5,170 | 38% | - | 7,144 | 5,170 | 38% | - | 55,000 | - |
| **TOTAL DEY PHARMA PRODUCTS** | **40,892** | **107,554** | **-62%** | **92,767** | **40,892** | **107,554** | **-62%** | **92,767** | **1,558,012** | **-** |
| **TOTAL ALL PRODUCTS** | **1,647,540** | **2,196,212** | **-25%** | **2,055,015** | **1,647,540** | **2,196,212** | **-25%** | **2,055,015** | **24,179,930** | **-** |

DL-TX 81833

Sale_Rpt.mdb/ 102150R - Sales by Product Class (Shelf Cartons) / Hadden    Run Date and Time:  2/1/99  5:46:40 PM

**DEY, L.P.**
*Sales in Eaches - Summary*
**Month of January, 1999**

CONFIDENTIAL

| Product | CURRENT MONTH | | | | YEAR-TO-DATE | | | | Full Year Budget | Full Year Reforecast |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1999 Actual | 1999 Budget | % Diff. | 1998 Actual | 1999 Actual | 1999 Budget | % Diff. | 1998 Actual | | |
| **DEY PRODUCTS** | | | | | | | | | | |
| ACETYLCYSTEINE | 206,700 | 168,596 | 23% | 163,981 | 206,700 | 168,596 | 23% | 163,981 | 1,797,426 | |
| ALBUTEROL UNIT DOSE | 20,222,990 | 33,749,240 | -40% | 30,180,970 | 20,222,990 | 33,749,240 | -40% | 30,180,970 | 359,218,375 | |
| ALBUTEROL MDI | 192,725 | 175,780 | 10% | 185,397 | 192,725 | 175,780 | 10% | 185,397 | 1,870,000 | |
| ALBUTEROL MULTIDOSE | 44,948 | 188,000 | -76% | 223,564 | 44,948 | 188,000 | -76% | 223,564 | 2,000,000 | |
| ALBUTEROL SYRUP | - | - | | - | - | - | | - | 592,437 | |
| BECLOMETHASONE AQ NASAL | - | - | | - | - | - | | - | - | |
| CROMOLYN SODIUM | 8,099,820 | 9,007,280 | -10% | 9,634,860 | 8,099,820 | 9,007,280 | -10% | 9,634,860 | 95,179,200 | |
| CROMOLYN SODIUM NASAL | - | - | | - | - | - | | - | - | |
| IPRATROPIUM BROMIDE | 17,719,985 | 18,001,690 | -2% | 13,651,790 | 17,719,985 | 18,001,690 | -2% | 13,651,790 | 180,665,325 | |
| ISOETHARINE | - | - | | (375) | - | - | | (375) | - | |
| METAPROTERENOL | 567,525 | 766,050 | -26% | 738,575 | 567,525 | 766,050 | -26% | 738,575 | 8,149,400 | |
| SODIUM CHLORIDE | 11,385,572 | 10,519,186 | 8% | 11,743,694 | 11,385,572 | 10,519,186 | 8% | 11,743,694 | 111,907,014 | |
| THEOPHYLLINE | 86 | 1,974 | -96% | 51 | 86 | 1,974 | -96% | 51 | 21,000 | |
| CUROSURF | - | - | | - | - | - | | - | - | |
| OTHER DEY PRODUCTS | (600) | 20,700 | -100% | 14,800 | (600) | 20,700 | -100% | 14,800 | 220,100 | |
| DEY CARE | - | - | | - | - | - | | - | - | |
| **TOTAL DEY PRODUCTS** | **58,439,751** | **72,598,476** | **-20%** | **66,537,307** | **58,439,751** | **72,598,476** | **-20%** | **66,537,307** | **761,620,277** | |
| **DEY PHARMA PRODUCTS** | | | | | | | | | | |
| EPIPEN | (66,300) | 94,317 | -100% | 73,036 | (66,300) | 94,317 | -100% | 73,036 | 1,409,754 | - |
| EPIPEN/ EZPEN RESERVES | 92,893 | | 100% | 9,846 | 92,893 | | 100% | 9,846 | | - |
| ACAROSAN | 861 | | 100% | 2,831 | 861 | | 100% | 2,831 | | - |
| ASTECH PEAK FLOW METER | 4,760 | 7,235 | -34% | 4,534 | 4,760 | 7,235 | -34% | 4,534 | 84,401 | - |
| ASTECH DISPOSABLE MOUTHPIECE | 277 | 597 | -54% | 466 | 277 | 597 | -54% | 466 | 6,350 | - |
| ACE SPACER | 1,797 | 235 | 665% | 3,750 | 1,797 | 235 | 665% | 3,750 | 2,501 | - |
| SPACER | 7,144 | 5,170 | 38% | | 7,144 | 5,170 | 38% | | 55,000 | - |
| **TOTAL DEY PHARMA PRODUCTS** | **41,432** | **107,554** | **-61%** | **94,463** | **41,432** | **107,554** | **-61%** | **94,463** | **1,558,012** | - |
| **TOTAL ALL PRODUCTS** | **58,481,183** | **72,706,030** | **-20%** | **66,631,770** | **58,481,183** | **72,706,030** | **-20%** | **66,631,770** | **763,178,289** | - |

