# Exhibit 318

## PART 1

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# Dey, L.P.



## REVENUE REPORTS

## Month of January 2000



## CFO (Chief Financial Officer) package

**CONFIDENTIAL**

**DL-TX 80995**

Sale_Rpt.mdb/ 140010 - Package Dey Header / Hadden    Run Date and Time:  1/31/00 2:43:57 PM



DEY, L.P.
2751 Napa Valley Corporate Drive
Napa, CA 94558
TEL.(707) 224-3200 FAX (707) 224-0791

January 29, 2000

Dey, L.P.
Sales Commentary
January, 2000

Monthly sales of $22.6 million were 24% ahead of prior year and 25% ahead of budget. The effect of relatively low sales in the prior year was due to 1998 year-end wholesaler loading. Considering there was no Y2K loading in Q4 of 1999, January sales are somewhat expected, with fairly large wholesaler-source program orders throughout the month.

Albuterol unit dose sales and units were up 17% and 21% above budget, respectively, and up 37% and 66% over prior year, respectively, most likely due to the rampant flu season. A new competitor has entered the market, IVAX, and is broadcasting a unit price of $.018 per dose. This compares very unfavorably with our budgeted average price for the year of $.0195 per dose. We will closely monitor customer reactions but the early indications are that we will end up matching this new lower market price which will have a negative impact on the results for this product over the year.

Ipratropium unit dose sales were below budget by 5% and prior year by 26%. Unit sales were below budget by 8% and prior year by 6%. This appears to be due to cyclic order patterns as we have not lost any major business partners for this product. February sales should reflect this.

EpiPen® sales were extremely positive at 122% above budget and compared to minimal sales for January 1999 due to the impact of the recall. With additional sales representatives and new marketing programs we hope to continue this trend throughout 2000.

Pricing pressures will create problems for our sales albuterol and ipratropium during 2000, with at least two more competitors expected during this year. Budgeted average prices will not hold, and will have a detrimental effect on sales and earnings, even if we keep unit volume growing. One piece of good news on Cromolyn unit dose; RPR (Aventis) has disbanded its generic division, Arcola, and no longer is marketing the generic product. This leaves only Dey, Morton Grove (marketed by Apothecon) and Alpharma as the three market competitors. We will try and take over Arcola's share of this declining market.

February is a short month, therefore sales are expected to be approximately $18 million.

CONFIDENTIAL

DL-TX 80996

A Lipha Americas Company
An Associate of Merck KGaA, Darmstadt, Germany

**DEY, L.P.**
*Net Sales in Dollars and Units by Month*
As of January 2000





**CONFIDENTIAL**

**DL-TX 80997**

**DEY, L.P.**
*Net Sales in Dollars by Product - Percent of Total*
January 2000 and 1999





**CONFIDENTIAL**

DL-TX 80998

Sale_Rpt.mdb/ 120200R - Graph Net Month / Hadden    Run Date and Time: 1/31/00 12:00:31 PM    Page 1 of 1

