# Exhibit 318

## PART 5

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

CONFIDENTIAL

**DEY, LP**
**Top 25 Customers Sales Trend - Includes Processed Rebates and Processed Chargebacks**
**Month of January, 2000**

| Customer Number and Name | Customer Type | 02/99 | 03/99 | 04/99 | 05/99 | 06/99 | 07/99 | 08/99 | 09/99 | 10/99 | 11/99 | 12/99 | 01/00 | 12 Month Total Dollars | Pcnt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 600000 - MCKESSON DRUG | Wholesaler | 6,995,846 | 1,214,478 | 5,547,358 | 1,427,077 | 4,319,929 | 2,882,995 | 4,029,673 | 3,724,226 | 4,342,508 | 2,173,816 | 3,862,645 | 8,864,520 | 49,385,071 | 17.49% |
| 352900 - BERGEN BRUNSWIG | Wholesaler | 274,206 | 7,601,105 | 1,922,916 | 2,169,052 | 3,230,044 | 3,231,275 | 3,434,130 | 18,943,216 | (418,728) | (1,218,187) | (487,948) | 744,227 | 39,425,310 | 13.96% |
| 354000 - AMERISOURCE | Wholesaler | 1,089,666 | 2,850,993 | 1,742,173 | 7,589,390 | 7,996,291 | 7,763,250 | 996,663 | (428,220) | (1,367,714) | (403,453) | (591,263) | 1,614,228 | 26,832,004 | 10.21% |
| 352000 - CARDINAL HEALTH | Wholesaler | (1,094,341) | 5,106,400 | 234,392 | 4,186,623 | 1,368,830 | 484,513 | 1,071,073 | 1,369,634 | 2,295,396 | 1,238,027 | 1,576,622 | 1,697,034 | 19,534,205 | 6.92% |
| 542000 - RESPIRATORY DISTRS INC (RDI) | Homecare Pharmacy | 1,071,678 | 912,112 | 1,162,351 | 635,694 | 835,094 | 1,763,821 | 59,762 | 474,956 | 970,145 | 732,228 | 1,056,332 | 672,526 | 10,346,928 | 3.66% |
| 516600 - ANDA GENERICS INCORPORATED | Retail Generic Distrib | 1,544,406 | 317,306 | 761,104 | 2,377,404 | 159,265 | 699,433 | 541,219 | 550,999 | 414,655 | 500,327 | 1,546,357 | 385,090 | 9,797,565 | 3.47% |
| 333800 - CONSUMER VALUE STORES (CVS) | Chain Drug | 122,531 | 811,838 | 1,431,264 | 729,069 | 597,499 | 696,474 | 883,970 | 719,924 | 1,197,762 | 1,208,558 | 647,684 | 372,239 | 9,418,812 | 3.34% |
| 487700 - LINCARE PROCUREMENT | Homecare Pharmacy | 538,195 | 701,469 | 477,379 | 516,056 | 664,747 | 388,837 | 602,921 | 531,667 | 564,207 | 665,788 | 619,854 | 468,505 | 6,739,627 | 2.39% |
| 213700 - APRIA HEALTHCARE | Homecare Pharmacy | 842,800 | 799,816 | 697,679 | 269,111 | 423,176 | 363,951 | 554,534 | 417,615 | 507,715 | 487,253 | 549,722 | 471,367 | 6,384,939 | 2.26% |
| 413700 - BINDLEY WESTERN | Wholesaler | 478,163 | 860,472 | 840,414 | 365,418 | 314,904 | 452,695 | 465,249 | 498,901 | 456,492 | 322,559 | 623,441 | 552,494 | 6,231,204 | 2.21% |
| 490900 - ECKERD CORPORATION | Chain Drug | 335,379 | 601,497 | 379,365 | 424,901 | 403,959 | 512,632 | 572,353 | 581,680 | 535,419 | 564,788 | 469,684 | 568,429 | 5,950,087 | 2.11% |
| 473400 - TOTALCARE WHOLESALE | Homecare Pharmacy | 798,523 | 213,173 | 644,944 | 327,035 | 676,507 | 349,762 | 322,466 | 517,975 | 213,887 | 756,324 | 406,841 | 90,044 | 5,317,481 | 1.88% |
