# Exhibit 319

## PART 1

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support**
**of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**



# Dey, L.P.

## REVENUE REPORTS

## Month of  January 2001

## CFO (Chief Financial Officer) package

**CONFIDENTIAL**

Sale_Rpt.mdb/ 140000 - Package Header / Hadden          Run Date and Time:  1/31/01  2:16:11 PM

**DL-TX 80208**

**DEY, L.P.**
*Net Sales in Dollars and Units by Month*
**As of January 2001**





CONFIDENTIAL

DL-TX 80209

**DEY, L.P.**
*Net Sales in Dollars by Product - Percent of Total*
January 2001 and 2000

---

### January 2001



### January 2000



CONFIDENTIAL

DL-TX 80210

Sale_Rpt.mdb/ GW120200R - Graph Net Month / Hadden    Run Date and Time:  1/31/01 12:06:07 PM    *Page 1 of 1*

**DEY, L.P.**
*YTD Net Sales in Dollars by Product - Percent of Total*
**January 2001 and 2000**



### 2001 YTD as of January



### 2000 YTD as of January

CONFIDENTIAL

DL-TX 80211

**DEY, L.P.**
*Increase/(Decrease) in Net Sales by Product*
*January 2001*

### Increase/(Decrease) Over Prior Year in Net Sales Dollars



### Variance to Budget in Net Sales Dollars



CONFIDENTIAL

DL-TX 80212

**DEY, L.P.**
***Increase/(Decrease) in YTD Net Sales by Product***
**As of January 2001**



### YTD Increase/(Decrease) Over Prior Year in Net Sales Dollars



### YTD Variance to Budget in Net Sales Dollars



CONFIDENTIAL

DL-TX 80213

# DEY, L.P.
## MONTHLY NET SALES

### January, 2001

| UNITS | IMS No. | PRODUCTS | NET SALES |
|---|---|---|---|
| | | **HOME SALES:** | |
| 9,565 | 28300 | Acetylcysteine | 113,516 |
| 717,000 | 28112 | Albuterol Unit Dose | 4,010,916 |
| 46 | | Albuterol Unit Dose Reserves | |
| 413,989 | 28111 | Albuterol MDI | 1,175,998 |
| 106,586 | 28114 | Albuterol Multidose | 391,543 |
| 37,763 | 28210 | Cromolyn Sodium | 402,122 |
| 471 | | Curosurf | 87,306 |
| 405,399 | 28121 | Ipratropium Bromide | 4,560,770 |
| 153 | | Ipratropium Bromide Reserves | |
| 13,322 | 28112 | Metaproterenol | 86,599 |
| 84,048 | 10620 | Sodium Chloride | 595,779 |
| 219 | | Sterile Water | 1,641 |
| 252,531 | 31600 | EpiPen | 8,580,498 |
| 158 | | EpiPen/ EZPen Reserves | 4,915 |
| -1 | | Acarosan | (20) |
| 2,619 | | Astech Peak Flow Meter | 41,028 |
| 295 | | Astech Disposable Mouthpiece | 9,638 |
| 2,039 | | Ace Spacer | 20,919 |
| 16,713 | | Easivent | 174,706 |
| -12 | | Dey Care | (282) |
| **2,062,903** | | **EXPORT SALES** | **20,257,592** |
| | | LESS: | |
| | | Cash Discounts | (248,199) |
| | | Administrative Fees | 195,812 |
| | | Medicaid Rebates | (494,580) |
| **2,062,903** | | **TOTAL** | **19,710,626** |

CONFIDENTIAL

DL-TX 80214

Filiale:

### CHIFFRE d'AFFAIRES du MOIS de
### MONTHLY NET SALES

| | | SALES | COGS | MARGIN | |
|---|---|---|---|---|---|
| **E.E.C.** | **C.E.E.** | | | | |
| 0  Germany | 0    Allemagne | 124,275 | 72,450 | 51,825 | J H BACHMANN LUFTFRACHT |
| **Total E.E.C.** | **Total E.E.C.** | **124,275** | **72,450** | **51,825** | |
| **NORTH AMERICA** | **AMERIQUE du NORD** | | | | |
| 360  USA | 360    USA | 19,577,251 | 8,257,211 | 11,320,039 | |
| 361  Canada | 361    Canada | 9,100 | 8,680 | 420 | GENPHARM INC |
| **Total NORTH AMERICA** | **Total NORTH AMERICA** | **19,586,351** | **8,265,891** | **11,320,459** | |
| **TOTAL** | **TOTAL** | **19,710,626** | **8,338,341** | **11,372,284** | |

**CONFIDENTIAL**

**DL-TX 80215**

**Month of January, 2001**

**104150R - International**

Filiale:

### CHIFFRE d'AFFAIRES du MOIS de
### YEAR-TO-DATE NET SALES
### 2001 thru January 2001

| | | | | SALES | COGS | MARGIN | |
|---|---|---|---|---|---|---|---|
| E.E.C. | | C.E.E. | | | | | |
| 0 Germany | | 0 | Allemagne | 124,275 | 72,450 | 51,825 | J H BACHMANN LUFTFRACHT |
| Total Germany | | | | 124,275 | 72,450 | 51,825 | |
| Total E.E.C. | | Total E.E.C. | | 124,275 | 72,450 | 51,825 | |
| NORTH AMERICA | | AMERIQUE du NORD | | | | | |
| 360 USA | | 360 | USA | 19,577,251 | 8,257,211 | 11,320,039 | |
| Total USA | | | | 19,577,251 | 8,257,211 | 11,320,039 | |
| 361 Canada | | 361 | Canada | 9,100 | 8,680 | 420 | GENPHARM INC |
| Total Canada | | | | 9,100 | 8,680 | 420 | |
| Total NORTH AMERICA | | Total NORTH AMERICA | | 19,586,351 | 8,265,891 | 11,320,459 | |
| TOTAL | | TOTAL | | 19,710,626 | 8,338,341 | 11,372,284 | |

**CONFIDENTIAL**

**DL-TX 80216**

**Month of January, 2001**

**104155R - International YTD**

**DEY, L.P.**
*Sales in Net Dollars - Summary*
**Month of January, 2001**

CONFIDENTIAL

| Product | CURRENT MONTH | | | | YEAR-TO-DATE | | | | Full Year Prelim Budget | Full Year Reforecast |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2001 Actual | 2001 Prelim Budget | % Diff. | 2000 Actual | 2001 Actual | 2001 Prelim Budget | % Diff. | 2000 Actual | | |
| **DEY PRODUCTS** | | | | | | | | | | |
| ACCUNEB | | | | | | | | | 7,483,910 | |
| ACETYLCYSTEINE | 113,516 | 184,446 | -38% | (5,812) | 113,516 | 184,446 | -38% | (5,812) | 1,986,668 | |
| ALBUTEROL UNIT DOSE | 4,010,916 | 4,550,721 | -12% | 6,186,112 | 4,010,916 | 4,550,721 | -12% | 6,186,112 | 51,605,980 | |
| ALBUTEROL UNIT DOSE RESERVE | | | | 557,016 | | | | 557,016 | | |
| ALBUTEROL MDI | 1,175,998 | 631,842 | 86% | 892,590 | 1,175,998 | 631,842 | 86% | 892,590 | 5,577,666 | |
| ALBUTEROL MULTIDOSE | 391,543 | 797,524 | -51% | 753,979 | 391,543 | 797,524 | -51% | 753,979 | 6,405,648 | |
| NASAL PRODUCTS | | | | | | | | | 16,566,850 | |
| CROMOLYN SODIUM | 402,122 | 751,715 | -47% | 1,683,268 | 402,122 | 751,715 | -47% | 1,683,268 | 8,573,793 | |
| CUROSURF | 87,306 | 115,000 | -24% | | 87,306 | 115,000 | -24% | | 1,815,000 | |
| DUONEB | | | | | | | | | 63,690,000 | |
| IPRATROPIUM | 4,560,770 | 5,672,100 | -20% | 7,359,458 | 4,560,770 | 5,672,100 | -20% | 7,359,458 | 57,165,753 | |
| IPRATROPIUM BROMIDE RESERVE | | | | 482,891 | | | | 482,891 | | |
| METAPROTERENOL | 86,599 | 116,220 | -25% | 126,783 | 86,599 | 116,220 | -25% | 126,783 | 1,286,553 | |
| SODIUM CHLORIDE | 595,779 | 815,044 | -27% | 746,262 | 595,779 | 815,044 | -27% | 746,262 | 7,823,882 | |
| STERILE WATER | 1,641 | 1,281 | 28% | 483 | 1,641 | 1,281 | 28% | 483 | 13,500 | |
| THEOPHYLLINE | | | | | | | | | | |
| DEY CARE | (282) | | -100% | (51) | (282) | | -100% | (51) | | |
| **TOTAL DEY PRODUCTS** | **11,425,908** | **13,635,893** | **-16%** | **18,782,978** | **11,425,908** | **13,635,893** | **-16%** | **18,782,978** | **229,795,203** | |
| Less:   Cash Discounts | (139,992) | (340,000) | 59% | (376,000) | (139,992) | (340,000) | 59% | (376,000) | (6,740,000) | |
|         Administrative Fees | 110,444 | (136,000) | 100% | (188,000) | 110,444 | (136,000) | 100% | (188,000) | (2,291,000) | |
|         Medicaid Rebates | (318,976) | (190,000) | -68% | (230,000) | (318,976) | (190,000) | -68% | (230,000) | (3,212,000) | |
| **TOTAL DEY PRODUCTS** | **11,077,384** | **12,969,893** | **-15%** | **17,988,978** | **11,077,384** | **12,969,893** | **-15%** | **17,988,978** | **218,552,203** | |

