# Exhibit 320

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

Morgan, Patricia Kay                                                                November 30, 2007
Tampa, FL

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3

 4    THE COMMONWEALTH OF MASSACHUSETTS,

 5              Plaintiff,

 6    vs.                                   CIVIL ACTION NO.

 7    MYLAN LABORATORIES INC.;              03-CV-11865-PBS

 8    BARR LABORATORIES, INC.;

 9    DURAMED PHARMACEUTICALS, INC.;

10    IVAX CORPORATION; WARRICK

11    PHARMACEUTICALS CORPORATION;

12    WATSON PHARMACEUTICALS, INC.;

13    SCHEIN PHARMACEUTICALS, INC.;

14    TEVA PHARMACEUTICALS USA, INC.;

15    PAR PHARMACEUTICAL, INC.;

16    DEY, INC.; ETHEX CORPORATION;

17    PUREPAC PHARMACEUTICAL CO.; and

18    ROXANE LABORATORIES,

19              Defendants.

20    _____/

21          VIDEOTAPED DEPOSITION OF PATRICIA KAY MORGAN

22              Taken on Behalf of the Defendant
```

Page 21

1  basically talk about how First DataBank did not

2  have a, quote, 10 percent rule, correct?

3      A.   That's correct.

4      Q.   And the 10 percent rule, as I understood

5  from your prior testimony, basically meant that

6  there was at least some -- a theory that in order

7  to achieve a generic price indicator for a

8  particular drug, that the generic price had to be

9  less than -- 10 percent less than the brand price.

10 Understanding that that's a theory, do you

11 basically understand that -- what I'm trying to set

12 forth there, that that's the theory, not that

13 that's what First DataBank did?

14      MR. MULLIN:  Objection; form.

15      THE WITNESS:  Yes, I understand your question.

16 And while it was not what we did, there was a

17 perception in the industry that there was such a

18 rule.

19      MR. FARQUHAR:  No further questions.

20      And I understand the way that this deposition

21 will work is that the Commonwealth of Massachusetts

22 will proceed to ask questions on cross-examination.