# Exhibit 328

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

DEY LABORATORIES

MEMORANDUM

TO: Mari Carrall            Cc: Helen Burnham
    Alberto Hoyo                Bob Mozak
    Ross Uhl

FROM: Carrie Jackson

DATE: August 12, 1994

RE: State of Florida, Medicaid Program

On Monday, August 8, 1994, I spoke with Jerry Wells at the Florida Medicaid office regarding albuterol usage. There is a larger volume of usage for the Warrick product as the following formula for Medicaid reimbursement shows:

| Dey | Warrick |
|---|---|
| $18.95/25 (wholesale price) | $59.40/60 (direct price) |
| = $ 0.76/vial | = $ 0.99/vial |
| x 7% = $ 0.81/vial | x 7% = $ 1.06/vial |
| x 100 = $81.00/100 | x 100 = $106.00/100 |
| + $4.32 = $85.32 (dispensing fee) | + $4.32 = $110.32 |

As the above will show, there is a larger spread for reimbursement purposes on the Warrick product. Jerry Wells stated that other companies have brought similar situations to him on a variety of Warrick products. Jerry would like to discuss the situation further with Ross and can be reached at (904) 487-4441.

Should you have any further questions, please do not hesitate to contact me.

/cjj



EXHIBIT 777 Uhl 2/24/03

PLAINTIFF'S EXHIBIT 7 8-26-02

Attorneys Eyes Only    TX-D & W - 07924

DL
DEY LABS DOCS DL0001-DL0048 BMW005

001
BMW005-0136

Selenati-FL
EXHIBIT NO. 45
5-4-05
C. VOHLKEN

** TOTAL PAGE.02 **