# Exhibit 331

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

Page 1

```
 1   NO. GV002327
     THE STATE OF TEXAS               ) IN THE DISTRICT COURT
 2   EX REL.                          )
         VEN-A-CARE OF THE            )
 3       FLORIDA KEYS, INC.,          )
             PLAINTIFF(S),            )
 4                                    )
     VS.                              ) TRAVIS COUNTY, TEXAS
 5                                    )
     DEY, INC.; ROXANE                )
 6   LABORATORIES, INC., WARRICK      )
     PHARMACEUTICALS CORPORATION,     )
 7   SCHERING CORPORATION,            )
     SCHERING-PLOUGH CORPORATION,     )
 8   LIPHA, S.A., MERCK-LIPHA,        )
     S.A., MERCK, KGAA, AND EMD       )
 9   PHARMACEUTICALS, INC.,           )
             DEFENDANT(S).            ) 53RD JUDICIAL DISTRICT
10
11      *******************************************
12   ORAL AND VIDEOTAPED DEPOSITION OF
13   EVE FAGRELL GMEINER
14   JANUARY 20TH, 2003
15      *******************************************
16
17      ORAL AND VIDEOTAPED DEPOSITION OF EVE FAGRELL
18   GMEINER, PRODUCED AS A WITNESS AT THE INSTANCE OF THE
19   PLAINTIFF(S), AND DULY SWORN, WAS TAKEN IN THE
20   ABOVE-STYLED AND NUMBERED CAUSE ON JANUARY 20TH, 2003,
21   FROM 10:06 A.M. TO 5:36 P.M., BEFORE CYNTHIA VOHLKEN,
22   CSR IN AND FOR THE STATE OF TEXAS, REPORTED BY MACHINE
23   SHORTHAND, AT THE DOUBLETREE HOTEL, 1 DOUBLETREE
24   DRIVE, ROHNERT PARK, CALIFORNIA PURSUANT TO THE TEXAS
25   RULES OF CIVIL PROCEDURE.
```

1   30TH, 1995 TWO-PAGE DOCUMENT BEFORE TODAY?

