# Exhibit 339

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support**
**of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# ACCOUNT CALL RECORD

TERR: 8

ACCOUNT NAME: FLA Medicaid office          DATE: 9/12/95

CITY, STATE: Tallahassee FL

KEY PEOPLE SEEN (NAME): _____          TITLE: _____

KEY PEOPLE SEEN (NAME): _____          TITLE: _____

KEY PEOPLE SEEN (NAME): Diane          TITLE: _____

KEY PEOPLE SEEN (NAME): Terri Wells          TITLE: Chief PIR

**RECAP OF VISIT:**

Reimbursement = WAC + 7%

69703 WAC updated on First Data Bank

level playing field w/ Warrick u.D.

Syrup not recognized for Dey in System —

IT will be Set-up.   Reimbursement for

79516   0.0248¢/ml        NO STATE Formulary

69703   0.3531¢/ml

**FOLLOW-UP:**

NEW Location! From Capital — EAST on Applachee pwy,
LFT on Cap circle
LFT on Mahan
Rm 170 in FT Knox Bldg on LFT
(Ryans Across Street)

White – Files   Yellow – Regional Sales Manager   Pink – Napa

Selenati-FL

EXHIBIT NO. 53
5-05-05
C. VOHLKEN

Dey FLA-0039599