# Exhibit 341

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

12/04/95  11:28  ☏707 224 8918          DEY LABORATORIES                    @001

```
                    *******************************
                    ***    ACTIVITY REPORT    ***
                    *******************************

        TRANSMISSION OK

        TX/RX NO.                2833
        CONNECTION TEL                    14155886867
        CONNECTION ID            FIRST DATA BANK
        START TIME               12/04 11:26
        USAGE TIME               02'26
        PAGES                        6
        RESULT                   OK
```

Fax to Beth Rader at 1st Data Bank. (Will she red fax? If not copy first.

Dave
12/4/95

TO TODD

EXHIBIT
342
Mozak 11/6/02

DL-TX-0090591

# INSTRUCTIONS FOR THE 1995-96 BLUEBOOK REPORT UPDATE
## READ CAREFULLY!

## THE EASY WAY
If you have a CURRENT price/product list of all your products, you may send us a copy in lieu of updating the report. You must provide all appropriate price fields. Once your update is keyed, we will send you an exception report for you to identify discontinued products, and a request for package inserts/labels for any adds.

## THE USUAL WAY
If you do not have a current listing, or prefer to review each line item, you must follow the standard procedure:

**Price Updates and Discontinued Products:**
Include   Effective dates for all changes. Update ALL relevant price fields. (You may notice differences of a penny or two. This is OK.)

**Additions:**
Include
- NDC and/or UPC (if available)
- Product name
- Label/List of Active Ingredients/ or Package Insert
- Package size
- All relevant prices (Wholesale/Direct/AWP)
- Effective date

**NDC changes/ Formulation changes:**
Include
- Old and New NDC number
- Product name
- Reason for change
- Label/List of Active Ingredients/ or Package Insert
- Package size
- All relevant prices (Wholesale/Direct/AWP)
- Effective date

**NOTE:** FAILURE TO PROVIDE COMPLETE INFORMATION WILL RESULT IN A DELAY OF YOUR UPDATES!
Any incomplete information will be returned to you for the missing information.

---

## PLEASE COMPLETE, SIGN, AND RETURN THIS DOCUMENT TO FIRST DATABANK. THANK YOU FOR YOUR COOPERATION.

(check one)

☐ I am providing the most current price/product listing. It includes all relevant pricing fields. Fax me the exception report.

✓ I am updating the actual printout. I have included the information you have requested above.

CHANGES MADE BY: _Eve Fagrell Gmeiner_
(PRINT YOUR NAME)

YOUR TELEPHONE: _707-224-3200 x 744_   FAX: _707-224-8918_

The Hearst Corporation, 1111 Bayhill Drive, San Bruno California 94066. Telephone: (415)588-5454, Fax: (415)588-6867.

DL-TX-0090592

(A49502) DEV LABS.

THE 1986 FIRST DATABANK BLUE BOOK UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1995, THE HEARST CORPORATION

| NDC | PRODUCT DESCRIPTION | PACK SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 49502-0030-03 OTC Color: RED | SODIUM CHLORIDE 0.9% VIAL 250'S, U-D | 3.0 ML | $32.50 | $0.00 | $80.00 61.00 | 91/01/01 AWP EFF. DATE: 10/1/92 |
| 49502-0030-05 OTC Color: RED | SODIUM CHLORIDE 0.9% VIAL 250'S, U-D | 5.0 ML | $32.60 32.20 2/1/95 | $0.00 | $80.00 61.00 | 91/01/01 AWP EFF. DATE: 10/1/92 |
| 49502-0030-10 OTC Color: RED | SODIUM CHLORIDE 0.9% VIAL 125'S, U-D | 10.0 ML | $32.60 32.20 4/1/95 | $0.00 | $61.25 61.00 | 92/10/01 AWP EFF. DATE: 10/1/92 |
| 49502-0030-20 OTC Color: RED | SODIUM CHLORIDE 0.9% VIAL 100'S, U-D | 20.0 ML | $36.00 | $0.00 | $71.00 | 92/10/01 AWP EFF. DATE: __/__/__ |
| 49502-0181-04 RX | ACETYLCYSTEINE 10% VIAL 12'S | 4.0 ML | $25.80 | $0.00 | $67.80 | 91/01/01 AWP EFF. DATE: __/__/__ |
| 49502-0181-10 RX | ACETYLCYSTEINE 10% VIAL 3'S | 10.0 ML | $15.27 | $0.00 | $40.26 | 91/01/01 AWP EFF. DATE: __/__/__ |
| 49502-0181-30 RX | ACETYLCYSTEINE 10% VIAL 3'S | 30.0 ML | $41.97 | $0.00 | $110.49 | 91/01/01 AWP EFF. DATE: __/__/__ |
| 49502-0182-00 RX | ACETYLCYSTEINE 20% VIAL | 100.0 ML | $75.90 | $0.00 | $92.21 | 91/01/01 AWP EFF. DATE: __/__/__ |
| 49502-0182-04 RX | ACETYLCYSTEINE 20% VIAL 12'S | 4.0 ML | $31.08 | $0.00 | $81.36 | 91/01/01 AWP EFF. DATE: __/__/__ |
| 49502-0182-10 RX | ACETYLCYSTEINE 20% VIAL 3'S | 10.0 ML | $18.57 | $0.00 | $48.66 | 91/01/01 AWP EFF. DATE: __/__/__ |
| 49502-0182-30 RX | ACETYLCYSTEINE 20% VIAL 3'S | 30.0 ML | $50.64 | $0.00 | $133.44 | 91/01/01 AWP EFF. DATE: __/__/__ |

