# Exhibit 342

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.
v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

Page 1

```
 1                UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF MASSACHUSETTS

 3      MDL No. 1456

 4      Master File No. 01-CV-12257-PBS

 5      Subcategory Case No. 06-11337

 6      ----------------------------------------------------X

 7      In re:   PHARMACEUTICAL INDUSTRY

 8      AVERAGE WHOLESALE PRICE LITIGATION

 9      ----------------------------------------------------X

10      THIS DOCUMENT RELATES TO:

11      United States of America ex rel. Ven-A-Care of the

12      Florida Keys, Inc., et al. v. Dey, Inc., et al.,

13      Civil Action No. 05-11084-PBS

14      ----------------------------------------------------X

15            CONFIDENTIAL VIDEOTAPED DEPOSITION OF

16                 SIMON DAVID JOHN PLATT

17               Wednesday, March 18, 2009

18                 9:02 a.m. to 5:13 p.m.

19               Held At:   Foley Hoag LLP

20                  155 Seaport Boulevard

21           Boston, Massachusetts   02210-2600

22          Reporter:   Justina M. Pettinelli, RDR/CRR
```

Page 116

```
 1    currently paid," in my experience, a quarter is a

 2    reasonable surrogate for a measurement period.

 3         Q.  Let's focus on that for a second.

 4    "Generally and currently paid," you used that term

 5    in your report; right?

 6         A.  Yes.

 7         Q.  Generally and currently paid by who?

 8         A.  By customers of Dey.

 9         Q.  Such as pharmacies?

10         A.  Including pharmacies presumably, yes.

11         Q.  And is it your testimony that when we look

12    at the average sales prices that you calculated for

13    the Dey products at issue here, is it your testimony

14    that pharmacies were paying that exact number on

15    average?

16              MS. THOMAS:  Objection.

17              MR. HENDERSON:  Objection.

18         A.  My report stands in the analysis that it is.

19    Pharmacies are one class of trade.  Pharmacies buy

20    from Dey directly.  They buy indirectly.  I think

21    all the data is set out in the various parts.  There

22    are -- my analysis includes some prices that
```

Platt, Simon David John                     CONFIDENTIAL                          March 18, 2009
                                             Boston, MA

                                                                                      Page 117

 1     pharmacies are paying as customers of Dey as well as

 2     other customers.

 3         Q.   But what you come up with are average sales

 4     prices; right?  Is that right?

 5         A.   Is that a question?

 6         Q.   Yes.  What you calculate is quarterly

 7     average sales prices; right?

 8         A.   I calculate a lot of, yes, averages.

 9         Q.   Okay.  Do you know, do you know for a fact

10     that you can demonstrate by some piece of evidence

11     that any pharmacy paid the exact average sales price

12     that you come up with for a Dey drug during the

13     period for which you do the calculation?

14                 MR. HENDERSON:  Objection.

15         A.   I have not gone back through the data to

16     compare the calculated average selling price to see

17     if any, I think your question was pharmacy, paid

18     that exact amount for its transaction.  That may or

19     may not -- there may be such a transaction.  There

20     may be many such transactions.  There may be no such

21     transactions.

22         Q.   Okay.

Platt, Simon David John                       CONFIDENTIAL                          March 18, 2009
                                                Boston, MA

Page 118

1        A.   That's the nature of an average.

2        Q.   Okay.  Now, what we do know for certain is

3   that some pharmacies would pay more than the

4   average, correct, than the average that you

5   calculated?

6        A.   Well, again, you refer to the average.  I

7   calculated a number of averages, many averages.

8        Q.   I agree with you.  There are many averages

9   in here.  So let me be more precise.  If we take the

10  average sales price that you calculated for a Dey

11  drug in a particular quarter, a particular NDC

12  number, since that is an average number at that

13  point in time, you would be very certain that some

14  customers paid more than that average price; right?

15       A.   Yes, some customer or customers.

16       Q.   In fact, that would have to be the case

17  since it's an average; right?

18       A.   Correct.  There is something --

19            MS. THOMAS:  Objection.

20       A.   -- above and something below --

21       Q.   Right.

22       A.   -- for it to be a mean.

Platt, Simon David John                     CONFIDENTIAL                          March 18, 2009
                                            Boston, MA

Page 152

1          A.   Yes, I believe that's the case, yes.

2          Q.   And --

3          A.   I'm sorry.  Within ranges, but yes.

4          Q.   But just different numbers, regardless of

5     what the range is, they may be different as to each

6     class of trade; isn't that right?

7          A.   Yes, I believe so.

8          Q.   Now, which of the numbers should Dey send to

9     First DataBank, which of the various averages should

10    it send to First DataBank under your view?

11               MR. HENDERSON:   Objection.

12         A.   Again, I wasn't retained to and I have no

13    opinion on what Dey should have reported as its AWP.

14    I think I've said that now a couple of times.  That

15    wasn't what I was asked to do, and that's not what

16    I've done, and that's not what I've opined.

17         Q.   And my question is, when you do your

18    analysis -- because part of what you say is that Dey

19    could have reported different numbers as its AWP or

20    WAC; right?  That's part of what you're saying here,

21    isn't it?

