# Exhibit 346

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

Dey, LP and Dey, Inc (Pamela Marrs) - Vol. III    PORTIONS DESIGNATED HIGHLY CONFIDENTIAL    October 2, 2008
Napa, CA

Page 576

```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS

 3   ----------------------------------X

 4   IN RE PHARMACEUTICAL INDUSTRY      )

 5   AVERAGE WHOLESALE PRICE LITIGATION )

 6   ----------------------------------X Volume III

 7   THIS DOCUMENT RELATES TO:          ) MDL NO. 1456

 8   The City of New York, et al.,      ) Civil Action

 9      V.                              ) No. 01-12257-PBS

10   Abbott Laboratories, et al.       )

11   ----------------------------------X

12   THIS DOCUMENT RELATES TO:          ) PORTIONS OF THIS

13   State of California, ex rel.       ) TRANSCRIPT ARE

14   Ven-A-Care v. Abbott Laboratories,) DESIGNATED

15   Inc., et al., Case No.             ) HIGHLY

16   03-cv-11226-PBS                    ) CONFIDENTIAL

17   ----------------------------------X

18                  OCTOBER 2, 2008

19       DEPOSITION OF DEY, L.P. AND DEY, INC.

20          BY PAMELA MARRS - VOLUME III

21

22   Reported By: WENDY L. VAN MEERBEKE, CSR No. 3676
```

```
 1    I knew before.  I just don't remember.
 2         Q.   Okay.  Could you turn to the page
 3    that's marked in the upper right-hand corner
 4    23733?  And in the right-hand column, there is a
 5    paragraph A entitled "Integrity of Data Used to
 6    Establish or Determine Government Reimbursement."
 7    Do you see that?
 8         A.   I do.
 9         Q.   And it states, "Many federal and state
10    healthcare programs establish or ultimately
11    determine reimbursement rates for pharmaceuticals
12    either prospectively or retroactively.  Using
13    price and sales data directly or indirectly
14    furnished by pharmaceutical manufacturers, the
15    government sets reimbursement with the
16    expectation that the data provided are complete
17    and accurate.  The knowing submission of false,
18    fraudulent or misleading information is
19    actionable."
20              Did I read that correctly?
21         A.   Yes.
22         Q.   And if we skip down to the next
```

1   paragraph, it says, "Where appropriate,

2   manufacturers' reported prices should accurately

3   take into account price reductions, cash

4   discounts, free goods contingent on a purchase

5   agreement, rebates, up-front payments, coupons,

6   goods in kind, free or reduced price services,

7   grants for other price concessions or similar

8   benefits offered to some or all purchasers."

9           Did I read that correctly?

10    A.    Yes.

11    Q.    And when you became aware of this

12   document, were you aware of this language here?

13    A.    I mean, it's always been our practice

14   to report prices accurately as we understood the

15   requirements.

16    Q.    Are Dey's AWPs that it reports for --

17   for its generic drugs -- do they take into

18   account price reductions, cash discounts, free

19   goods, rebates and other price concessions?

20    A.    No, they don't because it says, "Where

21   appropriate." And it's not our understanding

22   that it's appropriate for AWP.

Page 736

1     Q.    Do you know whether or not risks

2  arising from the AWP litigation was a factor in

3  Mylan's decision-making?

4           MR. DOYLE:  And to the extent that it

5  obviously involves anything privileged, you can't

6  testify to it.

7           THE WITNESS:  I mean, I can't tell you

8  for sure, but I can tell you it never came up in

9  any conversations I was involved in.

10          MR. HENDERSON:

11    Q.    So you haven't --

12    A.    I -- I'm -- you know, who knows what

13 goes on behind closed doors.  But from my

14 perspective, what I saw was purely a business

15 decision from a strategy standpoint to -- to

16 basically bring Dey closer into the Mylan fold

17 and -- and maximize the opportunities they could

18 get out of it.  I never heard any reference to

19 the litigation in that context.

20          MR. HENDERSON:

21    Q.    Okay.  Coming back to the more

22 immediate subject of Dey's reporting for --

1    reporting prices for its generic products, am I

2    correct in understanding that as a general

3    matter, Dey's practice has been for generic

4    products to set its AWP at or around the time of

5    launch and to not change it thereafter,

6    understanding that there have been a few

7    exceptions?

8         A.   That has been the general practice.

9    Yes.

10        Q.   Okay.  And if Dey, for example, reduces

11   its WAC on a generic product, it would keep the

12   AWP unchanged, generally speaking; is that true?

13        A.   That's correct.

14        Q.   Why is that?

15        A.   Because -- why is it we don't change

16   our AWP when we change our WAC for generics?

17        Q.   Yes.

18        A.   It's my understanding that that's what

19   the industry practice was, and that's basically

20   what everyone in the industry did.

21        Q.   Any other reason?

22        A.   Not that I can recall.  No.

Dey, LP and Dey, Inc (Pamela Marrs) - Vol. III        PORTIONS DESIGNATED HIGHLY CONFIDENTIAL        October 2, 2008
Napa, CA

Page 773

```
 1    is a percentage below AWP, however you choose to
 2    look at it.
 3              MS. HANSCOM:
 4        Q.    Does Dey have a definition of the term
 5    "level playing field"?  I've heard you use it.
 6              MR. DOYLE:  Objection as to form.
 7              THE WITNESS:  When I use it, what I
 8    mean is the same rules apply to all the
 9    competitors in the marketplace.
10              MS. HANSCOM:
11        Q.    And which rules are you talking about?
12        A.    Well, in the case of -- when I referred
13    to it in the past, it has typically been with
14    respect to AWP.  And if -- if the rules are
15    defined and well established and everyone follows
16    the same rules, then that would be a level
17    playing field.  If it's expected that one company
18    do something different from another company which
19    puts it at a competitive disadvantage in the
20    marketplace, then that would not be a level
21    playing field.
22        Q.    Did Dey ever ask Medi-Cal -- do you
```