# Exhibit 347

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.
v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

IN THE COURT OF THE SECOND JUDICIAL CIRCUIT IN AND FOR
LEON COUNTY, FLORIDA

| | |
|---|---|
| THE STATE OF FLORIDA<br><br>ex rel.<br><br> VEN-A-CARE OF THE<br> FLORIDA KEYS, INC.,<br> a Florida Corporation, by<br> and through its principal<br> officers and directors,<br> ZACHARY T. BENTLY and<br> T. MARK JONES,<br><br>     Plaintiffs,<br><br>VS.<br><br>BOEHRINGER INGELHEIM<br>CORPORATION; DEY, INC.; DEY,<br>L.P.; EMD PHARMACEUTICALS,<br>INC.; LIPHA, S.A.; MERCK,<br>KgaA; MERCK-LIPHA, S.A.;<br>SCHERING CORPORATION;<br>SCHERING-PLOUGH CORPORATION;<br>ROXANE LABORATORIES, INC.;<br>and WARRICK PHARMACEUTICALS<br>CORPORATION,<br>    Defendants. | CIVIL ACTION NO.<br>98-3032A |



VIDEOTAPED DEPOSITION OF

**TODD CHRISTOPHER GALLES**

VOLUME 1

February 28, 2006

**FREDERICKS-CARROLL REPORTING & LITIGATION SERVICES, INC.**

| | | | | | |
|---|---|---|---|---|---|
| 7719 Wood Hollow Drive ❖ Suite 156 ❖ Austin, Texas 78731 | ❖ | (800) 234-3376 | ❖ | (512)477-9911 | ❖ | (512) 345-1417   Fax |
| 9 Greenway Plaza ❖ Suite 3112 ❖ Houston, TX 77046 | ❖ | (800) 234-3376 | ❖ | (713) 572-8897 | ❖ | (512) 345-1417   Fax |
| 909 N.E. Loop 410 ❖ Suite 810 ❖ San Antonio, TX 78209 | ❖ | (800) 767-9161 | ❖ | (210) 222-9161 | ❖ | (210) 225-1476   Fax |

1   A.   As a product director I led the promotional
2   development of materials for specific product and
3   disease segment for allergy.
4   Q.   And where were you employed prior to your
5   employment at Santen?                                    09:08
6   A.   Dey Laboratories.
7   Q.   How long were you at Dey Laboratories?
8   A.   About seven years.
9   Q.   And what jobs did you hold during those seven
10  years at Dey Laboratories?                               09:09
11  A.   Product manager, senior product manager and
12  group product manager.
13  Q.   You said product manager, senior product
14  manager and group manager?
15  A.   Yes.                                                09:09
16  Q.   Okay.  Let's go in reverse chronological
17  order.  What did you do as a product manager at Dey
18  Laboratories?
19  A.   Initially I was brought in to help them with
20  new products, but then when they really saw my           09:09
21  background, they put me in immediately to start
22  working on generic product launches.  And so I
23  immediately started working on cromolyn sodium and
24  that was -- they were getting ready to gear up for
25  launch, so initially that was my full responsibility.    09:09

```
 1  And the idea was to brand a generic and so they wanted
 2  me to bring the branded experience, sample programs,
 3  things like that, to the generic side.
 4      Q.   When was cromolyn sodium launched,
 5  approximately?                                              09:10
 6      A.   Well, right when I started, so '94.  Probably
 7  the spring of '94.
 8      Q.   So you started at Dey as a product manager in
 9  the spring of '94?
10      A.   Yes.                                               09:10
11      Q.   What other generic products did you launch as
12  product manager?
13      A.   Well, quite a few.  Cromolyn, Ipratropium,
14  Albuterol solution, the multi-dose.  I guess two
15  versions of that, one from Glaxo and then later one         09:10
16  from Bausch & Lomb.  A metered-dose inhaler, Albuterol
17  product.  That was also from Glaxo.
18      Q.   And explain for me why it is that a Glaxo
19  product would be involved with Dey Laboratories.
20      A.   It was going off patent and generic               09:11
21  competition was imminent, so rather than fighting the
22  flow, they went with it and decided to partner with
23  someone.  We convinced them that if they'd work with
24  us we could help them save units.  And if they could
25  save units in production, that meant they could keep       09:11
```

```
 1  cost of goods down for both their brand and the
 2  generic.
 3      Q.   And when did you stop being a product manager
 4  and become a senior product manager at Dey
 5  Laboratories?                                              09:11
 6      A.   It was pretty quick.  I think it was about a
 7  year or something.
 8      Q.   So maybe spring of '95?
 9      A.   Somewhere -- spring, summer, fall, somewhere
10  in there, but it was pretty quick.                         09:12
11      Q.   And what did you do as a senior product
12  manager --
13      A.   Same thing.
14      Q.   -- at Dey Laboratories?
15           And at what point did you stop being a            09:12
16  senior product manager at Dey Laboratories and become
17  a group manager, approximately?
18      A.   You know, I'm -- I'm not sure.  I think I was
19  group manager for at least two or three years and I
20  left in 2001, so 2000 -- I mean, 1998, maybe, or --        09:12
21  but that's -- I mean, my resume should be here
22  somewhere.
23      Q.   And what did you do as a group manager that
24  you didn't do as either a product manager or a senior
25  product manager at Dey Laboratories?                       09:13
```

