# Exhibit 348

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support**
**of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

1  **Coudert Brothers LLP**
ROBERT A. CHRISTOPHER (SBN 89035)
2  ERIK HANSHEW (SBN 214292)
530 Lytton Avenue, Suite 300
3  Palo Alto, California 94301-1541
Telephone: (650) 470-2900
4  Telecopier: (650) 470-2901

**ENDORSED**

APR 1 5 2003

Clerk of the Napa Sup. .ior Court
By: _____ L. WALKER
      Deputy

5  **Dickensen Peatman & Fogarty PLC**
6  PAUL G. CAREY (SBN 105357)
809 Coombs Street
7  Napa, California 94559-2977
Telephone: (707) 252-7122
8  Telecopied: (707) 255-6876

9  Attorneys for Plaintiff
Dey, L.P.

10

11

12

13

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**

**IN AND FOR THE COUNTY OF NAPA**

14  DEY, L.P., a Delaware Limited Partnership,

15              Plaintiff,

16        vs.

17  FIRST DATABANK, INC. a Missouri
corporation, d/b/a First DataBank and d/b/a
18  PriceAlert; and
WOLTERS KLUWER HEALTH, INC., a
19  Delaware corporation, d/b/a Medi-Span and
d/b/a Facts and Comparisons,
20
            Defendants.
21

Case No. **26-21019**

**DECLARATION OF HEMA
CHANDRANATHA IN SUPPORT OF
PLAINTIFF'S *EX PARTE* APPLICATION
FOR A TEMPORARY RESTRAINING
ORDER AND ORDER TO SHOW CAUSE
RE PRELIMINARY INJUCTION**

Date: April 15 , 2003
Time: 3:00 p.m.
Dept.: B

Complaint Filed:_____ , 2003
Trial Date: N/A

22

23      I, Hema Chandranatha, declare under penalty of perjury under the laws of the State of

24  California as follows:

25      1.      I am a Senior Contract Analyst with Dey, L.P. ("Dey"), the plaintiff in the above-

referenced action. As to the following facts, I know them to be true of my own knowledge and,

26  if required, could competently testify thereto. As to those matters stated on information and

27  belief, I believe them to be true.

28
                                    - 1 -
DECLARATION OF HEMA CHANDRANATHA IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TRO
AND OSC RE PRELIMINARY INJUNCTION
PALOALTO 4057853V1

*Coudert Brothers llp*
*TEL: (650) 470-2900*
*FAX: (650) 470-  *

HIGHLY CONFIDENTIAL

DEY-MDL-0104581

2.    I have been employed as a contract analyst with Dey for 4 years.

3.    In my capacity as Senior Contract Analyst, I am responsible for updating Dey's pricing information with price reporting services such as First DataBank.

4.    On March 26, 2003, I sent a letter from Russell Johnston to the price reporting services informing of a decrease to the wholesale acquisition cost ("WAC") for Dey's Albuterol Sulfate, Cromolyn Sodium, and Ipratropium Bromide products. A true and correct copy of that letter is attached hereto as Exhibit A.

5.    Dey did not report any change to its Average Wholesale Price ("AWP").

6.    On April 9, Steve Earl, an employee in Dey's Inside Sales Department, inquired as to whether there had been a decrease to Dey's AWPs. At that time, I checked the information provided to the pricing services and confirmed that Dey had not indicated any change to its AWP pricing.

7.    On April 10, I received a copy of a fax sent from Kinney Drugs to Joe Ruhmel, a Dey Senior National Accounts Manager. Attached to this fax was a printout from Medi-Span's database that reflected a dramatic decrease to Dey's AWP pricing. A true and correct copy of the fax and attachment are attached hereto as Exhibit B.

8.    That morning, I spoke with Eva Kan at First DataBank and informed her that Dey's staff had received customer complaints regarding AWP pricing for Dey's products.

9.    Ms. Kan informed me that First DataBank had changed the methodology used to calculate AWP, and now calculated AWP pricing by multiplying the WAC reported by Dey by 125%. She then told me that she would make further inquiries.

10.    Ms. Kan called back soon thereafter and informed me that First DataBank's methodology changed as the result of a 2002 survey of national wholesalers. When I informed Ms. Kan that I was not aware of any such survey, she advised me to contact Dey's legal counsel.

11.    Ms. Kan further informed me that, as of September of 2002, First DataBank uses this new methodology to calculate AWPs only after there is a reported change in the WAC price of a particular drug.

- 2 -

DECLARATION OF HEMA CHANDRANATHA IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION
PALOALTO 4057853V1

Coudert Brothers llp
TEL: (650) 470-2900
FAX: (650) 470-???1

**HIGHLY CONFIDENTIAL**

**DEY-MDL-0104582**

12.     Upon information and belief, First DataBank has not applied this new methodology to the AWP pricing of Dey's competitors.

13.     As a result of First DataBank's actions, the AWP prices reported by First DataBank and Medi-Span for Dey's products are substantially lower than the AWP prices reported for competitors. Thus, Dey's customers are unable to obtain adequate reimbursement for Dey products from state Medicaid programs and the various private insurance companies.

14.     Numerous Dey employees have informed me that they have already received calls from customers complaining that they are not receiving adequate reimbursement for Dey's pharmaceuticals. Certain customers have threatened to stop purchasing Dey's products and instead do business with Dey's competitors.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 14 day of April 2003 at Napa, California.

