# Exhibit 349

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

**Coudert Brothers LLP**
ROBERT A. CHRISTOPHER (SBN 89035)
ERIK HANSHEW (SBN 214292)
530 Lytton Avenue, Suite 300
Palo Alto, California 94301-1541
Telephone: (650) 470-2900
Telecopier: (650) 470-2901

**Dickensen Peatman & Fogarty PLC**
PAUL G. CAREY (SBN 105357)
809 Coombs Street
Napa, California 94559-2977
Telephone: (707) 252-7122
Telecopied: (707) 255-6876

Attorneys for Plaintiff
Dey, L.P.

ENDORSED
APR 1 5 2003
Clerk of the Napa Superior Court
By: _L. WALKER_
Deputy

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF NAPA

| | |
|---|---|
| DEY, L.P., a Delaware Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>FIRST DATABANK, INC., a Missouri corporation, d/b/a First DataBank and d/b/a PriceAlert; and<br>WOLTERS KLUWER HEALTH, INC., a Delaware corporation, d/b/a Medi-Span and d/b/a Facts and Comparisons,<br><br>Defendants. | Case No. **26-21019**<br><br>DECLARATION OF STEVEN DESROSIERS IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUCTION<br><br>Date: April 15, 2003<br>Time: 3:00 p.m.<br>Dept.: B<br><br>Complaint Filed: _____, 2003<br>Trial Date: N/A |

I, Steven Desrosiers, declare under penalty of perjury under the laws of the State of California as follows:

1. I am a Senior Inside Sales Representative at Dey, L.P. ("Dey"), the plaintiff in the above-referenced action. As to the following facts, I know them to be true of my own

- 1 -

DECLARATION OF STEVE DESROSIER IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION
PALOALTO 4057851V1

HIGHLY CONFIDENTIAL

DEY-MDL-0104592

1 knowledge and, if required, could competently testify thereto. As to those matters stated on information and belief, I believe them to be true.

2. I have been employed, in various capacities, with Dey for 6 years.

3. On Thursday, April 10, 2003, I received three phone calls from pharmacies that dispense Dey pharmaceuticals complaining of a reduction in Dey's Average Wholesale Price ("AWP") as published by First DataBank.

4. In the morning, I received a telephone call from a representative of Caremark, an online pharmacy that purchases a large volume of pharmaceuticals from Dey. I was informed that First DataBank had lowered Dey's AWPs for various products, including Ipratropium Bromide and Albuterol Sulfate.

5. Later that same day, I received a call from Greg Panka of the Black Hills Medical Pharmacy in Deadwood, South Dakota. Once again, I was informed that First DataBank had lowered the AWPs for Dey's products, which had come to Mr. Panka's attention when he filed for reimbursement for the cost of a Dey pharmaceutical.

6. Finally, I received a call from Steve Owen of Owen Healthcare in Abilene, Texas. Mr. Owen explained that if the newly published AWP figures were accurate, he would return his stock of Dey products and switch his business to a competitor.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 14 day of April 2003 at Napa, California.


Steven Desrosiers

- 2 -

DECLARATION OF STEVE DESROSIER IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION
PALOALTO 4057851V1

HIGHLY CONFIDENTIAL                                                            DEY-MDL-0104593