# Exhibit 350

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

1  **Coudert Brothers LLP**
   ROBERT A. CHRISTOPHER (SBN 89035)
2  ERIK HANSHEW (SBN 214292)
   530 Lytton Avenue, Suite 300
3  Palo Alto, California  94301-1541
   Telephone: (650) 470-2900
4  Telecopier: (650) 470-2901

5  **Dickenson Peatman & Fogarty PLC**
6  PAUL G. CAREY (SBN 105357)
   809 Coombs Street
7  Napa, California 94559-2977
   Telephone: (707) 252-7122
8  Telecopied: (707) 255-6876

9  Attorneys for Plaintiff
   Dey, L.P.

10

11           **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

12                  **FOR THE COUNTY OF NAPA**

13

14  DEY, L.P., a Delaware Limited Partnership,      Case No. **26- 21019**

15              Plaintiff,                          **DECLARATION OF BECKY FARRIS IN
                                                    SUPPORT OF PLAINTIFF'S** *EX PARTE*
16      vs.                                         **APPLICATION FOR A TEMPORARY
                                                    RESTRAINING ORDER AND ORDER TO
17  FIRST DATABANK, INC., a Missouri                SHOW CAUSE RE PRELIMINARY
    corporation, d/b/a First DataBank and d/b/a/    INJUCTION**
18  PriceAlert; and
    WOLTERS KLUWER HEALTH, INC., a                  **Date:** April 15, 2003
19  Delaware corporation, d/b/a Medi-Span and       **Time:** 9:00 a.m.
    d/b/a Facts and Comparisons,                    **Dept.:** B
20
21           Defendants.                            **Complaint Filed:**_____ , 2003
                                                    **Trial Date:** N/A
22

23         I, Becky Farris, declare under penalty of perjury under the laws of the State of California

24  as follows:

25         1.      I am a Sales Operation Coordinator at Dey, L.P. ("Dey"), the plaintiff in the

26  above-referenced action.  As to the following facts, I know them to be true of my own

27

28                                        - 1 -

DECLARATION OF BECKY FARRIS IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TRO AND OSC RE
PRELIMINARY INJUNCTION
PALOALTO 4057852V1

*(left margin)* Coudert Brothers llp  TEL: (650) 470-2900  FAX: (650) 470-291

ENDORSED
APR 1 5 2003
Clerk of the Napa Superior Court
By: _____ L. WALKER
            Deputy

HIGHLY CONFIDENTIAL                                    DEY-MDL-0104587

1   knowledge and, if required, could competently testify thereto.  As to those matters stated on

2   information and belief, I believe them to be true.

3       2.      I have been employed, in various capacities, with Dey for 5 years.

4       3.      On Thursday, April 10, 2003 I received three voice mail messages from Dey

5   customers regarding a reduction is Dey's Average Wholesale Price ("AWP") as published by

6   First DataBank.

7       4.      The first voice mail was from Don Duran of Medi-Rx, a long-term care provider

8   based in Ohio.  I returned Mr. Duran's call, at which point he informed me that he would not be

9   adequately reimbursed for Dey products due to a dramatic decrease in AWP pricing as reported

10  by First DataBank.  As I was unaware of any decrease in AWP, I informed Mr. Duran that I

11  would make inquiries and get back to him with additional information.

12      5.      At that point, Mr. Duran became angered and informed be that he had cancelled

13  all of his orders with Dey and that he was purchasing pharmaceuticals from Dey's competitors.

14  Mr. Duran stated that he did not wish to do business with Dey any longer.

15      6.      I informed Steve Desrosiers of my conversation with Mr. Duran.  I refrained from

16  returning the other calls until I received more information regarding the apparent AWP

17  decreases.

18      7.      Mr. Duran called back this morning and told me that he had contacted his

19  software vendor, who verified the AWP's listed for Dey's products against those listed for

20  Alpharma and Roxane (two of Dey's competitors for Albuterol Sulfate and Ipratropium

21  Bromide).  Mr. Duran verified that the AWP's listed for Alpharma and Roxane are now

22  significantly higher than those reported for Dey products.  Attached as Exhibit A is a true and

23  correct copy of a fax sent to me by Mr. Duran containing handwritten notes listing the AWP

24  price published for Dey, Alpharma and Roxane with an attached e-mail.

