# Exhibit 357

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# ACCOUNT CALL RECORD

TERR: 05/PA

ACCOUNT NAME: VILLAGE SQUARE / THRIFT DRUG
DATE: 5/9/94
CITY, STATE: PERKASIE, PA
KEY PEOPLE SEEN (NAME): FREDDIE LABS   TITLE: CHIEF RPh
KEY PEOPLE SEEN (NAME): _____   TITLE: _____
KEY PEOPLE SEEN (NAME): _____   TITLE: _____
KEY PEOPLE SEEN (NAME): _____   TITLE: _____

**RECAP OF VISIT:**
- STORE CURRENTLY FILLING 250 RX DAILY → RETAIL
- (CLOSED SHOP (NURSING HOME) SERVING 4200 BEDS
- 95% OF BUYING THROUGH THRIFT WAREHOUSE
- SECONDS THROUGH McKESSON DERMAN
- USING DEY'S ALBUTEROL EXCLUSIVELY
- FREDDIE DID NOT THINK HE WOULD USE MUCH CROMOLYN ON THE NURSING HOME SIDE BUT THOUGHT IT WOULD DO WELL IN RETAIL
- STILL HAS PLENTY OF INTAL IN STOCK
- SAID AWP IS "WAY TOO LOW" → NO SPREAD AT ALL

**FOLLOW-UP:** AFTER APPT. W/ THRIFT DRUG

EXHIBIT
Hill 27A

White – Files   Yellow – Regional Sales Manager   Pink – Napa

HIGHLY CONFIDENTIAL

DEY-BO-0273240