# Exhibit 358

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# ACCOUNT CALL RECORD

TERR: 05/PA

ACCOUNT NAME: GRANDVIEW HOSPITAL   DATE: 5/31/94
CITY, STATE: SELLERSVILLE, PA
KEY PEOPLE SEEN (NAME):                                TITLE:
KEY PEOPLE SEEN (NAME): FRED PAYNE                      TITLE: DIR PHCY
KEY PEOPLE SEEN (NAME): JOHN FOSBENNER                  TITLE: DIR RESP.
KEY PEOPLE SEEN (NAME):                                TITLE:

**RECAP OF VISIT:**

PHCY
- FRED WILL SPEAK W/ JOHN FOSBENNER RE: ADDITION OF CROMOLYN TO HOSPITAL FORMULARY.
- STILL BUYING OUR ALBUTEROL ON INDIVIDUAL CONTRACT
- COMMENTED THAT INSTAL'S SPREAD WAS BETTER THAN DEY'S.
- FOLLOW UP APPT. 9:00 AM JUNE 21

RT
- JOHN WAS THRILLED W/ CROMOLYN PACKAGING
- WILL SPEAK TO FRED RE: ADDITION TO FORMULARY

**FOLLOW-UP:**
- CB, JUNE 21. 9:00 AM.

White – Files   Yellow – Regional Sales Manager   Pink – Napa

**EXHIBIT**
Hill 36A

HIGHLY CONFIDENTIAL                          DEY-BO-0273242