# Exhibit 359

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# WEEKLY SALES RECAP

RECEIVED MAY 24 1994

| | |
|---|---|
| HOSPITAL | 4 |
| RT | 3 |
| RPH | 2 |
| MD | |
| PURCH | 3 |
| J.R. | |
| P.X. | |
| VA/FEDERAL | |
| WHOLESALERS | 3 |
| HOMECARE | 3 |
| CHAIN DRUG | 4 |
| RET BUYING GRPS | |
| GENERIC DIST | 1 |
| MD (OFFICE) | |
| RETAIL OTHER | 6 |
| **TOTAL WEEK CALLS** | 22 |

**NEW PRODUCT SALES UPDATE:**
- CROMOLYN STOCKED IN ALL WHOLESALERS EXCEPT BRUNNER (COLMANS) & ALCO (SOURCE PROPOSAL PENDING)
- CUSTOMERS DON'T LIKE LOW AWP ON CROMOLYN
- GENTAMYCIN BEING DETAILED HEAVILY IN LOCAL HOSPITALS
- TOTAL AVAILABLE ONLY THROUGH WHITMIRE & ALCO HSBG.

**OTHER ISSUES:**
- VENTOLIN BACK IN STOCK ON CONTRACTS
- WORKING ON BID ADDENDUM FOR 400 STORE RETAIL BUYING GROUP. (PARD)
- KAY WHOLESALE HAS LOST 350 ACCOUNTS SINCE LAST YEAR, 80% OF WHICH ARE HOSPITAL

**SUGGESTIONS/COMMENTS:**
- (P) — RE EVALUATE CROMOLYN AWP
- FORMULATE STANDARD WHOLESALER REBATE PROGRAM FOR SOURCE PROGRAMS

**OTHER ACTIVITIES:** (Account for each day of the week other than general sales calls, i.e. vacation, sick time, conventions etc.)

White – Napa Office   Yellow – Regional Sales Manager   Pink – District Sales Manager

**EXHIBIT**

Hill 25A

HIGHLY CONFIDENTIAL

DEY-BO-0273241

1-cv-12257-PBS Document 6426-77 Filed 08/28/09 Pa