# Exhibit 360

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# ACCOUNT CALL RECORD

TERR: 05/PA

ACCOUNT NAME: CHILDREN'S HOSPITAL OF PHILA         DATE: 6/1/94
CITY, STATE: PHILA PA
KEY PEOPLE SEEN (NAME):                             TITLE:
KEY PEOPLE SEEN (NAME): CAROLYN JULIANA / LOUISE RUGGERI   TITLE: PHCY BUYER
KEY PEOPLE SEEN (NAME): LINDA NAPOLI                TITLE: ASST. DIR. RESP. CARE
KEY PEOPLE SEEN (NAME):                             TITLE:

RECAP OF VISIT:
- RESPIRATORY
  - LINDA THOUGHT THE CROMOLYN PACKAGING WAS "FABULOUS" AND WILL RECOMMEND PHCY START BUYING.
  - STILL PURCHASING 20% ALBUTEROL & SOME SALINE THROUGH WHITMIRE ALLENTOWN
  - ASKED ABOUT METAPROTERENOL — LITTLE USE IF ANY
- PHCY
  - CAROLYN AND LOUISE WERE VERY RECEPTIVE TO CROMOLYN WITH THE EXCEPTION OF PRODUCTS SPREAD.
  - I GAVE THEM WHITMIRE TPP #'S FOR 120'S — CAROLYN IS ORDERING 6 × 120 TODAY.

FOLLOW-UP:
- CB IN TWO WEEKS TO CHECK ON PRODUCT ACCEPTANCE.

EXHIBIT
Hill 38A

White – Files   Yellow – Regional Sales Manager   Pink – Napa
Highly Confidential                                 DEY-OIG-0125381