# Exhibit 361

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# ACCOUNT CALL RECORD

TERR: **OS/PA**

ACCOUNT NAME: **LAKES PHCY**
CITY, STATE: **PHILA    PA**
DATE: **6/9/94**

KEY PEOPLE SEEN (NAME): _____ TITLE: _____
KEY PEOPLE SEEN (NAME): **LARRY GOLDER** TITLE: **RPh/OWNER**
KEY PEOPLE SEEN (NAME): _____ TITLE: _____
KEY PEOPLE SEEN (NAME): _____ TITLE: _____

**RECAP OF VISIT:**
- PATTY HENDERSON VALUE-RITE ACCOUNT.
- 15% OF RX THIRD PARTY - CONCERNED WITH LACK OF SPREAD W/ CROMOLYN
- GAVE ME AN EXAMPLE AS FOLLOWS

  ACQ COST - 37.00
  AWP.       45.00
  PLAN PAYS $2.00 PER RX + AWP LESS 18%

- HE COULD CONCEIVABLY LOSE MONEY BY FILLING SOME PRESCRIPTIONS.
- DOES NOT USE A LOT OF INITIAL; STOCKS ONLY PROVENTIL FOR ALBUTEROL
- SHOWED HIM PACKAGING & DEY ALBUTEROL INFO.

**FOLLOW-UP:** CB MID JULY.

**EXHIBIT**
Hill 39A