# Exhibit 362

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# ACCOUNT CALL RECORD

TERR: 05/PA

ACCOUNT NAME: ROSE PHCY  
CITY, STATE: MANAYUNK, PA  
DATE: 6/10/94

KEY PEOPLE SEEN (NAME): _____  TITLE: _____  
KEY PEOPLE SEEN (NAME): MARVIN MANDELL  TITLE: RPh  
KEY PEOPLE SEEN (NAME): _____  TITLE: _____  
KEY PEOPLE SEEN (NAME): _____  TITLE: _____

**RECAP OF VISIT:**
- VATD ALCO THOROFARE IND. RETAIL PHCY
- COMPLAINED ABOUT LACK OF SPRATD ON CROMOLYN
- ORDERED PRODUCT THROUGH LOGEN SINCE ALCO DOES NOT CARRY IT.
- TOLD ME OF A PHARMACIST NETWORK FORMING SO THEY CAN TRY TO REGULATE CO-PAYS AND AWP LESS X % ON THIRD PARTY PROGRAMS → COMPETE WITH RCS/PAID/NPA.

  CONTACT CHARLES MILES @ MILES PHCY IN COLLEGEVILLE
  (215) 287-1690

- WILL FOLLOW UP ON THIS LEAD NEXT WEEK
- STOCKING OUR ALBUTEROL; USES 4 CNS PER MONTH x 75.

**FOLLOW-UP:** • CB QUARTERLY.

White — Files   Yellow — Regional Sales Manager   Pink — Napa

EXHIBIT
Hill 40A

HIGHLY CONFIDENTIAL

DEY-BO-0273245