# Exhibit 363

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# ACCOUNT CALL RECORD

TERR: OS/PA

ACCOUNT NAME: REGAL / HAHNEMANN MED CTR
DATE: 11/17/99
CITY, STATE: PHILA, PA
KEY PEOPLE SEEN (NAME): _____ TITLE: _____
KEY PEOPLE SEEN (NAME): STAN GOODMAN   TITLE: PH
KEY PEOPLE SEEN (NAME): _____ TITLE: _____
KEY PEOPLE SEEN (NAME): _____ TITLE: _____

RECAP OF VISIT:

STAN STOCKING MAJOR ALBUTEROL ON A/C- PAID CONTRACT
SWITCHING TO OUR PRODUCT WOULD RATHER DEAL WITH A
REPUTABLE MFG THAN A DISTRIBUTOR
HAS NOT STOCKED CROMOLYN BECAUSE OF POOR SPREADS. PLACED T/O
TODAY FOR 2x60 /$89.00
LOCATED NEXT TO NE HAHNEMANN OFFICE. D/CONT POTENTIAL ACCOUNT

FOLLOW-UP: (B) TO CONFIRM 692.03 QUIV. MIDTXZ

**EXHIBIT**
Hill 42A

White – Files   Yellow – Regional Sales Manager   Pink – Nasa
Highly Confidential
DEY-OIG-0125353