# Exhibit 367

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# Colorado Court Database

**For:** Serving / Kim

**Case Number:** 2004CR000383     **Date Filed:** 06/03/2004

## People of The State of Colorado v. Ricks Sr, Michael Todd
### Sex Offenses; CR -Criminal

## Summary

**Judge:** Nancy Artz Hopf
**Court:** Douglas District Court
**Division:** 6
**EFiled:** N
**Appealed:** Y
**Case Closed Date:** 09/08/2005

## Case Status

Closed
Sex Offender

## Judge or Magistrate

| Name | BAR Number |
|---|---|
| Nancy Artz Hopf | 8328 |
| Susanna Lea Meissner-Cutler | 16111 |

## Agency

| Agency | Agency Case | Tkt/Summons Nbr | Arrest Nbr |
|---|---|---|---|
| Douglas County Sheriff Dept | 04-05279 |  | 04A2406 |

## Related Cases

| Location | Case Number | Related Reason | Name |
|---|---|---|---|

## Participants

| Litigant | Attorney |
|---|---|
| Ricks Sr, Michael Todd | Truhe, Eric William |
| Defendant 1 | Role: Deputy Public Defender |
| DOB: 06/16/1959 | BAR: 32993 |
| Gender: Male | Primary Attorney: Y |
| Race: Black | |

## Charges

| Count | Date | Details |
|---|---|---|
| 1 | 05/22/2004 | Charges: Sex Assault-false medical exam
Status: Dismissed
Statute: 18-3-402(1)(g)
Class: F4 (Class 4 Felony) |

|   |   |   |
|---|---|---|
|   |   | BAC: 0 |
|   |   | Arrest Date: 06/03/2004 |
|   |   | Disposition Date: 03/28/2005 |
|   |   | Disposition: Dism by DA |
|   |   |   |
| 1 | 05/22/2004 | Charges: Sex Assault-false medical exam |
|   |   | Status: Arrest Only Charge |
|   |   | Statute: 18-3-402(1)(g) |
|   |   | Class: F4 (Class 4 Felony) |
|   |   | BAC: 0 |
|   |   | Arrest Date: 06/03/2004 |
|   |   |   |
| 2 | 05/22/2004 | Charges: Sexual Contact-fake medical exam |
|   |   | Status: Dismissed |
|   |   | Statute: 18-3-404(1)(g) |
|   |   | Class: F4 (Class 4 Felony) |
|   |   | BAC: 0 |
|   |   | Arrest Date: 06/03/2004 |
|   |   | Disposition Date: 03/28/2005 |
|   |   | Disposition: Dism by DA |
|   |   |   |
| 2 | 05/22/2004 | Charges: Sexual Contact-fake medical exam |
|   |   | Status: Arrest Only Charge |
|   |   | Statute: 18-3-404(1)(g) |
|   |   | Class: F4 (Class 4 Felony) |
|   |   | BAC: 0 |
|   |   | Arrest Date: 06/03/2004 |
|   |   |   |
| 3 | 05/22/2004 | Charges: Criminal Impersonation-unspecified |
|   |   | Status: Dismissed |
|   |   | Statute: 18-5-113 |
|   |   | Class: F6 (Class 6 Felony) |
|   |   | BAC: 0 |
|   |   | Arrest Date: 06/03/2004 |
|   |   | Disposition Date: 03/28/2005 |
|   |   | Disposition: Dism by DA |
|   |   |   |
| 3 | 05/22/2004 | Charges: Criminal Impersonation-unspecified |
|   |   | Status: Arrest Only Charge |
|   |   | Statute: 18-5-113 |
|   |   | Class: F6 (Class 6 Felony) |
|   |   | BAC: 0 |
|   |   | Arrest Date: 06/03/2004 |
|   |   |   |
| 4 | 05/22/2004 | Charges: Medicine-Impersonation of Dr. |
|   |   | Status: Arrest Only Charge |
|   |   | Statute: 12-36-129(2) |
|   |   | Class: M2 (Class 2 Misdemeanor) |
|   |   | BAC: 0 |

