# Exhibit 368

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# Colorado Court Database

**For:** Serving / Kim

**Case Number:** 2005CR003189    **Date Filed:** 07/20/2005

## People of The State of Colorado v. Ricks, Michael Todd
### Kidnapping; CR -Criminal

## Summary

- **Judge:** Martin Foster Egelhoff
- **Court:** Denver District Court
- **Division:** 11
- **EFiled:** N
- **Appealed:** N
- **Case Closed Date:** 10/27/2006

## Case Status

Closed
Protected Adult
Restrained

## Judge or Magistrate

| Name | BAR Number |
|---|---|
| Martin Foster Egelhoff | 14064 |

## Agency

| Agency | Agency Case | Tkt/Summons Nbr | Arrest Nbr |
|---|---|---|---|
| Denver PD | 200518620 | | |

## Related Cases

| Location | Case Number | Related Reason | Name |
|---|---|---|---|

## Participants

| Litigant | Attorney |
|---|---|
| Ricks, Michael Todd | Winston-Goewey, Shannon |
| Defendant 1 | Role: Deputy Public Defender |
| Status: Restrained | BAR: 33723 |
| DOB: 06/16/1959 | Primary Attorney: Y |
| Gender: Male | |
| Race: Black | |

## Charges

| Count | Date | Details |
|---|---|---|
| 1 | 02/01/2005 | Charges: Kidnapping 2-Victim Sex Assault/Robbery |
| | | Status: Dismissed |
| | | Statute: 18-3-302(1),(3) |

|   |            |                                                                 |
|---|------------|-----------------------------------------------------------------|
|   |            | Class: F2 (Class 2 Felony)                                      |
|   |            | BAC: 0                                                          |
|   |            | Arrest Date: 04/25/2005                                         |
|   |            | Plea Date: 09/22/2005                                           |
|   |            | Plea: Plea Not Guilty                                           |
|   |            | Disposition Date: 06/28/2006                                    |
|   |            | Disposition: Dism by DA                                         |
| 2 | 02/01/2005 | Charges: Kidnapping 2-Victim Sex Assault/Robbery                |
|   |            | Status: Dismissed                                               |
|   |            | Statute: 18-3-302(1),(3)                                        |
|   |            | Class: F2 (Class 2 Felony)                                      |
|   |            | BAC: 0                                                          |
|   |            | Arrest Date: 04/25/2005                                         |
|   |            | Plea Date: 09/22/2005                                           |
|   |            | Plea: Plea Not Guilty                                           |
|   |            | Disposition Date: 06/28/2006                                    |
|   |            | Disposition: Dism by DA                                         |
| 3 | 02/01/2005 | Charges: Child Prostitution-Patronizing-Engage                  |
|   |            | Status: Dismissed                                               |
|   |            | Statute: 18-7-406(1)(a)                                         |
|   |            | Class: F3 (Class 3 Felony)                                      |
|   |            | BAC: 0                                                          |
|   |            | Arrest Date: 04/25/2005                                         |
|   |            | Plea Date: 09/22/2005                                           |
|   |            | Plea: Plea Not Guilty                                           |
|   |            | Disposition Date: 06/28/2006                                    |
|   |            | Disposition: Dism by DA                                         |
| 4 | 02/01/2005 | Charges: Child Prostitution-Inducement                          |
|   |            | Status: Dismissed                                               |
|   |            | Statute: 18-7-405.5                                             |
|   |            | Class: F3 (Class 3 Felony)                                      |
|   |            | BAC: 0                                                          |
|   |            | Arrest Date: 04/25/2005                                         |
|   |            | Plea Date: 09/22/2005                                           |
|   |            | Plea: Plea Not Guilty                                           |
|   |            | Disposition Date: 06/28/2006                                    |
|   |            | Disposition: Dism by DA                                         |
| 5 | 02/01/2005 | Charges: Sex Assault-overcome victim's will                     |
|   |            | Status: Dismissed                                               |
|   |            | Statute: 18-3-402(1)(a)                                         |
|   |            | Class: F4 (Class 4 Felony)                                      |
|   |            | BAC: 0                                                          |
|   |            | Arrest Date: 04/25/2005                                         |
|   |            | Plea Date: 09/22/2005                                           |
|   |            | Plea: Plea Not Guilty                                           |

