# Exhibit 369

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

Home | Residents | Visitors | Business | Elected Officials

# Case Number: 05F02465

### Case Information

| | | | |
|---|---|---|---|
| Status: | CLOSE C | ourtroom: | 11 |
| Case Type: | KIDNAPPING | Violation Date: | 02/01/2005 |
| Location: | DENVER, COLORADO | | |
| Domestic Violence: | | Date Filed: | 04/27/2005 13:42 |

### Party Information

| Party Type | Last Name | First Name | MI | Suffix | DOB | Party Status |
|---|---|---|---|---|---|---|
| DEFENDANT | RICKS | MICHAEL | T | | 06/16/1959 | |
| | Race | Hair | Weight | Height | Eyes | Eyeglasses |
| | Attorney Number | Attorney Name | | | | |

### Violation Information

| Violations | Description | Points | Disposition |
|---|---|---|---|
| 18-3-302(1) | KIDNAP 2ND DEG | 0 | |
| 18-3-302(1) | KIDNAP 2ND DEG | 0 | |
| 18-7-406(1)(a) | PATRONIZING PROSTITUTED CHILD | 0 | |
| 18-7-405.5 | INDUCEMENT OF CHILD PROSTITUTN | 0 | |
| 18-3-402(1)(a) | SEXUAL ASSAULT | | |
| 18-3-402(1)(a) | SEXUAL ASSAULT | | |
| 18-8-112 | IMPERSONATING PEACE OFFICER | | |
| 18-8-112 | IMPERSONATING PEACE OFFICER | | |
| 18-8-112 | IMPERSONATING PEACE OFFICER | | |

### Action Information

| Date | Crtrm | Judicial Officer | Action | Amount | Dispo |
|---|---|---|---|---|---|
| 08/25/2005 08:30 | 11 | | ARRAIGNMENT | | |
| 07/19/2005 08:30 | 472W | QUINN | PRELIMINARY / DISPO HEARING | | BOUND OVER DC - PRELIM. WAIVED |
| 06/22/2005 10:58 | 472W | | WRIT ORDERED | | |
| 06/21/2005 08:30 | 472W | HARRELL | PRELIMINARY / DISPO HEARING | | CONTINUED FOR PRELIMINARY HRG. |
| 06/03/2005 11:08 | 472W | | WRIT ORDERED | | |
| 05/31/2005 08:30 | 472W | ROAN | PRELIMINARY / DISPO HEARING | | CONTINUED FOR PRELIMINARY HRG. |
| 05/12/2005 15:01 | 472W | | WRIT ORDERED | | |
| 05/11/2005 09:00 | 12T | | PROTECTION ORDER | | |
| 05/11/2005 09:00 | 12T | MARCUCCI | 2ND ADVISEMENT | | SET FOR PRELIMINARY HRG. |
| 04/27/2005 13:42 | | | CASE ENTERED | | |
| 04/25/2005 00:00 | | | DOUGLAS COUNTY JAIL IN CUSTODY | | |
| 04/22/2005 00:00 | | | BOND SET | | |