# Exhibit 371

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

District Court, Douglas County, State of Colorado
Case#:D0182004CR000383   Div/Room: 6
JUDGMENT OF CONVICTION, SENTENCE   Original

## The People of Colorado vs RICKS, MICHAEL TODD SR
DOB  6/16/1959   SID 849816

```
The Defendant was sentenced on:  9/08/2005
People represented by...: VAHLE, DARREN
Defendant represented by: DUMLER, KYLE
UPON DEFENDANT'S CONVICTION this date of:  9/08/2005
The defendant pled guilty to:
Count #    32 Charge: Sex Asslt-vic incapab-forc/drug/other
C.R.S # 18-3-402(1)(b),(4)                    Class: F3
Date of offense(s):  5/22/2004 to  5/22/2004   Date of plea(s):   3/28/2005
Count #    33 Charge: Sexual Contact-no consent
C.R.S # 18-3-404(1)(a)                        Class: M1
Date of offense(s):  5/22/2004 to  5/22/2004   Date of plea(s):   3/28/2005
```

**IT IS THE JUDGMENT/SENTENCE OF THIS COURT** that the defendant be sentenced to
THE CUSTODY OF THE EXECUTIVE DIRECTOR OF THE DEPARTMENT OF CORRECTIONS

```
Department of Corrections         20.00 YRS-LF              COUNT    32
Credit for Time Served            297.00 DAYS               COUNT    32
PAROLE PERIOD IS 20 YEARS TO LIFE                                    /JKJ
Jail                              2.00 YEARS                COUNT    33
CONCURRENT WITH COUNT   32   CASE NUMBER: 2004CR   383 Douglas County
JAIL SENTENCE TO BE SERVED IN DOC                                    /JKJ
```

Sex Offender Status:  Sex Offender by Statute

```
              Assessed              Balance
      $        322.50       $           .00
```

**THEREFORE, IT IS ORDERED** the Sheriff of DOUGLAS COUNTY    shall convey the
DEFENDANT to the following department TO BE RECEIVED AND KEPT ACCORDING TO LAW
COLORADO STATE DEPARTMENT OF CORRECTIONS DIAGNOSTIC CENTER
20 YEARS TO LIFE MANDATORY PAROLE PERIOD

### ADDITIONAL REQUIREMENTS
The restraining order pursuant to C.R.S. 18-1-1001 shall remain in effect
until final disposition of the action, or in the case of an appeal, until
disposition of the appeal.

