# Exhibit 372

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

District Court, Denver County, State of Colorado
Case#:D0162005CR003189  Div/Room: 11
JUDGMENT OF CONVICTION, SENTENCE  Original
           The People of Colorado vs RICKS, MICHAEL TODD
                                    DOB  6/16/1959  SID XC236091

The Defendant was sentenced on: 10/27/2006
People represented by...: WEBER, DAWN
Defendant represented by: FLAVIN, STEPHEN
UPON DEFENDANT'S CONVICTION this date of:  6/28/2006
The defendant pled guilty to:
Count #     7 Charge: Impersonating a Peace Officer
C.R.S # 18-8-112                        Class: F6
Date of offense(s):  2/01/2005 to  2/01/2005   Date of plea(s):    6/28/2006
Count #    10 Charge: Pandering-Induce by Menacing
C.R.S # 18-7-203(1)(a)                  Class: F5
Date of offense(s):  2/01/2005 to  2/01/2005   Date of plea(s):    6/28/2006

**IT IS THE JUDGMENT/SENTENCE OF THIS COURT** that the defendant be sentenced to
THE CUSTODY OF THE EXECUTIVE DIRECTOR OF THE DEPARTMENT OF CORRECTIONS
Department of Corrections           4.00 YEARS                    COUNT      7
Credit for Time Served            598.00 DAYS                     COUNT      7
CONCURRENT WITH COUNT   10   CASE NUMBER: 2005CR  3189 Denver County
CONCURRENT WITH COUNT        CASE NUMBER: 2004CR   383 Douglas County
*2 YRS MANDATORY PAROLE                                                    /JLB
Department of Corrections           3.00 YEARS                    COUNT     10
CONCURRENT WITH COUNT    7   CASE NUMBER: 2005CR  3189 Denver County
CONCURRENT WITH COUNT        CASE NUMBER: 2004CR   383 Douglas County
*1 YR MANDATORY PAROLE                                                     /JLB

              Assessed                 Balance
          $    372.50          $        372.50

**THEREFORE, IT IS ORDERED** the Sheriff of Denver County     shall convey the
DEFENDANT to the following department TO BE RECEIVED AND KEPT ACCORDING TO LAW
COLORADO STATE DEPARTMENT OF CORRECTIONS DIAGNOSTIC CENTER

                        ADDITIONAL REQUIREMENTS

JUDGMENT OF CONVICTION IS NOW ENTERED, IT IS FURTHER ORDERED OR RECOMMENDED:


DATE 10/31/06  NPT 10/27/06   JUDGE/MAGISTRATE
                                              ROBERT LEWIS MCGAHEY

                        CERTIFICATE OF SHERIFF
I CERTIFY THAT I EXECUTED THIS ORDER AS DIRECTED
DATE _____              SHERIFF _____
                                         BY DEPUTY _____