# Exhibit 373

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support**
**of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

25 of 127 DOCUMENTS

Copyright 2005 The Denver Post
All Rights Reserved
The Denver Post

September 9, 2005 Friday
FINAL EDITION

**SECTION:** DENVER & THE WEST; Pg. B-08

**LENGTH:** 434 words

**HEADLINE:** Sex predator gets 20 years to life Believed to have assaulted 10 women while posing in various roles, the 46-year-old drama grad faces more charges and must serve at least 13 years.

**BYLINE:** Mike McPhee Denver Post Staff Writer

**BODY:**

A sexual predator believed to have assaulted 10 women while masquerading as a doctor, a chiropractor, a massage therapist and others, was sentenced to 20 years to life in prison Thursday in Douglas County District Court.

Michael Ricks, 46, asked Judge Thomas Curry for leniency, suggesting that he be given probation and treatment so he could begin working with young adolescents. As two victims and their families reacted in disbelief at Ricks' request, Curry said there wasn't a chance of granting it.

"It's clear to me that you operate as two very different people - you are one person to your family and an entirely different person in the community where you carry on your activities as a chiropractor or whatever," Curry said. "I believe you have a very high risk of reoffending and that you can't be appropriately contained (as a sexual predator)."

Ricks was given the 20-year sentence after pleading guilty to one count of felony sexual assault. He received a two-year sentence after pleading guilty to one count of misdemeanor unlawful sexual contact. The sentences will be served concurrently. He must serve 13 years before becoming eligible for parole.

Darren Vahle, senior deputy district attorney, called Ricks "a good liar, a chronic liar who will say anything to get what he wants."

"He put himself into positions of power, of authority over women, then used it for his own sexual gratification," Vahle said.

One victim, who was assaulted last year when she was 18, told Curry she went to "Dr. Mike" after an automobile accident, believing he was a chiropractor and massage therapist who could relieve her pain and sore muscles. She testified that Ricks began massaging her, then told her she had internal bruising in her vagina, which required him to insert a vibrator in her.

The woman said she has lost all trust, even with lifelong friends, and is sometimes terrified to be out in public alone.

Ricks had a variety of business cards for different professions, all of which stated that he had a Ph.D. In fact, he has



Sex predator gets 20 years to life Believed to have assaulted 10 women while posing in various roles, the 46-year-old drama grad faces more charges and must serve at least 13 years. The Denver Post Se

an undergraduate degree in drama from the University of Kansas.

Ricks has fathered eight children, ages 25 years to 10 months, with six women. Two of his eldest children testified Thursday that he has been a good father and deserves treatment. Ricks said his wife was unable to attend his sentencing because she was at work.

Denver police arrested him in April on charges of impersonating a police officer and said he was threatening to arrest women unless they had sex with him. His bond was forfeited and his bail increased to $1 million. He is to appear in Denver court Sept. 22.

**LOAD-DATE:** September 9, 2005