# Exhibit 375

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# DEY LABORATORIES

| Dey NDC # 49502 | | | *Average Wholesale Price List* | | | | Effective Date: | 11/15/96 |
|---|---|---|---|---|---|---|---|---|
| Product Number | Strength | Size | Description | Rx or OTC | RTG | Units per Carton | Minimum Order | AWP Price |
| **ACETYLCYSTEINE SOLUTION, (Mucosil™)** | | | | | | | | |
| 18104 | 10% | 4 mL | Acetylcysteine Solution USP | Rx | AN | 12 / ctn | 6 ctns | 67.80 |
| 18110 | 10% | 10 mL | Acetylcysteine Solution USP | Rx | AN | 3 / ctn | 12 ctns | 40.26 |
| 18130 | 10% | 30 mL | Acetylcysteine Solution USP | Rx | AN | 3 / ctn | 12 ctns | 110.48 |
| 18204 | 20% | 4 mL | Acetylcysteine Solution USP | Rx | AN | 12 / ctn | 6 ctns | 81.36 |
| 18210 | 20% | 10 mL | Acetylcysteine Solution USP | Rx | AN | 3 / ctn | 12 ctns | 48.66 |
| 18230 | 20% | 30 mL | Acetylcysteine Solution USP | Rx | AN | 3 / ctn | 12 ctns | 133.43 |
| 18200 | 20% | 100 mL | Acetylcysteine Solution USP | Rx | AN | 1 / ctn | 4 ctns | 92.21 |
| **ALBUTEROL AEROSOL, METERED DOSE INHALER** | | | | | | | | |
| 30317 | 200 metered inhalations | | Albuterol Inhalation Aerosol 17g (Kit) | Rx | AB | 1 / ctn | 144 ctns | 21.70 |
| ❶ 30327 | 200 metered inhalations | | Albuterol Inhalation Aerosol 17g (Refill) | Rx | AB | 1 / ctn | 144 ctns | 19.79 |
| **ALBUTEROL SOLUTION 0.083%, UNIT-DOSE (Premixed)** | | | | | | | | |
| 69703 | 0.083% | 3 mL | Albuterol Sulfate Inhalation Solution 0.083% | Rx | AN | 25 / ctn | 4 ctns | 30.25 |
| 69733 | 0.083% | 3 mL | Albuterol Sulfate Inhalation Solution 0.083% | Rx | AN | 30 / ctn | 12 ctns | 36.30 |
| 69760 | 0.083% | 3 mL | Albuterol Sulfate Inhalation Solution 0.083% | Rx | AN | 60 / ctn | 12 ctns | 72.60 |
| **ALBUTEROL SOLUTION 0.5%, MULTIDOSE (Concentrate)** | | | | | | | | |
| 19620 | 5 mg/mL | 20 mL | Albuterol Sulfate Inhalation Solution 0.5% | Rx | AN | 1 / ctn | 72 ctns | 14.99 |
| **ALBUTEROL SYRUP** | | | | | | | | |
| 79516 | 2 mg/5 mL | (1 Pint) | Albuterol Sulfate Syrup | Rx | AA | Not Appl. | 12 btls | 27.92 |
| **CROMOLYN SOLUTION, UNIT-DOSE (Premixed)** | | | | | | | | |
| 68902 | 20 mg/2 mL | 2 mL | Cromolyn Sodium Inhalation Solution USP | Rx | AN | 60 / ctn | 6 ctns | 42.00 |
| 68912 | 20 mg/2 mL | 2 mL | Cromolyn Sodium Inhalation Solution USP | Rx | AN | 120 / ctn | 6 ctns | 84.00 |
| **METAPROTERENOL SOLUTION, UNIT-DOSE (Premixed)** | | | | | | | | |
| 67803 | 0.4% | 2.5 mL | Metaproterenol Sulfate Inhalation Solution USP | Rx | AN | 25 / ctn | 4 ctns | 30.75 |
| 67603 | 0.6% | 2.5 mL | Metaproterenol Sulfate Inhalation Solution USP | Rx | AN | 25 / ctn | 4 ctns | 30.75 |
| **SODIUM CHLORIDE SOLUTIONS** | | | | | | | | |
| **Sodium Chloride, Hypotonic** | | | | | | | | |
| 82003 | 0.45% | 3 mL | Sodium Chloride Inhalation Solution USP | OTC | — | 100 / ctn | 10 ctns | 24.20 |
| 82005 | 0.45% | 5 mL | Sodium Chloride Inhalation Solution USP | OTC | — | 100 / ctn | 10 ctns | 24.20 |
| **Sodium Chloride, Isotonic** | | | | | | | | |
| 83003 | 0.9% | 3 mL | Sodium Chloride Inhalation Solution USP | OTC | — | 100 / ctn | 10 ctns | 24.20 |
| 83005 | 0.9% | 5 mL | Sodium Chloride Inhalation Solution USP | OTC | — | 100 / ctn | 10 ctns | 24.20 |
| 83015 | 0.9% | 15 mL | Sodium Chloride Inhalation Solution USP | OTC | — | 24 / ctn | 6 ctns | 14.10 |
| **Sodium Chloride, Hypertonic** | | | | | | | | |
| 64015 | 3% | 15 mL | Dey-Pak (R) Sodium Chloride Solution | Rx | — | 50 / ctn | 2 ctns | 51.00 |
| 64115 | 10% | 15 mL | Dey-Pak (R) Sodium Chloride Solution | Rx | — | 50 / ctn | 2 ctns | 51.00 |
| **STERILE WATER** | | | | | | | | |
| 81003 | — | 3 mL | Sterile Water For Inhalation USP | OTC | — | 100 / ctn | 10 ctns | 24.20 |
| 81005 | — | 5 mL | Sterile Water For Inhalation USP | OTC | — | 100 / ctn | 10 ctns | 24.20 |

NOTE:
❶ New Product

Form# 09-108-14

DL-TX-0096238