# Exhibit 377

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

**DEY LABORATORIES**
2751 Napa Valley Corporate Drive
Napa, CA 94558
800/755-5560 or 707/224-3200

*Average Wholesale Price (AWP) List*

Effective 12/01/95

Dey NDC # 49502

| NDC # | Product Number | Strength | Size | Description | Rx or OTC | Orange Book Rating | Units per Carton | AWP $ |
|---|---|---|---|---|---|---|---|---|
| **ACETYLCYSTEINE SOLUTION** | | | | | | | | |
| 49502 | 18104 | 10% | 4 mL | Acetylcysteine Solution | Rx | AN | 12 / ctn | 67.80 |
| 49502 | 18110 | 10% | 10 mL | Acetylcysteine Solution | Rx | AN | 3 / ctn | 40.26 |
| 49502 | 18130 | 10% | 30 mL | Acetylcysteine Solution | Rx | AN | 3 / ctn | 110.48 |
| 49502 | 18204 | 20% | 4 mL | Acetylcysteine Solution | Rx | AN | 12 / ctn | 81.36 |
| 49502 | 18210 | 20% | 10 mL | Acetylcysteine Solution | Rx | AN | 3 / ctn | 48.66 |
| 49502 | 18230 | 20% | 30 mL | Acetylcysteine Solution | Rx | AN | 3 / ctn | 133.43 |
| 49502 | 18200 | 20% | 100 mL | Acetylcysteine Solution | Rx | AN | 1 / ctn | 92.21 |
| **ALBUTEROL INHALATION AEROSOL, METERED DOSE INHALER** | | | | | | | | |
| ● 49502 | 30317 | 200 metered inhalations | | Albuterol Inhalation Aerosol 17g (MDI) | Rx | NA* | 1 / ctn | 21.70 |
| **ALBUTEROL SULFATE INHALATION SOLUTION** | | | | | | | | |
| 49502 | 69703 | 0.083% | 3 mL | Albuterol Sulfate Inhalation Solution, (Pre-mixed) | Rx | AN | 25 / ctn | 30.25 |
| 49502 | 69733 | 0.083% | 3 mL | Albuterol Sulfate Inhalation Solution, (Pre-mixed) | Rx | AN | 30 / ctn | 36.30 |
| 49502 | 68912 | 20 mg/2 mL | 2 mL | Albuterol Sulfate Inhalation Solution, (Pre-mixed) | Rx | AN | 60 / ctn | 72.60 |
| **ALBUTEROL SULFATE SYRUP** | | | | | | | | |
| 49502 | 69760 | 0.083% | 3 mL | Albuterol Sulfate Inhalation Solution, (Pre-mixed) | Rx | AN | 60 / ctn | 72.60 |
| 49502 | 79516 | 2 mg/5 mL | 16 fl. oz. (1 Pint) | Albuterol Sulfate Syrup | Rx | AA | Not Appl. | 27.92 |
| **CROMOLYN SODIUM INHALATION SOLUTION USP** | | | | | | | | |
| 49502 | 68902 | 20 mg/2 mL | 2 mL | Cromolyn Sodium Inhalation USP | Rx | AN | 60 / ctn | 42.00 |
| 49502 | 68912 | 20 mg/2 mL | 2 mL | Cromolyn Sodium Inhalation USP | Rx | AN | 120 / ctn | 84.00 |
| **ISOETHARINE INHALATION SOLUTION USP, SULFITE-FREE** | | | | | | | | |
| 49502 | 66103 | 0.08% | 3 mL | Isoetharine Inhalation Solution, S/F USP (Pre-mixed) | Rx | AN | 25 / ctn | 19.90 |
| 49502 | 66405 | 0.10% | 5 mL | Isoetharine Inhalation Solution, S/F USP (Pre-mixed) | Rx | AN | 25 / ctn | 19.90 |
| 49502 | 66003 | 0.17% | 3 mL | Isoetharine Inhalation Solution, S/F USP (Pre-mixed) | Rx | AN | 25 / ctn | 19.90 |
| 49502 | 66902 | 0.25% | 2 mL | Isoetharine Inhalation Solution, S/F USP (Pre-mixed) | Rx | AN | 25 / ctn | 19.90 |
| **METAPROTERENOL SULFATE INHALATION SOLUTION, USP** | | | | | | | | |
| 49502 | 67603 | 0.4% | 2.5 mL | Metaproterenol Sulfate Inhalation Solution, USP | | AN | 25 / ctn | 30.75 |
| 49502 | 67603 | 0.6% | 2.5 mL | Metaproterenol Sulfate Inhalation Solution, USP | | AN | 25 / ctn | 30.75 |
| **SODIUM CHLORIDE SOLUTIONS** | | | | | | | | |
| **Sodium Chloride, Hypotonic** | | | | | | | | |
| 49502 | 82003 | 0.45% | 3 mL | Sodium Chloride Inhalation Solution USP | OTC | --- | 100 / ctn | 24.20 |
| 49502 | 82005 | 0.45% | 5 mL | Sodium Chloride Inhalation Solution USP | OTC | --- | 100 / ctn | 24.20 |
| **Sodium Chloride, Isotonic** | | | | | | | | |
| 49502 | 83003 | 0.9% | 3 mL | Sodium Chloride Inhalation Solution USP | OTC | --- | 100 / ctn | 24.20 |
| 49502 | 83005 | 0.9% | 5 mL | Sodium Chloride Inhalation Solution USP | OTC | --- | 100 / ctn | 24.20 |
| 49502 | 83015 | 0.9% | 15 mL | Sodium Chloride Inhalation Solution USP | OTC | --- | 250 / ctn | 14.10 |
| 49502 | 03003 | 0.9% | 3 mL | Sodium Chloride Solution | | --- | 250 / ctn | 61.00 |
| 49502 | 03005 | 0.9% | 5 mL | Sodium Chloride Solution | | --- | 125 / ctn | 61.00 |
| 49502 | 03010 | 0.9% | 10 mL | Sodium Chloride Solution | | --- | 125 / ctn | 61.00 |
| 49502 | 03020 | 0.9% | 20 mL | Sodium Chloride Solution | | --- | 100 / ctn | 71.00 |
| **Sodium Chloride, Hypertonic** | | | | | | | | |
| 49502 | 64015 | 3% | 15 mL | Sodium Chloride Solution | Rx | --- | 50 / ctn | 51.00 |
| 49502 | 64115 | 10% | 15 mL | Sodium Chloride Solution | Rx | --- | 50 / ctn | 51.00 |
| **STERILE WATER** | | | | | | | | |
| 49502 | 81003 | --- | 3 mL | Sterile Water For Inhalation USP | OTC | --- | 100 / ctn | 24.20 |
| 49502 | 81005 | --- | 5 mL | Sterile Water For Inhalation USP | OTC | --- | 100 / ctn | 24.20 |

NOTE:
● New Product
* Not Applicable. Manufactured by originator.

Form # 09-106-12

CONFIDENTIAL

DL-TX-0093381