# Exhibit 379

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

**DEY LABORATORIES**
2751 Napa Valley Corporate Drive
Napa, CA 94558
800/755-5560 or 707/224-3200

| Dey NDC# 49502 | | | *Average Wholesale Price (AWP) List* | | | | Effective Date : 5-1-94 |
|---|---|---|---|---|---|---|---|
| Product NDC Number | Strength | Size | Product Description | Trade Name | Rx or OTC | Units per Carton | AWP $ |
| 49502-181-04 | 10% | 4 mL | Acetylcysteine Solution | | Rx | 12 / ctn | 67.80 |
| 49502-181-10 | 10% | 10 mL | Acetylcysteine Solution | | Rx | 3 / ctn | 40.26 |
| 49502-181-30 | 10% | 30 mL | Acetylcysteine Solution | | Rx | 3 / ctn | 110.48 |
| 49502-182-04 | 20% | 4 mL | Acetylcysteine Solution | | Rx | 12 / ctn | 81.36 |
| 49502-182-10 | 20% | 10 mL | Acetylcysteine Solution | | Rx | 3 / ctn | 48.66 |
| 49502-182-30 | 20% | 30 mL | Acetylcysteine Solution | | Rx | 3 / ctn | 133.43 |
| 49502-182-00 | 20% | 100 mL | Acetylcysteine Solution | | Rx | 1 / ctn | 92.21 |
| 49502-697-03 | 0.083% | 3 mL | Albuterol Sulfate Inhalation Solution, (Pre-mixed) | | Rx | 25 / ctn | 30.25 |
| 49502-697-33 | 0.083% | 3 mL | Albuterol Sulfate Inhalation Solution, (Pre-mixed) | | Rx | 30 / ctn | 36.30 |
| 49502-697-60 | 0.083% | 3 mL | Albuterol Sulfate Inhalation Solution, (Pre-mixed) | | Rx | 60 / ctn | 72.60 |
| ❶ 49502-689-02 | 20 mg/2 mL | 2 mL | Cromolyn Sodium Inhalation USP | | Rx | 60 / ctn | 42.00 |
| ❶ 49502-689-12 | 20 mg/2 mL | 2 mL | Cromolyn Sodium Inhalation USP | | Rx | 120 / ctn | 84.00 |
| 49502-661-03 | 0.08% | 3 mL | Isoetharine Inhalation Solution, S/F USP (Pre-mixed) | | Rx | 25 / ctn | 19.90 |
| 49502-664-05 | 0.10% | 5 mL | Isoetharine Inhalation Solution, S/F USP (Pre-mixed) | | Rx | 25 / ctn | 19.90 |
| 49502-660-03 | 0.17% | 3 mL | Isoetharine Inhalation Solution, S/F USP (Pre-mixed) | | Rx | 25 / ctn | 19.90 |
| 49502-659-02 | 0.25% | 2 mL | Isoetharine Inhalation Solution, S/F USP (Pre-mixed) | | Rx | 25 / ctn | 19.90 |
| 49502-678-03 | 0.4% | 2.5 mL | Metaproterenol Sulfate Inhalation Solution, USP | | Rx | 25 / ctn | 30.75 |
| 49502-676-03 | 0.6% | 2.5 mL | Metaproterenol Sulfate Inhalation Solution, USP | | Rx | 25 / ctn | 30.75 |
| 49502-820-03 | 0.45% | 3 mL | Sodium Chloride Inhalation Solution USP | | OTC | 100 / ctn | 24.20 |
| 49502-820-05 | 0.45% | 5 mL | Sodium Chloride Inhalation Solution USP | | OTC | 100 / ctn | 24.20 |
| 49502-830-03 | 0.9% | 3 mL | Sodium Chloride Inhalation Solution USP | | OTC | 100 / ctn | 24.20 |
| 49502-830-05 | 0.9% | 5 mL | Sodium Chloride Inhalation Solution USP | | OTC | 100 / ctn | 24.20 |
| 49502-830-15 | 0.9% | 15 mL | Sodium Chloride Inhalation Solution USP | | OTC | 24 / ctn | 14.10 |
| 49502-030-03 | 0.9% | 3 mL | Sodium Chloride Solution | DEY-VIAL ® | OTC | 250 / ctn | 61.00 |
| 49502-030-05 | 0.9% | 5 mL | Sodium Chloride Solution | DEY-VIAL ® | OTC | 250 / ctn | 61.00 |
| 49502-030-10 | 0.9% | 10 mL | Sodium Chloride Solution | DEY-VIAL ® | OTC | 125 / ctn | 61.00 |
| 49502-030-20 | 0.9% | 20 mL | Sodium Chloride Solution | DEY-VIAL ® | OTC | 100 / ctn | 71.00 |
| 49502-640-15 | 3% | 15 mL | Sodium Chloride Solution | DEY-PAK ® | Rx | 50 / ctn | 51.00 |
| 49502-641-15 | 10% | 15 mL | Sodium Chloride Solution | DEY-PAK ® | Rx | 50 / ctn | 51.00 |
| 49502-810-03 | | 3 mL | Sterile Water For Inhalation USP | | OTC | 100 / ctn | 24.20 |
| 49502-810-05 | | 5 mL | Sterile Water For Inhalation USP | | OTC | 100 / ctn | 24.20 |

Note:
❶ New Product

CONFIDENTIAL
DL-BO-114574

Form # 09-108-10