# Exhibit 382

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT,
IN AND FOR LEON COUNTY, FLORIDA
CASE NO. 98-3032A

THE STATE OF FLORIDA, ex rel,

VEN-A-CARE OF THE FLORIDA
KEYS, INC., a Florida
corporation, by and through
its principal officers and
directors, ZACHARY T. BENTLEY
and T. MARK JONES,

        Plaintiffs,

vs.

BOEHRINGER INGELHEIM
CORPORATION; DEY, INC.; DEY,
L.P.; EMD PHARMACEUTICALS,
INC.; LIPHA, S.A. MERCK, KGaA;
MERCK-LIPHA, S.A.; SCHERING
CORPORATION; SCHERING-PLOUGH
CORPORATION; ROXANE
LABORATORIES, INC., and
WARRICK PHARMACEUTICALS
CORPORATION,

        Defendants.

**VOLUME** 4
**PAGES** 419 - 617

| | |
|---|---|
| CONTINUED VIDEOTAPED DEPOSITION OF: | JERRY WELLS |
| TAKEN AT INSTANCE OF: | The Defendants |
| DATE: | May 25, 2005 |
| TIME: | Recommenced at 9:04 a.m. Adjourned at 4:00 p.m. |
| LOCATION: | 215 S. Monroe Street Tallahassee, Florida |
| REPORTED BY: | SANDRA L. NARGIZ Certified Realtime Reporter |

ACCURATE STENOTYPE REPORTERS, INC.
2894 REMINGTON GREEN LANE
TALLAHASSEE, FL 32308   (850)878-2221

604

1  about?
2      A    I think that was --
3           MR. AZORSKY:  Objection to the form.
4           MS. MILLER:  Object to the form.
5           THE WITNESS:  -- as a result of State of New
6      York's OIG and we did globally adopt those prices
7      as requested by the OIG, yes.
8  BY MR. McDONALD:
9      Q    And you adopted them as state MACs?
10     A    Yeah, we adopted them as state MACs.
11     Q    I want to look at your affidavit again,
12 Exhibit 59 for a moment.  I want to focus on paragraph 7
13 on page 2.  The second sentence of paragraph 7 states:
14 "From July 1, 1994, through and including June 30, 2000,
15 EAC was the lower of wholesale acquisition costs plus 7
16 percent, the federal upper limit or the state maximum
17 allowable costs; is that correct?
18     A    Correct.
19     Q    Is that true?
20     A    WAC plus 7 percent, federal upper limit, state
21 MAC.
22     Q    There was no AWP component?
23     A    We did not use an AWP component from 1994.
24 There was an AWP component added at some point, but I
25 don't recall when it got added.  It did not affect most