# Exhibit 383

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

DEY LABORATORIES
MONTHLY NET SALES
JANUARY, 1996

| UNITS | IMS No. | PRODUCTS | NET SALES |
|---|---|---|---|
| | **HOME SALES:** | | |
| 161,703 | 28210 | Cromolyn Sodium | 5,431,091 |
| 35,103 | 28300 | Acetylcysteine | 520,261 |
| 233,052 | 28111 | Albuterol MDI | 2,658,855 |
| 917,022 | 28112 | Albuterol | 10,236,901 |
| 2,328 | 28114 | Albuterol Syrup | 12,095 |
| 8,792 | 28112 | Isoetharine | 42,925 |
| 56,744 | 28112 | Metaproterenol | 382,794 |
| 126,285 | 10620 | Sodium Chloride | 951,059 |
| 0 | 10620 | MDD Sodium Chloride | 0 |
| 226 | 10620 | Purified Water | 1,885 |
| | N/A | Other | |
| | **EXPORT SALES** | | |
| 1,541,255 | | | 20,237,866 |
| | Less: | | |
| | Cash Discounts | | (431,000) |
| | Administrative Fees | | (202,000) |
| | Medicaid Rebates | | (354,000) |
| | Other Rebates | | 0 |
| 1,541,255 | | TOTAL | 19,250,866 |

CONFIDENTIAL

DL-TX 83840