# Exhibit 384

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

DEY LABORATORIES
MONTHLY NET SALES
FEBRUARY, 1996

| UNITS | IMS No. | PRODUCTS | NET SALES |
|---:|---|---|---:|
| | | **HOME SALES:** | |
| 29,035 | 28300 | Acetylcysteine | 462,838 |
| 721,737 | 28112 | Albuterol Unit Dose | 7,790,732 |
| 66,840 | 28111 | Albuterol MDI | 536,245 |
| 288 | 28112 | Albuterol Multi Dose | 1,620 |
| 2,940 | 28114 | Albuterol Syrup | 15,096 |
| 107,668 | 28210 | Cromolyn Sodium | 3,730,921 |
| 9,276 | 28112 | Isoetharine | 46,879 |
| 45,943 | 28112 | Metaproterenol | 320,130 |
| 99,451 | 10620 | Sodium Chloride | 752,408 |
| 143 | 10620 | MDD Sodium Chloride | 1,105 |
| 0 | 10620 | Purified Water | 0 |
| 0 | N/A | Other | 0 |
| | | **EXPORT SALES** | |
| 1,083,321 | | | 13,657,974 |
| | | Less: | |
| | | Cash Discounts | (357,000) |
| | | Administrative Fees | (137,000) |
| | | Medicaid Rebates | (239,000) |
| | | Other Rebates | 0 |
| 1,083,321 | | **TOTAL** | 12,924,974 |

CONFIDENTIAL

DL-TX 83876