# Exhibit 385

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

DEY LABORATORIES
MONTHLY NET SALES
MARCH, 1996

| UNITS | IMS No. | PRODUCTS | NET SALES |
|---|---|---|---|
| | **HOME SALES:** | | |
| 28,172 | 28300 | Acetylcysteine | 384,358 |
| 687,494 | 28112 | Albuterol Unit Dose | 7,971,039 |
| 91,942 | 28111 | Albuterol MDI | 833,819 |
| 83,736 | 28112 | Albuterol Multi Dose | 484,889 |
| 1,677 | 28114 | Albuterol Syrup | 8,381 |
| 83,167 | 28210 | Cromolyn Sodium | 3,256,407 |
| 5,092 | 28112 | Isoetharine | 25,962 |
| 34,660 | 28112 | Metaproterenol | 245,125 |
| 93,346 | 10620 | Sodium Chloride | 718,190 |
| 0 | 10620 | MDD Sodium Chloride | 0 |
| 292 | 10620 | Purified Water | 2,234 |
| 0 | N/A | Other | 0 |
| | **EXPORT SALES** | | |
| 1,109,578 | | | 13,930,404 |
| | Less: | | |
| | | Cash Discounts | (283,000) |
| | | Administrative Fees | (139,000) |
| | | Medicaid Rebates | (244,000) |
| | | Other Rebates | 0 |
| 1,109,578 | | **TOTAL** | 13,264,404 |

CONFIDENTIAL

DL-TX 83915