# Exhibit 386

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# DEY LABORATORIES
## MONTHLY NET SALES
## APRIL, 1996

| UNITS | IMS No. | PRODUCTS | NET SALES |
|---|---|---|---|
| | **HOME SALES:** | | |
| 29,581 | 28300 | Acetylcysteine | 434,568 |
| 604,507 | 28112 | Albuterol Unit Dose | 7,837,273 |
| 119,412 | 28111 | Albuterol MDI | 1,208,149 |
| 63,782 | 28112 | Albuterol Multi Dose | 364,520 |
| 1,007 | 28114 | Albuterol Syrup | 5,194 |
| 112,126 | 28210 | Cromolyn Sodium | 3,333,008 |
| 4,800 | 28112 | Isoetharine | 24,748 |
| 36,682 | 28112 | Metaproterenol | 255,348 |
| 85,268 | 10620 | Sodium Chloride | 665,082 |
| 0 | 10620 | MDD Sodium Chloride | 0 |
| 138 | 10620 | Purified Water | 1,240 |
| 0 | N/A | Other | 0 |
| | **EXPORT SALES** | | |
| 1,057,303 | | | 14,129,130 |
| | Less: | | |
| | Cash Discounts | | (474,000) |
| | Administrative Fees | | (141,000) |
| | Medicaid Rebates | | (247,000) |
| | Other Rebates | | 0 |
| 1,057,303 | | TOTAL | 13,267,130 |

CONFIDENTIAL

DL-TX 83955