# Exhibit 387

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

DEY LABORATORIES
MONTHLY NET SALES
MAY, 1996

| UNITS | IMS No. | PRODUCTS | NET SALES |
|---|---|---|---|
| | **HOME SALES:** | | |
| 20,877 | 28300 | Acetylcysteine | 304,900 |
| 644,205 | 28112 | Albuterol Unit Dose | 8,359,853 |
| 138,262 | 28111 | Albuterol MDI | 1,212,111 |
| 40,389 | 28112 | Albuterol Multi Dose | 231,497 |
| 1,344 | 28114 | Albuterol Syrup | 6,850 |
| 174,266 | 28210 | Cromolyn Sodium | 5,710,609 |
| 1,042 | 28112 | Isoetharine | 5,237 |
| 51,113 | 28112 | Metaproterenol | 343,752 |
| 90,056 | 10620 | Sodium Chloride | 680,519 |
| 0 | 10620 | MDD Sodium Chloride | 0 |
| 10 | 10620 | Purified Water | (248) |
| 20,857 | N/A | Other | 28,157 |
| | **EXPORT SALES** | | |
| 1,182,421 | | | 16,883,238 |
| | Less: | | |
| | Cash Discounts | | (206,000) |
| | Administrative Fees | | (169,000) |
| | Medicaid Rebates | | (295,000) |
| | Other Rebates | | 0 |
| 1,182,421 | | TOTAL | 16,213,238 |

CONFIDENTIAL

DL-TX 83999