# Exhibit 388

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

DEY LABORATORIES
MONTHLY NET SALES
JUNE, 1996

| UNITS | IMS No. | PRODUCTS | NET SALES |
|---:|---|---|---:|
| | **HOME SALES:** | | |
| 29,361 | 28300 | Acetylcysteine | 502,087 |
| 631,153 | 28112 | Albuterol Unit Dose | 7,207,649 |
| 127,017 | 28111 | Albuterol MDI | 1,081,770 |
| 31,067 | 28112 | Albuterol Multi Dose | 170,250 |
| 984 | 28114 | Albuterol Syrup | 4,645 |
| 161,590 | 28210 | Cromolyn Sodium | 5,599,693 |
| 296 | 28112 | Isoetharine | 655 |
| 33,253 | 28112 | Metaproterenol | 229,158 |
| 62,218 | 10620 | Sodium Chloride | 473,280 |
| 0 | 10620 | MDD Sodium Chloride | 0 |
| 268 | 10620 | Purified Water | 2,950 |
| 120 | N/A | Other | 1,545 |
| | **EXPORT SALES** | | |
| 1,077,327 | | | 15,273,682 |
| | Less: | | |
| | | Cash Discounts | (329,000) |
| | | Administrative Fees | (153,000) |
| | | Medicaid Rebates | (267,000) |
| | | Other Rebates | 0 |
| 1,077,327 | | TOTAL | 14,524,682 |

CONFIDENTIAL

DL-TX 84042