# Exhibit 389

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

DEY LABORATORIES
MONTHLY NET SALES
JULY, 1996

| UNITS | IMS No. | PRODUCTS | NET SALES |
|---|---|---|---|
| | | **HOME SALES:** | |
| 48,800 | 28300 | Acetylcysteine | 637,500 |
| 512,851 | 28112 | Albuterol Unit Dose | 6,211,830 |
| 210,774 | 28111 | Albuterol MDI | 1,603,077 |
| 40,236 | 28112 | Albuterol Multi Dose | 232,470 |
| 630 | 28114 | Albuterol Syrup | 3,108 |
| 145,997 | 28210 | Cromolyn Sodium | 5,028,712 |
| 581 | 28112 | Isoetharine | 2,758 |
| 38,545 | 28112 | Metaproterenol | 269,951 |
| 77,556 | 10620 | Sodium Chloride | 579,998 |
| 0 | 10620 | MDD Sodium Chloride | 0 |
| 125 | 10620 | Purified Water | 895 |
| 84 | N/A | Other | 463 |
| | | **EXPORT SALES** | |
| 1,076,179 | | | 14,570,762 |
| | | Less: | |
| | | Cash Discounts | (334,000) |
| | | Administrative Fees | (146,000) |
| | | Medicaid Rebates | (291,000) |
| | | Other Rebates | 0 |
| 1,076,179 | | TOTAL | 13,799,762 |

CONFIDENTIAL

DL-TX 84113