# Exhibit 390

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

**DEY COMPANY CONFIDENTIAL**

## DEY LABORATORIES
## MONTHLY NET SALES
## AUGUST, 1996

| UNITS | IMS No. | PRODUCTS | NET SALES |
|---|---|---|---|
| | | **HOME SALES:** | |
| 19,599 | 28300 | Acetylcysteine | 324,561 |
| 577,059 | 28112 | Albuterol Unit Dose | 6,777,241 |
| 160,201 | 28111 | Albuterol MDI | 1,252,753 |
| 39,184 | 28112 | Albuterol Multi Dose | 221,859 |
| (13) | 28114 | Albuterol Syrup | (90) |
| 78,354 | 28210 | Cromolyn Sodium | 2,652,185 |
| 594 | 28112 | Isoetharine | 3,380 |
| 32,111 | 28112 | Metaproterenol | 223,493 |
| 69,511 | 10620 | Sodium Chloride | 522,111 |
| 0 | 10620 | MDD Sodium Chloride | 0 |
| 171 | 10620 | Purified Water | 1,802 |
| 24,958 | N/A | Other | 39,837 |
| | | **EXPORT SALES** | |
| 1,001,729 | | | 12,019,134 |
| | | Less: | |
| | | Cash Discounts | (258,000) |
| | | Administrative Fees | (120,000) |
| | | Medicaid Rebates | (540,000) |
| | | Other Rebates | 0 |
| 1,001,729 | | **TOTAL** | 11,101,134 |

CONFIDENTIAL

DL-TX 84148