# Exhibit 391

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support**
**of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# DEY LABORATORIES
## MONTHLY NET SALES
### SEPTEMBER, 1996

| UNITS | IMS No.   PRODUCTS | NET SALES |
|---:|:---|---:|
| | **HOME SALES:** | |
| 14,624 | 28300   Acetylcysteine | 221,985 |
| 732,978 | 28112   Albuterol Unit Dose | 8,354,113 |
| 156,170 | 28111   Albuterol MDI | 1,037,212 |
| 51,585 | 28112   Albuterol Multi Dose | 278,198 |
| 0 | 28114   Albuterol Syrup | 0 |
| 81,605 | 28210   Cromolyn Sodium | 2,331,561 |
| 1,002 | 28112   Isoetharine | 4,718 |
| 31,941 | 28112   Metaproterenol | 218,156 |
| 80,267 | 10620   Sodium Chloride | 589,144 |
| 0 | 10620   MDD Sodium Chloride | 0 |
| 225 | 10620   Purified Water | 956 |
| 702 | Dey Care | 2,549 |
| | **EXPORT SALES** | |
| 1,151,099 | | 13,038,592 |
| | Less: | |
| | Cash Discounts | (320,000) |
| | Administrative Fees | (130,000) |
| | Medicaid Rebates | (425,000) |
| | Other Rebates | 0 |
| 1,151,099 | TOTAL | 12,163,592 |

CONFIDENTIAL

DL-TX 84190