# Exhibit 392

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

## DEY LABORATORIES
## MONTHLY NET SALES
## OCTOBER, 1996

| UNITS | IMS No. | PRODUCTS | NET SALES |
|---|---|---|---|
| | | **HOME SALES:** | |
| 20,067 | 28300 | Acetylcysteine | 300,948 |
| 583,241 | 28112 | Albuterol Unit Dose | 6,573,409 |
| 182,504 | 28111 | Albuterol MDI | 1,139,764 |
| 64,249 | 28112 | Albuterol Multi Dose | 341,208 |
| (435) | 28114 | Albuterol Syrup | (2,568) |
| 123,895 | 28210 | Cromolyn Sodium | 3,462,604 |
| 200 | 28112 | Isoetharine | 581 |
| 37,736 | 28112 | Metaproterenol | 254,081 |
| 102,580 | 10620 | Sodium Chloride | 705,427 |
| 0 | 10620 | MDD Sodium Chloride | 0 |
| 112 | 10620 | Purified Water | 953 |
| 2,088 | | Dey Care | 8,404 |
| | | **EXPORT SALES** | |
| 1,116,237 | | | 12,784,811 |
| | | Less: | |
| | | Cash Discounts | (309,000) |
| | | Administrative Fees | (128,000) |
| | | Medicaid Rebates | (447,000) |
| | | Other Rebates | 0 |
| 1,116,237 | | **TOTAL** | 11,900,811 |

CONFIDENTIAL

DL-TX 84231