# Exhibit 393

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# DEY LABORATORIES
## MONTHLY NET SALES
## NOVEMBER 1996

| UNITS | IMS No. | PRODUCTS | NET SALES |
|---:|---|---|---:|
| | | **HOME SALES:** | |
| 19,642 | 28300 | Acetylcysteine | 280,007 |
| 647,190 | 28112 | Albuterol Unit Dose | 7,337,767 |
| 119,841 | 28111 | Albuterol MDI | 682,192 |
| 65,418 | 28112 | Albuterol Multi Dose | 325,870 |
| (443) | 28114 | Albuterol Syrup | (2,860) |
| 157,038 | 28210 | Cromolyn Sodium | 3,947,734 |
| 385 | 28112 | Isoetharine | 1,918 |
| 32,627 | 28112 | Metaproterenol | 218,432 |
| 128,062 | 10620 | Sodium Chloride | 934,297 |
| 0 | 10620 | MDD Sodium Chloride | 0 |
| 160 | 10620 | Purified Water | 1,243 |
| 2,538 | | Dey Care | 12,136 |
| | | **EXPORT SALES** | |
| 1,172,458 | | | 13,738,737 |
| | | Less: | |
| | | Cash Discounts | (353,000) |
| | | Administrative Fees | (137,000) |
| | | Medicaid Rebates | (343,000) |
| | | Other Rebates | 0 |
| 1,172,458 | | **TOTAL** | 12,905,737 |

CONFIDENTIAL

DL-TX 84270