# Exhibit 394

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support**
**of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# DEY LABORATORIES
# MONTHLY NET SALES
# DECEMBER 1996

| UNITS | IMS No. | PRODUCTS | NET SALES |
|---|---|---|---|
| | | HOME SALES: | |
| 32,589 | 28300 | Acetylcysteine | 488,268 |
| 767,445 | 28112 | Albuterol Unit Dose | 7,525,311 |
| 367,289 | 28111 | Albuterol MDI | 1,510,276 |
| 116,382 | 28112 | Albuterol Multi Dose | 551,539 |
| (319) | 28114 | Albuterol Syrup | (7,201) |
| 142,044 | 28210 | Cromolyn Sodium | 3,950,057 |
| 366 | 28112 | Isoetharine | 1,812 |
| 45,524 | 28112 | Metaproterenol | 309,589 |
| 127,264 | 10620 | Sodium Chloride | 944,875 |
| 0 | 10620 | MDD Sodium Chloride | 0 |
| (21) | 10620 | Purified Water | (341) |
| 1,776 | | Dey Care | 14,369 |
| | | EXPORT SALES | |
| 1,600,339 | | | 15,288,554 |
| | | Less: | |
| | | Cash Discounts | (331,000) |
| | | Administrative Fees | 0 |
| | | Medicaid Rebates | 187,000 |
| | | Other Rebates | 0 |
| 1,600,339 | | TOTAL | 15,144,554 |

CONFIDENTIAL

DL-TX 84306