# Exhibit 401

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

Ahrens, Katherine

Sacramento, CA

May 20, 2009

Page 1

1               UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF MASSACHUSETTS

3     ------------------------------X

4     In re:  PHARMACEUTICAL              )   MDL No. 1456

5     INDUSTRY AVERAGE WHOLESALE          )

6     PRICE LITIGATION                    )   Master File No.

7     ------------------------------)        01-12257-PBS

8     THIS DOCUMENT RELATES TO:           )   Subcategory Case

9     State of California ex rel.         )   No. 06-11337

10    Ven-A-Care of the Florida           )   Hon.

11    Keys, Inc. v. Abbott Labs,          )   Patti B. Saris

12    Inc, et al.,                        )

13    Civil Action No.                    )

14    03-11226-PBS                        )

15    ------------------------------X

16

17              VIDEOTAPED DEPOSITION OF

18                 KATHERINE AHRENS

19              Wednesday, May 20, 2009

20                Sacramento, California

21

22    REPORTED BY:  JOHN P. SQUIRES, CCRR, CSR No. 2001

1    the reimbursement.
2              It's the basis for a calculation --
3         MR. CYR:  Q.  Okay.
4    A.   -- that would lead to the reimbursement.
5    Q.   Okay.
6    A.   But it wasn't the reimbursement.
7    Q.   Okay.  And what was the calculation for
8    the reimbursement?
9    A.   Again, the lowest of the AWP minus --
10   depending upon the time period -- either five
11   percent, 10 percent or 17 percent.
12   Q.   Okay.
13   A.   Or the FAC or the MAIC plus a dispensing
14   fee.
15   Q.   Okay.  Okay.  You had mentioned that the
16   reimbursement payment to the pharmacist was one of
17   the factors you looked at when considering the
18   cost -- or one of the factors -- one of the
19   elements that made up the cost to the program.
20             What are the other elements that make up
21   the -- that make up the cost?  I'm sorry.  Go
22   ahead.

1   A.   Again, how cost was evaluated was
2   defined in regs, and so all those elements in that
3   definition were included in the evaluation.  So
4   offsets, the cost of the drug itself, any
5   supplemental rebates that the manufacturer might
6   propose --
7   Q.   Okay.
8   A.   -- and the rebate that was due pursuant
9   to the federal rebate agreement.
10  Q.   Okay.  You had mentioned another piece
11  of data that the manufacturer would provide to you
12  with a petition, AMP.
13  A.   The manufacturer would not provide the
14  AMP all the time.  During the course of the
15  negotiations or evaluation of the drug, the AMP
16  may have been provided, depending upon the
17  proposal submitted by the manufacturer.
18  Q.   Okay.  You mentioned a phrase in there,
19  "supplemental rebate."  What do you mean by that?
20  A.   Supplemental rebate is an amount that
21  the manufacturer agrees to provide the State
22  pursuant to agreement that is beyond what the