# Exhibit 403

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

Page 289

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE DISTRICT OF MASSACHUSETTS

 3                     VOLUME II

 4    IN RE:  PHARMACEUTICAL      : MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE  : CIVIL ACTION:

 6    PRICE LITIGATION            : 01-CV-12257-PBS

 7                                :

 8    THIS DOCUMENT RELATES TO    :

 9    U.S. ex rel. Ven-A-Care of  :

10    the Florida Keys, Inc. v.   :

11    Abbott Laboratories, Inc.   :

12    No. 06-CV-11337-PBS         :

13                               - - -

14           Continuation of the videotaped

15    deposition of ROBERT VITO was taken, pursuant

16    to notice, at MORGAN LEWIS & BOCKIUS, LLP,

17    1701 Market Street, Philadelphia,

18    Pennsylvania, on Wednesday, June 20, 2007,

19    beginning at 8:43 a.m., before M. Kathleen

20    Muino, Professional Shorthand Reporter, Notary

21    Public; Michael Hunterton, Certified Legal

22    Video Specialist, there being present:
```

Page 471

```
 1   pricing and reimbursement issues?

 2       A.   Yes, sir.

 3       Q.   And you don't recall anything more, as

 4   you sit here today, about that meeting in Little

 5   Rock that apparently took place in September of

 6   1993?

 7            MR. NEAL:  I'll object to the form.

 8            You can answer.

 9            THE WITNESS:  I don't remember anything.

10   BY MR. TORBORG:

11       Q.   It's been 14 years since then.  Your

12   memory has faded over time?

13       A.   Yes.  I couldn't remember where I parked

14   my car yesterday.  How could I remember what I did

15   in September 13th?  I apologize.  I'm sorry.

16       Q.   September 13th, 1993?

17       A.   1993, right.  That's even more

18   difficult.  Thank you.

19                - - -

20            (Whereupon, Exhibit Abbott 248 was marked

21   for Identification.)

22                - - -
```