# Exhibit 406

## This exhibit has been partially redacted. The complete exhibit will be filed under seal.

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: Pharmaceutical Industry Average Wholesale Price Litigation | ) ) ) ) ) | CIVIL ACTION NO. 01-12257-PBS |

**DECLARATION OF LAUREN J. STIROH**
**IN FURTHER SUPPORT OF DEY, INC., DEY, L.P., AND DEY L.P., INC.'S**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

Lauren Stiroh declares, pursuant to 28 U.S.C. § 1746, that:

1. I am Lauren J. Stiroh, an economist and Senior Vice President of NERA Economic Consulting ("NERA"), an international economic consulting firm. I have been engaged by the defendant ("Dey") as an expert in this case. I hold a Ph.D. in economics from Harvard University. A substantial part of my consulting practice focuses on the economics of competition and pricing and the determination of economic damages.

2. I have submitted two prior reports in this matter: "Report of Lauren J. Stiroh" dated March 6, 2009, and "Rebuttal Report of Lauren J. Stiroh" dated May 7, 2009, a declaration, dated June 25, 2009 ("June 25 Declaration"), and a supplemental declaration, dated June 29, 2009 ("June 29 Declaration"). My qualifications are described in my June 25 declaration, and are not repeated here.

3. I have been asked by counsel for Dey to submit figures that compare Dey's Average Manufacturer Prices ("AMPs"), Mr. Platt's Average Sales Prices ("Mr. Platt's ASPs"), and publicly available Federal Supply Schedule ("FSS") prices for Dey's products to Dey's Average Wholesale Prices

1

("AWPs") and Wholesale Acquisition Costs ("WACs") for the drug products at issue.  **Figures A** through **K**, which contain data through January 2004, are similar to **Figures A** through **K** from my June 25 declaration, but now include Mr. Platt's ASPs.  **Figures S-A** through **S-K**, which contain data through the first quarter of 2007, are similar to **Figures S-A** through **S-K** from my June 29 declaration, but now include Mr. Platt's ASPs.  The inclusion of additional data does not change my original conclusions.  Dey's WACs are economically meaningful reflections of its transaction prices and follow the same general pricing pattern as the AMP data and FSS prices for the same drugs.  Moreover, as can be seen from the figures, Mr. Platt's ASPs are similar to the publicly reported FSS prices and the directly reported AMPs.

I declare under penalty of perjury that the foregoing is true and correct. EXECUTED THIS 27th day of August, 2009.

_____
Lauren Stiroh



**Figure A**
**Comparison of Prices for Dey Products**
Ipratropium Bromide Inhalation Solution 0.02%, 0.5 mg/2.5 mL, package of 25

NDCs Included:  49502068503   49502068524

NERA Economic Consulting



**Figure B**
**Comparison of Prices for Dey Products**
Ipratropium Bromide Inhalation Solution 0.02%, 0.5 mg/2.5 mL, package of 60

NDCs Included:  49502068560  49502068561

NERA Economic Consulting



**Figure C**
**Comparison of Prices for Dey Products**
Ipratropium Bromide Inhalation Solution 0.02%, 0.5 mg/2.5 mL, package of 30

NDCs Included:  49502068533   49502068529

NERA Economic Consulting



**Figure D**
**Comparison of Prices for Dey Products**
Albuterol Inhalation Aerosol Metered-Dose Inhaler, 17g

NDCs Included:  49502030317   49502033317

NERA Economic Consulting



**Figure E**
**Comparison of Prices for Dey Products**
Albuterol Sulfate Unit Dose, 0.083% inhalation solution, 2.5 mg/3 mL, package of 25

NDCs Included:  49502069703   49502069724

NERA Economic Consulting



**Figure F**
**Comparison of Prices for Dey Products**
Albuterol Sulfate Unit Dose, 0.083% inhalation solution, 2.5 mg/3 mL, package of 60

NDCs Included:  49502069760   49502069761

NERA Economic Consulting



**Figure G**
**Comparison of Prices for Dey Products**
Albuterol Sulfate Unit Dose, 0.083% inhalation solution, 2.5 mg/3 mL, package of 30

NDCs Included:  49502069733   49502069729

NERA Economic Consulting



**Figure H**
**Comparison of Prices for Dey Products**
Albuterol Inhalation Aerosol MDI Refill, 17g

NDCs Included:  49502030327   49502033327

NERA Economic Consulting



**Figure I**
**Comparison of Prices for Dey Products**
Albuterol Sulfate Inhalation Solution 0.5% (Sterile) 20 mL multi-dose

NDCs Included:  49502019620  49502010501

NERA Economic Consulting



**Figure J**
**Comparison of Prices for Dey Products**
Cromolyn Sodium Inhalation Solution 20 mg/2 mL, unit dose vials, package of 60

NDCs Included:  49502068902   49502068961

NERA Economic Consulting



**Figure K**
**Comparison of Prices for Dey Products**
Cromolyn Sodium Inhalation Solution 20 mg/2 mL, unit dose vials, package of 120

NDCs Included: 49502068912

NERA Economic Consulting