# Exhibit 409

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# REIMBURSEMENT COMPARISON WORKSHEET

## ALBUTEROL SULFATE INHALATION SOLUTION (MULTIDOSE)* | DEY UNIT-DOSE 0.083% (ALBUTEROL SULFATE INHALATION SOLUTION 0.083%)

| EXAMPLE: | YOUR PLAN/STORE: | | | YOUR PLAN/STORE: |
|---|---|---|---|---|

AWP = $12.50 PER 20 ML BOTTLE

COST = $5.75

REIMBURSEMENT/ BOTTLE = AWP - 30% = $8.75
*ASSUMES 40 TREATMENTS PER BOTTLE*

AWP = $30.25/25 VIALS PER CARTON

COST PER CARTON =

REIMBURSEMENT = AWP - 30% = $21.18

### REIMBURSEMENTS:

ALBUTEROL REIMBURSEMENT PER TX = ($8.75/40) =   $0.22

SALINE REIMBURSEMENT PER TX =   + $0.00

TOTAL REIMBURSEMENT PER TX =   = $0.22   (A)

REIMBURSEMENT PER TX ($21.18/25) =   $0.85   (E)

### COSTS:

ALBUTEROL COST PER TX ($5.75/40)=   $0.14

SALINE COST PER TX =   + $0.06

TOTAL COST PER TX =   = $0.20   (B)

COST PER TX ($____/25)=   ____   (F)
(E)

### ANNUALIZED PER PATIENT:

TREATMENTS (4 TX/DAY x 30 DAYS x 12 MONTHS) =   1440   (C)

TOTAL REIMBURSEMENT ($0.22 x 1440) =   $316.80   (A x C)

TOTAL COST($0.20 x 1440) =   - $288.00   (B x C)

MULTIDOSE ESTIMATED PROFIT =   = $28.80   (D)

### ANNUALIZED PER PATIENT:

TREATMENTS (4 TX/DAY x 30 DAYS x 12 MONTHS) =   1440   (H)

TOTAL REIMBURSEMENT($0.85 x 1440) =   $1,224.00   (F x H)

TOTAL COST($____ per TX x 1440) =   -   (G x H)
(G)

DEY UNIT-DOSE ESTIMATED PROFIT =   =   (I)

## GAIN IN PROFIT WITH DEY UNIT-DOSE SUBSTITUTION:

| YOUR PLAN/STORE: |
|---|
| $ _____ (I-I) |

*"Albuterol Sulfate Inhalation Solution 0.083% (potency expressed as albuterol)

Copyright 1995 DEY Laboratories   Napa, CA 94558

3/95   09-338-00   PROFITGN.XLS

EXHIBIT

HIGHLY CONFIDENTIAL

EXHIBIT 4
Ricks Bey 1/8/07
PENGAD 800-631-6989

DEY-BO-0240246
DEY082-5115

# RETAIL REIMBURSEMENT COMPARISON WORKSHEET

## Current Situation Analysis: ALBUTEROL MULTI-DOSE BOTTLE

**REIMBURSEMENT:**

AWP = $_____ PER 20 ML BOTTLE

REIMBURSEMENT/ BOTTLE = AWP-30% = _____

ALBUTEROL PER TX = ($_____ /40) = _____
  ASSUMES 40 TREATMENTS PER BOTTLE

SALINE PER TX = _____ +

TOTAL REIMBURSEMENT PER TX = _____ (A)

**COST:**

ALBUTEROL COST PER 20 ML BOTTLE = _____

ALBUTEROL COST PER TX ($5.75/40)= _____

SALINE COST PER TX = _____ +

TOTAL COST PER TX = _____ (B)

**ANNUALIZED PER PATIENT:**

TREATMENTS:
  (4 TX/DAY x 30 DAYS x 12 MONTHS) = 1440 (C)

TOTAL REIMBURSEMENT ($_____ x 1440) = _____
  (A x C)

TOTAL COST ($_____ x 1440) = _____
  (B x C)

MULTIDOSE ESTIMATED PROFIT = _____ (D)

