# Exhibit 410

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**



HILL 15

## DAY LABORATORIES

### MEMORANDUM

TO: District Sales Managers
Inside Sales Representatives
Managed Care Specialists

FROM: Todd Galles

DATE: April 5, 1995

RE: Marketing Update: AWP Pricing and Profit Gain Worksheet

At the national sales meeting our Managed Care Group presented the reimbursement advantages of our unit-dose packaging over multidose products. Several requests were made for additional information so we thought a memo in order.

Attached for your review and use are an AWP price listing guide and a Profit Gain Worksheet for use on your retail calls. The AWP price listing is company confidential and intended only for your reference and not to be left behind with any customers. The worksheet is more impactful when you work through it with a customer, but it can be left. [Thanks to Steve Robertson for the format.]

If you have any questions about the material be sure to discuss it with your manager. It can be a very compelling story when presented properly.

Continued good selling!

attachments

cc: Regional Sales Managers        Bob Mozak
    Mary Anderle                   Susan Schnars
    Helen Burnham                  Bruce Tipton
    Russ Johnston



CONFIDENTIAL
DL-TX-0091109

DEY057-0256    F

## AWP Price Listing Guide

| NDC Number | Brand Name | Generic Product | Size | Company | Red Book 1994 AWP ($) |
|---|---|---|---|---|---|
| 00405-2130-52 | | Albuterol Sulfate Inhalation Solution 0.5% | 20 mL | Allgen | 12.50 |
| 00173-0385-58 | Ventolin | Albuterol Sulfate Inhalation Solution 0.5% | 20 mL | Allen & Hanburys | 15.53 |
| 00186-1490-01 | | Albuterol Sulfate Inhalation Solution 0.5% | 20 mL | Astra | 10.06 |
| 38245-0640-09 | | Albuterol Sulfate Inhalation Solution 0.5% | 20 mL | Copley | 12.50 |
| 49502-0697-03 | | Albuterol Sulfate Inhalation Solution 0.083%, 3 mL | 25's | DEY Laboratories | 30.25 |
| 49502-0697-33 | | Albuterol Sulfate Inhalation Solution 0.083%, 3 mL | 30's | DEY Laboratories | 36.30 |
| 49502-0697-60 | | Albuterol Sulfate Inhalation Solution 0.083%, 3 mL | 60's | DEY Laboratories | 72.60 |
| 00781-7535-80 | | Albuterol Sulfate Inhalation Solution 0.5% | 20 mL | Geneva Pharmaceuticals | 12.55 |
| 00182-6014-65 | | Albuterol Sulfate Inhalation Solution 0.5% | 20 mL | Goldline | 13.96 |
| 00839-7730-97 | | Albuterol Sulfate Inhalation Solution 0.5% | 20 mL | H.L. Moore | 14.16 |
| 51432-0745-11 | | Albuterol Sulfate Inhalation Solution 0.5% | 20 mL | Harber | 14.50 |
| 00603-1006-43 | | Albuterol Sulfate Inhalation Solution 0.5% | 20 mL | Qualitest | 12.50 |
| 00536-2675-00 | | Albuterol Sulfate Inhalation Solution 0.5% | 20 mL | Rugby | 14.10 |
| 00536-2675-73 | | Albuterol Sulfate Inhalation Solution 0.5% | 20 mL | Rugby | 13.50 |
| 00364-2530-55 | | Albuterol Sulfate Inhalation Solution 0.5% | 20 mL | Schein | 13.25 |
| 00085-0208-02 | Proventil | Albuterol Sulfate Inhalation Solution 0.5% | 20 mL | Schering-Plough | 15.53 |
| 59930-1515-04 | | Albuterol Sulfate Inhalation Solution 0.5% | 20 mL | Warrick | 12.50 |
| 49502-0689-02 | | Cromolyn Sodium Inhalation Solution USP | 60's | DEY Laboratories | 42.80 |
| 49502-0689-12 | | Cromolyn Sodium Inhalation Solution USP | 120's | DEY Laboratories | 84.00 |
| 00585-0673-02 | Intal | Cromolyn Sodium Nebulizer Solution 2 mL | 60's | Fisons | *45.00 |
| 00585-0673-03 | Intal | Cromolyn Sodium Nebulizer Solution 2 mL | 120's | Fisons | *90.00 |

*Denotes pricing from Blue Book (Price Alert 10/94)

AWPTABLE.XLS/Table 8

CONFIDENTIAL
DL-TX-0091110

DEY057-0257

# REIMBURSEMENT FOR ARISON WORKSHEET

## ALBUTEROL MULTIDOSE BOTTLES 20ML | DEY UNIT-DOSE ALBUTEROL

| EXAMPLE: | YOUR PLAN/STORE: | | |
|---|---|---|---|
| AWP = $12.50 PER 20 ML BOTTLE | | AWP = $30.25/25 VIALS PER CARTON | |
| COST = $5.75 | | COST PER CARTON = | (E) |
| REIMBURSEMENT/BOTTLE = AWP - 30% = $8.75 ASSUMES 40 TREATMENTS PER BOTTLE | | REIMBURSEMENT = AWP - 30% = $21.18 | |

### REIMBURSEMENTS:

| | | | | | |
|---|---|---|---|---|---|
| ALBUTEROL REIMBURSEMENT PER TX = ($8.75/40) = | $0.22 | | | REIMBURSEMENT PER TX ($21.18/25) = | (F) $0.85 |
| SALINE REIMBURSEMENT PER TX = | $0.00 + | | | | |
| TOTAL REIMBURSEMENT PER TX = | $0.22 = | (A) | | | |

### COSTS:

| | | | | | |
|---|---|---|---|---|---|
| ALBUTEROL COST PER TX ($5.75/40)= | $0.14 | | | COST PER TX ($_____/25)= | (G) $ |
| SALINE COST PER TX = | $0.06 + | | | (E) | |
| TOTAL COST PER TX = | $0.20 = | (B) | | | |

### ANNUALIZED PER PATIENT:

| | | | | | |
|---|---|---|---|---|---|
| TREATMENTS (4 TX/DAY x 30 DAYS x 12 MONTHS) = | 1440 | (C) | | TREATMENTS (4 TX/DAY x 30 DAYS x 12 MONTHS) = | 1440 (H) |
| TOTAL REIMBURSEMENT ($0.22 x 1440) = | $316.80 (A x C) | | | TOTAL REIMBURSEMENT ($0.85 x 1440) = | $1,224.00 (F x H) |
| TOTAL COST ($0.20 x 1440) = | $288.00 (B x C) | | | TOTAL COST ($_____ per TX x 1440) = (G) | (G x H) |
| MULTIDOSE ESTIMATED PROFIT = | $28.80 = (D) | | | DEY UNIT-DOSE ESTIMATED PROFIT = | = (I) |

## GAIN IN PROFIT WITH DEY UNIT-DOSE SUBSTITUTION:

YOUR PLAN/STORE:
$ _____ (I-J)

CONFIDENTIAL
DL-TX-0091111

DEY057-0258   L