# Exhibit 411

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

**Click Name for Details**  **Search Criteria**

**MATCHES 1 THROUGH 1 of 1**  Last Updated On: **08/28/2009**

| Name | DOC# | Ethnicity | Gender | Current Facility | DOB |
|---|---|---|---|---|---|
| RICKS, MICHAEL T | 128060 | BLACK | MALE | KIT CARSON CORRECTIONAL FACILITY | 06/16/1959 |
| Name | DOC# | Ethnicity | Gender | Current Facility | DOB |

[ Home ] [ Disclaimers ] [ Inmate Policies ] [ Facilities ] [ Parole Locations ] [ Community Corrections Locations ] [ Escapes ] [ Employment ] [ Links ]
[ Visiting ] [ Victim Services ]