# Exhibit 412

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

Page 287

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3       - - - - - - - - - - - - - - - -

 4    IN RE:  PHARMACEUTICAL        )   MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE    )   CIVIL ACTION

 6    PRICE LITIGATION              )   01-CV-12257-PBS

 7    THIS DOCUMENT RELATES TO      )

 8    U.S. ex rel. Ven-a-Care of    )   Judge Patti B. Saris

 9    the Florida Keys, Inc.        )

10         v.                       )   Chief Magistrate

11    Abbott Laboratories, Inc.,    )   Judge Marianne B.

12    No. 06-CV-11337-PBS           )   Bowler

13       - - - - - - - - - - - - - - - -

14         (cross captions appear on following pages)

15

16           Videotaped deposition of SUE GASTON

17

18                     Volume II

19

20                         Washington, D.C.

21                         Wednesday, March 19, 2008

22                         9:00 a.m.
```

Page 353

```
 1   ever?
 2        A.   You're talking about services?
 3        Q.   The fact that OIG is only looking at
 4   the acquisition cost side of the equation.  Do
 5   you recall that being discussed ever at any
 6   meeting?
 7        A.   I don't quite understand your question.
 8   I mean, they do various reports.  So are you
 9   saying -- I don't understand your question.  They
10   could look at that in one report.
11        Q.   Do you recall that OIG prepared a
12   number of reports throughout the 1990s where they
13   compared acquisition cost to AWP?
14        A.   Yes.
15        Q.   Do you recall ever having discussion
16   with anyone that in their reports they were
17   focusing just on that aspect of reimbursement and
18   not on any other aspects?
19             MS. ALBEE:  Objection, form.
20        A.   I don't recall that.
21        Q.   The conversations may have happened;
22   you just don't recall?
```

Page 354

```
 1      A.    Correct.
 2      Q.    It's been some time since those reports
 3   were issued?
 4      A.    Yes.
 5      Q.    Your memory has faded?
 6      A.    Excuse me?
 7      Q.    Your memory has faded?
 8      A.    Yes.
 9      Q.    In the third paragraph, third sentence,
10   it starts with "in Montana," it states "In
11   Montana we currently believe that the dispensing
12   fee is below the cost to dispense because of the
13   cap on dispensing fees that is currently in place
14   and has been for many years."  Do you see that?
15            MS. MARTINEZ:  Objection, form.
16      A.    Yes.
17      Q.    Do you recall learning in the mid-1990s
18   or earlier that there were some concerns across
19   the state Medicaid programs that dispensing fees
20   might be inadequate?
21            MS. ALBEE:  Objection to form.
22      A.    I don't specifically recall it, but
```