# Exhibit 413

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

**Ipratropium Bromide AWP Prices**
Source: April 2001 Red Book for Windows

| NDC_1 | NDC_2 | NDC_3 | PKG | mL | mg | TRADE_NAME | VENDOR | AWP | WAC | AWP/mg | WAC/mg |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 54569 | 4910 | 00 | 25X2.5ML | 62.5 | 12.50 | Generic | ALLSCRIPTS | $ 18.62 | | $1.49 | |
| 00472 | 0751 | 23 | 25X2.5ML | 62.5 | 12.50 | Generic | ALPHARMA-USPD | $ 56.50 | | $4.52 | |
| 00472 | 0751 | 30 | 30X2.5ML | 75.0 | 15.00 | Generic | ALPHARMA-USPD | $ 67.80 | | $4.52 | |
| 00472 | 0751 | 60 | 60X2.5ML | 150.0 | 30.00 | Generic | ALPHARMA-USPD | $ 118.80 | | $3.96 | |
| 49502 | 0685 | 03 | 25X2.5ML | 62.5 | 12.50 | Generic | DEY LABS | $ 44.10 | $ 15.00 | $3.53 | $1.20 |
| 49502 | 0685 | 33 | 30X2.5ML | 75.0 | 15.00 | Generic | DEY LABS | $ 52.80 | $ 18.00 | $3.52 | $1.20 |
| 49502 | 0685 | 60 | 60X2.5ML | 150.0 | 30.00 | Generic | DEY LABS | $ 105.60 | $ 36.00 | $3.52 | $1.20 |
| 00172 | 6407 | 44 | 60X2.5ML | 150.0 | 30.00 | Generic | IVAX PHARM | $ 44.10 | $ 13.98 | $3.53 | $1.12 |
| 00172 | 6407 | 49 | 25X2.5ML | 62.5 | 12.50 | Generic | IVAX PHARM | $ 105.60 | $ 34.99 | $3.52 | $1.17 |
| 54868 | 4082 | 01 | 60X2.5ML | 150.0 | 30.00 | Generic | PHYS TOTAL CARE | $ 23.54 | | $1.88 | |
| 54868 | 4082 | 00 | 25X2.5ML | 62.5 | 12.50 | Generic | PHYS TOTAL CARE | $ 42.25 | | $1.41 | |
| 00054 | 8402 | 11 | 30X2.5ML | 75.0 | 15.00 | Generic | ROXANE | $ 44.06 | | $3.52 | |
| 00054 | 8402 | 13 | 60X2.5ML | 150.0 | 30.00 | Generic | ROXANE | $ 52.87 | | $3.52 | |
| 00054 | 8402 | 21 | 25X2.5ML | 62.5 | 12.50 | Generic | ROXANE | $ 105.74 | | $3.52 | |
| 00054 | 8404 | 11 | 60X2.5ML | 150.0 | 30.00 | Generic | ROXANE | $ 44.06 | | $3.52 | |
| 00054 | 8404 | 13 | 30X2.5ML | 75.0 | 15.00 | Generic | ROXANE | $ 52.87 | | $3.52 | |
| 00054 | 8404 | 21 | 60X2.5ML | 150.0 | 30.00 | Generic | ROXANE | $ 105.74 | | $3.52 | |
| Median | | | | | | | | | | $3.52 | $1.20 |
| 00597 | 0080 | 62 | 25X2.5ML | 62.5 | 12.50 | ATROVENT INH SOL 2.5ML | BOEH/INGH | $ 65.63 | $ 54.69 | $5.25 | $4.38 |

Tanaz Dutia

6/4/2001

OEI-03-01-00410/00411

HHD181-0029 FL