# Exhibit 414

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

Red Book(TM) for Windows®  
Release: JULY, 2000

## Product Information

| Product | Manuf/Dist | NDC/HRI/UPC | Form | Strength | Size | UD | AWP | WAC |
|---|---|---|---|---|---|---|---|---|
| CROLOM | Allscripts | 54569-4060-00 | SOL | 4% | 10 ml | | 44.56 | |
| CROLOM | Bausch&Lomb Pharm | 24208-0300-10 | SOL | 4% | 10 ml | | 44.56 | 35.65 |
| CROMOLYN SODIUM | Akorn | 17478-0291-11 | SOL | 4% | 10 ml | | 37.25 | 22.79 |
| CROMOLYN SODIUM | Allscripts | 54569-4549-00 | SOL | 10 MG/ML | 2 ml 60s | U | 42.06 | |
| CROMOLYN SODIUM | Alpharma USPD | 00472-0750-60 | SOL | 10 MG/ML | 2 ml 60s | U | 49.72 | |
| CROMOLYN SODIUM | Alpharma USPD | 00472-0750-21 | SOL | 10 MG/ML | 2 ml 120s | U | 92.86 | |
| CROMOLYN SODIUM | Apothecon | 64681-0157-06 | SOL | 10 MG/ML | 2 ml 60s | U | 40.32 | 33.60 |
| CROMOLYN SODIUM | Apothecon | 64681-0157-21 | SOL | 10 MG/ML | 2 ml 120s | U | 80.64 | 67.20 |
| CROMOLYN SODIUM | Arcola | 00070-9996-06 | SOL | 10 MG/ML | 2 ml 60s | U | 42.06 | |
| CROMOLYN SODIUM | Arcola | 00070-9996-12 | SOL | 10 MG/ML | 2 ml 120s | U | 84.12 | |
| CROMOLYN SODIUM | Dey | 49502-0689-02 | SOL | 10 MG/ML | 2 ml 60s | U | 42.00 | 18.30 |
| CROMOLYN SODIUM | Dey | 49502-0689-12 | SOL | 10 MG/ML | 2 ml 120s | U | 84.00 | 36.30 |
| CROMOLYN SODIUM | Falcon Ophthalmics | 61314-0237-10 | SOL | 4% | 10 ml | | 37.20 | 22.50 |
| CROMOLYN SODIUM | Gallipot | 51552-0423-05 | POW | | 5 gm | | 30.00 | |
| CROMOLYN SODIUM | Gallipot | 51552-0423-25 | POW | | 25 gm | | 106.80 | |
| CROMOLYN SODIUM | Gallipot | 51552-0423-99 | POW | | 100 gm | | 276.00 | |
| CROMOLYN SODIUM | Gallipot | 51552-0423-01 | POW | | 1000 gm | | 1800.00 | |
| CROMOLYN SODIUM | Medisca | 38779-0301-04 | POW | | 25 gm | | 56.25 | |
| CROMOLYN SODIUM | Medisca | 38779-0301-05 | POW | | 100 gm | | 146.25 | |
| CROMOLYN SODIUM | Medisca | 38779-0301-08 | POW | | 500 gm | | 656.25 | |
| CROMOLYN SODIUM | Medisca | 38779-0301-03 | POW | | 1000 gm | | 1188.00 | |
| CROMOLYN SODIUM | Meridian Chemical | 62991-1038-01 | POW | | 25 gm | | 135.00 | |
| CROMOLYN SODIUM | Meridian Chemical | 62991-1038-02 | POW | | 100 gm | | 360.00 | |
| CROMOLYN SODIUM | Pacific Pharma | 60758-0458-10 | SOL | 4% | 10 ml | | 37.15 | 26.00 |
| CROMOLYN SODIUM | Roxane | 00054-8167-21 | SOL | 10 MG/ML | 2 ml 60s | U | 49.26 | |
| CROMOLYN SODIUM | Roxane | 00054-8167-23 | SOL | 10 MG/ML | 2 ml 120s | U | 92.03 | |
| CROMOLYN SODIUM | Teva | 00093-1389-43 | SOL | 4% | 10 ml | | 36.47 | |
| CROMOLYN SODIUM | Zenith Goldline | 00172-6406-49 | SOL | 10 MG/ML | 2 ml 60s | U | 42.00 | 19.86 |
| CROMOLYN SODIUM | Zenith Goldline | 00172-6406-59 | SOL | 10 MG/ML | 2 ml 120s | U | 84.00 | 39.31 |
| GASTROCROM | Medeva | 53014-0678-70 | CNT | 100 MG/5 ML | 5 ml 96s | U | 198.88 | 165.73 |
| INTAL | Allscripts | 54569-0048-00 | SOL | 10 MG/ML | 2 ml 120s | U | 61.58 | |
| INTAL | Aventis Pharm | 00585-0673-02 | SOL | 10 MG/ML | 2 ml 60s | U | 61.58 | 51.32 |
| INTAL | Aventis Pharm | 00585-0673-03 | SOL | 10 MG/ML | 2 ml 120s | U | 115.04 | 95.87 |
| INTAL INHALER | Allscripts | 54569-0049-00 | ARD | 0.8 MG/INH | 8.100 gm | | 49.00 | |
| INTAL INHALER | Allscripts | 54569-1012-00 | ARD | 0.8 MG/INH | 14.200 gm | | 77.95 | |
| INTAL INHALER | Aventis Pharm | 00585-0675-02 | ARD | 0.8 MG/INH | 8.100 gm | | 49.00 | 40.83 |
| INTAL INHALER | Aventis Pharm | 00585-0675-01 | ARD | 0.8 MG/INH | 14.200 gm | | 77.95 | 64.96 |
| INTAL INHALER | Cheshire | 55175-4460-01 | ARD | 0.8 MG/INH | 8.100 gm | | 49.85 | |
| INTAL INHALER | Phys Total Care | 54868-1894-02 | ARD | 0.8 MG/INH | 9 gm | | 53.89 | |

Copyright © 2000, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

Page 1

HHD006-0740     F

Red Book(TM) for Windows®

Release: JULY, 2000

| | | | | | | |
|---|---|---|---|---|---|---|
| NASALCROM | Allscripts | 54569-4492-00 | SPR | 5.2 MG/INH | 13 ml | 8.39 |
| NASALCROM | Pharma Pac | 52959-1385-03 | SPR | 5.2 MG/INH | 13 ml | 27.10 |
| NASALCROM | Pharmacia/healthcare | 00009-7709-01 | SPR | 5.2 MG/INH | 13 ml | 8.39 6.99 |
| NASALCROM | Pharmacia/healthcare | 00009-7709-02 | SPR | 5.2 MG/INH | 26 ml | 13.91 11.59 |
| NASALCROM CHILDREN'S ALLERGY | Pharmacia/healthcare | 00009-5003-01 | SPR | 5.2 MG/INH | 13 ml | 8.39 6.99 |
| NASALCROM CHILDREN'S ALLERGY | Pharmacia/healthcare | 00009-5003-02 | SPR | 5.2 MG/INH | 26 ml | 13.91 11.59 |
| OPTICROM | Allergan Inc | 00023-6422-10 | SOL | 4% | 10 ml | 47.25 37.80 |

Copyright © 2000, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

Page 2