# Exhibit 416

***United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**



HHD006-0703    FF

Redbook Product Info

3 o[illegible]. 00010

HHD006-0704 FL

## Product Information

| Product | Manuf/Dist | NDC/HRI/UPC | Form | Strength | Size | UD | AWP | WAC |
|---|---|---|---|---|---|---|---|---|
| AIRET | Medeva | 53014-0075-25 | SOL | 0.083% | 3 ml 25s | | 49.48 | 41.25 |
| AIRET | Medeva | 53014-0075-60 | SOL | 0.083% | 3 ml 60s | | 106.88 | 89.06 |
| ALBUTEROL SULFATE | A-A Spectrum | 49452-0226-01 | POW | | 5 gm | | 11.50 | |
| ALBUTEROL SULFATE | A-A Spectrum | 49452-0226-02 | POW | | 25 gm | | 29.30 | |
| ALBUTEROL SULFATE | A-A Spectrum | 49452-0226-03 | POW | | 100 gm | | 93.70 | |
| ALBUTEROL SULFATE | Allscripts | 54569-3899-00 | SOL | 0.083% | 3 ml 25s | U | 34.63 | |
| ALBUTEROL SULFATE | Allscripts | 54569-3900-00 | SOL | 0.5% | 20 ml | | 14.99 | |
| ALBUTEROL SULFATE | Allscripts | 54569-4899-00 | SYR | 2 MG/5 ML | 118 ml | | 10.00 | |
| ALBUTEROL SULFATE | Allscripts | 54569-3700-01 | SYR | 2 MG/5 ML | 118.250 ml | | 6.65 | |
| ALBUTEROL SULFATE | Allscripts | 54569-3409-00 | TAB | 2 MG | 30s ea | | 9.34 | |
| ALBUTEROL SULFATE | Allscripts | 54569-2874-02 | TAB | 4 MG | 10s ea | | 3.87 | |
| ALBUTEROL SULFATE | Allscripts | 54569-2874-00 | TAB | 4 MG | 30s ea | | 11.60 | |
| ALBUTEROL SULFATE | Allscripts | 54569-2874-01 | TAB | 4 MG | 60s ea | | 23.20 | |
| ALBUTEROL SULFATE | Alpharma USPD | 00472-0831-23 | SOL | 0.083% | 3 ml 25s | | 30.90 | |
| ALBUTEROL SULFATE | Alpharma USPD | 00472-0831-30 | SOL | 0.083% | 3 ml 30s | | 37.08 | |
| ALBUTEROL SULFATE | Alpharma USPD | 00472-0831-60 | SOL | 0.083% | 3 ml 60s | | 74.16 | |
| ALBUTEROL SULFATE | Alpharma USPD | 00472-0825-16 | SYR | 2 MG/5 ML | 480 ml | | 31.00 | |
| ALBUTEROL SULFATE | Bausch&Lomb Pharm | 24208-0347-20 | SOL | 0.5% | 20 ml | | 17.00 | 4.48 |
| ALBUTEROL SULFATE | Cardinal Pharm | 63874-0709-12 | SYR | 2 MG/5 ML | 120 ml | | 7.90 | |
| ALBUTEROL SULFATE | Cardinal Pharm | 63874-0709-48 | SYR | 2 MG/5 ML | 480 ml | | 10.96 | |
| ALBUTEROL SULFATE | Cardinal Pharm | 63874-0377-15 | TAB | 2 MG | 15s ea | | 13.77 | |
| ALBUTEROL SULFATE | Cardinal Pharm | 63874-0377-20 | TAB | 2 MG | 20s ea | | 3.78 | |
| ALBUTEROL SULFATE | Cardinal Pharm | 63874-0377-24 | TAB | 2 MG | 24s ea | | 4.82 | |
| ALBUTEROL SULFATE | Cardinal Pharm | 63874-0377-01 | TAB | 2 MG | 100s ea | | 5.62 | |
| ALBUTEROL SULFATE | Cardinal Pharm | 63874-0378-24 | TAB | 4 MG | 24s ea | | 6.08 | |
| ALBUTEROL SULFATE | Cardinal Pharm | 63874-0378-01 | TAB | 4 MG | 100s ea | | 11.19 | |
| ALBUTEROL SULFATE | Cardinal Pharm | 63874-0378-50 | TAB | 4 MG | 500s ea | | 208.82 | |
| ALBUTEROL SULFATE | Cheshire | 55175-4417-01 | SOL | 0.083% | 3 ml 25s | | 35.47 | |
| ALBUTEROL SULFATE | Cheshire | 55175-1213-01 | SYR | 2 MG/5 ML | 30 ml | | 5.00 | |
| ALBUTEROL SULFATE | Cheshire | 55175-1213-00 | SYR | 2 MG/5 ML | 120 ml | | 11.30 | |
| ALBUTEROL SULFATE | Cheshire | 55175-2210-02 | TAB | 2 MG | 20s ea | | 4.00 | |
| ALBUTEROL SULFATE | Cheshire | 55175-2210-03 | TAB | 2 MG | 30s ea | | 5.60 | |
| ALBUTEROL SULFATE | Cheshire | 55175-2211-08 | TAB | 4 MG | 28s ea | | 4.50 | |
| ALBUTEROL SULFATE | Cheshire | 55175-2211-01 | TAB | 4 MG | 100s ea | | 12.39 | |
| ALBUTEROL SULFATE | Dey | 49502-0697-03 | SOL | 0.083% | 3 ml 25s | U | 30.25 | 7.60 |
| ALBUTEROL SULFATE | Dey | 49502-0697-33 | SOL | 0.083% | 3 ml 30s | U | 36.30 | 9.10 |
| ALBUTEROL SULFATE | Dey | 49502-0697-60 | SOL | 0.083% | 3 ml 60s | U | 72.60 | 18.00 |

