# Exhibit 417

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

37644, K0518

Red Book(TM) for Windows®  Release: APRIL, 2000

## Product Information

| Product | Manuf/Dist | NDC/HRI/UPC | Form | Strength | Size | UD | AWP | WAC |
|---|---|---|---|---|---|---|---|---|
| ATROVENT | Allscripts | 54569-1006-00 | ARD | 0.018 MG/INH | 14 gm | | 37.37 | |
| ATROVENT | Allscripts | 54569-4420-00 | SPR | 0.03% | 30 ml | | 40.48 | |
| ATROVENT | Allscripts | 54569-4421-00 | SPR | 0.06% | 15 ml | | 34.68 | |
| ATROVENT | Boehr Ingelheim | 00597-0082-14 | ARD | 0.018 MG/INH | 14 gm | | 38.87 | 32.39 |
| ATROVENT | Boehr Ingelheim | 00597-0082-18 | ARO | 0.018 MG/INH | 14 gm | | 35.52 | 29.60 |
| ATROVENT | Boehr Ingelheim | 00597-0080-62 | SOL | 0.02% .2m5ml | 2.500 ml 25s U | 12.5 | 63.48 | 52.90 |
| ATROVENT | Boehr Ingelheim | 00597-0081-30 | SPR | 0.03% | 30 ml | | 42.30 | 35.25 |
| ATROVENT | Boehr Ingelheim | 00597-0086-76 | SPR | 0.06% | 15 ml | | 36.24 | 30.20 |
| ATROVENT | Cheshire | 55175-1382-01 | ARD | 0.018 MG/INH | 14 gm | | 39.85 | |
| ATROVENT | Phys Total Care | 54868-1439-01 | ARD | 0.018 MG/INH | 14 gm | | 44.55 | |
| IPRATROPIUM BROMIDE | Alpharma USPD | 00472-0751-60 | SOL | 0.02% | ca 2.500 ml 60s 30 U | | 118.80 | |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-03 | SOL | 0.02% | ca 2.500 ml 25s ia.sU | | 44.10 | 19.10 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-33 | SOL | 0.02% | 75 2.500 ml 30s 15 U | | 52.80 | 22.92 |
| IPRATROPIUM BROMIDE | Dey | 49502-0685-60 | SOL | 0.02% | 150 2.500 ml 60s 30 U | | 105.60 | 45.84 |
| IPRATROPIUM BROMIDE | Gallipot | 51552-0393-01 | POW | | 1 gm | | 96.00 | |
| IPRATROPIUM BROMIDE | Gallipot | 51552-0393-05 | POW | | 5 gm | | 336.00 | |
| IPRATROPIUM BROMIDE | Gallipot | 51552-0393-25 | POW | | 25 gm | | 1404.00 | |
| IPRATROPIUM BROMIDE | Gallipot | 51552-0393-99 | POW | | 100 gm | | 1680.00 | |
| IPRATROPIUM BROMIDE | Meridian Chemical | 62991-1085-01 | POW | | 1 gm | | 225.00 | |
| IPRATROPIUM BROMIDE | Meridian Chemical | 62991-1085-02 | POW | | 5 gm | | 679.00 | |
| IPRATROPIUM BROMIDE | Phys Total Care | 54868-4082-01 | SOL | 0.02% | ca 2.500 ml 25s ia.sU | | 26.31 | |
| IPRATROPIUM BROMIDE | Phys Total Care | 54868-4082-00 | SOL | 0.02% | 150 2.500 ml 60s 30 U | | 53.95 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-11 | SOL | 0.02% | ca 2.500 ml 25s ia.sU | | 44.06 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-13 | SOL | 0.02% | 75 2.500 ml 30s 15 U | | 52.87 | |
| IPRATROPIUM BROMIDE | Roxane | 00054-8402-21 | SOL | 0.02% | 150 2.500 ml 60s 30 U | | 105.74 | |
| IPRATROPIUM BROMIDE | Zenith Goldline | 00172-6407-44 | SOL | 0.02% | ca 2.500 ml 25s ia.sU | | 44.10 | 13.98 |
| IPRATROPIUM BROMIDE | Zenith Goldline | 00172-6407-49 | SOL | 0.02% | 150 2.500 ml 60s 30 U | | 105.60 | 35.90 |
| IPRATROPIUM BROMIDE HYDROUS | Medisca | 38779-0230-06 | POW | | 1 gm 2 mg/m | | 75.00 | |
| IPRATROPIUM BROMIDE HYDROUS | Medisca | 38779-0230-03 | POW | | 5 gm | | 256.00 | |
| IPRATROPIUM BROMIDE HYDROUS | Medisca | 38779-0230-04 | POW | | 25 gm | | 1119.00 | |
| IPRATROPIUM BROMIDE HYDROUS | Medisca | 38779-0230-05 | POW | | 100 gm | | 3594.00 | |

Copyright © 2000, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

Page 1

HHD005-0374   L