# Exhibit 418

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

Red Book(TM) for Windows®                                                                                             Release: APRIL, 2000

| Drug | Manufacturer | NDC | Form | Strength | Size | | Price |
|---|---|---|---|---|---|---|---|
| ALBUTEROL SULFATE | Dey | 49502-0697-03 | SOL | 0.083% | 3 ml 25s | 62.5 U | 30.25 | 8.40 |
| ALBUTEROL SULFATE | Dey | 49502-0697-33 | SOL | 0.083% | 3 ml 30s 75 U | 36.30 | 10.08 |
| ALBUTEROL SULFATE | Dey | 49502-0697-60 | SOL | 0.083% | 3 ml 60s 150 U | 72.60 | 20.16 |
| ALBUTEROL SULFATE | Dey | 49502-0105-01 | SOL | 0.5% | 20 ml | 14.99 | 5.05 |
| ALBUTEROL SULFATE | ESI Lederle Generics | 00005-3062-43 | TAB | 2 MG | 100s ea | 26.29 | |
| ALBUTEROL SULFATE | ESI Lederle Generics | 00005-3062-31 | TAB | 2 MG | 500s ea | 124.86 | |
| ALBUTEROL SULFATE | ESI Lederle Generics | 00005-3063-43 | TAB | 4 MG | 100s ea | 39.46 | |
| ALBUTEROL SULFATE | ESI Lederle Generics | 00005-3063-31 | TAB | 4 MG | 500s ea | 186.69 | |
| ALBUTEROL SULFATE | Gallipot | 51552-0044-05 | POW | | 5 gm | 11.04 | |
| ALBUTEROL SULFATE | Gallipot | 51552-0044-25 | POW | | 25 gm | 42.66 | |
| ALBUTEROL SULFATE | Gallipot | 51552-0044-10 | POW | | 100 gm | 144.00 | |
| ALBUTEROL SULFATE | Gallipot | 51552-0044-01 | POW | | 1000 gm | 924.00 | |
| ALBUTEROL SULFATE | Geneva | 00781-1671-01 | TAB | 2 MG | 100s ea | 28.05 | 2.97 |
| ALBUTEROL SULFATE | Geneva | 00781-1672-01 | TAB | 4 MG | 100s ea | 41.30 | 5.54 |
| ALBUTEROL SULFATE | Heartland | 61392-0567-39 | TAB | 2 MG | 30s ea | 8.10 U | |
| ALBUTEROL SULFATE | Heartland | 61392-0567-30 | TAB | 2 MG | 30s ea | 8.10 U | |
| ALBUTEROL SULFATE | Heartland | 61392-0567-31 | TAB | 2 MG | 31s ea | 8.37 U | |
| ALBUTEROL SULFATE | Heartland | 61392-0567-32 | TAB | 2 MG | 32s ea | 8.64 U | |
| ALBUTEROL SULFATE | Heartland | 61392-0567-45 | TAB | 2 MG | 45s ea | 12.15 U | |
| ALBUTEROL SULFATE | Heartland | 61392-0567-60 | TAB | 2 MG | 60s ea | 16.20 U | |
| ALBUTEROL SULFATE | Heartland | 61392-0567-90 | TAB | 2 MG | 90s ea | 24.30 U | |
| ALBUTEROL SULFATE | Heartland | 61392-0567-51 | TAB | 2 MG | 500s ea | 135.00 U | |
| ALBUTEROL SULFATE | Heartland | 61392-0567-54 | TAB | 2 MG | 2000s ea | 540.00 U | |
| ALBUTEROL SULFATE | Heartland | 61392-0567-56 | TAB | 2 MG | 3000s ea | 810.00 U | |
| ALBUTEROL SULFATE | Heartland | 61392-0567-91 | TAB | 2 MG | 10000s ea | 2700.00 U | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-30 | TAB | 4 MG | 30s ea | 11.87 U | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-39 | TAB | 4 MG | 30s ea | 11.87 U | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-31 | TAB | 4 MG | 31s ea | 12.26 U | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-32 | TAB | 4 MG | 32s ea | 12.66 U | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-45 | TAB | 4 MG | 45s ea | 17.80 U | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-60 | TAB | 4 MG | 60s ea | 23.73 U | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-90 | TAB | 4 MG | 90s ea | 35.60 U | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-51 | TAB | 4 MG | 500s ea | 197.78 U | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-54 | TAB | 4 MG | 2000s ea | 791.10 U | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-56 | TAB | 4 MG | 3000s ea | 1186.65 U | |
| ALBUTEROL SULFATE | Heartland | 61392-0570-91 | TAB | 4 MG | 10000s ea | 3955.50 U | |
| ALBUTEROL SULFATE | Hi-Tech | 50383-0742-25 | SOL | 0.083% | 3 ml 25s 62.5 | 30.35 | 0.00 |
| ALBUTEROL SULFATE | Hi-Tech | 50383-0740-16 | SYR | 2 MG/5 ML | 473 ml | 26.50 | 0.00 |
| ALBUTEROL SULFATE | Major | 00904-7731-17 | SOL | 0.083% | 3 ml 25s 62.5 | 31.25 | 15.59 |
| ALBUTEROL SULFATE | Major | 00904-7658-55 | SOL | 0.5% | 20 ml | 14.95 | 9.95 |
| ALBUTEROL SULFATE | Major | 00904-7681-16 | SYR | 2 MG/5 ML | 480 ml | 27.90 | 11.28 |
| ALBUTEROL SULFATE | Major | 00904-2876-60 | TAB | 2 MG | 100s ea | 24.90 | 3.35 |
| ALBUTEROL SULFATE | Major | 00904-2877-60 | TAB | 4 MG | 100s ea | 35.30 | 6.03 |

