# Exhibit 374

## PART 1

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

CERTIFIED MAIL NO.**7004-1160-0003-7213-5563**

| | |
|---|---|
| Washitaw Nation of Muurs ) | |
| united States of America ) | |
| Republic of Colorado ) ss. | ACKNOWLEDGMENT |
| County of Kit Carson ) | |

*Pursuant to title 28, U.S.C. §1746(1) and 28 U.S.C. §16.41(d), executed "without the United States," I Michael-Todd: of the Ricks-Bey© Tribe/Family, being first duly sworn recognizing in law, being of age to contract. Declarant herein, one of the Private People in the State of Colorado, one of The united States, of America, a Union of republic States under the penalties of perjury pursuant to The Laws of The united States of America and of the state of Colorado Republic and/or any "STATE OF", that Declarant is competent to be a witness and I affirm under penalty of perjury under the United Nations International Laws that the foregoing is true and correct, to the best of my belief and informed knowledge. I now affix my signature and official seal to all of the ongoing affirmations with EXPLICIT RESERVATION OF ALL MY INALIENABLE RIGHTS WITHOUT PREJUDICE to any of those rights pursuant to U.C.C. 1-308 and U.C.C. 1-103.6.*

**FOR ALL COMMUNIQUÉ ELSEWHERE**
"Without Prejudice"
Michael Todd Ricks-Bey©, Authorized Representative
Attorney-In-Fact for MICHAEL TODD RICKS, DEBTOR
**c/o Post Office Box 2000**-Resident-128060/EB-115B
**City of Burlington, State of Colorado united States of America**
**DMM Reg. Sec. 122.32; Public Law 91-375, Sec. 403**

**STATE OF COLORADO**

## IDENTIFICATION OF SECURED PARTY

I **Michael-Todd: Ricks-Bey©** of the **Ricks-Bey** Tribe/Family, (Hereafter Secured Party U.C.C.-1-201), sui juris, an Moorish American National Sovereign, a private party inalienable and imprescriptibly rights to life, liberty, property, Secured protections and guaranteed by God-Allah almighty, the State and Federal Constitutions, the rights and Remedies afforded by the Uniform Commercial Code.

Furthermore, the Secured Party is a living breathing, Flesh and Blood human being upon the soil, (indispensable party) within the State of Colorado with sentient and moral existence. The Secure Party is the Holder-In-Due-Course of the Document Title, U.C.C. 1-201 a Secure Party Creditor U.C.C. 9-105, Trade Name Owner and Record Owner. This Secured Party is non-incorporated, non-debtor, non-person, non-citizen, non-resident, non-defendant, non-fiction, non-subject, and non-participate in any government program.

I **Michael-Todd: Ricks-Bey©** Secured Party Authorized Representative, Attorney-In-Fact in behalf of the DEBTOR MICHAEL TODD RICKS, ENS LEGIS trust comes to you in "Good Faith" with no wrongful intent, operating solely in my private capacity as a Flesh and Blood man. I hereinafter to be known as Secure party in this Affidavit, duly notifying you of my Superior Claim over the DEBTOR and Primary title Holder over the DEBTOR MICHAEL TODD RICKS, ENS LEGIS.

Understand that your public commercial so-called Colorable Jurisdiction exist only on a corporate/fictional entity level for the 14th Amendment citizen of the United States, Person, this above jurisdiction is transparent and NULL and VOID of all so-called power within your private realm.

All trust, agents, legislative trustee, agents of the STATE OF COLORADO CORPORATIONS, and JUDICIAL REPRESENTATIVES do not have the standing of this matter unless they can prove otherwise.


EXHIBIT
1020
Ricks-Bey

IDENTIFICATION OF SECURED PARTY      Page 1 of 2      102404-TSRB-1

Enclosed herewith is a notarized acknowledged certified True and Correct copy of documents substantiating the Supreme Claim of the said property collateral/chattel in and for the Interest of the DEBTOR MICHAEL TODD RICKS, ENS LEGIS.

