# Exhibit 374

## PART 2

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

## IN THE KINGDOM OF THE POWER OF POWERS
## ON THE SOIL IN AMERICA

| | | | |
|---|---|---|---|
| Washitaw Nation of Muurs | ) | III | |
| Republic of Oklahoma | ) Scilicet | III | Declaration of Mission Statement |
| County of Beckham | ) | III | by Foreign Neutral under the |
| united States of America | ) | III | Absolute Laws of the Living |
| | | III | Father |
| | | III | |

**KNOW THE PEOPLE BY THESE PRESENTS, GREETINGS:**

**KNOW ALL MEN BY THESE PRESENTS:** Under the authority of Declaration, for the Trust Written and Recorded at Chapter 9, verse 15 through 21, and at Chapter 8, verses 7 through 13, Book of the Hebrews, the undersigned **Michael-Todd: of the Ricks-Bey© Tribe/Family, Affiant,** Declarant, and Trustee of said Total Trust, accepts and succeeds the appointment and Office of "Trustee", Droit Droit Dominium Jura in re, as "Foreign Neutral ", therefore the Kingdom of the Power of Powers, sending state, for The United States of America and territories or insular possessions, receiving state, as a Neutral In itinere, ab initio recognized by the receiving state under authority
To Wit:

- ❋ The Ancient Scriptures.
- ❋ The 1814 Treaty of Ghent
- ❋ The Convention of the Hage, 5th October 1961.
- ❋ Vienna Convention, 18th April, 1961, U.N.T.S. Nos. 7310-7312 vol. 500, pp. 95-239
- ❋ The Ordinance of the Territory North and West of the River Ohio, 1 Stat, 51, 52 July 13th, 1787
- ❋ International Organizations Immunities Act, 9th December 1945.
- ❋ The Vienna Convention on the Law of Treaties-United Nations Document A/Conference 39/27 (1969), 63 A.G.I.L. 875 (1969) at Article 2, pp. 1(a), (b) and (g), and Article II for "limited accession" per TIAS 100072 33 U.S.T. 883, 527 U.N.T.S. 189.
- ❋ The Convention on Rights and Duties of States, 49 Stat. 3097, T.S. 881, 165 L.N.T.S. 19, 3 Bevars 145, done at Montevido Uruguay.
- ❋ 26 December 1934 @ Article 2-3 id est. "sovereign ecclesiastical State."
- ❋ Convention on the Conflict of Laws Relating to the Form of Testamentary Dispositions, concluded 5th October 1961, #11, et. Seq., Conflict of Law (1993).
- ❋ Vienna Convention on Consular Relations and Optional Protocols, Vienna 24th April 1963, U.N.T.S. Numbers 8638-8640 vol. 596, pp. 262-512.
- ❋ Vienna Convention on the Laws of Treaties, signed at Vienna 23rd May 1969, U.N.T.S., Entry into Force: 27th January 1980.

Primary duties are: Keep the Commandment Laws of the Living Father and, secondarily, perpetuate the Testator's Will and Living Trust, in violate.

Secondary duties include: Establish and maintain the "mission" and "mission post" for and on behalf of the "mission head" in representative capacity and provide for the maintenance and good order of the families, staff, and other public servants there unto belonging: with absolute respect for and utmost integrity of Testator's Living Will and Trust, in absentia.

"Domicile" is established by virtue of chapter nineteen (19) verse five (5), the Book of Exodus, and Legal estate thereof with absolute allegiance and fidelity, excluding all others.

Any and all family and friends domiciled with the Foreign Neutral are neutrals "opposed to war in any form" and non-resident aliens to the "receiving state" aforesaid. Affiant-Trustee acknowledges that as Trustee and Individually, He/She is neither a citizen, nor subject of the receiving state by imprescription and the term "imprescriptibility" is operative herein duly recognized in the cases of Rabang v. I.N.S. (CA9 1994), 35 F.3d 1449 @n4, of United States v. Wong Kim Ark, 169 U.S. 649, 18 S.Ct. 456, 483, 42 L. Ed. 890 (1898), of Udny v. Udny, L.R. 1 H.L. Sc. 457.

