# Exhibit 374

## PART 3

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# EMPIRE WASHITAW DE DUGDYAHMOUNDYAH
## WASHITAW NATION OF MUURS
### CERTIFICATE OF TITLE

KNOW ALL MEN AND WOMEN BY THESE PRESENTS:

Consanguinity and National Affinity of the Washitaw Nation of Muurs is acknowledged by the holder of this Title, who has cognate descent from the Indigenous Peoples of : Natchez of Mississippi, Ouachita of Arkansas, Natchitoches of Texas, and the Washitaw of Louisiana.  The disposition of allodial property held in trust by the United States, in the name of the Title Holder, is now in Default.  The United States breached its fiduciary duty to honor U.S. Land Grant No. 923 of 1802.



## DECLARATION AND ACCEPTANCE OF TITLE
### MOORISH SCIENCE TEMPLE OF AMERICA, REINCARNATE TEMPLE OF CHICAGO

Her Emperial Majesty, Empress of the Washitaw Nation of Muurs, Verdiacee "Tiari" Washitaw-Tunica Goston El-Bey, has bestowed upon the Title Holder, **MICHAEL TODD RICKS–BEY**, the Title of "**Bey.**" Title Holder, **MICHAEL TODD RICKS–BEY**, is a natural born member of the Moorish Science Temple of America, Reincarnate Temple of Chicago, founded in 1913.

### PLEDGE OF ALLEGIANCE

I, **MICHAEL TODD RICKS–BEY**, a natural born real live member of the **Washitaw Nation of Muurs**, do Solemnly and Sincerely Pledge My Allegiance to both the ancient **Amurru Empire: Washitaw de Dugdyahmoundyah** and the **Commonwealth of Virginia**, knowingly and willingly.  I declare that I am a free and sovereign American National, and that I explicitly exercise My right to a nationality under the authority and ultimate jurisdiction of the **Commonwealth of Virginia**, while retaining My sovereignty as a **Washitaw Muur**.  I Solemnly and Sincerely Pledge that I will support and defend the organic Constitution for the United States of America of 1789 for which "We The People" [Washitaw/Delaware Muurs] are "part and partial," and the Constitution of the **Commonwealth of Virginia**, June 25, 1788, against all enemies, foreign and domestic.  I take this obligation freely and without any evasion.

I am an American National and citizen of the **Commonwealth of Virginia** and indigenous on the soil; and therefore, I am a dual national under the dejure U.S. Constitution, International Treaties and U.S. land grant no. 923 of 1802.  I declare that I am an Indigenous American of Dual Nationality, domicile in the **Commonwealth of Virginia** and residing on the land of **Washitaw**; and that I will be faithful and bear true Allegiance to the United States of America on behalf of the Washitaw Nation of Muurs.  Therefore, I Affirm My Dual Allegiance pursuant to: 54 Stat. 1137, Sec. 101(a);  8 U.S.C. § 1101(2f) and 15 Stat. 233–234.

**MICHAEL TODD RICKS–BEY**
Print Name:  U.S.A. American and Washitaw National
Indigenous Washitaw–Nationals, U.N. #215

*Michael Todd Ricks-Bey*
Sovereign Washitaw , Without Recourse: 8 USC 1408; 15 Stat 223
UCC 1-308 and UCC 1-103.6; 28 CFR 16.41(d); 38 USC 1746(1)

### SUBSCRIBED, SEALED AND AFFIRMED

In Witness whereof, I have hereunto set my hand and caused the seal of the Moorish Science Temple of America to be affixed, this 08th Day of January in the Year 2007.

*Ravanna Sanders Bey*
Washitaw Ambassador at Large: Ravanna Sanders Bey
WITNESS THE HAND AND SEAL OF
EMPIRE WASHITAW de DUGDYAHMOUNDYAH

Verdiacee "Tiari" Washitaw-Tunica/Tunisia [Washington-Turner] de Bourbon Conti Goston El-Bey

## ☪ Empire
## Washitaw de Dugdahmoundyah

**PROCLAMATION**

UCU111/07/02:01*1471*
20.00 CK01
SOSIL 10:59  6079873 FS

It is now herein and hereby proclaimed that:

H.R. #260, currently under consideration by the 105th congress, cited as the "Guadalupe-Hidalgo Treaty Land Claims Act of January 7, 1997, is disclaimed by the indigenous people of the Washitaw de Dugdahmoundyah because it is Washitaw land and not land belonging to the United States, the united states, or the United States of America and it is foreign land to the proposed bill H.R. # 260 of the 105th congress of the maker. It is owned and claimed by the Washitaw de Dugdahmoundyah since the beginning of time and reclaimed as per the government of Spain claimed and released to the Ancient Ones according to the legal demarcation lines.

