# Exhibit 374

## PART 4

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# DECLARATION OF NATIONALITY
## WASHITAW NATION OF MUURS

[See *A Historic Overview of the Unlawful Enactment of the 14th Amendment by the Supreme Court of Utah;* Deyett V. Turner (1967) 439 P. 2d.266; State v. Phillips, (1975) 540 P.26.936]

[02.]  Therefore, I am an *"alien"* with respect to the federal *"United States."* I am described in 26 U.S.C. § 865(g)(1)(B) as a *"nonresident alien"* of the *"United States."* I am therefore, as described in 26 C.F.R. § 1.871-2 and 26 U.S.C. § 7701(b), a *"nonresident alien"* with respect to the *"United States"* and am outside the general venue and jurisdiction of the *"United States."*

[03.]  I am presumed to be a *"nonresident alien"* in Title 26 U.S.C. § 1.871-4, the Internal Revenue Code (IRC); however, NOT the same *"nonresident alien"* defined within the IRC pursuant to Title 42 U.S.C. § 411(b). My income is NOT derived from sources *"within the federal United States,"* nor am I effectively connected with the performance of the functions of a public office *"within the United States."* My wages are part of my *"foreign estate"* pursuant to Title 26 U.S.C. § 7701(a)(31). [Note the "Right to Property" clause of the Fifth Amendment]

[04.]  I do not live *"within"* the geographical areas of exclusive federal jurisdiction as defined in the Federal Land Area Chart. I do not live *"within"* ANY of the ten, regional federal areas, territories, or enclaves identified by the numerical, postal zip code. I am a *"nonresident alien"* outside both general and tangential venue and jurisdiction of Title 26 United States Code (U.S.C.). I am also NOT a *"resident"* of the incorporated *"Commonwealth of Virgin"* or *"State of Virginia,"* as they are also under the jurisdiction of the federal *"United States."* Virginia

[05.]  I am NOT, and never have been, as described in 26 U.S.A. § 3401, an *"officer"*, an *"employee"*, a *"transferee"* or an *"elected official"* of the *"United States"*, of a *"State"* or of any political subdivision thereof, nor of the District of Columbia, nor of a *"domestic"* corporation earning *"wages"* from an *"employer"*. As a *"nonresident alien"* NOT engaged in or effectively connected with any *"trade or business within the United States."* I am NOT REQUIRED by law to obtain a *"U.S."* Taxpayer Identification Number (TIN) Or a Social Security Number (SSN) because of my exemption under 26 CFR 301.61-1(g). As a *"nonresident alien"*, I derived no *"gross income...from sources within the United States"*, either *"effectively connected"* or *"not effectively connected with the conduct of a trade or business in the United States"* as described in 6 U.S.C. § 872(a).

[06.]  I am also declaring *"sui juris"* status in connection with both my property and name. If ANY agency of the government disputes the above declaration of *"sui juris"* in connection with the *"name"* SWORN AN OATH and sealed in this affidavit, I demand a certified copy with my signed authorization of all documents or contracts being *"held-in-due-course"*, pursuant to U.C.C. 3-305.2, U.C.C. 3-305.52 and U.C.C. 3-505, that create Any legal disability to the claimed *"sui juris"* status and *"alieni juris"* relating to my *"name"*. [One's *"name"* is one's property, and for one's *"name"* to enjoy *"sui juris"* status that *"name"* must be free of legal disability resulting from a contract or commercial agreement, which is being *"held-in-due-course"* by a fellow Citizen or by any agency of the federal, state, county or Municipal government]

[07.]  You are obligated to give me this information pursuant to U.C.C .3-305.2(c). [See p. 11572 of Vol. 39, #62 of the Federal Register, Friday, March 29, 1974]. This states that the mission of the IRS... includes communicating the requirement of law to the public ... and p. 1276 of the Federal Register publishing Public Law 90-620, October 22, 1968 paragraph 1507 states that anything published within the Federal Register pertaining to an individual is preemptive evidence that the individual is aware of its contents. The IRS not only has the obligation to tell me the requirements of the law, but you are presumed to know that you are required.

