# Exhibit 374

## PART 5

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.
v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

01-cv-12257-PBS   Document 6428-5   Filed 08/28/09   Pa

# The Moorish American Birthright of Independence

The United States in her infancy bear witness that no Nation will be free to live out its Creed, personify the Grand Principles and attain unlimited capacity of development while under the yoke, laws and tyranny of another Government. Neither has the Moorish Americans been free to be themselves in the 140 years (1865) since their emancipation from Negro Chattel Slavery, while under the Assumable Jurisdiction of the U.S. 14th and 15th Amendments of granted privileges; separated from the Rights guaranteed to all free National Citizens in the body of Her Constitution.

The Moorish Americans, through Rights of Divinity, have come forth as a clean and pure people, empowered with the inalienable birthright to be an upright, independent and fearless Nation. In accordance with the Declaration Of Human Rights, they have the Human Right to be known by one, true free national Name and by Number, with Divine Constitution de jure, officials of Government with Attache' and Ambassadors, Principles, Our Flag and Holy Book. We have the inherent Rights to lands air and waterways originally civilized, inhabited and cultivated by our Ancient Forefathers and to insure the sanctity of our Men, Women, Children and their prosperity.

That to secure these Rights: there are Governments instituted among Men, deriving their just powers from the consent of the governed. That whenever any form of Government becomes destructive of these ends, it then becomes the just right of the people to abandon it and to institute new government, laying its foundation on the Omnipotent Principles of Love, Truth, Peace, Freedom and Justice; and organizing its powers in such form, as to them shall seem most likely to effect their safety and happiness. While man's evils to man are made sufferable, evil is not requisite to man.

And when a long train of abuses and usurpations, pursuing invariably the same object evinces projections, by your National Criminal Justice Commission, to disproportionately incarcerated 63% of Moorish Men between the ages of 18 and 36 by the Year 2020 with programs in place to eradicate their family structure by displacement of the Father Heads of household and by glorifying the fallen state of 8.2 million "Single Moms" among its Women; it is their Natural Right, it becomes their Duty to unfold away from such government, and to provide new guards for their future security:

When a misnomer "African American " people, amidst the "Catch and Release Systems" of Racial Profiling, compile 20% of U.S. Travelers but form 80% of those stopped by State Action Law Enforcements; and mandatory minimums disproportionately warehouse their youths; and Death Penalties, including Federal Prisoners, are constituted by 70% staple of ex-slaves who total less the 15% of the General Population. And when all judicial convictions of so-called 'Negroes' since the Congressional ratification of the 1868 Fourteenth Amendment, with its intent to recycle slavery duly abolished by the Thirteenth Amendment, were negligent of their proper status in addition to leaving all Courts in the

United States in what of jurisdiction are hereby declared ex post facto and void of judicial, civil and divine substance:

When Naturalization: the process by which a whole person, in full consciousness of nationality by birth and descent, applies for citizenship, a choice among all free national constitutions, has been politically denied to the ex-slaves. And there has been no record documented, since the enactment of the 13th Amendment, to reflect the naturalization clause by treaty, application, nor judicial hearing, nor petition, nor declaration of allegiance in true intercourse to the Moorish American, of lawful age and be accepted, by choice, as naturalized citizens of the United States. If Italians, Greeks, English, Chinese, Japanese, Turks, Arabians and Moroccans are forced to proclaim their free national name and religion before the constitutional government of the United States of America, it is no more than right that the law should be enforced upon all American citizens alike. To be a citizen of any government, you must proclaim you National Descent Name. Because they place their trust upon issue and names formed by their forefathers. Being Negro, Colored, Black or African American, etc., are not Nationalities that bears the one free National descent Name of their Forefathers, but used in the semblance thereof. Ergo the Negro State was never designed to muster the noble status of true Citizen or qualify the Bears to reach from the Federal Question of "Denationalization" to the choice of Naturalization. The product thereby is colorable citizenry leaving a residue of mental slavery, which have been the existing condition until now. Therefore since there is no distinction between a 'Black Slave' and a 'Free Black' on the credit side of righteousness; hence in the matter of the bears of Slave Names the standard doors of selective Citizenship are forever sealed, either by national descent, choice or naturalization. The United States has always known so-called Colored People that were made exclusively made in America, are not Citizens, especially in the judicial affirmation of the Dred Scott Decision:

When so-called Negroes whom have used Slave Names, not knowing these labels are unacceptable, without worth and decry muster among the realms of free nationalized citizens; making Blacks excluding Indians not taxed, as "3/5 of all other Persons", subjected to perpetual taxation without true representation as those Members under a Free National Descent Name:

When the high diligence of honor and glory due for another siphons the contributions and accomplishments of a people then unjustly hoisted as their own; the credibility, trust and reliance are misplaced. This too is a component of iron hand oppression when placed upon a people who, within the bounds of the U.S. Fourteenth and Fifteenth Amendments, have been denied repatriated Nationhood and to personify such acts under bondage sustains Slaves that can never be greater that the Master; and the labor of all their good words, and deeds will only glorify their owner:

When the 14th and 15th Amendments were ratified in full light of the Supreme Court's Dred Scott Decision (1856), which declared Denationalized Africans, whether a Negro Slave or freed Negro is still a Negro and can never muster the naturalized status of a United States Citizen; this decision has never been overturned, but in ex post facto concurrent