# Exhibit 374

## PART 6

***United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.***
***v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support**
**of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

tortfeasors of the subjects. This irrelevancy of whether a Negro is a slave or free is reiterated in Section Four of the Fourteenth Amendment:

When a people with over 9.6 million State Certified Professionals, four millions Muslims, over eight million members of Freemasonry and other Secret Societies, numerous Celebrities of every field, over 200 Mayors and Governors, forty members of Congressional Black Caucus a host of officials, appointed Judges, a U.S. Justice here and The Hague, a People with over 90% Christian Leaders and Followers. 99.9% of descendants of ex-slaves, as denationalized commercial property, are European trained as opposed to being educated. Leadership is always disallowed amongst chattel. This is the reason they, as a People, have been forbidden to muster or sustain one leader from among themselves. Due to long standing systems of miseducation of their free status within the human family, while being shield under the grandeur of feigned U.S. Citizenship, their nobility cannot shine through revise identifications of abolished Slave Labels. The abyss of slavery is evil and sinful when it has produced contented slaves through the ignorance of knowing they are slaves:

When we have not been able to promote, from the sons of Man, our Equal, to Sovereign Power and set as a Ruler over ourselves, for the good of our Kingdom due to feign freedom under denationalized Citizenry:

When the Peace of all societies dependeth on Justice; the Happiness of individuals, on the safe enjoyment of all their possessions, yet so-called Black "Persons" being colorable American Citizens, are they themselves possessed. The gold, silver and commerce belong to the citizens and because "all persons born or naturalized" are real property under the laws of the United States, so-called African Americans generate an annual 750 Billion Dollars as consumers yet have no true wealth and own no possessions as a people. Since it is not in the nature of chattel to also be the owner the mass production of Negroes, Colored Folks and Black People made only in America was never designed for them to be autonomy themselves. From this die of court and State-owned Slavery alone, they have no rights that the true Citizens are bound to respect. They will never enjoy the peace of a society while latent in the perpetual Sin of Slaver:

When, as Negroes, Blacks and Colored People have not received their Divine Rights, unmolested by other citizens, whereas they can cast a free National ballot at the polls under their free National Constitution of the States Government and not under a granted privilege, as has been the existing condition for many generations. The granted privilege of the Negro Veto cannot be counted as 'One Man One Vote' while the '3/5 Clause' remain cloaked in the esoteric word 'Person' thereby rendering from a peopleless people the clandestine 'three-to-make-one' ballot at the discretion of the citizens to be cast hither thither or where ever to favor their will:

When six score and fifteen years of post Slavery and emancipation of African nationals have not yielded their just Nationalization, Colonization, Reparations nor Self-Education but depleted for the economical, political, industrial, religious entertainment and competitive advantages of the United States, it is only befitting in the course of justice for

THE MOORISH AMERICAN BIRTHRIGHT OF INDEPENDENCE

the Moorish Americans to best honor the benevolence of that Government through a Treaty of Peace and Friendship; rather than be a census tumor on the body of that State:

When the communities within the Sovereign States, where the descendants of ex-slaves reside, are baited with imported drugs, weapons and economical allurements concealed with hooks of crimes, punishment and death; while they, the Nation less ones, are neither the owners, transporters, the military nor minters of U.S. currencies and have no controlling interest in these creations. Still they net a 700% increase to U.S. Prison Industrial Plantations since 1985 Congressional Sentencing Guidelines:

When we, as free Nationals, have our leaders stifled and disallowed to call together the wise men of our people, to consult among them with freedom, and heareth the opinion of them all; no magistrates to be just nor ministers to be wise; Fathers without land, wealth nor autonomy cannot smile upon the flourishments of our arts, neither gain strength from the sciences improved beneath the culture of our hands to be inherited to our sons and daughters;

When any Government confounds the historical die of a slave-weakened people into the Maya of an illusionous 'Black History', that severs them from the worthiness of their ancient forefathers and ostracizing them from The Family of Nations and the Human Family from whence they derived:

