# Exhibit 374

## PART 7

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
***v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

## AFFIDAVIT OF NAME/TITLE

*"Indeed, no more than (affidavits) is necessary to make the prima facie case." United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. L.W. 2169; S.Ct. March 22, 1982.*

**BE IT ACKNOWLEDGED THAT I**, Michael Todd Ricks-Bey, **DECLARE'S AND SAYS THAT:** "I AM an Indigenous, Free and Sovereign **Moorish American National Citizen** of the Continental United States." Moorish-Americans are taught their nationality, which they are to proclaim for the remainder of their life. One is to make it known, where nationality is an issue and must proclaim their nationality to be recognized as a American Citizen, also they are to use their tribal name at all times. A Moorish-American is not to go into court to have a name change because they are not changing their name. They are proclaiming something that they have always been, by being born a Moorish-American.

**My nationality is: Moorish American, and my domicile: Continental United States/Amexem** (the name given by my aboriginal ancestors to North, South and Central America before it was named such).

**I DO CLAIM** all Moorish American National property right, corporeal and incorporeal, as well as, all Moorish Birthrights pursuant to:

- **Moorish Constitution,** C.M. Bey, Library of Congress [Copyright Office of the United States] Washington D.C.- AA22141.

**I ALSO CLAIM** all Moorish American National property right, corporeal and incorporeal, as well as, all rights and immunities of an indigenous Moorish American are protected by and pursuant to:

- **8 U.S.C. § 1401**"National and citizens of the United States at birth…" "(2) a person born in the United States to a member of an Indian, Eskimo, Aleutian, or other aboriginal tribe: *Provided,* That the granting of citizenship under this subsection shall not in any manner impair or otherwise affect the right of such person to tribal or other property."

**THEREFORE ACKNOWLEDGE THAT I,** Michael Todd Ricks-Bey, being previously identified by the union society of America, U.S.A., as <u>MICHAEL TODD RICKS</u>, having legally obtained my Moorish Nationality/Birthright, Attribute/Name and Title (El and Bey), **DO HEREBY NOTIFY AND DEMAND THAT** you, for the purpose of proper identification and otherwise, **DO ACKNOWLEDGE THAT,**

I am: Michael Todd Ricks-Bey, without due process of the union society of America (U.S.A.), pursuant to:

- **MOORISH CONSTITUTION** (C.M. Bey – Washington AA222141).
- **MOROCCAN TREATY OF 1787** (National Archives, Washington D.C.)
- **FILE OF THE HOUSE OF REPRESENTATIVE, RESOLUTION NO. 75, APRIL 17, 1933.**
- **UNIVERSAL DECLARATION OF HUMAN RIGHTS, ARTICLE 15** (UNTIED NATIONS).
- **LANA V. BRENNAN (1953 Sup) 124 NYS2d 136.** "A man may lawfully change his name at will without legal proceedings of any sort. This right is not affected by a statute whereby a change of name is authorized by judicial proceedings."

I do hereby declare by my signature and affirm under the penalty of perjury pursuant to 28 USC § 1746(1), and executed "without the Untied States," that the foregoing is true, correct and complete, and done to the best of my knowledge and belief; and not meant to mislead, WITH EXPLICIT RESERVATION OF ALL MY UNALIENABLE RIGHTS AND WITHOUT PREJUDICE UCC 1-308 AND UCC 1-103.6.

_Michael Todd Ricks-Bey_
Michael Todd Ricks-Bey, Affiant

Subscribed and affirmed to before me this 21 day of March, 2007 A.D. Witness my hand and official seal.

My Commission Expires: 8/22/2010

Notary Public: Maria E. Gamble

[Notary Seal: MARIA E. GAMBLE, NOTARY, #06008236, EXP. 08/22/10, STATE OF OKLAHOMA, PUBLIC]

# THE GENERAL ASSEMBLY OF PENNSYLVANIA
# FILE OF THE HOUSE OF REPRESENTATIVE

## RESOLUTION NO. 75

### MR. WITKIN, IN PLACE APRIL 17, 1933

MOORISH-AMERICAN OF PHILADELPHIA AND USE OF THEIR NAMES

Many sons and daughters of that proud and handsome race which inspired the architecture of Northern Africa and carried into Spain the influence of its artistic temperament have become citizens of this nation.

