# Exhibit 374

## PART 8

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

*Hear Ye Now All Creatures Of Thought*

Wisdom Speaks From The Highest Plane Of Spirit Life For The Redemption Of Man From His Sinful And Fallen Stage Of Humanity Back To The Highest Plane Of Life Through The:

## Proclamation Of Status And Jurisdiction Of The Moorish Americans

In the course of human events The Founding Fathers of The United States Brought forth on this Continent *two* new Nations. One, themselves, a conglomerate of Pale Skin Descendants from the Nations of Europe. The other Nation, a Comity of Olive Skin Nationals extracted from various Countries affixed indigenously to the North Western and South Western Shores of Africa yet latent in slavery. Now, in the plan of Universal Justice, it has become necessary for the latter, standing in their Proper Person, to proclaim their true Free National Status, thus dissolving the political bands and assumable jurisdictions of the former.

We, the Continental Natives, descendants of Moroccans from the Old Moorish Empire, whose Ancient Forefathers received permission from the Pharaohs of Ancient Kemet (Egypt) to settle and inhabit North West Africa. In those days Egypt was the Capital Empire of the Dominion and Kingdoms of Africa as Washington, D.C. is the Capital of the Sovereign United States today. The Illustrious Lineage of Moorage American Ancestry reveals they were the Founders and are the true possessors of the present Moroccan Empire with its dominion and habitation of kingdoms, Nations, Tribes and Families of North West and South West Africa extending across the great Atlantis even unto the present North, Central and South Americas and also Mexico and Atlantis Islands; before the great Earthquake which caused the great Atlantic Ocean. We are born in the Image and Likeness of One Omnipotent Creator, The Great God and indigenous to the Continental Lands of the Americas then subjected to the assumable jurisdiction of the various United States under Slave Labels abolished since 1865.

### Proclamation Of Status

The advent of We, The Moorish Americans, were Divinely Ordained forth into rightful existence, in due time, as a Nation, by the will of the Great God at the abolishment of slavery, as ratified by the United States Congressional Thirteenth Amendment in 1865 A.D. This Congressional Manumission of the Sons and Daughters of Africa brought to light a New Nation of People upon the Earth. These New Nation of West African descendants have now come to lawfully link themselves again with the families of nations and to worship under their own vine and fig tree, which have been the inherited Birthrights of all Men through the descendent nature of their Ancient Forefathers. This is the true and inalienable inheritance to every member of the human family and nation upon the Earth. And The Moorish Americans are a part and parcel of the Human Family.

The Moorish Americans are not Negroes, Colored Folks or Black People, etc. because these Names were given to Slaves by Slaveholders in 1779 and lasted until 1865 during the time of duly constituted Slavery in the United States. But this is a new era of time now. All men now must proclaim their Free National Name to be recognized by their government and the Nations of the Earth. We hold these truths to be self-evident that man is made in the image and after the likeness of the Great God, their Creator; that no man can be Negro, Black or Colored and be attached to the human family. European Rulers gave these labels to the Moors of West Africa in a process of Denationalization. The state of the Negro leaves a people in want of national roots.

Ancient heritage and in absence of Mother and Father for which to honor. Albeit the carnal customs of man don not alter the Nature of Truth or the course of Justice. Thus the true Free Nationality of the Ex-Slaves, now arisen from the dust of North America, is Moorish American. For man alone is reposed with consciousness, endowed with wisdom and appointed with the gifts of The Understanding from His immutable treasures while being armed with resolution. The Father of Love, Truth, Peace, Freedom and Justice has graced the Moors with these latent powers, unalienable Rights and the Key of Civilization to uplift Fallen Humanity; that among these inherent rights are Belief, Faith and Fruition of Perfect ness and Peace.

Although the United States has never been without some form of her Negro Slaves, the general American Public has been kept in an esoteric history about this inevitable true Proclamation of Status and the hallowed Free National Name of the Moorish American Natives. Nevertheless among her more ingenuous Citizens, the Noble History and Prophetic Return of The Moors and Truth of our existence has always been known.

The Moorish Americans, commensurable to every Nationality, have the divine and national right to be themselves; with hearts and minds pure with Love and bodies clean with water they are free. No Nation or any other living thing is free until it is of itself; unmalgamated, independent, wise and autonomous with free national standards and principles to support their unfolding generations. This is the true meaning and attainment of Freedom.

The Moorish Americans are Descendants of Moroccans, The Northwestern Capitol of the Mighty Carthage/Moorish Empire (700 BC-1820 AD), the Ancient Moabites whom inhabited the North Western and South Western shores of Africa, born indigenous in the Continental lands of America. The Moorish Americans are a Clean and Pure Nation. We have naturally derived our Free National Name "Moorish" by West African descent and "American" by indigenous birth.

