# Exhibit 374

## PART 9

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# **AFFIDAVIT AND VERIFICATION OF NOTICE**
# **AND**
# **CERTIFICATE OF REGISTRATION OF DEVICE/SEAL**

Washitaw Nation of Muurs       )
united States of America        )
Republic of Colorado            ) ss.
County of Kit Carson            )                           **ACKNOWLEDGMENT**

*Pursuant to title 28, U.S.C. §1746(1) and 28 U.S.C. §16.41(d), executed "without the United States,", I, Michael-Todd: of the Ricks-Bey© Tribe/Family, being first duly sworn accordingly in law, being of age to contract. Declarant herein, one of the Private People in the State of Colorado, one of The united States, of America, a Union of republic States under the penalties of perjury pursuant to The Laws of The united States of America and of the state of Colorado Republic and/or any "STATE OF", that Declarant is competent to be a witness and I affirm under penalty of perjury under the United Nations International Laws that the forgoing Is true and correct, to the best of my belief and informed knowledge. I now affix my signature and official seal to all of the ongoing affirmations with EXPLICIT RESERVATION OF ALL MY INALIENABLE RIGHTS WITHOUT PREJUDICE to any of those rights pursuant to U.C.C. 1-308 and U.C.C. 1-103.6.*

### *Indeed, no more than (affidavits) is necessary to make the prima facie case. United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. LW. 2169; S.Ct. March 22, 1982.*

   I, <u>Michael Todd Ricks-Bey©</u>, hereinafter "Affiant," a living, breathing, flesh-and-blood, sentient Moorish American National "real" man, being first duly bound in conscience by deeply held spiritual convictions to perform faithfully and truthfully; corpore et animo, sealed by and under authority of Affiant's own hand and Prerogative Instance In law, having first hand knowledge of the facts contained herein, do DECLARE and ATTEST the following facts are true, correct, complete, and not meant to mislead to the best of Affiant's knowledge and conviction.

   <u>In Commerce, everything must be stated in Truth</u>. I, Michael Todd Ricks-Bey, a sovereign, a Private Person, a Living Soul, a Creditor, Claimant, and Secured Party and NOT a STATUTORY PERSON upon the land Colorado, a Republic in the county called Burlington, do hereby solemnly declare, say, and date. 1) Secured Party is competent for stating the matters set forth herewith; 2) Secured Party has personal knowledge about the facts stated herein; 3) Everything stated in this TRUTH AFFIDAVIT is the Truth, the Whole Truth, and nothing but the Truth and all stated is true, correct, complete, and not misleading. <u>NO THIRD PARTIES ALLOWED</u>

   PLAIN STATEMENT ABOUT THE FACTS: a) For Resolving a Matter it must be expressed b) In Commerce Truth is Sovereign; c) Truth is expressed in the Affidavit Form; d) An Unrebutted Affidavit stands as Truth in Commerce; e) An Unrebutted Affidavit becomes the judgment in Commerce; f) A Truth Affidavit, under Commercial Law, can only be satisfied by a Rebuttal about the Truth Affidavit, by payment, by agreement, by resolution by a jury according to the rules for Common Law.

   <u>A LAWFUL</u> CONTRACT has: 1) Offer; 2) Consideration; 3) Acceptance by all Parties for the Contract and; 4) The Signatures by all Parties involved with the Contract. Only the Parties signing the Contract can participate in the discussion of the Contract. <u>Full disclosure about the CONTRACT is imperative.</u>

**Know all men by these presents:**

**Greetings,**

   I, **Michael-Todd: of the Ricks-Bey© Tribe/Family**, a living, breathing, flesh and blood man, Foreign Neutral on behalf of the Original Judicial Venue and Jurisdiction, the United States of America, A.D. 1789 as Amended A.D. 1791. Affiant being duly sworn, competent and of proper age, and proceeding in good faith, do depose and say and declare, by my official signature and seal, that the following is true, correct, complete,

certain, and not meant to mislead to the best of my personal firsthand knowledge and belief, and so do under the penalty of perjury under the laws of the United States and the State of Colorado, that:

I, **Michael-Todd: of the Ricks-Bey© Tribe/Family**, a duly appointed **FOREIGN NEUTRAL** on behalf of the Original Judicial Venue and Jurisdiction of the united States of America A.D. 1789, as Amended A.D. 1791, have entered onto the public record a **PRIOR NOTICE OF APPOINTMENT OF Foreign Neutral**, Document Number #20081343, via the office of the Secretary of State for the State Colorado, and have recorded the same with the office of the Clerk of the Recorder for Denver County.

