# Exhibit 374

## PART 13

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support**
**of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

## VERIFICATION

| | |
|---|---|
| Washitaw Nation of Muurs | ) |
| <u>united</u> States of America | ) |
| Republic of Colorado | ) SS VERIFIED DECLARATION |
| County of Kit Carson | ) |

    I, Michael Todd Ricks-Bey©, Declaration herein, one of the Private People in the Washitaw Nations of Muurs, De Dugdh Mound Ya and Commonwealth of Virginia Republic, one of The United States, of America, a union of republic states under penalties of perjury under The Laws of The United States of America and of the Colorado Republic, that Declarant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarant's personal knowledge and belief, made voluntarily and intentionally for the purpose stated.

    As a Notary Public for said County and State, I do hereby certify that on this 16th day of June, 2008, that A Natural Person whose Indigenous name is Michael Todd Ricks-Bey©, the above mentioned, appeared before me and executed the foregoing.  Witness my hand and seal:

*Without Prejudice UCC 1-308, UCC 1-103.6*
*Authorized Representative, Attorney-In-Fact*
*Without Recourse-all Rights Reserved*

/S/ _Michael: Todd: Ricks Bey_
Authorized Representative, UCC 3-402 (b)(1)

_Gloria Lamle_ _____ Seal
Notary Public
My Commission Expires: _12/04/2010_

GLORIA LAMLE
Notary Public
State of Colorado
My Commission Expires 12/04/2010

**NOTE**: Using a Notary on this document or any other document does not constitute any adhesion contract, nor does it alter my status in any manner. The purpose for Notary is verification and identification only and not for entrance into any foreign jurisdiction, a benefit for the Pagans and Heathens so they whom I pray may become knowledgeable in the truth for the Law by our Holy Father and repent, so they will no longer be alienated from their true God-Allah.

FOR ALL COMMUNIQUÉS ELSEWHERE
"Without Prejudice"
Michael Todd Ricks-Bey©, Authorized Representative
Attorney-In-Fact for MICHAEL TODD RICKS, DEBTOR
c/o Post Office Box Three Seven Zero Zero Two Four
City of Denver, Colorado Republic [80247], united states of America
DMM Reg. Sec. 122.32; Public Law 91-375, Sec. 403

Washitaw Nation of Muurs      )
united States of America      )
Republic of Colorado          ) ss.
County of Kit Carson          )

**ACKNOWLEDGMENT**

*Pursuant to title 28, U.S.C. §1746(1) and 28 U.S.C. §16.41(d), executed "without the United States," I, Michael-Todd: of the Ricks-Bey© Tribe/Family, being first duly sworn accordingly in law, being of age to contract. Declarant herein, one of the Private People in the State of Colorado, one of The united States, of America, a Union of republic States under the penalties of perjury pursuant to The Laws of The united States of America and of the state of Colorado Republic and/or any "STATE OF", that Declarant is competent to be a witness and I affirm under penalty of perjury under the United States International Laws that the forgoing Is true and correct, to the best of my belief and informed knowledge. I now affix my signature and official seal to all of the ongoing affirmations with EXPLICIT RESERVATION OF ALL MY INALIENABLE RIGHTS WITHOUT PREJUDICE to any of those rights pursuant to U.C.C. 1-308 and U.C.C. 1-103.6.*

Cheryl A. Lane, d/b/a Clerk of the Court
**18TH JUDICIAL DISTRICT COURT**
Douglas County District Court
Douglas County Justice Way
c/o 4000 Justice Way, Suite 2009
Castle Rock Republic [80109]

'PUBLIC RECORD'

**AFFIDAVIT BY NOTICE**
**MEMORANDUM OF RECORD**
**NOTICE-Release of Sureties**

*Indeed, no more than (affidavits) is necessary to make the prima facie case. United States v. Kis, 658 F.2d 526, 536 (7th Cir. 1981); Cert. Denied, 50 U.S. LW. 2169; S. Ct. March 22, 1982.*

I, Michael-Todd: Ricks-Bey©, Sui Juris, by special visit and not general appearance, am Agent for MICHAEL TODD RICKS, with Power of Attorney in Fact to represent MCHAEL TODD RICKS© in all commercial affairs. Hereinafter "Affiant," a living, breathing, flesh-and-blood, sentient Moorish American National "real" man, being first duly bound in conscience by deeply held spiritual convictions to perform faithfully and truthfully; corpore et animo, sealed by and under authority of Affiant's own hand and Prerogative Instance In law, having first hand knowledge of the facts contained herein, do DECLARE and ATTEST the following facts are true, correct, complete, and not meant to mislead to the best of Affiant's knowledge and conviction. I am of legal age, am competent for stating the matters set forth herein, have full subject matter jurisdiction over the below Regarding, everything stated is the Truth.

