# Exhibit 374

## PART 16

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

Michael Todd Ricks-Bey
c/o Foreign mail: near
c/o 1605 E Main Street
Sayre [73662]
Oklahoma Republic

## NOTICE OF PROTEST

**TO:**   Michael Wukasey, Fiduciary,
Office of Attorney General
United States (41ˢᵗ Congress, Session III. Ch. 62 1871)
City of Washington
District of Columbia

| | | |
|---|---|---|
| Washitaw Nation of Muurs | ) | |
| united States of America | ) | |
| Republic of Oklahoma | ) ss. | |
| County of Beckham | ) | **ACKNOWLEDGMENT** |

*Pursuant to title 28, U.S.C. §1746(1) and 28 U,S,C, §16.41(d), executed "without the United States," I Michael-Todd: of the Ricks-Bey© Tribe/Family, being first duly sworn accordingly in law, being of age to contract. Declarant herein, one of the Private People in the State of Oklahoma, one of The united States, of America, a Union of republic States under the penalties of perjury pursuant to The Laws of The united States of America and of the state of Oklahoma Republic and/or any "STATE OF", that Declarant is competent to be a witness and I affirm under penalty of perjury under the United Nations International Laws that the forgoing Is true and correct, to the best of my belief and informed knowledge. I now affix my signature and official seal to all of the ongoing affirmations with EXPLICIT RESERVATION OF ALL MY INALIENABLE RIGHTS WITHOUT PREJUDICE to any of those rights pursuant to U.C.C. 1-308 and U.C.C. 1-103.6.*

Private International Claim # 060304DLV/040405DMW

| | | |
|---|---|---|
| Washitaw Nation of Muurs | ) | |
| united States of America | ) | |
| Republic of Oklahoma | ) Verified Notice | |
| County of Beckham | ) | |

Greetings,

Affiant, Michael-Todd: of the Ricks-Bey Family/Tribe, of age to contract and competent to witness, states that the facts contained herein are true, correct, complete, certain and not misleading to the best of the Affiant's first hand knowledge and belief, under penalty of perjury pursuant to the laws of The State of Colorado and/or any "STATE OF" and the united States of America. I am a [Indigenous] Moorish American National and land Assignee of the Washitaw

Michael-Todd: Ricks-Bey
c/o Foreign Mail: Near
[128060]
c/o 1605 East Main Street
Sayre, Oklahoma Republic
[73662-3122]

Nation of Muurs, via The Republic of Commonwealth Virginia. My property is NOT a commercial piece of property and must NOT be classified as such.

You are hereby placed upon **NOTICE**, in a timely manner in the spirit of good faith, with clean hands, Nunc Pro Tunc, of the breach of Fiduciary Duties by officers, Agents, Assigns or successors of your Corporate Governing bodies under the Franchise/License under which STATE OF COLORADO is operating as a Corporate Territorial extension of United States.

Take **NOTICE** of the evidence of Foreign Status/expatriation/formal renunciation of (Michael-Todd Ricks-Bey), an ambassador of Sovereign American Nationale (in the nature of the principles articulated at Fifteen [15] statutes at large, [CL. 249-250, pp. 223-224] July 27, AD 1868), by Lawful Public Notice out of necessity as the world has witnessed, entitled "Asseveration and Declaration of Status" and "Notice of Affidavit of Default", incorporated herein by referenced as if fully reproduced.  Certified copies attached hereto, with proof of service.

You are hereby **NOTICED** in a timely and effective manner, in the spirit of good faith with clean hands, out of necessity Nunc Pro Tunc, of the Fact that, STATE OF COLORADO has seized, transferred and continues current seizure of Michael-Todd: of the Ricks-Bey Family/Tribe, under its Agency known as the DEPARTMENT OF CORRECTIONS, contrary to the provisions in Law as articulated in your Foreign Sovereign Immunities Act, by way of the following fictitious name(s):  RICKS, MICHAEL TODD (MICHAEL TODD RICKS) which may appear optically and phonetically similar and under warehouse inventory # (128060), and STATE OF COLORADO identification/tracking # (CO SID 849816/XC236091).

You are hereby **NOTICED** in a timely and effective manner, in the spirit of good faith with clean hands, out of necessity, Nunc Pro Tunc, that Michael-Todd: of the Ricks-Bey Family/Tribe has never been Lawfully served notice of any charges, nor convicted, whereas the UNITED STATES SUPREME COURT is the body within your venue have original jurisdiction in matters involving Ambassadors, Public Ministers, and consuls involving Foreign affairs.

