# Exhibit 374

## PART 17

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

**CHIEF JUSTICE BEN BEY:** *The transfer of reign of Authority from the Moors to the Colonists*

<u>The Preamble to the Constitution for the United States of America</u>

**WE THE PEOPLE**, of the *United States*, in order to form a more perfect union, establish Justice, Insure Domestic Tranquility, Provide for Common Defense, promote the General welfare, and Secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the *United States of America*.



**ONE**



The Great Seal of the United States
**MOABITES / MOORS**

(Federal)

The seal of the United States of America
**ALBIONS / EUROPEANS**

(Colonies / States)

**UNION**

The Preamble to the Constitution **for** the United States **of** America shows that the origin comes from a <u>**pre-existing Nation**</u>. This is the secret of Nature's law and Nature's God, symbolized in the two seals of the one <u>**Great Seal**</u> of the United States (The Continental United States of the Indigenous Moorish Nation). Nature's Law and Nature's God is mentioned in the **<u>Declaration of Independence.</u>**

The original name for America is Morocco (A -- mer -- i -- can -- Al Moroc / Al – Mo – roc – can). Examine the dates of the North American treaties and the dates of the formation of the 13 original colonies; notice the correlations. The Emperors of Morocco leased limited tracts of land to the Queens and Kings of the European Powers authorizing them to set up colonies.

The Kingdoms with which the treaties were negotiated, Great Britain (England, Scotland, Ireland), France, Netherlands (Dutch), and Germany, Sweden, Denmark all have formed colonies in North America (Morocco).

**Virginia Commonwealth (1607)**
**Massachusetts Commonwealth (1691)**
**Peregrinus (Pilgrim)**
**New Hampshire Colony (1622)**
**New York Colony (1624)**
**Maryland Commonwealth (1632)**
**Maine Colony (1639)**

**Connecticut Colony (1662)**
**The Carolina Colony (1663)**
**New Jersey Colony (1664)**
**Pennsylvania Commonwealth (1681)**
**Delaware Colony (1682)**
**North and South Caroline Colony (1729)**
**Georgia Colony (1732)**

Prince Ben-Bey, who is also known as in reconstructed United States of America History as Benjamin Banneker and who is displayed as the 13th Man on the back of the two dollar bill, put the Moors' National Sovereign Authority in a trust and authority and authorized the Colonial Government of European Nations, the United States of America, to function the trust. The United States of America exercises the Moors' National Self Authority through the national constitution by contract (Executors). The Constitution **for** the United States of America, the National Constitution, is of Moorish Law and outlines the structure and function of the Al Moroccan Moorish Government. Article I relates to the Legislative Branch, Article II relates to Executive Branch and Article III relates to the Judicial Branch and are the three branches of the Al Moroccan Moorish Government. Veiled in a usurped jurisdiction, the Al Moroccan Government is referred to as the American Government.

Affiant, **Michael Todd: of the Ricks-Bey©** Tribe without the Legislative venue and jurisdiction of the **UNITED STATES,** and of **STATE OF COLORADO,** and or any alleged Federal Territory, and or any alleged commercial, admiralty, maritime, and or some other venue/jurisdiction foreign to Affiant's nature, being first duly sworn accordingly in Law, having firsthand knowledge of the facts contained herein below, being of age to contract, and competent to witness, do Lawfully Declare and Affirm that the following facts are true, correct, complete, certain, and not misleading to the best of Affiant's personal knowledge and belief, and given to the penalty of perjury as articulated to by the Omnipotent Creator, and enumerated in the laws of the united States of America [Title 28 U.S.C., § 1746 (1)].

