# Exhibit 374

## PART 19

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0005 6601 9043**
Status: **Delivered**

Your item was delivered at 8:41 AM on June 23, 2008 in DENVER, CO 80202.

( Additional Details > ) ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA





http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do        7/15/2008

FOR ALL COMMUNIQUÉS ELSEWHERE
"Without Prejudice"
Michael Todd Ricks-Bey©, Authorized Representative,
Attorney-In-Fact for MICHAEL TODD RICKS, DEBTOR
Resident-128060/C-North 114B
**c/o 1605 East Main Street**
**City of Sayre, Oklahoma, united States of America**
DMM Reg. Sec. 122.32; Public Law 91-375, Sec. 403

Empire Washitaw de Dugdyahmoundyah

**OFFICE OF THE ATTORNEY GENERAL**
**Attn: John Suthers, Attorney General**
c/o 1525 Sherman Street, 4th Floor
Denver, Colorado Republic [**80203**]

**Empire Washitaw de Dugdyahmoundyah**

**RE: RETURN OF FILE/DATE STAMPED ACKNOWLEDGEMENT COPY**

Dear Attorney General, John Suthers:

    I have enclosed an extra copy of the "Asseveration and Declaration of Status" along with a S.A.S.E..

    Please file/date stamp the extra copy/acknowledgement and return in the S.A.S.E.

    I thank you in advance for your prompt attention to this matter.

    Sincerely,

*Without Prejudice UCC 1-308, UCC 1-103.6*
*Authorized Representative, Attorney-In-Fact*

/S/ _Michael T. Ricks-Bey_
Michael Todd Ricks-Bey©, Secured Party

**The State of Colorado**
**In these united States of America**

| | |
|---|---|
| Michael Todd Ricks-Bey© <br>     Claimant <br> [Indigenous Moorish American National/Washitaw Nation] <br> <br> <br> <br> <br> JOHN SUTHERS <br>     Attorney General | CASE NO.: *04CR383/05CR3189* <br> <br> <br> <br> <br> <br> <br> **ASSEVERATION AND DECLARATION** <br> **OF STATUS** |

_____ The undersigned, In Propria Persona [non-attorney], enters this Asseveration and Declaration of Status Claimant is an Indigenous, U.S. Non-Citizen Moorish American National [Indian]: Washitaw Nation of Muurs

## TRUSTEESHIP AND THE DUAL JURISDICTION OF THE AL MOROCCAN GOVERNMENT

### ASSEVERATION AND DECLARATION OF STATUS

| | |
|---|---|
| Washitaw Nation of Muurs   ) <br> united States of America      ) <br> Republic of Oklahoma       ) ss. <br> County of Beckham          ) | **ACKNOWLEDGMENT** |

*Pursuant to title 28, U.S.C. §1746(1) and 28 U,S,C, §16.41(d), executed "without the United States," I Michael-Todd: of the Ricks-Bey© Tribe/Family, being first duly sworn accordingly in law, being of age to contract. Declarant herein, one of the Private People in the State of Oklahoma, one of The united States, of America, a Union of republic States under the penalties of perjury pursuant to The Laws of The united States of America and of the state of Oklahoma Republic and/or any "STATE OF", that Declarant is competent to be a witness and I affirm under penalty of perjury under the United Nations International Laws that the forgoing Is true and correct, to the best of my belief and informed knowledge. I now affix my signature and official seal to all of the ongoing affirmations with EXPLICIT RESERVATION OF ALL MY INALIENABLE RIGHTS WITHOUT PREJUDICE to any of those rights pursuant to U.C.C. 1-308 and U.C.C. 1-103.6.*

**CHIEF JUSTICE BEN BEY:** *The transfer of reign of Authority from the Moors to the Colonists*

<u>The Preamble to the Constitution for the United States of America</u>

**WE THE PEOPLE**, of the *United States*, in order to form a more perfect union, establish Justice, Insure Domestic Tranquility, Provide for Common Defense, promote the General welfare, and Secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the *United States of America*.



