# Exhibit 374

## PART 20

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

prior to taking office and or serving the people of the several sovereign state Republics of the Grand American Union.

That as a member of the Sovereign Republic sojourning in the country of **Colorado**, I am an Elector therein and a member with the responsibility and duty in defense of Self, Family, De Jure state, fellow Americans [Oath of Allegiance, U.S. Const. Amend. Art. 2, 9, 10], and hold My solemn responsibilities equal to My liberties I have never taken an oath of attorney or of public office.

My rights, having been endowed by the Omnipotent Creator of all things in heaven and earth (universe), and declared as unalienable, can NOT be alienated from Me, by My self or any form of government without serious consequences. All who would transgress, usurp, dominate, and violate these rights will be held accountable before The One Supreme Being and Omnipotent Creator of the Universe and Judge of all, by which judgment is reserved to Him.

This is in law, **LAWFUL PUBLIC NOTICE** of My status, Nunc Pro Tunc, superseding and replacing any and all previous alleged or other such filing of some record.

**NOTICE:** If within **Thirty (30) Days** filing of this document out of necessity, as public record, **The State of Colorado** and any concerned or interested parties have NOT provided verifiable lawful evidence to the contrary of these declarations, on a point-by-point basis, under the penalty of perjury, having firsthand knowledge, as cited; the forgoing facts and TRUTHS declared SHALL stand as prima facie and ultimate, being undisputed, and **Failure to respond** by silent acquiescence SHALL BE DEEMED The State of Colorado and all concerned or interested parties of the world **Expressed Affirmation(s)** to all that is declared with this document are true, as affirmed, and that I enjoy complete, absolute diplomatic immunity under My Moorish American Flag and American Flag of Peace during My special visitation, and I travel through a perpetual neutral zone.

**NOTICE:** That "Notice to Agent is Notice to Principal" applies to this public notice. **Notice:** That the "Law of Principal and Agent" specifies that, "The Agent is PERSONALLY liable for acts not authorized by the Principal."

**NOTICE:** Any process of recording this document **SHALL NOT** alter or change the Sovereign Moorish American Status of this document, nor hinder its eternal perpetuity.

**FURTHER SAYETH I NAUGHT**

Subscribed and affirmed by the voluntary act of My own hand, in the county of Beckham, within Oklahoma republic on this 21st day of the 3rd month, in the year of our Lord, Two Thousand -Eight.

Sincerely,

*Michael J. Ricks-Bey*
Michael-Todd: Ricks-Bey©
A natural free born Moorish American Inhabitant
Sui Juris, De Jure Soli, Jure Divino.

## MAXIMS OF COMMERCE

Washitaw Nation of Muurs )
united States of America )
Republic of Oklahoma ) SS VERIFIED DECLARATION
County of Beckham )

**ACTUAL AND CONSTRUCTIVE NOTICE**

**MAXIMS OF COMMERCE:** In this **Asseveration and Declaration of Status**, the word "Maxims of Commerce" means: **Commerce** is antecedent to and more fundamental to society than courts or legal systems, and exist and functions without respect to courts or legal systems, but not vice versa. Commercial Law, the non-statutory variety as presented below in Maxim 1-10, is the economic extension of Natural Law into man's social world and is universal in nature. The foundational, invariant, necessary, and sufficient or **"Maxims of Commerce"** are:

1. A workman is worthy of his hire (Exodus 20:15; Lev. 19-13; Matt. 10:10; Luke 10:7; II Tim. 2:6. Legal Maxim: "It is against equity for freemen not to have the free disposal of their own property.")

2. All are equal under the Law (God's Law - Moral and Natural Law). Exodus 21:23-25; Lev. 24:17-21; Deut. 1:17, 19:21; Matt. 22:36-40; Luke 10:17; Col. 3:25. Legal Maxims: "no one is above the law." "Commerce, by the law of nations, ought to be common, and not to be converted into a monopoly and the private gain of a few.")

