# Exhibit 374

## PART 21

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

The State of Colorado
In these united States of America

Michael-Todd: Ricks-Bey© )
    Claimant )
[Indigenous Moorish American National/Washitaw Nation] )
)    CASE NO.: *04CR383/05CR3189*
)
)
)
)
JOHN SUTHERS )
    Attorney General )    **NOTICE AND AFFIDAVIT OF DEFAULT**

    The undersigned, In Propria Persona [non-attorney], enters this Notice of and Affidavit of Default Claimant is an Indigenous, U.S. Non-Citizen Moorish American National [Indian]: Washitaw Nation of Muurs

Washitaw Nation of Muurs )
united States of America )
Republic of Oklahoma ) ss.
County of Beckham )    **ACKNOWLEDGMENT**

*Pursuant to title 28, U.S.C. §1746(1) and 28 U,S,C, §16.41(d), executed "without the United States," I Michael-Todd: of the Ricks-Bey© Tribe/Family, being first duly sworn accordingly in law, being of age to contract. Declarant herein, one of the Private People in the State of Oklahoma, one of The united States of America, a Union of republic States under the penalties of perjury pursuant to The Laws of The united States of America and of the state of Oklahoma Republic and/or any "STATE OF", that Declarant is competent to be a witness and I affirm under penalty of perjury under the United Nations International Laws that the forgoing Is true and correct, to the best of my belief and informed knowledge. I now affix my signature and official seal to all of the ongoing affirmations with EXPLICIT RESERVATION OF ALL MY INALIENABLE RIGHTS WITHOUT PREJUDICE to any of those rights pursuant to U.C.C. 1-308 and U.C.C. 1-103.6.*

TRUSTEESHIP AND THE DUAL JURISDICTION OF THE AL MOROCCAN GOVERNMENT

### RE: ASSEVERATION AND DECLARATION OF STATUS

**CHIEF JUSTICE BEN BEY:** *The transfer of reign of Authority from the Moors to the Colonists*

*The Preamble to the Constitution for the United States of America*

    **WE THE PEOPLE**, of the *United States*, in order to form a more perfect union, establish Justice, Insure Domestic Tranquility, Provide for Common Defense, promote the General welfare, and Secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the *United States of America.*

    Placed on Public Record in Colorado Republic at Denver County on or about January 14, 2007 Under the venue and jurisdiction of the Moorish American Flag and American Flag of Peace.

NOTICE AND AFFIDAVIT OF DEFAULT                                                                             Page 1 of 4

## FACTS

1. Claimant here above knows all men by these presents: Michael-Todd: of the Ricks-Bey Tribe/Family.

2. Claimant understands the penalty of perjury.

3. Claimant out of necessity, with assistance on or about June 16, 2008, had placed in Public Record in Colorado republic at Denver county office of records and properly delivered/served to and stamped received by Office of Attorney General for The State of Colorado, John Suthers and Office of the Secretary of State for The State of Colorado a true and correct copy of a **"Lawful Public Notice"** to The State of Colorado and any and all concerned or interested parties therein entitled "Asseveration and Declaration of Status", incorporated herein by reference as if fully reproduced, of which a verified copy is attached hereto.

4. Claimant specifically stipulated in the "Asseveration and Declaration of Status", with intent to give any concerned or interested party a reasonable time to respond in a timely manner, in the spirit of good faith thirty (30) days in which to respond to all claims made therein.

5. To this day Claimant has not received any response, from Attorney General for the State of Colorado/STATE OF COLORADO/Colorado Bar Association member representative: John Suthers, and Secretary of State for The State of Colorado/STATE OF COLORADO: Mike Coffman, nor any concerned or interested party to the claims made in "Asseveration and Declaration of Status."

6. Claimant makes this "Notice and Affidavit of Default" in a Timely manner in the spirit of good faith and shall not prejudice the rights of any concerned or interested party hereto.

