# Exhibit 374

# PART 26

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

FOR ALL COMMUNIQUES ELSEWHERE
"Without Prejudice"
Michael Todd Ricks-Bey©, Authorized Representative
Attorney-In-Fact for MICHAEL TODD RICKS, DEBTOR
**In-Care-Of: 1605 East Main Street/C-North 114B**
City of Sayre, Oklahoma Republic, united States of America
DMM Reg. Sec.122.32; Public Law 91-375, Sec. 403

Empire Washitaw De Dugdah Mound Ya

To:  REGIONAL DISTRICT DIRECTOR
INTERNAL REVENUE SERVICE
1650 Mission Street
San Francisco, CA 94103

## ACTUAL & CONSTRUCTIVE NOTICE

### NON-NEGOTIABLE

RE:  **NOTICE OF REVOCATION AND TERMINATION OF FIDUCIARY RELATIONSHIP AND NOTICE OF CONTRACT CANCELLATION**

**ATTN: REGIONAL DISTRICT DIRECTOR,**

**PLEASE FIND ENCLOSED:** A copy of withdrawal statement and form SSA-521, and Form 56, presented as documentation of dissolution and termination of Business entity, which was also sent to the Social Security Administration.

This constitutes **Actual and Constructive Notice**, That I, **Michael-Todd, Sui Juris,** of the **Ricks-Bey Tribe/Family,** Secured Party/Creditor, herein and hereby, revoke, terminate, and cancel any and **all** admiralty/maritime contracts, whether adhesion, visible, invisible, express and/or implied by and between the INTERANL REVENUE SERVICE, its or their agents, employees, officers, representatives, agencies and/or instrumentalities, and MICHAEL TODD RICKS a.k.a. MICHAEL TODD RICKS-BEY; Michael Todd Ricks, a.k.a. Michael Todd Ricks-Bey; Michael T.; RICKS, a.k.a. Michael T.; RICKS-BEY, MICHAEL T.; Created by or through any and **all** Social Security Applications, **1040 labels, W-4 Forms, W-2 Forms,** or any other instruments/documents; and further hereby revoke and terminate any and all fiduciary responsibilities constructively created thereof or therefrom, including any alleged granting of Power of Attorney that was implied through any such Forms by any of the beforementioned Agents or Agencies, **NUNC PRO TUNC** to June 16, 1959 C.E., due to **"Fraud" "Non-disclosure"** and **"Failure of fair Consideration",** in accordance with Uniform Commercial Code Article I, § 107 and UCC § 2-302.

Further, I **Michael-Todd, Sui Juris,** have duly **Accepted for Value,** filed and registered with the United States Secretary of the Treasury, the Department of Licensing, Uniform Commercial Code Division, among others, My Birth Registration Documents in accordance with House Joint Resolution 192 of June 5, 1933 and UCC § 1-1-4 and § 10-104, thereby, and further herein re-vesting to Grantor Title of all property in accordance with CFR § 1.676A-1, to include any and all duties of **Power of Attorney** under 26 CFR §

601.503, which were displaced due to fraudulent inducements to transact business and non-disclosure of material facts and legal ramifications.

It was further found and determined that the application for Birth Registration, the Live Birth Report, and insurance of a "Certificate of Live Birth" are all one and the same "Security" instrument as articulated in UCC Article 8 Sections 103 and 105, and do not have any "Authorized Signatures" thereon, (Article 3, Sec. 401) and are therefore "Counterfeit Securities" further warranting the return thereof.

Further as more thoroughly articulated within the "Statement of Withdrawal" Form SSA-521 (enclosed). I **Michael-Todd, Sui Juris,** was fraudulently included through convinous actions into the jurisdiction of the federal Government by way of the beforementioned contracts/forms, thereby altering My citizenship as a real free-born human being within the Republic, held under Article II, 1c. 1.5.

And further by altering My Name and Title and creating a Corporate Entity (ens legis), by and through the Social Security Application and/or other Documents further subjecting and compelling the real human being to be a subject of the Corporation Tax Act of 1909.

