# Exhibit 374

# PART 27

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT (optional)**

**B. SEND ACKNOWLEDGEMENT TO: (Name and Address)**

Michael Todd Ricks-Bey©
c/o Post Office Box 2000/49777 County Road V
Burlington [80807-0020]
Colorado Republic

$ 18.00
SECRETARY OF STATE
08-01-2008   13:26:40

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL NAME** – insert only one debtor name (1a or 1b) – do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME: MICHAEL TODD RICKS | MIDDLE NAME | | SUFFIX |
| 1c. MAILING ADDRESS: POST OFFICE BOX 2000/49777 COUNTY ROAD V | CITY: BURLINGTON | STATE: CO | POSTAL CODE: 80807-0020 | COUNTRY: USA |
| 1d. TAX ID#: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION: ENS LEGIS/TRUST | 1f. JURISDICTION OF ORGANIZATION: PRIVATE | 1g. ORGANIZATION ID#, if any ☒ NONE |

**2. ADDITIONAL DEBTOR'S EXACT FULL NAME** – insert only one debtor name (2a or 2b) – do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
| 2c. MAILING ADDRESS: | CITY | STATE | POSTAL CODE | COUNTRY |
| 2d. TAX ID#: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATION ID#, if any ☐ NONE |

**3. SECURED PARTY'S NAME** – (or NAME of TOTAL ASSIGNOR S/P) – insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME: Ricks-Bey© | FIRST NAME: Michael | MIDDLE NAME: Todd | | SUFFIX |
| 3c. MAILING ADDRESS: c/o 46 Mulberry Avenue | CITY: Newport News | STATE: Virginia | POSTAL CODE: [23607-4307] | COUNTRY: uSA |

**4. This FINANCING STATEMENT covers the following collateral:**

This is the entry of the collateral record owner; Michael Todd Ricks-Bey© and of the Debtor; MICHAEL TODD RICKS© a.k.a. RICKS-BEY in the Commercial Chamber under necessity and the following property is hereby registered in the same: All Certificates of Birth document 145-59-044588 are herein liened and claimed at sum certain $100,000,000.00, Colorado Driver's License 92-193-3401, Colorado Marriage License-B2165000, Passport-076900531, Military DD-214-MDD-111619982883-MTRB, UCC Contract Trust Account Number 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; Exemption Identification Number 229962883; Pre-paid Account # B56908608; AutoTRIS & CUSIP number; 229962883; Security Agreement No. SA-111219792883-MTRB, Power of Attorney No. POA-072819822883-MTRB, Hold Harmless Indemnification Agreement No. HHIA-102420042883-MTRB, Common Law Copyright Notice No. CLC-031119972883-MTRB, Bill of Peace No. BOP-111619982883-MTRB, Private Agreement No. PA-061619592883-MTRB. Said registration is to secure the rights, title(s) and interest in and of the Root of Title and Birth Certificate 145-59-044588 as received by the Virginia DEPARTMENT OF HEALTH AND WELFARE (Division of Vital Statistics), DNA Retina Scans and all Debentures, Indentures Accounts, District Court County of Denver/Denver, State of Colorado, case # 04CR383 /05CR3189, Central Kansas Credit Union Account # 15869-3and all the Pledges represented by same included but not limited to the pignus, hypotheca, hereditments, res, the energy and all products derived there-from, nunc pro tunc, but not limited to all capitalized names: MICHAEL TODD RICKS a.k.a. RICKS-BEY©, MICHAEL T. RICKS a.k.a. RICKS-BEY©, M.T. RICKS a.k.a. RICKS-BEY©, MICHAEL RICKS a.k.a. RICKS-BEY©, or any derivations thereof, and all contracts, agreement, and signatures and/or endorsements, facsimiles, printed, typed or photocopied of owner's name predicated on the 'Straw-man', LLC (ENS LEGIS) described as the debtor and all property is accepted for value and is Exempt from levy. Record owner is not the guarantor or surety to any other account by explicit reservation. Adjustment of this filing is from Public Policy HJR-192 and UCC 1-104 and 10-104. This financial statement further covers all tangible and intangible assets now owned hereafter acquired by the DEBTOR. All proceeds, products, account, baggage and fixtures and the Orders there from are to be released to the Secured Party as the authorized representative of the debtor. Debtor is a *commercial* transmitting utility and is a *trust*.

