# Exhibit 374

# PART 34

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.
v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

1. *Notarize and sign below in Red ink in unlimited-liability capacity, using Respondent's Muslim name for signature, signifying contractual agreement to the sentiments and intent of one as expressed herein;*

2. *Fail to sign, notarize, and return this Bill of a Peace or any sequence thereof, does thereby declare under oath that Respondent is an enemy of one and the united States of America and the people, Constitution, and Government thereof.*

*Respondent must execute this **Affidavit**, i.e. **"Bill of Peace"**, as per the first of the two (2) designated options above and mail to the below-named notary within ten (10) calender days or Respondent's receipt of this Bill of Peace. Non-response by respondent, as well as any response of any kind whatsoever other than receipt by **Notary Public, Cathy Berg** of this Bill of Peace with Respondent's original, notarized signature thereon in Red ink, established on the record Respondent's confession and consent of judgment under oath that Respondent stipulates that:*

1. *Respondent is acting in accordance with the second of the two (2) above designated options under alleged "authority" of some War Power, such as the Trading With The Enemy Act of October 6, 1917 as amended on March 9, 1933, codified in 12 USC 95, which is the "law of necessity", i.e. "law of the jungle", i.e. "no law".*

2. *Any action of any kind by anyone against one re this instant matter hereafter constitutes a deliberated act of was against one, the united States of America and the government and people thereof, and treason against the Constitution of the united States, 1787.*

3. *Respondent is operating on alleged authority of a letter of marque and reprisal issued by an undisclosed party.*

4. *Any paper, notices, subpoenas, and the like which one might receive hereafter are of no legal force and effect due to being hostile acts of aggression, and One can legally and lawfully disregard all of said paperwork without legal possibility for reprisal under the principle conveyed in and by the Fifth Amendment to the Constitution of the united States, 1787, Bill of Rights, 1791, and such established maxims of law as:*

   ★ *No one is bound to arm his adversary against himself. Wing. Max. 665.*

   ★ *No man is bound to produce writings against himself. Bell, Dict.*

   ★ *No one is bound to accuse himself. Wing. Max. 486; 14 M. & W. 286; 107 Mass. 181.*

5. *No valid, enforceable, and bona fide contract between One and Respondent is possible due to the duress, fraud, menace, and undue influence inherent in Respondent's aggression, non-disclosure, and acts of war against One and One's Country.*

6. *All commercial intercourse between enemies is both prohibited and cannot be made obligatory between One and Respondent.*

7. *One is authorized to lodge One's complaint with the military of the united States and the World Court for war crimes against indigenous people and humanity.*

*One herewith declares and asserts on One's unlimited liability that One issues the Bill of Peace with sincere intent, that One is competent to state the matters set fort herein, that the contents are true, correct, and complete, not misleading, and the truth, that whole truth, and nothing but the truth to the best of One's knowledge, understanding, and deeply held spiritual convictions and creed.*

"Without Prejudice UCC 1-308, UCC 1-103.6"

Attested: per curiam   *Michael T. Ricks-Bey©*
Michael Todd Ricks-Bey®, Authorized Representative,
Attorney-In-Fact, Secured Party Creditor,
In behalf of MICHAEL TODD RICKS®, ENS LEGIS,
With explicit reservation of all Unalienable
Rights, waiving none, without recourse

Dated: _3-11-07_

## VERIFICATION

Washitaw Nation of Muurs       )
Republic of Oklahoma           ) SS VERIFIED DECLARATION
County of Beckham              )
united State of America        )

I, Michael Todd Ricks-Bey©, Declaration herein, one of the Private People in the Washitaw Nations of Muurs, De Dugdah Mound Ya and Commonwealth of Virginia Republic, one of The United States, of America, a union of republic states under penalties of perjury under The Laws of The United States of America and of the Oklahoma Republic, that Declarant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarant's personal knowledge and belief.

As a Notary Public for said County and State, I do hereby certify that on this 11th day of March, 2007, that Michael Todd Ricks-Bey©, the above mentioned, appeared before me and executed the foregoing. Witness my hand and seal:

/S/ *Michael T. Ricks-Bey*
Michael Todd Ricks-Bey©, Secured Party-Principal in behalf of the
Debtor, MICHAEL TODD RICKS©, JURISTIC PERSON, et al.

