# Exhibit 374

# PART 35

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.***, Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

Nevertheless, Respectfully Notice has and is given to all appropriate agencies pursuant to 26 C.F.R. Sec. 1.1441.5, as to My status as a Moorish American National Citizen, and My property, along with a termination of Fiduciary Relationship, and this constitutes Official (NON-NEGOTIABLE) Notice to the Social Security Administration, its or their Agents & Principles, that I fully and Respectfully withdraw My application and/or instrument/Documents NUNC PRO TUNC to June 16, 1959, and fully expect repayment of any and all benefits paid on the applications I want withdrawn, whether or not all records will remain for recording or identification purposes.

If for any reason the Social Security Administration disputes and needs any Document pertaining to My registered Property or other Affidavits Registered, upon request they will accordingly be provided.

I Michael-Todd Sui Juris of the Ricks-Bey© Tribe/Family, do certify that the contents herein are True, Correct, Certain and Complete under the penalty of perjury bearing false witness to help me God.

I, Michael-Todd Sui Juris of the Ricks-Bey© Tribe/Family, make Explicit Reservation of All Rights in accord with UCC § 1-308.

EXECUTED AND SIGNED, this day 11th day of March, 2007 C.E.

Michael-Todd: Ricks-Bey©, sui juris
Original Jurisdiction Capacity
Secured Party/Creditor
Holder-In-Due-Course
Sovereign American

CC:   SOCIAL SECURITY ADMINISTRATION
      COMMISSIONER OF SOCIAL SECURITY
      PRINCIPAL DEPUTY COMMISSIONER
      CHIEF OF STAFF
      CHIEF ACTUARY
      GENERAL COUNSEL
      INSPECTOR GENERAL
      DEPUTY COMMISSIONER FOR FINANCE,
      ASSESSMENT, AND MANAGEMENT/CHIEF-
      FINANCIAL OFFICER
      INTERNAL REVENUE SERVICE, DISTRICT DIRECTOR
      Personal File    Form-SSA-521-Aff-Cert.

Washitaw Nation of Muurs )
Republic of Oklahoma ) **SS VERIFIED DECLARATION**
County of Beckham )
<u>united</u> States of America )

I, Michael Todd Ricks-Bey©, Declaration herein, one of the Private People in the Washitaw
Nations of Muurs, De Dugdh Mound Ya and Commonwealth of Virginia Republic, one of The
United States, of America, a union of republic states under penalties of perjury under The Laws
of The United States of America and of the Oklahoma Republic, that Declarant is competent to
be a witness and that the facts contained herein are true, correct, complete, and not misleading, to
the best of Declarant's personal knowledge and belief, made voluntarily and intentionally for the
purpose stated.

As a Notary Public for said County and State, I do hereby certify that on this 11th day of March,
2007, that a Natural Person whose Moslem name is Michael Todd Ricks-Bey©, the above
mentioned, appeared before me and executed the foregoing.  Witness my hand and seal:

/s/ *Michael T. Ricks-Bey*
Michael Todd Ricks-Bey©, Secured Party-Principal in behalf of the
Debtor, MICHAEL TODD RICKS©, JURISTIC PERSON, ENS LEGIS

*Brandy Dart*
Notary Public
My Commission Expires:

1-cv-12257-PBS   Document 6428-35   Filed 08/28/09   Pa

 **UNITED STATES POSTAL SERVICE**®

Home | Help

Track & Confirm

## Track & Confirm

### Search Results

Label/Receipt Number: **7006 2760 0005 6602 1299**
Status: **Delivered**

Your item was delivered at 8:18 AM on March 20, 2008 in BALTIMORE, MD 21235.

( Additional Details > )   ( Return to USPS.com Home > )

Track & Confirm

Enter Label/Receipt Number.

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature ⬜ Agent ⬜ Addressee<br>SOCIAL SECURITY ADMINISTRATION BALTIMORE, MARYLAND 21235<br>B. Received by ( Printed Name )   C. Date of Delivery |
| 1. Article Addressed to:<br><br>SOCIAL SECURITY ADMINISTRATION<br>COMMISSONER OF SECURITY<br>C/o 6401 Security Building<br>Baltimore, Maryland Republic<br>[21235] | D. Is delivery address different from item 1? ⬜ Yes<br>If YES, enter delivery address below: ⬜ No |
|  | 3. Service Type<br>■ Certified Mail ⬜ Express Mail<br>⬜ Registered ■ Return Receipt for Merchandise<br>⬜ Insured Mail ⬜ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee) ⬜ Yes |
| 2. Article Number (Transfer from service label)   7006 2760 0005 6602 1299 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |


UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm        FAQs

## Track & Confirm

### Search Results

Label/Receipt Number: **7006 2760 0005 6602 1312**
Status: **Delivered**

Your item was delivered at 9:56 AM on May 22, 2008 in OGDEN, UT 84401.

Track & Confirm

Enter Label/Receipt Number.

Go >

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Internal Revenue Service
Regional District Dir - Alex Seddio
c/o 324 25th Street
Ogden, Utah Republic
[84401]

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Lara Daly*                          ☐ Agent
                                        ☐ Addressee

B. Received by (Printed Name)  MAY 22 2008 (Date of Delivery)
*Lara Daly*

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail       ☐ Express Mail
   ☐ Registered           ☐ Return Receipt for Merchandise
   ☐ Insured Mail         ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
(Transfer from service label)   7006 2760 0005 6602 1312

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $.19 |
| Certified Fee | 2.00 |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $4.89 |

Postmark Here

MAY 21 2008
BURLINGTON CO

Sent To
Internal Revenue Service
Street, Apt. No.;
or PO Box No.  111 Constitution Ave. N.W.
City, State, ZIP+4
Washington, D.C. 20224

PS Form 3800, August 2006        See Reverse for Instructions

7006 2760 0005 6602 1312

Douglas/Denver county
The State of Colorado

The united States of America 1789 anno Domini

## NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### AND
## NOTICE TO PRINCIPAL IS NOTICE TO AGENT

## APPLICABLE TO ALL SUCCESSORS AND ASSIGNS

## NOTICE OF DEFINITIONS (ATTACHMENT "A",)
### FOR
## ASSEVERATION AND DECLARATION OF STATUS

And all subsequent process thereto in the action initiated thereby

The following definitions apply to the instrument to which it is attached and all subsequent process thereto.

