# Exhibit 374

# PART 39

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.
v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

## COMMERCIAL NOTICE OF TRADE NAME

I, **Michael-Todd Ricks-Bey©**, sui juris, whose proper given name is always spelled in upper and lower case letter; and who is a living, breathing soul, hereby **DECLARES** as secured party and Creditor, that a private Security Agreement exists between Creditor and fictitious Debtor under the Trade names, AUSTIN MICHAEL RICKS a.k.a. RICKS-BEY; A.M. RICKS a.k.a. RICKS-BEY; RICKS a.k.a. RICKS-BEY, AUSTIN M; or any derivative thereof or therefrom, printed or written, spelled in upper or lower case, whole or in part, is to be filed in the Commercial Registry and is to be on Public Record in the Office of the Denver County Recorder.

### NOTICE

I, **Michael-Todd: Ricks-Bey©**, DENY USE of my Proprietary Trade names or any derivatives thereof or therefrom; and trespass on such may incur legal action in "Trade Name Libel." nunc pro tunc July 30, 1994 C.E.

Any part or principal addressing, suing, joining, or billing the Proprietary Trade Names, as mentioned above, or any derivatives thereof or therefrom, without specific written authorization by the undersigned, Secured Party/Creditor, will be billed at One-Million, Eight-Hundred Thousand United States Dollars ($1,800,000.00) on each count, the established penalty on each count of a trespass action.

### OATH

I, **Michael-Todd: Ricks-Bey©**, the Undersigned, Secured Party/Creditor, do aver that the aforementioned is the Truth and Fact to the best of my Knowledge and Belief, to be True, Correct, Certain and not meant to Mislead. This "Commercial Notice of Trade Name" is made under the Pains and Penalties of Perjury according to the Laws of Almighty GOD, the united States of America and the State of Colorado.

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
**AND**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

*Michael T. Ricks-Bey©*
Michael Todd Ricks-Bey©
Secured Party/Creditor
Holder-In-Due-Course
Trade Name Owner

## COMMERCIAL NOTICE OF TRADE NAME

I, **Michael-Todd Ricks-Bey**©, sui juris, whose proper given name is always spelled in upper and lower case letter; and who is a living, breathing soul, hereby **DECLARES** as secured party and Creditor, that a private Security Agreement exists between Creditor and fictitious Debtor under the Trade names, GABRIELLE MARIE RICKS a.k.a. RICKS-BEY a.k.a. ONESKY; G.M.RICKS a.k.a. RICKS-BEY a.k.a. ONESKY; RICKS a.k.a. RICKS-BEY, a.k.a. ONESKY GABIRELLE M; or any derivative thereof or therefrom, printed or written, spelled in upper or lower case, whole or in part, is to be filed in the Commercial Registry and is to be on Public Record in the Office of the Denver County Recorder.

### NOTICE

I, **Michael-Todd: Ricks-Bey**©, **DENY USE** of my Proprietary Trade names or any derivatives thereof or therefrom; and trespass on such may incur legal action in "Trade Name Libel," nunc pro tunc March 11, 1997 C.E.

Any part or principal addressing, suing, joining, or billing the Proprietary Trade Names, as mentioned above, or any derivatives thereof or therefrom, without specific written authorization by the undersigned, Secured Party/Creditor, will be billed at One-Million, Eight-Hundred Thousand United States Dollars ($1,800,000.00) on each count, the established penalty on each count of a trespass action.

### OATH

I, **Michael-Todd: Ricks-Bey**©, the Undersigned, Secured Party/Creditor, do aver that the aforementioned is the Truth and Fact to the best of my Knowledge and Belief, to be True, Correct, Certain and not meant to Mislead. This "Commercial Notice of Trade Name" is made under the Pains and Penalties of Perjury according to the Laws of Almighty GOD, the united States of America and the State of Colorado.

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
**AND**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

*Michael T. Ricks-Bey*©
Michael Todd Ricks-Bey©
Secured Party/Creditor
Holder-In-Due-Course
Trade Name Owner

## COMMERCIAL NOTICE OF TRADE NAME

I, **Michael-Todd Ricks-Bey**©, sui juris, whose proper given name is always spelled in upper and lower case letter; and who is a living, breathing soul, hereby **DECLARES** as secured party and Creditor, that a private Security Agreement exists between Creditor and fictitious Debtor under the Trade names, JAYLEN ISAIAH RICKS a.k.a. RICKS-BEY; J.I.RICKS a.k.a. RICKS-BEY; RICKS a.k.a. RICKS-BEY, JAYLEN I; or any derivative thereof or therefrom, printed or written, spelled in upper or lower case, whole or in part, is to be filed in the Commercial Registry and is to be on Public Record in the Office of the Denver County Recorder.

### NOTICE

I, **Michael-Todd: Ricks-Bey**©, **DENY USE** of my Proprietary Trade names or any derivatives thereof or therefrom; and trespass on such may incur legal action in "Trade Name Libel," nunc pro tunc April 16, 1997 C.E.

Any part or principal addressing, suing, joining, or billing the Proprietary Trade Names, as mentioned above, or any derivatives thereof or therefrom, without specific written authorization by the undersigned, Secured Party/Creditor, will be billed at One-Million, Eight-Hundred Thousand United States Dollars ($1,800,000.00) on each count, the established penalty on each count of a trespass action.

