# Exhibit 374

# PART 40

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support
of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

## Zodiac Constitution

By C.M. Bey,© Aa 222141/ Library of Congress, Washington, D.C.

This Is The Zodiac Constitution For The Moorish Nation Referred To As; Negro, African, Indian, West Indian And Colored People, Also "White" People And Jews.



I · S · L · A · M

### Article 1

The Twelve Signs Of The Zodiac, The Code Of Mathematics Scaling From Zero To Nine (0-9), And The Science Of Geometry (G), Comprise The Comprise Of The Living Moorish Nation Of North America, Referred To As; "Negroes", Who Ruled The World And The Seven Seas By The 12 Signs Of The Zodiac And The Science Of Geometry (G), For Eleven Hundred And Ninety-Six Years, To The Amazon Dutch-German Catholic Priesthood Fathers Of The Revolution Of 1789, And The Sisterhood Magna Charta, Emancipation Proclamation, Union Society Of White Supremacy, In 1863 North America.

The Twelve Jurymen Of The 50 Union States Society, And Also The Nine Judges Of The Supreme Court, Were Founded Upon The Moorish Nation's 12 Signs Of The Zodiac Constitution And Mathematics Scaling From Zero To Nine (0-9). Thus Without Our Moorish Constitution, The Magna Charta, Emancipation Proclamation, Union Society Of The Myth Of White Supremacy, Definitely Could Have Been Founded In 1863.

### Article 2
### Zodiac Constitution Birthright Of The Moorish Americans (The Beys And Els)

Since The 12 Jurymen Of The 50 Union States Magna Charta Document Of White Supremacy And The Nine Judges Of Their Supreme Court were Founded Upon Our Moorish Zodiac 12 Signs, Mathematical Constitution, The Lawmakers Have No Jurisdiction Over The Free Moors, The Beys And Els, In The Inherited Land Of The Moorish Nation, Namely: U.S.A., Canada, Central And South America.

The Moorish American Nationality And Their Sir Names, Bey And El, Are Their Inherited Birthrights Without A Legal Due Process Of The Lawmakers Of The Union Society, U.S.A. What Our Moorish Forefathers Were, We Are Today Without A Doubt Or Contradiction, Namely, Moorish!

### Article 3
### Tax And Military Exemption For Moorish Americans (The Beys And Els)

The Moors, Referred To As Negroes, Definitely Can Never Become Members And Citizens Of The Union Society Of The 48 States. Therefore They Cannot Be Forced Or Drafted Into The Union, U.S.A. Army Or Military Service To Fight For The Magna Charta Code Of White Supremacy Against Themselves.
The Lawmakers Of The 48 States Union Order Cannot Force The Moors, The Beys And Els, To Pay Taxes Because Taxation Without Representation Is A Supreme Violation Of The Moorish Zodiac Constitution Birthrights Of Islam. When The Union Lawmakers Denounce Their Immoral Magna Charta Code, And Resort To The Moorish Zodiac Constitution, Then The Moors Are Compelled To Pay Taxes Because Every One Of The Nation Will Be Equally Represented By It. There Is No Room In The Science Of Masonry (The Zodiac), For Mystic God Religious Worship, Race, Color, Ignorance, War, Crime, Slavery, And Human Injustice.

### Article 4
### Adequate Employment And Protection For Moorish Americans

Every Lawmaker, The Heads Of Industry And Business Enterprise Of The 50 states Union Order, Are Obligated Members And Citizens Of The Magna Charta Christian Church And Temple System Of Christ The King Of Jews, Meaning; Jury Over The Wealth And Culture Of The Living Moorish Nation Of North America.

Therefore, By The Moorish Zodiac Constitution, The Moors, The Beys And Els, Can Demand Adequate Employment, Food, Clothing, Shelter, Medical Care, Equal Rights, Respect And Protection From Mob Violence, Rape And Injustices, Otherwise Without Being Obligated To The Union Church And Religious System Of The Order Christ, The "White" Son Idol God.

### Article 5
### Immoral Marriage License Code Against The Zodiac Of Nature

Truth Cannot Be Altered And Therefore Needs No Apology Nor Doctrine, Because It Is The Supreme Mental Doctor Itself For The Entire Human Family, Woman And Man.

1) Thus The Truth Is, The Sisterhood Christian Daughters Of The American Revolution, The D.A.R., Established The Marriage License States Right Code To Prevent The Moorish Men And Women From Marrying Into Their Magna Charta Society Of White Supremacy.

