# Exhibit 374

# PART 41

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment**

weather, or otherwise, she shall not be compelled to land her cargo, but shall remain in tranquility until the commander shall think proper to proceed on his voyage

## ARTICLE X.

If any vessel of either of the parties shall have an engagement with a vessel belonging to any of the Christian powers within gun shot of the forts of the other, the vessel so engaged shall be defended and protected as much as possible until she is in safety; and if any American vessel shall be cast on shore on the coast of Wadnoon, or any coast thereabout, the people belonging to her shall be protected and assisted, until, by the help of God, they shall be sent to their country.

## ARTICLE XI.

If we shall be at war with any Christian power, and any of our vessels sail from the ports of the United States, no vessel belonging to the enemy, shall follow until twenty-four hours after the departure of our vessels; and the same regulation shall be observed towards the American vessels sailing from our ports, be their enemies Moors or Christians.

## ARTICLE XII.

If any ship of war belonging to the United States shall put into any of our ports, she shall not be examined on any pretence whatever, even though she should have fugitive slaves on board, nor shall the governor or commander of the place compel them to be brought on shore on any pretext, nor require any payment for them.

## ARTICLE XIII.

If a ship of war of either party shall put into a port of the other and salute, it shall be returned from the fort with an equal number of guns, not with more or less.

## ARTICLE XIV.

The commerce with the United States shall be on the same footing as is the commerce with Spain, or as that with the most favoured nation for the time being; and their citizens shall be respected and esteemed, and have full liberty to pass and repass our country and seaports whenever the please, without interruption.

## ARTICLE XV.

Merchants of both countries shall employ only such interpreters, and such other persons to assist them in their business, as they shall think proper. No commander of a vessel shall transport his cargo on board another vessel; he shall not be detained in port longer than he may think proper; and all persons employed in loading or unloading goods, or in any other labor whatever, shall be paid at the customary rates, not more and not less.

## ARTICLE XVI.

In case of a war between the parties, the prisoners are not to be made slaves, but to be exchanged one for another, captain for captain, officer for officer, and one private man for another; and if there shall prove a deficiency on either side, it shall be made up by the payment of one hundred Mexican dollars for each person wanting. And it is agreed that all prisoners shall be exchanged in twelve months from the time of their

being taken, and that this exchange may be effected by a merchant or any other person authorized by either of the parties.

### ARTICLE XVII.

Merchants shall not be compelled to buy or sell any kind of goods but such as they shall think proper; and may buy and sell all sorts of merchandize but such as are prohibited to the other Christian nations.

### ARTICLE XVIII.

All goods shall be weighed and examined before they are sent on board, and to avoid all detention of vessels, no examination shall afterwards be made, unless it shall first be proved that contraband goods have been sent on board, in which case, the persons who took the contraband goods on board, shall be punished according to the usage and custom of the country, and no other person whatever shall be injured, nor shall the ship or cargo incur any penalty or damage whatever.

### ARTICLE XIX.

No vessel shall be detained in port on any pretence whatever, nor be obliged to take on board any articles without the consent of the commander, who shall be at full liberty to agree for the freight of any goods he takes on board.

### ARTICLE XX.

If any of the citizens of the United States, or any persons under their protection, shall have any disputes with each other, the consul shall decide between the parties, and whenever the consul shall require any aid or assistance from our government, to enforce his decisions, it shall be immediately granted to him.

### ARTICLE XXI.

If a citizen of the United States should kill or wound a Moor, or, on the contrary, if a Moor shall kill or wound a citizen of the United States, the law of the country shall take place, and equal justice shall be rendered, the consul assisting at the trial; and if any delinquent shall make his escape, the consul shall not be answerable for him in any manner whatever.

### ARTICLE XXII.

If an American citizen shall die in our country, and no will shall appear, the consul shall take possession of his effects; and if there shall be no consul, the effects shall be deposited in the hands of some person worthy of trust, until the party shall appear who has a right to demand them; but if the heir to the person deceased be present, the property shall be delivered to him without interruption; and if a will shall appear, the property shall descend agreeable to that will as soon as the consul shall declare the validity thereof.

### ARTICLE XXIII.

The consuls of the United States of America, shall reside in any seaport of our dominions that they shall think proper; and they shall be respected, and enjoy all the privileges which the consuls of any other nation enjoy; and if any of the citizens of the United States shall contract any debts or engagements, the consul shall not be in any manner accountable for them, unless he shall have given a promise in writing for

the payment or fulfilling thereof, without which promise in writing, no application to him for any redress shall be made.

