# EXHIBIT A

## Depositions of Federal Witnesses (CMS/HCFA/OIG) in
### *In re Pharmaceutical Wholesale Pricing Litigation,* MDL 1456

| Witness Name | Federal Agency and Title/Responsibility | Noticed | Cross Noticed or Appearances Beyond Underlying Action | Deposition Dates | Defendant Appearances |
|---|---|---|---|---|---|
| **Bailey, Glenda 30(b)(6) - CMS** | CMS, Office of Strategic Operations and Regulatory Affairs – Correspondence Management.  Handler of document subpoena and production requests. | *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* , MDL 1456 ("MDL Abbott Case").  *See* Exhibit E. | Not found on Lexis/Nexis. Appearances by multiple defendants in NY Counties' case, including at least one generic manufacturer defendant. | 3/20/2007 | Abbott, Schering-Plough, Schering, Warrick, Dey, Roxane, Boehringer Ingelheim, AztraZeneca, Baxter. *See* Exhibit E-1. |
| **Bassano, Amy** | CMS – Director of Practitioner Services (2006 - ), Director of Ambulatory Services (2005-2006); HCFA, Office of Legislation (1999-2000). | MDL Abbott Case. *See* Exhibit F. | Not found on Lexis/Nexis. Appearances by multiple defendants in NY Counties' case, including at least one generic manufacturer defendant. | 11/7/2007 | Abbott, Dey, Roxane, Boehringer Ingelheim, Baxter. *See* Exhibit F-1. |
| **Berenson, Robert** | HCFA – Deputy Administrator (2000-2001); HCFA Center for Health plans and Providers – Director (1998-2001) | MDL Abbott Case | Cross-Notice relates to "ALL CASES IN MDL 1456" in which Abbott is named or appeared. *See* Exhibit G. | 12/18/2007 | Schering, Schering-Plough, Warrick, Abbott, Bristol-Myers Squibb, Dey Inc, Dey LP, Mylan, Roxane, Boehringer Ingelheim.  *See* Exhibit G-1. |
| **Booth, Charles** | Director of the Office of Hospital Policy, Bureau of Policy Development; director of Financial services in the Office of Financial Management for the HCFA | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served.  *See* Exhibit H. | 4/23/07, 10/29/07 | *Day 1 (4/23/07* ): Schering, Schering-Plough, Warrick, Baxter, Abbott, Sandoz, AstraZeneca, Johnson & Johnson, Bristol-Myers Squibb, Dey Inc, Dey LP, Par, Aventis, Roxane Laboratories, Boehringer Ingelheim, GlaxoSmithKline, Amgen. *See* Exhibit H-1. |
| **Bowen, Maryann** | Office of Information Services, CMS, management-type functions-personnel training, administrative functions of running the facility | MDL Abbott Case. *See* Exhibit I. | Not found on Lexis/Nexis. Appearances by multiple defendants in NY Counties' case, including at least one generic manufacturer defendant. | 6/5/2007 | Abbott, Dey, Mylan, Baxter. *See* Exhibit I-1. |

## Depositions of Federal Witnesses (CMS/HCFA/OIG) in
## *In re Pharmaceutical Wholesale Pricing Litigation,* MDL 1456

| Witness Name | Federal Agency and Title/Responsibility | Noticed | Cross Noticed or Appearances Beyond Underlying Action | Deposition Dates | Defendant Appearances |
|---|---|---|---|---|---|
| **Buto, Kathleen** | Director - HCFA, Office of Executive Operations | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served. *See* Exhibit J. | 9/12/07, 9/13/07 | *Day 1 (9/12/07):* Abbott, Sandoz, Johnson & Johnson, BMS, Dey, Mylan, Roxane, Boehringer-Ingelheim, Aventis, Sanofi Synthelabo, Schering, Schering-Plough, Warrick, Baxter. *See* Exhibit J-1. <br><br> *Day 2 (9/12/07):* same as previous day. *See* Exhibit J-1. |
| **Bruce, Tamara 30(b)(6)** | Technical Director, CMS, Drug Rebates Operations Division of State Systems | *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc. et al.*, MDL 1456 ("MDL Dey Case"). *See* Exhibit K. | Not found on Lexis/Nexis. Appearances by at least one generic manufacturer defendant. | 11/6/2008 | Dey. *See* Exhibit K. |
| **Bryant, Joseph 30(b)(6)** | Vital Records Liaison, CMS – Custodian of Records | MDL Abbott Case. *See* Exhibit L. | Not found on Lexis/Nexis. Appearances by multiple defendants in NY Counties' case, including at least one generic manufacturer defendant. | 11/15/2007 | Abbott, Dey Inc, Dey LP, Roxane, Boehringer Ingelheim. *See* Exhibit L-1. |

## Depositions of Federal Witnesses (CMS/HCFA/OIG) in
### *In re Pharmaceutical Wholesale Pricing Litigation,* MDL 1456

| Witness Name | Federal Agency and Title/Responsibility | Noticed | Cross Noticed or Appearances Beyond Underlying Action | Deposition Dates | Defendant Appearances |
|---|---|---|---|---|---|
| **DeParle, Nancy Ann** | Administrator of HCFA 1997-2000 | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served. *See* Exhibit H. | 5/18/07, 12/5/07 | *Day 1 (5/18/07):* Abbott, Schering-Plough, Schering, Warrick, Sandoz, Johnson & Johnson, Dey, Mylan, Roxane, Boehringer Ingelheim, Aventis, AztraZeneca, Amgen,  Baxter. See Exhibit H-2.<br><br>*Day 2 (12/5/07):* Abbott, Schering-Plough, Schering, Warrick, Sandoz, Johnson & Johnson, Dey, Mylan, Roxane, Boehringer Ingelheim, Aventis, AztraZeneca, Amgen,  Baxter, GlaxoSmithKline. *See* Exhibit H-2. |
| **Duzor, Deidre** | Director of Quality Systems Management, CMS, Director of Pharmacy Division for Medicaid at CMS | MDL Abbott Case | Cross-Notice relates to "ALL CASES IN MDL 1456" in which Abbott is named or appeared. *See* Exhibit M. | 10/30/07, 3/26/08 | *Day 1 (10/30/07):* Abbott, Bristol-Myers Squibb, Dey Inc, Dey LP, Mylan, Roxane, Boehringer Ingelheim, Schering-Plough, Schering, Warrick, Baxter.  *See* Exhibit M-1. |
| **Gaston, Sue** | HCFA-Health Insurance Specialist, Team lead for dispute resolution of Medicaid | MDL Abbott Case | Cross-Notice relates to "ALL CASES IN MDL 1456" in which Abbott is named or appeared. *See* Exhibit N. | 1/24/08, 3/19/08 | *Day 1 (1/24/08):* Abbott, Aventis, Sanofi Sythelabo, BMS, Dey, Mylan, Boehringer Ingelheim, Roxane, Sandoz, Endo, Ethex, Schering, Schering-Plough, Warrick.  *See* Exhibit N-1.<br><br>*Day 2 (3/19/08):* Abbott, Aventis, Sanofi Sythelabo, BMS, Dey, Mylan, Boehringer Ingelheim, Roxane, Sandoz, Ethex, Schering, Schering-Plough, Warrick. *See* Exhibit N-1. |

## Depositions of Federal Witnesses (CMS/HCFA/OIG) in
## *In re Pharmaceutical Wholesale Pricing Litigation,* MDL 1456

| Witness Name | Federal Agency and Title/Responsibility | Noticed | Cross Noticed or Appearances Beyond Underlying Action | Deposition Dates | Defendant Appearances |
|---|---|---|---|---|---|
| **Gustafson, Tom** | CMS, Deputy Director (2003-2007); HFCA, Hospital and Ambulatory Policy Group (1998-2003); HFCA, Office of Research and Demonstrations (1996-1998); HFCA, Office of Legislation and Policy (1985-1996) | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served.  *See* Exhibit  O. | 9/28/07, 12/17/07 | *Day 1 (9/28/07):*  Abbott, Sandoz, Bristol-Myers Squibb, Dey Inc, Dey LP, Mylan, Roxane, Boehringer Ingelheim, Aventis and Sanofi Synthelabo, Schering-Plough, Schering, Warrick, Baxter.  *See* Exhibit O-1.<br><br>*Day 2 (12/17/07):*  Abbott, Bristol-Myers Squibb, Dey Inc, Dey LP, Mylan, Roxane, Boehringer Ingelheim, Schering-Plough, Schering, Warrick.  *See* Exhibit O-1. |
| **Hansford, Cynthia** | Office of Evaluations and Inspections, OIG, Department of Health and Human Services – Program Assistant (1994- ), Secretary (1991-1993), Clerk Typist (1987-1991) | MDL Abbott Case | Cross-Notice relates to "ALL CASES IN MDL 1456" in which Abbott is named or appeared. *See* Exhibit P. | 3/14/2007 | Dey, Pfizer, Johnson & Johnson, Scheirng, Warrick, Roxane, Boehringer Ingelheim, BMS, Amgen, Baxter, Abbott. *See* Exhibit P-1. |
| **Hardwick, Claire** | Centers for Medicaid and State Operations, Office of Clinical Standards and Quality | MDL Abbott Case | Cross-Notice relates to "ALL CASES".  *See* Exhibit Q. | 6/6/2007 | Abbott, Dey, Mylan, Roxane, Boehringer-Ingelheim, Baxter. *See* Exhibit Q-1. |
| **Hoover, John W.** | CMS, Divisiol of Financial Operation - Technical Director (2004-2007); Grants Specialist (1977-2003) | MDL Abbott Case | Cross-Notice relates to "ALL CASES IN MDL 1456" in which Abbott is named or appeared. *See* Exhibit R. | 12/18/2007 | Abbott, Dey Inc., Dey L.P., Bristol-Myers Squibb, Roxane, Boehringer Ingelheim, Schering-Plough, Schering, Warrick.  *See* Exhibit R-1. |
| **Morris, Richard** | HCFA Associate Regional Administrator '81-Retirement, Responsible for pgm operations-policy interpretation, state Medicaid plan approvals | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served.  *See* Exhibit S. | 8/29/2007 | *8/29/2007:*  Abbott, GalxoSmithKline, Roxane, Boehringer Ingelheim, Bristol-Myers Squibb, Myland, Dey, Sandoz, Barr, Schering, Schering-Plough, Warrick, AstraZeneca, Aventis. *See*  Exhibit S-1. |

## Depositions of Federal Witnesses (CMS/HCFA/OIG) in
### *In re Pharmaceutical Wholesale Pricing Litigation,* MDL 1456

| Witness Name | Federal Agency and Title/Responsibility | Noticed | Cross Noticed or Appearances Beyond Underlying Action | Deposition Dates | Defendant Appearances |
|---|---|---|---|---|---|
| **Niemann, Robert** | Bureau of Policy Development, Drug payment policy and ambulance payment policy, CMS | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served. *See* Exhibit T. | 9/14/07, 10/11/07 | *Day 1 (9/14/2007):* Schering, Schering-Plough, Warrick, Abbott, Sandoz, BMS, Dey LP, Dey Inc, Mylan, Aventis, Roxane, Boehringer-Ingelheim, Baxter. *See* Exhibit T-1

*Day 2 (10/11/2007):* Roxane, Boehringer Ingelheim, Schering, Schering-Plough, Warrick, Abbott, Baxter, Sandoz, BMS, Aventis, Dey, Mylan. *See* Exhibit T-1 |
| **Parker, Lisa** | Office of Strategic Operations of Regulatory Affairs, CMS | MDL Abbott Case *See* Exhibit U. | Not found on Lexis/Nexis. Appearances by multiple defendants in NY Counties' case, including at least one generic manufacturer defendant. | 6/6/2007 | *6/6/2007* : Abbott, Dey, Mylan, Roxane, Boehringer Ingelheim, Baxter. *See* Exhibit U-1. |
| **Ragone, Linda** | Office of Evaluations and Inspections, OIG, US Dept of Health | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served. *See* Exhibit H. | 4/17/07, 4/18/07 | *Day 1 (4/17/07):* Abbott, Dey, Sandoz, Roxane, Boehringer Ingelheim, Warrick, Schering, Schering-Plough, Amgen, Bristol-Myers Squibb, AstaZeneca, Barr, Baxter. *See* Exhibit H-3.

*Day 2 (4/18/07):* same as previous day. *See* Exhibit H-3. |

## Depositions of Federal Witnesses (CMS/HCFA/OIG) in
### *In re Pharmaceutical Wholesale Pricing Litigation,* MDL 1456

| Witness Name | Federal Agency and Title/Responsibility | Noticed | Cross Noticed or Appearances Beyond Underlying Action | Deposition Dates | Defendant Appearances |
|---|---|---|---|---|---|
| **Reed, Larry** | HCFA Baltimore-Leadership Development Program, Branch Chief Processing policy division, Branch chief Medicaid Non-Institutional Payment Policy Branch | MDL Abbott Case | Cross-Notice relates to "ALL CASES IN MDL 1456" in which Abbott is named or appeared. *See* Exhibit V. | 9/26/07, 9/27/07, 3/18/08, 3/20/08, 10/2/08, 10/22/08 | *Day 1 (9/26/07):* Abbott, Dey Inc, Roxane, Boehringer Ingelheim, GalxoSmithKline, Bristol-Myers Squibb, Baxter, Sandoz. *See* Exhibit V-1.<br><br>*Day 2 (9/27/07):* Abbott, Dey Inc, Roxane, Boehringer Ingelheim, GalxoSmithKline, Bristol-Myers Squibb, Baxter, Sandoz, Schering-Plough, Schering, Warrick. *See* Exhibit V-1.<br><br>*Day 3 (3/18/2008):* Abbott, BMS, Dey, Mylan, Roxane, Boehringer Ingelheim, Sandoz, Schering, Schering-Plough, Warrick. *See* Exhibit V-1.<br><br>*30(b)(6) 3/20/2008:* Abbott, BMS, Dey, Mylan, Roxane, Boehringer Ingelheim, Sandoz, Schering, Schering-Plough, Warrick. *See* Exhibit V-1. |
| **Richter, Elizabeth** | Acting Director, Center for Medicare Management , CMD; Hospital and Ambulatory Policy Group, CMS; Health Plans and Providers, CMS | MDL Abbott Case | Cross-Notice relates to "*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corporation et al.* , MDL 1456 ("MDL Roxane Case"). *See* Exhibit W. | 12/7/2007 | Abbott, Dey Inc., Dey L.P., Roxane, Boehringer Ingelheim, Schering-Plough, Schering, Warrick. *See* Exhibit W-1. |
| **Robey, Vickie 30(b)(6** | Records Management, Center of Medicare and Medicaid Services | MDL Abbott Case. *See* Exhibit X. | Not found on Lexis/Nexis. Appearances by multiple defendants in NY Counties' case, including at least one generic manufacturer defendant. | 3/20/2007 | Abbott, Astrazeneca, Dey, Roxane, Boehringer-Ingelheim, Schering, Warrick, Baxter. *See* Exhibit X. |

## Depositions of Federal Witnesses (CMS/HCFA/OIG) in
## *In re Pharmaceutical Wholesale Pricing Litigation,* MDL 1456

| Witness Name | Federal Agency and Title/Responsibility | Noticed | Cross Noticed or Appearances Beyond Underlying Action | Deposition Dates | Defendant Appearances |
|---|---|---|---|---|---|
| **Sernyak, Amy** | OIG, Department of Health and Human Services – Team Leader and Program Analyst  (1995 - ) | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served.  *See* Exhibit Y. | 3/6/2007 | Abbott, Dey, Sandoz, Roxane, Boehringer Ingelheim, Schering, Warrick, BMS, Amgen, Baxter. *See*  Exhibit Y-1. |
| **Sexton, Gayle** | Health Insurance Specialist w/CMS at Headquarters in Baltimore | MDL New York Counties Case. *See* Exhibit Z | N/A | 5/20/2008 | Abbot, Dey, Mylan, Ethex, Merck, Par, Boehringer Ingelheim, Roxane, Pharmacia, Pfizer, Sandoz, Schering, Schering-Plough, Warrick, Teva, Ivax, Sicor.  *See*  Exhibit Z. |
| **Scully, Thomas** | CEO Federation of American Hospitals; Administrator of HCFA | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served.  *See* Exhibit H. | 5/15/07, 7/13/07 | *Day 1 (5/15/07):*  Abbott, Dey, Mylan, Roxane, Boehringer Ingelheim, Bristol-Myers Squibb, Johnson & Johnson, Par, Teva, Ivax Corporation, Warrick, Schering, Schering-Plough, Merck, Aventis, Sanofi-Synthelabo, AstraZeneca, Amgen, GlaxoSmithKline. *See*  Exhibit H-4.<br><br>*Day 2 (7/13/2007):*  Schering, Schering-Plough, Warrick, Abbott, Sandoz, Johnson &  Johnson, Amgen, Dey LP, Dey Inc, Mylan, Roxane, Boehringer Ingelheim, Teva, Ivax, TAP, BMS, Merck, AstraZeneca. *See*  Exhibit H-4. |
| **Smith, Dennis** | Director, Center for Medicaid and State Operations, CMS (2001 2007) | MDL Abbott Case | Cross-Notice relates to "ALL CASES IN MDL 1456" in which Abbott is named or appeared. *See*  Exhibit AA. | 2/26/08, 3/27/08 | *Day 1 (2/26/08):*  Abbott, Dey, Mylan, Roxane, Boehringer Ingelheim, Endo, Schering, Schering-Plough, Warrick, Sandoz, Bristol-Myers Squibb. *See*  Exhibit AA-1.<br><br>*Day 2 (3/27/08):*  same as previous day. *See*  Exhibit AA-1. |

## Depositions of Federal Witnesses (CMS/HCFA/OIG) in
### *In re Pharmaceutical Wholesale Pricing Litigation,* MDL 1456

| Witness Name | Federal Agency and Title/Responsibility | Noticed | Cross Noticed or Appearances Beyond Underlying Action | Deposition Dates | Defendant Appearances |
|---|---|---|---|---|---|
| **Tawes, David** | Director Medicare and Medicaid Pricing Unit, CMS (2005-2007); Office of Evaluations and Inspections, OIG, US Dept of Health – Program Analyst (1997-2004) | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served.  *See* Exhibit H. | 4/24/07, 4/25/07 | *Day 1 (4/24/2007):*  Abbott, Dey, Sandoz, Roxane, Boehringer Ingelheim, Schering-Plough, Schering, Warrick, Barr, Baxter, AstraZeneca, BMS.  *See* Exhibit H-5.  *Day 2 (4/25/2007):*   same as previous day.  *See* Exhibit H-5. |
| **Thompson, Don** | Senior Technical Advisor, Hospital and ambulatory Policy Group, CMS | MDL Abbott Case | Cross-Notice relates to "ALL CASES IN MDL 1456" in which Abbott is named or appeared. *See* Exhibit BB. | 3/27/08, 3/28/08 | *Day 1 (3/27/08):*  Abbott, Dey, Mylan, Boehringer Ingelheim, Roxane, Sandoz, Ethex, Schering, Schering-Plough, Warrick.  *See*  Exhibit BB-1. |
| **Timus, Sr. David M.** | Paralegal at CMS | MDL Abbott Case. *See* Exhibit CC. | Not found on Lexis/Nexis. Appearances by multiple defendants in NY Counties' case, including at least one generic manufacturer defendant. | 6/6/2007 | Abbott, Dey, Mylan, Roxane, Boehringer-Ingelheim, Baxter.   *See*  Exhibit CC-1. |
| **Vladeck, Bruce** | Administrator of HCFA | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served.  *See* Exhibit H. | 5/4/07, 6/21/07 | ( *5/4/07*):  Abbott, Roxane, Dey, Mylan, Schering and Schering-Plough, Warrick. Sandoz, Novartis, Bristol-Myers Squibb, Aventis, Amgen, AstraZeneca, Baxter, Merck. *See*  Exhibit H-6. |

**Depositions of Federal Witnesses (CMS/HCFA/OIG) in**
***In re Pharmaceutical Wholesale Pricing Litigation,*** **MDL 1456**

| Witness Name | Federal Agency and Title/Responsibility | Noticed | Cross Noticed or Appearances Beyond Underlying Action | Deposition Dates | Defendant Appearances |
|---|---|---|---|---|---|
| **Vito, Robert** | Office of Evaluations and Inspections, OIG, US Dept of Health - Regional Inspector General, Region III (1995-), Acting Regional Inspector General (1994-1995), Deputy Regional Inspector General (1991-1994); Office of Audit Services, OIG - Auditor (focus on Medicare and Medicaid programs), (1978-1990). | MDL Abbott Case | Cross-Notice relates to "ALL ACTIONS" in which Schering, Schering Plough or Warrick have been named, appeared or served. *See* Exhibit DD. | 6/19/07, 6/20/07 | *Day 1(6/19/07):* Abbott, Roxane, Boehringer Ingelheim, B. Braun Medical Incorporated, Warrick, Schering, Schering-Plough, Barr, Duramed, Dey, Bristol-Myers Squibb, Sandoz, Novartis, Baxter, Amgen. *See* Exhibit DD-1.<br><br>*Day 2 (6/20/2007):* Abbott, Dey, Roxane, Boehringer Ingelheim, B Braun, Schering-Plough, Schering, Warrick. *See* Exhibit DD-1. |
| **TOTAL = 31 Witnesses** | | | | **TOTAL = 50** | |

# EXHIBIT B

# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600

Fax. 212.751.2540
WWW.KMLLP.COM

**VIA EMAIL AND LNFS**

July 10, 2009

The Honorable Patti B. Saris
United States District Court
for the District of Massachusetts
John J. Moakley U.S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

> **Re:** *City of New York v. Abbott Labs, et al.,* **MDL No. 1456**
> **(Requested CMS Deposition Excerpts on FUL Issues)**

Dear Judge Saris:

Further to Your Honor's request at the July 8, 2009 hearing on plaintiffs' motion for partial summary judgment on issues relating to the FUL and under N.Y. Soc. Serv. L. 145-b, enclosed as Attachments A and B are relevant excerpts of the deposition testimony of CMS witnesses Sue Gaston and Gayle Sexton. Ms. Gaston set the FUL from April 1991 through February 2003. Ms. Sexton set the FUL from November 2004 through the end of our relevant period (December 2005).

Enclosed as Attachment C is a true and complete copy of the Gaston Declaration with exhibits, filed June 15, 2009 (Exhibit C to the Affidavit of Joanne M. Cicala in Opposition to Defendants' Joint Motion for Summary Judgment on Plaintiffs' "FUL Fraud" Claims [Dkt. No. 6144]).

Also, if permitted, I would like to make a correction to the record by way of this letter. At the July 8 hearing, and in our filings on plaintiffs' and defendants' motions, we have state that 20 CMS witnesses were deposed by defendants in this matter over 28 days. In fact, there have been 27 CMS witnesses deposed by defendants over a total of 42 days. Attachment D sets forth this information. Where witness titles were readily available, we have supplied them.

Please advise if Your Honor would like to see any of the above-referenced deposition testimony in its entirety, or any other materials.

Respectfully submitted,

Joanne M. Cicala

Enclosures
cc:   John T. Montgomery, Esq.
      All Counsel of record on LNFS

NEW YORK          TEXAS

# ATTACHMENT D

# MDL 1456 CMS Depositons

*City of New York, et al. v. Abbott Labs, et al.*

| Num. | Name | Title | Depo Taken |
|---|---|---|---|
| 1 | Bailey, Glenda 30(b)(6) | | 3/20/2007 |
| 2 | Bassano, Amy | | 11/7/2007 |
| 3 | Berenson, Robert | | 12/18/2007 |
| 4 | Booth, Charles | Director of the Office of Hospital Policy, Bureau of Policy Development; director of Financial services in the Office of Financial Management for the HCFA | 4/23/2007 |
| | Booth, Charles | Director of the Office of Hospital Policy, Bureau of Policy Development; director of Financial services in the Office of Financial Management for the HCFA | 10/29/2007 |
| 5 | Bowen, Maryann | Office of Information Services, CMS, management-type functions-personnel training, administrative functions of running the facility | 6/5/2007 |
| 6 | Bruce, Tamara 30 (b)(6) | | 11/6/2008 |
| 7 | Bryant, Joseph 30(b)(6) | | 11/15/2007 |
| 8 | Buto, Kathleen | Director Office of Executive Operations, HCFA | 9/12/2007 |
| | Buto, Kathleen | Director Office of Executive Operations, HCFA | 9/13/2007 |
| 9 | DeParle, Nancy Ann | Administrator of HCFA 1997-2000 | 5/18/2007 |
| | DeParle, Nancy Ann | Administrator of HCFA 1997-2000 | 12/5/2007 |
| 10 | Duzor, Deidre | Director of Quality Systems Management, CMS, Director of Pharmacy Division for Medicaid at CMS | 2/27/2007 |
| | Duzor, Deidre | Director of Quality Systems Management, CMS, Director of Pharmacy Division for Medicaid at CMS | 10/30/2007 |
| | Duzor, Deidre | Director of Quality Systems Management, CMS, Director of Pharmacy Division for Medicaid at CMS | 3/26/2008 |
| 11 | Gaston, Sue | HCFA-Health Insurance Specialist, Team lead for dispute resolution of Medicaid | 1/24/2008 |
| | Gaston, Sue | HCFA-Health Insurance Specialist, Team lead for dispute resolution of Medicaid | 3/19/2008 |
| 12 | Gustafson, Tom | | 9/28/2007 |
| | Gustafson, Tom | | 12/17/2007 |
| 13 | Hardwick, Claire | Centers for Medicaid and State Operations, Office of Clinical Standards and Quality | 6/6/2007 |
| 14 | Hoover, John W. | | 12/18/2007 |
| 15 | Morris, Richard | HCFA Associate Regional Administrator '81-Retirement, Responsible for pgm operations-policy interpretation, state Medicaid plan approvals | 8/29/2007 |
| 16 | Neiman, Robert | Bureau of Policy Development, Drug payment policy and ambulance payment policy, CMS | 10/11/2007 |
| | Nieman, Robert | Bureau of Policy Development, Drug payment policy and ambulance payment policy, CMS | 9/14/2007 |
| 17 | Parker, Lisa | Office of Strategic Operations of Regulatory Affairs, CMS | 6/6/2007 |
| 18 | Ragone, Linda | Office of Evaluations and Inspections, OIG, US Dept of Health | 4/17/2007 |
| | Ragone, Linda | Office of Evaluations and Inspections, OIG, US Dept of Health | 4/18/2007 |

# MDL 1456 CMS Depositons
*City of New York, et al. v. Abbott Labs, et al.*

| Num. | Name | Title | Depo Taken |
|---|---|---|---|
| 19 | Reed, Larry | HCFA Baltimore-Leadership Development Program, Branch Chief Processing Payment Policy Branch | 9/26/2007 |
| | Reed, Larry | HCFA Baltimore-Leadership Development Program, Branch Chief Processing policy division, Branch chief Medicaid Non-Institutional Payment Policy Branch | 9/27/2007 |
| | Reed, Larry | HCFA Baltimore-Leadership Development Program, Branch Chief Processing policy division, Branch chief Medicaid Non-Institutional Payment Policy Branch | 3/18/2008 |
| | Reed, Larry | HCFA Baltimore-Leadership Development Program, Branch Chief Processing policy division, Branch chief Medicaid Non-Institutional Payment Policy Branch | 3/20/2008 |
| | Reed, Larry | HCFA Baltimore-Leadership Development Program, Branch Chief Processing policy division, Branch chief Medicaid Non-Institutional Payment Policy Branch | 10/2/2008 |
| | Reed, Larry | HCFA Baltimore-Leadership Development Program, Branch Chief Processing policy division, Branch chief Medicaid Non-Institutional Payment Policy Branch | 10/22/2008 |
| | Reed, Larry 30 (b)(6) | HCFA Baltimore-Leadership Development Program, Branch Chief Processing policy division, Branch chief Medicaid Non-Institutional Payment Policy Branch | 3/20/2008 |
| 20 | Richter, Elizabeth | | 12/7/2007 |
| 21 | Robey, Vickie 30(b)(6) | | 3/20/2007 |
| 22 | Scully, Thomas | CEO Federation of American Hospitals; Administrator of HCFA | 5/15/2007 |
| | Scully, Thomas | CEO Federation of American Hospitals; Administrator of HCFA | 7/13/2007 |
| 23 | Sexton, Gail | Health Insurance Specialist w/CMS at Headquarters in Baltimore | 3/20/2008 |
| | Sexton, Gail | Health Insurance Specialist w/CMS at Headquarters in Baltimore | 5/20/2008 |
| 24 | Smith, Dennis | | 2/26/2006 |
| | Smith, Dennis | | 2/26/2008 |
| | Smith, Dennis | | 3/27/2008 |
| 25 | Thompson, Don | | 3/28/2008 |
| | Thompson, Don | | 9/30/2008 |
| 26 | Timus, Sr. David M. | Paralegal at CMS | 6/6/2007 |
| 27 | Vladeck, Bruce | Administrator of HCFA | 5/4/2007 |
| | Vladeck, Bruce | Administrator of HCFA | 6/21/2007 |
| | **27 people total** | | **42 days total** |

# EXHIBIT C



# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

THIS DOCUMENT RELATES TO:
ALL ACTIONS

)
)
)
)
)
)
)
)
)
)

MDL 1456

Master File No. 01-CV-12257-PBS

Judge Patti B. Saris

## [PROPOSED] CASE MANAGEMENT ORDER NO. 9

WHEREAS, in CMO 7, the Court has ordered limited party discovery to

proceed in the federal class action that has been designated the Lead Case in this MDL,

Civil Action No. 01-12257-PBS, pending a decision on defendants' motions to dismiss

the Amended Master Consolidated Class Action Complaint ("AMCC"); and

WHEREAS, motions to dismiss other included cases in MDL 1456 either

are pending or will be filed; and

WHEREAS, in order to avoid duplication and burden on the parties in

discovery, it is appropriate for all parties proceeding with discovery in the Lead Case to

attempt to coordinate with the parties in all other cases in MDL 1456 before pursuing

such discovery; and

WHEREAS, the Court finds that it would be helpful to provide procedures

to attempt to coordinate discovery activities both among the included cases and with

other cases that are, or may be, prosecuted in state court and that allege fraud or related

- 1 -



violations of law in connection with the pricing of Medicare or Medicaid reimbursed prescription drugs;

IT IS HEREBY ORDERED as follows:

## I.     **COORDINATION AMONG ACTIONS INCLUDED IN MDL 1456**

1.     With respect to the limited discovery the Court has permitted to proceed in the Lead Case pending a decision on defendants' motions to dismiss, and with respect to any discovery that may occur thereafter, it shall be the responsibility of Liaison Counsel for all Class Plaintiffs (as designated in Case Management Order No. 1 or as modified by subsequent Order of this Court) to coordinate discovery on behalf of all Class Plaintiffs, with all plaintiffs in cases brought by government entities, and with any private opt out plaintiffs should any emerge.

2.     Except for the limited discovery the Court has permitted to proceed in the Lead Case and discovery relevant to any motion to remand that challenges the court's jurisdiction over a removed case, no party may serve discovery on any other party in any action that is included within MDL 1456 prior to a defendant's filing of an answer to the complaint in the action in which discovery is to be served. In any action in which there are multiple defendants, only those defendants that have answered the complaint may serve, and are subject to, party discovery.

3.     Upon request, defendants who have produced documents to plaintiffs in the Lead Case pursuant to CMO 5 and/or CMO 7 shall make those documents available to any government entity plaintiff in any action included within MDL 1456, except that no such plaintiff shall be entitled to have access to: a) documents produced by a defendant that is not named as a defendant in the operative complaint filed by such

- 2 -



plaintiff; b) documents relating to drugs that are not identified in the operative complaint filed by such plaintiff; and c) documents produced by a defendant that are not otherwise relevant to the claims asserted against that defendant in the operative complaint filed by such plaintiff.

4.      Any party that is permitted to take a deposition may do so only after providing notice to counsel for all parties that are before the Court in any action that is included within MDL 1456.

5.      To the extent that any party participates in a deposition, counsel for that party shall be bound by any order entered by this Court regarding the appropriate scope and nature of discovery in the action in which the deposition is noticed.

## II.      COORDINATION WITH STATE COURT PROCEEDINGS

1.      This Court has recently ordered several cases initiated by State Attorneys General in State Court to be remanded to State Court. These cases fall within the subject matter definition of this MDL proceeding and the Court urges the parties to identify other cases pending in State Courts nationwide that similarly fall within the subject matter definition of this MDL proceeding. This Court intends to invite the State Courts presiding over those cases (the "State Court Cases") to enter into informal discovery coordination arrangements that (a) will allow plaintiffs' counsel in those cases to participate in the discovery activities in this proceeding (as though their cases were part of this proceeding), (b) will allow the parties in those cases to use the fruits of any discovery that is developed in this proceeding, and (c) will minimize the waste and inconvenience that would result if parallel discovery proceeded unabated in all cases.



However, such efforts are not intended by this Court to usurp or impede the management of any respective State Court by the State Court judge.

2.      This Court (the "MDL Court") intends to invite each State Court that is presiding over a State Court Case, including State Court cases that are currently pending and State Court cases that are filed after the date of this Order, to declare that case to be a "Coordinated State Court Case" and enter an order containing provisions to the following effect:

(a)      The parties will make good faith efforts to coordinate discovery in the Coordinated State Court Case  with the discovery that will be occurring in the  MDL proceeding – MDL 1456, *In re Pharmaceutical Industry Average Wholesale Price Litigation.*

(b)      Under the coordination arrangement, counsel in the State Court Case shall be entitled to participate fully in any or all discovery activities in MDL 1456 in the same manner as counsel in any of the included actions in MDL 1456, subject to the orders and rules governing the MDL proceedings (including appearing before the MDL Court to address discovery-related matters in that proceeding).

(c)      Any discovery generated in the MDL 1456 proceeding will be fully available for use in the Coordinated State Court Case to the extent permitted by the State Court under its applicable evidentiary standards, and any discovery generated in a Coordinated State Court Case will be fully available for use in the MDL 1456

- 4 -



proceeding, subject to any applicable confidentiality or protective

orders entered in the MDL proceeding.

(d)     The Court's objective is to avoid duplicative depositions of any

person or party.  Plaintiffs' Liaison Counsel will be responsible for

keeping all plaintiffs' counsel for the Coordinated State Court

Cases fully apprised of the scheduling of any depositions in this

proceeding and the Court will ask each State Court to order

plaintiffs' counsel in a Coordinated State Court Case to

reciprocate.  If for any reason a defendant knows or has reason to

believe that plaintiffs' counsel in the Coordinated State Court

Cases are unaware of a deposition going forward in any case that is

not a Coordinated State Court Case, it shall inform plaintiffs'

counsel for the Coordinated State Court Cases of that deposition

with enough notice to allow them or other counsel to attend.


3.     To facilitate this effort to achieve coordination among this proceeding and

the various State Court Cases, the parties will identify the State Court Cases that are
*including the name of the judge and phone number of the court*
pending as of the date of this Order and will notify this Court promptly of any new State

Court Cases that are filed in the future.

United States District Judge

11/17/03

# EXHIBIT D

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| | **MDL NO. 1456** |
| | **CIVIL ACTION: 01-CV-12257-PBS** |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) |
| | **Judge Patti B. Saris** |

## PROTECTIVE ORDER

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed, by and between the parties, through their respective counsel, as follows:

**IT IS HEREBY STIPULATED AND ORDERED AS FOLLOWS:**

1.      This Protective Order shall apply to the actions that have been consolidated for pretrial proceedings as *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456, Civil Action No. 01-12257-PBS and all future actions that are transferred to MDL No. 1456 for coordinated or consolidated pretrial proceedings (collectively referred to herein as "the AWP Litigation").

2.      The terms and conditions of this Order shall govern initial disclosures, the production and handling of documents, answers to interrogatories, responses to requests for admissions, depositions, pleadings, exhibits, other discovery taken pursuant to the Federal Rules of Civil Procedure, and all other information exchanged by the parties or by any third party in response to discovery requests or subpoenas.

3.      The designation "CONFIDENTIAL" shall be limited to information that any producing party, including any third party, in good faith, believes to contain (a) proprietary or commercially sensitive information; (b) personal financial information; or (c) information that should otherwise be subject to confidential treatment under Rule 26(c)(7) of the Federal Rules of Civil Procedure.



4.   Information designated "CONFIDENTIAL" may be disclosed only to the following persons:

(a)   a named "Individual Patient Plaintiff" (*e.g.*, persons identified in Paragraphs 13 through 21 of the September 6, 2002, Master Consolidated Class Action Complaint in the AWP Litigation ("Complaint")) who have executed a Certification attached hereto as Exhibit A;

(b)   in-house counsel of a named party or, for a "Third-Party Payor" or "Non-Profit Association," as those terms are used in the Complaint, that does not have in-house counsel, one officer or employee of that party who is responsible for the AWP Litigation for that party and who has executed a Certification attached hereto as Exhibit A;

(c)   outside counsel representing a named party in the AWP Litigation, including all paralegal assistants, and stenographic and clerical employees working under the supervision of such counsel;

(d)   court reporters, interpreters, translators, copy services, graphic support services, document imaging services, and database/coding services retained by counsel, provided these individuals or an appropriate company official with authority to do so on behalf of the company executes a Certification attached hereto as Exhibit A;

(e)   an expert or consultant who (i) is retained by any attorney described in Paragraphs 4(b) and (c) to assist with the AWP Litigation, (ii) is not a current employee of a party or subsidiary or affiliate of a party, and (iii) such expert or consultant executes a Certification attached hereto as Exhibit A;

(f)   a person who prepared, received, or reviewed the "CONFIDENTIAL" information prior to its production in the AWP Litigation;

(g)   during depositions and preparation for depositions, a deposition witness who is a current employee of the party that produced the applicable document(s) or who appears, based upon the document itself or testimony in a deposition, to have knowledge of the contents of the document designated "CONFIDENTIAL" or the specific events, transactions, discussions, or date reflected in the document, provided such witness executes a Certification attached hereto as Exhibit A;

(h)   any private mediators utilized in the AWP Litigation, provided such person executes a Certification attached hereto as Exhibit A; and

(i)   the Court, and any Special Masters and/or Mediators appointed by the Court, under seal.

2

5.     The designation "HIGHLY CONFIDENTIAL" or "ATTORNEY EYES ONLY" (collectively referred to herein as "HIGHLY CONFIDENTIAL") shall be limited to information that any producing party, including third parties, in good faith, believes to contain (a) current and past (to the extent they reflect on current) methods, procedures, and processes relating to the pricing of pharmaceuticals; (b) current and past (to the extent they reflect on current) marketing plans and methods; (c) current and past (to the extent they reflect on current) business planning and financial information; (d) trade secrets; (e) past or current company personnel or employee information; and (f) other "CONFIDENTIAL" information (as defined in Paragraph 3) the disclosure of which is likely to cause competitive or commercial injury to the producing party.

6.     Information designated "HIGHLY CONFIDENTIAL" may be disclosed only to the following persons:

(a)     (i) in-house counsel of a named party who have executed a Certification attached hereto as Exhibit B may have access to all "HIGHLY CONFIDENTIAL" information; or (ii) in-house counsel of a named party who cannot satisfy the requirements of Exhibit B may have access only to "HIGHLY CONFIDENTIAL" information that identifies the company, employees, or drugs of the named party of the in-house counsel;

(b)     outside counsel representing a named party in the AWP Litigation, including all paralegal assistants, and stenographic and clerical employees working under the supervision of such counsel;

(c)     court reporters, interpreters, translators, copy services, graphic support services, document imaging services, and database/coding services retained by counsel, provided these  individuals or an appropriate company official with authority to do so on behalf of the company executes a Certification attached hereto as Exhibit A;

(d)     an expert or consultant who (i) is retained by any attorney described in Paragraphs 6(a) and (b) to assist with of the AWP Litigation, (ii) is not a current employee of a party or subsidiary or affiliate of a party; and (iii) such expert or consultant executes a Certification attached hereto as Exhibit A;

(e)     a person who prepared, received, or reviewed the "HIGHLY CONFIDENTIAL" information prior to its production in the AWP Litigation;

3

(f)    during depositions and preparation for depositions, a deposition witness who is a current employee of the party that produced the applicable document(s) or who appears, based upon the document itself or testimony in a deposition, to have knowledge of the contents of the document designated "HIGHLY CONFIDENTIAL" or the specific events, transactions, discussions, or date reflected in the document, provided such witness executes a Certification attached hereto as Exhibit A;

(g)    any private mediators utilized in the AWP Litigation, provided such person executes a Certification attached hereto as Exhibit A; and

(h)    the Court, and any Special Masters and/or Mediators appointed by the Court, under seal.

7.    This Order does not apply to any information or documents:

(a)    already in the possession of a receiving party and not subject to any obligation of confidentiality; and

(b)    acquired by a receiving party from a third party without being designated confidential or similar material unless the third party received the information or documents subject to any form of confidentiality protection.

8.    All information designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" in accordance with the terms of this Order and produced or exchanged in the course of the AWP Litigation shall be used or disclosed solely for the purpose of the AWP Litigation and in accordance with the provisions of this Order.  Such "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" information shall not be used for any business purpose, or in any other litigation or other proceeding ,or for any other purpose, except by Court Order or otherwise required by law.

9.    Any person or party receiving "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information that receives a request or subpoena for production or disclosure of "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information shall promptly give notice by facsimile to the producing party identifying the information sought and enclosing a copy of the subpoena or request.  Provided that the producing party makes a timely motion or other application for relief from the subpoena or other request in the appropriate forum, the person or party subject to the subpoena or other request shall not produce or disclose the requested

4

information without consent of the producing party or until ordered by a court of competent jurisdiction.

10.     Counsel shall inform each person to whom they disclose or give access to "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information the terms of this Order, as well as the obligation to comply with those terms.  Persons receiving "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information are prohibited from disclosing it to any person except in conformance with this Order.  The recipient of any "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information agrees to subject himself/herself to the jurisdiction of the Court for the purpose of any proceedings relating to the performance under, compliance with, or violation of this Order.  The parties agree, and agree to inform each person to whom they disclose or give access to "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information, that damages for violation of this Order are not an adequate remedy and that the appropriate remedy is injunctive relief.  Counsel agrees to maintain a file of all Certifications (Exhibits A and B) required by this Order.

11.     The recipient of any "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information shall maintain such information in a secure and safe area and shall exercise the same standard of due and proper care with respect to the storage, custody, use and/or dissemination of such information as is exercised by the recipient with respect to his or her own confidential or proprietary information.

12.     "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" information may include or be included in any document, physical object, tangible thing, transcript or oral testimony or recorded statement of counsel, such as by way of example and not limitation, transcripts, answers to interrogatories and other responses to discovery requests, pleadings, briefs, summaries, notes, abstracts, motions, drawings, illustrations, diagrams, blueprints, journal entries, logbooks, compositions, devices, test reports, programs, code, commands, electronic media, databases, and any other records and reports which comprise, embody or summarize information about the producing party's business, products, practices and procedures.

5

13.     In designating information "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL," the producing or testifying party or person, including third parties, will make such designation only as to that information that it in good faith believes is "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL." All or any part of a document, tangible item, discovery response or pleading disclosed, produced, or filed by any party or person in the AWP Litigation may be designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" by the producing or disclosing party or person by marking the appropriate legend on the face of the document and each page so designated.  With respect to tangible items, the appropriate legend shall be marked on the face of the tangible item, if practicable, or by delivering at the time of disclosure, production or filing to the party to which disclosure is made, written notice that such tangible item is "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL."

14.     The parties may designate the deposition testimony and exhibits (or portions thereof) of any witness in the AWP Litigation as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" at the time of the deposition by advising the reporter and all parties of such fact during the deposition.  If any portion of a videotaped deposition is designated pursuant to this Paragraph, the videocassette or other videotape or CD-ROM container shall be labeled with the appropriate legend.  Unless a shortened time period is requested as set forth below, within thirty (30) days of receipt of a transcript, the deponent, his/her counsel, or any other party may redesignate all or portions of the transcript "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL."  The deponent, his/her counsel or any other party shall list on a separate piece of paper the numbers of the pages of the deposition transcript containing "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information and serve the same on opposing counsel.  Pending such designation, the entire deposition transcript, including exhibits, shall be deemed "HIGHLY CONFIDENTIAL" information.  If no designation is made within thirty (30) days after receipt of the transcript, the transcript shall be considered not to contain any "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information.

(a)     a party may reasonably request a shortening of the time period within which a confidentiality designation for a deposition transcript must be made for the purpose of conducting effective discovery, and consent to such a request shall not be unreasonably withheld.

6

In the event of a dispute as to a request for a shortened time period, the parties shall first try to dispose of such dispute in good faith on an informal basis. If the dispute cannot be resolved within five (5) business days, the party requesting the shortened time period may request appropriate relief from the Court. The parties agree, subject to Court approval, that such relief sought can be in the form of a telephone conference to be scheduled at the Court's earliest convenience with the objective of obtaining an immediate resolution of the dispute;

15.    Any documents or pleadings to be filed with the Court that contain "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information, shall be filed under seal in an envelope marked "CONFIDENTIAL -- Filed Under Seal Pursuant to Court Order" or "HIGHLY CONFIDENTIAL -- Filed Under Seal Pursuant to Court Order" and bear the caption of the AWP Litigation and pleading or document title and such other description as will allow the Court to readily identify the documents or information or portions thereof so designated.

16.    At the request of a producing party, the Court may limit or restrict person(s) not permitted access to "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information from attending any hearing or deposition at which such information is revealed.

17.    Nothing in this Order shall be construed in any way as a finding that information designated "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" actually is "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information. Any party may object, in writing, to the designation by another party by specifying the information in issue and its grounds for questioning the designation. A party shall not be obligated to challenge the propriety of a designation at the time made, and a failure to do so shall not preclude any subsequent challenge. In the event that any party to the AWP Litigation disagrees at any point in these proceedings with the designation by the producing party, the parties shall try first to dispose of such dispute in good faith on an informal basis. If the parties' cannot resolve the dispute within twenty-one (21) days of service of a written objection, the party challenging the designation may file a motion to compel within twenty-one (21) days after the parties' informal attempts at resolution have concluded. The information, documents or materials shall continue to receive the protection of their designation until the Court rules on the motion. The party that designated the information

7

"CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" shall have the burden of demonstrating the propriety of its designation.

18.     Nothing herein shall be construed to be an admission of relevance or to affect, in any way, the admissibility of any documents, testimony or other evidence in the AWP Litigation. This Order is without prejudice to the right of any party to bring before the Court at any time the question of whether any particular information is or is not discoverable or admissible.

19.     Nothing in this Order shall bar or otherwise restrict any attorney herein from rendering advice to clients with respect to the AWP Litigation and in the course thereof, referring to or relying upon the attorney's examination of "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information so long as the attorney does not disclose "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information.

20.     The inadvertent or mistaken disclosure by a producing party of "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information shall not constitute a waiver of any claim of confidentiality except where: (a) the producing party notifies a receiving party in writing of such inadvertent or mistaken disclosure within ten (10) business days of becoming aware of such disclosure and, (b) within thirty (30) days of such notice, the producing party fails to provide properly redesignated documents to the receiving party.  During the thirty (30) day period after notice, the materials shall be treated as designated in the producing party's notice. Upon receipt of properly redesignated documents, the receiving party shall return all unmarked or incorrectly designated documents and other materials to the producing party within five (5) business days.  The receiving party shall not retain copies thereof and shall treat information contained in said documents and materials and any summaries or notes thereof as appropriately marked pursuant to the producing party's notice.

21.     Should any "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information be disclosed, through inadvertence or otherwise, by a receiving party to any person or party not authorized under this Order, then the receiving party shall:  (a) use its best efforts to obtain the return of any such "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information and to

8

bind such person or party to the terms of this Order; (b) within seven (7) business days of the discovery of such disclosure, inform such person of all provisions of this Order and identify such person or party to the producing party; and (c) request such person or party to sign the Certification attached hereto as Exhibit A or B. The executed Certification shall be served upon counsel for the producing party within ten (10) business days of its execution by the party to whom the "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information was inadvertently disclosed. Nothing in this Paragraph is intended to limit the remedies that the producing party may pursue for breach of this Order.

22.     A producing person or entity who is not a party in the AWP Litigation shall be entitled to the protections afforded herein by signing a copy of this Order and serving same on all counsel of record. Thereafter, a producing person or entity may designate as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" only testimony, information, documents or things that such producing person or entity has produced or provided in the action.

23.     This Order shall survive the termination of this litigation and the transferred actions and shall continue in full force and effect thereafter.

24.     After final termination of this action, the outside counsel for a named party may each retain one copy of deposition transcripts and exhibits, Court transcripts and exhibits, and documents and other materials submitted to the Court. Nothing herein shall require the return or destruction of attorney work product. Such material shall continue to be treated as designated under this Order. Within sixty (60) days after final termination of the AWP Litigation, at the request of the producing party, counsel for the receiving party either shall (a) return all additional "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information in his/her possession, custody or control or in the custody of any authorized agents, outside experts and consultants retained or utilized by counsel for the receiving party to counsel for the party who has provided such "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information in discovery or (b) certify destruction thereof to the producing party's counsel. As to "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information reflected in computer databases or backup tapes or

9

any other electronic form, the receiving party shall erase all such "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information.

25.     Pursuant to Local Rule 7.2, within thirty (30) days after final termination of the AWP Litigation, outside counsel for a named party shall retrieve from the Court all "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" information that it filed with the Court during the AWP Litigation and return or dispose of such information in accordance with Paragraph 24.

26.     If information subject to a claim of attorney-client privilege or work product immunity is inadvertently or mistakenly produced, such production shall in no way prejudice or otherwise constitute a waiver of, or estoppel as to, any claim of privilege or work-product immunity for such information.  If a party has inadvertently or mistakenly produced information subject to a claim of immunity or privilege, upon written request made by the producing party within twenty-one (21) days of discovery of such inadvertent or mistaken production, the information for which a claim of inadvertent production is made, including all copies, shall be returned within seven (7) business days of such request unless the receiving party intends to challenge the producing party's assertion of privilege or immunity.  All copies of inadvertently or mistakenly produced documents shall be destroyed, and any document or material information reflecting the contents of the inadvertently produced information shall be expunged.  If a receiving party objects to the return of such information within the seven (7) business day period described above, the producing party may move the Court for an order compelling the return of such information.   Pending the Court's ruling, a receiving party may retain the inadvertently or mistakenly produced documents in a sealed envelope and shall not make any use of such information.

27.     Provided a party has followed the procedures set forth herein, the Court deems that the party has complied with the requirements of Local Rule 7.2, Impounded and Confidential Materials.

10

28.     Nothing in this Order shall prevent any party from applying to the Court for relief therefrom, or from applying to the Court for further or additional protective orders or modification of this Order.

29.     It is further ordered that all pleadings, memoranda or other documents filed in court shall be treated as public regardless of the terms of this order unless the counsel for the party seeking protection certifies and explains why the material is confidential.  To the extent that a brief or other document contains some confidential information, it shall be redacted in a public version.

Dated: ___12 13___ , 2002

Patti B. Saris
United States District Judge

11

## CERTIFICATION – EXHIBIT A

I hereby certify that I have read the attached Protective Order in *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456, Civil Action No. 01-12257-PBS, dated _____, 2002 (the "Order"), and I agree that I will not reveal "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information to, or discuss such with, any person who is not entitled to receive "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information in accordance with the Order, I will use "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" information only for the purposes of facilitating the prosecution or defense of the action and not for any business or other purpose. I will otherwise keep all "CONFIDENTIAL" and "HIGHLY CONFIDENTIAL" information confidential in accordance with this Order. I agree that the United States District Court for the District of Massachusetts has jurisdiction to enforce the terms of the Order, and I consent to jurisdiction of that Court over my person for that purpose. I will otherwise be bound by the strictures of the Order.

Dated: _____    _____

_____
[Print Name]

_____
[Company]

[Address]

12

## IN-HOUSE COUNSEL CERTIFICATION – EXHIBIT B

I hereby certify that I have read the attached Protective Order in *In re Pharmaceutical Industry Average Wholesale Price Litigation*, MDL No. 1456, Civil Action No. 01-12257-PBS, dated _____, 2002 (the "Order"), and I agree that I will not reveal "HIGHLY CONFIDENTIAL" information to, or discuss such with, any person who is not entitled to receive "HIGHLY CONFIDENTIAL" information in accordance with the Order. I will use "HIGHLY CONFIDENTIAL" information only for the purposes of facilitating the prosecution or defense of the action and not for any business or other purpose. I will otherwise keep all "HIGHLY CONFIDENTIAL" information confidential in accordance with this Order.

I agree that I will only review "HIGHLY CONFIDENTIAL" information in the offices of outside counsel or other location designated by outside counsel. I will not remove such information from outside counsel's office or other location designated by outside counsel, nor make copies of or maintain any "HIGHLY CONFIDENTIAL" information at the offices at which I work.

My professional relationship with the party I represent and its personnel is strictly one of legal counsel. Although I may attend meetings where others discuss competitive decision-making, I am not involved in competitive decision-making (as discussed in *U.S. Steel Corp. v. United States*, 730 F.2d 1465 (Fed. Cir. 1984) and *Matsushita Elec. Indus. Co. v. United States*, 929 F.2d 1577 (Fed. Cir. 1991)), for or on behalf of the party I represent or any other party that might gain a competitive advantage from access to the material disclosed under the Order. Other than legal advice, I do not provide advice or participate in any decisions of such parties in matters involving similar or corresponding information about a competitor. This means that I do not, other than providing legal advice, for example, provide advice concerning decisions about, pricing, marketing or advertising strategies, product research and development, product design or

13

competitive structuring and compositions of bids, offers, or proposals, with respect to which the use of "HIGHLY CONFIDENTIAL" information could provide a competitive advantage.

I have attached a detailed narrative providing the following information: (a) my position and responsibilities as in-house counsel; and (b) the person(s) to whom I report, and their position(s) and responsibilities.

I further agree that the United States District Court for the District of Massachusetts has jurisdiction to enforce the terms of the Order, and I consent to jurisdiction of that Court over my person for that purpose. I will otherwise be bound by the strictures of the Order.

Dated: _____        _____

                                               [Print Name]

                                               _____

                                               [Company]

                                               _____

                                               [Address]

## CERTIFICATE OF SERVICE

I certify that on December 13, 2002, I caused a true and correct copy of the foregoing JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER and proposed PROTECTIVE ORDER to be served on all counsel of record by electronic service in accordance with Case Management Order No. 2.

_Juliet S. Sore_

Juliet S. Sorensen

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

Pursuant to Local Rule 7.1(A)(2), the undersigned certifies that counsel for defendants conferred with counsel for plaintiff on this motion, and that counsel for plaintiff joined in the motion.

_Juliet S. S._

Juliet S. Sorensen

15

# EXHIBIT E



14052986

Mar  8 2007
10:21AM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.,* | ) | |
| No. 06-CV-11337-PBS | ) | |

## NOTICE OF DEPOSITION OF GLENDA BAILEY

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, Abbott Laboratories, by its undersigned attorneys, will take the deposition of Glenda

Bailey.  Ms. Bailey is being deposed in response to Abbott's Notice of Deposition of one or

more persons designated by the United States to testify regarding the United States' responses to

subpoenas issued in the Lupron MDL and the AWP MDL.

The deposition will take place before a notary public, or any other officer authorized to

administer oaths, at the office of Hogan & Hartson LLP, 111 South Calvert St., Baltimore, MD,

on March 20, 2007, beginning at 9:00 a.m. and continuing on successive days as necessary.

Such deposition will be recorded by stenographic and/or sound and visual means.

The deposition is being taken for the purposes of discovery, for use at trial, and for such

other purposes as permitted under the Federal Rules of Civil Procedure.

Dated:  March 8, 2007

 /s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, R. Christopher Cook, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF DEPOSITION OF GLENDA BAILEY to be served upon be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 8th day of March, 2007.

 /s/ R. Christopher Cook____
R. Christopher Cook

# EXHIBIT E-1

Bailey 30(b)(6), Glenda
0001
1           UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF MASSACHUSETTS
3
4      --------------------------X
5    IN RE: PHARMACEUTICAL      ) MDL NO. 1456
6    INDUSTRY AVERAGE WHOLESALE ) CIVIL ACTION:
7    PRICE LITIGATION           ) 01-CV-12257-PBS
8    THIS DOCUMENT RELATES TO   )
9    U.S. ex rel. Ven-A-Care of ) Judge Patti B. Saris
10    the Florida Keys, Inc. v.  )
11    Abbott Laboratories, Inc., ) Chief Magistrate
12    No. 06-CV-11337-PBS        ) Judge Marianne B.
13                              ) Bowler
14      --------------------------X
15            HIGHLY CONFIDENTIAL
16          Tuesday, March 20, 2007
17
18    The video 30(b)(6) deposition of GLENDA BAILEY,
19    called for oral examination by Counsel for the
20    Defendant Abbott Laboratories, Inc., pursuant to
21    notice, held in the law offices of Hogan & Hartson,
22    111 South Calvert Street, Baltimore, Maryland 21202,
0002
1    beginning at 1:46 p.m., before Carol J. Robinson,
2    Registered Professional Reporter and a Notary
3    Public, when were present:
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
0003
1            A P P E A R A N C E S
2
3    ON BEHALF OF THE PLAINTIFFS:
4    United States Department of Justice
5    BY:  ANA MARIA MARTINEZ, ESQUIRE
6    Assistant United States Attorney
7    Southern District of Florida
8    99 N.E. 4th Street

Bailey 30(b)(6), Glenda

```
 9   Miami, FL 33132
10   (305) 961-9431
11
12   Department of Health and Human Services
13   BY: LESLIE M. STAFFORD, ESQUIRE
14   Office of General Counsel
15   CMS Division
16   7500 Security Boulevard
17   Baltimore, Maryland 21244
18   (410) 786-9655
19
20
21
22   (CONTINUED)
0004
 1              A P P E A R A N C E S  (CONTINUED)
 2
 3   BERGER & MONTAGUE, P.C.
 4   BY: SUSAN SCHNEIDER THOMAS, ESQUIRE
 5   1622 Locust Street
 6   Philadelphia, PA 19103
 7   (215) 875-3000
 8   sthomas@bm.net
 9
10   ON BEHALF OF DEFENDANT ABBOTT LABORATORIES:
11   JONES DAY
12   BY: R. CHRISTOPHER COOK, ESQUIRE
13        LOUIS GABEL, ESQUIRE
14   51 Louisiana Avenue, N.W.
15   Washington, D.C.  20001
16   (202) 879-3939
17   christophercook@jonesday.com
18
19
20
21
22   (CONTINUED)
0005
 1              A P P E A R A N C E S  (CONTINUED)
 2
 3   ON BEHALF OF DEY, INC.,
 4   DEY, LP AND DEY, LP, INC.:
 5   KELLEY DRYE & WARREN LLP
 6   BY: ANTONIA F. GIULIANA, ESQUIRE
 7   101 Park Avenue
 8   New York, New York 10178
 9   (212) 808-7609
10   agiuliana@kelleydrye.com
11
12   ON BEHALF OF ROXANNE LABORATORIES:
13   KIRKLAND & ELLIS
14   BY:  CEYLAN A. EATHERTON, ESQUIRE
15   200 East Randolph Drive
16   Chicago, IL 60601
17   312-469-7087
```

Page 2

Bailey 30(b)(6), Glenda

```
18  ceatherton@kirkland.com
19  (via telephone)
20
21
22  (CONTINUED)
0006
 1          A P P E A R A N C E S (CONTINUED)
 2
 3  ON BEHALF OF SCHEIRING-WARRICK CORPORATION:
 4  ROPES AND GRAY
 5  BY:  JOBE G. DANGANAN, ESQUIRE
 6  One International Place
 7  Boston, MA 02110-2624
 8  (617)951-7290
 9  jobe.danganan@ropesgray.com
10  (via telephone)
11
12  ON BEHALF OF BAXTER HEALTHCARE:
13  DICKSTEIN SHAPIRO
14  BY:  TINA D.  REYNOLDS, ESQUIRE
15  1825 Eye Street NW
16  Washington, DC 20006
17  (202) 420-4114
18  reynoldst@dicksteinshapiro.com
19  (via telephone)
20
21
22  (CONTINUED)
0007
 1          A P P E A R A N C E S (CONTINUED)
 2
 3  ON BEHALF OF ASTRAZENECA:
 4  DAVIS POLK & WARDWELL
 5  BY:  CATHERINE LIFESO, ESQUIRE
 6  450 Lexington Avenue
 7  New York, NY 10017
 8  (212)450-4452
 9  catherine.lifeso@dpw.com
10
11  Also Present:  Michael Hunterton, Videographer
12
13
14
15
16
17
18
19
20
21
22
0008
 1                C O N T E N T S
 2  EXAMINATION OF GLENDA BAILEY              Page
 3  By Mr. Cook.................................  11
```

# EXHIBIT F



16707848

Oct 17 2007
1:22PM

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc., et al.* | ) | |
| No. 06-CV-11337-PBS | ) | |

## NOTICE OF DEPOSITION OF AMY BASSANO

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Abbott Laboratories, Inc. ("Abbott") by its undersigned attorneys, will take the

deposition of Amy Bassano.

The deposition will take place before a notary public, or any other officer authorized to

administer oaths, at Hogan & Harston LLP, 111 South Calvert Street, Suite 1600, Baltimore,

Maryland, on November 8, 2007, beginning at 9:00 a.m. and continuing on successive days as

necessary.  The attached subpoena *duces tecum* directs the witness to appear for deposition and

produce certain documents.  The deposition will be taken upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means.  The

deposition is being taken for the purposes of discovery, for use at trial, and for such other

purposes as permitted under the Federal Rules of Civil Procedure.

Dated:  October 17, 2007

 /s/ David S. Torborg
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of

the foregoing NOTICE OF DEPOSITION OF AMY BASSANO to be served upon all counsel of

record electronically by causing same to be posted via LexisNexis, this 17th day of October,

2007.

                           /s/ David S. Torborg
                           David S. Torborg

# EXHIBIT F-1

Bassano, Amy

```
0001
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF MASSACHUSETTS
 3      - - - - - - - - - - - - - - - -
 4    IN RE:  PHARMACEUTICAL       )  MDL NO. 1456
 5    INDUSTRY AVERAGE WHOLESALE   )  CIVIL ACTION
 6    PRICE LITIGATION             )  01-CV-12257-PBS
 7    THIS DOCUMENT RELATES TO     )
 8    U.S. ex rel. Ven-a-Care of   )  Judge Patti B. Saris
 9    the Florida Keys, Inc.       )
10         v.                      )  Chief Magistrate
11    Abbott Laboratories, Inc.,   )  Judge Marianne B.
12    No. 06-CV-11337-PBS          )  Bowler
13      - - - - - - - - - - - - - - - -
14
15          Videotaped deposition of AMY BASSANO
16
17                          Baltimore, Maryland
18                          Wednesday, November 7, 2007
19                          9:00 a.m.
20
21
22
0002
 1
 2           Videotaped deposition of AMY BASSANO, held at
 3    the law offices of Hogan & Hartson, 111 South
 4    Calvert Street, Suite 1600, Baltimore, Maryland
 5    21202, the proceedings being recorded
 6    stenographically by Jonathan Wonnell, a Registered
 7    Professional Court Reporter, and transcribed under
 8    his direction.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
0003
 1    A P P E A R A N C E S   O F   C O U N S E L
 2
 3       On behalf of the United States of America:
 4            JUSTIN DRAYCOTT, ESQ.
 5            U.S. Department of Justice
 6            Civil Division
 7            P.O. Box 261, Ben Franklin Station
 8            Washington, D.C. 20044
```

Page 1

```
                          Bassano, Amy
 9              (202) 305-1088
10
11     On behalf of the U.S. Department of Health and
12          Human Services:
13          LESLIE M. STAFFORD, ESQ.
14          U.S. Department of Health & Human
15            Services
16          Office of General Counsel, CMS Division
17          7500 Security Boulevard
18          Mail Stop C2-05-23
19          Baltimore, Maryland 21244
20          (410) 786-9655
21
22
0004
 1          A P P E A R A N C E S  (Cont'd)
 2
 3     On behalf of Abbott Laboratories, Inc.:
 4          LOUIS P. GABEL, ESQ.
 5          Jones Day
 6          51 Louisiana Avenue, N.W.
 7          Washington, D.C. 20001-2113
 8          (202) 879-3939
 9          lpgabel@jonesday.com
10
11     On behalf of Baxter Health Care and Baxter
12          International:
13          SHAMIR PATEL, ESQ. (via phone)
14          Dickstein Shapiro LLP
15          1825 Eye Street, N.W.
16          Washington, D.C. 20006
17          (202) 420-2728
18          patels@dicksteinshapiro.com
19
20
21
22
0005
 1          A P P E A R A N C E S  (Cont'd)
 2
 3     On behalf of Dey, Inc., Dey L.P., Inc. and Dey
 4          L.P.:
 5          SARAH L. REID, ESQ.
 6          Kelley, Drye & Warren LLP
 7          101 Park Avenue
 8          New York, New York 10178
 9          (212) 808-7720
10          sreid@kelleydrye.com
11
12     Attorneys for Roxane Laboratories and
13          Boehringer Ingelheim:
14          JARED T. HECK, ESQ. (via phone)
15          Kirkland & Ellis
16          200 East Randolph Drive
17          Chicago, Illinois 60601
                       Page 2
```

```
                         Bassano, Amy
18              (312) 469-7087
19              jheck@kirkland.com
20
21    ALSO PRESENT:
22         ELLEN HEBERT, Videographer
0006
 1       I N D E X   O F   E X A M I N A T I O N S
 2    WITNESS NAME                                    PAGE
 3    AMY BASSANO
 4              By Mr. Gabel:                         9
 5              By Ms. Reid:                          127
 6              By Mr. Heck:                          145
 7
 8         I N D E X   O F   E X H I B I T S
 9    NO.  DESCRIPTION                                PAGE
10    Exhibit Abbott 391, Subpoena to Amy Bassano      39
11         dated 11/17/07 (no Bates ref)
12    Exhibit Abbott 392, Resume of Ms. Bassano (no    42
13         Bates ref)
14    Exhibit Abbott 393, U.S. & Relator's FRCP        80
15         26(a)(I)(A) Disclosure (No Bates ref)
16    Exhibit Dey 029, Plaintiffs' Initial Disclosures 137
17         (No Bates ref)
18
19
20
21
22
0007
 1                P R O C E E D I N G S
 2                                      (9:04 a.m.)
 3            THE VIDEOGRAPHER:  Good morning.  This is
 4    the video deposition of Amy Bassano taken by counsel
 5    for the Defendant In Re: Pharmaceutical Industry
 6    Average Wholesale Price Litigation regarding
 7    Ven-A-Care of the Florida Keys versus Abbott
 8    Laboratories, Inc. et al. from the United States
 9    District Court for the District of Massachusetts,
10    MDL Number 1456, Civil Action Number 01-CV-12257-PBS
11    and Case Number 06-CV-11337-PBS and other cases in
12    which this has been cross noticed held in the
13    offices of Hogan & Hartson at 111 South Calvert
14    Street Baltimore, Maryland on this date, Wednesday
15    November 7th 2007 at the time indicated on the video
16    screen, 9:05 a.m.
17            My name is Ellen Hebert.  I am the legal
18    video specialist.  The court reporter is Jonathan
19    Wonnell.  We are employed by Henderson Legal
20    Services.  Will counsel please introduce themselves
21    and the parties they represent?
22            MR. GABEL:  Louis Gabel from Jones Day.
0008
 1            MS. REID:  Sarah Reid from Kelley Drye on
 2    behalf of the Dey companies.
 3            MR. STAFFORD:  Leslie Stafford on behalf
```

# EXHIBIT G



17449430

Nov 28 2007
5:44PM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
| | CIVIL ACTION:  01-CV-12257-PBS |
| | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CASES IN MDL NO. 1456.[1] | Chief Magistrate Judge Marianne B. Bowler |

## CROSS-NOTICE OF DEPOSITION OF ROBERT BERENSON

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure,

defendants Abbott Laboratories and Abbott Laboratories, Inc. (collectively, "Abbott") hereby

cross-notices the deposition of Robert Berenson for purposes of the above-captioned action.

This deposition has been noticed in *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v.*

*Abbott Laboratories, Inc.*, a case originally filed in the United States District Court for the

Southern District of Florida, Case No. 06-21303-CIV-ASG, and now part of MDL 1456 in the

United States District Court for the District of Massachusetts (the "DOJ suit").  A copy of the

notice of deposition in the DOJ suit is attached as Exhibit A.

Mr. Berenson's deposition will take place at Jones Day, 51 Louisiana Ave., N.W.,

Washington, D.C., 20001-2113 on December 18, 2007 beginning at 10:00 a.m.  The deposition

will take place before a notary public, or any other officer authorized to administer oaths.  The

deposition will be taken upon cross-examination.

The deposition will be recorded by stenographic and/or sound and visual means.

Arrangements will be made so that counsel may participate by telephone if they wish.  The

---

[1] This notice applies to all cases in the MDL in which Abbott Laboratories or Abbott Laboratories, Inc. is named, has appeared and in which discovery has not closed.

deposition is being taken for the purposes of discovery, for use at trial, and for such other

purposes as permitted under the Federal Rules of Civil Procedure.


Dated:  November 28, 2007          /s/ Brian J. Murray                              
                                   James R. Daly
                                   Tina M. Tabacchi
                                   Brian J. Murray
                                   JONES DAY
                                   77 West Wacker Drive, Suite 3500
                                   Chicago, IL  60601
                                   Tel: (312) 782-3939
                                   Fax: (312) 782-8585

                                   *Counsel for Defendants Abbott Laboratories and
                                   Abbott Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

    I, Jeremy P. Cole, an attorney, hereby certify that I caused a true and correct copy of the foregoing CROSS-NOTICE OF DEPOSITION OF ROBERT BERENSON to be served upon all counsel of record electronically via LexisNexis, this 28th day of November, 2007.

/s/ Jeremy P. Cole                  
Jeremy P. Cole

**EXHIBIT A**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
| | ) |
| THIS DOCUMENT RELATES TO | ) |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.* No. 06-CV-11337-PBS | ) ) ) |

MDL NO. 1456

CIVIL ACTION: 01-CV-12257-PBS

Judge Patti B. Saris

Magistrate Judge Marianne B. Bowler

## NOTICE OF DEPOSITION OF ROBERT BERENSON

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Abbott Laboratories, Inc. ("Abbott") by its undersigned attorneys, will take the deposition of Robert Berenson

The deposition will take place before a notary public, or any other officer authorized to administer oaths, at Jones Day, 51 Louisiana Ave., N.W., Washington, D.C., on December 18, 2007, beginning at 10:00 a.m. and continuing on successive days as necessary. The attached subpoena *duces tecum* directs the witness to appear for deposition and produce certain documents. The deposition will be taken upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means. The deposition is being taken for the purposes of discovery, for use at trial, and for such other purposes as permitted under the Federal Rules of Civil Procedure.

Dated:  November 26, 2007

 /s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, R. Christopher Cook, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF DEPOSITION OF ROBERT BERENSON to be served upon all counsel of record electronically by causing same to be posted via LexisNexis, this 26th day of November, 2007.

/s/ R. Christopher Cook
R. Christopher Cook

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  | Pending in: |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS** |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.* | MDL NO. 1456<br><br>Civil Action No. 06-CV-11337-PBS Lead Case No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

# SUBPOENA DUCES TECUM

TO:   Robert Berenson
c/o Justin Draycott, Esq.
U.S. Department of Justice
601 D Street, N.W., Ninth Floor
Washington, D.C. 20004

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| **Jones Day 51 Louisiana Ave., N.W. Washington, D.C. 20001** | **December 18, 2007 at 10:00 AM** |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
    Please see attached Exhibit A

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Defendant Abbott Laboratories, Inc. | November 26, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER: R. Christopher Cook, Esq., Jones Day, 51 Louisiana Ave., N.W., Washington, D.C. 20001, (202) 879-3939

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

(C)   PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party service the subpoena shall not be entitled to inspect and copy materials or inspect the premises expect pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
    (i)   fails to allow reasonable time for compliance;
    (ii)   requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
    (iii)   requires disclosure of privileged or other protected matter and no exception or waiver applies, or
    (iv)   subjects a person to undue burden.

(B) If a subpoena

    (i)   requires disclosure of a trade secret or other confidential research, development, or commercial information, or
    (ii)   requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
    (iii)   requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.


(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## EXHIBIT A

### Documents Requested

1.       A copy of your most current resume.

2.       A copy of any and all Documents in your personal possession relating in any way to the pricing of drugs and/or the administration or dispensing of drugs under Medicare or Medicaid.

3.       A copy of any and all Documents in your personal possession concerning the use of AWP or WAC by the Medicare or Medicaid programs for the reimbursement of drugs and/or the administration or dispensing of drugs.

4.       A copy of any and all Documents in your personal possession concerning communications with Ven-A-Care of the Florida Keys, Inc., Centers for Medicare and Medicaid Services ("CMS") (including the office of the General Counsel), and/or any party which is a plaintiff in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

5.       A copy of any and all Documents in your personal possession concerning communications with the Department of Justice ("DOJ") or CMS regarding limitations on communications with any party which is a defendant in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

### Definitions

1.       "AWP" or "Average Wholesale Price" means any figures so categorized and periodically published by any Publisher.

2.       "Concern," "concerning," "relating to," or "relate to" means refer to, regard, concern, describe, explain, state, evidence, record, constitute, pertain to, reflect, comprise, contain, embody, mention, show, support, contradict, and discuss, whether directly or indirectly, as required by the context to bring within the scope of the requests in this request for production of documents any documents that might be deemed outside their scope by another construction.

3.       "Documents" means all original written, recorded, or graphic matters whatsoever, and any and all non-identical copies thereof, including but not limited to advertisements, affidavits, agreements, analyses, applications, appointment books, bills, binders, books, books of account, brochures, calendars, charts, checks or other records of payment, communications, computer printouts, computer stores data, conferences, or other meetings, contracts, correspondence, diaries, electronic mail, evaluations, facsimiles, files, filings, folders, forms, interviews, invoices, jottings, letters, lists, manuals, memoranda, microfilm or other data

compilations from which information can be derived, minutes, notations, notebooks, notes, opinions, pamphlets, papers, photocopies, photographs or other visual images, policies, recordings of telephone or other conversations, records, reports, resumes, schedules, scraps of paper, statements, studies, summaries, tangible things, tapes, telegraphs, telephone logs, telex messages, transcripts, website postings, and work papers, which are in the possession of the Carrier as defined above. A draft or non-identical copy is a separate document within the meaning of this term.

    4.      "WAC" means "Wholesale Acquisition Cost."

# EXHIBIT G-1

Berenson, Dr. Robert

```
0001
 1
 2              FOR THE DISTRICT OF MASSACHUSETTS
 3      - - - - - - - - - - - - - - -x
 4    IN RE:  PHARMACEUTICAL       :   MDL NO. 1456
 5    INDUSTRY AVERAGE WHOLESALE   :   CIVIL ACTION
 6    PRICE LITIGATION             :   01-CV-12257-PBS
 7    THIS DOCUMENT RELATES TO     :
 8    U.S. ex rel. Ven-a-Care of   :   Judge Patti B. Saris
 9    the Florida Keys, Inc.       :
10         v.                      :
11    Abbott Laboratories, Inc.,   :   Chief Magistrate
12    No. 06-CV-11337-PBS          :   Judge Marianne B.
13      - - - - - - - - - - - - - -x     Bowler
14       (CROSS NOTICED CAPTIONS ON FOLLOWING PAGES)
15       Videotaped deposition of DR. ROBERT BERENSON
16                    Volume I
17                          Washington, D.C.
18                          Wednesday, December 18, 2007
19                          10:10 a.m.
20
21
22
0002
 1               COMMONWEALTH OF KENTUCKY
 2               FRANKLIN COURT - DIV. II
 3      - - - - - - - - - - - - - -x
 4    COMMONWEALTH OF KENTUCKY,    :
 5             Plaintiff,          :  Civil Action No.
 6         vs.                     :  03-CI-1134
 7    ABBOTT LABORATORIES, INC.,   :
 8    et al.,                      :
 9             Defendants.         :
10      - - - - - - - - - - - - - -x
11
12
13
14
15
16
17
18
19
20
21
22
0003
 1               IN THE COURT OF COMMON PLEAS
 2               FIFTH JUDICIAL CIRCUIT
 3      - - - - - - - - - - - - - -x
 4    STATE OF SOUTH CAROLINA, and:  STATE OF SOUTH CAROLINA
 5    Henry D. McMaster, in his   :  COUNTY OF RICHLAND
 6    official capacity as        :  Case No. 2006-CP-40-4394
 7    Attorney General for the    :
 8    State of South Carolina,    :
```

```
                        Berenson, Dr. Robert
 9              Plaintiffs,       :
10         vs.                    :
11    ABBOTT LABORATORIES, INC.,  :
12              Defendant.        :
13    - - - - - - - - - - - - - - x
14
15
16
17
18
19
20
21
22
0004
 1       IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
 2                    STATE OF HAWAII
 3    - - - - - - - - - - - - - - x
 4    STATE OF HAWAII,            : Case No. 06-1-0720-04 EEH
 5              Plaintiff,        :
 6         vs.                    :
 7    ABBOTT LABORATORIES, INC.,  :
 8    et al.,                     :
 9              Defendants.       :
10    - - - - - - - - - - - - - - x
11
12           STATE OF WISCONSIN CIRCUIT COURT
13                     DANE COUNTY
14    - - - - - - - - - - - - - - x
15    STATE OF WISCONSIN,         :
16              Plaintiff,        :
17         vs.                    : Case No. 04-CV-1709
18    AMGEN, INC., et al.,        :
19              Defendants.       :
20    - - - - - - - - - - - - - - x
21
22
0005
 1    IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT
 2     OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA
 3    - - - - - - - - - - - - - - x
 4    STATE OF IDAHO,             :
 5              Plaintiff,        :
 6         vs.                    : Case No. CV OC 0701846
 7    ABBOTT LABORATORIES,        :
 8              Defendant.        :
 9    - - - - - - - - - - - - - - x
10
11      IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
12                   FIRST JUDICIAL DISTRICT
13    - - - - - - - - - - - - - - x
14    THE STATE OF MISSISSIPPI,   :
15              Plaintiff,        :
16         vs.                    : Civil Action No.
17    ABBOTT LABORATORIES, INC.,  : G2005-2021
```

```
                       Berenson, Dr. Robert
18  et al.,                  :
19             Defendants.   :
20  - - - - - - - - - - - - - - - x
21
22
0006
 1                    COURT OF COMMON PLEAS
 2                    HAMILTON COUNTY, OHIO
 3  - - - - - - - - - - - - - - - x
 4  STATE OF OHIO,            : Judge Myers
 5             Plaintiff,     : Consolidated Civil Case
 6        vs.                 : A0402047
 7  DEY, INC., et al.,        : (Case Remanded - No. may
 8             Defendants.    :  change)
 9  - - - - - - - - - - - - - - - x
10
11               UNITED STATES DISTRICT COURT
12             FOR THE DISTRICT OF MASSACHUSETTS
13  - - - - - - - - - - - - - - - x
14  IN RE PHARMACEUTICAL       : MDL No. 1456
15  AVERAGE WHOLESALE PRICE    : Civil Action Nos.
16  LITIGATION                 : 1:07-cv-10270-PBS
17                             : 1:01-cv-12257-PBS
18  This filing relates to:    : (Pending Remand)
19  State of Ohio v. Dey, Inc.,:
20  et al.,                    : Judge Patti B. Saris
21  Case No. 1:07-cv-10270-PBS :
22  - - - - - - - - - - - - - - - x
0007
 1      IN THE COMMONWEALTH COURT OF PENNSYLVANIA
 2  - - - - - - - - - - - - - - - -x
 3  COMMONWEALTH OF PENNSYLVANIA   :
 4  by THOMAS W. CORBETT, JR., in  :
 5  his capacity as Attorney       :
 6  General of the Commonwealth    :
 7  of Pennsylvania,               :
 8             Plaintiff,          :
 9        vs.                      : No. 212 M.D. 2004
10  TAP Pharmaceutical Products,   :
11  Inc., et al.,                  :
12             Defendants.         :
13  - - - - - - - - - - - - - - - -x
14
15
16
17
18
19
20
21
22
0008
 1                  IN THE CIRCUIT COURT OF
 2               MONTGOMERY COUNTY, ALABAMA
 3  - - - - - - - - - - - - - - - -x
```

                        Berenson, Dr. Robert
 4   STATE OF ALABAMA,              :
 5        Plaintiff,                :
 6        vs.                       :  Case No.: CV-2005-219
 7   ABBOTT LABORATORIES, INC.,     :  Judge Charles Price
 8    et al.                        :
 9        Defendants.               :
10   - - - - - - - - - - - - - - -x
11
12        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
13            COUNTY DEPARTMENT, CHANCERY DIVISION
14   - - - - - - - - - - - - - - x
15   THE PEOPLE OF THE STATE OF  :
16   ILLINOIS,                    :
17            Plaintiff,          :
18        vs.                     :  Case No. 05CH02474
19   ABBOTT LABORATORIES, et al.,:
20            Defendants.         :
21   - - - - - - - - - - - - - - x
22

0009
 1   STATE OF NEW YORK
 2   SUPREME COURT: COUNTY OF OSWEGO
 3   - - - - - - - - - - - - - x
 4   COUNTY OF OSWEGO,            :
 5            Plaintiff,          :
 6        vs.                     :  Index No. 06-0697
 7   ABBOTT LABORATORIES, INC.,   :
 8   et al.,                      :
 9            Defendants.         :
10   - - - - - - - - - - - - - x
11   STATE OF NEW YORK
12   SUPREME COURT: COUNTY OF SCHENECTADY
13   - - - - - - - - - - - - - x
14   COUNTY OF SCHENECTADY,       :
15            Plaintiff,          :
16        vs.                     :  Index No. 06-0886
17   ABBOTT LABORATORIES, INC.,   :
18   et al.,                      :
19            Defendants.         :
20   - - - - - - - - - - - - - x
21
22

0010
 1   STATE OF NEW YORK
 2   SUPREME COURT:  COUNTY OF ERIE
 3   - - - - - - - - - - - - - x
 4   COUNTY OF ERIE,              :
 5            Plaintiff,          :
 6        vs.                     :  Index No. 05-2439
 7   ABBOTT LABORATORIES, INC.,   :
 8   et al.,                      :
 9            Defendants.         :
10   - - - - - - - - - - - - - x
11
12       IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
                        Page 4

```
                    Berenson, Dr. Robert
13          THIRD JUDICIAL DISTRICT AT ANCHORAGE
14      - - - - - - - - - - - - - - x
15      STATE OF ALASKA,                :
16                    Plaintiff,        :
17          vs.                         :  Case No. 3AN-060-12297CI
18      ABBOTT LABORATORIES and DEY,:
19      INC.,                           :
20                    Defendants.  :
21      - - - - - - - - - - - - - - x
22
0011
 1          IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
 2                IN AND FOR LEON COUNTY, FLORIDA
 3      THE STATE OF FLORIDA
 4      ex rel.
 5      - - - - - - - - - - - - - - - - x
 6      VEN-A-CARE OF THE FLORIDA         :
 7      KEYS, INC., a Florida            :
 8      Corporation, by and through its  :
 9      principal officers and directors, :
10      ZACHARY T. BENTLEY and           :
11      T. MARK JONES,                   :
12                    Plaintiffs,        :
13          vs.                          :  Civil Action
14      MYLAN LABORATORIES INC.; MYLAN   :  No.: 98-3032G
15      PHARMACEUTICALS INC.; NOVOPHARM  :  Judge:  William
16      LTD., SCHEIN PHARMACEUTICAL, INC.;:   L. Gary
17      TEVA PHARMACEUTICAL INDUSTRIES   :
18      LTD., TEVA PHARMACEUTICAL USA;   :
19      and WATSON PHARMACEUTICALS, INC., :
20                    Defendants.        :
21      - - - - - - - - - - - - - - - - x
22
0012
 1          IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
 2                    STATE OF MISSOURI
 3      - - - - - - - - - - - - - - - - x
 4      STATE OF MISSOURI, ex rel,       :
 5      JEREMIAH W. (JAY) NIXON,         :
 6      Attorney General,                :
 7      and                              :
 8      MISSOURI DEPARTMENT OF SOCIAL    :
 9      SERVICES, DIVISION OF MEDICAL    :  Case No.
10      SERVICES,                        :  054-1216
11                    Plaintiffs,        :  Division No. 31
12          vs.                          :
13      DEY INC., DEY, L.P., MERCK KGaA, :
14      EMD, INC., WARRICK               :
15      PHARMACEUTICALS CORPORATION,     :
16      SCHERING-PLOUGH CORPORATION, and :
17      SCHERING CORPORATION,            :
18                    Defendants.        :
19      - - - - - - - - - - - - - - - - x
20
21
                          Page 5
```

Berenson, Dr. Robert

22
0013
1              CAUSE NO. D-1-GV-07-0001259
2    - - - - - - - - - - - - - - - - x  In the District Court
3    THE STATE OF TEXAS, ex. rel.    :
4        VEN-A-CARE OF THE FLORIDA   :
5        KEYS, INC.                  :   Travis County, Texas
6                    Plaintiffs,     :
7    SANDOZ, INC., f/k/a GENEVA       :   201st Judicial
8    PHARMACEUTICALS, INC., NOVARTIS  :        District
9    PHARMACEUTICALS, INC., NOVARTIS  :
10   AG, EON LABS, APOTHECON, INC.,   :
11   MYLAN PHARMACEUTICALS, INC., MYLAN:
12   LABORATORIES, INC., UDL          :
13   LABORATORIES, INC., TEVA         :
14   PHARMACEUTICALS USA, INC., f/k/a :
15   LEMMON PHARMACEUTICALS, INC.,    :
16   COPLEY PHARMACEUTICALS, INC., IVAX:
17   PHARMACEUTICALS, INC., SICOR     :
18   PHARMACEUTICALS, INC., TEVA      :
19   NOVAPHARM, INC., and TEVA        :
20   PHARMACEUTICAL INDUSTRIES, LTD.  :
21                    Defendants.     :
22   - - - - - - - - - - - - - - - - x
0014
1              Videotaped Telephone Deposition of DR.
2    ROBERT BERENSON, a witness herein, called for
3    examination by counsel for Abbott Laboratories in the
4    above-entitled matter, pursuant to notice, the
5    witness being duly sworn by SUSAN L. CIMINELLI, a
6    Notary Public in and for the District of Columbia,
7    taken at the offices of Jones Day, 51 Louisiana
8    Avenue, N.W., Washington, D.C., at 10:10 a.m., and
9    the proceedings being taken down by Stenotype by
10   SUSAN L. CIMINELLI, CRR, RPR, and transcribed under
11   her direction.
12
13
14
15
16
17
18
19
20
21
22
0015
1    APPEARANCES:
2
3         On Behalf of the United States of
4         America:
5              JUSTIN DRAYCOTT, ESQ.
6              U.S. Department of Justice
7              Civil Division
                      Page 6

```
                        Berenson, Dr. Robert
 8                    601 D Street, Northwest
 9                    PHB - 9028/P.O. Box 261
10                    Washington, D.C. 20044
11                    justin.draycott@usdoj.gov
12                    (202) 307-1088
13
14           On Behalf of the U.S. Department of
15           Health and Human Services:
16                    DEBORAH M. CHASAN-SLOAN, ESQ.
17                    U.S. Department of Health and Human Services
18                    Office of General Counsel, CMS Division
19                    330 Independence Avenue, S.W.
20                    Washington, D.C.  20201
21                    (202) 205-8702
22                    deborah.chasan-sloan@hhs.gov
0016
 1    APPEARANCES:
 2
 3           On behalf of the State of California:
 4                    NICHOLAS N. PAUL, ESQ.
 5                    Supervising Deputy Attorney General
 6                    Civil Prosecutions Unit
 7                    P.O. Box 85266
 8                    110 West A Street, #1100
 9                    San Diego, CA  82186
10                    (619) 688-6099
11                    nicholas.paul@doj.ca.gov
12
13           On Behalf of the State of Alabama:(via telephone)
14                    CLAY BARNETT, ESQ.
15                    Beasley, Allen, Crow, Methvin, Portis & Miles PC
16                    272 Commerce Street
17                    P.O. Box 4160 (36103-4160)
18                    Montgomery, AL  36104
19                    1-800-898-2334
20                    clay.barnett@beasleyallen.com
21
22
0017
 1    APPEARANCES:
 2
 3           On Behalf of the State of Florida:(via telephone)
 4                    MARY S. MILLER, ESQ.
 5                    Office of the Attorney General of Florida
 6                    PL-01, The Capitol
 7                    Tallahassee, FL 32399-1050
 8                    (850) 414-3600
 9                    mary_miller@oag.state.fl.us
10
11           On Behalf of Ven-a-Care of the Florida Keys, Inc.:
12           (Via telephone)
13                    MARJORY P. ALBEE, ESQ.
14                    Mager & Goldstein LLP
15                    1818 Market Street
16                    Suite 3710
```

Page 7

```
                        Berenson, Dr. Robert
17                 Philadelphia, PA  19103
18                 (215) 640-3280
19
20
21
22
0018
  1    APPEARANCES:
  2
  3         On Behalf of Schering-Plough Corporation and
  4         Schering Corporation and Warrick Pharmaceuticals
  5         Corporation: (via telephone)
  6              GINGER APPLEBERRY, ESQ.
  7              Locke Lord Bissell & Liddell LLP
  8              2200 Ross Avenue, Suite 2200
  9              Dallas, Texas 75201
 10              (214) 740-8725
 11              gappleberry@lockelord.com
 12
 13         On Behalf of Abbott Laboratories:
 14              BRIAN J. MURRAY, ESQ.
 15              Jones Day
 16              77 West Wacker
 17              Chicago, IL  60601-1692
 18              (312) 269-4141
 19              bjmurray@jonesday.com
 20
 21
 22
0019
  1    APPEARANCES:
  2
  3         On behalf of the States of Alaska, Hawaii,
  4         Idaho, Illinois, Kentucky, South Carolina, and
  5         Wisconsin: (Via telephone)
  6              ROBERT LIBMAN, ESQ.
  7              Miner, Barnhill & Galland
  8              44 East Martin St.
  9              Suite 803
 10              Madison, WI
 11              (608) 255-3200
 12
 13         On Behalf of Bristol-Myers Squibb: (Via telephone)
 14              EVA DIETZ, ESQ.
 15              Hogan & Hartson LLP
 16              875 Third Avenue
 17              New York, New York 10022
 18              (212) 918-3528
 19              eva.dietz@hhlaw.com
 20
 21
 22
0020
  1    APPEARANCES:
  2
```

                        Berenson, Dr. Robert
3      On Behalf of Dey, Inc. and Dey, L.P. and Mylan:
4              NEIL MERKL, ESQ.
5              Kelley Drye & Warren LLP
6              101 Park Avenue
7              New York, New York 10178
8              212) 808-7811
9              nmerkl@kelleydrye.com
10
11     On Behalf of Roxane Laboratories and Boehringer
12     Ingelheim:
13              ERIC GORTNER, ESQ.
14              Kirkland & Ellis LLP
15              200 East Randolph Drive
16              Chicago, Illinois 60601
17              egortner@kirkland.com
18              (312) 861-2286
19
20     ALSO PRESENT:
21              Conway Barker, Videographer
22
0021
1                   C O N T E N T S
2      EXAMINATION              COUNSEL FOR DEFENDANT ABBOTT
3       By Mr. Murray                    25
4                               COUNSEL FOR DEFENDANT DEY
5       By Mr. Merkl                     187
6                               COUNSEL FOR DEFENDANT ROXANE
7       By Mr. Gortner                   288
8                               COUNSEL FOR ALASKA, ET AL.
9       By Mr. Libman                    316
10
11              Afternoon session - 110
12
13                   E X H I B I T S
14     ABBOTT EXHIBIT NO.                          PAGE
15     Exhibit Abbott 441-Dr. Robert A. Berenson resume  28
16     Exhibit Abbott 442-Berenson Notice of Deposition  30
17     Exhibit Abbott 443-HHC001-0671-76 Contact Report  118
18     Exhibit Abbott 444-HHC001-0661 6/27/00 Memo from
19                    Parker                       126
20     Exhibit Abbott 445-AWP039-2749-50 8/15/00 letter  130
21     Exhibit Abbott 446-AWP039-2746-771 Letters   172
22     Exhibit Abbott 447-HHD101-1307-1314 Parver letter 180
0022
1                   E X H I B I T S
2      DEY EXHIBIT                                 PAGE
3      Exhibit Dey 033-New York Times article 9/21/07  255
4      Exhibit Dey 034-HHD101-1198 HHS letter 9/27/00  272
5      Exhibit Dey 035-Market Watch Article         288
6
7
8
9
10
11
                        Page 9

# EXHIBIT H



14419172

Apr 9 2007
5:39PM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | |
| ) | Civil Action No. 01-12257-PBS |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Judge Patti B. Saris |
| ) | |
| ALL ACTIONS [1] ) | Magistrate Judge Marianne B. Bowler |
| ) | |
| ) | |

## <u>CROSS-NOTICE OF DEPOSITIONS OF LINDA RAGONE, CHARLES BOOTH, DAVID TAWES, THOMAS SCULLY, BRUCE VLADECK, LISA FOLEY STAND, AND NANCY-ANN MIN DEPARLE</u>

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Schering Corporation ("Schering"), Schering Plough Corporation ("Schering

Plough"), and Warrick Pharmaceuticals Corporation ("Warrick")[2] hereby cross-notice the

depositions of Linda Ragone, Charles Booth, David Tawes, Thomas Scully, Bruce Vladeck, Lisa

Foley Stand, and Nancy-Ann Min DeParle for purposes of all cases pending in MDL No. 1456.

These depositions have been noticed in *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v.*

*Abbott Laboratories, Inc.,* No. 06-CV-11337-PBS, a matter that is currently a part of MDL No.

1456.  Copies of the deposition notices and subpoenas are attached as Exhibits A-G.

Ms. Ragone's deposition will begin at 9:00 am on April 17, 2007 at the offices of Morgan

Lewis, 1701 Market Street, Philadelphia, PA 19103.  Mr. Booth's deposition will begin at 9:00

---

[1] As explained herein, this cross-notice regards all actions pending in MDL No. 1456, to the extent permitted under the Federal Rules of Civil Procedure, Court order, and any other applicable rules.

[2] This cross-notice, which is being served for purposes of a number of actions pending in MDL No. 1456, is only served in a particular action on behalf of those entities that have appeared, been named, and been served in that particular action.  To the extent that Schering, Schering Plough, or Warrick have not appeared, been served, or been named in a particular action, this notice does not constitute an appearance, consent to service, or consent to joinder

am on April 23, 2007 at the offices of Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C., 20001.  Mr. Tawes deposition will begin at 9:00 am on April 24, 2007 at the offices of Morgan Lewis, 1701 Market Street, Philadelphia, PA 19103.  Mr. Scully's deposition will begin at 9:00 am on May 1, 2007 at the offices of Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C., 20001.  Mr. Vladeck's deposition will begin at 8:30 am on May 4, 2007 at the offices of Jones Day, 222 East 41st Street, New York, NY 10017.  Ms. Stand's deposition will begin at 9:00 am on May 10, 2007 at the offices of Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C., 20001.   Ms. DeParle's deposition will begin at 9:00 am on May 18, 2007, at the offices of Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C., 20001.

The depositions will take place before a notary public, or any other officer authorized to administer oaths.  The depositions will be taken upon cross-examination.  The depositions will be recorded by stenographic and/or sound and visual means.  Arrangements will be made so that counsel may participate via telephone if they wish.  The depositions are being taken for the purpose of discovery, for use at trial, and for such other purposes as permitted under the Federal Rules of Civil Procedure.

---

by Schering, Schering Plough, or Warrick, respectively, in that action.  Schering, Schering Plough, and Warrick also do not waive any objection regarding jurisdiction or other defenses, where applicable.

By attorneys,


/s/ Eric P. Christofferson
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering Corporation, Schering-Plough Corporation, and Warrick Pharmaceuticals Corporation*

Dated:  April 9, 2007

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/  Adam Wright
Adam Wright

# EXHIBIT H-1

Booth, Charles R.                                                        April 23, 2007
Washington, DC

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3    - - - - - - - - - - - - - - -x

 4    IN RE:  PHARMACEUTICAL      :   MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE   :   CIVIL ACTION:

 6    PRICE LITIGATION            :   01-CV-12257-PBS

 7    THIS DOCUMENT RELATES TO    :

 8    U.S. ex rel. Ven-a-Care of  :   Judge Patti B. Saris

 9    the Florida Keys, Inc. v.   :

10    Abbott Laboratories, Inc.,  :   Chief Magistrate

11    No. 06-CV-11337-PBS         :   Judge Marianne B.

12    - - - - - - - - - - - - - -x   Bowler

13              IN THE CIRCUIT COURT OF

14             MONTGOMERY COUNTY, ALABAMA

15    - - - - - - - - - - - - - -x

16    STATE OF ALABAMA,           :

17                 Plaintiff,    :

18            vs.                 :   Case No.: CV-05-219

19    ABBOTT LABORATORIES, INC.,  :   Judge Charles Price

20    et al.,                     :

21                 Defendants.   :

22    - - - - - - - - - - - - - -x
```

Booth, Charles R.                                                    April 23, 2007
Washington, DC

---

Page 2

```
 1        IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
 2           IN AND FOR LEON COUNTY, FLORIDA
 3
 4   THE STATE OF FLORIDA
 5   ex rel.
 6   - - - - - - - - - - - - - - - - - x
 7   VEN-A-CARE OF THE FLORIDA        :
 8   KEYS, INC., a Florida            :
 9   Corporation, by and through its  :
10   principal officers and directors, :
11   ZACHARY T. BENTLEY and           :
12   T. MARK JONES,                   :
13           Plaintiffs,              :
14        vs.            : Civil Action
15   MYLAN LABORATORIES INC.; MYLAN   : No.: 98-3032G
16   PHARMACEUTICALS INC.; NOVOPHARM  : Judge: William
17   LTD., SCHEIN PHARMACEUTICAL, INC.;:   L. Gary
18   TEVA PHARMACEUTICAL INDUSTRIES   :
19   LTD., TEVA PHARMACEUTICAL USA;   :
20   and WATSON PHARMACEUTICALS, INC., :
21           Defendants.              :
22   - - - - - - - - - - - - - - - - - x
```

Page 3

```
 1        IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
 2              STATE OF MISSOURI
 3
 4   - - - - - - - - - - - - - - - - - x
 5   STATE OF MISSOURI, ex rel.,      :
 6   JEREMIAH W. (JAY) NIXON,         :
 7   Attorney General,               :
 8   and                             :
 9   MISSOURI DEPARTMENT OF SOCIAL    :
10   SERVICES, DIVISION OF MEDICAL    : Case No.:
11   SERVICES,                : 054-1216
12           Plaintiffs,      : Division No. 31
13        vs.                 :
14   DEY INC., DEY, L.P., MERCK KGaA, :
15   EMD, INC., WARRICK              :
16   PHARMACEUTICALS CORPORATION,     :
17   SCHERING-PLOUGH CORPORATION, and :
18   SCHERING CORPORATION,           :
19           Defendants.             :
20   - - - - - - - - - - - - - - - - - x
21
22
```

Page 4

```
 1                   Washington, D.C.
 2                   Monday, April 23, 2007
 3
 4        Videotaped Deposition of CHARLES R. BOOTH,
 5   a witness herein, called for examination by counsel
 6   for Abbott Laboratories in the above-entitled
 7   matter, pursuant to notice, the witness being duly
 8   sworn by KAREN YOUNG, a Notary Public in and for the
 9   District of Columbia, taken at the offices of Jones
10   Day, 51 Louisiana Avenue, Northwest, Washington,
11   D.C., at 9:41 a.m. on Monday, April 23, 2007, and
12   the proceedings being taken down by Stenotype by
13   KAREN YOUNG, and transcribed under her direction.
14
15
16
17
18
19
20
21
22
```

Page 5

```
 1   APPEARANCES:
 2        On Behalf of the United States of America:
 3
 4        GEJAA T. GOBENA, ESQ.
 5        LAURIE A. OBEREMBT, ESQ.
 6        U.S. Department of Justice
 7        Civil Division
 8        601 D Street, Northwest
 9        PHB - 9028/P.O. Box 261
10        Washington, D.C. 20044
11        Gejaa.Gobena@usdoj.gov
12        (202) 307-1088
13          (by telephone)
14
15        ANA MARIA MARTINEZ, ESQ.
16        Assistant United States Attorney
17        Southern District of Florida
18        99 N.E. Fourth Street
19        Miami, Florida 33132
20        Ana.Maria.Martinez@usdoj.gov
21        (305) 961-9431
22
```

2 (Pages 2 to 5)

Booth, Charles R.                                                                April 23, 2007

Washington, DC

Page 6

1   APPEARANCES (continued):
2
3      On Behalf of the U.S. Department of
4         Health and Human Services:
5
6         BRIAN KELLEY, ESQ.
7         U.S. Department of Health and
8         Human Services
9         300 Independence Avenue, Southwest
10        Washington, D.C. 20201
11        brian.kelley@hhs.gov
12        (202) 205-8702
13
14     On Behalf of the KMS New York Counties:
15        MICHAEL WINGET-HERNANDEZ, ESQ.
16        Winget-Hernandez, LLC
17        3112 Windsor Road, #228
18        Austin, Texas 78703
19        michael@winget-hernandez.com
20
21
22

Page 8

1   APPEARANCES (continued):
2
3      On Behalf of Ven-a-Care of the
4         Florida Keys, Inc.:
5
6         JAMES JOSEPH BREEN, ESQ.
7         The Breen Law Firm
8         5755 North Point Parkway
9         Suite 39
10        Alpharetta, Georgia 30022
11        jbreen@breenlaw.com
12        (770) 740-0008
13
14     On Behalf of the MDL Plaintiffs:
15        JENNIFER FOUNTAIN CONNOLLY, ESQ.
16        Wexler Toriseva Wallace
17        One North LaSalle Street
18        Suite 2000
19        Chicago, Illinois 60602
20        jfc@wtwlaw.us
21        (312) 261-6195
22

Page 7

1   APPEARANCES (continued):
2
3      On Behalf of the State of Alabama:
4         (by telephone)
5         ROGER BATES, ESQ.
6         Hand Arendall, L.L.C.
7         1200 Park Place Tower
8         2001 Park Place North
9         Birmingham, AL  35203
10
11     On Behalf of the State of Florida:
12        MARY S. MILLER, ESQ.
13        Assistant Attorney General
14        Office of the Attorney General
15        State of Florida
16        PL-01, The Capitol
17        Tallahassee, Florida 32399-1050
18        Mary.Miller@myfloridalegal.com
19        (850) 414-3600
20
21
22

Page 9

1   APPEARANCES (continued):
2
3      On Behalf of Schering-Plough Corporation and
4         Schering Corporation and Warrick
5         Pharmaceuticals Corporation:
6         KARIN TORGERSON, ESQ.
7         Locke Liddell & Sapp
8         2200 Ross Avenue, Suite 2200
9         Dallas, Texas 75201
10        ktorgerson@lockliddell.com
11        (214) 740-8725
12
13     On Behalf of Baxter Healthcare Corporation:
14        (by telephone)
15        MERLE M. DELANCEY, ESQ.
16        Dickstein Shapiro LLP
17        1825 Eye Street, Northwest
18        Washington, D.C. 20006
19        delanceym@dicksteinshapiro.com
20        (202) 420-2282
21
22

3 (Pages 6 to 9)

Booth, Charles R.                                                                          April 23, 2007
Washington, DC

Page 10

1   APPEARANCES (continued):
2
3        On Behalf of Abbott Laboratories:
4
5        R. CHRISTOPHER COOK, ESQ.
6        SEAN P. MALONE, ESQ.
7        Jones Day
8        51 Louisiana Avenue, Northwest
9        Washington, D.C. 20001
10       christophercook@jonesday.com
11       spmalone@jonesday.com
12       (202) 879-3939
13           (by telephone)
14       SARAH P. SPRUILL
15       Haynsworth Sinkler Boyd, P.A.
16       1201 Main Street, 22nd Floor
17       Columbia, South Carolina 29201
18       sspruill@hsblawfirm.com
19       (803) 540-7854
20
21
22

Page 11

1   APPEARANCES (continued):
2
3        On Behalf of Sandoz, Inc.:
4        VICTORIA R. ORLOWSKI, ESQ.
5        White & Case LLP
6        1155 Avenue of the Americas
7        New York, New York 10036-2787
8        vorlowski@whitecase.com
9        (212) 819-8254
10
11       On Behalf of AstraZeneca Pharmaceuticals LP:
12           (by telephone)
13       CATHERINE LIFESO, ESQ.
14       Davis Polk & Wardwell
15       450 Lexington Avenue
16       New York, New York 10017
17       catherine.lifeso@dpw.com
18       (212) 450-4452
19
20
21
22

Page 12

1   APPEARANCES (continued):
2
3        On Behalf of Johnson & Johnson:
4
5        ERIK HAAS, ESQ.
6        Patterson Belknap Webb & Tyler LLP
7        1133 Avenue of the Americas
8        New York, New York 10036-6710
9        ehaas@pbwt.com
10       (212) 336-2117
11
12   On Behalf of Bristol-Myers Squibb:
13
14       LYNDON M. TRETTER, ESQ.
15       Hogan & Hartson LLP
16       875 Third Avenue
17       New York, New York 10022
18       lmtretter@hhlaw.com
19       (212) 918-3528
20
21
22

Page 13

1   APPEARANCES:
2
3        On Behalf of Dey, Inc. and Dey, L.P.:
4        NEIL MERKL, ESQ.
5        Kelley Drye & Warren LLP
6        101 Park Avenue
7        New York, New York 10178
8        nmerkl@kelleydrye.com
9        (212) 808-7811
10
11       On Behalf of Par Pharmaceuticals:
12       PAUL K. DUEFFERT, ESQ.
13       Williams & Connolly LLP
14       725 Twelfth Street, Northwest
15       Washington, D.C. 20005
16       (202) 434-5097
17
18
19
20
21
22

4 (Pages 10 to 13)

Booth, Charles R.                                                                April 23, 2007
Washington, DC

Page 14
1   APPEARANCES:
2
3       On Behalf of Aventis Pharmaceuticals:
4
5           JENNIFER H. McGEE, ESQ.
6           Shook, Hardy & Bacon LLP
7           Hamilton Square
8           800 14th Street, Northwest, Suite 800
9           Washington, D.C. 20005-2004
10          jmcgee@shb.com
11          (202) 783-8400
12
13      On Behalf of Roxane Laboratories and
14          Boehringer Ingelheim:
15
16          ERIC GORTNER, ESQ.
17          Kirkland & Ellis LLP
18          200 East Randolph Drive
19          Chicago, Illinois 60601
20          egortner@kirkland.com
21          (312) 861-2286
22

Page 15
1   APPEARANCES:
2
3       On Behalf of GlaxoSmithKline:
4           MARK H. LYNCH, ESQ.
5           Covington & Burling LLP
6           1201 Pennsylvania Avenue, Northwest
7           Washington, D.C. 20004-2401
8           MLYNCH@COV.COM
9           (202) 662-5544
10
11      On Behalf of Amgen, Inc.:
12          (by telephone)
13          JENNIFER A. WALKER, ESQ.
14          Hogan & Hartson LLP
15          111 South Calvert Street, Suite 1600
16          Baltimore, Maryland 21202
17          jawalker@hhlaw.com
18          (410) 659-2759
19
20      ALSO PRESENT:
21          Joey Thrower, Videographer
22

Page 16
1                    C O N T E N T S
2   THE WITNESS:
3   CHARLES R. BOOTH
4       By Mr. Cook ....................... 23
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

Page 17
1                    E X H I B I T S
2   ABBOTT EXHIBIT NO.                          PAGE NO.
3   Exhibit Abbott 110   Notice of Deposition ....... 028
4   Exhibit Abbott 111   Subpoena ................... 028
5   Exhibit Abbott 112   Biographical Sketch of Charles
6                        R. Booth ................... 030
7   Exhibit Abbott 113   OIG Report ................. 094
8   Exhibit Abbott 114   Memo from Director to Ass.
9                        Regional Administrators .... 113
10  Exhibit Abbott 115   Editor's Message ........... 223
11  Exhibit Abbott 116   Memo from Acting Director to
12                       Administrator .............. 230
13  Exhibit Abbott 117   Hearn letter to Whitlock,
14                       draft ...................... 230
15  Exhibit Abbott 118   Brief for Respondent,
16                       Louisiana vs. Department of
17                       HHS ........................ 238
18  Exhibit Abbott 119   Departmental Appeals Board
19                       Decision, 8/22/91 .......... 243
20  Exhibit Abbott 120   Excerpt from Federal
21                       Register, 6/5/91 ........... 246
22                       - - -

5 (Pages 14 to 17)

# EXHIBIT H-2

DeParle, Nancy-Ann                                                      May 18, 2007
Washington, DC

```
                                                              Page 1
 1                 UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MASSACHUSETTS

 3    - - - - - - - - - - - - - - - x

 4    IN RE:  PHARMACEUTICAL          : MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE      : CIVIL ACTION:

 6    PRICE LITIGATION                : 01-CV-12257-PBS

 7    THIS DOCUMENT RELATES TO        :

 8    U.S. ex rel. Ven-a-Care of      : Judge Patti B. Saris

 9    the Florida Keys, Inc. v.       :

10    Abbott Laboratories, Inc.,      : Chief Magistrate

11    No. 06-CV-11337-PBS             : Judge Marianne B.

12    - - - - - - - - - - - - - - - x Bowler

13                 IN THE CIRCUIT COURT OF

14                 MONTGOMERY COUNTY, ALABAMA

15    - - - - - - - - - - - - - - - x

16    STATE OF ALABAMA,               :

17                   Plaintiff,       :

18          vs.                       : Case No.: CV-05-219

19    ABBOTT LABORATORIES, INC.,      : Judge Charles Price

20    et al.,                         :

21                   Defendants.      :

22    - - - - - - - - - - - - - - - x
```

DeParle, Nancy-Ann                                                              May 18, 2007
Washington, DC

Page 2

```
 1        IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
 2            IN AND FOR LEON COUNTY, FLORIDA
 3
 4   THE STATE OF FLORIDA
 5   ex rel.
 6   - - - - - - - - - - - - - - - - - x
 7   VEN-A-CARE OF THE FLORIDA         :
 8   KEYS, INC., a Florida
 9   Corporation, by and through its   :
10   principal officers and directors, :
11   ZACHARY T. BENTLEY and            :
12   T. MARK JONES,                    :
13           Plaintiffs,              :
14        vs.            : Civil Action
15   MYLAN LABORATORIES INC.; MYLAN   : No.: 98-3032G
16   PHARMACEUTICALS INC.; NOVOPHARM  : Judge: William
17   LTD., SCHEIN PHARMACEUTICAL, INC.;:  L. Gary
18   TEVA PHARMACEUTICAL INDUSTRIES    :
19   LTD., TEVA PHARMACEUTICAL USA;    :
20   and WATSON PHARMACEUTICALS, INC., :
21           Defendants,             :
22   - - - - - - - - - - - - - - - - - x
```

Page 3

```
 1       IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
 2               STATE OF MISSOURI
 3   - - - - - - - - - - - - - - - - - x
 4   STATE OF MISSOURI, ex rel.,       :
 5   JEREMIAH W. (JAY) NIXON,          :
 6   Attorney General,                 :
 7   and                              :
 8   MISSOURI DEPARTMENT OF SOCIAL     :
 9   SERVICES, DIVISION OF MEDICAL     : Case No.:
10   SERVICES,                : 054-1216
11           Plaintiffs,     : Division No. 31
12        vs.                 :
13   DEY INC., DEY, L.P., MERCK KGaA,  :
14   EMD, INC., WARRICK               :
15   PHARMACEUTICALS CORPORATION,     :
16   SCHERING-PLOUGH CORPORATION, and :
17   SCHERING CORPORATION,            :
18           Defendants,            :
19   - - - - - - - - - - - - - - - - - x
20
21
22
```

Page 4

```
 1             Videotaped Deposition of NANCY-ANN
 2   DePARLE, a witness herein, called for examination by
 3   counsel for Abbott Laboratories in the
 4   above-entitled matter, pursuant to notice, the
 5   witness being duly sworn by Robert M. Jakupciak, a
 6   Notary Public in and for the District of Columbia,
 7   taken at the offices of Jones Day, 51 Louisiana
 8   Avenue, N.W., Washington, D.C. , 20001, at 9:00
 9   a.m., on May 18, 2007, and the proceedings being
10   taken down by Stenotype by Robert M. Jakupciak, RPR.
11
12
13
14
15
16
17
18
19
20
21
22
```

Page 5

```
 1   APPEARANCES:
 2
 3   On behalf of the United States of America:
 4       JAMIE ANN YAVELBERG, ESQUIRE
 5       U.S. Department of Justice
 6       Civil Division
 7       P.O. Box 261
 8       Ben Franklin Station
 9       Washington, D.C.  20044
10       (202) 514-6514
11
12   and
13
14       REBECCA A. FORD, ESQUIRE
15       U.S. Department of Justice
16       601 D Street, N.W.
17       Patrick Henry Building - 9133
18       Washington, D.C.  20044
19       (202) 514-1511
20
21
22
```

2 (Pages 2 to 5)

DeParle, Nancy-Ann

May 18, 2007

Washington, DC

Page 6

1  APPEARANCES (Cont'd.)
2
3  On behalf of the U.S. Department of
4     Health and Human Services:
5     DEBORAH M. CHASAN-SLOAN, ESQUIRE
6     U.S. Department of Health and
7     Human Services
8     Room 5309, Cohen Building
9     330 Independence Avenue, S.W.
10    Washington, D.C.  20201
11    (202) 619-2603
12
13 On behalf of the State of California:
14    NICHOLAS N. PAUL, ESQUIRE
15    Bureau of Medi-Cal Fraud & Elder Abuse
16    P.O. Box 85266
17    110 West A Street, #1100
18    San Diego, California  92186
19    (619) 688-6099
20
21
22

Page 8

1  APPEARANCES (Cont'd.)
2
3  On behalf of MDL Plaintiffs:
4     JENNIFER FOUNTAIN CONNOLLY, ESQUIRE
5     Wexler Toriseva Wallace LLP
6     One North LaSalle Street
7     Suite 2000
8     Chicago, Illinois  60602
9     (312) 346-2222
10
11 On behalf of Schering-Plough Corporation and
12    Schering Corporation and Warrick
13    Pharmaceuticals Corporation:
14    JOHN P. McDONALD, ESQUIRE
15    Locke Liddell & Sapp LLP
16    220 Ross Avenue
17    Suite 2200
18    Dallas, Texas  75201-6776
19    (214) 740-8758
20
21
22

Page 7

1  APPEARANCES (Cont'd.)
2
3  On behalf of Ven-a-Care of the
4     Florida Keys, Inc.:
5     JAMES JOSEPH BREEN, ESQUIRE
6     The Breen Law Firm, P.A.
7     5755 North Point Parkway
8     Suite 39
9     Alpharetta, Georgia  30022
10    (770) 740-0008
11
12 On behalf of Abbott Laboratories:
13    R. CHRISTOPHER COOK, ESQUIRE
14    SEAN P. MALONE, ESQUIRE
15    Jones Day
16    51 Louisiana Avenue, N.W.
17    Washington, D.C.  20001
18    (202) 879-3939
19
20
21
22

Page 9

1  APPEARANCES (Cont'd.)
2
3  On behalf of Sandoz, Inc.:
4     PHILIP B. SINENENG, ESQUIRE
5     White & Case LLP
6     1155 Avenue of the Americas
7     New York, New York  10036-2787
8     (212) 819-8411
9
10 On behalf of Johnson & Johnson:
11    ANDREW D. SCHAU, ESQUIRE
12    Patterson Belknap Webb & Tyler LLP
13    1133 Avenue of the Americas
14    New York, New York  10036-6710
15    (212) 336-2546
16
17 On behalf of Dey Companies and Mylan:
18    SARAH L. REID, ESQUIRE
19    Kelly Drye & Warren LLP
20    101 Park Avenue
21    New York, New York  10178
22    (212) 808-7720

3 (Pages 6 to 9)

DeParle, Nancy-Ann

May 18, 2007

Washington, DC

Page 10

```
1   APPEARANCES (Cont'd.)
2
3   On behalf of Roxane Laboratories and
4   Boehringer-Ingelheim and affiliated entities:
5       ERIC TOMAS GORTNER, ESQUIRE
6       Kirkland & Ellis LLP
7       200 East Randolph Drive
8       Chicago, Illinois  60601
9       (312) 861-2285
10
11
12  THE FOLLOWING COUNSEL PRESENT VIA TELEPHONE
13
14  On behalf of the State of Wisconsin:
15      CHARLES J. BARNHILL, JR., ESQUIRE
16      Miner, Barnhill & Galland, PC
17      44 East Mifflin
18      Suite 803
19      Madison, Wisconsin  53703
20      (608) 255-5200
21
22
```

Page 11

```
1   TELEPHONIC APPEARANCES (Cont'd.)
2
3   On behalf of the State of Florida:
4       JAIME LIANG, ESQUIRE
5       Office of the Attorney General
6       Medicaid Fraud Control Unit
7       PL-10 The Capitol
8       Tallahassee, Florida  32399
9       (850) 414-3600
10
11  On behalf of Aventis:
12      JOSEPH G. MATYE, ESQUIRE
13      Shook Hardy & Bacon LLP
14      2555 Grand Boulevard
15      Kansas City, Missouri  64108
16      (816) 559-2147
17
18
19
20
21
22
```

Page 12

```
1   TELEPHONIC APPEARANCES (Cont'd.)
2
3   On behalf of the State of Alabama:
4       TRACY R. DAVIS, ESQUIRE
5       Hand Arendall LLC
6       1200 Park Place Tower
7       2001 Park Place North
8       Birmingham, Alabama  35203
9       (205) 502-0127
10
11  On behalf of AstraZeneca:
12      CATHERYN O'ROURKE, ESQUIRE
13      Davis Polk & Wardwell
14      450 Lexington Avenue
15      New York, New York  10017
16      (212) 450-4017
17
18
19
20
21
22
```

Page 13

```
1   TELEPHONIC APPEARANCES (Cont'd.)
2
3   On behalf of Amgen:
4       JOSEPH H. YOUNG, ESQUIRE
5       STEVEN F. BARLEY, ESQUIRE
6       Hogan & Hartson LLP
7       111 South Calvert Street
8       Baltimore, Maryland  21202
9       (410) 659-2700
10
11  On behalf of Baxter Healthcare Corporation:
12      J. ANDREW JACKSON, ESQUIRE
13      Dickstein Shapiro LLP
14      1825 Eye Street, N.W.
15      Washington, D.C.  20006
16      (202) 420-2268
17
18
19
20
21
22
```

4 (Pages 10 to 13)

DeParle, Nancy-Ann                                                                    May 18, 2007

Washington, DC

Page 14

```
 1        C O N T E N T S
 2
 3  THE WITNESS:  NANCY-ANN DEPARLE
 4  EXAMINATION                    PAGE
 5      By Mr. Cook.............................. 020
 6
 7
 8        E X H I B I T S
 9  NUMBER          DESCRIPTION          PAGE
```

10  Exhibit Abbott 198 - DeParle Resume............ 016
11  Exhibit Abbott 199 - Complaint.................. 076
12  Exhibit Abbott 200 - Report to Congress........ 083
13  Exhibit Abbott 201 - Excerpt from BBA 1997..... 100
14  Exhibit Abbott 202 - Program Memorandum........ 110
15  Exhibit Abbott 002A- Letter from June Gibbs
16      Brown...................... 116
17  Exhibit Abbott 203 - Fax from Maureen Furletti. 145
18  Exhibit Abbott 204 - Excerpt from Hearing...... 171
19  Exhibit Abbott 205 - Letter to Senator Stark... 204
20  Exhibit Abbott 206 - Presentation dated 3-20-98 211
21  Exhibit Abbott 207 - Letter dated 2-13-98...... 237
22  Exhibit Abbott 208 - Letter dated  4-20-98..... 237
```

Page 15

```
 1        E X H I B I T S  (Cont'd.)
 2  NUMBER          DESCRIPTION          PAGE
```

 3  Exhibit Abbott 209 - Excerpt from Federal
 4      Register.................. 242
 5  Exhibit Abbott 210 - Interim Final Rule........ 252
 6  Exhibit Abbott 211 - Letter dated 3-25-99...... 254
 7  Exhibit Abbott 212 - Letter dated 5-5-00....... 260
 8  Exhibit Abbott 213 - Letter dated 5-31-00...... 261
 9  Exhibit Abbott 214 - Hearing transcript -
10      June 13, 2000............. 287
11  Exhibit Abbott 215 - Letter dated 9-8-00..... 295
12  Exhibit Abbott 216 - Program Memorandum........ 295
13  Exhibit Abbott 217 - Letter dated 9-15-00...... 304
14  Exhibit Abbott 218 - Letter dated 9-25-00...... 307
15  Exhibit Abbott 219 - Letter dated 9-18-00...... 310
16  Exhibit Abbott 220 - Letter dated 7-28-00...... 313
17  Exhibit Abbott 221 - Program Memorandum........ 316
18
19
20
21
22
```

Page 16

```
 1  Whereupon,
 2          (Exhibit Abbott 198 was premarked
 3  for identification.)
 4      VIDEOGRAPHER:  Good morning.  This is
 5  the videotape deposition of Nancy-Ann DeParle
 6  taken by the defendant party in the matter of In
 7  Re: Pharmaceutical Industry Average Wholesale
 8  Price Litigation, MDL Number 1456, Civil Action
 9  Number 01-CV-12257-PBS, before the United States
10  District Court for the District of Massachusetts.
11      The date is May 18, 2007, and this
12  deposition is being held at Jones Day, Reavis &
13  Pogue, 51 Louisiana Avenue, Northwest, in
14  Washington, D.C.  The time on the monitor is 9:07
15  a.m.
16      My name is Michael Hunterton and I'm
17  the certified videographer associated with the
18  firm of Henderson Legal Services, located at 1015
19  15th Street, Northwest, in Washington, D.C.  The
20  court reporter is Bob Jakupciak, associated with
21  the same firm.
22      Will counsel at the table please
```

Page 17

```
 1  introduce themselves for the record.
 2      MR. COOK:  Christopher Cook and Sean
 3  Malone, from Jones Day, representing Abbott
 4  Laboratories, Inc.
 5      MR. GORTNER:  Eric Gortner, from
 6  Kirkland & Ellis, representing Roxane
 7  Laboratories, Inc. and Boehringer-Ingelheim
 8  Corporation, and all affiliated entities.
 9      MS. REID:  Sarah Reid, Kelley Drye &
10  Warren, representing the Dey Companies in the DOJ
11  action, and Dey Companies in the cross-notice
12  depositions.
13      MR. SINENENG:  Philip Sineneng, from
14  White & Case, for Sandoz.
15      MR. McDONALD:  John McDonald, from
16  Locke Liddell, representing Warrick, Schering,
17  Schering-Plough and B. Braun Medical.
18      MR. SCHAU:  Andrew Schau, from
19  Patterson Belknap Webb & Tyler, representing the
20  Johnson & Johnson Companies.
21      MR. PAUL:  Nicholas Paul, from the
22  Department of Justice, for California in the
```

Henderson Legal Services
202-220-4158

DeParle, Nancy-Ann Min - Vol. II                                    December 5, 2007
Washington, DC

Page 328

1                    UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF MASSACHUSETTS

3    - - - - - - - - - - - - - - - -

4    IN RE:  PHARMACEUTICAL        )  MDL NO. 1456

5    INDUSTRY AVERAGE WHOLESALE    )  CIVIL ACTION

6    PRICE LITIGATION              )  01-CV-12257-PBS

7    THIS DOCUMENT RELATES TO      )

8    U.S. ex rel. Ven-a-Care of    )  Judge Patti B. Saris

9    the Florida Keys, Inc.        )

10        v.                       )  Chief Magistrate

11   Abbott Laboratories, Inc.,    )  Judge Marianne B.

12   No. 06-CV-11337-PBS           )  Bowler

13   - - - - - - - - - - - - - - -

14        (captions continue on following pages)

15

16

17     Videotaped deposition of NANCY-ANN MIN DEPARLE

18                      Volume 2

19

20

21

22

DeParle, Nancy-Ann Min - Vol. II                                                                December 5, 2007

Washington, DC

Page 329

1          IN THE COURT OF THE SECOND JUDICIAL CIRCUIT

2                 IN AND FOR LEON COUNTY, FLORIDA

3     THE STATE OF FLORIDA

4     ex rel.

5     - - - - - - - - - - - - - - - - - -

6     VEN-A-CARE OF THE FLORIDA KEYS,     )

7     INC., a Florida Corporation, by and )

8     through its principal officers and  )

9     directors, ZACHARY T. BENTLEY and   )

10    T. MARK JONES,                      )

11          Plaintiffs,          ) Civil Action

12          vs.                   ) No. 98-3032G

13    MYLAN LABORATORIES INC.; MYLAN      )

14    PHARMACEUTICALS INC.; NOVOPHARM     ) Judge William

15    LTD., SCHEIN PHARMACEUTICAL, INC.;  ) L. Gary

16    TEVA PHARMACEUTICAL INDUSTRIES      )

17    LTD.; TEVA PHARMACEUTICAL USA; and  )

18    WATSON PHARMACEUTICALS, INC.,       )

19          DEFENDANTS.           )

20    - - - - - - - - - - - - - - - - - -

21

22

Page 330

1                 IN THE CIRCUIT COURT OF

2                 MONTGOMERY COUNTY, ALABAMA

3     - - - - - - - - - - - - - - -

4     STATE OF ALABAMA,           )

5          Plaintiff,       )

6          vs.                   ) Case No. CV-2005-219

7     ABBOTT LABORATORIES, INC.,   ) Judge Charles Price

8     et al.,                    )

9          Defendants.       )

10    - - - - - - - - - - - - - - -

11

12          STATE OF WISCONSIN CIRCUIT COURT

13                 DANE COUNTY

14    - - - - - - - - - - - - - - -

15    STATE OF WISCONSIN,         )

16          Plaintiff,       )

17          vs.                   ) Case No. 04-CV-1709

18    AMGEN INC., et al.,         )

19          Defendants.       )

20    - - - - - - - - - - - - - - -

21

22

Page 331

1          IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

2                 STATE OF HAWAII

3     - - - - - - - - - - - - - - -

4     STATE OF HAWAII,            )

5          Plaintiff,       ) Case No.

6          vs.                   ) 06-1-0720-04 EEH

7     ABBOTT LABORATORIES, INC.,   )

8     et al.,                    ) JUDGE EDEN

9          Defendants.       ) ELIZABETH HIFO

10    - - - - - - - - - - - - - - -

11

12       IN THE FOURTH JUDICIAL DISTRICT OF THE STATE OF

13          IDAHO, IN AND FOR THE COUNTY OF ADA

14    - - - - - - - - - - - - - - -

15    STATE OF IDAHO,             )

16          Plaintiff,       )

17          vs.                   ) Case No. CV OC 0701846

18    ABBOTT LABORATORIES,        )

19          Defendant.       )

20    - - - - - - - - - - - - - - -

21

22

Page 332

1          IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

2                 COUNTY DEPARTMENT, CHANCERY DIVISION

3     - - - - - - - - - - - - - - -

4     THE PEOPLE OF THE STATE OF   )

5     ILLINOIS,                   )

6          Plaintiff,       ) Case No. 05 CH 02474

7          vs.                   )

8     ABBOTT LABORATORIES, et al., )

9          Defendants.       )

10    - - - - - - - - - - - - - - -

11

12          COMMONWEALTH OF KENTUCKY

13          FRANKLIN CIRCUIT COURT - DIV. II

14    - - - - - - - - - - - - - - - - - -

15    COMMONWEALTH OF KENTUCKY,        )

16          Plaintiff,       ) Civil Action

17          vs.                   ) NO. 03-CI-1134

18    ABBOTT LABORATORIES, INC., et al., )

19          Defendants.       )

20    - - - - - - - - - - - - - - - - - -

21

22

Henderson Legal Services, Inc.

202-220-4158                                                        www.hendersonlegalservices.com

DeParle, Nancy-Ann Min - Vol. II                                                December 5, 2007
Washington, DC

Page 333

1          IN THE COMMONWEALTH COURT OF PENNSYLVANIA
2    - - - - - - - - - - - - - - - - - -
3    COMMONWEALTH OF PENNSYLVANIA by    )
4    THOMAS W. CORBETT, JR., in his     )
5    capacity as Attorney General of the)
6    Commonwealth of Pennsylvania,      )
7          Plaintiff,               )
8          vs.                      )
9    TAP PHARMACEUTICAL PRODUCTS, INC., )
10   et al.,                        )
11         Defendants.              )
12   - - - - - - - - - - - - - - - - - -
13                  Washington, D.C.
14                  Wednesday, December 5, 2007
15                  9:00 a.m.
16         Videotaped deposition of NANCY-ANN MIN
17   DEPARLE, held at the law offices of Jones Day, 51
18   Louisiana Avenue, N.W., Washington, D.C.
19   20001-2113,, the proceedings being recorded
20   stenographically by Jonathan Wonnell, a Notary
21   Public in and for the District of Columbia, and
22   transcribed under his direction.

Page 334

1          A P P E A R A N C E S   O F   C O U N S E L
2
3          On behalf of the United States of America:
4              REBECCA A. FORD, ESQ.
5              U.S. Department of Justice
6              Civil Division, Commercial Litigation
7              601 D Street, N.W., Room 9133
8              Washington, D.C. 20044
9              (202) 514-1511
10             rebecca.ford@usdoj.gov
11
12         On behalf of the United States of America:
13             JAMIE ANN YAVELBERG, ESQ.
14             U.S. Department of Justice
15             Civil Division
16             P.O. Box 261, Ben Franklin Station
17             Washington, D.C. 20044
18             (202) 514-6514
19
20
21
22

Page 335

1          A P P E A R A N C E S   (Cont'd)
2
3    On behalf of the U.S. Department of Health and
4         Human Services:
5         DEBORAH M. CHASAN-SLOAN, ESQ.
6         U.S. Department of Health & Human
7           Services
8         Office of General Counsel, CMS Division
9         330 Independence Avenue, S.W., Room 5345
10        Washington, D.C. 20201
11        (202) 619-2603
12
13   On behalf of the State of Alabama:
14        H. CLAY BARNETT, III, ESQ. (via phone)
15        Beasley, Allen, Crow, Methvin, Portis &
16          Miles, P.C.
17        218 Commerce Street
18        Montgomery, Alabama 36104
19        (800) 898-2034
20        clay.barnett@beasleyallen.com
21
22

Page 336

1          A P P E A R A N C E S   (Cont'd)
2
3    On behalf of the State of California:
4         NICHOLAS N. PAUL, ESQ. (via phone)
5         Supervising Deputy Attorney General
6         Civil Prosecutions Unit
7         P.O. Box 85266
8         110 West A Street, #1100
9         San Diego, California 82186
10        (619)-688-6099
11        nicholas.paul@doj.ca.gov
12
13   On behalf of the State of Florida:
14        MARY S. MILLER, ESQ. (via phone)
15        Office of the Attorney General of Florida
16        PL-01, The Capitol
17        Tallahassee, Florida 32399-1050
18        (850) 414-3600
19        mary_miller@oag.state.fl.us
20
21
22

3 (Pages 333 to 336)

DeParle, Nancy-Ann Min - Vol. II                                December 5, 2007
Washington, DC

| | |
|---|---|
| Page 337 | Page 339 |

Page 337

1    A P P E A R A N C E S  (Cont'd)
2
3    On behalf of the Commonwealth of Pennsylvania:
4       DONALD E. HAVILAND, JR., ESQ. (via phone)
5       The Haviland Law Firm, LLC
6       740 South Third Street, Third Floor
7       Philadelphia, Pennsylvania 19147
8       (215) 609-4661
9
10   On behalf of the States Hawaii, Idaho,
11      Illinois, Kentucky and Wisconsin:
12      ROBERT S. LIBMAN, ESQ. (via phone)
13      Miner, Barnhill & Galland
14      14 West Erie Street
15      Chicago, Illinois 60610
16      (312) 751-1170
17      rlibman@lawmbg.com
18
19
20
21
22

Page 339

1    A P P E A R A N C E S  (Cont'd)
2
3    On behalf of AstraZeneca Pharmaceuticals LP:
4       JAMES J. DUFFY, ESQ. (via phone)
5       Davis, Polk & Wardwell
6       450 Lexington Avenue
7       New York, New York 10017
8       (212) 450-4803
9       james.duffy@dpw.com
10
11   On behalf of Aventis Pharmaceuticals and
12      Sanofi Synthelabo:
13      DAVID T. FISCHER, ESQ.
14      Shook, Hardy & Bacon, LLP
15      600 Fourteenth Street, N.W.
16      Suite 800
17      Washington, D.C. 20005-2004
18      (202) 662-4865
19      dfischer@shb.com
20
21
22

Page 338

1    A P P E A R A N C E S  (Cont'd)
2
3    On behalf of Ven-A-Care of the Florida Keys,
4       Inc.:
5       MARJORY P. ALBEE, ESQ.
6       Mager & Goldstein LLP
7       1818 Market Street, Suite 3710
8       Philadelphia, Pennsylvania 19103
9       (215) 640-3280
10      malbee@magergoldstein.com
11
12   On behalf of Abbott Laboratories, Inc.:
13      R. CHRISTOPHER COOK, ESQ.
14      SEAN P. MALONE, ESQ.
15      Jones Day
16      51 Louisiana Avenue, N.W.
17      Washington, D.C. 20001-2113
18      (202) 879-3939
19      christophercook@jonesday.com
20      spmalone@jonesday.com
21
22

Page 340

1    A P P E A R A N C E S  (Cont'd)
2
3    On behalf of Baxter Health Care and Baxter
4       International:
5       JASON D. WALLACH, ESQ. (via phone)
6       Dickstein Shapiro LLP
7       1825 Eye Street, N.W.
8       Washington, D.C. 20006
9       (202) 420-2668
10      wallachj@dicksteinshapiro.com
11
12   On behalf of Bristol-Myers Squibb:
13      SANDHYA P. KAWATRA, ESQ. (via phone)
14      Hogan & Hartson
15      875 Third Avenue
16      New York, New York 10022
17      (212) 918-3000
18      spkawatra@hhlaw.com
19
20
21
22

DeParle, Nancy-Ann Min - Vol. II                                                      December 5, 2007
Washington, DC

Page 341

```
1        A P P E A R A N C E S  (Cont'd)
2
3    On behalf of Dey, Inc., Dey, L.P. and Mylan:
4       SARAH L. REID, ESQ.
5       Kelley, Drye & Warren LLP
6       101 Park Avenue
7       New York, New York 10178
8       (212) 808-7720
9       sreid@kelleydrye.com
10
11   On behalf of Roxane Laboratories and
12      Boehringer Ingelheim:
13      ERIC GORTNER, ESQ.
14      Kirkland & Ellis
15      200 East Randolph Drive
16      Chicago, Illinois 60601
17      (312) 861-2285
18      egortner@kirkland.com
19
20
21
22
```

Page 343

```
1        A P P E A R A N C E S  (Cont'd)
2
3    ALSO PRESENT:
4
5       EMILY WATSON, legal assistant
6       CONWAY BARKER, videographer
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

Page 342

```
1        A P P E A R A N C E S  (Cont'd)
2
3    On behalf of Schering-Plough Corporation,
4       Schering Corporation and Warrick
5       Pharmaceuticals Corporation:
6       KARIN B. TORGERSON, ESQ.
7       Locke, Lord, Bissell & Liddell LLP
8       2200 Ross Avenue, Suite 2200
9       Dallas, Texas 75201
10      (214) 740-8000
11      ktorgerson@lockelord.com
12
13   On behalf of SmithKline Beecham Corporation
14      d/b/a GlaxoSmithKline:
15      MICHAEL J. NEWMAN, ESQ. (via phone)
16      Dechert LLP
17      2929 Arch Street
18      Philadelphia, Pennsylvania 19104-2808
19      (215) 994-4000
20      michael.newman@dechert.com
21
22
```

Page 344

```
1        I N D E X  O F  E X A M I N A T I O N S
2
3    WITNESS NAME:  NANCY-ANN MIN DEPARLE         PAGE
4    Examination By Mr. Cook.................... 349
5    Examination By Ms. Reid................... 414
6    Examination By Mr. Gortner................. 472
7    Examination By Mr. Wallach................. 619
8    Examination By Mr. Haviland............... 623
9    Examination By Mr. Libman................. 657
10   Examination By Mr. Cook................... 666
11   Examination By Ms. Reid................... 684
12   Examination By Mr. Gortner................ 692
13   Examination By Mr. Wallach................ 706
14   Examination By Mr. Haviland.............. 711
15
16
17
18
19
20
21
22
```

5 (Pages 341 to 344)

# EXHIBIT H-3

Ragone, Linda - Vol. I                                                    April 17, 2007

Philadelphia, PA

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2           FOR THE DISTRICT OF MASSACHUSETTS

 3    -----------------------------------X  MDL NO. 1456

 4    IN RE:  PHARMACEUTICAL INDUSTRY     :  CIVIL ACTION:

 5    AVERAGE WHOLESALE PRICE LITIGATION :  01-CV-12257-PBS

 6    -----------------------------------X

 7    THIS DOCUMENT RELATES TO:           :

 8    U.S. ex rel. Ven-A-Care of the      :  CIVIL ACTION:

 9    Florida Keys, Inc. v. Abbott        :  06-CV-11337-PBS

10    Laboratories, Inc.                  :

11    -----------------------------------X

12

13            IN THE CIRCUIT COURT OF

14            MONTGOMERY COUNTY, ALABAMA

15    -----------------------------------X

16    STATE OF ALABAMA,                   :  CASE NO.

17            Plaintiff,                  :  CV-05-219

18        v.                              :

19    ABBOTT LABORATORIES, INC.,          :  JUDGE

20    et al.,                             :  CHARLES PRICE

21            Defendants.                 :

22    -----------------------------------X
```

Ragone, Linda - Vol. I                                                      April 17, 2007
Philadelphia, PA

---

Page 2

```
1          UNITED STATES DISTRICT COURT
2            DISTRICT OF MASSACHUSETTS
3    ----------------------------------X
4    THE COMMONWEALTH OF MASSACHUSETTS  :  CIVIL ACTION NO.
5         Plaintiff,         : 03-CV-11865-PBS
6      v.                    :
7    MYLAN LABORATORIES, INC., et al.  :
8         Defendants.        :
9    ----------------------------------X
10
11     IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
12              STATE OF MISSOURI
13   ----------------------------------X
14   STATE OF MISSOURI, ex rel.    : CASE NO.
15   JEREMIAH W. (JAY) NIXON, Attorney : 054-1216
16   General, and MISSOURI DEPT. OF  : DIVISION
17   SOCIAL SVCS, DIV. OF MEDICAL SVCS.,: NO. 31
18        Plaintiffs,        :
19      v.                   :
20   DEY INC., et al.        :
21        Defendants.        :
22   ----------------------------------X
```

---

Page 3

```
1         SUPERIOR COURT OF NEW JERSEY
2               UNION COUNTY
3    ----------------------------------X
4    CLIFFSIDE NURSING HOME, INC., on  : LAW DIVISION
5    behalf of itself and all others   : DOCKET NO.
6    similarly situated, as defined    : UNN-L-2329-04
7    herein,                :
8         Plaintiffs,       :
9      v.                   :
10   DEY, INC., et al.       :
11        Defendants.        :
12   ----------------------------------X
13
14   STATE OF WISCONSIN   CIRCUIT COURT   DANE COUNTY
15   ----------------------------------X
16   STATE OF WISCONSIN,         : CASE NO.
17        Plaintiff,        : 04-CV-1709
18      v.                   :
19   AMGEN INC., et al.,        :
20        Defendants.        :
21   ----------------------------------X
22
```

---

Page 4

```
1          IN THE COURT OF COMMON PLEAS
2              FIFTH JUDICIAL CIRCUIT
3    ----------------------------------X
4    STATE OF SOUTH CAROLINA, and    :    STATE OF
5    HENRY D. McMASTER, in his official : SOUTH CAROLINA
6    capacity as Attorney General for  :  COUNTY OF
7    the State of South Carolina,    :    RICHLAND
8         Plaintiff,        :
9      v.                   : CIVIL ACTION NO.
10   WARRICK PHARMACEUTICALS       : 2006-CP-40-4390
11   CORPORATION, et al.        : 2006-CP-40-4399
12        Defendants.        :
13   ----------------------------------X
14   STATE OF SOUTH CAROLINA, and    :    STATE OF
15   HENRY D. McMASTER, in his official : SOUTH CAROLINA
16   capacity as Attorney General for  :  COUNTY OF
17   the State of South Carolina,    :    RICHLAND
18        Plaintiff,        :
19      v.                   : CASE NO.
20   ABBOTT LABORATORIES, INC.      : 2006-CP-40-4394
21        Defendant.        :
22   ----------------------------------X
```

---

Page 5

```
1    IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
2              STATE OF HAWAII
3    ----------------------------------X
4    STATE OF HAWAII,          : CASE NO.
5         Plaintiff,        : 06-1-0720-04 EEH
6      v.                   :
7    ABBOTT LABORATORIES, INC., et al. : JUDGE EDEN
8         Defendants.        : ELIZABETH HIFO
9    ----------------------------------X
10
11    IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
12       IN AND FOR THE COUNTY OF MARICOPA
13   ----------------------------------X
14   ROBERT J. SWANSTON, individually  : CIVIL ACTION NO.
15   and on behalf of himself and all  : CV 2002-004988
16   others similarly situated,     :
17        Plaintiff,        :
18      v.                   :
19   TAP PHARMACEUTICAL PRODUCTS, INC., :
20   et al.,                :
21        Defendants.        :
22   ----------------------------------X
```

2 (Pages 2 to 5)

Ragone, Linda - Vol. I                                                April 17, 2007

Philadelphia, PA

---

Page 6

1            COMMONWEALTH OF KENTUCKY

2          FRANKLIN CIRCUIT COURT - DIV. II

3    -------------------------------X

4    COMMONWEALTH OF KENTUCKY,        : CIVIL ACTION NO.

5         Plaintiff,           : 03-CI-1134

6       v.                  :

7    ABBOTT LABORATORIES, INC., et al. :

8         Defendants.            :

9    -------------------------------X

10

11          COMMONWEALTH OF KENTUCKY

12         FRANKLIN CIRCUIT COURT - DIV. I

13   -------------------------------X

14   COMMONWEALTH OF KENTUCKY, ex rel. : CIVIL ACTION NO.

15   GREGORY D. STUMBO, Attorney General: 03-CI-1487

16        Plaintiff,            :

17      v.                  :

18   ALPHAPHARMA, INC., et al.      :

19        Defendants.            :

20   -------------------------------X

21

22

---

Page 7

1

2     VIDEOTAPED DEPOSITION OF LINDA RAGONE

3            APRIL 17, 2007

4

5        Videotaped deposition of LINDA RAGONE

6    was taken, pursuant to notice, at MORGAN LEWIS &

7    BOCKIUS, LLP, 1701 Market Street, Philadelphia,

8    Pennsylvania, on Tuesday, April 17, 2007, beginning

9    at 9:16 a.m., before M. Kathleen Muino, Professional

10   Shorthand Reporter, Notary Public; Richard

11   Kanzinger, Jr., Videographer, there being present:

12

13   APPEARANCES:

14

15       UNITED STATES DEPARTMENT OF JUSTICE

16       CIVIL DIVISION

17       BY:  JOHN K. NEAL, ESQUIRE

18       601 D Street, N.W.

19       Washington, D.C.  20004

20       Phone:  (202) 307-0405

21       John.Neal2@usdoj.gov

22          Representing the United States

---

Page 8

1    APPEARANCES:  (CONTINUED)

2

3       U.S. DEPARTMENT OF JUSTICE

4       CIVIL DIVISION

5       BY:  JUSTIN DRAYCOTT, ESQUIRE

6       P.O. Box 261

7       Ben Franklin Station

8       Washington, D.C.  20044

9       Phone:  (202) 305-9300

10       justin.draycott@usdoj.gov

11          Representing the United States

12

13   U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES

14   Office of Counsel to the Inspector General

15   Administrative and Civil Remedies Branch

16   BY:  NANCY W. BROWN, ESQUIRE

17   Room 5527, Cohen Building

18   330 Independence Avenue, S.W.

19   Washington, D.C.  20201

20   Phone:  (202) 205-9430

21   Nancy.Brown@oig.hhs.gov

22          Representing the United States

---

Page 9

1    APPEARANCES (Continued):

2

3       BERGER & MONTAGUE, P.C.

4       BY:  ROSLYN G. POLLACK, ESQUIRE

5       1622 Locust Street

6       Philadelphia, Pennsylvania  19103-6305

7       Phone:  (215) 875-3000

8       rpollack@bm.net

9          Representing Ven-A-Care

10

11      WEXLER, TORISEVA & WALLACE, LLP

12      BY:  AMBER M. NESBITT, ESQUIRE

13      One North LaSalle Street

14      Suite 2000

15      Chicago, Illinois  60602

16      Phone:  (312) 346-2222

17      amn@wtwlaw.us

18          Representing the MDL Plaintiffs

19

20

21

22   (Continued)

---

3 (Pages 6 to 9)

Ragone, Linda - Vol. I                                                                April 17, 2007
Philadelphia, PA

Page 10

```
1   APPEARANCES (Continued):
2
3       STATE OF CALIFORNIA DEPARTMENT OF JUSTICE
4       BUREAU OF MEDI-CAL FRAUD & ELDER ABUSE
5       BY:  NICHOLAS N. PAUL, DEPUTY ATTORNEY GENERAL
6       CIVIL PROSECUTIONS UNIT
7       P.O. Box 85266
8       110 West A Street, #1100
9       San Diego, California  92186
10      nicholas.paul@doj.ca.gov
11          Representing The State of California
12
13      THE HAVILAND LAW FIRM, LLC
14      BY:  DONALD E. HAVILAND, JR., ESQUIRE
15      740 South Third Street
16      Third Floor
17      Philadelphia, Pennsylvania  19147
18      Phone:  (215) 609-4661
19      haviland@havilandlaw.com
20          Representing the Commonwealth of
21          Pennsylvania
22  (Continued)
```

Page 12

```
1   APPEARANCES (Continued):
2
3       KELLEY, DRYE & WARREN, LLP
4       BY:  NEIL MERKL, ESQUIRE
5       101 Park Avenue
6       New York, New York  10178
7       Phone:  (212) 808-7811
8       nmerkl@kelleydrye.com
9           Representing Dey Company
10
11      WHITE & CASE, LLP
12      BY:  PHILIP B. SINENENG, ESQUIRE
13      1155 Avenue of the Americas
14      New York, New York  10036-2787
15      Phone:  (212) 819-8411
16      psineneng@whitecase.com
17          Representing Sandoz
18
19
20
21
22  (Continued)
```

Page 11

```
1   APPEARANCES (Continued):
2
3       WINGET-HERNANDEZ, LLC
4       BY:  MICHAEL WINGET-HERNANDEZ, ESQUIRE
5       3112 Windsor Road, No. 228
6       Austin, Texas  78703
7       Phone:  (512) 474-4095
8       michael@winget-hernandez.com
9           Representing New York Counties, The State of
10          Wisconsin, The State of Kentucky, The State
11          of Hawaii
12
13      JONES DAY
14      BY:  R. CHRISTOPHER COOK, ESQUIRE
15      BY:  DAVID S. TORBORG, ESQUIRE
16      51 Louisiana Avenue, N.W.
17      Washington, D.C.  20001-2113
18      Phone:  (202) 879-3939/5562
19      christophercook@jonesday.com
20      dstorborg@jonesday.com
21          Representing Abbott Laboratories, Inc.
22  (Continued)
```

Page 13

```
1   APPEARANCES (Continued):
2
3       KIRKLAND & ELLIS, LLP
4       BY:  ERIC GORTNER, ESQUIRE
5       200 East Randolph Drive
6       Chicago, Illinois  60601
7       Phone:  (312) 861-2285
8       egortner@kirkland.com
9           Representing Roxane Laboratories and
10          Boehringer Ingelheim
11
12
13      LOCKE, LIDDELL & SAPP, LLP
14      BY:  JOHN P. McDONALD, ESQUIRE
15      Suite 2200
16      2200 Ross Avenue
17      Dallas, Texas  75201-6776
18      jpmcdonald@lockeliddell.com
19          Representing, Schering-Plough, Schering,
20          and Warrick
21
22  (Continued)
```

4 (Pages 10 to 13)

Ragone, Linda - Vol. I                                                                    April 17, 2007

Philadelphia, PA

Page 14

1    TELEPHONIC APPEARANCES:
2
3        BEASLEY, ALLEN, CROW, METHVIN,
4        PORTIS & MILES, P.C.
5        BY:  JOHN TOMLINSON, ESQUIRE
6        218 Commerce Street
7        Montgomery, Alabama  36104
8        Phone:  (334) 269-2343
9        john.tomlinson@beasleyallen.com
10           Representing The State of Alabama
11
12
13       HAYNSWORTH, SINKLER, BOYD, P.A.
14       BY:  SARAH P. SPRUILL, ESQUIRE
15       1201 Main Street, 22nd Floor
16       Columbia, South Carolina  29201
17       Phone:  (803) 540-7854
18       sspruill@hsblawfirm.com
19           Representing Abbott Labs.
20
21
22   (Continued)

Page 15

1    TELEPHONIC APPEARANCES (Continued):
2
3        KEMPPEL, HUFFMAN & ELLIS, P.C.
4        BY:  JASON GIST, ESQUIRE
5        255 E. Fireweed Lane, Suite 200
6        Anchorage, Alaska  99503
7        Phone:  277-1604
8        jmg@khe.com
9            Representing Schering and Warrick in
10           the Alaska AWP Litigation
11
12       KIRKLAND & ELLIS, LLP
13       BY:  JUDSON D. BROWN, ESQUIRE
14       655 Fifteenth Street, N.W.
15       Washington, D.C.  20005
16       Phone:  (202) 879-5082
17       jdbrown@kirkland.com
18           Representing Barr Laboratories, Inc.
19
20
21
22   (Continued)

Page 16

1    TELEPHONIC APPEARANCES (Continued):
2
3        DICKSTEIN SHAPIRO, LLP
4        BY:  TINA REYNOLDS, ESQUIRE
5        1825 Eye Street, N.W.
6        Washington, D.C.  20006
7        Phone:  (202) 420-4114
8        ReynoldsT@dicksteinshapiro.com
9            Representing Baxter Healthcare Corporation
10
11       DAVIS, POLK & WARDELL
12       BY:  CATHERINE LIFESO, ESQUIRE
13       450 Lexington Avenue
14       New York, New York  10017
15       Phone:  (212) 450-4452
16       catherine.lifeso@dpw.com
17           Representing AstraZeneca
18           Pharmaceuticals, LP
19
20
21
22   (Continued)

Page 17

1    TELEPHONIC APPEARANCES (Continued):
2
3        HOGAN & HARTSON, LLP
4        BY:  JESSICA P. FEINGOLD, ESQUIRE
5        875 Third Avenue
6        New York, New York  10022
7        Phone:  (212) 918-3636
8        jpfeingold@hhlaw.com
9            Representing Bristol-Myers Squibb Company
10
11       STATE OF FLORIDA
12       OFFICE OF THE ATTORNEY GENERAL
13       MEDICAID FRAUD CONTROL UNIT
14       BY:  JAIME LIANG, AAG
15       PL-01 The Capitol
16       Tallahassee, Florida  32399-1050
17       Phone:  (850) 414-3600
18       jaime_liang@myfloridalegal.com
19           Representing The State of Florida
20
21
22

5 (Pages 14 to 17)

Ragone, Linda - Vol. I                                                    April 17, 2007
Philadelphia, PA

---

Page 18

1                    I N D E X
2
3    WITNESS: LINDA RAGONE                    PAGE
4       EXAMINATION BY MR. COOK.................... 025
5
6
7              E X H I B I T S
8    NUMBER        DESCRIPTION          PAGE
9    Exhibit Abbott 080-Compilation of
10        Cross-Notices.............. 026
11   Exhibit Abbott 081-"Prescription Drug Prices:
12        Are We Getting Our Money's
13        Worth".................... 182
14   Exhibit Abbott 082-Memo with Attachment from
15        B. Mitchell to W. Toby, Jr.
16        dated 10/20/92............. 207
17   Exhibit Abbott 083-20th Anniversary OIG
18        Semiannual Report.......... 218
19   Exhibit Abbott 084-Memo with Attachment from
20        JG Brown to BC Vladeck
21        dated 8/13/96.............. 218
22   (Continued)

---

Page 19

1         E X H I B I T S (Continued)
2    NUMBER        DESCRIPTION          PAGE
3    Exhibit Abbott 085-"Medicare Reimbursement
4        Of Albuterol" June 2000.... 246
5    Exhibit Abbott 086-"Excessive Medicare
6        Reimbursement for
7        Albuterol" March 2002...... 246
8    Exhibit Abbott 087-"Update: Excessive
9        Medicare Reimbursement
10        for Albuterol"
11        January 2004............... 246
12
13
14
15
16
17
18
19
20
21
22

---

Page 20

1                 P R O C E E D I N G S
2
3         THE VIDEOGRAPHER:  We're on the record.
4    This is a videotaped deposition for the United
5    States District Court for the District of
6    Massachusetts.
7         My name is Richard Kanzinger, Jr., and
8    I'm employed by Henderson Legal Services, in
9    Philadelphia, Pennsylvania.  The court reporter
10   today is Kathleen Muino.
11        The caption for today is:  In Reference
12   to the Pharmaceutical Industry Average Wholesale
13   Price Litigation; this relates to U.S. ex rel
14   Ven-A-Care of the Florida Keys, Inc. versus Abbott
15   Laboratories, Inc., Case No. 06-CV-11337-PBS.
16        This deposition is being taken at 1701
17   Market Street, Ninth floor, in Philadelphia,
18   Pennsylvania.
19        At this time, all counsel will be noted
20   on the stenographic record.  And the deponent for
21   today is Linda Ragone.  Today's date is Tuesday,
22   April 17th, 2007.  The time is 9:17.

---

Page 21

1         Would the court reporter, please, swear
2    in the witness.
3                    - - -
4         LINDA RAGONE, having been first duly
5    sworn, was examined and testified as follows:
6                    - - -
7         THE VIDEOGRAPHER:  You may now begin.
8         MS LIANG:  Excuse me.  This is the State
9    of Florida.  I'd like to put an objection on the
10   record before we start.
11        MR. COOK:  Okay.  I think we're going to
12   identify everybody on the record first.
13        MS. LIANG:  Okay.  All right.
14        MR. COOK:  I'm Christopher Cook, I'm with
15   Jones Day; Dave Torborg, also from Jones Day.  We
16   are here representing Abbott Laboratories, Inc.
17        MR. MERKL:  Neil Merkl, from Kelley Drye,
18   Representing Dey, Dey Company.
19        MR. SINENENG:  Philip Sineneng, from
20   White and Case, representing Sandoz.
21        MR. GORTNER:  Eric Gortner, I'm from
22   Kirkland & Ellis, representing Roxane Laboratories

---

Ragone, Linda - Vol. II                                                                April 18, 2007
                                    Washington, DC

Page 412

```
 1                  UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF MASSACHUSETTS

 3                         VOLUME II

 4   ----------------------------------X  MDL NO. 1456

 5   IN RE:  PHARMACEUTICAL INDUSTRY    :  CIVIL ACTION:

 6   AVERAGE WHOLESALE PRICE LITIGATION :  01-CV-12257-PBS

 7   ----------------------------------X

 8   THIS DOCUMENT RELATES TO:          :

 9   U.S. ex rel. Ven-A-Care of the     :  CIVIL ACTION:

10   Florida Keys, Inc. v. Abbott       :  06-CV-11337-PBS

11   Laboratories, Inc.                 :

12   ----------------------------------X

13                IN THE CIRCUIT COURT OF

14               MONTGOMERY COUNTY, ALABAMA

15   ----------------------------------X

16   STATE OF ALABAMA,                  :  CASE NO.

17            Plaintiff,                :  CV-05-219

18        v.                            :

19   ABBOTT LABORATORIES, INC.,         :  JUDGE

20   et al.,                            :  CHARLES PRICE

21            Defendants.               :

22   ----------------------------------X
```

Ragone, Linda - Vol. II

April 18, 2007

Washington, DC

<table>
<tr><td colspan="2">

Page 413

```
1          UNITED STATES DISTRICT COURT
2             DISTRICT OF MASSACHUSETTS
3    -----------------------------------X
4    THE COMMONWEALTH OF MASSACHUSETTS : CIVIL ACTION NO.
5         Plaintiff,        : 03-CV-11865-PBS
6         v.               :
7    MYLAN LABORATORIES, INC., et al. :
8         Defendants.      :
9    -----------------------------------X
10    IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
11              STATE OF MISSOURI
12   -----------------------------------X
13   STATE OF MISSOURI, ex rel.   : CASE NO.
14   JEREMIAH W. (JAY) NIXON, Attorney : 054-1216
15   General, and MISSOURI DEPT. OF  : DIVISION
16   SOCIAL SVCS, DIV. OF MEDICAL SVCS.,: NO. 31
17        Plaintiffs,       :
18        v.                :
19   DEY INC., et al.       :
20        Defendants.       :
21   -----------------------------------X.
22
```

</td></tr>
</table>

Page 415

```
1          IN THE COURT OF COMMON PLEAS
2             FIFTH JUDICIAL CIRCUIT
3    -----------------------------------X
4    STATE OF SOUTH CAROLINA, and    :    STATE OF
5    HENRY D. McMASTER, in his official : SOUTH CAROLINA
6    capacity as Attorney General for : COUNTY OF
7    the State of South Carolina,    :    RICHLAND
8         Plaintiff,        :
9         v.               : CIVIL ACTION NO.
10   WARRICK PHARMACEUTICALS        : 2006-CP-40-4390
11   CORPORATION, et al.           : 2006-CP-40-4399
12        Defendants.       :
13   -----------------------------------X
14   STATE OF SOUTH CAROLINA, and   :    STATE OF
15   HENRY D. McMASTER, in his official : SOUTH CAROLINA
16   capacity as Attorney General for : COUNTY OF
17   the State of South Carolina,   :    RICHLAND
18        Plaintiff,        :
19        v.               : CASE NO.
20   ABBOTT LABORATORIES, INC.     : 2006-CP-40-4394
21        Defendant.        :
22   -----------------------------------X
```

Page 414

```
1          SUPERIOR COURT OF NEW JERSEY
2                  UNION COUNTY
3    -----------------------------------X
4    CLIFFSIDE NURSING HOME, INC., on : LAW DIVISION
5    behalf of itself and all others  : DOCKET NO.
6    similarly situated, as defined   : UNN-L-2329-04
7    herein,                :
8         Plaintiffs,       :
9         v.                :
10   DEY, INC., et al.      :
11        Defendants.       :
12   -----------------------------------X
13
14   STATE OF WISCONSIN   CIRCUIT COURT   DANE COUNTY
15   -----------------------------------X
16   STATE OF WISCONSIN,        : CASE NO.
17        Plaintiff,        : 04-CV-1709
18        v.                :
19   AMGEN INC., et al.,       :
20        Defendants.       :
21   -----------------------------------X
22
```

Page 416

```
1    IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
2                 STATE OF HAWAII
3    -----------------------------------X
4    STATE OF HAWAII,          : CASE NO.
5         Plaintiff,        : 06-1-0720-04 EEH
6         v.                :
7    ABBOTT LABORATORIES, INC., et al. : JUDGE EDEN
8         Defendants.       : ELIZABETH HIFO
9    -----------------------------------X
10
11    IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
12        IN AND FOR THE COUNTY OF MARICOPA
13   -----------------------------------X
14   ROBERT J. SWANSTON, individually  : CIVIL ACTION NO.
15   and on behalf of himself and all  : CV 2002-004988
16   others similarly situated,     :
17        Plaintiff,        :
18        v.                :
19   TAP PHARMACEUTICAL PRODUCTS, INC., :
20   et al.,                :
21        Defendants.       :
22   -----------------------------------X
```

2 (Pages 413 to 416)

Page 417

```
 1              COMMONWEALTH OF KENTUCKY
 2          FRANKLIN CIRCUIT COURT - DIV. II
 3  ----------------------------------X
 4  COMMONWEALTH OF KENTUCKY,      : CIVIL ACTION NO.
 5        Plaintiff,       : 03-CI-1134
 6     v.                  :
 7  ABBOTT LABORATORIES, INC., et al. :
 8        Defendants.          :
 9  ----------------------------------X
10           COMMONWEALTH OF KENTUCKY
11          FRANKLIN CIRCUIT COURT - DIV. I
12  -----------------------------X
13  COMMONWEALTH OF KENTUCKY, ex rel. : CIVIL ACTION NO.
14  GREGORY D. STUMBO, Attorney General: 03-CI-1487
15        Plaintiff,          :
16     v.                  :
17  ALPHAPHARMA, INC., et al.      :
18        Defendants.          :
19                  - - -
20        Continuation of the videotaped
21  deposition of LINDA RAGONE was taken, pursuant
```

Page 418

```
 1  to notice, at MORGAN LEWIS & BOCKIUS, LLP,
 2  1701 Market Street, Philadelphia,
 3  Pennsylvania, on Wednesday, April 18, 2007,
 4  beginning at 9:04 a.m., before M. Kathleen
 5  Muino, Professional Shorthand Reporter, Notary
 6  Public; Richard Kanzinger, Jr., Videographer,
 7  there being present:
```

Page 419

```
 1  APPEARANCES:
 2
 3      UNITED STATES DEPARTMENT OF JUSTICE
 4      CIVIL DIVISION
 5      BY:  JOHN K. NEAL, ESQUIRE
 6      601 D Street, N.W.
 7      Washington, D.C.  20004
 8      Phone:  (202) 307-0405
 9      John.Neal2@usdoj.gov
10         Representing the United States
11
12      U.S. DEPARTMENT OF JUSTICE
13      CIVIL DIVISION
14      BY:  JUSTIN DRAYCOTT, ESQUIRE
15      P.O. Box 261
16      Ben Franklin Station
17      Washington, D.C.  20044
18      Phone:  (202) 305-9300
19      justin.draycott@usdoj.gov
20         Representing the United States
21
22  APPEARANCES:  (CONTINUED)
```

Page 420

```
 1  APPEARANCES:  (CONTINUED)
 2      U.S. DEPARTMENT OF HEALTH & HUMAN SERVICES
 3      Office of Counsel to the Inspector General
 4      Administrative and Civil Remedies Branch
 5      BY:  NANCY W. BROWN, ESQUIRE
 6      Room 5527, Cohen Building
 7      330 Independence Avenue, S.W.
 8      Washington, D.C.  20201
 9      Phone:  (202) 205-9430
10      Nancy.Brown@oig.hhs.gov
11         Representing the United States
12
13      BERGER & MONTAGUE, P.C.
14      BY:  ROSLYN G. POLLACK, ESQUIRE
15      1622 Locust Street
16      Philadelphia, Pennsylvania  19103-6305
17      Phone:  (215) 875-3000
18      rpollack@bm.net
19         Representing Ven-A-Care
20
21
22  APPEARANCES:  (CONTINUED)
```

3 (Pages 417 to 420)

Ragone, Linda - Vol. II                                                    April 18, 2007

Washington, DC

Page 421

1    APPEARANCES:  (CONTINUED)
2       WEXLER, TORISEVA & WALLACE, LLP
3       BY:  AMBER M. NESBITT, ESQUIRE
4       One North LaSalle Street
5       Suite 2000
6       Chicago, Illinois  60602
7       Phone:  (312) 346-2222
8       amn@wtwlaw.us
9          Representing the MDL Plaintiffs
10
11      STATE OF CALIFORNIA DEPARTMENT OF JUSTICE
12      BUREAU OF MEDI-CAL FRAUD & ELDER ABUSE
13      BY:  NICHOLAS N. PAUL, DEPUTY ATTORNEY GENERAL
14      CIVIL PROSECUTIONS UNIT
15      P.O. Box 85266
16      110 West A Street, #1100
17      San Diego, California  92186
18      nicholas.paul@doj.ca.gov
19         Representing The State of California
20
21
22   APPEARANCES:  (CONTINUED)

Page 422

1    APPEARANCES:  (CONTINUED)
2       THE HAVILAND LAW FIRM, LLC
3       BY:  DONALD E. HAVILAND, JR., ESQUIRE
4       740 South Third Street
5       Third Floor
6       Philadelphia, Pennsylvania  19147
7       Phone:  (215) 609-4661
8       haviland@havilandlaw.com
9          Representing the Commonwealth of
10         Pennsylvania
11
12      WINGET-HERNANDEZ, LLC
13      BY:  MICHAEL WINGET-HERNANDEZ, ESQUIRE
14      3112 Windsor Road, No. 228
15      Austin, Texas  78703
16      Phone:  (512) 474-4095
17      michael@winget-hernandez.com
18         Representing New York Counties, The State of
19         Wisconsin, The State of Kentucky, The State
20         of Hawaii
21
22   APPEARANCES:  (CONTINUED)

Page 423

1    APPEARANCES:  (CONTINUED)
2       JONES DAY
3       BY:  R. CHRISTOPHER COOK, ESQUIRE
4       BY:  DAVID S. TORBORG, ESQUIRE
5       51 Louisiana Avenue, N.W.
6       Washington, D.C.  20001-2113
7       Phone:  (202) 879-3939/5562
8       christophercook@jonesday.com
9       dstorborg@jonesday.com
10         Representing Abbott Laboratories, Inc.
11
12      KELLEY, DRYE & WARREN, LLP
13      BY:  NEIL MERKL, ESQUIRE
14      101 Park Avenue
15      New York, New York  10178
16      Phone:  (212) 808-7811
17      nmerkl@kelleydrye.com
18         Representing Dey Company
19
20
21
22   APPEARANCES:  (CONTINUED)

Page 424

1    APPEARANCES:  (CONTINUED)
2       WHITE & CASE, LLP
3       BY:  PHILIP B. SINENENG, ESQUIRE
4       1155 Avenue of the Americas
5       New York, New York  10036-2787
6       Phone:  (212) 819-8411
7       psineneng@whitecase.com
8          Representing Sandoz
9
10      KIRKLAND & ELLIS, LLP
11      BY:  ERIC GORTNER, ESQUIRE
12      200 East Randolph Drive
13      Chicago, Illinois  60601
14      Phone:  (312) 861-2285
15      egortner@kirkland.com
16         Representing Roxane Laboratories and
17         Boehringer Ingelheim
18
19
20
21
22   APPEARANCES:  (CONTINUED)

4 (Pages 421 to 424)

Ragone, Linda - Vol. II                                                                    April 18, 2007
Washington, DC

| Page 425 | Page 427 |
|---|---|
| 1   APPEARANCES:  (CONTINUED) | 1   TELEPHONIC APPEARANCES (Continued): |
| 2        LOCKE, LIDDELL & SAPP, LLP | 2        KIRKLAND & ELLIS, LLP |
| 3        BY:  JOHN P. McDONALD, ESQUIRE | 3        BY:  JUDSON D. BROWN, ESQUIRE |
| 4        Suite 2200 | 4        655 Fifteenth Street, N.W. |
| 5        2200 Ross Avenue | 5        Washington, D.C.  20005 |
| 6        Dallas, Texas  75201-6776 | 6        Phone:  (202) 879-5082 |
| 7        jpmcdonald@lockeliddell.com | 7        jdbrown@kirkland.com |
| 8           Representing, Schering-Plough, Schering, | 8           Representing Barr Laboratories, Inc. |
| 9           and Warrick | 9 |
| 10 | 10        DICKSTEIN SHAPIRO, LLP |
| 11   TELEPHONIC APPEARANCES: | 11        BY:  TINA REYNOLDS, ESQUIRE |
| 12 | 12        1825 Eye Street, N.W. |
| 13        BEASLEY, ALLEN, CROW, METHVIN, | 13        Washington, D.C.  20006 |
| 14        PORTIS & MILES, P.C. | 14        Phone:  (202) 420-4114 |
| 15        BY:  JOHN TOMLINSON, ESQUIRE | 15        ReynoldsT@dicksteinshapiro.com |
| 16        218 Commerce Street | 16           Representing Baxter Healthcare Corporation |
| 17        Montgomery, Alabama  36104 | 17 |
| 18        Phone:  (334) 269-2343 | 18 |
| 19        john.tomlinson@beasleyallen.com | 19 |
| 20           Representing The State of Alabama | 20 |
| 21 | 21 |
| 22   (CONTINUED) | 22   TELEPHONIC APPEARANCES (Continued): |

| Page 426 | Page 428 |
|---|---|
| 1   TELEPHONIC APPEARANCES (Continued): | 1   TELEPHONIC APPEARANCES (Continued): |
| 2        HAYNSWORTH, SINKLER, BOYD, P.A. | 2        DAVIS, POLK & WARDELL |
| 3        BY:  SARAH P. SPRUILL, ESQUIRE | 3        BY:  CATHERINE LIFESO, ESQUIRE |
| 4        1201 Main Street, 22nd Floor | 4        450 Lexington Avenue |
| 5        Columbia, South Carolina  29201 | 5        New York, New York  10017 |
| 6        Phone:  (803) 540-7854 | 6        Phone:  (212) 450-4452 |
| 7        sspruill@hsblawfirm.com | 7        catherine.lifeso@dpw.com |
| 8           Representing Abbott Labs. | 8           Representing AstraZeneca |
| 9 | 9           Pharmaceuticals, LP |
| 10        KEMPPEL, HUFFMAN & ELLIS, P.C. | 10 |
| 11        BY:  JASON GIST, ESQUIRE | 11        HOGAN & HARTSON, LLP |
| 12        255 E. Fireweed Lane, Suite 200 | 12        BY:  JESSICA P. FEINGOLD, ESQUIRE |
| 13        Anchorage, Alaska  99503 | 13        875 Third Avenue |
| 14        Phone:  277-1604 | 14        New York, New York  10022 |
| 15        jmg@khe.com | 15        Phone:  (212) 918-3636 |
| 16           Representing Schering and Warrick in | 16        jpfeingold@hhlaw.com |
| 17           the Alaska AWP Litigation | 17           Representing Bristol-Myers Squibb Company |
| 18 | 18 |
| 19 | 19 |
| 20 | 20 |
| 21 | 21 |
| 22   TELEPHONIC APPEARANCES (Continued): | 22   TELEPHONIC APPEARANCES (Continued): |

5 (Pages 425 to 428)

Page 429

1  TELEPHONIC APPEARANCES (Continued):
2        STATE OF FLORIDA
3        OFFICE OF THE ATTORNEY GENERAL
4        MEDICAID FRAUD CONTROL UNIT
5        BY:  JAIME LIANG, AAG
6        PL-01 The Capitol
7        Tallahassee, Florida  32399-1050
8        Phone:  (850) 414-3600
9        jaime_liang@myfloridalegal.com
10            Representing The State of Florida
11
12
13
14
15
16
17
18
19
20
21
22

Page 431

1  EXHIBITS (Continued):
2              E X H I B I T S
3  NUMBER            DESCRIPTION              PAGE
4
5  Exhibit Abbott 093  HHD009-0119 - 0120        *
6  Exhibit Abbott 094 "Medicare Reimbursement
7              of Prescription Drugs"
8              January 2001          598
9  Exhibit Abbott 095 "Medicaid's Use of Revised
10             Average Wholesale Prices"
11             September 2001          *
12  Exhibit Abbott 096  HHD009-1200 -1206      572
13  Exhibit Abbott 097 "Medicaid Drug Price
14             Comparison: Average Sales
15             Price to Average Wholesale
16             Price" - June 2005      612
17  Exhibit Abbott 098 "How Inflated Published
18             Prices Affect Drugs
19             Considered for the Federal
20             Upper Limit List"
21             September 2005          612
22

Page 430

1              I N D E X
2                 - - -
3
4  LINDA RAGONE, VOLUME II
5    EXAMINATION                      PAGE
6      BY MR. COOK                    438
7      BY MR. MERKL                   649
8      BY MR. GORTNER                 774
9      BY MR. MCDONALD                826
10     BY MS. FEINGOLD                833
11
12
13              - - -
14       E X H I B I T S
15
16  NUMBER         DESCRIPTION         PAGE
17  Exhibit Abbott 088  Compilation of Additional
18             Cross-Notices          436
19  Exhibit Abbott 089  HHD013-1150 - 1155     521
20  Exhibit Abbott 090  HHD013-0004 - 0005     530
21  Exhibit Abbott 091  HHD009-0436 - 0439     554
22  Exhibit Abbott 092  HHD013-2770          565

Page 432

1  EXHIBITS (Continued):
2              E X H I B I T S
3  NUMBER            DESCRIPTION              PAGE
4
5  Exhibit Abbott 099 "The Impact of High-Priced
6              Generic Drugs on Medicare
7              and Medicaid" - July 1998   612
8  Exhibit Abbott 100 "Physicians' Costs for
9              Chemotherapy Drugs"
10             November 1992          612
11  Exhibit Abbott 101 "Comparing Drug
12             Reimbursement: Medicare
13             and Department of Veterans
14             Affairs" - November 1998     612
15  Exhibit Abbott 102 "Appropriateness of
16             Medicare Prescription Drug
17             Allowances" - May 1996      612
18  Exhibit Abbott 103 "Payments for Enteral
19             Nutrition: Medicare and
20             Other Payers" - May 1996     612
21
22

# EXHIBIT H-4

Scully, Thomas A.                                                      May 15, 2007
Washington, DC

Page 1

```
 1                 UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF MASSACHUSETTS

 3       - - - - - - - - - - - - - -x

 4    IN RE:  PHARMACEUTICAL        :   MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE    :   CIVIL ACTION

 6    PRICE LITIGATION              :   01-CV-12257-PBS

 7    THIS DOCUMENT RELATES TO      :

 8    U.S. ex rel. Ven-a-Care of    :   Judge Patti B. Saris

 9    the Florida Keys, Inc.        :

10         v.                       :

11    Abbott Laboratories, Inc.,    :   Chief Magistrate

12    No. 06-CV-11337-PBS           :   Judge Marianne B.

13       - - - - - - - - - - - - - -x    Bowler

14

15

16

17

18

19

20

21

22
```

Scully, Thomas A.                                                                    May 15, 2007
Washington, DC

Page 2

```
1           IN THE CIRCUIT COURT OF
2         MONTGOMERY COUNTY, ALABAMA
3    - - - - - - - - - - - - - - -x
4    STATE OF ALABAMA,          :
5         Plaintiff,            :
6         vs.              : Case No.: CV-05-219
7    ABBOTT LABORATORIES, INC.,   :  Judge Charles Price
8    et al.                 :
9         Defendants.           :
10   - - - - - - - - - - - - - -x
11
12   STATE OF WISCONSIN    CIRCUIT COURT    DANE COUNTY
13   ----------------------------X
14   STATE OF WISCONSIN,       : CASE NO.
15        Plaintiff,        : 04-CV-1709
16        v.             :
17   AMGEN INC., et al.,      :
18        Defendants.         :
19   ----------------------------X
20
21
22
```

Page 3

```
1          UNITED STATES DISTRICT COURT
2            DISTRICT OF MASSACHUSETTS
3    ----------------------------X
4    THE COMMONWEALTH OF MASSACHUSETTS  :  CIVIL ACTION NO.
5         Plaintiff,           : 03-CV-11865-PBS
6         v.              :
7    MYLAN LABORATORIES, INC., et al.  :
8         Defendants.          :
9    ----------------------------X
10
11         SUPERIOR COURT OF NEW JERSEY
12              UNION COUNTY
13   ----------------------------X
14   CLIFFSIDE NURSING HOME, INC., on  :  LAW DIVISION
15   behalf of itself and all others   :  DOCKET NO.
16   similarly situated, as defined    :  UNN-L-2329-04
17   herein,                :
18        Plaintiffs,           :
19        v.              :
20   DEY, INC., et al.           :
21        Defendants.          :
22   ----------------------------X
```

Page 4

```
1          IN THE COURT OF COMMON PLEAS
2               FIFTH JUDICIAL CIRCUIT
3    ----------------------------------X
4    STATE OF SOUTH CAROLINA, and    :    STATE OF
5    HENRY D. McMASTER, in his official :  SOUTH CAROLINA
6    capacity as Attorney General for  :   COUNTY OF
7    the State of South Carolina,    :      RICHLAND
8         Plaintiff,            :
9         v.             : CIVIL ACTION NO.
10   WARRICK PHARMACEUTICALS       : 2006-CP-40-4390
11   CORPORATION, et al.         : 2006-CP-40-4399
12        Defendants.          :
13   ----------------------------------X
14   STATE OF SOUTH CAROLINA, and    :    STATE OF
15   HENRY D. McMASTER, in his official :  SOUTH CAROLINA
16   capacity as Attorney General for  :   COUNTY OF
17   the State of South Carolina,    :      RICHLAND
18        Plaintiff,            :
19        v.             : CASE NO.
20   ABBOTT LABORATORIES, INC.      : 2006-CP-40-4394
21        Defendant.           :
22   ----------------------------------X
```

Page 5

```
1          IN THE COURT OF COMMON PLEAS
2               FIFTH JUDICIAL CIRCUIT
3    ----------------------------------X
4    STATE OF SOUTH CAROLINA, and    :    STATE OF
5    HENRY D. McMASTER, in his official :  SOUTH CAROLINA
6    capacity as Attorney General for  :   COUNTY OF
7    the State of South Carolina,    :      RICHLAND
8         Plaintiff,            :
9         v.             : CIVIL ACTION NO.
10   PAR PHARMACEUTICALS COMPANIES,   : 2006-CP-40-7151
11   INC.,                : 2006-CP-40-7153
12        Defendant.           :
13   ----------------------------------X
14   STATE OF SOUTH CAROLINA, and    :    STATE OF
15   HENRY D. McMASTER, in his official :  SOUTH CAROLINA
16   capacity as Attorney General for  :   COUNTY OF
17   the State of South Carolina,    :      RICHLAND
18        Plaintiff,            :
19        v.             : CIVIL ACTION NO.
20   MYLAN LABORATORIES INC.,      : 2007-CP-40-0282
21        Defendant.           : 2007-CP-40-0283
22   ----------------------------------X
```

2 (Pages 2 to 5)

Scully, Thomas A.                                                                May 15, 2007
Washington, DC

Page 6

```
 1          IN THE COURT OF COMMON PLEAS
 2              FIFTH JUDICIAL CIRCUIT
 3   ----------------------------------X
 4   STATE OF SOUTH CAROLINA, and    :    STATE OF
 5   HENRY D. McMASTER, in his official :  SOUTH CAROLINA
 6   capacity as Attorney General for  :   COUNTY OF
 7   the State of South Carolina,    :     RICHLAND
 8           Plaintiff,    :
 9      v.              : CIVIL ACTION NO.
10   BARR PHARMACEUTICALS, INC.    :  2007-CP-40-0280
11        Defendant.    : 2007-CP-40-0286
12   ----------------------------------X
13
14        IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
15              STATE OF HAWAII
16   ----------------------------------X
17   STATE OF HAWAII,          : CASE NO.
18        Plaintiff,     : 06-1-0720-04 EEH
19      v.              :
20   ABBOTT LABORATORIES, INC., et al. :  JUDGE EDEN
21        Defendants.    : ELIZABETH HIFO
22   ----------------------------------X
```

Page 8

```
 1     IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
 2              STATE OF MISSOURI
 3   - - - - - - - - - - - - - - - - x
 4   STATE OF MISSOURI, ex rel,    :
 5   JEREMIAH W. (JAY) NIXON,      :
 6   Attorney General,         :
 7   and              :
 8   MISSOURI DEPARTMENT OF SOCIAL    :
 9   SERVICES, DIVISION OF MEDICAL    : Case No.
10   SERVICES,             : 054-1216
11        Plaintiffs,    : Division No. 31
12      vs.              :
13   DEY INC., DEY, L.P., MERCK KGaA, :
14   EMD, INC., WARRICK         :
15   PHARMACEUTICALS CORPORATION,    :
16   SCHERING-PLOUGH CORPORATION, and :
17   SCHERING CORPORATION,       :
18        Defendants.    :
19   - - - - - - - - - - - - - - - - x
20
21
22
```

Page 7

```
 1     IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
 2         IN AND FOR LEON COUNTY, FLORIDA
 3   THE STATE OF FLORIDA
 4   ex rel.
 5   - - - - - - - - - - - - - - - - x
 6   VEN-A-CARE OF THE FLORIDA      :
 7   KEYS, INC., a Florida       :
 8   Corporation, by and through its  :
 9   principal officers and directors, :
10   ZACHARY T. BENTLEY and        :
11   T. MARK JONES,           :
12        Plaintiffs,    :
13      vs.              : Civil Action
14   MYLAN LABORATORIES INC.; MYLAN    : No.: 98-3032G
15   PHARMACEUTICALS INC.; NOVOPHARM  : Judge: William
16   LTD., SCHEIN PHARMACEUTICAL, INC.::   L. Gary
17   TEVA PHARMACEUTICAL INDUSTRIES   :
18   LTD., TEVA PHARMACEUTICAL USA;   :
19   and WATSON PHARMACEUTICALS, INC., :
20        Defendants.    :
21   - - - - - - - - - - - - - - - - x
22
```

Page 9

```
 1        COMMONWEALTH OF KENTUCKY
 2       FRANKLIN CIRCUIT COURT - DIV. II
 3   ----------------------------------X
 4   COMMONWEALTH OF KENTUCKY,     : CIVIL ACTION NO.
 5        Plaintiff,     : 03-CI-1134
 6      v.              :
 7   ABBOTT LABORATORIES, INC., et al. :
 8        Defendants.    :
 9   ----------------------------------X
10
11        COMMONWEALTH OF KENTUCKY
12       FRANKLIN CIRCUIT COURT - DIV. I
13   ----------------------------------X
14   COMMONWEALTH OF KENTUCKY, ex rel. : CIVIL ACTION NO.
15   GREGORY D. STUMBO, Attorney General: 04-CI-1487
16        Plaintiff,     :
17      v.              :
18   ALPHAPHARMA, INC., et al.      :
19        Defendants.    :
20   ----------------------------------X
21              Washington, D.C.
22              Tuesday, May 15, 2007
```

3 (Pages 6 to 9)

Scully, Thomas A.                                                                                                    May 15, 2007
Washington, DC

Page 10

1       Videotaped Deposition of THOMAS A.
2   SCULLY, a witness herein, called for examination by
3   counsel for Abbott Laboratories in the above-entitled
4   matter, pursuant to subpoena, the witness being duly
5   sworn by SUSAN L. CIMINELLI, a Notary Public in and
6   for the District of Columbia, taken at the offices of
7   Jones Day, 51 Louisiana Avenue, Northwest,
8   Washington, D.C., at 8:49 a.m. on Tuesday, May 15,
9   2007, and the proceedings being taken down by
10  Stenotype by SUSAN L. CIMINELLI, CRR, RPR, and
11  transcribed under her direction.
12
13
14
15
16
17
18
19
20
21
22

Page 11

1   APPEARANCES:
2
3       On behalf of the United States of America:
4           GEJAA T. GOBENA, ESQ.
5           JOHN K. NEAL, ESQ.
6           ANDREW MAO, ESQ.
7           U.S. Department of Justice
8           Civil Division
9           601 D Street, Northwest
10          PHB - 9028/P.O. Box 261
11          Washington, D.C. 20044
12          Gejaa.Gobena@usdoj.gov
13          (202) 307-1088
14
15
16
17
18
19
20
21
22

Page 12

1   APPEARANCES (continued):
2
3       On behalf of the U.S. Department of
4   Health and Human Services:
5           TROY A. BARSKY, ESQ.
6           U.S. Department of Health and Human Services
7           CMS Division
8           C2-05-23
9           7500 Security Boulevard
10          Baltimore, MD  21244-1850
11          (410) 786-8873
12          troy.barsky@hhs.gov
13
14      On behalf of the State of California:
15          NICHOLAS N. PAUL, ESQ.
16          Supervising Deputy Attorney General
17          Civil Prosecutions Unit
18          P.O. Box 85266
19          110 West A Street, #1100
20          San Diego, CA  82186
21          (619) 688-6099
22          nicholas.paul@doj.ca.gov

Page 13

1   APPEARANCES (continued):
2
3       On behalf of the State of Alabama:
4           ROGER BATES, ESQ.
5           Hand Arendall, L.L.C.
6           1200 Park Place Tower
7           2001 Park Place North
8           Birmingham, AL  35203
9           (205) 502-0105
10          Rbates@handarendall.com
11
12      On behalf of the State of Florida:
13          MARY S. MILLER, ESQ.
14          Office of the Attorney General of Florida
15          PL-01, The Capitol
16          Tallahassee, FL 32399-1050
17          (850) 414-3600
18          Mary_Miller@oag.state.fl.us
19
20
21
22

4 (Pages 10 to 13)

Scully, Thomas A.                                                                                    May 15, 2007
Washington, DC

Page 14

1    APPEARANCES (continued):
2
3        On behalf of Ven-a-Care of the Florida Keys, Inc.:
4            JAMES JOSEPH BREEN, ESQ.
5            The Breen Law Firm
6            5755 North Point Parkway
7            Suite 39
8            Alpharetta, Georgia 30022
9            jbreen@breenlaw.com
10           (770) 740-0008
11
12       On behalf of the MDL Plaintiffs:
13           JENNIFER FOUNTAIN CONNOLLY, ESQ.
14           Wexler Toriseva Wallace
15           One North LaSalle Street
16           Suite 2000
17           Chicago, Illinois 60602
18           jfc@wtwlaw.us
19           (312) 261-6195
20
21
22

Page 16

1    APPEARANCES (continued):
2
3            CHRISTOPHER COOK, ESQ.
4            HILARY A. RAMSEY, ESQ.
5            Jones Day
6            51 Louisiana Avenue, Northwest
7            Washington, D.C. 20001
8            christophercook@jonesday.com
9            haramsey@jonesday.com
10           (202) 879-3939
11
12       On behalf of Sandoz, Inc.: (Via telephone)
13           PHILIP SINENENG, ESQ.
14           White & Case LLP
15           1155 Avenue of the Americas
16           New York, New York 10036-2787
17           psineneng@whitecase.com
18           (212) 819-8254
19
20
21
22

Page 15

1    APPEARANCES (continued):
2
3        On behalf of Schering-Plough Corporation and
4        Schering Corporation and Warrick Pharmaceuticals
5        Corporation:
6            JOHN P. McDONALD, ESQ.
7            Locke Liddell & Sapp
8            2200 Ross Avenue, Suite 2200
9            Dallas, Texas 75201
10           Jpmcdonald@lockeliddell.com
11           (214) 740-8725
12
13       On behalf of Abbott Laboratories:
14           JAMES R. DALY, ESQ.
15           Jones Day
16           77 West Wacker
17           Chicago, IL  60601-1692
18           JRDALY@JONESDAY.COM
19           (312) 269-4141
20           - and -
21
22

Page 17

1    APPEARANCES (continued):
2
3        On behalf of AstraZeneca Pharmaceuticals LP:
4            SCOTT WEISS, ESQ.
5            CATHERINE LIFESO, ESQ. (Via telephone)
6            Davis Polk & Wardwell
7            450 Lexington Avenue
8            New York, New York 10017
9            scott.wise@dpw.com
10           (212) 450-4452
11
12       On behalf of Johnson & Johnson:
13           ERIK HAAS, ESQ.
14           Patterson Belknap Webb & Tyler LLP
15           1133 Avenue of the Americas
16           New York, New York 10036-6710
17           ehaas@pbwt.com
18           (212) 336-2117
19
20
21
22

5 (Pages 14 to 17)

Scully, Thomas A.                                                                    May 15, 2007
Washington, DC

Page 18

1  APPEARANCES (continued):
2
3      On behalf of the State of Wisconsin: (Via telephone)
4          CHARLES BARNHILL, ESQ.
5          Miner, Barnhill & Galland
6          44 East Martin St.
7          Suite 803
8          Madison, WI
9          (608) 255-3200
10
11     On behalf of Schering and Warrick: (Via telephone)
12         JOBE G. DANGANAN, ESQ.
13         Ropes & Gray
14         One International Place
15         Boston, MA  02110-2624
16         jobe.danganan@ropesgray.com
17         (617) 951-7290
18
19
20
21
22

Page 19

1  APPEARANCES (continued):
2
3      On behalf of Bristol-Myers Squibb:
4          THOMAS J. SWEENEY, III, ESQ.
5          Hogan & Hartson LLP
6          875 Third Avenue
7          New York, New York 10022
8          jyoung@hhlaw.com
9          (212) 918-3528
10
11     On behalf of Dey, Inc. and Dey, L.P. and Mylan:
12         WILLIAM A. ESCOBAR, ESQ.
13         Kelley Drye & Warren LLP
14         101 Park Avenue
15         New York, New York 10178
16         wescobar@kelleydrye.com
17         (212) 808-7811
18
19
20
21
22

Page 20

1  APPEARANCES (continued):
2
3      On behalf of Par Pharmaceuticals:
4          PAUL K. DUEFFERT, ESQ.
5          Williams & Connolly LLP
6          725 Twelfth Street, Northwest
7          Washington, D.C. 20005
8          (202) 434-5097
9
10     On behalf of Aventis Pharmaceuticals:
11         JENNIFER H. McGEE, ESQ.
12         Shook, Hardy & Bacon LLP
13         Hamilton Square
14         800 14th Street, Northwest, Suite 800
15         Washington, D.C. 20005-2004
16         jmcgee@shb.com
17         (202) 783-8400
18
19
20
21
22

Page 21

1  APPEARANCES (continued):
2
3      On behalf of Roxane Laboratories and Boehringer
4      Ingelheim:
5          ERIC GORTNER, ESQ.
6          Kirkland & Ellis LLP
7          200 East Randolph Drive
8          Chicago, Illinois 60601
9          egortner@kirkland.com
10         (312) 861-2286
11
12     On behalf of GlaxoSmithKline:
13         MARK H. LYNCH, ESQ.
14         Covington & Burling LLP
15         1201 Pennsylvania Avenue, Northwest
16         Washington, D.C. 20004-2401
17         MLYNCH@COV.COM
18         (202) 662-5544
19
20
21
22

6 (Pages 18 to 21)

Scully, Thomas A.                                                                May 15, 2007

Washington, DC

---

Page 22

1   APPEARANCES (continued):
2
3        On Behalf of Amgen, Inc.: (Via telephone)
4            JENNIFER A. WALKER, ESQ.
5            JOSEPH YOUNG, ESQ.
6            Hogan & Hartson LLP
7            111 South Calvert Street, Suite 1600
8            Baltimore, Maryland 21202
9            jawalker@hhlaw.com
10           (410) 659-2759
11
12       On behalf of Teva and Ivax:
13           PATRICK M. BRYAN, ESQ.
14           Kirkland & Ellis LLP
15           655 Fifteenth Street, N.W.
16           Washington, D.C.  20005
17           pbryan@kirkland.com
18           (202) 879-5285
19
20
21
22

---

Page 24

1   APPEARANCES (continued):
2
3        On behalf of The Commonwealth of Pennsylvania:
4        (Via telephone)
5            MICHAEL LaRUSSO, ESQ.
6            The Haviland Law Firm, LLC
7            740 South Third Street, Third Floor
8            Philadelphia, PA  19147
9            (215) 609-4661
10           haviland@havilandlaw.com
11
12       ALSO PRESENT:
13           Mike Hunterton, Videographer
14           Claire Norsetter
15
16
17
18
19
20
21
22

---

Page 23

1   APPEARANCES (continued):
2
3        On behalf of Merck:
4            JAMES A. GRAFFAM, ESQ.
5            Hughes Hubbard
6            1775 I Street, N.W.
7            Washington, D.C.  20006-2401
8            graffam@hugheshubbard.com
9            (202) 721-4677
10
11       On behalf of GlaxoSmithKline: (Via telephone)
12           MICHAEL NEWMAN, ESQ.
13           Dechert LLP
14           Cira Centre
15           2929 Arch Street
16           Philadelphia, PA  19104-2808
17           (215) 994-4000
18
19
20
21
22

---

Page 25

1   C O N T E N T S
2   THE WITNESS:
3        THOMAS A. SCULLY
4
5   By Mr. Daly .......................27
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

---

7 (Pages 22 to 25)

Scully, Thomas A. - Vol. II                                    July 13, 2007
Washington, DC

Page 443

```
 1              UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF MASSACHUSETTS

 3    - - - - - - - - - - - - - - -x

 4    IN RE:  PHARMACEUTICAL      :   MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE  :   CIVIL ACTION

 6    PRICE LITIGATION            :   01-CV-12257-PBS

 7    THIS DOCUMENT RELATES TO    :   U.S. ex rel.

 8    Ven-a-Care of The Florida   :   Judge Patti B. Saris

 9    Keys, Inc.                  :

10         v.                     :

11    Abbott Laboratories, Inc.,  :   Chief Magistrate

12    No. 06-CV-11337-PBS             :   Judge Marianne B.

13    - - - - - - - - - - - - - -x   Bowler

14

15

16              THOMAS A. SCULLY - VOLUME II

17                   JULY 13, 2007

18                   WASHINGTON, DC

19

20

21

22       (CAPTION CONTINUED)
```

Scully, Thomas A. - Vol. II                                July 13, 2007
Washington, DC

Page 444

```
 1            IN THE CIRCUIT COURT OF
 2         MONTGOMERY COUNTY, ALABAMA
 3   - - - - - - - - - - - - - -x
 4   STATE OF ALABAMA,         :
 5        Plaintiff,            :
 6        v.              : Case No.: CV-05-219
 7   ABBOTT LABORATORIES, INC.,  :  Judge Charles Price
 8   Et al.                      :
 9        Defendants.            :
10   - - - - - - - - - - - - - -x
11   STATE OF WISCONSIN    CIRCUIT COURT    DANE COUNTY
12   - - - - - - - - - - - - - - - - -x
13   STATE OF WISCONSIN,      :  CASE NO.
14        Plaintiff,          :  04-CV-1709
15        v.                  :
16   AMGEN INC., et al.,      :
17        Defendants.         :
18   - - - - - - - - - - - - - - - - -x
19
20
21
22
```

Page 445

```
 1           UNITED STATES DISTRICT COURT
 2           DISTRICT OF MASSACHUSETTS
 3   - - - - - - - - - - - - - - - - -x
 4   THE COMMONWEALTH OF MASSACHUSETTS  :  CIVIL ACTION NO.
 5        Plaintiff,            :  03-CV-11865-PBS
 6        v.                    :
 7   MYLAN LABORATORIES, INC., et al.  :
 8        Defendants.           :
 9   - - - - - - - - - - - - - - - - -x
10           SUPERIOR COURT OF NEW JERSEY
11                 UNION COUNTY
12   - - - - - - - - - - - - - - - - -x
13   CLIFFSIDE NURSING HOME, INC., on  :  LAW DIVISION
14   Behalf of itself and all others   :  DOCKET NO.
15   Similarly situated, as defined    :  UNN-L-2329-04
16   Herein,                  :
17        Plaintiffs,         :
18        v.                  :
19   DEY, INC., et al.        :
20        Defendants.         :
21   - - - - - - - - - - - - - - - - -x
22
```

Page 446

```
 1         IN THE COURT OF COMMON PLEAS
 2            FIFTH JUDICIAL CIRCUIT
 3   - - - - - - - - - - - - - - - - -x
 4   STATE OF SOUTH CAROLINA, and   :    STATE OF
 5   HENRY D. McMASTER, in his official :  SOUTH CAROLINA
 6   Capacity as Attorney General for  :   COUNTY OF
 7   The State of South Carolina,      :   RICHLAND
 8        Plaintiff,           :
 9        v.             :  CIVIL ACTION NO.
10   WARRICK PHARMACEUTICALS      :  2006-CP-40-4390
11   CORPORATION, et al.          :  2006-CP-40-4399
12        Defendants.          :
13   - - - - - - - - - - - - - - - - -x
14   STATE OF SOUTH CAROLINA, and   :    STATE OF
15   HENRY D. McMASTER, in his official :  SOUTH CAROLINA
16   Capacity as Attorney General for  :   COUNTY OF
17   The State of South Carolina,      :   RICHLAND
18        Plaintiff,           :
19        v.               :  CASE NO.
20   ABBOTT LABORATORIES, INC.,      :  2006-CP-40-4394
21        Defendant.          :
22   - - - - - - - - - - - - - - - - -x
```

Page 447

```
 1         IN THE COURT OF COMMON PLEAS
 2            FIFTH JUDICIAL CIRCUIT
 3   - - - - - - - - - - - - - - - - -x
 4   STATE OF SOUTH CAROLINA, and   :    STATE OF
 5   HENRY D. McMASTER, in his official :  SOUTH CAROLINA
 6   Capacity as Attorney General for  :   COUNTY OF
 7   The State of South Carolina,      :   RICHLAND
 8        Plaintiff,           :
 9        v.             :  CIVIL ACTION NO.
10   PAR PHARMACEUTICALS COMPANIES,   :  2006-CP-40-7151
11   INC.,                    :  2006-CP-40-7153
12        Defendant.          :
13   - - - - - - - - - - - - - - - - -x
14   STATE OF SOUTH CAROLINA, and   :    STATE OF
15   HENRY D. McMASTER, in his official :  SOUTH CAROLINA
16   Capacity as Attorney General for  :   COUNTY OF
17   The State of South Carolina,      :   RICHLAND
18        Plaintiff,           :
19        v.             :  CIVIL ACTION NO.
20   MYLAN LABORATORIES INC.,       :  2007-CP-40-0282
21        Defendant.          :  2007-CP-40-0283
22   - - - - - - - - - - - - - - - - -x
```

2 (Pages 444 to 447)

Scully, Thomas A. - Vol. II                                           July 13, 2007
Washington, DC

Page 448

```
 1            IN THE COURT OF COMMON PLEAS
 2              FIFTH JUDICIAL CIRCUIT
 3    ----------------------------------X
 4    STATE OF SOUTH CAROLINA, and    :    STATE OF
 5    HENRY D. McMASTER, in his official  :  SOUTH CAROLINA
 6    Capacity as Attorney General for  :   COUNTY OF
 7    The State of South Carolina,    :     RICHLAND
 8        Plaintiff,
 9     v.                   : CIVIL ACTION NO.
10    BARR PHARMACEUTICALS, INC.,    :  2007-CP-40-0280
11        Defendant.         : 2007-CP-40-0286
12    ----------------------------------X
13        IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
14              STATE OF HAWAII
15    ----------------------------------X
16    STATE OF HAWAII,        :  CASE NO.
17        Plaintiff,       : 06-1-0720-04 EEH
18     v.                  :
19    ABBOTT LABORATORIES, INC., et al., :  JUDGE EDEN
20        Defendants.      : ELIZABETH HIFO
21    ----------------------------------X
22
```

Page 449

```
 1       IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
 2            IN AND FOR LEON COUNTY, FLORIDA
 3                THE STATE OF FLORIDA
 4                    Ex rel.
 5    - - - - - - - - - - - - - - - -x
 6    VEN-A-CARE OF THE FLORIDA      :
 7    KEYS, INC., a Florida        :
 8    Corporation, by and through its   :
 9    Principal officers and directors,  :
10    ZACHARY T. BENTLEY and        :
11    T. MARK JONES,           :
12        Plaintiffs,      :
13     v.                : Civil Action
14    MYLAN LABORATORIES INC.; MYLAN   : No.: 98-3032G
15    PHARMACEUTICALS INC.; NOVOPHARM   : Judge: William
16    LTD., SCHEIN PHARMACEUTICAL, INC.; :   L. Gary
17    TEVA PHARMACEUTICAL INDUSTRIES   :
18    LTD., TEVA PHARMACEUTICAL USA;   :
19    And WATSON PHARMACEUTICALS, INC., :
20        Defendants.       :
21    - - - - - - - - - - - - - - - -x
22
```

Page 450

```
 1        IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
 2                STATE OF MISSOURI
 3    - - - - - - - - - - - - - - - -x
 4    STATE OF MISSOURI, ex rel,     :
 5    JEREMIAH W. (JAY) NIXON,      :
 6    Attorney General,         :
 7        and            :
 8    MISSOURI DEPARTMENT OF SOCIAL    :
 9    SERVICES, DIVISION OF MEDICAL    : Case No.
10    SERVICES,            : 054-1216
11        Plaintiffs,       : Division No. 31
12     v.                :
13    DEY INC., DEY, L.P., MERCK KGaA,  :
14    EMD, INC., WARRICK          :
15    PHARMACEUTICALS CORPORATION,    :
16    SCHERING-PLOUGH CORPORATION, and  :
17    SCHERING CORPORATION,        :
18        Defendants.       :
19    - - - - - - - - - - - - - - - -x
20
21
22
```

Page 451

```
 1           COMMONWEALTH OF KENTUCKY
 2         FRANKLIN CIRCUIT COURT - DIV. II
 3    ----------------------------------x
 4    COMMONWEALTH OF KENTUCKY,     : CIVIL ACTION NO.
 5        Plaintiff,        : 03-CI-1134
 6     v.                :
 7    ABBOTT LABORATORIES, INC., et al., :
 8        Defendants.       :
 9    ----------------------------------x
10           COMMONWEALTH OF KENTUCKY
11         FRANKLIN CIRCUIT COURT - DIV. I
12    ----------------------------------x
13    COMMONWEALTH OF KENTUCKY, ex rel., : CIVIL ACTION NO.
14    GREGORY D. STUMBO, Attorney General:  04-CI-1487
15        Plaintiff,        :
16     v.                :
17    ALPHAPHARMA, INC., et al.,     :
18        Defendants.       :
19    ----------------------------------x
20
21
22
```

3 (Pages 448 to 451)

Scully, Thomas A. - Vol. II                                              July 13, 2007
Washington, DC

Page 452

```
1                    Volume II
2                  Washington, D.C.
3                 Friday, July 13, 2007
4
5
6           Videotaped Deposition of THOMAS A.
7   SCULLY, a witness herein, called for examination by
8   counsel for Abbott Laboratories in the above-entitled
9   matter, pursuant to subpoena, the witness being duly
10  sworn by Cassandra E. Ellis, a Notary Public in and
11  for the District of Columbia, taken at the offices of
12  Jones Day, 51 Louisiana Avenue, Northwest, Washington,
13  D.C., at 8:50 a.m. on Friday, July 13, 2007, and the
14  proceedings being taken down by Stenotype by CASSANDRA
15  E. ELLIS, RPR, Livenote Certified Reporter, and
16  transcribed under her direction.
17
18
19
20
21
22
```

Page 454

```
1   APPEARANCES (continued):
2       On behalf of the State of California:
3           NICHOLAS N. PAUL, ESQ.
4           Supervising Deputy Attorney General
5           Civil Prosecutions Unit
6           P.O. Box 85266
7           110 West A Street, #1100
8           San Diego, CA  82186
9           (619) 688-6099
10          Nicholas.paul@doj.ca.gov
11
12      On behalf of the State of Alabama:
13          CLINTON CARTER, ESQ.
14          Beasley, Allen, Crow, Methvin,
15          Portis, & Miles, P.C.
16          272 Commerce Street
17          Post Office Box 4160
18          Montgomery, AL  36103
19          (334) 269-2343
20          Clint.carter@beasleyallen.com
21
22      (continued)
```

Page 453

```
1   APPEARANCES:
2
3       On behalf of the United States of America:
4           GEJAA T. GOBENA, ESQUIRE
5           JOHN K. NEAL, ESQUIRE
6           U.S. Department of Justice
7           Civil Division
8           601 D Street, Northwest
9           PHB - 9028/P.O. Box 261
10          Washington, D.C. 20044
11          Gejaa.Gobena@usdoj.gov
12          (202) 307-1088
13
14      On behalf of the U.S. Department of
15      Health and Human Services:
16          BRIAN KELLEY, ESQUIRE
17          U.S. Department of Health and Human Services
18          CMS Division
19          C2-05-23
20          330 Independence Avenue, Southwest
21          WASHINGTON, D.C.
22          (202) 205-8702
```

Page 455

```
1   APPEARANCES (continued):
2       On behalf of the State of Florida:
3           (Via Telephone)
4           MARY S. MILLER, ESQ.
5           Office of the Attorney General of Florida
6           PL-01, The Capitol
7           Tallahassee, FL 32399-1050
8           (850) 414-3600
9           Mary_Miller@oag.state.fl.us
10
11      On behalf of Ven-a-Care of the Florida Keys, Inc.:
12          RAND RIKLIN, ESQ.
13          Goode, Casseb, Jones, Riklin, Choate, & Watson
14          2122 North Main
15          San Antonio, TX  78212
16          Riklin@goodelaw.com
17          (210) 733-6030
18
19
20
21
22      (continued)
```

4 (Pages 452 to 455)

Scully, Thomas A. - Vol. II                                                                July 13, 2007

Washington, DC

Page 456

1    APPEARANCES (continued):
2        On behalf of the MDL Plaintiffs:
3            JENNIFER FOUNTAIN CONNOLLY, ESQ.
4            Wexler Toriseva Wallace
5            One North LaSalle Street, Suite 2000
6            Chicago, Illinois 60602
7            Jfc@wtwlaw.us
8            (312) 261-6195
9
10       On behalf of Schering-Plough Corporation and
11       Schering Corporation and Warrick Pharmaceuticals
12       Corporation:
13           JOHN P. McDONALD, ESQ.
14           Locke Liddell & Sapp
15           2200 Ross Avenue, Suite 2200
16           Dallas, Texas 75201
17           Jpmcdonald@lockeliddell.com
18           (214) 740-8725
19
20
21
22       (continued)

Page 457

1    APPEARANCES (continued):
2        On behalf of Abbott Laboratories:
3            CHRISTOPHER COOK, ESQ.
4            HILARY A. RAMSEY, ESQ.
5            Jones Day
6            51 Louisiana Avenue, Northwest
7            Washington, D.C. 20001
8            Christophercook@jonesday.com
9            Haramsey@jonesday.com
10           (202) 879-3939
11
12       On behalf of Sandoz, Inc.: (Via telephone)
13           PHILIP SINENENG, ESQ.
14           White & Case LLP
15           1155 Avenue of the Americas
16           New York, New York 10036-2787
17           Psineneng@whitecase.com
18           (212) 819-8254
19
20
21
22       (continued)

Page 458

1    APPEARANCES (continued):
2        On behalf of Johnson & Johnson:
3            ERIK HAAS, ESQ.
4            Patterson Belknap Webb & Tyler LLP
5            1133 Avenue of the Americas
6            New York, New York 10036-6710
7            Ehaas@pbwt.com
8            (212) 336-2117
9
10       On behalf of Schering and Warrick:
11           (Via telephone)
12           JOBE G. DANGANAN, ESQ.
13           Ropes & Gray
14           One International Place
15           Boston, MA  02110-2624
16           Jobe.danganan@ropesgray.com
17           (617) 951-7290
18
19
20
21
22       (continued)

Page 459

1    APPEARANCES (continued):
2        On behalf of Amgen:
3            (Via Telephone)
4            Steve Barley, ESQ.
5            Hogan & Hartson LLP
6            875 Third Avenue
7            New York, New York 10022
8            Jyoung@hhlaw.com
9            (212) 918-3528
10
11       On behalf of Dey, Inc. And Dey, L.P. and Mylan:
12           WILLIAM A. ESCOBAR, ESQ.
13           Kelley Drye & Warren LLP
14           101 Park Avenue
15           New York, New York 10178
16           Wescobar@kelleydrye.com
17           (212) 808-7811
18
19
20
21
22       (continued)

5 (Pages 456 to 459)

Page 460

1   APPEARANCES (continued):
2       On behalf of Roxane Laboratories and
3       Boehringer Ingelheim:
4           ERIC GORTNER, ESQ.
5           Kirkland & Ellis LLP
6           200 East Randolph Drive
7           Chicago, Illinois 60601
8           Egortner@kirkland.com
9           (312) 861-2286
10
11      On Behalf of Amgen, Inc.: (Via telephone)
12          JENNIFER A. WALKER, ESQ.
13          JOSEPH YOUNG, ESQ.
14          Hogan & Hartson LLP
15          111 South Calvert Street, Suite 1600
16          Baltimore, Maryland 21202
17          Jawalker@hhlaw.com
18          (410) 659-2759
19
20
21
22      (continued)

Page 461

1   APPEARANCES (continued):
2       On behalf of Teva and Ivax:
3           PATRICK M. BRYAN, ESQ.
4           Kirkland & Ellis LLP
5           655 Fifteenth Street, N.W.
6           Washington, D.C.  20005
7           Pbryan@kirkland.com
8           (202) 879-5285
9
10      On Behalf of TAP Pharmaceutical
11      Products, Inc.:
12          (Via Telephone)
13          SHANNON LAHEY, ESQUIRE
14          GOODWIN, PROCTER
15          Exchange Place
16          Boston, Massachusetts  02109
17          Slahey@goodwinprocter.com
18          (617) 570-1000
19
20
21
22      (continued)

Page 462

1   APPEARANCES (continued):
2       On behalf of Bristol-Myers
3       Squibb Company:
4           STEVEN EDWARDS, ESQUIRE
5           HOA HOANG, ESQUIRE
6           Hogan & Hartson, LLP
7           875 Third Avenue
8           New York, New York  10022
9           Smedwards@hhlaw.com
10          Htthoang@hhlaw.com
11          (212) 918-3640
12
13      On behalf of Merck:
14          JAMES A. GRAFFAM, ESQ. (Via Telephone)
15          Hughes Hubbard
16          1775 I Street, N.W.
17          Washington, D.C.  20006-2401
18          Graffam@hugheshubbard.com
19          (202) 721-4677
20
21
22      (continued)

Page 463

1   APPEARANCES (continued):
2       On behalf of AstraZeneca Pharmaceuticals LP:
3           SCOTT WEISS, ESQ.
4           CATHERINE LIFESO, ESQ. (Via telephone)
5           Davis Polk & Wardwell
6           450 Lexington Avenue
7           New York, New York 10017
8           Scott.wise@dpw.com
9           (212) 450-4452
10
11
12
13      ALSO PRESENT: Mike Hunterton, Videographer
14
15
16
17
18
19
20
21
22

6 (Pages 460 to 463)

# EXHIBIT H-5

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2           FOR THE DISTRICT OF MASSACHUSETTS

 3    -----------------------------------X  MDL NO. 1456

 4   IN RE:  PHARMACEUTICAL INDUSTRY      :   CIVIL ACTION:

 5   AVERAGE WHOLESALE PRICE LITIGATION :   01-CV-12257-PBS

 6    -----------------------------------X

 7   THIS DOCUMENT RELATES TO:            :

 8   U.S. ex rel. Ven-A-Care of the      :   CIVIL ACTION:

 9   Florida Keys, Inc. v. Abbott        :   06-CV-11337-PBS

10   Laboratories, Inc.                   :

11    -----------------------------------X

12

13             IN THE CIRCUIT COURT OF

14             MONTGOMERY COUNTY, ALABAMA

15    -----------------------------------X

16   STATE OF ALABAMA,                    :   CASE NO.

17            Plaintiff,                  :   CV-05-219

18        v.                              :

19   ABBOTT LABORATORIES, INC.,           :   JUDGE

20   et al.,                              :   CHARLES PRICE

21            Defendants.                 :

22    -----------------------------------X
```

Tawes, David - Vol. I                                                              April 24, 2007

Philadelphia, PA

Page 2

```
 1            UNITED STATES DISTRICT COURT
 2              DISTRICT OF MASSACHUSETTS
 3    ------------------------------X
 4    THE COMMONWEALTH OF MASSACHUSETTS  :  CIVIL ACTION NO.
 5          Plaintiff,          :  03-CV-11865-PBS
 6      v.                      :
 7    MYLAN LABORATORIES, INC., et al.  :
 8          Defendants.          :
 9    ------------------------------X
10
11            SUPERIOR COURT OF NEW JERSEY
12                  UNION COUNTY
13    ------------------------------X
14    CLIFFSIDE NURSING HOME, INC., on  :  LAW DIVISION
15    behalf of itself and all others  :  DOCKET NO.
16    similarly situated, as defined  :  UNN-L-2329-04
17    herein,                    :
18          Plaintiffs,          :
19      v.                      :
20    DEY, INC., et al.          :
21          Defendants.          :
22    ------------------------------X
```

Page 3

```
 1    STATE OF WISCONSIN    CIRCUIT COURT    DANE COUNTY
 2    ------------------------------X
 3    STATE OF WISCONSIN,        :  CASE NO.
 4          Plaintiff,          :  04-CV-1709
 5      v.                      :
 6    AMGEN INC., et al.,          :
 7          Defendants.          :
 8    ------------------------------X
 9
10            IN THE COURT OF COMMON PLEAS
11                FIFTH JUDICIAL CIRCUIT
12    ------------------------------X
13    STATE OF SOUTH CAROLINA, and    :    STATE OF
14    HENRY D. McMASTER, in his official  :  SOUTH CAROLINA
15    capacity as Attorney General for  :    COUNTY OF
16    the State of South Carolina,    :    RICHLAND
17          Plaintiff,          :
18      v.                      :  CASE NO.
19    ABBOTT LABORATORIES, INC.        :  2006-CP-40-4394
20          Defendant.          :
21    ------------------------------X
22
```

Page 4

```
 1    IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
 2                  STATE OF HAWAII
 3    ------------------------------X
 4    STATE OF HAWAII,          :  CASE NO.
 5          Plaintiff,          :  06-1-0720-04 EEH
 6      v.                      :
 7    ABBOTT LABORATORIES, INC., et al.  :  JUDGE EDEN
 8          Defendants.          :  ELIZABETH HIFO
 9    ------------------------------X
10
11            COMMONWEALTH OF KENTUCKY
12        FRANKLIN CIRCUIT COURT - DIV. II
13    ------------------------------X
14    COMMONWEALTH OF KENTUCKY,        :  CIVIL ACTION NO.
15          Plaintiff,          :  03-CI-1134
16      v.                      :
17    ABBOTT LABORATORIES, INC., et al.  :
18          Defendants.          :
19    ------------------------------X
20
21
22
```

Page 5

```
 1            COMMONWEALTH OF KENTUCKY
 2        FRANKLIN CIRCUIT COURT - DIV. I
 3    ------------------------------X
 4    COMMONWEALTH OF KENTUCKY, ex rel.  :  CIVIL ACTION NO.
 5    GREGORY D. STUMBO, Attorney General:  03-CI-1487
 6          Plaintiff,          :
 7      v.                      :
 8    ALPHAPHARMA, INC., et al.        :
 9          Defendants.          :
10    ------------------------------X
11                  - - -
12          Videotaped deposition of DAVID
13    TAWES was taken, pursuant to notice, at MORGAN
14    LEWIS & BOCKIUS, LLP, 1701 Market Street,
15    Philadelphia, Pennsylvania, on Tuesday, April
16    24, 2007, beginning at 8:45 a.m., before M.
17    Kathleen Muino, Professional Shorthand
18    Reporter, Notary Public; Richard Kanzinger,
19    Jr., Videographer, there being present:
20
21
22
```

2 (Pages 2 to 5)

Tawes, David - Vol. I                                                                    April 24, 2007
Philadelphia, PA

|  | Page 6 |
|---|---|
| 1 | APPEARANCES: |
| 2 | |
| 3 | UNITED STATES DEPARTMENT OF JUSTICE |
| 4 | CIVIL DIVISION |
| 5 | BY:  JOHN K. NEAL, ESQUIRE |
| 6 | 601 D Street, N.W. |
| 7 | Washington, D.C.  20004 |
| 8 | Phone:  (202) 307-0405 |
| 9 | John.Neal2@usdog.gov |
| 10 | Representing the United States |
| 11 | |
| 12 | U.S. DEPARTMENT OF JUSTICE |
| 13 | CIVIL DIVISION |
| 14 | BY:  JUSTIN DRAYCOTT, ESQUIRE |
| 15 | P.O. Box 261 |
| 16 | Ben Franklin Station |
| 17 | Washington, D.C.  20044 |
| 18 | Phone:  (202) 305-9300 |
| 19 | justin.draycott@usdoj.gov |
| 20 | Representing the United States |
| 21 | |
| 22 | |

|  | Page 8 |
|---|---|
| 1 | APPEARANCES (Continued): |
| 2 | |
| 3 | BERGER & MONTAGUE, P.C. |
| 4 | BY:  ROSLYN G. POLLACK, ESQUIRE |
| 5 | 1622 Locust Street |
| 6 | Philadelphia, Pennsylvania  19103-6305 |
| 7 | Phone:  (215) 875-3000 |
| 8 | rpollack@bm.net |
| 9 | Representing Ven-A-Care |
| 10 | |
| 11 | WEXLER, TORISEVA & WALLACE, LLP |
| 12 | BY:  JENNIFER F. CONNOLLY, ESQUIRE |
| 13 | One North LaSalle Street |
| 14 | Suite 2000 |
| 15 | Chicago, Illinois  60602 |
| 16 | Phone:  (312) 346-2222 |
| 17 | jfc@wtwlaw.us |
| 18 | Representing the MDL Plaintiffs |
| 19 | |
| 20 | |
| 21 | |
| 22 | |

|  | Page 7 |
|---|---|
| 1 | APPEARANCES (Continued): |
| 2 | |
| 3 | U.S. DEPARTMENT OF HEALTH & HUMAN |
| 4 | SERVICES |
| 5 | Office of Inspector General |
| 6 | Office of Counsel to the Inspector |
| 7 | General |
| 8 | Administrative and Civil Remedies |
| 9 | Branch |
| 10 | BY:  MARY RIORDAN, ESQUIRE |
| 11 | Room 5527, Cohen Building |
| 12 | 330 Independence Avenue, S.W. |
| 13 | Washington, D.C.  20201 |
| 14 | Phone:  (202) 619-2678 |
| 15 | Mary.Riordan@oig.hhs.gov |
| 16 | Representing the United States |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |

|  | Page 9 |
|---|---|
| 1 | APPEARANCES (Continued): |
| 2 | STATE OF CALIFORNIA DEPARTMENT |
| 3 | OF JUSTICE |
| 4 | BUREAU OF MEDI-CAL FRAUD & ELDER ABUSE |
| 5 | BY:  NICHOLAS N. PAUL, DEPUTY |
| 6 | ATTORNEY GENERAL |
| 7 | CIVIL PROSECUTIONS UNIT |
| 8 | P.O. Box 85266 |
| 9 | 110 West A Street, #1100 |
| 10 | San Diego, California  92186 |
| 11 | nicholas.paul@doj.ca.gov |
| 12 | Representing The State of California |
| 13 | |
| 14 | THE HAVILAND LAW FIRM, LLC |
| 15 | BY:  DONALD E. HAVILAND, JR., ESQUIRE |
| 16 | 740 South Third Street |
| 17 | Third Floor |
| 18 | Philadelphia, Pennsylvania  19147 |
| 19 | Phone:  (215) 609-4661 |
| 20 | haviland@havilandlaw.com |
| 21 | Representing the Commonwealth of |
| 22 | Pennsylvania |

3 (Pages 6 to 9)

Page 10

1  APPEARANCES (Continued):
2
3      WINGET-HERNANDEZ, LLC
4      BY:  MICHAEL WINGET-HERNANDEZ, ESQUIRE
5      3112 Windsor Road, No. 228
6      Austin, Texas  78703
7      Phone:  (512) 474-4095
8      michael@winget-hernandez.com
9      Representing New York Counties (KMS),
10       The State of Wisconsin, The State of
11       Kentucky, The State of Hawaii
12
13     JONES DAY
14     BY:  DAVID S. TORBORG, ESQUIRE
15     51 Louisiana Avenue, N.W.
16     Washington, D.C.  20001-2113
17     Phone:  (202) 879-5562
18     dstorborg@jonesday.com
19     Representing Abbott Laboratories, Inc.
20
21
22

Page 11

1  APPEARANCES (Continued):
2
3      KELLEY, DRYE & WARREN, LLP
4      BY:  SARAH L. REID, ESQUIRE
5      101 Park Avenue
6      New York, New York  10178
7      Phone:  (212) 808-7720
8      sreid@kelleydrye.com
9      Representing the Dey Company
10
11     WHITE & CASE, LLP
12     BY:  PHILIP B. SINENENG, ESQUIRE
13     1155 Avenue of the Americas
14     New York, New York  10036-2787
15     Phone:  (212) 819-8411
16     psineneng@whitecase.com
17     Representing Sandoz
18
19
20
21
22

Page 12

1  APPEARANCES (Continued):
2
3      KIRKLAND & ELLIS, LLP
4      BY:  ERIC GORTNER, ESQUIRE
5      200 East Randolph Drive
6      Chicago, Illinois  60601
7      Phone:  (312) 861-2285
8      egortner@kirkland.com
9      Representing Roxane Laboratories and
10       Boehringer Ingelheim
11
12
13     LOCKE, LIDDELL & SAPP, LLP
14     BY:  JOHN P. McDONALD, ESQUIRE
15     Suite 2200
16     2200 Ross Avenue
17     Dallas, Texas  75201-6776
18     jpmcdonald@lockelliddell.com
19     Representing, Schering-Plough, Schering,
20       and Warrick
21
22           (CONTINUED)

Page 13

1  TELEPHONIC APPEARANCES:
2
3      BEASLEY, ALLEN, CROW, METHVIN
4        PORTIS & MILES, P.C.
5      BY:  WILLIAM H. ROBERTSON, V, ESQUIRE
6      272 Commerce Street
7      Post Office Box 4160
8      Montgomery, Alabama  36103-4160
9      Phone:  (334) 269-2343
10     bill.robertson@beasleyallen.com
11     Representing The State of Alabama
12
13     HAYNSWORTH, SINKLER, BOYD, P.A.
14     BY:  SARAH P. SPRUILL, ESQUIRE
15     1201 Main Street, 22nd Floor
16     Columbia, South Carolina  29201
17     Phone:  (803) 540-7854
18     sspruill@hsblawfirm.com
19     Representing Abbott Labs.
20
21
22

4 (Pages 10 to 13)

Tawes, David - Vol. I                                                                April 24, 2007
Philadelphia, PA

Page 14

1    TELEPHONIC APPEARANCES (Continued):
2
3        KIRKLAND & ELLIS, LLP
4        BY:  JUDSON D. BROWN, ESQUIRE
5        655 Fifteenth Street, N.W.
6        Washington, D.C.  20005
7        Phone:  (202) 879-5082
8        jdbrown@kirkland.com
9        Representing Barr Laboratories, Inc.
10
11       DICKSTEIN SHAPIRO, LLP
12       BY:  TINA REYNOLDS, ESQUIRE
13       1825 Eye Street, N.W.
14       Washington, D.C.  20006
15       Phone:  (202) 420-4114
16       ReynoldsT@dicksteinshapiro.com
17       Representing Baxter Healthcare
18          Corporation
19
20
21
22

Page 16

1    TELEPHONIC APPEARANCES (Continued):
2
3        OFFICE OF THE ATTORNEY GENERAL
4        MEDICAID FRAUD CONTROL UNIT
5        BY:  JAIME LIANG, AAG
6        PL-01 The Capitol
7        Tallahassee, Florida  32399-1050
8        Phone:  (850) 414-3600
9        jaime_liang@myfloridalegal.com
10       Representing The State of Florida
11
12
13
14
15
16
17
18
19
20
21
22

Page 15

1    TELEPHONIC APPEARANCES (Continued):
2
3        DAVIS, POLK & WARDELL
4        BY:  CATHERINE LIFESO, ESQUIRE
5        450 Lexington Avenue
6        New York, New York  10017
7        Phone:  (212) 450-4452
8        catherine.lifeso@dpw.com
9        Representing AstraZeneca
10          Pharmaceuticals, LP
11
12       HOGAN & HARTSON, LLP
13       BY:  JESSICA P. FEINGOLD, ESQUIRE
14       875 Third Avenue
15       New York, New York  10022
16       Phone:  (212) 918-3636
17       jpfeingold@hhlaw.com
18       Representing Bristol-Myers Squibb
19          Company
20
21
22

Page 17

1                I N D E X
2                  - - -
3
4    DAVID TAWES
5    EXAMINATION                      PAGE
6      BY MR. TORBORG                   24
7
8
9                  - - -
10           E X H I B I T S
11                  - - -
12   NUMBER              DESCRIPTION          PAGE
13   Exhibit Abbott 121   "Cost Containment of
14                        Medicaid HIV/AIDS Drug
15                        Expenditures"
16                        July 2001              21
17
18   Exhibit Abbott 122   "Update: Excessive
19                        Medicare Reimbursement
20                        for Ipratropium Bromide"
21                        January 2004           21
22                        (CONTINUED)

5 (Pages 14 to 17)

Tawes, David - Vol. II                                                    April 25, 2007

Philadelphia, PA

```
                                                              Page 296
 1              UNITED STATES DISTRICT COURT

 2           FOR THE DISTRICT OF MASSACHUSETTS

 3                     VOLUME II

 4   ------------------------------------X  MDL NO. 1456

 5   IN RE:  PHARMACEUTICAL INDUSTRY      :  CIVIL ACTION:

 6   AVERAGE WHOLESALE PRICE LITIGATION  :  01-CV-12257-PBS

 7   ------------------------------------X

 8   THIS DOCUMENT RELATES TO:            :

 9   U.S. ex rel. Ven-A-Care of the       :  CIVIL ACTION:

10   Florida Keys, Inc. v. Abbott         :  06-CV-11337-PBS

11   Laboratories, Inc.                   :

12   ------------------------------------X

13             IN THE CIRCUIT COURT OF

14            MONTGOMERY COUNTY, ALABAMA

15   ------------------------------------X

16   STATE OF ALABAMA,                    :  CASE NO.

17            Plaintiff,                  :  CV-05-219

18        v.                              :

19   ABBOTT LABORATORIES, INC.,           :  JUDGE

20   et al.,                              :  CHARLES PRICE

21            Defendants.                 :

22   ------------------------------------X
```

Tawes, David - Vol. II                                    April 25, 2007
Philadelphia, PA

Page 297

```
1        UNITED STATES DISTRICT COURT
2           DISTRICT OF MASSACHUSETTS
3    -----------------------------X
4    THE COMMONWEALTH OF MASSACHUSETTS  :  CIVIL ACTION NO.
5         Plaintiff,        :  03-CV-11865-PBS
6      v.                   :
7    MYLAN LABORATORIES, INC., et al.  :
8         Defendants.       :
9    -----------------------------X
10
11        SUPERIOR COURT OF NEW JERSEY
12           UNION COUNTY
13   -----------------------------X
14   CLIFFSIDE NURSING HOME, INC., on  :  LAW DIVISION
15   behalf of itself and all others   :  DOCKET NO.
16   similarly situated, as defined    :  UNN-L-2329-04
17   herein,                   :
18        Plaintiffs,       :
19      v.                   :
20   DEY, INC., et al.       :
21        Defendants.       :
22   -----------------------------X
```

Page 298

```
1    STATE OF WISCONSIN    CIRCUIT COURT    DANE COUNTY
2    -----------------------------X
3    STATE OF WISCONSIN,       :  CASE NO.
4         Plaintiff,        :  04-CV-1709
5      v.                   :
6    AMGEN INC., et al.,       :
7         Defendants.       :
8    -----------------------------X
9
10       IN THE COURT OF COMMON PLEAS
11          FIFTH JUDICIAL CIRCUIT
12   -----------------------------X
13   STATE OF SOUTH CAROLINA, and   :   STATE OF
14   HENRY D. McMASTER, in his official  :  SOUTH CAROLINA
15   capacity as Attorney General for   :   COUNTY OF
16   the State of South Carolina,     :   RICHLAND
17        Plaintiff,        :
18      v.                   :  CASE NO.
19   ABBOTT LABORATORIES, INC.     :  2006-CP-40-4394
20        Defendant.        :
21   -----------------------------X
22
```

Page 299

```
1    IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
2           STATE OF HAWAII
3    -----------------------------X
4    STATE OF HAWAII,          :  CASE NO.
5         Plaintiff,        :  06-1-0720-04 EEH
6      v.                   :
7    ABBOTT LABORATORIES, INC., et al.  :  JUDGE EDEN
8         Defendants.       :  ELIZABETH HIFO
9    -----------------------------X
10
11        COMMONWEALTH OF KENTUCKY
12      FRANKLIN CIRCUIT COURT - DIV. II
13   -----------------------------X
14   COMMONWEALTH OF KENTUCKY,      :  CIVIL ACTION NO.
15         Plaintiff,        :  03-CI-1134
16      v.                   :
17   ABBOTT LABORATORIES, INC., et al. :
18        Defendants.       :
19   -----------------------------X
20
21
22
```

Page 300

```
1        COMMONWEALTH OF KENTUCKY
2      FRANKLIN CIRCUIT COURT - DIV. I
3    -----------------------------X
4    COMMONWEALTH OF KENTUCKY, ex rel.  :  CIVIL ACTION NO.
5    GREGORY D. STUMBO, Attorney General:  03-CI-1487
6         Plaintiff,        :
7      v.                   :
8    ALPHAPHARMA, INC., et al        :
9         Defendants.       :
10   -----------------------------X
11              - - -
12
13        Continuation of the videotaped
14   deposition of DAVID TAWES was taken, pursuant
15   to notice, at MORGAN LEWIS & BOCKIUS, LLP,
16   1701 Market Street, Philadelphia,
17   Pennsylvania, on Wednesday, April 25, 2007,
18   beginning at 8:09 a.m., before M. Kathleen
19   Muino, Professional Shorthand Reporter, Notary
20   Public; Richard Kanzinger, Jr., Videographer,
21   there being present:
22
```

2 (Pages 297 to 300)

Tawes, David - Vol. II                                                    April 25, 2007

Philadelphia, PA

Page 301

```
1   APPEARANCES:
2
3       UNITED STATES DEPARTMENT OF JUSTICE
4       CIVIL DIVISION
5       BY:  JOHN K. NEAL, ESQUIRE
6       601 D Street, N.W.
7       Washington, D.C.  20004
8       Phone:  (202) 307-0405
9       John.Neal2@usdog.gov
10      Representing the United States
11
12      U.S. DEPARTMENT OF JUSTICE
13      CIVIL DIVISION
14      BY:  JUSTIN DRAYCOTT, ESQUIRE
15      P.O. Box 261
16      Ben Franklin Station
17      Washington, D.C.  20044
18      Phone:  (202) 305-9300
19      justin.draycott@usdoj.gov
20      Representing the United States
21
22
```

Page 302

```
1   APPEARANCES (Continued):
2
3       U.S. DEPARTMENT OF HEALTH & HUMAN
4         SERVICES
5       Office of Inspector General
6       Office of Counsel to the Inspector
7         General
8       Administrative and Civil Remedies
9         Branch
10      BY:  MARY RIORDAN, ESQUIRE
11      BY:  JENNIFER HILTON, ESQUIRE
12      Room 5527, Cohen Building
13      330 Independence Avenue, S.W.
14      Washington, D.C.  20201
15      Phone:  (202) 619-2678
16      Mary.Riordan@oig.hhs.gov
17      Representing the United States
18
19
20
21
22
```

Page 303

```
1   APPEARANCES (Continued):
2
3       BERGER & MONTAGUE, P.C.
4       BY:  ROSLYN G. POLLACK, ESQUIRE
5       1622 Locust Street
6       Philadelphia, Pennsylvania  19103-6305
7       Phone:  (215) 875-3000
8       rpollack@bm.net
9       Representing Ven-A-Care
10
11      WEXLER, TORISEVA & WALLACE, LLP
12      BY:  JENNIFER F. CONNOLLY, ESQUIRE
13      One North LaSalle Street, Suite 2000
14      Chicago, Illinois  60602
15      Phone:  (312) 346-2222
16      jfc@wtwlaw.us
17      Representing the MDL Plaintiffs
18
19
20
21
22
```

Page 304

```
1   APPEARANCES (Continued):
2       STATE OF CALIFORNIA DEPARTMENT
3         OF JUSTICE
4       BUREAU OF MEDI-CAL FRAUD & ELDER ABUSE
5       BY:  NICHOLAS N. PAUL, DEPUTY
6         ATTORNEY GENERAL
7       CIVIL PROSECUTIONS UNIT
8       P.O. Box 85266
9       110 West A Street, #1100
10      San Diego, California  92186
11      nicholas.paul@doj.ca.gov
12      Representing The State of California
13
14      THE HAVILAND LAW FIRM, LLC
15      BY:  DONALD E. HAVILAND, JR., ESQUIRE
16      740 South Third Street
17      Third Floor
18      Philadelphia, Pennsylvania  19147
19      Phone:  (215) 609-4661
20      haviland@havilandlaw.com
21      Representing the Commonwealth of
22        Pennsylvania
```

3 (Pages 301 to 304)

Tawes, David - Vol. II                                                                                April 25, 2007

Philadelphia, PA

Page 305

1    APPEARANCES (Continued):
2
3        WINGET-HERNANDEZ, LLC
4        BY:  MICHAEL WINGET-HERNANDEZ, ESQUIRE
5        3112 Windsor Road, No. 228
6        Austin, Texas  78703
7        Phone:  (512) 474-4095
8        michael@winget-hernandez.com
9        Representing New York Counties (KMS),
10          The State of Wisconsin, The State of
11          Kentucky, The State of Hawaii
12
13       JONES DAY
14       BY:  DAVID S. TORBORG, ESQUIRE
15       51 Louisiana Avenue, N.W.
16       Washington, D.C.  20001-2113
17       Phone:  (202) 879-5562
18       dstorborg@jonesday.com
19       Representing Abbott Laboratories, Inc.
20
21
22

Page 306

1    APPEARANCES (Continued):
2
3        KELLEY, DRYE & WARREN, LLP
4        BY:  SARAH L. REID, ESQUIRE
5        BY:  MARISA SZELAG, ESQUIRE
6        101 Park Avenue
7        New York, New York  10178
8        Phone:  (212) 808-7720
9        sreid@kelleydrye.com
10       Representing the Dey Company
11
12
13       WHITE & CASE, LLP
14       BY:  PHILIP B. SINENENG, ESQUIRE
15       1155 Avenue of the Americas
16       New York, New York  10036-2787
17       Phone:  (212) 819-8411
18       psineneng@whitecase.com
19       Representing Sandoz
20
21
22

Page 307

1    APPEARANCES (Continued):
2
3        KIRKLAND & ELLIS, LLP
4        BY:  ERIC GORTNER, ESQUIRE
5        200 East Randolph Drive
6        Chicago, Illinois  60601
7        Phone:  (312) 861-2285
8        egortner@kirkland.com
9        Representing Roxane Laboratories and
10          Boehringer Ingelheim
11
12       LOCKE, LIDDELL & SAPP, LLP
13       BY:  JOHN P. McDONALD, ESQUIRE
14       Suite 2200
15       2200 Ross Avenue
16       Dallas, Texas  75201-6776
17       jpmcdonald@lockeliddell.com
18       Representing, Schering-Plough, Schering,
19          and Warrick
20
21
22               (CONTINUED)

Page 308

1    TELEPHONIC APPEARANCES:
2
3        BEASLEY, ALLEN, CROW, METHVIN
4          PORTIS & MILES, P.C.
5        BY:  WILLIAM H. ROBERTSON, V, ESQUIRE
6        272 Commerce Street
7        Post Office Box 4160
8        Montgomery, Alabama  36103-4160
9        Phone:  (334) 269-2343
10       bill.robertson@beasleyallen.com
11       Representing The State of Alabama
12
13       HAYNSWORTH, SINKLER, BOYD, P.A.
14       BY:  SARAH P. SPRUILL, ESQUIRE
15       1201 Main Street, 22nd Floor
16       Columbia, South Carolina  29201
17       Phone:  (803) 540-7854
18       sspruill@hsblawfirm.com
19       Representing Abbott Labs.
20
21
22

4 (Pages 305 to 308)

Page 309

1   TELEPHONIC APPEARANCES (Continued):
2
3        KIRKLAND & ELLIS, LLP
4        BY:  JUDSON D. BROWN, ESQUIRE
5        655 Fifteenth Street, N.W.
6        Washington, D.C.  20005
7        Phone:  (202) 879-5082
8        jdbrown@kirkland.com
9        Representing Barr Laboratories, Inc.
10
11       DICKSTEIN SHAPIRO, LLP
12       BY:  TINA REYNOLDS, ESQUIRE
13       1825 Eye Street, N.W.
14       Washington, D.C.  20006
15       Phone:  (202) 420-4114
16       ReynoldsT@dicksteinshapiro.com
17       Representing Baxter Healthcare
18         Corporation
19
20
21
22

Page 310

1   TELEPHONIC APPEARANCES (Continued):
2
3        DAVIS, POLK & WARDELL
4        BY:  CATHERINE LIFESO, ESQUIRE
5        450 Lexington Avenue
6        New York, New York  10017
7        Phone:  (212) 450-4452
8        catherine.lifeso@dpw.com
9        Representing AstraZeneca
10         Pharmaceuticals, LP
11
12       HOGAN & HARTSON, LLP
13       BY:  JESSICA P. FEINGOLD, ESQUIRE
14       875 Third Avenue
15       New York, New York  10022
16       Phone:  (212) 918-3636
17       jpfeingold@hhlaw.com
18       Representing Bristol-Myers Squibb
19         Company
20
21
22

Page 311

1   TELEPHONIC APPEARANCES (Continued):
2
3        OFFICE OF THE ATTORNEY GENERAL
4        MEDICAID FRAUD CONTROL UNIT
5        BY:  JAIME LIANG, AAG
6        PL-01 The Capitol
7        Tallahassee, Florida  32399-1050
8        Phone:  (850) 414-3600
9        jaime_liang@myfloridalegal.com
10       Representing The State of Florida
11
12
13
14
15
16
17
18
19
20
21
22

Page 312

1                    I N D E X
2                      - - -
3   DAVID TAWES, VOLUME II
4   EXAMINATION                      PAGE
5      BY MR. TORBORG              315
6      BY MS. REID              502
7      BY MS. FEINGOLD              599
8                      - - -
9              E X H I B I T S
10                     - - -
11  NUMBER             DESCRIPTION          PAGE
12  Exhibit Abbott 133   HHC003-0375 - 0376      315
13
14  Exhibit Abbott 134   HHC026-0083          334
15
16  Exhibit Abbott 135   HHD005-0411          391
17
18  Exhibit Abbott 136   HHC001-0743 -0746      408
19
20  Exhibit Abbott 137   HHD006-0109 - 0111      412
21
22  Exhibit Abbott 138   HHD006-0654 - 0674      433

5 (Pages 309 to 312)

# EXHIBIT H-6

Vladeck, Ph.D., Bruce C.                                    May 4, 2007
New York, NY

Page 1

1                UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF MASSACHUSETTS

3      -----------------------------------X  MDL NO. 1456

4      IN RE:  PHARMACEUTICAL INDUSTRY     :  CIVIL ACTION:

5      AVERAGE WHOLESALE PRICE LITIGATION :  01-CV-12257-PBS

6      -----------------------------------X

7      THIS DOCUMENT RELATES TO:           :

8      U.S. ex rel. Ven-A-Care of the      :  CIVIL ACTION:

9      Florida Keys, Inc. v. Abbott        :  06-CV-11337-PBS

10     Laboratories, Inc.                  :

11     -----------------------------------X

12

13            IN THE CIRCUIT COURT OF

14            MONTGOMERY COUNTY, ALABAMA

15     -----------------------------------X

16     STATE OF ALABAMA,                   :  CASE NO.

17            Plaintiff,                   :  CV-05-219

18        v.                               :

19     ABBOTT LABORATORIES, INC.,          :  JUDGE

20     et al.,                             :  CHARLES PRICE

21            Defendants.                  :

22     -----------------------------------X

Vladeck, Ph.D., Bruce C.                                                May 4, 2007

New York, NY

|  |  |
|---|---|
| Page 2<br>1   STATE OF WISCONSIN    CIRCUIT COURT   DANE COUNTY<br>2   --------------------------------X<br>3   STATE OF WISCONSIN,           : CASE NO.<br>4          Plaintiff,      : 04-CV-1709<br>5          v.                :<br>6   AMGEN INC., et al.,          :<br>7          Defendants.        :<br>8   --------------------------------X<br>9<br>10          IN THE COURT OF COMMON PLEAS<br>11          FIFTH JUDICIAL CIRCUIT<br>12   --------------------------------X<br>13   STATE OF SOUTH CAROLINA, and  :   STATE OF<br>14   HENRY D. McMASTER, in his official :  SOUTH CAROLINA<br>15   capacity as Attorney General for  :   COUNTY OF<br>16   the State of South Carolina,   :   RICHLAND<br>17          Plaintiff,      :<br>18          v.              : CIVIL ACTION:<br>19   MYLAN LABORATORIES, INC.      :  07-CP-40-0283<br>20          Defendant.        :<br>21   --------------------------------X<br>22 | Page 4<br>1   IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS<br>2          STATE OF MISSOURI<br>3   - - - - - - - - - - - - - - - - - -x<br>4   STATE OF MISSOURI, ex rel.,    :<br>5   JEREMIAH W. (JAY) NIXON,     :<br>6   Attorney General,         :<br>7   and<br>8   MISSOURI DEPARTMENT OF SOCIAL   :<br>9   SERVICES, DIVISION OF MEDICAL   : Case No.:<br>10   SERVICES,              : 054-1216<br>11          Plaintiffs,     : Division<br>12                    : No. 31<br>13          vs.            :<br>14   DEY INC., DEY, L.P., MERCK KGaA,  :<br>15   EMD, INC., WARRICK         :<br>16   PHARMACEUTICALS CORPORATION,    :<br>17   SCHERING-PLOUGH CORPORATION, and  :<br>18   SCHERING CORPORATION,        :<br>19          Defendants.       :<br>20   - - - - - - - - - - - - - - - - -x<br>21<br>22 |
| Page 3<br>1   IN THE COURT OF THE SECOND JUDICIAL CIRCUIT<br>2          IN AND FOR LEON COUNTY, FLORIDA<br>3   THE STATE OF FLORIDA<br>4   ex rel.<br>5   - - - - - - - - - - - - - - - -x<br>6   VEN-A-CARE OF THE FLORIDA     :<br>7   KEYS, INC., a Florida       :<br>8   Corporation, by and through its  :<br>9   principal officers and directors,  :<br>10   ZACHARY T. BENTLEY and       :<br>11   T. MARK JONES,           :<br>12          Plaintiffs,      :<br>13          vs.            : Civil Action<br>14   MYLAN LABORATORIES, INC.; MYLAN   : No.: 98-3032G<br>15   PHARMACEUTICALS INC.; NOVOPHARM   : Judge:<br>16   LTD., SCHEIN PHARMACEUTICAL, INC.;  : William L.<br>17   TEVA PHARMACEUTICAL INDUSTRIES   : Gary<br>18   LTD., TEVA PHARMACEUTICAL USA;    :<br>19   and WATSON PHARMACEUTICALS, INC.  :<br>20          Defendants.       :<br>21   - - - - - - - - - - - - - - - -x<br>22 | Page 5<br>1          New York, New York<br>2          Friday, May 4, 2007<br>3<br>4<br>5        Videotaped Deposition of BRUCE C.<br>6   VLADECK, Ph.D., a witness herein, called for<br>7   examination by counsel for Abbott Laboratories in<br>8   the above-entitled matter, pursuant to Subpoena,<br>9   the witness being duly sworn by JOMANNA DEROSA, a<br>10   Notary Public in and for New York, taken at the<br>11   offices of Jones Day, 222 East 41st Street, New<br>12   York, New York, at 8:38 a.m. on Friday, May 4,<br>13   2007, and the proceedings being taken down by<br>14   Stenotype by JOMANNA DEROSA, and transcribed under<br>15   her direction.<br>16<br>17<br>18<br>19<br>20<br>21<br>22 |

2 (Pages 2 to 5)

Vladeck, Ph.D., Bruce C.                                                          May 4, 2007
New York, NY

Page 6

1   APPEARANCES:
2
3        On Behalf of the United States of America:
4   (by telephone)
5        ANA MARIA MARTINEZ, ESQ.
6        Assistant United States Attorney
7        Southern District of Florida
8        99 N.E. Fourth Street
9        Miami, Florida 33132
10       Ana.Maria.Martinez@usdoj.gov
11       (305) 961-9431
12
13       On Behalf of the United States of America and
14   The Witness, Bruce C. Vladeck, Ph.D.:
15       RENÉE BROOKER, ESQ.
16       U.S. Department of Justice
17       Civil Division
18       601 D Street, Northwest
19       Room 9918
20       Washington, D.C. 20004
21       renee.brooker@usdoj.gov
22       (202) 616-3797

Page 8

1   APPEARANCES (Continued):
2
3        On Behalf of the State of Alabama:
4   (by telephone)
5        ROGER L. BATES, ESQ.
6        Hand Arendall, L.L.C.
7        1200 Park Place Tower
8        2001 Park Place North
9        Birmingham, Alabama 35203
10       rbates@handarendall.com
11       (205) 502-0105
12
13       On Behalf of the State of California:
14       NICHOLAS N. PAUL, ESQ.
15       Bureau of Medi-Cal Fraud & Elder Abuse
16       Supervising Deputy Attorney General
17       Civil Prosecutions Unit
18       P.O. Box 85266
19       110 West A Street, #1100
20       San Diego, California  92186
21       nicholas.paul@dojca.gov
22       (619) 688-6099

Page 7

1   APPEARANCES (Continued):
2
3        On Behalf of the Centers for Medicare and
4   Medicaid Services:
5        LESLIE M. STAFFORD, OGC
6        Centers For Medicare &
7        Medicaid Services
8        7500 Security Boulevard
9        MS: C2-05-23
10       Baltimore, Maryland 21244
11       (410) 786-9655
12
13       On Behalf of the KMS New York Counties,
14   The City of New York, and the States
15   of Hawaii, Wisconsin, and Kentucky
16       MICHAEL WINGET-HERNANDEZ, ESQ.
17       Winget-Hernandez, LLC
18       3112 Windsor Road, #228
19       Austin, Texas 78703
20       michael@winget-hernandez.com
21       (512) 474-4095
22

Page 9

1   APPEARANCES (Continued):
2
3        On Behalf of the State of Florida:
4        JAIME DOYLE LIANG, ESQ.
5        Office of the Attorney General
6        State of Florida
7        PL-01 The Capitol
8        Tallahassee, Florida 32399-1050
9        Jaime_Liang@oag.state.fl.us
10       (850) 414-3600
11
12       On Behalf of Ven-A-Care:
13       GARY L. AZORSKY, ESQ.
14       Berger & Montague, P.C.
15       1622 Locust Street
16       Philadelphia, Pennsylvania 19103-6305
17       gazorsky@bm.net
18       (215) 875-3090
19
20
21
22

3 (Pages 6 to 9)

Vladeck, Ph.D., Bruce C.                                                                    May 4, 2007
New York, NY

| | Page 10 |
|---|---|
| 1 | APPEARANCES (Continued): |
| 2 | |
| 3 | On Behalf of the MDL Plaintiffs: |
| 4 | JENNIFER FOUNTAIN CONNOLLY, ESQ. |
| 5 | Wexler Toriseva Wallace LLP |
| 6 | One North LaSalle Street |
| 7 | Suite 2000 |
| 8 | Chicago, Illinois 60602 |
| 9 | jfc@wtwlaw.us |
| 10 | (312) 261-6195 |
| 11 | |
| 12 | On Behalf of Ven-A-Care of the |
| 13 | Florida Keys, Inc.: |
| 14 | JAMES JOSEPH BREEN, ESQ. |
| 15 | The Breen Law Firm, P.A. |
| 16 | 5755 North Point Parkway |
| 17 | Suite 39 |
| 18 | Alpharetta, Georgia 30022 |
| 19 | jbreen@breenlaw.com |
| 20 | (770) 740-0008 |
| 21 | |
| 22 | |

| | Page 12 |
|---|---|
| 1 | APPEARANCES (Continued): |
| 2 | |
| 3 | On Behalf of Dey, Inc.; Dey, L.P.; |
| 4 | Mylan Laboratories, Inc.; and |
| 5 | Mylan Pharmaceuticals, Inc.: |
| 6 | WILLIAM A. ESCOBAR, ESQ. |
| 7 | CLIFFORD KATZ, ESQ. |
| 8 | Kelley Drye & Warren LLP |
| 9 | 101 Park Avenue |
| 10 | New York, New York 10178 |
| 11 | wescobar@kelleydrye.com |
| 12 | ckatz@kelleydrye.com |
| 13 | (212) 808-7800 |
| 14 | |
| 15 | On Behalf of Sandoz, Inc.: |
| 16 | WAYNE A. CROSS, ESQ. |
| 17 | White & Case LLP |
| 18 | 1155 Avenue of the Americas |
| 19 | New York, New York 10038-2787 |
| 20 | wcross@whitecase.com |
| 21 | (212) 819-8797 |
| 22 | |

| | Page 11 |
|---|---|
| 1 | APPEARANCES (Continued): |
| 2 | |
| 3 | On Behalf of Abbott Laboratories, Inc. |
| 4 | R. CHRISTOPHER COOK, ESQ. |
| 5 | LOUIS P. GABEL, ESQ. |
| 6 | Jones Day |
| 7 | 51 Louisiana Avenue, Northwest |
| 8 | Washington, D.C. 20001 |
| 9 | christophercook@jonesday.com |
| 10 | lpgabel@jonesday.com |
| 11 | (202) 879-3939 |
| 12 | |
| 13 | On Behalf of Roxane Laboratories and |
| 14 | Boehringer Ingelheim: |
| 15 | ERIC T. GORTNER, ESQ. |
| 16 | Kirkland & Ellis, LLP |
| 17 | 200 East Randolph Drive |
| 18 | Chicago, Illinois 60601 |
| 19 | egortner@kirkland.com |
| 20 | (312) 861-2286 |
| 21 | |
| 22 | |

| | Page 13 |
|---|---|
| 1 | APPEARANCES (Continued): |
| 2 | |
| 3 | On Behalf of B. Braun Medical, Inc., |
| 4 | Schering-Plough Corporation, |
| 5 | Schering Corporation, and Warrick |
| 6 | Pharmaceuticals Corporation: |
| 7 | JOHN P. MCDONALD, ESQ. |
| 8 | Locke Liddell & Sapp LLP |
| 9 | 2200 Ross Avenue |
| 10 | Suite 2200 |
| 11 | Dallas, Texas 75201 |
| 12 | jpmcdonald@lockeliddell.com |
| 13 | (214) 740-8758 |
| 14 | |
| 15 | On Behalf of Novartis Pharmaceuticals |
| 16 | Corporation: |
| 17 | CHRISTINE A. BRAUN, ESQ. |
| 18 | Kaye Scholer LLP |
| 19 | 425 Park Avenue |
| 20 | New York, New York 10022-3598 |
| 21 | cbraun@kayescholer.com |
| 22 | (212) 836-8000 |

4 (Pages 10 to 13)

Vladeck, Ph.D., Bruce C.                                                    May 4, 2007

New York, NY

Page 14

1   APPEARANCES (Continued)
2
3       On Behalf of Bristol-Myers Squibb:
4           STEVEN M. EDWARDS, ESQ.
5           Hogan & Hartson LLP
6           875 Third Avenue
7           New York, New York 10022
8           smedwards@hhlaw.com
9           (212) 918-3506
10
11      On Behalf of Aventis Pharmaceuticals:
12      (by telephone)
13          JOSEPH G. MATYE (JOE), ESQ.
14          Shook, Hardy & Bacon LLP
15          2555 Grand Boulevard
16          Kansas City, Missouri 64108
17          jmatye@shb.com
18          (816) 559-2147
19
20
21
22

Page 16

1   APPEARANCES (Continued):
2
3       On Behalf of Baxter Healthcare Corporation:
4       (by telephone)
5           MERLE M. DELANCEY, ESQ.
6           Dickstein Shapiro LLP
7           1825 Eye Street, Northwest
8           Washington, D.C. 20006
9           delanceym@dicksteinshapiro.com
10          (202) 420-2282
11
12      On Behalf of Merck:
13      (by telephone)
14          JAMES A. GRAFFAM, ESQ.
15          Hughes Hubbard & Reed LLP
16          1775 I Street, N.W.
17          Washington, D.C. 20006-2401
18          graffam@hugheshubbard.com
19          (202) 721-4677
20
21
22

Page 15

1   APPEARANCES (Continued)
2
3       On Behalf of Amgen, Inc.:
4       (by telephone)
5           STEVEN F. BARLEY, ESQ.
6           Hogan & Hartson, LLP
7           111 South Calvert Street
8           Suite 1600
9           Baltimore, Maryland 21202
10          sfbarley@hhlaw.com
11          (410) 659-2724
12
13      On Behalf of AstraZeneca
14      Pharmaceuticals, LP:
15      (by telephone)
16          CATHERYN O'ROURKE, ESQ.
17          Davis Polk & Wardwell
18          450 Lexington Avenue
19          New York, New York 10017
20          catheryn.orourke@dpw.com
21          (212) 450-4017
22

Page 17

1   APPEARANCES (Continued):
2
3       On Behalf of Endel:
4       (by telephone)
5           VICTOR RORTVEDT, ESQ.
6           Arnold & Porter LLP
7           555 Twelfth Street, N.W.
8           Washington, D.C. 20004-1206
9           victor.rortvedt@aporter.com
10          (202) 942-5000
11
12      On Behalf of Johnson & Johnson:
13          ERIK HAAS, ESQ.
14          Patterson Belknap Webb & Tyler LLP
15          1133 Avenue of the Americas
16          New York, New York 10036-6710
17          ehaas@pbwt.com
18          (212) 336-2117
19
20
21
22

5 (Pages 14 to 17)

Vladeck, Ph.D., Bruce C.                                          May 4, 2007
New York, NY

Page 18
1  APPEARANCES (Continued):
2
3      MICHAEL J. LORUSSO, ESQ.
4      The Haviland Law Firm, LLC
5      740 S. Third Street
6      Third Floor
7      Philadelphia, Pennsylvania 19147
8      lorusso@havilandlaw.com
9      (215) 609-4661
10
11  Also Present:
12      MICHAEL HUNTERTON, Videographer
13
14
15
16
17
18
19
20
21
22

Page 20
1         E X H I B I T S  (CONTINUED)
2  ABBOTT EXHIBIT NO.                    PAGE
3  Abbott Exhibit 158-Memo dated 8/4/97 from J.
4        Gibbs Brown to B. Vladeck,
5        with Attachment.............. 213
6  Abbott Exhibit 159-Memo dated 8/13/96 from J.
7        Gibbs Brown to B. Vladeck..... 226
8  Abbott Exhibit 160-Two Binders, Ven-a-Care File
9        R2039406 - R2040545........... 263
10 Abbott Exhibit 161-Fax dated 12/3/96 from Z.
11        Bentley to T. Hoyer, With
12        Attachment................... 263
13 Abbott Exhibit 162-Fax dated 8/13/97 from
14        Z. Bentley to B. Vladeck,
15        With Attachment.............. 263
16 Abbott Exhibit 163-Fax dated 7/10/97 from Z.
17        Bentley, et al., to B. Vladeck 263
18 Abbott Exhibit 164-Letter date-stamped 12/17/96
19        from K. Buto to M. Jones...... 267
20 Abbott Exhibit 165-Article from Wall Street
21        Journal...................... 282
22

Page 19
1              C O N T E N T S
2  THE WITNESS: BRUCE C. VLADECK, Ph.D.        PAGE
3      Examination By Mr. Cook...................... 034
4
5
6              E X H I B I T S
7  ABBOTT EXHIBIT NO.                          PAGE
8  Abbott Exhibit 151-Cross-Notices................. 255
9  Abbott Exhibit 152-Curriculum Vitae of B. Vladeck 070
10 Abbott Exhibit 153-42 Code of Federal Regulations
11        Section 405.517............... 108
12 Abbott Exhibit 154-Article...................... 122
13 Abbott Exhibit 155-Excerpt from the published
14        record of hearings before
15        the Committee on Finance,
16        2/13/97; 2/27/97; 3/4/97;
17        and 3/5/97................... 131
18 Abbott Exhibit 156-Weekly Radio address to
19        Nation by President Clinton
20        on 12/13/97................. 134
21 Abbott Exhibit 157-Summary of Expected Testimony
22        of B. Vladeck................ 213

Page 21
1          THE VIDEOGRAPHER:  Good morning. This
2  is the videotaped deposition of Dr. Bruce
3  Vladeck, taken by the defendant party in the
4  matter of In re Pharmaceutical Average Wholesale
5  Price Litigation, MDL No. 1456, Civil Action No.
6  01-CV-12257-PBS, before the United States
7  District Court for the District of Massachusetts.
8          The date is May 4th, 2007, and this
9  deposition is being held at Jones Day Reavis &
10 Pogue, 222 East 41st Street, New York, New York.
11 The time on the monitor is 8:38 a.m.
12          My name is Michael Hunterton, and I am
13 the certified videographer associated with the
14 firm of Henderson Legal Services, at 1015 15th
15 Street, Northwest, in Washington, D.C.
16          The court reporter today is Jo DeRosa,
17 associated with the same firm.
18          Will counsel at the table please
19 introduce themselves for the record, starting
20 with the taking party, please.
21          MR. COOK:  Christopher Cook and Lou
22 Gabel of Jones Day, representing Abbott

6 (Pages 18 to 21)

# EXHIBIT I



14934939

May 18 2007
3:45PM

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.*, | ) | |
| No. 06-CV-11337-PBS | ) | |

### NOTICE OF DEPOSITION OF MARIANNE BOWEN

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, Abbott Laboratories, by its undersigned attorneys, will take the deposition of

Marianne Bowen.  Ms. Bowen has been designated by the United States to testify regarding the

identity and location of all electronic documents referenced in Abbott's January 30, 2007

Amended Notice of Deposition and all actions and efforts taken to retain and/or destroy such

documents.

The deposition will take place before a notary public, or any other officer authorized to

administer oaths, at the office of Hogan & Hartson LLP, 111 South Calvert St., Baltimore, MD,

on June 5, 2007 beginning at 9:30 a.m. and continuing on successive days as necessary.  Such

deposition will be recorded by stenographic and/or sound and visual means.

The deposition is being taken for the purposes of discovery, for use at trial, and for such

other purposes as permitted under the Federal Rules of Civil Procedure.

Dated:  May 18, 2007

 /s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, R. Christopher Cook, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF DEPOSITION OF MARIANNE BOWEN to be served upon all counsel of record electronically by causing same to be posted via LexisNexis, this 18th day of May, 2007.

/s/ R. Christopher Cook_____
R. Christopher Cook

# EXHIBIT I-1

Bowen, Marianne                                                    June 5, 2007

Baltimore, MD

```
 1              UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF MASSACHUSETTS

 3     - - - - - - - - - - - - - -x

 4     IN RE:  PHARMACEUTICAL      : MDL NO. 1456

 5     INDUSTRY AVERAGE WHOLESALE : CIVIL ACTION:

 6     PRICE LITIGATION           : 01-CV-12257-PBS

 7     THIS DOCUMENT RELATES TO   :

 8     U.S. ex rel. Ven-a-Care of : Judge Patti B. Saris

 9     the Florida Keys, Inc. v.  :

10     Abbott Laboratories, Inc., : Chief Magistrate

11     No. 06-CV-11337-PBS        : Judge Marianne B.

12     - - - - - - - - - - - - - -x Bowler

13              IN THE CIRCUIT COURT OF

14             MONTGOMERY COUNTY, ALABAMA

15     - - - - - - - - - - - - - -x

16     STATE OF ALABAMA,          :

17                     Plaintiff, :

18          vs.                   : Case No.: CV-05-219

19     ABBOTT LABORATORIES, INC., : Judge Charles Price

20     et al.,                    :

21                    Defendants.:

22     - - - - - - - - - - - - - -x
```

Bowen, Marianne                                                                    June 5, 2007

Baltimore, MD

Page 2

1        IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
2            IN AND FOR LEON COUNTY, FLORIDA
3
4    THE STATE OF FLORIDA
5    ex rel.
6    - - - - - - - - - - - - - - - - - x
7    VEN-A-CARE OF THE FLORIDA          :
8    KEYS, INC., a Florida
9    Corporation, by and through its   :
10   principal officers and directors, :
11   ZACHARY T. BENTLEY and             :
12   T. MARK JONES,                     :
13            Plaintiffs,               :
14        vs.              : Civil Action
15   MYLAN LABORATORIES INC.; MYLAN    : No.: 98-3032G
16   PHARMACEUTICALS INC.; NOVOPHARM    : Judge: William
17   LTD., SCHEIN PHARMACEUTICAL, INC.;:   L. Gary
18   TEVA PHARMACEUTICAL INDUSTRIES    :
19   LTD., TEVA PHARMACEUTICAL USA;    :
20   and WATSON PHARMACEUTICALS, INC., :
21            Defendants,              :
22   - - - - - - - - - - - - - - - - - x

Page 3

1        IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
2                STATE OF MISSOURI
3    - - - - - - - - - - - - - - - - - x
4    STATE OF MISSOURI, ex rel.,       :
5    JEREMIAH W. (JAY) NIXON,          :
6    Attorney General,                 :
7    and                               :
8    MISSOURI DEPARTMENT OF SOCIAL     :
9    SERVICES, DIVISION OF MEDICAL     : Case No.:
10   SERVICES,                         : 054-1216
11            Plaintiffs,    : Division No. 31
12        vs.                          :
13   DEY INC., DEY, L.P., MERCK KGaA,  :
14   EMD, INC., WARRICK                :
15   PHARMACEUTICALS CORPORATION,      :
16   SCHERING-PLOUGH CORPORATION, and  :
17   SCHERING CORPORATION,             :
18            Defendants,              :
19   - - - - - - - - - - - - - - - - - x
20
21
22

Page 4

1        Videotaped Deposition of MARIANNE BOWEN,
2    a witness herein, called for examination by counsel
3    for Abbott Laboratories in the above-entitled
4    matter, pursuant to notice, the witness being duly
5    sworn by Robert M. Jakupciak, a Notary Public in and
6    for the District of Columbia, taken at the offices
7    of Hogan & Hartson, 111 S. Calvert Street,
8    Baltimore, Maryland, 21201, at 9:30 a.m., on June 5,
9    2007, and the proceedings being taken down by
10   Stenotype by Robert M. Jakupciak, RPR.
11
12
13
14
15
16
17
18
19
20
21
22

Page 5

1    APPEARANCES:
2
3    On behalf of the United States of America:
4
5        ANA MARIA MARTINEZ, ESQUIRE
6        U.S. Department of Justice
7        99 N.E. 4th Street
8        Miami, Florida  33132
9        (305) 961-9431
10
11   On behalf of the Centers for Medicare and
12   Medicaid Services:
13
14       LESLIE M. STAFFORD, ESQUIRE
15       Centers for Medicare and
16       Medicaid Services
17       7500 Security Blvd.
18       Baltimore, Maryland  21244
19       (410) 786-9655
20
21
22   (CONTINUED)

2 (Pages 2 to 5)

Page 6

1   APPEARANCES: (CONTINUED)
2
3   On behalf of Abbott Laboratories:
4
5       HILARY A. RAMSEY, ESQUIRE
6       R. CHRISTOPHER COOK, ESQUIRE
7       Jones Day
8       51 Louisiana Avenue, N.W.
9       Washington, D.C.  20001
10      (202) 879-3939
11
12  (The following attorneys present by phone.)
13
14  On behalf of Dey Companies and Mylan:
15
16      MARISA A. SZELAG, ESQUIRE
17      Kelley Drye & Warren LLP
18      101 Park Avenue
19      New York, New York  10178
20      (212) 808-7697
21
22  (CONTINUED)

Page 7

1   APPEARANCES: (CONTINUED)
2
3   On behalf of Baxter Healthcare Corporation:
4
5       TINA DUCHARME REYNOLDS, ESQUIRE
6       Dickstein Shapiro LLP
7       1825 Eye Street, N.W.
8       Washington, D.C.  20006
9       (202) 420-4114
10
11  On behalf of KMS New York Counties:
12
13      MICHAEL WINGET-HERNANDEZ, ESQUIRE
14      Winget-Hernandez, LLC
15      3112 Windsor Road, #228
16      Austin, Texas  78703
17
18
19
20          Also Present
21      Videographer:  Rick Sanborn
22

Page 8

1              C O N T E N T S
2
3   THE WITNESS:  MARIANNE BOWEN           PAGE
4       Examination By Ms. Ramsey................... 011
5       Examination By Ms. Szelag................... 280
6
7
8              E X H I B I T S
9   NUMBER          DESCRIPTION              PAGE
10  Exhibit Abbott 222-Amended Notice of
11      Deposition................. 022
12  Exhibit Abbott 223-Notice of Deposition of
13      Marianne Bowen.............. 022
14  Exhibit Abbott 224-Chart...................... 200
15
16
17
18
19
20
21
22

Page 9

1   Whereupon,
2       VIDEOGRAPHER:  This begins videotape
3   number one in the deposition of Marianne Bowen in
4   Re: Pharmaceutical Industry Average Wholesale
5   Price Litigation; MDL Number 1456; Civil Action
6   Number 01-CV-12257-PBS, filed in the United
7   States District Court for the District of
8   Massachusetts.
9       Today's date is June 5th, 2007.  The
10  time is 9:42 a.m.  This deposition is being held
11  at the offices of Hogan & Hartson, 111 South
12  Calvert Street, Baltimore, Maryland.  The court
13  reporter today is Robert Jakupciak.  The video
14  camera operator is Rick Sanborn.  Both are on
15  behalf of Henderson Legal Services.
16      Will counsel please introduce
17  themselves and state who they represent.
18      MS. RAMSEY:  Hilary Ramsey, I'm from
19  the law firm of Jones Day and we represent Abbott
20  Laboratories in this matter.
21      MR. COOK:  Christopher Cook, from Jones
22  Day.

3 (Pages 6 to 9)

# EXHIBIT J



16256201

Sep 10 2007
6:48PM

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |

IN RE PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION
)
)          MDL No. 1456
)
)          Civil Action No. 01-12257-PBS
)
THIS DOCUMENT RELATES TO:          )          Judge Patti B. Saris
)
ALL ACTIONS [1]          )          Magistrate Judge Marianne B. Bowler
)
)

### CROSS-NOTICE OF DEPOSITION OF KATHLEEN BUTO

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Schering Corporation ("Schering"), Schering Plough Corporation ("Schering

Plough"), and Warrick Pharmaceuticals Corporation ("Warrick")[2] hereby cross-notice the

deposition of Kathleen Buto for purposes of all cases pending in MDL No. 1456.

On September 4, 2007, attorneys for Abbott Laboratories, Inc. noticed the deposition of

Ms. Buto for purposes of *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott*

*Laboratories, Inc.,* No. 06-CV-11337-PBS, a matter that is currently a part of MDL No. 1456.

This notice is attached hereto.  Through this cross-notice, counsel are hereby informed that the

deposition of Ms. Buto will also be proceeding for purposes of all other cases pending in MDL

No. 1456, to the extent permitted under the Federal Rules of Civil Procedure, Court order, and

any other applicable rules.

---

[1] As explained herein, this cross-notice regards all actions pending in MDL No. 1456, to the extent permitted under the Federal Rules of Civil Procedure, Court order, and any other applicable rules.

[2] This cross-notice, which is being served for purposes of a number of actions pending in MDL No. 1456, is only served in a particular action on behalf of those entities that have appeared, been named, and been served in that particular action.  To the extent that Schering, Schering Plough, or Warrick have not appeared, been served, or been named in a particular action, this notice does not constitute an appearance, consent to service, or consent to joinder

The deposition will take place before a notary public, or any other officer authorized to administer oaths, at Jones Day, 51 Louisiana Ave. N.W., Washington, D.C. on September 12 and 13, 2007 beginning at 9:00 a.m. and continuing on successive days as necessary. The attached subpoena *duces tecum* directs the witness to appear for the deposition and produce certain documents. The deposition will be taken upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means. The deposition is being taken for the purposes of discovery, for use at trial, and for such other purposes as permitted under the Federal Rules of Civil Procedure, Court order, and any other applicable rules.

By attorneys,

/s/ Jobe G. Danganan
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Daniel J. Bennett (BBO#663324)
Jobe G. Danganan (BBO#660446)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering Corporation, Schering-Plough Corporation, and Warrick Pharmaceuticals Corporation*

Dated: September 10, 2007

---

by Schering, Schering Plough, or Warrick, respectively, in that action. Schering, Schering Plough, and Warrick also do not waive any objection regarding jurisdiction or other defenses, where applicable.

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Jobe G. Danganan
Jobe G. Danganan

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc., et al.* | ) | |
| No. 06-CV-11337-PBS | ) | |

**NOTICE OF DEPOSITION OF KATHLEEN BUTO**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Abbott Laboratories, Inc. ("Abbott") by its undersigned attorneys, will take the

deposition of Kathleen Buto.

The deposition will take place before a notary public, or any other officer authorized to

administer oaths, at Jones Day, 51 Louisiana Ave. N.W., Washington, D.C. on September 12 and

13, 2007 beginning at 9:00 a.m. and continuing on successive days as necessary.  The attached

subpoena *duces tecum* directs the witness to appear for deposition and produce certain

documents.  The deposition will be taken upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means.  The

deposition is being taken for the purposes of discovery, for use at trial, and for such other

purposes as permitted under the Federal Rules of Civil Procedure.

Dated:  September 4, 2007

 /s/ David S. Torborg
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF DEPOSITION OF KATHLEEN BUTO to be served upon all counsel of record electronically by causing same to be posted via LexisNexis, this 4th day of September, 2007.

 /s/ David S. Torborg  
David S. Torborg

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | **Pending in:** |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS** |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.* | MDL NO. 1456 Civil Action No. 06-CV-11337-PBS Lead Case No. 01-CV-12257-PBS Judge Patti B. Saris Chief Magistrate Judge Marianne B. Bowler |

# SUBPOENA DUCES TECUM

TO:  Kathleen Buto
     Care of:
     Erik Haas, Esq.
     Patterson Belknap Webb & Tyler LLP
     1133 Avenue of the Americas
     New York, New York 10036

☐ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| **Jones Day** **51 Louisiana Ave. N.W.** **Washington, D.C. 20001** | **September 12 and 13, 2007 at 9:00 AM** |

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
Please see attached Exhibit A

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *David S. Torborg* Attorney for Defendant Abbott Laboratories, Inc. | September 4, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER: David S. Torborg, Esq., Jones Day, 51 Louisiana Ave., N.W., Washington, D.C. 20001, (202) 879-3939

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

(C)   PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party service the subpoena shall not be entitled to inspect and copy materials or inspect the premises expect pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
    (i)   fails to allow reasonable time for compliance;
    (ii)   requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
    (iii)   requires disclosure of privileged or other protected matter and no exception or waiver applies, or
    (iv)   subjects a person to undue burden.

(B) If a subpoena

    (i)   requires disclosure of a trade secret or other confidential research, development, or commercial information, or
    (ii)   requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
    (iii)   requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.


(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## EXHIBIT A

### <u>Documents Requested</u>

1.      A copy of your most current resume.

2.      A copy of any and all Documents in your personal possession relating in any way to the pricing of drugs and/or the administration or dispensing of drugs under Medicare or Medicaid.

3.      A copy of any and all Documents in your personal possession concerning the use of AWP or WAC by the Medicare or Medicaid programs for the reimbursement of drugs and/or the administration or dispensing of drugs.

4.      A copy of any and all Documents in your personal possession concerning communications with Ven-A-Care of the Florida Keys, Inc., Centers for Medicare and Medicaid Services ("CMS") (including the office of the General Counsel), and/or any party which is a plaintiff in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

5.      A copy of any and all Documents in your personal possession concerning communications with the Department of Justice ("DOJ") or CMS regarding limitations on communications with any party which is a defendant in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

### <u>Definitions</u>

1.      "AWP" or "Average Wholesale Price" means any figures so categorized and periodically published by any Publisher.

2.      "Concern," "concerning," "relating to," or "relate to" means refer to, regard, concern, describe, explain, state, evidence, record, constitute, pertain to, reflect, comprise, contain, embody, mention, show, support, contradict, and discuss, whether directly or indirectly, as required by the context to bring within the scope of the requests in this request for production of documents any documents that might be deemed outside their scope by another construction.

3.      "Documents" means all original written, recorded, or graphic matters whatsoever, and any and all non-identical copies thereof, including but not limited to advertisements, affidavits, agreements, analyses, applications, appointment books, bills, binders, books, books of account, brochures, calendars, charts, checks or other records of payment, communications, computer printouts, computer stores data, conferences, or other meetings, contracts, correspondence, diaries, electronic mail, evaluations, facsimiles, files, filings, folders, forms, interviews, invoices, jottings, letters, lists, manuals, memoranda, microfilm or other data

compilations from which information can be derived, minutes, notations, notebooks, notes, opinions, pamphlets, papers, photocopies, photographs or other visual images, policies, recordings of telephone or other conversations, records, reports, resumes, schedules, scraps of paper, statements, studies, summaries, tangible things, tapes, telegraphs, telephone logs, telex messages, transcripts, website postings, and work papers, which are in the possession of the Carrier as defined above.  A draft or non-identical copy is a separate document within the meaning of this term.

     4.     "WAC" means "Wholesale Acquisition Cost."

# EXHIBIT J-1

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3    - - - - - - - - - - - - - - - - -

 4    IN RE:  PHARMACEUTICAL         ) MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE     ) CIVIL ACTION

 6    PRICE LITIGATION               ) 01-CV-12257-PBS

 7    THIS DOCUMENT RELATES TO       )

 8    U.S. ex rel. Ven-a-Care of     ) Judge Patti B.

 9    the Florida Keys, Inc.         ) Saris

10        v.                         ) Chief Magistrate

11    Abbott Laboratories, Inc.,     ) Judge Marianne B.

12    No. 06-CV-11337-PBS            ) Bowler

13    - - - - - - - - - - - - - - - - -

14          (captions continue on following pages)

15

16

17        Videotaped deposition of Kathleen Buto

18                    Volume I

19

20                  Washington, D.C.

21            Wednesday, September 12, 2007

22                    9:00 a.m.
```

Buto, Kathleen                                                                September 12, 2007

Washington, DC

```
 1        IN THE CIRCUIT COURT OF
 2        MONTGOMERY COUNTY, ALABAMA
 3   - - - - - - - - - - - - - - - -
 4   STATE OF ALABAMA,          )
 5        Plaintiff,      ) Case No.
 6   vs.                 ) CV-05-219
 7   ABBOTT LABORATORIES, INC.,   ) Judge Charles
 8   et al.,             ) Price
 9        Defendants.    )
10   - - - - - - - - - - - - - - - -
11
12
13        STATE OF WISCONSIN CIRCUIT COURT
14            DANE COUNTY
15   - - - - - - - - - - - - - - - -
16   STATE OF WISCONSIN,          )
17        Plaintiff,     )
18   vs.                 ) CASE NO.
19   AMGEN INC., et al.,    ) 04-CV-1709
20        Defendants.     )
21   - - - - - - - - - - - - - - - -
22
```

```
 1        IN THE COURT OF COMMON PLEAS
 2            FIFTH JUDICIAL CIRCUIT
 3   - - - - - - - - - - - - - - - -
 4   STATE OF SOUTH CAROLINA, and   )   STATE OF
 5   HENRY D. McMASTER, in his official ) SOUTH CAROLINA
 6   capacity as Attorney General for  )   COUNTY OF
 7   the State of South Carolina,      )   RICHLAND
 8        Plaintiffs,      )
 9        vs.               ) Civil Action No.
10   WARRICK PHARMACEUTICALS       ) 2006-CP-40-4390
11   CORPORATION, et al.,      ) 2006-CP-40-4399
12        Defendants.      )
13   - - - - - - - - - - - - - - - -
14   STATE OF SOUTH CAROLINA, and   )   STATE OF
15   HENRY D. McMASTER, in his official ) SOUTH CAROLINA
16   capacity as Attorney General for  )   COUNTY OF
17   the State of South Carolina,      )   RICHLAND
18        Plaintiffs,      )
19        vs.               ) Case No.
20   ABBOTT LABORATORIES, INC.      ) 2006-CP-40-4394
21        Defendant.      )
22   - - - - - - - - - - - - - - - -
```

```
 1        UNITED STATES DISTRICT COURT
 2            DISTRICT OF MASSACHUSETTS
 3   - - - - - - - - - - - - - - - -
 4   THE COMMONWEALTH OF MASSACHUSETTS, )
 5        Plaintiff,       )
 6        vs.               ) Civil Action No.
 7   MYLAN LABORATORIES, INC., et al.   ) 03-CV-11865-PBS
 8        Defendants.      )
 9   - - - - - - - - - - - - - - - -
10
11        SUPERIOR COURT OF NEW JERSEY
12            UNION COUNTY
13   - - - - - - - - - - - - - - - -
14   CLIFFSIDE NURSING HOME, INC., on )
15   behalf of itself and all others   )
16   similarly situated, as defined    )
17   herein,               ) LAW DIVISION
18        Plaintiffs,      ) DOCKET NO.
19        vs.               ) UNN-L-2329-04
20   DEY, INC., et al.,       )
21        Defendants.      )
22   - - - - - - - - - - - - - - - -
```

```
 1        IN THE COURT OF COMMON PLEAS
 2            FIFTH JUDICIAL CIRCUIT
 3   - - - - - - - - - - - - - - - -
 4   STATE OF SOUTH CAROLINA, and   )   STATE OF
 5   HENRY D. McMASTER, in his official ) SOUTH CAROLINA
 6   capacity as Attorney General for  )   COUNTY OF
 7   the State of South Carolina,      )   RICHLAND
 8        Plaintiffs,      )
 9        vs.               ) Civil Action No.
10   PAR PHARMACEUTICALS COMPANIES,   ) 2006-CP-40-7151
11   INC.,                ) 2006-CP-40-7153
12        Defendant.      )
13   - - - - - - - - - - - - - - - -
14   STATE OF SOUTH CAROLINA, and   )   STATE OF
15   HENRY D. McMASTER, in his official ) SOUTH CAROLINA
16   capacity as Attorney General for  )   COUNTY OF
17   the State of South Carolina,      )   RICHLAND
18        Plaintiffs,      )
19        vs.               ) Civil Action No.
20   MYLAN LABORATORIES INC.      ) 2007-CP-40-0282
21        Defendant.      ) 2007-CP-40-0283
22   - - - - - - - - - - - - - - - -
```

2 (Pages 2 to 5)

Buto, Kathleen                                                            September 12, 2007

Washington, DC

Page 6

```
 1            IN THE COURT OF COMMON PLEAS
 2               FIFTH JUDICIAL CIRCUIT
 3     - - - - - - - - - - - - - - - - - -
 4     STATE OF SOUTH CAROLINA, and   )   STATE OF
 5     HENRY D. McMASTER, in his official ) SOUTH CAROLINA
 6     capacity as Attorney General for  )   COUNTY OF
 7     the State of South Carolina,    )    RICHLAND
 8          Plaintiffs,           )
 9          vs.               ) Civil Action No.
10     BARR PHARMACEUTICALS, INC.,    ) 2007-CP-40-0280
11          Defendant.       ) 2007-CP-40-0286
12     - - - - - - - - - - - - - - - - - -
13        IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
14                  STATE OF HAWAII
15     - - - - - - - - - - - - - - - -
16     STATE OF HAWAII,          )
17          Plaintiff,        ) Case No.
18          vs.               ) 06-1-0720-04 EEH
19     ABBOTT LABORATORIES, INC.,   )
20     et al.,                ) JUDGE EDEN
21          Defendants.    ) ELIZABETH HIFO
22     - - - - - - - - - - - - - - -
```

Page 7

```
 1       IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
 2          IN AND FOR LEON COUNTY, FLORIDA
 3     THE STATE OF FLORIDA
 4     ex rel.
 5     - - - - - - - - - - - - - - - - - -
 6     VEN-A-CARE OF THE FLORIDA KEYS,    )
 7     INC., a Florida Corporation, by and )
 8     through its principal officers and )
 9     directors, ZACHARY T. BENTLEY and  )
10     T. MARK JONES,            )
11          Plaintiffs,       ) Civil Action No.
12          vs.               )   98-3032G
13     MYLAN LABORATORIES INC.; MYLAN    )
14     PHARMACEUTICALS INC.; NOVOPHARM   ) Judge William
15     LTD., SCHEIN PHARMACEUTICAL, INC.; ) L. Gary
16     TEVA PHARMACEUTICAL INDUSTRIES   )
17     LTD.; TEVA PHARMACEUTICAL USA; and )
18     WATSON PHARMACEUTICALS, INC.,     )
19          DEFENDANTS.       )
20     - - - - - - - - - - - - - - - - - -
21
22
```

Page 8

```
 1       IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
 2                  STATE OF MISSOURI
 3     - - - - - - - - - - - - - - - - - -
 4     STATE OF MISSOURI, ex rel.,    )
 5     JEREMIAH W. (JAY) NIXON, Attorney )
 6     General, and MISSOURI DEPARTMENT  )
 7     OF SOCIAL SERVICES, DIVISION OF   )
 8     MEDICAL SERVICES,         )
 9          Plaintiffs,       ) Case No.
10          vs.               ) 054-1216
11     DEY INC., DEY, L.P., MERCK KGaA, ) Division No. 31
12     EMD, INC., WARRICK          )
13     PHARMACEUTICALS CORPORATION,    )
14     SCHERING-PLOUGH CORPORATION, and )
15     SCHERING CORPORATION,         )
16          Defendants.       )
17     - - - - - - - - - - - - - - - - - -
18
19
20
21
22
```

Page 9

```
 1          COMMONWEALTH OF KENTUCKY
 2        FRANKLIN CIRCUIT COURT - DIV. II
 3     - - - - - - - - - - - - - - - - - -
 4     COMMONWEALTH OF KENTUCKY,       )
 5          Plaintiff,       ) Civil Action No.
 6          vs.              ) 03-CI-1134
 7     ABBOTT LABORATORIES, INC., et al., )
 8          Defendants.       )
 9     - - - - - - - - - - - - - - - - - -
10
11
12          COMMONWEALTH OF KENTUCKY
13        FRANKLIN CIRCUIT COURT - DIV. I
14     - - - - - - - - - - - - - - - - - -
15     COMMONWEALTH OF KENTUCKY, ex rel.  )
16     GREGORY D. STUMBO, Attorney General )
17          Plaintiff,       ) Civil Action No.
18          vs.              ) 04-CI-1487
19     ALPHAPHARMA, INC., et al.,      )
20          Defendants.       )
21     - - - - - - - - - - - - - - - - - -
22
```

3 (Pages 6 to 9)

Buto, Kathleen                                                                September 12, 2007
Washington, DC

Page 10

```
 1                    Washington, D.C.
 2              Wednesday, September 12, 2007
 3                    9:00 a.m.
 4
 5
 6        Videotaped deposition of KATHLEEN BUTO,
 7   called for examination by counsel for Abbott
 8   Laboratories in the above-entitled matter, pursuant
 9   to subpoena, taken at the law offices of Jones Day,
10   51 Louisiana Avenue, N.W., Washington, D.C.
11   20001-2113, before Jonathan Wonnell, a Registered
12   Professional Court Reporter, the witness being duly
13   sworn by Rick Sanborn, a Notary Public of the
14   District of Columbia.
15
16
17
18
19
20
21
22
```

Page 11

```
 1        A P P E A R A N C E S   O F   C O U N S E L
 2
 3        On behalf of the United States of America:
 4
 5        JUSTIN DRAYCOTT, ESQ.
 6        U.S. Department of Justice
 7        Civil Division
 8        P.O. Box 261, Ben Franklin Station
 9        Washington, D.C. 20044
10        (202) 305-9300
11        justin.draycott@usdoj.gov
12
13        On behalf of the U.S. Department of Health
14          and Human Services:
15
16        BRIAN A. KELLEY, ESQ.
17        U.S. Department of Health & Human
18          Services
19        Office of General Counsel, CMS Division
20        330 Independence Avenue, S.W., Room 5345
21        Washington, D.C. 20201
22        (202) 205-8702
```

Page 12

```
 1        A P P E A R A N C E S   (Cont'd)
 2
 3        On behalf of the State of California:
 4
 5        NICHOLAS N. PAUL, ESQ. (via phone)
 6        Supervising Deputy Attorney General
 7        Civil Prosecutions Unit
 8        P.O. Box 85266
 9        110 West A Street, #1100
10        San Diego, California 82186
11        (619)-688-6099
12        nicholas.paul@doj.ca.gov
13
14        On behalf of the State of Florida:
15
16        MARY S. MILLER, ESQ. (via phone)
17        Office of the Attorney General of
18          Florida
19        PL-01, The Capitol
20        Tallahassee, Florida 32399-1050
21        (850) 414-3600
22        mary_miller@oag.state.fl.us
```

Page 13

```
 1        A P P E A R A N C E S   (Cont'd)
 2
 3   On behalf of New York City and all New York
 4          Counties except Nassau and Orange:
 5
 6        AARON D. HOVAN, ESQ.
 7        Kirby McInerney LLP
 8        830 Third Avenue
 9        New York, New York 10022
10        (212) 371-6600
11        ahovan@kmslaw.com
12
13   On behalf of the States of Wisconsin, Hawaii
14          and Kentucky:
15
16        BENJAMIN J. BLUSTEIN, ESQ. (via phone)
17        Miner, Barnhill & Galland
18        14 West Erie Street
19        Chicago, Illinois 60610
20        (312) 751-1170
21        bblustein@lawmbg.com
22
```

4 (Pages 10 to 13)

Buto, Kathleen                                                    September 12, 2007

Washington, DC

|  | Page 14 |
|---|---|
| 1 | A P P E A R A N C E S  (Cont'd) |
| 2 | |
| 3 | On behalf of Ven-A-Care of the Florida |
| 4 | Keys, Inc.: |
| 5 | |
| 6 | JOSEPH C. WILSON, ESQ. |
| 7 | Cotchett, Pitre & McCarthy |
| 8 | San Francisco Airport Office Center |
| 9 | 840 Malcolm Road |
| 10 | Burlingame, California 94010 |
| 11 | (650) 697-0577 |
| 12 | jwilson@cpmlegal.com |
| 13 | |
| 14 | On behalf of Abbott Laboratories, Inc.: |
| 15 | |
| 16 | DAVID TORBORG, ESQ. |
| 17 | Jones Day |
| 18 | 51 Louisiana Avenue, N.W. |
| 19 | Washington, D.C. 20001-2113 |
| 20 | (202) 879-3939 |
| 21 | dstorborg@jonesday.com |
| 22 | |

|  | Page 16 |
|---|---|
| 1 | A P P E A R A N C E S  (Cont'd) |
| 2 | |
| 3 | On behalf of Bristol-Myers Squibb: |
| 4 | |
| 5 | DIANNE M. PETERSON, ESQ. (via phone) |
| 6 | Hogan & Hartson |
| 7 | 875 Third Avenue |
| 8 | New York, New York 10022 |
| 9 | (212) 918-3507 |
| 10 | dmpeterson@hhlaw.com |
| 11 | |
| 12 | On behalf of Dey, Inc., Dey, L.P. and Mylan: |
| 13 | |
| 14 | NEIL MERKL, ESQ. |
| 15 | Kelley, Drye & Warren LLP |
| 16 | 101 Park Avenue |
| 17 | New York, New York 10178 |
| 18 | (212) 808-7811 |
| 19 | nmerkl@kelleydrye.com |
| 20 | |
| 21 | |
| 22 | |

|  | Page 15 |
|---|---|
| 1 | A P P E A R A N C E S  (Cont'd) |
| 2 | |
| 3 | On behalf of Sandoz, Inc.: |
| 4 | |
| 5 | DAVID L. KLEINMAN, ESQ. (via phone) |
| 6 | White & Case LLP |
| 7 | 1155 Avenue of the Americas |
| 8 | New York, New York 10036-2787 |
| 9 | (212) 819-2567 |
| 10 | dkleinman@whitecase.com |
| 11 | |
| 12 | On behalf of Johnson & Johnson: |
| 13 | |
| 14 | ERIK HAAS, ESQ. |
| 15 | Patterson, Belknap, Webb & Tyler, LLP |
| 16 | 1133 Avenue of the Americas |
| 17 | New York, New York 10036-6710 |
| 18 | (212) 336-2222 |
| 19 | ehaas@pbwt.com |
| 20 | |
| 21 | |
| 22 | |

|  | Page 17 |
|---|---|
| 1 | A P P E A R A N C E S  (Cont'd) |
| 2 | |
| 3 | On behalf of Roxane Laboratories and |
| 4 | Boehringer Ingelheim: |
| 5 | |
| 6 | ERIC GORTNER, ESQ. |
| 7 | Kirkland & Ellis |
| 8 | 200 East Randolph Drive |
| 9 | Chicago, Illinois 60601 |
| 10 | (312) 861-2285 |
| 11 | egortner@kirkland.com |
| 12 | |
| 13 | On behalf of Aventis Pharmaceuticals and |
| 14 | Sanofi Synthelabo: |
| 15 | |
| 16 | JENNIFER H. MCGEE, ESQ. |
| 17 | Shook, Hardy & Bacon, LLP |
| 18 | 600 Fourteenth Street, N.W. |
| 19 | Suite 800 |
| 20 | Washington, D.C. 20005-2004 |
| 21 | (202) 783-8400 |
| 22 | jmcgee@shb.com |

5 (Pages 14 to 17)

Page 18

```
 1        A P P E A R A N C E S  (Cont'd)
 2   On behalf of Schering-Plough Corporation,
 3       Schering Corporation and Warrick
 4       Pharmaceuticals Corporation:
 5
 6       C. SCOTT JONES, ESQ. (via phone)
 7       Locke, Liddell & Sapp
 8       2200 Ross Avenue, Suite 2200
 9       Dallas, Texas 75201
10       (214) 740-8725
11       sjones@lockeliddell.com
12
13   On behalf of Baxter Health Care and Baxter
14       International:
15
16       JARED D. RODRIGUES, ESQ. (via phone)
17       EDEN M. HEARD, ESQ. (via phone)
18       Dickstein Shapiro LLP
19       1825 Eye Street, N.W.
20       Washington, D.C. 20006
21       (202) 420-2571
22       hearde@dicksteinshapiro.com
```

Page 19

```
 1        A P P E A R A N C E S  (Cont'd)
 2
 3   ALSO PRESENT:
 4
 5       RICK SANBORN, Videographer & Notary
 6           Public
 7       EMILY WATSON, legal assistant
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

Page 20

```
 1        I N D E X   O F   E X A M I N A T I O N S
 2
 3   WITNESS NAME:                          PAGE
 4   KATHLEEN A. BUTO
 5        By Mr. Torborg...................... 028
 6
 7        I N D E X   O F   E X H I B I T S
 8   NUMBER         DESCRIPTION          PAGE
 9   Exhibit Abbott 283, (No Bates)................ 037
10   Exhibit Abbott 284, HHC015-0678 to 0688........ 099
11   Exhibit Abbott 285, HHC902-1062 to 1067........ 106
12   Exhibit Abbott 286, HHC903-0178 to 0237........ 114
13   Exhibit Abbott 287, HHC002-0540 to 0544........ 129
14   Exhibit Abbott 288, HHC011-0866............... 152
15   Exhibit Abbott 289, HHD096-0003 TOP 0009....... 155
16   Exhibit Abbott 290, (No Bates)................ 172
17   Exhibit Abbott 291, (No Bates)................ 174
18   Exhibit Abbott 292, HHC002-0388 to 0399........ 209
19   Exhibit Abbott 293, HHC013-0553 TO 0555........ 214
20   Exhibit Abbott 294, HHC906-0093 to 0098........ 226
21   Exhibit Abbott 295, HHC906-0166 to 0171........ 231
22   Exhibit Abbott 296, HHC003-0556............... 242
```

Page 21

```
 1        I N D E X   O F   E X H I B I T S
 2                 (CONTINUED)
 3   NUMBER         DESCRIPTION          PAGE
 4   Exhibit Abbott 297, HHC906-0090 to 0098........ 248
 5   Exhibit Abbott 298, (No Bates)................ 252
 6   Exhibit Abbott 299, (No Bates)................ 259
 7   Exhibit Abbott 300, (No Bates)................ 261
 8   Exhibit Abbott 301, (No Bates)................ 263
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

6 (Pages 18 to 21)

Page 275

1               UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF MASSACHUSETTS

3     - - - - - - - - - - - - - - - - -

4    IN RE:  PHARMACEUTICAL        ) MDL NO. 1456

5    INDUSTRY AVERAGE WHOLESALE    ) CIVIL ACTION

6    PRICE LITIGATION              ) 01-CV-12257-PBS

7    THIS DOCUMENT RELATES TO      )

8    U.S. ex rel. Ven-a-Care of    ) Judge Patti B.

9    the Florida Keys, Inc.        ) Saris

10        v.                       ) Chief Magistrate

11   Abbott Laboratories, Inc.,    ) Judge Marianne B.

12   No. 06-CV-11337-PBS           ) Bowler

13    - - - - - - - - - - - - - - - - -

14          (captions continue on following pages)

15

16

17          Videotaped deposition of Kathleen Buto

18                      Volume II

19

20                   Washington, D.C.

21             Thursday, September 13, 2007

22                     9:00 a.m.

Buto, Kathleen - Vol. II                                      September 13, 2007
Washington, DC

| Page 276 | Page 278 |
|---|---|

**Page 276**

```
 1              IN THE CIRCUIT COURT OF
 2             MONTGOMERY COUNTY, ALABAMA
 3    - - - - - - - - - - - - - - - -
 4   STATE OF ALABAMA,              )
 5          Plaintiff,       ) Case No.
 6       vs.                 ) CV-05-219
 7   ABBOTT LABORATORIES, INC.,   ) Judge Charles
 8   et al.,                 ) Price
 9          Defendants.      )
10   - - - - - - - - - - - - - - - -
11
12
13        STATE OF WISCONSIN CIRCUIT COURT
14                DANE COUNTY
15   - - - - - - - - - - - - - - - -
16   STATE OF WISCONSIN,           )
17          Plaintiff,       )
18       vs.                 ) CASE NO.
19   AMGEN INC., et al.,     ) 04-CV-1709
20          Defendants.      )
21   - - - - - - - - - - - - - - - -
22
```

**Page 278**

```
 1            IN THE COURT OF COMMON PLEAS
 2                FIFTH JUDICIAL CIRCUIT
 3    - - - - - - - - - - - - - - - -
 4   STATE OF SOUTH CAROLINA, and    )    STATE OF
 5   HENRY D. McMASTER, in his official ) SOUTH CAROLINA
 6   capacity as Attorney General for  )   COUNTY OF
 7   the State of South Carolina,      )     RICHLAND
 8          Plaintiffs,          )
 9       vs.                 ) Civil Action No.
10   WARRICK PHARMACEUTICALS       ) 2006-CP-40-4390
11   CORPORATION, et al.,    ) 2006-CP-40-4399
12          Defendants.      )
13   - - - - - - - - - - - - - - - -
14   STATE OF SOUTH CAROLINA, and    )    STATE OF
15   HENRY D. McMASTER, in his official ) SOUTH CAROLINA
16   capacity as Attorney General for  )   COUNTY OF
17   the State of South Carolina,      )     RICHLAND
18          Plaintiffs,          )
19       vs.                 ) Case No.
20   ABBOTT LABORATORIES, INC.       ) 2006-CP-40-4394
21          Defendant.       )
22   - - - - - - - - - - - - - - - -
```

**Page 277**

```
 1            UNITED STATES DISTRICT COURT
 2              DISTRICT OF MASSACHUSETTS
 3    - - - - - - - - - - - - - - - -
 4   THE COMMONWEALTH OF MASSACHUSETTS, )
 5          Plaintiff,       )
 6       vs.                 ) Civil Action No.
 7   MYLAN LABORATORIES, INC., et al.   ) 03-CV-11865-PBS
 8          Defendants.      )
 9    - - - - - - - - - - - - - - - -
10
11          SUPERIOR COURT OF NEW JERSEY
12                UNION COUNTY
13    - - - - - - - - - - - - - - - -
14   CLIFFSIDE NURSING HOME, INC., on )
15   behalf of itself and all others   )
16   similarly situated, as defined    )
17   herein,                 ) LAW DIVISION
18          Plaintiffs,      ) DOCKET NO.
19       vs.                 ) UNN-L-2329-04
20   DEY, INC., et al.,      )
21          Defendants.      )
22    - - - - - - - - - - - - - - - -
```

**Page 279**

```
 1            IN THE COURT OF COMMON PLEAS
 2                FIFTH JUDICIAL CIRCUIT
 3    - - - - - - - - - - - - - - - -
 4   STATE OF SOUTH CAROLINA, and    )    STATE OF
 5   HENRY D. McMASTER, in his official ) SOUTH CAROLINA
 6   capacity as Attorney General for  )   COUNTY OF
 7   the State of South Carolina,      )     RICHLAND
 8          Plaintiffs,          )
 9       vs.                 ) Civil Action No.
10   PAR PHARMACEUTICALS COMPANIES,    ) 2006-CP-40-7151
11   INC.,                   ) 2006-CP-40-7153
12          Defendant.       )
13    - - - - - - - - - - - - - - - -
14   STATE OF SOUTH CAROLINA, and    )    STATE OF
15   HENRY D. McMASTER, in his official ) SOUTH CAROLINA
16   capacity as Attorney General for  )   COUNTY OF
17   the State of South Carolina,      )     RICHLAND
18          Plaintiffs,          )
19       vs.                 ) Civil Action No.
20   MYLAN LABORATORIES INC.       ) 2007-CP-40-0282
21          Defendant.       ) 2007-CP-40-0283
22    - - - - - - - - - - - - - - - -
```

2 (Pages 276 to 279)

Buto, Kathleen - Vol. II                                                      September 13, 2007

Washington, DC

Page 280

1           IN THE COURT OF COMMON PLEAS
2                FIFTH JUDICIAL CIRCUIT
3      - - - - - - - - - - - - - - - - - -
4      STATE OF SOUTH CAROLINA, and   )    STATE OF
5      HENRY D. McMASTER, in his official ) SOUTH CAROLINA
6      capacity as Attorney General for   )    COUNTY OF
7      the State of South Carolina,    )    RICHLAND
8           Plaintiffs,             )
9           vs.               ) Civil Action No.
10     BARR PHARMACEUTICALS, INC.,   ) 2007-CP-40-0280
11          Defendant.           ) 2007-CP-40-0286
12     - - - - - - - - - - - - - - - - - -
13        IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
14               STATE OF HAWAII
15     - - - - - - - - - - - - - -
16     STATE OF HAWAII,         )
17          Plaintiff,      ) Case No.
18          vs.              ) 06-1-0720-04 EEH
19     ABBOTT LABORATORIES, INC.,   )
20     et al.,              ) JUDGE EDEN
21          Defendants.    ) ELIZABETH HIFO
22     - - - - - - - - - - - - - -

Page 281

1      IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
2          IN AND FOR LEON COUNTY, FLORIDA
3      THE STATE OF FLORIDA
4      ex rel.
5      - - - - - - - - - - - - - - - - - -
6      VEN-A-CARE OF THE FLORIDA KEYS,    )
7      INC., a Florida Corporation, by and )
8      through its principal officers and )
9      directors, ZACHARY T. BENTLEY and   )
10     T. MARK JONES,               )
11          Plaintiffs,         ) Civil Action No.
12          vs.              )   98-3032G
13     MYLAN LABORATORIES INC.; MYLAN     )
14     PHARMACEUTICALS INC.; NOVOPHARM     ) Judge William
15     LTD., SCHEIN PHARMACEUTICAL, INC.; ) L. Gary
16     TEVA PHARMACEUTICAL INDUSTRIES     )
17     LTD.; TEVA PHARMACEUTICAL USA; and )
18     WATSON PHARMACEUTICALS, INC.,      )
19          DEFENDANTS.         )
20     - - - - - - - - - - - - - - - - - -
21
22

Page 282

1      IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
2                STATE OF MISSOURI
3      - - - - - - - - - - - - - - - - - -
4      STATE OF MISSOURI, ex rel.,    )
5      JEREMIAH W. (JAY) NIXON, Attorney )
6      General, and MISSOURI DEPARTMENT   )
7      OF SOCIAL SERVICES, DIVISION OF   )
8      MEDICAL SERVICES,            )
9           Plaintiffs,        ) Case No.
10          vs.              ) 054-1216
11     DEY INC., DEY, L.P., MERCK KGaA, ) Division No. 31
12     EMD, INC., WARRICK          )
13     PHARMACEUTICALS CORPORATION,     )
14     SCHERING-PLOUGH CORPORATION, and )
15     SCHERING CORPORATION,          )
16          Defendants.       )
17     - - - - - - - - - - - - - - - - - -
18
19
20
21
22

Page 283

1           COMMONWEALTH OF KENTUCKY
2           FRANKLIN CIRCUIT COURT - DIV. II
3      - - - - - - - - - - - - - - - - - -
4      COMMONWEALTH OF KENTUCKY,        )
5           Plaintiff,      ) Civil Action No.
6           vs.              ) 03-CI-1134
7      ABBOTT LABORATORIES, INC., et al., )
8           Defendants.       )
9      - - - - - - - - - - - - - - - - - -
10
11
12          COMMONWEALTH OF KENTUCKY
13          FRANKLIN CIRCUIT COURT - DIV. I
14     - - - - - - - - - - - - - - - - - -
15     COMMONWEALTH OF KENTUCKY, ex rel.  )
16     GREGORY D. STUMBO, Attorney General )
17          Plaintiff,      ) Civil Action No.
18          vs.              ) 04-CI-1487
19     ALPHAPHARMA, INC., et al.,        )
20          Defendants.       )
21     - - - - - - - - - - - - - - - - - -
22

3 (Pages 280 to 283)

Buto, Kathleen - Vol. II                                              September 13, 2007
Washington, DC

Page 284

```
 1                Washington, D.C.
 2            Thursday, September 13, 2007
 3                  9:00 a.m.
 4
 5
 6         Continued videotaped deposition of KATHLEEN
 7   BUTO, called for examination by counsel for Abbott
 8   Laboratories in the above-entitled matter, pursuant
 9   to subpoena, taken at the law offices of Jones Day,
10   51 Louisiana Avenue, N.W., Washington, D.C.
11   20001-2113, before Jonathan Wonnell, a Registered
12   Professional Court Reporter, the witness having been
13   previously duly sworn by Rick Sanborn, a Notary
14   Public of the District of Columbia.
15
16
17
18
19
20
21
22
```

Page 285

```
 1        A P P E A R A N C E S   O F   C O U N S E L
 2
 3      On behalf of the United States of America:
 4
 5          JUSTIN DRAYCOTT, ESQ.
 6          U.S. Department of Justice
 7          Civil Division
 8          P.O. Box 261, Ben Franklin Station
 9          Washington, D.C. 20044
10          (202) 305-9300
11          justin.draycott@usdoj.gov
12
13      On behalf of the U.S. Department of Health
14          and Human Services:
15
16          BRIAN A. KELLEY, ESQ.
17          U.S. Department of Health & Human
18            Services
19          Office of General Counsel, CMS Division
20          330 Independence Avenue, S.W., Room 5345
21          Washington, D.C. 20201
22          (202) 205-8702
```

Page 286

```
 1        A P P E A R A N C E S   (Cont'd)
 2
 3      On behalf of the State of California:
 4
 5          NICHOLAS N. PAUL, ESQ. (via phone)
 6          Supervising Deputy Attorney General
 7          Civil Prosecutions Unit
 8          P.O. Box 85266
 9          110 West A Street, #1100
10          San Diego, California 82186
11          (619)-688-6099
12          nicholas.paul@doj.ca.gov
13
14      On behalf of the State of Florida:
15
16          MARY S. MILLER, ESQ. (via phone)
17          Office of the Attorney General of
18            Florida
19          PL-01, The Capitol
20          Tallahassee, Florida 32399-1050
21          (850) 414-3600
22          mary_miller@oag.state.fl.us
```

Page 287

```
 1        A P P E A R A N C E S   (Cont'd)
 2
 3      On behalf of New York City and all New York
 4          Counties except Nassau and Orange:
 5
 6          AARON D. HOVAN, ESQ.
 7          Kirby McInerney LLP
 8          830 Third Avenue
 9          New York, New York 10022
10          (212) 371-6600
11          ahovan@kmslaw.com
12
13      On behalf of the States of Wisconsin, Hawaii
14          and Kentucky:
15
16          BENJAMIN J. BLUSTEIN, ESQ. (via phone)
17          Miner, Barnhill & Galland
18          14 West Erie Street
19          Chicago, Illinois 60610
20          (312) 751-1170
21          bblustein@lawmbg.com
22
```

4 (Pages 284 to 287)

Buto, Kathleen - Vol. II                                    September 13, 2007
Washington, DC

Page 288

1        A P P E A R A N C E S  (Cont'd)
2
3    On behalf of Ven-A-Care of the Florida
4        Keys, Inc.:
5
6        JOSEPH C. WILSON, ESQ.
7        Cotchett, Pitre & McCarthy
8        San Francisco Airport Office Center
9        840 Malcolm Road
10       Burlingame, California 94010
11       (650) 697-0577
12       jwilson@cpmlegal.com
13
14   On behalf of Abbott Laboratories, Inc.:
15
16       DAVID TORBORG, ESQ.
17       Jones Day
18       51 Louisiana Avenue, N.W.
19       Washington, D.C. 20001-2113
20       (202) 879-3939
21       dstorborg@jonesday.com
22

Page 290

1        A P P E A R A N C E S  (Cont'd)
2
3    On behalf of Bristol-Myers Squibb:
4
5        DIANNE M. PETERSON, ESQ. (via phone)
6        Hogan & Hartson
7        875 Third Avenue
8        New York, New York 10022
9        (212) 918-3507
10       dmpeterson@hhlaw.com
11
12   On behalf of Dey, Inc., Dey, L.P. and Mylan:
13
14       NEIL MERKL, ESQ.
15       Kelley, Drye & Warren LLP
16       101 Park Avenue
17       New York, New York 10178
18       (212) 808-7811
19       nmerkl@kelleydrye.com
20
21
22

Page 289

1        A P P E A R A N C E S  (Cont'd)
2
3    On behalf of Sandoz, Inc.:
4
5        DAVID L. KLEINMAN, ESQ. (via phone)
6        White & Case LLP
7        1155 Avenue of the Americas
8        New York, New York 10036-2787
9        (212) 819-2567
10       dkleinman@whitecase.com
11
12   On behalf of Johnson & Johnson:
13
14       ERIK HAAS, ESQ.
15       Patterson, Belknap, Webb & Tyler, LLP
16       1133 Avenue of the Americas
17       New York, New York 10036-6710
18       (212) 336-2222
19       ehaas@pbwt.com
20
21
22

Page 291

1        A P P E A R A N C E S  (Cont'd)
2
3    On behalf of Roxane Laboratories and
4        Boehringer Ingelheim:
5
6        ERIC GORTNER, ESQ.
7        Kirkland & Ellis
8        200 East Randolph Drive
9        Chicago, Illinois 60601
10       (312) 861-2285
11       egortner@kirkland.com
12
13   On behalf of Aventis Pharmaceuticals and
14       Sanofi Synthelabo:
15
16       JENNIFER H. MCGEE, ESQ.
17       Shook, Hardy & Bacon, LLP
18       600 Fourteenth Street, N.W.
19       Suite 800
20       Washington, D.C. 20005-2004
21       (202) 783-8400
22       jmcgee@shb.com

5 (Pages 288 to 291)

Buto, Kathleen - Vol. II                                    September 13, 2007

Washington, DC

Page 292

```
1        A P P E A R A N C E S  (Cont'd)
2   On behalf of Schering-Plough Corporation,
3       Schering Corporation and Warrick
4       Pharmaceuticals Corporation:
5
6       C. SCOTT JONES, ESQ. (via phone)
7       Locke, Liddell & Sapp
8       2200 Ross Avenue, Suite 2200
9       Dallas, Texas 75201
10      (214) 740-8725
11      sjones@lockeliddell.com
12
13  On behalf of Baxter Health Care and Baxter
14      International:
15
16      JARED D. RODRIGUES, ESQ. (via phone)
17      EDEN M. HEARD, ESQ. (via phone)
18      Dickstein Shapiro LLP
19      1825 Eye Street, N.W.
20      Washington, D.C. 20006
21      (202) 420-2571
22      hearde@dicksteinshapiro.com
```

Page 293

```
1        A P P E A R A N C E S  (Cont'd)
2
3   ALSO PRESENT:
4
5       RICK SANBORN, Videographer & Notary
6       Public
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

Page 294

```
1      I N D E X   O F   E X A M I N A T I O N S
2
3   WITNESS NAME:                      PAGE
4   KATHLEEN A. BUTO
5       By Mr. Torborg...................... 295
6       By Mr. Merkl........................ 364
7       By Mr. Gortner...................... 408
8
9        I N D E X   O F   E X H I B I T S
10  NUMBER          DESCRIPTION        PAGE
11  Exhibit Abbott 302, (No Bates)................. 298
12  Exhibit Abbott 303, HHC010-0184 to 0185........ 323
13  Exhibit Abbott 304, AWP041-0823 to 0827........ 327
14  Exhibit Abbott 305, HHC902-0128 to 0131........ 333
15  Exhibit Abbott 306, HHC003-0477 to 0484........ 352
16  Exhibit Dey 100,    HHD008-0503............... 376
17  Exhibit Dey 101,    HHD048-0288 to 0289........ 383
18  Exhibit Roxane 004, HHC011-0897 to 0899........ 408
19  Exhibit Roxane 005, HHC011-2181 to 2183........ 408
20  Exhibit Roxane 006, HHC011-2187 to 2188........ 408
21  Exhibit Roxane 007, HHC016-0732 TO 0733........ 408
22  Exhibit Roxane 008, HHC016-0873............... 408
```

Page 295

```
1             P R O C E E D I N G S
2
3       THE VIDEOGRAPHER:  This begins volume
4   2, tape 1 in the deposition of Kathleen Buto.
5   Today's date is September 13th 2007.  The witness
6   having been previously sworn, we go on the record
7   at 9:16.
8
9   Whereupon,
10          KATHLEEN BUTO,
11  called as a Witness, having been previously duly
12  sworn by Rick Sanborn, a Notary Public in and for
13  the District of Columbia, and was further
14  examined and testified as follows.
15
16          FURTHER EXAMINATION BY COUNSEL FOR
17          ABBOTT LABORATORIES
18  BY MR. TORBORG:
19      Q.  Good morning, Ms. Buto.
20      A.  Good morning.
21      Q.  I've asked you to take out what we've
22  marked previously as Exhibit Abbott 295, which is
```

6 (Pages 292 to 295)

# EXHIBIT K

```
                 30(b)(6) The United States (Bruce, Tamara)
00001
   1                 UNITED STATES DISTRICT COURT
   2              FOR THE DISTRICT OF MASSACHUSETTS
   3       - - - - - - - - - - - - - - -x
   4      IN RE:  PHARMACEUTICAL       :  MDL NO. 1456
   5      INDUSTRY AVERAGE WHOLESALE   :  CIVIL ACTION
   6      PRICE LITIGATION             :  01-CV-12257-PBS
   7      THIS DOCUMENT RELATES TO:    :
   8      U.S. ex rel. Ven-a-Care of   :  Hon.  Patti B. Saris
   9      the Florida Keys, Inc.       :
  10           v.                      :
  11      Dey, Inc., et al.            :
  12      No. 05-11084-PBS             :
  13       - - - - - - - - - - - - - - -x
  14
  15                             Washington, D.C.
  16                             November 6, 2008
  17
  18           Videotaped 30(b)(6) Deposition of THE UNITED
  19      STATES by TAMARA BRUCE, a witness herein, called for
  20      examination by counsel for Dey, Inc., et al., in the
  21      above-entitled matter, pursuant to notice, the
  22      witness being duly sworn by SUSAN L. CIMINELLI, a
00002
   1      Notary Public in and for the District of Columbia,
   2      taken at the offices of Kelley, Drye & Warren LLP,
   3      3050 K Street, N.W., Washington, D.C., at 9:17 a.m.,
   4      and the proceedings being taken down by Stenotype by
   5      SUSAN L. CIMINELLI, CRR, RPR, and transcribed under
   6      her direction.
   7
   8
   9
  10
  11
  12
  13
  14
  15
  16
  17
  18
  19
  20
  21
  22
00003
   1      APPEARANCES:
   2
   3           On behalf of Dey, Inc., Dey, LP and Dey LP, Inc.:
   4                DOUGLAS JULIE, ESQ.
   5                 Kelley Drye & Warren LLP
   6                101 Park Avenue
   7                New York, NY  10178
   8                (212) 808-7697
```

```
                30(b)(6) The United States (Bruce, Tamara)
    9
   10         On behalf of the United States:
   11              LAURIE OBEREMBT, ESQ.
   12              United States Department of Justice
   13              Civil Division
   14              P.O. Box 261
   15              Ben Franklin Station
   16              Washington, D.C.  20044
   17              (202) 305-9300
   18
   19
   20
   21
   22
00004
    1   APPEARANCES CONTINUED:
    2
    3         On behalf of the Centers for Medicare & Medicaid
    4         Services:
    5              LESLIE STAFFORD, ESQ.
    6              Centers for Medicare & Medicaid Services
    7              7500 Security Boulevard
    8              Mail Stop C2-05-23
    9              Baltimore, MD  21244
   10              (410) 786-9655
   11
   12
   13
   14
   15
   16
   17
   18
   19
   20
   21
   22
00005
    1                    C O N T E N T S
    2   EXAMINATION BY                          PAGE NO.
    3    Mr. Julie                                  7
    4
    5         `Afternoon session - 111
    6
    7                    E X H I B I T S
    8   DEY EXHIBIT NUMBER                        PAGE NO.
    9   Exhibit Dey 210 - Notice of 30(b)(6) deposition    6
   10   Exhibit Dey 211 - Medicaid Drug Rebate Operational  6
   11                     Training Guide Issued
   12                     September 2001 -
   13                     DEY-B00006569-6822
   14   Exhibit Dey 212 - Medicaid Drug Rebate Operational 37
   15                     Training Guide, September 2001
   16   Exhibit Dey 213 - Medicaid Drug Rebate Dispute     37
   17                     Resolution Program (DRP)
                          Page 2
```

# EXHIBIT L



16801622

Oct 24 2007
4:35PM

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.*, *et al.* | ) | |
| No. 06-CV-11337-PBS | ) | |

## NOTICE OF DEPOSITION OF JOSEPH BRYANT

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, Abbott Laboratories, by its undersigned attorneys, will take the deposition of Joseph

Bryant.  Mr. Bryant has been designated by the United States to testify regarding the search for

and production of documents in response to Defendant Abbott Laboratories, Inc.'s Requests for

the Production of Documents and Tangible Things to Plaintiff United States of America.

The deposition will take place before a notary public, or any other officer authorized to

administer oaths, at the office of Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C., on

November 15, 2007 beginning at 9:00 a.m. and continuing on successive days as necessary.

Such deposition will be recorded by stenographic and/or sound and visual means.

The deposition is being taken for the purposes of discovery, for use at trial, and for such

other purposes as permitted under the Federal Rules of Civil Procedure.

Dated:  October 24, 2007

 /s/ David S. Torborg_____
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF DEPOSITION OF JOSEPH BRYANT to be served upon all counsel of record electronically by causing same to be posted via LexisNexis, this 24th day of October, 2007.

 /s/ David S. Torborg_____
David S. Torborg

# EXHIBIT L-1

```
                  CMS 30(b)(6) - Joseph Bryant
0001
 1              UNITED STATES DISTRICT COURT
 2            FOR THE DISTRICT OF MASSACHUSETTS
 3      - - - - - - - - - - - - - - - -
 4   IN RE:  PHARMACEUTICAL        )  MDL NO. 1456
 5   INDUSTRY AVERAGE WHOLESALE    )  CIVIL ACTION
 6   PRICE LITIGATION              )  01-CV-12257-PBS
 7   THIS DOCUMENT RELATES TO      )
 8   U.S. ex rel. Ven-a-Care of    )  Judge Patti B. Saris
 9   the Florida Keys, Inc.        )
10        v.                       )  Chief Magistrate
11   Abbott Laboratories, Inc.,    )  Judge Marianne B.
12   No. 06-CV-11337-PBS           )  Bowler
13      - - - - - - - - - - - - - - - -
14
15   Videotaped 30(b)(6) deposition of CMS (JOSEPH BRYANT)
16
17                          Washington, D.C.
18                          Thursday, November 15, 2007
19                          9:00 a.m.
20
21
22
0002
 1        Videotaped 30(b)(6) deposition of CMS (JOSEPH
 2   BRYANT) at the law offices of Jones Day, 51 Louisiana
 3   Avenue, N.W., Washington, D.C. 20001-2113, the
 4   proceedings being recorded stenographically by
 5   Jonathan Wonnell, a Registered Professional Court
 6   Reporter and Notary Public of the District of
 7   Columbia, and transcribed under his direction.
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
0003
 1      A P P E A R A N C E S   O F   C O U N S E L
 2
 3        On behalf of the United States of America:
 4             JUSTIN DRAYCOTT, ESQ.
 5             CLAIRE NORSETTER, ESQ.
 6             ANI MARTINEZ, ESQ.
 7             U.S. Department of Justice
 8             Civil Division
```

```
                    CMS 30(b)(6) - Joseph Bryant
 9                  P.O. Box 261, Ben Franklin Station
10                  Washington, D.C. 20044
11                  (202) 305-1088
12
13       On behalf of the U.S. Department of Health and
14            Human Services:
15            LESLIE M. STAFFORD, ESQ.
16            U.S. Department of Health & Human
17              Services
18            Office of General Counsel, CMS Division
19            7500 Security Boulevard
20            Mail Stop C2-05-23
21            Baltimore, Maryland 21244
22            (410) 786-9655
0004
 1            A P P E A R A N C E S  (Cont'd)
 2
 3       On behalf of Abbott Laboratories, Inc.:
 4            HILLARY A. RAMSEY, ESQ.
 5            Jones Day
 6            51 Louisiana Avenue, N.W.
 7            Washington, D.C. 20001-2113
 8            (202) 879-3939
 9            haramsey@jonesday.com
10
11       On behalf of Dey, Inc., Dey L.P., Inc.
12            And Dey L.P.:
13            MARISA A. SZELAG, ESQ.
14            Kelley, Drye & Warren LLP
15            101 Park Avenue
16            New York, New York 10178
17            (212) 808-7697
18            mszelag@kelleydrye.com
19
20
21
22
0005
 1            A P P E A R A N C E S  (Cont'd)
 2
 3       Attorneys for Roxane Laboratories and
 4            Boehringer Ingelheim:
 5            JARED T. HECK, ESQ. (via phone)
 6            Kirkland & Ellis
 7            200 East Randolph Drive
 8            Chicago, Illinois 60601
 9            (312) 469-7087
10            jheck@kirkland.com
11
12
13       ALSO PRESENT:
14            CONWAY BARKER, Videographer
15
16
17
```

CMS 30(b)(6) - Joseph Bryant

```
18
19
20
21
22
0006
```

1    I N D E X   O F   E X A M I N A T I O N S
2
3    WITNESS NAME                                   PAGE
4    CMS (JOSEPH BRYANT)
5          By Ms. Ramsey....................... 010
6          By Ms. Szelag....................... 286
7
8          I N D E X   O F   E X H I B I T S
9    NUMBER              DESCRIPTION              PAGE
10   Exhibit Abbott 394, Abbott's Notice of 30(b)(6)
11                       Deposition of Plaintiff
12                       U.S.A...................... 036
13   Exhibit Abbott 395, Notice of Deposition of
14                       Joseph Bryant............. 095
15   Exhibit Abbott 396, Organizational chart for
16                       CMM....................... 096
17   Exhibit Abbott 397, Bailey e-mail to Austin et
18                       al. 4/3/07 re: document
19                       preservation.............. 077
20   Exhibit Abbott 398, Bailey e-mail to Austin et
21                       al. 4/3/07 re: request for
22                       production................ 077
```
0007
```
1       I N D E X   O F   E X H I B I T S   (CONT.)
2    NUMBER              DESCRIPTION              PAGE
3    Exhibit Abbott 399, List of offices within CMS
4                        and contact individual..... 155
5    Exhibit Abbott 400, CMS File Source Log as of
6                        11/7/07.................... 155
7    Exhibit Abbott 401, Search terms lists......... 155
8    Exhibit Abbott 402, One-page document entitled
9                        Claims Data............... 155
```
10
11
12
13
14
15
16
17
18
19
20
21
22
0008
```

1           P R O C E E D I N G S
2
3       THE VIDEOGRAPHER:  In the United States

Page 3