DL-TX 81834

**DEY, L.P.**
*Monthly Net Contribution Margin - Summary*
**Month of January, 1999**

CONFIDENTIAL

DL-TX 81835

| Product | Gross Shelf Cartons | Net Shelf Cartons | Actual Net Sales Dollars | Budget Net Sales Dollars | Cost Per Carton | Total Cost | Contribution Margin | Margin % of Sales | Cost Per Carton | Total Cost | Actual Contribution Margin | Budget Contribution Margin | Actual Margin % | Budget Margin % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CURRENT MONTH** | | | | **DIRECT** | | | | **FULLY ABSORBED** | | | | | |
| **DEY PRODUCTS** | | | | | | | | | | | | | | |
| ACETYLCYSTEINE | 30,014 | 27,678 | 281,826 | 365,598 | 8.21418 | 246,540 | 35,287 | 13% | 8.21418 | 246,540 | 35,287 | 127,919 | 13% | 34.99% |
| ALBUTEROL UNIT DOSE | 552,024 | 547,189 | 4,499,892 | 8,328,735 | 1.20364 | 664,436 | 3,835,456 | 85% | 2.78659 | 1,538,265 | 2,961,627 | 5,504,996 | 66% | 66.10% |
| ALBUTEROL MDI | 194,976 | 192,725 | 488,224 | 456,712 | 2.09206 | 407,902 | 80,323 | 16% | 2.09206 | 407,902 | 80,323 | 97,008 | 16% | 21.29% |
| ALBUTEROL MULTIDOSE | 47,519 | 44,948 | 202,329 | 752,000 | 4.00000 | 190,076 | 12,253 | 6% | 4.00000 | 190,076 | 12,253 | 94,000 | 6% | 12.50% |
| ALBUTEROL SYRUP | | - | - | - | | - | - | | | - | - | - | | |
| BECLOMETHASONE AQ NASAL | | - | - | - | | - | - | | | - | - | - | | |
| CROMOLYN SODIUM | 110,895 | 107,852 | 1,972,371 | 2,293,576 | 3.38990 | 375,245 | 1,597,125 | 81% | 6.58806 | 729,265 | 1,243,106 | 1,433,696 | 63% | 62.51% |
| CROMOLYN SODIUM NASAL | | - | - | - | | - | - | | | - | - | - | | |
| IPRATROPIUM BROMIDE | 546,916 | 544,272 | 9,830,718 | 9,942,529 | 1.00933 | 551,917 | 9,278,800 | 94% | 2.40232 | 1,313,625 | 8,517,092 | 8,478,219 | 87% | 85.27% |
| ISOETHARINE | | - | - | - | | - | - | | | - | - | - | | |
| METAPROTERENOL | 23,864 | 22,701 | 141,197 | 183,852 | 1.65830 | 39,574 | 101,624 | 72% | 2.71649 | 64,826 | 76,371 | 90,862 | 54% | 49.42% |
| SODIUM CHLORIDE | 120,330 | 119,203 | 809,918 | 767,721 | 6.07378 | 730,858 | 78,960 | 10% | 6.07378 | 730,858 | 78,960 | 83,531 | 10% | 10.88% |
| THEOPHYLLINE | 86 | 86 | 1,435 | 18,800 | 8.38140 | 721 | 714 | 50% | 8.38140 | 721 | 714 | 3,680 | 50% | 19.58% |
| CUROSURF | | - | - | - | | - | - | | | - | - | - | | |
| OTHER DEY PRODUCTS | 180 | (6) | 3,719 | 1,541 | 6.71111 | 1,208 | 2,511 | 68% | 6.71111 | 1,208 | 2,511 | 91 | 68% | 5.92% |
| DEY CARE | | - | - | - | | - | - | | | - | - | - | | |
| **TOTAL DEY PRODUCTS** | **1,626,604** | **1,606,648** | **18,231,531** | **23,110,064** | | **3,208,477** | **15,023,053** | **82%** | | **5,223,286** | **13,008,245** | **15,913,992** | **71%** | **69%** |
| Less: Cash Discounts | | | (448,582) | (641,000) | | | (448,582) | | | | (448,582) | (641,000) | | |
| Administrative Fees | | | (229,121) | (256,000) | | | (229,121) | | | | (229,121) | (256,000) | | |
| Medicaid Rebates | | | (270,363) | (577,000) | | | (270,363) | | | | (270,363) | (577,000) | | |