**DEY, L.P.**
*YTD Net Sales in Dollars by Product - Percent of Total*
January 2000 and 1999





**CONFIDENTIAL**

DL-TX 80999

# DEY, L.P.
*Increase/(Decrease) in Net Sales by Product*
January 2000





# DEY, L.P.
*Increase/(Decrease) in YTD Net Sales by Product*
As of January 2000





DL-TX 81001

CONFIDENTIAL

# DEY, L.P.
## MONTHLY NET SALES
### January, 2000

| UNITS | IMS No. | PRODUCTS | NET SALES |
|---:|---|---|---:|
| | | **HOME SALES:** | |
| 321 | 28300 | Acetylcysteine | (5,812) |
| 909,481 | 28112 | Albuterol Unit Dose | 6,186,112 |
| 49,132 | | Albuterol Unit Dose Reserves | 557,016 |
| 424,226 | 28111 | Albuterol MDI | 892,590 |
| 203,033 | 28114 | Albuterol Multidose | 753,979 |
| 100,730 | 28210 | Cromolyn Sodium | 1,683,268 |
| 513,126 | 28121 | Ipratropium Bromide | 7,359,456 |
| 17,919 | | Ipratropium Bromide Reserves | 482,891 |
| 20,596 | 28112 | Metaproterenol | 126,783 |
| 113,491 | 10620 | Sodium Chloride | 746,262 |
| 64 | | Sterile Water | 483 |
| 170,636 | 31600 | DeyPharma - Epi Pens | 4,471,914 |
| 1,107 | | EpiPen/ EZPen Reserves | 34,373 |
| -2 | | Acarosan | (43) |
| 6,124 | | Astech Peak Flow Meter | 91,840 |
| 500 | | Astech Disposable Mouthpiece | 8,290 |
| 3,018 | | Ace Spacer | 27,425 |
| 19,694 | | Easivent | 174,697 |
| -3 | | Dey Care | (51) |
| **2,553,193** | | **EXPORT SALES** | **23,591,475** |
| | | LESS: | |
| | | Cash Discounts | (472,000) |
| | | Administrative Fees | (236,000) |
| | | Medicaid Rebates | (290,000) |
| | | Other Rebates | - |
| **2,553,193** | | **TOTAL** | **22,593,475** |

**CONFIDENTIAL**

DL-TX 81002

Filiale:

## CHIFFRE d'AFFAIRES du MOIS de
## MONTHLY NET SALES

| | | | | SALES | COGS | MARGIN | |
|---|---|---|---|---:|---:|---:|---|
| **E.E.C.** | | **C.E.E.** | | | | | |
| | 0  Germany | | 0  Allemagne | 60,750 | 35,070 | 25,680 | J H BACHMANN LUFTFRACHT |
| | 10  Denmark | | 10  Danemark | 1,074,797 | 726,265 | 348,532 | A L K |
| **Total E.E.C.** | | **Total E.E.C.** | | **1,135,547** | **761,335** | **374,212** | |
| **NORTH AMERICA** | | **AMERIQUE du NORD** | | | | | |