| 600003 - MERCK MEDCO RX SVCS | Chain Drug | 550,913 | 549,863 | 348,944 | 405,678 | 345,949 | 323,314 | 616,598 | 313,709 | 393,277 | 438,687 | 576,704 | 379,399 | 5,243,034 | 1.86% |
| 366400 - MORRIS & DICKSON COMPANY | Wholesaler | 429,431 | 443,589 | 546,712 | 212,868 | 201,547 | 278,037 | 487,672 | 303,581 | 393,758 | 298,067 | 544,805 | 465,378 | 4,605,446 | 1.63% |
| 530600 - WAL MART | Chain Drug | 135,963 | 268,529 | 358,318 | 389,079 | 723,119 | 351,216 | 279,033 | 356,075 | 530,116 | 366,698 | 522,209 | 127,036 | 4,407,390 | 1.56% |
| 300000 - ROTECH OXYGEN & MEDICAL INC | Homecare Pharmacy | 580,106 | 959,320 | 468,156 | 423,293 | 637,930 | 286,881 | 186,676 | 249,357 | 87,002 | 60,324 | 39,700 | 141,294 | 4,120,038 | 1.46% |
| 488400 - WALGREENS | Chain Drug | 364,077 | 434,743 | 28,053 | 306,154 | 446,271 | 553,469 | 403,964 | 433,858 | 243,420 | 226,408 | 66,091 | 186,261 | 3,694,769 | 1.31% |
| 783200 - A L K | International/Export | 767,874 | | | 85,200 | 173,000 | 242,857 | 615,220 | 688,540 | (72,660) | 551,919 | (512,337) | 1,074,797 | 3,614,410 | 1.28% |
| 360600 - KINRAY INCORPORATED | Wholesaler | 400,333 | 740,451 | 308,104 | 81,933 | 90,500 | (155,505) | 58,514 | 40,658 | (174,614) | 187,676 | 378,907 | 1,517,720 | 3,474,677 | 1.23% |
| 518100 - RITE AID CORPORATION | Chain Drug | 155,006 | 415,527 | 429,420 | 227,162 | 581,061 | 256,215 | 637,527 | (32,278) | 122,024 | 263,040 | 86,064 | 161,216 | 3,301,983 | 1.17% |
| 762900 - S R M INCORPORATED | Homecare Pharmacy | 211,483 | 391,795 | 191,721 | 273,989 | 345,935 | 243,919 | 208,647 | 216,539 | 157,445 | 278,905 | 352,223 | 150,703 | 3,023,304 | 1.07% |
| 150000 - KAISER HOSPITAL OAKLAND | Hospital | 366,817 | 250,136 | 166,666 | 298,586 | 173,264 | 164,217 | 51,917 | 217,660 | 321,829 | 169,500 | 423,950 | 291,596 | 2,896,142 | 1.03% |
| 334100 - PEYTON | Chain Drug | 215,379 | 241,692 | 196,188 | 173,405 | 246,893 | 168,844 | 363,368 | 247,342 | 176,250 | 297,611 | 263,612 | 108,077 | 2,698,661 | 0.96% |
| 370900 - WALSH DISTRIBUTION INC | Wholesaler | 154,790 | 255,514 | 216,264 | 162,920 | 181,484 | 238,949 | 192,864 | 474,358 | 197,174 | 236,388 | 108,227 | 219,903 | 2,638,836 | 0.93% |
| 788000 - ALLEREX LABORATORIES LIMITED | International/Export | 709,613 | | (10,280) | | | 579,233 | 901,915 | | | 585,654 | (210,990) | 5,874 | 2,561,020 | 0.91% |
| **Total Top Customers** | | 18,038,838 | 26,941,817 | 19,089,814 | 24,059,299 | 25,137,201 | 23,121,284 | 18,537,948 | 31,411,973 | 12,066,766 | 10,988,908 | 12,919,138 | 21,329,957 | 243,642,944 | 86.27% |
| OTHER CUSTOMERS | | 2,606,094 | 3,126,832 | 4,864,001 | 3,197,330 | 4,321,469 | 2,118,772 | 2,961,495 | 3,445,098 | 3,606,527 | 3,001,269 | 3,616,870 | 1,905,446 | 38,771,203 | 13.73% |
| **12 Month Trend Total** | | 20,644,932 | 30,068,649 | 23,953,816 | 27,256,629 | 29,458,670 | 25,240,056 | 21,499,443 | 34,857,071 | 15,673,292 | 13,990,177 | 16,536,009 | 23,235,403 | 282,414,147 | 100% |