DL-TX 80217

CONFIDENTIAL

### DEY, L.P.
*Sales in Net Dollars - Summary*
**Month of January, 2001**

| Product | CURRENT MONTH | | | | YEAR-TO-DATE | | | | Full Year Prelim Budget | Full Year Reforecast |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2001 Actual | 2001 Prelim Budget | % Diff. | 2000 Actual | 2001 Actual | 2001 Prelim Budget | % Diff. | 2000 Actual | | |
| **DEY PHARMA PRODUCTS** | | | | | | | | | | |
| EPIPEN | 8,580,498 | 1,907,798 | 350% | 4,471,914 | 8,580,498 | 1,907,798 | 350% | 4,471,914 | 64,743,520 | |
| EPIPEN/ EZPEN RESERVES | 4,915 | - | 100% | 34,373 | 4,915 | - | 100% | 34,373 | | |
| ACAROSAN | (20) | - | -100% | (43) | (20) | - | -100% | (43) | 840,301 | |
| ASTECH PEAK FLOW METER | 41,028 | 76,181 | -46% | 91,840 | 41,028 | 76,181 | -46% | 8,290 | 76,252 | |
| ASTECH DISPOSABLE MOUTHPIECE | 9,638 | 5,651 | 71% | 8,290 | 9,638 | 5,651 | 71% | 27,425 | 153,031 | |
| ACE SPACER | 20,919 | 12,285 | 70% | 27,425 | 20,919 | 12,285 | 70% | 174,697 | 2,855,768 | |
| EASIVENT | 174,708 | 292,688 | -40% | 174,697 | 174,706 | 292,688 | -40% | 174,697 | | |
| **TOTAL DEY PHARMA PRODUCTS** | 8,831,684 | 2,294,603 | 285% | 4,808,496 | 8,831,684 | 2,294,603 | 285% | 4,808,496 | 68,668,872 | |
| Less: Cash Discounts | (108,207) | (58,000) | -87% | (96,000) | (108,207) | (58,000) | -87% | (96,000) | (1,722,000) | |
| Administrative Fees | 85,368 | (23,000) | 100% | (48,000) | 85,368 | (23,000) | 100% | (48,000) | (692,000) | |
| Medicaid Rebates | (175,603) | (33,000) | -432% | (60,000) | (175,603) | (33,000) | -432% | (60,000) | (967,000) | |
| **TOTAL DEY PHARMA PRODUCTS** | 8,633,241 | 2,180,603 | 296% | 4,604,496 | 8,633,241 | 2,180,603 | 296% | 4,604,496 | 65,287,872 | |
| **TOTAL ALL PRODUCTS** | 20,257,592 | 15,930,496 | 27% | 23,591,475 | 20,257,592 | 15,930,496 | 27% | 23,591,475 | 298,464,075 | |
| Less: Cash Discounts | (248,199) | (398,000) | 38% | (472,000) | (248,199) | (398,000) | 38% | (472,000) | (7,462,000) | |
| Administrative Fees | 195,812 | (159,000) | 100% | (236,000) | 195,812 | (159,000) | 100% | (236,000) | (2,983,000) | |
| Medicaid Rebates | (494,580) | (223,000) | -122% | (290,000) | (494,580) | (223,000) | -122% | (290,000) | (4,179,000) | |
| **GRAND TOTAL NET SALES** | 19,710,626 | 15,150,496 | 30% | 22,593,475 | 19,710,626 | 15,150,496 | 30% | 22,593,475 | 283,840,075 | |

DL-TX 80218

**DEY, L.P.**
*Sales in Shelf Cartons - Summary*
**Month of January, 2001**

| Product | CURRENT MONTH | | | | YEAR-TO-DATE | | | | Full Year Prelim Budget | Full Year Reforecast |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2001 Actual | 2001 Prelim Budget | % Diff. | 2000 Actual | 2001 Actual | 2001 Prelim Budget | % Diff. | 2000 Actual | | |
| **DEY PRODUCTS** | | | | | | | | | | |
| ACCUNEB | | | | | | | | | 1,069,130 | |
| ACETYLCYSTEINE | 9,565 | 16,290 | -41% | 321 | 9,565 | 16,290 | -41% | 321 | 178,001 | |
| ALBUTEROL UNIT DOSE | 717,000 | 865,049 | -17% | 909,481 | 717,000 | 865,049 | -17% | 909,481 | 10,175,001 | |
| ALBUTEROL UNIT DOSE RESERVE | 46 | | 100% | 49,132 | 46 | | 100% | 49,132 | | |
| ALBUTEROL MDI | 413,989 | 263,510 | 57% | 424,226 | 413,989 | 263,510 | 57% | 424,226 | 2,470,000 | |
| ALBUTEROL MULTIDOSE | 106,586 | 234,566 | -55% | 203,033 | 106,586 | 234,566 | -55% | 203,033 | 1,950,000 | |
| NASAL PRODUCTS | | | | | | | | | 880,825 | |
| CROMOLYN SODIUM | 37,763 | 68,035 | -44% | 100,730 | 37,763 | 68,035 | -44% | 100,730 | 808,717 | |
| CUROSURF | 471 | 400 | 18% | | 471 | 400 | 18% | | 6,525 | |
| DUONEB | | | | | | | | | 1,510,000 | |
| IPRATROPIUM | 405,399 | 613,700 | -34% | 513,126 | 405,399 | 613,700 | -34% | 513,126 | 6,325,000 | |
| IPRATROPIUM BROMIDE RESERVE | 153 | | 100% | 17,919 | 153 | | 100% | 17,919 | | |
| METAPROTERENOL | 13,322 | 19,500 | -32% | 20,596 | 13,322 | 19,500 | -32% | 20,596 | 220,000 | |
| SODIUM CHLORIDE | 84,046 | 116,944 | -28% | 113,491 | 84,046 | 116,944 | -28% | 113,491 | 1,116,750 | |
| STERILE WATER | 219 | 141 | 55% | 64 | 219 | 141 | 55% | 64 | 1,500 | |
| THEOPHYLLINE | | | | | | | | | | |
| DEY CARE | (12) | | -100% | (3) | (12) | | -100% | (3) | | |
| **TOTAL DEY PRODUCTS** | **1,788,549** | **2,198,135** | **-19%** | **2,352,116** | **1,788,549** | **2,198,135** | **-19%** | **2,352,116** | **26,709,449** | |
| **DEY PHARMA PRODUCTS** | | | | | | | | | | |
| EPIPEN | 252,531 | 71,930 | 251% | 170,636 | 252,531 | 71,930 | 251% | 170,636 | 1,990,680 | |
| EPIPEN/ EZPEN RESERVES | 158 | | 100% | 1,107 | 158 | | 100% | 1,107 | | |
| ACAROSAN | (1) | | -100% | (2) | (1) | | -100% | (2) | | |
| ASTECH PEAK FLOW METER | 2,619 | 5,031 | -48% | 6,124 | 2,619 | 5,031 | -48% | 6,124 | 56,900 | |
| ASTECH DISPOSABLE MOUTHPIECE | 295 | 207 | 43% | 500 | 295 | 207 | 43% | 500 | 2,901 | |
| ACE SPACER | 2,039 | 1,350 | 51% | 3,018 | 2,039 | 1,350 | 51% | 3,018 | 17,000 | |
| EASIVENT | 16,713 | 27,187 | -39% | 19,694 | 16,713 | 27,187 | -39% | 19,694 | 266,002 | |
| **TOTAL DEY PHARMA PRODUCTS** | **274,354** | **105,705** | **160%** | **201,077** | **274,354** | **105,705** | **160%** | **201,077** | **2,332,483** | |
| **TOTAL ALL PRODUCTS** | **2,062,903** | **2,303,840** | **-10%** | **2,553,193** | **2,062,903** | **2,303,840** | **-10%** | **2,553,193** | **29,041,932** | |