2   A.   I DON'T THINK SO.

3   MR. FLECKMAN:   HOLD ON JUST ONE SECOND,

4   RAY.  THE SECOND PAGE JUST CLARIFY FOR ME BECAUSE I

5   HAVE AN FDB 940.  IS THAT WHAT YOU'RE REFERRING TO AS

6   THE SECOND PAGE?

7   MR. WINTER:   MINE HAS A BATES STAMP ON

8   IT OF FDB 000918.

9   MR. FLECKMAN:   918.

10  MR. WINTER:   YES.

11  MR. FLECKMAN:   THANK YOU.  AND I TAKE IT

12  THIS IS THE FAX TO FIRST DATABANK?

13  MR. WINTER:   THAT'S WHAT IT APPEARS TO

14  BE, YES.

15  MR. FLECKMAN:   OKAY.  AND YOU'VE

16  COMPILED A DOCUMENT BECAUSE IT WAS PRODUCED BY FDB,

17  OBVIOUSLY, RIGHT?

18  MR. WINTER:   RIGHT.

19  MR. FLECKMAN:   OKAY.  GO AHEAD .

20  A.   WHAT DID YOU ASK ME?

21  Q.   (BY MR. WINTER)  MY QUESTION WAS BEFORE TODAY

22  HAVE YOU EVER SEEN THIS MAY 30TH, 1995 MEMORANDUM FROM

23  MS. BURNHAM TO SALES AND MARKETING OR THE ATTACHED FAX

24  OR -- OR TRANSMITTAL THAT WENT TO BETH RADER AT

25  PRICEALERT AND PHARMACY BLUEBOOK UPDATE?

Page 184

1  A.   I DON'T BELIEVE I HAVE, NO.  IT DOES NOT LOOK
2  FAMILIAR.
3  Q.   AND -- AND MORE SPECIFICALLY YOU DON'T RECALL
4  DISCOVERING THIS IN 1997 WHEN YOU WERE ASKED TO
5  RESEARCH DEY'S WAC HISTORY?
6  A.   HUH-UH.
7  Q.   YOU TESTIFIED EARLIER THAT WACS AND AWPS
8  GENERALLY WENT DOWN IN THE GENERIC MARKET IN YOUR
9  EXPERIENCE.
10 A.   PRICING WENT DOWN.
11 Q.   THAT THE PRICING FOR --
12 A.   YEAH.
13 Q.   AND --
14 A.   I THINK WAC WENT DOWN AND AWP ENDED UP
15 STAYING PRETTY FLAT.  I DON'T KNOW.
16 Q.   DOES ANYTHING ABOUT THIS MEMO DATED MAY 30TH,
17 1985 STAND OUT TO YOU AS UNUSUAL?
18 A.   NO.
19 Q.   DOES IT STRIKE YOU AS ODD THAT THE WAC PRICE
20 IS BEING RAISED --
21 A.   I DON'T SEE --
22 Q.   -- FOR ALBUTEROL?
23 A.   -- THAT IT'S BEING RAISED.
24 MR. FLECKMAN:  I'M SORRY, REPEAT THE
25 ANSWER.

1   A.   YES, I DO.
2   Q.   AND ANOTHER OF THOSE WAS -- WAS -- THIS WILL
3   COME TO ME IN JUST A SECOND, BUT ROSS UHL, WHO WAS
4   ALSO A MEMBER OF THE SALES FORCE AND YOU RECOGNIZE
5   THAT NAME, CORRECT?
6   A.   YES.
7   Q.   NOW, NEITHER OF THOSE MEN RECALLED RECEIVING
8   THIS MEMORANDUM, WHICH SUPPOSEDLY WAS DIRECTED TO ALL
9   OF THE SALES AND MARKETING FORCE.  AND YOU DON'T
10  RECALL, I UNDERSTAND FROM YOUR PREVIOUS TESTIMONY THIS
11  AFTERNOON, YOU DO NOT RECALL RECEIVING THIS
12  MEMORANDUM.
13  A.   THAT IS CORRECT.
14  Q.   AND UP UNTIL THE TIME IT WAS SHOWN TO YOU IN
15  THIS DEPOSITION YOU HAD NEVER SEEN THIS MEMORANDUM; IS
16  THAT CORRECT?
17  A.   THAT'S CORRECT.
18  Q.   NOW, DO YOU SEE WHERE -- LET'S SEE.  OKAY.
19  WITHDRAW THAT QUESTION.  SET THAT ONE ASIDE.
20  TAKE A LOOK, IF YOU WOULD, AT EXHIBIT
21  627.
22  A.   YES.
23  Q.   WOULD YOU TURN TO THE THIRD PAGE OF THIS
24  EXHIBIT WHICH IS MARKED DL-TX-000992.
25  A.   YES.

```
 1   Q.   OKAY.  AND THAT'S THE $11.25.  THIS IS DATED
 2   APRIL 8, 1997.  DO YOU SEE THAT?
 3   A.   YES.
 4   Q.   OKAY.  TAKE A LOOK BACK AT EXHIBIT NUMBER 621
 5   WITH ME FOR A SECOND.
 6   A.   YES.
 7   Q.   AND TELL ME WHAT THE WAC IS FOR THE ALBUTEROL
 8   25'S ON THIS PRICE LIST.
 9   A.   11.25.
10   Q.   SO IT CORRESPONDS WITH THE WAC THAT HAD BEEN
11   IN EFFECT AS OF APRIL OF 1997, CORRECT?  I'M SORRY.
12   THE WAC THAT YOU -- THAT YOU WROTE -- HANDWROTE IN ON
13   THE APRIL 1997 PRICE LIST FROM MEDI-SPAN --
14   A.   CORRECT.
15   Q.   -- AND SENT BACK TO THEM.
16   A.   CORRECT.  I DON'T KNOW WHAT DATE THAT 11/25
17   BECAME EFFECTIVE.
18   Q.   OKAY.  I UNDERSTAND.  BUT IT WAS CERTAINLY
19   EFFECTIVE BY THE TIME YOU WROTE IT IN AND SENT IT BACK
20   IN APRIL OF 1997, CORRECT?
21   A.   IT MUST HAVE BEEN.
22   Q.   ALL RIGHT.  TAKE A LOOK WITH ME AT EXHIBIT
23   NUMBER -- AT EXHIBIT NUMBER 342, WHICH IS YOUR FAX TO
24   FIRST DATABANK.
25   A.   YES.
```

```
 1   Q.    I WILL REPRESENT TO YOU THAT THE BLUEBOOK WAS
 2   A -- AND YOU DESCRIBED THE BLUEBOOK AS A HARD COPY
 3   RESOURCE AND I THINK THAT'S EXACTLY RIGHT, BUT I THINK
 4   IT WAS OWNED BY FIRST DATABANK RATHER THAN REDBOOK.
 5   A.    OKAY.
 6   Q.    OKAY.  SO I'LL JUST REPRESENT THAT TO YOU.  I
 7   THINK THAT'S WHAT THE EVIDENCE WILL SHOW.  BUT WITH
 8   THAT CLARIFICATION WHEN YOU SENT THIS FAX -- LET ME --
 9   LET ME WITHDRAW THAT AND REPHRASE THAT.  WHEN YOU WENT
10   THROUGH THIS FAX THAT YOU HAD GOTTEN FROM FIRST
11   DATABANK WHAT DID YOU USE IN ORDER TO MAKE THE
12   CORRECTION ON THESE PARTICULAR WACS OR WHAT -- WHAT
13   FIRST DATABANK REFERS TO AS WHOLESALE NET --
14   MR. WINTER:  OBJECTION --
15   Q.    (BY MR. FLECKMAN)  -- FOR THESE VARIOUS
16   PRODUCTS THAT YOU -- THAT YOU PENNED IN AND INITIALED?
17   MR. WINTER:  OBJECTION, FORM.
18   Q.    (BY MR. FLECKMAN)  LET ME REPHRASE THAT.
19   WHAT WERE YOU LOOKING AT IN ORDER TO CORRECT THESE
20   PRICES ON THIS FAX?
21   A.    I MUST HAVE BEEN LOOKING AT INTERNAL PRICE
22   LISTS FOR BOTH WAC AND AWP.
23   Q.    OKAY.  NOW, IF -- IF YOU'RE THE ONE WHO IS
24   GENERATING THE PRICE LIST IN 1995, OR THEREABOUTS,
25   WHEN YOU SAY YOU WERE LOOKING AT INTERNAL PRICE LISTS,
```