DL-TX-0090593

11/06/2002 14:18 FAX 212 6203126   COUDERT BROTHERS

PAGE 2

(A49502) DEY LABS.

THE 1996 FIRST DATABANK BLUE BOOK UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1995, THE HEARST CORPORATION

| NDC | PRODUCT DESCRIPTION | PACK SIZE | WHLNET | DIR | AWP | AWP EFF. DATE | EFFECTIVE DATE |
|---|---|---|---|---|---|---|---|
| 49502-0501-20 OTC | SODIUM CHLORIDE 0.9% SOLN 6'S  Discontinued as db 5/1/94 | 120.0 ML | $22.50 | $0.00 | $35.94 | —/—/— | 91/07/01 91/07/01 |
| 49502-0508-00 OTC | NEBU-SOL 0.9% SOLUTION 6'S, METERED DOSE  Discontinued as db 5/1/94 | 300.0 ML | $28.50 | $0.00 | $47.94 | —/—/— | 92/10/01 |
| 49502-0630-03 OTC Color: RED | SODIUM CHLORIDE 0.9% VIAL 100'S, U-D  Discontinued as db 5/1/94 | 3.0 ML | $13.00 | $0.00 | $24.00 | —/—/— | 92/10/01 |
| 49502-0630-05 OTC Color: RED | SODIUM CHLORIDE 0.9% VIAL 100'S, U-D  Discontinued as db 5/1/94 | 5.0 ML | $13.00 | $0.00 | $24.00 | —/—/— | 92/10/01 |
| 49502-0640-15 RX Color: BROWN | SODIUM CHLORIDE 3% VIAL 50'S | 15.0 ML | $29.50 | $0.00 | $51.00 | —/—/— | 92/10/01 |
| 49502-0641-15 RX Color: ORANGE | SODIUM CHLORIDE 10% VIAL 50'S | 15.0 ML | $29.50 | $0.00 | $51.00 | —/—/— | 92/10/01 |
| 49502-0658-02 RX Color: BLUE/BLUE WH/Blue/GNY | ISOETHARINE 0.25% SOLUTION 25'S, U-D | 2.0 ML | $7.75 | $0.00 | $20.00 19.90 | 10/01/92 | 92/10/01 |
| 49502-0660-03 RX Color: BLUE/BLUE WH/Blue/GNY | ISOETHARINE 0.17% SOLUTION 25'S, U-D | 3.0 ML | $7.75 | $0.00 | $20.00 19.90 | 10/01/92 | 92/10/01 |
| 49502-0661-03 RX Color: BLUE/BROWN Wh/Brown/Gny | ISOETHARINE 0.08% SOLUTION 25'S, SULFITE-FREE | 3.0 ML | $7.75 | $0.00 | $20.00 19.90 | 10/01/92 | 92/10/01 |
| 49502-0664-05 RX Color: BLUE/RED Wh/Red/Gny | ISOETHARINE 0.1% SOLUTION 25'S, SULFITE-FREE | 5.0 ML | $7.75 | $0.00 | $20.00 19.90 | 10/01/92 | 92/10/01 |
| 49502-0676-03 RX Color: | METAPROTERENOL 0.6% SOLN 25'S, U-D | 2.5 ML | $14.00 11.00  e/MChVe 2/1/95 | $0.00 | $30.75 | 2/1/95 | 92/07/15 |