22         A.   As an accountant, yes, an expert in

Platt, Simon David John                    CONFIDENTIAL                        March 18, 2009
                                            Boston, MA

Page 233

1    quarter, when they're recorded, would affect the

2    average sales price for the quarter even though the

3    sales that those chargebacks relate to occurred in a

4    prior quarter?

5         A.   Correct, because the basis of this --

6    because the data we have and the data we received is

7    on a transaction posting basis, and so it doesn't --

8    as I said earlier, I don't have the ability to take

9    a chargeback and identify against it the sale, the

10   date on which the sale was made to which that

11   chargeback purely applies.

12        Q.   So the average sales price in a quarter does

13   not accurately reflect the average sales price in

14   that quarter, because it bears -- it's affected by

15   transactions, chargebacks that relate to earlier

16   sales?  Would you agree with that?

17        A.   The average in that quarter accurately

18   represents the average for the transactions posted

19   in that quarter.  It does not accurately or exactly

20   necessarily, unlikely to, reflect the average under

21   an accrual method.

22        Q.   Now, if the -- if an objective was, in these

1    cases, was to try to determine the average price

2    paid by providers who actually dispense the drugs

3    and then submit claims to Medicaid, to determine

4    what those providers paid to wholesalers for

5    acquiring the drugs that they ultimately dispensed,

6    would you agree that the best data to do that would

7    be the wholesalers' data?

8             THE WITNESS:  Would you mind reading

9    that one back, please.

10      (The reporter read back the portion requested.)

11            MS. THOMAS:  Objection.

12      A.  I would agree in part.  First of all, as

13   we've seen, there are some providers that are direct

14   customers of Dey who are not wholesalers.  So

15   presumably they are providing directly, and the

16   prices which they are paying are the prices that Dey

17   sees in its sales transactions.

18            To the extent providers have purchased

19   through a wholesaler and to the extent the

20   information that the wholesaler is providing back to

21   Dey on its contract sales does not accurately

22   reflect the price, then I agree that you'd need to

Page 235

1    fill that hole best in an absolute sense by going to

2    the wholesalers' records.  Whether or not Dey could

3    do that, I have no idea, but in principle there

4    could be some elements of the calculation you

5    outline best obtained from the wholesalers' records.

6        Q.   And let's define AWP for purposes of this

7    question, this next question, as the average

8    wholesale price, which is the average price paid by

9    providers to wholesalers for a particular drug.

10   Okay?  Are you with me so far?

11       A.   I think so, yes.

12       Q.   In order to determine that average wholesale

13   price, as I've just described it, would the best

14   place to get accurate information for that is to go

15   to the wholesalers and get their data as to what on

16   average they sold to providers?

17       A.   Potentially, or frankly potentially going to

18   the providers and finding out what they paid.

19       Q.   Okay.

20       A.   Again, we're in this -- in your hypothetical

21   world here.  Recognizing from the Dey data that in

22   the aggregate Dey is selling 2.4 -- for this period

CONFIDENTIAL
                                 Boston, MA

                                                                        Page 269

1    returns but not exclude ship price errors?

2         A.   Well, as I said before, the returns have

3    both a price and a quantity adjustment, both of

4    which -- well, each of which affects the numerator

5    and the denominator of the average calculation.  A

6    ship price error affects only the numerator, and

7    therefore, the dollar impact of that error is that

8    much greater and needs to be included in my opinion.

9         Q.   Now, your calculation of average prices is a

10   straightforward exercise in arithmetic computation;

11   right?

12        A.   Yes.  Once the net sales amount has been

13   arrived at and the adjustment for shelf cartons and

14   so on and so forth, but yes.

15        Q.   It doesn't require any particular expertise

16   to come up with those numbers?

17        A.   I'm sorry.  Which numbers?

18        Q.   The average sales prices.  The calculation

19   of average prices once you have the net sales data,

20   it doesn't require any particularized expertise to

21   come up with that; isn't that right?

22        A.   Once you've arrived at the net sales amount

CONFIDENTIAL
                              Boston, MA

Page 270

 1    being the numerator and the quantities being the

 2    denominator, the pure calculation of the average is

 3    a straightforward mathematical exercise.

 4         Q.   And arriving at the net sales is also a

 5    straightforward mathematical exercise once you have

 6    the amount billed and the various deductions that

 7    you decide to subtract; right?

 8         A.   Once you've decided what are the elements

 9    that comprise net sales from the data, yes, and the

10    application of accounting principles, yes.

11         Q.   Now, what you saw in the data, in the Dey

12    data, in your understanding, is that the average

13    selling prices calculated by Dey internally were

14    done on an accrual basis; right?

15         A.   As best I could determine, it appeared so.

16         Q.   And that's different than the basis on which

17    you did the average prices?

18         A.   Correct, in that the data I had available to

19    me was the transaction date, the date on which the

20    transaction was posted.

21         Q.   And the fact that one average sales price is

22    calculated on accrual and another one on a