1  competitors either didn't try to do that or couldn't
2  do that. And so that was a huge advantage for us in
3  the hospital.
4      Q.    (BY MR. THOMAS)  What other strategies --
5           MR. McDONALD:  Excuse me. Objection,          10:06
6  nonresponsive.
7      Q.    (BY MR. THOMAS)  What other strategies did
8  you employ while you were at Dey Laboratories to grow
9  share with generics?
10          MS. GIULIANA:  Object to the form of the     10:06
11 question. And at this point, Mark, I think your
12 questions are too broad. I think that -- you know,
13 and Mr. Galles' answers I think are evidence that your
14 questions are too broad. I think if you want to ask
15 about specific generics for which Mr. Galles was       10:06
16 involved in launching or preparing strategies for,
17 that may be a better way to go about your questions
18 because as it is, I just think that they're very vague
19 right now.
20          MR. ANDERSON:  I object to the sidebar        10:06
21 comment and move to strike it.
22          MR. THOMAS:  I second the motion to
23 strike.
24          May I hear the last question I asked
25 again, please?                                         10:06

```
 1                  (Requested portion was read)
 2        Q.    (BY MR. THOMAS)  There is an objection on the
 3   table by your counsel, but if you can answer the
 4   question, I would ask you to, Mr. Galles.
 5        A.    Well, give at least a partial answer because        10:07
 6   there were -- I mean, there were many strategies.  I
 7   don't want to think that I'm going to be totally
 8   comprehensive here, but the first one that popped to
 9   mind was a sample program.  I think it's rare on the
10   generic side to offer samples to physicians and we          10:07
11   offered samples.  I did a large -- well, in my opinion
12   it was a large sample program for cromolyn that we
13   mailed directly to pediatricians and -- and we got
14   comments back from doctors, "What do you mean you're a
15   generic?  How can you offer samples?"  And -- but we         10:08
16   could.
17              We -- we ran an efficient business so
18   that we could still do it because we wanted them to
19   try our product.  We wanted patients to try it.  And I
20   knew from working on the branded side the way to do          10:08
21   that is get the product sample on the doctor's shelf.
22   So we actually as a generic had doctors writing Dey
23   cromolyn sodium and they checked the box in the
24   prescription "Do not substitute."  So that was -- that
25   was a really cool thing to happen on a generic side          10:08
```

1  because that meant the pharmacist had to dispense that
2  product.
3      Q.   What other strategies did you employ while
4  you were at Dey Laboratories to maximize the exposure
5  of the generics that you were responsible for in the        10:08
6  market?
7           MS. GIULIANA:  Object to the form.
8      Q.   (BY MR. THOMAS)  You can answer.
9      A.   Well, one additional strategy was to attend
10  trade shows.                                                10:09
11      Q.   You had mentioned in response to a question I
12  had asked you didn't just market on price while you
13  were employed with Dey Laboratories.  Is price an
14  important part of marketing in the generic
15  marketplace?                                                10:09
16           MR. McDONALD:  Object to the form.
17           MS. GIULIANA:  Object to the form.
18      A.   Price certainly can be and it -- I think as
19  long as it's a level playing field, which was always
20  my goal, it -- it shouldn't be.  I mean, first of all,     10:09
21  generics are all offering a discount off of brand, so
22  with regard of having a lower price than the brand,
23  it's critical.  But having the same price parity to
24  other generics, then it was fine.  Then you could talk
25  about packaging.  You could say for Ipratropium you         10:10

1  are using, whatever, 25 percent of the same -- of the
2  shelf space that their package would offer and you
3  could say, okay, what is that worth to you on your --
4  your shelf.  You could talk about maybe wastage due to
5  packaging.  Different things like that.                    10:10
6              But if -- if your price wasn't in line,
7  then it probably would become an issue for sales.  So
8  I tried to -- I focused on showing the benefits of the
9  product.  And for the most part generics should all be
10 in the same range.  Once a product is launched, the        10:10
11 pricing erodes down over time, but it generally erodes
12 down in combination with all the other products in
13 that segment.
14    Q.   When you say that there need be price parity
15 with other generics in order to be able to address         10:11
16 other marketing issues, how -- how is price parity
17 achieved?
18              MS. GIULIANA:  Object to the form.
19    A.   Well, initially I would analyze the market
20 and if there were generics in the market I would           10:11
21 recommend a price within a tight range to the generics
22 that were there because that's the price the market
23 would bear.  If -- I think there was always a generic
24 there.  I guess for cromolyn, I don't think I probably
25 set the price for cromolyn because I think I came in       10:12