Hema Chandranatha

- 3 -

DECLARATION OF HEMA CHANDRANATHA IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION
PALOALTO 4057853V1

HIGHLY CONFIDENTIAL

DEY-MDL-0104583

Coudert Brothers llp
TEL: (650) 470-2900
FAX: (650) 470- 1



DEY, L.P.
2751 Napa Valley Corporate Drive
Napa, CA 94558
TEL (707) 224-3200 FAX (707) 224-0988

## NOTICE OF PRICE CHANGE

March 2003

### Attention: Pricing Database Administrator

Please accept this letter as formal notification of the price changes noted below.

**Effective April 1, 2003, Dey is reducing the Wholesale Acquisition Cost (WAC) pricing on the following products:**

| Dey WAC Price Decreases... Effective April 1, 2003 | | | | |
|---|---|---|---|---|
| Product | NDC# | Carton Size | Old WAC $ | New WAC $ |
| Albuterol Sulfate Inhalation Solution, 0.083%, 3 mL | 49502-0697-03 | 25 | 5.00 | 4.50 |
| Albuterol Sulfate Inhalation Solution, 0.083%, 3 mL | 49502-0697-33 | 30 | 6.00 | 5.40 |
| Albuterol Sulfate Inhalation Solution, 0.083%, 3 mL | 49502-0697-60 | 60 | 12.00 | 10.80 |
| Cromolyn Sodium Inhalation Solution, 2 mL | 49502-0689-02 | 60 | 13.25 | 10.80 |
| Cromolyn Sodium Inhalation Solution, 2 mL | 49502-0689-12 | 120 | 26.50 | 21.60 |
| Ipratropium Bromide Inhalation Solution, 0.02%, 2.5 mL | 49502-0685-03 | 25 | 12.63 | 9.75 |
| Ipratropium Bromide Inhalation Solution, 0.02%, 2.5 mL | 49502-0685-33 | 30 | 15.15 | 11.70 |
| Ipratropium Bromide Inhalation Solution, 0.02%, 2.5 mL | 49502-0685-60 | 60 | 30.30 | 23.40 |

As you know, WAC is referred to by data reporting services and government agencies as an "estimate," and Dey believes that WAC generally means the invoice price charged by a pharmaceutical manufacturer to drug wholesalers. As you also know, WAC does not include the net effect of discounts from invoice price (based on volume of purchases, speed of payment and other factors), rebates, chargebacks, administration fees and other cost adjustments, which are well-known and commonplace in the pharmaceutical industry and can affect, to a greater or lesser degree, the actual "final" cost to each purchaser. These discounts may not be determined until some months after the date of the invoice. Therefore, we remind you that WAC may well not be representative of actual market costs to those entities which are being reimbursed under Medicaid.

Please update your database and fax a copy of the updated information to the attention of Rhonda Jones, Contract Administrator at 1-707-224-0988. Should you require further information, please feel free to contact me at 1-800-755-5560 ext. 7560.

Sincerely,

Russell R. Johnston
Manager, Sales/Marketing Services

### Attachments:
WAC Price List
AWP Price List

E9-328-02

*An Affiliate of EMD, Inc.*

**HIGHLY CONFIDENTIAL**                                                        **DEY-MDL-0104584**

or 09 03 04:50p     Joe Ruhmel                    315-798-3766              P.1
                                                    NO.480    P.1
APR. 9.2003  1:11PM

ATTN:
CHRISTOPH WULF

FROM: Joe Ruhmel

**KINNEY DRUGS**
**BUYERS OFFICE**

## FAX TRANSMISSION SHEET

TO: _Joe Ruhmel, Dey, LP._

FROM: _Carol B._

DATE: _4/5/03_

FAX NUMBER: _798 — 3766_

PAGES TO FOLLOW: _1_

Exhibit
(# 39)

COMMENTS:

Joe —
— AWP isimo per our f
conversation.
Please let me know!
Regards —
Carol B.

580 EAST MAIN ST.
GOUVERNEUR, NY 13642

PHONE: 315-287-3600
FAX: 315-287-3179

**HIGHLY CONFIDENTIAL**                                    **DEY-MDL-0104585**

APR. 9.2003   1:11PM                                                    NO.499   P.2

Joe —
Please let me know!
Becky
Carol B.
Kinney Drug

Hanlar Systems
Kinney Drugs. Inc

Chain Management
LOAMED - Load Medispan price update

| NDC | Group Code NBC | M S | Name |
|---|---|---|---|

49502-0685-33 $DEF   IPRATROPIUM INH SOL 0.02% 25ML
AWP: .4667 => .1997
49502-0685-33   I   IPRATROPIUM INHAL SOL
AWP: .1951  Sig: B  ADDED
9502-0685-60 $DEF   49502-0685-60   I   IPRATROPIUM INHAL SOL
AWP: .197  Sig: B  ADDED
9502-0689-02 $DEF   49502-0689-02   A   CROMOLYN NEBULIZER SOLN 2X60VL
AWP: .30 => .1125
4208
9502-0689-12 $DEF   49502-0689-12   A   CROMOLYN SOD INHALATIO 2X120VL
AWP: .30 => .1125
94.98
9502-0697-03 $DEF   49502-0697-03   A   ALBUTEROL 0.83MG/ML SOLN 75ML
30.25/17