25      8.      Mr. Duran told me has informed his employees not to order any Dey products

26  until further notice.  He told them to only purchase Roxane and Alpharma products.

27

28

- 2 -

DECLARATION OF BECKY FARRIS IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TRO AND OSC RE
PRELIMINARY INJUNCTION
PALOALTO 4057852V1

Coudert Brothers llp
TEL: (650) 470-2900
FAX: (650) 470-**01

HIGHLY CONFIDENTIAL                                    DEY-MDL-0104588

1  I declare under penalty of perjury under the laws of the State of California that the

2  foregoing is true and correct and that this declaration was executed this 14 day of April 2003 at

3  Napa, California.

4

5

6

7  _Becky Farris_

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<div style="writing-mode: vertical">Coudert Brothers llp
TEL: (650) 470-2800
FAX: (650) 470-??11</div>

- 3 -

DECLARATION OF BECKY FARRIS IN SUPPORT OF PLAINTIFF'S APPLICATION FOR TRO AND OSC RE
PRELIMINARY INJUNCTION
PALOALTO 4057852V1

**HIGHLY CONFIDENTIAL**                                                                    **DEY-MDL-0104589**

**Transaction Data Systems, Inc.**
1565 Baron Drive ♦ Ocoee, FL 34761-2989
(407) 614-0090 ♦ FAX (407) 614-0043

Date: 4/11/03   Nº of Pages (incl. cover): 2   FAX Nº 330-757-8585

Attention: DON   From: Dick

Comments:

This is the e-mail I sent to FIRST
DATA BANK on the "bullet" price problem.
You can see by their response, they are
still not about to change it

MEDI-RX PHARMACY
8401 OLDE STONE CROSSING
POLAND OH 44514
(330) 757-0886

Alb-terol Bullets 60units

NDC 49502-697-60
Dey   Amp. problem

Alpharma  0472-0831-60
          Amp. (OK)

Ivax/zenith  0172-6405-49
          Amp (OK)

AWP
1,235/per 3 mL  Bullets

MAC
-935

HIGHLY CONFIDENTIAL

DEY-MDL-0104590

MEDI-RX PHARMACY
6401 OLDE STONE CROSSING
POLAND OH 44514
(330) 757-8535

Hi Dick,
I checked with our editorial department concerning the reduction
in AWP for Albuterol, NDC # 49502-0697-60. The AWP is correct,
the manufacture does not set the AWP. This price reflects the latest
WHN price reduction.

Thank You,
Bobi Sullivan
Customer Service

-----Original Message-----
From: Richard Jones [mailto:rjones@RX30.COM]
Sent: Thursday, April 10, 2003 12:33 PM
To: First Data Bank (E-mail)
Subject: AWP

From: Transaction Data Systems, acct # 200246

  I e-mailed you yesterday on what was reported to us by pharmacy of an
incorrect awp on Albuterol, ndc # 49502-0697-60. The awp had dropped by
1/3
and pharmacy was assured by wholesaler this was way wrong. I asked you
to
check on the awp of .07666 per ml and was told this was correct as
confirmed
     the information you received from the mfr. Today another pharmacy
called
me on this and said the same thing, only he had contacted Day labs and
was,
at that time, on the phone with a rep from First Data Bank, confirming
that
the awp was, indeed, way off!! Besides having lost credibility with our
customer, and he having lost considerable revenue, I would like to know
how
you had confirmed this with the mfr, when they are the one now talking
to
FDB to get this corrected asap, to prevent further loss. As I understand
it,
there is another drug affected in the same way, ndc # 49502-0685-60.
What
will be done about this, and when will we receive a corrected file?
Dick/TDS
This e-mail message is intended only for the personal use of the
recipient(s) named above.  If you are not an intended recipient, you may
not review, copy or distribute this message.  If you have received this
communication in error, please notify First DataBank San Bruno Support
(Helpdesk@firstdatabank.com) immediately by e-mail and delete the
original message.

*Fax* Att Bakey
888-617-78>>

1

HIGHLY CONFIDENTIAL

DEY-MDL-0104591