| | | |
|---|---|---|
| 5 | 05/22/2004 | Charges: Barbering w/out a License COSMETOLOGY<br>Status: Arrest Only Charge<br>Statute: 12-8-127(1)<br>Class: M2 (Class 2 Misdemeanor)<br>BAC: 0<br>Arrest Date: 06/03/2004 |
| 6 | 05/22/2004 | Charges: unlawful acts<br>Status: Arrest Only Charge<br>Statute: 42-2-309<br>Class: M3 (Class 3 Misdemeanor)<br>BAC: 0<br>Arrest Date: 06/03/2004 |
| 7 | 05/22/2004 | Charges: unlawful acts<br>Status: Arrest Only Charge<br>Statute: 42-2-309<br>Class: M3 (Class 3 Misdemeanor)<br>BAC: 0<br>Arrest Date: 06/03/2004 |
| 32 | 05/22/2004 | Charges: Sex Asslt-vic incapab-forc/drug/other<br>Status: Main Charge<br>Statute: 18-3-402(1)(b),(4)<br>Class: F3 (Class 3 Felony)<br>Offense Date From: 05/22/2004<br>Offense Date To: 05/22/2004<br>BAC: 0<br>Arrest Date: 06/03/2004<br>Plea Date: 03/28/2005<br>Plea: Plea of Guilty<br>Disposition Date: 09/08/2005<br>Disposition: Guilty<br><br>Sentence Date: 09/08/2005<br>Sentence: Sentence by Court<br>Sentence Status: Active<br><br>Victim Compensation Fund: $125 Dollar Amount<br>VAST min for off after 5/1/03: $162.5 Dollar Amount<br>Court Costs - T, M, CR: $35 Dollar Amount<br>Sex Offender Surcharge: $2000 Dollar Amount Waived<br>Department of Corrections: 20 Indeterminate Sentence<br>Credit for Time Served: 297 Day(S) |
| 33 | 05/22/2004 | Charges: Sexual Contact-no consent |

Arrest Date: 06/03/2004 (above row 5)

Status: Main Charge
Statute: 18-3-404(1)(a)
Class: M1 (Class 1 Misdemeanor)
Offense Date From: 05/22/2004
Offense Date To: 05/22/2004
BAC: 0
Arrest Date: 06/03/2004
Plea Date: 03/28/2005
Plea: Plea of Guilty
Disposition Date: 09/08/2005
Disposition: Glty Misdemeanor

Sentence Date: 09/08/2005
Sentence: Sentence by Court
Sentence Status: Active

Jail: 2 Year(S)

**Scheduled Events**

| Date | Time | Details |
|---|---|---|
| 06/04/2004 | 8:25 | Appearance on Arrest Warrant<br>Room: B<br>Judge: Susanna Lea Meissner-Cutler<br>Status: Hearing Held |
| 06/07/2004 | 8:25 | Appearance on Arrest Warrant<br>Room: B<br>Judge: Susanna Lea Meissner-Cutler<br>Status: Hearing Held |
| 06/09/2004 | 9:30 | Rtrn Filing of Charges<br>Room: B<br>Judge: Susanna Lea Meissner-Cutler<br>Status: Hearing Held |
| 06/11/2004 | 9:30 | Appearance of Counsel<br>Room: B<br>Judge: Susanna Lea Meissner-Cutler<br>Status: Hearing Held |
| 06/25/2004 | 8:30 | Rtrn Filing of Charges<br>Room: B<br>Judge: Susanna Lea Meissner-Cutler<br>Status: Vacated |
| 07/09/2004 | 8:30 | Preliminary Hearing<br>Room: B<br>Judge: Susanna Lea Meissner-Cutler<br>Status: Continued by Parties |
| 08/06/2004 | 13:30 | Preliminary Hearing<br>Room: B<br>Judge: Susanna Lea Meissner-Cutler |