                         Disposition Date: 06/28/2006
                         Disposition: Dism by DA

6     02/01/2005    Charges: Sex Assault-overcome victim's will
                         Status: Dismissed
                         Statute: 18-3-402(1)(a)
                         Class: F4 (Class 4 Felony)
                         BAC: 0
                         Arrest Date: 04/25/2005
                         Plea Date: 09/22/2005
                         Plea: Plea Not Guilty
                         Disposition Date: 06/28/2006
                         Disposition: Dism by DA

7     02/01/2005    Charges: Impersonating a Peace Officer
                         Status: Main Charge
                         Statute: 18-8-112
                         Class: F6 (Class 6 Felony)
                         BAC: 0
                         Arrest Date: 04/25/2005
                         Plea Date: 09/22/2005
                         Plea: Plea Not Guilty
                         Plea Date: 06/28/2006
                         Plea: Plea Withdrawn
                         Plea Date: 06/28/2006
                         Plea: Plea of Guilty
                         Disposition Date: 06/28/2006
                         Disposition: Guilty

                         Sentence Date: 10/27/2006
                         Sentence: Sentence Resulting fm Plea
                         Sentence Status: Active

                         Department of Corrections: 4 Year(S)
                         Credit for Time Served: 598 Day(S)

8     02/01/2005    Charges: Impersonating a Peace Officer
                         Status: Dismissed
                         Statute: 18-8-112
                         Class: F6 (Class 6 Felony)
                         BAC: 0
                         Arrest Date: 04/25/2005
                         Plea Date: 09/22/2005
                         Plea: Plea Not Guilty
                         Disposition Date: 06/28/2006
                         Disposition: Dism by DA

9     02/01/2005    Charges: Impersonating a Peace Officer

        Status: Dismissed
        Statute: 18-8-112
        Class: F6 (Class 6 Felony)
        BAC: 0
        Arrest Date: 04/25/2005
        Plea Date: 09/22/2005
        Plea: Plea Not Guilty
        Disposition Date: 06/28/2006
        Disposition: Dism by DA

10      02/01/2005  Charges: Pandering-Induce by Menacing
        Status: Main Charge
        Statute: 18-7-203(1)(a)
        Class: F5 (Class 5 Felony)
        BAC: 0
        Arrest Date: 04/25/2005
        Plea Date: 06/28/2006
        Plea: Plea of Guilty
        Disposition Date: 06/28/2006
        Disposition: Guilty

        Sentence Date: 10/27/2006
        Sentence: Sentence Resulting fm Plea
        Sentence Status: Active

        Department of Corrections: 3 Year(S)
        Victim Compensation Fund: $125 Dollar Amount
        VAST min for off after 5/1/03: $162.5 Dollar Amount
        Court Costs - T, M, CR: $35 Dollar Amount
        Request for Time to Pay: $25 Dollar Amount
        Public Defender Accts Rcvable: $25 Dollar Amount

## Scheduled Events

| Date | Time | Details |
|---|---|---|
| 08/25/2005 | 8:30 | Arraignment<br>Room: 11<br>Judge: Robert Lewis Mcgahey Jr<br>Status: Held and Continued |
| 09/22/2005 | 8:30 | Arraignment<br>Room: 11<br>Judge: Robert Lewis Mcgahey Jr<br>Status: Hearing Held |
| 12/01/2005 | 8:30 | Disposition Hearing<br>Room: 11<br>Judge: Robert Lewis Mcgahey Jr<br>Status: Vacated |
| 12/01/2005 | 13:30 | Motions Hearing |