**JUDGMENT OF CONVICTION IS NOW ENTERED, IT IS FURTHER ORDERED OR RECOMMENDED:**

DATE_____  NPT_____  JUDGE/MAGISTRATE_____
                                       THOMAS J CURRY

### CERTIFICATE OF SHERIFF
I CERTIFY THAT I EXECUTED THIS ORDER AS DIRECTED
DATE_____                 SHERIFF_____
                                       BY DEPUTY_____

```
Status: SXOF      CLSD         District Court, Douglas County
Case #: 2004 CR 000383    Div/Room: 6      Type: Sex Offenses
            The People of Colorado vs RICKS, MICHAEL TODD SR

                                                   DV STATUS:
Case File Date: 6/03/2004   Case Close Date: 5/05/2008  Appealed: Y
                            Confidential Intermediary.............:


                   Bar #    Name
Judicial Off...:  008328   NANCY ARTZ HOPF
Alt Jud Officer:  016111   SUSANNA LEA MEISSNER-CUTLER
                   Description              Stat Date       Time    Rm/D
Trial..........:                                            0:00
Next Schd Event: Review                      9/08/2055      6:00 A
Last Schd Event: Review                 HELD 11/08/2006     7:00 A
Last Event.....: Certificate Filed       n/a 12/03/2008

Attorney(s)....: Y

Agency: DCSD Douglas County Sheriff Dept   Agency Case #: 04-05279
Ticket/Summons Number(s):                       Arrest#: 04A2406

Warrant........: RSWT  Warrant Date: 6/04/2004   Expired Date:
Party on Warrant: RICKS, MICHAEL TODD SR
Change of Venue.:          Agency:

Bond(s)..................: Y   +

Sentence Date............: SCRT  9/08/2005  +
Detention Location.......:
Supervising Agency.......:
Probation Officer........:

                       ----- PARTIES -----
PARTY  ROL STS  NAME                      ATTORNEY                ROL
PTF    1        The People of Colorado
DEF    1        RICKS, MICHAEL TODD SR    TRUHE, ERIC WILLIAM     DPU
                Date of Birth.........: 06/16/1959
                Sex...................: Male
                Race..................: Black
                Home Phone............: (303) 699-9033
                Height................: 511
                Weight................: 200
                Hair Color............: Black
                Eye Color.............: Brown
                BIRTH PLACE...........: VIRGINIA
                Home Address..........: 16393 E LAYTON AVE
                                      : AURORA, CO  80015
                       ----- OTHER PEOPLE -----
ROLE       NAME
VIC  1          *** Victim ***
VIC  2          *** Victim ***
VIC  3          *** Victim ***
VIC 40          *** Victim ***
```

```
 ROLE          NAME
 VIC  59            *** Victim ***
 SRT   2 SRT        PIONEER GENERAL INSURANCE CO
 SRT   1 SRT        Silburn, Robert P
   CNT STS STATUTE NUMBER        CHARGE DESCRIPTION                          CLASS
     1 (D) 18-3-402(1)(g)        Sex Assault-false medical exam                F4
       Offense Date: From: 05/22/2004 To:           Time:         BAC: .000
       Arrest Date.......: 06/03/2004 Time:         Ticket #:
       Disposition.......: Dism by DA                    Date: 03/28/2005
     2 (D) 18-3-404(1)(g)        Sexual Contact-fake medical exam              F4
       Offense Date: From: 05/22/2004 To:           Time:         BAC: .000
       Arrest Date.......: 06/03/2004 Time:         Ticket #:
       Disposition.......: Dism by DA                    Date: 03/28/2005
     3 (D) 18-5-113              Criminal Impersonation-unspecified            F6
       Offense Date: From: 05/22/2004 To:           Time:         BAC: .000
       Arrest Date.......: 06/03/2004 Time:         Ticket #:
       Disposition.......: Dism by DA                    Date: 03/28/2005
    32 ( ) 18-3-402(1)(b),(4)    Sex Asslt-vic incapab-forc/drug/other         F3
       Offense Date: From: 05/22/2004 To: 05/22/2004 Time:         BAC: .000
       Arrest Date.......: 06/03/2004 Time:         Ticket #:
       Plea..............: Plea of Guilty                Date: 03/28/2005
       Disposition.......: Guilty                        Date: 09/08/2005
       SNT DATE     SENTENCE DESCRIPTION         STATUS
       09/08/2005 Sentence by Court              Active
                  Judicial Officer..........: THOMAS J CURRY
                  Victim Compensation Fund..:        $125.00
                  VAST min for off after 5/1:        $162.50
                  Court Costs - T, M, CR....:         $35.00
                  Sex Offender Surcharge....:      $2,000.00              WV
                  Department of Corrections.:          20.00 INDETERMINAT
                  Credit for Time Served....:         297.00 DAY(S)
       SXOF Sex Offender by Statute
 PAROLE PERIOD IS 20 YEARS TO LIFE                                          /JKJ
    33 ( ) 18-3-404(1)(a)        Sexual Contact-no consent                     M1
       Offense Date: From: 05/22/2004 To: 05/22/2004 Time:         BAC: .000
       Arrest Date.......: 06/03/2004 Time:         Ticket #:
       Plea..............: Plea of Guilty                Date: 03/28/2005