## DEY UNIT-DOSE ALBUTEROL: 0.083%  DEY:

**REIMBURSEMENT:**

AWP = $_____ OF 25 VIALS PER CARTON   $30.25

REIMBURSEMENT/CARTON = AWP -30% =   $21.18

ALBUTEROL PER TX = ($21.18/25) =   $0.85
  25 UNIT-DOSE TREATMENTS

SALINE PER TX =   NA

TOTAL REIMBURSEMENT PER TX =   $ $0.85 (F)

**COST:**

ALBUTEROL COST PER CARTON =   $ _____ (E)

ALBUTEROL COST PER TX ($_____ (E) /25)= _____ (G)

SALINE COST PER TX =   NA

TOTAL COST PER TX = _____

**ANNUALIZED PER PATIENT:**

TREATMENTS:
  (4 TX/DAY x 30 DAYS x 12 MONTHS) =   1440 (H)

TOTAL REIMBURSEMENT($0.85 x 1440) =   $1,224.00
  (F x H)

TOTAL COST($_____ per TX x 1440) = _____
  (G)       (G x H)

DEY UNIT-DOSE ESTIMATED PROFIT = _____ (I)

## GAIN IN PROFIT PER PATIENT WITH DEY UNIT-DOSE SUBSTITUTION:

YOUR STORE/PLAN: $ _____
  (I-D)

*Albuterol Sulfate Inhalation Solution 0.083% (potency expressed as albuterol)

Copyright 1996 DEY Laboratories   Napa, CA 94558

7/96  09-338-01  Proflgn

HIGHLY CONFIDENTIAL

DEY-BO-0239333
DEY082-4202   L

# [name/logo] RETAIL REIMBURSEMENT COMPARISON WORKSHEET

## Current Situation Analysis: [ALBUTEROL MULTIDOSE BOTTLE]

**REIMBURSEMENT:**

AWP = $_____ PER 20 ML BOTTLE

REIMBURSEMENT/BOTTLE = AWP-50% = _____

ALBUTEROL PER TX = ($_____ /40) = _____
*ASSUMES 40 TREATMENTS PER BOTTLE*

SALINE PER TX = _____

TOTAL REIMBURSEMENT PER TX = _____ (A)

**COST:**

ALBUTEROL COST PER 20 ML. BOTTLE = _____

ALBUTEROL COST PER TX ($5.75/40) = _____

SALINE COST PER TX = + _____

TOTAL COST PER TX = _____ (B)

**ANNUALIZED PER PATIENT:**

TREATMENTS:
(4 TX/DAY x 30 DAYS x 12 MONTHS) = 1440

TOTAL REIMBURSEMENT ($_____ x 1440) = _____
(A x C)

TOTAL COST ($_____ x 1440) = − _____
(B x C)

MULTIDOSE ESTIMATED PROFIT = _____ (D)

---

## [DEY UNIT DOSE 25 VIALS] DEY:

**REIMBURSEMENT:**

AWP = $_____ OF 25 VIALS PER CARTON = $30.25

REIMBURSEMENT/CARTON = AWP-50% = $15.13

ALBUTEROL PER TX = ($15.13/25) = $0.61
*25 UNIT-DOSE TREATMENTS*

SALINE PER TX = NA

TOTAL REIMBURSEMENT PER TX = $0.61 (F)

**COST:**

ALBUTEROL COST PER CARTON = $ _____ (E)

ALBUTEROL COST PER TX ($_____ (E) /25) = $ _____ (G)

SALINE COST PER TX = NA

TOTAL COST PER TX = = _____

**ANNUALIZED PER PATIENT:**

TREATMENTS:
(4 TX/DAY x 30 DAYS x 12 MONTHS) = 1440 (H)

TOTAL REIMBURSEMENT ($0.61 x 1440) = $878.40
(F x H)

TOTAL COST ($_____ per TX x 1440) = − _____
(G)   (G x H)

DEY UNIT-DOSE ESTIMATED PROFIT = = _____ (I)

---

## GAIN IN PROFIT PER PATIENT WITH DEY UNIT-DOSE SUBSTITUTION:

YOUR STORE/PLAN:

$ _____
(I-D)

---

*Albuterol Sulfate Inhalation Solution 0.083% (potency expressed as albuterol)*

Copyright 1999   DEY Napa, CA 94558

3/99   09-338-02   Prnt/999

HIGHLY CONFIDENTIAL

DEY-BO-0239338
DEY082-4207   L