Copyright © 2000, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ALBUTEROL SULFATE | Dey | 49502-0105-01 | SOL | 0.5% | 20 ml | | 14.99 | 4.75 |
| ALBUTEROL SULFATE | ESI Lederle Generics | 00005-3062-43 | TAB | 2 MG | 100s ea | | 26.29 | |
| ALBUTEROL SULFATE | ESI Lederle Generics | 00005-3062-31 | TAB | 2 MG | 500s ea | | 124.86 | |
| ALBUTEROL SULFATE | ESI Lederle Generics | 00005-3063-43 | TAB | 4 MG | 100s ea | | 39.46 | |
| ALBUTEROL SULFATE | ESI Lederle Generics | 00005-3063-31 | TAB | 4 MG | 500s ea | | 186.69 | |
| ALBUTEROL SULFATE | Gallipot | 51552-0044-05 | POW | | 5 gm | | 11.04 | |
| ALBUTEROL SULFATE | Gallipot | 51552-0044-25 | POW | | 25 gm | | 42.66 | |
| ALBUTEROL SULFATE | Gallipot | 51552-0044-10 | POW | | 100 gm | | 144.00 | |
| ALBUTEROL SULFATE | Gallipot | 51552-0044-01 | POW | | 1000 gm | | 924.00 | |
| ALBUTEROL SULFATE | Geneva | 00781-1671-01 | TAB | 2 MG | 100s ea | | 28.05 | 2.65 |
| ALBUTEROL SULFATE | Geneva | 00781-1672-01 | TAB | 4 MG | 100s ea | | 41.30 | 4.95 |
| ALBUTEROL SULFATE | Heartland | 61392-0567-39 | TAB | 2 MG | 30s ea | U | 8.10 | |
| ALBUTEROL SULFATE | Heartland | 61392-0567-30 | TAB | 2 MG | 30s ea | U | 8.10 | |
| ALBUTEROL SULFATE | Heartland | 61392-0567-31 | TAB | 2 MG | 31s ea | U | 8.37 | |
| ALBUTEROL SULFATE | Heartland | 61392-0567-32 | TAB | 2 MG | 32s ea | U | 8.64 | |
| ALBUTEROL SULFATE | Heartland | 61392-0567-45 | TAB | 2 MG | 45s ea | U | 12.15 | |
| ALBUTEROL SULFATE | Heartland | 61392-0567-60 | TAB | 2 MG | 60s ea | U | 16.20 | |
| ALBUTEROL SULFATE | Heartland | 61392-0567-90 | TAB | 2 MG | 90s ea | U | 24.30 | |
| ALBUTEROL SULFATE | Heartland | 61392-0567-51 | TAB | 2 MG | 500s ea | U | 135.00 | |
| ALBUTEROL SULFATE | Heartland | 61392-0567-54 | TAB | 2 MG | 2000s ea | U | 540.00 | |
| ALBUTEROL SULFATE | Heartland | 61392-0567-56 | TAB | 2 MG | 3000s ea | U | 810.00 | |
| ALBUTEROL SULFATE | Heartland | 61392-0567-91 | TAB | 2 MG | 10000s ea | U | 2700.00 | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-30 | TAB | 4 MG | 30s ea | U | 11.87 | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-39 | TAB | 4 MG | 30s ea | | 11.87 | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-31 | TAB | 4 MG | 31s ea | U | 12.26 | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-32 | TAB | 4 MG | 32s ea | U | 12.66 | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-45 | TAB | 4 MG | 45s ea | U | 17.80 | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-60 | TAB | 4 MG | 60s ea | U | 23.73 | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-90 | TAB | 4 MG | 90s ea | U | 35.60 | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-51 | TAB | 4 MG | 500s ea | U | 197.78 | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-54 | TAB | 4 MG | 2000s ea | U | 791.10 | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-56 | TAB | 4 MG | 3000s ea | U | 1186.65 | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-91 | TAB | 4 MG | 10000s ea | U | 3955.50 | |
| ALBUTEROL SULFATE | Hi-Tech | 50383-0742-25 | SOL | 0.083% | 3 ml 25s | | 30.35 | 0.00 |
| ALBUTEROL SULFATE | Hi-Tech | 50383-0741-20 | SOL | 0.5% | 20 ml | | 16.50 | 0.00 |
| ALBUTEROL SULFATE | Hi-Tech | 50383-0740-16 | SYR | 2 MG/5 ML | 473 ml | | 26.50 | 0.00 |
| ALBUTEROL SULFATE | Major | 00904-7731-17 | SOL | 0.083% | 3 ml 25s | | 31.25 | 15.59 |
| ALBUTEROL SULFATE | Major | 00904-7658-55 | SOL | 0.5% | 20 ml | | 14.95 | 9.95 |
| ALBUTEROL SULFATE | Major | 00904-7681-16 | SYR | 2 MG/5 ML | 480 ml | | 27.90 | 4.95 |
| ALBUTEROL SULFATE | Major | 00904-2876-60 | TAB | 2 MG | 100s ea | | 24.90 | 3.35 |
| ALBUTEROL SULFATE | Major | 00904-2877-60 | TAB | 4 MG | 100s ea | | 35.30 | 6.03 |