Copyright © 2000, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

HHD005-0366

| Drug | Manufacturer | NDC | Form | Strength | Size | Price | Note |
|---|---|---|---|---|---|---|---|
| ALBUTEROL SULFATE | Medisca | 38779-0185-01 | POW | | 10 gm | 25.88 | |
| ALBUTEROL SULFATE | Medisca | 38779-0185-04 | POW | | 25 gm | 31.25 | |
| ALBUTEROL SULFATE | Medisca | 38779-0185-05 | POW | | 100 gm | 100.00 | |
| ALBUTEROL SULFATE | Medisca | 38779-0185-08 | POW | | 500 gm | 343.75 | |
| ALBUTEROL SULFATE | Meridian Chemical | 62991-1006-01 | POW | | 25 gm | 75.00 | |
| ALBUTEROL SULFATE | Meridian Chemical | 62991-1006-02 | POW | | 100 gm | 240.00 | |
| ALBUTEROL SULFATE | Meridian Chemical | 62991-1006-03 | POW | | 500 gm | 780.00 | |
| ALBUTEROL SULFATE | Moore,H.L. | 00839-7859-69 | SYR | 2 MG/5 ML | 480 ml | 26.26 | |
| ALBUTEROL SULFATE | Mutual | 53489-0176-01 | TAB | 2 MG | 100s ea | 28.24 | 1.62 |
| ALBUTEROL SULFATE | Mutual | 53489-0176-05 | TAB | 2 MG | 500s ea | 139.80 | 7.23 |
| ALBUTEROL SULFATE | Mutual | 53489-0177-01 | TAB | 4 MG | 100s ea | 41.45 | 2.25 |
| ALBUTEROL SULFATE | Mutual | 53489-0177-05 | TAB | 4 MG | 500s ea | 203.30 | 10.68 |
| ALBUTEROL SULFATE | Mylan | 00378-3401-72 | SYR | 2 MG/5 ML | 473 ml | 30.79 | |
| ALBUTEROL SULFATE | Mylan | 00378-0255-01 | TAB | 2 MG | 100s ea | 31.14 | |
| ALBUTEROL SULFATE | Mylan | 00378-0255-05 | TAB | 2 MG | 500s ea | 154.18 | |
| ALBUTEROL SULFATE | Mylan | 00378-0572-01 | TAB | 4 MG | 100s ea | 45.76 | |
| ALBUTEROL SULFATE | Mylan | 00378-0572-05 | TAB | 4 MG | 500s ea | 224.20 | |
| **ALBUTEROL SULFATE** | Nephron | 00487-9501-03 | SOL | 0.083% | 3 ml 30s | 37.07 | 75 U 13.50 |
| **ALBUTEROL SULFATE** | Nephron | 00487-9501-60 | SOL | 0.083% | 3 ml 60s | 74.14 | 150 U 27.00 |
| ALBUTEROL SULFATE | Novopharm | 55953-0480-40 | TAB | 2 MG | 100s ea | 23.50 | |
| ALBUTEROL SULFATE | Novopharm | 55953-0480-70 | TAB | 2 MG | 500s ea | 112.00 | |
| ALBUTEROL SULFATE | Novopharm | 55953-0499-40 | TAB | 4 MG | 100s ea | 35.00 | |
| ALBUTEROL SULFATE | Novopharm | 55953-0499-70 | TAB | 4 MG | 500s ea | 168.00 | |
| ALBUTEROL SULFATE | PD-RX Pharm | 55289-0363-20 | TAB | 2 MG | 20s ea | 6.72 | |
| ALBUTEROL SULFATE | PD-RX Pharm | 55289-0363-24 | TAB | 2 MG | 24s ea | 8.05 | |
| ALBUTEROL SULFATE | PD-RX Pharm | 55289-0363-30 | TAB | 2 MG | 30s ea | 8.55 | |
| ALBUTEROL SULFATE | PD-RX Pharm | 55289-0045-30 | TAB | 4 MG | 30s ea | 10.05 | |
| ALBUTEROL SULFATE | Pharma Pac | 52959-1411-03 | SYR | 2 MG/5 ML | 120 ml | 19.97 | |
| ALBUTEROL SULFATE | Pharma Pac | 52959-1411-16 | SYR | 2 MG/5 ML | 480 ml | 76.02 | |
| ALBUTEROL SULFATE | Pharma Pac | 52959-0425-20 | TAB | 2 MG | 20s ea | 8.95 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-2472-01 | SOL | 0.5% | 3 ml 25s | 14.21 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-3407-00 | SOL | 0.5% | 20 ml | 9.98 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-2887-00 | SYR | 2 MG/5 ML | 480 ml | 8.24 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-1073-03 | TAB | 2 MG | 30s ea | 2.30 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-1073-06 | TAB | 2 MG | 50s ea | 2.94 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-1073-04 | TAB | 2 MG | 60s ea | 3.27 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-1073-02 | TAB | 2 MG | 100s ea | 3.89 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-1073-05 | TAB | 2 MG | 120s ea | 5.20 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-1074-03 | TAB | 4 MG | 30s ea | 2.74 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-1074-07 | TAB | 4 MG | 60s ea | 4.14 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-1074-05 | TAB | 4 MG | 100s ea | 5.34 | |
| ALBUTEROL SULFATE | Phys Total Care | 54868-1074-06 | TAB | 4 MG | 120s ea | 6.95 | |
| ALBUTEROL SULFATE | Qualitest | 00603-1005-40 | SOL | 0.083% | 3 ml 25s | 30.42 | 62.5 |

Copyright © 2000, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.                                  Page 3