Either provide **PROOF OF CLAIM** that is superior of the Secured Party as evidence. If NON-RESPONSE within the said period is conclusive presumption, fact, i.e. judicial or administrative res judicata that no such claim exists. Absent your proof of superior claim, the Secure Party request that the account be adjusted and the order of the court are released to the Secured Party immediately.

This **NOTIFICATION** to you, places you in full Liability on your known Christian name, corporate identification, and you're doing business as title for the District of Douglas, STATE OF COLORADO. If you choose to default via non-compliance, or your full agreement to the above stated herein via your silence, for any damages incurred.

**TIME IS OF THE ESSENCE!**     **FURTHER THE SECURED PARTY SAYETH NOT**

*Without Prejudice UCC-1-308, UCC 1-103.6*
*Authorized Representative, Attorney-In-Fact*

/s/ Michael T. Ricks-Bey
Michael Todd Ricks-Bey©, Secured Party Creditor
Authorized Representative, Attorney-In-Fact
Of the Debtor MICHAEL TODD RICKS© 128060
Ens Legis.
Tradename Owner
Record Owner

### VERIFICATION

Washitaw Nation of Muurs          )
united States of America          )
Republic of Colorado              ) SS VERIFIED DECLARATION
County of Kit Carson              )

I, Michael-Todd Ricks-Bey©, Declaration herein, one of the Private People in the Washitaw Nations of Muurs, De Dugdh Mound Ya and Commonwealth of Virginia Republic, one of the united States, of America, a union of Republic states under penalties of perjury under The Laws of The united States of America and of the Colorado Republic and/or any "STATE OF", that Declarant is competent to be a witness and that the facts contained herein are Truce, Correct, Complete and not Misleading, to the best of Declarant's personal knowledge and belief, made voluntarily and intentionally for the purpose stated.

As a Notary Public for said County and State, I do hereby certify that on this 28th day of July 2008, that A Natural Person whose Indigenous Name is Michael-Todd: Ricks-Bey, the above mentioned, appeared before me and executed the foregoing. Witness my hand and seal:

*Without Prejudice UCC 1-308, UCC 1-103.6*

/s/ Michael T. Ricks-Bey                                  
Michael-Todd: Ricks-Bey©, Secured Party-Principal

Cynthia M Vaughan            Seal
Notary Public
My Commission Expires: 2-11-2012

CYNTHIA M. VAUGHAN
Notary Public
State of Colorado
My Commission Expires _____

<u>NOTE</u>: Using a Notary on this document or any other document does not constitute any adhesion contract to the State. The purpose for Notary is verification and acknowledgment of signer only and not for entrance into any foreign jurisdiction.

IDENTIFICATION OF SECURED PARTY             Page 2 OF 2             102404-TSRB-1

# A PRIORI NOTICE OF
## APPOINTMENT OF PUBLIC MINISTER
### For
### The united States of America
### 1789 A.D. as Amended 1791 A.D.

| | | | | |
|---|---|---|---|---|
| Washitaw Nation of Muurs | ) | | | |
| united States of America | ) | | | |
| Republic of Oklahoma | ) Scilicet | III | **Declaration of Mission Statement** | |
| County of Beckham | ) | III | **By Public Minister under** | |
| | | III | **International Law and the** | |
| | | III | **Omnipotent, so glory be to Allah,** | |
| | | III | **the Lord of the Worlds.** | |

**Know all men by there presents:** the **Tribe of Michael-Todd: Ricks-Bey©** tribe/family hereby provides notice of the **WORLD** of his appointment as Public Minister on behalf of the Original Judicial venue and jurisdiction, the united States of America, A.D. 1789, as amended A.D. 1791.