Trustee-Affiant is not a "legal entity" created by, for, nor on behalf of any other person, group, association, nor corporation for political or commercial purpose and is not a surety therefore, nor assumes culpability on behalf as "civiliter mortuus," to the receiving state aforesaid.

<u>Inclusio unius est exclusion alterius</u>

### NOTICE TO PRINCIPAL IS NOTICE TO AGENT
### NOTICE TO AGENT IS NOTICE TO PRINCIPAL

"Succession" is "special" for which presumption must yield to truth. The undersigned Trustee-Affiant, succeeding to the appointment and Office aforesaid, specially, authorizes the foregoing in Official capacity according to the express exceptions, stipulations, and reservations above set out verbatim and those referenced in the authorities set out above, as attests My Hand and Seal in Faithful Witness thereof, the same being entirely True, correct, certain, and complete, according to the laws of the Kingdom and Commonwealth aforesaid, so help Me Almighty Power of the Powers

The Official Seal of the Foreign Neutral, annexed below, is the only seal affixed upon Official Documents, **charge d'affaires**, and other correspondences appertaining to the Trustee's Lawful peaceful mission, held exclusively in the custody, possession and control of Trustee-Declarant, unless otherwise expressly assigned or transferred, as set forth and heretofore, and not for any other unauthorized "use" nor "purpose".
Done so this 16th day of June 2008 A.D.

Foreign Neutral:

L.S. _Michael-Todd: Ricks-Bey_
Official Authorized and Private Seal:

---

**In the Book of 2 Corinthians, Chapter 13, verse 1:**
**"In the mouth of two or three witness shall every, word be established."**

---

*Michael Francis Thybaeen*
Witness signature                                June 16, 2008
                                                 Date

*Keith Allen Mitte*
Witness signature                                June 16, 2008
                                                 Date

*Nathan Russell-Key*
Witness signature                                June 16, 2008
                                                 Date

### JURAT/VERIFICATION

I, **Michael-Todd: Ricks-Bey©**, Sui Juris, affirm and acknowledge in the interest of justice, that the foregoing is true, correct, and complete, and not meant to mislead, signed under penalty of Law, of the Almighty Power of Allah, by My Hand and Seal:

SIGNED AND SWORN To By Me this 16th day of June 2008. A.D.

*Without Prejudice UCC 1-308, UCC 1-103.6*
*Authorized Represent, Attorney-In-Fact*
*Without Recourse—all Rights Reserved*

/LS/: *Michael-Todd: Ricks-Bey*
**Michael-Todd: Ricks-Bey©** Secured Party, Sui Juris
One of the Indigenous Sovereign people, a private man/woman on the land, non-combatant, a Moorish-American by birth, a child of the Living Allah, Grantor, Secured Party/Creditor and Principal of which 'Rights' existed long antecedent to the organization of the State and Trustee.



---

### INDIGENOUS WASHITAW MOORISH AMERICAN: U.S. 923/1802 & U.N. IPO 215/93

### U.S. NON-CITIZEN AMERICAN NATIONAL AND NON-RESIDENT ALIEN
### UNITED STATES LAWS AFFIRMING RIGHT TO CITIZENSHIP AND NATIONALITY

| |
|---|
| 15 Stat. 223-224 (1868); R.S. §1999, 8 U.S.C. §800 (1940); United States v. Cruikshank, 92 U.S. 542 (1875.) **American/ U.S.A. National** 54 Stat. 1137, Section 101(a)(3)&(38), Section (a)(21)-(22). [PL 94-241; 90 Stat. 623, at Section 3; 100 Stat. 843, August 27, 1986]. **The Nationality Act of 1940**, 8 U.S.C. Section 1101(21): [**U.S. Non-Citizen**] 8 U.S.C. 1452(b)(1)(2) & 8 U.S.C. 1502(a), Section 1452(a)(b) &(c); PL 99-396, 16(c). 26 C.F.R §7701(11), 39 F.R.52 (March 14, 1974); 26 C.F.R. § 301.6109(a); 26 U.S.C. § 3402(n)-1, 26 C.F.R. §31.3402(n)-1, 26 C.F.R. § 3402(f)(2)-1, 26 C.F.R. §1.1441-3. [**Non-Resident Alien**] [8 Stat. 200, Article III & VI (1803)] Washitaw de Dugdayhmoundyah |