The following hereby attached and herein now disallowed and disclaimed; therefore this proposed bill H.R. #260 of the 105th congress is null and void in the Washitaw de Dugdahmoundyah land west of the demarcation line.



THE ADAMS-ONIS TRANSCONTINENTAL LINE

Scale of Miles
0  100  200  300  400

# CERTIFICATION OF TITLE

## EMPIRE WASHITAW DE DUGDYAHMOUNDYAH WASHITAW NATION OF MUURS

POST OFFICE BOX 21318
CHICAGO: VIA, U.S.A. POSTAL ZONE 60621-0318

Ministry of Information

Office Of Vital Statistics

Washitaw Moorish Vassal Michael Todd Ricks-Bey

Her Majesty The Empress Verdiacee Tiari El-Bey   has been bestowed the Title

This certifies that ___ Michael Todd Ricks–Bey ___

"Bey" as Cognomen: a natural born member of the **Washitaw Nation of Muurs**. Holding rank in proximity to the **Washitaw Crown**, peripheral to our **Prophet, The Mahdi**; and owing Allegiance to the Crown and affirming descent from our common Ancestor: **Elohim.**

To: **RICKS–BEY, MICHAEL TODD**
SECURED PARTY and TRUSTEE 20–7245652

And: **MICHAEL TODD RICKS–BEY**
TRANSMITTIG UTILITY TRUST 225962883

As recorded [Friday, July 13, 2007] and sealed
Empire Washitaw de Dugdyahmoundyah [Amurru/MUR.TU]

*Ravanna Sanders–Bey*
AUTHORIZED EMPERIAL MINISTER: Sheik Ravanna Sanders–Bey

**Her Imperial Majesty; Verdiacee "Tiari" Washitaw–Tunica Goston El-Bey: Empress**
UAXASHAKTUN*UAXACTUN*WST*SBT



Empire Washitaw de Dugdyahmoundyah, Officially Acknowledged by the Crown of Spain: 1797

King and Queen of France [1754 – 1792]
LOUIS XVI = Marie Antoinette [d. 1793]

King and Queen of Spain [1788 – 1808]
CHARLES IV = Princess Maria Louisa of Parma

Marquis de Maison Rouge          Washitaw – Tunica/Tunisia, Empress          Baron de Bastrop
LOUISIANA DAUPHIN = AYIMARIEEYAH de WASHITAW = LOUISIANA DAUPHIN
[b. 1778 – 1800 d.]          [b. 1779 – 1814 d.]          [b. 1763 – 1827 d.]

Legatees: de Maison and de Bastrop Grant [c/o Henry Joseph Turner Senior], 2nd Marquis de Maison Rouge
LOUIS BOULINGNY = LULIAMAREE, 2nd Empress 1st ANNIAMAREE = ABRAHAM MORHOUSE
[b. 1773 – 1849 d.]          [b. 1799 – 1864 d.]          [b. 1776 – 1844 d.]

William Kimms Badger = Empress of the Washitaw Nation          3rd Marquis de Maison Rouge
                       MAHALIA WASHITAW                        Sarah = HENRY JOSEPH TURNER SENIOR
                                                               [b. 1797 – 1844 d.]    [d. 1844]

4th Empress
Isham = Empress of the Washitaw Nation          4th Marquis de Maison Rouge, Louisiana Dauphin
        DELPHIA WASHITAW          Matilda = JOSEPH HENRY TURNER JUNIOR          ELIZA[BETH]
        [b. 1850 – 1967 d.]                  [Elizabeth Turner is the Prophet's Mother d. 1891]

5th Empress
Empress of the Washitaw Nation                  5th Marquis de Maison Rouge, Louisiana Dauphin
FREDERICK WASHITAW = ANNIA FRANKEE TURNER       TIMOTHY TURNER CORRELLA TURNER
                    [b. 1886 – 1929 d.]         [b. 1888 – 1949 d.]