# DECLARATION OF NATIONALITY
## WASHITAW NATION OF MUURS

[08.] Refer also to Treasury Internal Revenue Manual, Legal Reference Guide, Fiduciary Manual 8(21)4, p. 58 (10) 0-22 Section 11. "In any case not provided for in this Act the rules of the Law Merchant shall govern." Refer also to the Federal Tax Lien Act of 1966 [P.L. 89-719] wherein the Senate Report #1708 states:

> *Since the adoption of the Federal Income Tax in 1913, the nature of commercial financial transactions has changed appreciably...This Bill is in part an attempt to conform to the lien provisions of the internal revenue laws to the concepts developed in this Uniform Commercial Code (UCC). It represents an effort to adjust the provisions in the internal revenue laws relating to the collection of taxes of delinquent persons...*

[09.] Henceforth, I demand a copy of all evidence, criteria or standards you or your superiors, used to reach the presumption that I am/was/were a "taxpayer" as per § 7701(a) 14 of the Internal Revenue Code. Your failure to respond to the above request within sixty (60) days of your signed receipt of this letter will indicate, and legally establish that the IRS can offer no documents that are being *"held-in-due-course"* to dispute the claim status of *"sui juris"* and *"alieni juris"* relating to the *"name"* ___Michael Todd Ricks-Bey___ rendering all attempts at collection unenforceable.

[10.] I have exercised, and do now exercise the REMEDY of law under U.C.C. 1-308, whereby I may preserve my Common Law right NOT to be bound by any commercial agreement, or bankruptcy action of the federal United States government, that I do not enter into *knowingly, willingly* and *voluntarily*, and that RESERVATION OF RIGHTS serves as a NOTICE upon all administration agencies of government, federal, state and local, that I will NOT accept the liability associated with the compelled benefit of any unrevealed commercial agreement. If I have received any benefits, privileges or titles of nobility (e.g., resident, citizen, taxpayer) from any branch of the government in the part, they were "received" under PROTEST, or under THREAT, DURESS or COERCION (TDC) pursuant to U.C.C. 1-103, U.C.C. 2-302.1 and U.C.C. 3-608.

[11.] I do hereby certify and declare that I am a citizen of the Empire Washitaw de Dugdahmoundyah. I am a *"natural born Citizen"*. I am NOT subject to the statutory, colorable law jurisdiction of the federal *United States* in the corporate monopoly of the federal, state, local and municipal governments. I have NOT voluntarily or intentionally waived, with ANY *"knowingly intelligent acts"* ANY of my unalienable rights, and have utterly **NO** intention of doing so in the future.

[12.] I am a Citizen of the Empire Washitaw de Dugdahmoundyah and NOT part of the federal United States or citizen of the District of Columbia. I am domiciled in the sovereign **Commonwealth of Virginia.**

[13.] ANY other evidence or presumption to the contrary is hereby REBUTTED. ANY past signatures or authorizations on Internal Revenue Service (1040's and W-4's), Social Security Administration forms (SS-5), driver's license, vehicle registrations, birth or trust certificates, voter registration and other franchises with any agency of the government, etc., were in ERROR and involuntarily and under *threat, duress and coercion* (TDC). I hereby REVOKE, cancel and render NULL & VOID, *Nunc Pro Tunc*, both currently and retroactively to the time of signing, any and all such contracts.

# DECLARATION OF NATIONALITY
## WASHITAW NATION OF MUURS

### PERJURY JURAT

Pursuant to Title 28, U.S.C. §1746(1) & Title 28 C.F.R. § 16.41(d) and executed *"without the United States"*. I affirm under penalty of perjury that the foregoing is true and correct, to the best of my belief and informed knowledge.

I now affix my signature and cause the official seals of the Washitaw Nation of Muurs to be affixed to all of the above affirmations with EXPLICIT RESERVATION OF ALL MY UNALIENABLE RIGHTS, WITHOUT PREJUDICE to any of those rights pursuant to U.C.C. 1-308 and U.C.C. 1-103.6.

_____ *Michael Todd Ricks–Bey* _____ / Principal, by *"Special Appearance"*,

in *"Propria Persona"*, proceeding *"Sui Juris"*, with Special Assistance.