When those who call themselves Jews, bearing no credit on the scale of nationality, receive 6.5 Billion Dollars in Reparations, with another compassionate measure of compensations to Japanese-Americans joined with sovereign powers and Immunities; Yet no apology nor gratitude to those survivors of 400 years of slavery in America; the later 225 years of which were under the American flag:

When The system of Education is steeped in Euro-Nationalism and surface degrees of colour rather than character; when a Religion, forced upon Slaves during the time of Slaver, yield and observance of a Allah that is not our own nor graced with the Divine and National freedom of We, as a Pure and Clean People. These systems of Religion and Education are not squared to perpetuate our true Image and Likeness through adherence to our accomplishments and contributions to civilization prevalent to promote our generations:

We, therefore, the representatives of the Clean and Pure Nation of Moorish Americans, including but not exclusively to, all families and tribes of Beys, Els, Duns, Deys and Ali's, etc. in assemble of the Great Grand Body, under the Protection, Guidance and Salvation of the Great God Allah of our Ancient Forefathers, Master of the Day of Judgment, for the resolution in the intent of our actions, do, in our Free National Name, publicly Proclaim and Declare that We are an Ordained People, and of right ought to be, Free, Upright and Independent.

The Moorish Americans as a Clean and Pure Nation Have neither debts to the United States of America, her allies, enemies nor any nation neither foreign nor native. Especially

THE MOORISH AMERICAN BIRTHRIGHT OF INDEPENDENCE

to the government of the United States, We owe no obligations, economically, socially nor politically, for she is the Evergreen planted atop our shallow grave of perpetuated state of mental slavery here in the northern hemispheres. Indeed, our only atonement is to the Creator of all nations, both the lion and the lamb. For these reasons The Moorish Americans, having been forgiven for everything done wrong prior to the advent of their Founding Father, The Illustrious Noble Drew Ali, is hereby and henceforth a Clean and Pure Nation.

But, the United States remains greatly indebted to the Moors, with compound interest, beginning with the magnanimous financial support from our Sultan in Morocco without which the United States would not have won Her Independence, spurning America's first and oldest Treaty, through four hundred years of Slave labor, to the industrial, medical, arts and scientific contributions, which she would not exist without the generations of Moorish staple. Nevertheless The United States, in the initial post-slavery years, sustained the Ex-slaves in state of Mental Slavery and impecunious has not made and official apology or compensatory efforts. Whereas Reparations are never paid to Slaves, which would only perpetuate their present state of slavery, satisfactory compensation is always due to Surviving Hostages of the Nation that has endured the Maafa of African Slave Trade, Genocide, Denationalization and Apartheid. The Moorish Americans have risen from the dust and is now that especial Nation.

The time is nigh and the fires of prophecy are upon us. And according to the Divine Scheme of Human Events we are to let all old business stay as it is and do all our new business in the free National Name of Moorish American. We, the Vanguard Tribe of the Moorish hordes of America, do hereby requisition the following remedies to be legalized by the Unite States Supreme court, the Executive Branch or/and an adept Special Congressional Committee, or other National or International authorized designated body to:

❋ Recognize the Free National Name and Number and Sovereign autonomy of the Moorish Americans as the Clean and Pure Nation with our Government, Religion, officials, flag, seals, et al in the glory of a Proper Person.

❋ To make into law An Agreed Seventy Year Indigenous Peoples Mandate from which to purge into realization the Clean and Pure Nation of Moorish Americans within the security of Moorish America. To acknowledge by revisions of U.S. Laws there are now and henceforth two new Nations brought forth on this Continent to this Continent to live in harmony from the breast of one mother.

❋ To provide with the necessary credential for recognizing our Ambassadors, Shields, Attaches and National Representatives; and firmly establish a perpetual communication for our securities.

✳ To establish a Treaty of Peace and Friendship based upon the High Principles of love, Truth, Peace, Freedom and Justice. A perpetual Treaty with Acts to strengthen the National Securities of Friendly Americas.

✳ To place into law all rights of Diplomatic Immunities, International Conveyance Authorization, secured lodging and the protection to peacefully co-exist in America, in harmony with the Divine Constitution and By-Laws of Moorish America.