In the city of Philadelphia there exists a Moorish-American Society made up of Moors who found here the end of their quest for a home and of the children of those who journeyed here from the plains of Morocco.

This Society has done much to bring about a thorough absorption by these people of those principles, which are necessary to make them good American citizens.

These Moorish-American have since being here missed the use of the titles annexations that were so familiar at home and which are used in accordance with the doctrines of the religious faith to which they are adherents therefore be it,

**Resolved, That this House commends the Moorish-American Society of Philadelphia for the efficient service it has rendered the Nation in bringing about a speedy and through Americanization of these former Moors and that in accordance with the fullest right of religious independence guaranteed every citizen we recognize also the right of these people to use the name affixes EL or Ali or Bey or any other prefix or suffix to which they have heretofore been accustomed to use or which they may hereafter acquire the right to use.**

## AFFIDAVIT OF TRUTH

State of Virginia        )
                         ) Scilicet
City of Newport News  )

I, **Euzelia J. Sanders**, a lawful living breathing woman, being first dully sworn, depose and say and declare by my signature that the following facts are true to the best of my knowledge and belief, state that I:

1. Am over the age of 21;

2. Am competent to the state the following as true, correct, complete and not meant to mislead;

3. Am proceeding in good faith, being of sound mind, having first hand knowledge state the following:

4. I am the biological Mother of **Michael Todd Ricks-Bey**, who on or around the 16th day of the June of the Year of Our Lord Nineteen Hundred and Fifty Nine.

5. I, as the biological Mother of the aforementioned flesh and blood baby, state that said baby is now a full-grown man of the age of 47.

6. I, as the biological Mother of the aforementioned flesh and blood baby, did not, and never has, given birth to an artificial person, Ens Legis, Stramineous Homo, or Straw Man.

**Ens Legis:** A creature of the law; an artificial being, as contrasted with a natural person. Applied to corporations considered as deriving their existence entirely from the law. (Blacks 6th Ed.)

**Stramineous Homo:** A man of straw, one of no substance, put forward as bail or surety.

**Straw Man:** A "front", a third party who is put up on a name only to take part in a transaction. Nominal Party to a transaction, (Blacks 6th Ed.). Is also used in commercial and property contexts when a transfer is made to a third party, the straw man [person] simply for the purpose of transferring to the transferer in the order to accomplish some other purpose not otherwise permitted, (Barrons 3rd).

Further this Lawful Woman Sayeth not,

_Euzelia J. Sanders_
Mother: Euzelia J. Sanders

### ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN before me this ___23___ day of ~~February~~ MARCH 2007 A.D., a Notary, that Euzelia J. Sanders personally appeared and known to me to be the woman, whose name subscribed to the within instrument and acknowledge to be the same.

_____ (Seal:)
Notary Public
My Commission Expires: 12-31-09

## AFFIDAVIT OF TRUTH

State of Virginia      )
                       ) Scilicet
City of Newport News   )

I, **Euzelia J. Sanders**, a lawful living breathing woman, being first dully sworn, depose and say and declare by my signature that the following facts are true to the best of my knowledge and belief, state that I:

1. Am over the age of 21;

2. Am competent to the state the following as true, correct, complete and not meant to mislead;

3. Am proceeding in good faith, being of sound mind, having first hand knowledge state the following:

4. I am the biological Mother of **Michael Todd Ricks-Bey**, who on or around the 16th day of the June of the Year of Our Lord Nineteen Hundred Fifty Nine, in the land and nation known as the united States of America, geographically—did create the assemblage of letters: Michael Todd Ricks-Bey, written in upper and lower case letters.

5. I did create the assemblage of the letters **Michael Todd Ricks-Bey**, as a name for my living flesh and blood baby.

6. I, as the creator of the name **"Michael Todd Ricks-Bey"** have superior claim to the name under common law copyright©, simple based on the date of its creation; All Rights Reserved.