We now proclaim the heritage of our ancient forefathers, the ancient Moabites whom inhabited Amexem, the first true and divine name of present day Africa, with its extreme western lands of North, Central and South Americas with Atlantis and adjoining Islands. We are the true heirs of the Earth Mounds, Pyramids and 40 ton Moorish basalt Heads built and sculptured by our seafaring forefathers, founders of the first civilization in the Americas, ten to twenty thousand years ago. The ten thousand year old Skeleton discovery of an African Man named 'Kennewick Man', The Basalt Heads and Earth Mounds can be found to this day from Canada in the North, southward throughout the U.S., Mexico, Central and into South America proves our pre-American presence here. True history declares The Moorish Americans, seeds of the Ancient Canaanites from the Holy Land Of Canaan, are the original Inhabitants of all the Americas, whether by legacy or dormant conditions of servitude. No other People can rightfully make this indigenous claim, including the so-called 'Indian' Tribes that followed centuries later, save the Moorish Nations.

We also proclaim Parcel in America through the blood of our forefathers that has been shed, in acquiring the independence and sustaining the prosperity and tranquility which has glorified the United States of America through all of Her wars and conflicts, defending the principles of the Republic for which She stands. The Moorish Americans, endowed by their Creator with the high Principles of Love, Truth, Peace, Freedom and Justice, are rejoining the Family of Nations upon the earth. All nations of the earth in these modern days are seeking peace, but there is but one true divine way that peace may be obtained in these days and it is through these principles being taught universally to all nations, in all lands. Under these principles, all men are one and equal to seek their own destiny, after the Holy and Divine Laws of their Forefathers. We are the return of the Ancient Ones and we are today what our Ancient Forefathers were yesterday without doubt or contradiction.

The Moorish Americans, as a Clean and Pure Nation, descended from the inhabitants of Africa, birthplace of the human family and Torch Bearers of Civilization, do not desire to amalgamate or marry into the families of the Pale Skin Nations of Europe. Neither serve the Gods of their Religion, because our forefathers are the true and divine founders of the first Religious Creed, for the redemption and salvation of mankind on earth. Therefore, we are returning the church and Christianity back to the European Nations, as it was prepared by their forefathers for their Earthly salvation. While we, the Moorish Americans, are returning to Islamism, The Old Time Religion of Ancient Kemetian Mystery System, which was founded by our forefathers for our earthly and divine salvation. Hence, we too are seeking first The Kingdom of Heaven by honoring our Father and our Mother that our days, as a people, will be long upon the Earthland, which the Lord, the Great God, has given us. Such a covenant of endurance and prosperity can never be given to those deluding to misnomers of Negro, Blacks and Colored People.

The new Nation of Moorish Americans is the fruition of the original 13th Amendment, with its full body of 20 Sections, repudiated by the Reconstruction Congress. Now, not to be denied.

This right to proclaim their Free National Name before the constitutional folds, to be misconstrued as an act of aggression, rebellion, ne'er declaration of war against the harmony of the United States of America, its laws, citizens nor allies; in lieu of inevitable compliance with the natural laws of indigenous comity of nations all over the world, both Ancient and modern which demands all men to proclaim their nationality in order to be recognized and accepted by all other Free Nationals. We acknowledge the unavoidable destiny of our divine attainment and deliverance to be a Holy People, as undeniable and in due time.

The applications of the 14th and 15 Amendments are reconstructed and established forms of Government designed to be destructive to these ends. Six scores and ten years of enforcement of these laws lay bear an unbroken history of iron-hand oppression, which remain unchanged and proven that descendants of West Africans will never be free while woven into the fabric of European Jurisprudence which has threads of nationalism and neocolonialism.

The United State of America, with Her Great Congressional 13th Amendment of 1865, Abolished the Institution of Slavery, which in fact repealed and did rescind wholly all Slaves, Slave Masters and Slave Names said Institution. Albeit contrived and did willfully Assumed Jurisdiction over the comatose Ex-Slaves and extended its powers, through the Clause "All Persons Born", referring solely to the reestablishing the institutions of Negro, Black, Colored Chattel and other Commercial Properties, as used in the 14th Amendment. This wrongful, willful Act intentionally abused Congressional Powers of a free National Government and alone buried the Ex-Slaves in the shallow grave of Ex Post Facto Laws of its 14th and 15th Amendments. Therefore, today the U.S. courts, through the Several Corporate States, still owns and have assumable jurisdiction of all such Denationalized Persons, clearly certified by the States, at live birth as Negro, Blacks and Colored, etc.