Further, I hereby depose and say and declare that the **Official Seal of Office,** and the **Official Signature of Michael-Todd: of the Ricks-Bey© Tribe/Family, Foreign Neutral**, hereto attached, have entered on the public record via the office of the Secretary of the State of Colorado, as well as recorded with the office of the Clerk and Recorder for Denver County, and when used separately or concurrently in the performance or conduct of the Responsibilities, Obligations, Duties, Rights or Acts associated with the office of **Foreign Neutral**, constitute and represents an **Official Seal of Office/Official Device Conveying all Authority, Privilege, Responsibility and Respect** normally and traditionally accorded the Office of Foreign Neutral, and through the act of recording upon the public record, as herein described, are considered **Registered Recorded and Accepted** by all parties to whom they may be presented.

I am an [Indigenous] Moorish American National and Land Assignee of the Washitaw nation of Muurs, via The Republic of Commonwealth Virginia. His property is *NOT* a commercial piece of Property and must *NOT* be classified as such.

Any living, breathing, flesh and blood man or woman desiring to rebut this Affidavit, must do so in the same manner as this Affidavit, that they bring point proof(s) of claim to the contrary, using your given name and birth or Christian name (not the name of a fictitious person as these fictions (persons) are not real but mere legal fictions and are creations of the State) for signature and on your own liability, if not rebutted point for point by any man or woman, representing the **State of Colorado** and/or any "STATE OF" at any level, in any matter, at any time within Seventy-two (72) hours of receipt of this document, these facts stand as true in the both the private and public record… as true. NOTE: Maxim of Law; 1. In Commerce—Truth is sovereign. 2. For a matter to be resolved, it must be expressed. Point of Law—Silence equates to agreement. Failure or refusal to provide the necessary proof(s) of claim on a point for point rebuttal of the Facts contained herein will be your acceptance of the facts as stated herein, and those facts will, by your failure or refusal to properly rebut as above stated, be established. Silence will become **'Store Decisis'** and judgment of **Non-pros** shall be obtained.

### EXPRESS NOTICE OF WAIVER OF TORT TO ALL WHO TRESPASS

**Trespass upon either the Issuer of this binding Private Bond Instrument by any actor, agent or representative of a government entity or its subdivision, acting under color of law outside the accepted forum, shall constitute an agreement of $2,000,000.00 compensation for each injury, occurrence of breach, or trespass on rights or property. Additionally, all Trespassers shall agree to pay $65,217 per hour of involuntary servitude, coerced incarceration, coerced detention, or coerced booking. Performance by conduct is acceptance. This is an implied contract and attaches only upon the actors, agent, or representative, who by their conduct elect to enjoin this contract. If by your conduct you elect to contract, Michael-Todd: Ricks-Bey, shall be appointed Third Party Intervener, with limited power of attorney to execute the remedy within this instrument. This power of attorney is a right coupled with an interest and is irrevocable as granted without course to all who trespass.**

ALL PERSONS, EMPLOYEE, AGENTS, AND OFFICERS OPERATING UNDER ORDERS OF THE PRESIDENT OF THE UNITED STATES, UNITED STATES SECRET SERVICE, UNITED STATES DEPARTMENT OF THE JUSTICE, INTERNAL REVENUE SERVICE, DEPARTMENT OF JUSTICE, STATE OF COLORADO DEPARTMENT OF REVENUE, ALL MUNICIPAL COURTS, DOUGLAS COUNTY DISTRICT ATTORNEY, 18TH JUDICIAL DISTRICT COURT DOUGLAS , COLORADO, COLORADO STATE PATROL, DOUGLAS COUNTY SHERIFF DEPARTMENT, DOUGLAS COUNTY POLICE DEPARTMENT AND DOUGLAS COUNTY COURT, who commit injury by trespass upon the living man, Michael-Todd: Ricks-Bey under color of law without evidence of a signed contract or damaged party, or lawful order and verified assessment will cause attachment of this **EXPRESS NOTICE OF WAIVER OF TORT**. Continued proceeding in trespass shows acceptance of this Contract and provides evidence of your intent to implement the terms of the **EXPRESS NOTICE OF WAIVER OF TORT** and affix said lien(s)

Further Affiant saith naught.