In Commerce, everything must be stated in Truth. I, Michael Todd Ricks-Bey©, a sovereign, a Private Person, a Living Soul, a Creditor, Claimant, and Secured Party and NOT a STATUTORY PERSON upon the land Colorado, a Republic in the county called Burlington, do hereby solemnly declare, say, and state. 1) Secured Party is competent for stating the matters set forth herewith; 2) Secured Party has personal knowledge about the facts stated herein; 3) Everything stated in this TRUTH AFFIDAVIT is the Truth, the Whole Truth, and nothing but the Truth and all stated is true, correct, complete, and not misleading. NO THIRD PARTIES ALLOWED

PLAIN STATEMENT ABOUT THE FACTS: a) For Resolving a Matter it must be expressed b) In Commerce Truth is Sovereign; c) Truth is expressed in the Affidavit Form; d) An Unrebutted Affidavit stands as Truth in Commerce; e) An Unrebutted Affidavit becomes the judgment in Commerce; f) A Truth Affidavit, under Commercial Law, can only be satisfied by a Rebuttal about the Truth Affidavit, by payment, by agreement, by resolution by a jury according by the rules for Common Law.

A LAWFUL CONTRACT has: 1) Offer; 2) Consideration; 3) Acceptance by all Parties for the Contract and; 4) The Signatures by all Parties involved with the Contract. Only the Parties signing the Contract can participate in the discussion of the Contract. Full disclosure about the CONTRACT is imperative.

This **NOTICE** is in accordance with C.R.S. 24-13-109 *"Release of Sureties-Notice"* that Michael-Todd: of the Ricks-Bey© Family/Tribe, a Moorish-American Sovereign man, Secured Party Creditor Sui Juris is releasing himself from further liability as such surety for such person and filed in this office of the County Clerk and Recorder's office a Notice that he is no longer willing to be surety for the Debtor MICHAEL TODD RICKS©, at any time in any regards to any court action. Further, Michael-Todd: Ricks-Bey(c0, sui juris, has never agreed knowingly or consented to be surety for the ENS LEGIS MICHAEL TODD RICKS©.

### EXPRESS NOTICE OF WAIVER OF TORT TO ALL WHO TRESPASS

**Trespass upon either the Issuer of this binding Private Bond Instrument by any actor, agent or representative of a government entity or its subdivision, acting under color of law outside the accepted forum, shall constitute an agreement of $2,000,000.00 compensation for each injury, occurrence of breach, or trespass on rights or property. Additionally, all Trespassers shall agree to pay $65,217 per hour of involuntary servitude, coerced incarceration, coerced detention, or coerced booking. Performance by conduct is acceptance. This is an implied contract and attaches only upon the actors, agent, or representative, who by their conduct elect to enjoin this contract. If by your conduct you elect to contract, Michael-Todd: Ricks-Bey, shall be appointed Third Party Intervener, with limited power of attorney to execute the remedy within this instrument. This power of attorney is a right coupled with an interest and is irrevocable as granted without course to all who trespass.**