**NOTICE:**  The principle of Law articulated in the nature of "your" United States Code, Title Forty-two, sections one thousand nine hundred and eighty-six, one thousand nine hundred and eighty-five [T. 42. U.S.C., §§ 242, 241, 4] are binding upon you by way of your Oath of Office contract.  In the Event (Michael-Todd: Ricks-Bey) is further damaged as a result of the act, actions and or failure or refusal to act by each respondent hereto, (Michael-Todd: Ricks-Bey) provides this NOTICE of intent to claim the Official Bond or surety of, or under which, each respondent to this private International Administrative NOTICE OF PROTEST operates.

**NOTICE:** You are hereby placed on NOTICE that you must address all communications with (Michael-Todd: Ricks), EXACTLY using the appellation and mailing location as it appears above, in the heading of the NOTICE. Any attempts to communicate not addressed as required will be prima facie evidence of fraud and refused for cause pursuant to the principles of Law

Michael-Todd: Ricks-Bey
c/o Foreign Mail: Near
[128060]
c/o 1605 East Main Street
Sayre, Oklahoma Republic
[73662-3122]

articulated in the nature of you United States Code, Title Eighteen, Sections one thousand three hundred forty-six, one thousand three hundred forty-two, one thousand three hundred forty-one [T. 18 U.S.C. §§ 1346, 1342, 1341] as you have now actual NOTICE of the correct information as it pertains to Michael-Todd: of the Ricks-Bey Family/Tribe.

You are hereby granted ten (10) days to respond due to the exigent circumstances of seizure, and continuing seizures of the corpus of (Michael-Todd: Ricks-Bey) without Lawful authority.  Your failure or refusal to respond will be your stipulation to your willful, wanton and reckless disregard of Law and your duties as Fiduciary, the performance of which are incorporated in your Oath of Office contract, performance of which is secured by your Official Bond or surety to compel the performance in good faith of those acting in official capacity under color of the laws, policies and customs of the United States and contrary to the principals in Law articulated herein.

## FURTHER AFFIANT SAYETH NAUGHT

Whereas, in the nature of the Law as articulated in the United States Constitution as adopted by laws of the municipal corporate government of the District of Columbia, know as United States (41st Congress, Sess. III, CL. 62, 1871), in Article III, Section 2 states that: "In all cases affecting Ambassadors, other public Ministers and Consuls… the supreme Court shall have original jurisdiction…" you are hereby NOTICED to initiate and secure the liberty of (Michael-Todd: Ricks-Bey) forthwith from the current, and all possible future seizure(s), by Officers, Agents, Assigns, or Successors, of your corporate governing bodies, under the Franchise/License of which STATE OF COLORADO and or any STATE(S) of are operating as a corporate territorial extension of United States, at North Fork Correctional Facility, Sayre, Oklahoma, United States, Phone Number: 405 928-8000

NOTICE TO RESPONDENT(S) AND JUDICIAL OFFICER(S):  Pursuant to your Fiduciary Duties, the performance of which is incorporated in your Oath of Office contract, performance of which is secured by your Official Bond or surety to compel the performance in good faith those acting in official capacity, under color of laws, policies and customs of the United States and or Officer/Agent of United States by way of membership in the United States Bar Association and contrary to the principles in Law articulated herein above.

Thank you, in advance for your valuable consideration and prompt attention to this important matter.

Executed and Dated this 28th day of July 2008.

L.S. _Michael T. Ricks-Bey_
Affiant Michael-Todd: of the Ricks-Bey Family/Tribe

Michael-Todd: Ricks-Bey
c/o Foreign Mail: Near
[128060]
c/o 1605 East Main Street
Sayre, Oklahoma Republic
[73662-3122]

## VERIFICATION

Washitaw Nation of Muurs  )
underlined States of America  )
Republic of Oklahoma  ) SS VERIFIED DECLARATION
County of Beckham  )

I, Michael Todd Ricks-Bey©, Declaration herein, one of the Private People in the Washitaw Nations of Muurs, De Dugdh Mound Ya and Commonwealth of Virginia Republic, one of The United States, of America, a union of republic states under penalties of perjury under The Laws of The United States of America and of the Oklahoma Republic, that Declarant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarant's personal knowledge and belief, made voluntarily and intentionally for the purpose stated.