Affiant, hereinafter "I, Me, My" am a Natural Born Free, Sui Juris, Inhabitant, and Moorish American by birth, of earthly Father's and Mother's appellation; earthly Father and Mother also being naturally Born Free Moorish Americans and the general Americans Public of the several sovereign state Republics of the Grand American Union: Known as the united States of America respectively, both of the same Divine decent and Free Moorish Americans and the general Americans Public were progeny, as also My offspring and their progeny. I am an [Indigenous] American National and Land Assignee of the Washitaw Nation of Muurs, via The Republic of Commonwealth of Virginia. My property is **NOT** a commercial piece of property and must **NOT** be classified as such. I am so sojourning in Oklahoma republic, of a transient nature to the **UNITED STATES, STATE OF COLORADO,** and or any **"STATE OF"** created and endowed by our Omnipotent Creator: the one supreme Being, with unalienable Rights as articulated in the Moorish American **Zodiac Great Seal Constitution,** Article II, Paragraph 2**,** the *Organic Act, of 1849,* the *Original Constitution of* Virginia Commonwealth Republic of 1776, the *Article of Confederation of 1777,* The **Treaty of Peace and Friendship** between the United States of America and Morocco of 1787 A.D., 1207 M.C., the *Constitution for the united states of America (1787) including it's preamble*, the Supreme Law of the Land and the *Bill of Rights (1787) including it's Preamble* and the Constitutions of the United States for the united States of America and The State of Oklahoma for Oklahoma republic, and affirmed in the Declaration of Independence. My jurisdiction is My Sovereign Domain and My Flags are the Moorish American Flag and the American Flag of Peace.

I have never knowingly, willfully, intentionally, or voluntarily waived any of these unalienable rights. I freely choose to obey all Constitutional American Law and Pay all Lawful taxes in jurisdictions applicable to Me for thee common good. I stand My self, with assistance, Special, Sui Juris with Judicial Power, and Non-assumpsit to an de facto STATE, or state. I am not a member of any body corporate or politic. My Status of Moorish American (Citizen) [Article 2:1:5, 1:2:3, 4:2:1, and 3:2:1, U.S. Const.], and My Unalienable Rights are NOT negotiable.

ASSEVERATION AND DECLARATION OF STATUS

I a creation only of the One Supreme Being: Omnipotent Creator, a Free agent, being a subject, slave or peon to <u>none</u>, have never, knowingly, willfully, intentionally, or voluntarily given My power of attorney, appointment, or sovereign Status to any other party, be it some form of government, person, or organization, or any other entity. Any and all Acts, instruments, paper matter, possessions, some form of and or My personal private property such as: All "fingerprints", "footprints", "palm prints", "thumbprints", "RNA materials", "DNA materials", "blood" and "blood fractions", "biopsies", "surgically removed tissue", "bodily parts", "organs", "hair", "teeth", "nails", "semen", "urine", "other bodily fluids or matter", "voice print", "retinal image", and the descriptions thereof, and all other corporal identification factors, and said factors physical counterparts, in any form, and all records, record numbers, and information pertaining thereto; "photographs", "fingerprints", "handwritings", "voiceprints", "blood samples", "urine samples", and "exemplars" of any kind bearing the aforementioned or shrewd entrapments that may have been alleged against Me or, I unwittingly endorsed or entered into by deception, shrewd entrapments or fraud, I HEREBY, Revoke, release, Cancel, Denounce Nunc Pro Tunc, including, but, not all inclusive, all registrations, licenses, certificates, appointments, and any implied contracts or adhesions allegedly entered into by any provisions of "color [counterfeit] of law", without specific Notice of Intent, government, or shrew entrapment of commercial enterprise in the past, present, or future and consider all such signatures or adhesions NULL and VOID. This is in law, LAWFUL NOTICE, that all the aforementioned personal property, and any of my signatures of the past, present and future, with any such form of government, government banks or otherwise adhesion sources are to be under "Threat, Duress, and Coercion", hereinafter "TDC" and non-assumsit, whether appearing therewith or otherwise. Nor will I be compelled to perform under any contract or agreement of any nature that I have not entered into knowingly, intentionally, and voluntarily, and that **I do not, nor have I ever accepted liability** associated with the compelled benefit of any veiled commercial agreement or any veiled nexus of relationship therein. I claim all property rights, including the right to use of dedicated properties and lands.

Recent studies have revealed to the people and My self, that U.S. Governments have, by shrewd legal entrapment, deception, color of law and Constructive Fraud, deceived Moorish Americans and the general Americans Public and the general Americans Public into thinking they have or are waiving rights and privileges given to all Moorish Americans and the general Americans Public by the Omnipotent Creator and affirmed by the organic documents known as the Constitutions, and place Moorish Americans and the general Americans Public under de facto and foreign JURISDICTION/ AUTHORITY, in order to place Moorish Americans and the general Americans Public in a presumed voluntary position, being an inferior state and involuntary peonage and enslavement.