**ONE**



The Great Seal of the United States
**MOABITES / MOORS**

(Federal)

The seal of the United States of America
**ALBIONS / EUROPEANS**

(Colonies / States)

**UNION**

The Preamble to the Constitution **for** the United States **of** America shows that the origin comes from a <u>**pre-existing Nation**</u>. This is the secret of Nature's law and Nature's God, symbolized in the two seals of the one <u>**Great Seal**</u> of the United States (The Continental United States of the Indigenous Moorish Nation). Nature's Law and Nature's God is mentioned in the <u>**Declaration of Independence.**</u>

The original name for America is Morocco (A -- mer -- i -- can -- Al Moroc / Al -- Mo -- roc -- can). Examine the dates of the North American treaties and the dates of the formation of the 13 original colonies; notice the correlations. The Emperors of Morocco leased limited tracts of land to the Queens and Kings of the European Powers authorizing them to set up colonies.

The Kingdoms with which the treaties were negotiated, Great Britain (England, Scotland, Ireland), France, Netherlands (Dutch), and Germany, Sweden, Denmark all have formed colonies in North America (Morocco).

**Virginia Commonwealth (1607)**
**Massachusetts Commonwealth (1691)**
**Peregrinus (Pilgrim)**
**New Hampshire Colony (1622)**
**New York Colony (1624)**
**Maryland Commonwealth (1632)**
**Maine Colony (1639)**

**Connecticut Colony (1662)**
**The Carolina Colony (1663)**
**New Jersey Colony (1664)**
**Pennsylvania Commonwealth (1681)**
**Delaware Colony (1682)**
**North and South Caroline Colony (1729)**
**Georgia Colony (1732)**

Prince Ben-Bey, who is also known as in reconstructed United States of America History as Benjamin Banneker and who is displayed as the 13th Man on the back of the two dollar bill, put the Moors' National Sovereign Authority in a trust and authority and authorized the Colonial Government of European Nations, the United States of America, to function the trust. The United States of America exercises the Moors' National Self Authority through the national constitution by contract (Executors). The Constitution **for** the United States of America, the National Constitution, is of Moorish Law and outlines the structure and function of the Al Moroccan Moorish Government. Article I relates to the Legislative Branch, Article II relates to Executive Branch and Article III relates to the Judicial Branch and are the three branches of the Al Moroccan Moorish Government. Veiled in a usurped jurisdiction, the Al Moroccan Moorish Government is referred to as the American Government.

Affiant, **Michael Todd: of the Ricks-Bey©** Tribe without the Legislative venue and jurisdiction of the **UNITED STATES,** and of **STATE OF COLORADO,** and or any alleged Federal Territory, and or any alleged commercial, admiralty, maritime, and or some other venue/jurisdiction foreign to Affiant's nature, being first duly sworn accordingly in Law, having firsthand knowledge of the facts contained herein below, being of age to contract, and competent to witness, do Lawfully Declare and Affirm that the following facts are true, correct, complete, certain, and not misleading to the best of Affiant's personal knowledge and belief, and given to the penalty of perjury as articulated to by the Omnipotent Creator, and enumerated in the laws of the united States of America [Title 28 U.S.C., § 1746 (1)].

Affiant, hereinafter "I, Me, My" am a Natural Born Free, Sui Juris, Inhabitant, and Moorish American by birth, of earthly Father's and Mother's appellation; earthly Father and Mother also being naturally Born Free Moorish Americans and the general Americans Public of the several sovereign state Republics of the Grand American Union: Known as the united States of America respectively, both of the same Divine descent and Free Moorish Americans and the general Americans Public were progenity, as also My offspring and their progeny. I am an [Indigenous] American National and Land Assignee of the Washitaw Nation of Muurs, via The Republic of Commonwealth of Virginia. My property is **NOT** a commercial piece of property and must **NOT** be classified as such. I am so sojourning in Oklahoma republic, of a transient nature to the **UNITED STATES, STATE OF COLORADO,** and or any **"STATE OF"** created and endowed by our Omnipotent Creator: the one supreme Being, with unalienable Rights as articulated in the Moorish American **Zodiac Great Seal Constitution,** Article II, Paragraph 2, the *Organic Act, of 1849,* the *Original Constitution of* Virginia Commonwealth Republic of 1776, the *Article of Confederation of 1777,* The **Treaty of Peace and Friendship** between the United States of America and Morocco of 1787 A.D., 1207 M.C., the *Constitution for the united states of America (1787) including it's preamble,* the Supreme Law of the Land and the *Bill of Rights (1787) including it's Preamble* and the Constitutions of the United States for the united States of America and The State of Oklahoma republic, and affirmed in the Declaration of Independence. My jurisdiction is My Sovereign Domain and My Flags are the Moorish American Flag and the American Flag of Peace.