3. In **Commerce** truth is sovereign (Exodus 20:16; Ps. 117:2; John 8:32; II Cor. 13:8. Legal Maxim: "To lie is to go against the mind." Oriental proverb: "of all that is good, sublimity is supreme.")

4. Truth is expressed by means of an **Affidavit** (Lev. 5:4-5, 6:3-5, 19:11-13; Num. 30:2; Matt. 5:33; James 5:12.).

5. An un-rebutted **Affidavit** stands as the truth in Commerce (I Pet. 1:25; Heb. 6:13-15. Legal Maxim: "He who does not deny, admits.")

6. An un-rebutted **Affidavit** becomes the judgment in Commerce (Heb. 6:16-17. Any proceeding in a court, tribunal, or arbitration from consists of a contest, or "duel", or commercial affidavits wherein the points remaining un-rebutted in the end stand as the truth and the matter to which the judgment of the law is applied.).

7. A matter must be expressed to be resolved (Heb. 4:16; Phil. 4:6; Eph. 6:19-21. Legal Maxim: "He who fails to assert his rights has none.").

8. He who leaves the field of battle first loses by default (Book of Job: Matt. 10:22. Legal Maxim "He who does not repeal a wrong when he can, occasions it.")

9. <u>Sacrifice is the measure of creditability</u> (One who is not damaged, put at risk, or willing to swear an oath on his commercial liability for the truth of his statements and legitimacy of his action has no basis to assert claims or charges and forfeits all creditability and right to claim authority.) (Acts 7, Life/Death of Stephen, and Legal Maxim: "He who bears the burden ought also to derive the benefit.").

10. A lien claim can be satisfied only through rebuttal by counter-affidavit point-for-point, resolution by jury, or payment (Gen. 2-3; Matt 4; Revelation. Legal Maxim: "If the Plaintiff does not prove his case, the defendant is absolved.")

Because truth is sovereign in **Commerce**, and everyone is responsible for propagating the truth in all speaking, writing, acting, **All Commercial processes function via Affidavit certified and sworn on each Affiant's commercial liability as "true, correct, and complete,"** attesting under **Oath** re the validity relevance, and veracity of all matters stated, and likewise demanded, <u>a signature is required under penalty of perjury</u> "true, correct, and complete under ones commercial liability. In a court setting, however, testimony (oral **Commercial Affidavit**) is stated in the judicial equivalent by being sworn to be "the truth, the whole truth, and nothing but the truth, so help me God-Allah." As well as the need for asserting all matters under solemn oath of personal, commercial financial, and legal liability for the <u>validity of each and every statement, participant must provide material evidence, i.e. ledgering/bookkeeping, substantiating that each fact or entry is true, valid, relevant, and verifiable.</u> Without said acceptance of liability and facts provided to support one's assertions, no creditability is established. Inasmuch as **commerce** existed—but not vice versa—**commerce** is amore fundamental aspect of life than courts and legal systems.

**NOTICE TO PRINCIPLE IS NOTICE TO AGENT
AND
NOTICE TO AGENT IS NOTICE TO PRINCIPLE**

**Oath of Aggrieved Party:** The undersigned, Aggrieved Party herein, DO DECLARE under Penalty of Perjury, in accord with the Laws of the united States of America, the State of Oklahoma, and the Ultimately God-Allah Almighty as enumerated in the Holy Scripture, that the contents of this **MAXIMS OF COMMERCE** are True, Correct, Certain, Complete and not meant to Mislead.

## VERIFICATION

Washitaw Nation of Muurs    )
Republic of Oklahoma        ) SS VERIFIED DECLARATION
County of Beckham           )

I, Michael Todd Ricks-Bey©, Declaration herein, one of the Private People in the Washitaw Nations of Muurs, De Dugdh Mound Ya and Commonwealth of Virginia Republic, one of The United States, of America, a union of republic states under penalties of perjury under The Laws of The United States of America and of the Oklahoma Republic, that Declarant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarant's personal knowledge and belief, made voluntarily and intentionally for the purpose stated.