7. Claimant states the issuance of this Notice and Affidavit of Default shall be stipulated the Expressed Affirmation by Attorney General for **The State of Colorado/STATE OF COLORADO/Colorado** State Bar Association member representative: John Suthers and Secretary of State for **The State of Colorado/STATE OF COLORADO:** Michael Coffman, and any agent, assign, employee, actor or successor to any branch or agency of government thereof, and any and all concerned or interested parties of the world to the following facts being prima facie, undisputed and ultimate

    A) Claimant is Sovereign of Moorish American Nationale:

    B) I am a [Indigenous] Moorish American National and land Assignee of the Washitaw Nation of Muurs, via The Republic of Commonwealth Virginia. My property is NOT a commercial piece of property and must NOT be classified as such.

    C) Claimant is NOT a subject, citizen, resident, voter, taxpayer, servant, peon, slave, person nor chattel or property to the United States/UNITED STATES/STATE OF **COLORADO** and/or any STATE (S) OF or to any agent, assign, employee, actor, or successor thereto local or otherwise;

D) The United States/UNITED STATES/STATE OF **COLORADO** and any STATE(S) OF any branch or agency of government thereof, and any agent, assign, employee, actor or successor thereto having never possessed, nor can ever lawfully claim Authority and jurisdiction over Claimant in his natural state;

E) Claimant has always possessed and enjoyed complete and absolute immunity to any form of prosecution from any Constitutionally Created Executive, Legislative branch of Government and any agent, assign, employee, actor, or successor to any agency thereto or any 'orders, or enactments, or Administrative Proceedings' they may implement;

F) Claimant by right freely exercises and preserves all his Natural Unalienable Rights at all times;

G) Claimant possesses and freely exercises judicial authority;

H) Claimant is an Ambassador guaranteed unlimited freedom to freely exercise His Emissarial duties during his "SPECIAL VISITATION" on behalf of the Creator; The One True God and his preeminence;

I) Claimant possesses and exercises complete and absolute diplomatic immunity at all times during his "SPECIAL VISITATION"

J) Claimant has never knowingly, willingly, intentionally, voluntarily consented to be a participant to, of or in any agreement contract or any instrument of a contractual nature and liable and or culpable under an presumed fictitious name: that may appear optically and phonetically similar or otherwise, nor obligated or bound to any specific performance, duty or sanction by lache, adhesion, nexus articulated to therein any Void AB INITIO and prima facie evidence of shrewd entrapment and fraud, and any private and personal property such as photographs, fingerprints, blood or urine samples, exemplars of Claimant's corpus in any form, paper, personal effects, etc., belonging to Claimant that may be included or, in or with any such alleged instrument lodged in some record, some place shall be deemed to have been seized without Lawful authority and stored, and any private and personal property belonging to Claimant that cannot be returned to Claimant shall be deemed to have been seized and permanently converted without Lawful authority.;

K) Claimant graciously hereby accepts the above stipulated and will of his Omnipotent Creator, and issues this Notice and Affidavit of Default, that the above facts are prima facie, undisputed and ultimate, and that these matters are forever settled, res judicata during Claimant's "SPECIAL VISITATION."

8. **NOTICE:** That the principal of "Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent" applies to this "Notice and Affidavit of Default." **NOTICE:**

That the "Law of Principal and Agent" specifies that, "The Agent is <u>PERSONALLY</u> liable for acts not authorized by the Principal."

9. **NOTICE:** Any process of recording this Notice and Affidavit of Default, **SHALL NOT ALTER OR CHANGE THE** Sovereign Status of Claimant's Omnipotent Creator's judgment hereby.

Sincerely

*Michael T. Ricks-Bey*
Michael-Todd: Ricks-Bey©
A natural free born American Inhabitant;
Sui Juris, De Jure Soli, Jure Divino.

**FURTHER SAYETH I NAUGHT**

## VERIFICATION

Washitaw Nation of Muurs        )
united States of America        )
Republic of Oklahoma            ) SS VERIFIED DECLARATION
County of Beckham               )

I, Michael Todd Ricks-Bey©, Declaration herein, one of the Private People in the Washitaw Nations of Muurs, De Dugdh Mound Ya and Commonwealth of Virginia Republic, one of The United States, of America, a union of republic states under penalties of perjury under The Laws of The United States of America and of the Oklahoma Republic, that Declarant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarant's personal knowledge and belief, made voluntarily and intentionally for the purpose stated.