You as the District Director already know that these actions are fraudulent because the Power of Congress of the United States and the Government of the United States, the Laws of the United States and Regulations of the United States apply **only** to Washington, D.C. (**District of Columbia**), not exceeding **ten miles square**, and of which does not extend to the Republic, (Satrago v. Nogeros, 214 U.S. 216 (1909)).

The District of Columbia was formally adopted as, or was allowed to adopt itself as a Municipal Corporation in 1871, under the 41st Congress, referenced in the Third Session under Chap. 62,63.

They were also authorized to adopt the [U.S.] Constitution through the 14th Amendment as a by-law as well as all standing Public Law, as by-laws.

Resulting in the fact the federal government has no jurisdiction beyond its borders in which they have no jurisdiction over the republic or a real human being. The only jurisdiction they have is over the CORPORATE CREATED ENTITY (ens legis), in which was fraudulently created without disclosure of material facts.

As a Private individual I am not, nor want to be apart of the federal Constitution and/or its laws created for federal employees and **Subjects** of the federal Constitution, as articulated in (Padelford v City of Savannah, 211 U.S. 78 (1854)).

Furthermore, to confirm this understanding, through covin and covinous actions by and through the Social Security Administration, the INTERNAL REVENUE SERVICE INC. and past employers through a Corporate created Entity have and continue to perpetuate in/and privateering and repeated "Hobbs Act" violation (larceny) violating Title 18 USC Sections 1951, 1962 of June 25, 1948 c. 645, 62 Stat. 793 (September 13, 1994) Public Law 103-322 Title XXX, Sec. 330016(1)(L), 108 Stat. 2147, as evidenced in the case of **UNITED STATES OF AMERICA v. ADAM STILLO, Sr. and JOSEPH STILLO**, NO's:

94-2678 and 94-2679, (decided June 19, 1995) (CA 7th Circ.) a Prosecution for a criminal enterprise scheme resulting in the depletion of assets of the victims, and;

As to the same agencies have and continue to fraudulently prosecute "commercial belli" against the Corporate Created Entity (Name) under a faulty declared National Emergency and in the capacity of Bankruptcy, for the purpose of extorting wealth, money, property and rights under color of any law and office and under the Bankruptcy Reform Act of 1978, 92 Stat. 2549, Public Law 95-598, repealing the former Bankruptcy Act of 1889, now codified at Chap. 11, USC effective October 1, 1979, Sec. 405(d) as it pertains to Title 28 USC Sec. 2075 and/or UCC Article 10, Sec. 320, whereby certain debts, claims, charges and other incumberances were made against the Corporate Entity pursuant to Sec. 105(a), and 501 of Title 11, as amended, so defined at Sec. 101(12) and under the erroneous application (presumption) of Sec. 101, and 109 definitions Title 11, as to residency within the CORPORATE VENUE, UNITED STATES, and/or its or their agencies and instrumentalities, resulting in tortious Trespass extraterritorial in nature and Fraud in the inducement to ascribe the status of a CORPORATE "DEBTOR" upon and against Michael-Todd, Sui Juris of the Ricks-Bey Tribe/Family, "Principle" and "object" of government via the Original Organic constitutions of the united States of America and the Republic of Virginia Commonwealth and/or any "STATE OF".

Whereby these beforementioned agencies and instrumentalities, its or their agents, officers, employees, representatives have **waived** Sovereign Immunity and consented to be sued pursuant to Title 11 USC Sec. 106(a) warranting "estoppel" against said Corporations, and/or agents, officers, employees, representatives, until **Michael-Todd, Sui Juris,** is reimbursed in full for funds fraudulently extorted through the beforementioned scheme, covin, and upon the withdrawal and revocation and termination of Social Security applications and this Actual and Constructive Notice, and termination of Fiduciary responsibility by the party's is satisfied or extinguished due to want of control of the "res" within the Corporate Venue (at law) upon which no contrary presumption is warranted.

In closing, with regards to past employers, it is further fraudulent and illegal for an employer to withhold any income taxes without a <u>voluntary withholding agreement</u> under 26 CFR § 31.3402(P)(1), and under (b)(ii), it provides: "an employee who <u>desires to enter into an agreement</u>", under Sec. 3402 (p), <u>shall</u> furnish his employer with a W-4 Form….