**5. ALTERNATIVE DESIGNTION [if applicable]:** ☐LESSEE/LESS OR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER ☐ AG. LIEN ☐ NON-UCC FILING

**6.** ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable]

**7.** Check to REQUEST SEARCH REPORT(s) on Debtor(s) [ADDITIONAL FEE] [optional]   ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2

**8. OPTIONAL FILER REFERENCE DATA**
MICHAEL TODD RICKS-DEBTOR   The Parties are governed by UCC §§ 1-102 thru 1-107  Ricks-Bey, Michael Todd, Secured Party

FILING OFFICE COPY—NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV.07/29/98)

# UCC FINANCING STATEMENT ADDENDUM
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

9a. ORGANIZATION'S NAME

OR

9b. INDIVIDUAL'S LAST NAME: **MICHAEL TODD RICKS**
FIRST NAME
MIDDLE NAME, SUFFIX

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

OR

11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any | □ NONE

**12.** □ ADDITIONAL SECURED PARTY'S or □ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

OR

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

**13.** This FINANCING STATEMENT covers □ timber to be cut or □ as-extracted collateral, or is filed as a ☒ fixture filing.

**14. Description of real estate:**

<u>Real Property</u> with the legal description or lot number being:
43 Beechwood Avenue, Newport News Virginia, Subdivision WARD K. Block #014 LOT 13

<u>Real Property</u> with the legal description or lot number being:
46 Mulberry Avenue, Newport News Virginia, Subdivision WARD K. Block #014 LOT 45

<u>Real Property</u> with the legal description or lot number being:
44 Mulberry Avenue, Newport News Virginia, Subdivision WARD K. Block #014 LOT 46

<u>Real Property</u> with the legal description or lot number being:
16393 E. Layton Avenue, Aurora, Colorado 80015, Lot 11 Block 4, Pleasant Run, Forth Filing

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16. Additional collateral description:**

All proceeds, products, account, baggage and fixtures and the Orders therefrom are to be release to the Secured Party as the authorized representative of the debtor. Debtor is a *commercial* transmitting utility and is a *trust*.

**17.** Check only if applicable and check only one box.
Debtor is a ☒ Trust or □ Trustee acting with respect to property held in trust or □ Decedent's Estate

**18.** Check only if applicable and check only one box.
☒ Debtor is a TRANSMITTING UTILITY
□ Filed in connection with a Manufactured-Home Transaction — effective 30 years
□ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)   International Association of Commercial Administrators (IACA)

## SECURITY AGREEMENT

### NON-NEGOTIABLE

This Security Agreement is made and entered into this 17th day of June, 1977 C.E., by and between MICHAEL TODD RICKS©, aka MICHAEL TODD RICKS-BEY©, DEBTOR, (All DEBTORS are hereinafter referred to, specifically, as one "DEBTOR", and collectively, as "Parties"), Employer Identification # 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, and Michael Todd of the Ricks-Bey© Tribe/Family, the Secured Party, **"Inhabitant"** (hereinafter reffered to, specifically, as "Secured Party" and collectively, as "Parties". If any part or portion of this Security Agreement is found to be invalid or unenforceable, such part or portion shall not void any other part or portion as reasonably divisible from said part(s) or portion(s). The parties, hereinafter "Parties", are identified as follows:

| **DEBTOR** | **DEBTOR** | **SECURED PARTY** |
|---|---|---|
| MICHAEL TODD RICKS | MICHAEL TODD RICKS-BEY | Michael Todd Ricks-Bey© |
| MICHAEL T. RICKS | MICHAEL T. RICKS-BEY | "Inhabitant," sui juris |
| RICKS, MICHAEL TODD | RICKS-BEY, MICHAEL TODD | Unlimited Commercial Liability |
| RICKS, Michael Todd | RICKS-BEY, Michael Todd | |
| RICKS, Michael T. | RICKS-BEY, Michael T. | |
| Michael T. Ricks | Michael T. Ricks-Bey | |
| | | |
| Post Office Box 440371 | | "The State of Virginia" |
| Aurora, CO 80044-0371 | | [46 Mulberry Avenue |
| | | County of Newport News] |
| | | Near [23607-4307] |