*Sandy Glenn*
Notary Public
My Commission Expires: 1-17-2010

[Notary Seal: SANDY L. GLENN, NOTARY PUBLIC, #06000853, EXP. 01/17/10, IN AND FOR STATE OF OKLAHOMA]

| SOCIAL SECURITY ADMINISTRATION | | TOE 420 | Form Approved OMB No. 0960-00 |
|---|---|---|---|
| **REQUEST FOR WITHDRAWAL OF APPLICATION** | | | Do not write in this space |

**IMPORTANT NOTICE.**— This is a request to cancel your application. If it is approved, the decision we made on your application will have no legal effect, all rights attached to an application, including the rights of reconsideration, hearing, and appeal will be forfeited, and any payments we made to you or anyone else on the basis of that application will have to be returned. You must then reapply if you want a determination of your Social Security rights at any time in the future but any subsequent application may not involve the same retroactive period. This procedure is intended to be used only when your decision to file has resulted, or will result, in a disadvantage to you. Your local Social Security office will be glad to explain whether, and how, this procedure will help you.

| NAME OF WAGE EARNER, SELF-EMPLOYED INDIVIDUAL, OR ELIGIBLE INDIVIDUAL | SOCIAL SECURITY NUMBER |
|---|---|
| (MICHAEL T. RICKS) (MICHAEL TODD RICKS) And/or Michael T. Ricks-Bey [Michael Todd Ricks-Bey] | |
| PRINT YOUR NAME *(First name, middle initial, last name)* | DATE OF APPLICATION Nunc Pro Tunc 06-16-59 | TYPE OF BENEFIT O.A. S.D.I. |
| | TYPE OF APPLICATION Form SS-5, or other | and other |

I hereby request the withdrawal of my application, dated as above, for the reasons stated below. I understand tha (1) this request may not be cancelled after 60 days from the mailing of notice of approval; and (2) if determination of my entitlement has been made, there must be repayment of all benefits paid on the application want withdrawn, and all other persons whose benefits would be affected must consent to this withdrawal. further understand that the application withdrawn and all related material will remain a part of the records of th Social Security Administration and that this withdrawal will not affect the proper crediting of wages o self-employment income to my Social Security earnings record.

Give reason for withdrawal. *(If you need more space, use the reverse of this form.)*

1. ☐ I intend to continue working. (I have been advised of the alternatives to withdrawal for applicants under ful retirement age and still wish to withdraw my application.)

2. ☐ Other (Please explain fully): _____

   "See attached affidavit & certification of withdrawal"

☐ Continued on revers

**SIGNATURE OF PERSON MAKING REQUEST**

| Signature *(First name, middle initial, last name) (Write in ink)* without Prejudice UCC 1-308, 1-103.6 SIGN HERE ► Michael T. Ricks-Bey | Date *(Month, day, year)* 3-11-07 |
| | Telephone Number *(include area code)* N/A |

Mailing Address *(Number and Street, Apt. No., P.O. Box, or Rural Route)*
c/o 1605 E. Main Street

| City and State City of Sayre, State of Oklahoma | ZIP Code [73662] | Enter Name of County (in which you now live |

Witnesses are required ONLY if this request has been signed by mark (X) above. If signed by mark (X), two witnesses to the signing who know the person making the request must sign below, giving their full addresses.

| 1. Signature of Witness | 2. Signature of Witness |
|---|---|
| Address *(Number and Street, City, State and ZIP Code)* | Address *(Number and Street, City, State and ZIP Code)* |

**FOR USE OF SOCIAL SECURITY ADMINISTRATION**

| ☐ APPROVED | ☐ NOT APPROVED BECAUSE —— | ☐ BENEFITS NOT REPAID | ☐ CONSENT(S) NOT OBTAINED | ☐ OTHER *(Attach special determination)* |
|---|---|---|---|---|
| SIGNATURE OF SSA EMPLOYEE | | TITLE ☐ CLAIMS AUTHORIZER | ☐ OTHER *(Specify)* | DATE |

Form SSA-521 (07-2003) EF (07-2003) Destroy Prior Editions

### REQUEST FOR WITHDRAWAL OF APPLICATION
(Continuation of "Request For Withdrawal of Application," Box #2)

I do not desire to benefit from any Contracts, Franchises, Agreements, Covenants, Hypothecations, Promises, Pledges, 'Cession Bonorural, Bailments, Transfers, and/or Transactions with or from the UNITED STATES, UNITED STATES OF AMERICA, DISTRICT OF COLUMBIA, STATE OF VIRGINIA, COLORADO, and/or any "STATE OF" their subdivisions, or representatives. All elections to be a U.S. CITIZEN are canceled and withdrawn.