Unless the context clearly requires otherwise, the following definitions are incorporated by reference in, and apply to, the pleadings and/or process to which these definitions are attached, and all subsequent process therein.

**MICHAEL TODD RICKS®,** In all documents "MICHAEL TODD RICKS" means MICHAEL TODD RICKS® and any and all derivatives and variations in the spelling of said name except "Michael-Todd, Michael-Todd of the Ricks-Bey tribe/family or Michael-Todd: Ricks-Bey," Common Law Copyright ® 1977 by: "Michael-Todd Ricks-Bey." All Rights reserved.

**Michael-Todd: Ricks-Bey.** In all documents "Michael-Todd: Ricks-Bey" means the sentient, living, Flesh-and-blood, The " Moorish Inhabitant" identified by the distinctive appellations(s) **"Michael-Todd: Ricks-Bey,"** **Michael-Todd** of the **Ricks-Bey** tribe/family are Reserved re use of Michael-Todd: Ricks-Bey®, Autograph Common Law Copyright ® 1977 By "Michael-Todd: Ricks-Bey."

Claimant, Michael-Todd: of the Ricks-Bey family, states that the facts contained herein are true and correct to the best of Claimant's first hand knowledge and belief under penalty of perjury to the Law of The State of Colorado and/or any "STATE OF".

"But it is the manner of enforcement which gives Title 42 U.S.C. 1983, its unique importance, for the enforcement is placed in the hands of the people." **Each Citizen "acts as a private attorney general** who takes on the mantle of the sovereign, guarding for all of us the individual liberties enunciated in the constitution". Section 1983 represents a balancing feature in our governmental structure whereby individual Citizens are encouraged to **police the named Defendants participating in the corporation(s)** of the several corporation(s) through which Defendants operate.

Definitions Memorandum
Page 1 of 21
Attachment"_____  "

The several united States of America
c/o 1605 E. Main Street/C-North 114B
Sayre, Oklahoma
[73662-3122]

## ASSEVERATION AND DECLARATION OF STATUS
## MEANS:

**Asseveration.** An affirmation; a positive assertion; a solemn declaration. This word is seldom, if ever, used for a declaration made under Oath, but denotes a declaration accompanied with solemnity or an appeal to conscience, whereas by oath one appeals to God-Allah as a witness of the truth of what one says.

**Declaration.** In common-law pleading, the first of the pleadings on the part of the plaintiff in an action at law, being a formal and methodical specification of the facts and circumstances constituting his cause or action. It commonly comprises several sections or divisions, called "counts", and its formal parts follow each other in this general order: Title, Venue, Commencement, Cause of Action, Counts, Conclusion. The declaration, at common-law, answers to the "libel" in ecclesiastical and admiralty law, the "Bill" in equity, the "Petition" in civil law, the "Complaint" in code and rule pleading, and the "Count" in real actions.

In law of evidence, an unsworn statement or narration of facts made to the party to the transaction, or by one who has an interest in the existence of the facts recounted.

**Status.** Standing; state or condition; social position. The legal relation of the individual [inhabitant] to the rest of the community. The rights, duties, capacities and incapacities, which determine a person [Citizen] to a given class. A legal personal relationship, not temporary in its nature nor terminable at the mere will of the parties, with which third parties and the state are concerned. While term implies relation it is not a mere relation.

The following definitions apply to the instrument to which it is attached and all subsequent process thereto. Unless the context clearly requires otherwise, the following definitions are incorporated by reference in, and apply to, the pleadings and/or process to which these definitions are attached, and all subsequent process therein.

**AGENCY.** The relation created by express or implied contract or by law, whereby one party delegates the transmission of some lawful business with more or less discretionary power to another, who undertakes to manage the affairs and render an account to the party that delegated the authority.

**ALL.** Means everything one has: the whole number, totality, including both all and sundry, total entity, everyone, each, and everything taken into account, and everything else, without restriction.

**ALTER EGO.** [L: literally, another I] **1**. A second self. **2**. An inseparable friend. <u>ACED</u>.

**AMERICAN.** One of the sovereign living people, possessing and entitled to the enjoyment of all the rights, privileges and immunities enumerated or un-enumerated in the United States Constitution; Natural Free Born; untouched by any man or his influences of civilization, and is the opposite of artificial, not subject to legal constraints of another, having power to follow the dictates of one's own free will. The term "American" is synonymous with "Inhabitant" and the term "American" does not include the terms "Person, Ens Legis Entity, Whoever, State citizen, State resident" or "Individual".

**APPELLATION.** [*Appellat o*, onis, *f. accosting; appeal; calling by name; name, title; pronunciation.* <u>Burt's Latin-English Dictionary</u>, 1926.] [a. Fr. **Appellation** (13th c., ad. L. **appellation-em**, of action f. appellare <to accost, *address, call upon>…] **I**. Appealing, appeal [from O.Fr. apeler.] *Obs.* **1**. The action of appealing to a

The several united States of America
c/o 1605 E. Main Street/C-North 114B
Sayre, Oklahoma
[73662-3122