### OATH

I, **Michael-Todd: Ricks-Bey**©, the Undersigned, Secured Party/Creditor, do aver that the aforementioned is the Truth and Fact to the best of my Knowledge and Belief, to be True, Correct, Certain and not meant to Mislead. This "Commercial Notice of Trade Name" is made under the Pains and Penalties of Perjury according to the Laws of Almighty GOD, the united States of America and the State of Colorado.

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
**AND**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

*Michael T Ricks Bey©*
Michael Todd Ricks-Bey©
Secured Party/Creditor
Holder-In-Due-Course
Trade Name Owner

## COMMERCIAL NOTICE OF TRADE NAME

I, **Michael-Todd Ricks-Bey©**, sui juris, whose proper given name is always spelled in upper and lower case letter; and who is a living, breathing soul, hereby **DECLARES** as secured party and Creditor, that a private Security Agreement exists between Creditor and fictitious Debtor under the Trade names, DRAYDEN ISAAC TODD RICKS a.k.a. RICKS-BEY; D.I.T. RICKS a.k.a. RICKS-BEY; RICKS a.k.a. RICKS-BEY, DRAYDEN I. T.; or any derivative thereof or therefrom, printed or written, spelled in upper or lower case, whole or in part, is to be filed in the Commercial Registry and is to be on Public Record in the Office of the Denver County Recorder.

### NOTICE

I, **Michael-Todd: Ricks-Bey©**, **DENY USE** of my Proprietary Trade names or any derivatives thereof or therefrom; and trespass on such may incur legal action in "Trade Name Libel," nunc pro tunc November 16, 1998 C.E.

Any part or principal addressing, suing, joining, or billing the Proprietary Trade Names, as mentioned above, or any derivatives thereof or therefrom, without specific written authorization by the undersigned, Secured Party/Creditor, will be billed at One-Million, Eight-Hundred Thousand United States Dollars ($1,800,000.00) on each count, the established penalty on each count of a trespass action.

### OATH

I, **Michael-Todd: Ricks-Bey©**, the Undersigned, Secured Party/Creditor, do aver that the aforementioned is the Truth and Fact to the best of my Knowledge and Belief, to be True, Correct, Certain and not meant to Mislead. This "Commercial Notice of Trade Name" is made under the Pains and Penalties of Perjury according to the Laws of Almighty GOD, the united States of America and the State of Colorado.

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
**AND**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

*Michael T. Ricks-Bey©*
Michael Todd Ricks-Bey©
Secured Party/Creditor
Holder-In-Due-Course
Trade Name Owner

## COMMERCIAL NOTICE OF TRADE NAME

I, **Michael-Todd Ricks-Bey©**, sui juris, whose proper given name is always spelled in upper and lower case letter; and who is a living, breathing soul, hereby **DECLARES** as secured party and Creditor, that a private Security Agreement exists between Creditor and fictitious Debtor under the Trade names, TAYSIA SIMONE RICKS a.k.a. RICKS-BEY; T.S.RICKS a.k.a. RICKS-BEY; RICKS a.k.a. RICKS-BEY, TAYSIA S; or any derivative thereof or therefrom, printed or written, spelled in upper or lower case, whole or in part, is to be filed in the Commercial Registry and is to be on Public Record in the Office of the Denver County Recorder.

### NOTICE

I, **Michael-Todd: Ricks-Bey©**, **DENY USE** of my Proprietary Trade names or any derivatives thereof or therefrom; and trespass on such may incur legal action in "Trade Name Libel," nunc pro tunc October 24, 2004 C.E.

Any part or principal addressing, suing, joining, or billing the Proprietary Trade Names, as mentioned above, or any derivatives thereof or therefrom, without specific written authorization by the undersigned, Secured Party/Creditor, will be billed at One-Million, Eight-Hundred Thousand United States Dollars ($1,800,000.00) on each count, the established penalty on each count of a trespass action.

### OATH

I, **Michael-Todd: Ricks-Bey©**, the Undersigned, Secured Party/Creditor, do aver that the aforementioned is the Truth and Fact to the best of my Knowledge and Belief, to be True, Correct, Certain and not meant to Mislead. This "Commercial Notice of Trade Name" is made under the Pains and Penalties of Perjury according to the Laws of Almighty GOD, the united States of America and the State of Colorado.

**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**
**AND**
**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

*Michael T Ricks-Bey©*
Michael Todd Ricks-Bey©
Secured Party/Creditor
Holder-In-Due-Course
Trade Name Owner

## VERIFICATION

Washitaw Nation of Muurs    )
Republic of Oklahoma        ) SS **VERIFIED DECLARATION**
County of Beckham           )

I, Michael Todd Ricks-Bey©, Declaration herein, one of the Private People in the Washitaw Nations of Muurs, De Dugdh Mound Ya and Commonwealth of Virginia Republic, one of The United States, of America, a union of republic states under penalties of perjury under The Laws of The United States of America and of the Oklahoma Republic, that Declarant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarant's personal knowledge and belief, made voluntarily and intentionally for the purpose stated.

As a Notary Public for said County and State, I do hereby certify that on this 11th day of March, 2007, that a Natural Person whose Moslem name is Michael Todd Ricks-Bey©, the above mentioned. appeared before me and executed the foregoing.  Witness my hand and seal:

/S/ _Michael T. Ricks-Bey©_
Michael Todd Ricks-Bey©, Secured Party-Principal in behalf of the Debtor. MICHAEL TODD RICKS©, JURISTIC PERSON, ENS LEGIS

_Burancley Dar_ _____ Seal
Notary Public
My Commission Expires: __04/20/11__

**COMMERCIAL NOTICE OF TRADE NAME**
Page 7 of 7