2) Did You Ever Stop To Think That Women And Men Are Already Married By The Supreme Law Of Nature, And That A Marriage License Is An Act Of Violation Of The Law Of Nature?

The Natural Law Union Between Women And Men Spells Love And The Reproduction Of A Child In Which A Marriage License Plays No Part In.

[3]   Definitely There Cannot Be Any Illegitimate Children Offspring From Women And Men, Because Woman Is The Supreme Gate Of Creation Of Both Male And Female Children By The Law Of Nature, Which Spells I.S.L.A.M., OR; I, Self, Law, And Master, The Carpenter And The Grand Architecture Of The Human Family. "Adam" Means The Positive Forces In Women And Sons Responsible For Evolution Or The Reproduction Of Children By The Law Of Nature. The Pope, Priest, The Preacher, And Jedges OF The Christian Society Definitely Cannot Prove That Their "Adam" And "Eve" Had A Marriage License. Did You Ever Stop To Think That The Marriage License Code Is An Act Of Selling Women And Men Back To Themselves?

The Union, Magna Charta Marriage License Code Unfortunately And Uncounsciously Caused The "White" Women To Be Cut Off From The Human Family (The Moorish Nation). In Other Words, The "White" Women Are Supreme Social Slaves Against Their Will And Desire. This Has Caused Them To Carry In Their Minds And Heart A Secret Sorrow And Anger, Which Causes Their Children To Inherit A Tendency Of Crime, Hatred, Insanity And Various Other Diseases.

## Islam
### Supreme Standard Of The Zodiac Marriage Law (Culture)

Here Are The Elements Of The Signs Of The Zodiac And Women And Men's Opposite Signs Involving The First Marriage Of The Zodiac Law Of Nature. No Preacher And Money And License And Neither Religion Is Necessary In The Standard Zodiac Marriage Law.

### In Harmony With Nature

1. Aries Is Fire And Libra Is Air.
2. Taurus Is Earth And Scorpio Is Water.
3. Gemini Is Air And Sagittarius Is Fire.
4. Cancer Is Water and Capricorn Is Air.
5. Leo Is Fire And Aquarius Is Air.
6. Virgo Is Earth And Pisces Is Water.

Persons Born Under The Opposite Signs Are In Harmony With One Another In Every Manner. Thus First Hand Knowledge Of The Sign Under Which You And Your Mate Were Born Will Guide Your Destiny In Peace, Progress And Happiness Forever. Let Us Remember That This Is Not A Theory. The Zodiac Is The Absolute Universal Standard Of Marriage And Human Guidance. Woman And Man Will Know Their Duty Toward One Another And Their Children Without Being Forced By The Traditional Code Of The Court Room.

The 1863 Union Bible Story Of "Eve" And "Adam" Were Founded Upon The Moorish Zodiac Twelve Signs Law, The Negative And The Positive Forces Of Nature (Female And Male).

### Article 6
### The One And Only Universal Moral Law For Unity, Peace And Economic And Social Progress.

The Moorish Zodiac Constitution Is The Only Universal Unchanged Moral Law For The Human Family, For Unity, Human Equality, Respect, Peace And Economic And Social Progress. Therefore Every Moor, The Beys And Els, Must Be Guided By This Constitution, And Book "Clock Of Destiny", Do That Which Is Right By Reason And Have Respect For The "White" Lawmakers And Citizens Of The Magna Charta Union Society Of The 50 States, In Order To Demand Respect From Them.

The "White" People Of The Union Are Guided By Their Magna Charta Traditions And Customs, And The Moors Are Guided By The Zodiac Constitution Law. Never The Less, Their Customs And Traditions, Including Themselves, Must Be Respected By The Moors, Without Submitting Themselves To Any Of The Magna Charta Customs. That Which Is Termed The Christian Law Is, A Rule Of Action Recorded On Paper And Supported By Authority And Force. The Zodiac Law Of Nature, Is Recorded In The Wisdom Of Women And Men, And Supported By Moral Intelligence, The Greatest Law.

Knowledge Of Zodiac Masonry As Shown In This Moorish Constitution, And Also In My Book "Clock Of Destiny" Volume 1 And 2, Will Prevent A Moorish American, He Or She, From Indulging In Crime. They Then Would Not Have To Appear In The Court Room To Stand Trial. Should A Moorish American Who Has This Constitution And Book 1 And 2 Indulge In Crime, Such As; Narcotics, Robbery, Forgery, Prostitution, Illegal Whiskey OR Alcohol, Illegal Schemes, Gambling, Peace Breaking, Violence And Disrespect For The Law Of The City, Country, State And Federal, They Then Have Incriminated Themselves And Therefore Will Be Penalized. This Constitution, Card And Book Definitely Does Not Protect Criminals. Beware.