### ARTICLE XXIV.

If any differences shall arise by either party infringing on any of the articles of this treaty, peace and harmony shall remain notwithstanding, in the fullest force, until a friendly application shall be made for an arrangement, and until the application shall be rejected, no appeal shall be make to arms. And if a war shall break out between the parties, nine months shall be granted to all the subjects of both parties, to dispose of the effects and retire with their property. And it is farther declared, that whatever indulgences, in trade or otherwise, shall be granted to any of the Christian Powers, the citizens of the United States shall be equally entitled to them.

### ARTICLE XXV.

This treaty shall continue in full force, with the help of God, for fifty years.

We have delivered this book into the hand of the before mentioned Thomas Barclay, on the first day of the blessed month of Ramadan, in the year one thousand two hundred.

I certify that the annexed is a true copy of the translation made by Isaac Cardoza Nuncz, interpreter at Morocco, of the treaty between the Emperor of Morocco and the United States of America.

### THOMAS BARCLAY

### ADDITIONAL ARTICLE.

Grace to the only God.
  I, the under-written, the servant of God, Taher Ben Abdelkack Fennish, do certify, that His Imperial Majesty, my master, (whom God preserve,) having concluded a treaty of peace and commerce with the United States of America has ordered me, the better to complete it, and in addition of the tenth article of the treaty, to declare, "That if any vessel belonging to the United States, shall be in any of the ports of his Majesty's dominions, or within gun-shot of his forts, she shall be protected as much as possible; and no vessel whatever, belonging either to Moorish or Christian Powers, with whom the United States may be at war, shall be permitted to follow or engage her, as we now deem the citizens of America our good friends"

And, in obedience to his Majesty's commands, I certify this declaration, by putting my hand and seal to it, on the eighteenth day of Ramadan, (a) in the year one thousand two hundred.

The servant of the King, my master, whom God preserve,

### TAHER BEN ABDELKACK FENNISH

I do certify that the above is a true copy of the translation made at Morocco, by Isaac Gordoza Nunez, interpreter of a declaration made and signed by Sidi Hage Taher Fennish, in addition to the treaty between the Emperor of Morocco and the United States of America, which declaration the said Taher Fennish made by the express directions of his Majesty.

### THOMAS BARCLAY

(a) The Ramadan of the year of the Hegira 1200, commenced on the 28th June, in the year of our Lord 1786

Now, KNOW YE, That we, the said John Adams and Thomas Jefferson, Ministers Plenipotentiary aforesaid, do approve and conclude the said treaty, and every article and clause therein contained, reserving the same nevertheless to the United States in Congress assembled, for their final ratification.

In testimony whereof, we have signed the same with our names and seals, at the places of our respective, residence, and at the dates expressed under our signatures respectively.

**JOHN ADAMS,** (L.S.)
*London, January 25th, 1787*

**THOMAS JEFFERSON,** (L.S.)
*Paris, January 1st, 1787*

## TITLE 22. FOREIGN RELATIONS AND INTERCOURSE PAGE 954
### Chapter 2: Consular Courts
### Section 141. Judicial Authority Generally.

To carry into full effect the provisions of the treaties of the United States with certain foreign countries, the **Ministers** and **consuls** of the United States in China, Siam, Turkey, **Morocco**, Muscat, Abyssinia, Persia, **and the territories formerly a part of the former Ottoman Empire including Egypt,** duly appointed to reside therein, shall, in addition to other powers and duties imposed upon them, respectively, by the provisions of such treaties, respectively, be invested with judicial authority described in this chapter, which shall appertain to the office of **minister** and **consul**, and be a part of the duties belonging thereto, wherein, and so far as, the

same is allowed by treaty, and in accordance with the usages of the countries in their intercourse with the **Franks** or other **foreign Christian nations**. (R. S. §§ 4083, 4125, 4126, 4127; June 14, 1878, c. 193. 20 State. 131.) R. S. § 4083 from Act June 22, 1860, c. 179, § 1, 12 Stat. 72; Act July 28, 1866, c. 296, § 11, c. 296, § 11, 14 Stat. 322; Act July 1, 1870, c.194, § 1, 16 Stat. 183. R. S. § 4125 fro act June 22, 1860, c. 179 § 21, 12 Stat. 76. R. S. § 4126 from Act June 22, 1860, c. 179, § 28, 12 Stat. 78. R. S. § 4127 from Act June 22, 1860 c. 179, § 29, 12 Stat. 78. United States Court for China, see chapter 3 of this title.)