| **TOTAL DEY PRODUCTS** | **1,626,604** | **1,606,648** | **17,283,465** | **21,636,064** | | **3,208,477** | **14,074,987** | **81%** | | **5,223,286** | **12,060,179** | **14,439,992** | **70%** | **67%** |
| **DEY PHARMA PRODUCTS** | | | | | | | | | | | | | | |
| EPIPEN | (65,014) | (66,300) | (1,068,660) | 2,374,259 | 11.75237 | (764,068) | (304,791) | 29% | 11.75237 | (764,068) | (304,791) | 1,255,928 | 29% | 52.90% |
| EPIPEN/ EZPEN RESERVES | 92,893 | 92,893 | 1,893,096 | - | 11.54334 | 1,072,296 | 820,803 | 43% | 11.54334 | 1,072,296 | 820,803 | - | 43% | |
| ACAROSAN | 342 | 321 | 14,655 | - | 25.55088 | 8,738 | 5,916 | 40% | 25.55088 | 8,738 | 5,916 | - | 40% | |
| ASTECH PEAK FLOW METER | 4,789 | 4,760 | 72,652 | 108,055 | 9.00000 | 43,092 | 29,560 | 41% | 9.00000 | 43,092 | 29,560 | 26,082 | 41% | 24.14% |
| ASTECH DISPOSABLE MOUTHPIECE | 284 | 277 | 6,338 | 11,028 | 13.29296 | 3,775 | 2,563 | 40% | 13.29296 | 3,775 | 2,563 | 3,158 | 40% | 28.64% |
| ACE SPACER | 1,800 | 1,797 | 19,748 | 2,350 | 6.00000 | 10,800 | 8,948 | 45% | 6.00000 | 10,800 | 8,948 | 898 | 45% | 38.20% |
| SPACER | 7,144 | 7,144 | 67,539 | 44,180 | 2.63530 | 18,827 | 48,713 | 72% | 2.63530 | 18,827 | 48,713 | 30,286 | 72% | 68.55% |
| **TOTAL DEY PHARMA PRODUCTS** | **42,237** | **40,892** | **1,005,172** | **2,539,872** | | **393,459** | **611,712** | **61%** | | **393,459** | **611,712** | **1,316,353** | **61%** | **52%** |
| Less: Cash Discounts | | | (19,980) | 0 | | | (19,980) | | | | (19,980) | 0 | | |
| Administrative Fees | | | (10,205) | 0 | | | (10,205) | | | | (10,205) | 0 | | |
| Medicaid Rebates | | | (12,042) | 0 | | | (12,042) | | | | (12,042) | 0 | | |
| **TOTAL DEY PHARMA PRODUCTS** | **42,237** | **40,892** | **962,944** | **2,539,872** | | **393,459** | **569,485** | **59%** | | **393,459** | **569,485** | **1,316,353** | **59%** | **52%** |

**DEY, L.P.**
*Monthly Net Contribution Margin - Summary*
**Month of January, 1999**

| Product | CURRENT MONTH | | | | DIRECT | | | | FULLY ABSORBED | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Gross Shelf Cartons | Net Shelf Cartons | Actual Net Sales Dollars | Budget Net Sales Dollars | Cost Per Carton | Total Cost | Contribution Margin | Margin % of Sales | Cost Per Carton | Total Cost | Actual Contribution Margin | Budget Contribution Margin | Actual Margin % | Budget Margin % |
| TOTAL ALL PRODUCTS | 1,668,741 | 1,647,540 | 19,236,702 | 25,649,936 | | 3,601,937 | 15,634,765 | 81% | | 5,616,745 | 13,619,957 | 17,230,345 | 71% | 67% |
| Less:   Cash Discounts | | | (468,563) | (641,000) | | | (468,563) | | | | (468,563) | (641,000) | | |
|          Administrative Fees | | | (239,326) | (256,000) | | | (239,326) | | | | (239,326) | (256,000) | | |
|          Medicaid Rebates | | | (282,405) | (577,000) | | | (282,405) | | | | (282,405) | (577,000) | | |
| TOTAL COMBINED COMPANIES | 1,668,741 | 1,647,540 | 18,246,409 | 24,175,936 | | 3,601,937 | 14,644,472 | 80% | | 5,616,745 | 12,629,663 | 15,756,345 | 69% | 65% |