| | 360  USA | | 360  USA | 21,433,610 | 7,965,372 | 13,468,238 | |
| | 361  Canada | | 361  Canada | 5,874 | 5,082 | 792 | ALLEREX LABORATORIES LIMITED |
| | 361  Canada | | 361  Canada | 13,000 | 12,400 | 600 | GENPHARM INC |
| **Total NORTH AMERICA** | | **Total NORTH AMERICA** | | **21,452,484** | **7,982,854** | **13,469,630** | |
| **AFRICA** | | **AFRIQUE** | | | | | |
| | 253  South Africa | | 253  Afrique Sud | 5,443 | 2,993 | 2,450 | MERCK SOUTH AFRICA PTY LTD |
| **Total AFRICA** | | **Total AFRICA** | | **5,443** | **2,993** | **2,450** | |
| **TOTAL** | | **TOTAL** | | **22,593,475** | **8,747,181** | **13,846,293** | |

**DL-TX 81003**

Month of January, 2000

104150R - International

**CONFIDENTIAL**

Filiale:

CHIFFRE d'AFFAIRES du MOIS de
YEAR-TO-DATE NET SALES
**2000 thru January 2000**

| E.E.C. | | C.E.E. | | SALES | COGS | MARGIN | |
|---|---|---|---|---|---|---|---|
| | 0   Germany | | 0   Allemagne | 60,750 | 35,070 | 25,680 | J H BACHMANN LUFTFRACHT |
| | Total Germany | | | 60,750 | 35,070 | 25,680 | |
| | 10   Denmark | | 10   Danemark | 1,074,797 | 726,265 | 348,532 | A L K |
| | Total Denmark | | | 1,074,797 | 726,265 | 348,532 | |
| Total E.E.C. | | Total E.E.C. | | 1,135,547 | 761,335 | 374,212 | |
| NORTH AMERICA | | AMERIQUE du NORD | | | | | |
| | 360   USA | | 360   USA | 21,433,610 | 7,965,372 | 13,468,238 | |
| | Total USA | | | 21,433,610 | 7,965,372 | 13,468,238 | |
| | 361   Canada | | 361   Canada | 5,874 | 5,082 | 792 | ALLEREX LABORATORIES LIMITED |
| | 361   Canada | | 361   Canada | 13,000 | 12,400 | 600 | GENPHARM INC |
| | Total Canada | | | 18,874 | 17,482 | 1,392 | |
| Total NORTH AMERICA | | Total NORTH AMERICA | | 21,452,484 | 7,982,854 | 13,469,630 | |
| AFRICA | | AFRIQUE | | | | | |
| | 253   South Africa | | 253   Afrique Sud | 5,443 | 2,993 | 2,450 | MERCK SOUTH AFRICA PTY LTD |
| | Total South Africa | | | 5,443 | 2,993 | 2,450 | |
| Total AFRICA | | Total AFRICA | | 5,443 | 2,993 | 2,450 | |
| TOTAL | | TOTAL | | 22,593,475 | 8,747,181 | 13,846,293 | |