DL-TX 81058

Sale_Rpt.mdb/ 141000R - Top Customer Trend / Hadden     Run Date and Time:  1/31/00 10:14:31 AM                                              Page 1 of 1



**Net Gross Sales by Wholesaler - Summary**
Rolling 12 Month Trend from Feb '99 thru Jan '00

**COMPANY CONFIDENTIAL**

| CUSTOMER NUMBER AND NAME | 02/99 | 03/99 | 04/99 | 05/99 | 06/99 | 07/99 | 08/99 | 09/99 | 10/99 | 11/99 | 12/99 | 01/00 | 12 Month Total | Average Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 600000 - MCKESSON DRUG | 8,189,786 | 2,984,610 | 6,507,798 | 2,495,850 | 5,378,340 | 4,089,713 | 4,761,355 | 5,013,959 | 5,526,683 | 3,832,390 | 5,497,081 | 10,482,524 | 64,760,089 | 5,396,674 |
| 352900 - BERGEN BRUNSWIG | 3,110,284 | 9,116,825 | 3,247,995 | 3,316,810 | 4,955,023 | 4,536,424 | 4,668,518 | 20,863,436 | 1,119,037 | 600,864 | 875,047 | 2,996,539 | 59,406,802 | 4,950,567 |
| 354000 - AMERISOURCE | 1,988,905 | 3,881,604 | 2,487,310 | 8,295,514 | 8,819,025 | 10,841,830 | 2,052,258 | 753,873 | 701,854 | 859,651 | 845,218 | 1,226,585 | 42,753,628 | 3,562,802 |
| 352000 - CARDINAL HEALTH | 970,197 | 5,970,918 | 1,221,414 | 4,947,348 | 2,297,715 | 1,224,849 | 2,027,531 | 3,017,464 | 3,241,440 | 2,741,530 | 2,930,367 | 3,102,238 | 33,693,012 | 2,807,751 |
| 413700 - BINDLEY WESTERN | 711,945 | 1,080,686 | 973,102 | 539,302 | 477,330 | 556,479 | 615,323 | 666,819 | 652,948 | 553,079 | 828,717 | 812,565 | 8,468,294 | 705,691 |
| 366400 - MORRIS & DICKSON COMPANY | 589,271 | 647,633 | 680,479 | 344,580 | 363,419 | 408,858 | 600,978 | 418,586 | 562,507 | 438,383 | 735,978 | 732,867 | 6,523,549 | 543,629 |
| 360600 - KINRAY INCORPORATED | 452,830 | 849,870 | 494,173 | 88,724 | 95,185 | 30,648 | 80,712 | 87,570 | 264,456 | 187,706 | 382,250 | 1,544,134 | 4,558,258 | 379,855 |
| 600004 - NEUMAN DISTRIBUTORS INC | 399,838 | 399,698 | 322,120 | 307,071 | 381,966 | 453,302 | 377,440 | 368,978 | 252,007 | 147,506 | 266,791 | 37,903 | 3,714,621 | 309,552 |
| 370900 - WALSH DISTRIBUTION INC | 213,115 | 314,671 | 280,367 | 211,272 | 242,412 | 283,445 | 314,524 | 563,244 | 276,474 | 281,757 | 196,413 | 289,495 | 3,467,189 | 288,932 |
| 354800 - D & K WHOLESALE DRUG CAPE | 52,787 | 75,375 | 130,609 | 661,358 | 777,352 | 38,646 | 33,975 | 48,883 | 25,605 | 31,125 | 29,178 | 21,932 | 1,926,825 | 160,569 |
| 369000 - SMITH DRUG COMPANY | 89,691 | 188,588 | 92,097 | 64,260 | 85,270 | 82,557 | 77,665 | 74,717 | 53,695 | 110,552 | 77,666 | 117,690 | 1,114,450 | 92,871 |
| 368500 - REMO DRUG CORPORATION | 73,105 | 140,467 | 50,740 | 44,717 | 97,660 | 103,408 | 41,261 | 103,544 | 55,248 | 75,543 | 145,495 | 53,803 | 984,992 | 82,083 |
| 365900 - MCQUEARY BROTHERS DRUG C | 46,973 | 89,333 | 76,072 | 66,996 | 57,678 | 70,822 | 73,654 | 75,221 | 84,177 | 81,245 | 82,264 | 101,911 | 906,365 | 75,530 |
| 529100 - ROCHESTER DRUG COOPERATI | 21,743 | 68,976 | 76,399 | 25,349 | 64,873 | 69,037 | 71,443 | 51,205 | 82,946 | 66,160 | 104,552 | 64,647 | 767,331 | 63,944 |
| 357600 - H D SMITH WHOLESALE COMPA | 98,117 | 86,154 | 27,463 | 34,206 | 80,642 | 98,567 | 52,139 | 111,112 | 47,602 | | | | 636,001 | 53,000 |