CONFIDENTIAL

DL-TX 80219

Sale_Rpt.mdb/ 102150R - Sales by Product Class (Shelf Cartons) / Hadden     Run Date and Time:  1/31/01 12:06:07 PM

**DEY, L.P.**
*Sales in Eaches - Summary*
**Month of January, 2001**

CONFIDENTIAL

DL-TX 80220

| Product | CURRENT MONTH | | | | YEAR-TO-DATE | | | | Full Year Prelim Budget | Full Year Reforecast |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2001 Actual | 2001 Prelim Budget | % Diff. | 2000 Actual | 2001 Actual | 2001 Prelim Budget | % Diff. | 2000 Actual | | |
| **DEY PRODUCTS** | | | | | | | | | | |
| ACCUNEB | | | | | | | | | 26,728,250 | |
| ACETYLCYSTEINE | 76,507 | 115,695 | -34% | (5,115) | 76,507 | 115,695 | -34% | (5,115) | 1,231,503 | |
| ALBUTEROL UNIT DOSE | 25,705,585 | 30,001,440 | -14% | 31,157,195 | 25,705,585 | 30,001,440 | -14% | 31,157,195 | 361,750,000 | |
| ALBUTEROL UNIT DOSE RESERVE | 1,150 | - | 100% | 1,228,300 | 1,150 | - | 100% | 1,228,300 | | |
| ALBUTEROL MDI | 413,989 | 263,510 | 57% | 424,226 | 413,989 | 263,510 | 57% | 424,226 | 2,470,000 | |
| ALBUTEROL MULTIDOSE | 106,586 | 234,566 | -55% | 203,033 | 106,586 | 234,566 | -55% | 203,033 | 1,950,000 | |
| NASAL PRODUCTS | | | | | | | | | 880,825 | |
| CROMOLYN SODIUM | 2,872,440 | 5,114,700 | -44% | 7,385,040 | 2,872,440 | 5,114,700 | -44% | 7,385,040 | 60,500,040 | |
| CUROSURF | 471 | 400 | 18% | | 471 | 400 | 18% | | 6,525 | |
| DUONEB | | | | | | | | | 57,900,000 | |
| IPRATROPIUM | 13,524,770 | 19,296,000 | -30% | 16,106,195 | 13,524,770 | 19,296,000 | -30% | 16,106,195 | 208,250,000 | |
| IPRATROPIUM BROMIDE RESERVE | 3,825 | - | 100% | 447,975 | 3,825 | - | 100% | 447,975 | | |
| METAPROTERENOL | 333,050 | 487,500 | -32% | 514,900 | 333,050 | 487,500 | -32% | 514,900 | 5,500,000 | |
| SODIUM CHLORIDE | 8,109,178 | 11,094,400 | -27% | 10,990,256 | 8,109,178 | 11,094,400 | -27% | 10,990,256 | 107,687,500 | |
| STERILE WATER | 21,900 | 14,100 | 55% | 6,400 | 21,900 | 14,100 | 55% | 6,400 | 150,000 | |
| THEOPHYLLINE | | | | | | | | | | |
| DEY CARE | (12) | | -100% | (3) | (12) | | -100% | (3) | | |
| **TOTAL DEY PRODUCTS** | 51,169,439 | 66,622,311 | -23% | 68,458,402 | 51,169,439 | 66,622,311 | -23% | 68,458,402 | 835,004,643 | |
| **DEY PHARMA PRODUCTS** | | | | | | | | | | |
| EPIPEN | 252,531 | 71,930 | 251% | 170,636 | 252,531 | 71,930 | 251% | 170,636 | 2,112,680 | |
| EPIPEN/ EZPEN RESERVES | 158 | - | 100% | 1,107 | 158 | - | 100% | 1,107 | | |
| ACAROSAN | (1) | - | -100% | (2) | (1) | - | -100% | (2) | | |
| ASTECH PEAK FLOW METER | 2,619 | 5,031 | -48% | 6,124 | 2,619 | 5,031 | -48% | 6,124 | 95,900 | |
| ASTECH DISPOSABLE MOUTHPIECE | 42,304 | 48,168 | -12% | 86,212 | 42,304 | 48,168 | -12% | 86,212 | 602,212 | |
| ACE SPACER | 2,039 | 1,350 | 51% | 3,018 | 2,039 | 1,350 | 51% | 3,018 | 17,000 | |
| EASIVENT | 16,713 | 27,187 | -39% | 19,694 | 16,713 | 27,187 | -39% | 19,694 | 266,002 | |
| **TOTAL DEY PHARMA PRODUCTS** | 316,363 | 153,666 | 106% | 286,789 | 316,363 | 153,666 | 106% | 286,789 | 3,053,794 | |
| **TOTAL ALL PRODUCTS** | 51,485,802 | 66,775,977 | -23% | 68,745,191 | 51,485,802 | 66,775,977 | -23% | 68,745,191 | 838,058,437 | |