Page 241

```
 1    WERE YOU LOOKING AT PRICE LISTS WHICH WERE IN EFFECT
 2    PRIOR TO THE DATE ON WHICH YOU WERE WRITING THIS
 3    INFORMATION?  TAKE A LOOK -- TAKE A LOOK, FOR EXAMPLE,
 4    LET'S BE SPECIFIC HERE, TAKE A LOOK AT THE THIRD PAGE
 5    OF THIS -- I MEAN, THE FOURTH PAGE OF THIS -- FORGIVE
 6    ME, THE FIFTH PAGE OF THIS EXHIBIT, WHICH IS -- WHICH
 7    IS DL-TX-0090595.
 8    A.   YES.
 9    Q.   ALL RIGHTY.  LET'S LOOK AT THE ALBUTEROLS
10    WHICH SEEM TO BE THE DRUG THAT'S IN ISSUE HERE IN THIS
11    CASE.  YOU HAVE WRITTEN IN NOT ONLY A PRICE CORRECTING
12    THE ERRONEOUS PRICE HERE, BUT YOU'VE ALSO WRITTEN IN
13    AN EFFECTIVE DATE FOR EACH ONE OF THESE, CORRECT?
14    A.   THAT IS CORRECT.
15    Q.   OKAY.  SO YOU WERE -- AT THE TIME THAT YOU
16    PREPARED THIS IN DECEMBER OF 1995 YOU WERE WORKING
17    FROM AN OLDER PRICE SHEET OR OLDER PRICE SHEETS
18    PLURAL, CORRECT?
19    A.   IF OLDER -- I WOULD HAVE BEEN WORKING FROM
20    THE MOST RECENTLY PUBLISHED PRICE LIST AND IF OLDER
21    MEANS THAT IT WAS MOST RECENTLY UPDATED BEFORE
22    DECEMBER, YES.
23    Q.   I SHOULD HAVE USED THE TERM PRE-EXISTING
24    PRICE LIST.
25    A.   THAT IS CORRECT.
```