DL-TX-0090594

```
THE 1996 FIRST DATABANK BLUE BOOK UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1995, THE HEARST CORPORATION
```

| NDC | PRODUCT DESCRIPTION | PACK SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 49502-0678-03 RX Color: AQUA/ORANGE | METAPROTERENOL 0.4% SOLN 25'S, U-D | 2.5 ML | $~~44.00~~ 11.00 effective 2/1/95 | $0.00 | $30.75 AWP EFF. DATE: 2/1/95 | 92/07/15 |
| 49502-0689-02 RX *Blue/yellow* | CROMOLYN 10MG/ML SOLUTION 60'S, U-D | 2.0 ML | $34.20 | $0.00 | $42.00 AWP EFF. DATE: —/—/— | 94/05/16 |
| 49502-0689-12 RX *Blue/yellow* | CROMOLYN 10MG/ML SOLUTION 120'S, U-D | 2.0 ML | $66.00 | $0.00 | $84.00 AWP EFF. DATE: —/—/— | 94/05/16 |
| 49502-0697-03 RX *Blue/Blue* | ALBUTEROL ~~.5MG/ML~~ .083 mg/ml SOLUTION 25'S, U-D | 3.0 ML | $~~24.75~~ 14.50 effective 2/1/95 | $0.00 | $30.25 AWP EFF. DATE: —/—/— | 93/10/01 |
| 49502-0697-33 RX *Blue/Blue* | ALBUTEROL ~~.5MG~~ .083 mg/ml SOLUTION 30'S, U-D | 3.0 ML | $~~29.70~~ 17.40 effective 2/1/95 | $0.00 | $36.30 AWP EFF. DATE: —/—/— | 93/10/01 |
| 49502-0697-60 RX *Blue/Blue* | ALBUTEROL ~~.5MG/ML~~ .083 mg/ml SOLUTION 60'S, U-D | 3.0 ML | $~~59.40~~ 34.50 effective 2/1/95 | $0.00 | $72.60 AWP EFF. DATE: —/—/— | 93/10/01 |
| 49502-0795-16 RX *Blue/Red* | ALBUTEROL SULF 2MG/5ML SYRP | 480.0 ML | $~~8.00~~ 6.90 effective 5/1/95 | $0.00 | $27.92 AWP EFF. DATE: —/—/— | 95/05/05 |
| 49502-0810-03 OTC *Blue* | WATER FOR INHALATION VIAL 100'S, U-D, STERILE | 3.0 ML | $14.00 | $0.00 | $~~24.00~~ 24.20 AWP EFF. DATE: 8/1/93 | 93/05/01 |
| 49502-0810-05 OTC *Blue* | WATER FOR INHALATION VIAL 100'S, U-D, STERILE | 5.0 ML | $14.00 | $0.00 | $~~24.00~~ 24.20 AWP EFF. DATE: 8/1/93 | 93/05/01 |
| 49502-0820-03 OTC *Green* | SODIUM CHLORIDE 0.45% VIAL 100'S, U-D | 3.0 ML | $14.00 | $0.00 | $~~24.00~~ 24.20 AWP EFF. DATE: 8/1/93 | 93/05/01 |
| 49502-0820-05 OTC *Green* | SODIUM CHLORIDE 0.45% VIAL 100'S, U-D | 5.0 ML | $14.00 | $0.00 | $~~24.00~~ 24.20 AWP EFF. DATE: 8/1/93 | 93/05/01 |

PAGE 4

(A49502) DEY LABS.

THE 1996 FIRST DATABANK BLUE BOOK UPDATE REPORT
PREPARED BY FIRST DATABANK COPYRIGHT (C) 1995, THE HEARST CORPORATION

| NDC | PRODUCT DESCRIPTION | PACK SIZE | WHLNET | DIR | AWP | EFFECTIVE DATE |
|---|---|---|---|---|---|---|
| 49502-0830-03 OTC | SODIUM CHLORIDE 0.9% VIAL 100'S, U-D | 3.0 ML | $13.00 | $0.00 | $24.00 24.20 | 92/11/01 |
| | | | | | AWP EFF. DATE: 11/1/92 | |
| 49502-0830-05 OTC | SODIUM CHLORIDE 0.9% VIAL 100'S, U-D | 5.0 ML | $13.00 | $0.00 | $24.00 24.20 | 92/11/01 |
| | | | | | AWP EFF. DATE: 11/1/92 | |
| 49502-0830-15 OTC | SODIUM CHLORIDE 0.9% VIAL 24'S, U-D | 15.0 ML | $7.20 | $0.00 | $14.16 | 93/05/01 |
| | | | | | AWP EFF. DATE: __/__/__ | |

DL-TX-0090596