|            |       |                                   |
|------------|-------|-----------------------------------|
|            |       | Status: Vacated                   |
| 08/09/2004 | 8:30  | Arraignment                       |
|            |       | Room: 1                           |
|            |       | Judge: Thomas J Curry             |
|            |       | Status: Held and Continued        |
| 10/04/2004 | 10:30 | Arraignment                       |
|            |       | Room: 1                           |
|            |       | Judge: Thomas J Curry             |
|            |       | Status: Held and Continued        |
| 10/25/2004 | 10:30 | Arraignment                       |
|            |       | Room: 1                           |
|            |       | Judge: Thomas J Curry             |
|            |       | Status: Held and Continued        |
| 11/08/2004 | 10:30 | Disposition Hearing               |
|            |       | Room: 1                           |
|            |       | Judge: Thomas J Curry             |
|            |       | Status: Held and Continued        |
| 11/22/2004 | 8:30  | Appearance of Counsel             |
|            |       | Room: 1                           |
|            |       | Judge: Thomas J Curry             |
|            |       | Status: Hearing Held              |
| 01/31/2005 | 8:30  | Disposition Hearing               |
|            |       | Room: 1                           |
|            |       | Judge: Thomas J Curry             |
|            |       | Status: Held and Continued        |
| 03/28/2005 | 9:00  | Arraignment                       |
|            |       | Room: 1                           |
|            |       | Judge: Thomas J Curry             |
|            |       | Status: Disposition Reached       |
| 04/05/2005 | 11:00 | Appearance on Arrest Warrant      |
|            |       | Room: 1                           |
|            |       | Judge: Thomas J Curry             |
|            |       | Status: Hearing Held              |
| 04/18/2005 | 10:30 | Hearing on Bond                   |
|            |       | Room: 1                           |
|            |       | Judge: Thomas J Curry             |
|            |       | Status: Vacated                   |
| 04/25/2005 | 11:00 | Hearing on Bond                   |
|            |       | Room: 1                           |
|            |       | Judge: Thomas J Curry             |
|            |       | Status: Hearing Held              |
| 06/09/2005 | 13:30 | Sentencing Hearing                |
|            |       | Room: 1                           |
|            |       | Judge: Thomas J Curry             |
|            |       | Status: Vacated                   |
| 06/13/2005 | 15:00 | Appearance of Counsel             |
|            |       | Room: 1                           |
|            |       | Judge: Thomas J Curry             |
|            |       | Status: Hearing Held              |

| | | |
|---|---|---|
| 06/16/2005 | 8:30 | Hearing |
| | | Room: 1 |
| | | Judge: Thomas J Curry |
| | | Status: Hearing Held |
| 07/11/2005 | 13:30 | Motions Hearing |
| | | Room: 1 |
| | | Judge: Thomas J Curry |
| | | Status: Hearing Held |
| 09/08/2005 | 14:00 | Sentencing Hearing |
| | | Room: 1 |
| | | Judge: Thomas J Curry |
| | | Status: Hearing Held |
| 10/03/2005 | 6:00 | Review |
| | | Room: 1 |
| | | Judge: Thomas J Curry |
| | | Status: Vacated |
| 10/19/2005 | 8:15 | Hearing |
| | | Room: 1 |
| | | Judge: Thomas J Curry |
| | | Status: Vacated |
| 11/08/2005 | 7:00 | Review |
| | | Room: 1 |
| | | Judge: Thomas J Curry |
| | | Status: Hearing Held |
| 05/08/2006 | 7:00 | Review |
| | | Room: 1 |
| | | Judge: Thomas J Curry |
| | | Status: Held and Continued |
| 11/08/2006 | 7:00 | Review |
| | | Room: 6 |
| | | Judge: Nancy Artz Hopf |
| | | Status: Hearing Held |
| 09/08/2055 | 6:00 | Review |
| | | Room: 6 |
| | | Judge: Nancy Artz Hopf |

## Proceedings

| Date | Code | Description |
|---|---|---|
| 06/03/2004 | AFAW | Affidavit for Arrest Warrant |
| 06/03/2004 | MORD | Motion and Order |
| 06/03/2004 | WAFF | Warrant Upon Affidavit |
| | | DEF/ Ricks Sr, Michael Todd |
| 06/04/2004 | RSWT | Return of Service on Warrant |
| 06/04/2004 | MINC | Minute Order (Print) |
| 06/04/2004 | TROG | Temp Restraining Ord-Granted Protection Order Expiration Date: 12/01/2004 |
| | | DEF/ Ricks Sr, Michael Todd |
| 06/09/2004 | MINC | Minute Order (Print) |
| 06/09/2004 | CMPL | Complaint |
| 06/11/2004 | MINC | Minute Order (Print) |