|  |  |  |
|---|---|---|
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Vacated |
| 12/16/2005 | 8:30 | Appearance on Arrest Warrant |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Hearing Held |
| 01/17/2006 | 8:30 | Jury Trial |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Vacated |
| 01/19/2006 | 8:30 | Disposition Hearing |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Vacated |
| 01/19/2006 | 13:30 | Motions Hearing |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Held and Continued |
| 03/16/2006 | 13:30 | Motions Hearing |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Held and Continued |
| 03/16/2006 | 8:30 | Status Conference |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Party Failed to Appear |
| 03/16/2006 | 8:30 | Status Conference |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Hearing Held |
| 04/07/2006 | 8:30 | Motions Hearing |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Held and Continued |
| 04/13/2006 | 8:30 | Appearance on Arrest Warrant |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Hearing Held |
| 04/14/2006 | 14:00 | Motions Hearing |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Continued by Court |
| 04/18/2006 | 8:30 | Motions Hearing |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Held and Continued |
| 05/11/2006 | 8:30 | Pre-Trial Conference |
|  |  | Room: 11 |

|   |   |   |
|---|---|---|
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Vacated |
| 05/15/2006 | 8:30 | Jury Trial |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Vacated |
| 05/15/2006 | 8:30 | Status Conference |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
| 05/15/2006 | 8:30 | Status Conference |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
| 05/19/2006 | 13:30 | Motions Hearing |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Continued by Parties |
| 06/08/2006 | 13:30 | Motions Hearing |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Continued by Parties |
| 06/16/2006 | 13:30 | Motions Hearing |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Vacated |
| 06/22/2006 | 8:30 | Status Conference |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Hearing Held |
| 06/28/2006 | 8:30 | Motions Hearing |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Hearing Held |
| 07/17/2006 | 8:30 | Jury Trial |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Vacated |
| 09/08/2006 | 8:30 | Sentencing Hearing |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Continued by Parties |
| 10/27/2006 | 13:30 | Sentencing Hearing |
|  |  | Room: 11 |
|  |  | Judge: Robert Lewis Mcgahey Jr |
|  |  | Status: Hearing Held |
| 12/01/2010 | 7:00 | Review |
|  |  | Room: 11 |
|  |  | Judge: Martin Foster Egelhoff |
|  |  | Status: Vacated |
| 03/16/2011 | 7:00 | Review |

|  |  |  |
|---|---|---|
|  |  | Room: 11 |
|  |  | Judge: Martin Foster Egelhoff |
|  |  | Status: Vacated |
| 05/23/2011 | 7:00 | Review |
|  |  | Room: 11 |
|  |  | Judge: Martin Foster Egelhoff |
|  |  | Status: Vacated |