       Disposition.......: Glty Misdemeanor              Date: 09/08/2005
       09/08/2005 Sentence by Court              Active
                  Judicial Officer..........: THOMAS J CURRY
                  Jail......................:           2.00 YEAR(S)
       Concurrent with count 32    Case Number: 2004CR000383 Douglas County
       SXOF Sex Offender by Statute
 JAIL SENTENCE TO BE SERVED IN DOC                                          /JKJ
 FILE DATE    EVENT DESCRIPTION
 06/03/2004   Affidavit for Arrest Warrant      Event ID: 000001
 06/03/2004   Motion and Order                  Event ID: 000002
 FOR ARREST WARRANT
 PROP WARRANT                                                               /CAL
 06/03/2004   Warrant Upon Affidavit            Event ID: 000003
              DEF/    RICKS, MICHAEL TODD SR
 WAFF 100000 BOND RTRN WITHIN TWO WEEKS ON FRIDAY AT 830 AM 4000 JUSTICE WAY
 CASTLE ROCK CO 80109 DIV B                                                 /CAL
 BOND TYPE: Cash/Surety/Property
              Related Event   RSWT Return of Service on Warrant    06/04/2004
```

```
FILE DATE     EVENT DESCRIPTION
06/04/2004    Return of Service on Warrant         Event ID: 000004
              Related Event   WAFF Warrant Upon Affidavit      06/03/2004
06/04/2004    Minute Order (print)                 Event ID: 000005
DEFT PRESENT IN CUSTODY IN COURTROOM
ADVISEMENT OF RIGHTS, CHARGES, AND POSSIBLE PENALTIES HELD
DDA: J SIERS
MRO: STANDARD NO CONTACT STAY AWAY NO WEAPONS
BOND: $50,000 CSP
COMPLY WITH MRO
NO NEW OFFENSES
APPEAR FOR ALL COURT DATES
PRE-TRIAL RELEASE SUPV NO TREATMENT OF ANY TYPE W/OUT A LICENSE OR PRACTICE
RFLG: 06-09-04 930AM     CUSTODY
RFLG: 06-25-04 830AM     IF BOND                                       /DJS
06/04/2004    Temp Restraining Ord-Granted         Event ID: 000006
              DEF/RST RICKS, MICHAEL TODD SR
              VIC/PRA *** Victim ***
              VIC/PRA *** Victim ***
              VIC/PRA *** Victim ***
              Related Event   TROV Temp Restraining Order Vacated  03/09/2006
FILE DATE     SCHEDULED EVENT DESCRIPTION    SCHD DATE    TIME      ROOM  PRI
06/04/2004    Appearance on Arrest Warrant   06/04/2004   08:25 AM   B
    Officer: SUSANNA LEA MEISSNER-CUTLER       Length:    1.00 Hour(s)
    Status.: HELD-Hearing Held                 Note..:    IN CUSTODY
06/07/2004    Appearance on Arrest Warrant   06/07/2004   08:25 AM   B
    Officer: SUSANNA LEA MEISSNER-CUTLER       Length:    1.00 Hour(s)
    Status.: HELD-Hearing Held                 Note..:    IN CUSTODY
06/09/2004    Rtrn Filing of Charges         06/09/2004   09:30 AM   B
    Officer: SUSANNA LEA MEISSNER-CUTLER       Length:    1.00 Hour(s)
    Status.: HELD-Hearing Held                 Note..:    CUSTODY
06/09/2004    Rtrn Filing of Charges         06/25/2004   08:30 AM   B
    Officer: SUSANNA LEA MEISSNER-CUTLER       Length:    1.00 Hour(s)
    Status.: VACT-Vacated                      Note..:    IF BOND
06/09/2004    Minute Order (print)                 Event ID: 000007
DEFT PRESENT IN CUSTODY IN COURTROOM
DDA: D VAHLE
COPY OF COMPLAINT HANDED TO DEFT AND THE ORIGINAL IN FILE
COURT ACCEPTS THE ORIGINAL, CHARGES ARE FILED
ADVISEMENT OF RIGHTS CHARGES AND POSSIBLE PENALTIES HELD
APPC: 6-11-04 930AM      CUSTODY
APPC: 7-9-04 830AM       BOND
BOND IS RESERVED                                                       /DJS
06/09/2004    Complaint                            Event ID: 000008
FELONY COMPLAINT AND INFORMATION
CHARGES
NOTICE                                                                 /DJS
06/11/2004    Minute Order (print)                 Event ID: 000009
DEFT PRESENT IN CUSTODY WITH PD TRUHE
DDA: VAHLE
DEFT QUALIFIES FOR THE SERVICES OF PD OFFICE
COURT APPOINTS COUNSEL AT THIS TIME
PD REQUESTS PRELIM HEARING
PREL:  7-9-04 930 AM
ISSUE OF BOND ADDRESSED
```

```
FILE DATE    SCHEDULED EVENT DESCRIPTION      SCHD DATE    TIME       ROOM   PRI
PD TRUHE REQUESTS BOND REDUCTION
DDA VAHLE REQUESTS INCREASE OF BOND DUE TO DEFT IS FLIGHT RISK
AT THIS TIME THE COURT WILL INCREASE BOND TO $100,000.00 CSP
ALL ORIGINAL CONDITIONS APPLY                                                /TLM
06/11/2004   Appearance of Counsel          06/11/2004  09:30 AM   B
     Officer: SUSANNA LEA MEISSNER-CUTLER       Length:  1.00 Hour(s)
     Status.: HELD-Hearing Held                 Note..:  CUSTODY/PD
07/09/2004   Preliminary Hearing            07/09/2004  08:30 AM   B
     Officer: SUSANNA LEA MEISSNER-CUTLER       Length:  1.00 Hour(s)
     Status.: CONT-Continued by Parties         Note..:  IF BOND
07/09/2004   Minute Order (print)           Event ID: 000010
DEFT PRESENT IN CUSTODY WITH PD TRUHE
DDA: D VAHLE
PD REQUESTS PRELIM BE RESET AND WAIVES 30 DAY
DA JOINS IN THE REQUEST FOR A CONTINUANCE
COURT WILL RESET CASE
PREL: 8-6-04 130PM                                                           /DJS
07/28/2004   Notice Filed                   Event ID: 000011
     DEF/    RICKS, MICHAEL TODD SR
OF ENDORSEMENT BY DA                                                         /MDM