Copyright © 2000, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ALBUTEROL SULFATE | Medisca | 38779-0185-01 | POW | | 10 gm | | 23.40 | |
| ALBUTEROL SULFATE | Medisca | 38779-0185-04 | POW | | 25 gm | | 28.25 | |
| ALBUTEROL SULFATE | Medisca | 38779-0185-05 | POW | | 100 gm | | 90.40 | |
| ALBUTEROL SULFATE | Medisca | 38779-0185-08 | POW | | 500 gm | | 310.75 | |
| ALBUTEROL SULFATE | Meridian Pharm | 62991-1006-01 | POW | | 25 gm | | 75.00 | |
| ALBUTEROL SULFATE | Meridian Pharm | 62991-1006-02 | POW | | 100 gm | | 240.00 | |
| ALBUTEROL SULFATE | Meridian Pharm | 62991-1006-03 | POW | | 500 gm | | 780.00 | |
| ALBUTEROL SULFATE | Morton Grove | 60432-0094-06 | SOL | 0.083% | 3 ml 60s | U | 75.00 | 13.85 |
| ALBUTEROL SULFATE | Mutual | 53489-0176-01 | TAB | 2 MG | 100s ea | | 28.24 | 1.62 |
| ALBUTEROL SULFATE | Mutual | 53489-0176-05 | TAB | 2 MG | 500s ea | | 139.80 | 7.23 |
| ALBUTEROL SULFATE | Mutual | 53489-0177-01 | TAB | 4 MG | 100s ea | | 41.45 | 2.25 |
| ALBUTEROL SULFATE | Mutual | 53489-0177-05 | TAB | 4 MG | 500s ea | | 203.30 | 10.68 |
| ALBUTEROL SULFATE | Mylan | 00378-3401-72 | SYR | 2 MG/5 ML | 473 ml | | 30.79 | |
| ALBUTEROL SULFATE | Mylan | 00378-0255-01 | TAB | 2 MG | 100s ea | | 31.14 | |
| ALBUTEROL SULFATE | Mylan | 00378-0255-05 | TAB | 2 MG | 500s ea | | 154.18 | |
| ALBUTEROL SULFATE | Mylan | 00378-0572-01 | TAB | 4 MG | 100s ea | | 45.76 | |
| ALBUTEROL SULFATE | Mylan | 00378-0572-05 | TAB | 4 MG | 500s ea | | 224.20 | |
| ALBUTEROL SULFATE | Nephron | 00487-9501-25 | SOL | 0.083% | 3 ml 25s | U | 31.00 | 11.25 |
| ALBUTEROL SULFATE | Nephron | 00487-9501-03 | SOL | 0.083% | 3 ml 30s | U | 37.07 | 13.50 |
| ALBUTEROL SULFATE | Nephron | 00487-9501-60 | SOL | 0.083% | 3 ml 60s | U | 74.14 | 27.00 |
| ALBUTEROL SULFATE | PD-RX Pharm | 55289-0363-20 | TAB | 2 MG | 20s ea | | 6.72 | |
| ALBUTEROL SULFATE | PD-RX Pharm | 55289-0363-24 | TAB | 2 MG | 24s ea | | 8.05 | |
| ALBUTEROL SULFATE | PD-RX Pharm | 55289-0363-30 | TAB | 2 MG | 30s ea | | 8.55 | |
| ALBUTEROL SULFATE | PD-RX Pharm | 55289-0045-30 | TAB | 4 MG | 30s ea | | 10.05 | |
| ALBUTEROL SULFATE | Pharma Pac | 52959-0153-03 | SYR | 2 MG/5 ML | 120 ml | | 19.97 | |
| ALBUTEROL SULFATE | Pharma Pac | 52959-0153-06 | SYR | 2 MG/5 ML | 180 ml | | 29.20 | |
| ALBUTEROL SULFATE | Pharma Pac | 52959-0153-09 | SYR | 2 MG/5 ML | 480 ml | | 33.10 | |
| ALBUTEROL SULFATE | Pharma Pac | 52959-0425-20 | TAB | 2 MG | 20s ea | | 8.95 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-2472-01 | SOL | 0.5% | 3 ml 25s | | 14.21 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-3407-00 | SOL | 0.5% | 20 ml | | 9.98 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-2887-00 | SYR | 2 MG/5 ML | 480 ml | | 8.24 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-1073-03 | TAB | 2 MG | 30s ea | | 2.30 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-1073-06 | TAB | 2 MG | 50s ea | | 2.94 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-1073-04 | TAB | 2 MG | 60s ea | | 3.27 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-1073-02 | TAB | 2 MG | 100s ea | | 3.89 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-1073-05 | TAB | 2 MG | 120s ea | | 5.20 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-1074-03 | TAB | 4 MG | 30s ea | | 2.74 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-1074-07 | TAB | 4 MG | 60s ea | | 4.14 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-1074-05 | TAB | 4 MG | 100s ea | | 5.34 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-1074-06 | TAB | 4 MG | 120s ea | | 6.95 | |
| ALBUTEROL SULFATE | Qualitest | 00603-1005-40 | SOL | 0.083% | 3 ml 25s | | 30.42 | |