HHD005-0367

Red Book(TM) for Windows®  Release: APRIL, 2000

| Drug | Manufacturer | NDC | Form | Strength | Size | Price | Note |
|---|---|---|---|---|---|---|---|
| ALBUTEROL SULFATE | Qualitest | 00603-1006-43 | SOL | 0.5% | 20 ml | 12.50 | |
| ALBUTEROL SULFATE | Qualitest | 00603-1007-58 | SYR | 2 MG/5 ML | 480 ml | 24.75 | |
| ALBUTEROL SULFATE | Qualitest | 00603-2093-21 | TAB | 2 MG | 100s ea | 23.60 | |
| ALBUTEROL SULFATE | Qualitest | 00603-2093-28 | TAB | 2 MG | 500s ea | 96.85 | |
| ALBUTEROL SULFATE | Qualitest | 00603-2094-21 | TAB | 4 MG | 100s ea | 35.16 | |
| ALBUTEROL SULFATE | Qualitest | 00603-2094-28 | TAB | 4 MG | 500s ea | 144.00 | |
| ALBUTEROL SULFATE | Quality Care | 60346-0672-31 | SYR | 2 MG/5 ML | 60 ml | 7.07 | |
| ALBUTEROL SULFATE | Quality Care | 60346-0672-04 | SYR | 2 MG/5 ML | 120 ml | 17.38 | |
| ALBUTEROL SULFATE | Quality Care | 60346-0054-10 | TAB | 2 MG | 10s ea | 3.93 | |
| ALBUTEROL SULFATE | Quality Care | 60346-0054-30 | TAB | 2 MG | 30s ea | 6.62 | |
| ALBUTEROL SULFATE | Quality Care | 60346-0285-28 | TAB | 4 MG | 28s ea | 6.50 | |
| ALBUTEROL SULFATE | Quality Care | 60346-0285-30 | TAB | 4 MG | 30s ea | 6.20 | |
| ALBUTEROL SULFATE | Raway | 00686-0657-20 | TAB | 2 MG | 100s ea | 7.55 | |
| ALBUTEROL SULFATE | Raway | 00686-0658-20 | TAB | 4 MG | 100s ea | 8.00 | |
| ALBUTEROL SULFATE | Schein | 00364-2438-01 | TAB | 2 MG | 100s ea | 26.00 | |
| ALBUTEROL SULFATE | Schein | 00364-2439-01 | TAB | 4 MG | 100s ea | 37.60 | |
| ALBUTEROL SULFATE | Sidmak | 50111-0491-01 | TAB | 2 MG | 100s ea | 25.50 | 2.00 |
| ALBUTEROL SULFATE | Sidmak | 50111-0491-02 | TAB | 2 MG | 500s ea | 122.00 | 7.75 |
| ALBUTEROL SULFATE | Sidmak | 50111-0492-01 | TAB | 4 MG | 100s ea | 38.00 | 4.10 |
| ALBUTEROL SULFATE | Sidmak | 50111-0492-02 | TAB | 4 MG | 500s ea | 182.00 | 15.50 |