The term **"Public Minister"** means: Public Ministers take rank among themselves; in each class, according to the dates of the official notification of the arrival at the tribunal:

a) **Public Minister is a representative of a Judicial Jurisdiction;** a Public Minister is a representative on one judicial jurisdiction to a judicial jurisdiction of a foreign authority or power.

b) **Ministerial Power of Duty;** are powers given for the good; not of the donee himself exclusively, or of the donee himself necessarily at all, but for the good of several parties, including or not including the donee also. They are so called because the donee of them is as a minister or servant in his exercise of them. The power and duty of the Public Minister rest upon the Law of nations as well upon treaties, and the primary duty of the Public Minister is the protection of interest of his countrymen.

c) **Public Minister' protection of interest of parties of judicial jurisdiction represented;** Public Ministers are bound to see that the Laws of the jurisdiction of the unknown of foreign authority wherein they officiate are properly administered so as to protect the interest of their nationals, and their official character as Public Ministers must be taken as sufficient evidence of authority to perform all those acts that customarily are entrusted to Public Ministers for performance. The authority of a Public Minister to protect the estate nights of his countryman within his judicial jurisdiction from loss or waste is recognized by all civilized nations as inherent in the office of Public Minister under the accepted principles of international Law, and the tribunals have consistently given recognition to the power of a Public Minister of a judicial jurisdiction foreign to the jurisdiction of Public Minister of a judicial jurisdiction foreign to the jurisdiction of the tribunal to assert or defend the property rights as well as the personal rights of his nationals irrespective of whether or not he has been accorded the right to represent them in tribunal by provision or treaty or otherwise. Even in the absence of specific authorization to act as the personal agent of his nation, and in the absence of a treaty, a Public Minister duly, recognized, has under the principles of international Law the authority and the privilege to represent his fellow countrymen in the tribunals of state. A Public Minister is authorized to assert claims in behalf of his nationals, even where the claimants are unknown. However, he must have specific authority before he can obtain actual restitution or proceeds.

sovereign extends also to its **Public Ministers Public Law 94-583, Oct 21, 1976 Stat. 2891 [codified in Title 28 U.S.C. § 1602 et seq.]; and Public Law 1970, I Stat. At L. 117, ch. 9 [codified in 22 U.S.C. § 252]**; it is provided whenever an writ or process is sued out or prosecuted by a person in any tribunal of the United States or of a judge or justice whereby the person of way Public Minister of a foreign jurisdiction, or any, domestic or domestic servant of any such minister is arrested or imprisoned on his goods or chattels are detained, seized, or attached, such writ or process shall be deemed void. It is also provided that whenever a writ or process is used or in violation of this prohibition, every person by whom the same is obtained or prosecuted, whether as a Party or as attorney or as solicitor, and every officer served in executing it, shall be deemed a violation of the Laws of nations and a disturber of the public repose, shall be subject to the penalty provide by Law. See: **Pub. L. 1948, ch. 645, 62 Stat. 688 [codified in Title 18 U.S.C. § 112] and Pub. L. 1871, ch. 22 § 17 Stat. 15, [codified in U.S.C. 42 § 1986].**

Inclusio unius est exlusion alterius<br>
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**<br>
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

"Succession" is "special" for which presumption must yield to truth. The undersigned Trustee-Affiant, succeeding to the appointment and Office aforesaid, specially, authorizes the foregoing in Official capacity according to the express exceptions, stipulations, and reservation above set out verbatim and those referenced in the authorities set out above, as attests My Hand and Seal, Bear Witness thereof, the same being entirely true, correct, certain, and complete according to the principles of International Law and the Laws of the Kingdom and Commonwealth aforesaid, surely the promise of Allah is true; and let not those disquiet thee who have no certainty.

The Official Seal of the Foreign neutral, annexed below, is the only seal affixed upon Official Documents, charge d'affaines, and other correspondence appertaining to the Trustee's Lawful peaceful mission, held exclusively in the custody, possession and control of Trustee's-Declarant, unless otherwise expressly assigned or transferred, as set forth and heretofore, and not for any other unauthorized "use" nor "purpose".