Illinois Tax Exemption  E 9939-0647-01           [Non-Resident Alien] [8 Stat. 200, Article III & VI (1803)]
IRS: Exception 17053-290-74400-4                 Louisiana Treaty of 1803 [8 Stat. 200, Article III & VI]
Moorish Science Temple EIN 56-2473981            In-Care-Of:  Washitaw Nation of Muurs, Illinois

**TO ENSURE THAT THE RIGHTS OF SOVEREIGN TRIBAL GOVERNMENTS ARE FULLY RESPECTED**

The United States Government has a unique legal relationship with the Native American tribal governments as set forth in the Constriction of the United States, treaties, statues, and court decisions [U.S. Land Grant No. 923 in the name of "the Washitaw," Spanish Certificate of June 20, 1779; Plan. 1518; Register No. 3, April 12, 1802]

RE: U.S. Government to Indigenous Government Relations
A Directive Superceding Previous Treaty Authority
Executive Memorandum of April 29, 1994
Signed by President Bill Clinton

Purpose: To clarify our responsibility to ensure that the Federal Government operates within a government-to-government relationship with federally recognized Native American tribes . . . . working relationship reflecting respect for the rights of self-government due the sovereign tribal governments.

Principles:
(a) The head of each executive department and agency shall be responsible for ensuring that the department or agency operates within a government-to-government relationship with federally recognized tribal governments.

(b) Each executive department and agency shall consult, to the greatest extent practicable and to the extent permitted by law, with tribal government prior to taking actions that affect federally recognized tribal governments. All such consultations are to be open and candid so that all interested parties may evaluate for themselves the potential impact of relevant proposals.

(d) Each executive department and agency shall take appropriate steps to remove any procedural impediments to working directly and effectively with tribal governments on activities that affect the trust property and/or government rights of the tribes.

(f) Each executive department and agency shall apply the requirements of Executive Orders Nos. 12875 ("Enhancing the Intergovernmental Partnership") and 12866 ("Regulatory Planning and Review") to design solutions and tailor Federal programs, in appropriate circumstances, to address specific or unique needs of tribal communities.

MICHAEL TODD RICKS-BEY
Print Name: U.S.A. American and Washitaw National
Indigenous Washitaw-Nationals, U.N. #215

*Michael-Todd: Ricks-Bey*
Sovereign Washitaw, Without Recourse: 8 USC 1408; 15 Stat 223
UCC 1-308 and UCC 1-103.6; 28 CFR 16.4(d); 28 USC 1746(1)

A CESTUI QUE TRUST-INDENTURE AGREEMENT BETWEEN SOVEREIGN PRIVATE PARTIES
U.S. Land Grant No.: 923 [Certificate: June 20, 1797; Plan No. 1518; Register No. 3. April 12, 1802]

Louisiana Treaty of 1803 [8 Stat. 200, Article III & VI]   Moorish Science Temple EIN: 56-2473981

| Congressional Act Bill No.: | 252 | April | 10, 1816. | 14th Congress |
| Congressional Act Bill No.: | 253 | February | 10, 1817. | 14th Congress |
| Congressional Act Bill No.: | 325 | December | 12, 1820. | 16th Congress |
| Congressional Act Bill No.: | 329 | January | 22, 1821. | 16th Congress |

**LEGAL NOTICE: FEDERALLY PROTECTIVE RIGHTS
DENIAL OF CONSTITUTIONAL RIGHTS UNDER COLOR OF LAW
[PL 93-579 SECTION 7, 5 U.S.C.A. §552(a); 18 U.S.C. §241 & §242; 42 U.S.C. §1983 & §406.8]**

## VERIFICATION

Washitaw Nation of Muurs  )
united States of America  )
Republic of Colorado ) SS VERIFIED DECLARATION
County of Kit Carson )

I, Michael Todd Ricks-Bey©, Declaration herein, one of the Private People in the Washitaw Nations of Muurs, De Dugdh Mound Ya and Commonwealth of Virginia Republic, one of The United States, of America, a union of republic states under penalties of perjury under The Laws of The United States of America and of the Colorado Republic, that Declarant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarant's personal knowledge and belief, made voluntarily and intentionally for the purpose stated.