# EMPIRE WASHITAW DE DUGDYAHMOUNDYAH
# WASHITAW NATION OF MUURS

POST OFFICE BOX 21318
CHICAGO: VIA, U.S.A. POSTAL ZONE 60621 – 0318

Ministry of Information                                Office of Vital Statistics

## DECLARATION OF NATIONALITY
## MOORISH SCIENCE TEMPLE OF AMERICA

This **Declaration** will affirm that Brother Michael Todd Ricks-Bey, is a natural born Muur with the Reincarnate Temple System of Muurs, and is a Member of the Moorish Science Temple of America at Chicago, Illinois Republic, Washitaw Nation of Muurs. The specific purpose of this **Divine and National Movement**, founded by our Prophet, Noble Drew Ali, is to uplift fallen humanity, and to teach those things necessary for American Nationals [non-Fourteenth Amendment] of the Indigenous Washitaw Nation of Muurs. This Declaration derives its power and authority from the Book of the Seven Seals, "The Moorish American Koran, written by our Prophet, Noble Drew Ali, Mohammed III Reincarnate. The mandate of this Declaration is to promote the teachings and sacred Principles of Love, Truth, Peace, Freedom, and Justice.

Officers and/or Members who benefit under this Declaration must hereby pledge themselves to act at all times in obedience to the organic American Constitution of 1789 and the Commonwealth of Virginia, and the Republic for which it stands. The Home Office in Chicago can at any time suspend, revoke or take away this Declaration of Nationality, if in the judgment of our Ambassador, Ravanna Sanders Bey, and/or the Grand Council for the Reincarnate Temple System of Muurs at Chicago, can show cause that Brother Michael Todd Ricks-Bey has violated the laws of the organic American Constitution and/or the Principles of LTPFJ. IN TESTIMONY WHEREOF, I, Ravanna Sanders Bey, have hereunto subscribed my name and affixed the Seals of the Moorish Science Temple of America and the Washitaw Nation of Muurs [Empire Washitaw de Dugdyahmoundyah] hereto.

On this __8th__ Day of __January__, 2007

*Ravanna Sanders Bey*

Sheik Ravanna Sanders Bey, Washitaw Ambassador-At-Large
Empire Washitaw de Dugdyahmoundyah [Amurru]



U.S. Land Grant No.: 993 [Certificate: June 20, 1797; Plus No. 1518; Register No. 3, April 12, 1802]
A CESTUI QUE TRUST – INDENTURE AGREEMENT BETWEEN SOVEREIGN PRIVATE PARTIES



Sacred Mound of the Washitaw
Epps, Louisiana

Moorish Science Temple of America
Ismaili Islam, Reincarnate Temple of Chicago
Washitaw Nation of Muurs

Friday, July 13, 2007

Moorish Science Temple
U.S.A. P.O. Box 21318
Chicago, Illinois 60621

Incorporated in the State of Illinois in 1926, this Temple is the oldest and original Moorish Science Temple. This Temple is the only Temple registered with the United States government [EIN: 56-2473981]: Interior, Commerce, Justice and State Departments. It is a Religious Corporation registered with the Secretary of State, State of Illinois [Tax Exemption No.: E 9939-0647-1, Illinois Department of Revenue]. The Moorish Science Temple of America is the "religious" component of the Washitaw Nation of Muurs; an Indigenous Nation first Acknowledged by Spain in 1797 and then by the United States in 1802 [U.S. Land Grant 923]. The Temple's religious status is protected under Articles III & VI of the Louisiana Cession Treaty [8 Stat. 200 (1803)] Full Faith and Credit: Article IV, Section 1, United States Constitution [28 U.S.C. § 1730].

| PROTESTANTISM | CATHOLICISM | CONFUCIANISM | BUDDHISM | HINDUISM | JUDAISM | ISLAM | ZOROASTRIANISM |
|---|---|---|---|---|---|---|---|
| Lutheran | Eastern Orthodox | Daoism/Taoism | Tibetan | India/Hindu | Orthodox | Sunni | Persia/Iranian National |
| Anabaptist | Roman Catholic | | Japanese | | Talmudic | Shi'a | Shiite Islam Twelve's |
| Mennonite | Anglican Catholic | | | | Falashas | Ismaili-Sevener's | |
| Amish | Byzantine Catholic | | | | Reform | Sufi | |
| Calvinist | Greek Orthodox | | | | Conservative | Baba'i/Babism | |
| Presbyterian | Russian Orthodox | | | | Traditional | Ahmadiyyat | |
| Reformed | Romanian Orthodox | | | | Lubavitch Chabad | Sikhism/Sikhs | |
| Anglican | Ukrainian Orthodox | | | | | | |
| Puritan | Armenian Apostolic | | | | | | |
| Methodist | Seventh Day Adventist | | | | | | |
| Episcopal | Jehovah Witnesses | | | | | | |
| Baptist | Pentecostal | | | | | | |
| Quakers | African Methodist Episcopal [AME] | | | | | | |



All Christians, Protestants and Catholics are Not the same; and likewise, all Jews and Moslems are Not alike. Ismaili Islam, the sacred way of the Muurs, is Not the same as Sunni or Shiite Islam. The world view of one is Not one and the same as the other. Sunni is Not Shiite, and Ismaili is Not Sunni nor Shiite. Note the conflict [war] between Iraq and Iran [1980-1989], and the Civil War between Sunni and Shiite in Iraq today. Ali' family of Muurs, descend from the Fatimids of North Africa and the Sheriffs of Morocco, are Washitaw.