**SUBSCRIBED, SEALED AND AFFIRMED**

To me this _____ day of _____ 2007

_____
*Notary Public Signature and Seal*

**SUBSCRIBED, SEALED AND AFFIRMED**

In Witness whereof, I have hereunto set my hand and caused the seals of the Moorish Science Temple of America and the Washitaw Nation of Muurs to be affixed, this 08th Day of January in the Year 2007.

*Ravanna Sanders Bey*
Washitaw Ambassador at Large: Ravanna Sanders Bey
WITNESS THE HAND AND SEAL OF
THE EMPIRE WASHITAW de DUGDYAHMOUNDYAH
THE MOORISH SCIENCE TEMPLE OF AMERICA
REINCARNATE TEMPLE OF CHICAGO

Indigenous Washitaw Moorish American: U.S. 923/1802 & U.N. IPO 215/93
NON–U.S. CITIZEN: AMERICAN NATIONAL AND NON-RESIDENT ALIEN

---

15 Stat. 223-224 (1868), R.S. § 1999, 8 U.S.C. § 800 (1940); United States v Cruikshank, 92 U.S. 542 (1875). American/U.S.A. National 54 Stat. 1137, Section 101(a)(3)&(38), Section 101(a)(21)-(22). [PL 94-241; 90 Stat. 263, at Section 3; 100 Stat. 843, August 27, 1986]. The Nationality Act of 1940, 8 U.S.C. Section 1101(21): [U.S. Non-Citizen] 8 U.S.C. 1452(b)(1)(2) & 8 U.S.C. 1502(a), Section 1452(a)(b)&(c); PL 99-396, 16(c). 26 C.F.R. § 7701(11), 39 F.R.52 (March 14, 1974); 26 C.F.R. § 301.6109(a); 26 U.S.C. § 3402 (n) – 1, 26 C.F.R. § 31.3402(n)-1, 26 C.F.R. § 3402(f)(2)-1, 26 C.F.R. § 1. 1441–3. [Non-Resident Alien] [8 Stat. 200, Article III (1803)] **Empire Washitaw de Dugdyahmoundyah**

---

Illinois Tax Exemption  E 9939-0647-01
IRS: Exception  17053-290-74400-4
EIN 56 – 2473981
Louisiana Treaty of 1803 [8 Stat. 200, Articles III & VI]

Moorish Science Temple of America, Inc.
Supreme Grand Sheik Ravanna Sanders Bey
In-Care-Of: Washitaw Nation of Muurs
P.O. Box 21318, Chicago, Illinois [60621-0318]

# DECLARATION OF INDEPENDENCE

OF

__Michael Todd Ricks-Bey©__

## Sovereign Moorish American for the <u>united</u> States of America

["The Lord is their strength, and He is the saving refuge of His anointed". Psalm 28:8]

Declarant states that the facts contained herein are true/ correct/ complete/ and not misleading/ to the best of Declarant's personal knowledge and belief, under penalty of perjury/ to the Laws of the united States of America and The State of Virginia Commonwealth or any "STATE OF".

When in the course of human events/ it becomes necessary for one People to dissolve the corporate government bands which have connected them with another/ and to assume among the powers of the Earth/ the separate and equal station to which the Laws of Nature and of Nature's God-Allah entitled them/ a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation.

We hold these truths to be self-evident/ that all human beings are created equal/ that they are endowed by their Creator with certain Un-a-lien-a-able Rights that among these are Life/ liberty and the pursuit of Happiness. We hold that the Natural Rights of all Human Beings include/ without limitations/ the Right to **Private** property ownership/ the Right to travel/ the Right to contract/ the Right to educate their own children as they see fit, the Right to cultivate and build on their own Lands/ and the Right to the fruit of their own Labor. That to secure these Rights/ non-corporate governments are instituted among the Sovereign men and women/ deriving their just powers from the consent of the governed/ That whenever any form of government becomes destructive to these ends/ it is the Right of the People to alter or abolish it/ and to institute new government/ reclaiming the Original Jurisdiction that our forefathers fought and died upon the American soil/ for laying its foundation on such form as to them shall seem most likely to effect their safety and happiness. Prudence/ indeed/ will dictate the governments long established should **Not** be changed for light and transient causes; and accordingly/ all experience has shown/ that People are more disposed to suffer/ while evils are sufferable/ than to right themselves by abolishing or to sever the forms to which they are accustomed.