✳ An agreement to reside in certain areas and well defined territories, previously civilized and settled by the Moors of western Africa during the pre-Columbian Millenniums to prosper unmolested within North America, as in, but not restricted to, the 36 30.

✳ To call aloud to the ingenious citizens of the United States, Allies and Foreign Sympathizers to help us, The Moorish American Nationals, economically, politically, socially, religiously, in our gigantic Divine and National Movement – the Uplifting of Fallen Humanity. We, as a Clean and Pure Nation, do not have enemies, foes or adversaries nor do we possess the intent to create their likes from among the Sons of Man.

With these intents, America's greatness is divinely assured and the Negro problem will be finally and wholly solved. Only the Moorish Americans must rightfully proclaim this, their National and Divine Identification, hereby notifying the United States of America and all nations of the earth with the following Divine Constitution and By Laws We are an organic people and declare Our Moorish American Independence that:

Our God is The Great God, The One Creator. Allah is this name in Arabic

Our National Prayer is the Moorish American Prayer

Our Founding Father and Patriot is the Holy Prophet, Noble Drew Ali

Our Constitution is the Divine Constitution and By-Laws Of Moorish America

Our Principles are Love, Truth, Peace, Freedom and Justice

Our Land upon the Earth shall be known as Moorish America

Our Citizens are Moorish American Nationals, all bearing one free National Name

THE MOORISH AMERICAN BIRTHRIGHT OF INDEPENDENCE

Our Government is Islamic with our Holy Koran as our Laws, Guide and Angel

Our President is The Grand Sheik

Our Vice President is The Assistant Grand Sheik

Our Attorney General (Grand Mufti) is The Chairman

Our Congressional Cabinet is A Grand Body of Grand Sheiks and Grand Governors

Our Purpose is The Uplifting of fallen humanity

Our Flag is The Circle Scimitar and Star

Our Emblem and National Seal is The Logos Circle Seven

Our Symbol is The Crescent Moon and Star, last Quarter

Our Gross National Product is Wisdom

Our International Prayer is The Al-Fatiha

All Moorish Americans need to learn to Love instead of hate and to know of their Higher Self and Lower Self. This is the uniting of Asia, the Body of The Human Family and the Great Qur'an of Mohammad.

# Preamble Of The Divine Constitution

This Document is the coming forth of a Nation of People being divinely brought forth into being in The "I Am" gnosis of reattaching themselves, through the heritage of national descent, to the Human Family. It is the Rightful and Lawful Proclaiming of His and Her free National Name, by descent and indigenous live birth, thereby a Proclamation of true and free National Status.

It is the Affirmation of Autonomy and inalienable Right of Freedom, endowed by the Great God that created all men and women; hence, it is a 'Declaration.' A Declaration, hallowed in due time, sounding the trumpet aloud to all nations of the Earth, The Lion and The Lamb, upon the hedges and highways that the Moorish Americans through Love, Truth, Peace, Freedom and Justice, have risen from the dust of Northwest America and neither will be harmed in the horizon of their coming forth by day.

THE MOORISH AMERICAN BIRTHRIGHT OF INDEPENDENCE

Each living member of every family, desiring their unity and ours in this great purging of Sin and Crime in North America, is hereby registering through their Affixed Seals to this Document, barring none who thinks their condition can be better. Each document, being apart and parcel of the whole, is signed with the Moorish Tribal Suffix, "Bey", "El", "Dun" or "Dey" has officially attained the long promised Lost-Found Tribes of "Ali" and thereby breaking the old four-hundred year chain to the Slave Labels of 'Negro', 'Black', 'Colored', 'African American' etc. It is the uniting of this family of tribes; descendants from the shores of Northwest and Southwest Africa, born in the Continental Americas with adjoining Islands, which constitute the prophesied Clean and Pure Nation of Moorish Americans. Each Seal must be accompanied with the American State Certificate of Birth or Social Security Card etc. issued through the entitlements of U.S. Fourteenth Amendment, to be exchanged for a "Moorish American Nationality and Identification Certificate of Live Birth", to be valid.