7. I, as the creator, thereby a Common Law Copyright owner of the aforementioned name, **Michael Todd Ricks-Bey©**, hereby transfer all copyrights to **Michael Todd Ricks-Bey©**, my biological living baby who is now an adult male; All Rights Reserved Re Common Law Copyright ©.

Further this Lawful Women sayeth not,

*Euzelia J. Sanders* (signature)
*Mother:* Euzelia J. Sanders

## ACKNOWLEDGEMENT

SUBSCRIBED TO AND SWORN before me this ___23___ day of March 2007 A.D., a Notary, that Euzelia J. Sanders personally appeared and know to me to be the woman, whose name subscribed to the within instrument and acknowledge to be the same.

_____ (Seal:)
Notary Public
My Commission Expires: _12-31-05_

Moorish Science Temple 50-247598-1 (SACRED RELIGIOUS TRUST)   In-Care-Of: Washitaw Nation of Muurs, Oklahoma
IRS: Exemption 17053-290-74400-4   ACTING GRAND SHEIK: Bro Patrick-Duray: Portley-El, Teacher

A CESTUI QUE TRUST- INDENTURE AGREEMENT BETWEEN SOVEREIGN PRIVATE PARTIES

# DECLARATION ON MOORISH
A Member's Proclamation of Change for Citizenship
and of the Moorish Science Temple of America

*"Indeed, no more than (affidavits) is necessary to make the prima facie case." United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. LW. 2169; S.Ct. March 22, 1982.*

TO WHOM THESE PRESENTS MAY COME:

This is your General Registration and Application for Citizenship to Moorish Americans, and Membership to the organic Moorish Science Temple of America (MSTA). We honor all true and divine stander-bearers on Moorish.

Be it declared and acknowledged that the Moorish Science Temple of America is hereby expatriated from the jurisdiction of the 14th Amendment, and the members thereof from the feigned citizenship attached thereto. The Moorish Americans are the Sovereign, Free and Indigenous Inhabitants of Moorish American (land-estate of the Muurs conterminous to the 50 united States of North America and applicable federal territories). In support of the Supreme and Fundamental Law-Standards of all free national beings namely, but not limited to, _Dred Scott v. John F.A. Sanford, 19 How. 393 (U.S. S.Ct. 1856)_, the Moorish Americans are 'non-resident aliens' [8 Stat. 200, Art III & VI (1803)] with respect to the corporate "United States" and its corresponding possessions, and 'resident aliens' with respect to the Republic-States of the Union wherein they may reside by operation of de jure national and international law.

Said Moorish American Nation was duly registered at the Pan-American Conference of 1928 A.D. by the Prophet, Noble Drew Ali, wherein the mandate for this said land was given to the same. With the Moorish Science Temple of America now and hereinafter repatriated, jointly and severally, I do hereby declare and affirm that you are a member of said Organization as founded by the Noble Prophet according to The Divine Constitution and By-Laws; Love, Truth Peace, Freedom and Justice for which our national flag stands for. You are hence identified as follows:

- Free National Name: **El/Bey**

- Nationality: **Moorish American**

- Citizenship: **U.S. Non-Citizen American National**

- Shade of Skin: **Olive**

(  **Michael Todd Ricks-Bey©**  )
PRINT NAME OF DECLARANT

- Country: **Morocco**

- Race: **Asiatic**

- Religion: **Islamism (Moslem)**

_Michael T. Ricks-Bey©_
Declarant's Signature, without Prejudice UCC 1-308, 1-103.6
In accordance with 28 CFR 16.41(d); 28 USC 1746(1)
Moorish American National 8 USC 1408; 15 Stat. 223
In Propria Persona, "Sui juris" and "aliena juria"

_Bro Patrick-Duray Portley-El_
Agent Sheik, Without Recourse UCC 1-308, 1-103.6
In accordance with 28 CFR 16.41(d); 28 USC 1746(1)
Sovereign Moorish Witness 8 USC 1408; 15 Stat. 223
REINCARNATE TEMPLE SYSTEM OF MUURS