The U.S. 14th Amendment uses the term "Person" to diffuse the "3/5 clause" of its Constitution (Art. 1-Sec3) and was written strictly applicable to slaves and Ex-Slaves, misnomer Negroes, Colored Folks, Black People, etc. Under Color of Law, this document gives the United States clear title and ownership to said persons, as property, and evinces Assumable Jurisdiction over the automatism of fallen humanity.

The 14th Amendment was ratified in full knowledge it would perpetuate all so-called Negroes, as an undeclared and wretched People, to remain alienated and separated from the Human Family. This mandates the Ex-slaves into an unconscious act of Voluntary Enthrallment by clinging to those Names and Principles that delude to slavery. As long as the Ex-slaves accept the Slave Labels of Negro, Black and Colored People, that has been Certified upon their decree of live birth by the States wherein they

were born, then they will live the life of a Slave, bearing names that delude to slavery, yet not knowing they have been Denationalized to the status of Slaves.

Yet neither the United States nor any other Sovereign power have established lawful jurisdiction over the Clean and Pure Nation of Moorish Americans. Nay, neither written nor assumed nor will such jurisdiction over the subject matter be surrendered, given or hypothesized. Whereas, the above decree of Hostage Making can have no jurisdictional bearing upon the Clean and Pure Nation of Moorish Americans. The United States of America is now being called forth, with its Congressional powers as handed down in the last Clauses of the Reconstruction Amendments, before the International Bar of Indigenous Peoples and League of United Nations For Human Rights, in light of the full Constitutional Body of Laws and Principles for which it stands, to answer this proper Federal Question and lawful challenge, to demonstrate The United States of America cannot muster adjudication to this hereby great National...

| Surah 68 | Al-Qalam: The Pen | Ayat 1 |
| Surah 70 | Al-Ma'ariji: The Ways of Ascent | Ayat 33 |
| Surah 2 | Al-Baqarah: The Cow | Ayat 282 |
| Surah 5 | Al-Ma'iidah: The Food | Ayat 107 |

**And call to Witness from among your men two Witnesses;**

*Yakated Sconiers-El*
Witness signature                    3-11-07
                                     Date

*Haki El-Muhammad*
Witness signature                    3-11-07
                                     Date

## Acknowledgement

I, **Michael-Todd: Ricks-Bey©**, Sui Juris, affirm and acknowledge in the interest of justice, that the foregoing is true, correct, and complete, and not meant to mislead, signed under penalty of Law, of the Almighty Power of Allah, by My Hand and Seal:

SIGNED AND SWORN To by me this 11th day of March A.D. 2007.
Without Prejudice UCC 1-308, UCC 1-103.6

L.S. *Michael T. Ricks-Bey*
Michael-Todd: Ricks-Bey© Secured Party, Sui Juris
One of the Indigenous Sovereign people, a private Man on the land,
non-combatant, a Moorish-American by birth, a child of the Living Allah,
Grantor, Secured Party/Creditor and Principal of which 'Rights' existed long
antecedent to the organization of the State and Trustee.

Private Seal:

## VERIFICATION

Washitaw Nation of Muurs )
united States of America )
Republic of Oklahoma ) SS VERIFIED DECLARATION
County of Beckham )

I, Michael Todd Ricks-Bey©, Declaration herein, one of the Private People in the Washitaw Nations of Muurs, De Dugdh Mound Ya and Commonwealth of Virginia Republic, one of The United States, of America, a union of republic states under penalties of perjury under The Laws of The United States of America and of the Oklahoma Republic, that Declarant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarant's personal knowledge and belief, made voluntarily and intentionally for the purpose stated.

As a Notary Public for said County and State, I do hereby certify that on this 11th day of March, 2007, that a Natural Person whose Moslem name is Michael Todd Ricks-Bey©, the above mentioned, appeared before me and executed the foregoing. Witness my hand and seal:

/S/ _Michael T. Ricks-Bey_
Michael Todd Ricks-Bey©, Secured Party-Principal in behalf of the
Debtor, MICHAEL TODD RICKS©, JURISTIC PERSON, ENS LEGIS

_Katherine Smith_ Seal
Notary Public
My Commission Expires: 3/10/2012

[Notary Seal: KATHERINE J. SMITH, NOTARY PUBLIC, #08002438, EXP. 03/10/12, STATE OF OKLAHOMA]

**NOTE:** Using a notary on this document or any other document does not constitute any adhesion contract to the State. The purpose for notary is verification and acknowledgement of signer only and not for entrance into any foreign jurisdiction