Executed this 28th day of August, 2008 A.D.

Respectfully Submitted

*Without Prejudice UCC 1-308, UCC 1-103.6,*
*Authorized Representative, Attorney-In-Fact*

*Michael-Todd: Ricks-Bey*
Michael Todd Ricks-Bey©
Secured Party Creditor
Authorized Representative
Attorney-In-Behalf of the Debtor
MICHAEL TODD RICKS, ENS LEGIS

---

### INDIGENOUS WASHITAW MOORISH AMERICAN: U.S. 923/1802 & U.N. IPO 215/93

### U.S. NON-CITIZEN AMERICAN NATIONAL AND NON-RESIDENT ALIEN
### UNITED STATES LAWS AFFIRMING RIGHT TO CITIZENSHIP AND NATIONALITY

15 Stat. 223-224 (1868); R.S. §1999, 8 U.S.C. §800 (1940); United States v. Cruikshank, 92 U.S. 542 (1875.) **American/ U.S.A. National** 54 Stat. 1137, Section 101(a)(3)&(38), Section (a)(21)-(22). [PL 94-241; 90 Stat. 623, at Section 3; 100 Stat. 843, August 27, 1986]. **The Nationality Act of 1940,** 8 U.S.C. Section 1101(21): **[U.S. Non-Citizen]** 8 U.S.C. §1452(b)(1)(2) & 8 U.S.C. 1502(a), Section 1452(a)(b) &(c); PL 99-396, 16(c). 26 C.F.R. §7701(11), 39 F.R.52 (March 14, 1974); 26 C.F.R. § 301.6109(a); 26 U.S.C. § 3402(n)-1, 26 C.F.R. §31.3402(n)-1, 26 C.F.R. § 3402(f)(2)-1, 26 C.F.R. §1.1441-3. **[Non-Resident Alien]** [8 Stat. 200, Article III & VI (1803)] Washitaw de Dugdyahmoundyah

| | |
|---|---|
| Illinois Tax Exemption  E 9939-0647-01 | [Non-Resident Alien] [8 Stat. 200, Article III & VI (1803)] |
| IRS: Exception 17053-290-74400-4 | Louisiana Treaty of 1803 [8 Stat. 200, Article III & VI] |
| Moorish Science Temple EIN 56-2473981 | In-Care-Of:  Washitaw Nation of Muurs, Illinois |

AFFIDAVIT AND VERIFICATION OF NOTICE AND CERTIFICATE OF REGISTRATION OF DEVICE/SEAL
Page 3 of 5

## TO ENSURE THAT THE RIGHTS OF SOVEREIGN TRIBAL GOVERNMENTS ARE FULLY RESPECTED

The United States Government has a unique legal relationship with the Native American tribal governments as set forth in the Constriction of the United States, treaties, statues, and court decisions [U.S. Land Grant No. 923 in the name of "the Washitaw," Spanish Certificate of June 20, 1779; Plan. 1518; Register No. 3, April 12, 1802]

RE: U.S. Government to Indigenous Government Relations
A Directive Superceding Previous Treaty Authority
Executive Memorandum of April 29, 1994
Signed by President Bill Clinton

Purpose: To clarify our responsibility to ensure that the Federal Government operates within a government-to-government relationship with federally recognized Native American tribes . . . . working relationship reflecting respect for the rights of self-government due the sovereign tribal governments.

Principles:
(a) The head of each executive department and agency shall be responsible for ensuring that the department or agency operates within a government-to-government relationship with federally recognized tribal governments.