ALL PERSONS, EMPLOYEE, AGENTS, AND OFFICERS OPERATING UNDER ORDERS OF THE PRESIDENT OF THE UNITED STATES, UNITED STATES SECRET SERVICE, UNITED STATES DEPARTMENT OF THE JUSTICE, INTERNAL REVENUE SERVICE, DEPARTMENT OF JUSTICE, STATE OF COLORADO DEPARTMENT OF REVENUE, ALL MUNICIPAL COURTS, DOUGLAS COUNTY DISTRICT ATTORNEY, 18TH JUDICIAL DISTRICT COURT DOUGLAS , COLORADO, COLORADO STATE PATROL, DOUGLAS COUNTY SHERIFF DEPARTMENT, DOUGLAS COUNTY POLICE DEPARTMENT AND DOUGLAS COUNTY COURT, who commit injury by trespass upon the living man, Michael-Todd: Ricks-Bey under color of law without evidence of a signed contract or damaged party, or lawful order and verified assessment will cause attachment of this **EXPRESS NOTICE OF WAIVER OF TORT**. Continued proceeding in trespass shows acceptance of this Contract and provides evidence of your intent to implement the terms of the **EXPRESS NOTICE OF WAIVER OF TORT** and affix said lien(s)

Executed this 28th day of August, 2008 A.D.

Respectfully Submitted

*Without Prejudice UCC 1-308, UCC 1-103.6,*
*Authorized Representative, Attorney-In-Fact*

*Michael Todel: Ricks-Bey*

Michael Todd Ricks-Bey©
Secured Party Creditor
Authorized Representative
Attorney-In-Fact in Behalf of the Debtor
MICHAEL TODD RICKS, ENS LEGIS

---

**INDIGENOUS WASHITAW MOORISH AMERICAN: U.S. 923/1802 & U.N. IPO 215/93**

**U.S. NON-CITIZEN AMERICAN NATIONAL AND NON-RESIDENT ALIEN**
**UNITED STATES LAWS AFFIRMING RIGHT TO CITIZENSHIP AND NATIONALITY**

15 Stat. 223-224 (1868); R.S. §1999, 8 U.S.C. §800 (1940); United States v. Cruikshank, 92 U.S. 542 (1875.) **American/ U.S.A. National** 54 Stat. 1137, Section 101(a)(3)&(38), Section (a)(21)-(22). [PL 94-241; 90 Stat. 623, at Section 3; 100 Stat. 843, August 27, 1986] **The Nationality Act of 1940,** 8 U.S.C. Section 1101(21): **[U.S. Non-Citizen]** 8 U.S.C. 1452(b)(1)(2) & 8 U.S.C. 1502(a), Section 1452(a)(b) &(c); PL 99-396, 16(c). 26 C.F.R. §7701(11), 39 F.R.52 (March 14, 1974); 26 C.F.R. § 301.6109(a); 26 U.S.C. § 3402(n)-1, 26 C.F.R. §31.3402(n)-1, 26 C.F.R. § 3402(f)(2)-1, 26 C.F.R. §1.1441-3. **[Non-Resident Alien] [8 Stat. 200, Article III & VI (1803)]** Washitaw de Dugdyahmoundyah

| | |
|---|---|
| Illinois Tax Exemption  E 9939-0647-01 | [Non-Resident Alien] [8 Stat. 200, Article III & VI (1803)] |
| IRS: Exception 17053-290-74400-4 | Louisiana Treaty of 1803 [8 Stat. 200, Article III & VI] |
| Moorish Science Temple EIN 56-2473981 | In-Care-Of:  Washitaw Nation of Muurs, Illinois |

AFFIDAVIT BY NOTICE—M EMORANDUM OF RECORD—Item # 061608ROS
Page 3 of 5

## TO ENSURE THAT THE RIGHTS OF SOVEREIGN TRIBAL GOVERNMENTS ARE FULLY RESPECTED

The United States Government has a unique legal relationship with the Native American tribal governments as set forth in the Constriction of the United States, treaties, statues, and court decisions [U.S. Land Grant No. 923 in the name of "the Washitaw," Spanish Certificate of June 20, 1779; Plan. 1518; Register No. 3, April 12, 1802]

RE:   U.S. Government to Indigenous Government Relations
A Directive Superceding Previous Treaty Authority
Executive Memorandum of April 29, 1994
Signed by President Bill Clinton

Purpose:   To clarify our responsibility to ensure that the Federal Government operates within a government-to-government relationship with federally recognized Native American tribes . . . . working relationship reflecting respect for the rights of self-government due the sovereign tribal governments.

Principles:   (a) The head of each executive department and agency shall be responsible for ensuring that the department or agency operates within a government-to-government relationship with federally recognized tribal governments.