As a Notary Public for said County and State, I do hereby certify that on this 28th day of July, 2008, that A Natural Person whose Moslem name is Michael Todd Ricks-Bey©, the above mentioned, appeared before me and executed the foregoing.  Witness my hand and seal:

*Without Prejudice UCC 1-308, UCC 1-103.6*

/S/ *Michael T. Ricks-Bey*
Michael Todd Ricks-Bey©, Secured Party
By Special Appearance Pro Per

*Katherine Smith* _____ Seal
Notary Public
My Commission Expires: 3-10-12

KATHERINE J. SMITH
NOTARY
# 08002438
EXP 03/10/12
PUBLIC
STATE OF OKLAHOMA

**NOTE:** Using a notary on this document or any other document does not constitute any adhesion contract to the State. The purpose for notary is verification and acknowledgement of signer only and not for entrance into any foreign jurisdiction

Michael-Todd: Ricks-Bey
c/o Foreign Mail: Near
[128060]
c/o 1605 East Main Street
Sayre, Oklahoma Republic
[73662-3122]


**UNITED STATES**
**POSTAL SERVICE**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: 7006 2760 0005 6601 9203
Status: **Delivered**

Your item was delivered at 11:18 AM on August 4, 2008 in
WASHINGTON, DC 20530.

( *Additional Details >* )    ( *Return to USPS.com Home >* )

**Track & Confirm**

Enter Label/Receipt Number.

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( *Go >* )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA

---

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ 3.04 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.74 |

Postmark
Here

Sent To
Michael MUKasey - U.S Atty General
Street, Apt. No.; or PO Box No. 950 Pennsylvania Ave. N.W.
City, State, ZIP+4 Washington, D.C. 20530-0001

7006 2760 0005 6601 9203

PS Form 3800, June 2002                 See Reverse for Instructions

**FOR ALL COMMUNIQUÉS ELSEWHERE**
"Without Prejudice"
Michael Todd Ricks-Bey©, Authorized Representative,
Attorney-In-Fact for MICHAEL TODD RICKS, DEBTOR
Resident-128060/C-North 114B
**c/o 1605 East Main Street**
**City of Sayre, Oklahoma, united States of America**
DMM Reg. Sec. 122.32; Public Law 91-375, Sec. 403

Empire Washitaw de Dugdyahmoundyah

**COLORADO SECRETARY OF STATE**
Attn: MICHAEL COFFMAN
c/o 1700 Broadway, Suite 270
Denver, Colorado Republic
[Via: u.s.A.-postal zone 80290]

**Empire Washitaw de Dugdyahmoundyah**

**RE: RETURN OF FILE/DATE STAMPED ACKNOWLEDGEMENT COPY**

Dear Secretary of State, Michael Coffman:

I have enclosed an extra copy of the "Asseveration and Declaration of Status" along with a S.A.S.E..

Please file/date stamp the extra copy/acknowledgement and return in the S.A.S.E.

I thank you in advance for your prompt attention to this matter.

Sincerely,

*Without Prejudice UCC 1-308, UCC 1-103.6*
*Authorized Representative, Attorney-In-Fact*

/S/ _Michael T. Ricks-Bey_
Michael Todd Ricks-Bey©, Secured Party

The State of Colorado
In these united States of America

| | | |
|---|---|---|
| Michael Todd Ricks-Bey© | ) | CASE NO.: *04CR383/05CR3189* |
| Claimant | ) | |
| [Indigenous Moorish American National/Washitaw Nation] | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| MIKE COFFMAN | ) | ASSEVERATION AND DECLARATION |
| Secretary of State | ) | OF STATUS |

_____ The undersigned, In Propria Persona [non-attorney], enters this Asseveration and Declaration of Status
Claimant is an Indigenous, U.S. Non-Citizen Moorish American National [Indian]: Washitaw Nation of Muurs

## TRUSTEESHIP AND THE DUAL JURISDICTION OF THE AL MOROCCAN GOVERNMENT

### ASSEVERATION AND DECLARATION OF STATUS

| | | |
|---|---|---|
| Washitaw Nation of Muurs | ) | |
| united States of America | ) | |
| Republic of Oklahoma | ) ss. | |
| County of Beckham | ) | **ACKNOWLEDGMENT** |

*Pursuant to title 28, U.S.C. §1746(1) and 28 U,S,C, §16.41(d), executed "without the United States," I Michael-Todd: of the Ricks-Bey© Tribe/Family, being first duly sworn accordingly in law, being of age to contract. Declarant herein, one of the Private People in the State of Oklahoma, one of The united States, of America, a Union of republic States under the penalties of perjury pursuant to The Laws of The united States of America and of the state of Oklahoma Republic and/or any "STATE OF", that Declarant is competent to be a witness and I affirm under penalty of perjury under the United Nations International Laws that the forgoing Is true and correct, to the best of my belief and informed knowledge. I now affix my signature and official seal to all of the ongoing affirmations with EXPLICIT RESERVATION OF ALL MY INALIENABLE RIGHTS WITHOUT PREJUDICE to any of those rights pursuant to U.C.C. 1-308 and U.C.C. 1-103.6.*