With this knowledge, the people and I believe that I am <u>NOT SUBJECT</u> to the territorial-limited "Exclusive Legislation" and its foreign jurisdiction mandated for Washington, District of Columbia [Art. 1:8:17-18 U.S. Const.] including its foreign "internal" government organizations therein or by contract adhesion [nexus] thereto intertwined throughout our land, including any 'STATE(S)', I therefore lawfully "squarely challenge" the fraudulent JURISDICTION /AUTHORITY, that does not apply to Me, <u>Main v. Thiboutot</u> [100 S.Ct 2502 (1980)], <u>Hagan v. Lavine</u> [45 U.S. 528, 533], and that "Jurisdiction can be challenged at any time", <u>Basso v. Utah Power & Light Co.</u> [495 F.2d 906, 910), and "Where there is absence of jurisdiction, all administrative and judicial proceedings are a nullity and confer no right, offer no justification", <u>Thompson v. Tolme</u> [7

L.Ed. 381 (1829)], Griffeth v. Frazier [3 L.Ed. 471, 12 U.S. 9 (1814)], Title 5 U.S.C., § 558(b), and with "the supreme Law of the Land," upholding the Sovereign Moorish American [Citizen], in that "All laws which are repugnant to the Constitution are NULL and VOID", <u>Marbury v. Madison</u> [5 U.S. 137 (1803)]. It is therefore incumbent upon any form of government, and or any of its jurisdictions over the people and My self [Title 5 U.S.C. § 556(d)]. Persons violating jurisdiction shall be charged under 'YOUR' Title Eighteen United States Criminal Code [Title 18 U.S.C., §§ 242, 241, 872, 1001, 1621, 1622, 2381, 2383, 2384, 2385, 2386], and all applicable Law, for their high understanding and superior knowledge of the law and perjury of oaths.

It appears in law, that I, by My status of Sovereign Moorish American National Citizenship, am as foreign as a Non-Resident Alien to the [U.S. Const. Art. 1:18:17-18] District of Columbia's Federal Government and or any 'STATE(S) OF', as likewise Russia.

I hereby give **LAWFUL NOTICE and DECLARE:** I have never resided in the 'District of Columbia' and or any 'STATE(S) OF' that I am <u>NOT</u> a "subject", "citizen", "resident", "voter", "taxpayer", "servant", "slave", "person", [artificial person], nor "chattel", or "property" to any form of government, nor equal under the [color of] law with corporations or politicians, insidiously created by some Form of Government to confuse, deceive, dominate, and usurp the Sovereign Moorish American People, as created by the 13th and 14th Articles in the Amendment to the National Constitution.

That I am an Indigenous and Aboriginal Natural Born Sovereign Moorish American National Citizen, as the people, over the instruments of our creation, namely our limited form of governments, created for the protection of natural rights and liberties, Moorish American **Zodiac Great Seal Constitution**, the *Organic Act, of 1849*, the *Original Constitution of* Virginia Commonwealth Republic of 1776, the *Article of Confederation of 1777*, The **Treaty of Peace and Friendship** between the United States of America and Morocco of 1787 A.D., 1207 M.C., the *Constitution for the united states of America (1787) including it's preamble*, the Supreme Law of the Land and the *Bill of Rights (1787) including it's preamble*, Constitution <u>of</u> **The State of Colorado <u>for</u> Colorado republic**, as declared by we the [indigenous] people, and under 'YOUR' color of law, **The Colorado Revised Statues hereinafter "CRS"**, and our organic and Supreme Law, and respect only My Omnipotent Creator as Sovereign to Me and in Whom the people trust. The form of governments, having incorporated, have laid down their Sovereignty to become persons, under the Clearfield Doctrine and therefore exercise power by tyrannical military police power [martial law rule], using unauthorized War Powers and perpetrating mixed war with color of authority, in total defiance of the people's unalienable, Omnipotent Creator-endowed rights.