I have never knowingly, willfully, intentionally, or voluntarily waived any of these unalienable rights. I freely choose to obey all Constitutional American Law and Pay all Lawful taxes in jurisdictions applicable to Me for thee common good. I stand My self, with assistance, Special, Sui Juris with Judicial Power, and Non-assumpsit to an de facto STATE, or state. I am not a member of any body corporate or politic. My Status of Moorish American (Citizen) [Article 2:1:5, 1:2:3, 4:2:1, and 3:2:1, U.S. Const.], and My Unalienable Rights are <u>NOT</u> negotiable.

ASSEVERATION AND DECLARATION OF STATUS

I a creation only of the One Supreme Being: Omnipotent Creator, a Free agent, being a subject, slave or peon to <u>none</u>, have never, knowingly, willfully, intentionally, or voluntarily given My power of attorney, appointment, or sovereign Status to any other party, be it some form of government, person, or organization, or any other entity. Any and all Acts, instruments, paper matter, possessions, some form of and or My personal private property such as: All "fingerprints", "footprints", "palm prints", "thumbprints", "RNA materials", "DNA materials", "blood" and "blood fractions", "biopsies", "surgically removed tissue", "bodily parts", "organs", "hair", "teeth", "nails", "semen", "urine", "other bodily fluids or matter", "voice print", "retinal image", and the descriptions thereof, and all other corporal identification factors, and said factors physical counterparts, in any form, and all records, record numbers, and information pertaining thereto; "photographs", "fingerprints", "handwritings", "voiceprints", "blood samples", "urine samples", and "exemplars" of any kind bearing the aforementioned or shrewd entrapments that may have been alleged against Me or, I unwittingly endorsed or entered into by deception, shrewd entrapments or fraud, I HEREBY, Revoke, release, Cancel, Denounce Nunc Pro Tunc, including, but, not all inclusive, all registrations, licenses, certificates, appointments, and any implied contracts or adhesions allegedly entered into by any provisions of "color [counterfeit] of law", without specific Notice of Intent, government, or shrew entrapment of commercial enterprise in the past, present, or future and consider all such signatures or adhesions NULL and VOID. This is in law, LAWFUL NOTICE, that all the aforementioned personal property, and any of my signatures of the past, present and future, with any such form of government, government banks or otherwise adhesion sources are to be under "Threat, Duress, and Coercion", hereinafter "TDC" and non-assumsit, whether appearing therewith or otherwise. Nor will I be compelled to perform under any contract or agreement of any nature that I have not entered into knowingly, intentionally, and voluntarily, and that **<u>I do not, nor have I ever accepted liability</u>** associated with the compelled benefit of any veiled commercial agreement or any veiled nexus of relationship therein. I claim all property rights, including the right to use of dedicated properties and lands.

Recent studies have revealed to the people and My self, that U.S. Governments have, by shrewd legal entrapment, deception, color of law and Constructive Fraud, deceived Moorish Americans and the general Americans Public and the general Americans Public into thinking they have or are waiving rights and privileges given to all Moorish Americans and the general Americans Public by the Omnipotent Creator and affirmed by the organic documents known as the Constitutions, and place Moorish Americans and the general Americans Public under de facto and foreign JURISDICTION/ AUTHORITY, in order to place Moorish Americans and the general Americans Public in a presumed voluntary position, being an inferior state and involuntary peonage and enslavement.