As a Notary Public for said County and State, I do hereby certify that on this 21st day of March, 2008, that A Natural Person whose Moslem name is Michael Todd Ricks-Bey©, the above mentioned, appeared before me and executed the foregoing. Witness my hand and seal:

/S/ *Michael T. Ricks-Bey*
Michael Todd Ricks-Bey©, Secured Party-Principal in behalf of the
Debtor, MICHAEL TODD RICKS©, JURISTIC PERSON, ENS LEGIS

*Katherine Smith* Seal
Notary Public
My Commission Expires: 3-10-12

KATHERINE J. SMITH
NOTARY
# 08002438
EXP 03/10/12
STATE OF OKLAHOMA
PUBLIC

**NOTE:** Using a notary on this document or any other document does not constitute any adhesion contract to the State. The purpose for notary is verification and acknowledgement of signer only and not for entrance into any foreign jurisdiction.

ASSEVERATION AND DECLARATION OF STATUS


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm     FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7006 2760 0005 6602 1329**
Status: Arrival at Unit

Your item arrived at 9:51 AM on May 7, 2008 in DENVER, CO 80218. No further information is available for this item.

Track & Confirm

Enter Label/Receipt Number.

Go >

Notification Options

Track & Confirm by email
Get current event information or updates for your item sent to you or others by email.   Go >

Dear Postmaster,

    Please address this issue or forward it to the appropriate Post Office.



    I **paid** to have this letter delivered under certified status to the following address:
    Office of The Attorney General
    Attn: John Suthers
    c/o 1525 Sherman Street, 4th Floor
    Denver, Colorado Republic [80203]
and the only delivery confirmation I have is the tracking system showing that it was delivered to the unit Post Office.

    Please provide me with delivery confirmation to the address mentioned above or refund me the $4.81 **paid** for this service.

    Thank you in advance for your assistance and immediate attention regarding this matter and I look forward to hearing from you ASAP.

    Sincerely,

Michael T. Ricks-Bey
Resident-128060/EB115B
c/o Post Office Box 2000
Burlington, Colorado Republic [80807-0020]



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2760 0005 6602 1329**
Status: **Arrival at Unit**

Your item arrived at 9:51 AM on May 7, 2008 in DENVER, CO 80218. Information, if available, is updated every evening. Please check again later.

Track & Confirm

Enter Label/Receipt Number.

Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA          

**FOR ALL COMMUNIQUÉS ELSEWHERE**
"Without Prejudice"
Michael Todd Ricks-Bey©, Authorized Representative,
Attorney-In-Fact for MICHAEL TODD RICKS, DEBTOR
Resident-128060/C-North 114B
**c/o 1605 East Main Street**
**City of Sayre, Oklahoma, united States of America**
DMM Reg. Sec. 122.32; Public Law 91-375, Sec. 403

Empire Washitaw de Dugdyahmoundyah

**OFFICE OF THE ATTORNEY GENERAL**
**Attn: John Suthers, Attorney General**
c/o 1525 Sherman Street, 4th Floor
Denver, Colorado Republic [**80203**]

**Empire Washitaw de Dugdyahmoundyah**

**RE: RETURN OF FILE/DATE STAMPED ACKNOWLEDGEMENT COPY**

Dear Attorney General, John Suthers:

I have enclosed an extra copy of the "Notice of Default" along with a S.A.S.E..

Please file/date stamp the extra copy/acknowledgement and return in the S.A.S.E.

I thank you in advance for your prompt attention to this matter.

Sincerely,

*Without Prejudice UCC 1-308, UCC 1-103.6*
*Authorized Representative, Attorney-In-Fact*

/S/ *Michael J. Ricks-Bey*
Michael Todd Ricks-Bey©, Secured Party