As a Notary Public for said County and State, I do hereby certify that on this 16th day of June, 2008, that A Natural Person whose Moslem name is Michael Todd Ricks-Bey©, the above mentioned, appeared before me and executed the foregoing. Witness my hand and seal:

/S/ *Michael T. Ricks-Bey*
Michael Todd Ricks-Bey©, Secured Party-Principal in behalf of the
Debtor, MICHAEL TODD RICKS©, JURISTIC PERSON, ENS LEGIS

*Brandy Da_____* Seal
Notary Public
My Commission Expires: 04/20/11

**NOTE:** Using a notary on this document or any other document does not constitute any adhesion contract to the State. The purpose for notary is verification and acknowledgement of signer only and not for entrance into any foreign jurisdiction.

NOTICE AND AFFIDAVIT OF DEFAULT                                            Page 4 of 4

Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **7006 2760 0005 6601 9210**
Status: **Delivered**

Your item was delivered at 10:35 AM on June 23, 2008 in DENVER, CO 80203.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

---

Site Map   Contact Us   Forms   Gov't Services   Jobs   Privacy Policy   Terms of Use   National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA



Affidavit of Notice of Default
" of Certificate of Non-Response
" of Non-Response

IN THE COLORADO RECORDER OF DEEDS IN
COLORADO REPUBLIC

|  |  |
|---|---|
|  | **DECLARATION OF ORIGINAL SOVEREIGNTY**<br>Michael Todd: Ricks-Bey© |

Washitaw Nation of Muurs   )
Republic of Oklahoma         ) ss.
County of Beckham            )
united States of America       )          **ACKNOWLEDGMENT**

*Pursuant to title 28, U.S.C. §1746(1) and 28 U,S,C, §16.41(d), executed "without the United States," I Michael T. Ricks-Bey©, Declarant, a living flesh and blood man, herein, one of the Private People in the State of Oklahoma, one of The united States, of America, a Union of republic States under the penalties of perjury under The Laws of The united States of America and of the **Oklahoma** Republic, that Declarant is competent to be a witness and I affirm under penalty of perjury under the United Nations International Laws that the forgoing Is true and correct, to the best of my belief and informed knowledge. I now affix my signature and official seal to all of the ongoing affirmations with EXPLICIT RESERVATION OF ALL MY INALIENABLE RIGHTS WITHOUT PREJUDICE to any of those rights pursuant to U.C.C. 1-308 and U.C.C. 1-103.6.*

**COMES NOW,** a male Sovereign Moorish American National of America formerly known as **"Amexem"** on the land in **Commonwealth of Virginia State**, and makes this Affidavit of his own free will and knowledge;

1. That I am of sufficient age and discretion to make this statement;

2. That this statement is made of personal knowledge unless stated otherwise;

3. That I am a male sovereign Moorish National of America formerly known as **"Amexem"** residing within "The State Of **Oklahoma**". (Est 1876); nor am I subject to the King of Great Britain.

4. I declare that the 13th, 14th, and 15th Amendments of the United States Constitution does not apply to me personally, nor was it properly ratified into law. See, e.g., **109 U.S. 03**; <u>Dvett v. Turner</u>, **439 P.2d 266,267**; <u>State v Phillips</u>, **540 P.2d 936(1975)**; <u>Coleman v. Miller</u>, **307 U.S. 448, 59 S. Ct. 972**; 28 Tulane Law Review, **22**; 11 South Carolina Law Quarterly 484; Congressional Record, **June 13, 1967, pp. 15641-154646**). Moreover, enactment or enforcement of such amendments violates the Emancipation Proclamations. Moreover, the use of **"STRAW MAN"** and **"LEGAL FICTIONS"** by this court city, county state and federal agencies violates the Emancipation Proclamations and **Article 13** with "Twenty Sections" of the United States Constitution.