In which this "withholding agreement" has to be made apparent with the IRS. I do not believe I have ever made that "agreement", I believe the only thing that was made apparent was, "YOU CANNOT WORK WITHOUT GIVING ME YOUR SOCIAL SECURITY NUMBER OR UNLESS A W-4 FORM IS FILLED OUT".

In which I also don't believe I have ever personally even filled out or completed any W-4 Forms? With any disclosure or upon agreement.

Further, 26 USC 6109(a)(c), only requires an employer to <u>request</u> a Social Security Number from an employee, **not demand one**. This is also apparent within the Privacy Act of 1974, 88 Stat. 1896 Sec. 7(a)(l).

Also in the IRS Publications 15 and 15a, which are provided specifically for employers, makes it clear that **ONLY STATE AND GOVERNMENT employees** are required to withhold.

Under Title 5 USC § 5517, WITHHOLDING STATE INCOME TAXES, it provides: for the duty of employers to withhold sums from employees . . . <u>if any **employee voluntarily elects to have such sums withheld**</u> . . . I have never made that election. All of which further fraudulent inducements to transact business.

Failure by the Undersigned to receive NOTICE that the fiduciary relationship has been terminated within Thirty Days (30) from the receipt of this Actual and Constructive Notice to the Contrary will constitute confirmation that this transaction is complete.

The United States Secretary of the Treasury is appropriate all gifts or bequests presented to the federal window by or through the Undersigned Secured Party/Creditor in accordance with [Title 31 § 321(d)(1)(2)(3)].

I, **Michael-Todd**, sui juris, of the **Ricks-Bey©** Tribe/Family, do certify that the contents herein are true, correct, certain and complete under the pains and penalties of perjury and bearing false witness so help me God.

And I further make Explicit Reservation of all Rights in accord with UCC § 1-308.

NOTICE TO AGENT IS NOTICE TO PRINCIPLE
AND
NOTICE TO PRINCIPLE IS NOTICE TO AGENT

EXECUTED AND SIGNED, this 11th day of March, 2007 C.E.

*Michael T. Ricks-Bey©*

**Michael-Todd: Ricks-Bey Sui Juris**
Secured Party/Creditor
Original Jurisdiction
Holder-In-Due-Course
Sovereign Moorish American National

cc: DISTRICT DIRECTOR
    INTERNAL REVENUE SERVICE INC.
    SOCIAL SECURITY ADMINISTRATION

**VERIFICATION**

| | |
|---|---|
| Washitaw Nation of Muurs | ) |
| Republic of Oklahoma | ) SS **VERIFIED DECLARATION** |
| County of Beckham | ) |
| <u>united</u> States of America | ) |

I, Michael Todd Ricks-Bey©, Declaration herein, one of the Private People in the Washitaw Nations of Muurs, De Dugdh Mound Ya and Commonwealth of Virginia Republic, one of

FIDUCIARY//2007. . MTRB-Page 4 of 5

The United States, of America, a union of republic states under penalties of perjury under The Laws of The United States of America and of the Oklahoma Republic, that Declarant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarant's personal knowledge and belief, made voluntarily and intentionally for the purpose stated.

As a Notary Public for said County and State, I do hereby certify that on this 11th day of March, 2007, that a Natural Person whose Moslem name is Michael Todd Ricks-Bey©, the above mentioned, appeared before me and executed the foregoing. Witness my hand and seal:

/S/ *Michael T. Ricks-Bey*
Michael Todd Ricks-Bey©, Secured Party-Principal in behalf of the
Debtor, MICHAEL TODD RICKS©, JURISTIC PERSON, ENS LEGIS