**NOW THEREFORE**, the parties agree as follows:

### I. AGREEMENT

In consideration for this Agreement, the Secured Party hereby agrees to provide certain accommodations to DEBTOR, inter alia, to the Secured Party:

1. Constituting the source, origin, substance, and being, i.e. basis of "pre-existing claim", from which the existence of DEBTOR was derived and on the basis of which DEBTOR is able to function as a **TRANSMITTING UTILITY** to conduct Commercial Activity as a conduit for the transmission of goods and services to the Secured Party, and to interact, contract and exchange goods, services, obligations, and liabilities in commerce with other DEBTORS, CORPORATIONS, AND ARTIFICIAL PERSONS;

2. Signing by accommodation for DEBTOR (UCC § 3-419), (Without Recourse 3-415), in all cases whatsoever, wherein any signature of DEBTOR is required; and,

## SECURITY AGREEMENT

3. Issuing a binding commitment to extend credit or for the extension of immediately available credit, whether or not drawn upon and whether or not a charge back is provided for in the event of difficulties in collection; and,

4. Providing the security for payment of all sums due and owing, or to become due or owing, by DEBTOR, and;

5. Constituting the source of the assets, via the sentient existence, exercise of faculties, and labor of the Secured Party, that provide the valuable consideration sufficient to support any Contract, which DEBTOR may execute, or to which DEBTOR may be bound to by any person whatsoever.

DEBTOR hereby confirms that this Security Agreement is a duly executed, signed, and sealed private contract entered into knowingly, intentionally, and voluntarily by DEBTOR and Secured Party, wherein and whereby and in consideration for Secured Party's accommodations, DEBTOR agrees to:

   a. Voluntarily enters DEBTOR in the Commercial Registry;
   b. Transfers and assigns to the Secured Party a security interest in the Collateral described herein below; and
   c. Agrees to be, act, and function in law and commerce, as the unincorporated, proprietary trademark of the Secured Party for exclusive and discretionary use by the Secured Party in any manner that the Secured Party, by Sovereign and Unalienable Rights, elects.
   d. DEBTOR also acknowledges and agrees that Secured Party may allow other entities to perform any of Secured Parties obligations under this agreement in Secured Parties Sole Discretion.
   e. DEBTOR agrees to pay any and all costs associated with any outsourced services that may be due now or become due in the future.

## II. FIDELITY/INDEMNITY BOND

KNOW ALL MEN BY THESE PRESENTS, that **MICHAEL TODD RICKS©** aka **MICHAEL TODD RICKS-BEY©**, DEBTOR, establishes this **BOND** in favor of the Secured Party, "**Michael Todd Ricks-Bey©**", in the of present Collateral Values up to the penal sum of One-Hundred Billion united States Dollars ($ 100,000,000,000.00), for the payment of which **BOND**, well and truly made, the DEBTOR and DEBTOR'S Heirs, Executors, Administrators, and Third-Party Assigns, Jointly and Severally, by these presents.

The condition of the above **BOND** is: the Secured Party covenants to do certain actions on behalf of DEBTOR, as set forth above in "Agreement", and DEBTOR, with regard to conveying goods and services in Commercial Activity to the Secured Party, covenants to serve as a **TRANSMITTING UTILITY CORPORATION, TRADE NAME, DISREGARDED ENTITY, and ADMIRALTY VESSEL**, all of which are to be used as a Commercial vehicle of Exchange. Therefore DEBTOR, in assurance of fidelity/indemnity, **GRANTS** to the Secured Party a Priority Security Interest in the collateral described below, located within "The State of Colorado", any "STATE OF", the united States of America, within and without all jurisdictions whatsoever, CORPORATE and sovereign, PUBLIC and private, on land and on the sea.