All contracts and Elections to be treated as a UNITED STATES CITIZEN, or Franchise thereof, are null and void and are canceled due to NON-DISCLOSURE and FAILURE OF FAIR CONSIDERATION. See, Uniform Commercial Code § 1-107.

Any alleged privileges and/or benefits are REJECTED and WAIVED. Any commercial transactions and/or donations in the future will be Accepted For Value, under necessity due to the 'Declared Emergency,' the "UNITED STATES BANKRUPTCY," the "Trading With The Enemies Act," the "Buck Act," and any others in violation of Law and the Rights of "Inhabitants" of Man, as being compelled under Coercion, Fraud, and Duress upon the People and Inhabitants evidenced upon the Public Record.

All SS-5, W-2, W-4, SS-4, and all related Contracts, Pledges, Oaths, Affirmations, or Elections abrogation my status or standing in Law are unconscionable in nature, and without full disclosure or discussion, Coercion was used to misinform me as to the nature of those Contracts, which if they were to be enforced would constitute an act of FRAUD, by way of "Accomplice Liability," in depriving me of Life, Liberty, Property and the Pursuit of Happiness, by the enforcing Party.

This request for withdrawal (Form S3A-521), Social Security # 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, Exemption Identification # 229962883, and Account #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, and any and all Accounts and Property related thereto or therefrom are Accepted For Value, including all related endorsements, front and back, in accordance with U.C.C. §§ 1-104, 3-419, 10-104, and House Joint Resolution 192 of June 15th, 1933. Charge Account # 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, for the registration and all other necessary fees and Command the Memory of Account # 229962883 to charge the same to the Debtors Order or to the Order of the Social Security Administration, USA Department of Health and Human Resources, or to Henry Paulson's (Sec. of the Treasury) Order.

This, and all other related Property is Tax Exempt and Exempt From Levy. Please release all Property, Accounts, Indetures, Debentures, Contracts, Instruments, Records, Orders, and all related Value and Debt Instruments, immediately. The Property is Pre-paid and, if your Agency does not release the Property immediately, your Agency shall notify me within T + 3 Days, to be accompanied by a Superior Claim over that of the Secured Party, as registered at the Colorado State Department of Licensing, #2007/014/1237-3. (UCC-1 Number)

NOTICE TO PRINCIPALS IS NOTICE TO AGENT
AND
NOTICE TO AGENT IS NOTICE TO PRINCIPAL

### AFFIDAVIT & CERTIFICATION OF WITHDRAWAL

This constitutes Actual and Constructive Notice that I, Michael-Todd: of the Ricks-Bey© Tribe/Family, do hereby, withdrawal, revoke, rescind, terminate, waive, decline, refuse, and forfeit any and all Contracts, Agreements, Applications for Social Security benefits and/or Social Security Documents NUNC PRO TUNC to June 16, 1959, due to "Fraud", "Non-Disclosure" and "failure of Fair Consideration" in Accordance with Uniform Commercial Code, Article I, § 107.

Furthermore, for the reasons set forth, upon discovery that by initiating the SS-5 Form and by marking the Box identified as U.S. Citizen, it has compelled and subjected Me as a Natural born human being to the dominion of Government for the promotion of their general welfare and protection of their individual as well as collective rights.

It has also compelled and subjected Me by not only marking the Citizenship box but also by altering the Moslem appellation of My name on the application to all CAPITAL LETTERS thereby compelling and subjecting Me to the Federal Governments Jurisdiction, Washington, D.C. (District of Columbia), or more accurately the Municipal Corporation of the District of Columbia (not exceeding ten miles square)/ and thereby altering My Natural free-born citizenship under Article II, § 1, c. 1.5.