### The Clock Of Destiny Moorish American Card Of Identification And Constitution Has Been Registered In The Library Of Congress And Signed By The Author: C.M. Bey.

A Moorish American Cannot Be Convicted On False Accusation Frame-up Charges. The Evidence Against A Moorish American Must Be Concrete Proof Beyond A Shadow Of Doubt. The Moorish Nation Of 150, 000,000 (1951) Of The U.S.A. Shall Not Be Destroyed For Lack Of Truth And Knowledge Of The Law And Constitution Of The Moors.

### Article 7
### The Moorish Americans Freedom And Legal In The Christian Union Court Room.

In The Christian Union Court Room, The Moors Cannot Be Forced To Remove Their Red Fez From Their Heads, Nor Can They Be Forced To Raise Their Hand And Take An Oath Over The Christian Bible. Neither Can Moors, The Beys And Els, Employ "White" Or "Negro" Lawyers To Represent Them. The Reason For This Is That "White People And Their "Negro" Slaves Definitely Cannot Represent Free Moorish Americans.

The Negro Is The Property Of The Union Slave Holders. The Moors Must Respect The Court By Saying "I Affirm". Here The Court Has No Jurisdiction Over Them, Which Automatically Makes Them Qualified To Defend Themselves By Their Zodiac Constitution Law And Their Mathematical Number Nine (9). The Number Nine (9) Corresponds With The Letter I, Based ON The Nine Months From Conception To Birth, Which Makes You, Yourself, The Great "I Am", The First And The Highest Law Of Self Protection And Self Preservation In Harmony With Your Zodiac 12 Signs Unchanged Constitution Moral Law Of 360 Degrees Squared By Your Number Nine (9).

The Moorish Zodiac Constitution Is Referred To In Christian Mythology As, "The Holy Koran" Or, "Al Koran", Meaning The Earth, The Moon, The Sun And The Seven Planets Or The Chronology Zodiac Record Of The Moorish Nation Of The North Gate, North America. The Name "Mohammed", Prophet, Religion, God, Church, Temple, And Mosque, Were Established By The Dutch-Anglo Saxon Priesthood Franciscan Fathers Of North Who Overthrew The Moorish Society Of Islam Between 1789 And The Union Of 1863.

The Moors, The Beys And Els, Must Never Attempt To Teach Or Lecture In The Christian Institutions, Namely; Church, Temple, Mosque, School, And Hall. This Is A Violation Of The Union Society States Right Magna Charta Code Of Mary And Christ. The Truth Of The Moorish Zodiac Constitution Law And Moral Human Principles Definitely Conflicts With The Christian Union Customs And Doctrine Of The Magna Charta From Every Angle. Nor Do Not Criticize The "White" Peoples Belief In The Religion Of Their Son And Women Image. Nor Do Not Ever Attempt To Influence The "White" People To Accept The Moral Truth And Principles Of Your 12 Signs Zodiac Constitutional Law, Because The Magna Charta Is A Latin Phrase Meaning, Magnate Charta Of "White" Peoples Economic And Social Attraction Only, Which Had Its Beginning The Colonies Of Ohio, Michigan, Indiana And Illinois In 1848 And 1854. If The Lawmakers Of The 50 Union States Society Of North America. Should Attempt To Ignore The Moorish American's Zodiac Law And Birthrights Of This Constitution, It Would Be An Act Of Supreme Violation Of Their Own Magna Charta Code.

**Wa Aliaikum As Salaam**

# TREATY OF PEACE AND FRIENDSHIP

*Between the United States of America, and His Imperial
Majesty the Emperor of Morocco (a)*