Moorish Americans should refer to the **Treaty of Peace and Friendship of 1787, the Moorish Great Seal Zodiac Constitution and the United States of America Constitution Article VI**.

### Title 22 Chapter 2 Section 142
### General Jurisdiction in Criminal cases.

The officers mentioned in Section 141 of this title are fully empowered to arraign and try, in the manner provided for in this chapter, all citizens of the United States charged with offenses against the law, committed in such countries, respectively, and to sentence such offenders in the manner in this chapter authorized; and each of them is authorized to issue such processes as are suitable and necessary to carry this authority into execution. (R. S. § 4084.)

### Title 22 Chapter 2 Section 143
### General Jurisdiction in Civil cases:

Such officers are also invested with all the judicial authority necessary to execute the provisions of such treaties, respectively, in regard to civil rights, whether of property or person; and they shall entertain jurisdiction I matters of contract, at the port where, or nearest to which, it was to be executed, and in all other matters, at the port where, or nearest to which the damage complained of was sustained, provided such port be one of the ports at which the United States are represented by consuls. Such jurisdiction shall embrace all controversies between citizens of the United States, or others, provided for by such treaties, respectively (R. S. § 4085.)

## ARTICLE VI OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA

All debts contracted and engagements entered into, before the adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, any thing in the Constitution or the laws of any state to the contrary notwithstanding.

The Senators and Representatives before mentioned, and the members of the several state legislatures, and all executive and judicial officers, both of the United States and the several states, shall be bound by oath or affirmation, to support this Constitution; but no religious test shall ever be required as a qualification to any office or public trust under the United States.

## UNITED STATES CONSTITUTION: ARTICLE III SECTION 1. AND SECTION 2

### SECTION 1.

The judicial Power of the United States, shall be vested in one Supreme Court, and in such inferior Courts as the Congress may from time ordain and establish. The Judges, both of the Supreme and inferior courts, shall hold their offices during good Behavior, and shall, at stated Times, receive for their services a compensation, which shall not be diminished during their continuance in Office.

### SECTION 2:1.

The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority; - to all cases affecting Ambassadors, other public Ministers and Consuls; - to all Cases of admiralty and maritime Jurisdiction; - to Controversies to which the United States shall be a Party; - to Controversies between two or more States; - between a State and citizens of another State; - between citizens of different States; - between citizens of the same State claiming lands under the Grants of different States, and between a State, or the citizens thereof, and foreign states, citizens or Subjects.

## Appendix D

# UNIVERSAL DECLARATION OF HUMAN RIGHTS

*On December 10, 1948, the General Assembly of the United Nations adopted and proclaimed the Universal Declaration of Human Rights, the full text of which appears in the following pages. Following this historic act, the Assembly called upon all Member countries to publicize the text of the Declaration and "to cause it to be disseminated, displayed, read and expounded principally in schools and other educational institutions, without distinction based on the political status of countries or territories."*

### Preamble

Whereas recognition of the inherent dignity and of the equal and inalienable rights of all members of the human family is the foundation of freedom, justice and peace in the world,

Whereas disregard and contempt for human rights have resulted in barbarous acts which have outraged the conscience of mankind, and the advent of a world in which human beings shall enjoy freedom of speech and belief and freedom from fear and want has been proclaimed as the highest aspiration of the common people,

Whereas it is essential, if man is not to be compelled to have recourse, as a last resort, to rebellion against tyranny and oppression, that human rights should be protected by the rule of law,

Whereas it is essential to promote the development of friendly relations between nations,

Whereas the peoples of the United Nations have in the Charter reaffirmed their faith in fundamental human rights, in the dignity and worth of the human person and in the equal rights of men and women and have determined to promote social progress and better standards of life in larger freedom,

Whereas Member States have pledged themselves to achieve, in cooperation with the United Nations, the promotion of universal respect for and observance of human rights and fundamental freedoms,

Whereas a common understanding of these rights and freedoms is of the greatest importance for the full realization of this pledge,

Now, Therefore
THE GENERAL ASSEMBLY
Proclaims