CONFIDENTIAL

DL-TX 81836

Sale_Rpt.mdb/ 103110R - Contribution Margin (Product Class) / Hadden          Run Date and Time:   2/1/99  5:47:25 PM          *Page 2 of 2*

**DEY, L.P.**
*Month-To-Date Sales by Product Number (Shelf Cartons)*
**Month of January, 1999**

CONFIDENTIAL

DL-TX 81837

| PRODUCT | SHELF CARTONS | | | | AVG PRICE (SHELF CARTONS) | | | NET SALES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual MTD 1999 | Budget MTD 1999 | % Diff. | Actual MTD 1998 | Actual MTD 1999 | Budget MTD 1999 | Actual MTD 1998 | Actual MTD 1999 | Budget MTD 1999 | % Diff. | Actual MTD 1998 |
| **DEY PRODUCTS** | | | | | | | | | | | |
| **ACETYLCYSTEINE** | | | | | | | | | | | |
| 18104 - 10% 40ml | 10,408 | 6,638 | 57% | 6,596 | $9.92 | $10.60 | $9.66 | 103,227 | 70,363 | 47% | 63,733 |
| 18110 - 10% 100ml | 4,139 | 4,512 | -8% | 3,453 | $8.08 | $9.40 | $12.33 | 33,458 | 42,413 | -21% | 42,575 |
| 18130 - 10% 300ml | 2,428 | 5,557 | -56% | 3,204 | $9.96 | $16.00 | $15.24 | 24,171 | 88,912 | -73% | 48,832 |
| 18200 - 20% 1000ml | 429 | 905 | -53% | 646 | $27.49 | $20.90 | $21.75 | 11,792 | 18,915 | -38% | 14,050 |
| 18204 - 20% 40ml | 3,428 | 2,838 | 21% | 2,991 | $9.38 | $10.90 | $8.39 | 32,160 | 30,934 | 4% | 25,104 |
| 18210 - 20% 100ml | 3,280 | 3,873 | -15% | 3,953 | $8.68 | $10.10 | $12.22 | 28,464 | 39,117 | -27% | 48,313 |
| 18230 - 20% 300ml | 3,586 | 4,051 | -12% | 5,487 | $13.62 | $18.50 | $17.32 | 48,556 | 74,944 | -35% | 95,020 |
| **TOTAL ACETYLCYSTEINE** | **27,678** | **28,374** | **-2%** | **26,330** | **$10.18** | **$12.88** | **$12.82** | **281,828** | **365,598** | **-23%** | **337,627** |
| **ALBUTEROL UNIT DOSE** | | | | | | | | | | | |
| 69450 - Genpharm | - | | | - | | | | - | | | - |
| 69550 - Genpharm | - | | | - | | | | - | | | - |
| 69700 - 0.083% 30 | - | | | - | | | | - | | | - |
| 69703 - 0.083% 30ml, 25's | 334,220 | 575,000 | -42% | 541,186 | $5.40 | $6.10 | $6.54 | 1,804,948 | 3,507,500 | -49% | 3,536,730 |
| 69733 - 0.083% 30ml, 30's | 30,355 | 44,650 | -32% | 41,242 | $4.13 | $7.00 | $7.77 | 125,252 | 312,550 | -60% | 320,622 |