DL-TX 81004

**CONFIDENTIAL**          Month of January, 2000          104155R - International YTD

CONFIDENTIAL

## DEY, L.P.
### Sales in Net Dollars - Summary
### Month of January, 2000

| Product | CURRENT MONTH | | | | YEAR-TO-DATE | | | | Full Year Budget | Full Year Reforecast |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2000 Actual | 2000 Budget | % Diff. | 1999 Actual | 2000 Actual | 2000 Budget | % Diff. | 1999 Actual | | |
| **DEY PRODUCTS** | | | | | | | | | | |
| ACCUNEB | - | - | | - | - | - | | - | 9,362,504 | |
| ACETYLCYSTEINE | (5,812) | 266,701 | -100% | 281,828 | (5,812) | 266,701 | -100% | 281,828 | 3,264,086 | |
| ALBUTEROL UNIT DOSE | 6,186,112 | 5,298,924 | 17% | 4,499,892 | 6,186,112 | 5,298,924 | 17% | 4,499,892 | 68,782,496 | |
| ALBUTEROL UNIT DOSE RESERVE | 557,016 | - | 100% | - | 557,016 | - | 100% | - | - | |
| ALBUTEROL MDI | 892,590 | 428,669 | 108% | 488,224 | 892,590 | 428,669 | 108% | 488,224 | 5,181,002 | |
| ALBUTEROL MULTIDOSE | 753,979 | 507,505 | 49% | 202,329 | 753,979 | 507,505 | 49% | 202,329 | 6,600,001 | |
| ALBUTEROL SYRUP | - | | | - | - | | | - | | |
| BECLOMETHASONE AQ NASAL | - | | | - | - | | | - | 13,600,000 | |
| CROMOLYN SODIUM | 1,683,268 | 1,666,015 | 1% | 1,972,371 | 1,683,268 | 1,666,015 | 1% | 1,972,371 | 20,210,569 | |
| CUROSURF | - | | | - | - | | | - | 1,624,900 | |
| DUONEB | - | | | - | - | | | - | 55,000,000 | |
| IPRATROPIUM BROMIDE | 7,359,456 | 7,721,574 | -5% | 9,830,718 | 7,359,456 | 7,721,574 | -5% | 9,830,718 | 87,474,998 | |
| IPRATROPIUM BROMIDE RESERVE | 482,891 | - | 100% | - | 482,891 | - | 100% | - | - | |
| ISOETHARINE | - | | | - | - | | | - | | |
| METAPROTERENOL | 126,783 | 130,189 | -3% | 141,197 | 126,783 | 130,189 | -3% | 141,197 | 1,687,341 | |
| SODIUM CHLORIDE | 746,262 | 826,403 | -10% | 809,818 | 746,262 | 826,403 | -10% | 809,818 | 8,234,371 | |
| STERILE WATER | 483 | 1,476 | -67% | 3,719 | 483 | 1,476 | -67% | 3,719 | 15,747 | |
| THEOPHYLLINE | - | | | 1,435 | - | | | 1,435 | | |
| DEY CARE | (51) | - | -100% | - | (51) | - | -100% | - | | |
| **TOTAL DEY PRODUCTS** | 18,782,978 | 16,847,456 | 11% | 18,231,531 | 18,782,978 | 16,847,456 | 11% | 18,231,531 | 281,038,015 | |
| Less: Cash Discounts | (376,000) | (421,000) | 11% | (448,582) | (376,000) | (421,000) | 11% | (448,582) | (7,025,000) | |
| Administrative Fees | (188,000) | (169,000) | -11% | (229,121) | (188,000) | (169,000) | -11% | (229,121) | (2,813,000) | |
| Medicaid Rebates | (230,000) | (236,000) | 3% | (270,363) | (230,000) | (236,000) | 3% | (270,363) | (3,936,000) | |
| Other Rebates | | | | | | | | | | |
| **TOTAL DEY PRODUCTS** | 17,988,978 | 16,021,456 | 12% | 17,283,465 | 17,988,978 | 16,021,456 | 12% | 17,283,465 | 267,264,015 | |