| 370600 - VALUE DRUG COMPANY | 38,654 | 49,145 | 82,534 | 52,045 | 45,261 | 22,670 | 29,294 | 58,496 | 42,701 | 47,959 | 97,673 | 50,795 | 617,226 | 51,435 |
| 354500 - D H I - MULLEN & HAYNES DIV | 46,880 | 62,280 | 37,941 | 24,420 | 36,693 | 52,676 | 49,051 | 53,383 | 54,920 | 56,542 | 55,523 | 46,034 | 576,343 | 48,029 |
| 359100 - JEWETT DRUG COMPANY | 25,524 | 41,549 | 74,614 | 18,194 | 33,717 | 25,101 | 30,018 | 32,914 | 36,032 | 30,048 | 60,379 | 58,021 | 466,111 | 38,843 |
| 354900 - DIK DRUG | 19,258 | 38,031 | 17,582 | 23,415 | 25,433 | 12,409 | 15,327 | 43,444 | 61,442 | 48,673 | 69,627 | 60,067 | 434,708 | 36,226 |
| 352700 - BELLCO DRUG CORPORATION | 30,755 | 19,385 | 37,389 | 43,910 | 27,477 | 27,939 | 20,107 | 25,301 | 36,602 | 32,861 | 35,445 | 37,009 | 374,180 | 31,182 |
| 354700 - DAKOTA DRUG | 13,629 | 30,487 | 47,516 | 23,969 | 32,482 | 30,511 | 17,849 | 21,842 | 22,037 | 31,312 | 45,344 | 42,215 | 359,193 | 29,933 |
| 370500 - VALLEY WHOLESALE DRUG | 12,370 | 11,638 | 26,799 | 5,104 | 15,256 | 5,922 | 16,243 | 16,016 | 18,020 | 8,174 | 9,252 | 16,645 | 161,440 | 13,453 |
| 370200 - VALLEY DRUG COMPANY | 17,173 | 24,599 | 21,653 | 12,361 | 2,107 | 11,088 | 11,775 | 4,878 | 14,218 | 13,192 | 26,909 | | 159,952 | 13,329 |
| 527400 - BORSCHOW HOSP & MED SUPP | 17,739 | 20,125 | 4,465 | 7,447 | 6,988 | 4,920 | 11,141 | 17,699 | 17,969 | 5,238 | 4,268 | 1,324 | 119,323 | 9,944 |
| 360500 - KING DRUG OF FLORENCE | 5,482 | 13,363 | 9,481 | 5,935 | 7,660 | 9,579 | 9,405 | 6,043 | 9,309 | 6,669 | 13,896 | 18,261 | 115,063 | 9,589 |
| 100800 - BURROWS COMPANY | 11,639 | 15,898 | 8,438 | 10,021 | 7,274 | 5,894 | 11,204 | 6,878 | 3,014 | 6,635 | 16,020 | 6,999 | 109,915 | 9,160 |
| 486400 - PRESCRIPTION SUPPLY INC | 16,765 | 11,460 | 6,108 | 8,207 | 7,265 | 10,100 | 9,548 | 8,802 | 4,315 | 4,846 | 13,534 | 7,396 | 108,346 | 9,029 |
| 513500 - MIAMI LUKEN INC | 3,652 | 5,445 | 11,801 | 7,259 | 8,470 | 11,614 | 10,582 | 8,450 | 6,590 | 4,387 | 6,252 | 6,064 | 90,568 | 7,547 |
| 354100 - BURLINGTON DRUG COMPANY | 9,646 | 8,807 | 13,396 | 4,970 | 9,904 | 6,877 | 15,795 | 364 | 2,606 | 120 | 9,956 | 2,762 | 85,202 | 7,100 |
| 823800 - LOUISIANA WHOLESALE DRUG | | | | | | | 13,258 | 7,350 | 9,134 | 8,158 | 22,868 | 10,347 | 71,115 | 5,926 |
| 777500 - D M S PHARMACEUTICAL GROU | 4,509 | 8,865 | 7,488 | 2,986 | (183) | 1,040 | (511) | 3,806 | 4,666 | 4,732 | 4,956 | 10,158 | 52,512 | 4,376 |
| 514300 - HARVARD DRUG GROUP | | 3,370 | 1,191 | 9,524 | 3,702 | 5,953 | 6,083 | 8,334 | 924 | 1,191 | 3,825 | 2,381 | 46,475 | 3,873 |
| 367400 - OWENS & MINOR | 2,120 | 4,259 | 3,203 | 2,790 | 1,579 | 806 | 1,990 | 1,990 | 2,049 | 1,113 | 1,586 | 6,190 | 29,673 | 2,473 |
| 352600 - BELLAMY DRUG | | 1,210 | 2,552 | 741 | 3,587 | 1,474 | 2,928 | | 1,217 | 604 | 498 | 685 | 15,494 | 1,291 |
| 504500 - CAPITAL WHOLESALE DRUG CO | 2,415 | 47 | 1,234 | 1,830 | 1,352 | 767 | 1,057 | 1,340 | 1,173 | 1,372 | 447 | 1,080 | 14,113 | 1,176 |
| 533000 - INDEPENDENT DRUG COMPANY | | 1,007 | 1,754 | 1,191 | 3,020 | 626 | 1,476 | 651 | (78) | 229 | 584 | 1,344 | 11,803 | 984 |
| 366000 - MEDSOURCE CORP (USE #3660) | 1,144 | 1,798 | 836 | 284 | 252 | | 1,162 | 959 | 174 | 1,024 | 1,518 | 1,824 | 10,976 | 915 |