**DEY, L.P.**
*Month-To-Date Sales by Product Number (Shelf Cartons)*
**Month of January, 2001**

CONFIDENTIAL

DL-TX 80221

| PRODUCT | SHELF CARTONS | | | | AVG PRICE (SHELF CARTONS) | | | NET SALES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual Month 2001 | Prelim Budget Month 2001 | % Diff. | Actual Month 2000 | Actual Month 2001 | Prelim Budg. Month 2001 | Actual Month 2000 | Actual Month 2001 | Prelim Budget Month 2001 | % Diff. | Actual Month 2000 |
| **DEY PRODUCTS** | | | | | | | | | | | |
| **ACCUNEB** | | | | | | | | | | | |
| 69203 - .021% | | | | | | | | | | | |
| 69303 - .042% | | | | | | | | | | | |
| **TOTAL ACCUNEB** | | | | | | | | | | | |
| **ACETYLCYSTEINE** | | | | | | | | | | | |
| 18104 - 10% 4ml | 3,507 | 4,455 | -21% | (37) | $10.33 | $9.88 | $7.39 | 36,219 | 44,015 | -18% | (273) |
| 18110 - 10% 10ml | (147) | | -100% | (91) | $14.43 | | $11.46 | (2,121) | | -100% | (1,043) |
| 18130 - 10% 30ml | 3,382 | 4,950 | -32% | (116) | $14.55 | $11.36 | $321.87 | 49,195 | 56,232 | -13% | (37,336) |
| 18200 - 20% 100ml | (173) | | -100% | 1,122 | $39.06 | | $22.73 | (6,758) | | -100% | 25,508 |
| 18204 - 20% 4ml | 1,767 | 2,970 | -41% | (389) | $11.11 | $9.75 | $10.58 | 19,639 | 28,958 | -32% | (4,108) |
| 18210 - 20% 10ml | (186) | | -100% | (61) | $17.67 | | | (3,287) | | -100% | 18 |
| 18230 - 20% 30ml | 1,415 | 3,915 | -64% | (107) | $14.58 | $14.11 | | 20,628 | 55,241 | -63% | 11,423 |
| **TOTAL ACETYLCYSTEINE** | **9,565** | **16,290** | **-41%** | **321** | **$11.87** | **$11.32** | | **113,516** | **184,446** | **-38%** | **(5,812)** |
| **ALBUTEROL UNIT DOSE** | | | | | | | | | | | |
| 69700 - 0.083% 30 | 449,605 | 594,000 | -24% | 935,051 | $3.97 | $3.75 | $4.80 | 1,783,188 | 2,227,500 | -20% | 3,050,100 |
| 69703 - 0.083% 3ml, 25's | | | | | | | | | | | |
| 69703Hi - 0.083% 3ml, 25's | 52,608 | 37,050 | 42% | 39,498 | $4.44 | $4.60 | $6.09 | 233,841 | 170,430 | 37% | 240,673 |
| 69733 - 0.083% 3ml, 30's | 214,787 | 233,999 | -8% | 234,934 | $9.28 | $9.20 | $12.32 | 1,993,886 | 2,152,791 | -7% | 2,895,339 |
| 69760 - 0.083% 3ml, 60's | | | | | | | | | | | |
| **TOTAL ALBUTEROL UNIT DOSE** | **717,000** | **865,049** | **-17%** | **909,481** | **$5.59** | **$5.26** | **$6.80** | **4,010,916** | **4,550,721** | **-12%** | **6,186,112** |
| **ALBUTEROL UNIT DOSE RESERVE** | | | | | | | | | | | |
| 610 - Albuterol Recall Reserve | | | 100% | 49,132 | $7.63 | | $11.34 | (360) | | -100% | 557,016 |
| 620 - Albuterol Returns Processed | 46 | | 100% | | | | | 360 | | 100% | |
| **TOTAL ALBUTEROL UNIT DOSE RESERVE** | **46** | | **100%** | **49,132** | | | **$11.34** | | | | **557,016** |
| **ALBUTEROL MDI** | | | | | | | | | | | |
| 30317 - 17g | (99) | 257,700 | -100% | 403,372 | $1.23 | $2.40 | $2.10 | (122) | 618,480 | -100% | 848,905 |
| 30327 - 17g. Refill | (3) | 5,810 | -100% | 20,854 | $26.03 | $2.30 | $2.19 | (78) | 13,362 | -100% | 45,685 |
| 33317 - 17g | 414,091 | | 100% | | $2.84 | | | 1,176,190 | | 100% | |
| 33327 - 17g. Refill | | | | | | | | 7 | | 100% | |
| **TOTAL ALBUTEROL MDI** | **413,989** | **263,510** | **57%** | **424,226** | **$2.84** | **$2.40** | **$2.10** | **1,175,998** | **631,842** | **86%** | **892,690** |
| **ALBUTEROL MULTIDOSE** | | | | | | | | | | | |
| 10501 - 5% 20ml | 108,550 | 234,566 | -54% | 196,829 | $3.69 | $3.40 | $3.76 | 400,427 | 797,524 | -50% | 739,159 |
| 19620 - 5% 20ml | (1,964) | | -100% | 6,204 | $4.52 | | $2.39 | (8,884) | | -100% | 14,820 |
| **TOTAL ALBUTEROL MULTIDOSE** | **106,586** | **234,566** | **-55%** | **203,033** | **$3.67** | **$3.40** | **$3.71** | **391,543** | **797,524** | **-51%** | **753,979** |
| **NASAL PRODUCTS** | | | | | | | | | | | |
| 71525 - Beclomethasone Nasal | | | | | | | | | | | |
| 78530 - Ipratropium Nasal .03% | | | | | | | | | | | |
| 78615 - Ipratropium Nasal .06% | | | | | | | | | | | |
| **TOTAL NASAL PRODUCTS** | | | | | | | | | | | |

CONFIDENTIAL

DL-TX 80222

**DEY, L.P.**
*Month-To-Date Sales by Product Number (Shelf Cartons)*
**Month of January, 2001**

| PRODUCT | SHELF CARTONS Actual Month 2001 | Prelim Budget Month 2001 | % Diff. | Actual Month 2000 | AVG PRICE (SHELF CARTONS) Actual Month 2001 | Prelim Budget Month 2001 | Actual Month 2000 | NET SALES Actual Month 2001 | Prelim Budget Month 2001 | % Diff. | Actual Month 2000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **CROMOLYN SODIUM** | | | | | | | | | | | |
| 68900 - 20mg/2ML, 25's | 27,652 | 50,825 | -46% | 78,376 | $7.96 | $9.00 | $13.47 | 220,170 | 457,425 | -52% | 1,055,983 |
| 68902 - 20mg/2ML, 60's | 10,111 | 17,210 | -41% | 22,354 | $18.00 | $17.10 | $28.06 | 181,953 | 294,290 | -38% | 627,285 |
| 68912 - 20mg/2ML, 120's | | | | | | | | | | | |
| **TOTAL CROMOLYN SODIUM** | **37,763** | **68,035** | **-44%** | **100,730** | **$10.65** | **$11.05** | **$16.71** | **402,122** | **751,715** | **-47%** | **1,683,268** |
| **CUROSURF** | | | | | | | | | | | |
| 18001 - 120mg | 206 | 100 | 106% | | $11.56 | $100.00 | | 2,382 | 10,000 | -76% | |
| 18003 - 240mg | 265 | 300 | -12% | | $320.47 | $350.00 | | 84,924 | 105,000 | -19% | |
| **TOTAL CUROSURF** | **471** | **400** | **18%** | | **$185.36** | **$287.50** | | **87,306** | **115,000** | **-24%** | |
| **DUONEB** | | | | | | | | | | | |
| 67233 - 3ml 30s | | | | | | | | | | | |
| 67260 - 3ml 60s | | | | | | | | | | | |
| **TOTAL DUONEB** | | | | | | | | | | | |
| **IPRATROPIUM** | | | | | | | | | | | |
| 68500 - 0.02% 25 | 296,792 | 483,000 | -39% | 387,551 | $8.60 | $7.60 | $11.42 | 2,552,489 | 3,670,800 | -30% | 4,426,758 |
| 68503 - 0.02% 2.5ml, 25's | 13,715 | 20,700 | -34% | 37,236 | $8.00 | $9.00 | $11.56 | 109,680 | 186,300 | -41% | 430,606 |
| 68533 - 0.02% 2.5ml, 30's | 94,892 | 110,000 | -14% | 88,339 | $20.01 | $16.50 | $28.32 | 1,898,601 | 1,815,000 | 5% | 2,502,192 |
| 68560 - 0.02% 2.5ml, 60's | | | | | | | | | | | |
| **TOTAL IPRATROPIUM** | **405,399** | **613,700** | **-34%** | **513,126** | **$11.25** | **$9.24** | **$14.34** | **4,560,770** | **5,672,100** | **-20%** | **7,359,456** |
| **IPRATROPIUM BROMIDE RESERVE** | | | | | | | | (2,877) | | -100% | |
| 210 - Ipratropium Recall Reserve | | | | | | | | | | | |
| 220 - Ipratropium Returns Processed | 153 | | 100% | 17,919 | $18.80 | | $26.95 | 2,877 | | 100% | 482,691 |
| **TOTAL IPRATROPIUM BROMIDE RESERVE** | **153** | | **100%** | **17,919** | | | **$26.95** | | | | **482,691** |
| **METAPROTERENOL** | | | | | | | | | | | |
| 67603 - 0.6% 2.5ml | 7,273 | 13,000 | -44% | 14,080 | $6.48 | $5.96 | $6.01 | 47,190 | 77,480 | -39% | 84,667 |
| 67803 - 0.4% 2.5ml | 6,049 | 6,500 | -7% | 6,516 | $6.52 | $5.96 | $6.46 | 39,409 | 38,740 | 2% | 42,116 |
| **TOTAL METAPROTERENOL** | **13,322** | **19,500** | **-32%** | **20,596** | **$6.50** | **$5.96** | **$6.16** | **86,599** | **116,220** | **-25%** | **126,783** |
| **SODIUM CHLORIDE** | | | | | | | | | | | |
| 64015 - Hypertonic, 3% 15ml | 297 | | 100% | 228 | $28.47 | | $27.90 | 8,455 | | 100% | 6,362 |
| 64115 - Hypertonic, 10% 15ml | 94 | | 100% | 190 | $29.25 | | $27.72 | 2,749 | | 100% | 5,267 |
| 82003 - Hypertonic, 0.45% 3ml | (576) | 469 | -100% | 351 | $6.90 | $6.61 | $7.23 | (3,973) | 3,100 | -100% | 2,538 |
| 82005 - Hypertonic, 0.45% 5ml | 210 | 175 | 20% | 255 | $7.72 | $6.86 | $7.83 | 1,621 | 1,201 | 35% | 1,996 |
| 83003 - Isotonic, 0.9% 3ml | 55,838 | 71,300 | -22% | 74,791 | $6.83 | $6.61 | $6.32 | 381,296 | 471,293 | -19% | 472,307 |
| 83005 - Isotonic, 0.9% 5ml | 22,662 | 33,000 | -31% | 30,914 | $6.45 | $6.61 | $5.79 | 146,249 | 218,130 | -33% | 178,891 |
| 83015 - Isotonic, 0.9% 15ml | (3) | | -100% | | $7.19 | | $3.60 | (22) | | -100% | (22) |
| 83050 - Isotonic, 0.9% 15ml | 5,526 | 12,000 | -54% | 6,768 | $10.75 | $10.11 | $11.66 | 59,405 | 121,320 | -51% | 78,922 |
| **TOTAL SODIUM CHLORIDE** | **84,048** | **116,944** | **-28%** | **113,491** | **$7.09** | **$6.97** | **$6.58** | **595,779** | **815,044** | **-27%** | **746,262** |