1  Q.   OKAY. NOW -- AND YOU CANNOT EXPLAIN WHY THE
2  ERRONEOUS WAC WOULD BE IN THE FIRST DATABANK
3  SCHEDULES, I TAKE IT?
4  MR. WINTER: OBJECTION, FORM.
5  A.   UNLESS OUR WAC WAS PREVIOUSLY LISTED AS 24.75
6  FOR THAT PARTICULAR ITEM AT ONE POINT AND, YOU KNOW,
7  PRIOR TO FEBRUARY 1ST AND THEN FEBRUARY 1ST PRICE OF
8  14.50 WENT IN THERE I DON'T KNOW IF THERE WAS OTHER
9  DROPS FROM 24.75 DOWN TO 14.50.
10 Q.   WELL, LET ME REPRESENT TO YOU I THINK THE
11 EVIDENCE IS GOING TO SHOW THAT THE INTERNAL WAC OF DEY
12 DECLINED FROM $24.90 TO $18.95 ON FEBRUARY 1, 1995.
13 AND SO -- AND THAT IT WAS FURTHER REDUCED TO $14.50 AS
14 OF MAY 1, 1995.  I THINK THAT'S RIGHT.  I STAND TO BE
15 CORRECTED BUT I BELIEVE THAT'S RIGHT.
16 MR. WINTER: OBJECTION, FORM.
17 Q.   (BY MR. FLECKMAN)  SO IF THAT'S THE CASE, CAN
18 YOU EXPLAIN WHY MS. BURNHAM WOULD HAVE REPORTED $24.75
19 ON MAY 30, 1995 AFTER $14.50 WAS ALREADY IN EFFECT?
20 MR. WINTER: OBJECTION, FORM.
21 A.   NO.
22 Q.   (BY MR. FLECKMAN)  OKAY. BUT IN ANY EVENT,
23 YOU UNDERSTOOD THE POLICY AND PROCEDURE OF DEY TO BE
24 TO REPORT WAC CONSISTENTLY WITH THE ACCURATE INTERNAL
25 DEY WAC PRICES?