| Date | Code | Description |
|---|---|---|
| 07/09/2004 | MINC | Minute Order (Print) |
| 07/28/2004 | NOTC | Notice Filed |
| | | DEF/ Ricks Sr, Michael Todd |
| 07/28/2004 | MOTN | Motion |
| | | DEF/ Ricks Sr, Michael Todd |
| 07/28/2004 | MOTN | Motion |
| | | DEF/ Ricks Sr, Michael Todd |
| 07/28/2004 | MOTN | Motion |
| | | DEF/ Ricks Sr, Michael Todd |
| 07/28/2004 | MOTN | Motion |
| | | DEF/ Ricks Sr, Michael Todd |
| 08/06/2004 | MINC | Minute Order (Print) |
| 08/06/2004 | BIND | Bindover to Dist Ct w/o Prelim |
| 08/09/2004 | MINC | Minute Order (Print) |
| 10/04/2004 | MINC | Minute Order (Print) |
| 10/25/2004 | MINC | Minute Order (Print) |
| 11/08/2004 | MINC | Minute Order (Print) |
| 11/22/2004 | MINC | Minute Order (Print) |
| 01/31/2005 | MINC | Minute Order (Print) |
| 03/28/2005 | MINC | Minute Order (Print) |
| 03/28/2005 | FOTH | Filing Other |
| 03/28/2005 | FOTH | Filing Other |
| 03/28/2005 | MORD | Motion and Order |
| 03/28/2005 | PSIO | PSI Ordered |
| 03/28/2005 | SOEV | Sex Offender Eval Ordered |
| 03/28/2005 | FOTH | Filing Other |
| 03/28/2005 | CONS | Consent |
| 04/05/2005 | MOTN | Motion |
| 04/05/2005 | FOTH | Filing Other |
| 04/05/2005 | MINC | Minute Order (Print) |
| 04/25/2005 | MINC | Minute Order (Print) |
| 04/25/2005 | FOTH | Filing Other |
| 05/13/2005 | LETR | Letter |
| 06/06/2005 | PSIF | Pre-Sentence Invest Rpt Filed |
| 06/09/2005 | MINC | Minute Order (Print) |
| 06/13/2005 | MINC | Minute Order (Print) |
| 06/16/2005 | MINC | Minute Order (Print) |
| 06/28/2005 | RPRT | Report |
| 07/05/2005 | NOTC | Notice Filed |
| | | DEF/ Ricks Sr, Michael Todd |
| 07/05/2005 | MOTN | Motion |
| | | DEF/ Ricks Sr, Michael Todd |
| 07/11/2005 | MINC | Minute Order (Print) |
| 08/10/2005 | RPRT | Report |
| 08/10/2005 | LETR | Letter |
| 09/08/2005 | MINC | Minute Order (Print) |
| 09/08/2005 | CLAD | Case Closed |
| 09/08/2005 | SXOF | Sex Offender by Statute |
| 09/08/2005 | LETR | Letter |

| Date | Code | Description |
|---|---|---|
| 09/08/2005 | MITI | Mittimus Issued |
| | | DEF/ Ricks Sr, Michael Todd |
| 09/16/2005 | CAT | In Custody Awaiting Transport |
| 09/20/2005 | REG | Sex Offender Registered |
| 10/03/2005 | REG | Sex Offender Registered |
| | | DEF/ Ricks Sr, Michael Todd |
| 10/03/2005 | ROPN | Reopen for Post Judgment |
| 10/03/2005 | MINC | Minute Order (Print) |
| 10/04/2005 | MOTN | Motion |
| | | DEF/ Ricks Sr, Michael Todd |
| 10/06/2005 | ORDR | Order |
| 10/06/2005 | MINC | Minute Order (Print) |
| 10/11/2005 | FOTH | Filing Other |
| 10/19/2005 | MINC | Minute Order (Print) |
| 10/25/2005 | NAPF | Notc of Appeal Filed |
| 10/25/2005 | DESG | Desg of Record on Appeal |
| 10/28/2005 | ADVN | Advisory Notc of filing NAPF |
| 12/09/2005 | MINC | Minute Order (Print) |
| 01/19/2006 | AFFI | Affidavit |
| 01/30/2006 | ORDR | Order |
| 03/09/2006 | TROV | Temp Restraining Ord-Vacated |
| 06/22/2006 | ORDR | Order |
| 07/27/2006 | MINO | Minute Order (No Print) |
| 07/31/2006 | FOTH | Filing Other |
| 09/08/2006 | MOTN | Motion |
| | | DEF/ Ricks Sr, Michael Todd |
| 09/08/2006 | MOTN | Motion |
| | | DEF/ Ricks Sr, Michael Todd |
| 09/08/2006 | MOTN | Motion |
| | | DEF/ Ricks Sr, Michael Todd |
| 09/12/2006 | MOTN | Motion |
| | | DEF/ Ricks Sr, Michael Todd |
| 09/12/2006 | MOTN | Motion |
| | | DEF/ Ricks Sr, Michael Todd |
| 09/12/2006 | MOTN | Motion |
| | | DEF/ Ricks Sr, Michael Todd |
| 09/28/2006 | MINC | Minute Order (Print) |
| 09/28/2006 | MINC | Minute Order (Print) |
| 01/03/2007 | MINC | Minute Order (Print) |
| 01/25/2007 | MOTN | Motion |
| | | DEF/ Ricks Sr, Michael Todd |
| 01/29/2007 | MOTN | Motion |
| | | DEF/ Ricks Sr, Michael Todd |
| 01/29/2007 | MOTN | Motion |
| | | DEF/ Ricks Sr, Michael Todd |
| 01/30/2007 | FOTH | Filing Other |
| 03/12/2007 | MOTN | Motion |
| | | DEF/ Ricks Sr, Michael Todd |
| 03/23/2007 | ORDR | Order |