## Proceedings

| Date | Code | Description |
|---|---|---|
| 05/11/2005 | MROG | Protection Order Expiration Date: 10/27/2013 |
|  |  | DEF/ Ricks, Michael Todd |
| 07/19/2005 | BIND | Bindover to Dist Ct w/o Prelim |
| 07/20/2005 | INFO | Information Filed |
| 08/25/2005 | MINC | Minute Order (Print) |
| 08/31/2005 | WRIT | Writ |
| 09/22/2005 | MINC | Minute Order (Print) |
| 10/04/2005 | WRIT | Writ |
| 10/05/2005 | WRIT | Writ |
| 11/07/2005 | NOTC | Notice Filed |
| 11/08/2005 | MOTN | Motion |
|  |  | DEF/ Ricks, Michael Todd |
| 11/22/2005 | MINC | Minute Order (Print) |
| 11/25/2005 | WRIT | Writ |
| 12/01/2005 | MINC | Minute Order (Print) |
| 12/01/2005 | WFTA | Warrant- Failure to Appear |
| 12/05/2005 | WSRV | Warrant Served |
| 12/16/2005 | WCAN | Warrant Canceled |
| 12/16/2005 | MINC | Minute Order (Print) |
| 01/17/2006 | JTDC | Jtrl Dispo-Continued |
| 01/19/2006 | MINC | Minute Order (Print) |
| 03/16/2006 | MINC | Minute Order (Print) |
| 03/16/2006 | WFTA | Warrant- Failure to Appear |
| 03/21/2006 | WRIT | Writ |
| 04/04/2006 | WSRV | Warrant Served |
| 04/07/2006 | MINC | Minute Order (Print) |
| 04/11/2006 | WITL | Witness List |
| 04/13/2006 | MINO | Minute Order (No Print) |
| 04/13/2006 | WCAN | Warrant Canceled |
| 04/18/2006 | MINC | Minute Order (Print) |
| 04/19/2006 | WRIT | Writ |
| 04/19/2006 | WRIT | Writ |
| 04/20/2006 | WITL | Witness List |
| 05/11/2006 | MINC | Minute Order (Print) |
| 05/15/2006 | JTDC | Jtrl Dispo-Continued |
| 05/19/2006 | MINC | Minute Order (Print) |
| 05/23/2006 | WFTA | Warrant- Failure to Appear |
| 06/07/2006 | FOTH | Filing Other |
| 06/08/2006 | MINC | Minute Order (Print) |

| Date | Code | Description |
|---|---|---|
| 06/08/2006 | WRIT | Writ |
| 06/12/2006 | AFFI | Affidavit |
|  |  | DEF/ Ricks, Michael Todd |
| 06/14/2006 | FOTH | Filing Other |
| 06/19/2006 | ORDR | Order |
| 06/28/2006 | WCAN | Warrant Canceled |
| 06/28/2006 | MINC | Minute Order (Print) |
| 06/28/2006 | PSIO | PSI Ordered |
| 07/06/2006 | WRIT | Writ |
| 07/17/2006 | JTNH | Jtrl Dispo - Trial Not Held |
| 08/15/2006 | PSIF | Pre-Sentence Invest Rpt Filed |
| 09/08/2006 | MINC | Minute Order (Print) |
| 09/12/2006 | WRIT | Writ |
| 10/27/2006 | MINC | Minute Order (Print) |
| 10/27/2006 | CLAD | Case Closed |
| 10/30/2006 | MITI | Mittimus Issued |
|  |  | DEF/ Ricks, Michael Todd |

## Judgments
\# Date Details

## Bond Information
ID Details

 1 Bond Status: BSET
   Bond Status Date: 07/20/2005
   Set Date: 07/19/2005
   Set Amount: $500000
   Set Type: Cash/Surety/Property
   Post Amount: $0
   Adj Amount: $0
   DEF1 Ricks, Michael Todd

 2 Bond Status: BSET
   Bond Status Date: 12/01/2005
   Set Date: 12/01/2005
   Set Amount: $0
   Set Type: No Bond
   Post Amount: $0
   Adj Amount: $0

 3 Bond Status: BSET
   Bond Status Date: 03/16/2006
   Set Date: 03/16/2006
   Set Amount: $0
   Set Type: No Bond
   Post Amount: $0
   Adj Amount: $0

 4 Bond Status: BSET

Bond Status Date: 05/23/2006
Set Date: 05/23/2006
Set Amount: $0
Set Type: No Bond
Post Amount: $0
Adj Amount: $0

**Financial Summary**

| Accounts Receivable | Assessed | Applied | J/S Recd Rel Cse | Balance |
|---|---|---|---|---|
| Court Costs - T, M, CR | $35.00 | $35.00 | | |
| Public Defender Accounts Receivable Code | $25.00 | $25.00 | | |
| Time Payment Fee | $25.00 | $25.00 | | |
| VAST minimum for offense on/after 5/1/03 | $162.50 | $162.50 | | |
| Victim Compensation Fund | $125.00 | $125.00 | | |
| Accts Rcv Balance | $372.50 | $372.50 | | |