07/28/2004   Motion                         Event ID: 000012
     DEF/    RICKS, MICHAEL TODD SR
FOR PERMISSION TO ADD AN ADDL COUNT THIRTY TWO BY DA   SEXUAL ASSLT
PROP ORDER                                                                   /MDM
07/28/2004   Motion                         Event ID: 000013
     DEF/    RICKS, MICHAEL TODD SR
FOR PERMISSION TO ADD AN ADDL COUNT THIRTY THREE BY DA   SEXUAL ASSLT        /MDM
PROP ORDER                                                                   /MDM
07/28/2004   Motion                         Event ID: 000014
     DEF/    RICKS, MICHAEL TODD SR
FOR PERMISSION TO ADD AN ADDL COUNT THIRTY FOUR BY DA UNLAWFUL SEXUAL
CONTACT
PROP ORDER                                                                   /MDM
07/28/2004   Motion                         Event ID: 000015
     DEF/    RICKS, MICHAEL TODD SR
ADDED COUNT THIRTY FIVE THROUGH FORTY FOUR BY DA
SEXUAL ASSLT OVERCOME VICTIMS WILL CNT THIRTY FIVE-THIRTY SIX
UNLAWFUL SEXUAL CONTACT CNT THIRTY SEVEN-FORTY FOUR
PROP ORDER                                                                   /MDM
08/06/2004   Minute Order (print)           Event ID: 000016
DEFT PRESENT IN CUSTODY WITH COUNSEL PD TRUHE
DDA: VAHLE
PRELIM WAIVED
DHRG HELD
OFFER STATED ON THE RECORD
MOTION TO ADD ADDITIONAL COUNTS WAIVED AT THIS TIME
CASE BINDS TO DISTRICT COURT
ARRG: 8-9-04 830 AM
DISTRICT COURT TO RULE ON MOTION TO ADD ADDITONAL COUNTS                     /TLM
08/06/2004   Bindover to Dist Ct w/o prelim   Event ID: 000017
08/06/2004   Preliminary Hearing            08/06/2004  01:30 PM   B
     Officer: SUSANNA LEA MEISSNER-CUTLER       Length:  1.00 Hour(s)
     Status.: VACT-Vacated                      Note..:  CUST/BOND
08/09/2004   Arraignment                    08/09/2004  08:30 AM   1
```

```
FILE DATE    SCHEDULED EVENT DESCRIPTION        SCHD DATE    TIME       ROOM   PRI
        Officer: THOMAS J CURRY                       Length:  1.00 Hour(s)
        Status.: HCNT-Held and Continued
08/09/2004   Minute Order (print)                Event ID: 000018
ARRAIGNMENT
PRESENT: DA DARREN VAHLE; PD ERIC TRUHE WITH DEFT. IN CUSTODY
ORDER: ARRG/DISPO SET ON 10-4-04 AT 10:30
ORDER: DEFT. REMANDED                                                       /JKJ
10/04/2004   Minute Order (print)                Event ID: 000019
ARRG/DISPO
PRESENT: DA DARREN VAHLE; PD CHRISTINA BRIGHAM W/DEFT. IN CUSTODY
ORDER: ARRG/DISPO RESET TO 10-25-04 AT 10:30
ORDER: DEFT.'S REQUEST FOR BOND MODIFICATION - DENIED
ORDER: BOND TO REMAIN AS SET ($100,000 C/S/P); IF BOND POSTED PRETRIAL
SERVICES TO SUPERVISE; DEFT. TO HAVE NO CONTACT WITH CHILDREN UNDER AGE 18;
THIS ORDER DOES NOT APPLY TO HIS OWN CHILDREN RESIDING IN HIS OWN HOME; ANY
OTHER VISITATION RE: OWN CHILDREN TO BE ADDRESSED IN DOMESTIC RELATIONS
COURT
ORDER: DEFT. REMANDED                                                       /JKJ
10/04/2004   Arraignment                         10/04/2004   10:30 AM  1
        Officer: THOMAS J CURRY                       Length:  1.00 Hour(s)
        Status.: HCNT-Held and Continued              Note..:  ARRG/DISP
10/25/2004   Arraignment                         10/25/2004   10:30 AM  1
        Officer: THOMAS J CURRY                       Length:  1.00 Hour(s)
        Status.: HCNT-Held and Continued              Note..:  DISP/ARRG
10/25/2004   Minute Order (print)                Event ID: 000020
ARRAIGNMENT
PRESENT: DA DARREN VAHLE; PD KYLE DUMLER W/DEFT. IN CUSTODY
ORDER: ARRG/DISPO RESET TO 11-8-04 AT 10:30
ORDER: DEFT. REMANDED                                                       /JKJ
11/08/2004   Minute Order (print)                Event ID: 000021
ARRG/DISPO
PRESENT: DA DARREN VAHLE; PD KYLE DUMLER (SPECIAL APPEARANCE) W/DEFT.
ORDER: DEFT. TO FORMALLY APPLY WITH PD OFFICE
ORDER: APPEARANCE OF COUNSEL RESET TO 11-22-04 AT 8:30
ORDER: BOND TO CONTINUE                                                     /JKJ
11/08/2004   Disposition Hearing                 11/08/2004   10:30 AM  1
        Officer: THOMAS J CURRY                       Length:  1.00 Hour(s)
        Status.: HCNT-Held and Continued              Note..:  ARRG/DISP BOND 1
11/22/2004   Appearance of Counsel               11/22/2004   08:30 AM  1
        Officer: THOMAS J CURRY                       Length:  1.00 Hour(s)
        Status.: HELD-Hearing Held
11/22/2004   Minute Order (print)                Event ID: 000022
AOC/ARRG
PRESENT: DA DARREN VAHLE; COUNSEL ELINOFF W/DEFT
ORDER: ARRG/DISPO RESET TO 1-31-05 AT 8:30
ORDER: BOND TO CONTINUE
ORDER: DEFT.S' REQUEST TO SPEND TIME WITH GRANDCHILDREN - GRANTED W/CONDITION
THAT SUPERVISION IS PROVIDED BY DEFT.'S WIFE AT ALL TIMES                   /JKJ
01/31/2005   Minute Order (print)                Event ID: 000023
ARRG/DISPO
PRESENT: DA JASON SIERS; COUNSEL KALLMAN ELINOFF W/DEFT.
 ORDER: ARRG/DISPO RESET TO 3-28-05 AT 9:00 (SEX OFF. EVAL TO BE PERFORMED)
 ORDER: BOND TO CONTINUE                                                    /JKJ
01/31/2005   Disposition Hearing                 01/31/2005   08:30 AM  1
```