Copyright © 2000, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

| Drug | Manufacturer | NDC | Form | Strength | Package | | Price | |
|---|---|---|---|---|---|---|---|---|
| ALBUTEROL SULFATE | Qualitest | 00603-1006-43 | SOL | 0.5% | 20 ml | | 12.50 | |
| ALBUTEROL SULFATE | Qualitest | 00603-1007-58 | SYR | 2 MG/5 ML | 480 ml | | 24.75 | |
| ALBUTEROL SULFATE | Qualitest | 00603-2093-21 | TAB | 2 MG | 100s ea | | 23.60 | |
| ALBUTEROL SULFATE | Qualitest | 00603-2093-28 | TAB | 2 MG | 500s ea | | 96.85 | |
| ALBUTEROL SULFATE | Qualitest | 00603-2094-21 | TAB | 4 MG | 100s ea | | 35.16 | |
| ALBUTEROL SULFATE | Qualitest | 00603-2094-28 | TAB | 4 MG | 500s ea | | 144.00 | |
| ALBUTEROL SULFATE | Quality Care | 60346-0672-31 | SYR | 2 MG/5 ML | 60 ml | | 7.07 | |
| ALBUTEROL SULFATE | Quality Care | 60346-0672-04 | SYR | 2 MG/5 ML | 120 ml | | 17.38 | |
| ALBUTEROL SULFATE | Quality Care | 60346-0054-10 | TAB | 2 MG | 10s ea | | 3.93 | |
| ALBUTEROL SULFATE | Quality Care | 60346-0054-30 | TAB | 2 MG | 30s ea | | 6.62 | |
| ALBUTEROL SULFATE | Quality Care | 60346-0285-28 | TAB | 4 MG | 28s ea | | 6.50 | |
| ALBUTEROL SULFATE | Quality Care | 60346-0285-30 | TAB | 4 MG | 30s ea | | 6.20 | |
| ALBUTEROL SULFATE | Raway | 00686-0657-20 | TAB | 2 MG | 100s ea | U | 7.55 | |
| ALBUTEROL SULFATE | Raway | 00686-0658-20 | TAB | 4 MG | 100s ea | U | 8.00 | |
| ALBUTEROL SULFATE | Sidmak | 50111-0491-01 | TAB | 2 MG | 100s ea | | 25.50 | 2.00 |
| ALBUTEROL SULFATE | Sidmak | 50111-0491-02 | TAB | 2 MG | 500s ea | | 122.00 | 7.75 |
| ALBUTEROL SULFATE | Sidmak | 50111-0492-01 | TAB | 4 MG | 100s ea | | 38.00 | 4.10 |
| ALBUTEROL SULFATE | Sidmak | 50111-0492-02 | TAB | 4 MG | 500s ea | | 122.00 | 15.50 |
| ALBUTEROL SULFATE | Southwood | 58016-6404-01 | SOL | 0.5% | 20 ml | | 15.53 | |