| ALBUTEROL SULFATE | Southwood | 58016-6404-20 | SOL | 0.5% | 20 ml | 15.53 | |
| ALBUTEROL SULFATE | Southwood | 58016-0328-18 | SYR | 2 MG/5 ML | 90 ml | 13.53 | |
| ALBUTEROL SULFATE | Southwood | 58016-0328-20 | SYR | 2 MG/5 ML | 100 ml | 15.50 | U |
| ALBUTEROL SULFATE | Southwood | 58016-0328-24 | SYR | 2 MG/5 ML | 120 ml | 18.29 | U |
| ALBUTEROL SULFATE | Southwood | 58016-0328-48 | SYR | 2 MG/5 ML | 240 ml | 27.05 | |
| ALBUTEROL SULFATE | Southwood | 58016-0473-12 | TAB | 2 MG | 12s ea | 4.34 | |
| ALBUTEROL SULFATE | Southwood | 58016-0473-15 | TAB | 2 MG | 15s ea | 5.42 | |
| ALBUTEROL SULFATE | Southwood | 58016-0473-20 | TAB | 2 MG | 20s ea | 7.23 | |
| ALBUTEROL SULFATE | Southwood | 58016-0473-24 | TAB | 2 MG | 24s ea | 8.68 | |
| ALBUTEROL SULFATE | Southwood | 58016-0473-30 | TAB | 2 MG | 30s ea | 10.85 | |
| ALBUTEROL SULFATE | Southwood | 58016-0473-90 | TAB | 2 MG | 90s ea | 11.93 | |
| ALBUTEROL SULFATE | Southwood | 58016-0473-00 | TAB | 2 MG | 100s ea | 36.17 | |
| ALBUTEROL SULFATE | Southwood | 58016-0603-12 | TAB | 4 MG | 12s ea | 6.47 | |
| ALBUTEROL SULFATE | Southwood | 58016-0603-15 | TAB | 4 MG | 15s ea | 8.09 | |
| ALBUTEROL SULFATE | Southwood | 58016-0603-20 | TAB | 4 MG | 20s ea | 10.79 | |
| ALBUTEROL SULFATE | Southwood | 58016-0603-24 | TAB | 4 MG | 24s ea | 12.94 | |
| ALBUTEROL SULFATE | Southwood | 58016-0603-30 | TAB | 4 MG | 30s ea | 16.17 | |
| ALBUTEROL SULFATE | Southwood | 58016-0603-00 | TAB | 4 MG | 100s ea | 53.95 | |
| ALBUTEROL SULFATE | Teva | 00093-0661-16 | SYR | 2 MG/5 ML | 480 ml | 27.92 | |
| ALBUTEROL SULFATE | Teva | 00332-2226-09 | TAB | 2 MG | 100s ea | 25.00 | |
| ALBUTEROL SULFATE | Teva | 00093-0665-01 | TAB | 2 MG | 100s ea | 28.05 | |
| ALBUTEROL SULFATE | Teva | 00093-2226-05 | TAB | 2 MG | 500s ea | 134.19 | |
| ALBUTEROL SULFATE | Teva | 00093-0665-05 | TAB | 2 MG | 500s ea | 134.19 | |