---

| | | |
|---|---|---|
| Surah 68 | Al-Qalam: The Pen | Ayat 1 |
| Surah 70 | Al-Ma'ariji: The Ways of Ascent | Ayat 33 |
| Surah 2 | Al-Baqarah: The Cow | Ayat 282 |
| Surah 5 | Al-Ma'iidah: The Food | Ayat 107 |

**And call to Witness from among your men two Witnesses;**

---

_Michael-Francis Mcpherson_  
Indigenous Inhabitant

June 16, 2008  
Date

_Ruth Ellen Mitchum_  
Indigenous Inhabitant

June 16, 2008  
Date

## JURAT/ACKNOWLEDGMENT

| | |
|---|---|
| Washitaw Nation of Muurs | ) |
| united States of America | ) |
| Republic of Colorado | ) SS VERIFIED DECLARATION |
| County of Kit Carson | ) |

I, Michael Todd Ricks-Bey©, Declaration herein, one of the Private People in the Washita Nations of Muurs, De Dugdh Mound Ya and Commonwealth of Virginia Republic, one of The United States, of America, a union of republic states under penalties of perjury under The Laws of The United States of America and of the Colorado Republic, that Declarant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarant's personal knowledge and belief, made voluntarily and intentionally for the purpose stated.

As a Notary Public for said County and State, I do hereby certify that on this 16th day of June, 2008, that A Natural Person whose Indigenous name is Michael Todd Ricks-Bey©, the above mentioned, appeared before me and executed the foregoing. Witness my hand and seal:

*Without Prejudice UCC 1-308, UCC 1-103.6*
*Authorized Representative, Attorney-In-Fact*
*Without Recourse—all Rights Reserved*

L.S. _Michael-Todd-Ricks-Bey_
Official Authorization and Private Seal

[Seal: united states of America · Ricks-Bey ~ Seal ~ 1789 A.D. · PUBLIC MINISTER]

_Gloria Lamle_ Seal
Notary Public
My Commission Expires: 12/04/2010

[Stamp: GLORIA LAMLE, Notary Public, State of Colorado, My Commission Expires 12/04/2010]

**NOTE**: Using a Notary on this document or any other document does not constitute any adhesion contract, nor does it alter my status in any manner. The purpose for Notary is verification and identification only and not for entrance into any foreign jurisdiction, a benefit for the Pagans and Heathens so they whom I pray may become knowledgeable in the truth for the Law by our Holy Father and repent, so they will no longer be alienated from their true God-Allah

A PRIORI NOTICE OF APPOINTMENT OF PUBLIC MINISTER
- 3 -

MEMORANDUM
DEFINITIONS OF PUBLIC MINISTER
AND AUTHORITY(S)

The Rule that Tribunals have no Jurisdiction over a foreign sovereign extends also it to the **Public Ministers**. PL 94-583 Title 28 U.S.C.A. 1602 PL 179 St. at Lg. Codified. . . Sec. 22 of Title 22 United States Code. The Diplomate Relations Act, also reads Title 22 and CFR22.

... It is provided that whenever any writ or process is sued out and prosecuted by a person in any Tribunal of the United States or State, or by a Judge or Justice whereby the person of any **Public Minister** of a Foreign Jurisdiction or any domestic or servant of any such minister is arrested or imprisoned or his goods or Chattels are distrained seized or kept, such writ or process shall be deemed void.

**Public Minister** - An Ambassador of a foreign state.
Black's Law 8th Ed. - A high Diplomate Representative such as an Ambassador, envoy, or resident, but not including a commercial representative such as a Consul.
[Cases: Ambassadors and Consuls key 4; C.J.S. Ambassadors §§24-25 consuls]

**Ministrial Act** - An Act performed without the Independent exercise of discretion or judgment. If the Act is Mandatory, it is also termed a <u>Ministrial Duty</u>.
In Am. Jur. and or Corpus Juris:
The term Public Minister means those who take rank among themselves... A Public Minister is a Representative of one judicial jurisdiction to a judicial Jurisdiction of a foreign authority or power. A Public Minister is a Representative of a judicial jurisdiction.

The rule that Tribunals have no jurisdiction over a foreign Sovereign extends also to the Public Minister..., It is also provided wherever a writ or process is sued out in violation of this prohibition, every person by whom the name is of or prosecuted, whether as a party or as an attorney, or as a solicitor and every officers served in executing it shall be deemed a violation of the Laws of Nations and a distrubance of the Public prepose, and shall be subject to the penalties provided by law.
"Laws of Nations-Vienna Convention on Consular relations treaty relating to diplomate officers"

*Michael Todd Ricks-Bey*
Michael Todd Ricks-Bey

Item#010709