As a Notary Public for said County and State, I do hereby certify that on this 16th day of June, 2008, that A Natural Person whose Indigenous name is Michael Todd Ricks-Bey©, the above mentioned, appeared before me and executed the foregoing.  Witness my hand and seal:

*Without Prejudice UCC 1-308, UCC 1-103.6*
*Authorized Representative-Attorney-In-Fact*
/S/ Michael Todd Ricks-Bey
Michael Todd Ricks-Bey©, Secured Party-Principal
in behalf of the Debtor, MICHAEL TODD RICKS©,
JURISTIC PERSON, ENS LEGIS
By Special Appearance Pro Per

Gloria Lamle ___ Seal
Notary Public
My Commission Expires: 12/04/2010

GLORIA LAMLE
Notary Public
State of Colorado
My Commission Expires 12/04/2010

**NOTE**: Using a Notary on this document or any other document does not constitute any adhesion contract, nor does it alter my status in any manner. The purpose for Notary is verification and identification only and not for entrance into any foreign jurisdiction, a benefit for the Pagans and Heathens so they whom I pray may become knowledgeable in the truth for the Law by our Holy Father and repent, so they will no longer be alienated from their true God-Allah.

# AMERICAN NATIONAL NON-U.S. CITIZEN

American National/Non-U.S. Citizen/Non-Resident Alien
The Nationality Act of 1940 and United Nations #215/93
54 Stat 1137, Section 101(a) and 8 U.S.C. Section 1101(21);
ALL RIGHTS RESERVED, U.C.C. 1-308 and U.C.C. 1-103.6
In accordance with 28 C.F.R. 16.41(d) and 28 U.S.C. 1746(1)

Secured Party/Trustee/Indigenous Washitaw National
U.S. Land Grant No. 923/1797; U.N. I.O.P. No. 215/1993
HJR-192, U.C.C. § 1-104; 3-104, 10-104; 8 U.S.C. § 1408
[via 31 U.S.C. § 463(b); PL 73-10]; 15 Stat 223; 31 U.S.C.
§ 5118, through 22 U.S.C. § 2281; EIN: 20-7265652

**BROTHER MICHAEL TODD RICKS–BEY**
Print Name: Trust



*Michael Todd Ricks–Bey*
Signature: Trustee, Without Recourse

## COMPULSORY SUBJUGATION TO THE FOREIGN JURISDICTION OF THE UNITED STATES IS PROHIBITED

15 Stat. 223-224 (1868), R.S. § 1999, 8 U.S.C. § 800 (1940); **United States v Cruikshank**, 92 U.S. 542 (1875). **American/U.S.A. National** 54 Stat. 1137, Section 101(a)(3)&(38), Section 101(a)(21)-(22). [PL 94-241; 90 Stat 263, at Section 3; 100 Stat. 843, August 27, 1986]. **The Nationality Act of 1940**, 8 U.S.C. Section 1101(21) **[U.S. Non-Citizen]**. 8 U.S.C. 1452(b)(1)(2) & 8 U.S.C. 1502(a), Section 1452(a)(b)&(c); PL 99-396, 16(c). 26 C.F.R. § 7701(11), 39 F.R.52 (March 14, 1974); 26 C.F.R. § 301.6109(a); 26 U.S.C. § 3402 (n) – 1, 26 C.F.R. 31.3402(n)-1, 26 C.F.R. § 3402(f)(2)-1, 26 C.F.R. § 1. 1441-3. **[Non-Resident Alien]** [8 Stat. 200, Article II (1803)] **Empire Washitaw de Dugdyahmoundyah** [1797] and **Moorish Science Temple of America** [1926]