Therefore, if their are several groups of Muslims [as their maybe Arabs, Turks, Persians, or Afghani], it follows that one group may not practice the same form of Islam as the other. In fact this is the case. Citizens of the Washitaw are Ismaili Islamic adherents who meet among themselves and practice their own form of Islam. All Muurs do Not practice the same form of Islam. Ismaili, also known as "Sevener's," is the Islam of the Muurs.

The Muurs under the 1926 Charter are representatives of the original Moorish Science Temple of America, for we are Citizen of the Washitaw Nation of Muurs and original members of Chicago Moorish Temples within the Prophet's biological Washitaw Family of Muurs. We, the Washitaw Nation of Muurs, have our Religious Service on Fridays from 8:00 PM until 10:00 PM and Sunday School from 9:00 AM until 1:00 PM. Wednesdays Adept Meetings are Private.






SUBSCRIBED, SEALED AND AFFIRMED

In Witness whereof, I have hereunto set my hand and caused the seal of the Moorish Science Temple of America to be affixed, this 08th Day of January in the Year 2007.

*Rawanna Sanders Bey*

Sheik Rawanna Sanders-Bey; Moorish Science Temple of America
Witness The Hand And Seal



# DECLARATION OF NATIONALITY
## WASHITAW NATION OF MUURS

Washitaw Nation of Muurs _____ )
         VIRGINIA
Republic of Colorado _____ ) ss.

County of Newport News _____ )

Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled that any declaration instruction, order or decision of any offenses of this government which denies, restricts impairs or questions the right of expatriation is hereby declared inconsistent with the fundamental principles of this government. United States at Large. Vol. 15 Ch. 249. Pgs. 223–334 of the Fortieth Congress.

SPACE ABOVE
THIS LINE FOR RECORDER'S USE ONLY

      RECORDING REQUESTED
      WHEN RECORDED MAIL TO

Name and Address: **Michael Todd Ricks–Bey**
Mailing Location:   c/o non-domestic
           **U.S.A. Post Office Box 44071** ← 46 Mulberry Avenue    Newport News
City:            **Aurora** ← Newport News
State:           **Colorado Republic** ← Virginia
Country:     Empire Washitaw de Dugdyahmoundyah
            [Via: u.s.A. Postal Zone **80044–0371**]
            23607-4307

TDA Trust/ Bond [Contract] No. : **Z 000 000 000**
PASSPORT: UNITED STATES OF AMERICA
[076900531 Type P]  Seattle Passport Agency
Date of Expiration: 07 July 2013
Male: Place of Birth: Richman, Virginia, U.S.A.



I, __Michael Todd Ricks–Bey__ , declare that I am a free and sovereign **Muur** of this land of the ancient mound builders, known by its indigenous name **Empire Washitaw de Dugdahmoundyah.** I willingly and knowingly exercise my right to a nationality as a member of the indigenous **Emperial Washitaw Nation: Empire Washitaw de Dugdahmoundyah.** I further reserve all of my fundamental freedoms and God-given rights from birth of every human being upon this earth. Any and all, past and present political affiliations implied by operation of law or otherwise with foreign entities are hereby, now and forever, dissolved and revoked.

**[01.]** I am NOT a legal *"person"* born or naturalized in the federal *"United States,"* NOT subject to the jurisdiction of the legislative democracy of the federal *"United States"* (e.g. District of Columbia, Puerto Rico, U.S. Virgin Islands, Guam, American Samoa) or any other territory, area or enclave *"within the United States."* The terms *"United States"* and *"U.S."* area NOT to be construed or assumed under any circumstances to imply or include the sovereign *"50 states"* or the *"united states of America."* I am NOT a *"U.S. citizen"* described in 26 C.F.R. § 1.1-1(c), and the 14th Amendment. Furthermore, any reference to the 14th Amendment of the Constitution maintaining privileges over right is invalid.