But when a long train of abuses and usurpations/ pursuing invariably the same object evidences a design to reduce them under absolute despotism and deception/ it is their Right/ it is their Duty/ to redress such government/ and provide new guards for the inherent protection of Rights and future security. Such has been the patient sufferance of the American people; and such is now the necessity, which constrains them to alter their former system of government. The history of the present Corporate U.S./ President/ Congress and Judiciary of the United States is a history of repeated injuries and usurpations/ all having in direct object the establishment of an absolute martial tyranny over the American People.

To prove this/ let the facts be submitted to the candid world. They have refused their assent to Laws/ the most wholesome and necessary for the public good.

They have refused to pass other Laws of immediate and pressing importance/ utterly neglecting to attend to the needs of the American People.

They have refused to pass other Laws for the accommodation of large districts of People/ unless those People would relinquish the Right of representation in the legislature/ a Right inestimable to them and formidable to tyrants only.

They have called together legislative bodies at places unusual and uncomfortable/ and have used procedural maneuvers to obstruct the administration of justice/ for the sole purpose of fatiguing them into compliance with their measures.

They have repeatedly refused to obey the Moorish American **Zodiac Great Seal Constitution**, the *Organic Act, of 1849*, the *Original Constitution of* Virginia Commonwealth Republic of 1776, the *Article of Confederation of 1777*, The **Treaty of Peace and Friendship** between the United States of America and Morocco of 1787 A.D., 1207 M.C., the *Constitution for the united states of America (1787) including it's preamble*, the Supreme Law of the Land and the *Bill of Rights (1787) including it's Preamble*.

They have endeavored to the population of these states; for the purpose imposing non-constitutional laws for naturalization of foreigners/ and raising the conditions of new appropriations of lands.

They have obstructed the administration of justice, by refusing to obey Laws already established in our Constitution, by refusing to follow due process of Law and by ignoring lawful challenges to their authority and presuming authority in all cases whatsoever.

They have combined with others to subject us to a jurisdiction foreign to our Constitution/ and unacknowledged by our Laws/ giving assent to their acts of pretended de facto legislation:

- For imposing taxes on us/ foreign to our Constitution/ without our consent;
- For transporting us into foreign jurisdictions to be tried for pretended offences;
- For abolishing the free system of Republic state Laws in a federal territory/ establishing therein a legislative democracy/ and enlarging its boundaries so as to render it at once an example and fit instrument for introducing the same absolute rule into these united States of America.
- For taking away our charters/ abolishing our most valuable Laws/ and altering fundamentally the forms of our governments;
- For suspending our own legislatures and declaring themselves invested with power to legislate for us in all cases whatsoever.

They have conspired to force us under emergency war powers during times of peace/ and in direct violation of the Constitution **for** the united States of America, the Supreme Law of the Land.

They have conspired to elevate one class of professionals/ that of attorneys/ to rule over all three Branches of Government/ prohibiting ordinary Americans from accessing the Common Law, which belongs to all free Moorish Americans or General American Public.

They have abdicated government here/ by declaring us out of their protection and waging war with us.

In every state of these oppressions we have petitioned for redress in the most humble terms. Our repeated petitions have been answered only by repeated injury/ and as of late/ accused of being a terrorist/ for redressing these injuries.