We, the People of Moorish America, in order to unfold into Perfection, dependeth upon Justice, have Reliance upon Allah and with a knowledge of History to insure Domestic Tranquility with the harmonies of Life; Promote Knowledge, Wisdom and the Gifts of Understanding and Secure the Blessings of Freedom in being Ourselves an our Posterity (Descendants), do issue this Divine Constitution and By Laws as the Supreme Laws, being handed down to The Moorish Americans through their Ancient Forefathers by their Prophet Noble Drew Ali. May the Peace and Blessings of Allah be upon us in the Redemption of Our Souls; may our words, works and deeds be forever pleasing in His Sights in this gigantic manumission returning to our selves in The Omnipotent Clock Of Destiny.

| | | |
|---|---|---|
| Surah 68 | Al-Qalam:  The Pen | Ayat 1 |
| Surah 70 | Al-Ma'ariji:  The Ways of Ascent | Ayat 33 |
| Surah 2 | Al-Baqarah:  The Cow | Ayat 282 |
| Surah 5 | Al-Ma'iidah:  The Food | Ayat 107 |

And call to Witness from among your men two Witnesses;

*Halahat Scmiss-El*
Witness signature

3-11-07
Date

*Haki El-Muhammad*
Witness signature

3-11-07
Date

## Acknowledgement

I, **Michael-Todd: Ricks-Bey©**, Sui Juris, affirm and acknowledge in the interest of justice, that the foregoing is true, correct, and complete, and not meant to mislead, signed under penalty of Law, of the Almighty Power of Allah, by My Hand and Seal:

SIGNED AND SWORN To by me this 11th day of March A.D. 2007.

THE MOORISH AMERICAN BIRTHRIGHT OF INDEPENDENCE

- 8 -

Without Prejudice UCC 1-308, UCC 1-103.6
Authorized Represent, Attorney-In-Fact

L.S. _Michael J. Ricks-Bey_
Michael-Todd Ricks-Bey© Secured Party, Sui Juris
One of the Indigenous Sovereign people, a private Man on the land,
non-combatant, a Moorish-American by birth, a child of the Living Allah,
Grantor, Secured Party/Creditor and Principal of which 'Rights' existed long
antecedent to the organization of the State and Trustee.

Private Seal:

## VERIFICATION

Washitaw Nation of Muurs )
united States of America )
Republic of Oklahoma ) **SS VERIFIED DECLARATION**
County of Beckham )

I, Michael Todd Ricks-Bey©, Declaration herein, one of the Private People in the Washitaw Nations of
Muurs, De Dugdh Mound Ya and Commonwealth of Virginia Republic, one of The United States, of
America, a union of republic states under penalties of perjury under The Laws of The United States of
America and of the Oklahoma Republic, that Declarant is competent to be a witness and that the facts
contained herein are true, correct, complete, and not misleading, to the best of Declarant's personal
knowledge and belief, made voluntarily and intentionally for the purpose stated.

As a Notary Public for said County and State, I do hereby certify that on this 11th day of March, 2007,
that a Natural Person whose Moslem name is Michael Todd Ricks-Bey©, the above mentioned,
appeared before me and executed the foregoing. Witness my hand and seal:

/S/ _Michael J. Ricks-Bey_
Michael Todd Ricks-Bey©, Secured Party-Principal in behalf of the
Debtor, MICHAEL TODD RICKS©, JURISTIC PERSON, ENS LEGIS

_Katherine Smith_ Seal
Notary Public
My Commission Expires: _3-10-2012_

KATHERINE J. SMITH
NOTARY
# 08002438
EXP. 03/10/12
STATE OF OKLAHOMA
PUBLIC

**NOTE:** Using a notary on this document or any other document does not constitute any adhesion contract to the State. The purpose
for notary is verification and acknowledgement of signer only and not for entrance into any foreign jurisdiction

THE MOORISH AMERICAN BIRTHRIGHT OF INDEPENDENCE

- 9 -