(b) Each executive department and agency shall consult, to the greatest extent practicable and to the extent permitted by law, with tribal government prior to taking actions that affect federally recognized tribal governments. All such consultations are to be open and candid so that all interested parties may evaluate for themselves the potential impact of relevant proposals.

(d) Each executive department and agency shall take appropriate steps to remove any procedural impediments to working directly and effectively with tribal governments on activities that affect the trust property and/or government rights of the tribes.

(f) Each executive department and agency shall apply the requirements of Executive Orders Nos. 12875 ("Enhancing the Intergovernmental Partnership") and 12866 ("Regulatory Planning and Review") to design solutions and tailor Federal programs, in appropriate circumstances, to address specific or unique needs of tribal communities.

MICHAEL TODD RICKS-BEY
Print Name: U.S.A. American and Washitaw National
Indigenous Washitaw-Nationals, U.N. #215

*Michael-Todd: Ricks-Bey*
Sovereign Washitaw, Without Recourse: 8 USC 1408; 15 Stat 223
UCC 1-308 and UCC 1-103.6; 28 CFR 16.4(d); 28 USC 1746(1)

A CESTUI QUE TRUST-INDENTURE AGREEMENT BETWEEN SOVEREIGN PRIVATE PARTIES
U.S. Land Grant No.: 923 [Certificate: June 20, 1797; Plan No. 1518; Register No. 3, April 12, 1802]

Louisiana Treaty of 1803 [8 Stat. 200, Article III & VI]     Moorish Science Temple EIN: 56-2473981

| Congressional Act Bill No.: | 252 | April | 10, 1816. | 14th Congress |
|---|---|---|---|---|
| Congressional Act Bill No.: | 253 | February | 10, 1817. | 14th Congress |
| Congressional Act Bill No.: | 325 | December | 12, 1820. | 16th Congress |
| Congressional Act Bill No.: | 329 | January | 22, 1821. | 16th Congress |

**LEGAL NOTICE: FEDERALLY PROTECTIVE RIGHTS
DENIAL OF CONSTITUTIONAL RIGHTS UNDER COLOR OF LAW
[PL 93-579 SECTION 7, 5 U.S.C.A. §552(a); 18 U.S.C. §241 & §242; 42 U.S.C. §1983 & §406.8]**

AFFIDAVIT AND VERIFICATION OF NOTICE AND CERTIFICATE OF REGISTRATION OF DEVICE/SEAL
Page 4 of 5

## VERIFICATION

Washitaw Nation of Muurs )
united States of America    )
Republic of Colorado        ) SS VERIFIED DECLARATION
County of Kit Carson        )

I, Michael Todd Ricks-Bey©, Declaration herein, one of the Private People in the Washitaw Nations of Muurs, De Dugdh Mound Ya and Commonwealth of Virginia Republic, one of The United States, of America, a union of republic states under penalties of perjury under The Laws of The United States of America and of the Colorado Republic, that Declarant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarant's personal knowledge and belief, made voluntarily and intentionally for the purpose stated.

As a Notary Public for said County and State, I do hereby certify that on this 28th day of August, 2008, that A Natural Person whose Indigenous name is Michael Todd Ricks-Bey©, the above mentioned, appeared before me and executed the foregoing. Witness my hand and seal:

*Without Prejudice UCC 1-308, UCC 1-103.6*
*Authorized Representative, Attorney-In-Fact*

/S/ *Michael J. Ricks-Bey*
Michael Todd Ricks-Bey©, Secured Party-Principal
in behalf of the Debtor, MICHAEL TODD RICKS©,
JURISTIC PERSON, ENS LEGIS
By Special Appearance Pro Per

*Gloria Lamle*   Seal
Notary Public
My Commission Expires: 12/04/2010

GLORIA LAMLE
Notary Public
State of Colorado
My Commission Expires 12/04/2010

**NOTE:** Using a Notary on this document or any other document does not constitute any adhesion contract, nor does it alter my status in any manner. The purpose for Notary is verification and identification only and not for entrance into any foreign jurisdiction, a benefit for the Pagans and Heathens so they whom I pray may become knowledgeable in the truth for the Law by our Holy Father and repent, so they will no longer be alienated from their true God, Allah.