(b) Each executive department and agency shall consult, to the greatest extent practicable and to the extent permitted by law, with tribal government prior to taking actions that affect federally recognized tribal governments. All such consultations are to be open and candid so that all interested parties may evaluate for themselves the potential impact of relevant proposals.

(d) Each executive department and agency shall take appropriate steps to remove any procedural impediments to working directly and effectively with tribal governments on activities that affect the trust property and/or our government rights of the tribes.

(f) Each executive department and agency shall apply the requirements of Executive Orders Nos. 12875 ("Enhancing the Intergovernmental Partnership") and 12866 ("Regulatory Planning and Review") to design solutions and tailor Federal programs, in appropriate circumstances, to address specific or unique needs of tribal communities.

MICHAEL TODD RICKS-BEY
Print Name: U.S.A. American and Washitaw National
Indigenous Washitaw-Nationals, U.N. #215

*Michael-Toeld: Ricks-Bey*
Sovereign Washitaw, Without Recourse: 8 USC 1408; 15 Stat 223
UCC 1-308 and UCC 1-103.6; 28 CFR 16.4(d); 28 USC 1746(1)

A CESTUI QUE TRUST-INDENTURE AGREEMENT BETWEEN SOVEREIGN PRIVATE PARTIES
U.S. Land Grant No.: 923 [Certificate: June 20, 1797; Plan No. 1518; Register No. 3. April 12, 1802]

Louisiana Treaty of 1803 [8 Stat. 200, Article III & VI]       Moorish Science Temple EIN: 56-2473981

| Congressional Act Bill No.: | 252 | April | 10, 1816. | 14th Congress |
|---|---|---|---|---|
| Congressional Act Bill No.: | 253 | February | 10, 1817. | 14th Congress |
| Congressional Act Bill No.: | 325 | December | 12, 1820. | 16th Congress |
| Congressional Act Bill No.: | 329 | January | 22, 1821. | 16th Congress |

## LEGAL NOTICE: FEDERALLY PROTECTIVE RIGHTS
### DENIAL OF CONSTITUTIONAL RIGHTS UNDER COLOR OF LAW
[PL 93-579 SECTION 7, 5 U.S.C.A. §552(a); 18 U.S.C. §241 & §242; 42 U.S.C. §1983 & §406.8]

AFFIDAVIT BY NOTICE—M EMORANDUM OF RECORD—Item # 061608ROS
Page 4 of 5

## VERIFICATION

| Washitaw Nation of Muurs | ) | |
|---|---|---|
| united States of America | ) | |
| Republic of Colorado | ) SS VERIFIED DECLARATION | |
| County of Kit Carson | ) | |

I, Michael Todd Ricks-Bey©, Declaration herein, one of the Private People in the Washitaw Nations of Muurs, De Dugdh Mound Ya and Commonwealth of Virginia Republic, one of The United States, of America, a union of republic states under penalties of perjury under The Laws of The United States of America and of the Colorado Republic, that Declarant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarant's personal knowledge and belief, made voluntarily and intentionally for the purpose stated.

As a Notary Public for said County and State, I do hereby certify that on this 28th day of August, 2008, that A Natural Person whose Indigenous name is Michael Todd Ricks-Bey©, the above mentioned, appeared before me and executed the foregoing.  Witness my hand and seal:

*Without Prejudice UCC 1-308, UCC 1-103.6*
*Authorized Representative, Attorney-In-Fact*

/S/ *Michael Todd Ricks-Bey*
Michael Todd Ricks-Bey©, Secured Party-Principal
in behalf of the Debtor, MICHAEL TODD RICKS©,
JURISTIC PERSON, ENS LEGIS
By Special Appearance Pro Per

*Gloria Lamle* _____ Seal
Notary Public
My Commission Expires: 12/04/2010

GLORIA LAMLE
Notary Public
State of Colorado
My Commission Expires 12/04/2010

**NOTE**: Using a Notary on this document or any other document does not constitute any adhesion contract, nor does it alter my status in any manner. The purpose for Notary is verification and identification only and not for entrance into any foreign jurisdiction, a benefit for the Pagans and Heathens so they whom I pray may become knowledgeable in the truth for the Law by our Holy Father and repent, so they will no longer be alienated from their true God-Allah.