That I have read, studied and understand the Moorish American **Zodiac Great Seal Constitution**, the *Organic Act, of 1849*, the *Original Constitution of* Virginia Commonwealth Republic of 1776, the *Article of Confederation of 1777*, The **Treaty of Peace and Friendship** between the United States of America and Morocco of 1787 A.D., 1207 M.C., the *Constitution for the united states of America (1787) including it's preamble*, the Supreme Law of the Land and the *Bill of Rights (1787) including it's Preamble*, Constitution <u>of</u> the United States <u>for</u> The <u>u</u>nited <u>S</u>tates of America and the Constitution <u>of</u> **The State of Colorado <u>for</u> Colorado republic**, and that all alleged governments and their agents, employees, assigns, successors, and their principal actors have taken an oath to protect and defend the above Organic documents from all enemies, both foreign and domestic,

prior to taking office and or serving the people of the several sovereign state Republics of the Grand American Union.

That as a member of the Sovereign Republic sojourning in the country of **Colorado**, I am an Elector therein and a member with the responsibility and duty in defense of Self, Family, De Jure state, fellow Americans [Oath of Allegiance, U.S. Const. Amend. Art. 2, 9, 10], and hold My solemn responsibilities equal to My liberties I have never taken an oath of attorney or of public office.

My rights, having been endowed by the Omnipotent Creator of all things in heaven and earth (universe), and declared as unalienable, can NOT be alienated from Me, by My self or any form of government without serious consequences. All who would transgress, usurp, dominate, and violate these rights will be held accountable before The One Supreme Being and Omnipotent Creator of the Universe and Judge of all, by which judgment is reserved to Him.

This is in law, **LAWFUL PUBLIC NOTICE** of My status, Nunc Pro Tunc, superseding and replacing any and all previous alleged or other such filing of some record.

**NOTICE:** If within **Thirty (30) Days** filing of this document out of necessity, as public record, **The State of Colorado** and any concerned or interested parties have NOT provided verifiable lawful evidence to the contrary of these declarations, on a point-by- point basis, under the penalty of perjury, having firsthand knowledge, as cited; the forgoing facts and TRUTHS declared SHALL stand as prima facie and ultimate, being undisputed, and **Failure to respond** by silent acquiescence SHALL BE DEEMED **The State of Colorado** and all concerned or interested parties of the world **Expressed Affirmation(s)** to all that is declared with this document are true, as affirmed, and that I enjoy complete, absolute diplomatic immunity under My Moorish American Flag and American Flag of Peace during My special visitation, and I travel through a perpetual neutral zone.

**NOTICE:** That "Notice to Agent is Notice to Principal" applies to this public notice. **Notice:** That the "Law of Principal and Agent" specifies that, "The Agent is PERSONALLY liable for acts not authorized by the Principal."

**NOTICE:** Any process of recording this document **SHALL NOT** alter or change the Sovereign Moorish American Status of this document, nor hinder its eternal perpetuity.

**FURTHER SAYETH I NAUGHT**

Subscribed and affirmed by the voluntary act of My own hand, in the county of Beckham, within Oklahoma republic on this **21**st day of the **3**rd month, in the year of our Lord, Two Thousand -Eight.

Sincerely,

*Michael T. Ricks-Bey*
Michael-Todd: Ricks-Bey©
A natural free born Moorish American Inhabitant
Sui Juris, De Jure Soli, Jure Divino.

## MAXIMS OF COMMERCE

Washitaw Nation of Muurs  )
united States of America  )
Republic of Oklahoma  ) SS VERIFIED DECLARATION
County of Beckham  )

**ACTUAL AND CONSTRUCTIVE NOTICE**

**MAXIMS OF COMMERCE:** In this **Asseveration and Declaration of Status**, the word "Maxims of Commerce" means: **Commerce** is antecedent to and more fundamental to society than courts or legal systems, and exist and functions without respect to courts or legal systems, but not vice versa. Commercial Law, the non-statutory variety as presented below in Maxim 1-10, is the economic extension of Natural Law into man's social world and is universal in nature. The foundational, invariant, necessary, and sufficient or **"Maxims of Commerce"** are:

1. A workman is worthy of his hire (Exodus 20:15; Lev. 19-13; Matt. 10:10; Luke 10:7; II Tim. 2:6. Legal Maxim: "It is against equity for freemen not to have the free disposal of their own property.")