With this knowledge, the people and I believe that I am <u>NOT SUBJECT</u> to the territorial-limited "Exclusive Legislation" and its foreign jurisdiction mandated for Washington, District of Columbia [Art. 1:8:17-18 U.S. Const.] including its foreign "internal" government organizations therein or by contract adhesion [nexus] thereto intertwined throughout our land, including any 'STATE(S)', I therefore lawfully "squarely challenge" the fraudulent JURISDICTION /AUTHORITY, that does not apply to Me, *Main v. Thiboutot* [100 S.Ct 2502 (1980)], *Hagan v. Lavine* [45 U.S. 528, 533], and that "Jurisdiction can be challenged at any time", *Basso v. Utah Power & Light Co.* [495 F.2d 906, 910], and "Where there is absence of jurisdiction, all administrative and judicial proceedings are a nullity and confer no right, offer no justification", *Thompson v. Tolme* [7

ASSEVERATION AND DECLARATION OF STATUS

L.Ed. 381 (1829)], Griffeth v. Frazier [3 L.Ed. 471, 12 U.S. 9 (1814)], Title 5 U.S.C., § 558(b), and with "the supreme Law of the Land", upholding the Sovereign Moorish American [Citizen], in that "All laws which are repugnant to the Constitution are NULL and VOID", *Marbury v. Madison* [5 U.S. 137 (1803)]. It is therefore incumbent upon any form of government, or any of its jurisdictions over the people and My self [Title 5 U.S.C. § 556(d)]. Persons violating jurisdiction shall be charged under 'YOUR' Title Eighteen United States Criminal Code [Title 18 U.S.C., §§ 242, 241, 872, 1001, 1621, 1622, 2381, 2383, 2384, 2385, 2386], and all applicable Law, for their high understanding and superior knowledge of the law and perjury of oaths.

It appears in law, that I, by My status of Sovereign Moorish American National Citizenship, am as foreign as a Non-Resident Alien to the [U.S. Const. Art. 1:18:17-18] District of Columbia's Federal Government and any 'STATE(S) OF', as likewise Russia.

I hereby give **LAWFUL NOTICE and DECLARE:** I have never resided in the 'District of Columbia' and or any 'STATE(S) OF' that I am NOT a "subject", "citizen", "resident", "voter", "taxpayer", "servant", "slave", "person", [artificial person], nor "chattel", or "property" to any form of government, nor equal under the [color of] law with corporations or politicians, insidiously created by some Form of Government to confuse, deceive, dominate, and usurp the Sovereign Moorish American People, as created by the 13th and 14th Articles in the Amendment to the National Constitution.

That I am an Indigenous and Aboriginal Natural Born Sovereign Moorish American National Citizen, as the people, over the instruments of our creation, namely our limited form of governments, created for the protection of natural rights and liberties, Moorish American **Zodiac Great Seal Constitution,** the *Organic Act, of 1849,* the *Original Constitution of* Virginia Commonwealth Republic of 1776, the *Article of Confederation of 1777*, The **Treaty of Peace and Friendship** between the United States of America and Morocco of 1787 A.D., 1207 M.C., the *Constitution for the united states of America (1787) including it's preamble,* the Supreme Law of the Land and the *Bill of Rights (1787) including it's Preamble,* Constitution of **The State of Colorado for Colorado republic**, as declared by we the [indigenous] people, and under 'YOUR' color of law, **The Colorado Revised Statues hereinafter "CRS"**, and our organic and Supreme Law, and respect only My Omnipotent Creator as Sovereign to Me and in Whom the people trust. The form of governments, having incorporated, have laid down their Sovereignty to become persons, under the Clearfield Doctrine and therefore exercise power by tyrannical military police power [martial law rule], using unauthorized War Powers and perpetrating mixed war with color of authority, in total defiance of the people's unalienable, Omnipotent Creator-endowed rights.

That I have read, studied and understand the Moorish American **Zodiac Great Seal Constitution,** the *Organic Act, of 1849,* the *Original Constitution of* Virginia Commonwealth Republic of 1776, the *Article of Confederation of 1777*, The **Treaty of Peace and Friendship** between the United States of America and Morocco of 1787 A.D., 1207 M.C., the *Constitution for the united states of America (1787) including it's preamble,* the Supreme Law of the Land and the *Bill of Rights (1787) including it's Preamble,* Constitution of the United States for The united States of America and the Constitution of **The State of Colorado for Colorado republic**, and that all alleged governments and their agents, employees, assigns, successors, and their principal actors have taken an oath to protect and defend the above Organic documents from all enemies, both foreign and domestic,