*Brandy Dar*
Notary Public
My Commission Expires: 04/20/11

| | State of Washir Seal | Uniform Commercial Code<br><br>Acknowledgment | |

| | |

# Acknowledgment of Initial Financing Statement

| | |
|---|---|
| File Number | 2007-014-1237-3 |
| File Date/Time | 01/14/2007 8:05PM |
| Lapse Date | NONE |
| Initial Filing Number | 2007-014-1237-3 |
| Fee Amount ($US) | 10.00 |
| Filing Office | WA DOL |
| File Status | Accepted |
| Debtor | Alt. Filing Type: TransmittingUtility<br>MICHAEL TODD RICKS-BEY<br>P.O BOX 440371<br>AURORA CO 80044 USA<br>Organizational Type: ENS-LEGIS/TRUST<br>Jurisdiction: PRIVATE<br>Organizational ID: NONE<br>Debtor Alt Capacity:Trust |

| | |
|---|---|
| Secured Party | Ricks-Bey, Michael Todd<br>c/o 1909 S. Quebec Way #3-301<br>Denver CO 80231 USA |
| Collateral | THIS IS THE ENTRY OF THE COLLATERAL RECORD OWNER; MICHAEL TODD RICKS-BEY(c) AND OF THE DEBTOR; MICHAEL TODD RICKS-BEY IN THE COMMERCIAL CHAMBER UNDER NECESSITY AND THE FOLLOWING PROPERTY IS HEREBY REGISTERED IN THE SAME: ALL CERTIFICATES OF BIRTH DOCUMENT VS1003069 ARE HEREIN LIENED AND CLAIMED AT SUM CERTAIN $100,000,000.00, COLORADO DRIVER'S LICENSE 92-193-3401, COLORADO MARRIAGE LICENSE B216500, PASSPORT 076900531, UCC CONTRACT TRUST NUMBER 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; EXEMPTION IDENTIFICATION NUMBER 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, AUTOTRIS & CUIP NUMBER; 229962883; SECURITY AGREEMENT NO. SA-111219792883-MTRB, POWER OF ATTORNEY NO. POA072819822883-MTRB, HOLD HARMLESS INDEMNIFICATION AGREEMENT NO. HHIA-102420042883-MTRB, COPYRIGHT NOTICE NO. CLC-03111997Z883-MTRB, MILITARY DD-214/MDD-111619982883-MTRB. SAID REGISTRATION IS TO SECURE THE RIGHTS, TITLE(S) AND INTEREST IN AND OF THE ROOT OF TITLE AND BIRTH CERTIFICATE VS1003069 AS RECEIVED BY THE VIRGINIA DEPARTMENT OF HEALTH AND WELFARE (DIVISION OF VITAL STATISTICS), DNA RETNA SCANS AND ALL DEBENTURES, INDENTURES ACCOUNTS, AND ALL THE PLEDGES, HEREDITMENTS TO ALL CAPITALIZED NAMES: MICHAEL TODD RICKS-BEY, MICHAEL T. RICKS—BEY, M.T.RICKS-BEY, MICHAEL RICKS-BEY, OR ANY DERIVATIONS THEREOF, AND ALL CONTRACTS, AGREEMENT, AND SIGNATURES AND/OR ENDORSEMENTS, FACSIMILES, PRINTED, TYPED OR PHOTOCOPIED OF OWNER'S NAME PREDICATED ON THE 'STRAWMAN', LLC (ENS LEGIS) DESCRIBED AS THE DEBTOR AND ALL PROPERTY IS ACCEPTED FOR VALUE AND IS EXEMPT FROM LEVY. RECORD OWNER IS NOT THE GUARANTOR OR SURETY TO ANY OTHER ACCOUNT BY EXPLICIT RESERVATION. ADJUSTMENT OF THIS FILING IS FROM PUBLIC POLICY HJR-192 AND UCC 1-104 AND 10-104. ALL PROCEEDS, PRODUCTS, ACCOUNT, BAGGAGE ANd fixtures and the Orders there from are to be released to the Secured party as the authorized representative of the debtor. Debtor is a commercial transmitting utility and is a trust. |
| Filer Reference Data | Secured Party, Authorized representative, Attorney-In-Fact-Michael Todd Ricks-Bey |
| Search On | NONE |

This acknowledgment reflects the information that was filed with the Department of Licensing, Uniform Commercial Code office, on this date.

| Seal | Filing Officer Signature | |
|---|---|---|
| | | 1/14/2007 |