This **BOND** shall be in Full Force and Effect as of the date hereon and until the DEBTOR'S fidelity/indemnity Bond holder, Michael Todd Rick-Bey©, is released from liability by the written order of the UNITED STATES GOVERNMENT and provided that said Surety may cancel this **BOND** and be relieved of further liability hereunder by delivering a thirty-day (30) written Notice to DEBTOR. No such cancellation shall affect any liability incurred or accrued hereunder prior to the termination of said thirty-day (30) period. In such event of Notice of Cancellation, the DEBTOR agrees to reissue this **BOND** before the end of said thirty-day (30) period for an amount equal to or greater than the above-stated value of this Security Agreement, unless the Parties agree otherwise.

### III. INDEMNITY CLAUSE

The DEBTOR, without the benefit of discussion or division, does hereby agree, covenant, and undertake to **indemnify**, defend, and hold the Secured Party harmless from and against any and all Civil or Criminal Liability Claims, Losses, Liabilities, Costs, Interests, and Expenses, (hereinafter referred to as "Claim" or "Claims"), which Claims include, without restriction, all Legal Costs, Interests, Penalties, and Fines suffered or incurred by the Secured Party in accordance with the Secured Party's Personal Guarantee with respect to any Loan or Indebtedness of DEBTOR, including any amount DEBTOR might be deemed to owe and creditor for any reason whatsoever.

The Secured Party **SHALL** promptly advise DEBTOR of any Claim and provide DEBTOR with full details of said Claim, *inter alia*, with full details and a copy of any documents, correspondence, suit, or action received by or served upon the Secured Party. The Secured Party **SHALL** fully cooperate with DEBTOR in any discussion, negotiation, or other proceeding relating to any Claim.

### IV. OBLIGATIONS SECURED

The Security Interest **GRANTED** herein secures any and all indebtedness and Liability whatsoever of DEBTOR to the Secured Party, whether direct or indirect, absolute or contingent, due or to become due, now existing or hereafter arising, and however evidenced.

### V. COLLATERAL

The collateral to which this Security Agreement pertains to, inter alia, includes but is not necessary limited to, all of the herein below described personal and real property of DEBTOR, now owned or hereafter acquired by DEBTOR, in which the Secured Party **HOLDS ALL INTEREST**. DEBTOR retains possession, use and all Rights of possession and use, of all the listed Collateral/Party, and all Proceeds, Products, Accounts, and Fixtures, and the Orders therefrom, are released to DEBTOR.

**BEFORE** any of the Property and Rights thereto listed below or acquired itemized hereafter by the DEBTOR, can be disbursed, exchanged, sold, tendered, forfeited, gifted, transferred, surrendered, conveyed, destroyed, disposed of, or otherwise removed from DEBTORS possession, (by Any Third-Party), the Dishonor Settlement Agreement **Bill of Exchange # BOE-061619592883-MTRB**, held by **THE SECURED PARTY MUST BE SATISFIED IN FULL AND ACKNOWLEDGEMENT OF THE SAME COMPLETED.**