It is further discovered that by the Social Security Administration and IRS assigning the Entity account to a Corporate Entity (ens legis), it has left the applicant in the position of a "fiduciary" or a sub-agent and as a Corporate surety or guarantor (liability) and upon further investigation and analysis by using the 6209 Manual (IRS) to decrypt and decode the individual master and/or business files for said Corporate Entity, reveal that said entity's account describes a high level of narcotics trafficker in a non-freeze alpha condition (ongoing criminal investigation) out of Puerto Rico, in which is part of the #62 PUERTO RICO SPECIAL FUND INTERNAL REVENUE, a place where I have never been?

Being the source, through the Social Security Administration and IRS, by assigning and altering My name to a Corporate Entity and account constituting inducement to transact business, and non-disclosure of material facts and legal ramifications, have also compelled and subjected the Natural physical person, Michael-Todd: Ricks-Bey© to the conditions of the Corporation Tax Act of 1909, which clearly states that "all income taxes are taxes on Corporations and not on people in their natural physical states, but in their artificial state", MICHAEL TODD RICKS.

To further affect my withdrawal, with no disrespect to the voluntary benefits only with held for the benefits of the elderly and necessaries of that nature, which are created by pure participation  Michael-Todd: Ricks-Bey©.

I personally am not desirous to participate in, nor contribute to the "American Experience in democracy" due to the obvious antinomy between the Republic, Guaranteed by the Original Organic constitutions and said democracy (non-constitutional). And further I Michael-Todd: of the Ricks-Bey© Tribe/Family have never knowingly, intentionally, nor deliberately (with full disclosure of the material facts and legal ramification) transfer(ed) any property, Security Interests to the UNITED STATES, STATE OF VIRGINIA, COLORADO and/or any "STATE OF", its or their Agencies & Instrumentalities for Public use, nor have I made or executed any

transfer, promise, hypothecation/ or assignment thereof/ of any Right, Title, or interest therein to any third person, or persona, by or under the operation of 12 USC Sec. 95B, nor have I made any genuine or bona fide election to be treated as a "Citizen of the United States", (defined at 28 USC Sec. 3002(15), or "resident agent" thereof, by its or their Agencies or Instrumentalities/ notwithstanding Corporate Restructuring and/or reorganization pursuant to Act of Congress, February 21, 1871, 16 Stat. I, 419, and have altogether removed and secured My "res" from the Federal (Military) Corporate Districts and Venue, including but not limited to: Things corporeal and incorporeal, moveables (in tegrum), res mancipi and nes rec mancipi, things real and things personal, things in possession and chose actions, res singulae, tangible and intangible, chattel paper and goods bearing My name and Title, to include securing and Accepting for Value My application for Birth Registration, Live Birth Report, and insurance of "Certificate of Live Birth", all of which is the same "Security" as articulated in UCC Article 8, Sec. 103 7 105, and have Accepted for Value the Social Security Document, all of which is recorded and registered with the United States Secretary of Treasury, the Colorado State Department of Licensing, Uniform Commercial Code Division, Registration #2007-014-1237-3/Financing Statement and Colorado County Auditors Office, and other Document in which pertain to, include: Security Agreement & Addendum, Affidavit of Agreement for Suit, Affidavit of Cancellation of Contracts, Affidavit of Denial of Corporate Existence, Affidavit of Denial of Benefits, Certificate & Declaration of Sovereign Status/Oath of Renunciation, Notice of Trade Name &c.

Whereby as a Private Agent to the corporate entity otherwise described as Ship Owner as set out at 49 Stat. 1985, Title XI, I have taken the same at face value and duly filed evidencing a private maritime lien against the Corporate Entity, DEBTOR, MICHAEL TODD RICKS, on account of advances and necessaries and against the DEBTORS organizations, franchised organizations, co-sureties, co-guarantors, and/or fiduciaries, agencies & instrumentalities by priority and right of indemnification as to any and all debts, duties/claims, charges or encumbrances by the UNITED STATES, STATE OF VIRGINIA, COLORADO and/or any "STATE OF", its or their agents, employees, officers, representatives trustees and fiduciaries situated within the Fifty de jure States comprising the Union, under color of Title 12 USC Sec. 95B, October 6, 1917, et seq., House Joint Resolution 192 of June 5, 1933, stemming from Presidential proclamations No. 2039 of March 6, and 2040 of March 9, 1933.