January 1787   To all Persons to whom these Presents shall come or be made known.
Whereas the United States of America, in Congress assembled, by their
commission bearing date the twelfth day of May, one thousand seven hundred and
eighty-four, thought proper to constitute John Adams, Benjamin Franklin, and Thomas
Jefferson, their Ministers Plenipotentiary, giving to them, or a majority of them, full
powers to confer, treat and negotiate with the Ambassador, Minister, or Commissioner
of his Majesty the Emperor of Morocco, concerning a treaty of amity and commerce;
to make and receive propositions for such treaty, and to conclude and sign the same,
transmitting it to the United States in Congress assembled, for their final ratification;
and by one other commission, bearing date the eleventh day of March, one thousand
seven hundred and eighty-five, did further empower the said Ministers
Plenipotentiary, or a majority of them, by writing under their hands and seals, to
appoint such agent in the said business as they might think proper, with authority
under the directions and instructions of the said Ministers, to commence and prosecute
the said negotiations and conferences for the said treaty, provided that the said treaty
should be signed by the said Ministers: And whereas we, the said John Adams and
Thomas Jefferson, two of the said Ministers Plenipotentiary (the said Benjamin
Franklin being absent) by writing under the hand and seal of said John Adams at
London, October the fifth, one thousand seven hundred and eighty-five, and of the
said Thomas Jefferson at Paris, October the eleventh of the same year, did appoint
Thomas Barclay, agent in the business aforesaid, giving him the powers therein,
which, by the said second commission, we were authorized to give, and the said
Thomas Barclay, in pursuance thereof, hath arranged articles for a treaty of amity and
commerce between the United States of America, and his Majesty the Emperor of
Morocco, which articles, written in the Arabic language, confirmed by his said
Majesty the Emperor of Morocco, and sealed with his royal seal, being translated into
the language of the said United States of America, together with the attestations
thereto annexed are in the following words, to wit:

ROYAL<br>SEAL

In the Name of ALMIGHTY GOD.
This is a Treaty of Peace and Friendship established between us and the United
States of America, which is confirmed, and which we have ordered to be written in
this book, and sealed with our royal seal, at our court of Morocco, on the twenty-fifth
day of the blessed month of **Shaban**, in the year one thousand two hundred, trusting in
God it will remain permanent.

### ARTICLE I.

We declare that both parties have agreed that this treaty, consisting of twenty-five
articles, shall be inserted in this book, and delivered to the Honorable Thomas
Barclay, the agent of the United States, now at our court, with whose approbation it
has been made, and who is duly authorized on their part to treat with us concerning all
the matters contained therein.

---

(a)   By "an act making an appropriation for the purpose therein mentioned." Passed March 3,
1791, Laws U.S. vol. 1, 214, twenty thousand dollars are appropriated for effecting a
negotiation of the treaty with Morocco, September 16, 1836 post, 484.

### ARTICLE II.

If either of the parties shall be at war with any nation whatever, the other party shall not take a commission from the enemy, nor fight under their colours.

### ARTICLE III.

If either of the parties shall be at war with any nation whatever, and take a prize belonging to that nation, and there shall be found on board subjects or effects belonging to either of the parties, the subjects shall be set at liberty, and the effects returned to the owners. And if any goods belonging to any nation, with whom either of the parties shall be at war, shall be loaded on vessels belonging to the other party, they shall pass free and unmolested, without any attempt being made to take or detain them.

### ARTICLE IV.

A signal or pass shall be given to all vessels belonging to both parties, by which they are to be known when they meet at sea; and if the commander of a ship of war of either party shall have other ships under his convoy, the declaration of the commander shall alone be sufficient to exempt any of them from examination.

### ARTICLE V.

If either of the parties shall be at war, and shall meet a vessel at sea belonging to the other, it is agreed, that if an examination is to be made, it shall be done by sending a boat with two or three men only; and if any gun shall be fired, and injury done without reason, the offending party shall make good all damages.

### ARTICLE VI.

If any Moor shall bring citizens of the United States, or their effects, to his Majesty, the citizens shall immediately be set at liberty, and the effects restored; and in like manner, if any Moor, not a subject of these dominions, shall make prize of any of the citizens of America, or their effects, and bring them into any of the ports of his Majesty, they shall be immediately released, as they will then be considered as under his Majesty's protection.

### ARTICLE VII.

If any vessel of either party shall put into a port of the other, and have occasion for provisions or other supplies, they shall be furnished without any interruption or molestation.

### ARTICLE VIII.

If any vessel of the United States shall meet with disaster at sea, and put into one of our ports to repair, she shall be at liberty to land and re-load her cargo, without paying any duty whatever.

### ARTICLE IX.

If any vessel of the United States shall be cast on shore on any part of our coasts, she shall remain at the disposition of the owners, and no one shall attempt going near her without their approbation, as she is then considered particularly under our protection; and if any vessel of the United States shall be forced to put into our ports by stress of