| 69760 - 0.083% 30ml, 60's | 182,614 | 300,579 | -39% | 256,901 | $14.07 | $15.00 | $15.52 | 2,569,692 | 4,508,685 | -43% | 3,985,846 |
| A69703 - 0.083% 30ml, 25's | - | | | - | | | | - | | | - |
| A69760 - 0.083% 30ml | - | | | - | | | | - | | | - |
| **TOTAL ALBUTEROL UNIT DOSE** | **547,189** | **920,229** | **-41%** | **839,329** | **$8.22** | **$9.05** | **$9.34** | **4,499,892** | **8,328,735** | **-46%** | **7,843,098** |
| **ALBUTEROL MDI** | | | | | | | | | | | |
| 30317 - 17g | 187,655 | 169,200 | 11% | 175,606 | $2.54 | $2.60 | $3.37 | 476,850 | 439,920 | 8% | 592,580 |
| 30327 - 17g, Refill | 5,070 | 6,580 | -23% | 9,791 | $2.24 | $2.40 | $2.92 | 11,375 | 15,792 | -28% | 28,570 |
| **TOTAL ALBUTEROL MDI** | **192,725** | **175,780** | **10%** | **185,397** | **$2.53** | **$2.59** | **$3.35** | **488,224** | **455,712** | **7%** | **621,150** |
| **ALBUTEROL MULTIDOSE** | | | | | | | | | | | |
| 19620 - 5% 200ml | 44,948 | 188,000 | -76% | 223,564 | $4.50 | $4.00 | $3.89 | 202,329 | 752,000 | -73% | 868,676 |
| **TOTAL ALBUTEROL MULTIDOSE** | **44,948** | **188,000** | **-76%** | **223,564** | **$4.50** | **$4.00** | **$3.89** | **202,329** | **752,000** | **-73%** | **868,676** |
| **ALBUTEROL SYRUP** | | | | | | | | | | | |
| 79504 - 2mg/5ml 4 | - | | | - | | | | - | | | - |
| 79508 - 2mg/5ml 8 | - | | | - | | | | - | | | - |
| 79516 - 2mg/5ml 160 | - | | | - | | | | - | | | - |
| **TOTAL ALBUTEROL SYRUP** | **-** | | | **-** | | | | **-** | | | **-** |
| **BECLOMETHASONE AQ NASAL** | | | | | | | | | | | |
| 71525 - Beclomethasone Nasal | - | | | - | | | | - | | | - |
| **TOTAL BECLOMETHASONE AQ NASAL** | **-** | | | **-** | | | | **-** | | | **-** |
| **CROMOLYN SODIUM** | | | | | | | | | | | |
| 68900 - 20 mg/ML, 25's | 80,707 | 83,521 | -3% | 93,143 | $14.58 | $15.50 | $17.27 | 1,177,045 | 1,294,576 | -9% | 1,608,163 |
| 68902 - 20mg/2ML, 60's | 27,145 | 33,300 | -18% | 33,719 | $29.30 | $30.00 | $34.79 | 795,326 | 999,000 | -20% | 1,172,955 |
| 68912 - 20mg/2ML, 120's | | | | | | | | | | | |
| **TOTAL CROMOLYN SODIUM** | **107,852** | **116,821** | **-8%** | **126,862** | **$18.29** | **$19.63** | **$21.92** | **1,972,371** | **2,293,576** | **-14%** | **2,781,118** |