DL-TX 81005

Sale_Rpt.mdb/ 102110R - Sales by Product Class (Net) / Hadden        Run Date and Time:   1/31/00 12:00:31 PM        Page 1 of 2

**CONFIDENTIAL**

**DEY, L.P.**
*Sales in Net Dollars - Summary*
Month of January, 2000

| Product | CURRENT MONTH | | | | YEAR-TO-DATE | | | | Full Year Budget | Full Year Reforecast |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2000 Actual | 2000 Budget | % Diff. | 1999 Actual | 2000 Actual | 2000 Budget | % Diff. | 1999 Actual | | |
| **DEY PHARMA PRODUCTS** | | | | | | | | | | |
| EPIPEN | 4,471,914 | 2,013,204 | 122% | (1,068,860) | 4,471,914 | 2,013,204 | 122% | (1,068,860) | 54,725,989 | |
| EPIPEN/ EZPEN RESERVES | 34,373 | - | 100% | 1,893,098 | 34,373 | - | 100% | 1,893,098 | - | |
| ACAROSAN | (43) | | -100% | 14,655 | (43) | - | -100% | 14,655 | - | |
| ASTECH PEAK FLOW METER | 91,840 | 58,036 | 58% | 72,652 | 91,840 | 58,036 | 58% | 72,652 | 932,401 | |
| ASTECH DISPOSABLE MOUTHPIECE | 8,290 | 8,110 | 2% | 6,338 | 8,290 | 8,110 | 2% | 6,338 | 82,537 | |
| ACE SPACER | 27,425 | 13,163 | 108% | 19,748 | 27,425 | 13,163 | 108% | 19,748 | 135,000 | |
| EASIVENT | 174,697 | 128,335 | 36% | 67,539 | 174,697 | 128,335 | 36% | 67,539 | 1,451,894 | |
| **TOTAL DEY PHARMA PRODUCTS** | 4,808,496 | 2,220,848 | 117% | 1,005,172 | 4,808,496 | 2,220,848 | 117% | 1,005,172 | 57,327,821 | |
| Less:  Cash Discounts | (96,000) | (56,000) | -71% | (19,980) | (96,000) | (56,000) | -71% | (19,980) | (1,435,000) | - |
| Administrative Fees | (48,000) | (22,000) | -118% | (10,205) | (48,000) | (22,000) | -118% | (10,205) | (571,000) | - |
| Medicaid Rebates | (60,000) | (31,000) | -94% | (12,042) | (60,000) | (31,000) | -94% | (12,042) | (802,000) | - |
| Other Rebates | - | | | | - | | | | | |
| **TOTAL DEY PHARMA PRODUCTS** | 4,604,496 | 2,111,848 | 118% | 962,944 | 4,604,496 | 2,111,848 | 118% | 962,944 | 54,519,821 | - |
| **TOTAL ALL PRODUCTS** | 23,591,475 | 19,068,304 | 24% | 19,236,702 | 23,591,475 | 19,068,304 | 24% | 19,236,702 | 338,365,836 | |
| Less:  Cash Discounts | (472,000) | (477,000) | 1% | (468,563) | (472,000) | (477,000) | 1% | (468,563) | (6,460,000) | - |
| Administrative Fees | (236,000) | (191,000) | -24% | (239,326) | (236,000) | (191,000) | -24% | (239,326) | (3,384,000) | - |
| Medicaid Rebates | (290,000) | (267,000) | -9% | (282,405) | (290,000) | (267,000) | -9% | (282,405) | (4,738,000) | - |
| Other Rebates | - | | | | - | | | | | |
| **GRAND TOTAL NET SALES** | 22,593,475 | 18,133,304 | 25% | 18,246,409 | 22,593,475 | 18,133,304 | 25% | 18,246,409 | 321,783,836 | - |