DL-TX 81059

Sale Rpt.mdb/ 150100R - Trend by Wholesaler - Summary / Hadden    Run Date and Time: 1/31/00 2:46:21 PM    Page 1 of 2

**DEY**  
**Net Gross Sales by Wholesaler - Summary**  
Rolling 12 Month Trend from Feb '99 thru Jan '00

**COMPANY CONFIDENTIAL**

| CUSTOMER NUMBER AND NAME | 02/99 | 03/99 | 04/99 | 05/99 | 06/99 | 07/99 | 08/99 | 09/99 | 10/99 | 11/99 | 12/99 | 01/00 | 12 Month Total | Average Month |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 769000 - PHYSICIANS FORMULARY INTL | 364 | 1,008 | | | 2,042 | 733 | 364 | 1,237 | 794 | | 895 | | 7,437 | 620 |
| 535100 - GOODWIN DRUG COMPANY | | | | 1,587 | | | 1,191 | 753 | | 712 | 584 | 403 | 5,230 | 436 |
| 432600 - G & G DRUG WHOLESALERS INC | | 2,995 | | | | 734 | | | 1,101 | | | | 4,830 | 403 |
| 474300 - PROFESSIONAL WHOLESALE IN | | | | | (394) | 917 | | | | | 1,741 | (484) | 1,779 | 148 |
| 820300 - L A PHARMACEUTICAL LLC | | 1,452 | | | | | | | | | | | 1,452 | 121 |
| 355100 - DRUG GUILD DISTRIBUTORS | | | (95) | | | | | | | | | | (95) | (8) |
| 354200 - C D SMITH DRUG COMPANY | (80) | (21) | | | | | | | | | | | (101) | (8) |
| **Total Wholesaler** | 7,288,227 | 26,273,609 | 17,086,004 | 21,711,554 | 24,454,833 | 23,138,934 | 16,135,113 | 32,549,540 | 13,297,605 | 10,325,022 | 13,498,392 | 21,972,838 | 237,731,672 | 19,810,973 |
| - OTHER CUSTOMERS | 10,885,971 | 11,881,946 | 12,181,230 | 9,973,741 | 10,283,912 | 10,736,162 | 8,815,928 | 8,625,920 | 10,712,703 | 9,494,908 | 9,867,908 | 8,347,091 | 121,807,421 | 10,150,618 |
| - SALES ADJUSTMENTS | (535,096) | (625,495) | (517,010) | 228,346 | (242,236) | (93,971) | (397,855) | (1,964,426) | (567,878) | (467,814) | (700,835) | (1,055,827) | (6,940,097) | (578,341) |
| - Non-Product Sales Adjustments | 2,036,938 | 241,756 | 245,842 | 374,935 | 581,794 | 900,394 | (2,978,829) | 3,020,576 | 580,510 | 1,788,382 | 3,590,361 | 2,227,690 | 12,610,348 | 1,050,862 |
| 12 Month Trend Total | 29,676,040 | 37,771,817 | 28,996,066 | 32,288,576 | 35,078,303 | 34,681,519 | 21,574,356 | 42,231,610 | 24,022,940 | 21,140,499 | 26,255,826 | 31,491,791 | 365,209,343 | 30,434,112 |

*The Sales Adjustments lines are a combination of Epi Reserve, Epi Returns (Usage Codes R, X, I, and S), Cash Discounts, Admin Fees, Medicaid Rebates, and Misc Sales Adjustments.

DL-TX 81060