CONFIDENTIAL

DL-TX 80223

**DEY, L.P.**
*Month-To-Date Sales by Product Number (Shelf Cartons)*
**Month of January, 2001**

| PRODUCT | SHELF CARTONS | | | | AVG PRICE (SHELF CARTONS) | | | | NET SALES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual Month 2001 | Prelim Budget Month 2001 | % Diff. | Actual Month 2000 | Actual Month 2001 | Prelim Budg. Month 2001 | Actual Month 2000 | | Actual Month 2001 | Prelim Budget Month 2001 | % Diff. | Actual Month 2000 |
| **STERILE WATER** | | | | | | | | | | | | |
| 81003 - NA 3ml | 60 | 47 | 28% | 14 | $9.47 | $9.09 | $10.68 | | 568 | 427 | 33% | 150 |
| 81005 - NA 5ml | 159 | 94 | 69% | 50 | $6.75 | $9.09 | $6.67 | | 1,073 | 854 | 26% | 333 |
| TOTAL STERILE WATER | 219 | 141 | 55% | 64 | $7.49 | $9.09 | $7.54 | | 1,641 | 1,281 | 28% | 483 |
| **THEOPHYLLINE** | | | | | | | | | | | | |
| 43101 - 100mg X 100's | - | | | - | - | | | | - | | | - |
| 43201 - 200mg X 100's | - | | | - | - | | | | - | | | - |
| 43205 - 200mg X 500's | - | | | - | - | | | | - | | | - |
| 43301 - 300mg X 100's | - | | | - | - | | | | - | | | - |
| 43305 - 300mg X 500's | - | | | - | - | | | | - | | | - |
| 43310 - 300mg X 1000's | - | | | - | - | | | | - | | | - |
| TOTAL THEOPHYLLINE | - | | | - | - | | | | - | | | - |
| **DEY CARE** | | | | | | | | | | | | |
| 200 - Dey Care Products | (12) | | -100% | (3) | $23.50 | | $17.10 | | (282) | | -100% | (51) |
| TOTAL DEY CARE | (12) | | -100% | (3) | $23.50 | | $17.10 | | (282) | | -100% | (51) |
| TOTAL DEY PRODUCTS | 1,788,549 | 2,198,135 | -19% | 2,352,116 | | | | | 11,425,908 | 13,635,893 | -16% | 18,782,978 |
| Less:   Cash Discounts | | | | | | | | | (139,992) | (340,000) | 59% | (376,000) |
| Administrative Fees | | | | | | | | | 110,444 | (136,000) | 100% | (168,000) |
| Medicaid Rebates | | | | | | | | | (318,976) | (190,000) | -68% | (230,000) |
| TOTAL DEY PRODUCTS | 1,788,549 | 2,198,135 | -19% | 2,352,116 | | | | | 11,077,384 | 12,969,893 | -15% | 17,988,978 |
| **DEY PHARMA PRODUCTS** | | | | | | | | | | | | |
| **EPIPEN** | | | | | | | | | | | | |
| 030100 - Trainer | (10) | | -100% | (90) | $29.90 | | $29.90 | | (299) | | -100% | (2,691) |
| 030301 - EpiEz Pen W/ Trainer | (1) | | -100% | (46) | $29.90 | | $29.90 | | (30) | | -100% | (1,375) |
| 030401 - EpiEz Pen Jr. W/ Trainer | 1,977 | 3,830 | -48% | 3,620 | $2.20 | $2.00 | $1.90 | | 4,359 | 7,660 | -43% | 6,866 |
| 50000 - Trainer | 177,612 | 31,500 | 464% | 63,690 | $34.53 | $34.25 | $32.53 | | 6,133,165 | 1,078,875 | 468% | 2,071,593 |
| 50001 - EpiPen | | 8,900 | -100% | | | $19.00 | | | 169,100 | | -100% | |
| 50001CAN - EpiPen Canada | | 12,000 | -100% | 47,127 | | $18.00 | $17.30 | | 216,000 | | -100% | 815,297 |
| 50001MTXT - EpiPen Int. Min. Text | | | | 2,500 | | | $20.25 | | | | 100% | 50,625 |
| 50001RMTXT - EpiPen Removable Min. Text | 6,000 | | 100% | | $20.25 | | | | 121,500 | | | |
| 50002 - EpiPen 2-Pak | | | | | | | | | | | | |
| 50101 - EpiPen Jr | 66,953 | 9,450 | 608% | 38,335 | $34.68 | $34.25 | $32.92 | | 2,321,803 | 323,663 | 617% | 1,261,975 |
| 50101CAN - EpiPen Jr Canada | | 6,250 | -100% | 15,000 | | | $17.30 | | | 112,500 | -100% | 259,500 |
| 50101MTXT - EpiPen Jr. Int Min Text | | | | 500 | | $18.00 | $20.25 | | | | | 10,125 |
| 50101RMTXT - EpiPen Jr. Removable Min. Text | | | | | | | | | | | | |
| 50102 - EpiPen 2-Pak Jr. | | | | | | | | | | | | |
| TOTAL EPIPEN | 252,531 | 71,930 | 251% | 170,636 | $33.98 | $26.52 | $26.21 | | 8,580,498 | 1,907,798 | 350% | 4,471,914 |