1   A.   ABSOLUTELY.

2   Q.   THAT -- THAT IS ALL I HAVE ON THE EXHIBITS.

3   LET ME GO THROUGH A FEW THINGS JUST TO CLARIFY.  WHEN

4   YOU RECEIVED PRICES THROUGH DEBBIE BRONSTEIN OR

5   THROUGH HELEN BURNHAM DID YOU UNDERSTAND THAT THOSE

6   PRICES CARRIED THE APPROVAL OF THE UPPER EXECUTIVE

7   LEVEL OF DEY?

8   A.   I DID.

9   Q.   OKAY.  AND THAT WOULD INCLUDE MR. MOZAK,

10  CORRECT?

11  A.   IT WOULD.

12  Q.   OKAY.  AND GENERALLY ON YOUR GENERIC PRODUCTS

13  DID WAC DECLINE IN YOUR EXPERIENCE OR DID IT GO UP IN

14  YOUR EXPERIENCE?

15  A.   IT DECLINED.

16  Q.   OKAY.  DO YOU RECALL ANY SITUATION WHERE

17  ANYONE, ANYONE EVER MENTIONED TO YOU AT DEY THAT IT

18  WAS THEIR INTENTION TO REPORT TO THE MEDICAID

19  AUTHORITIES AN ARTIFICIALLY INFLATED WAC THAT DID NOT

20  CORRESPOND WITH DEY'S ACTUAL WAC?

21  A.   NO.

22  Q.   WHEN YOU MADE YOUR REVIEW OF THE FIRST

23  DATABANK PRICES IN DECEMBER 1995, MS. GMEINER, WERE

24  YOU DOING THAT AS PART OF A ROUTINE REVIEW PROCESS

25  THAT YOU ENGAGED IN AT THAT TIME FOR THE UPDATING OF

1   PRICES OR WERE YOU DOING SOMETHING SPECIAL AND UNIQUE
2   BY REVIEWING THE FIRST DATABANK SCHEDULES?
3   A.   IT WOULD HAVE BEEN SOMETHING ROUTINE FROM THE
4   PERSPECTIVE THAT WE EITHER HAD LAUNCHED -- WERE
5   LAUNCHING A NEW PRODUCT, A NEW SKU OR WERE CHANGING
6   THE PRICE OF ANY ONE OF THE PRODUCTS IN OUR LINE.
7   THAT IS TYPICALLY WHAT TRIGGERED OUR REVIEWING FROM
8   THE DATA BANKS' PRICING DATABASES, WHAT THEY HAD ON
9   FILE FOR THEIR PRICES VERSUS OUR PRICES.
10  Q.   OKAY.   THE -- I TAKE IT YOU DID NOT GET
11  INVOLVED GENERALLY IN THE MEDICAID ISSUES.
12  A.   NO.
13  MR. WINTER:   OBJECTION, FORM.
14  Q.   (BY MR. FLECKMAN)   I HAVE SEEN THE
15  NOMENCLATURE RX.   WHAT DOES THAT MEAN WHEN IT APPEARS
16  ON THE DEY DOCUMENTS OR ON -- OR ON DATA REPORTING
17  SERVICE DOCUMENTS GENERALLY IN THE PHARMACEUTICAL
18  INDUSTRY?
19  A.   THAT IT'S A PRESCRIPTION ONLY PRODUCT.
20  Q.   OKAY.   AND I HAVE SEEN ALTERNATIVELY THE
21  PHRASE TX ALSO ON THESE MATERIALS.   WHAT DOES TX MEAN?
22  A.   WELL, THAT -- TX TO ME MEANS TREATMENT.   IT
23  CAN ALSO MEAN -- WELL, NO.   TRX WOULD BE TOTAL
24  PRESCRIPTIONS.   SO TX TO ME MEANS TREATMENT.
25  Q.   THAT'S WHAT I THOUGHT IT MEANT.   I JUST

1   A.   IT'S POSSIBLE.

2   Q.   HAVE YOU EVER SEEN SITUATIONS WHERE YOU SENT

3   OR BELIEVED THAT YOU HAD SENT INFORMATION TO A DATA

4   REPORTING SERVICE AND IT SIMPLY DID NOT GET REFLECTED

5   IN THEIR RECORDS FOR WHATEVER REASON?

6   A.   I WOULD HAVE TO BELIEVE THAT YES, THAT DID --

7   THAT DID HAPPEN.

8   MR. FLECKMAN:  OKAY.  PASS THE WITNESS.

9   MR. WINGARD:  WE'LL RESERVE QUESTIONS.

10  MS. TORGERSON:  WARRICK AND SCHERING

11  WILL RESERVE ITS QUESTIONS AS WELL.

12  EXAMINATION

13  BY MR. WINTER:

14  Q.   MS. GMEINER, I JUST HAVE A COUPLE OF

15  QUESTIONS ON REDIRECT BASED UPON WHAT MR. FLECKMAN HAS

16  ASKED YOU AND JUST TO GET CLARIFICATION BECAUSE HE

17  ASKED YOU JUST NOW ABOUT YOU PERSONALLY REPORTING

18  DEY'S PRICES TO AW -- DEY'S AWP AND WAC PRICES TO

19  VARIOUS STATES.

20  A.   UH-HUH.

21  Q.   AND I THOUGHT I UNDERSTOOD FROM YOUR PREVIOUS

22  TESTIMONY THAT YOU PERSONALLY DIDN'T MAKE THOSE

23  REPORTS, THAT SOMEBODY ELSE DID.  CAN YOU CLARIFY THAT

24  FOR ME.

25  A.   THERE IS A CHANCE THAT SOME FORM LETTERS WENT