| | | | |
|---|---|---|---|
| 05/10/2007 | FOTH | Filing Other | |
| 07/09/2007 | MOTN | Motion | |
| | | DEF/ Ricks Sr, Michael Todd | |
| 05/05/2008 | POST | Closed After Post Judgment | |
| 05/29/2008 | ORDR | Order | |
| 06/20/2008 | MAND | Mandate from Appeals Court | |
| 08/01/2008 | RQST | Request Filed | |
| 08/18/2008 | FOTH | Filing Other | |
| 12/03/2008 | AFFI | Affidavit | |
| | | DEF/ Ricks Sr, Michael Todd | |
| 12/03/2008 | PETN | Petition | |
| | | DEF/ Ricks Sr, Michael Todd | |
| 12/03/2008 | CERT | Certificate Filed | |
| | | DEF/ Ricks Sr, Michael Todd | |
| 12/03/2008 | AFFI | Affidavit | |
| | | DEF/ Ricks Sr, Michael Todd | |
| 12/03/2008 | CERT | Certificate Filed | |
| | | DEF/ Ricks Sr, Michael Todd | |

## Judgments

# Date Details

## Bond Information

ID Details

1 Bond Status: BRVK
  Bond Status Date: 04/05/2005
  Set Date: 06/03/2004
  Set Amount: $100000
  Set Type: Cash/Surety/Property
  Post Date: 10/29/2004
  Post Amount: $100000
  Post Type: Surety
  Adj Date: 06/11/2004
  Adj Amount: $100000
  DEF1 Ricks Sr, Michael Todd

  Surety: Robert P Silburn
  Professional License Number: RBA60418
  Power Number: 100458013

2 Bond Status: BVCT
  Bond Status Date: 04/25/2005
  Set Date: 04/05/2005
  Set Amount: $1000000
  Set Type: Cash/Surety/Property
  Post Amount: $0
  Adj Amount: $0
  DEF1 Ricks Sr, Michael Todd

3  Bond Status: BSET
   Bond Status Date: 04/25/2005
   Set Date: 04/25/2005
   Set Amount: $0
   Set Type: No Bond
   Post Amount: $0
   Adj Amount: $0
   DEF1 Ricks Sr, Michael Todd

## Financial Summary

| Accounts Receivable | Assessed | Applied | J/S Recd Rel Cse | Balance |
|---|---|---|---|---|
| Court Costs - T, M, CR | $35.00 | $35.00 | | |
| VAST minimum for offense on/after 5/1/03 | $162.50 | $162.50 | | |
| Victim Compensation Fund | $125.00 | $125.00 | | |
| Accts Rcv Balance | $322.50 | $322.50 | | |

| Un-Assigned Rcp's | Received |
|---|---|
| Stabilization Fund - USER Fee | $10.00 |
| Certification | $10.00 |
| Total Un-Assigned | $20.00 |