Case 1:01-cv-12257-PBS   Document 6426-89   Filed 08/28/09   Page 8 of 14

```
FILE DATE     SCHEDULED EVENT DESCRIPTION       SCHD DATE    TIME      ROOM   PRI
        Officer: THOMAS J CURRY                       Length:  1.00 Hour(s)
        Status.: HCNT-Held and Continued              Note..:  DISP/ARRG
03/28/2005  Arraignment                         03/28/2005  09:00 AM    1
        Officer: THOMAS J CURRY                       Length:  1.00 Hour(s)
        Status.: DSPO-Disposition Reached             Note..:  DISP/ARRG
03/28/2005  Minute Order (print)                Event ID: 000024
ARRAIGNMENT
PRESENT: DA DARREN VAHLE; COUNSEL KALLMAN ELINOFF W/DEFT
 ORDER: PEOPLE'S MOTION TO ADD A CT. 32 & 33 - GRANTED
 ORDER: PEOPLE'S MOTION TO DISMISS COUNTS 1 AND 3-31 GRANTED
 ORDER: PREVIOUSLY FILED MOTIONS TO ADD COUNTS 32 AND 33 WITHDRAWN
 ORDER: SENTENCING SET 6-9-05 AT 1:30 (PSI/SEX OFFENDER EVAL ORDERED)
 ORDER: BOND TO CONTINUE; CONSENT OF SURETY TO BE SUBMITTED BY 5:00 PM THIS
  DATE                                                                   /JKJ
03/28/2005  Filing Other                        Event ID: 000025
PLEA AGREEMENT OF THE PARTIES                                            /JKJ
03/28/2005  Filing Other                        Event ID: 000026
RULE 11 ADVISEMENT                                                       /JKJ
03/28/2005  Motion and Order                    Event ID: 000027
FOR PERMISSION TO ADD ADDITIONAL COUNTS                                  /JKJ
03/28/2005  PSI Ordered                         Event ID: 000028
03/28/2005  Sex Offender Eval Ordered           Event ID: 000029
03/28/2005  Filing Other                        Event ID: 000030
ADDENDUM TO PLEA OF GUILTY                                               /JKJ
03/28/2005  Consent                             Event ID: 000031
OF SURETY                                                                /JKJ
04/05/2005  Motion                              Event ID: 000032
DA EX PARTE TO REVOKE BOND                                               /MCM
04/05/2005  Filing Other                        Event ID: 000033
04/05/2005  Minute Order (print)                Event ID: 000034
ADVISEMENT (EX PARTE MOTION TO REVOKE BOND AND REQUEST FOR WARRANT)
 PRESENT: DA DARREN VAHLE; DEFT. PRO SE IN CUSTODY
ORDER: BOND HEARING TO BE SET WITH DEFENSE COUNSEL ELINOFF
ORDER: BOND INCREASED TO AMOUNT OF $1,000,000 C/S/P
ORDER: MATTER REMAINS AS SET SENTENCING ON 6-9-05 AT 1:30
ORDER: DEFT. REMANDED
*
*
PURSUANT TO PHONE CONVERSATION WITH COUNSEL ELINOFF, BOND HEARING SET 4-18-05
AT 10:30; DIVISION ADVISED DA VAHLE AND DCSO OF SETTING                  /JKJ
04/05/2005  Appearance on Arrest Warrant        04/05/2005  11:00 AM    1
        Officer: THOMAS J CURRY                       Length:  1.00 Hour(s)
        Status.: HELD-Hearing Held                    Note..:  IN CUSTODY
04/18/2005  Hearing on Bond                     04/18/2005  10:30 AM    1
        Officer: THOMAS J CURRY                       Length:  1.00 Hour(s)
        Status.: VACT-Vacated
04/25/2005  Hearing on Bond                     04/25/2005  11:00 AM    1
        Officer: THOMAS J CURRY                       Length:  1.00 Hour(s)
        Status.: HELD-Hearing Held
04/25/2005  Minute Order (print)                Event ID: 000035
BOND HEARING
PRESENT: DA DARREN VAHLE; COUNSEL KALLMAN ELINOFF W/DEFT IN CUSTODY
ORDER: DEFT'S REQUEST TO MODIFY BOND - DENIED
ORDER: DA'S REQUEST FOR NO BOND HOLD - GRANTED
```