| ALBUTEROL SULFATE | Southwood | 58016-0473-12 | TAB | 2 MG | 12s ea | | 4.34 | |
| ALBUTEROL SULFATE | Southwood | 58016-0473-15 | TAB | 2 MG | 15s ea | | 5.42 | |
| ALBUTEROL SULFATE | Southwood | 58016-0473-20 | TAB | 2 MG | 20s ea | | 7.23 | |
| ALBUTEROL SULFATE | Southwood | 58016-0473-24 | TAB | 2 MG | 24s ea | | 8.68 | |
| ALBUTEROL SULFATE | Southwood | 58016-0473-30 | TAB | 2 MG | 30s ea | | 10.85 | |
| ALBUTEROL SULFATE | Southwood | 58016-0473-90 | TAB | 2 MG | 90s ea | | 32.55 | |
| ALBUTEROL SULFATE | Southwood | 58016-0473-00 | TAB | 2 MG | 100s ea | | 36.17 | |
| ALBUTEROL SULFATE | Southwood | 58016-0603-12 | TAB | 4 MG | 12s ea | | 6.47 | |
| ALBUTEROL SULFATE | Southwood | 58016-0603-15 | TAB | 4 MG | 15s ea | | 8.09 | |
| ALBUTEROL SULFATE | Southwood | 58016-0603-20 | TAB | 4 MG | 20s ea | | 10.79 | |
| ALBUTEROL SULFATE | Southwood | 58016-0603-24 | TAB | 4 MG | 24s ea | | 12.94 | |
| ALBUTEROL SULFATE | Southwood | 58016-0603-30 | TAB | 4 MG | 30s ea | | 16.17 | |
| ALBUTEROL SULFATE | Southwood | 58016-0603-00 | TAB | 4 MG | 100s ea | | 53.95 | |
| ALBUTEROL SULFATE | Teva | 00093-0661-16 | SYR | 2 MG/5 ML | 480 ml | | 30.79 | |
| ALBUTEROL SULFATE | Teva | 55953-0480-40 | TAB | 2 MG | 100s ea | | 23.50 | |
| ALBUTEROL SULFATE | Teva | 55953-0480-70 | TAB | 2 MG | 500s ea | | 112.00 | |
| ALBUTEROL SULFATE | Teva | 55953-0499-40 | TAB | 4 MG | 100s ea | | 35.00 | |
| ALBUTEROL SULFATE | Teva | 55953-0499-70 | TAB | 4 MG | 500s ea | | 168.00 | |
| ALBUTEROL SULFATE | UDL | 51079-0760-10 | SYR | 2 MG/5 ML | 5 ml 50s | U | 36.89 | 26.55 |
| ALBUTEROL SULFATE | UDL | 51079-0657-20 | TAB | 2 MG | 100s ea | U | 32.07 | 4.51 |
| ALBUTEROL SULFATE | UDL | 51079-0658-20 | TAB | 4 MG | 100s ea | U | 47.13 | 5.50 |
| ALBUTEROL SULFATE | URL | 00677-1522-72 | SOL | 0.083% | 3 ml 25s | | 32.00 | 10.00 |