Copyright © 2000, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

HHD005-0368

Red Book(TM) for Windows®  Release: APRIL, 2000

| Drug | Manufacturer | NDC | Form | Strength | Size | | Price | Extra |
|---|---|---|---|---|---|---|---|---|
| ALBUTEROL SULFATE | Teva | 00332-2228-09 | TAB | 4 MG | 100s ea | | 37.50 | |
| ALBUTEROL SULFATE | Teva | 00093-0666-01 | TAB | 4 MG | 100s ea | | 39.55 | |
| ALBUTEROL SULFATE | Teva | 00332-2228-13 | TAB | 4 MG | 500s ea | | 180.00 | |
| ALBUTEROL SULFATE | Teva | 00093-0666-05 | TAB | 4 MG | 500s ea | | 197.00 | |
| ALBUTEROL SULFATE | UDL | 51079-0760-10 | SYR | 2 MG/5 ML | 5 ml 50s | U | 36.89 | 26.55 |
| ALBUTEROL SULFATE | UDL | 51079-0657-20 | TAB | 2 MG | 100s ea | U | 28.32 | 4.51 |
| ALBUTEROL SULFATE | UDL | 51079-0658-20 | TAB | 4 MG | 100s ea | U | 43.08 | 5.50 |
| ALBUTEROL SULFATE | URL | 00677-1522-72 | SOL | 0.083% | 3 ml 25s  62.5 | | 32.00 | 10.00 |
| ALBUTEROL SULFATE | URL | 00677-1521-22 | SOL | 0.5% | 20 ml | | 15.14 | 6.21 |
| ALBUTEROL SULFATE | URL | 00677-1359-01 | TAB | 2 MG | 100s ea | | 28.24 | 1.62 |
| ALBUTEROL SULFATE | URL | 00677-1359-05 | TAB | 2 MG | 500s ea | | 139.80 | 7.23 |
| ALBUTEROL SULFATE | URL | 00677-1360-01 | TAB | 4 MG | 100s ea | | 41.45 | 2.25 |
| ALBUTEROL SULFATE | URL | 00677-1360-05 | TAB | 4 MG | 500s ea | | 203.30 | 10.68 |
| ALBUTEROL SULFATE | Warrick | 59930-1500-08 | SOL | 0.083% | 3 ml 25s  62.5 | U | 30.25 | |
| ALBUTEROL SULFATE | Warrick | 59930-1500-06 | SOL | 0.083% | 3 ml 60s  150 | | 72.60 | |
| ALBUTEROL SULFATE | Warrick | 59930-1515-04 | SOL | 0.5% | 20 ml | | 14.99 | |
| ALBUTEROL SULFATE | Warrick | 59930-1510-05 | SYR | 2 MG/5 ML | 480 ml | | 24.75 | |
| ALBUTEROL SULFATE | Warrick | 59930-1520-01 | TAB | 2 MG | 100s ea | | 23.65 | |
| ALBUTEROL SULFATE | Warrick | 59930-1520-02 | TAB | 2 MG | 500s ea | | 112.25 | |
| ALBUTEROL SULFATE | Warrick | 59930-1530-01 | TAB | 4 MG | 100s ea | | 35.20 | |