Michael Todd Ricks–Bey
SOSCO UCC-1 200701412373
TRUSTEE EIN: 20-7265652

### AMERICAN/U.S.A. NATIONAL WASHITAW NATION OF MUURS

UN Indigenous Washitaw Nation No. 215/93
US Land Grant/Washitaw Nation No. 923/1797

ILLINOIS TAX EXEMPTION NUMBER E 9939-064 7-01
EIN 56 – 2473981 EXPIRATION DATE: DECEMBER 31, 2008

MOORISH SCIENCE TEMPLE OF AMERICA
REINCARNATE TEMPLE OF CHICAGO

In-Care-Of: Post Office Box 21318
Chicago, Illinois Republic / Washitaw
[Via u.s.A. Postal Zone 60621-0318]

| | |
|---|---|
| **Live Birth:** | **16 June 1959** |
| **Gender:** M  **Height:** 6'-00" | **Weight:** 215 lbs |
| **Eye Color:** Brn | **Hair Color:** Blk |

On this __8th__ Day of __January__, 2007
Date Issued



*Ravanna Sanders–Bey*
Sheik Ravanna Sanders–Bey, Washitaw Ambassador–At–Large

# TO ENSURE THAT THE RIGHTS OF SOVEREIGN TRIBAL GOVERNMENTS ARE FULLY RESPECTED

The United States Government has a unique legal relationship with Native American tribal governments as set forth in the Constriction of the United States, treaties, statutes, and court decisions [U.S. Land Grant No. 923 in the name of "the Washitaw," Spanish Certificate of June 20, 1797; Plan No. 1518; Register No. 3, April 12, 1802].

Re: U.S. Government to Indigenous Government Relations
A Directive Superceding Previous Treaty Authority
Executive Memorandum of April 29, 1994
Signed by President Bill Clinton

Purpose: To clarify our responsibility to ensure that the Federal Government operates within a government-to-government relationship with federally recognized Native American tribes. . . . working relationship reflecting respect for the rights of self-government due the sovereign tribal governments.

Principles: 
(a) The head of each executive department and agency shall be responsible for ensuring that the department or agency operates within a government-to-government relationship with federally recognized tribal governments.

(b) Each executive department and agency shall consult, to the greatest extent practicable and to the extent permitted by law, with tribal government prior to taking actions that affect federally recognized tribal governments. All such consultations are to be open and candid so that all interested parties may evaluate for themselves the potential impact of relevant proposals.

(d) Each executive department and agency shall take appropriate steps to remove any procedural impediments to working directly and effectively with tribal governments on activities that affect the trust property and/or government rights of the tribes.

(f) Each executive department and agency shall apply the requirements of Executive Orders Nos. 12875 ("Enhancing the Intergovernmental Partnership") and 12866 ("Regulatory Planning and Review") to design solutions and tailor Federal programs, in appropriate circumstances, to address specific or unique needs of tribal communities.

---

MICHAEL TODD RICKS–BEY
Print Name: U.S.A. American and Washitaw National
Indigenous Washitaw-Nationals,U.N.#215

*Michael Todd Ricks–Bey*
Sovereign Washitaw , Without Recourse: 8 USC 1408; 15 Stat 223
UCC 1-308 and UCC 1-103.6; 28 CFR 16.416(f); 28 USC 1746(1)

A CESTUI QUE TRUST–INDENTURE AGREEMENT BETWEEN SOVEREIGN PRIVATE PARTIES
U.S. Land Grant # 923 [Certificate: June 20, 1797; Plan No. 1518; Register No. 3, April 12, 1802]

Louisiana Treaty of 1803 [8 Stat. 200, Article III]        Moorish Science Temple EIN: 56-2473981

| Congressional Act | Bill No.: 252 | April 10, 1816. | 14th Congress |
|---|---|---|---|
| Congressional Act | Bill No.: 253 | February 10, 1817. | 14th Congress |
| Congressional Act | Bill No.: 325 | December 12, 1820. | 16th Congress |
| Congressional Act | Bill No.: 329 | January 22, 1821. | 16th Congress |

MICHAEL TODD RICKS-BEY        Friday, July 13, 2007        WASHITAW REGISTRATION