Nor have we been wanting in attentions to our fellow Moorish Americans and general American Public. We have warned them from time to time of attempts by their legislature to extend an unwarrantable jurisdiction over us. We have reminded them of the fundamental principles underlying our Laws. We have shown them the many violations of our Constitution/ the Supreme Law of the land by the Corporate U.S. government. We have appealed to there native justice and magnanimity/ and we have pleaded with them by the ties of our common heritage as free born Moorish American to disavow these usurpations/ which would inevitably interrupt our connections and correspondence. They to have been deaf to the voice of Love/ Truth/ Peace Freedom/ Justice/ and our common heritage I must therefore acquiesce in the necessary, which denounces our separation:

Therefore, I, **Michael Todd: of the Ricks-Bey©** tribe/family/ do hereby declare my commitment and dedication to the principles on which the Washitaw Nations of Muurs, de Dugdyahmoundyah and the united States of America was founded. I, **Michael Todd: of the Ricks-Bey© family** declare my support for the Moorish American **Zodiac Great Seal Constitution,** the *Organic Act, of 1849,* the *Original Constitution of* Virginia Commonwealth Republic of 1776, the *Article of Confederation of 1777,* The *Treaty of Peace and Friendship* between the United States of America and Morocco of 1787 A.D., 1207 M.C., the *Constitution for the united states of America (1787) including it's preamble,* the Supreme Law of the Land and the *Bill of Rights (1787) including it's Preamble,* Organic Constitution of the united States for America and the Organic Constitutions for each Union State. I recognize American Laws as they were originally established to protect and secure our God-Allah given Natural Rights. I am not a terrorist/ an anarchist/ nor do I desire lawlessness. I, **Michael Todd: of the Ricks-Bey© tribe/family;** re-declare my commitment to live by God-Allah's Laws and American Common Law and to only permit our government to exist while it diligently obeys our highest Laws.

I, **Michael Todd: of the Ricks-Bey© tribe/family** a representative of the Moorish American People of the Washitaw Nations of Muurs, de Dugdyahmoundyah and the united States of America/ appealing to the Supreme Judge of the world for the rectitude of my intentions, do, in the name and by the authority of the American People and myself solemnly publish and declare that **Michael Todd Ricks-Bey©**, is and of Right a free and independent inhabitant Moorish

American of the American republic; is absolved from all allegiance to the United States legislative democracy, federal corporate government/ the corporate States/ Counties/ Townships/ and any and all nonconstitutional government or non-government organizations/ and any of their agencies or representatives/ including without limitation/ the foreign United Nations is and ought to be totally dissolved/ to save our inherent Sovereignty; and as a free and independent American inhabitant/ I, have full power to determine how I will-live without damage to my neighbors.

Further/ for the support of this Declaration/ with a firm reliance on the protection of Devine Providence/ I, pledge my Life/ my Fortune and my Sacred Honor to the Republic of the several and free Union States of America.

["But His delight is in the law of the Lord, And in His law he meditates day and night."] Psalms 1:2

Given under my Own hand and Seal on this 11th day of March, in the Two Thousand and Seventh Year of our Lord, (Allah) anno Domini.

_Michael T. Ricks-Bey_
Michael Todd Ricks-Bey©, Agent
Secured Party / Creditor
Sovereign American National, Sui Juris
Foreign Neutral / Republic Minister

## VERIFICATION

Washitaw Nation of Muurs )
Republic of Oklahoma ) SS VERIFIED DECLARATION
County of Beckham )

I, Michael Todd Ricks-Bey©, Declaration herein, one of the Private People in the Washitaw Nations of Muurs, De Dugdah Mound Ya and Commonwealth of Virginia Republic, one of The United States, of America, a union of republic states under penalties of perjury under The Laws of The United States of America and of the Oklahoma Republic, that Declarant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarant's personal knowledge and belief.

As a Notary Public for said County and State, I do hereby certify that on this 11th day of March, 2007, that Michael Todd Ricks-Bey©, the above mentioned, appeared before me and executed the foregoing. Witness my hand and seal:

/S/ _Michael T. Ricks-Bey_
Michael Todd Ricks-Bey©, Secured Party-Principal on behalf of the
Debtor, MICHAEL TODD RICKS©, JURISTIC PERSON, ENS LEGIS

_Sandy Glenn_
Notary Public
My Commission Expires: 1-17-2010

[Notary Seal: SANDY L. GLENN, NOTARY PUBLIC, #06000653, EXP. 01/17/10, IN AND FOR STATE OF OKLAHOMA]

DECLARATION OF INDEPENDENCE
Page 3 of 3