# AFFIDAVIT OF TRUTH

*Indeed, no more than (affidavits) is necessary to make the prima facie case. United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. L.W. 2169; S. Ct. March 22, 1982.*

Washitaw Nation of Muurs  )
united States of America   )
Republic of Colorado       ) ss.
County of Kit Carson       )                    **ACKNOWLEDGMENT**

*Pursuant to title 28, U.S.C. §1746(1) and 28 U.S.C. §16.41(d), executed "without the United States," I, Michael-Todd: of the Ricks-Bey© Tribe/Family, being first duly sworn accordingly in law, being of age to contract. Declarant herein, one of the Private People in the State of Colorado, one of The united States of America, a Union of republic States under the penalties of perjury pursuant to The Laws of The united States of America and of the state of Colorado Republic and/or any "STATE OF", that Declarant is competent to be a witness and I affirm under penalty of perjury under the United Nations International Laws that the forgoing Is true and correct, to the best of my belief and informed knowledge. I now affix my signature and official seal to all of the ongoing affirmations with EXPLICIT RESERVATION OF ALL MY INALIENABLE RIGHTS WITHOUT PREJUDICE to any of those rights pursuant to U.C.C. 1-308 and U.C.C. 1-103.6.*

I, <u>Michael Todd Ricks-Bey©</u>, hereinafter "Affiant," a living, breathing, flesh-and-blood, sentient Moorish American National "real" man, being first duly bound in conscience by deeply held spiritual convictions to perform faithfully and truthfully; corpore et animo, sealed by and under authority of Affiant's own hand and Prerogative Instance In law, having first hand knowledge of the facts contained herein, do DECLARE and ATTEST the following facts are true, correct, complete, and not meant to mislead to the best of Affiant's knowledge and conviction.

<u>In Commerce, everything must be stated in Truth</u>. I, Michael Todd Ricks-Bey, a sovereign, a Private Person, a Living Soul, a Creditor, Claimant, and Secured Party and NOT a STATUTORY PERSON upon the land Colorado, a Republic in the county called Burlington, do hereby solemnly declare, say, and date. 1) Secured Party is competent for stating the matters set forth herewith; 2) Secured Party has personal knowledge about the facts stated herein; 3) Everything stated in this TRUTH AFFIDAVIT is the Truth, the Whole Truth, and nothing but the Truth and all stated is true, correct, complete, and not misleading. <u>NO THIRD PARTIES ALLOWED</u>

<u>PLAIN STATEMENT ABOUT THE FACTS:</u> a) For Resolving a Matter it must be expressed b) In Commerce Truth is Sovereign; c) Truth is expressed in the Affidavit Form; d) An Unrebutted Affidavit stands as Truth in Commerce; e) An Unrebutted Affidavit becomes the judgment in Commerce; f) A Truth Affidavit, under Commercial Law, can only be satisfied by a Rebuttal about the Truth Affidavit, by payment, by agreement, by resolution by a jury according by the rules for Common Law.
   <u>A LAWFUL</u> CONTRACT has: 1) Offer; 2) Consideration; 3) Acceptance by all Parties for the Contract and; 4) The Signatures by all Parties involved with the Contract. Only the Parties signing the Contract can participate in the discussion of the Contract. <u>Full disclosure about the CONTRACT is imperative.</u>

1. THAT, Affiant a natural born real live member of the Washitaw Nation of Muurs of both the Amurru Empire: Washitaw de Dugdyahmoundyah and the Virginia Republic. Affiant is a free and sovereign American National, and explicitly exercises his right to a nationality under the authority and ultimate jurisdiction of the Virginia Republic, while retaining his sovereignty as a Washitaw Muur. Affiant Solemnly and Sincerely Pledges that he will support and defend the organic Constitution for the United States of America of 1787 and 1791 for which "We The People" [Washitaw/Delaware Muurs] are "part and partial," and the Constitution of the Virginia Republic of 1776, against all enemies, foreign and domestic. Affiant takes this obligation freely and without any evasion.