2. All are equal under the Law (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24:17-21; Deut. 1:17, 19:21; Matt. 22:36-40; Luke 10:17; Col. 3:25. Legal Maxims: "no one is above the law." "Commerce, by the law of nations, ought to be common, and not to be converted into a monopoly and the private gain of a few.")

3. In **Commerce** truth is sovereign (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8. Legal Maxim: "To lie is to go against the mind." Oriental proverb: "of all that is good, sublimity is supreme.")

4. Truth is expressed by means of an **Affidavit** (Lev. 5:4-5, 6:3-5, 19:11-13; Num. 30:2; Matt. 5:33; James 5:12.).

5. An un-rebutted **Affidavit** stands as the truth in Commerce (I Pet. 1:25; Heb. 6:13-15. Legal Maxim: "He who does not deny, admits.")

6. An un-rebutted **Affidavit** becomes the judgment in Commerce (Heb. 6:16-17. Any proceeding in a court, tribunal, or arbitration from consists of a contest, or "duel", or commercial affidavits wherein the points remaining un-rebutted in the end stand as the truth and the matter to which the judgment of the law is applied.).

7. A matter must be expressed to be resolved (Heb. 4:16; Phil. 4:6; Eph. 6:19-21. Legal Maxim: "He who fails to assert his rights has none.").

8. He who leaves the field of battle first loses by default (Book of Job: Matt. 10:22. Legal Maxim "He who does not repeal a wrong when he can, occasions it.")

9. <u>Sacrifice is the measure of creditability</u> (One who is not damaged, put at risk, or willing to swear an oath on his commercial liability for the truth of his statements and legitimacy of his action has no basis to assert claims or charges and forfeits all creditability and right to claim authority.) (Acts 7, Life/Death of Stephen, and Legal Maxim: "He who bears the burden ought also to derive the benefit.").

10. A lien claim can be satisfied only through rebuttal by counter-affidavit point-for-point, resolution by jury, or payment (Gen. 2-3; Matt 4; Revelation. Legal Maxim: "If the Plaintiff does not prove his case, the defendant is absolved.")

Because truth is sovereign in **Commerce**, and everyone is responsible for propagating the truth in all speaking, writing, acting, **All Commercial processes function via Affidavit certified and sworn on each Affiant's commercial liability as "true, correct, and complete,"** attesting under **Oath** re the validity relevance, and veracity of all matters stated, and likewise demanded, <u>a signature is required under penalty of perjury</u> "true, correct, and complete under ones commercial liability. In a court setting, however, testimony (oral **Commercial Affidavit**) is stated in the judicial equivalent by being sworn to be "the truth, the whole truth, and nothing but the truth, so help me God-Allah." As well as the need for asserting all matters under solemn oath of personal, commercial financial, and legal liability for the <u>validity of each and every statement, participant must provide material evidence, i.e. ledgering/bookkeeping, substantiating that each fact or entry is true, valid, relevant, and verifiable.</u> Without said acceptance of liability and facts provided to support one's assertions, no creditability is established. Inasmuch as **commerce** existed—but not vice versa—**commerce** is amore fundamental aspect of life than courts and legal systems.

**NOTICE TO PRINCIPLE IS NOTICE TO AGENT**
**AND**
**NOTICE TO AGENT IS NOTICE TO PRINCIPLE**

**Oath of Aggrieved Party:** The undersigned, Aggrieved Party herein, DO DECLARE under Penalty of Perjury, in accord with the Laws of the united States of America, the State of Oklahoma, and the Ultimately God-Allah Almighty as enumerated in the Holy Scripture, that the contents of this **MAXIMS OF COMMERCE** are True, Correct, Certain, Complete and not meant to Mislead.

## VERIFICATION

Washitaw Nation of Muurs  )
Republic of Oklahoma       ) **SS VERIFIED DECLARATION**
County of Beckham          )

I, Michael Todd Ricks-Bey©, Declaration herein, one of the Private People in the Washitaw Nations of Muurs, De Dugdh Mound Ya and Commonwealth of Virginia Republic, one of The United States, of America, a union of republic states under penalties of perjury under The Laws of The United States of America and of the Oklahoma Republic, that Declarant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarant's personal knowledge and belief, made voluntarily and intentionally for the purpose stated.