Form: SA-111219792883-MTRB          Secured Party: Michael Todd Ricks-Bey©

## SECURITY AGREEMENT

1. Trademark and Trade name of DEBTOR;
2. Any and every alleged Birth Document;
3. All related accounts, trusts, documents, instruments, and endorsements, front and back, regarding Debtor's Social Security account number;
4. All Social Security Income from Social Security account number: **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**;
5. UCC Contract Trust Account Number: **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**;
6. Case Number(s): **1889CV003686, 1989DR002869, 1989R002342, 1990CV009351, 1990S200275, 1990C204014, 1990R000755, 1993CR000885, 1994C211576, 1995DR000644, 1996 DR002197, 1997CV0033755, 1997DR002288, 1997M102262, 1997S200886, 1997S200887, 1998C106236, 1998C205064, 1998C207976, 1998C207977, 1998CV000063, 1998JV001611, 1998S200538, 1998S200539, 1998S200962, 1999C202550, 1999CR002976, 1999S000376, 2000CV000363, 20003S200340, 2004CR383, 20005CR3189, 2005CV3863, 2006JA136, 2007C003600, CV200734, 16807-AF, 074903818**;
7. United States Passport: **076900531**
8. State of COLORADO, Arapahoe County Marriage Certificate: **2165000**
9. Any and all prison or criminal justice bonds relating to MICHAEL TODD RICKS© aka MICHAEL TODD RICKS-BEY©, or the like that would be 'holding' or 'detaining' the DEBTOR;
10. United States Department of Transportation – Federal Aviation Administration Pilots License Number;
11. Colorado Drivers License Number **92-193-3401**;
12. All military records from all divisions of the United States Military including all records, discharge papers, files, licenses, and the like referencing DEBTOR;
13. All land, real property; documents involving all real property in which Debtor has an interest, including all buildings, structures, fixtures, and appurtenances situated on and affixed thereto;
14. All vessels and all equipment, accoutrements, baggage, and cargo affixed thereto, pertaining thereto, stowed therein, and like, including but mot limited by: all motor vehicles, engines, ancillary, lubricants, fuels, and fuel additives;
15. All proceeds, products, accounts, and fixtures from crops, mine head, wellhead, with transmitting utilities, etc.;
16. All brokerage accounts (i.e. all stock, bond, mutual fund, and money-market accounts, and the like);
17. All Retirement Plan accounts, Individual Retirement Accounts, 401(k)'s, Pension plans, and the like;
18. All stockpiles, collections, build-ups, amassments, and accumulations, how ever small, of Federal Reserve Notes, Gold Certificates, and Silver Certificates, and all other types and kinds of cash, coin, currency, and money (delivered into possession of Secured Party as of the date of this Security Agreement as described in subparagraph on page one (1) of this Security Agreement;
19. All rents, wages, salaries, and other income from what ever source derived;
20. All documents, records, and certificates re cottages, cabins, houses, and building in which Debtor has an interest;
21. All proprietary data and technology, inventions, royalties, and good will;
22. All rights for requesting, refusing, authorizing, and disallowing the administration of, any food, beverage, nourishment, water, and the like, that might be infused into, such as by injection, swallowing, and like into the body, and any substance that might affect the body in any manner whatsoever;
23. All land, mineral, water, and air rights;
24. All cottages, cabins, houses, and buildings and the appurtenances situated thereon and/or affixed thereto;

25. All bank accounts, bank 'safety' deposit boxes and the contents therein, the box numbers associated therewith, and the keys to any safety deposit boxes, combinations, security codes, passwords, and the like associated therewith;
26. All bank account and credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;
27. All rights for creating, inventing, adopting, utilizing, and promulgating, any system and means of currency, money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;
28. All inventory in any source,
29. All machinery, either farm or industrial;
30. All boats, yachts, and watercraft, and all equipment accoutrements, baggage, and cargo affixed or pertaining thereto stowed therein, *inter alia*: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;
31. All aircraft, gliders, balloons, and all equipment accoutrements, baggage, and cargo affixed or pertaining thereto stowed therein, *inter alia*: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, and fuels and fuel additives;
32. All motor homes, trailers, mobile homes, recreational vehicles, house, cargo, and travel trailers, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, *inter alia*: all ancillary equipment, accessories, parts, service equipment, lubricants, and fuels and fuel additives;
33. All livestock and animals, and all things required for the care, feeding, use, and husbandry thereof;
34. All vehicles, automobiles, trucks, four wheel vehicles, ATV's, trailers, wagons, motorcycles, bicycles, tricycles, and any other wheeled conveyances;
35. All computers, servers or personal, cell phones, MP3 players, PDA's, laptops and the like, as well as any and all computer related equipment and accessories, electronically stored files or data, telephones, electronic equipment, office equipment and machines;
36. All visual reproduction systems, aural reproduction systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, phonograph records, film, video and aural production equipment, cameras, projectors, and musical instruments;
37. All manuscripts, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, and music;
38. All books and records of DEBTOR;
39. All Trademarks, Registered Marks, copyrights, patents, proprietary data and technology, inventions, royalties, and good will;
40. All scholastic degrees, diplomas, honors, awards, and meritorious citations;
41. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever, of DEBTOR;
42. All Intellectual property, MICHAEL TODD RICKS, AUSTIN MICHAEL RICKS, GABRIELLE MARIE RICKS, JAYLEN ISAIAH RICKS, DRAYDEN ISAAC TODD RICKS AND TAYSIA SIMONE RICKS and any and all derivatives and variations in spelling of said name hereinafter All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, blood and blood