Further, I do not desire to contribute to, or with the existence of CORPORATE FICTION(S) created to immunize its officers, agents, employees, trustees, and fiduciaries from liability or responsibility by passing the same on to the shoulders of a non-existent "Fiction of Law" (ens legis), such as the UNITED STATES, STATE OF VIRGINIA, COLORADO and/or any "STATE OF", its or their Agencies & Instrumentalities under a contrived National Emergency, allowing inland privateering and repeated "Hobbs Act" violations (larceny) violating Title 18 USC Sections 1951, 1962 of June 25, 1948, c. 645, 62 Stat. 793 (September 13, 1994) Public Law 103-322, Title XXX, Section 330016(1)(L) 108 Stat. 2147.

In which I have every Right to withhold giving a claim upon or against My property, and interests therein, UCC Article 9, Sec. 204(3), and to withhold registering, licensing, or otherwise encumbering said property and interests therein to protect the same from factor's claims, warehouseman's claims, or from becoming 'alieni juris' by and through a maritime claim against the same, or anything relating or pertaining thereto, as evidence within My Security Agreement, notwithstanding, Senate Doc. No. 43, 73rd Congress, 1st Session (March 9, 1933), Treaty Doc. No. 97-19 (February 17, 1950) at page 494, nor Counsel of State Governors presumed Acts of

"pledging all property" within their jurisdiction and control for want of a consideration to lawfully acquire title thereto, all of was arbitrary and capricious and without authority of "Law". According to the Lieber Code, which discloses that the rules of property are not displaced by Proclamation of a contrived National Emergency over a Bankrupt Nation on account of acquiescence to passage of the Federal Reserve Bank Act of December 23, 1913/ Session II, Ch. 6, Codified at Title 12 USC Sec. 411, giving every agency or instrumentality of Government the right (a cession of War) to accept, receive, hold, and dispose of "hypothecations" of the people of the Fifty States comprising the Union of America, ultimately amounting to Treason, Sedation, Peonage, and Involuntary Servitude against the people and Myself.

Ultimately it is the duty of the Social Security Administration to acknowledge this Notice of Withdrawal and any other Notices and/or correspondences that have and am providing, that they or the IRS has no quasi in rem, secret maritime in rem, transitory in personam jurisdiction over MICHAEL TODD RICKS, surnamed My "res" on the erroneous presumption of res deralicata (abandonment) of property security interest, by further doing so will constitute libelous and slanderous assumptions of jurisdiction, power and authority and the written and unwritten "policy" of said actors in continuing to interfere with the "Private" Commercial activity (i.e. exercise of My Right of property) without said Corporate Commercial Venue and without indenture, operation and/or application of any causi debendi Statute, Code or Regulation (mala prohibita) do continue to perpetuate a criminal fraud, artifice, scheme or enterprise against MICHAEL TODD RICKS under color of Title 50 USC App. Sections 1-6, 7-39 and 41-44, and the Trading with the Enemy Act of October 6, 1917, Ch. 106, 40 Stat. 411, amounting to the before mentioned above, motivated by the invidious economic animus of a "Bankrupt" threatened with the loss of Security for the benefit of its Principle Creditor.

In closing, I would also like to point out upon discovery that without disclosure or discussion I was coerced into believing I could not work without having and retaining a Social Security card/Number and without filling out a W-4 Form.

But upon discovery to with hold State income taxes under Title 5 USC Sec. 5517 (a)(1), it provides: "for the collection or tax by employers…" <u>if any employee voluntarily elects to have such sums withheld.</u> I do not believe I have ever made that agreement.

Under 26 USC Sec. 6109(a)(c), it only requires an employer to Request a Social Security Number from an employee, not demand one.

Also under 26 C.F.R. §31.3402(P)(1), voluntary withholding agreements, it provides: (a) An employee and his employer may enter <u>into an agreement</u>, under Sec. 3402(b) to provide for withholding of income tax… Then we look at, (b)(ii), which says, "an employee who <u>desires to enter into an agreement</u> under Sec. 3402(P) shall furnish his employer with a Form W-4…"

All of which was never done or agreed upon, at least with regards to My behalf and with My consent with full disclosure of the material facts set forth, creating fraud, and honestly I do not believe I personally ever even filled out any W-4 Forms for any employers within the past Twenty Nine years I have worked.

And under the Privacy Act of 1974, 88 Stat. 1896 Sec. 7(a)(1), I am not required to furnish a Social Security Number to any Federal, State or local Government agency.