**DEY, L.P.**
*Month-To-Date Sales by Product Number (Shelf Cartons)*
**Month of January, 1999**

CONFIDENTIAL

DL-TX 81838

| PRODUCT | SHELF CARTONS | | | | AVG PRICE (SHELF CARTONS) | | | NET SALES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual MTD 1999 | Budget MTD 1999 | % Diff. | Actual MTD 1998 | Actual MTD 1999 | Budget MTD 1999 | Actual MTD 1998 | Actual MTD 1999 | Budget MTD 1999 | % Diff. | Actual MTD 1998 |
| **CROMOLYN SODIUM NASAL** | | | | | | | | | | | |
| 78413 - 13ml | - | | | | | | | - | | | |
| 78426 - 28ml | - | | | | | | | - | | | |
| TOTAL CROMOLYN SODIUM NASAL | - | | | | | | | - | | | |
| **IPATROPIUM BROMIDE** | | | | | | | | | | | |
| 68500 - 0.02% 25 | 406,847 | 351,082 | 16% | 298,616 | $13.58 | $13.90 | $15.46 | 5,522,968 | 4,880,040 | 13% | 4,621,410 |
| 68503 - 0.02% 2.5ml, 25's | 23,223 | 18,438 | 26% | 10,463 | $19.48 | $15.90 | $19.40 | 452,461 | 293,164 | 54% | 202,944 |
| 68503PV - 0.02% 2.5ml, 25's | | | | | | | | | | | |
| 68533 - 0.02% 2.5ml, 30's | | | | | | | | | | | |
| 68560 - 0.02% 2.5ml, 60's | 114,202 | 144,525 | -21% | 97,875 | $33.76 | $33.00 | $37.19 | 3,855,289 | 4,769,325 | -19% | 3,640,295 |
| 685GENPHARM - Ipatropium Genph | | | | | | | | | | | |
| TOTAL IPRATROPIUM BROMIDE | 544,272 | 514,045 | 6% | 406,954 | $18.06 | $19.34 | $20.80 | 9,830,718 | 9,942,529 | -1% | 8,464,649 |
| **ISOETHARINE** | | | | | | | | | | | |
| 65902 - 0.25% 20ml | - | | | | | | | - | | | |
| 66003 - 0.17% 30ml | - | | | (11) | | | $7.75 | | | | (85) |
| 66103 - 0.08% 30ml | - | | | (4) | | | $7.75 | | | | (31) |
| 66405 - 0.25 % 50ml | - | | | | | | | - | | | |
| TOTAL ISOETHARINE | - | | | (15) | | | $7.75 | - | | | (116) |
| **METAPROTERENOL** | | | | | | | | | | | |
| 67603 - 0.6% 25ml | 15,475 | 19,713 | -21% | 19,072 | $6.10 | $6.00 | $6.98 | 94,389 | 118,278 | -20% | 133,209 |
| 67803 - 0.4% 25ml | 7,226 | 10,929 | -34% | 10,471 | $6.48 | $6.00 | $7.51 | 46,828 | 65,574 | -29% | 78,632 |
| TOTAL METAPROTERENOL | 22,701 | 30,642 | -26% | 29,543 | $6.22 | $6.00 | $7.17 | 141,197 | 183,852 | -23% | 211,841 |
| **SODIUM CHLORIDE** | | | | | | | | | | | |
| 64015 - Hypertonic, 3% 150ml | (59) | 329 | -100% | 399 | $29.60 | $27.50 | $28.53 | (1,747) | 9,048 | -100% | 11,382 |
| 64115 - Hypertonic, 10% 150ml | (31) | 188 | -100% | 326 | $104.04 | $27.50 | $28.42 | (3,225) | 5,170 | -100% | 9,264 |
| 82003 - Hypertonic, 0.45% 30ml | 1,387 | 517 | 168% | 535 | $1.70 | $6.90 | $6.98 | 2,360 | 3,567 | -34% | 3,735 |
| 82005 - Hypertonic, 0.45% 50ml | 112 | 141 | -21% | 216 | | $7.50 | $8.54 | (3,135) | 1,058 | -100% | 1,844 |
| 83003 - Isotonic, 0.9% 30ml | 76,339 | 73,779 | 3% | 83,520 | $6.62 | $7.00 | $7.61 | 505,020 | 516,453 | -2% | 635,943 |
| 83005 - Isotonic, 0.9% 50ml | 30,607 | 28,243 | 8% | 30,628 | $6.07 | $6.80 | $7.26 | 185,914 | 192,052 | -3% | 223,797 |
| 83015 - Isotonic, 0.9% 150ml | (122) | 9,389 | -100% | 6,231 | $8.70 | $4.30 | $4.99 | (1,061) | 40,373 | -100% | 41,095 |
| 83050 - Isotonic, 0.9% 150ml | 10,970 | | 100% | | $11.46 | | | 125,692 | | 100% | |
| TOTAL SODIUM CHLORIDE | 119,203 | 112,586 | 6% | 124,055 | $6.79 | $6.82 | $7.47 | 809,818 | 767,721 | 5% | 927,060 |
| **THEOPHYLLINE** | | | | | | | | | | | |
| 43101 - 100mg X 100's | 18 | 282 | -94% | | $3.23 | $2.50 | | 58 | 705 | -92% | - |
| 43201 - 200mg X 100's | 24 | 470 | -95% | 6 | $4.88 | $4.50 | $5.01 | 117 | 2,115 | -94% | 30 |
| 43205 - 200mg X 500's | 9 | 470 | -98% | 18 | $22.11 | $17.00 | $21.85 | 199 | 7,990 | -98% | 393 |
| 43301 - 300mg X 100's | 18 | 470 | -96% | 6 | $6.17 | $5.00 | $6.20 | 111 | 2,350 | -95% | 37 |
| 43305 - 300mg X 500's | 8 | 282 | -97% | 21 | $29.00 | $20.00 | $26.68 | 232 | 5,640 | -96% | 560 |
| 43310 - 300mg X 1000's | 9 | | 100% | | $79.73 | | | 718 | | 100% | |
| TOTAL THEOPHYLLINE | 86 | 1,974 | -96% | 51 | $16.69 | $9.52 | $20.02 | 1,435 | 18,800 | -92% | 1,021 |