DL-TX 81006

CONFIDENTIAL

**DEY, L.P.**
*Sales in Shelf Cartons - Summary*
Month of January, 2000

| Product | CURRENT MONTH | | | | YEAR-TO-DATE | | | | Full Year Budget | Full Year Reforecast |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2000 Actual | 2000 Budget | % Diff. | 1999 Actual | 2000 Actual | 2000 Budget | % Diff. | 1999 Actual | | |
| **DEY PRODUCTS** | | | | | | | | | | |
| ACCUNEB | - | - | | - | - | - | | - | 1,100,000 | - |
| ACETYLCYSTEINE | 321 | 26,455 | -99% | 27,678 | 321 | 26,455 | -99% | 27,678 | 316,892 | - |
| ALBUTEROL UNIT DOSE | 909,481 | 753,129 | 21% | 547,189 | 909,481 | 753,129 | 21% | 547,189 | 9,825,004 | - |
| ALBUTEROL UNIT DOSE RESERVE | 49,132 | - | 100% | | 49,132 | - | 100% | | | - |
| ALBUTEROL MDI | 424,226 | 203,604 | 108% | 192,725 | 424,226 | 203,604 | 108% | 192,725 | 2,459,996 | - |
| ALBUTEROL MULTIDOSE | 203,033 | 153,789 | 32% | 44,948 | 203,033 | 153,789 | 32% | 44,948 | 2,000,000 | - |
| ALBUTEROL SYRUP | - | - | | - | - | - | | - | | - |
| BECLOMETHASONE AQ NASAL | - | - | | - | - | - | | - | 800,000 | - |
| CROMOLYN SODIUM | 100,730 | 104,902 | -4% | 107,852 | 100,730 | 104,902 | -4% | 107,852 | 1,257,618 | - |
| CUROSURF | - | - | | - | - | - | | - | 4,860 | - |
| DUONEB | - | - | | - | - | - | | - | 1,500,000 | - |
| IPRATROPIUM BROMIDE | 513,126 | 559,974 | -8% | 544,272 | 513,126 | 559,974 | -8% | 544,272 | 6,300,000 | - |
| IPRATROPIUM BROMIDE RESERVE | 17,919 | - | 100% | | 17,919 | - | 100% | | | - |
| ISOETHARINE | - | - | | - | - | - | | - | | - |
| METAPROTERENOL | 20,596 | 22,066 | -7% | 22,701 | 20,596 | 22,066 | -7% | 22,701 | 285,990 | - |
| SODIUM CHLORIDE | 113,491 | 114,933 | -1% | 119,203 | 113,491 | 114,933 | -1% | 119,203 | 1,144,705 | - |
| STERILE WATER | 64 | 164 | -61% | (6) | 64 | 164 | -61% | (6) | 1,751 | - |
| THEOPHYLLINE | - | - | | 86 | - | - | | 86 | | - |
| DEY CARE | (3) | - | -100% | - | (3) | - | -100% | - | | - |
| **TOTAL DEY PRODUCTS** | 2,352,116 | 1,939,016 | 21% | 1,606,648 | 2,352,116 | 1,939,016 | 21% | 1,606,648 | 26,996,818 | - |
| **DEY PHARMA PRODUCTS** | | | | | | | | | | |
| EPIPEN | 170,636 | 71,472 | 139% | (66,300) | 170,636 | 71,472 | 139% | (66,300) | 1,974,499 | - |
| EPIPEN/ EZPEN RESERVES | 1,107 | - | 100% | 92,893 | 1,107 | - | 100% | 92,893 | | - |
| ACAROSAN | (2) | - | -100% | 321 | (2) | - | -100% | 321 | | - |
| ASTECH PEAK FLOW METER | 6,124 | 3,844 | 59% | 4,760 | 6,124 | 3,844 | 59% | 4,760 | 61,799 | - |
| ASTECH DISPOSABLE MOUTHPIECE | 500 | 219 | 128% | 277 | 500 | 219 | 128% | 277 | 2,927 | - |
| ACE SPACER | 3,018 | 1,463 | 106% | 1,797 | 3,018 | 1,463 | 106% | 1,797 | 15,001 | - |
| EASIVENT | 19,694 | 15,083 | 31% | 7,144 | 19,694 | 15,083 | 31% | 7,144 | 170,203 | - |
| **TOTAL DEY PHARMA PRODUCTS** | 201,077 | 92,081 | 118% | 40,892 | 201,077 | 92,081 | 118% | 40,892 | 2,224,429 | - |
| **TOTAL ALL PRODUCTS** | 2,553,193 | 2,031,097 | 26% | 1,647,540 | 2,553,193 | 2,031,097 | 26% | 1,647,540 | 29,221,247 | - |