CONFIDENTIAL

DL-TX 80224

**DEY, L.P.**
*Month-To-Date Sales by Product Number (Shelf Cartons)*
**Month of January, 2001**

| PRODUCT | SHELF CARTONS Actual Month 2001 | Prelim Budget Month 2001 | % Diff. | Actual Month 2000 | AVG PRICE (SHELF CARTONS) Actual Month 2001 | Prelim Budg. Month 2001 | Actual Month 2000 | NET SALES Actual Month 2001 | Prelim Budget Month 2001 | % Diff. | Actual Month 2000 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **EPIPEN/ EZPEN RESERVES** | | | | | | | | | | | |
| 500 - Epi Pen Withdrawl Reserve | 147 | | 100% | 972 | $31.20 | | $31.21 | 4,586 | | 100% | 30,336 |
| 510 - EpiPen Returns Processed To Date | | | 100% | 135 | $29.90 | | $29.90 | 329 | | 100% | 4,037 |
| 520 - EpiEz Pen Withdrawl Reserve | | | | | | | | | | | |
| 525 - EpiEz Pen Returns Processed To Date | 11 | | 100% | | | | | | | 100% | |
| **TOTAL EPIPEN/ EZPEN RESERVES** | **158** | | **100%** | **1,107** | **$31.11** | | **$31.05** | **4,915** | | **100%** | **34,373** |
| **ACAROSAN** | | | | | | | | | | | |
| 129580 - 5.0% | (1) | | -100% | (2) | $20.30 | | $21.27 | (20) | | -100% | (43) |
| 129582 - 5.0% | | | | | | | | | | | |
| **TOTAL ACAROSAN** | **(1)** | | **-100%** | **(2)** | **$20.30** | | **$21.27** | **(20)** | | **-100%** | **(43)** |
| **ASTECH PEAK FLOW METER** | | | | | | | | | | | |
| 20001 - Retail, 10 | 2,555 | 5,031 | -49% | 5,952 | $15.63 | $15.14 | $14.93 | 39,940 | 76,181 | -48% | 88,881 |
| 20099 - Hospital, 10 | 100 | | 100% | 175 | $17.00 | | $17.20 | 1,700 | | 100% | 3,010 |
| 307010 - Retail, 10 | (36) | | -100% | (3) | $17.00 | | $17.00 | (612) | | -100% | (51) |
| **TOTAL ASTECH PEAK FLOW METER** | **2,619** | **5,031** | **-48%** | **6,124** | **$15.67** | **$15.14** | **$15.00** | **41,028** | **76,181** | **-46%** | **91,840** |
| **ASTECH DISPOSABLE MOUTHPIECE** | | | | | | | | | | | |
| 20101 - Disp valve | 86 | 45 | 91% | 71 | $57.54 | $55.00 | $60.04 | 4,949 | 2,475 | 100% | 4,263 |
| 20212 - 1way valve | 71 | 32 | 122% | 3 | $47.33 | $35.56 | $35.40 | 3,360 | 1,138 | 195% | 106 |
| 20248 - 48/Box | 99 | 58 | 71% | 312 | $3.45 | $4.10 | $3.41 | 341 | 238 | 43% | 1,064 |
| 20299 - 500/Bulk | 39 | 72 | -46% | 114 | $25.33 | $25.00 | $25.08 | 988 | 1,800 | -45% | 2,857 |
| 307070 - Disp valve | | | | | | | | | | | |
| 307075 - 1way valve | | | | | | | | | | | |
| **TOTAL ASTECH DISPOSABLE MOUTHPIECE** | **295** | **207** | **43%** | **500** | **$32.67** | **$27.30** | **$16.58** | **9,638** | **5,651** | **71%** | **8,290** |
| **ACE SPACER** | | | | | | | | | | | |
| 20301 - Retail, 10 | 2,039 | 1,350 | 51% | 3,020 | $10.26 | $9.10 | $9.09 | 20,919 | 12,285 | 70% | 27,455 |
| 308010 - Retail, 10 | | | | (2) | | | $15.00 | | | | (30) |
| **TOTAL ACE SPACER** | **2,039** | **1,350** | **51%** | **3,018** | **$10.26** | **$9.10** | **$9.09** | **20,919** | **12,285** | **70%** | **27,425** |
| **EASIVENT** | | | | | | | | | | | |
| 20700 - Easivent Sample | 14,476 | 24,000 | -40% | 16,629 | $10.97 | $11.25 | $9.24 | 158,776 | 270,000 | -41% | 153,601 |
| 20701 - Easivent Retail | 450 | 1,843 | -76% | 2,025 | $11.84 | $8.00 | $7.47 | 5,330 | 14,744 | -64% | 15,118 |
| 20725 - Easivent Hospital/ 25 pack | 980 | 672 | 46% | 640 | $5.94 | $5.91 | $5.75 | 5,823 | 3,972 | 47% | 3,680 |
| 20801 - Easivent Mask, Small | 737 | 504 | 46% | 350 | $5.93 | $5.91 | $5.75 | 4,370 | 2,979 | 47% | 2,012 |
| 20802 - Easivent Mask, Medium | | | | | $5.82 | $5.91 | $5.74 | | | | 287 |
| 20803 - Easivent Mask, Large | 70 | 168 | -58% | 50 | | | | 407 | 993 | -59% | |
| **TOTAL EASIVENT** | **16,713** | **27,187** | **-38%** | **19,694** | **$10.45** | **$10.77** | **$8.87** | **174,706** | **292,688** | **-40%** | **174,697** |

**CONFIDENTIAL**

**DL-TX 80225**

**DEY, L.P.**
*Month-To-Date Sales by Product Number (Shelf Cartons)*
**Month of January, 2001**

| PRODUCT | SHELF CARTONS | | | | AVG PRICE (SHELF CARTONS) | | | NET SALES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual Month 2001 | Prelim Budget Month 2001 | % Diff. | Actual Month 2000 | Actual Month 2001 | Prelim Budg. Month 2001 | Actual Month 2000 | Actual Month 2001 | Prelim Budget Month 2001 | % Diff. | Actual Month 2000 |
| **TOTAL DEY PHARMA PRODUCTS** | 274,354 | 105,705 | 160% | 201,077 | | | | 8,831,684 | 2,294,603 | 285% | 4,808,496 |
| Less: Cash Discounts | | | | | | | | (108,207) | (58,000) | -87% | (96,000) |
| Administrative Fees | | | | | | | | 85,368 | (23,000) | 100% | (48,000) |
| Medicaid Rebates | | | | | | | | (175,603) | (33,000) | -432% | (60,000) |
| **TOTAL DEY PHARMA PRODUCTS** | 274,354 | 105,705 | 160% | 201,077 | | | | 8,633,241 | 2,180,603 | 296% | 4,604,496 |
| **TOTAL ALL PRODUCTS** | 2,062,903 | 2,303,840 | -10% | 2,553,193 | | | | 20,257,592 | 15,930,496 | 27% | 23,591,475 |
| Less: Cash Discounts | | | | | | | | (246,199) | (398,000) | 38% | (472,000) |
| Administrative Fees | | | | | | | | 195,812 | (159,000) | 100% | (236,000) |
| Medicaid Rebates | | | | | | | | (494,580) | (223,000) | -122% | (290,000) |
| **GRAND TOTAL NET SALES** | 2,062,903 | 2,303,840 | -10% | 2,553,193 | | | | 19,710,626 | 15,150,496 | 30% | 22,593,475 |