Case 1:01-cv-12257-PBS   Document 6426-89   Filed 08/28/09   Page 9 of 14

```
ORDER: BOND MODIFIED TO NO BOND HOLD
ORDER: COURT RECEIVES PEOPLE'S EXHIBIT 1
ORDER: DEFT. REMANDED                                                          /JKJ
04/25/2005   Filing Other                       Event ID: 000036
PEOPLE'S EXHIBIT 1 - DENVER POLICE REPORT                                      /JKJ
05/13/2005   Letter                             Event ID: 000037
RE REQUEST FOR SENTENCING                                                      /CAD
06/06/2005   Pre-Sentence Invest Rpt Filed      Event ID: 000038
06/09/2005   Minute Order (print)               Event ID: 000039
SENTENCING HEARING
PRESENT: DA VAHLE; COUNSEL KALLMAN ELINOFF W/DEFT. IN CUSTODY
 COUNSEL ELINOFF ADVISES COURT THAT HIS SERVICES HAVE BEEN TERMINATED BY
DEFT.; ORAL MOTION TO WITHDRAW ENTERED/ACCEPTED;
ORDER: P.D. APPOINTED; DEFT. IS SEEKING TO W/DRAW HIS PLEA
ORDER: SENTENCING HEARING VACATED
ORDER: THIS MATTER RESET FOR APPC 6-13-05 @ 3:00 P.M.                          /GLS
06/09/2005   Sentencing Hearing                 06/09/2005   01:30 PM   1
      Officer: THOMAS J CURRY                   Length:  1.00 Hour(s)
      Status.: VACT-Vacated                     Note..:  PSI/SOEV/BOND
06/13/2005   Appearance of Counsel              06/13/2005   03:00 PM   1
      Officer: THOMAS J CURRY                   Length:  1.00 Hour(s)
      Status.: HELD-Hearing Held
06/13/2005   Minute Order (print)               Event ID: 000040
AOC/FURTHER PROCEEDINGS
PRESENT: DA DARREN VAHLE; PD KYLE DUMLER W/DEFT IN CUSTODY
ORDER: PD APPOINTED TO REPRESENT DEFT WHILE HE REMAINS IN CUSTODY
ORDER: ISSUE OF DEFT'S WITHDRAWAL OF PLEA SET 6-16-05 AT 8:30
ORDER: DEFT REMANDED                                                           /JKJ
06/16/2005   Minute Order (print)               Event ID: 000041
FPRD ON ISSUE OF WITHDRAWAL OF PLEA
PRESENT: DA DARREN VAHLE; PD KYLE DUMLER W/DEFT IN CUSTODY
ORDER: MOTION RE: WITHDRAWAL OF PLEA TO BE FILED BY 6-30-05; HEARING SET
7-11-05 AT 1:30 (1 HOUR)
ORDER: DEFT REMANDED                                                           /JKJ
06/16/2005   Hearing                            06/16/2005   08:30 AM   1
      Officer: THOMAS J CURRY                   Length:  1.00 Hour(s)
      Status.: HELD-Hearing Held                Note..:  FP/
06/28/2005   Report                             Event ID: 000042
SPECIAL FROM PROB                                                              /KCP
07/05/2005   Notice Filed                       Event ID: 000043
      DEF/    RICKS, MICHAEL TODD SR
OF WITNESSES                                                                   /CAD
07/05/2005   Motion                             Event ID: 000044
      DEF/    RICKS, MICHAEL TODD SR
TO WITHDRAW GUILTY PLEA                                                        /CAD
07/11/2005   Minute Order (print)               Event ID: 000045
HEARING RE: MOTION TO WITHDRAW PLEA
PRESENT: DA DARREN VAHLE; PD KYLE DUMLER W/DEFT IN CUSTODY
WITNESSES SWORN/TESTIFIED: MICHAEL RICKS; KALLMAN ELINOFF
ORDER: DEFT'S MOTION TO WITHDRAW GUILTY PLEA - DENIED
ORDER: SENTENCING SET 9-8-05 AT 2:00 (IF PROBATION DEEMS APPROPRIATE, UPDATED
REPORT TO BE SUBMITTED)
ORDER: DEFT. REMANDED                                                          /JKJ
07/11/2005   Motions Hearing                    07/11/2005   01:30 PM   1
```

```
FILE DATE   SCHEDULED EVENT DESCRIPTION    SCHD DATE    TIME     ROOM    PRI
            Officer: THOMAS J CURRY                  Length:   1.00 Hour(s)
            Status.: HELD-Hearing Held              Note..:  W/D PLEA
08/10/2005  Report                          Event ID: 000046
SPECIAL RPRT                                                                /CAD
08/10/2005  Letter                          Event ID: 000047
SVP ASSESSMENT ADDENDUM SPECIAL RPRT                                        /CAD
09/08/2005  Minute Order (print)            Event ID: 000048
SENTENCING
PRESENT: DA DARREN VAHLE; PD KYLE DUMLER W/DEFT IN CUSTODY
STATEMENTS: GREG BARKLEY; VICTIM 1; SUSAN MITCHELL; JOHN MICHAEL
KEATING; VICTIM 2; RITA BELLINO; CASSANDRA RICKS; MICHAEL TODD RICKS JR.;
 SENTENCE:
COUNT 32: DOC -INDETERMINATE 20 YEARS TO LIFE; 297 DAYS CREDIT TIME SERVED;
COSTS; SEX OFFENDER SURCHARGE WAIVED; PAROLE PERIOD - 20 YEARS TO LIFE;
COUNT 33: 2 YEARS JAIL CONCURRENT W/CT 32; TO BE SERVED IN DOC
ORDER: RESTITUTION IN AMOUNT OF $1,876.00 PROVIDED; DEFENSE HAS 15 DAYS TO
FILE ANY OBJECTION; RESTITUTION AWARD MAY CONTINUE FOR ONGOING TREATMENT
ORDER: DEFT'S MOTION FOR RELEASE OF PROPERTY - GRANTED
ORDER: DEFT REMANDED
(DEFT DEEMED SEX OFFENDER BY STATUTE)                                       /JKJ
09/08/2005  Case Closed                     Event ID: 000049
09/08/2005  SEX OFFENDER BY STATUTE         Event ID: 000050
            Related Event   CAT  In Custody Awaiting Transport  09/16/2005
09/08/2005  Letter                          Event ID: 000051
RE: SENTENCING                                                              /JKJ
09/08/2005  Mittimus Issued                 Event ID: 000052
            DEF/    RICKS, MICHAEL TODD SR
09/08/2005  Sentencing Hearing              09/08/2005  02:00 PM  1
            Officer: THOMAS J CURRY                  Length:  1.00 Hour(s)
            Status.: HELD-Hearing Held
09/16/2005  In Custody Awaiting Transport   Event ID: 000053
            Related Event   SXOF SEX OFFENDER BY STATUTE       09/08/2005
09/20/2005  SEX OFFENDER REGISTERED - DCSD  Event ID: 000054
            Related Event   SXOF SEX OFFENDER BY STATUTE       09/08/2005
10/03/2005  SEX OFFENDER REGISTERED - DOCC  Event ID: 000055
            DEF/    RICKS, MICHAEL TODD SR
            Related Event   SXOF SEX OFFENDER BY STATUTE       09/08/2005
10/03/2005  Reopened                        Event ID: 000056
10/03/2005  Minute Order (print)            Event ID: 000057
SETTING: SUBPOENA RETURN 10-19-05 AT 8:15
MATTER SET WITH D.A.'S OFFICE (VICTIM COMP RECORDS)                         /JKJ
10/04/2005  Motion                          Event ID: 000058
            DEF/    RICKS, MICHAEL TODD SR
TO PROCEED IN FORMA PAUPERIS                                                /CAD
10/05/2005  Review                          10/03/2005  06:00 AM  1
            Officer: THOMAS J CURRY                  Length:  1.00 Hour(s)
            Status.: VACT-Vacated                    Note..:  SET RESTIT HRG
10/06/2005  Order                           Event ID: 000059
RE: MOTION TO PROCEED IN FORMA PAUPERIS                                     /JKJ
10/06/2005  Minute Order (print)            Event ID: 000060
ORDER: DEFT'S MOTION TO PROCEED IN FORMA PAUPERIS - GRANTED
*FLNG: ORDER                                                                /JKJ
10/11/2005  Filing Other                    Event ID: 000061
VICTIM'S COMPENSATION FILE                                                  /GLS
```

```
FILE DATE    SCHEDULED EVENT DESCRIPTION      SCHD DATE    TIME      ROOM   PRI