Copyright © 2000, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ALBUTEROL SULFATE | URL | 00677-1521-22 | SOL | 0.5% | 20 ml | | 15.14 | 6.21 |
| ALBUTEROL SULFATE | URL | 00677-1359-01 | TAB | 2 MG | 100s ea | | 28.24 | 1.62 |
| ALBUTEROL SULFATE | URL | 00677-1359-05 | TAB | 2 MG | 500s ea | | 139.80 | 7.23 |
| ALBUTEROL SULFATE | URL | 00677-1360-01 | TAB | 4 MG | 100s ea | | 41.45 | 2.25 |
| ALBUTEROL SULFATE | URL | 00677-1360-05 | TAB | 4 MG | 500s ea | | 203.30 | 10.68 |
| ALBUTEROL SULFATE | Warrick | 59930-1500-08 | SOL | 0.083% | 3 ml 25s | U | 30.25 | |
| ALBUTEROL SULFATE | Warrick | 59930-1500-06 | SOL | 0.083% | 3 ml 60s | | 72.60 | |
| ALBUTEROL SULFATE | Warrick | 59930-1515-04 | SOL | 0.5% | 20 ml | | 14.99 | |
| ALBUTEROL SULFATE | Zenith Goldline | 00172-6405-44 | SOL | 0.083% | 3 ml 25s | U | 30.87 | 6.75 |
| ALBUTEROL SULFATE | Zenith Goldline | 00172-6405-49 | SOL | 0.083% | 3 ml 60s | U | 74.10 | 16.04 |
| ALBUTEROL SULFATE | Zenith Goldline | 00182-6014-65 | SOL | 0.5% | 20 ml | | 14.99 | 4.44 |
| PROVENTIL | Allscripts | 54569-1989-00 | SOL | 0.5% | 20 ml | | 20.58 | |
| PROVENTIL | PD-RX Pharm | 55289-0009-30 | TAB | 2 MG | 30s ea | | 15.59 | |
| PROVENTIL | PD-RX Pharm | 55289-0009-60 | TAB | 2 MG | 60s ea | | 31.19 | |
| PROVENTIL | Phys Total Care | 54868-0308-01 | TAB | 4 MG | 100s ea | | 86.77 | |
| PROVENTIL | Schering | 00085-0209-01 | SOL | 0.083% | 3 ml 25s | | 47.86 | |
| PROVENTIL | Schering | 00085-0208-02 | SOL | 0.5% | 20 ml | | 20.99 | |
| PROVENTIL | Schering | 00085-0315-02 | SYR | 2 MG/5 ML | 480 ml | | 43.85 | |
| PROVENTIL | Schering | 00085-0252-02 | TAB | 2 MG | 100s ea | | 48.92 | |
| PROVENTIL | Schering | 00085-0252-03 | TAB | 2 MG | 500s ea | | 227.69 | |
| PROVENTIL | Schering | 00085-0573-02 | TAB | 4 MG | 100s ea | | 72.95 | |
| PROVENTIL | Schering | 00085-0573-03 | TAB | 4 MG | 500s ea | | 339.96 | |
| PROVENTIL HFA | Pharma Pac | 52959-0569-01 | ARD | 0.09 MG/INH | 6.700 gm | | 34.65 | |
| PROVENTIL HFA | Schering | 00085-1132-02 | ARD | 0.09 MG/INH | 3.700 gm | | 41.18 | |
| PROVENTIL HFA | Schering | 00085-1132-01 | ARD | 0.09 MG/INH | 6.700 gm | | 31.06 | |
| PROVENTIL REPETABS | Allscripts | 54569-0387-02 | TER | 4 MG | 20s ea | | 20.12 | |
| PROVENTIL REPETABS | Allscripts | 54569-8589-00 | TER | 4 MG | 180s ea | | 113.96 | |
| PROVENTIL REPETABS | Cheshire | 55175-2557-04 | TER | 4 MG | 14s ea | | 14.76 | |
| PROVENTIL REPETABS | Cheshire | 55175-2557-02 | TER | 4 MG | 20s ea | | 19.26 | |
| PROVENTIL REPETABS | PD-RX Pharm | 55289-0634-15 | TER | 4 MG | 15s ea | | 17.20 | |
| PROVENTIL REPETABS | PD-RX Pharm | 55289-0634-60 | TER | 4 MG | 60s ea | | 70.69 | |
| PROVENTIL REPETABS | Quality Care | 60346-0665-20 | TER | 4 MG | 20s ea | | 23.44 | |
| PROVENTIL REPETABS | Schering | 00085-0431-04 | TER | 4 MG | 100s ea | U | 102.62 | |
| PROVENTIL REPETABS | Schering | 00085-0431-02 | TER | 4 MG | 100s ea | | 81.94 | |
| PROVENTIL REPETABS | Schering | 00085-0431-03 | TER | 4 MG | 500s ea | | 397.44 | |
| VENTOLIN | Allen & Hanburys | 00173-0385-58 | SOL | 0.5% | 20 ml | | 20.72 | 17.27 |
| VENTOLIN | Allen & Hanburys | 00173-0351-54 | SYR | 2 MG/5 ML | 480 ml | | 38.89 | 32.41 |
| VENTOLIN | PD-RX Pharm | 55289-0809-30 | TAB | 2 MG | 30s ea | | 17.31 | |
| VENTOLIN | PD-RX Pharm | 55289-0810-30 | TAB | 4 MG | 30s ea | | 25.61 | |
| VENTOLIN | Pharma Pac | 52959-0589-00 | SOL | 0.5% | 20 ml | | 22.05 | |
| VENTOLIN | Phys Total Care | 54868-3479-00 | SOL | 0.5% | 20 ml | | 23.58 | |