| ALBUTEROL SULFATE | Warrick | 59930-1530-02 | TAB | 4 MG | 500s ea | | 168.25 | |
| ALBUTEROL SULFATE | Zenith Goldline | 00172-6405-44 | SOL | 0.083% | 3 ml 25s  62.5 | U | 30.75 | 6.75 |
| ALBUTEROL SULFATE | Zenith Goldline | 00182-8010-24 | SOL | 0.083% | 3 ml 25s  62.5 | | 30.25 | 14.99 |
| ALBUTEROL SULFATE | Zenith Goldline | 00172-6405-49 | SOL | 0.083% | 3 ml 60s  150 | | 74.10 | 16.04 |
| ALBUTEROL SULFATE | Zenith Goldline | 00182-6014-65 | SOL | 0.5% | 20 ml | U | 8.99 | 4.44 |
| ALBUTEROL SULFATE | Zenith Goldline | 00182-6015-40 | SYR | 2 MG/5 ML | 480 ml | | 27.92 | 5.99 |
| PROVENTIL | Allscripts | 54569-1989-00 | SOL | 0.5% | 20 ml | | 19.88 | |
| PROVENTIL | PD-RX Pharm | 55289-0009-30 | TAB | 2 MG | 30s ea | | 15.59 | |
| PROVENTIL | PD-RX Pharm | 55289-0009-60 | TAB | 2 MG | 60s ea | | 31.19 | |
| PROVENTIL | Phys Total Care | 54868-0308-01 | TAB | 4 MG | 100s ea | | 79.13 | |
| PROVENTIL | Schering | 00085-0209-01 | SOL | 0.083% | 3 ml 25s  62.5 | U | 46.92 | |
| PROVENTIL | Schering | 00085-0208-02 | SOL | 0.5% | 20 ml | | 20.58 | |
| PROVENTIL | Schering | 00085-0315-02 | SYR | 2 MG/5 ML | 480 ml | | 42.98 | |
| PROVENTIL | Schering | 00085-0252-02 | TAB | 2 MG | 100s ea | | 47.96 | |
| PROVENTIL | Schering | 00085-0252-03 | TAB | 2 MG | 500s ea | | 227.69 | |
| PROVENTIL | Schering | 00085-0573-02 | TAB | 4 MG | 100s ea | | 71.52 | |
| PROVENTIL | Schering | 00085-0573-03 | TAB | 4 MG | 500s ea | | 339.96 | |
| PROVENTIL | Southwood | 58016-5018-20 | SOL | 0.5% | 20 ml | | 21.20 | |
| PROVENTIL | Southwood | 58016-0487-24 | SYR | 2 MG/5 ML | 120 ml | | 11.19 | |
| PROVENTIL | Southwood | 58016-0487-48 | SYR | 2 MG/5 ML | 240 ml | | 21.88 | |
| PROVENTIL HFA | Pharma Pac | 52959-1467-01 | ARD | 0.09 MG/INH | 6.700 gm | | 34.65 | |
| PROVENTIL HFA | Schering | 00085-1132-02 | ARD | 0.09 MG/INH | 3.700 gm | | 41.18 | |
| PROVENTIL HFA | Schering | 00085-1132-01 | ARD | 0.09 MG/INH | 6.700 gm | | 30.44 | |