DL-TX 81007

Sale_Rpt.mdb/ 102150R - Sales by Product Class (Shelf Cartons) / Hadden     Run Date and Time:  1/31/00 12:00:31 PM     Page 1 of 1

CONFIDENTIAL

**DEY, L.P.**
*Sales in Eaches - Summary*
**Month of January, 2000**

| Product | CURRENT MONTH | | | | YEAR-TO-DATE | | | | Full Year Budget | Full Year Reforecast |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2000 Actual | 2000 Budget | % Diff. | 1999 Actual | 2000 Actual | 2000 Budget | % Diff. | 1999 Actual | | |
| **DEY PRODUCTS** | | | | | | | | | | |
| ACCUNEB | - | - | | - | - | - | | - | 27,500,000 | |
| ACETYLCYSTEINE | (5,115) | 186,639 | -100% | 206,700 | (5,115) | 186,639 | -100% | 206,700 | 1,877,676 | |
| ALBUTEROL UNIT DOSE | 31,157,195 | 27,222,975 | 14% | 20,222,990 | 31,157,195 | 27,222,975 | 14% | 20,222,990 | 353,250,115 | |
| ALBUTEROL UNIT DOSE RESERVE | 1,228,300 | - | 100% | | 1,228,300 | - | 100% | | - | |
| ALBUTEROL MDI | 424,226 | 203,604 | 108% | 192,725 | 424,226 | 203,604 | 108% | 192,725 | 2,459,998 | |
| ALBUTEROL MULTIDOSE | 203,033 | 153,789 | 32% | 44,948 | 203,033 | 153,789 | 32% | 44,948 | 2,000,000 | |
| ALBUTEROL SYRUP | - | - | | - | - | - | | - | - | |
| BECLOMETHASONE AQ NASAL | - | - | | - | - | - | | - | 800,000 | |
| CROMOLYN SODIUM | 7,385,040 | 7,870,740 | -6% | 8,099,820 | 7,385,040 | 7,870,740 | -6% | 8,099,820 | 95,414,160 | |
| CUROSURF | - | - | | | - | - | | | 4,860 | |
| DUONEB | - | - | | - | - | - | | - | 55,000,000 | |
| IPRATROPIUM BROMIDE | 16,106,195 | 19,331,540 | -17% | 17,719,985 | 16,106,195 | 19,331,540 | -17% | 17,719,985 | 211,700,000 | |
| IPRATROPIUM BROMIDE RESERVE | 447,975 | - | 100% | | 447,975 | - | 100% | | - | |
| ISOETHARINE | | | | | | | | | | |
| METAPROTERENOL | 514,900 | 551,650 | -7% | 567,525 | 514,900 | 551,650 | -7% | 567,525 | 7,149,750 | |
| SODIUM CHLORIDE | 10,990,256 | 11,026,650 | 0% | 11,385,572 | 10,990,256 | 11,026,650 | 0% | 11,385,572 | 111,082,750 | |
| STERILE WATER | 6,400 | 16,400 | -61% | (600) | 6,400 | 16,400 | -61% | (600) | 175,100 | |
| THEOPHYLLINE | | | | 86 | | | | 86 | | |
| DEY CARE | (3) | - | -100% | | (3) | - | -100% | | - | |
| **TOTAL DEY PRODUCTS** | 68,458,402 | 66,563,987 | 3% | 58,439,751 | 68,458,402 | 66,563,987 | 3% | 58,439,751 | 868,414,409 | |
| **DEY PHARMA PRODUCTS** | | | | | | | | | | |
| EPIPEN | 170,636 | 71,472 | 139% | (66,300) | 170,636 | 71,472 | 139% | (66,300) | 1,974,499 | |
| EPIPEN/ EZPEN RESERVES | 1,107 | - | 100% | 92,893 | 1,107 | - | 100% | 92,893 | - | |
| ACAROSAN | (2) | - | -100% | 861 | (2) | - | -100% | 861 | - | |
| ASTECH PEAK FLOW METER | 6,124 | 3,844 | 59% | 4,760 | 6,124 | 3,844 | 59% | 4,760 | 61,799 | |
| ASTECH DISPOSABLE MOUTHPIECE | 86,212 | 32,164 | 168% | 44,520 | 86,212 | 32,164 | 168% | 44,520 | 714,496 | |
| ACE SPACER | 3,018 | 1,463 | 106% | 1,797 | 3,018 | 1,463 | 106% | 1,797 | 15,001 | |
| EASIVENT | 19,694 | 15,083 | 31% | 7,144 | 19,694 | 15,083 | 31% | 7,144 | 170,203 | |
| **TOTAL DEY PHARMA PRODUCTS** | 286,789 | 124,026 | 131% | 85,675 | 286,789 | 124,026 | 131% | 85,675 | 2,935,998 | |
| **TOTAL ALL PRODUCTS** | 68,745,191 | 66,688,013 | 3% | 58,525,426 | 68,745,191 | 66,688,013 | 3% | 58,525,426 | 871,350,407 | |