**DEY, L.P.**
*Year-To-Date Sales by Product Number (Shelf Cartons)*
**January 2001**

CONFIDENTIAL

DL-TX 80226

| PRODUCT | SHELF CARTONS | | | | AVG PRICE (SHELF CARTONS) | | | NET SALES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual YTD 2001 | Prelim Budget YTD 2001 | % Diff. | Actual YTD 2000 | Actual YTD 2001 | Prelim Budg. YTD 2001 | Actual YTD 2000 | Actual YTD 2001 | Prelim Budget YTD 2001 | % Diff. | Actual YTD 2000 |
| **DEY PRODUCTS** | | | | | | | | | | | |
| **ACCUNEB** | | | | | | | | | | | |
| 69203 - .021% | - | - | | - | | | | - | | | - |
| 69303 - .042% | - | - | | - | | | | - | | | - |
| TOTAL ACCUNEB | - | - | | - | | | | - | | | - |
| **ACETYLCYSTEINE** | | | | | | | | | | | |
| 18104 - 10% 4ml | 3,507 | 4,455 | -21% | (37) | $10.33 | $9.88 | $7.39 | 36,219 | 44,015 | -18% | (273) |
| 18110 - 10% 10ml | (147) | | -100% | (91) | $14.43 | | $11.46 | (2,121) | | -100% | (1,043) |
| 18130 - 10% 30ml | 3,382 | 4,950 | -32% | (116) | $14.55 | $11.36 | $321.87 | 49,195 | 56,232 | -13% | (37,336) |
| 18200 - 20% 100ml | (173) | | -100% | 1,122 | $39.06 | | $22.73 | (6,790) | | -100% | 25,508 |
| 18204 - 20% 4ml | 1,767 | 2,970 | -41% | (389) | $11.11 | $9.75 | $10.56 | 19,639 | 28,958 | -32% | (4,108) |
| 18210 - 20% 10ml | (186) | | -100% | (61) | $17.67 | | | (3,287) | | -100% | 18 |
| 18230 - 20% 30ml | 1,415 | 3,915 | -64% | (107) | $14.58 | $14.11 | | 20,626 | 55,241 | -63% | 11,423 |
| TOTAL ACETYLCYSTEINE | 9,565 | 16,290 | -41% | 321 | $11.87 | $11.32 | | 113,516 | 184,446 | -38% | (5,812) |
| **ALBUTEROL UNIT DOSE** | | | | | | | | | | | |
| 69700 - 0.083% 30 | 449,605 | 594,000 | -24% | 635,051 | $3.97 | $3.75 | $4.80 | 1,783,188 | 2,227,500 | -20% | 3,050,100 |
| 69703 - 0.083% 3ml, 25's | - | - | | - | | | | - | | | - |
| 69703HI - 0.083% 3ml, 25's | 52,608 | 37,050 | 42% | 39,496 | $4.44 | $4.60 | $6.09 | 233,841 | 170,430 | 37% | 240,673 |
| 69733 - 0.083% 3ml, 30's | 214,787 | 233,999 | -8% | 234,934 | $9.28 | $9.20 | $12.32 | 1,993,886 | 2,152,791 | -7% | 2,895,339 |
| 69760 - 0.083% 3ml, 60's | - | - | | - | | | | - | | | - |
| TOTAL ALBUTEROL UNIT DOSE | 717,000 | 865,049 | -17% | 909,481 | $5.59 | $5.26 | $6.80 | 4,010,916 | 4,550,721 | -12% | 6,186,112 |
| **ALBUTEROL UNIT DOSE RESERVE** | | | | | | | | | | | |
| 610 - Albuterol Recall Reserve | 46 | | 100% | 49,132 | $7.83 | | $11.34 | (360) | | -100% | 557,016 |
| 620 - Albuterol Returns Processed | | | | | | | | 360 | | 100% | |
| TOTAL ALBUTEROL UNIT DOSE RESERVE | 46 | | 100% | 49,132 | | | $11.34 | | | | 557,016 |
| **ALBUTEROL MDI** | | | | | | | | | | | |
| 30317 - 17g | (99) | 257,700 | -100% | 403,372 | $1.23 | $2.40 | $2.10 | (122) | 618,480 | -100% | 846,905 |
| 30327 - 17g. Refill | (3) | 5,810 | -100% | 20,854 | $26.03 | $2.30 | $2.19 | (76) | 13,362 | -100% | 45,685 |
| 33317 - 17g | 414,091 | | 100% | | $2.84 | | | 1,176,190 | | 100% | |
| 33327 - 17g. Refill | - | | | | | | | 7 | | 100% | |
| TOTAL ALBUTEROL MDI | 413,989 | 263,510 | 57% | 424,226 | $2.84 | $2.40 | $2.10 | 1,175,998 | 631,842 | 86% | 892,590 |
| **ALBUTEROL MULTIDOSE** | | | | | | | | | | | |
| 10501 - 5% 20ml | 108,550 | 234,586 | -54% | 196,829 | $3.69 | $3.40 | $3.76 | 400,427 | 797,524 | -50% | 739,159 |
| 10520 - 5% 20ml | (1,964) | | -100% | 6,204 | $4.52 | | $2.39 | (8,884) | | -100% | 14,820 |
| TOTAL ALBUTEROL MULTIDOSE | 106,586 | 234,586 | -55% | 203,033 | $3.67 | $3.40 | $3.71 | 391,543 | 797,524 | -51% | 753,979 |
| **NASAL PRODUCTS** | | | | | | | | | | | |
| 71525 - Beclomethasone Nasal | - | | | - | | | | - | | | - |
| 78530 - Ipratropium Nasal .03% | - | | | - | | | | - | | | - |
| 78615 - Ipratropium Nasal .06% | - | | | - | | | | - | | | - |
| TOTAL NASAL PRODUCTS | - | | | - | | | | - | | | - |

CONFIDENTIAL

**DEY, L.P.**
*Year-To-Date Sales by Product Number (Shelf Cartons)*
**January 2001**

| PRODUCT | SHELF CARTONS | | | | AVG PRICE (SHELF CARTONS) | | | NET SALES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual YTD 2001 | Prelim Budget YTD 2001 | % Diff. | Actual YTD 2000 | Actual YTD 2001 | Prelim Budg. YTD 2001 | Actual YTD 2000 | Actual YTD 2001 | Prelim Budget YTD 2001 | % Diff. | Actual YTD 2000 |
| **CROMOLYN SODIUM** | | | | | | | | | | | |
| 68900 - 20mg/2ML, 25's | 27,652 | 50,825 | -46% | 78,376 | $7.96 | $9.00 | $13.47 | 220,170 | 457,425 | -52% | 1,055,983 |
| 68902 - 20mg/2ML, 60's | 10,111 | 17,210 | -41% | 22,354 | $18.00 | $17.10 | $28.06 | 181,953 | 294,290 | -38% | 627,285 |
| 68912 - 20mg/2ML, 120's | | | | | | | | | | | |
| TOTAL CROMOLYN SODIUM | 37,763 | 68,035 | -44% | 100,730 | $10.65 | $11.05 | $16.71 | 402,122 | 751,715 | -47% | 1,683,268 |
| **CUROSURF** | | | | | | | | | | | |
| 18001 - 120mg | 206 | 100 | 106% | | $11.56 | $100.00 | | 2,382 | 10,000 | -76% | |
| 18003 - 240mg | 265 | 300 | -12% | | $320.47 | $350.00 | | 84,924 | 105,000 | -19% | |
| TOTAL CUROSURF | 471 | 400 | 18% | | $185.36 | $287.50 | | 87,306 | 115,000 | -24% | |
| **DUONEB** | | | | | | | | | | | |
| 67233 - 3ml 30s | | | | | | | | | | | |
| 67260 - 3ml 60s | | | | | | | | | | | |
| TOTAL DUONEB | | | | | | | | | | | |
| **IPRATROPIUM** | | | | | | | | | | | |
| 68500 - 0.02% 25 | 296,792 | 483,000 | -39% | 387,551 | $8.60 | $7.60 | $11.42 | 2,552,489 | 3,670,800 | -30% | 4,426,758 |
| 68503 - 0.02% 2.5ml, 25's | 13,715 | 20,700 | -34% | 37,236 | $8.00 | $9.00 | $11.56 | 109,680 | 186,300 | -41% | 430,506 |
| 68533 - 0.02% 2.5ml, 30's | 94,892 | 110,000 | -14% | 88,339 | $20.01 | $16.50 | $28.32 | 1,898,601 | 1,815,000 | 5% | 2,502,192 |
| 68560 - 0.02% 2.5ml, 60's | | | | | | | | | | | |
| TOTAL IPRATROPIUM | 405,399 | 613,700 | -34% | 513,126 | $11.25 | $9.24 | $14.34 | 4,560,770 | 5,672,100 | -20% | 7,359,456 |
| **IPRATROPIUM BROMIDE RESERVE** | | | | | | | | | | | |
| 210 - Ipratropium Recall Reserve | | | | | | | | (2,677) | | -100% | |
| 220 - Ipratropium Returns Processed | 153 | | 100% | 17,919 | $18.80 | | $26.95 | 2,677 | | 100% | 482,891 |
| TOTAL IPRATROPIUM BROMIDE RESERVE | 153 | | 100% | 17,919 | | | $26.95 | | | | 482,891 |
| **METAPROTERENOL** | | | | | | | | | | | |
| 67603 - 0.6% 2.5ml | 7,273 | 13,000 | -44% | 14,080 | $6.49 | $5.96 | $6.01 | 47,190 | 77,480 | -39% | 84,667 |
| 67803 - 0.4% 2.5ml | 6,049 | 6,500 | -7% | 6,516 | $6.52 | $5.96 | $6.46 | 39,409 | 38,740 | 2% | 42,116 |
| TOTAL METAPROTERENOL | 13,322 | 19,500 | -32% | 20,596 | $6.50 | $5.96 | $6.16 | 86,599 | 116,220 | -25% | 126,783 |
| **SODIUM CHLORIDE** | | | | | | | | | | | |
| 64015 - Hypertonic, 3% 15ml | 297 | | 100% | 228 | $28.47 | | $27.90 | 8,455 | | 100% | 6,362 |
| 64115 - Hypertonic, 10% 15ml | 94 | | 100% | 190 | $29.25 | | $27.72 | 2,749 | | 100% | 5,267 |
| 82003 - Hypertonic, 0.45% 3ml | (576) | 489 | -100% | 351 | $6.90 | $6.61 | $7.23 | (3,973) | 3,100 | -100% | 2,538 |
| 82005 - Hypertonic, 0.45% 5ml | 210 | 175 | 20% | 255 | $7.72 | $6.86 | $7.83 | 1,621 | 1,201 | 35% | 1,996 |
| 83003 - Isotonic, 0.9% 3ml | 55,838 | 71,300 | -22% | 74,791 | $6.83 | $6.61 | $6.32 | 381,296 | 471,293 | -19% | 472,307 |
| 83005 - Isotonic, 0.9% 5ml | 22,662 | 33,000 | -31% | 30,914 | $6.45 | $6.61 | $5.79 | 146,249 | 218,130 | -33% | 178,891 |
| 83015 - Isotonic, 0.9% 15ml | (3) | | -100% | (6) | $7.19 | | $3.60 | (22) | | -100% | (22) |
| 83050 - Isotonic, 0.9% 15ml | 5,526 | 12,000 | -54% | 6,768 | $10.75 | $10.11 | $11.66 | 59,405 | 121,320 | -51% | 78,922 |
| TOTAL SODIUM CHLORIDE | 84,048 | 116,944 | -28% | 113,491 | $7.09 | $6.97 | $6.58 | 595,779 | 815,044 | -27% | 746,262 |