10/19/2005   Minute Order (print)             Event ID: 000062
SUBPOENA RETURN
MATTER VACATED FROM DOCKET FOR SUBPOENA RETURN AS VICTIM COMP RECORDS HAVE
BEEN PROVIDED TO COURT                                                    /JKJ
10/19/2005   Hearing                          10/19/2005   08:15 AM    1
      Officer: THOMAS J CURRY                      Length:  1.00 Hour(s)
      Status.: VACT-Vacated                        Note..:  SUBP RTRN
10/25/2005   Notice of Appeal Filed           Event ID: 000063
10/25/2005   Desg of Record on Appeal         Event ID: 000064
10/28/2005   Advisory Notc of filing NAPF     Event ID: 000065
RECORD ON APPEAL IS DUE 01 23 06                                          /VAW
11/02/2005   Review                           11/08/2005   07:00 AM    1
      Officer: THOMAS J CURRY                      Length:  1.00 Hour(s)
      Status.: HELD-Hearing Held                   Note..:  TROV/APPEAL
12/09/2005   Minute Order (print)             Event ID: 000066
ORDER: COURT PERMITS DISCOVERY OF CERTAIN VICTIM COMPENSATION RECORDS FOR
RESTITUTION PURPOSES.
FLG: ORDR; (*COPIES OF PERM RECORDS AND O TO DA, PD)                      /GLS
01/19/2006   Affidavit                        Event ID: 000067
REPORTER'S AFFI FOR EXTENSION
FILED W/COURT OF APPEALS                                                  /VAW
01/30/2006   Order                            Event ID: 000068
RQST FOR EXTENSION OF TIME TO TRANSMIT RECORD ON APPEAL
GRANTED BY THE COURT OF APPEALS DTD 01 27 06
RECORD IS NOW DUE 04 24 06                                                /VAW
03/08/2006   Review                           09/08/2055   06:00 AM    6
      Officer: NANCY ARTZ HOPF                     Length:  1.00 Hour(s)
                                                   Note..:  TRO EXP 10-12-55
03/09/2006   Temp Restraining Order Vacated   Event ID: 000069
Restraining Order auto vacated 03/09/06.
          Related Event   TROG Temp Restraining Ord-Granted    06/04/2004
05/03/2006   Review                           05/08/2006   07:00 AM    1
      Officer: THOMAS J CURRY                      Length:  1.00 Hour(s)
      Status.: HCNT-Held and Continued             Note..:  TROV/APPEAL
06/22/2006   Order                            Event ID: 000070
RQST FOR EXTENSION OF TIME TO TRANSMIT APPEAL GRANTED BY COURT OF APPEALS DTD
06 21 06
RECORD IS NOW DUE 07 24 06                                                /VAW
07/27/2006   Minute Order (No Print)          Event ID: 000071
RECORD ON APPEAL SENT TO CA 07 27 06
2 VOLUMES LOWER COURT RECORD
1 VOLUMN SEALED ENVELOPES
1 VOLUMN TRANSCRIPT OF HEARINGS
1 VOLUMN EXHIBIT ENVELOP                                                  /VAW
07/31/2006   Filing Other                     Event ID: 000072
RECEIPT FOR TRIAL COURT RECORD RECEIVED AT COURT OF APPEALS
DATE RECEIVED AT COURT OF APPEALS 07 28 06                                /VAW
09/08/2006   Motion                           Event ID: 000073
         DEF/    RICKS, MICHAEL TODD SR
REQUESTING LEAVE TO PROCEED FORMA PAUPERIS WAIVING FILING FEES AND AFFIDAVIT
OF INDIGENCY                                                              /YMP
09/08/2006   Motion                           Event ID: 000074
         DEF/    RICKS, MICHAEL TODD SR
FOR COPIES OF DEFENDANTS PLEA AGREEMENT RULE 11 TRANSCRIPT REVOCATION BOND
```

```
FILE DATE     SCHEDULED EVENT DESCRIPTION      SCHD DATE    TIME     ROOM   PRI
HEARING TRANSCRIPT AND BOOK IN RECORDS                                        /YMP
09/08/2006  Motion                             Event ID: 000075
            DEF/    RICKS, MICHAEL TODD SR
REQUESTING LIBERAL CONSTRUING OF PRO SE PETITIONER AND APPLICATION TO THE
COURT                                                                         /YMP
09/12/2006  Motion                             Event ID: 000076
            DEF/    RICKS, MICHAEL TODD SR
TO REINFORCE COURT ORDER                                                      /PAC
09/12/2006  Motion                             Event ID: 000077
            DEF/    RICKS, MICHAEL TODD SR
REQUESTING LEAVE TO PROCEED FORMA PAUPERIS WAIVING FILING FEES AND AFFIDAVIT
OF INDIGENCY                                                                  /PAC
09/12/2006  Motion                             Event ID: 000078
            DEF/    RICKS, MICHAEL TODD SR
MOTION REQUESTING LIBERAL CONSTRUING OF PRO SE PETITIONER AND APPLICATION TO
THE COURT                                                                     /PAC
09/28/2006  Minute Order (print)               Event ID: 000079
ORDER: MTN TO REINFORCE COURT ORDER DEEMED UNNECESSARY TO REINFORCE ORDER
ALREADY GRANTED
*FLG:ORDR;(COPY TO DEFT, DA,)                                                 /GLS
09/28/2006  Minute Order (print)               Event ID: 000080
ORDER: DEFT PRO SE MTN FOR COPIES DENIED
*FLG:ORDR; (COPY TO DEFT., DA)                                                /GLS
01/03/2007  Minute Order (print)               Event ID: 000081
THE COURT CLARIFIES THE PRIOR ORDERS OF JUDGES CURRY AND POLIDORI REGARDING
THE RELEASE OF PROPERTY AS FOLLOWS.  THIS CASE IS CURRENTLY ON APPEAL.
THEREFORE THE SHERIFF SHALL NOT RELEASE THE DEFENDANT'S PROPERTY TO THE
EXTENT THAT IT MAY CONSTITUTE EVIDENCE IN THIS CASE OR CONTRABAND.            /NAH
01/25/2007  Motion                             Event ID: 000082
            DEF/    RICKS, MICHAEL TODD SR
TO GRANT CONTEMPT OF COURT                                                    /PAC
01/29/2007  Motion                             Event ID: 000083
            DEF/    RICKS, MICHAEL TODD SR
TO GRANT CONTEMPT OF COURT                                                    /PAC
01/29/2007  Motion                             Event ID: 000084
            DEF/    RICKS, MICHAEL TODD SR
FOR COPIES OF DEFTS PLEA AGREEMENT REVOCATION BOND HEARING TRANSCRIPT AND
BOOK IN RECORDS                                                               /PAC
01/30/2007  Filing Other                       Event ID: 000085
SPECIAL ENTRY OF APPEARANCE                                                   /PAC
03/12/2007  Motion                             Event ID: 000086
            DEF/    RICKS, MICHAEL TODD SR
TO RECONSIDER ORDER FOR LACK OF SUBJECT MATTER JURISDICTION                   /PAC
03/23/2007  Order                              Event ID: 000087
DENYING DEFENDANT'S MOTION TO RECONSIDER ORDER FOR LACK OF SUBJECT MATTER
JURISDICTION                                                                  /LJR
05/10/2007  Filing Other                       Event ID: 000088
RETURNED TO SENDER MOTN TO GRANT CONTEMPT OF COURT  MAIL REFUSED              /PAC
07/09/2007  Motion                             Event ID: 000089
            DEF/    RICKS, MICHAEL TODD SR
TO COMPEL TO RULE ON MOTN TO GRANT CONTEMPT OF COURT                          /PAC
05/05/2008  Closed after post jdg activity     Event ID: 000090
05/05/2008  Review                             11/08/2006  07:00 AM  6
       Officer: NANCY ARTZ HOPF                         Length: 1.00 Hour(s)
```