Copyright © 2000, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| VENTOLIN ROTACAPS | Allen & Hanburys | 00173-0389-02 | CAP | 200 MCG | 100s ea | 32.15 | 26.79 |
| VENTOLIN ROTACAPS | Allen & Hanburys | 00173-0389-01 | CAP | 200 MCG | 100s ea | 37.92 | 31.60 |
| VENTOLIN ROTACAPS | Allscripts | 54569-3741-00 | CAP | 200 MCG | 100s ea | 37.92 | |
| VENTOLIN ROTACAPS | Phys Total Care | 54868-2649-01 | CAP | 200 MCG | 96s ea | 42.66 | |
| VOLMAX | Allscripts | 54569-4178-01 | TER | 4 MG | 60s ea | 49.84 | |
| VOLMAX | Allscripts | 54569-4172-01 | TER | 8 MG | 60s ea | 92.53 | |
| VOLMAX | Muro | 00451-0398-50 | TER | 4 MG | 100s ea | 87.23 | 71.53 |
| VOLMAX | Muro | 00451-0398-60 | TER | 4 MG | 500s ea | 414.29 | 339.72 |
| VOLMAX | Muro | 00451-0399-50 | TER | 8 MG | 100s ea | 161.92 | 132.77 |
| VOLMAX | PD-RX Pharm | 55289-0498-30 | TER | 4 MG | 30s ea | 29.87 | |

Copyright © 2000, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.