Copyright © 2000, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

HHD005-0369

Red Book(TM) for Windows®  Release: APRIL, 2000

| Product | Manufacturer | NDC | Form | Strength | Size | | Price |
|---|---|---|---|---|---|---|---|
| PROVENTIL REPETABS | Allscripts | 54569-0387-02 | TER | 4 MG | 20s ea | | 19.44 |
| PROVENTIL REPETABS | Allscripts | 54569-8589-00 | TER | 4 MG | 180s ea | | 113.96 |
| PROVENTIL REPETABS | Cheshire | 55175-2557-04 | TER | 4 MG | 14s ea | | 14.76 |
| PROVENTIL REPETABS | Cheshire | 55175-2557-02 | TER | 4 MG | 20s ea | | 19.26 |
| PROVENTIL REPETABS | PD-RX Pharm | 55289-0634-15 | TER | 4 MG | 15s ea | | 17.20 |
| PROVENTIL REPETABS | PD-RX Pharm | 55289-0634-60 | TER | 4 MG | 60s ea | | 70.69 |
| PROVENTIL REPETABS | Quality Care | 60346-0665-20 | TER | 4 MG | 20s ea | | 22.48 |
| PROVENTIL REPETABS | Schering | 00085-0431-04 | TER | 4 MG | 100s ea | U | 100.61 |
| PROVENTIL REPETABS | Schering | 00085-0431-02 | TER | 4 MG | 100s ea | | 80.33 |
| PROVENTIL REPETABS | Schering | 00085-0431-03 | TER | 4 MG | 500s ea | | 389.65 |
| VENTOLIN | Allen & Hanburys | 00173-0385-58 | SOL | 0.5% | 20 ml | | 20.72 |
| VENTOLIN | Allen & Hanburys | 00173-0351-54 | SYR | 2 MG/5 ML | 480 ml | | 38.89 |
| VENTOLIN | PD-RX Pharm | 55289-0809-30 | TAB | 2 MG | 30s ea | | 17.31 |
| VENTOLIN | PD-RX Pharm | 55289-0810-30 | TAB | 4 MG | 30s ea | | 25.61 |
| VENTOLIN | Pharma Pac | 52959-1294-00 | SOL | 0.5% | 20 ml | | 22.05 |
| VENTOLIN | Phys Total Care | 54868-3479-00 | SOL | 0.5% | 20 ml | | 23.58 |
| VENTOLIN | Southwood | 58016-6109-01 | SOL | 0.5% | 20 ml | | 28.98 |
| VENTOLIN | Southwood | 58016-0482-21 | SYR | 2 MG/5 ML | 120 ml | | 18.00 |
| VENTOLIN | Southwood | 58016-0482-48 | SYR | 2 MG/5 ML | 240 ml | | 36.00 |
| VENTOLIN NEBULES | Allen & Hanburys | 00173-0419-00 | SOL | 0.083% | 3 ml 25s | 17.27 | 43.22 |
| VENTOLIN ROTACAPS | Allen & Hanburys | 00173-0389-02 | CAP | 200 MCG | 100s ea | 32.41 | 32.15 |
| VENTOLIN ROTACAPS | Allen & Hanburys | 00173-0389-01 | CAP | 200 MCG | 100s ea | | 37.92 |
| VENTOLIN ROTACAPS | Allscripts | 54569-3741-00 | CAP | 200 MCG | 100s ea | | 37.92 |
| VENTOLIN ROTACAPS | Phys Total Care | 54868-2649-01 | CAP | 200 MCG | 96s ea | | 42.66 |
| VOLMAX | Allscripts | 54569-4178-01 | TER | 4 MG | 60s ea | 36.02 | 47.47 |
| VOLMAX | Allscripts | 54569-4172-01 | TER | 8 MG | 60s ea | 26.79 | 88.12 |
| VOLMAX | Muro | 00451-0398-50 | TER | 4 MG | 100s ea | 31.60 | 83.07 |
| VOLMAX | Muro | 00451-0398-60 | TER | 4 MG | 500s ea | 68.12 | 394.56 |
| VOLMAX | Muro | 00451-0399-50 | TER | 8 MG | 100s ea | 323.54 | 154.21 |
|  |  |  |  |  |  | 126.45 | |

Copyright © 2000, Medical Economics Company, Inc. used herein under license by Micromedex, Inc.

HHD005-0370