DL-TX 81008

Sale_Rpt.mdb/ 102170R - Sales by Product Class (Eaches) / Hadden      Run Date and Time:   1/31/00 12:00:31 PM      Page 1 of 1

**DEY, L.P.**
*Month-To-Date Sales by Product Number (Shelf Cartons)*
Month of January, 2000

CONFIDENTIAL

| PRODUCT | SHELF CARTONS | | | | AVG PRICE (SHELF CARTONS) | | | NET SALES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual MTD 2000 | Budget MTD 2000 | % Diff. | Actual MTD 1999 | Actual MTD 2000 | Budget MTD 2000 | Actual MTD 1999 | Actual MTD 2000 | Budget MTD 2000 | % Diff. | Actual MTD 1999 |
| **DEY PRODUCTS** | | | | | | | | | | | |
| **ACCUNEB** | | | | | | | | | | | |
| 69203 - .021% | - | - | | - | | | | - | | | - |
| 69303 - .042% | - | - | | - | | | | - | | | - |
| TOTAL ACCUNEB | - | - | | - | | | | - | | | - |
| **ACETYLCYSTEINE** | | | | | | | | | | | |
| 18104 - 10% 40ml | (37) | 9,170 | -100% | 10,408 | $7.39 | $9.45 | $9.92 | (273) | 86,657 | -100% | 103,227 |
| 18110 - 10% 100ml | (91) | 3,783 | -100% | 4,139 | $11.46 | $8.50 | $8.08 | (1,043) | 32,156 | -100% | 33,458 |
| 18130 - 10% 300ml | (116) | 2,646 | -100% | 2,428 | $321.87 | $12.00 | $9.96 | (37,336) | 31,752 | -100% | 24,171 |
| 18200 - 20% 1000ml | 1,122 | 750 | 50% | 429 | $22.73 | $19.00 | $27.49 | 25,508 | 14,250 | 79% | 11,792 |
| 18204 - 20% 40ml | (389) | 2,916 | -100% | 3,428 | $10.56 | $9.50 | $9.38 | (4,108) | 27,702 | -100% | 32,160 |
| 18210 - 20% 100ml | (61) | 3,024 | -100% | 3,280 | | $8.00 | $8.68 | 18 | 24,192 | -100% | 28,464 |
| 18230 - 20% 300ml | (107) | 4,166 | -100% | 3,566 | | $12.00 | $13.62 | 11,423 | 49,992 | -77% | 48,556 |
| TOTAL ACETYLCYSTEINE | 321 | 26,455 | -99% | 27,678 | | $10.08 | $10.18 | (5,812) | 266,701 | -100% | 281,828 |
| **ALBUTEROL UNIT DOSE** | | | | | | | | | | | |
| 69700 - 0.083% 30 | - | - | | - | | | | - | | | - |
| 69703 - 0.083% 30ml, 25's | 635,051 | 478,179 | 33% | 334,220 | $4.80 | $5.00 | $5.40 | 3,050,100 | 2,390,894 | 28% | 1,804,948 |
| 69703HI - 0.083% 30ml, 25's | - | - | | - | | | | - | | | - |
| 69733 - 0.083% 30ml, 30's | 39,496 | 40,950 | -4% | 30,355 | $6.09 | $5.30 | $4.13 | 240,673 | 217,034 | 11% | 125,252 |
| 69760 - 0.083% 30ml, 60's | 234,934 | 234,000 | 0% | 182,614 | $12.32 | $11.50 | $14.07 | 2,895,339 | 2,690,996 | 8% | 2,569,692 |
| TOTAL ALBUTEROL UNIT DOSE | 909,481 | 753,129 | 21% | 547,189 | $6.80 | $7.04 | $8.22 | 6,186,112 | 5,298,924 | 17% | 4,499,892 |
| **ALBUTEROL UNIT DOSE RESERVE** | | | | | | | | | | | |
| 610 - Albuterol Recall Reserve | - | - | | - | | | | - | | | - |
| 620 - Albuterol Returns Processed | 49,132 | - | 100% | - | $11.34 | | | 557,016 | | 100% | - |
| TOTAL ALBUTEROL UNIT DOSE RESERVE | 49,132 | - | 100% | - | $11.34 | | | 557,016 | | 100% | - |
| **ALBUTEROL MDI** | | | | | | | | | | | |
| 30317 - 17g | 403,372 | 199,200 | 102% | 187,655 | $2.10 | $2.10 | $2.54 | 846,905 | 418,320 | 102% | 476,850 |
| 30327 - 17g. Refill | 20,854 | 4,404 | 374% | 5,070 | $2.19 | $2.35 | $2.24 | 45,685 | 10,349 | 341% | 11,375 |
| TOTAL ALBUTEROL MDI | 424,226 | 203,604 | 108% | 192,725 | $2.10 | $2.11 | $2.53 | 892,590 | 428,669 | 108% | 488,224 |
| **ALBUTEROL MULTIDOSE** | | | | | | | | | | | |
| 10501 - 5% 200ml | 196,829 | 153,789 | 28% | - | $3.76 | $3.30 | | 739,159 | 507,505 | 46% | - |
| 19620 - 5% 200ml | 6,204 | | 100% | 44,948 | $2.39 | | $4.50 | 14,820 | | 100% | 202,329 |
| TOTAL ALBUTEROL MULTIDOSE | 203,033 | 153,789 | 32% | 44,948 | $3.71 | $3.30 | $4.50 | 753,979 | 507,505 | 49% | 202,329 |
| **ALBUTEROL SYRUP** | | | | | | | | | | | |
| 79516 - 2mg/5ml 160 | - | - | | - | | | | - | | | - |
| TOTAL ALBUTEROL SYRUP | - | - | | - | | | | - | | | - |

DL-TX 81009

Sale_Rpt.mdb/ 101100R - Avg Price by Product Number (Shelf Cartons) / Hadden    Run Date and Time: 1/31/00 12:00:31 PM    Page 1 of 5