DL-TX 80227

CONFIDENTIAL

DL-TX 80228

**DEY, L.P.**
*Year-To-Date Sales by Product Number (Shelf Cartons)*
**January 2001**

| PRODUCT | SHELF CARTONS | | | | AVG PRICE (SHELF CARTONS) | | | NET SALES | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual YTD 2001 | Prelim Budget YTD 2001 | % Diff. | Actual YTD 2000 | Actual YTD 2001 | Prelim Budg. YTD 2001 | Actual YTD 2000 | Actual YTD 2001 | Prelim Budget YTD 2001 | % Diff. | Actual YTD 2000 |
| **STERILE WATER** | | | | | | | | | | | |
| 81003 - NA 3ml | 60 | 47 | 28% | 14 | $9.47 | $9.09 | $10.68 | 568 | 427 | 33% | 150 |
| 81005 - NA 5ml | 159 | 94 | 69% | 50 | $6.75 | $9.09 | $6.67 | 1,073 | 854 | 26% | 333 |
| **TOTAL STERILE WATER** | 219 | 141 | 55% | 64 | $7.49 | $9.09 | $7.54 | 1,641 | 1,281 | 28% | 483 |
| **THEOPHYLLINE** | | | | | | | | | | | |
| 43101 - 100mg X 100's | - | | | - | | | | - | | | - |
| 43201 - 200mg X 100's | - | | | - | | | | - | | | - |
| 43205 - 200mg X 500's | - | | | - | | | | - | | | - |
| 43301 - 300mg X 100's | - | | | - | | | | - | | | - |
| 43305 - 300mg X 500's | - | | | - | | | | - | | | - |
| 43310 - 300mg X 1000's | - | | | - | | | | - | | | - |
| **TOTAL THEOPHYLLINE** | - | | | - | | | | - | | | - |
| **DEY CARE** | | | | | | | | | | | |
| 200 - Dey Care Products | (12) | | -100% | (3) | $23.50 | | $17.10 | (282) | | -100% | (51) |
| **TOTAL DEY CARE** | (12) | | -100% | (3) | $23.50 | | $17.10 | (282) | | -100% | (51) |
| **TOTAL DEY PRODUCTS** | 1,788,549 | 2,198,135 | -19% | 2,352,116 | | | | 11,425,908 | 13,635,893 | -16% | 16,782,978 |
| Less:  Cash Discounts | | | | | | | | (139,992) | (340,000) | 59% | (376,000) |
| Administrative Fees | | | | | | | | 110,444 | (136,000) | 100% | (188,000) |
| Medicaid Rebates | | | | | | | | (318,976) | (190,000) | -68% | (230,000) |
| **TOTAL DEY PRODUCTS** | 1,788,549 | 2,198,135 | -19% | 2,352,116 | | | | 11,077,384 | 12,969,893 | -15% | 17,988,978 |
| **DEY PHARMA PRODUCTS** | | | | | | | | | | | |
| **EPIPEN** | | | | | | | | | | | |
| 030100 - Trainer | - | | | | | | | - | | | |
| 030301 - EpiEz Pen W/ Trainer | (10) | | -100% | (90) | $29.90 | | $29.90 | (299) | | -100% | (2,691) |
| 030401 - EpiEz Pen Jr. W/ Trainer | (1) | | -100% | (46) | $29.90 | | $29.90 | (30) | | -100% | (1,375) |
| 50000 - Trainer | 1,977 | 3,830 | -48% | 3,620 | $2.20 | $2.00 | $1.90 | 4,359 | 7,660 | -43% | 6,866 |
| 50001 - EpiPen | 177,612 | 31,500 | 464% | 63,690 | $34.53 | $34.25 | $32.53 | 6,133,165 | 1,078,875 | 468% | 2,071,593 |
| 50001CAN - EpiPen Canada | - | 8,900 | -100% | | | $19.00 | | | 169,100 | -100% | |
| 50001MTXT - EpiPen Int. Min. Text | - | 12,000 | -100% | 47,127 | | $18.00 | $17.30 | | 216,000 | -100% | 815,297 |
| 50001RMTXT - EpiPen Removable Min. Text | 6,000 | | 100% | 2,500 | $20.25 | | $20.25 | 121,500 | | 100% | 50,625 |
| 50002 - EpiPen 2-Pak | - | | | | | | | - | | | |
| 50101 - EpiPen Jr | 66,953 | 9,450 | 608% | 38,335 | $34.68 | $34.25 | $32.92 | 2,321,803 | 323,663 | 617% | 1,261,975 |
| 50101CAN - EpiPen Jr Canada | - | 6,250 | -100% | 15,000 | | $18.00 | $17.30 | | 112,500 | -100% | 259,500 |
| 50101MTXT - EpiPen Jr. Int Min Text | - | | | 500 | | | $20.25 | | | | 10,125 |
| 50101RMTXT - EpiPen Jr. Removable Min. Text | - | | | | | | | - | | | |
| 50102 - EpiPen 2-Pak Jr. | - | | | | | | | - | | | |
| **TOTAL EPIPEN** | 252,531 | 71,930 | 251% | 170,636 | $33.96 | $26.52 | $26.21 | 8,880,498 | 1,907,798 | 350% | 4,471,914 |