Case 1:01-cv-12257-PBS   Document 6426-89   Filed 08/28/09   Page 13 of 14

```
05/29/2008   Order                              Event ID: 000091
PETN FOR WRIT OF CERTIORARI IS DENIED
BY ORDR OF THE COLO SUPREME COURT DTD:  05/27/08                          /VAW
06/20/2008   Mandate from Appeals Court         Event ID: 000092
JGMT AND SENTENCE AFFIRMED                                                /VAW
08/01/2008   Request Filed                      Event ID: 000093
RQST
DATE THE COURT RECEIVED TRANSCRIPT:7/30/08
JUDGE/MAGISTRATE:CURRY
DATE OF HEARING REQUESTED:7/11/05 & 9/8/05
PERSON REQUESTING CD/TAPE:MICHAEL TODD RICKS-BEY
PHONE NUMBER OF PARTY REQUESTING CD/TAPE:NONE
NAME OF TRANSCRIBER ASSIGNED:
DATE SENT TO TRANSCRIBER:SENT TO DIV 6 ON THIS DATE FOR LISA WAGNER       /MM
08/18/2008   Filing Other                       Event ID: 000094
RECEIVED BACK FROM COURT OF APPEALS
1 EXHIBIT ENVELOPE
1 SEALED ENVELOPE
1 VOLUME SEALED ENVELOPE
1 VOLUME TRANSCRIPTS
2 VOLUME TRIAL COURT RECORD
*********************************
EXHIBIT ENVELOPE AND TRANSCRIPTS TAKEN TO OFF SITE STORAGE                /VAW
12/03/2008   Affidavit                          Event ID: 000095
             DEF/    RICKS, MICHAEL TODD SR
AFFIDAVIT OF PROVERTY PURSUANT TO ATTACHED PETITION                       /DAB
12/03/2008   Petition                           Event ID: 000096
             DEF/    RICKS, MICHAEL TODD SR
OF NATURAL RIGHTS TO ACCESS TO THE COURTS WITHOUT FILING FEES OR COSTS    /DAB
12/03/2008   Certificate Filed                  Event ID: 000097
             DEF/    RICKS, MICHAEL TODD SR
OF SERVICE                                                                /DAB
12/03/2008   Affidavit                          Event ID: 000098
             DEF/    RICKS, MICHAEL TODD SR
AFFIDAVIT OF PROOF OF MAILING                                             /DAB
12/03/2008   Certificate Filed                  Event ID: 000099
             DEF/    RICKS, MICHAEL TODD SR
COPY CERTIFICATION BY DOCUMENT CUSTODIAN                                  /DAB
                              BOND INFORMATION
  Bond Id Number.....:    1        Bond Status....: BRVK
  Set Date...........: 06/03/2004  Set Amount.....: $100,000.00     Type: CSP
  Post Date..........: 10/29/2004  Post Amount....: $100,000.00     Type: SUR
  Professional Surety: Silburn, Robert P
  Prof Surety Power #: 100458013
  Adjusted Date......: 06/11/2004  Adjusted Amount: $100,000.00
  Bond Instructions:
May use for Fines and Costs:
May be released to Defendant:
    Conditions:
    NO NEW OFFENSES, APPEAR FOR ALL COURT DATES, MAY NOT LEAVE STATE
    COMPLY WITH MRO PRETRIAL REL SUPV
  Bond Id Number.....:    2        Bond Status....: BVCT
  Set Date...........: 04/05/2005  Set Amount.....: $1,000,000.00   Type: CSP
```

## BOND INFORMATION

Post Date.........:                    Post Amount....:                    Type:
Bond Instructions:
May use for Fines and Costs:
May be released to Defendant:
Bond Id Number....:    3               Bond Status....: BSET
Set Date..........: 04/25/2005         Set Amount.....: $0.00              Type: NOBD
Post Date.........:                    Post Amount....:                    Type:
Bond Instructions:
May use for Fines and Costs:
May be released to Defendant:
  Conditions:
  NO BOND HOLD

End of Case: 2004 CR 000383