# EXHIBIT M



16658540

Oct 12 2007
4:35PM

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| )<br>IN RE: PHARMACEUTICAL INDUSTRY ) <br>AVERAGE WHOLESALE PRICE )<br>LITIGATION )<br>)<br>)<br>THIS DOCUMENT RELATES TO )<br>ALL CASES IN MDL NO. 1456.[1] )<br>)<br>) | MDL NO. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br><br>Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

## <u>CROSS-NOTICE OF DEPOSITION OF DEIRDRE DUZOR</u>

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure,

defendants Abbott Laboratories and Abbott Laboratories, Inc. (collectively, "Abbott") hereby

cross-notices the deposition of Deirdre Duzor for purposes of the above-captioned action.  This

deposition has been noticed in *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v.*

*Abbott Laboratories, Inc.*, a case originally filed in the United States District Court for the

Southern District of Florida, Case No. 06-21303-CIV-ASG, and now part of MDL 1456 in the

United States District Court for the District of Massachusetts (the "DOJ suit").  A copy of the

notice of deposition in the DOJ suit is attached as Exhibit A.

Ms. Duzor's deposition will take place at Jones Day, 51 Louisiana Ave., N.W.,

Washington, D.C., 20001-2113 on October 30, 2007 beginning at 9:00 a.m.  The deposition will

take place before a notary public, or any other officer authorized to administer oaths.  The

deposition will be taken upon cross-examination.

The deposition will be recorded by stenographic and/or sound and visual means.

Arrangements will be made so that counsel may participate by telephone if they wish.  The

---

[1] This notice applies to all cases in the MDL in which Abbott Laboratories or Abbott Laboratories, Inc. is named, has appeared and in which discovery has not closed.

deposition is being taken for the purposes of discovery, for use at trial, and for such other

purposes as permitted under the Federal Rules of Civil Procedure.


Dated:  October 12, 2007                           /s/ Brian J. Murray                                      
                                                   James R. Daly
                                                   Tina M. Tabacchi
                                                   Brian J. Murray
                                                   JONES DAY
                                                   77 West Wacker Drive, Suite 3500
                                                   Chicago, IL  60601
                                                   Tel: (312) 782-3939
                                                   Fax: (312) 782-8585

                                                   *Counsel for Defendants Abbott Laboratories and
                                                   Abbott Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Jeremy P. Cole, an attorney, hereby certify that I caused a true and correct copy of the foregoing CROSS-NOTICE OF DEPOSITION OF DEIRDRE DUZOR to be served upon all counsel of record electronically via LexisNexis, this 12th day of October, 2007.

/s/ Jeremy P. Cole
Jeremy P. Cole

**EXHIBIT A**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc., et al.* | ) | |
| No. 06-CV-11337-PBS | ) | |

### NOTICE OF DEPOSITION OF DEIRDRE DUZOR

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Abbott Laboratories, Inc. ("Abbott") by its undersigned attorneys, will take the deposition of Deirdre Duzor.

The deposition will take place before a notary public, or any other officer authorized to administer oaths, at Jones Day, 51 Louisiana Avenue, N.W., Washington, D.C. on October 30, 2007 beginning at 9:00 a.m. and continuing on successive days as necessary.  The attached subpoena *duces tecum* directs the witness to appear for deposition and produce certain documents.  The deposition will be taken upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means.  The deposition is being taken for the purposes of discovery, for use at trial, and for such other purposes as permitted under the Federal Rules of Civil Procedure.

Dated:  October 10, 2007

 /s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

     I, R. Christopher Cook, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF DEPOSITION OF DEIRDRE DUZOR to be served upon all counsel of record electronically by causing same to be posted via LexisNexis, this 10th day of October, 2007.

                               /s/ R. Christopher Cook_____
                               R. Christopher Cook

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | Pending in: |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS** |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.* | MDL NO. 1456 Civil Action No. 06-CV-11337-PBS Lead Case No. 01-CV-12257-PBS Judge Patti B. Saris Chief Magistrate Judge Marianne B. Bowler |

# SUBPOENA DUCES TECUM

TO:   Deirdre Duzor
      Care of:
      Ana Maria Martinez, Esq.
      United States Attorney's Office
      99 N.E. 4th Street, 3rd Floor
      Miami, Florida 33132

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| **Jones Day** **51 Louisiana Avenue, N.W.** **Washington, D.C. 20001** | **October 30, 2007 at 9:00 AM** |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
      Please see attached Exhibit A

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Defendant Abbott Laboratories, Inc. | October 10, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER: R. Christopher Cook, Esq., Jones Day, 51 Louisiana Ave., N.W., Washington, D.C. 20001, (202) 879-3939

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

(C)    PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party service the subpoena shall not be entitled to inspect and copy materials or inspect the premises expect pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
    (i)    fails to allow reasonable time for compliance;
    (ii)   requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
    (iii)  requires disclosure of privileged or other protected matter and no exception or waiver applies, or
    (iv)  subjects a person to undue burden.

(B) If a subpoena

    (i)    requires disclosure of a trade secret or other confidential research, development, or commercial information, or
    (ii)   requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
    (iii)  requires a person who is not a party of an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# EXHIBIT A

## Documents Requested

1.     A copy of your most current resume.

2.     A copy of any and all Documents in your personal possession relating in any way to the pricing of drugs and/or the administration or dispensing of drugs under Medicare or Medicaid.

3.     A copy of any and all Documents in your personal possession concerning the use of AWP or WAC by the Medicare or Medicaid programs for the reimbursement of drugs and/or the administration or dispensing of drugs.

4.     A copy of any and all Documents in your personal possession concerning communications with Ven-A-Care of the Florida Keys, Inc., Centers for Medicare and Medicaid Services ("CMS") (including the office of the General Counsel), and/or any party which is a plaintiff in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

5.     A copy of any and all Documents in your personal possession concerning communications with the Department of Justice ("DOJ") or CMS regarding limitations on communications with any party which is a defendant in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

## Definitions

1.     "AWP" or "Average Wholesale Price" means any figures so categorized and periodically published by any Publisher.

2.     "Concern," "concerning," "relating to," or "relate to" means refer to, regard, concern, describe, explain, state, evidence, record, constitute, pertain to, reflect, comprise, contain, embody, mention, show, support, contradict, and discuss, whether directly or indirectly, as required by the context to bring within the scope of the requests in this request for production of documents any documents that might be deemed outside their scope by another construction.

3.     "Documents" means all original written, recorded, or graphic matters whatsoever, and any and all non-identical copies thereof, including but not limited to advertisements, affidavits, agreements, analyses, applications, appointment books, bills, binders, books, books of account, brochures, calendars, charts, checks or other records of payment, communications, computer printouts, computer stores data, conferences, or other meetings, contracts, correspondence, diaries, electronic mail, evaluations, facsimiles, files, filings, folders, forms, interviews, invoices, jottings, letters, lists, manuals, memoranda, microfilm or other data

compilations from which information can be derived, minutes, notations, notebooks, notes, opinions, pamphlets, papers, photocopies, photographs or other visual images, policies, recordings of telephone or other conversations, records, reports, resumes, schedules, scraps of paper, statements, studies, summaries, tangible things, tapes, telegraphs, telephone logs, telex messages, transcripts, website postings, and work papers, which are in the possession of the Carrier as defined above.  A draft or non-identical copy is a separate document within the meaning of this term.

4.      "WAC" means "Wholesale Acquisition Cost."

# EXHIBIT M-1

Duzor, Deirdre                                                    October 30, 2007
Washington, DC

```
 1              UNITED STATES DISTRICT COURT

 2           FOR THE DISTRICT OF MASSACHUSETTS

 3      - - - - - - - - - - - - - - - -

 4   IN RE:  PHARMACEUTICAL      )  MDL NO. 1456

 5   INDUSTRY AVERAGE WHOLESALE  )  CIVIL ACTION

 6   PRICE LITIGATION            )  01-CV-12257-PBS

 7   THIS DOCUMENT RELATES TO    )

 8   U.S. ex rel. Ven-a-Care of  )  Judge Patti B. Saris

 9   the Florida Keys, Inc.      )

10       v.                      )  Chief Magistrate

11   Abbott Laboratories, Inc.,  )  Judge Marianne B.

12   No. 06-CV-11337-PBS         )  Bowler

13      - - - - - - - - - - - - - - - -

14          (cross-captions on following pages)

15

16                          Washington, D.C.

17                          Tuesday, October 30, 2007

18                          9:00 a.m.

19

20       Videotaped deposition of DEIRDRE DUZOR

21                       Volume I

22
```

Duzor, Deirdre                                                                October 30, 2007
Washington, DC

Page 2

```
 1        IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
 2             THIRD JUDICIAL DISTRICT AT ANCHORAGE
 3        - - - - - - - - - - - - - - -
 4    STATE OF ALASKA,            )
 5           Plaintiff,           )
 6        vs.                     ) Case No.
 7    ABBOTT LABORATORIES and     ) 3AN-06-12297 CI
 8    DEY, INC.,                  )
 9           Defendants.          )
10        - - - - - - - - - - - - - - -
11
12
13              IN THE CIRCUIT COURT OF
14           MONTGOMERY COUNTY, ALABAMA
15        - - - - - - - - - - - - - - -
16    STATE OF ALABAMA,           )
17           Plaintiff,           )
18        vs.                     ) Case No. CV-2005-219
19    ABBOTT LABORATORIES, INC.,  ) Judge Charles Price
20    et al.,                     )
21           Defendants.          )
22        - - - - - - - - - - - - - - -
```

Page 3

```
 1        IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
 2                  STATE OF HAWAII
 3        - - - - - - - - - - - - - - -
 4    STATE OF HAWAII,             )
 5           Plaintiff,            ) Case No.
 6        vs.                      ) 06-1-0720-04 EEH
 7    ABBOTT LABORATORIES, INC.,   )
 8    et al.,                      ) JUDGE EDEN
 9           Defendants.           ) ELIZABETH HIFO
10        - - - - - - - - - - - - - - -
11
12
13      IN THE FOURTH JUDICIAL DISTRICT OF THE STATE OF
14        IDAHO, IN AND FOR THE COUNTY OF ADA
15        - - - - - - - - - - - - - - -
16    STATE OF IDAHO,              )
17           Plaintiff,            )
18        vs.                      ) Case No. CV OC 0701846
19    ABBOTT LABORATORIES,         )
20           Defendant.            )
21        - - - - - - - - - - - - - - -
22
```

Page 4

```
 1        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
 2             COUNTY DEPARTMENT, CHANCERY DIVISION
 3        - - - - - - - - - - - - - - -
 4    THE PEOPLE OF THE STATE OF   )
 5    ILLINOIS,                    )
 6           Plaintiff,            ) Case No. 05 CH 02474
 7        vs.                      )
 8    ABBOTT LABORATORIES, et al., )
 9           Defendants.           )
10        - - - - - - - - - - - - - - -
11
12
13           COMMONWEALTH OF KENTUCKY
14        FRANKLIN CIRCUIT COURT - DIV. II
15        - - - - - - - - - - - - - - -
16    COMMONWEALTH OF KENTUCKY,    )
17           Plaintiff,            ) Civil Action
18        vs.                      ) NO. 03-CI-1134
19    ABBOTT LABORATORIES, INC., et al., )
20           Defendants.           )
21        - - - - - - - - - - - - - - -
22
```

Page 5

```
 1    IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
 2                  FIRST JUDICIAL DISTRICT
 3        - - - - - - - - - - - - - - -
 4    STATE OF MISSISSIPPI,        )
 5           Plaintiff,            )
 6        vs.                      ) Civil Action No.
 7    ABBOTT LABORATORIES, INC.,   ) G2005-2021
 8    et al.,                      )
 9           Defendants.           )
10        - - - - - - - - - - - - - - -
11
12
13    STATE OF NEW YORK
14    SUPREME COURT: COUNTY OF ERIE
15        - - - - - - - - - - - - - - -
16    COUNTY OF ERIE,              )
17           Plaintiff,            )
18        vs.                      ) Index No. 05-2439
19    ABBOTT LABORATORIES, INC.,   )
20    et al.,                      )
21           Defendants.           )
22        - - - - - - - - - - - - - - -
```

2 (Pages 2 to 5)

Duzor, Deirdre                                                                    October 30, 2007
Washington, DC

Page 6

```
 1  STATE OF NEW YORK
 2  SUPREME COURT: COUNTY OF OSWEGO
 3  - - - - - - - - - - - - - - - -
 4  COUNTY OF OSWEGO,            )
 5           Plaintiff,          )
 6       vs.                     ) Index No. 06-0697
 7  ABBOTT LABORATORIES, INC.,   )
 8  et al.,                      )
 9           Defendants.         )
10  - - - - - - - - - - - - - - - -
11
12
13  STATE OF NEW YORK
14  SUPREME COURT: COUNTY OF SCHENECTADY
15  - - - - - - - - - - - - - - - -
16  COUNTY OF SCHENECTADY,       )
17           Plaintiff,          )
18       vs.                     ) Index No. 06-0886
19  ABBOTT LABORATORIES, INC.,   )
20  et al.,                      )
21           Defendants.         )
22  - - - - - - - - - - - - - - - -
```

Page 8

```
 1  IN THE COMMONWEALTH COURT OF PENNSYLVANIA
 2  - - - - - - - - - - - - - - - -
 3  COMMONWEALTH OF PENNSYLVANIA  )
 4  by Thomas W. Corbett, Jr. in  )
 5  his capacity as Attorney      )
 6  General of the Commonwealth   )
 7  of Pennsylvania,              )
 8           Plaintiff,           )
 9       vs.                      ) No. 212 M.D. 2004
10  TAP PHARMACEUTICAL PRODUCTS,  )
11  INC., et al.,                 )
12           Defendants.          )
13  - - - - - - - - - - - - - - - -
14
15
16
17
18
19
20
21
22
```

Page 7

```
 1      UNITED STATES DISTRICT COURT FOR THE
 2           SOUTHERN DISTRICT OF OHIO
 3                WESTERN DIVISION
 4  - - - - - - - - - - - - - -
 5  STATE OF OHIO,            )
 6           Plaintiff,       ) Civil Action No.
 7       vs.                  ) 1:06-cv-00676-SSB-TSB
 8  DEY, INC., et al.,        )
 9           Defendants.      )
10  - - - - - - - - - - - - -
11
12
13      STATE OF WISCONSIN CIRCUIT COURT
14                DANE COUNTY
15  - - - - - - - - - - - - - - - -
16  STATE OF WISCONSIN,           )
17           Plaintiff,           )
18       vs.                      ) Case No. 04-CV-1709
19  AMGEN INC., et al.,           )
20           Defendants.          )
21  - - - - - - - - - - - - - - - -
22
```

Page 9

```
 1        IN THE COURT OF COMMON PLEAS
 2              FIFTH JUDICIAL CIRCUIT
 3  - - - - - - - - - - - - - - - -
 4  STATE OF SOUTH CAROLINA, and  )   STATE OF
 5  HENRY D. McMASTER, in his     ) SOUTH CAROLINA
 6  official capacity as Attorney )   COUNTY OF
 7  General for the State of South )   RICHLAND
 8  Carolina,                     )
 9           Plaintiffs,          )
10       vs.                      ) Civil Action No.
11  ABBOTT LABORATORIES, INC.,    ) 2006-CP-40-4394
12           Defendants.          )
13  - - - - - - - - - - - - - - - -
14
15
16
17
18
19
20
21
22
```

3 (Pages 6 to 9)

Duzor, Deirdre                                                           October 30, 2007
Washington, DC

Page 10

1
2
3
4                   Washington, D.C.
5                   Tuesday, October 30, 2007
6                   9:00 a.m.
7
8        Videotaped deposition of DEIRDRE DUZOR, called
9   for examination by counsel for Abbott Laboratories
10  in the above-entitled matter, taken at the law
11  offices of Jones Day, 51 Louisiana Avenue, N.W.,
12  Washington, D.C. 20001-2113, the proceedings being
13  recorded stenographically by Jonathan Wonnell, a
14  Registered Professional Court Reporter and Notary
15  Public of the District of Columbia, and transcribed
16  under his direction.
17
18
19
20
21
22

Page 11

1        A P P E A R A N C E S   O F   C O U N S E L
2
3        On behalf of the United States of America:
4            ANA MARIA MARTINEZ, ESQ.
5            United States Department of Justice
6            99 N.E. 4th Street
7            Miami, Florida 33132
8            (305) 961-9431
9            ana.maria.martinez@usdoj.gov
10           -- and --
11           JOHN NEAL, ESQ.
12           U.S. Department of Justice
13           Civil Division
14           P.O. Box 261, Ben Franklin Station
15           Washington, D.C. 20044
16           (202) 305-9300
17
18
19
20
21
22

Page 12

1        A P P E A R A N C E S   (Cont'd)
2
3   On behalf of the U.S. Department of Health and
4       Human Services:
5       BRIAN A. KELLEY, ESQ.
6       U.S. Department of Health & Human
7           Services
8       Office of General Counsel, CMS Division
9       330 Independence Avenue, S.W., Room 5345
10      Washington, D.C. 20201
11      (202) 205-8702
12
13  On behalf of the State of Alabama:
14      ROGER L. BATES, ESQ.
15      Hand Arendall LLC
16      1200 Park Place Tower
17      2001 Park Place North
18      Birmingham, Alabama 35203
19      (205) 324-4400
20      rbates@handarendall.com
21
22

Page 13

1        A P P E A R A N C E S   (Cont'd)
2
3   On behalf of the State of California:
4       RITA HANSCOM, ESQ. (via phone)
5       California Attorney General's Office
6       Civil Prosecutions Unit
7       P.O. Box 85266
8       110 West A Street, #1100
9       San Diego, California 82186
10      (619) 688-6099
11      rita.hanscom@doj.ca.gov
12
13  On behalf of the State of Florida:
14      MARY S. MILLER, ESQ. (via phone)
15      Office of the Attorney General of Florida
16      PL-01, The Capitol
17      Tallahassee, Florida 32399-1050
18      (850) 414-3600
19      mary_miller@oag.state.fl.us
20
21
22

4 (Pages 10 to 13)

Duzor, Deirdre                                                                    October 30, 2007
Washington, DC

Page 14

```
 1        A P P E A R A N C E S  (Cont'd)
 2    On behalf of the City of New York and all New
 3        York Counties other than Nassau and
 4        Orange; the States of Wisconsin,
 5        Illinois, Kentucky, Idaho, Alaska,
 6        Hawaii, South Carolina and Mississippi:
 7        MICHAEL WINGET-HERNANDEZ, ESQ.
 8        Winget-Hernandez, LLC
 9        3112 Windsor Road, Suite 228
10        Austin, Texas 78703
11        michael@winget-hernandez.com
12
13    On behalf of Ven-A-Care of the Florida Keys,
14        Inc.:
15        ROSLYN G. POLLACK, ESQ.
16        Berger & Montague P.C.
17        1622 Locust Street
18        Philadelphia, Pennsylvania 19103-6305
19        (215) 875-3000
20        rpollack@bm.net
21
22
```

Page 16

```
 1        A P P E A R A N C E S  (Cont'd)
 2
 3    On behalf of Dey, Inc., Dey, L.P. and Mylan:
 4        NEIL MERKL, ESQ.
 5        Kelley, Drye & Warren LLP
 6        101 Park Avenue
 7        New York, New York 10178
 8        (212) 808-7811
 9        nmerkl@kelleydrye.com
10
11    On behalf of Roxane Laboratories and
12        Boehringer Ingelheim:
13        ERIC GORTNER, ESQ.
14        Kirkland & Ellis
15        200 East Randolph Drive
16        Chicago, Illinois 60601
17        (312) 861-2285
18        egortner@kirkland.com
19
20
21
22
```

Page 15

```
 1        A P P E A R A N C E S  (Cont'd)
 2
 3    On behalf of Abbott Laboratories, Inc.:
 4        DAVID TORBORG, ESQ.
 5        SEAN P. MALONE, ESQ.
 6        Jones Day
 7        51 Louisiana Avenue, N.W.
 8        Washington, D.C. 20001-2113
 9        (202) 879-3939
10        dstorborg@jonesday.com
11        spmalone@jonesday.com
12
13    On behalf of Brisol-Myers Squibb:
14        EVA L. DIETZ, ESQ. (via phone)
15        Hogan & Hartson
16        875 Third Avenue
17        New York, New York 10022
18        eldietz@hhlaw.com
19        (212) 918-3542
20
21
22
```

Page 17

```
 1        A P P E A R A N C E S  (Cont'd)
 2
 3    On behalf of Schering-Plough Corporation,
 4        Schering Corporation and Warrick
 5        Pharmaceuticals Corporation:
 6        GINGER APPLEBERRY, ESQ. (via phone)
 7        Locke, Liddell & Sapp
 8        2200 Ross Avenue, Suite 2200
 9        Dallas, Texas 75201
10        (214) 740-8459
11        gappleberry@lockeliddell.com
12
13    On behalf of Baxter Health Care and Baxter
14        International:
15        JARED D. RODRIGUES, ESQ. (via phone)
16        Dickstein Shapiro LLP
17        1825 Eye Street, N.W.
18        Washington, D.C. 20006
19        (202) 420-2571
20        hearde@dicksteinshapiro.com
21
22
```

5 (Pages 14 to 17)

Duzor, Deirdre                                                          October 30, 2007
Washington, DC

Page 18

```
1         A P P E A R A N C E S  (Cont'd)
2    ALSO PRESENT:
3         CONWAY BARKER, Videographer
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

Page 20

```
1      I N D E X   O F   E X H I B I T S  (Cont'd)
2    NO.  DESCRIPTION                        PAGE
3    Exhibit Abbott 380, HHD086-0016 to 0019    242
4    Exhibit Abbott 381, Report by ADT Associates  243
5        dated 8/30/04 entitled Medicaid and
6        Medicare Drug Pricing Strategy to
7        Determine Market Prices (No Bates refs)
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

Page 19

```
1      I N D E X   O F   E X A M I N A T I O N S
2    WITNESS NAME                           PAGE
3    DEIRDRE DUZOR
4        By Mr. Torborg:             26
5
6         I N D E X   O F   E X H I B I T S
7    NO.  DESCRIPTION                        PAGE
8    Exhibit Abbott 367, Resume of Deirdre Duzor (No  21
9        Bates refs)
10   Exhibit Abbott 368, HHD086-0013 to 0015    113
11   Exhibit Abbott 369, HHD068-0403         126
12   Exhibit Abbott 370, HHC004-0222         159
13   Exhibit Abbott 371, HHD086-0001         168
14   Exhibit Abbott 372, Rehnquist letter to Scully  174
15       stamped 9/12/02 (No Bates refs)
16   Exhibit Abbott 373, HHC009-0976         209
17   Exhibit Abbott 374, HHC020-1199 to 1202    214
18   Exhibit Abbott 375, HHC020-1194 to 1198    214
19   Exhibit Abbott 376, HHC018-0016         215
20   Exhibit Abbott 377, HHC009-1574 to 1584    224
21   Exhibit Abbott 378, HHC009-1567 to 1570    224
22   Exhibit Abbott 379, HHC014-0772 to 0790    226
```

Page 21

```
1              P R O C E E D I N G S
2                   (8:58 a.m.)
3              (Exhibit Abbott 367 was
4              marked for
5              identification.)
6        THE VIDEOGRAPHER:  In the United States
7    District Court for the District of Massachusetts In
8    Re: Pharmaceutical Industry Average Wholesale Price
9    Litigation, this document relates to Ven-A-Care of
10   the Florida Keys Incorporated versus Abbott
11   Laboratories Incorporated et al., Case Number
12   06-CV-11337 PBS and other cases that are cross
13   noticed.
14        This is the deposition of Deirdra Duzor.
15   Today's date is October 30th 2007.  The location of
16   the deposition is Jones Day, 51 Louisiana Avenue,
17   Northwest, Washington, D.C.  Will counsel please
18   identify yourselves and state whom you represent?
19        MR. TORBORG:  David Torborg and also with
20   me today is Sean Malone, though he has left the room
21   for a second, with Jones Day on behalf of Abbott
22   Laboratories.
```

6 (Pages 18 to 21)

# EXHIBIT N



18070176

Jan 15 2008
1:55PM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL NO. 1456 |
|  | ) | CIVIL ACTION:  01-CV-12257-PBS |
|  | ) |  |
|  | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CASES IN MDL NO. 1456.[1] | ) ) | Chief Magistrate Judge Marianne B. Bowler |
|  | ) ) |  |

## <u>CROSS-NOTICE OF DEPOSITION OF SUE GASTON</u>

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure,

defendants Abbott Laboratories and Abbott Laboratories, Inc. (collectively, "Abbott") hereby

cross-notices the deposition of Sue Gaston for purposes of the above-captioned action.  This

deposition has been noticed in *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v.*

*Abbott Laboratories, Inc.*, a case originally filed in the United States District Court for the

Southern District of Florida, Case No. 06-21303-CIV-ASG, and now part of MDL 1456 in the

United States District Court for the District of Massachusetts (the "DOJ suit").  A copy of the

notice of deposition in the DOJ suit is attached as Exhibit A.

Ms. Gaston's deposition will take place at Jones Day, 51 Louisiana Avenue, Washington,

D.C., on January 24, 2008 beginning at 9:00 a.m.  The deposition will take place before a notary

public, or any other officer authorized to administer oaths.  The deposition will be taken upon

cross-examination.

The deposition will be recorded by stenographic and/or sound and visual means.

Arrangements will be made so that counsel may participate by telephone if they wish.  The

---

[1] This notice applies to all cases in the MDL in which Abbott Laboratories or Abbott Laboratories, Inc. is named, has appeared and in which discovery has not closed.

deposition is being taken for the purposes of discovery, for use at trial, and for such other

purposes as permitted under the Federal Rules of Civil Procedure.


Dated:  January 15, 2008                    /s/ Brian J. Murray                            
                                            James R. Daly
                                            Tina M. Tabacchi
                                            Brian J. Murray
                                            JONES DAY
                                            77 West Wacker Drive, Suite 3500
                                            Chicago, IL  60601
                                            Tel: (312) 782-3939
                                            Fax: (312) 782-8585

                                            *Counsel for Defendants Abbott Laboratories and
                                            Abbott Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

     I, Jeremy P. Cole, an attorney, hereby certify that I caused a true and correct copy of the foregoing CROSS-NOTICE OF DEPOSITION OF SUE GASTON to be served upon all counsel of record electronically via LexisNexis, this 15th day of January, 2008.

                                 /s/ Jeremy P. Cole_____

                                 Jeremy P. Cole

CHI-1627372v1

**EXHIBIT A**

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc., et al.* | ) | |
| No. 06-CV-11337-PBS | ) | |

## NOTICE OF DEPOSITION OF SUE GASTON

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Abbott Laboratories, Inc. ("Abbott") by its undersigned attorneys, will take the deposition of Sue Gaston.

The deposition will take place before a notary public, or any other officer authorized to administer oaths, at Jones Day, 51 Louisiana Avenue, Washington, D.C., on January 24, 2008 beginning at 9:00 a.m. and continuing on successive days as necessary.  The attached subpoena *duces tecum* directs the witness to appear for deposition and produce certain documents.  The deposition will be taken upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means.  The deposition is being taken for the purposes of discovery, for use at trial, and for such other purposes as permitted under the Federal Rules of Civil Procedure.

Dated:  January 14, 2008

  /s/ David S. Torborg_____

James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:   (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of

the foregoing NOTICE OF DEPOSITION OF SUE GASTON to be served upon all counsel of

record electronically by causing same to be posted via LexisNexis, this 14th day of January,

2008.

 /s/ David S. Torborg_____
David S. Torborg

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | Pending in: |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS** |
| | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.* | Civil Action No. 06-CV-11337-PBS Lead Case No. 01-CV-12257-PBS |
| | Judge Patti B. Saris |
| | Magistrate Judge Marianne B. Bowler |

# SUBPOENA DUCES TECUM

TO:    Sue Gaston
       c/o Ana Maria Martinez, Esq.
       United States Attorney's Office
       99 N.E. 4th Street, 3rd Floor
       Miami, Florida  33132

☐  YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Jones Day 51 Louisiana Avenue, N.W. Washington, D.C.  20001 | January 24, 2008 at 9:00 AM |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
     Please see attached Exhibit A

| PLACE | DATE AND TIME |
|---|---|
| | |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *David S. Torborg* Attorney for Defendant Abbott Laboratories, Inc. | January 14, 2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER:  David S. Torborg, Esq., Jones Day, 51 Louisiana Ave., N.W., Washington, D.C. 20001, (202) 879-3939

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and/or copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and/or copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises ·· or to producing electronically stored information in the form or forms requested. If objection is made, the party serving the subpoena shall not be entitled to inspect and/or copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, and/or copying. Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and/or copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
    (i)   fails to allow reasonable time for compliance;
    (ii)  requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;
    (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies; or
    (iv) subjects a person to undue burden.

(B) If a subpoena

    (i)   requires disclosure of a trade secret or other confidential research, development, or commercial information, or
    (ii)  requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
    (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1)(A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2)(A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## EXHIBIT A

### Documents Requested

1.      A copy of your most current resume.

2.      A copy of any and all documents in your personal possession relating in any way to the pricing of drugs and/or the administration or dispensing of drugs under Medicare or Medicaid.

3.      A copy of any and all documents in your personal possession concerning the use of AWP or WAC by the Medicare or Medicaid programs for the reimbursement of drugs and/or the administration or dispensing of drugs.

4.      A copy of any and all documents in your personal possession concerning communications with Ven-A-Care of the Florida Keys, Inc. (Ven-A-Care), Centers for Medicare and Medicaid Services ("CMS") (including the office of the General Counsel), and/or any party which is a plaintiff in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

5.      A copy of any and all documents in your personal possession concerning communications with the Department of Justice ("DOJ"), CMS, or Ven-A-Care regarding limitations on communications with any party which is a defendant in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

### Definitions

1.      "AWP" or "Average Wholesale Price" means any figures so categorized and periodically published by any Publisher.

2.      "Concern," "concerning," "relating to," or "relate to" means refer to, regard, concern, describe, explain, state, evidence, record, constitute, pertain to, reflect, comprise, contain, embody, mention, show, support, contradict, and discuss, whether directly or indirectly, as required by the context to bring within the scope of the requests in this request for production of documents any document or documents that might be deemed outside their scope by another construction.

3.      "Documents" means all original written, recorded, or graphic matters whatsoever, and any and all non-identical copies thereof, including but not limited to, advertisements, affidavits, agreements, analyses, applications, appointment books, bills, binders, books, books of account, brochures, calendars, charts, checks or other records of payment, communications, computer printouts, computer stores data, conferences or other meetings, contracts, correspondence, diaries, electronic mail, evaluations, facsimiles, files, filings, folders, forms,

interviews, invoices, jottings, letters, lists, manuals, memoranda, microfilm or other data compilations from which information can be derived, minutes, notations, notebooks, notes, opinions, pamphlets, papers, photocopies, photographs or other visual images, policies, recordings of telephone or other conversations, records, reports, resumes, schedules, scraps of paper, statements, studies, summaries, tangible things, tapes, telegrams, telephone logs, telex messages, transcripts, website postings, and work papers, which are in the possession of the Carrier as defined above.  A draft or non-identical copy is a separate document within the meaning of this term.

      4.      "WAC" means "Wholesale Acquisition Cost."

# EXHIBIT N-1

Gaston, Sue                                                    January 24, 2008
Washington, DC

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3    - - - - - - - - - - - - - - - -

 4    IN RE:  PHARMACEUTICAL       )   MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE   )   CIVIL ACTION

 6    PRICE LITIGATION             )   01-CV-12257-PBS

 7    THIS DOCUMENT RELATES TO     )

 8    U.S. ex rel. Ven-a-Care of   )   Judge Patti B. Saris

 9    the Florida Keys, Inc.       )

10        v.                       )   Chief Magistrate

11    Abbott Laboratories, Inc.,   )   Judge Marianne B.

12    No. 06-CV-11337-PBS          )   Bowler

13    - - - - - - - - - - - - - - - -

14        (cross captions appear on following pages)

15

16

17        Videotaped deposition of SUE GASTON

18                     Volume I

19

20                     Washington, D.C.

21                     Thursday, January 24, 2008

22                     9:00 a.m.
```

Henderson Legal Services, Inc.

Gaston, Sue                                                                                   January 24, 2008

Washington, DC

Page 2

1          UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF MASSACHUSETTS
3   - - - - - - - - - - - - - - -
4   IN RE:  PHARMACEUTICAL      )  MDL NO. 1456
5   INDUSTRY AVERAGE WHOLESALE  )  CIVIL ACTION
6   PRICE LITIGATION            )  01-CV-12257-PBS
7                               )  Judge Patti B. Saris
8   THIS DOCUMENT RELATES TO    )  Chief Magistrate
9   ALL CASES IN MDL NO. 1456   )  Judge Marianne B.
10  - - - - - - - - - - - - - -  Bowler
11
12
13      IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
14        THIRD JUDICIAL DISTRICT AT ANCHORAGE
15  - - - - - - - - - - - - - - -
16  STATE OF ALASKA,           )
17        Plaintiff,           )
18    vs.                      )  Case No.
19  ALPHARMA BRANDED PRODUCTS  )  3AN-06-12026 CI
20  DIVISION, INC., et al.     )
21        Defendants.          )
22  - - - - - - - - - - - - - - -

Page 3

1      IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
2              STATE OF HAWAII
3   - - - - - - - - - - - - - - -
4   STATE OF HAWAII,           )
5         Plaintiff,           )  Case No.
6     vs.                      )  06-1-0720-04 EEH
7   ABBOTT LABORATORIES, INC., )
8   et al.,                    )  JUDGE EDEN
9         Defendants.          )  ELIZABETH HIFO
10  - - - - - - - - - - - - - - -
11
12
13      IN THE FOURTH JUDICIAL DISTRICT OF THE STATE OF
14        IDAHO, IN AND FOR THE COUNTY OF ADA
15  - - - - - - - - - - - - - - -
16  STATE OF IDAHO,            )
17        Plaintiff,           )
18    vs.                      )  Case No.
19  ALPHARMA USPD, INC., et al., )  CV 0C 0701847
20        Defendant.           )
21  - - - - - - - - - - - - - - -
22

Page 4

1   IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
2      COUNTY DEPARTMENT, CHANCERY DIVISION
3   - - - - - - - - - - - - - - -
4   THE PEOPLE OF THE STATE OF  )
5   ILLINOIS,                   )
6         Plaintiff,            )  Case No. 05 CH 02474
7     vs.                       )
8   ABBOTT LABORATORIES, et al., )
9         Defendants.           )
10  - - - - - - - - - - - - - - -
11
12
13          COMMONWEALTH OF KENTUCKY
14        FRANKLIN CIRCUIT COURT - DIV. I
15  - - - - - - - - - - - - - - -
16  COMMONWEALTH OF KENTUCKY, ex rel. )
17  GREGORY D. STUMBO, ATTORNEY GENERAL)
18         Plaintiff,           )  Civil Action
19     vs.                      )  NO. 04-CI-1487
20  ALPHARMA USPD, INC., et al.,  )
21         Defendants.          )
22  - - - - - - - - - - - - - - -

Page 5

1          COMMONWEALTH OF KENTUCKY
2        FRANKLIN CIRCUIT COURT - DIV. II
3   - - - - - - - - - - - - - - -
4   COMMONWEALTH OF KENTUCKY,       )
5         Plaintiff,           )  Civil Action
6     vs.                      )  NO. 03-CI-1134
7   ABBOTT LABORATORIES, INC.,      )
8         Defendants.          )
9   - - - - - - - - - - - - - - -
10
11          COMMONWEALTH OF KENTUCKY
12        FRANKLIN CIRCUIT COURT - DIV. II
13  - - - - - - - - - - - - - - -
14  COMMONWEALTH OF KENTUCKY, ex rel. )
15  GREGORY D. STUMBO, ATTORNEY GENERAL)
16         Plaintiff,           )  Civil Action
17     vs.                      )  NO. 03-CI-1135
18  WARRICK PHARMACEUTICALS CORP.,    )
19  et al.                      )
20         Defendants.          )
21  - - - - - - - - - - - - - - -
22

2 (Pages 2 to 5)

Gaston, Sue                                                                    January 24, 2008

Washington, DC

Page 6

1  STATE OF NEW YORK
2  SUPREME COURT: COUNTY OF ERIE
3  - - - - - - - - - - - - - - - -
4  COUNTY OF ERIE,            )
5          Plaintiff,         )
6     vs.                     ) Index No. 05-2439
7  ABBOTT LABORATORIES, INC., )
8  et al.,                    )
9          Defendants.        )
10 - - - - - - - - - - - - - - - -
11
12
13          STATE OF WISCONSIN CIRCUIT COURT
14              DANE COUNTY  Branch 9
15 - - - - - - - - - - - - - - - -
16 STATE OF WISCONSIN,        )
17          Plaintiff,        )
18     vs.                    ) Case No. 04-CV-1709
19 AMGEN INC., et al.,        )
20          Defendants.       )
21 - - - - - - - - - - - - - - - -
22

Page 7

1          UNITED STATES DISTRICT COURT
2          FOR THE DISTRICT OF MASSACHUSETTS
3  - - - - - - - - - - - - - - - -
4  IN RE: PHARMACEUTICAL      ) MDL NO. 1456
5  INDUSTRY AVERAGE WHOLESALE ) CIVIL ACTION
6  PRICE LITIGATION           ) 01-CV-12257-PBS
7  THIS DOCUMENT RELATES TO   )
8  U.S. ex rel. Ven-a-Care of ) Judge Patti B. Saris
   the Florida Keys, Inc., et al)
10     v.                      ) Chief Magistrate
11 Boehringer Ingelheim       ) Judge Marianne B.
12 Corporation, et al.,       ) Bowler
13 No. 07-CV-10248-PBS        )
14 - - - - - - - - - - - - - - - -
15
16     Videotaped deposition of SUE GASTON, held at
17 the law offices of Jones Day, 51 Louisiana Avenue,
18 N.W., Washington, D.C. 20001-2113, the proceedings
19 being recorded stenographically by Jonathan Wonnell,
20 a Registered Professional Court Reporter and Notary
21 Public of the District of Columbia, and transcribed
22 under his direction.

Page 8

1  A P P E A R A N C E S   O F   C O U N S E L
2
3  On behalf of the United States of America:
4
5      ANA MARIA MARTINEZ, ESQ.
6      United States Department of Justice
7      99 N.E. 4th Street
8      Miami, Florida 33132
9      (305) 961-9431
10     ana.maria.martinez@usdoj.gov
11
12 On behalf of the U.S. Department of Health and
13 Human Services:
14
15     LESLIE M. STAFFORD, ESQ.
16     U.S. Department of Health & Human
17       Services
18     Office of General Counsel, CMS Division
19     7500 Security Boulevard
20     Mail Stop C2-05-23
21     Baltimore, Maryland 21244
22     (410) 786-9655

Page 9

1  A P P E A R A N C E S  (Cont'd)
2
3  On behalf of the State of Alabama:
4
5      SCARLETTE M. TULEY, ESQ. (via phone)
6      Beasley, Allen, Crow, Methvin, Portis &
7        Miles, P.C.
8      218 Commerce Street
9      Montgomery, Alabama 36104
10     (800) 898-2034
11     scarlette.tuley@beasleyallen.com
12
13 On behalf of the State of Florida:
14
15     MARY S. MILLER, ESQ. (via phone)
16     Office of the Attorney General of Florida
17     PL-01, The Capitol
18     Tallahassee, Florida 32399-1050
19     (850) 414-3600
20     mary_miller@oag.state.fl.us
21
22 (Cont'd)

3 (Pages 6 to 9)

Gaston, Sue

January 24, 2008

Washington, DC

Page 10

1        A P P E A R A N C E S  (Cont'd)
2
3    On behalf of the City of New York and all New
4    York Counties other than Nassau and
5    Orange; the States of Wisconsin,
6    Illinois, Kentucky, Idaho, Alaska and
7    Hawaii:
8
9        MICHAEL WINGET-HERNANDEZ, ESQ.
10       Winget-Hernandez, LLC
11       3112 Windsor Road, Suite 228
12       Austin, Texas 78703
13       michael@winget-hernandez.com
14
15   On behalf of Ven-A-Care of the Florida Keys, Inc.:
16
17       MARJORY P. ALBEE, ESQ.
18       Mager & Goldstein LLP
19       1818 Market Street, Suite 3710
20       Philadelphia, Pennsylvania 19103
21       (215) 640-3280
22       malbee@magergoldstein.com

Page 12

1        A P P E A R A N C E S  (Cont'd)
2
3    On behalf of Bristol-Myers Squibb:
4
5        DIANNE M. PETERSON, ESQ. (via phone)
6        Hogan & Hartson
7        875 Third Avenue
8        New York, New York 10022
9        (212) 918-3000
10       dmpeterson@hhlaw.com
11
12   On behalf of Dey, Inc., Dey, L.P. and Mylan:
13
14       SARAH L. REID, ESQ.
15       Kelley, Drye & Warren LLP
16       101 Park Avenue
17       New York, New York 10178
18       (212) 808-7720
19       sreid@kelleydrye.com
20
21
22   (Cont'd)

Page 11

1        A P P E A R A N C E S  (Cont'd)
2    On behalf of Abbott Laboratories, Inc.:
3
4        DAVID TORBORG, ESQ.
5        SEAN P. MALONE, ESQ.
6        Jones Day
7        51 Louisiana Avenue, N.W.
8        Washington, D.C. 20001-2113
9        (202) 879-3939
10       dstorborg@jonesday.com
11       spmalone@jonesday.com
12
13   On behalf of Aventis Pharmaceuticals and
14   Sanofi Synthelabo:
15
16       JENNIFER H. MCGEE, ESQ.
17       Shook, Hardy & Bacon, LLP
18       600 Fourteenth Street, N.W.
19       Suite 800
20       Washington, D.C. 20005-2004
21       (202) 783-8400
22       jmcgee@shb.com

Page 13

1        A P P E A R A N C E S  (Cont'd)
2
3    On behalf of Roxane Laboratories and
4    Boehringer Ingelheim:
5
6        ERIC GORTNER, ESQ.
7        Kirkland & Ellis
8        200 East Randolph Drive
9        Chicago, Illinois 60601
10       (312) 861-2285
11       egortner@kirkland.com
12
13   On behalf of Sandoz, Inc.:
14
15       DAVID L. KLEINMAN, ESQ. (via phone)
16       White & Case LLP
17       1155 Avenue of the Americas
18       New York, New York 10036-2787
19       (212) 819-2567
20       dkleinman@whitecase.com
21
22

4 (Pages 10 to 13)

Gaston, Sue

January 24, 2008

Washington, DC

Page 14

1        A P P E A R A N C E S  (Cont'd)
2
3    On behalf of Schering-Plough Corporation,
4    Schering Corporation and Warrick
5    Pharmaceuticals Corporation:
6
7        JOHN P. BUEKER, ESQ.
8        Ropes & Gray
9        One International Place
10       Boston, Massachusetts 02110-2624
11       (617) 951-7050
12       john.bueker@ropesgray.com
13
14       -- and --
15
16       GINGER APPLEBERRY, ESQ. (via phone)
17       Locke, Lord, Bissell & Liddell
18       2200 Ross Avenue, Suite 2200
19       Dallas, Texas 75201
20       (214) 740-8459
21       gappleberry@lockeliddell.com
22

Page 15

1        A P P E A R A N C E S  (Cont'd)
2
3    On behalf of Endo Pharmaceuticals:
4
5        VICTOR RORTVEDT, ESQ.
6        Arnold & Porter
7        555 Twelfth Street, N.W.
8        Washington, D.C. 20004
9        (202) 942-5000
10
11   On behalf of Ethex Corporation:
12
13       CLARA VONDRICH, ESQ.
14       Arnold & Porter
15       555 Twelfth Street, N.W.
16       Washington, D.C. 20004
17       (202) 942-5000
18
19
20   ALSO PRESENT:
21       EMILY WATSON, legal assistant
22       CONWAY BARKER, videographer

Page 16

1        C O N T E N T S
2    WITNESS NAME                    PAGE
3    SUE GASTON
4       Examination By Mr. Torborg................. 022
5
6
7        E X H I B I T S
8    NUMBER          DESCRIPTION         PAGE

9    Exhibit Abbott 453, VAC MDL 86162 THROUGH 86175 097
10   Exhibit Abbott 454, VAC MDL 64417 through 64427 139
11   Exhibit Abbott 455, HHD 101-1266 through 1285.. 146
12   Exhibit Abbott 456, HHD 042-0164.............. 151
13   Exhibit Abbott 457, HHC 008-0083.............. 167
14   Exhibit Abbott 458, OIG report entitled Cost of
15           Dialysis Related Drugs
16           (no Bates refs).......... 187
17   Exhibit Abbott 459, VAC MDL 45005 through 31... 206
18   Exhibit Abbott 460, HCFA Review article
19           entitled "State Medicaid
20           Pharmacy Payments and Their
21           Relation to Estimated Costs"
22           (no Bates refs)........... 206

Page 17

1    I N D E X  O F  E X H I B I T S  (Cont'd)
2    NUMBER          DESCRIPTION         PAGE

3    Exhibit Abbott 461, HHC 992-0856 through 0858.. 222
4    Exhibit Abbott 462, HHC 002-0446............... 231
5    Exhibit Abbott 463, Section 4401 of the Omnibus
6            Budget Reconciliation Act
7            of 1990 (no Bates refs).... 263
8    Exhibit Abbott 464, NYSHD-FOIL 01682 through
9            01683..................... 271
10   Exhibit Abbott 465, HHC 004-0054.............. 276
11   Exhibit Abbott 466, HHD 006-0103 through 0108.. 279
12   Exhibit Abbott 467, US' Second Supplemental
13           Response to Defendant
14           Abbott's Fourth Set of
15           Interrogatories
16           (no Bates refs)........... 284
17
18
19
20
21
22

Page 287

```
 1              UNITED STATES DISTRICT COURT

 2           FOR THE DISTRICT OF MASSACHUSETTS

 3    - - - - - - - - - - - - - - - -

 4    IN RE:  PHARMACEUTICAL      )  MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE  )  CIVIL ACTION

 6    PRICE LITIGATION            )  01-CV-12257-PBS

 7    THIS DOCUMENT RELATES TO    )

 8    U.S. ex rel. Ven-a-Care of  )  Judge Patti B. Saris

 9    the Florida Keys, Inc.      )

10        v.                      )  Chief Magistrate

11    Abbott Laboratories, Inc.,  )  Judge Marianne B.

12    No. 06-CV-11337-PBS         )  Bowler

13    - - - - - - - - - - - - - - - -

14        (cross captions appear on following pages)

15

16        Videotaped deposition of SUE GASTON

17

18                    Volume II

19

20                    Washington, D.C.

21                    Wednesday, March 19, 2008

22                    9:00 a.m.
```

Gaston, Sue - Vol. II                                                                    March 19, 2008
Washington, DC

Page 288

```
1          UNITED STATES DISTRICT COURT
2        FOR THE DISTRICT OF MASSACHUSETTS
3      - - - - - - - - - - - - - - -
4   IN RE:  PHARMACEUTICAL      )  MDL NO. 1456
5   INDUSTRY AVERAGE WHOLESALE  )  CIVIL ACTION
6   PRICE LITIGATION            )  01-CV-12257-PBS
7                               )  Judge Patti B. Saris
8   THIS DOCUMENT RELATES TO    )  Chief Magistrate
9   ALL CASES IN MDL NO. 1456   )  Judge Marianne B.
10  - - - - - - - - - - - - - - -  Bowler
11
12
13     IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
14       THIRD JUDICIAL DISTRICT AT ANCHORAGE
15     - - - - - - - - - - - - - - -
16  STATE OF ALASKA,            )
17          Plaintiff,          )
18      vs.                     )  Case No.
19  ALPHARMA BRANDED PRODUCTS   )  3AN-06-12026 CI
20  DIVISION, INC., et al.      )
21          Defendants.         )
22  - - - - - - - - - - - - - - -
```

Page 289

```
1      IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
2                   STATE OF HAWAII
3      - - - - - - - - - - - - - - -
4   STATE OF HAWAII,            )
5          Plaintiff,           )  Case No.
6      vs.                      )  06-1-0720-04 EEH
7   ABBOTT LABORATORIES, INC.,  )
8   et al.,                     )  JUDGE EDEN
9          Defendants.          )  ELIZABETH HIFO
10  - - - - - - - - - - - - - - -
11
12
13     IN THE FOURTH JUDICIAL DISTRICT OF THE STATE OF
14       IDAHO, IN AND FOR THE COUNTY OF ADA
15     - - - - - - - - - - - - - - -
16  STATE OF IDAHO,             )
17          Plaintiff,          )
18      vs.                     )  Case No.
19  ALPHARMA USPD, INC., et al., )  CV OC 0701847
20          Defendant.          )
21  - - - - - - - - - - - - - - -
22
```

Page 290

```
1   IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
2        COUNTY DEPARTMENT, CHANCERY DIVISION
3      - - - - - - - - - - - - - - -
4   THE PEOPLE OF THE STATE OF  )
5   ILLINOIS,                   )
6          Plaintiff,           )  Case No. 05 CH 02474
7      vs.                      )
8   ABBOTT LABORATORIES, et al., )
9          Defendants.          )
10  - - - - - - - - - - - - - - -
11
12
13         COMMONWEALTH OF KENTUCKY
14       FRANKLIN CIRCUIT COURT - DIV. I
15     - - - - - - - - - - - - - - -
16  COMMONWEALTH OF KENTUCKY, ex rel. )
17  GREGORY D. STUMBO, ATTORNEY GENERAL)
18          Plaintiff,          )  Civil Action
19      vs.                     )  NO. 04-CI-1487
20  ALPHARMA USPD, INC., et al.,  )
21          Defendants.         )
22  - - - - - - - - - - - - - - -
```

Page 291

```
1         COMMONWEALTH OF KENTUCKY
2       FRANKLIN CIRCUIT COURT - DIV. II
3      - - - - - - - - - - - - - - -
4   COMMONWEALTH OF KENTUCKY,     )
5          Plaintiff,           )  Civil Action
6      vs.                      )  NO. 03-CI-1134
7   ABBOTT LABORATORIES, INC.,    )
8          Defendants.          )
9      - - - - - - - - - - - - - - -
10
11         COMMONWEALTH OF KENTUCKY
12       FRANKLIN CIRCUIT COURT - DIV. II
13     - - - - - - - - - - - - - - -
14  COMMONWEALTH OF KENTUCKY, ex rel.  )
15  GREGORY D. STUMBO, ATTORNEY GENERAL)
16          Plaintiff,          )  Civil Action
17      vs.                     )  NO. 03-CI-1135
18  WARRICK PHARMACEUTICALS CORP.,  )
19  et al.                      )
20          Defendants.         )
21     - - - - - - - - - - - - - - -
22
```

2 (Pages 288 to 291)

Gaston, Sue - Vol. II                                                    March 19, 2008
Washington, DC

Page 292

1   STATE OF NEW YORK
2   SUPREME COURT: COUNTY OF ERIE
3   - - - - - - - - - - - - - - - -
4   COUNTY OF ERIE,          )
5            Plaintiff,      )
6      vs.                   ) Index No. 05-2439
7   ABBOTT LABORATORIES, INC.,   )
8   et al.,                  )
9            Defendants.     )
10  - - - - - - - - - - - - - - - -
11
12
13          STATE OF WISCONSIN CIRCUIT COURT
14             DANE COUNTY  Branch 9
15  - - - - - - - - - - - - - - - -
16  STATE OF WISCONSIN,        )
17           Plaintiff,       )
18      vs.                   ) Case No. 04-CV-1709
19  AMGEN INC., et al.,        )
20           Defendants.      )
21  - - - - - - - - - - - - - - - -
22

Page 293

1            IN THE CIRCUIT COURT FOR
2            MONTGOMERY COUNTY, ALABAMA
3   - - - - - - - - - - - - - - - -
4   ITMO: ALABAMA MEDICAID       )
5   PHARMACEUTICAL AVERAGE       ) MASTER DOCKET NO.
6   WHOLESALE PRICE LITIGATION   ) CV-2005-219
7   - - - - - - - - - - - - - - -)
8   THIS DOCUMENT RELATES TO:    )
9   STATE OF ALABAMA  v.         )
10  ABBOTT LABORATORIES, INC.    )
11  - - - - - - - - - - - - - - -
12
13
14
15
16
17
18
19
20
21
22  (CONTINUED)

Page 294

1          UNITED STATES DISTRICT COURT
2         FOR THE DISTRICT OF MASSACHUSETTS
3   - - - - - - - - - - - - - - - -
4   IN RE: PHARMACEUTICAL      ) MDL NO. 1456
5   INDUSTRY AVERAGE WHOLESALE  ) CIVIL ACTION
6   PRICE LITIGATION           ) 01-CV-12257-PBS
7   THIS DOCUMENT RELATES TO    )
8   U.S. ex rel. Ven-a-Care of  ) Judge Patti B. Saris
9   the Florida Keys, Inc., et al)
10      v.               ) Chief Magistrate
11  Boehringer Ingelheim        ) Judge Marianne B.
12  Corporation, et al.,        ) Bowler
13  No. 07-CV-10248-PBS         )
14  - - - - - - - - - - - - - - -
15
16       Continued videotaped deposition of SUE GASTON,
17  held at the law offices of Jones Day, 51 Louisiana
18  Avenue, N.W., Washington, D.C. 20001-2113, the
19  proceedings being recorded stenographically by
20  Jonathan Wonnell, a Registered Professional Court
21  Reporter and Notary Public of the District of
22  Columbia, and transcribed under his direction.

Page 295

1   A P P E A R A N C E S   O F   C O U N S E L
2
3   On behalf of the United States of America:
4
5       ANA MARIA MARTINEZ, ESQ.
6       United States Department of Justice
7       99 N.E. 4th Street
8       Miami, Florida 33132
9       (305) 961-9431
10      ana.maria.martinez@usdoj.gov
11
12      -- and --
13
14      JAMES J. FAUCI, ESQ. (via phone)
15      United States Attorney's Office
16      John Joseph Moakley Building
17      1 Courthouse Way
18      Boston, Massachusetts 02210
19      (617) 748-3298
20
21
22

3 (Pages 292 to 295)

Gaston, Sue - Vol. II                                                March 19, 2008
Washington, DC

Page 296

1        A P P E A R A N C E S  (Cont'd)
2
3   On behalf of the U.S. Department of Health and
4   Human Services:
5
6        LESLIE M. STAFFORD, ESQ.
7        U.S. Department of Health & Human Services
8        Office of General Counsel, CMS Division
9        7500 Security Boulevard
10       Mail Stop C2-05-23
11       Baltimore, Maryland 21244
12       (410) 786-9655
13
14   On behalf of the State of Alabama:
15
16       PAUL LYNN, ESQ. (via phone)
17       Beasley, Allen, Crow, Methvin, Portis &
18         Miles, P.C.
19       218 Commerce Street
20       Montgomery, Alabama 36104
21       (800) 898-2034
22       paul.lynn@beasleyallen.com

Page 298

1        A P P E A R A N C E S  (Cont'd)
2
3   On behalf of Ven-A-Care of the Florida Keys, Inc.:
4
5        MARJORY P. ALBEE, ESQ.
6        Mager & Goldstein LLP
7        1818 Market Street, Suite 3710
8        Philadelphia, Pennsylvania 19103
9        (215) 640-3280
10       malbee@magergoldstein.com
11
12   On behalf of Abbott Laboratories, Inc.:
13
14       DAVID TORBORG, ESQ.
15       SEAN P. MALONE, ESQ.
16       Jones Day
17       51 Louisiana Avenue, N.W.
18       Washington, D.C. 20001-2113
19       (202) 879-3939
20       dstorborg@jonesday.com
21       spmalone@jonesday.com
22

Page 297

1        A P P E A R A N C E S  (Cont'd)
2
3   On behalf of the State of Florida:
4
5        MARY S. MILLER, ESQ. (via phone)
6        Office of the Attorney General of Florida
7        PL-01, The Capitol
8        Tallahassee, Florida 32399-1050
9        (850) 414-3600
10       mary_miller@oag.state.fl.us
11
12   On behalf of the City of New York and all New York
13   Counties other than Nassau and Orange; and the
14   States of Alaska, Hawaii, Idaho, Illinois, Kentucky,
15   South Carolina and Wisconsin:
16
17       MICHAEL WINGET-HERNANDEZ, ESQ.
18       Winget-Hernandez, LLC
19       3112 Windsor Road, Suite 228
20       Austin, Texas 78703
21       (512) 858-4181
22       michael@winget-hernandez.com

Page 299

1        A P P E A R A N C E S  (Cont'd)
2
3   On behalf of Aventis Pharmaceuticals and Sanofi
4   Synthelabo:
5
6        MICHAEL L. KOON, ESQ.
7        Shook, Hardy & Bacon, LLP
8        2555 Grand Boulevard
9        Kansas City, Missouri 64108-2613
10       (816) 474-6550
11       jkoon@shb.com
12
13   On behalf of Bristol-Myers Squibb:
14
15       DIANNE M. PETERSON, ESQ. (via phone)
16       Hogan & Hartson
17       875 Third Avenue
18       New York, New York 10022
19       (212) 918-3000
20       dmpeterson@hhlaw.com
21
22

4 (Pages 296 to 299)

Gaston, Sue - Vol. II                                                      March 19, 2008
Washington, DC

---

Page 300

A P P E A R A N C E S  (Cont'd)

1
2
3  On behalf of Dey, Inc., Dey, L.P. and Mylan:
4
5      SARAH L. REID, ESQ.
6      Kelley, Drye & Warren LLP
7      101 Park Avenue
8      New York, New York 10178
9      (212) 808-7720
10     sreid@kelleydrye.com
11
12  On behalf of Roxane Laboratories and Boehringer
13  Ingelheim:
14
15     JARED T. HECK, ESQ.
16     Kirkland & Ellis
17     200 East Randolph Drive
18     Chicago, Illinois 60601
19     (312) 469-7087
20     jheck@kirkland.com
21
22

---

Page 302

A P P E A R A N C E S  (Cont'd)

1
2
3  On behalf of Ethex Corporation:
4
5      CLARA VONDRICH, ESQ.
6      Arnold & Porter
7      555 Twelfth Street, N.W.
8      Washington, D.C. 20004
9      (202) 942-5000
10
11
12  ALSO PRESENT:
13
14     CONWAY BARKER, Videographer
15
16
17
18
19
20
21
22

---

Page 301

A P P E A R A N C E S  (Cont'd)

1
2
3  On behalf of Sandoz, Inc.:
4
5      MILANA SALZMAN, ESQ. (via phone)
6      White & Case LLP
7      1155 Avenue of the Americas
8      New York, New York 10036-2787
9      (212) 819-8711
10     msalzman@whitecase.com
11
12  On behalf of Schering-Plough Corporation,
13  Schering Corporation and Warrick
14  Pharmaceuticals Corporation:
15
16     JOHN P. BUEKER, ESQ.
17     Ropes & Gray
18     One International Place
19     Boston, Massachusetts 02110-2624
20     (617) 951-7050
21     john.bueker@ropesgray.com
22

---

Page 303

C O N T E N T S

1
2  WITNESS NAME: SUE GASTON                    PAGE
3    Examination By Mr. Torborg................ 310
4    Examination By Mr. Bueker................. 402
5    Examination By Ms. Reid................... 535
6    Examination By Mr. Heck................... 545
7    Examination By Mr. Koon................... 548
8
9          E X H I B I T S
10 NUMBER          DESCRIPTION          PAGE
11 Exhibit Abbott 752, excerpt from rough
12          transcript of deposition of
13          Zachary Bentley............ 315
14 Exhibit Abbott 753, HHC004-0191 - 0192......... 385
15 Exhibit Abbott 754, HHD 180-0034 - 0039........ 391
16 Exhibit Abbott 755, KY_DMS_0000000125919 - 5921 398
17
18          E X H I B I T S
19 NUMBER          DESCRIPTION          PAGE
20 Exhibit NY Counties 001, excerpt from the CFR
21          Section 447.332....... 406
22 Exhibit NY Counties 002, HHD175-0849........... 412

---

5 (Pages 300 to 303)

# EXHIBIT O



16256201

Sep 10 2007
6:48PM

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) |
| | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) |
| | Judge Patti B. Saris |
| ALL ACTIONS [1] | ) ) ) ) |
| | Magistrate Judge Marianne B. Bowler |

### CROSS-NOTICE OF DEPOSITION OF THOMAS GUSTAFSON

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Schering Corporation ("Schering"), Schering Plough Corporation ("Schering

Plough"), and Warrick Pharmaceuticals Corporation ("Warrick")[2] hereby cross-notice the

deposition of Thomas Gustafson for purposes of all cases pending in MDL No. 1456.

On September 4, 2007, attorneys for Abbott Laboratories, Inc. noticed the deposition of

Mr. Gustafson for purposes of *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott*

*Laboratories, Inc.,* No. 06-CV-11337-PBS, a matter that is currently a part of MDL No. 1456.

This notice is attached hereto.  Through this cross-notice, counsel are hereby informed that the

deposition of Mr. Gustafson will also be proceeding for purposes of all other cases pending in

MDL No. 1456, to the extent permitted under the Federal Rules of Civil Procedure, Court order,

and any other applicable rules.

---

[1] As explained herein, this cross-notice regards all actions pending in MDL No. 1456, to the extent permitted under the Federal Rules of Civil Procedure, Court order, and any other applicable rules.

[2] This cross-notice, which is being served for purposes of a number of actions pending in MDL No. 1456, is only served in a particular action on behalf of those entities that have appeared, been named, and been served in that particular action.  To the extent that Schering, Schering Plough, or Warrick have not appeared, been served, or been named in a particular action, this notice does not constitute an appearance, consent to service, or consent to joinder

The deposition will take place before a notary public, or any other officer authorized to administer oaths, at Jones Day, 51 Louisiana Ave. N.W., Washington, D.C. on September 28, 2007 beginning at 9:00 a.m. and continuing on successive days as necessary.  The attached subpoena *duces tecum* directs the witness to appear for the deposition and produce certain documents.  The deposition will be taken upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means. The deposition is being taken for the purposes of discovery, for use at trial, and for such other purposes as permitted under the Federal Rules of Civil Procedure, Court order, and any other applicable rules.

By attorneys,

/s/ Jobe G. Danganan
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Daniel J. Bennett (BBO#663324)
Jobe G. Danganan (BBO#660446)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering Corporation, Schering-Plough Corporation, and Warrick Pharmaceuticals Corporation*

Dated:  September 10, 2007

---

by Schering, Schering Plough, or Warrick, respectively, in that action.  Schering, Schering Plough, and Warrick also do not waive any objection regarding jurisdiction or other defenses, where applicable.

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/  Jobe G. Danganan
Jobe G. Danganan

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc., et al.* | ) | |
| No. 06-CV-11337-PBS | ) | |

## NOTICE OF DEPOSITION OF THOMAS GUSTAFSON

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Abbott Laboratories, Inc. ("Abbott") by its undersigned attorneys, will take the

deposition of Thomas Gustafson.

The deposition will take place before a notary public, or any other officer authorized to

administer oaths, at Jones Day, 51 Louisiana Ave. N.W., Washington, D.C. on September 28,

2007 beginning at 9:00 a.m. and continuing on successive days as necessary.  The attached

subpoena *duces tecum* directs the witness to appear for deposition and produce certain

documents.  The deposition will be taken upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means.  The

deposition is being taken for the purposes of discovery, for use at trial, and for such other

purposes as permitted under the Federal Rules of Civil Procedure.

Dated: September 4, 2007

/s/ David S. Torborg
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF DEPOSITION OF THOMAS GUSTAFSON to be served upon all counsel of record electronically by causing same to be posted via LexisNexis, this 4th day of September, 2007.

/s/ David S. Torborg
David S. Torborg

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | Pending in: |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br><br>THIS DOCUMENT RELATES TO<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.* | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**<br><br>MDL NO. 1456<br><br>Civil Action No. 06-CV-11337-PBS<br>Lead Case No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

# SUBPOENA DUCES TECUM

TO:   Thomas Gustafson
      Care of:
      Andy Mao, Esq.
      U.S. Department of Justice
      P.O. Box 261
      Washington, D.C. 20044

☐ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| **Jones Day**<br>**51 Louisiana Ave. N.W.**<br>**Washington, D.C. 20001** | **September 28, 2007 at 9:00 AM** |

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
    Please see attached Exhibit A

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *David S. Torborg*<br>Attorney for Defendant Abbott Laboratories, Inc. | September 4, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER: David S. Torborg, Esq., Jones Day, 51 Louisiana Ave., N.W., Washington, D.C. 20001, (202) 879-3939

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

(C)    PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party service the subpoena shall not be entitled to inspect and copy materials or inspect the premises expect pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
    (i)    fails to allow reasonable time for compliance;
    (ii)   requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
        (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
        (iv) subjects a person to undue burden.

(B) If a subpoena

    (i)    requires disclosure of a trade secret or other confidential research, development, or commercial information, or
    (ii)   requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
        (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## EXHIBIT A

### Documents Requested

1.     A copy of your most current resume.

2.     A copy of any and all Documents in your personal possession relating in any way to the pricing of drugs and/or the administration or dispensing of drugs under Medicare or Medicaid.

3.     A copy of any and all Documents in your personal possession concerning the use of AWP or WAC by the Medicare or Medicaid programs for the reimbursement of drugs and/or the administration or dispensing of drugs.

4.     A copy of any and all Documents in your personal possession concerning communications with Ven-A-Care of the Florida Keys, Inc., Centers for Medicare and Medicaid Services ("CMS") (including the office of the General Counsel), and/or any party which is a plaintiff in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

5.     A copy of any and all Documents in your personal possession concerning communications with the Department of Justice ("DOJ") or CMS regarding limitations on communications with any party which is a defendant in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

### Definitions

1.     "AWP" or "Average Wholesale Price" means any figures so categorized and periodically published by any Publisher.

2.     "Concern," "concerning," "relating to," or "relate to" means refer to, regard, concern, describe, explain, state, evidence, record, constitute, pertain to, reflect, comprise, contain, embody, mention, show, support, contradict, and discuss, whether directly or indirectly, as required by the context to bring within the scope of the requests in this request for production of documents any documents that might be deemed outside their scope by another construction.

3.     "Documents" means all original written, recorded, or graphic matters whatsoever, and any and all non-identical copies thereof, including but not limited to advertisements, affidavits, agreements, analyses, applications, appointment books, bills, binders, books, books of account, brochures, calendars, charts, checks or other records of payment, communications, computer printouts, computer stores data, conferences, or other meetings, contracts, correspondence, diaries, electronic mail, evaluations, facsimiles, files, filings, folders, forms, interviews, invoices, jottings, letters, lists, manuals, memoranda, microfilm or other data

compilations from which information can be derived, minutes, notations, notebooks, notes, opinions, pamphlets, papers, photocopies, photographs or other visual images, policies, recordings of telephone or other conversations, records, reports, resumes, schedules, scraps of paper, statements, studies, summaries, tangible things, tapes, telegraphs, telephone logs, telex messages, transcripts, website postings, and work papers, which are in the possession of the Carrier as defined above.  A draft or non-identical copy is a separate document within the meaning of this term.

   4.      "WAC" means "Wholesale Acquisition Cost."

# EXHIBIT O-1

Gustafson, Thomas A.

```
0001
 1               UNITED STATES DISTRICT COURT
 2             FOR THE DISTRICT OF MASSACHUSETTS
 3     - - - - - - - - - - - - - - - - -
 4     IN RE:  PHARMACEUTICAL       )  MDL NO. 1456
 5     INDUSTRY AVERAGE WHOLESALE   )  CIVIL ACTION
 6     PRICE LITIGATION             )  01-CV-12257-PBS
 7     THIS DOCUMENT RELATES TO     )
 8     U.S. ex rel. Ven-a-Care of   )  Judge Patti B. Saris
 9     the Florida Keys, Inc.       )
10           v.                     )  Chief Magistrate
11     Abbott Laboratories, Inc.,   )  Judge Marianne B.
12     No. 06-CV-11337-PBS          )  Bowler
13     - - - - - - - - - - - - - - - - -
14         (captions continue on following pages)
15
16       Videotaped deposition of THOMAS A. GUSTAFSON
17                      Volume I
18
19
20                         Washington, D.C.
21                         Friday, September 28, 2007
22                         9:00 a.m.
0002
 1               COMMONWEALTH OF KENTUCKY
 2             FRANKLIN CIRCUIT COURT - DIV. II
 3     - - - - - - - - - - - - - - - - -
 4     COMMONWEALTH OF KENTUCKY,        )
 5             Plaintiff,               )  Civil Action No.
 6         vs.                          )  03-CI-1134
 7     ABBOTT LABORATORIES, INC., et al., )
 8             Defendants.              )
 9     - - - - - - - - - - - - - - - - -
10
11             IN THE COURT OF COMMON PLEAS
12                 FIFTH JUDICIAL CIRCUIT
13     - - - - - - - - - - - - - - - - -
14     STATE OF SOUTH CAROLINA, and     )     STATE OF
15     HENRY D. McMASTER, in his official )  SOUTH CAROLINA
16     capacity as Attorney General for )     COUNTY OF
17     the State of South Carolina,     )     RICHLAND
18             Plaintiffs,              )
19         vs.                          )  Case No.
20     ABBOTT LABORATORIES, INC.        )  2006-CP-40-4394
21             Defendant.               )
22     - - - - - - - - - - - - - - - - -
0003
 1       IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
 2                 STATE OF HAWAII
 3     - - - - - - - - - - - - - - - - -
 4     STATE OF HAWAII,              )
 5             Plaintiff,            )  Case No.
 6         vs.                       )  06-1-0720-04 EEH
 7     ABBOTT LABORATORIES, INC.,    )
 8     et al.,                       )  JUDGE EDEN
```

```
                    Gustafson, Thomas A.
 9          Defendants.     )  ELIZABETH HIFO
10    - - - - - - - - - - - - - - - -
11
12          STATE OF WISCONSIN CIRCUIT COURT
13                    DANE COUNTY
14    - - - - - - - - - - - - - - - -
15   STATE OF WISCONSIN,            )
16            Plaintiff,            )
17        vs.                       )  CASE NO. 04-CV-1709
18   AMGEN INC., et al.,            )
19            Defendants.           )
20    - - - - - - - - - - - - - - - -
21
22
0004
 1                            Washington, D.C.
 2                            Friday, September 28, 2007
 3                            9:00 a.m.
 4
 5
 6          Videotaped deposition of THOMAS A. GUSTAFSON,
 7   called for examination by counsel for Abbott
 8   Laboratories in the above-entitled matter, pursuant to
 9   subpoena, taken at the law offices of Jones Day, 51
10   Louisiana Avenue, N.W., Washington, D.C. 20001-2113,
11   before Jonathan Wonnell, a Registered Professional Court
12   Reporter and Notary Public of the District of Columbia.
13
14
15
16
17
18
19
20
21
22
0005
 1        A P P E A R A N C E S   O F   C O U N S E L
 2
 3          On behalf of the United States of America:
 4                ANDY J. MAO, ESQ.
 5                JUSTIN DRAYCOTT, ESQ.
 6                U.S. Department of Justice
 7                Civil Division
 8                P.O. Box 261, Ben Franklin Station
 9                Washington, D.C. 20044
10                (202) 305-9300
11                andy.mao@usdoj.gov
12                justin.draycott@usdoj.gov
13
14          On behalf of the U.S. Department of Health
15                and Human Services:
16                BRIAN A. KELLEY, ESQ.
17                U.S. Department of Health & Human
```

Page 2

```
                     Gustafson, Thomas A.
18                Services
19                Office of General Counsel, CMS Division
20                330 Independence Avenue, S.W., Room 5345
21                Washington, D.C. 20201
22                (202) 205-8702
0006
 1         A P P E A R A N C E S  (Cont'd)
 2
 3      On behalf of the State of California:
 4           NICHOLAS N. PAUL, ESQ.
 5           Supervising Deputy Attorney General
 6           Civil Prosecutions Unit
 7           P.O. Box 85266
 8           110 West A Street, #1100
 9           San Diego, California 82186
10           (619)-688-6099
11           nicholas.paul@doj.ca.gov
12
13      On behalf of the State of Florida:
14           MARY S. MILLER, ESQ. (via phone)
15           Office of the Attorney General of
16             Florida
17           PL-01, The Capitol
18           Tallahassee, Florida 32399-1050
19           (850) 414-3600
20           mary_miller@oag.state.fl.us
21
22
0007
 1         A P P E A R A N C E S  (Cont'd)
 2
 3      On behalf of New York City and all New York
 4           Counties except Nassau and Orange; and
 5           the States of Hawaii, Kentucky, South
 6           Carolina and Wisconsin:
 7           MICHAEL WINGET-HERNANDEZ, ESQ.
 8           Winget-Hernandez LLC
 9           2520 Jarratt Avenue
10           Austin, Texas 78703
11
12      On behalf of Ven-A-Care of the Florida Keys,
13           Inc.:
14           ADAM D. MILLER, ESQ.
15           Engstrom, Lipscomb & Lack
16           10100 Santa Monica Boulevard, 16th Floor
17           Los Angeles, California 90067-4107
18           (310) 552-3800
19           amiller@elllaw.com
20
21
22
0008
 1         A P P E A R A N C E S  (Cont'd)
 2      On behalf of Abbott Laboratories, Inc.:
 3           R. CHRISTOPHER COOK, ESQ.
```

```
                    Gustafson, Thomas A.
4             HILARY A. RAMSAY, ESQ.
5             Jones Day
6             51 Louisiana Avenue, N.W.
7             Washington, D.C. 20001-2113
8             (202) 879-3939
9             christophercook@jonesday.com
10
11        On behalf of Sandoz, Inc.:
12             DAVID L. KLEINMAN, ESQ. (via phone)
13             White & Case LLP
14             1155 Avenue of the Americas
15             New York, New York 10036-2787
16             (212) 819-2567
17             dkleinman@whitecase.com
18
19
20
21
22
0009
1              A P P E A R A N C E S   (Cont'd)
2
3         On behalf of Bristol-Myers Squibb:
4              ANDREA W. TRENTO, ESQ. (via phone)
5              Hogan & Hartson
6              875 Third Avenue
7              New York, New York 10022
8              (212) 918-3691
9              awtrento@hhlaw.com
10
11        On behalf of Dey, Inc., Dey, L.P. and Mylan:
12             SARAH L. REID, ESQ.
13             Kelley, Drye & Warren LLP
14             101 Park Avenue
15             New York, New York 10178
16             (212) 808-7720
17             sreid@kelleydrye.com
18
19
20
21
22
0010
1              A P P E A R A N C E S   (Cont'd)
2
3         On behalf of Roxane Laboratories and
4                Boehringer Ingelheim:
5              ERIC GORTNER, ESQ.
6              Kirkland & Ellis
7              200 East Randolph Drive
8              Chicago, Illinois 60601
9              (312) 861-2285
10             egortner@kirkland.com
11
12        On behalf of Aventis Pharmaceuticals and
```

```
                       Gustafson, Thomas A.
13                 Sanofi Synthelabo:
14                 DAVID T. FISCHER, ESQ.
15                 Shook, Hardy & Bacon, LLP
16                 600 Fourteenth Street, N.W.
17                 Suite 800
18                 Washington, D.C. 20005-2004
19                 (202) 783-8400
20                 dfischer@shb.com
21
22
0011
 1          A P P E A R A N C E S   (Cont'd)
 2
 3   On behalf of Schering-Plough Corporation,
 4            Schering Corporation and Warrick
 5            Pharmaceuticals Corporation:
 6            GINGER APPLEBERRY, ESQ. (via phone)
 7            Locke, Liddell & Sapp
 8            2200 Ross Avenue, Suite 2200
 9            Dallas, Texas 75201
10            (214) 740-8725
11            sjones@lockeliddell.com
12
13   On behalf of Baxter Health Care and Baxter
14            International:
15            TINA DUCHARME REYNOLDS, ESQ. (via phone)
16            Dickstein Shapiro LLP
17            1825 Eye Street, N.W.
18            Washington, D.C. 20006
19            (202) 420-4114
20            treynolds@dicksteinshapiro.com
21
22
0012
 1          A P P E A R A N C E S   (Cont'd)
 2   ALSO PRESENT:
 3            CONWAY BARKER, Videographer
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
```

Gustafson, Thomas A.

22
0013
1          I N D E X   O F   E X A M I N A T I O N S
2    WITNESS NAME                                    PAGE
3    THOMAS A. GUSTAFSON

4              By Mr. Cook:                            17
5              By Mr. Cook:                           126
6
7          I N D E X   O F   E X H I B I T S
8    DESCRIPTION                                     PAGE
9    Exhibit Abbott 330, Notice of deposition (No     21
10        Bates ref)
11   Exhibit Abbott 331, Subpoena duces tecum (No     21
12        Bates ref)
13   Exhibit Abbott 332, Resume of Thomas             28
14        Gustafson (No Bates ref)
15   Exhibit Abbott 333, United States' Objections   164
16        and Responses to Defendant Abbott's
17        First Set of Interrogatories (No Bates
18        ref)
19
20
21
22
0014
1                P R O C E E D I N G S
2              THE VIDEOGRAPHER:  In the United States
3    District Court for the District of Massachusetts In
4    Re: Pharmaceuticals Industry Average Wholesale
5    Price Litigation, Case Number 01-CV-12257 PBS, This
6    Document Relates to Ven-A-Care of the Florida Keys
7    Incorporated versus Abbott Laboratories
8    Incorporated et al, Case Number 06-CV-11337 PBS,
9    this is the deposition of Thomas Gustafson.
10   Today's date is September 28th 2007.   The location
11   of the deposition is Jones Day, 51 Louisiana
12   Avenue, Northwest, Washington, D.C.
13             Will counsel please introduce yourselves
14   and state whom you represent?
15             MR. COOK:  Christopher Cook from Jones
16   Day.  We represent Abbott Laboratories, Inc.  I'll
17   be accompanied on and off today by Hilary Ramsey to
18   my right.
19             MR. GORTNER:  Eric Gortner from Kirkland
20   & Ellis.  I represent Roxane Laboratories and
21   Boehringer Ingelheim.
22             MS. REID:  Sarah Reid from Kelley Drye.
0015
1    I represent Dey and Mylan.
2              MR. FISCHER:  David Fischer from Shook,
3    Hardy & Bacon.  I represent Sanofi and Aventis.
4              MR. MILLER:  Adam Miller of Engstrom,
5    Lipscomb & Lack of Los Angeles on behalf of
6    Ven-A-Care.
7              MR. PAUL:  Nicholas Paul of the

```
                    Gustafson, Dr. Thomas A.
fson0200
  1              FOR THE DISTRICT OF MASSACHUSETTS
  2    - - - - - - - - - - - - - - -x
  3    IN RE:  PHARMACEUTICAL      :   MDL NO. 1456
  4    INDUSTRY AVERAGE WHOLESALE  :   CIVIL ACTION
  5    PRICE LITIGATION            :   01-CV-12257-PBS
  6    THIS DOCUMENT RELATES TO    :
  7    U.S. ex rel. Ven-a-Care of  :   Judge Patti B. Saris
  8    the Florida Keys, Inc.      :
  9         v.                     :
 10    Abbott Laboratories, Inc.,  :   Chief Magistrate
 11    No. 06-CV-11337-PBS         :   Judge Marianne B.
 12    - - - - - - - - - - - - - -x    Bowler
 13       (CROSS NOTICED CAPTIONS ON FOLLOWING PAGES)
 14      Videotaped deposition of DR. THOMAS A. GUSTAFSON
 15                      Volume II
 16                                   Washington, D.C.
 17                                   Monday, December 17,
2007
 18                                   9:19 a.m.
 19
 20
 21
 22
0201
  1                 COMMONWEALTH OF KENTUCKY
  2                 FRANKLIN COURT - DIV. II
  3    - - - - - - - - - - - - - - x
  4    COMMONWEALTH OF KENTUCKY,   :
  5              Plaintiff,        :  Civil Action No.
  6         vs.                    :  03-CI-1134
  7    ABBOTT LABORATORIES, INC.,  :
  8    et al.,                     :
  9              Defendants.       :
 10    - - - - - - - - - - - - - - x
 11
 12
 13
 14
 15
 16
 17
 18
 19
 20
 21
 22
0202
  1              IN THE COURT OF COMMON PLEAS
  2                 FIFTH JUDICIAL CIRCUIT
  3    - - - - - - - - - - - - - - x
  4    STATE OF SOUTH CAROLINA, and:  STATE OF SOUTH CAROLINA
  5    Henry D. McMaster, in his   :  COUNTY OF RICHLAND
  6    official capacity as        :  Case No. 2006-CP-40-4394
  7    Attorney General for the    :
```

Page 1

Gustafson, Dr. Thomas A.

```
 8   State of South Carolina,      :
 9              Plaintiffs,         :
10        vs.                       :
11   ABBOTT LABORATORIES, INC.,     :
12              Defendant.          :
13   - - - - - - - - - - - - - - x
14
15
16
17
18
19
20
21
22
```
0203
```
 1        IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
 2                  STATE OF HAWAII
 3   - - - - - - - - - - - - - - x
 4   STATE OF HAWAII,               : Case No. 06-1-0720-04 EEH
 5              Plaintiff,          :
 6        vs.                       :
 7   ABBOTT LABORATORIES, INC.,     :
 8   et al.,                        :
 9              Defendants.         :
10   - - - - - - - - - - - - - - x
11
12           STATE OF WISCONSIN CIRCUIT COURT
13                    DANE COUNTY
14   - - - - - - - - - - - - - - x
15   STATE OF WISCONSIN,            :
16              Plaintiff,          :
17        vs.                       : Case No. 04-CV-1709
18   AMGEN, INC., et al.,           :
19              Defendants.         :
20   - - - - - - - - - - - - - - x
21
22
```
0204
```
 1   IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT
 2    OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF ADA
 3   - - - - - - - - - - - - - - x
 4   STATE OF IDAHO,                :
 5              Plaintiff,          :
 6        vs.                       : Case No. CV OC 0701846
 7   ABBOTT LABORATORIES,           :
 8              Defendant.          :
 9   - - - - - - - - - - - - - - x
10
11    IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI
12                FIRST JUDICIAL DISTRICT
13   - - - - - - - - - - - - - - x
14   THE STATE OF MISSISSIPPI,      :
15              Plaintiff,          :
16        vs.                       : Civil Action No.
```

Page 2

```
                      Gustafson, Dr. Thomas A.
17  ABBOTT LABORATORIES, INC.,   : G2005-2021
18  et al.,                       :
19              Defendants.       :
20  - - - - - - - - - - - - - - -x
21
22
0205
 1                  COURT OF COMMON PLEAS
 2                  HAMILTON COUNTY, OHIO
 3  - - - - - - - - - - - - - - -x
 4  STATE OF OHIO,                : Judge Myers
 5              Plaintiff,        : Consolidated Civil Case
 6       vs.                      : A0402047
 7  DEY, INC., et al.,            : (Case Remanded - No. may
 8              Defendants.       :  change)
 9  - - - - - - - - - - - - - - -x
10
11
12
13
14
15
16
17
18
19
20
21
22
0206
 1       IN THE COMMONWEALTH COURT OF PENNSYLVANIA
 2  - - - - - - - - - - - - - - -x
 3  COMMONWEALTH OF PENNSYLVANIA :
 4  by THOMAS W. CORBETT, JR., in:
 5  his capacity as Attorney      :
 6  General of the Commonwealth   :
 7  of Pennsylvania,              :
 8              Plaintiff,        :
 9       vs.                      : No. 212 M.D. 2004
10  TAP Pharmaceutical Products,  :
11  Inc., et al.,                 :
12              Defendants.       :
13  - - - - - - - - - - - - - - -x
14
15
16
17
18
19
20
21
22
0207
 1               IN THE CIRCUIT COURT OF
 2            MONTGOMERY COUNTY, ALABAMA
                      Page 3
```

Gustafson, Dr. Thomas A.

```
 3   - - - - - - - - - - - - - - -x
 4   STATE OF ALABAMA,            :
 5        Plaintiff,              :
 6        vs.                     :  Case No.: CV-2005-219
 7   ABBOTT LABORATORIES, INC.,   :  Judge Charles Price
 8    et al.                      :
 9        Defendants.             :
10   - - - - - - - - - - - - - - -x
11
12        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
13          COUNTY DEPARTMENT, CHANCERY DIVISION
14   - - - - - - - - - - - - - - - x
15   THE PEOPLE OF THE STATE OF   :
16   ILLINOIS,                    :
17             Plaintiff,         :
18        vs.                     :  Case No. 05CH02474
19   ABBOTT LABORATORIES, et al.,:
20          Defendants.           :
21   - - - - - - - - - - - - - - - x
22
0208
 1   STATE OF NEW YORK
 2   SUPREME COURT: COUNTY OF OSWEGO
 3   - - - - - - - - - - - - - - - x
 4   COUNTY OF OSWEGO,            :
 5             Plaintiff,         :
 6        vs.                     :  Index No. 06-0697
 7   ABBOTT LABORATORIES, INC.,   :
 8    et al.,                     :
 9             Defendants.        :
10   - - - - - - - - - - - - - - - x
11   STATE OF NEW YORK
12   SUPREME COURT: COUNTY OF SCHENECTADY
13   - - - - - - - - - - - - - - - x
14   COUNTY OF SCHENECTADY,       :
15             Plaintiff,         :
16        vs.                     :  Index No. 06-0886
17   ABBOTT LABORATORIES, INC.,   :
18    et al.,                     :
19             Defendants.        :
20   - - - - - - - - - - - - - - - x
21
22
0209
 1
 2              IN AND FOR LEON COUNTY, FLORIDA
 3   THE STATE OF FLORIDA
 4   ex rel.
 5   - - - - - - - - - - - - - - - - x
 6   VEN-A-CARE OF THE FLORIDA     :
 7   KEYS, INC., a Florida         :
 8   Corporation, by and through its :
 9   principal officers and directors, :
10   ZACHARY T. BENTLEY and        :
11   T. MARK JONES,                :
```

Page 4

```
                   Gustafson, Dr. Thomas A.
12              Plaintiffs,           :
13         vs.                        : Civil Action
14    MYLAN LABORATORIES INC.; MYLAN  : No.: 98-3032G
15    PHARMACEUTICALS INC.; NOVOPHARM : Judge:  William
16    LTD., SCHEIN PHARMACEUTICAL, INC.;:   L. Gary
17    TEVA PHARMACEUTICAL INDUSTRIES  :
18    LTD., TEVA PHARMACEUTICAL USA;  :
19    and WATSON PHARMACEUTICALS, INC.,:
20              Defendants.           :
21    - - - - - - - - - - - - - - - - x
22
0210
1        IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
2                   STATE OF MISSOURI
3    - - - - - - - - - - - - - - - - x
4    STATE OF MISSOURI, ex rel,       :
5    JEREMIAH W. (JAY) NIXON,         :
6    Attorney General,                :
7    and                             :
8    MISSOURI DEPARTMENT OF SOCIAL   :
9    SERVICES, DIVISION OF MEDICAL   : Case No.
10   SERVICES,                        : 054-1216
11              Plaintiffs,           : Division No. 31
12         vs.                        :
13   DEY INC., DEY, L.P., MERCK KGaA, :
14   EMD, INC., WARRICK               :
15   PHARMACEUTICALS CORPORATION,     :
16   SCHERING-PLOUGH CORPORATION, and :
17   SCHERING CORPORATION,            :
18              Defendants.           :
19   - - - - - - - - - - - - - - - - x
20
21
22
0211
1              Continued Videotaped Telephone Deposition
2    of DR. THOMAS A. GUSTAFSON, a witness herein, called
3    for examination by counsel for Abbott Laboratories in
4    the above-entitled matter, pursuant to subpoena, the
5    witness being duly sworn by SUSAN L. CIMINELLI, a
6    Notary Public in and for the District of Columbia,
7    taken at the offices of Jones Day, 51 Louisiana
8    Avenue, N.W., Washington, D.C., at 9:19 a.m., and the
9    proceedings being taken down by Stenotype by SUSAN L.
10   CIMINELLI, CRR, RPR, and transcribed under her
11   direction.
12
13
14
15
16
17
18
19
20
```

Page 5

Gustafson, Dr. Thomas A.
```
21
22
0212
 1    APPEARANCES:
 2
 3         On Behalf of the United States of
 4         America:
 5              ANDREW MAO, ESQ.
 6              JUSTIN DRAYCOTT, ESQ.
 7              U.S. Department of Justice
 8              Civil Division
 9              601 D Street, Northwest
10              PHB - 9028/P.O. Box 261
11              Washington, D.C. 20044
12              justin.draycott@usdoj.gov
13              andy.mao@usdoj.gov
14              (202) 307-1088
15
16
17
18
19
20
21
22
0213
 1    APPEARANCES:
 2
 3         On Behalf of the Centers for Medicare &
 4         Medicaid Services:
 5              LESLIE M. STAFFORD, ESQ.
 6              Centers for Medicare & Medicaid Services
 7              7500 Security Boulevard
 8              C2-05-23
 9              Baltimore, MD  21244
10              leslie.stafford@hhs.gov
11
12         On behalf of the State of California: (Via telephone)
13              RITA HANSCOM, ESQ.
14              Supervising Deputy Attorney General
15              Civil Prosecutions Unit
16              P.O. Box 85266
17              110 West A Street, #1100
18              San Diego, CA  82186
19              (619) 688-6099
20              rita.hanscom@doj.ca.gov
21
22
0214
 1    APPEARANCES:
 2
 3         On Behalf of the State of Alabama: (Via telephone)
 4              J. PAUL LYNN, ESQ.
 5              Beasley Allen Crow Methvin Portis & Miles PC
 6              272 Commerce Street
```

```
                       Gustafson, Dr. Thomas A.
 7                     P.O. Box 4160 (36103-4160)
 8                     Montgomery, AL  36104
 9                     (800) 989-2334
10                     Paul.lynn@beasleyallen.com
11
12         On Behalf of the State of Florida: (Via telephone)
13                     MARY S. MILLER, ESQ.
14                     Office of the Attorney General of Florida
15                     PL-01, The Capitol
16                     Tallahassee, FL 32399-1050
17                     (850) 414-3600
18                     mary_miller@oag.state.fl.us
19
20
21
22
0215
 1     APPEARANCES:
 2
 3         On Behalf of Ven-a-Care of the Florida Keys, Inc.:
 4                     GARY L. AZORSKY, ESQ.
 5                     Berger & Montague PC
 6                     1622 Locust Street
 7                     Philadelphia, PA  19103
 8                     (215) 875-3000
 9                     gazorsky@bm.net
10
11         On Behalf of Schering-Plough Corporation and
12         Schering Corporation, Warrick Pharmaceuticals
13         Corporation, and B. Braun Medical, Inc.:
14         (Via telephone)
15                     GINGER APPLEBERRY, ESQ.
16                     Locke Lord Bissell & Liddell LLP
17                     2200 Rose Avenue Suite 2200
18                     Dallas, TX 75201
19                     (214) 740-8459
20                     gappleberry@lockelord.com
21
22
0216
 1     APPEARANCES:
 2
 3         On Behalf of Abbott Laboratories:
 4                     CHRISTOPHER COOK, ESQ.
 5                     Jones Day
 6                     51 Louisiana Avenue, Northwest
 7                     Washington, D.C. 20001
 8                     christophercook@jonesday.com
 9                     (202) 879-3939
10
11         On Behalf of Bristol-Myers Squibb: (Via telephone)
12                     SANDHYA KAWATRA, ESQ.
13                     Hogan & Hartson LLP
14                     875 Third Avenue
15                     New York, New York 10022
```
                                    Page 7

```
                        Gustafson, Dr. Thomas A.
16                   (212) 918-3528
17                   spkawatra@hhlaw.com
18
19
20
21
22
0217
 1    APPEARANCES:
 2
 3          On Behalf of Dey, Inc. and Dey, L.P. and Mylan:
 4              SARAH L. REID, ESQ.
 5              Kelley Drye & Warren LLP
 6              101 Park Avenue
 7              New York, New York 10178
 8              (212) 808-7811
 9              sreid@kelleydrye.com
10
11          On Behalf of Roxane Laboratories and Boehringer
12          Ingelheim:
13              ERIC GORTNER, ESQ.
14              Kirkland & Ellis LLP
15              200 East Randolph Drive
16              Chicago, Illinois 60601
17              egortner@kirkland.com
18              (312) 861-2286
19
20
21
22
0218
 1    APPEARANCES:
 2
 3          On behalf of New York City and all New York
 4          Counties except Nassau and Orange; and
 5          the States of Hawaii, Kentucky, South
 6          Carolina and Wisconsin:
 7              MICHAEL WINGET-HERNANDEZ, ESQ.
 8              Winget-Hernandez LLC
 9              2520 Jarratt Avenue
10              Austin, TX  78703
11
12          ALSO PRESENT:
13              Conway Barker, videographer
14
15
16
17
18
19
20
21
22
0219
 1                  C O N T E N T S
                        Page 8
```

Gustafson, Dr. Thomas A.

```
 2  EXAMINATION                            COUNSEL FOR
 3  DR. THOMAS A. GUSTAFSON          DEFENDANT ABBOT
 4   By Mr. Cook                             222
 5                                   DEFENDANT DEY
 6   By Ms. Reid                             388
 7                               DEFENDANT ROXANE
 8   By Mr. Gortner                          433
 9
10      Afternoon session - 328
11
12                    E X H I B I T S
13  ABBOTT EXHIBIT NO.                        PAGE
14  Exhibit Abbott 438 HHD079-0001-29 IG Report    220
15  Exhibit Abbott 439 HHD079-0030-42 Report of
16                      Congress              220
17  Exhibit Abbott 440 HHD079-0043-89 Public
18                      Policy Institute      220
19
20
21
22
0220
 1             P R O C E E D I N G S
 2              (Exhibit Abbott 438,
 3               Exhibit Abbott 439,
 4               and Exhibit Abbott 440 were
 5               marked for identification.)
 6          THE VIDEOGRAPHER:  In the United States
 7  District Court for the District of Massachusetts In
 8  Re:  Pharmaceutical Industry Average Wholesale Price
 9  Litigation related to the U.S. ex rel Ven-A-Care of
10  the Florida Keys, Incorporated versus Abbott
11  Laboratories, Incorporated et al.
12          Case number 01-CV-12257 PBS and other
13  cases cross-noticed.  This is volume II in the
14  deposition of Thomas Gustafson.  Today's date is
15  December 17th, 2007.  The location of the deposition
16  is Jones Day, 51 Louisiana Avenue, Northwest,
17  Washington, D.C.
18          Will counsel please identify yourselves
19  and state whom you represent.
20          MR. COOK:  Christopher Cook from Jones
21  Day.  We represent Abbott Laboratories.
22          MR. GORTNER:  Eric Gortner from Kirkland &
0221
 1  Ellis for Roxane Laboratories, Inc. and entities
 2  affiliated with Boehringer Ingelheim Corporation.
 3          MS. REID:  Sarah Reid from Kelley, Drye &
 4  Warren representing the Dey Companies, and in the
 5  cross-notice depositions also representing the Mylan
 6  Defendant.
 7          MS. STAFFORD:  Leslie Stafford on behalf
 8  of the Centers for Medicare and Medicaid Services.
 9          MR. DRAYCOTT:  Justin Draycott, United
10  States Department of Justice.
```

Page 9

# EXHIBIT P



13952638

Feb 28 2007
10:24AM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| ALL CASES IN MDL NO. 1456.[1] | ) | Chief Magistrate Judge Marianne B. Bowler |

## CROSS-NOTICE OF DEPOSITIONS OF
## AMY SERNYAK AND CYNTHIA HANSFORD

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure,

defendants Abbott Laboratories and Abbott Laboratories, Inc. (collectively "Abbott") hereby

cross-notice the depositions of Amy Sernyak and Cynthia Hansford for purposes of the above-

captioned action.  These depositions have been noticed in *United States ex rel. Ven-A-Care of the*

*Florida Keys, Inc. v. Abbott Laboratories, Inc.*, a case originally filed in the United States

District Court for the Southern District of Florida (No. 06-21303-CIV-ASG) and now part of

MDL 1456 in the United States District Court for the District of Massachusetts.

The depositions will take place before a notary public, or any other officer authorized to

administer oaths, at the office of Morgan Lewis, 1701 Market Street, Philadelphia, PA 19103.

Ms. Sernyak's deposition will begin at 9:00 a.m. on March 6, 2007.  Ms. Hansford's deposition

will begin at 9:00 a.m. on March 14, 2007.  The depositions will be taken upon cross-

examination.

Such depositions will be recorded by stenographic and/or sound and visual means.  The

depositions are being taken for the purposes of discovery, for use at trial, and for such other

purposes as permitted under the Federal Rules of Civil Procedure.

---

[1] This notice applies to all cases in the MDL in which Abbott Laboratories or Abbott Laboratories, Inc. is named, has appeared and in which discovery has not closed.

Dated:  February 28, 2007

/s/ Brian J. Murray_____
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive
Chicago, IL  60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

*Counsel for Defendants Abbott Laboratories and*
*Abbott Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Jeremy P. Cole, an attorney, hereby certify that I caused a true and correct copy of the foregoing CROSS-NOTICE OF DEPOSITIONS OF AMY SERNYAK AND CYNTHIA HANSFORD to be served upon be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 28th day of February, 2007.


/s/ Jeremy P. Cole___

# EXHIBIT P-1

Hansford, Cynthia                                                    March 14, 2007
                              Philadelphia, PA

Page 1

```
1              UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF MASSACHUSETTS

3      -------------------------X

4    IN RE:  PHARMACEUTICAL      : MDL NO. 1456

5    INDUSTRY AVERAGE WHOLESALE : CIVIL ACTION

6    PRICE LITIGATION            : 01-CV-12257-PBS

7      -------------------------X

8    THIS DOCUMENT RELATES TO   :

9    U.S. ex rel. Ven-A-Care of :

10   The Florida Keys, Inc.      :

11   v. Abbott Laboratories,     :

12   Inc., No. 06-CV-11337-PBS  :

13     -------------------------X

14            Video Tape Deposition of CYNTHIA

15   HANSFORD was taken pursuant to notice at the Law

16   Offices of Morgan Lewis, 1701 Market Street,

17   Philadelphia, Pennsylvania, on Wednesday,

18   March 14, 2007, beginning at 9:00 a.m.,

19   before Jeanne Christian, Court Reporter-Notary

20   Public and Michael Mullen, Video Tape Operator,

21   there being present.

22                       - - -
```

Hansford, Cynthia                                                    March 14, 2007

Philadelphia, PA

| | Page 2 |
|---|---|
| 1 | APPEARANCES: |
| 2 | JONES DAY |
| 3 | BY:  DAVID S. TORBORG, ESQUIRE |
| 4 | 51 Louisiana Avenue, N.W. |
| 5 | Washington, D.C. 20001 |
| 6 | Phone:  (202) 879-5562 |
| 7 | Representing Abbott Laboratories |
| 8 | |
| 9 | US DEPARTMENT OF JUSTICE |
| 10 | BY:  JOHN K. NEAL, ESQUIRE |
| 11 | NANCY W. BROWN, ESQUIRE |
| 12 | Civil Division, Fraud Section |
| 13 | 601 D Street, N.W., Room 9536 |
| 14 | Washington, D.C. 20004 |
| 15 | Phone:  (202) 307-0405 |
| 16 | Representing United States |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | (CONTINUED) |

| | Page 3 |
|---|---|
| 1 | APPEARANCES: (CONTINUED) |
| 2 | BERGER & MONTAGUE, P.C. |
| 3 | BY:  ROSLYN G. POLLACK, ESQUIRE |
| 4 | 1622 Locust Street |
| 5 | Philadelphia, Pennsylvania 19103 |
| 6 | Phone: (215) 875-3000 |
| 7 | Representing Ven-A-Care of the |
| 8 | Florida Keys |
| 9 | |
| 10 | WEXLER TORISEVA WALLACE LLP |
| 11 | BY:  JENNIFER FOUNTAIN CONNOLLY, ESQUIRE |
| 12 | One North LaSalle Street |
| 13 | Suite 2000 |
| 14 | Chicago, Illinois 60602 |
| 15 | Phone: (312) 346-2222 |
| 16 | Representing MDL Plaintiffs |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | (CONTINUED) |

| | Page 4 |
|---|---|
| 1 | APPEARANCES: (CONTINUED) |
| 2 | KELLEY DRYE & WARREN LLP |
| 3 | BY:  NEIL MERKL, ESQUIRE |
| 4 | 101 Park Avenue |
| 5 | New York, New York 10178 |
| 6 | Phone: (212) 808-7811 |
| 7 | Representing Dey Companies |
| 8 | |
| 9 | MORGAN, LEWIS & BOCKIUS LLP |
| 10 | BY:  ERICA SMITH-KLOCEK, ESQUIRE |
| 11 | 1701 Market Street |
| 12 | Philadelphia, Pennsylvania 19103 |
| 13 | Phone: (215) 963-5364 |
| 14 | Representing Pfizer |
| 15 | |
| 16 | PATTERSON BELKNAP WEBB & TYLER LLP |
| 17 | BY:  ERIK HAAS, ESQUIRE |
| 18 | 1133 Avenue of the Americas |
| 19 | New York, New York 10036 |
| 20 | Phone: (212) 336-2117 |
| 21 | Representing J&J |
| 22 | (CONTINUED) |

| | Page 5 |
|---|---|
| 1 | APPEARANCES: (CONTINUED) |
| 2 | ROPES & GRAY LLP |
| 3 | BY:  ERIC P. CHRISTOFFERSON, ESQUIRE |
| 4 | One International Place |
| 5 | Boston, Massachusetts 02110 |
| 6 | Phone: (617) 951-7976 |
| 7 | Representing Schering and Warrick |
| 8 | |
| 9 | |
| 10 | APPEARING TELEPHONICALLY: |
| 11 | KIRKLAND & ELLIS LLP |
| 12 | BY:  CEYLAN A. EATHERTON, ESQUIRE |
| 13 | 200 East Randolph Drive |
| 14 | Chicago, Illinois  60601 |
| 15 | Phone: (312) 469-7002 |
| 16 | Representing Roxane, Boehringer |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | (CONTINUED) |

2 (Pages 2 to 5)

Hansford, Cynthia                                                         March 14, 2007

Philadelphia, PA

|  | Page 6 |
|---|---|
| 1 | APPEARING TELEPHONICALLY: (CONTINUED) |
| 2 | WINGET-HERNANDEZ, LLC |
| 3 | BY:  MICHAEL WINGET-HERNANDEZ, ESQUIRE |
| 4 | 3112 Windsor Road, #228 |
| 5 | Austin, Texas 78703 |
| 6 | Phone: (512) 474-4095 |
| 7 | Representing the City of New York, |
| 8 | Counties of New York also |
| 9 | represented by KMS and the State of |
| 10 | Hawaii, State of Wisconsin, State |
| 11 | of Kentucky |
| 12 | |
| 13 | KEMPPEL, HUFFMAN & ELLIS, P.C. |
| 14 | BY:  JASON M. GIST, ESQUIRE |
| 15 | 255 East Fireweed Lane |
| 16 | Suite 200 |
| 17 | Anchorage, Alaska 99503 |
| 18 | Phone: (907) 277-1604 |
| 19 | Representing Schering Division |
| 20 | |
| 21 | |
| 22 | (CONTINUED) |

|  | Page 7 |
|---|---|
| 1 | APPEARING TELEPHONICALLY: (CONTINUED) |
| 2 | ROPES & GRAY LLP |
| 3 | BY:  JOBE G. DANGANAN, ESQUIRE |
| 4 | One International Place |
| 5 | Boston, Massachusetts 02110 |
| 6 | Phone: (617) 951-7290 |
| 7 | Representing Schering and Warrick |
| 8 | |
| 9 | HOGAN & HARTSON LLP |
| 10 | BY:  HOA T. T. HOANG, ESQUIRE |
| 11 | 875 Third Avenue |
| 12 | New York, New York 10022 |
| 13 | Phone: (212) 918-3640 |
| 14 | Representing Bristol Myers Squibb |
| 15 | |
| 16 | HOGAN & HARTSON LLP |
| 17 | BY:  JENNIFER A. WALKER, ESQUIRE |
| 18 | 111 South Calvert Street |
| 19 | Suite 1600 |
| 20 | Baltimore, Maryland 21202 |
| 21 | Phone: (410) 659-2700 |
| 22 | Representing Amgen, Inc. |

|  | Page 8 |
|---|---|
| 1 | APPEARING TELEPHONICALLY: (CONTINUED) |
| 2 | BEASLEY, ALLEN, CROW, METHVIN, |
| 3 | PORTIS & MILES, P.C. |
| 4 | BY:  CLINTON C. CARTER, ESQUIRE |
| 5 | 218 Commerce Street |
| 6 | Montgomery, Alabama 36104 |
| 7 | Phone: (334) 269-2343 |
| 8 | Representing the State of Alabama |
| 9 | |
| 10 | DICKSTEIN SHAPIRO LLP |
| 11 | BY:  SHAMIR PATEL, ESQUIRE |
| 12 | 1825 Eye Street NW |
| 13 | Washington, DC 20006 |
| 14 | Phone: (202) 420-2728 |
| 15 | Representing Baxter |
| 16 | |
| 17 | HAYNSWORTH SINKLER BOYD, P.A. |
| 18 | BY:  SARAH P. SPRUILL, ESQUIRE |
| 19 | 1201 Main Street, Suite 2200 |
| 20 | Columbia, South Carolina 29201 |
| 21 | Phone: (803) 540-7854 |
| 22 | Representing Abbott |

|  | Page 9 |
|---|---|
| 1 | I N D E X |
| 2 | - - - |
| 3 | WITNESS: CYNTHIA HANSFORD                PAGE |
| 4 | EXAMINATION BY MR. TORBORG.................. 013 |
| 5 | EXAMINATION BY MR. MERKL.................... 127 |
| 6 | EXAMINATION BY MS. EATHERTON............... 146 |
| 7 | |
| 8 | - - - |
| 9 | E X H I B I T S |
| 10 | - - - |
| 11 | EXHIBIT NO.          DESCRIPTION              PAGE |
| 12 | Exhibit Abbott 057-Resume.................... 016 |
| 13 | Exhibit Abbott 058-Subpoena.................. 037 |
| 14 | Exhibit Abbott 059-OEI 03-94-00390  Report.... 046 |
| 15 | Exhibit Abbott 060-HHD-014-0235-53 Report..... 046 |
| 16 | Exhibit Abbott 061-HHD-0400 Press Report...... 074 |
| 17 | Exhibit Abbott 062-HHD-011-0706 Press Report.. 074 |
| 18 | Exhibit Abbott 063-HHD-011-0674 Press Report.. 074 |
| 19 | Exhibit Abbott 064-OEI-03-97-00292 Report..... 086 |
| 20 | Exhibit Abbott 065-HHD 009-0436-39 Report..... 116 |
| 21 | Exhibit Abbott 066-HHD-013-2784-88 Report..... 119 |
| 22 | (CONTINUED) |

3 (Pages 6 to 9)

# EXHIBIT Q



LEXISNEXIS® FILE & SERVE
15070873
E-SERVICE
May 31 2007
5:28PM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>C.A. No. 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO: ALL CASES. | Hon. Patti B. Saris |

## CROSS-NOTICE OF DEPOSITION IN RELATED STATE COURT CASE

YOU ARE HEREBY NOTIFIED, as required by Case Management Order No. 9, that the deposition of the following individual will be taken upon oral examination at the time and place indicated below. The deposition will be taken before a notary public or another officer authorized by law to administer oaths and recorded by videotape and by stenographic means.

This deposition was originally noticed in *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, a case originally filed in the United States District Court for the Southern District of Florida (No. 06-21303-CIV-ASG) and now part of MDL 1456 in the United States District Court for the District of Massachusetts. A copy of the Notice of Deposition served by Abbott on this same individual is attached.

| Deponent | Date/Time | Location |
|---|---|---|
| Claire Hardwick | June 6, 2007, at 9:00 a.m. | Center For Medicare & Medicaid Services 7500 Security Boulevard Baltimore, MD 21244 |

Dated:  May 31, 2007

Respectfully submitted,


By /s/ Jennifer Fountain Connolly
    Kenneth A. Wexler
    Jennifer Fountain Connolly
    Amber M. Nesbitt
    Wexler Toriseva Wallace LLP
    One N. LaSalle Street, Suite 2000
    Chicago, IL  60602
    Telephone: (312) 346-2222
    Facsimile: (312) 346-0022

## CERTIFICATE OF SERVICE

I, Jennifer Fountain Connolly, hereby certify that I am one of plaintiffs' attorneys and that, on May 31, 2007, I caused a copy of the foregoing *Cross-Notice of Deposition in Related State Court Case* to be served on all counsel of record by causing same to be posted electronically via LexisNexis File & Serve.


/s/ Jennifer Fountain Connolly
Jennifer Fountain Connolly



15006499

May 24 2007
5:34PM

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc., et al.* | ) | |
| No. 06-CV-11337-PBS | ) | |

**NOTICE OF DEPOSITION OF CLAIRE HARDWICK**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Abbott Laboratories, Inc. ("Abbott") by its undersigned attorneys, will take the

deposition of Claire Hardwick.

The deposition will take place before a notary public, or any other officer authorized to

administer oaths, at the office of the Center for Medicare & Medicaid Services, 7500 Security

Boulevard, Baltimore, Maryland 21244 on June 6, 2007 beginning at 9:00 a.m.  The deposition

will be taken upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means.  The

deposition is being taken for the purposes of discovery, for use at trial, and for such other

purposes as permitted under the Federal Rules of Civil Procedure.

Dated: May 24, 2007

 /s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, R. Christopher Cook, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF DEPOSITION OF CLAIRE HARDWICK to be served upon all counsel of record electronically by causing same to be posted via LexisNexis, this 24th day of May, 2007.


  /s/ R. Christopher Cook
  R. Christopher Cook

# EXHIBIT Q-1

Hardwick, Claire M.                                                    June 6, 2007
Baltimore, MD

Page 1

```
1              UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF MASSACHUSETTS

3    - - - - - - - - - - - - - -x

4    IN RE:  PHARMACEUTICAL    : MDL NO. 1456

5    INDUSTRY AVERAGE WHOLESALE : CIVIL ACTION:

6    PRICE LITIGATION          : 01-CV-12257-PBS

7    THIS DOCUMENT RELATES TO   :

8    U.S. ex rel. Ven-a-Care of : Judge Patti B. Saris

9    the Florida Keys, Inc. v.  :

10   Abbott Laboratories, Inc., : Chief Magistrate

11   No. 06-CV-11337-PBS        : Judge Marianne B.

12   - - - - - - - - - - - - - -x Bowler

13            IN THE CIRCUIT COURT OF

14           MONTGOMERY COUNTY, ALABAMA

15   - - - - - - - - - - - - - -x

16   STATE OF ALABAMA,          :

17                Plaintiff, :

18        vs.              : Case No.: CV-05-219

19   ABBOTT LABORATORIES, INC., : Judge Charles Price

20   et al.,                    :

21                Defendants.:

22   - - - - - - - - - - - - - -x
```

Page 2

```
1        IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
2             IN AND FOR LEON COUNTY, FLORIDA
3
4    THE STATE OF FLORIDA
5    ex rel.
6    - - - - - - - - - - - - - - - - x
7    VEN-A-CARE OF THE FLORIDA       :
8    KEYS, INC., a Florida            :
9    Corporation, by and through its  :
10   principal officers and directors, :
11   ZACHARY T. BENTLEY and           :
12   T. MARK JONES,                   :
13            Plaintiffs,             :
14       vs.              : Civil Action
15   MYLAN LABORATORIES INC.; MYLAN   : No.: 98-3032G
16   PHARMACEUTICALS INC.; NOVOPHARM  : Judge: William
17   LTD., SCHEIN PHARMACEUTICAL, INC.;:  L. Gary
18   TEVA PHARMACEUTICAL INDUSTRIES   :
19   LTD., TEVA PHARMACEUTICAL USA;   :
20   and WATSON PHARMACEUTICALS, INC., :
21            Defendants,             :
22   - - - - - - - - - - - - - - - - x
```

Page 3

```
1        IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
2                   STATE OF MISSOURI
3    - - - - - - - - - - - - - - - - x
4    STATE OF MISSOURI, ex rel.,      :
5    JEREMIAH W. (JAY) NIXON,         :
6    Attorney General,                :
7    and                             :
8    MISSOURI DEPARTMENT OF SOCIAL    :
9    SERVICES, DIVISION OF MEDICAL    : Case No.:
10   SERVICES,                        : 054-1216
11            Plaintiffs,    : Division No. 31
12       vs.                          :
13   DEY INC., DEY, L.P., MERCK KGaA, :
14   EMD, INC., WARRICK               :
15   PHARMACEUTICALS CORPORATION,     :
16   SCHERING-PLOUGH CORPORATION, and :
17   SCHERING CORPORATION,            :
18            Defendants,             :
19   - - - - - - - - - - - - - - - - x
20
21
22
```

Page 4

```
1            Videotaped Deposition of CLAIRE M.
2    HARDWICK, a witness herein, called for examination
3    by counsel for Abbott Laboratories in the
4    above-entitled matter, pursuant to notice, the
5    witness being duly sworn by Robert M. Jakupciak, a
6    Notary Public in and for the District of Columbia,
7    taken at the offices of Center for Medicare &
8    Medicaid Services, 7111 Security Blvd., Baltimore,
9    Maryland, 21244, at 9:00 a.m., on June 6, 2007,
10   and the proceedings being taken down by Stenotype
11   by Robert M. Jakupciak, RPR.
12
13
14
15
16
17
18
19
20
21
22
```

Page 5

```
1    APPEARANCES:
2
3    On behalf of the United States of America:
4
5        ANA MARIA MARTINEZ, ESQUIRE
6        U.S. Department of Justice
7        99 N.E. 4th Street
8        Miami, Florida  33132
9        (305) 961-9431
10
11   On behalf of the U.S. Department of
12   Health and Human Services:
13
14       TROY A. BARSKY, ESQUIRE
15       U.S. Department of Health and
16       Human Services
17       C2-05-23
18       7500 Security Blvd.
19       Baltimore, Maryland  21244-1850
20       (410) 786-8873
21
22   (CONTINUED)
```

2 (Pages 2 to 5)

Hardwick, Claire M.                                                    June 6, 2007

Baltimore, MD

Page 6

1  APPEARANCES: (CONTINUED)
2
3  On behalf of Abbott Laboratories:
4
5       LOUIS P. GABEL, ESQUIRE
6       Jones Day
7       51 Louisiana Avenue, N.W.
8       Washington, D.C.  20001
9       (202) 879-5411
10
11  (The following attorneys present by phone.)
12
13  On behalf of Dey Companies and Mylan:
14
15       CLIFFORD KATZ, ESQUIRE
16       Kelly Drye & Warren LLP
17       101 Park Avenue
18       New York, New York  10178
19       (212) 808-7609
20
21
22  (CONTINUED)

Page 7

1  APPEARANCES: (CONTINUED)
2
3  On behalf of Roxane Laboratories and
4  Boehringer-Ingelheim and affiliated entities:
5
6       JARED THOMAS HECK, ESQUIRE
7       Kirkland & Ellis LLP
8       200 East Randolph Drive
9       Chicago, Illinois  60601
10       (312) 469-7087
11
12  On behalf of Baxter Healthcare Corporation:
13
14       TINA DUCHARME REYNOLDS, ESQUIRE
15       Dickstein Shapiro LLP
16       1825 Eye Street, N.W.
17       Washington, D.C.  20006
18       (202) 420-4114
19
20
21
22  (CONTINUED)

Page 8

1  APPEARANCES: (CONTINUED)
2
3  On behalf of KMS New York Counties:
4
5       MICHAEL WINGET-HERNANDEZ, ESQUIRE
6       Winget-Hernandez, LLC
7       3112 Windsor Road, #228
8       Austin, Texas  78703
9
10
11
12
13
14          Also Present
15       Videographer:  Conway Barker
16
17
18
19
20
21
22

Page 9

1          C O N T E N T S
2
3  THE WITNESS:  CLAIRE M. HARDWICK          PAGE
4    Examination By Mr. Gabel.................... 011
5
6
7          E X H I B I T S
8
9          (NONE MARKED)
10
11
12
13
14
15
16
17
18
19
20
21
22

3 (Pages 6 to 9)

# EXHIBIT R



17523902

Dec  4 2007
4:03PM

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456 |
|  | CIVIL ACTION:  01-CV-12257-PBS |
|  | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ALL CASES IN MDL NO. 1456.[1] | Chief Magistrate Judge Marianne B. Bowler |

## <u>CROSS-NOTICE OF DEPOSITION OF JOHN HOOVER</u>

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure,

defendants Abbott Laboratories and Abbott Laboratories, Inc. (collectively, "Abbott") hereby

cross-notices the deposition of John Hoover for purposes of the above-captioned action.  This

deposition has been noticed in *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v.

Abbott Laboratories, Inc.*, a case originally filed in the United States District Court for the

Southern District of Florida, Case No. 06-21303-CIV-ASG, and now part of MDL 1456 in the

United States District Court for the District of Massachusetts (the "DOJ suit").  A copy of the

notice of deposition in the DOJ suit is attached as Exhibit A.

Mr. Hoover's deposition will take place at Jones Day, 51 Louisiana Ave., N.W.,

Washington, D.C., 20001-2113 on December 18, 2007 beginning at 9:00 a.m.  The deposition

will take place before a notary public, or any other officer authorized to administer oaths.  The

deposition will be taken upon cross-examination.

The deposition will be recorded by stenographic and/or sound and visual means.

Arrangements will be made so that counsel may participate by telephone if they wish.  The

---

[1] This notice applies to all cases in the MDL in which Abbott Laboratories or Abbott Laboratories, Inc. is named, has appeared and in which discovery has not closed.

deposition is being taken for the purposes of discovery, for use at trial, and for such other

purposes as permitted under the Federal Rules of Civil Procedure.


Dated:  December 4, 2007

/s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL  60601
Tel: (312) 782-3939
Fax: (312) 782-8585

*Counsel for Defendants Abbott Laboratories and
Abbott Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Jeremy P. Cole, an attorney, hereby certify that I caused a true and correct copy of the foregoing CROSS-NOTICE OF DEPOSITION OF JOHN HOOVER to be served upon all counsel of record electronically via LexisNexis, this 4th day of December, 2007.

/s/ Jeremy P. Cole
Jeremy P. Cole

**EXHIBIT A**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc., et al.* | ) | |
| No. 06-CV-11337-PBS | ) | |

## NOTICE OF DEPOSITION OF JOHN HOOVER

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Abbott Laboratories, Inc. ("Abbott") by its undersigned attorneys, will take the

deposition of John Hoover.

The deposition will take place before a notary public, or any other officer authorized to

administer oaths, at Jones Day, 51 Louisiana Ave., N.W., Washington, D.C. 20001-2113, on

December 18, 2007 beginning at 9:00 a.m.  The attached subpoena *duces tecum* directs the

witness to appear for deposition and produce certain documents.  The deposition will be taken

upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means.  The

deposition is being taken for the purposes of discovery, for use at trial, and for such other

purposes as permitted under the Federal Rules of Civil Procedure.

Dated:  November 30, 2007

 /s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, R. Christopher Cook, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF DEPOSITION OF JOHN HOOVER to be served upon all counsel of record electronically by causing same to be posted via LexisNexis, this 30th day of November, 2007.

 /s/ R. Christopher Cook_____
R. Christopher Cook

AO 88 (Rev. 1/94) Subpoena in a Civil Case

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | **Pending in:** |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., et al., v. Abbott Laboratories, Inc., et al.* | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**<br><br>MDL NO. 1456<br><br>Civil Action No. 06-CV-11337-PBS<br>Lead Case No. 01-CV-12257<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

# SUBPOENA DUCES TECUM

TO:     John Hoover
         Care of:
         Gejaa Gobena, Esq.
         Patrick Henry Building
         601 D Street, N.W.
         Room 9028
         Washington, D.C. 20004

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION<br>Jones Day<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001 | DATE AND TIME<br>**December 18, 2007 at 9:00 AM** |
|---|---|

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
         Please see attached Exhibit A

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>Attorney for Defendant Abbott Laboratories, Inc. | DATE<br><br>November 30, 2007 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER: R. Christopher Cook, Esq., Jones Day, 51 Louisiana Ave., N.W., Washington, DC 20001 (202) 879-3939

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

(C)    PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party service the subpoena shall not be entitled to inspect and copy materials or inspect the premises expect pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
(i)    fails to allow reasonable time for compliance;
(ii)   requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
(iii)  requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv)   subjects a person to undue burden.

(B) If a subpoena

(i)    requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii)   requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii)  requires a person who is not a party of an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

# EXHIBIT A

## Documents Requested

1.      A copy of your most current resume.

2.      A copy of any and all Documents in your personal possession relating in any way to the pricing of drugs and/or the administration or dispensing of drugs under Medicare or Medicaid.

3.      A copy of any and all Documents in your personal possession concerning the use of AWP or WAC by the Medicare or Medicaid programs for the reimbursement of drugs and/or the administration or dispensing of drugs.

4.      A copy of any and all Documents in your personal possession concerning communications with Ven-A-Care of the Florida Keys, Inc., Centers for Medicare and Medicaid Services ("CMS") (including the office of the General Counsel), and/or any party which is a plaintiff in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

5.      A copy of any and all Documents in your personal possession concerning communications with the Department of Justice ("DOJ") or CMS regarding limitations on communications with any party which is a defendant in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

## Definitions

1. "AWP" or "Average Wholesale Price" means any figures so categorized and periodically published by any Publisher.

2. "Concern," "concerning," "relating to," or "relate to" means refer to, regard, concern, describe, explain, state, evidence, record, constitute, pertain to, reflect, comprise, contain, embody, mention, show, support, contradict, and discuss, whether directly or indirectly, as required by the context to bring within the scope of the requests in this request for production of documents any documents that might be deemed outside their scope by another construction.

3. "Documents" means all original written, recorded, or graphic matters whatsoever, and any and all non-identical copies thereof, including but not limited to advertisements, affidavits, agreements, analyses, applications, appointment books, bills, binders, books, books of account, brochures, calendars, charts, checks or other records of payment, communications, computer printouts, computer stores data, conferences, or other meetings, contracts, correspondence, diaries, electronic mail, evaluations,

facsimiles, files, filings, folders, forms, interviews, invoices, jottings, letters, lists, manuals, memoranda, microfilm or other data compilations from which information can be derived, minutes, notations, notebooks, notes, opinions, pamphlets, papers, photocopies, photographs or other visual images, policies, recordings of telephone or other conversations, records, reports, resumes, schedules, scraps of paper, statements, studies, summaries, tangible things, tapes, telegraphs, telephone logs, telex messages, transcripts, website postings, and work papers, which are in the possession of the Carrier as defined above. A draft or non-identical copy is a separate document within the meaning of this term.

4. "WAC" means "Wholesale Acquisition Cost."

# EXHIBIT R-1

Hoover, John W

1

```
 1      IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

 2         THIRD JUDICIAL DISTRICT AT ANCHORAGE

 3    - - - - - - - - - - - - - - - - - x

 4    STATE OF ALASKA,                  :

 5                  Plaintiff,          : Case No.

 6           vs.                        : 3AN-06-12297
CI

 7    ABBOTT LABORATORIES and DEY, INC.,:

 8                  Defendants.         :

 9    - - - - - - - - - - - - - - - - - x

10

11    IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY,
ALABAMA

12    - - - - - - - - - - - - - - - - - x

13    In the Matter of:                 :

14                                      :

15    ALABAMA MEDICAID PHARMACEUTICAL   : Master Docket

16    AVERAGE WHOLESALE PRICE LITIGATION:

17    - - - - - - - - - - - - - - - - - x No.
CV-2005-219

18    This Document Relates to:         :

19                                      :

20    State of Alabama vs.              :

21    Abbott Laboratories, Inc.         :

22    - - - - - - - - - - - - - - - - - x
```

Page 1

Hoover, John W

2

```
 1      IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
 2                   STATE OF HAWAII
 3    - - - - - - - - - - - - - - - - -x
 4    STATE OF HAWAII,                  :
 5                    Plaintiff,    : Case No.
 6          vs.                     : 06-1-0720-04
 7    ABBOTT LABORATORIES, et al.,    : Judge Eden
 8                    Defendants.    : Elizabeth Hifo
 9    - - - - - - - - - - - - - - - - -x
10
11
12    IN THE DISTRICT COURT OF THE FOURTH JUDICIAL
13    DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE
14    COUNTY OF ADA
15    - - - - - - - - - - - - - - - - -x
16    STATE OF IDAHO,                  :
17                    Plaintiff,    : Case No.
18          vs.                     : CV OC 0701846
19    ABBOTT LABORATORIES,            :
20                    Defendant.    :
```

EEH

Page 2

                    Hoover, John W
21   - - - - - - - - - - - - - - - - -x

22



   3



    1     IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

    2        COUNTY DEPARTMENT, CHANCERY DIVISION

    3   - - - - - - - - - - - - - - - - - - x

    4   THE PEOPLE OF THE STATE OF ILLINOIS,:

    5                    Plaintiff,        : Case No.

    6         vs.                          : 05 CH 02474

    7   ABBOTT LABORATORIES, et al.,       :

    8                    Defendants.       :

    9   - - - - - - - - - - - - - - - - - - x

   10

   11

   12           COMMONWEALTH OF KENTUCKY

   13        FRANKLIN CIRCUIT COURT – DIV. II

   14           CIVIL ACTION NO. 03-CI-1134

   15   - - - - - - - - - - - - - - - - x

   16   COMMONWEALTH OF KENTUCKY,        :

   17                    Plaintiff,      : Judge Crittenden

   18         vs.                        :

   19   ABBOTT LABORATORIES, INC.,       :
                        Page 3

Hoover, John W

20              Defendant.      :

21  - - - - - - - - - - - - - - - - x

22

4

1              UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF MASSACHUSETTS

3  - - - - - - - - - - - - - - -x

4  IN RE: PHARMACEUTICAL INDUSTRY : MDL NO. 1456

5  AVERAGE WHOLESALE PRICE        : CIVIL ACTION:

6  LITIGATION                     : 01-CV-12257-PBS

7  - - - - - - - - - - - - - - -x Judge Patti B.
Saris

8  THIS DOCUMENT RELATES TO       : Chief Magistrate

9  ALL CASES IN MDL NO. 1456.     : Judge Marianne B.

10  - - - - - - - - - - - - - - -x Bowler

11

12

13  IN THE CHANCERY COURT OF HINDS COUNTY, MISSISSIPPI

14               FIRST JUDICIAL DISTRICT

15  - - - - - - - - - - - - - - - -x

16  THE STATE OF MISSISSIPPI,       :

17                    Plaintiff,    : CIVIL ACTION
                        Page 4

Hoover, John W

NO.

18          vs.                    : G2005-2021

19   ABBOTT LABORATORIES INC., et al.,:

20                    Defendants.      :

21   - - - - - - - - - - - - - - - -x

22

         5

1          UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF MASSACHUSETTS

3    - - - - - - - - - - - - - - x

4    IN RE: PHARMACEUTICAL INDUSTRY: MDL NO. 1456

5    AVERAGE WHOLESALE PRICE      : Civil Action Nos.

6    LITIGATION                   : 1:07-cv-10270-PBS

7    - - - - - - - - - - - - - - x 1:07-cv-12257-PBS

8    This filing relates to       :

9    State of Ohio v. Dey, Inc.,  :

10   et al.                       : Judge Patti B.

11   Case No. 1:07-cv-10270-PBS   :    Saris

12   - - - - - - - - - - - - - - x

13

14               COURT OF COMMON PLEAS

15               HAMILTON COUNTY, OHIO

                    Hoover, John W

16    - - - - - - - - - - - - -x

17    STATE OF OHIO,                 :

18                    Plaintiff, : Consolidated Civil

19          vs.                  : Case No. A0402047

20    DEY, INC., et al.,           : (Case Remanded –

21                    Defendants.: Case No. May Change)

22    - - - - - - - - - - - - -x Judge Myers


     6


      1    STATE OF NEW YORK

      2    SUPREME COURT:  COUNTY OF OSWEGO

      3    - - - - - - - - - - - - - - - -x

      4    COUNTY OF OSWEGO,                 :

      5                    Plaintiff,     : Index No.

      6          vs.                  : 06-0697

      7    ABBOTT LABORATORIES, INC. et al.,:

      8                    Defendants.    :

      9    - - - - - - - - - - - - - - - -x

     10

     11     IN THE COMMONWEALTH COURT OF PENNSYLVANIA

     12    - - - - - - - - - - - - - - - - x

     13    COMMONWEALTH OF PENNSYLVANIA,     :

Hoover, John W

```
14    by THOMAS W. CORBETT, JR. in his  :

15    capacity as Attorney General of    :

16    the Commonwealth of Pennsylvania, :

17                    Plaintiff,       : No.:

18            vs.                      : 212 M.D. 2004

19    TAP PHARMACEUTICAL PRODUCTS, INC.,:

20    ET AL.,                          :

21                    Defendants.      :

22    - - - - - - - - - - - - - - - - - x
```

7

```
1    STATE OF SOUTH CAROLINA          : IN THE COURT
OF

2    COUNTY OF RICHLAND               : COMMON PLEAS
FOR

3    - - - - - - - - - - - - - - - - x THE FIFTH

4    STATE OF SOUTH CAROLINA, and     : JUDICIAL
CIRCUIT

5    HENRY D. MCMASTER, in his official:

6    capacity as Attorney General for  :

7    the State of South Carolina,      :

8                    Plaintiff,       : Case No.:

9            vs.                      :
2006-CP-40-4394

10    ABBOTT LABORATORIES, INC.,       :
```
Page 7

Hoover, John W

11              Defendant.        :

12     - - - - - - - - - - - - - - - - x

13

14     STATE OF NEW YORK

15     SUPREME COURT : COUNTY OF SCHENECTADY

16     - - - - - - - - - - - - - - - - x

17     COUNTY OF SCHENECTADY,          :

18              Plaintiff,      : Index No.
06-0886

19          vs.                    :

20     ABBOTT LABORATORIES INC. et al.,:

21              Defendants.       :

22     - - - - - - - - - - - - - - - - x

8

1     STATE OF WISCONSIN    CIRCUIT COURT    DANE COUNTY

2                     Branch 9

3     - - - - - - - - - - - - - - - -x

4     STATE OF WISCONSIN,          :

5              Plaintiff,   : Case No.:
04-CV-1709

6          vs.                    :

7     AMGEN INC., et al.,          :

Page 8

Hoover, John W

8                  Defendants.  :

9    - - - - - - - - - - - - - - -x

10                           Washington, D.C.

11                           Tuesday, December 18, 2007

12              Videotaped Deposition of JOHN W. HOOVER,

13   a witness herein, called for examination by
counsel

14   for Abbott Laboratories, in the above-entitled

15   matter, pursuant to notice, the witness being duly

16   sworn by KAREN YOUNG, a Notary Public in and for
the

17   District of Columbia, taken at the offices of
Jones

18   Day, 51 Louisiana Avenue, Northwest, Washington,

19   D.C., at 9:52 a.m. on Tuesday, December 18, 2007,

20   and the proceedings being taken down by Stenotype

21   by KAREN YOUNG, and transcribed under her
direction.

22

9

1    APPEARANCES:

2

3    On Behalf of the State of Florida: (by telephone)

Page 9

Hoover, John W

4

5          GRETCHEN WALLACE, ESQ.

6          State of Florida Attorney General's
Office

7          PL-01 The Capitol

8          Tallahassee, Florida 32399

9          gretchen.wallace@myfloridalegal.com

10         (850) 414-3911

11

12   On Behalf of the United States of America:

13

14         GEORGE B. HENDERSON, ESQ.

15         U.S. Department of Justice

16         U.S. Attorney's Office

17         United States Courthouse

18         1 Courthouse Way, Suite 9200

19         Boston, MA 02210

20         george.henderson2@usdoj.gov

21         (617) 748-3272

22

10

1   APPEARANCES:   (CONTINUED)

Page 10

Hoover, John W

2

3    On Behalf of the U.S. Department of Health and

4    Human Services:

5

6            BRIAN A. KELLEY, ESQ.

7            US Department of Health and Human
Services

8            Office of General Counsel, CMS Division

9            330 Independence Avenue, S.W., Room 5345

10           Washington, D.C. 20201

11           brian.kelley@hhs.gov

12           (202) 205-8702

13

14   On Behalf of Abbott Laboratories:

15

16           SEAN P. MALONE, ESQ.

17           Jones Day

18           51 Louisiana Avenue, Northwest

19           Washington, D.C. 20001-2113

20           SPMALONE@JONESDAY.COM

21           (202) 879-3939

22

11

Page 11

Hoover, John W

1   APPEARANCES:   (CONTINUED)

2

3   On Behalf of Dey, Inc., Dey, L.P.,

4   and Dey, L.P. Inc.:

5

6               MARISA A. SZELAG, ESQ.

7               Kelley Drye & Warren LLP

8               101 Park Avenue

9               New York, New York 10178

10              mszelag@kelleydrye.com

11              (212) 808-7697

12

13  On Behalf of the State of California: (by
telephone)

14

15              ELISEO SISNEROS, ESQ.

16              Bureau of Medical Fraud & Elder Abuse

17              Civil Prosecutions Unit

18              110 West A Street, #1100

19              San Diego, California 92101

20              eliseo.sisneros@doj.ca.gov

21              (619) 688-6043

22

12

Hoover, John W

1    APPEARANCES:  (CONTINUED)

2

3    On Behalf of the State of Alabama: (by telephone)

4

5              H. CLAY BARNETT, III, ESQ.

6              PAUL LYNN, ESQ.

7              Beasley, Allen, Crow, Methvin,

8              Portis & Miles, P.C.

9              218 Commerce Street

10             Montgomery, Alabama 36104

11             clay.barnett@beasleyallen.com

12             (800) 898-2034

13

14   On Behalf of Bristol-Myers Squibb: (by telephone)

15

16             DIANNE M. PETERSON, ESQ.

17             Hogan & Hartson LLP

18             875 Third Avenue

19             New York, New York 20022

20             dmpeterson@hhlaw.com

21             jpfeingold@hhlaw.com

22             (212) 918-3636

Page 13

Hoover, John W

13

```
 1    APPEARANCES:   (CONTINUED)

 2

 3    On Behalf of Roxane Laboratories and Boehringer

 4    Ingelheim: (by telephone)

 5

 6               JARED HECK, ESQ.

 7               Kirkland & Ellis LLP

 8               200 East Randolph Drive

 9               Chicago, Illinois 60601-6636

10               jheck@kirkland.com

11               (312) 469-7087

12

13    On Behalf of Schering-Plough Corporation,

14    Schering Corporation and Warrick

15    Pharmaceuticals Corporation: (by telephone)

16

17               C. SCOTT JONES, ESQ.

18               Locke, Liddell & Sapp

19               2200 Ross Avenue, Suite 2200

20               Dallas, Texas 75201

21               sjones@lockeliddell.com

22               (214) 740-8594
```

Hoover, John W

14

1  APPEARANCES:  (CONTINUED)

2

3  ALSO PRESENT:

4

5            Mia Marbury, Videographer

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Hoover, John W

15

1                      C O N T E N T S

2

3    THE WITNESS: JOHN W. HOOVER
PAGE

4        Examination By Mr. Malone...................
019

5        Examination By Ms. Szelag..................
161

6        Examination By Mr. Heck....................
198

7        Examination By Mr. Henderson...............
217

8

9

10                    E X H I B I T S

11   NUMBER              DESCRIPTION
PAGE

12   Exhibit Abbott 507-Notice of Deposition of

13                   John Hoover................
056

14   Exhibit Abbott 508-Centers for Medicare &

15                   Medicaid Services Web Site..
086

16   Exhibit Abbott 509-Medicaid Program Budget

Page 16

# EXHIBIT S



LEXISNEXIS' FILE & SERVE
15933749
E-SERVICE
Aug 13 2007
6:10PM

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
|  | MDL No. 1456 |
|  | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) |
| ALL ACTIONS [1] | ) ) ) ) |
|  | Judge Patti B. Saris |
|  | Magistrate Judge Marianne B. Bowler |

### CROSS-NOTICE OF DEPOSITION OF RICHARD MORRIS

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Schering Corporation ("Schering"), Schering Plough Corporation ("Schering Plough"), and Warrick Pharmaceuticals Corporation ("Warrick")[2] hereby cross-notice the deposition of Richard Morris for purposes of all cases pending in MDL No. 1456.

On August 8, 2007, attorneys for Abbott Laboratories, Inc. noticed the deposition of Mr. Morris for purposes of *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* No. 06-CV-11337-PBS, a matter that is currently a part of MDL No. 1456. This notice is attached hereto. Through this cross-notice, counsel are hereby informed that the deposition of Mr. Morris will also be proceeding for purposes of all other cases pending in MDL No. 1456, to the extent permitted under the Federal Rules of Civil Procedure, Court order, and any other applicable rules.

---

[1] As explained herein, this cross-notice regards all actions pending in MDL No. 1456, to the extent permitted under the Federal Rules of Civil Procedure, Court order, and any other applicable rules.

[2] This cross-notice, which is being served for purposes of a number of actions pending in MDL No. 1456, is only served in a particular action on behalf of those entities that have appeared, been named, and been served in that particular action. To the extent that Schering, Schering Plough, or Warrick have not appeared, been served, or been named in a particular action, this notice does not constitute an appearance, consent to service, or consent to joinder

The deposition will take place before a notary public, or any other officer authorized to administer oaths, at Microtel Inns & Suites, 215 Collins Industrial Way, Lawrenceville, Georgia on August 29, 2007 beginning at 8:30 a.m. and continuing on successive days as necessary. The attached subpoena *duces tecum* directs the witness to appear for the deposition and produce certain documents. The deposition will be taken upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means. The deposition is being taken for the purposes of discovery, for use at trial, and for such other purposes as permitted under the Federal Rules of Civil Procedure, Court order, and any other applicable rules.

By attorneys,

/s/ Eric P. Christofferson
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering Corporation, Schering-Plough Corporation, and Warrick Pharmaceuticals Corporation*

Dated:  August 13, 2007

---

by Schering, Schering Plough, or Warrick, respectively, in that action.  Schering, Schering Plough, and Warrick also do not waive any objection regarding jurisdiction or other defenses, where applicable.

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/  Jobe G. Danganan
Jobe G. Danganan

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc., et al.* | ) | |
| No. 06-CV-11337-PBS | ) | |

**NOTICE OF DEPOSITION OF RICHARD MORRIS**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Abbott Laboratories, Inc. ("Abbott") by its undersigned attorneys, will take the

deposition of Richard Morris.

The deposition will take place before a notary public, or any other officer authorized to

administer oaths, at Microtel Inns & Suites, 215 Collins Industrial Way, Lawrenceville, Georgia

on August 29, 2007 beginning at 8:30 a.m. and continuing on successive days as necessary. The

attached subpoena *duces tecum* directs the witness to appear for deposition and produce certain

documents. The deposition will be taken upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means. The

deposition is being taken for the purposes of discovery, for use at trial, and for such other

purposes as permitted under the Federal Rules of Civil Procedure.

Dated: August 8, 2007

 /s/ David S. Torborg 
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF DEPOSITION OF RICHARD MORRIS to be served upon all counsel of record electronically by causing same to be posted via LexisNexis, this 8th day of August, 2007.

                                    /s/ David S. Torborg
                                  David S. Torborg

AO 88 (Rev. 1/94) Subpoena in a Civil Case



# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

| | Pending in: |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS** |
| | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.* | Civil Action No. 06-CV-11337-PBS Lead Case No. 01-CV-12257-PBS |
| | Judge Patti B. Saris |
| | Chief Magistrate Judge Marianne B. Bowler |

# SUBPOENA DUCES TECUM

TO:   Richard Morris
      Care of:
      Ana Maria Martinez, Esq.
      Assistant United States Attorney
      99 N.E. 4th Street
      Miami, FL 33132

☐ **YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.**

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ **YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.**

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Microtel Inns & Suites 215 Collins Industrial Way Lawrenceville, Georgia | **August 29, 2007 at 8:30 AM** |

☒ **YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):**
      Please see attached Exhibit A

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ **YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.**

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Attorney for Defendant Abbott Laboratories, Inc. | August 8, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER: David S. Torborg, Esq., Jones Day, 51 Louisiana Ave., N.W., Washington, D.C. 20001, (202) 879-3939

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

(C)   PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party service the subpoena shall not be entitled to inspect and copy materials or inspect the premises expect pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
   (i)   fails to allow reasonable time for compliance;
   (ii)  requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
   (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
   (iv)  subjects a person to undue burden.

(B) If a subpoena

   (i)   requires disclosure of a trade secret or other confidential research, development, or commercial information, or
   (ii)  requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
   (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## EXHIBIT A

### <u>Documents Requested</u>

1.      A copy of your most current resume.

2.      A copy of any and all Documents in your personal possession relating in any way to the pricing of drugs and/or the administration or dispensing of drugs under Medicare or Medicaid.

3.      A copy of any and all Documents in your personal possession concerning the use of AWP or WAC by the Medicare or Medicaid programs for the reimbursement of drugs and/or the administration or dispensing of drugs.

4.      A copy of any and all Documents in your personal possession concerning communications with Ven-A-Care of the Florida Keys, Inc., Centers for Medicare and Medicaid Services ("CMS") (including the office of the General Counsel), and/or any party which is a plaintiff in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

5.      A copy of any and all Documents in your personal possession concerning communications with the Department of Justice ("DOJ") or CMS regarding limitations on communications with any party which is a defendant in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

### <u>Definitions</u>

1.      "AWP" or "Average Wholesale Price" means any figures so categorized and periodically published by any Publisher.

2.      "Concern," "concerning," "relating to," or "relate to" means refer to, regard, concern, describe, explain, state, evidence, record, constitute, pertain to, reflect, comprise, contain, embody, mention, show, support, contradict, and discuss, whether directly or indirectly, as required by the context to bring within the scope of the requests in this request for production of documents any documents that might be deemed outside their scope by another construction.

3.      "Documents" means all original written, recorded, or graphic matters whatsoever, and any and all non-identical copies thereof, including but not limited to advertisements, affidavits, agreements, analyses, applications, appointment books, bills, binders, books, books of account, brochures, calendars, charts, checks or other records of payment, communications, computer printouts, computer stores data, conferences, or other meetings, contracts, correspondence, diaries, electronic mail, evaluations, facsimiles, files, filings, folders, forms, interviews, invoices, jottings, letters, lists, manuals, memoranda, microfilm or other data

compilations from which information can be derived, minutes, notations, notebooks, notes, opinions, pamphlets, papers, photocopies, photographs or other visual images, policies, recordings of telephone or other conversations, records, reports, resumes, schedules, scraps of paper, statements, studies, summaries, tangible things, tapes, telegraphs, telephone logs, telex messages, transcripts, website postings, and work papers, which are in the possession of the Carrier as defined above.  A draft or non-identical copy is a separate document within the meaning of this term.

4.    "WAC" means "Wholesale Acquisition Cost."

# EXHIBIT S-1

Morris, Richard L.                                    August 29, 2007
Lawrenceville, GA

Page 1

1            THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF MASSACHUSETTS

3    ----------------------------X

4    In re:  PHARMACEUTICAL      )   MDL DOCKET NO.

5    INDUSTRY AVERAGE WHOLESALE  )   CIVIL ACTION

6    PRICE LITIGATION            )   01CV12257-PBS

7    ----------------------------X

8

9            IN THE CIRCUIT COURT OF

10           MONTGOMERY COUNTY, ALABAMA

11   ----------------------------X

12   STATE OF ALABAMA,           )   CASE NUMBER:

13        Plaintiff,             )   CV-2005-219

14     vs.                       )

15   ABBOTT LABORATORIES, INC.,  )

16   et al.,                     )

17        Defendants.            )

18   ----------------------------X

19

20      VIDEOTAPED DEPOSITION OF RICHARD L. MORRIS

21            LAWRENCEVILLE, GEORGIA

22            WEDNESDAY, AUGUST 29, 2007

Morris, Richard L.                                                                                    August 29, 2007
Lawrenceville, GA

---

Page 2

1     Videotaped Deposition of RICHARD L. MORRIS, a
2   witness herein, called for examination by counsel
3   for Defendant Abbott Laboratories in the above-
4   entitled matter, pursuant to Notice, the witness
5   being duly sworn by STEVEN S. HUSEBY, a Notary
6   Public in and for the State of Georgia, taken at
7   The Microtel Inn, 215 Collins Industrial Way,
8   Lawrenceville, Georgia, at 8:39 a.m., and the
9   proceedings being taken down by Stenotype by
10   STEVEN S. HUSEBY, CRR, RPR, and transcribed under
11   his direction.
12
13
14
15
16
17
18
19
20
21
22

---

Page 3

1               A P P E A R A N C E S:
2
3   On Behalf of Abbott Laboratories:
4
5           LOUIS P. GABEL, Esq.
6           Jones Day
7           51 Louisiana Avenue, N.W.
8           Washington, D.C. 20001-2113
9           (202) 879-3939
10
11
12   On Behalf of SmithKline Beecham Corporation,
13   d/b/a GlaxoSmithKline:
14
15           RONALD G. DOVE, JR., Esq.
16           Covington & Burling, LLP
17           1201 Pennsylvania Avenue, NW
18           Washington, DC 20004-2401
19           (202) 662-6000
20
21
22   (CONTINUED)

---

Page 4

1       A P P E A R A N C E S:  (CONTINUED)
2
3   On Behalf of Ven-A-Care of the Florida Keys, Inc.:
4
5           GARY L. AZORSKY, Esq.
6           Berger & Montague, P.C.
7           1622 Locust Street
8           Philadelphia, PA 19103
9           (215) 875-3090
10
11
12   On behalf of the Plaintiff States of HI, ID, KY,
13   WI, NYC, New York Counties in MDL 1456 other than
14   Nassau and Orange:
15
16           MICHAEL WINGET-HERNANDEZ, ESQ.
17           Winget-Hernandez LLP
18           3112 Windsor Rd., #228
19           Austin, TX 78703
20           (512) 474-4095
21
22   (CONTINUED)

---

Page 5

1       A P P E A R A N C E S:  (CONTINUED)
2
3   On Behalf of The State of Florida:
4
5           MARY S. MILLER, Esq.
6           Office of the Attorney General
7           PL-01, The Capitol
8           Tallahassee, Florida 32399
9           (850) 414-3600
10
11
12   On Behalf of The United States of America:
13
14           ANA MARIA MARTINEZ, Esq.
15           Assistant U.S. Attorney
16           99 N.E. 4th Street
17           Miami, Fl. 33132
18           (305) 961-9001
19
20
21
22   (CONTINUED)

---

2 (Pages 2 to 5)

Morris, Richard L.                                                                      August 29, 2007

Lawrenceville, GA

Page 6

1       A P P E A R A N C E S:  (CONTINUED)
2
3       On Behalf of the State of Alabama:
4
5               W. DANIEL "Dee" MILES, III, Esq.
6               Beasley, Allen, Crow, Methvin,
7               Portis & Miles, P.C.
8               218 Commerce Street
9               Montgomery, AL 36104
10              (334) 269-2343
11
12
13      On Behalf of Abbott Laboratories:
14
15              (Appearance via phone)
16              SARAH P. SPRUILL, Esq.
17              Haynsworth Sinkler Boyd, P.A.
18              1201 Main Street
19              22nd Floor
20              Columbia, South Carolina 29201
21              (803) 540-7854
22

Page 8

1       A P P E A R A N C E S:  (CONTINUED)
2
3       On Behalf of AstraZeneca Pharmaceuticals LP and
4       AstraZeneca LP:
5
6               (Appearance via phone)
7               CATHERYN O'ROURKE, Esq.
8               Davis Polk & Wardwell
9               450 Lexington Avenue
10              New York, NY 10017
11              (212) 450-4017
12
13
14      On Behalf of Bristol-Myers Squibb Company:
15
16              (Appearance via phone)
17              HOA HOANG, Esq.
18              Hogan & Hartson, LLP
19              875 Third Avenue
20              New York, NY 10022
21              (212) 918-3640
22

Page 7

1       A P P E A R A N C E S:  (CONTINUED)
2
3       On Behalf of Schering Corporation, Schering-Plough
4       Corporation, and Warrick  Pharmaceuticals
5       Corporation:
6
7               (Appearance via phone)
8               GINGER APPLEBERRY, Esq.
9               Locke Liddell & Sapp PLLC
10              2200 Ross Avenue, Suite 2200
11              Dallas, Texas 75201
12              (214) 740-8459
13
14
15      On Behalf of Sandoz, Inc.:
16
17              (Appearance via phone)
18              THOMAS M. BIESTY, Esq.
19              White & Case LLP
20              1155 Avenue of the Americas
21              New York, New York 10036-2787
22              (212) 819-8713

Page 9

1       A P P E A R A N C E S:  (CONTINUED)
2
3       On Behalf of Barr Laboratories, Inc.:
4
5               (Appearance via phone)
6               JUDSON D. BROWN, Esq.
7               Kirkland & Ellis LLP
8               655 Fifteenth Street, NW
9               Washington D.C. 20005
10              (202) 879-5082
11
12
13      On Behalf of Aventis Pharmaceuticals Inc.:
14
15              (Appearance via phone)
16              TIFFANY WESTPHAL KILLOREN, Esq.
17              Shook, Hardy & Bacon L.L.P.
18              2555 Grand Blvd.
19              Kansas City, Missouri 64108
20              (816) 474-6550
21
22      (CONTINUED)

3 (Pages 6 to 9)

Morris, Richard L.                                                         August 29, 2007
Lawrenceville, GA

Page 10

1    A P P E A R A N C E S:  (CONTINUED)
2
3    On Behalf of The Centers for Medicare &
4    Medicaid Services
5
6          (Appearance via phone)
7          LESLIE M. STAFFORD, Esq.
8          7500 Security Boulevard
9          Mail Stop C2-05-23
10         Baltimore, MD 21244
11         (410) 786-9655
12
13   On Behalf of Dey, Inc., Dey, L.P., Dey L.P., Inc.,
14   Mylan Laboratories, Inc., Mylan Pharmaceuticals,
15   Inc., UDL Laboratories, Inc.:
16
17         (Appearance via phone)
18         CLIFF KATZ, Esq.
19         Kelley Drye & Warren LLP
20         101 Park Avenue
21         New York, NY 10178
22         (212) 808-7609

Page 11

1    A P P E A R A N C E S:  (CONTINUED)
2
3    On Behalf of Baxter Healthcare Corporation:
4
5          (Appearance via phone)
6          JASON D. WALLACH, Esq.
7          Dickstein, Shapiro LLP
8          1825 Eye Street, N.W.
9          Washington, D.C.  20006
10         (202) 420-2200
11
12
13   On Behalf of the State of California:
14
15         STEVE ROSS, Esq.
16         Attorney General's Office
17         California Department of Justice
18         P.O. Box 944255
19         Sacramento, CA 94244-2550
20         (916) 322-3360
21
22   (CONTINUED)

Page 12

1    A P P E A R A N C E S:  (CONTINUED)
2
3    On Behalf of Roxanne Laboratories and
4    Boehringer Ingelheim:
5
6          ERIC T. GORTNER, Esq.
7          Kirkland & Ellis LLP
8          200 East Randolph Drive
9          Chicago, Illinois 60601-6636
10         (312) 861-2000
11
12
13
14
15
16
17
18
19
20
21
22

Page 13

1                  I N D E X
2
3    WITNESS:  RICHARD L. MORRIS          PAGE
4
5    EXAMINATION BY MR. GABEL.................... 021
6    EXAMINATION BY MR. MILES.................... 207
7    EXAMINATION BY MR. HERNANDEZ................ 224
8    EXAMINATION BY MR. AZORSKY.................. 226
9    EXAMINATION BY MR. DOVE..................... 234
10   FURTHER EXAMINATION BY MR. MILES............ 254
11   FURTHER EXAMINATION BY MR. DOVE............. 257
12
13
14              E X H I B I T S
15   NUMBER          DESCRIPTION          PAGE
16   Exhibit Abbott 264 - Resume of Richard Morris.. 055
17   Exhibit Abbott 265 - ABT-DOJ 0300421 to 422.... 063
18   Exhibit Abbott 266 - ABT-DOJ 0300434 to 436.... 063
19   Exhibit Abbott 267 - Excerpt from Federal
20              Register Volume 39,
21              Number 230, Dated
22              November 27, 1974......... 080

4 (Pages 10 to 13)

# EXHIBIT T



16149689

Aug 30 2007
5:33PM

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL No. 1456 |
| | ) | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | ) ) | Judge Patti B. Saris |
| ALL ACTIONS [1] | ) ) | Magistrate Judge Marianne B. Bowler |
| | ) ) | |

## CROSS-NOTICE OF DEPOSITION OF ROBERT NIEMANN

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Schering Corporation ("Schering"), Schering Plough Corporation ("Schering

Plough"), and Warrick Pharmaceuticals Corporation ("Warrick")[2] hereby cross-notice the

deposition of Robert Niemann for purposes of all cases pending in MDL No. 1456.

On August 22, 2007, attorneys for Abbott Laboratories, Inc. noticed the deposition of Mr.

Niemann for purposes of *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott*

*Laboratories, Inc.,* No. 06-CV-11337-PBS, a matter that is currently a part of MDL No. 1456.

This notice is attached hereto.  Through this cross-notice, counsel are hereby informed that the

deposition of Mr. Niemann will also be proceeding for purposes of all other cases pending in

MDL No. 1456, to the extent permitted under the Federal Rules of Civil Procedure, Court order,

and any other applicable rules.

---

[1] As explained herein, this cross-notice regards all actions pending in MDL No. 1456, to the extent permitted under the Federal Rules of Civil Procedure, Court order, and any other applicable rules.

[2] This cross-notice, which is being served for purposes of a number of actions pending in MDL No. 1456, is only served in a particular action on behalf of those entities that have appeared, been named, and been served in that particular action.  To the extent that Schering, Schering Plough, or Warrick have not appeared, been served, or been named in a particular action, this notice does not constitute an appearance, consent to service, or consent to joinder

The deposition will take place before a notary public, or any other officer authorized to administer oaths, at the Centers for Medicare and Medicaid Services, 7111 Security Boulevard, Room B-310, Baltimore, MD on September 14, 2007 beginning at 9:00 a.m. and continuing on successive days as necessary. The attached subpoena *duces tecum* directs the witness to appear for the deposition and produce certain documents. The deposition will be taken upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means. The deposition is being taken for the purposes of discovery, for use at trial, and for such other purposes as permitted under the Federal Rules of Civil Procedure, Court order, and any other applicable rules.

By attorneys,

/s/ Jobe G. Danganan
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Daniel J. Bennett (BBO#663324)
Jobe G. Danganan (BBO#660446)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering Corporation, Schering-Plough Corporation, and Warrick Pharmaceuticals Corporation*

Dated: August 30, 2007

by Schering, Schering Plough, or Warrick, respectively, in that action. Schering, Schering Plough, and Warrick also do not waive any objection regarding jurisdiction or other defenses, where applicable.

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/  Jobe G. Danganan
Jobe G. Danganan

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION: 01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc., et al.* | ) | |
| No. 06-CV-11337-PBS | ) | |

### NOTICE OF DEPOSITION OF ROBERT NIEMANN

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Abbott Laboratories, Inc. ("Abbott") by its undersigned attorneys, will take the

deposition of Robert Niemann.

The deposition will take place before a notary public, or any other officer authorized to

administer oaths, at Centers for Medicare & Medicaid Services, 7111 Security Boulevard, Room

B-310, Baltimore, Maryland on September 14, 2007 beginning at 9:00 a.m. and continuing on

successive days as necessary. The attached subpoena *duces tecum* directs the witness to appear

for deposition and produce certain documents. The deposition will be taken upon cross-

examination.

Such deposition will be recorded by stenographic and/or sound and visual means. The

deposition is being taken for the purposes of discovery, for use at trial, and for such other

purposes as permitted under the Federal Rules of Civil Procedure.

Dated:  August 22, 2007

/s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

I, R. Christopher Cook, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF DEPOSITION OF ROBERT NIEMANN to be served upon all counsel of record electronically by causing same to be posted via LexisNexis, this 22nd day of August, 2007.

/s/ R. Christopher Cook_____
R. Christopher Cook

AO 88 (Rev. 1/94) Subpoena in a Civil Case

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | **Pending in:** |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS** |
| | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.* | Civil Action No. 06-CV-11337-PBS Lead Case No. 01-CV-12257-PBS |
| | Judge Patti B. Saris |
| | Chief Magistrate Judge Marianne B. Bowler |

# SUBPOENA DUCES TECUM

TO:   Robert Niemann
      Care of:
      Laurie Oberembt, Esq.
      U.S. Department of Justice
      601 D Street, N.W.
      Washington, D.C. 20004

☐ **YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.**

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ **YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.**

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| **Centers for Medicare and Medicaid Services 7111 Security Boulevard, Room B-310 Baltimore, Maryland 21244** | **September 14, 2007 at 9:00 AM** |

☒ **YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):**
        Please see attached Exhibit A

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ **YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.**

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Attorney for Defendant Abbott Laboratories, Inc. | August 22, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER: R. Christopher Cook, Esq., Jones Day, 51 Louisiana Ave., N.W., Washington, D.C. 20001, (202) 879-3939

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

(C)   PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party service the subpoena shall not be entitled to inspect and copy materials or inspect the premises expect pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
  (i)   fails to allow reasonable time for compliance;
  (ii)  requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
  (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
  (iv)  subjects a person to undue burden.

(B) If a subpoena

  (i)   requires disclosure of a trade secret or other confidential research, development, or commercial information, or
  (ii)  requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
  (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## EXHIBIT A

### Documents Requested

1.      A copy of your most current resume.

2.      A copy of any and all Documents in your personal possession relating in any way to the pricing of drugs and/or the administration or dispensing of drugs under Medicare or Medicaid.

3.      A copy of any and all Documents in your personal possession concerning the use of AWP or WAC by the Medicare or Medicaid programs for the reimbursement of drugs and/or the administration or dispensing of drugs.

4.      A copy of any and all Documents in your personal possession concerning communications with Ven-A-Care of the Florida Keys, Inc., Centers for Medicare and Medicaid Services ("CMS") (including the office of the General Counsel), and/or any party which is a plaintiff in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

5.      A copy of any and all Documents in your personal possession concerning communications with the Department of Justice ("DOJ") or CMS regarding limitations on communications with any party which is a defendant in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

### Definitions

1.      "AWP" or "Average Wholesale Price" means any figures so categorized and periodically published by any Publisher.

2.      "Concern," "concerning," "relating to," or "relate to" means refer to, regard, concern, describe, explain, state, evidence, record, constitute, pertain to, reflect, comprise, contain, embody, mention, show, support, contradict, and discuss, whether directly or indirectly, as required by the context to bring within the scope of the requests in this request for production of documents any documents that might be deemed outside their scope by another construction.

3.      "Documents" means all original written, recorded, or graphic matters whatsoever, and any and all non-identical copies thereof, including but not limited to advertisements, affidavits, agreements, analyses, applications, appointment books, bills, binders, books, books of account, brochures, calendars, charts, checks or other records of payment, communications, computer printouts, computer stores data, conferences, or other meetings, contracts, correspondence, diaries, electronic mail, evaluations, facsimiles, files, filings, folders, forms, interviews, invoices, jottings, letters, lists, manuals, memoranda, microfilm or other data

compilations from which information can be derived, minutes, notations, notebooks, notes, opinions, pamphlets, papers, photocopies, photographs or other visual images, policies, recordings of telephone or other conversations, records, reports, resumes, schedules, scraps of paper, statements, studies, summaries, tangible things, tapes, telegraphs, telephone logs, telex messages, transcripts, website postings, and work papers, which are in the possession of the Carrier as defined above. A draft or non-identical copy is a separate document within the meaning of this term.

      4.     "WAC" means "Wholesale Acquisition Cost."

# EXHIBIT T-1

Niemann, Robert                                                    September 14, 2007
Baltimore, MD

Page 1

1

2              UNITED STATES DISTRICT COURT

3           FOR THE DISTRICT OF MASSACHUSETTS

4    - - - - - - - - - - - - - - -x

5    IN RE:  PHARMACEUTICAL      :   MDL NO. 1456

6    INDUSTRY AVERAGE WHOLESALE  :   CIVIL ACTION

7    PRICE LITIGATION            :   01-CV-12257-PBS

8    THIS DOCUMENT RELATES TO    :

9    U.S. ex rel. Ven-a-Care of  :   Judge Patti B. Saris

10   the Florida Keys, Inc.      :

11        v.                     :

12   Abbott Laboratories, Inc.,  :   Chief Magistrate

13   No. 06-CV-11337-PBS         :   Judge Marianne B.

14   - - - - - - - - - - - - - -x    Bowler

15                               Baltimore, Maryland

16                               Friday, September 14, 2007

17

18      Videotaped Telephone Deposition of ROBERT NIEMANN

19

20

21

22

Niemann, Robert                                                    September 14, 2007

Baltimore, MD

```
                                    Page 2                                           Page 4
 1          IN THE CIRCUIT COURT OF          1      IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
 2        MONTGOMERY COUNTY, ALABAMA         2               STATE OF HAWAII
 3     - - - - - - - - - - - - - -x          3     - - - - - - - - - - - - - - x
 4   STATE OF ALABAMA,         :             4   STATE OF HAWAII,          :
 5       Plaintiff,           :              5       Plaintiff,          :
 6       vs.          : Case No.: CV-05-219  6       vs.          :Case No. 06-10720-04-EEH
 7   ABBOTT LABORATORIES, INC.,  : Judge Charles Price  7   ABBOTT LABORATORIES, et al.,   :Judge Eden Elizabeth
 8   et al.            :                     8       Defendants.      :Hifo
 9       Defendants.        :                9     - - - - - - - - - - - - - - x
10     - - - - - - - - - - - - - -x         10
11                                          11
12                                          12
13                                          13
14                                          14
15                                          15
16                                          16
17                                          17
18                                          18
19                                          19
20                                          20
21                                          21
22                                          22
```

```
                                    Page 3                                           Page 5
 1    IN THE COURT OF THE SECOND JUDICIAL CIRCUIT   1        COMMONWEALTH OF KENTUCKY
 2       IN AND FOR LEON COUNTY, FLORIDA            2    FRANKLIN CIRCUIT COURT - DIVISION II
 3   THE STATE OF FLORIDA                           3       CIVIL ACTION NO. 03-CI-1134
 4   ex rel.                                        4     - - - - - - - - - - - - - - x
 5     - - - - - - - - - - - - - - x                5   COMMONWEALTH OF KENTUCKY          :
 6   VEN-A-CARE OF THE FLORIDA        :             6       Plaintiff,         : Judge Crittenden
 7   KEYS, INC., a Florida          :               7       vs.            :
 8   Corporation, by and through its   :            8   ABBOTT LABORATORIES, INC.       :
 9   principal officers and directors, :            9       Defendant.       :
10   ZACHARY T. BENTLEY and        :               10     - - - - - - - - - - - - - - x
11   T. MARK JONES,            :                   11
12       Plaintiffs,        :                      12
13       vs.            : Civil Action             13
14   MYLAN LABORATORIES INC.; MYLAN   : No.: 98-3032G  14
15   PHARMACEUTICALS INC.; NOVOPHARM  : Judge: William  15
16   LTD., SCHEIN PHARMACEUTICAL, INC.;:   L. Gary   16
17   TEVA PHARMACEUTICAL INDUSTRIES  :             17
18   LTD., TEVA PHARMACEUTICAL USA;  :             18
19   and WATSON PHARMACEUTICALS, INC., :           19
20       Defendants.       :                       20
21     - - - - - - - - - - - - - - x               21
22                                                 22
```

Henderson Legal Services
202-220-4158

Niemann, Robert                                                September 14, 2007

Baltimore, MD

|   | Page 6 |
|---|---|
| 1 | STATE OF SOUTH CAROLINA :  IN THE COURT OF |
| 2 | COUNTY OF RICHMOND      :  COMMON PLEAS |
| 3 |                 : FOR THE FIFTH |
| 4 | - - - - - - - - - - - X  JUDICIAL DISTRICT |
| 5 | STATE OF SOUTH CAROLINA : |
| 6 | and HENRY D. McMASTER in:  Case No. 2006-CP-40-4394 |
| 7 | his official capacity as: |
| 8 | Attorney General for the: |
| 9 | State of South Carolina : |
| 10 |        Plaintiffs, : |
| 11 |        vs.          : |
| 12 | ABBOTT LABORATORIES    : |
| 13 |        Defendant.  : |
| 14 | - - - - - - - - - - - X |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |

|   | Page 7 |
|---|---|
| 1 | STATE OF WISCONSIN       CIRCUIT COURT      DANE COUNTY |
| 2 |             Branch 9 |
| 3 | - - - - - - - - - - - X |
| 4 | STATE OF WISCONSIN,    : |
| 5 |        Plaintiff,  :Case No. 04-CV-1709 |
| 6 |        vs.          : |
| 7 | AMGEN, INC., et al,    : |
| 8 |        Defendants. : |
| 9 | - - - - - - - - - - - X |
| 10 |             Baltimore, Maryland |
| 11 |          Friday, September 14, 2007 |
| 12 |       Videotaped Telephone Deposition of ROBERT |
| 13 | NIEMANN, a witness herein, called for examination by |
| 14 | counsel for Abbott Laboratories in the above-entitled |
| 15 | matter, pursuant to subpoena, the witness being duly |
| 16 | sworn by SUSAN L. CIMINELLI, a Notary Public in and |
| 17 | for the State of Maryland, taken at the offices of |
| 18 | Centers for Medicare & Medicaid Services, 7411 |
| 19 | Security Boulevard, Baltimore, Maryland, at 9:18 |
| 20 | a.m., and the proceedings being taken down by |
| 21 | Stenotype by SUSAN L. CIMINELLI, CRR, RPR, and |
| 22 | transcribed under her direction. |

|   | Page 8 |
|---|---|
| 1 | APPEARANCES: |
| 2 | |
| 3 | On Behalf of the United States of America: |
| 4 |        LAURIE A. OBEREMBT, ESQ. |
| 5 |        U.S. Department of Justice |
| 6 |        Civil Division |
| 7 |        601 D Street, Northwest |
| 8 |        P.O. Box 261 |
| 9 |        Washington, D.C. 20044 |
| 10 | |
| 11 | On Behalf of the U.S. Department of |
| 12 |        Health and Human Services: |
| 13 |        LESLIE STAFFORD, ESQ. |
| 14 |        U.S. Department of Health and Human Services |
| 15 |        OGC, CMS Division |
| 16 |        Mail Stop C2-05-23 |
| 17 |        7500 Security Boulevard |
| 18 |        Baltimore, MD  21244-1850 |
| 19 |        (410) 786-9655 |
| 20 | |
| 21 | |
| 22 | |

|   | Page 9 |
|---|---|
| 1 | APPEARANCES (continued) |
| 2 | |
| 3 | On behalf of the State of California: (Via telephone) |
| 4 |        RANDAL GLASER, ESQ. |
| 5 |        Bureau of Medi-Cal Fraud & Elder Abuse |
| 6 |        Office of the Attorney General |
| 7 |        California Department of Justice |
| 8 |        (619) 688-6099 |
| 9 | |
| 10 | On Behalf of the State of Alabama: |
| 11 |        ROGER BATES, ESQ. |
| 12 |        Hand Arendall, L.L.C. |
| 13 |        1200 Park Place Tower |
| 14 |        2001 Park Place North |
| 15 |        Birmingham, AL  35203 |
| 16 |        (205) 502-0105 |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |

3 (Pages 6 to 9)

Niemann, Robert                                                                          September 14, 2007

Baltimore, MD

Page 10

1     APPEARANCES (continued)

2

3     On Behalf of the State of Florida: (Via telephone)

4         MARY S. MILLER, ESQ.

5         Office of the Attorney General of Florida

6         PL-01, The Capitol

7         Tallahassee, FL 32399-1050

8         (850) 414-3600

9

10    On Behalf of Ven-a-Care:

11        JOSEPH C. WILSON, ESQ.

12        Cotchett, Pitre & McCarthy

13        San Francisco Airport Office Center

14        840 Malcolm Road

15        Burlingame, CA  94010

16        (650) 697-6000

17

18

19

20

21

22

Page 12

1     APPEARANCES (continued)

2

3     On Behalf of Sandoz, Inc.: (Via telephone)

4         AMY KATCHERIAN, ESQ.

5         White & Case LLP

6         1155 Avenue of the Americas

7         New York, New York 10036-2787

8         (212) 819-8254

9

10    On behalf New York City & All NY Counties other

11    than Orange & Nassau:

12        AARON D. HOVAN, ESQ.

13        Kirby McInerney LLP

14        830 Third Avenue

15        New York, NY  10022

16        (212) 371-6600

17

18

19

20

21

22

Page 11

1     APPEARANCES (continued)

2

3     On Behalf of Schering-Plough Corporation and

4     Schering Corporation and Warrick Pharmaceuticals

5     Corporation:

6         SCOTT JONES, ESQ.

7         Locke Liddell & Sapp

8         2200 Ross Avenue, Suite 2200

9         Dallas, Texas 75201

10        (214) 740-8725

11

12    On Behalf of Abbott Laboratories:

13        CHRISTOPHER COOK, ESQ.

14        Jones Day

15        51 Louisiana Avenue, Northwest

16        Washington, D.C. 20001

17        (202) 879-3939

18

19

20

21

22

Page 13

1     APPEARANCES (continued)

2

3     On behalf of the States of Wisconsin, Kentucky,

4     Illinois, Missouri:  (Via telephone)

5         P. JEFFREY ARCHIBALD, ESQ.

6         Archibald Consumer Law Office

7         1914 Monroe Street

8         Madison, WI

9         661-8855

10

11    On Behalf of Bristol-Myers Squibb:

12    (Via telephone)

13        SANDHYA KAWATRA, ESQ.

14        Hogan & Hartson LLP

15        875 Third Avenue

16        New York, New York 10022

17        (212) 918-3528

18

19

20

21

22

4 (Pages 10 to 13)

Niemann, Robert                                                                September 14, 2007

Baltimore, MD

Page 14

1    APPEARANCES (continued)
2
3        On Behalf of Dey, Inc. and Dey, L.P. and Mylan:
4            SARAH L. REID, ESQ.
5            Kelley Drye & Warren LLP
6            101 Park Avenue
7            New York, New York 10178
8            (212) 808-7811
9
10       On Behalf of Aventis Pharmaceuticals:
11           JENNIFER H. McGEE, ESQ.
12           Shook, Hardy & Bacon LLP
13           Hamilton Square
14           800 14th Street, Northwest, Suite 800
15           Washington, D.C. 20005-2004
16           (202) 783-8400
17
18
19
20
21
22

Page 15

1    APPEARANCES (continued)
2
3        On Behalf of Roxane Laboratories and Boehringer
4        Ingelheim: (Via telephone)
5            ERIC GORTNER, ESQ.
6            Kirkland & Ellis LLP
7            200 East Randolph Drive
8            Chicago, Illinois 60601
9            (312) 861-2286
10
11       On behalf of Baxter Health Care: (Via telephone)
12           MERLE M. DELANCEY, ESQ.
13           Dickstein Shapiro LLP
14           1825 Eye Street, N.W.
15           Washington, D.C. 20006
16           (202) 420-2282
17
18       ALSO PRESENT:
19           Ellen Hebert, Videographer
20           Emily Watson
21
22

Page 16

1            C O N T E N T S
2    ROBERT NIEMANN            EXAMINATION
3    By Mr. Cook              20
4
5        Afternoon session - 137
6
7            E X H I B I T S
8    ABBOTT EXHIBIT NO.              PAGE
9    Exhibit Abbott 307-34,157              138
10   Exhibit Abbott 308-Memorandum HHD063-0388 to 0434   165
11   Exhibit Abbott 309-7/25/96 Letter HHD063-0377 to 78  180
12   Exhibit Abbott 310-8/5/96 Letter HHC014-0172 to 0189 180
13   Exhibit Abbott 311-4/22/96 Note Seabolt HHC026-0240  248
14   Exhibit Abbott 312-12/16/97 Meeting Sign-in sheet    258
15       HHD051-0516
16   Exhibit Abbott 313-8/4/2000 Memorandum HHD042-0423   271
17       to 0424
18   Exhibit Abbott 314-HHC902-0001              274
19   Exhibit Abbott 315-Email from Sheridan, 2/20/97      292
20
21
22

Page 17

1            P R O C E E D I N G S
2            THE VIDEOGRAPHER:  Good morning.  This is
3    the video deposition of Robert Niemann taken by
4    counsel for the Defendant in the matter of In Re
5    Pharmaceutical Industry Average Wholesale Price
6    litigation, in the United States District Court for
7    the District of Massachusetts, MDL number 1456, Civil
8    Action Number 01-CV-12257-PBS, held in the offices of
9    Centers for Medicare & Medicaid Services at 7111
10   Security Boulevard, Baltimore, Maryland on this date,
11   Friday, September 14th, 2007, at the time indicated
12   on the video screen, 9:18 a.m.
13           My name is Ellen Hebert.  I'm the legal
14   video specialist.  The court reporter is Sue
15   Ciminelli.  We are employed by Henderson Legal
16   Services.  Counsel will now introduce themselves and
17   the parties they represent, after which the court
18   reporter will swear in the witness.
19           MR. COOK:  Christopher Cook for Abbott
20   Laboratories from Jones Day.  And I'm accompanied by
21   a project assistant, Emily Watson.
22           MS. REID:  Sarah Reid from Kelley Drye on

5 (Pages 14 to 17)

Niemann, Robert - Vol. II                                October 11, 2007

Baltimore, MD

Page 300

```
 1              UNITED STATES DISTRICT COURT

 2              DISTRICT OF MASSACHUSETTS

 3   - - - - - - - - - - - - - - - -x

 4   In re:  PHARMACEUTICALS INDUSTRY :  MDL No. 1456

 5   AVERAGE WHOLESALE PRICE          :  Civil Action

 6   LITIGATION                       :  01-CV-12257-PBS

 7   _____:

 8   THIS DOCUMENT RELATES TO:        :  Judge Patti B.

 9   United States of America, ex     :    Saris

10   rel. Ven-a-Care of the Florida   :

11   Keys, Inc.,                      :

12           vs.                      :  Chief Magistrate

13   ABBOTT LABORATORIES, INC.,       :  Judge Marianne

14   No. 06-11337-PBS                 :   B. Bowler

15   - - - - - - - - - - - - - - - -x

16                           Baltimore, Maryland

17                           Thursday, October 11, 2007

18

19

20    Continued Videotaped Deposition of ROBERT NIEMANN

21                      Volume 2

22
```

Niemann, Robert - Vol. II                                                    October 11, 2007
Baltimore, MD

Page 301

```
1        IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA
2
3    - - - - - - - - - - - - - - x
4    STATE OF ALABAMA,          :
5         Plaintiff,            :
6         vs.           : Case No.: CV-05-219
7    ABBOTT LABORATORIES, INC.,   : Judge Charles Price
8    et al.,                      :
9         Defendants.            :
10   - - - - - - - - - - - - - - x
11
12
13       IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
14           STATE OF HAWAII
15
16   - - - - - - - - - - - - - - x
17   STATE OF HAWAII,            :
18       Plaintiff,      : Case No.
19       vs.         : 06-10720-04-EEH
20   ABBOTT LABORATORIES, et al.,   : Judge Eden
21       Defendants.   : Elizabeth Hifo
22   - - - - - - - - - - - - - - x
```

Page 303

```
1    IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
2        IN AND FOR LEON COUNTY, FLORIDA
3    THE STATE OF FLORIDA
4    ex rel.
5    - - - - - - - - - - - - - - x
6    VEN-A-CARE OF THE FLORIDA KEYS,   :
7    INC., a Florida Corporation, by   :
8    and through its principal officers   :
9    and directors, ZACHARY T. BENTLEY   :
10   and T. MARK JONES,            :
11       Plaintiffs,            :
12       vs.            : Civil Action
13   MYLAN LABORATORIES INC., MYLAN   : No.: 98-3032G
14   PHARMACEUTICALS INC., NOVOPHARM   : Judge:
15   LTD., SCHEIN PHARMACEUTICAL, INC.,   : William L.
16   TEVA PHARMACEUTICAL INDUSTRIES   : Gary
17   LTD., TEVA PHARMACEUTICAL USA;   :
18   and WATSON PHARMACEUTICALS, INC.,   :
19       Defendants,            :
20   - - - - - - - - - - - - - - x
21
22
```

Page 302

```
1        COMMONWEALTH OF KENTUCKY
2    FRANKLIN CIRCUIT COURT - DIVISION II
3        CIVIL ACTION NO. 03-CI-1134
4
5    - - - - - - - - - - - - - - x
6    COMMONWEALTH OF KENTUCKY,   :
7       Plaintiff,            :
8       vs.      : Judge Crittenden
9    ABBOTT LABORATORIES, INC.,   :
10      Defendant.            :
11   - - - - - - - - - - - - - - x
12
13
14
15
16
17
18
19
20
21
22
```

Page 304

```
1    STATE OF SOUTH CAROLINA      : IN THE COURT OF
2    COUNTY OF RICHMOND         : COMMON PLEAS
3                          : FOR THE FIFTH
4                          : JUDICIAL DISTRICT
5    - - - - - - - - - - - - - - -x
6    STATE OF SOUTH CAROLINA,      :
7    and HENRY D. McMASTER in his   :
8    official capacity as Attorney   :
9    General for the State of South   :
10   Carolina,               :
11       Plaintiffs,            :
12       vs.      : Case No.
13   ABBOTT LABORATORIES,      : 2006-CP-40-4394
14       Defendant.      :
15   - - - - - - - - - - - - - - -x
16
17
18
19
20
21
22
```

Henderson Legal Services
202-220-4158

Page 305

```
 1   STATE OF WISCONSIN      CIRCUIT COURT     DANE COUNTY
 2                 Branch 9
 3   - - - - - - - - - - - - - - x
 4   STATE OF WISCONSIN,          :
 5           Plaintiff,    :
 6           vs.          : Case No. 04-CV-1709
 7   AMGEN, INC., et al.,         :
 8           Defendants.  :
 9   - - - - - - - - - - - - - - x
10                Baltimore, Maryland
11              Thursday, October 11, 2007
12           Continued Videotaped Deposition of ROBERT
13   NIEMANN, a witness herein, called for examination by
14   counsel for Abbott Laboratories in the
15   above-entitled matter, pursuant to notice, the
16   witness being duly sworn by KAREN YOUNG, a Notary
17   Public in and for the State of Maryland, taken at
18   the offices of the Centers for Medicare & Medicaid
19   Services, 7111 Security Boulevard, Baltimore,
20   Maryland, at 9:25 a.m. on Thursday, October 11,
21   2007, and the proceedings being taken down by
22   Stenotype and transcribed by KAREN YOUNG.
```

Page 306

```
 1   APPEARANCES:
 2
 3       On Behalf of the United States of America:
 4
 5           LAURIE A. OBEREMBT, ESQ.
 6           U.S. Department of Justice
 7           Civil Division
 8           Commercial Litigation - Fraud Section
 9           601 D Street, Northwest
10           P.O. Box 261
11           Washington, D.C. 20044
12           (202) 514-3345
13
14       On Behalf of the State of California:
15           (by telephone)
16
17           RITA HANSCOM, ESQ.
18           Bureau of Medi-Cal Fraud & Elder Abuse
19           Office of the Attorney General
20           1455 Frazee Road, Suite 305
21           San Diego, California 92108
22           (619) 688-6831
```

Page 307

```
 1   APPEARANCES:  (CONTINUED)
 2
 3       On Behalf of the State of Alabama:
 4
 5           ROGER L. BATES, ESQ.
 6           Hand Arendall L.L.C.
 7           1200 Park Place Tower
 8           2001 Park Place North
 9           Birmingham, Alabama 35203
10           rbates@handarendall.com
11           (205) 502-0105
12
13       On Behalf of Roxane Laboratories and
14         Boehringer Ingelheim:
15
16           ERIC GORTNER, ESQ.
17           Kirkland & Ellis LLP
18           200 East Randolph Drive
19           Chicago, Illinois 60601
20           egortner@kirkland.com
21           (312) 861-2285
22
```

Page 308

```
 1   APPEARANCES:  (CONTINUED)
 2
 3       On Behalf of Schering-Plough Corporation and
 4         Schering Corporation and Warrick
 5         Pharmaceuticals Corporation:
 6           (by telephone)
 7
 8           C. SCOTT JONES, ESQ.
 9           Locke Lord Bissell & Liddell LLP
10           2200 Ross Avenue, Suite 2200
11           Dallas, Texas 75201
12           sjones@lockeliddell.com
13           (214) 740-8761
14
15       On Behalf of Abbott Laboratories:
16
17           CHRISTOPHER COOK, ESQ.
18           Jones Day
19           51 Louisiana Avenue, Northwest
20           Washington, D.C. 20001
21           ccook@jonesday.com
22           (202) 879-3939
```

3 (Pages 305 to 308)

Page 309

```
1    APPEARANCES:  (CONTINUED)
2
3       On Behalf of Baxter Health Care:
4          (by telephone)
5
6       SHAMIR PATEL, ESQ.
7       Dickstein Shapiro LLP
8       1825 Eye Street, Northwest
9       Washington, D.C. 20006-5403
10      patels@dicksteinshapiro.com
11      (202) 420-2728
12
13   On Behalf of Hawaii, Kentucky, Wisconsin, and
14      New York Counties in the MDL 1456
15      except Nassau and Orange:
16
17      MICHAEL WINGET-HERNANDEZ, ESQ.
18      Winget-Hernandez LLC
19      3112 Windsor Road, #228
20      Austin, Texas 78703
21      michael@winget-hernandez.com
22      (512) 474-4095
```

Page 311

```
1    APPEARANCES:  (CONTINUED)
2
3       On Behalf of Aventis Pharmaceuticals:
4
5       JENNIFER H. McGEE, ESQ.
6       Shook, Hardy & Bacon LLP
7       Hamilton Square
8       800 14th Street, Northwest, Suite 800
9       Washington, D.C. 20005-2004
10      (202) 783-8400
11
12   On Behalf of the Centers for Medicare & Medicaid
13      Services:
14
15      LESLIE STAFFORD, ESQ.
16      Centers for Medicare & Medicaid Services
17      Office of the General Counsel
18      7500 Security Boulevard, C2-05-23
19      Baltimore, Maryland 21244
20      (410) 786-9655
21
22   (CONTINUED)
```

Page 310

```
1    APPEARANCES:  (CONTINUED)
2
3       On Behalf of Sandoz, Inc.:
4          (by telephone)
5
6       BRIAN BANK, ESQ.
7       White & Case LLP
8       1155 Avenue of the Americas
9       New York, New York 10036-2787
10      bbank@whitecase.com
11      (212) 819-2504
12
13   On Behalf of Bristol-Myers Squibb:
14      (by telephone)
15
16      SANDHYA KAWATRA, ESQ.
17      Hogan & Hartson
18      875 Third Avenue
19      New York, New York 10022
20      (212) 918-3528
21
22   (CONTINUED)
```

Page 312

```
1    APPEARANCES:  (CONTINUED)
2
3       On Behalf of the State of Florida
4          (by telephone)
5
6       MARY S. MILLER, ESQ.
7       Office of the Attorney General of Florida
8       PL-01 The Capitol
9       Tallahassee, Florida 32399-1050
10      (850) 414-3600
11
12   On Behalf of Dey, Inc. and Dey, L.P. and
13      Mylan:
14
15      SARAH L. REID, ESQ.
16      Kelley Drye & Warren LLP
17      101 Park Avenue
18      New York, New York 10178
19      (212) 808-7811
20
21   ALSO PRESENT:
22      Ellen Hebert, Videographer
```

4 (Pages 309 to 312)

Niemann, Robert - Vol. II                                                October 11, 2007

Baltimore, MD

Page 313

1           C O N T E N T S

2

3  THE WITNESS:  ROBERT NIEMANN        PAGE

4     Examination By Mr. Cook .................... 319

5

6           E X H I B I T S

7  NUMBER          DESCRIPTION          PAGE

8  Exhibit Abbott 334-King letter to Thurmond,

9        5/6/96..................... 331

10  Exhibit Abbott 335-Bentley letter to Vladeck,

11        10/2/06..................... 378

12  Exhibit Abbott 336-Schumaker letter to Bentley,

13        12/16/96..................... 387

14  Exhibit Abbott 337-Bentley and Jones letter to

15        Vladeck, 6/12/97............ 392

16  Exhibit Abbott 338-Stark letter to DeParle,

17        8/22/97..................... 395

18  Exhibit Abbott 339-Edwards letter to Bentley,

19        9/10/97..................... 399

20  Exhibit Abbott 340-Report of Contact, 11/12/96. 403

21  Exhibit Abbott 341-Draft Language Request,

22        10/31/96..................... 409

Page 314

1       E X H I B I T S  (CONTINUED)

2  NUMBER          DESCRIPTION          PAGE

3  Exhibit Abbott 342-Fanning letter to Niemann,

4        11/13/96, with post-it...... 409

5  Exhibit Abbott 343-Fanning letter to Niemann,

6        11/13/96..................... 410

7  Exhibit Abbott 344-Fanning fax to Niemann,

8        5/29/97..................... 410

9  Exhibit Abbott 345-Document, Drug Pricing

10        Error, HHC007-0464.......... 428

11  Exhibit Abbott 346-Niemann e-mail to Carpenter,

12        10/30/97..................... 428

13  Exhibit Abbott 347-Niemann e-mail to Vogel,

14        11/14/97..................... 428

15  Exhibit Abbott 348-Document dated 10/8/98,

16        HHC906-0124 - HHC906-0125... 440

17  Exhibit Abbott 349-Handwritten Notes, 12/8,

18        HHC007-0378 - HHC007-0379... 446

19  Exhibit Abbott 350-Yeh e-mail to Rogan et al.,

20        11/21/01..................... 455

21  Exhibit Abbott 351-Stephens fax to Niemann,

22        4/7/00..................... 502

Page 315

1       E X H I B I T S  (CONTINUED)

2  NUMBER          DESCRIPTION          PAGE

3  Exhibit Abbott 352-HCFA Change Management

4        System Change Request Form.. 504

5  Exhibit Abbott 353-Niemann e-mail to Hoppa,

6        6/12/00..................... 512

7  Exhibit Abbott 354-Weisenberger letter to

8        Shalala, 6/22/00............ 517

9  Exhibit Abbott 355-Niemann e-mail to Eiler et

10        al., 9/28/00............... 520

11  Exhibit Abbott 356-Contact Report, 6/14/00..... 528

12  Exhibit Abbott 357-Eiler letter to Niemann,

13        10/15/00..................... 528

14  Exhibit Abbott 358-Spalding e-mail to Niemann

15        et al., 12/1/03............. 547

16

17              - - -

18

19

20

21

22

Page 316

1           P R O C E E D I N G S

2

3          THE VIDEOGRAPHER:  Good morning.  This

4  is Volume 2 of the continued video deposition of

5  Robert Niemann taken by counsel for the defendant

6  in the matter of In Re Pharmaceutical Industry

7  Average Wholesale Price Litigation.  This

8  document relates to U.S. ex rel. Ven-a-Care of

9  the Florida Keys, Inc.  versus Abbott

10  Laboratories, Inc. in the United States District

11  Court for the District of Massachusetts, Civil

12  Action Number 01-CV-12257-PBS, held in the

13  Offices of Centers for Medicare & Medicaid

14  Services at 7111 Security Boulevard, Baltimore,

15  Maryland, on this date, Thursday October 11th,

16  2007, at the time indicated on the video screen,

17       a.m.

18          My name is Ellen Hebert.  I am the

19  legal video specialist.  The court reporter is

20  Karen Young.  We are employed by Henderson Legal

21  Services.  Counsel will now introduce themselves

22  and the parties they represent, after which the

5 (Pages 313 to 316)

# EXHIBIT U



15013053

May 25 2007
12:10PM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | CIVIL ACTION:  01-CV-12257-PBS |
| ) | |
| ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc., et al.* ) | |
| No. 06-CV-11337-PBS ) | |

## NOTICE OF DEPOSITION OF LISA PARKER

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Abbott Laboratories, Inc. ("Abbott") by its undersigned attorneys, will take the

deposition of Lisa Parker.

The deposition will take place before a notary public, or any other officer authorized to

administer oaths, at the office of the Center for Medicare & Medicaid Services, 7111 Security

Boulevard, Baltimore, Maryland 21244 on June 6, 2007 beginning at 9:00 a.m.  The deposition

will be taken upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means.  The

deposition is being taken for the purposes of discovery, for use at trial, and for such other

purposes as permitted under the Federal Rules of Civil Procedure.

Dated: May 25, 2007

/s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

I, R. Christopher Cook, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF DEPOSITION OF LISA PARKER to be served upon all counsel of record electronically by causing same to be posted via LexisNexis, this 25th day of May, 2007.


_/s/ R. Christopher Cook____
R. Christopher Cook

# EXHIBIT U-1

Parker, Lisa                                                                June 6, 2007
Baltimore, MD

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3   - - - - - - - - - - - - - -x

 4   IN RE:  PHARMACEUTICAL      : MDL NO. 1456

 5   INDUSTRY AVERAGE WHOLESALE : CIVIL ACTION:

 6   PRICE LITIGATION            : 01-CV-12257-PBS

 7   THIS DOCUMENT RELATES TO  :

 8   U.S. ex rel. Ven-a-Care of : Judge Patti B. Saris

 9   the Florida Keys, Inc. v. :

10   Abbott Laboratories, Inc., : Chief Magistrate

11   No. 06-CV-11337-PBS        : Judge Marianne B.

12   - - - - - - - - - - - - - -x Bowler

13              IN THE CIRCUIT COURT OF

14            MONTGOMERY COUNTY, ALABAMA

15   - - - - - - - - - - - - - -x

16   STATE OF ALABAMA,          :

17                 Plaintiff, :

18         vs.                  : Case No.: CV-05-219

19   ABBOTT LABORATORIES, INC., : Judge Charles Price

20   et al.,                    :

21                 Defendants.:

22   - - - - - - - - - - - - - -x
```

Parker, Lisa                                                                                      June 6, 2007

Baltimore, MD

---

Page 2

1    IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
2        IN AND FOR LEON COUNTY, FLORIDA
3
4    THE STATE OF FLORIDA
5    ex rel.
6    - - - - - - - - - - - - - - - - - x
7    VEN-A-CARE OF THE FLORIDA    :
8    KEYS, INC., a Florida       :
9    Corporation, by and through its  :
10   principal officers and directors, :
11   ZACHARY T. BENTLEY and     :
12   T. MARK JONES,        :
13        Plaintiffs,    :
14      vs.      : Civil Action
15   MYLAN LABORATORIES INC.; MYLAN   : No.: 98-3032G
16   PHARMACEUTICALS INC.; NOVOPHARM : Judge: William
17   LTD., SCHEIN PHARMACEUTICAL, INC.;:  L. Gary
18   TEVA PHARMACEUTICAL INDUSTRIES  :
19   LTD., TEVA PHARMACEUTICAL USA;  :
20   and WATSON PHARMACEUTICALS, INC., :
21        Defendants,    :
22   - - - - - - - - - - - - - - - - x

Page 3

1    IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
2          STATE OF MISSOURI
3    - - - - - - - - - - - - - - - - x
4    STATE OF MISSOURI, ex rel.,   :
5    JEREMIAH W. (JAY) NIXON,    :
6    Attorney General,      :
7    and         :
8    MISSOURI DEPARTMENT OF SOCIAL   :
9    SERVICES, DIVISION OF MEDICAL   : Case No.:
10   SERVICES,       : 054-1216
11        Plaintiffs,  : Division No. 31
12      vs.      :
13   DEY INC., DEY, L.P., MERCK KGaA, :
14   EMD, INC., WARRICK     :
15   PHARMACEUTICALS CORPORATION,   :
16   SCHERING-PLOUGH CORPORATION, and :
17   SCHERING CORPORATION,    :
18        Defendants,    :
19   - - - - - - - - - - - - - - - - x
20
21
22

Page 4

1        Videotaped Deposition of LISA PARKER, a
2   witness herein, called for examination by counsel
3   for Abbott Laboratories in the above-entitled
4   matter, pursuant to notice, the witness being duly
5   sworn by Robert M. Jakupciak, a Notary Public in
6   and for the District of Columbia, taken at the
7   offices of Center for Medicare & Medicaid Services,
8   7111 Security Blvd., Baltimore, Maryland, 21244, at
9   2:20 p.m., on June 6, 2007, and the proceedings
10  being taken down by Stenotype by Robert M.
11  Jakupciak, RPR.
12
13
14
15
16
17
18
19
20
21
22

Page 5

1   APPEARANCES:
2
3   On behalf of the United States of America:
4
5      ANA MARIA MARTINEZ, ESQUIRE
6      U.S. Department of Justice
7      99 N.E. 4th Street
8      Miami, Florida 33132
9      (305) 961-9431
10
11  On behalf of the U.S. Department of
12  Health and Human Services:
13
14     TROY A. BARSKY, ESQUIRE
15     U.S. Department of Health and
16     Human Services
17     C2-05-23
18     7500 Security Blvd.
19     Baltimore, Maryland 21244-1850
20     (410) 786-8873
21
22  (CONTINUED)

2 (Pages 2 to 5)

Parker, Lisa                                                                    June 6, 2007

Baltimore, MD

Page 6

1  APPEARANCES: (CONTINUED)
2
3  On behalf of Abbott Laboratories:
4
5       LOUIS P. GABEL, ESQUIRE
6       Jones Day
7       51 Louisiana Avenue, N.W.
8       Washington, D.C.  20001
9       (202) 879-5411
10
11  (The following attorneys present by phone.)
12
13  On behalf of Dey Companies and Mylan:
14
15       CLIFFORD KATZ, ESQUIRE
16       Kelly Drye & Warren LLP
17       101 Park Avenue
18       New York, New York  10178
19       (212) 808-7609
20
21
22  (CONTINUED)

Page 8

1  APPEARANCES: (CONTINUED)
2
3  On behalf of KMS New York Counties:
4
5       MICHAEL WINGET-HERNANDEZ, ESQUIRE
6       Winget-Hernandez, LLC
7       3112 Windsor Road, #228
8       Austin, Texas  78703
9
10
11
12
13
14            Also Present
15       Videographer:  Conway Barker
16
17
18
19
20
21
22

Page 7

1  APPEARANCES: (CONTINUED)
2
3  On behalf of Roxane Laboratories and
4  Boehringer-Ingelheim and affiliated entities:
5
6       JARED THOMAS HECK, ESQUIRE
7       Kirkland & Ellis LLP
8       200 East Randolph Drive
9       Chicago, Illinois  60601
10       (312) 469-7087
11
12  On behalf of Baxter Healthcare Corporation:
13
14       TINA DUCHARME REYNOLDS, ESQUIRE
15       Dickstein Shapiro LLP
16       1825 Eye Street, N.W.
17       Washington, D.C.  20006
18       (202) 420-4114
19
20
21
22  (CONTINUED)

Page 9

1                C O N T E N T S
2
3  THE WITNESS:  LISA PARKER              PAGE
4     Examination By Mr. Gabel................... 012
5
6
7
8              E X H I B I T S
9
10  NUMBER         DESCRIPTION            PAGE
11  Exhibit Abbott 226-Request for Production of
12         Documents.................. 022
13  Exhibit Abbott 227-Abbott's Second set of
14         production................. 023
15
16
17
18
19
20
21
22

3 (Pages 6 to 9)

Henderson Legal Services
202-220-4158

# EXHIBIT V



16316675

Sep 14 2007
1:45PM

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

IN RE: PHARMACEUTICAL INDUSTRY  )  MDL NO. 1456
AVERAGE WHOLESALE PRICE  )
LITIGATION  )  CIVIL ACTION: 01-CV-12257-PBS
)
)  Judge Patti B. Saris
THIS DOCUMENT RELATES TO  )
ALL CASES IN MDL NO. 1456.[1]  )  Chief Magistrate Judge Marianne B. Bowler
)
)

## <u>CROSS-NOTICE OF DEPOSITION OF LARRY REED</u>

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure,

defendants Abbott Laboratories and Abbott Laboratories, Inc. (collectively, "Abbott") hereby

cross-notices the deposition of Larry Reed for purposes of the above-captioned action.  This

deposition has been noticed in *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v.*

*Abbott Laboratories, Inc.*, a case originally filed in the United States District Court for the

Southern District of Florida, Case No. 06-21303-CIV-ASG, and now part of MDL 1456 in the

United States District Court for the District of Massachusetts (the "DOJ suit").  A copy of the

deposition notice in the DOJ suit is attached as Exhibit A.

Mr. Reed's deposition will take place at Hogan & Hartson, 111 South Calvert Street,

Baltimore, Maryland on September 26 and 27, 2007 beginning at 9:00 a.m. and continuing on

successive days as necessary.  The deposition will take place before a notary public, or any other

officer authorized to administer oaths.  The deposition will be taken upon cross-examination.

The deposition will be recorded by stenographic and/or sound and visual means.

Arrangements will be made so that counsel may participate by telephone if they wish.  The

---

[1] This notice applies to all cases in the MDL in which Abbott Laboratories or Abbott Laboratories, Inc. is named, has appeared and in which discovery has not closed.

deposition is being taken for the purposes of discovery, for use at trial, and for such other

purposes as permitted under the Federal Rules of Civil Procedure.


Dated:  September 14, 2007

/s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, IL  60601
Tel: (312) 782-3939
Fax: (312) 782-8585

*Counsel for Defendants Abbott Laboratories and Abbott Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Jeremy P. Cole, an attorney, hereby certify that I caused a true and correct copy of the foregoing CROSS-NOTICE OF DEPOSITION OF LARRY REED to be served upon all counsel of record electronically via LexisNexis, this 14th day of September, 2007.

/s/ Jeremy P. Cole
Jeremy P. Cole

**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc., et al.* | ) | |
| No. 06-CV-11337-PBS | ) | |

**NOTICE OF DEPOSITION OF LARRY REED**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Abbott Laboratories, Inc. ("Abbott") by its undersigned attorneys, will take the

deposition of Larry Reed.

The deposition will take place before a notary public, or any other officer authorized to

administer oaths, at Hogan & Hartson, 111 South Calvert Street, Baltimore, Maryland on

September 26 and 27, 2007 beginning at 9:00 a.m. and continuing on successive days as

necessary.  The attached subpoena *duces tecum* directs the witness to appear for deposition and

produce certain documents.  The deposition will be taken upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means.  The

deposition is being taken for the purposes of discovery, for use at trial, and for such other

purposes as permitted under the Federal Rules of Civil Procedure.

Dated:  September 13, 2007

 /s/ David S. Torborg 
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF DEPOSITION OF LARRY REED to be served upon all counsel of record electronically by causing same to be posted via LexisNexis, this 13th day of September, 2007.

 /s/ David S. Torborg 
David S. Torborg

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | Pending in: |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS** |
| | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.* | Civil Action No. 06-CV-11337-PBS Lead Case No. 01-CV-12257-PBS |
| | Judge Patti B. Saris |
| | Chief Magistrate Judge Marianne B. Bowler |

# SUBPOENA DUCES TECUM

TO:   Larry Reed
      Care of:
      Ana Maria Martinez, Esq.
      United States Attorney's Office
      99 N.E. 4 Street, 3rd Floor
      Miami, Florida  33132

☐  **YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.**

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒  **YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.**

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| **Hogan & Hartson 111 South Calvert Street Baltimore, MD 21202** | **September 26 and 27, 2007 at 9:00 AM** |

☒ **YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):**
      Please see attached Exhibit A

| PLACE | DATE AND TIME |
|---|---|
| | |

☐  **YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.**

| PREMISES | DATE AND TIME |
|---|---|

   **Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).**

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *David S. Torborg* Attorney for Defendant Abbott Laboratories, Inc. | September 13, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER: David S. Torborg, Esq., Jones Day, 51 Louisiana Ave., N.W., Washington, D.C. 20001, (202) 879-3939

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

(C)    PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party service the subpoena shall not be entitled to inspect and copy materials or inspect the premises expect pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
    (i)   fails to allow reasonable time for compliance;
    (ii)  requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
    (iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
    (iv) subjects a person to undue burden.

(B) If a subpoena

    (i)   requires disclosure of a trade secret or other confidential research, development, or commercial information, or
    (ii)  requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
    (iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.


(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## EXHIBIT A

### Documents Requested

1.      A copy of your most current resume.

2.      A copy of any and all Documents in your personal possession relating in any way to the pricing of drugs and/or the administration or dispensing of drugs under Medicare or Medicaid.

3.      A copy of any and all Documents in your personal possession concerning the use of AWP or WAC by the Medicare or Medicaid programs for the reimbursement of drugs and/or the administration or dispensing of drugs.

4.      A copy of any and all Documents in your personal possession concerning communications with Ven-A-Care of the Florida Keys, Inc., Centers for Medicare and Medicaid Services ("CMS") (including the office of the General Counsel), and/or any party which is a plaintiff in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

5.      A copy of any and all Documents in your personal possession concerning communications with the Department of Justice ("DOJ") or CMS regarding limitations on communications with any party which is a defendant in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

### Definitions

1.      "AWP" or "Average Wholesale Price" means any figures so categorized and periodically published by any Publisher.

2.      "Concern," "concerning," "relating to," or "relate to" means refer to, regard, concern, describe, explain, state, evidence, record, constitute, pertain to, reflect, comprise, contain, embody, mention, show, support, contradict, and discuss, whether directly or indirectly, as required by the context to bring within the scope of the requests in this request for production of documents any documents that might be deemed outside their scope by another construction.

3.      "Documents" means all original written, recorded, or graphic matters whatsoever, and any and all non-identical copies thereof, including but not limited to advertisements, affidavits, agreements, analyses, applications, appointment books, bills, binders, books, books of account, brochures, calendars, charts, checks or other records of payment, communications, computer printouts, computer stores data, conferences, or other meetings, contracts, correspondence, diaries, electronic mail, evaluations, facsimiles, files, filings, folders, forms, interviews, invoices, jottings, letters, lists, manuals, memoranda, microfilm or other data

compilations from which information can be derived, minutes, notations, notebooks, notes, opinions, pamphlets, papers, photocopies, photographs or other visual images, policies, recordings of telephone or other conversations, records, reports, resumes, schedules, scraps of paper, statements, studies, summaries, tangible things, tapes, telegraphs, telephone logs, telex messages, transcripts, website postings, and work papers, which are in the possession of the Carrier as defined above.  A draft or non-identical copy is a separate document within the meaning of this term.

4.      "WAC" means "Wholesale Acquisition Cost."

# EXHIBIT V-1

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            OF THE DISTRICT OF MASSACHUSETTS

 3      ---------------------------x

 4    IN RE:  PHARMACEUTICAL      :   MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE  :   CIVIL ACTION

 6    PRICE LITIGATION            :   01-CV-12257-PBS

 7    THIS DOCUMENT RELATES TO    :

 8    U.S. ex rel. Ven-A-Care of  :   Judge Patti B.

 9    The Florida Keys, Inc.,     :       Saris

10              Plaintiff,        :

11         vs.                    :

12    ABBOTT LABORATORIES, INC.,  :   Chief Magistrate

13    No. 06-CV-11337-PBS         :   Judge Marianne B.

14              Defendants.       :       Bowler

15      ---------------------------x

16                              VOLUME I

17                       Baltimore, Maryland

18                       Wednesday, September 26, 2007

19    Videotape Deposition of:

20                       LARRY REED,

21    the witness, was called for examination by counsel

22    for the Defendants, pursuant to notice, commencing
```

Reed, Larry                                                    September 26, 2007

Baltimore, MD

Page 2

1    at 9:26 a.m., at the law offices of
2    Hogan & Hartson, 111 South Calvert Street,
3    Baltimore, Maryland, before Dawn A. Jaques,
4    Certified Shorthand Reporter and Notary Public in
5    and for the State of Maryland, when were present
6    on behalf of the respective parties:
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22   (CAPTIONS CONTINUED)

Page 3

1            IN THE CIRCUIT COURT
2          OF MONTGOMERY COUNTY, ALABAMA
3    ------------------------x
4    STATE OF ALABAMA,          :
5            Plaintiff,    :    Case No.
6        vs.             :    CV-05-219
7    ABBOTT LABORATORIES,      :
8    INC., et al.,          :    Judge Charles
9        Defendants.      :      Price
10   ------------------------x
11
12
13      IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
14            STATE OF HAWAII
15   ------------------------x
16   STATE OF HAWAII,          :
17          Plaintiff,    :    Case No.
18       vs.             :  06-10720-04-EEH
19   ABBOTT LABORATORIES, et al.,  :  Judge Eden
20        Defendants.    :  Elizabeth Hifo
21   ------------------------X
22

Page 4

1    IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
2          IN AND FOR LEON COUNTY, FLORIDA
3    THE STATE OF FLORIDA
4    ex rel.
5    ----------------------------x
6    VEN-A-CARE OF THE FLORIDA      :
7    KEYS, INC., a Florida          :
8    Corporation, by and through  :
9    its principal officers and    :
10   directors, ZACHARY T.          :
11   BENTLEY and T. MARK JONES,    :
12          Plaintiffs,    :
13          vs.              :
14   MYLAN LABORATORIES, INC.,    : Civil Action No.:
15   MYLAN PHARMACEUTICALS, INC., :   98-3032G
16   NOVOPHARM LTD., SCHEIN        :
17   PHARMACEUTICAL, INC., TEVA   :  Judge William L.
18   PHARMACEUTICAL INDUSTRIES    :      Gary
19   LTD, TEVA PHARMACEUTICAL USA, :
20   WATSON PHARMACEUTICALS, INC., :
21          Defendants.    :
22   ----------------------------x

Page 5

1       FRANKLIN CIRCUIT COURT - DIVISION II
2          CIVIL ACTION NO. 03-CI-1134
3
4    ----------------------------X
5    COMMONWEALTH OF KENTUCKY,      :
6          Plaintiff,      :
7        vs.              :    Judge
8                        :   Crittenden
9    ABBOTT LABORATORIES, INC.,    :
10        Defendant.      :
11   ----------------------------X
12
13      STATE OF WISCONSIN CIRCUIT COURT
14              DANE COUNTY
15              Branch 9
16   ------------------------x
17   STATE OF WISCONSIN,        :
18        Plaintiff,      :
19      vs.             :    Case No.
20   AMGEN, INC., et al.,      :   04-CV-1709
21        Defendants.    :
22   ------------------------x

2 (Pages 2 to 5)

Page 6

```
 1   STATE OF SOUTH CAROLINA  :    IN THE COURT OF
 2   COUNTY OF RICHMOND      :     COMMON PLEAS
 3   -----------------------X   FOR THE FIFTH
 4   STATE OF SOUTH CAROLINA  :  JUDICIAL DISTRICT
 5   and HENRY D. McMASTER    :    Case No.
 6   in his official capacity :   2006-CP-40-4394
 7   as Attorney General for  :
 8   the State of South       :
 9   Carolina,               :
10         Plaintiffs,  :
11      vs.              :
12   ABBOTT LABORATORIES,     :
13         Defendant.    :
14   -----------------------X
15
16
17
18
19
20
21
22   (CAPTIONS CONTINUED)
```

Page 8

```
 1                A P P E A R A N C E S
 2
 3   On behalf of the United States of America:
 4
 5        ANA MARIA MARTINEZ, ESQ.
 6        United States Department of Justice
 7        Assistant United States Attorney
 8        Southern District of Florida
 9        99 N.E. 4th Street
10        Miami, Florida  33132
11        TELEPHONE:  (305) 961-9431
12        E-MAIL:  Ana.maria.martinez@usdoj.gov
13                 -and-
14        JUSTIN DRAYCOTT, ESQ.
15        United States Department of Justice
16        Civil Division
17        P.O. Box 261
18        Ben Franklin Station
19        Washington, D.C.  20044
20        TELEPHONE:  (202) 305-9300
21        E-MAIL:  Justin.draycott@usdoj.gov
22
```

Page 7

```
 1   STATE OF SOUTH CAROLINA  :   IN THE COURT OF
 2   COUNTY OF RICHMOND      :     COMMON PLEAS
 3                   :   FOR THE FIFTH
 4                   :   JUDICIAL CIRCUIT
 5   STATE OF SOUTH CAROLINA  :
 6   and HENRY D. McMASTER,   :
 7   in his official capacity :
 8   as Attorney General for  :
 9   the State of South       :   Civil Action No.
10   Carolina,               :   07-CP-40-0285
11         Plaintiff,  :
12      vs.         :   Civil Action No.
13   SANDOZ, INC.,       :   07-CP-40-0287
14         Defendant.   :
15   -----------------------X
16
17
18
19
20
21
22
```

Page 9

```
 1   APPEARANCES (Continued:)
 2
 3   On behalf of Ven-A-Care:
 4
 5        ROSLYN G. POLLACK, ESQ.
 6        Berger & Montague, P.C.
 7        1622 Locust Street
 8        Philadelphia, Pennsylvania  19103-6305
 9        TELEPHONE:  (215) 875-4666
10        E-MAIL:  rpollack@bm.net
11
12   On behalf of U.S. Department of
13   Health and Human Services:
14
15        LESLIE STAFFORD, ESQ.
16        U.S. Department of Health and
17        Human Services
18        Office of General Counsel, CMS Division
19        7500 Security Boulevard
20        Mail Stop C2-05-23
21        Baltimore, Maryland  21244-1850
22        TELEPHONE:  (410) 786-9655
```

3 (Pages 6 to 9)

Reed, Larry                                                                September 26, 2007

Baltimore, MD

Page 10

```
1    APPEARANCES (Continued:)
2
3    On behalf of City of New York and New York
4    counties:
5
6          MICHAEL WINGET-HERNANDEZ, ESQ.
7          WINGET-HERNANDEZ LLC
8          3112 Windsor Road
9          Suite 228
10         Austin, Texas  78703
11         TELEPHONE:  (512) 474-4095
12         E-MAIL:  Michael@winget-hernandez.com
13
14   On behalf of Abbott Laboratories:
15
16         DAVID S. TORBORG, ESQ.
17         Jones Day
18         51 Louisiana Avenue, N.W.
19         Washington, D.C.  20001-2113
20         TELEPHONE:  (202) 879-5562
21         E-MAIL:  Dstorborg@jonesday.com
22
```

Page 11

```
1    APPEARANCES (Continued:)
2
3    On behalf of Dey, Inc.:
4
5          NEIL MERKL, ESQ.
6          Kelley Drye & Warren LLP
7          101 Park Avenue
8          New York, New York  10178
9          TELEPHONE:  (212) 808-7811
10         E-MAIL:  Nmerkl@kelleydrye.com
11
12   On behalf of Roxane Laboratories and
13   Boehringer Ingelheim:
14
15         ERIC GORTNER, ESQ.
16         Kirkland & Ellis LLP
17         200 East Randolph Drive
18         Chicago, Illinois  60601
19         TELEPHONE:  (312) 861-2285
20         E-MAIL:  Egortner@kirkland.com
21
22   (Continued)
```

Page 12

```
1    APPEARANCES (Continued:)
2
3    On behalf of GlaxoSmithKline:
4
5          SHANKAR DURAISWAMY, ESQ.
6          Covington & Burling LLP
7          1201 Pennsylvania Avenue, N.W.
8          Washington, D.C.  20004
9          TELEPHONE:  (202) 662-5273
10         E-MAIL:  Sduraiswamy@cov.com
11
12   On behalf of Bristol-Myers Squibb Company:
13   (via telephone)
14
15         SANDHYA P. KAWATRA, ESQ.
16         Hogan & Hartson LLP
17         875 Third Avenue
18         New York, New York  10022
19         TELEPHONE:  (212) 918-3532
20         E-MAIL:  Spkawatra@hhlaw.com
21
22   (Continued)
```

Page 13

```
1    APPEARANCES (Continued:)
2
3    On behalf of Baxter Health Care Corporation
4    (via telephone):
5
6          SHAMIR PATEL, ESQ.
7          Dickstein Shapiro LLP
8          1825 Eye Street, N.W.
9          Washington, D.C.  20006
10         TELEPHONE:  (202) 420-2728
11         E-MAIL:  Patels@dicksteinshapiro.com
12
13   On behalf of the State of Alabama (via telephone):
14
15         W. DANIEL (DEE) MILES, III
16         Beasley, Allen, Crow, Methvin,
17         Portis & Miles
18         218 Commerce Street
19         Post Office Box 4160
20         Montgomery, Alabama  36103-4160
21         TELEPHONE:  (334) 269-2343
22   (Continued)
```

4 (Pages 10 to 13)

Reed, Larry                                          September 26, 2007

Baltimore, MD

Page 14

1   APPEARANCES (Continued):

2

3   On behalf of Sandoz, Inc. (via telephone):

4

5       DAVID L. KLEINMAN, ESQ.

6       White & Case LLP

7       1155 Avenue of the Americas

8       New York, New York  10036-2787

9       TELEPHONE:  (212) 819-8254

10

11  On behalf of the State of California

12  (via telephone):

13

14      RITA HANSCOM, ESQ.

15      Bureau of Medi-Cal Fraud & Elder Abuse

16      Office of the Attorney General

17      California Department of Justice

18      TELEPHONE:  (619) 688-6099

19

20

21

22  (Continued)

Page 15

1   APPEARANCES (Continued):

2

3   On behalf of the State of Florida (via telephone):

4

5       MARY S. MILLER, ESQ.

6       Office of the Attorney General of Florida

7       PL-01, The Capitol

8       Tallahassee, Florida  32399-1050

9       TELEPHONE:  (850) 414-3600

10

11

12

13

14

15

16

17

18

19

20

21

22

Page 16

1                    I-N-D-E-X

2   WITNESS:                        PAGE:

3   LARRY REED

4       Examination by Mr. Torborg................ 029

5

6

7              E-X-H-I-B-I-T-S

8   NUMBER        DESCRIPTION            PAGE

9   Exhibit Abbott 321-Plaintiffs' Rule 26(a)(1)

10           Disclosures................. 151

11  Exhibit Abbott 322-Documentation, Bates Stamp

12           Nos. HHC007-0979 through 80. 231

13  Exhibit Abbott 323-Documentation, Bates Stamp

14           Nos. TX-ABT_00013723

15           through 32................. 234

16

17

18

19

20

21

22

Page 17

1                 P R O C E E D I N G S

2

3           THE VIDEOGRAPHER:  Good morning.  This

4   is the video deposition of Larry Reed in the

5   matter of In Re: Pharmaceutical Industry Average

6   Wholesale Price Litigation, MDL No. 1456, Civil

7   Action No. 01-CV-12257-PVS, in the United States

8   District Court for the District of Massachusetts.

9           This document relates to U.S. ex rel.

10  Ven-A-Care of Florida Keys, Inc., versus Abbott

11  Laboratories, Inc., Case No. 06-CV-11337-PBS,

12  held in the offices of Hogan & Hartson at 111

13  South Calvert Street, Baltimore, Maryland, on

14  this date, Wednesday, September 22nd, 2000 --

15  correction, Wednesday, September 26th, 2007, at

16  the time indicated on the video screen, 9:26 a.m.

17          My name is Ellen Heber; I am the legal

18  video specialist.  The court reporter is Dawn

19  Jaques.  We are employed by Henderson Legal

20  Services.

21          Counsel will now introduce themselves

22  and the parties they represent, after which the

Page 329

1               UNITED STATES DISTRICT COURT

2             OF THE DISTRICT OF MASSACHUSETTS

3      ----------------------------x

4    IN RE:  PHARMACEUTICAL      :   MDL NO. 1456

5    INDUSTRY AVERAGE WHOLESALE   :   CIVIL ACTION

6    PRICE LITIGATION            :   01-CV-12257-PBS

7    THIS DOCUMENT RELATES TO    :

8    U.S. ex rel. Ven-A-Care of  :   Judge Patti B.

9    The Florida Keys, Inc.,     :       Saris

10                 Plaintiff,    :

11           vs.                 :

12   ABBOTT LABORATORIES, INC.,  :   Chief Magistrate

13   No. 06-CV-11337-PBS         :   Judge Marianne B.

14               Defendants.     :       Bowler

15     ----------------------------x

16                             VOLUME II

17                       Baltimore, Maryland

18                       Thursday, September 27, 2007

19   Continued Videotape Deposition of:

20                       LARRY REED,

21   the witness, was called for examination by counsel

22   for the Defendants, pursuant to notice, commencing

Reed, Larry - Vol. II                                        September 27, 2007

Baltimore, MD

Page 330

```
1   at 9:15 a.m., at the law offices of
2   Hogan & Hartson, 111 South Calvert Street,
3   Baltimore, Maryland,  before Dawn A. Jaques,
4   Certified Shorthand Reporter and Notary Public in
5   and for the State of Maryland, when were present
6   on behalf of the respective parties:
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22  (CAPTIONS CONTINUED)
```

Page 332

```
1       IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
2            IN AND FOR LEON COUNTY, FLORIDA
3   THE STATE OF FLORIDA
4   ex rel.
5   ---------------------------x
6   VEN-A-CARE OF THE FLORIDA      :
7   KEYS, INC., a Florida          :
8   Corporation, by and through    :
9   its principal officers and     :
10  directors, ZACHARY T.          :
11  BENTLEY and T. MARK JONES,     :
12          Plaintiffs,   :
13          vs.           :
14  MYLAN LABORATORIES, INC.,      : Civil Action No.:
15  MYLAN PHARMACEUTICALS, INC., :   98-3032G
16  NOVOPHARM LTD., SCHEIN         :
17  PHARMACEUTICAL, INC., TEVA     :  Judge William L.
18  PHARMACEUTICAL INDUSTRIES      :      Gary
19  LTD, TEVA PHARMACEUTICAL USA, :
20  WATSON PHARMACEUTICALS, INC., :
21          Defendants.   :
22  ---------------------------x
```

Page 331

```
1          IN THE CIRCUIT COURT
2       OF MONTGOMERY COUNTY, ALABAMA
3   -----------------------x
4   STATE OF ALABAMA,      :
5        Plaintiff,   :   Case No.
6        vs.          :   CV-05-219
7   ABBOTT LABORATORIES,   :
8   INC., et al.,      :  Judge Charles
9        Defendants.   :    Price
10  -----------------------x
11
12
13      IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
14              STATE OF HAWAII
15  ---------------------------x
16  STATE OF HAWAII,       :
17       Plaintiff,   :   Case No.
18       vs.          :  06-10720-04-EEH
19  ABBOTT LABORATORIES, et al.,  :  Judge Eden
20       Defendants.   :  Elizabeth Hifo
21  ---------------------------X
22
```

Page 333

```
1       FRANKLIN CIRCUIT COURT - DIVISION II
2           CIVIL ACTION NO. 03-CI-1134
3
4   -----------------------------X
5   COMMONWEALTH OF KENTUCKY,      :
6          Plaintiff,    :
7          vs.           :   Judge
8                        :  Crittenden
9   ABBOTT LABORATORIES, INC.,     :
10         Defendant.    :
11  -----------------------------X
12
13      STATE OF WISCONSIN CIRCUIT COURT
14             DANE COUNTY
15             Branch 9
16  -----------------------x
17  STATE OF WISCONSIN,       :
18       Plaintiff,   :
19       vs.          :   Case No.
20  AMGEN, INC., et al.,    :   04-CV-1709
21       Defendants.   :
22  -----------------------x
```

2 (Pages 330 to 333)

Page 334

```
 1   STATE OF SOUTH CAROLINA  :    IN THE COURT OF
 2   COUNTY OF RICHMOND        :     COMMON PLEAS
 3   -----------------------X   FOR THE FIFTH
 4   STATE OF SOUTH CAROLINA  :  JUDICIAL DISTRICT
 5   and HENRY D. McMASTER    :     Case No.
 6   in his official capacity :  2006-CP-40-4394
 7   as Attorney General for  :
 8   the State of South       :
 9   Carolina,                :
10          Plaintiffs,   :
11       vs.              :
12   ABBOTT LABORATORIES,     :
13          Defendant.    :
14   -----------------------X
15
16
17
18
19
20
21
22   (CAPTIONS CONTINUED)
```

Page 335

```
 1   STATE OF SOUTH CAROLINA  :    IN THE COURT OF
 2   COUNTY OF RICHMOND        :      COMMON PLEAS
 3                      :   FOR THE FIFTH
 4                      :   JUDICIAL CIRCUIT
 5   STATE OF SOUTH CAROLINA  :
 6   and HENRY D. McMASTER,   :
 7   in his official capacity :
 8   as Attorney General for  :
 9   the State of South       :  Civil Action No.
10   Carolina,                :  07-CP-40-0285
11          Plaintiff,   :
12       vs.              :  Civil Action No.
13   SANDOZ, INC.,            :  07-CP-40-0287
14          Defendant.    :
15   -----------------------X
16
17
18
19
20
21
22
```

Page 336

```
 1              A P P E A R A N C E S
 2
 3   On behalf of the United States of America:
 4
 5       ANA MARIA MARTINEZ, ESQ.
 6       United States Department of Justice
 7       Assistant United States Attorney
 8       Southern District of Florida
 9       99 N.E. 4th Street
10       Miami, Florida  33132
11       TELEPHONE:  (305) 961-9431
12       E-MAIL:  Ana.maria.martinez@usdoj.gov
13           -and-
14       JUSTIN DRAYCOTT, ESQ.
15       United States Department of Justice
16       Civil Division
17       P.O. Box 261
18       Ben Franklin Station
19       Washington, D.C.  20044
20       TELEPHONE:  (202) 305-9300
21       E-MAIL:  Justin.draycott@usdoj.gov
22
```

Page 337

```
 1   APPEARANCES (Continued:)
 2
 3   On behalf of Ven-A-Care:
 4
 5       ROSLYN G. POLLACK, ESQ.
 6       Berger & Montague, P.C.
 7       1622 Locust Street
 8       Philadelphia, Pennsylvania  19103-6305
 9       TELEPHONE:  (215) 875-4666
10       E-MAIL:   rpollack@bm.net
11
12   On behalf of U.S. Department of
13   Health and Human Services:
14
15       LESLIE STAFFORD, ESQ.
16       U.S. Department of Health and
17       Human Services
18       Office of General Counsel, CMS Division
19       7500 Security Boulevard
20       Mail Stop C2-05-23
21       Baltimore, Maryland  21244-1850
22       TELEPHONE:  (410) 786-9655
```

3 (Pages 334 to 337)

Reed, Larry - Vol. II                                                    September 27, 2007

Baltimore, MD

Page 338

1  APPEARANCES (Continued:)
2
3  On behalf of City of New York and New York
4  counties:
5
6         MICHAEL WINGET-HERNANDEZ, ESQ.
7         WINGET-HERNANDEZ LLC
8         3112 Windsor Road
9         Suite 228
10        Austin, Texas  78703
11        TELEPHONE:  (512) 474-4095
12        E-MAIL:  Michael@winget-hernandez.com
13
14  On behalf of Abbott Laboratories:
15
16        DAVID S. TORBORG, ESQ.
17        Jones Day
18        51 Louisiana Avenue, N.W.
19        Washington, D.C.  20001-2113
20        TELEPHONE:  (202) 879-5562
21        E-MAIL:  Dstorborg@jonesday.com
22

Page 339

1  APPEARANCES (Continued:)
2
3  On behalf of Dey, Inc.:
4
5         NEIL MERKL, ESQ.
6         Kelley Drye & Warren LLP
7         101 Park Avenue
8         New York, New York  10178
9         TELEPHONE:  (212) 808-7811
10        E-MAIL:  Nmerkl@kelleydrye.com
11
12  On behalf of Roxane Laboratories and
13  Boehringer Ingelheim:
14
15        ERIC GORTNER, ESQ.
16        Kirkland & Ellis LLP
17        200 East Randolph Drive
18        Chicago, Illinois  60601
19        TELEPHONE:  (312) 861-2285
20        E-MAIL:  Egortner@kirkland.com
21
22  (Continued)

Page 340

1  APPEARANCES (Continued:)
2
3  On behalf of GlaxoSmithKline:
4
5         SHANKAR DURAISWAMY, ESQ.
6         Covington & Burling LLP
7         1201 Pennsylvania Avenue, N.W.
8         Washington, D.C.  20004
9         TELEPHONE:  (202) 662-5273
10        E-MAIL:  Sduraiswamy@cov.com
11
12  On behalf of Bristol-Myers Squibb Company:
13  (via telephone)
14
15        ANDREA W. TRENTO, ESQ.
16        Hogan & Hartson LLP
17        875 Third Avenue
18        New York, New York  10022
19        TELEPHONE:  (212) 918-3532
20        E-MAIL:  Awtrento@hhlaw.com
21
22  (Continued)

Page 341

1  APPEARANCES (Continued:)
2
3  On behalf of Baxter Health Care Corporation
4  (via telephone):
5
6         EDEN M. HEARD, ESQ.
7         Dickstein Shapiro LLP
8         1825 Eye Street, N.W.
9         Washington, D.C.  20006
10        TELEPHONE:  (202) 420-2728
11        E-MAIL:  Hearde@dicksteinshapiro.com
12
13  On behalf of the State of Alabama (via telephone):
14
15        W. DANIEL (DEE) MILES, III
16        Beasley, Allen, Crow, Methvin,
17        Portis & Miles
18        218 Commerce Street
19        Post Office Box 4160
20        Montgomery, Alabama  36103-4160
21        TELEPHONE:  (334) 269-2343
22  (Continued)

4 (Pages 338 to 341)

Reed, Larry - Vol. II                                                                September 27, 2007

Baltimore, MD

Page 342

1   APPEARANCES (Continued):
2
3   On behalf of Sandoz, Inc. (via telephone):
4
5         DAVID L. KLEINMAN, ESQ.
6         White & Case LLP
7         1155 Avenue of the Americas
8         New York, New York  10036-2787
9         TELEPHONE:  (212) 819-8254
10
11  On behalf of the State of California
12  (via telephone):
13
14        RITA HANSCOM, ESQ.
15        Bureau of Medi-Cal Fraud & Elder Abuse
16        Office of the Attorney General
17        California Department of Justice
18        TELEPHONE:  (619) 688-6099
19
20
21
22  (Continued)

Page 343

1   APPEARANCES (Continued):
2
3   On behalf of the State of Florida (via telephone):
4
5         MARY S. MILLER, ESQ.
6         Office of the Attorney General of Florida
7         PL-01, The Capitol
8         Tallahassee, Florida  32399-1050
9         TELEPHONE:  (850) 414-3600
10
11  On behalf of Schering Corporation, Schering-Plough
12  Corporation and Warrick Pharmaceuticals
13  Corporation:
14
15        GINGER APPLEBERRY, ESQ.
16        Locke Liddell & Sapp PLLC
17        2200 Ross Avenue, Suite 2200
18        Dallas, Texas  75201
19        TELEPHONE:  (214) 740-8459
20        E-MAIL:  Gappleberry@lockeliddell.com
21
22  (Continued)

Page 344

1   APPEARANCES (Continued):
2
3   On behalf of the State of California:
4         NICHOLAS N. PAUL, ESQ.
5         Bureau of Medi-Cal Fraud & Elder Abuse
6         Supervising Deputy Attorney General
7         Civil Prosecutions Unit
8         P.O. Box 85266
9         110 West A Street, Suite 1100
10        San Diego, California  92186
11        TELEPHONE:  (619) 688-6099
12        E-MAIL:  Nicholas.paul@doj.ca.gov
13
14
15
16
17
18
19
20
21
22

Page 345

1                     I-N-D-E-X
2   WITNESS:                              PAGE:
3   LARRY REED
4        Examination by Mr. Torborg................ 347
5
6
7
8                  E-X-H-I-B-I-T-S
9   NUMBER          DESCRIPTION              PAGE
10  Exhibit Abbott 324-Letter dated August 3, 1994,
11        Bates Stamp No. HHD032-0040. 451
12  Exhibit Abbott 325-Documentation, Bates Stamp
13        Nos. HHD014-0544 through 562 461
14  Exhibit Abbott 326-Miscellaneous Documentation,
15        (22 pages, no Bates Stamp
16        Nos.)...................... 498
17  Exhibit Abbott 327-Documentation, Bates Stamp
18        Nos. HHD014-0657 through 674 516
19  Exhibit Abbott 328-Documentation, Bates Stamp
20        Nos. HHC004-0188 through 190 532
21  Exhibit Abbott 329-Documentation, Bates Stamp
22        Nos. HHD014-0764 through 782 580

5 (Pages 342 to 345)

```
                         Reed, Larry - Vol. III.txt
0604
 1                   UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF MASSACHUSETTS
 3     - - - - - - - - - - - - - - -
 4   IN RE:  PHARMACEUTICAL       ) MDL NO. 1456
 5   INDUSTRY AVERAGE WHOLESALE   ) CIVIL ACTION
 6   PRICE LITIGATION             ) 01-CV-12257-PBS
 7   THIS DOCUMENT RELATES TO     )
 8   U.S. ex rel. Ven-a-Care of   ) Judge Patti B. Saris
 9   the Florida Keys, Inc.       )
10          v.                    ) Chief Magistrate
11   Abbott Laboratories, Inc.,   ) Judge Marianne B.
12   No. 06-CV-11337-PBS          ) Bowler
13     - - - - - - - - - - - - - - -
14        (captions continue on following pages)
15
16
17         Videotaped deposition of LARRY REED
18                      Volume III
19
20                   Washington, D.C.
21                   Tuesday, March 18, 2008
22                   9:00 a.m.
0605
 1                   IN THE CIRCUIT COURT OF
 2                 MONTGOMERY COUNTY, ALABAMA
 3     - - - - - - - - - - - - - - -
 4   STATE OF ALABAMA,           )
 5              Plaintiff,        )
 6        vs.                     ) Case No. CV-2005-219
 7   ABBOTT LABORATORIES, INC.,  ) Judge Charles Price
 8   et al.,                     )
 9              Defendants.       )
10     - - - - - - - - - - - - - - -
11
12
13       IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
14                   STATE OF HAWAII
15     - - - - - - - - - - - - - - -
16   STATE OF HAWAII,            )
17              Plaintiff,        ) Case No.
18        vs.                     ) 06-1-0720-04 EEH
19   ABBOTT LABORATORIES, INC.,  )
20   et al.,                     ) JUDGE EDEN
21              Defendants.       ) ELIZABETH HIFO
22     - - - - - - - - - - - - - - -
0606
 1       IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
 2               IN AND FOR LEON COUNTY, FLORIDA
 3   THE STATE OF FLORIDA
 4   ex rel.
 5     - - - - - - - - - - - - - - -
 6   VEN-A-CARE OF THE FLORIDA KEYS,  )
 7   INC., a Florida Corporation, by and  )
 8   through its principal officers and  )
 9   directors, ZACHARY T. BENTLEY and  )
10   T. MARK JONES,               )
11              Plaintiffs,        ) Civil Action
12        vs.                     ) No. 98-3032G
13   MYLAN LABORATORIES INC.; MYLAN  )
14   PHARMACEUTICALS INC.; NOVOPHARM  ) Judge William
15   LTD., SCHEIN PHARMACEUTICAL, INC.;  ) L. Gary
16   TEVA PHARMACEUTICAL INDUSTRIES  )
17   LTD.; TEVA PHARMACEUTICAL USA; and  )
18   WATSON PHARMACEUTICALS, INC.,  )
19              DEFENDANTS.        )
                                          Page 1
```

```
                              Reed, Larry - Vol. III.txt
20    - - - - - - - - - - - - - - - - -
21
22
0607
 1                    COMMONWEALTH OF KENTUCKY
 2               FRANKLIN CIRCUIT COURT - DIV. II
 3    - - - - - - - - - - - - - - - - -
 4    COMMONWEALTH OF KENTUCKY,           )
 5               Plaintiff,               ) Civil Action
 6         vs.                            ) NO. 03-CI-1134
 7    ABBOTT LABORATORIES, INC., et al.,  )
 8               Defendants.              )
 9    - - - - - - - - - - - - - - - - -
10
11
12               STATE OF WISCONSIN CIRCUIT COURT
13                        DANE COUNTY
14                         Branch 9
15    - - - - - - - - - - - - - - - - -
16    STATE OF WISCONSIN,                 )
17               Plaintiff,               )
18         vs.                            ) Case No. 04-CV-1709
19    AMGEN INC., et al.,                 )
20               Defendants.              )
21    - - - - - - - - - - - - - - - - -
22
0608
 1                 IN THE COURT OF COMMON PLEAS
 2                    FIFTH JUDICIAL CIRCUIT
 3
 4    - - - - - - - - - - - - - - - - -
 5    STATE OF SOUTH CAROLINA, and    )     STATE OF
 6    HENRY D. McMASTER, in his       ) SOUTH CAROLINA
 7    official capacity as Attorney   )   COUNTY OF
 8    General for the State of South  )   RICHLAND
 9    Carolina,                       )
10               Plaintiffs,          )
11         vs.                        ) Civil Action No.
12    ABBOTT LABORATORIES, INC.,      ) 2006-CP-40-4394
13               Defendants.          )
14    - - - - - - - - - - - - - - - - -
15
16
17
18
19
20
21
22
0609
 1                 IN THE COURT OF COMMON PLEAS
 2                    FIFTH JUDICIAL CIRCUIT
 3    - - - - - - - - - - - - - - - - -
 4    STATE OF SOUTH CAROLINA, and    )     STATE OF
 5    HENRY D. McMASTER, in his       ) SOUTH CAROLINA
 6    official capacity as Attorney   )   COUNTY OF
 7    General for the State of South  )   RICHLAND
 8    Carolina,                       )
 9               Plaintiffs,          )
10         vs.                        ) Civil Action No.
11    SANDOZ INC.,                    ) 2007-CP-40-0285
12               Defendants.          ) 2007-CP-40-0287
13    - - - - - - - - - - - - - - - - -
14
15
16       Continued videotaped deposition of LARRY REED,
```

Page 2

```
                        Reed, Larry - Vol. III.txt
17  held at the law offices of Jones Day, 51 Louisiana
18  Avenue, N.W., Washington, D.C. 20001-2113, the
19  proceedings being recorded stenographically by
20  Jonathan Wonnell, a Registered Professional Court
21  Reporter and Notary Public of the District of
22  Columbia, and transcribed under his direction.
0610
1           A P P E A R A N C E S   O F   C O U N S E L
2
3   On behalf of the United States of America:
4
5               ANA MARIA MARTINEZ, ESQ.
6               United States Department of Justice
7               99 N.E. 4th Street
8               Miami, Florida 33132
9               (305) 961-9431
10              ana.maria.martinez@usdoj.gov
11
12  On behalf of the U.S. Department of Health and
13  Human Services:
14
15              LESLIE M. STAFFORD, ESQ.
16              U.S. Department of Health & Human Services
17              Office of General Counsel, CMS Division
18              7500 Security Boulevard
19              Mail Stop C2-05-23
20              Baltimore, Maryland 21244
21              (410) 786-9655
22
0611
1           A P P E A R A N C E S   (Cont'd)
2
3   On behalf of the State of Alabama:
4
5               WINDY COCKRELL BITZER, ESQ. (via phone)
6               Hand Arendall LLC
7               1200 Park Place Tower
8               2001 Park Place North
9               Birmingham, Alabama 35203
10              (205) 694-6263
11              wbitzer@handarendall.com
12
13  On behalf of the State of Florida:
14
15              MARY S. MILLER, ESQ. (via phone)
16              Office of the Attorney General of Florida
17              PL-01, The Capitol
18              Tallahassee, Florida 32399-1050
19              (850) 414-3600
20              mary_miller@oag.state.fl.us
21
22
0612
1           A P P E A R A N C E S   (Cont'd)
2
3   On behalf of the City of New York and all New York
4   Counties other than Nassau and Orange; the States
5   of Wisconsin, Illinois, Kentucky, Idaho, Alaska,
6   Hawaii and South Carolina:
7
8               MICHAEL WINGET-HERNANDEZ, ESQ.
9               Winget-Hernandez, LLC
10              3112 Windsor Road, Suite 228
11              Austin, Texas 78703
12              (512) 858-4181
13              michael@winget-hernandez.com
```

```
                          Reed, Larry - Vol. III.txt
14
15    On behalf of Ven-A-Care of the Florida Keys, Inc.:
16
17               ROSLYN G. POLLACK, ESQ. (via phone)
18               Berger & Montague P.C.
19               1622 Locust Street
20               Philadelphia, Pennsylvania 19103-6305
21               (215) 875-3000
22               rpollack@bm.net
0613
 1               A P P E A R A N C E S   (Cont'd)
 2
 3    On behalf of Abbott Laboratories, Inc.:
 4
 5               DAVID TORBORG, ESQ.
 6               Jones Day
 7               51 Louisiana Avenue, N.W.
 8               Washington, D.C. 20001-2113
 9               (202) 879-3939
10               dstorborg@jonesday.com
11
12    On behalf of Bristol-Myers Squibb:
13
14               SANDHYA P. KAWATRA, ESQ. (via phone)
15               Hogan & Hartson
16               875 Third Avenue
17               New York, New York 10022
18               (212) 918-3000
19               spkawatra@hhlaw.com
20
21
22
0614
 1               A P P E A R A N C E S   (Cont'd)
 2
 3    On behalf of Dey, Inc., Dey, L.P. and Mylan:
 4
 5               NEIL MERKL, ESQ.
 6               Kelley, Drye & Warren LLP
 7               101 Park Avenue
 8               New York, New York 10178
 9               (212) 808-7811
10               nmerkl@kelleydrye.com
11
12    On behalf of Roxane Laboratories and Boehringer
13    Ingelheim:
14
15               JARED T. HECK, ESQ.
16               Kirkland & Ellis
17               200 East Randolph Drive
18               Chicago, Illinois 60601
19               (312) 469-7087
20               jheck@kirkland.com
21
22
0615
 1               A P P E A R A N C E S   (Cont'd)
 2
 3    On behalf of Sandoz, Inc.:
 4
 5               MILANA SALZMAN, ESQ. (via phone)
 6               White & Case LLP
 7               1155 Avenue of the Americas
 8               New York, New York 10036-2787
 9               (212) 819-8711
10               msalzman@whitecase.com
```

Reed, Larry - Vol. III.txt

```
11
12  On behalf of Schering-Plough Corporation, Schering
13  Corporation and Warrick Pharmaceuticals Corporation:
14
15            JOHN P. BUEKER, ESQ.
16            Ropes & Gray
17            One International Place
18            Boston, Massachusetts 02110-2624
19            (617) 951-7050
20            john.bueker@ropesgray.com
21
22  ALSO PRESENT:  CONWAY BARKER, videographer
0616
```

```
1                  C O N T E N T S
2   WITNESS NAME                              PAGE
3   LARRY REED
4       Examination By Mr. Torborg............... 620
5       Examination By Mr. Merkl................. 851
6
7
8                  E X H I B I T S
9   NUMBER           DESCRIPTION              PAGE
10  Exhibit Abbott 750, HHD 014-0408 - 426......... 767
11  Exhibit Abbott 751, CBO study entitled "How
12                      increased competition from
13                      generic drugs has affected
14                      prices and returns in the
15                      pharmaceutical industry"
16                      (no Bates ref)............. 817
```

```
17
18
19
20
21
22
0617
1                  P R O C E E D I N G S
2                      (9:20 a.m.)
3
4            THE VIDEOGRAPHER:  In the United States
5   District Court for the District of Massachusetts
6   In Re: Pharmaceutical Industry Average Wholesale
7   Price Litigation, related to the United States of
8   America ex rel. Ven-A-Care of the Florida Keys,
9   Incorporated, versus Abbott Laboratories,
10  Incorporated, et al., Case Number 01-CV-12257
11  PBS, this is the deposition, volume 3, of Larry
12  Reed.
13            Today's date is March 18th 2008.  The
14  location of the deposition is Jones Day, 51
15  Louisiana Avenue, Northwest, Washington, D.C.
16  Will counsel please identify yourselves and state
17  whom you represent?
18            MR. TORBORG:  David Torborg from Jones
19  Day on behalf of Abbott Laboratories.
20            MR. MERKL:  Neil Merkl from Kelley Drye
21  on behalf of the Dey Companies.
22            MR. HECK:  Jared Heck with Kirkland &
0618
1   Ellis on behalf of the Roxane Companies.
2            MR. BUEKER:  John Bueker from Ropes &
3   Gray on behalf of Warrick Pharmaceuticals,
4   Schering Corporation and Schering-Plough
5   Corporation.
6            MS. MARTINEZ:  Ani Martinez on behalf
7   of the United States.
```

Page 5

Reed 30(b)(6), Larry.txt
```
00001
    1               UNITED STATES DISTRICT COURT
    2             FOR THE DISTRICT OF MASSACHUSETTS
    3   - - - - - - - - - - - - - - -
    4   IN RE:  PHARMACEUTICAL      )  MDL NO. 1456
    5   INDUSTRY AVERAGE WHOLESALE  )  CIVIL ACTION
    6   PRICE LITIGATION            )  01-CV-12257-PBS
    7   THIS DOCUMENT RELATES TO    )
    8   U.S. ex rel. Ven-a-Care of  )  Judge Patti B. Saris
    9   the Florida Keys, Inc.      )
   10            v.                 )  Chief Magistrate
   11   Abbott Laboratories, Inc., )  Judge Marianne B.
   12   No. 06-CV-11337-PBS        )  Bowler
   13   - - - - - - - - - - - - - - -
   14        (captions continue on following pages)
   15
   16                       Washington, D.C.
   17                       Thursday, March 20, 2008
   18                       9:00 a.m.
   19
   20    Videotaped deposition of LARRY REED as 30(b)(6)
   21       witness for the UNITED STATES OF AMERICA
   22
00002
    1               IN THE CIRCUIT COURT OF
    2             MONTGOMERY COUNTY, ALABAMA
    3   - - - - - - - - - - - - - - -
    4   STATE OF ALABAMA,          )
    5            Plaintiff,        )
    6        vs.                   )  Case No. CV-2005-219
    7   ABBOTT LABORATORIES, INC., )  Judge Charles Price
    8   et al.,                    )
    9            Defendants.       )
   10   - - - - - - - - - - - - - - -
   11
   12      IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
   13                  STATE OF HAWAII
   14   - - - - - - - - - - - - - - -
   15   STATE OF HAWAII,           )
   16            Plaintiff,        )  Case No.
   17        vs.                   )  06-1-0720-04 EEH
   18   ABBOTT LABORATORIES, INC., )
   19   et al.,                    )  JUDGE EDEN
   20            Defendants.       )  ELIZABETH HIFO
   21   - - - - - - - - - - - - - - -
   22
00003
    1      IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
    2            IN AND FOR LEON COUNTY, FLORIDA
    3   THE STATE OF FLORIDA
    4   ex rel.
    5   - - - - - - - - - - - - - - -
    6   VEN-A-CARE OF THE FLORIDA KEYS,  )
    7   INC., a Florida Corporation, by and )
    8   through its principal officers and )
    9   directors, ZACHARY T. BENTLEY and )
   10   T. MARK JONES,                    )
   11            Plaintiffs,              )  Civil Action
   12        vs.                          )  No. 98-3032G
   13   MYLAN LABORATORIES INC.; MYLAN    )
   14   PHARMACEUTICALS INC.; NOVOPHARM   )  Judge William
   15   LTD., SCHEIN PHARMACEUTICAL, INC.; )  L. Gary
   16   TEVA PHARMACEUTICAL INDUSTRIES    )
   17   LTD.; TEVA PHARMACEUTICAL USA; and )
   18   WATSON PHARMACEUTICALS, INC.,     )
   19               DEFENDANTS.          )
```

```
                           Reed 30(b)(6), Larry.txt
20   - - - - - - - - - - - - - - - - -
21
22
00004
 1                    COMMONWEALTH OF KENTUCKY
 2             FRANKLIN CIRCUIT COURT - DIV. II
 3   - - - - - - - - - - - - - - - - -
 4   COMMONWEALTH OF KENTUCKY,        )
 5              Plaintiff,            ) Civil Action
 6       vs.                         ) NO. 03-CI-1134
 7   ABBOTT LABORATORIES, INC., et al.,)
 8              Defendants.           )
 9   - - - - - - - - - - - - - - - - -
10
11            STATE OF WISCONSIN CIRCUIT COURT
12                     DANE COUNTY
13                      Branch 9
14   - - - - - - - - - - - - - - - - -
15   STATE OF WISCONSIN,             )
16              Plaintiff,           )
17       vs.                         ) Case No. 04-CV-1709
18   AMGEN INC., et al.,             )
19              Defendants.          )
20   - - - - - - - - - - - - - - - - -
21
22
00005
 1             IN THE COURT OF COMMON PLEAS
 2               FIFTH JUDICIAL CIRCUIT
 3   - - - - - - - - - - - - - - - - -
 4   STATE OF SOUTH CAROLINA, and    )    STATE OF
 5   HENRY D. McMASTER, in his       ) SOUTH CAROLINA
 6   official capacity as Attorney   )   COUNTY OF
 7   General for the State of South  )    RICHLAND
 8   Carolina,                       )
 9              Plaintiffs,          )
10       vs.                         )  Civil Action No.
11   ABBOTT LABORATORIES, INC.,      )  2006-CP-40-4394
12              Defendants.          )
13   - - - - - - - - - - - - - - - - -
14
15
16
17
18
19
20
21
22
00006
 1             IN THE COURT OF COMMON PLEAS
 2               FIFTH JUDICIAL CIRCUIT
 3   - - - - - - - - - - - - - - - - -
 4   STATE OF SOUTH CAROLINA, and    )    STATE OF
 5   HENRY D. McMASTER, in his       ) SOUTH CAROLINA
 6   official capacity as Attorney   )   COUNTY OF
 7   General for the State of South  )    RICHLAND
 8   Carolina,                       )
 9              Plaintiffs,          )
10       vs.                         )  Civil Action No.
11   SANDOZ INC.,                    )  2007-CP-40-0285
12              Defendants.          )  2007-CP-40-0287
13   - - - - - - - - - - - - - - - - -
14
15       Videotaped 30(b)(6) deposition of LARRY REED,
16   held at the law offices of Jones Day, 51 Louisiana
```

```
                          Reed 30(b)(6), Larry.txt
17  Avenue, N.W., Washington, D.C. 20001-2113, the
18  proceedings being recorded stenographically by
19  Jonathan Wonnell, a Registered Professional Court
20  Reporter and Notary Public of the District of
21  Columbia, and transcribed under his direction.
22
00007
 1          A P P E A R A N C E S   O F   C O U N S E L
 2
 3      On behalf of the United States of America:
 4          ANA MARIA MARTINEZ, ESQ.
 5          United States Department of Justice
 6          99 N.E. 4th Street
 7          Miami, Florida 33132
 8          (305) 961-9431
 9          ana.maria.martinez@usdoj.gov
10
11      On behalf of the U.S. Department of Health and
12          Human Services:
13          LESLIE M. STAFFORD, ESQ.
14          U.S. Department of Health & Human Services
15          Office of General Counsel, CMS Division
16          7500 Security Boulevard
17          Mail Stop C2-05-23
18          Baltimore, Maryland 21244
19          (410) 786-9655
20
21
22
00008
 1          A P P E A R A N C E S   (Cont'd)
 2
 3      On behalf of the State of Alabama:
 4          WINDY COCKRELL BITZER, ESQ. (via phone)
 5          Hand Arendall LLC
 6          1200 Park Place Tower
 7          2001 Park Place North
 8          Birmingham, Alabama 35203
 9          (205) 694-6263
10          wbitzer@handarendall.com
11
12      On behalf of the State of Florida:
13          MARY S. MILLER, ESQ. (via phone)
14          Office of the Attorney General of Florida
15          PL-01, The Capitol
16          Tallahassee, Florida 32399-1050
17          (850) 414-3600
18          mary_miller@oag.state.fl.us
19
20
21
22
00009
 1          A P P E A R A N C E S   (Cont'd)
 2
 3      On behalf of the City of New York and all New
 4          York Counties other than Nassau and
 5          Orange; and the States of Alaska, Hawaii,
 6          Idaho, Illinois, Kentucky, South Carolina
 7          and Wisconsin:
 8          MICHAEL WINGET-HERNANDEZ, ESQ.
 9          Winget-Hernandez, LLC
10          3112 Windsor Road, Suite 228
11          Austin, Texas 78703
12          (512) 858-4181
13          michael@winget-hernandez.com
```

Reed 30(b)(6), Larry.txt

```
14
15          On behalf of Ven-A-Care of the Florida Keys,
16               Inc.:
17               GARY A. AZORSKY, ESQ.
18               Berger & Montague P.C.
19               1622 Locust Street
20               Philadelphia, Pennsylvania 19103-6305
21               (215) 875-3000
22               gazorsky@bm.net
00010
 1          A P P E A R A N C E S  (Cont'd)
 2
 3          On behalf of Abbott Laboratories, Inc.:
 4               DAVID TORBORG, ESQ.
 5               Jones Day
 6               51 Louisiana Avenue, N.W.
 7               Washington, D.C. 20001-2113
 8               (202) 879-3939
 9               dstorborg@jonesday.com
10
11          On behalf of Bristol-Myers Squibb:
12               ANDREA W. TRENTO, ESQ. (via phone)
13               Hogan & Hartson
14               875 Third Avenue
15               New York, New York 10022
16               (212) 918-3000
17               awtrento@hhlaw.com
18
19
20
21
22
00011
 1          A P P E A R A N C E S  (Cont'd)
 2
 3          On behalf of Dey, Inc., Dey, L.P. and Mylan:
 4               NEIL MERKL, ESQ.
 5               Kelley, Drye & Warren LLP
 6               101 Park Avenue
 7               New York, New York 10178
 8               (212) 808-7811
 9               nmerkl@kelleydrye.com
10
11          On behalf of Roxane Laboratories and Boehringer
12               Ingelheim:
13               JARED T. HECK, ESQ.
14               Kirkland & Ellis
15               200 East Randolph Drive
16               Chicago, Illinois 60601
17               (312) 469-7087
18               jheck@kirkland.com
19
20
21
22
00012
 1          A P P E A R A N C E S  (Cont'd)
 2
 3          On behalf of Sandoz, Inc.:
 4               MILANA SALZMAN, ESQ. (via phone)
 5               White & Case LLP
 6               1155 Avenue of the Americas
 7               New York, New York 10036-2787
 8               (212) 819-8711
 9               msalzman@whitecase.com
10
```

Reed 30(b)(6), Larry.txt
```
11          On behalf of Schering-Plough Corporation,
12              Schering Corporation and Warrick
13              Pharmaceuticals Corporation:
14              JOHN P. BUEKER, ESQ.
15              Ropes & Gray
16              One International Place
17              Boston, Massachusetts 02110-2624
18              (617) 951-7050
19              john.bueker@ropesgray.com
20
21      ALSO PRESENT:
22          CONWAY BARKER, videographer
00013
 1                  C O N T E N T S
 2  WITNESS NAME                              PAGE
 3  LARRY REED
 4          By Mr. Torborg:                    18
 5          By Ms. Martinez:                  219
 6          By Mr. Torborg:                   231
 7
 8
 9                  E X H I B I T S
10  NO.  DESCRIPTION                          PAGE
11  Exhibit Abbott 756, Notice of 30(b)(6) and    21
12      30(b)(1) deposition of Larry Reed (no
13      Bates ref)
14  Exhibit Abbott 757, Martinez 3/13/08 e-mail to    22
15      Cook et al. (no Bates ref)
16  Exhibit Abbott 758, copy of C.F.R. 447.301 (no    35
17      Bates ref)
18  Exhibit Abbott 759, HHD 093-0157 through 0163    53
19  Exhibit Abbott 760, HHC 002-0524          58
20  Exhibit Abbott 761, HHC 011-0872          73
21  Exhibit Abbott 762, HHC 002-0564 through 0565    77
22  Exhibit Abbott 763, HHC 002-0515 through 22    83
00014
 1      I N D E X   O F   E X H I B I T S  (Cont'd)
 2  NO.  DESCRIPTION                          PAGE
 3  Exhibit Abbott 764, HHC 902-0744 through 45    118
 4  Exhibit Abbott 765, HHC 004-0131 through 37    148
 5  Exhibit Abbott 766, HHC 010-0868, 861 through    159
 6      862, 849 through 852, 842 through 843,
 7      836, 835, 833, 817 through 818, 802
 8      through 807, 770, 764, 759, 756 through
 9      757
10  Exhibit Abbott 767, HHC 020-1589 through 1590    177
11  Exhibit Abbott 768, HHC 020-1569 through 1570    179
12  Exhibit Abbott 769, HHC 009-1316 through 1335    180
13  Exhibit Abbott 770, HHC 009-1130          194
14  Exhibit Abbott 771, HHC 009-1124 through 1125    194
15  Exhibit Abbott 772, HHC 009-1117 through 1119    194
16  Exhibit Abbott 773, HHC 009-1084 through 1088    194
17  Exhibit Abbott 774, HHC 009-0978          194
18  Exhibit Abbott 775, HHC 009-0970          194
19  Exhibit Abbott 776, Director, Center for    210
20      Medicaid and State Operations memo to
21      Scully and King-Shaw dated 10/22/2002
22      (redacted, no Bates ref)
00015
 1                  P R O C E E D I N G S
 2                                  (9:39 a.m.)
 3          THE VIDEOGRAPHER:  In the United States
 4  District Court for the District of Massachusetts In
 5  Re: Pharmaceutical Industry Average Wholesale Price
 6  Litigation, related to the United States of America ex
 7  rel. Ven-A-Care of the Florida Keys Incorporated
```

Page 5

# EXHIBIT W



17509366

Dec  3 2007
6:56PM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No.1456<br>Master File No. 01-CV-12257-PBS<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation, et al.*, Civil Action No. 07-10248-PBS | |

## <u>CROSS-NOTICE OF DEPOSITION OF ELIZABETH RICHTER</u>

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, the Roxane Defendants, by their undersigned attorneys, hereby cross-notice the deposition of Elizabeth Richter for the purposes of the above-captioned action.  This deposition was noticed in *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*, No. 06-CV-11337-PBS, a case pending in the United States District Court for the District of Massachusetts ("Abbott Action").  A copy of the deposition notice, served on November 30, 2007 in the Abbott Action, is attached as Exhibit 1 hereto.

Ms. Richter's deposition will begin at 9:00 a.m. on December 7, 2007 before a duly qualified officer and continue on successive days as necessary.  The deposition shall be held at the law offices of  Jones Day, 51 Louisiana Ave. N.W., Washington, D.C. 20001, and will be recorded by stenographic and/or sound and visual means. The deposition will be taken upon cross-examination.  Arrangements will be made so that counsel may participate by telephone if they wish.  The deposition is being taken for the purposes of discovery, for use at trial, and for other such purposes as permitted under the Federal Rules of Civil Procedure.

Dated:  December 3, 2007

                                        _____ /s/ Eric T. Gortner
Helen E. Witt, P.C.
Eric T. Gortner
Jared T. Heck
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

                                        _____ /s/ Bruce A. Singal
Bruce A. Singal, BBO #464420
Richard Goldstein, BBO #565482
DONOGHUE BARRETT & SINGAL, P.C.
One Beacon Street
Boston, MA  02018
Telephone: (617) 720-5090
Facsimile: (617) 720-5092

*Counsel for Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on December 3, 2007, a copy to LexisNexis File and Serve for posting and notification to all parties.

<u>        /s/ Eric T. Gortner</u>
Eric T. Gortner

# EXHIBIT W-1

Richter, Elizabeth

1

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3    - - - - - - - - - - - - - - -

 4    IN RE:  PHARMACEUTICAL       )  MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE   )  CIVIL ACTION

 6    PRICE LITIGATION             )  01-CV-12257-PBS

 7    THIS DOCUMENT RELATES TO     )

 8    U.S. ex rel. Ven-a-Care of   )  Judge Patti B.
Saris

 9    the Florida Keys, Inc.       )

10        v.                       )  Chief Magistrate

11    Abbott Laboratories, Inc.,   )  Judge Marianne B.

12    No. 06-CV-11337-PBS          )  Bowler

13    - - - - - - - - - - - - - - -

14

15

16        Videotaped deposition of ELIZABETH RICHTER

17

18                           Washington, D.C.

19                           Friday, December 7, 2007

20                           9:00 a.m.

21

22
```

Richter, Elizabeth

2

1
2          Videotaped deposition of ELIZABETH RICHTER,
3    held at the law offices of Jones Day, 51 Louisiana
4    Avenue, N.W., Washington, D.C. 20001-2113, the
5    proceedings being recorded stenographically by
6    Jonathan Wonnell, a Notary Public in and for the
7    District of Columbia, and transcribed under his
8    direction.
9
10
11
12
13
14
15
16
17
18
19
20
21
22

Richter, Elizabeth

3

1   A P P E A R A N C E S   O F   C O U N S E L

2

3        On behalf of the United States of America:

4              JUSTIN DRAYCOTT, ESQ.

5              U.S. Department of Justice

6              Civil Division

7              P.O. Box 261, Ben Franklin Station

8              Washington, D.C. 20044

9              (202) 305-9300

10             justin.draycott@usdoj.gov

11

12        On behalf of the U.S. Department of Health
and

13             Human Services:

14             TROY A. BARSKY, ESQ.

15             U.S. Department of Health & Human

16               Services

17             Office of General Counsel

18             7500 Security Boulevard

19             Baltimore, Maryland 21244-1850

20             (410) 786-8873

Richter, Elizabeth
21          troy.barsky@hhs.gov
22

4

 1   A P P E A R A N C E S   (Cont'd)
 2
 3          On behalf of Abbott Laboratories, Inc.:
 4                R. CHRISTOPHER COOK, ESQ.
 5                LOUIS P. GABEL, ESQ.
 6                Jones Day
 7                51 Louisiana Avenue, N.W.
 8                Washington, D.C. 20001-2113
 9                (202) 879-3939
10                christophercook@jonesday.com
11                lgabel@jonesday.com
12
13          On behalf of Dey, Inc. and Dey, L.P. and
14                Mylan:
15                WILLIAM A. ESCOBAR, ESQ.
16                Kelley, Drye & Warren LLP
17                101 Park Avenue
18                New York, New York 10178

Page 4

Richter, Elizabeth
19        (212) 808-7609

20        wescobar@kelleydrye.com

21

22




5




1    A P P E A R A N C E S   (Cont'd)

2

3         On behalf of Roxane Laboratories and

4              Boehringer Ingelheim:

5         ERIC GORTNER, ESQ.

6         Kirkland & Ellis

7         200 East Randolph Drive

8         Chicago, Illinois 60601

9         (312) 861-2285

10        egortner@kirkland.com

11

12        On behalf of Schering-Plough Corporation,

13             Schering Corporation and Warrick

14             Pharmaceuticals Corporation:

15        C. SCOTT JONES, ESQ. (via phone)

16        Locke, Lord, Bissell & Liddell LLP

17        2200 Ross Avenue, Suite 2200

Richter, Elizabeth

18          Dallas, Texas 75201

19          (214) 740-8725

20          sjones@lockelord.com

21

22

6

1   A P P E A R A N C E S   (Cont'd)

2

3        ALSO PRESENT:

4             CONWAY BARKER, videographer

5

6

7

8

9

10

11

12

13

14

15

Page 6

Richter, Elizabeth

16

17

18

19

20

21

22

7

1        I N D E X   O F   E X A M I N A T I O N S

2

3    WITNESS NAME
PAGE

4    ELIZABETH RICHTER

5            By Mr. Cook..........................
012

6            By Mr. Escobar.......................
165

7            By Mr. Gortner.......................
245

8

9

10           I N D E X   O F   E X H I B I T S

11   NUMBER                DESCRIPTION
PAGE

Page 7

# EXHIBIT X



14053104

Mar  8 2007
10:26AM

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.*, | ) | |
| No. 06-CV-11337-PBS | ) | |

**NOTICE OF DEPOSITION OF VICKIE ROBEY**

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil

Procedure, Abbott Laboratories, by its undersigned attorneys, will take the deposition of Vickie

Robey.  Ms. Robey is being deposed in response to Abbott's Notice of Deposition of one or

more persons designated by the United States to testify regarding the actions taken by the United

States to insure the preservation of evidence, witness testimony, data, or other information

relevant to or discoverable in this litigation.  Vickie Robey is the Records Manager for CMS.

The deposition will take place before a notary public, or any other officer authorized to

administer oaths, at the office of Hogan & Hartson LLP, 111 South Calvert St., Baltimore, MD,

on March 20, 2007, beginning at 9:00 a.m. and continuing on successive days as necessary.

Such deposition will be recorded by stenographic and/or sound and visual means.

The deposition is being taken for the purposes of discovery, for use at trial, and for such

other purposes as permitted under the Federal Rules of Civil Procedure.

Dated:  March 8, 2007

 /s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, R. Christopher Cook, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF DEPOSITION OF VICKIE ROBEY to be served upon be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 8th day of March, 2007.

 /s/ R. Christopher Cook_____
R. Christopher Cook

# EXHIBIT X-1

Robey 30(b)(6), Victoria
0001
1                UNITED STATES DISTRICT COURT
2               FOR THE DISTRICT OF MASSACHUSETTS
3
4       --------------------------X
5       IN RE: PHARMACEUTICAL      : MDL NO. 1456
6       INDUSTRY AVERAGE WHOLESALE : CIVIL ACTION:
7       PRICE LITIGATION           : 01-CV-12257-PBS
8       THIS DOCUMENT RELATES TO   :
9       U.S. ex rel. Ven-A-Care of : Judge Patti B. Saris
10      the Florida Keys, Inc. v.  :
11      Abbott Laboratories, Inc., : Chief Magistrate
12      No. 06-CV-11337-PBS        : Judge Marianne B.
13                                 : Bowler
14      --------------------------X
15                  HIGHLY CONFIDENTIAL
16              Tuesday, March 20, 2007
17      The video 30(b)(6) deposition of VICTORIA ROBEY,
18      called for oral examination by Counsel for the
19      Defendant Abbott Laboratories, Inc., pursuant to
20      notice, held in the law offices of Hogan &
21      Hartson, 111 South Calvert Street, Baltimore,
22      Maryland 21202, beginning at 9:20 a.m., before
0002
1       Carol J. Robinson, Registered Professional
2       Reporter and a Notary Public, when were present:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
0003
1                A P P E A R A N C E S
2
3       ON BEHALF OF THE PLAINTIFFS:
4       United States Department of Justice
5       BY:  ANA MARIA MARTINEZ, ESQUIRE
6       Assistant United States Attorney
7       Southern District of Florida
8       99 N.E. 4th Street

Page 1

Robey 30(b)(6), Victoria

```
 9   Miami, FL 33132
10   (305) 961-9431
11
12   Department of Health and Human Services
13   BY: LESLIE M. STAFFORD, ESQUIRE
14   Office of General Counsel
15   CMS Division
16   7500 Security Boulevard
17   Baltimore, Maryland 21244
18   (410) 786-9655
19
20
21
22   (CONTINUED)
0004
 1            A P P E A R A N C E S (CONTINUED)
 2
 3   BERGER & MONTAGUE, P.C.
 4   BY: SUSAN SCHNEIDER THOMAS, ESQUIRE
 5   1622 Locust Street
 6   Philadelphia, PA 19103
 7   (215) 875-3000
 8   sthomas@bm.net
 9
10   ON BEHALF OF DEFENDANT ABBOTT LABORATORIES:
11   JONES DAY
12   BY: R. CHRISTOPHER COOK, ESQUIRE
13       LOUIS GABEL, ESQ.
14   51 Louisiana Avenue, N.W.
15   Washington, D.C.  20001
16   (202) 879-3939
17   christophercook@jonesday.com
18
19
20
21
22   (CONTINUED)
0005
 1            A P P E A R A N C E S (CONTINUED)
 2
 3   ON BEHALF OF DEY, INC.,
 4   DEY, LP AND DEY, LP, INC.:
 5   KELLEY DRYE & WARREN LLP
 6   BY: ANTONIA F. GIULIANA, ESQUIRE
 7   101 Park Avenue
 8   New York, New York 10178
 9   (212) 808-7609
10   agiuliana@kelleydrye.com
11
12   ON BEHALF OF ROXANNE LABORATORIES:
13   KIRKLAND & ELLIS
14   BY:  JARED T. HECK, Esquire
15   200 East Randolph Drive
16   Chicago, IL 60601
17   312-469-7087
```

Page 2

Robey 30(b)(6), Victoria
```
18    jheck@kirkland.com
19    (via telephone)
20
21
22    (CONTINUED)
0006
 1              A P P E A R A N C E S  (CONTINUED)
 2
 3    ON BEHALF OF SCHEIRING-WARRICK CORPORATION:
 4    ROPES AND GRAY
 5    BY:   JOBE G. DANGANAN, Esquire
 6    One International Place
 7    Boston, MA 02110-2624
 8    (617)951-7290
 9    jobe.danganan@ropesgray.com
10    (via telephone)
11
12    ON BEHALF OF BAXTER HEALTHCARE:
13    DICKSTEIN SHAPIRO
14    BY:   TINA D.  REYNOLDS, Esquire
15    1825 Eye Street NW
16    Washington, DC 20006
17    (202) 420-4114
18    reynoldst@dicksteinshapiro.com
19    (via telephone)
20
21
22    (CONTINUED)
0007
 1              A P P E A R A N C E S  (CONTINUED)
 2
 3    ON BEHALF OF ASTRAZENECA:
 4    DAVIS POLK & WARDWELL
 5    BY:   CATHERINE LIFESO, Esquire
 6    450 Lexington Avenue
 7    New York, NY 10017
 8    (212)450-4452
 9    catherine.lifeso@dpw.com
10    (via telephone)
11
12    Also Present:  Michael Hunterton, Videographer
13
14
15
16
17
18
19
20
21
22
0008
 1                   C O N T E N T S
 2    EXAMINATION OF VICTORIA ROBEY              Page
 3    By Mr. Cook.................................. 11
```
Page 3

# EXHIBIT Y



13948357

Feb 27 2007
5:35PM

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL No. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | |
| ) | Civil Action No. 01-12257-PBS |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Judge Patti B. Saris |
| ) | |
| ALL ACTIONS [1] ) | Magistrate Judge Marianne B. Bowler |
| ) | |
| ) | |

## CROSS-NOTICE OF DEPOSITION OF AMY SERNYAK

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil

Procedure, Schering Corporation ("Schering"), Schering Plough Corporation ("Schering

Plough"), and Warrick Pharmaceuticals Corporation ("Warrick")[2] hereby cross-notice the

deposition of Amy Sernyak for purposes of all cases pending in MDL No. 1456.

On February 26, 2007, attorneys for Abbott Laboratories, Inc. noticed the deposition of

Ms. Sernyak for purposes of *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott*

*Laboratories, Inc.,* No. 06-CV-11337-PBS, a matter that is currently a part of MDL No. 1456.

This notice is attached hereto.  Through this cross-notice, counsel are hereby informed that the

deposition of Ms. Sernyak will also be proceeding for purposes of all other cases pending in

MDL No. 1456, to the extent permitted under the Federal Rules of Civil Procedure, Court order,

and any other applicable rules.

---

[1] As explained herein, this cross-notice regards all actions pending in MDL No. 1456, to the extent permitted under
the Federal Rules of Civil Procedure, Court order, and any other applicable rules.

[2] This cross-notice, which is being served for purposes of a number of actions pending in MDL No. 1456, is only
served in a particular action on behalf of those entities that have appeared, been named, and been served in that
particular action.  To the extent that Schering, Schering Plough, or Warrick have not appeared, been served, or been
named in a particular action, this notice does not constitute an appearance, consent to service, or consent to joinder

The deposition will take place before a notary public, or any other officer authorized to administer oaths, at the office of Morgan Lewis, 1701 Market Street, Philadelphia, PA 19103 on March 6, 2007 beginning at 9:00 a.m.  The attached subpoena *duces tecum* directs the witness to appear for the deposition and produce certain documents.  The deposition will be taken upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means. The deposition is being taken for the purposes of discovery, for use at trial, and for such other purposes as permitted under the Federal Rules of Civil Procedure, Court order, and any other applicable rules.

By attorneys,

/s/ Eric P. Christofferson
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering Corporation, Schering-Plough Corporation, and Warrick Pharmaceuticals Corporation*

Dated:  February 27, 2007

by Schering, Schering Plough, or Warrick, respectively, in that action.  Schering, Schering Plough, and Warrick also do not waive any objection regarding jurisdiction or other defenses, where applicable.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 27, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/  Adam Wright
Adam Wright



13932597

Feb 26 2007
6:52PM

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc.*, | ) | |
| No. 06-CV-11337-PBS | ) | |

## NOTICE OF DEPOSITION OF AMY SERNYAK

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Abbott Laboratories, Inc. ("Abbott") by its undersigned attorneys, will take the

deposition of Amy Sernyak.

The deposition will take place before a notary public, or any other officer authorized to

administer oaths, at the office of Morgan Lewis, 1701 Market Street, Philadelphia, PA 19103, on

March 6, 2007 beginning at 9:00 a.m.  The attached subpoena *duces tecum* directs the witness to

appear for deposition and produce certain documents.  The deposition will be taken upon cross-

examination.

Such deposition will be recorded by stenographic and/or sound and visual means.  The

deposition is being taken for the purposes of discovery, for use at trial, and for such other

purposes as permitted under the Federal Rules of Civil Procedure.

Dated:  February 26, 2007

  /s/ David S. Torborg_____
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing NOTICE OF DEPOSITION OF AMY SERNYAK, and attachments, to be served upon be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 26th day of February, 2007.


_/s/ David S. Torborg_____
David S. Torborg



LEXISNEXIS® FILE & SERVE
13932597
E-SERVICE
Feb 26 2007
6:52PM

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | Pending in: |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc., et al., v. Abbott Laboratories, Inc., et al.* | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**<br><br>MDL NO. 1456<br><br>Civil Action No. 06-CV-11337-PBS<br>Lead Case No. 01-CV-12257<br><br>Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

# SUBPOENA DUCES TECUM

TO:    Amy Sernyak
       Care of:
       John K. Neal, Esq.
       P.O. Box 261
       Ben Franklin Station
       Washington, D.C. 20044

- **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | **DATE AND TIME** |

☒ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| **Morgan Lewis**<br>**1701 Market Street**<br>**Philadelphia, PA 19103** | **March 6, 2007 at 9:00 AM** |

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
       Please see attached Exhibit A

| PLACE | DATE AND TIME |
|---|---|
| | |

- **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]*<br>Attorney for Defendants Abbott Laboratories, Inc. | February 26, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER: David S. Torborg, Esq., Jones Day, 51 Louisiana Ave., N.W., Washington, DC 20001 (202) 879-3939

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

(C) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party service the subpoena shall not be entitled to inspect and copy materials or inspect the premises expect pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
   (i)   fails to allow reasonable time for compliance;
   (ii)   requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
   (iii)   requires disclosure of privileged or other protected matter and no exception or waiver applies, or
   (iv)   subjects a person to undue burden.

(B) If a subpoena

   (i)   requires disclosure of a trade secret or other confidential research, development, or commercial information, or
   (ii)   requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
   (iii)   requires a person who is not a party of an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## EXHIBIT A

### Documents Requested

1.     A copy of your most current resume.

2.     A copy of any and all Documents in your personal possession concerning the use of AWP or WAC by the Medicare or Medicaid programs for the reimbursement of drugs and/or the administration or dispensing of drugs. This request does not seek documents contained at the offices of the United States Department of Health and Human Services – Office of Inspector General.

### Definitions

1.     "AWP" or "Average Wholesale Price" means any figures so categorized and periodically published by any Publisher.

2.     "Concern," "concerning," "relating to," or "relate to" means refer to, regard, concern, describe, explain, state, evidence, record, constitute, pertain to, reflect, comprise, contain, embody, mention, show, support, contradict, and discuss, whether directly or indirectly, as required by the context to bring within the scope of the requests in this request for production of documents any documents that might be deemed outside their scope by another construction.

3.     "Documents" means all original written, recorded, or graphic matters whatsoever, and any and all non-identical copies thereof, including but not limited to advertisements, affidavits, agreements, analyses, applications, appointment books, bills, binders, books, books of account, brochures, calendars, charts, checks or other records of payment, communications, computer printouts, computer stores data, conferences, or other meetings, contracts, correspondence, diaries, electronic mail, evaluations, facsimiles, files, filings, folders, forms, interviews, invoices, jottings, letters, lists, manuals, memoranda, microfilm or other data compilations from which information can be derived, minutes, notations, notebooks, notes, opinions, pamphlets, papers, photocopies, photographs or other visual images, policies, recordings of telephone or other conversations, records, reports, resumes, schedules, scraps of paper, statements, studies, summaries, tangible things, tapes, telegraphs, telephone logs, telex messages, transcripts, website postings, and work papers, which are in the possession of the Carrier as defined above. A draft or non-identical copy is a separate document within the meaning of this term.

4.     "WAC" means "Wholesale Acquisition Cost."

# EXHIBIT Y-1

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3       -------------------------x

 4    IN RE:  PHARMACEUTICAL      : MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE : CIVIL ACTION

 6    PRICE LITIGATION            : 01-CV-12257-PBS

 7              vs.               :

 8    THIS DOCUMENT RELATES TO    :

 9    U.S. ex rel. Ven-A-Care of :

10    The Florida Keys, Inc.      :

11    v. Abbott Laboratories,     :

12    Inc., No. 06-CV-11337-PBS   :

13       --------------------------x

14

15    Video Tape Deposition of AMY JANE SERNYAK was taken

16    pursuant to notice at the Law Offices of Morgan

17    Lewis, 1701 Market Street, Philadelphia,

18    Pennsylvania, on Tuesday, March 6, 2007, beginning at

19    9:00 a.m., before Jeanne Christian, Court

20    Reporter-Notary Public and Michael Mullen, Video Tape

21    Operator, there being present.

22
```

Sernyak, Amy Jane                                                                March 6, 2007
Philadelphia, PA

Page 2

```
 1          A P P E A R A N C E S
 2   Representing Abbott Laboratories:
 3      DAVID S. TORBORG, ESQUIRE
 4      HILARY A. RAMSEY, ESQUIRE
 5      JONES DAY
 6      51 Louisiana Avenue, N.W.
 7      Washington, D.C. 20001
 8      (202) 879-3939
 9
10   Representing United States:
11      JOHN K. NEAL, ESQUIRE
12      NANCY W. BROWN, ESQUIRE
13      US DEPARTMENT OF JUSTICE
14      Civil Division, Fraud Section
15      601 D Street, N.W., Room 9536
16      Washington, D.C. 20004
17      (202) 307-0405
18
19
20
21
22          CONTINUED
```

Page 4

```
 1      A P P E A R A N C E S  (CONTINUED)
 2   Representing Sandoz, Inc.:
 3      VICTORIA R. ORLOWSKI, ESQUIRE
 4      WHITE & CASE LLP
 5      1155 Avenue of the Americas
 6      New York, NY 10036
 7      (212) 819-8254
 8
 9   Representing Roxane, Boehringer:
10      CEYLAN A. EATHERTON, ESQUIRE
11      KIRKLAND & ELLIS LLP
12      200 East Randolph Drive
13      Chicago, IL 60601
14      (312) 469-7002
15
16   Representing Schering and Warrick:
17      ERIC P. CHRISTOFFERSON, ESQUIRE
18      ROPES & GRAY LLP
19      One International Place
20      Boston, MA 02110
21      (617) 951-7976
22          CONTINUED
```

Page 3

```
 1      A P P E A R A N C E S  (CONTINUED)
 2   Representing Ven-A-Care of the Florida Keys:
 3      ROSLYN G. POLLACK, ESQUIRE
 4      BERGER & MONTAGUE, P.C.
 5      1622 Locust Street
 6      Philadelphia, PA 19103
 7      (215) 875-3000
 8
 9   Representing MDL Plaintiffs:
10      JENNIFER FOUNTAIN CONNOLLY, ESQUIRE
11      WEXLER/TORISEVA/WALLACE LLP
12      One North LaSalle Street - Suite 2000
13      Chicago, IL 60602
14      (312) 346-2222
15
16   Representing Dey Companies
17      NEIL MERKL, ESQUIRE
18      KELLEY DRYE & WARREN LLP
19      101 Park Avenue
20      New York, NY 10178
21      (212) 808-7811
22          CONTINUED
```

Page 5

```
 1      A P P E A R A N C E S  (CONTINUED)
 2   Representing the Commonwealth of Massachusetts:
 3      RICHARD C. HEIDLAGE, ESQUIRE
 4      THE COMMONWEALTH OF MASSACHUSETTS
 5      Assistant Attorney General
 6      One Ashburton Place, Room 813
 7      Boston, MA 02108
 8      (617) 727-2200
 9
10   Representing the City of New York, Counties of New
11   York also represented by KMS and the State of Hawaii:
12      MICHAEL WINGET-HERNANDEZ, ESQUIRE
13      WINGET-HERNANDEZ, LLC
14      3112 Windsor Road, #228
15      Austin, TX 78703
16      (512) 474-4095
17
18
19
20
21
22          CONTINUED
```

Henderson Legal Services
(202) 220-4158

Page 6

```
1        A P P E A R A N C E S  (CONTINUED)
2    APPEARING TELEPHONICALLY:
3    Representing Schering Division:
4        JASON GIST, ESQUIRE
5        KEMPPEL HUFFMAN & ELLIS
6        255 East Fireweed Lane - Suite 200
7        Anchorage, AK 99503
8        (907) 277-1604
9
10   Representing Schering Warrick:
11       JOBE DANGANAN, ESQUIRE
12       ROPES & GRAY LLP
13       One International Place
14       Boston, MA
15       (617) 951-7290
16
17
18
19
20
21
22           CONTINUED
```

Page 8

```
1                CONTINUED
2    APPEARING TELEPHONICALLY (CONTINUED):
3        Representing Baxter
4        LISA HALL, ESQUIRE
5        DICKSTEIN SHAPIRO LLP
6        1825 Eye Street NW
7        Washington, DC 20006
8        (202) 420-4129
9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

Page 7

```
1    APPEARING TELEPHONICALLY (CONTINUED):
2    Representing Bristol Myers Squibb:
3        JESSICA FEINGOLD, ESQUIRE
4        HOGAN & HARTSON
5        875 Third Avenue
6        New York, NY 10022
7        (212) 918-3636
8
9    Representing Amgen, Inc.:
10       JOSEPH YOUNG, ESQUIRE
11       HOGAN & HARTSON LLP
12       111 S. Calvert Street - Suite 1600
13       Baltimore, MD 21202
14       (410) 659-2775
15
16   Representing the State of Alabama:
17       CLINTON C. CARTER, ESQUIRE
18       BEASLEY, ALLEN, CROW, METHVIN,
19       PORTIS & MILES, P.C.
20       218 Commerce Street
21       Montgomery, AL 36104
22       (334) 269-2343
```

Page 9

```
1                C O N T E N T S
2    WITNESS: AMY JANE SERNYAK                    PAGE
```
```
3        Examination By Mr. Torborg ................. 013
4        Examination By Mr. Merkl ................... 231
5        Examination By Mr. Christofferson .......... 296
6        Examination By Ms. Eatherton ............... 306
```
```
7
8                E X H I B I T S
9    NUMBER              DESCRIPTION            PAGE
```
```
10   Exhibit Abbott 028      Resume ................. 017
11   Exhibit Abbott 029      Subpoena ............... 047
12   Exhibit Abbott 030      HHD014-0254 - 76
13                  Report ................. 064
14   Exhibit Abbott 031      HHD008-0245 - 248 ....... 085
15   Exhibit Abbott 032      HHD008-0249 ............. 086
16   Exhibit Abbott 033      OEI 039400390 Report .... 097
17   Exhibit Abbott 034      HHD008-0101 - 03 ........ 100
18   Exhibit Abbott 035      HHD011-1169 - 1170 ...... 102
19   Exhibit Abbott 036      HHD008-0242 Article .... 105
20   Exhibit Abbott 037      HHD008-0163 Article ..... 110
```
```
21
22               CONTINUED
```

3 (Pages 6 to 9)

# EXHIBIT Z

Sexton, Gail                                                        May 20, 2008
                              Washington, DC

```
                                                          Page 1
 1               UNITED STATES DISTRICT COURT

 2             FOR THE DISTRICT OF MASSACHUSETTS

 3    - - - - - - - - - - - - - - - - - - - -

 4    IN RE: PHARMACEUTICAL            ) MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE       ) CIVIL ACTION NO.

 6    PRICE LITIGATION                 ) 01-CV-12257-PBS

 7    - - - - - - - - - - - - - - - - - - - - - - - - -

 8    THIS DOCUMENT RELATES TO:                       )

 9    The City of New York v. Abbott Labs., et al.    )

10    (S.D.N.Y. No. 04-CV-06054)                      )

11    County of Suffolk v. Abbott Labs., et al.       )

12    (E.D.N.Y. No. 03-CV-229)                        )

13    County of Westchester v. Abbott Labs., et al.   )

14    (S.D.N.Y. No. 03-CV-6178)                       )

15    County of Rockland v. Abbott Labs., et al.      )

16    (S.D.N.Y. No. 03-CV-7055)                       )

17    [Caption continues on Next Page]                )

18

19                         Washington, D.C.

20                         Monday, May 20, 2008

21                         9:30 a.m.

22          VIDEOTAPED DEPOSITION OF GAIL SEXTON
```

Sexton, Gail                                                                May 20, 2008

Washington, DC

Page 2

```
1   County of Dutchess v. Abbott Labs., et al.   )
2   (S.D.N.Y. No. 05-CV-06458)                    )
3   County of Putnam v. Abbott Labs., et al.      )
4   (S.D.N.Y. No. 05-CV-04740)                    )
5   County of Washington v. Abbott Labs., et al.  )
6   (N.D.N.Y. No. 05-CV-00408)                    )
7   County of Rensselaer v. Abbott Labs., et al.  )
8   (N.D.N.Y. No. 05-CV-00422)                    )
9   County of Albany v. Abbott Labs., et al.      )
10  (N.D.N.Y. No. 05-CV-00425)                    )
11  County of Warren v. Abbott Labs., et al.      )
12  (N.D.N.Y. No. 05-CV-00468)                    )
13  County of Greene v. Abbott Labs., et al.      )
14  (N.D.N.Y. No. 05-CV-00474)                    )
15  County of Saratoga v. Abbott Labs., et al.    )
16  (N.D.N.Y. No. 05-CV-00478)                    )
17  County of Columbia v. Abbott Labs., et al.    )
18  (N.D.N.Y. No. 05-CV-00867)                    )
19  Essex County v. Abbott Labs., et al.          )
20  (N.D.N.Y. No. 05-CV-00878)                    )
21  [Caption continues on Next Page]              )
22
```

Page 3

```
1   County of Chenango v. Abbott Labs., et al.    )
2   (N.D.N.Y. No. 05-CV-00354)                    )
3   County of Broome v. Abbott Labs., et al.      )
4   (N.D.N.Y. No. 05-CV-00456)                    )
5   County of Onondaga v. Abbott Labs., et al.    )
6   (N.D.N.Y. No. 05-CV-00088)                    )
7   County of Tompkins v. Abbott Labs., et al.    )
8   (N.D.N.Y. No. 05-CV-00397)                    )
9   County of Cayuga v. Abbott Labs., et al.      )
10  (N.D.N.Y. No. 05-CV-00423)                    )
11  County of Madison v. Abbott Labs., et al.     )
12  (N.D.N.Y. No. 05-CV-00714)                    )
13  County of Courtland v. Abbott Labs., et al.   )
14  (N.D.N.Y. No. 05-CV-00881)                    )
15  County of Herkimer v. Abbott Labs., et al.    )
16  (N.D.N.Y. No. 05-CV-00415)                    )
17  County of Oneida v. Abbott Labs., et al.      )
18  (N.D.N.Y. No. 05-CV-00489)                    )
19  County of Fulton v. Abbott Labs., et al.      )
20  (N.D.N.Y. No. 05-CV-00519)                    )
21  [Caption continues on Next Page]              )
22
```

Page 4

```
1   County of St. Lawrence v. Abbott Labs., et al.  )
2   (N.D.N.Y. No. 05-CV-00479)                       )
3   County of Jefferson v. Abbott Labs., et al.      )
4   (N.D.N.Y. No. 05-CV-00715)                       )
5   County of Lewis v. Abbott Labs., et al.          )
6   (N.D.N.Y. No. 05-CV-00839)                       )
7   County of Chautauqua v. Abbott Labs., et al.     )
8   (W.D.N.Y. No. 05-CV-06204)                       )
9   County of Allegany v. Abbott Labs., et al.       )
10  (W.D.N.Y. No. 05-CV-06231)                       )
11  County of Cattaraugus v. Abbott Labs., et al.    )
12  (W.D.N.Y. No. 05-CV-06242)                       )
13  County of Genesee v. Abbott Labs., et al.        )
14  (W.D.N.Y. No. 05-CV-06206)                       )
15  County of Wayne v. Abbott Labs., et al.          )
16  (W.D.N.Y. No. 05-CV-06138)                       )
17  County of Monroe v. Abbott Labs., et al.         )
18  (W.D.N.Y. No. 05-CV-06148)                       )
19  County of Yates v. Abbott Labs., et al.          )
20  (W.D.N.Y. No. 05-CV-06172)                       )
21  [Caption continues on Next Page]                 )
22
```

Page 5

```
1   County of Niagara v. Abbott Labs., et al.    )
2   (W.D.N.Y. No. 05-CV-06296)                    )
3   County of Seneca v. Abbott Labs., et al.      )
4   (W.D.N.Y. No. 05-CV-06370)                    )
5   County of Orleans v. Abbott Labs., et al.     )
6   (W.D.N.Y. No. 05-CV-06371)                    )
7   County of Schuyler v. Abbott Labs., et al.    )
8   (W.D.N.Y. No. 05-CV-06387)                    )
9   County of Steuben v. Abbott Labs., et al.     )
10  (W.D.N.Y. No. 05-CV-06223)                    )
11  County of Chemung v. Abbott Labs., et al.     )
12  (W.D.N.Y. No. 05-CV-06744)                    )
13  and,                                          )
14  County of Nassau v. Abbott Labs., et al.      )
15  (E.D.N.Y. No. 04-CV-5126)                     )
16  - - - - - - - - - - - - - - - - - - - - - - - -
17
18
19
20
21
22              (CAPTIONS CONTINUED)
```

2 (Pages 2 to 5)

Sexton, Gail                                                    May 20, 2008
Washington, DC

---

Page 6

```
 1        UNITED STATES DISTRICT COURT
 2        FOR THE DISTRICT OF MASSACHUSETTS
 3   - - - - - - - - - - - - - - -
 4   IN RE: PHARMACEUTICAL      )  MDL NO. 1456
 5   INDUSTRY AVERAGE WHOLESALE )  CIVIL ACTION
 6   PRICE LITIGATION           )  01-CV-12257-PBS
 7   - - - - - - - - - - - - - - -
 8   THIS DOCUMENT RELATES TO   )
 9   U.S. ex rel. Ven-a-Care of )  Judge Patti B. Saris
10   the Florida Keys, Inc.     )
11        v.                    )  Chief Magistrate
12   Abbott Laboratories, Inc., )  Judge Marianne B.
13   No. 06-CV-11337-PBS        )  Bowler
14   - - - - - - - - - - - - - - -
15
16
17
18
19
20
21
22            (CAPTIONS CONTINUED)
```

Page 8

```
 1        UNITED STATES DISTRICT COURT
 2        FOR THE DISTRICT OF MASSACHUSETTS
 3   - - - - - - - - - - - - - - -
 4   IN RE: PHARMACEUTICAL       )  MDL NO. 1456
 5   INDUSTRY AVERAGE WHOLESALE  )  CIVIL ACTION NO.
 6   PRICE LITIGATION            )  01-CV-12257-PBS
 7   - - - - - - - - - - - - - - -
 8   THIS DOCUMENT RELATES TO    )  Judge Patti B. Saris
 9   State of California, ex rel.)
10   Ven-a-Care v. Abbott        )
11   Laboratories, Inc., et al.  )  Magistrate Judge
12   Case No. 1:03-CV-11226-PBS  )  Marianne Bowler
13   - - - - - - - - - - - - - - -
14
15
16
17
18
19
20
21
22            (CAPTIONS CONTINUED)
```

Page 7

```
 1     IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
 2        THIRD JUDICIAL DISTRICT AT ANCHORAGE
 3   - - - - - - - - - - - - - - -
 4   STATE OF ALASKA,          )
 5        Plaintiff,           )
 6        vs.                  )  Case No.
 7   ALPHARMA BRANDED PRODUCTS )  3AN-06-12026 CI
 8   DIVISION, INC., et al.    )
 9        Defendants.          )
10   - - - - - - - - - - - - - - -
11     IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
12      IN AND FOR THE COUNTY OF MARICOPA
13   - - - - - - - - - - - - - - -
14   ROBERT J. SWANSON, individually )
15   and on behalf of himself and    )
16   all others similarly situated,  )
17        Plaintiff,                 )
18        vs.                        )  No. CV-2002-04988
19   TAP PHARMACEUTICAL PRODUCTS,    )  Judge Janet Barton
20   INC., et al.,                   )
21        Defendants.                )
22   - - - - - - - - - - - - - - -
```

Page 9

```
 1        COMMONWEALTH OF KENTUCKY
 2        FRANKLIN CIRCUIT COURT - DIV. II
 3   - - - - - - - - - - - - - - -
 4   COMMONWEALTH OF KENTUCKY, ex rel.  )
 5   JACK CONWAY, Attorney General      )
 6        Plaintiff,             )  Civil Action
 7        vs.                    )  No. 03-CI-1135
 8   WARRICK PHARMACEUTICALS CORP., et al.,)
 9        Defendants.            )
10   - - - - - - - - - - - - - - -
11
12        IN THE COURT OF COMMON PLEAS
13        FIFTH JUDICIAL CIRCUIT
14   - - - - - - - - - - - - - - -
15   In re: South Carolina            )
16   Pharmaceutical Pricing Litigation )    STATE OF
17                                    )  SOUTH CAROLINA
18   This document relates to:        )    COUNTY OF
19   Civil Action No. 2006-CP-40-4390 )    RICHLAND
20   Civil Action No. 2006-CP-40-4399 )
21   - - - - - - - - - - - - - - -
22
```

3 (Pages 6 to 9)

Sexton, Gail

May 20, 2008

Washington, DC

---

Page 10

1        IN THE CIRCUIT COURT OF THE FIRST CIRCUIT
2                    STATE OF HAWAII
3        - - - - - - - - - - - - - - -
4        STATE OF HAWAII,        ) Civil Nos.
5             Plaintiff,    ) 06-1-0720-04 EEH
6        vs.               ) 07-1-1639-09 EEH
7        ABBOTT LABORATORIES, INC.,   )
8        et al.,           ) JUDGE EDEN
9             Defendants.   ) ELIZABETH HIFO
10       - - - - - - - - - - - - - - -
11       STATE OF HAWAII,        )
12            Plaintiff,    )
13       vs.               )
14       SCHERING CORPORATION; DOE   )
15       CORPORATIONS 1-100; DOE     )
16       ENTITIES 1-100,        )
17            Defendants.   )
18       - - - - - - - - - - - - - - -
19
20
21
22

---

Page 12

1        A P P E A R A N C E S   O F   C O U N S E L
2
3        On behalf of the United States of America:
4
5             JAMES FAUCI, ESQ.
6             U.S. Attorney's Office
7             1 Courthouse Way
8             Boston, Massachusetts 02210
9             (617) 748-3298
10
11            -- and --
12
13            LAURIE A. OBEREMBT, ESQ.
14            U.S. Department of Justice
15            Civil Division
16            P.O. Box 261, Ben Franklin Station
17            Washington, D.C. 20044
18            (202) 305-1088
19
20
21
22

---

Page 11

1             Videotaped deposition of GAIL SEXTON, held at
2        the law offices of Ropes & Gray, 700 12th Street,
3        N.W., Washington, D.C. 20005, the proceedings being
4        recorded stenographically by Jonathan Wonnell, a
5        Registered Professional Court Reporter and Notary
6        Public of the District of Columbia, and transcribed
7        under his direction.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

---

Page 13

1        A P P E A R A N C E S   (Cont'd)
2
3        On behalf of the U.S. Department of Health and
4        Human Services:
5
6             LESLIE M. STAFFORD, ESQ.
7             U.S. Department of Health & Human Services
8             Office of General Counsel, CMS Division
9             7500 Security Boulevard
10            Mail Stop C2-05-23
11            Baltimore, Maryland 21244
12            (410) 786-9655
13
14       On behalf of the State of California:
15
16            RITA HANSCOM, ESQ. (via phone)
17            Supervising Deputy Attorney General
18            Civil Prosecutions Unit
19            P.O. Box 85266
20            110 West A Street, #1100
21            San Diego, California 82186
22            (619)-688-6099

---

4 (Pages 10 to 13)

Sexton, Gail                                                                May 20, 2008

Washington, DC

---

Page 14

```
 1        A P P E A R A N C E S  (Cont'd)
 2
 3   On behalf of the City of New York and all New York
 4   Counties other than Nassau and Orange; and the
 5   States of Alaska, Hawaii, Idaho, Illinois, Kentucky,
 6   South Carolina and Wisconsin:
 7
 8        MICHAEL WINGET-HERNANDEZ, ESQ.
 9        Winget-Hernandez, LLC
10        3112 Windsor Road, Suite 228
11        Austin, Texas 78703
12        (512) 858-4181
13        michael@winget-hernandez.com
14
15   On behalf of Ven-A-Care of the Florida Keys, Inc.:
16
17        MARJORY P. ALBEE, ESQ. (via phone)
18        Mager & Goldstein LLP
19        1818 Market Street, Suite 3710
20        Philadelphia, Pennsylvania 19103
21        (215) 640-3280
22        malbee@magergoldstein.com
```

Page 16

```
 1        A P P E A R A N C E S  (Cont'd)
 2
 3   On behalf of Ethex Corporation:
 4
 5        MARK A. FLESSNER, ESQ.
 6        Sonnenschein, Nath & Rosenthal
 7        8000 Sears Tower
 8        233 South Wacker Drive
 9        Chicago, Illinois 60606
10        (312) 876-7934
11        mflessner@sonnenschein.com
12
13   On behalf of Merck & Company, Inc.:
14
15        KATHLEEN M. FONES, ESQ.
16        Hughes & Hubbard
17        1775 Eye Street, N.W.
18        Washington, D.C. 20006-2401
19        (202) 721-4671
20        fones@hugheshubbard.com
21
22
```

Page 15

```
 1        A P P E A R A N C E S  (Cont'd)
 2
 3   On behalf of Abbott Laboratories:
 4
 5        ANDREA L. CARON, ESQ. (via phone)
 6        Jones Day
 7        77 West Wacker
 8        Chicago, Illinois 60601-1692
 9        (312) 782-3939
10        acaron@jonesday.com
11
12   On behalf of Dey, Inc., Dey, L.P. and Mylan:
13
14        SARAH REID, ESQ.
15        Kelley, Drye & Warren LLP
16        101 Park Avenue
17        New York, New York 10178
18        (212) 808-7811
19        sreid@kelleydrye.com
20
21
22
```

Page 17

```
 1        A P P E A R A N C E S  (Cont'd)
 2
 3   On behalf of Par Pharmaceuticals:
 4
 5        PAUL K. DUEFFERT, ESQ.
 6        Williams & Connolly, L.L.P.
 7        725 Twelfth Street, N.W.
 8        Washington, D.C. 20005
 9        (202) 434-5000
10        pdueffert@wc.com
11
12   On behalf of Pharmacea and Pfizer:
13
14        EZRA DODD CHURCH, ESQ. (via phone)
15        Morgan Lewis
16        1701 Market Street
17        Philadelphia, Pennsylvania 19103-2921
18        (215) 963-5010
19        echurch@morganlewis.com
20
21
22
```

5 (Pages 14 to 17)

Sexton, Gail                                                                                        May 20, 2008

Washington, DC

Page 18

A P P E A R A N C E S  (Cont'd)

On behalf of Roxane Laboratories and Boehringer
Ingelheim:

        SETH A. GASTWIRTH, ESQ.
        Kirkland & Ellis
        200 East Randolph Drive
        Chicago, Illinois 60601
        (312) 861-2464
        sgastwirth@kirkland.com

On behalf of Sandoz, Inc.:

        MILANA SALZMAN, ESQ. (via phone)
        White & Case LLP
        1155 Avenue of the Americas
        New York, New York 10036-2787
        (212) 819-8711
        msalzman@whitecase.com

Page 19

A P P E A R A N C E S  (Cont'd)

On behalf of Schering-Plough Corporation, Schering
Corporation and Warrick Pharmaceuticals Corporation:

        JOHN P. BUEKER, ESQ.
        Ropes & Gray
        One International Place
        Boston, Massachusetts 02110-2624
        (617) 951-7050
        john.bueker@ropesgray.com

On behalf of Teva Pharmaceuticals USA, Inc., IVAX
Corporation, IVAX Pharmaceuticals, Inc. and
Sicor, Inc.:

        BRYAN M. STEPHANY, ESQ.
        Kirkland & Ellis
        655 Fifteenth Street, N.W., Suite 1200
        Washington, D.C. 20005
        (202) 879-5000
        bstephany@kirkland.com

Page 20

A P P E A R A N C E S  (Cont'd)

ALSO PRESENT:
        CONWAY BARKER, videographer

Page 21

C O N T E N T S

WITNESS NAME                               PAGE
GAIL SEXTON
        Examination By Mr. Bueker................. 028
        Examination By Mr. Winget-Hernandez....... 146
        Examination By Mr. Fauci.................. 157

                E X H I B I T S
NUMBER            DESCRIPTION            PAGE
Exhibit Sexton 001, List of nine GCNs at issue
        in New York Counties
        expedited discovery
        (1 pg, no Bates)........... 030
Exhibit Sexton 002, HHD 175-1787 - 1793........ 037
Exhibit Sexton 003, HHD 170-0245............... 040
Exhibit Sexton 004, HHD 175-1456............... 050
Exhibit Sexton 005, HHD 175-1455............... 051
Exhibit Sexton 006, HHD 175-1448............... 063
Exhibit Sexton 007, HHD 175-1072............... 068
Exhibit Sexton 008, HHD 175-1059 - 175-1063.... 078
Exhibit Sexton 009, HHD 175-1058............... 088

6 (Pages 18 to 21)

# EXHIBIT AA



18607334

Feb 14 2008
1:35PM

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
|  | MDL NO. 1456 |
|  | CIVIL ACTION:  01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO ALL CASES IN MDL NO. 1456.[1] | ) ) ) ) ) ) ) ) |
|  | Judge Patti B. Saris |
|  | Magistrate Judge Marianne B. Bowler |

## <u>CROSS-NOTICE OF DEPOSITION OF DENNIS SMITH</u>

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure,

defendants Abbott Laboratories and Abbott Laboratories, Inc. (collectively, "Abbott") hereby

cross-notices the deposition of Dennis Smith for purposes of the above-captioned action.  This

deposition has been noticed in *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v.*

*Abbott Laboratories, Inc.*, a case originally filed in the United States District Court for the

Southern District of Florida, Case No. 06-21303-CIV-ASG, and now part of MDL 1456 in the

United States District Court for the District of Massachusetts (the "DOJ suit").  A copy of the

notice of deposition in the DOJ suit is attached as Exhibit A.

Mr. Smith's deposition will take place at Jones Day, 51 Louisiana Avenue, Washington,

D.C., on February 26, 2008 beginning at 9:00 a.m.   The deposition will take place before a

notary public, or any other officer authorized to administer oaths.  The deposition will be taken

upon cross-examination.

The deposition will be recorded by stenographic and/or sound and visual means.

Arrangements will be made so that counsel may participate by telephone if they wish.  The

---

[1] This notice applies to all cases in the MDL in which Abbott Laboratories or Abbott Laboratories, Inc. is named, has appeared and in which discovery has not closed.

deposition is being taken for the purposes of discovery, for use at trial, and for such other

purposes as permitted under the Federal Rules of Civil Procedure.


Dated:  February 14, 2008                    /s/ Brian J. Murray
                                             James R. Daly
                                             Tina M. Tabacchi
                                             Brian J. Murray
                                             JONES DAY
                                             77 West Wacker Drive, Suite 3500
                                             Chicago, IL  60601
                                             Tel: (312) 782-3939
                                             Fax: (312) 782-8585

                                             *Counsel for Defendants Abbott Laboratories and
                                             Abbott Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Jeremy P. Cole, an attorney, hereby certify that I caused a true and correct copy of the foregoing CROSS-NOTICE OF DEPOSITION OF DENNIS SMITH to be served upon all counsel of record electronically via LexisNexis, this 14th day of February, 2008.

<div style="margin-left: 45%;">

/s/ Jeremy P. Cole            
Jeremy P. Cole

</div>

**EXHIBIT A**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION: 01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc., et al.* | ) | |
| No. 06-CV-11337-PBS | ) | |

## NOTICE OF DEPOSITION OF DENNIS SMITH

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Abbott Laboratories, Inc. ("Abbott") by its undersigned attorneys, will take the

deposition of Dennis Smith.

The deposition will take place before a notary public, or any other officer authorized to

administer oaths, at Jones Day, 51 Louisiana Avenue, Washington, D.C., on February 26, 2008

beginning at 9:00 a.m. and continuing on successive days as necessary.  The attached subpoena

*duces tecum* directs the witness to appear for deposition and produce certain documents.  The

deposition will be taken upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means.  The

deposition is being taken for the purposes of discovery, for use at trial, and for such other

purposes as permitted under the Federal Rules of Civil Procedure.

Dated: February 14, 2008

/s/ David S. Torborg
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of

the foregoing NOTICE OF DEPOSITION OF DENNIS SMITH to be served upon all counsel of

record electronically by causing same to be posted via LexisNexis, this 14th day of February,

2008.

<div style="text-align:center">

 /s/ David S. Torborg_____
David S. Torborg

</div>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | Pending in: |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS** |
| | MDL NO. 1456 |
| THIS DOCUMENT RELATES TO *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.* | Civil Action No. 06-CV-11337-PBS Lead Case No. 01-CV-12257-PBS |
| | Judge Patti B. Saris |
| | Magistrate Judge Marianne B. Bowler |

# SUBPOENA DUCES TECUM

TO:    Dennis Smith
c/o Ana Maria Martinez, Esq.
United States Attorney's Office
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132

☐ **YOU ARE COMMANDED** to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ **YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Jones Day 51 Louisiana Avenue, N.W. Washington, D.C. 20001 | February 26, 2008 at 9:00 AM |

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):
Please see attached Exhibit A

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *David S. Torborg* Attorney for Defendant Abbott Laboratories, Inc. | February 14, 2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER: David S. Torborg, Esq., Jones Day, 51 Louisiana Ave., N.W., Washington, D.C. 20001, (202) 879-3939

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena.  The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and/or copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and/or copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to producing any or all of the designated materials or inspection of the premises ·· or to producing electronically stored information in the form or forms requested.  If objection is made, the party serving the subpoena shall not be entitled to inspect and/or copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued.  If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production, inspection, and/or copying.  Such an order to compel shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and/or copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
(i)    fails to allow reasonable time for compliance;
(ii)   requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held;
(iii)  requires disclosure of privileged or other protected matter and no exception or waiver applies; or
(iv)   subjects a person to undue burden.

(B) If a subpoena

(i)    requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii)   requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii)  requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1)(A) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2)(A) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial-preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## EXHIBIT A

### Documents Requested

1.      A copy of your most current resume.

2.      A copy of any and all documents in your personal possession relating in any way to the pricing of drugs and/or the administration or dispensing of drugs under Medicare or Medicaid.

3.      A copy of any and all documents in your personal possession concerning the use of AWP or WAC by the Medicare or Medicaid programs for the reimbursement of drugs and/or the administration or dispensing of drugs.

4.      A copy of any and all documents in your personal possession concerning communications with Ven-A-Care of the Florida Keys, Inc. (Ven-A-Care), Centers for Medicare and Medicaid Services ("CMS") (including the office of the General Counsel), and/or any party which is a plaintiff in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

5.      A copy of any and all documents in your personal possession concerning communications with the Department of Justice ("DOJ"), CMS, or Ven-A-Care regarding limitations on communications with any party which is a defendant in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

### Definitions

1.      "AWP" or "Average Wholesale Price" means any figures so categorized and periodically published by any Publisher.

2.      "Concern," "concerning," "relating to," or "relate to" means refer to, regard, concern, describe, explain, state, evidence, record, constitute, pertain to, reflect, comprise, contain, embody, mention, show, support, contradict, and discuss, whether directly or indirectly, as required by the context to bring within the scope of the requests in this request for production of documents any document or documents that might be deemed outside their scope by another construction.

3.      "Documents" means all original written, recorded, or graphic matters whatsoever, and any and all non-identical copies thereof, including but not limited to, advertisements, affidavits, agreements, analyses, applications, appointment books, bills, binders, books, books of account, brochures, calendars, charts, checks or other records of payment, communications, computer printouts, computer stores data, conferences or other meetings, contracts, correspondence, diaries, electronic mail, evaluations, facsimiles, files, filings, folders, forms,

interviews, invoices, jottings, letters, lists, manuals, memoranda, microfilm or other data compilations from which information can be derived, minutes, notations, notebooks, notes, opinions, pamphlets, papers, photocopies, photographs or other visual images, policies, recordings of telephone or other conversations, records, reports, resumes, schedules, scraps of paper, statements, studies, summaries, tangible things, tapes, telegrams, telephone logs, telex messages, transcripts, website postings, and work papers, which are in the possession of the Carrier as defined above.  A draft or non-identical copy is a separate document within the meaning of this term.

4.      "WAC" means "Wholesale Acquisition Cost."

# EXHIBIT AA-1

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2           FOR THE DISTRICT OF MASSACHUSETTS

 3   - - - - - - - - - - - - - - - -

 4   IN RE:  PHARMACEUTICAL        ) MDL NO. 1456

 5   INDUSTRY AVERAGE WHOLESALE    ) CIVIL ACTION

 6   PRICE LITIGATION              ) 01-CV-12257-PBS

 7   THIS DOCUMENT RELATES TO      )

 8   U.S. ex rel. Ven-a-Care of    ) Judge Patti B. Saris

 9   the Florida Keys, Inc.        )

10       v.                        ) Chief Magistrate

11   Abbott Laboratories, Inc.,    ) Judge Marianne B.

12   No. 06-CV-11337-PBS           ) Bowler

13   - - - - - - - - - - - - - - - -

14        (caption continues on following pages)

15

16

17       Videotaped deposition of DENNIS G. SMITH

18                    Volume I

19

20                    Washington, D.C.

21                    Tuesday, February 26, 2008

22                    9:00 a.m.
```

Smith, Dennis G.                                                                February 26, 2008
Washington, DC

Page 2

```
1        IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
2              IN AND FOR LEON COUNTY, FLORIDA
3    THE STATE OF FLORIDA
4    ex rel.
5    - - - - - - - - - - - - - - - - - -
6    VEN-A-CARE OF THE FLORIDA KEYS,    )
7    INC., a Florida Corporation, by and )
8    through its principal officers and )
9    directors, ZACHARY T. BENTLEY and  )
10   T. MARK JONES,                     )
11        Plaintiffs,        ) Civil Action
12        vs.                ) No. 98-3032G
13   MYLAN LABORATORIES INC.; MYLAN    )
14   PHARMACEUTICALS INC.; NOVOPHARM    ) Judge William
15   LTD., SCHEIN PHARMACEUTICAL, INC.; ) L. Gary
16   TEVA PHARMACEUTICAL INDUSTRIES     )
17   LTD.; TEVA PHARMACEUTICAL USA; and )
18   WATSON PHARMACEUTICALS, INC.,      )
19        DEFENDANTS.        )
20   - - - - - - - - - - - - - - - - - -
21
22
```

Page 3

```
1             IN THE CIRCUIT COURT OF
2            MONTGOMERY COUNTY, ALABAMA
3    - - - - - - - - - - - - - - -
4    STATE OF ALABAMA,          )
5         Plaintiff,      )
6         vs.             ) Case No. CV-2005-219
7    ABBOTT LABORATORIES, INC.,  ) Judge Charles Price
8    et al.,                    )
9         Defendants.     )
10   - - - - - - - - - - - - - - -
11
12
13        Videotaped deposition of DENNIS G. SMITH,
14   held at the law offices of Jones Day, 51 Louisiana
15   Avenue, N.W., Washington, D.C. 20001-2113, the
16   proceedings being recorded stenographically by
17   Jonathan Wonnell, a Registered Professional Court
18   Reporter and Notary Public of the District of
19   Columbia, and transcribed under his direction.
20
21
22
```

Page 4

```
1    A P P E A R A N C E S   O F   C O U N S E L
2
3    On behalf of the United States of America:
4
5         ANA MARIA MARTINEZ, ESQ.
6         United States Department of Justice
7         99 N.E. 4th Street
8         Miami, Florida 33132
9         (305) 961-9431
10        ana.maria.martinez@usdoj.gov
11
12
13   On behalf of the U.S. Department of Health and
14   Human Services:
15
16        BRIAN A. KELLEY, ESQ.
17        U.S. Department of Health &
18        Human Services
19        Office of General Counsel, CMS Division
20        330 Independence Avenue, S.W., Room 5345
21        Washington, D.C. 20201
22        (202) 205-8702
```

Page 5

```
1         A P P E A R A N C E S   (Cont'd)
2
3    On behalf of the State of Alabama:
4
5         WINDY COCKRELL BITZER, ESQ. (via phone)
6         Hand Arendall LLC
7         1200 Park Place Tower
8         2001 Park Place North
9         Birmingham, Alabama 35203
10        (205) 324-4400
11        wbitzer@handarendall.com
12
13
14   On behalf of the State of California:
15
16        MATTHEW KILMAN, ESQ. (via phone)
17        Supervising Deputy Attorney General
18        Civil Prosecutions Unit
19        P.O. Box 85266
20        110 West A Street, #1100
21        San Diego, California 82186
22        (619) 688-6099
```

2 (Pages 2 to 5)

Smith, Dennis G.                                                    February 26, 2008
                              Washington, DC

Page 6

1          A P P E A R A N C E S   (Cont'd)
2
3     On behalf of the State of Florida:
4
5          GRETCHEN WALLACE, ESQ. (via phone)
6          Office of the Attorney General of Florida
7          PL-01, The Capitol
8          Tallahassee, Florida 32399-1050
9          (850) 414-3600
10
11
12    On behalf of the City of New York and all New York
13    Counties other than Nassau and Orange; the States
14    of Wisconsin, Illinois, Kentucky, Idaho, Alaska,
15    Hawaii, South Carolina and Mississippi:
16
17         MICHAEL WINGET-HERNANDEZ, ESQ.
18         Winget-Hernandez, LLC
19         3112 Windsor Road, Suite 228
20         Austin, Texas 78703
21         (512) 858-4181
22         michael@winget-hernandez.com

Page 8

1          A P P E A R A N C E S   (Cont'd)
2
3     On behalf of Bristol-Myers Squibb:
4
5          SANDHYA P. KAWATRA, ESQ. (via phone)
6          Hogan & Hartson
7          875 Third Avenue
8          New York, New York 10022
9          (212) 918-3000
10         spkawatra@hhlaw.com
11
12
13    On behalf of Dey, Inc., Dey, L.P. and Mylan:
14
15         NEIL MERKL, ESQ.
16         Kelley, Drye & Warren LLP
17         101 Park Avenue
18         New York, New York 10178
19         (212) 808-7811
20         nmerkl@kelleydrye.com
21
22

Page 7

1          A P P E A R A N C E S   (Cont'd)
2
3     On behalf of Ven-A-Care of the Florida Keys, Inc.:
4
5          JOSEPH C. WILSON, ESQ.
6          Cotchett, Pitre & McCarthy
7          San Francisco Airport Office Center
8          840 Malcolm Road
9          Burlingame, California 94010
10         (650) 697-0577
11         jwilson@cpmlegal.com
12
13    On behalf of Abbott Laboratories, Inc.:
14
15         R. CHRISTOPHER COOK, ESQ.
16         SEAN P. MALONE, ESQ.
17         Jones Day
18         51 Louisiana Avenue, N.W.
19         Washington, D.C. 20001-2113
20         (202) 879-3939
21         christophercook@jonesday.com
22         spmalone@jonesday.com

Page 9

1          A P P E A R A N C E S   (Cont'd)
2
3     On behalf of Endo Pharmaceuticals:
4
5          VICTOR RORTVEDT, ESQ.
6          Arnold & Porter
7          555 Twelfth Street, N.W.
8          Washington, D.C. 20004
9          (202) 942-5000
10
11
12    On behalf of Roxane Laboratories and
13    Boehringer Ingelheim:
14
15         JOHN W. REALE, ESQ.
16         Kirkland & Ellis
17         200 East Randolph Drive
18         Chicago, Illinois 60601
19         (312) 861-3452
20         jreale@kirkland.com
21
22

3 (Pages 6 to 9)

Smith, Dennis G.                                                              February 26, 2008
Washington, DC

1        A P P E A R A N C E S  (Cont'd)

2

3    On behalf of Sandoz, Inc.:

4

5          LARA A. BERWANGER, ESQ. (via phone)

6          White & Case LLP

7          1155 Avenue of the Americas

8          New York, New York 10036-2787

9          (212) 819-2549

10         lberwanger@whitecase.com

11

12

13   On behalf of Schering-Plough Corporation,

14   Schering Corporation and Warrick

15   Pharmaceuticals Corporation:

16

17         GINGER APPLEBERRY, ESQ. (via phone)

18         Locke, Liddell & Sapp

19         2200 Ross Avenue, Suite 2200

20         Dallas, Texas 75201

21         (214) 740-8459

22         gappleberry@lockeliddell.com

1        A P P E A R A N C E S  (Cont'd)

2

3    ALSO PRESENT:

4

5          CONWAY BARKER, videographer

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

1            C O N T E N T S

2    WITNESS NAME                        PAGE

3    DENNIS G. SMITH

4       Examination By Mr. Cook..................... 016

5

6

7            E X H I B I T S

8    NUMBER            DESCRIPTION          PAGE

9    Exhibit Abbott-Smith 485, Resume of Dennis G.

10            Smith (no Bates ref). 018

11   Exhibit Abbott-Smith 486, HHD101-0489 - 0492... 118

12   Exhibit Abbott-Smith 487, Smith letter to Scully

13            dated 10/22/02

14            (redacted, no Bates

15            ref)................. 121

16

17

18   (Exhibit Abbott-Smith 486 was retained by Mr. Cook)

19

20

21

22

1            P R O C E E D I N G S

2              (9:25 a.m.)

3          THE VIDEOGRAPHER:  In the United States

4    District Court for the District of Massachusetts

5    In Re: Pharmaceutical Industry Average Wholesale

6    Price Litigation, related to the United States of

7    America ex rel. Ven-A-Care of the Florida Keys

8    Incorporated versus Abbott Laboratories

9    Incorporated et al., Case Number 01-CV-12257

10   (PBS) and other cross noticed cases, this is the

11   deposition of Dennis G. Smith.

12          Today's date is February 26th 2008.

13   The location is Jones Day, 51 Louisiana Avenue,

14   Northwest, Washington, D.C.  Will counsel please

15   identify yourselves and state whom you represent?

16          MR. COOK:  Christopher Cook from Jones

17   Day.  We represent Abbott Laboratories, Inc.

18          MR. MERKL:  Neil Merkl from Kelley

19   Drye.  We represent the Dey companies.

20          MR. REALE:  John Reale from Kirkland &

21   Ellis and I represent the Boehringer entities.

22          MS. MARTINEZ:  Ani Martinez.  I

4 (Pages 10 to 13)

Page 242

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3     -------------------------- X

 4     IN RE PHARMACEUTICAL          )

 5     INDUSTRY AVERAGE WHOLESALE ) MDL No. 1456

 6     PRICE LITIGATION,            ) Civil Action No

 7     THIS DOCUMENT RELATES TO:  ) 01-12257-PBS

 8     United States of America,  ) Judge Patti B.

 9     ex rel. Ven-A-Care of the  ) Saris

10     Florida Keys, Inc., v.     ) Mag. Judge

11     Abbott Laboratories Inc.   ) Marianne Bowler

12     Civil Action No.            )

13     06-11337-PBS                )

14     -------------------------- X

15          (cross-captions on following pages)

16

17                      Washington, D.C.

18                      Thursday, March 27, 2008

19                      9:40 a.m.

20

21        Videotaped deposition of DENNIS G. SMITH

22                    Volume II
```

Smith, Dennis G. - Vol. II                                                                                      March 27, 2008
Washington, DC

Page 243

1        UNITED STATES DISTRICT COURT
2        FOR THE DISTRICT OF MASSACHUSETTS
3   - - - - - - - - - - - - - - -
4   IN RE: PHARMACEUTICAL        ) MDL NO. 1456
5   INDUSTRY AVERAGE WHOLESALE  ) CIVIL ACTION:
6   PRICE LITIGATION             ) 01-CV-12257-PBS
7   - - - - - - - - - - - - - - -
8   THIS DOCUMENT RELATES TO:    ) JUDGE PATTI B. SARIS
9   ALL CASES IN MDL NO. 1456   ) MAGISTRATE JUDGE
10  - - - - - - - - - - - - - - MARIANNE B. BOWLER
11
12          IN THE CIRCUIT COURT OF
13          MONTGOMERY COUNTY, ALABAMA
14  - - - - - - - - - - - - - - -
15  IN THE MATTER OF:         )
16  ALABAMA MEDICAID          ) MASTER DOCKET NO.
17  PHARMACEUTICAL AVERAGE    )    CV-2005-219
18  WHOLESALE PRICE LITIGATION )
19  - - - - - - - - - - - - - - -
20  THIS DOCUMENT RELATES TO:  )
21  ALL ACTIONS               )
22  - - - - - - - - - - - - - - -

Page 244

1        UNITED STATES DISTRICT COURT
2        DISTRICT OF MASSACHUSETTS
3   - - - - - - - - - - - - - - - - - - - X
4   In re:  PHARMACEUTICAL       )
5   INDUSTRY AVERAGE WHOLESALE  )
6   PRICE LITIGATION             )
7   - - - - - - - - - - - - - - - - - - -) MDL NO. 1456
8   THIS DOCUMENT RELATES TO:  ) Master File No.
9   State of California ex rel. ) 01-12257-PBS
10  Ven-A-Care v. Abbott       ) Judge Patti B. Saris
11  Laboratories, Inc., et al. )
12  Case # 1:03-CV-11226-PBS   )
13  - - - - - - - - - - - - - - - - - - - X
14          Videotaped deposition of DENNIS G. SMITH,
15  called for examination by counsel for Abbott
16  Laboratories, defendants in the above-entitled
17  matter, taken at the law offices of Jones Day, 51
18  Louisiana Avenue, N.W., Washington, D.C., the
19  proceedings being recorded stenographically by
20  Deborah Hommer, a Registered Professional Reporter
21  and Notary Public of the District of Columbia, and
22  transcribed under her direction.

Page 245

1   A P P E A R A N C E S   O F   C O U N S E L
2
3   On behalf of the United States of America:
4
5       ANA MARIA MARTINEZ, ESQ.
6       United States Department of Justice
7       99 N.E. 4th Street
8       Miami, Florida 33132
9       (305) 961-9431
10      ana.maria.martinez@usdoj.gov
11
12
13  On behalf of the U.S. Department of Health &
14  Human Services:
15
16      BRIAN A. KELLEY, ESQ.
17      U.S. Department of Health & Human Services
18      Office of General Counsel, CMS Division
19      330 Independence Avenue, S.W., Room 5345
20      Washington, D.C. 20201
21      (202) 205-8702
22

Page 246

1   A P P E A R A N C E S  (Cont'd)
2
3   On Behalf of Dey, Inc., Dey, L.P., and Mylan:
4
5       NEIL MERKL, ESQ.
6       Kelley, Drye & Warren, LLP
7       101 Park Avenue
8       New York, New York 10178
9       (212) 808-7811
10      nmerkl@kelleydrye.com
11
12
13  On Behalf of Abbott Laboratories:
14
15      R. CHRISTOPHER COOK, ESQ.
16      Jones Day
17      51 Louisiana Avenue, N.W.
18      Washington, D.C.  20001-2113
19      (202) 879-3939
20      ccook@jonesday.com
21
22  (CONTINUED)

Smith, Dennis G. - Vol. II                                                                March 27, 2008
Washington, DC

Page 247

```
1         A P P E A R A N C E S  (Cont'd)
2    On Behalf of the City of New York and all New York
3    Counties other than Nassau and Orange; the States
4    of Wisconsin, Illinois, Kentucky, Idaho, Alaska,
5    Hawaii, South Carolina and Mississippi:
6
7         MICHAEL WINGET-HERNANDEZ, ESQ.
8         Winget-Hernandez, LLC
9         101 S. College Street
10        Dripping Springs, Texas  78620
11        (512) 858-4181
12        michael@winget-hernandez.com
13
14   On Behalf of the State of Alabama
15
16        PAUL LYNN, ESQ. (via phone)
17        Beasley, Allen, Crow, Methvin, Portis
18        & Miles, P.C.
19        218 Commerce Street
20        Montgomery, Alabama  36104
21        (800) 898-2034
22        paul.lynn@beasleyallen.com
```

Page 248

```
1         A P P E A R A N C E S  (Cont'd)
2
3    On Behalf of the State of Florida
4
5         MARY S. MILLER, ESQ. (via phone)
6         Office of the Attorney General of Florida
7         PL-01, The Capitol
8         Tallahassee, Florida  32399-1050
9         (850) 414-3600
10        mary_miller@oag.state.fl.us
11
12
13   On Behalf of Bristol-Myers Squibb
14
15        SANDHYA P. KAWATRA, ESQ. (via phone)
16        Hogan & Hartson
17        875 Third Avenue
18        New York, New York  10022
19        (212) 918-3542
20        spkawatra@hhlaw.com
21
22
```

Page 249

```
1         A P P E A R A N C E S  (Cont'd)
2
3    On Behalf of Roxane Laboratories and Boehringer
4    Ingelheim
5
6         ERIC GORTNER, ESQ. (via phone)
7         Kirkland & Ellis
8         200 East Randolph Drive
9         Chicago, Illinois  60601
10        (312) 861-3452
11        egortner@kirkland.com
12
13
14   On Behalf of Sandoz, Inc.
15
16        MILANA SALZMAN, ESQ. (via phone)
17        White & Case, LLP
18        1155 Avenue of the Americas
19        New York, New York  10036-2787
20        (212) 819-2549
21        msalzman@whitecase.com
22
```

Page 250

```
1         A P P E A R A N C E S  (Cont'd)
2    On Behalf of Schering-Plough Corporation, Schering
3    Corporation and Warrick Pharmaceuticals Corporation
4
5         BILLY WELLS, ESQ. (via phone)
6         Locke, Lord, Bissell & Liddell
7         2200 Ross Avenue
8         Suite 2200
9         Dallas, Texas  75201
10        (214) 740-8459
11        bwells@lockeliddell.com
12
13   On Behalf of Endo Pharmaceuticals, Inc.
14
15        VICTOR RORTVEDT, ESQ.
16        Arnold & Porter, LLP
17        555 Twelfth Street, N.W.
18        Washington, D.C.  20004
19        (202) 942-5412
20        victor.rortvedt@aporter.com
21
22   Also Present:  Conway Barker, Videographer
```

3 (Pages 247 to 250)

Page 251

1            I N D E X
2  WITNESS: DENNIS G. SMITH - VOL. II        PAGE
3    Examination By Mr. Cook.................... 256
4    Examination By Mr. Merkl................... 354
5    Examination By Mr. Gortner................ 449
6    Examination By Ms. Kawatra................ 553
7    Examination By Mr. Winget-Hernandez......... 556
8    Examination By Mr. Cook.................... 572
9    Examination By Mr. Merkl.................. 585
10
11          E X H I B I T S
12  NUMBER         DESCRIPTION         PAGE
13  Exhibit Abbott 585-Transcript of hearing on
14          Medicaid prescription drug
15          reimbursement dated 12/7/04. 329
16  Exhibit Dey 175  -Section 1927 of the Social
17          Security Act................ 356
18  Exhibit Dey 173A  -CBO report: How the Medicaid
19          rebate on prescription drugs
20          affects pricing in the
21          pharmaceutical industry
22          from 1/96.................. 416

Page 252

1       E X H I B I T S (CONTINUED)
2  NUMBER         DESCRIPTION         PAGE
3  Exhibit BMS 001   -Letter from Smith to
4          several state Medicaid
5          directors dated 9/18/02..... 552
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

Page 253

1          P R O C E E D I N G S
2
3        THE VIDEOGRAPHER:  In the United States
4  District Court for the District of Massachusetts
5  In Re: Pharmaceutical Industry Average Wholesale
6  Price Litigation related to the United States of
7  America, ex rel. Ven-A-Care of the Florida Keys,
8  Incorporated, versus Abbott Laboratories,
9  Incorporated, et al., case number 01-CV-12257-
10  PBS.
11        This is the deposition of Dennis G.
12  Smith, volume 2.  Today's date is March 27, 2008.
13  The location of the deposition is Jones Day, 51
14  Louisiana Avenue, Northwest, Washington, D.C.
15        Will counsel please identify yourselves
16  and state whom you represent.
17        MR. COOK:  Christopher Cook from Jones
18  Day.  We represent Abbott Laboratories.
19        MR. MERKL:  Neil Merkl from Kelly, Drye
20  representing Dey.
21        MR. RORTVEDT:  Victor Rortvedt from
22  Arnold & Porter representing Endo

Page 254

1  Pharmaceuticals.
2        MS. MARTINEZ:  Ani Martinez for the
3  United States.
4        MR. KELLEY:  Brian Kelley for the U.S.
5  Department of Health and Human Services.
6        MR. WINGET-HERNANDEZ:  Michael Winget-
7  Hernandez for the City of New York, the New York
8  counties in MDL 1456, except for Nassau and
9  Orange, the States of Illinois, Wisconsin,
10  Kentucky, South Carolina, Idaho, Hawaii, Alaska
11  to the extent that they have been cross-noticed
12  here.
13        THE VIDEOGRAPHER:  Those on the
14  telephone, could you please identify yourselves.
15        MR. GORTNER:  Eric Gortner from
16  Kirkland & Ellis for Roxane Laboratories,
17  Boehringer Ingelheim Corporation, and affiliated
18  entities, including Ben Venue Laboratories in the
19  cross-notice states and all other Boehringer
20  entities in the cross-notice states.
21        MR. WELLS:  Billy Wells with Locke,
22  Lord, Bissell & Liddell representing Braun,

# EXHIBIT BB



LEXISNEXIS® FILE & SERVE
19401749
E-SERVICE
Apr 14 2008
5:33PM

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ———————————————————— ) | |
| IN RE PHARMACEUTICAL INDUSTRY ) | MDL No.1456 |
| AVERAGE WHOLESALE PRICE ) | Master File No. 01-CV-12257-PBS |
| LITIGATION ) | |
| ) | Judge Patti B. Saris |
| ———————————————————— ) | |
| THIS DOCUMENT RELATES TO: ) | |
| *United States of America ex rel. Ven-A-Care of* ) | |
| *the Florida Keys, Inc., et al. v. Boehringer* ) | |
| *Ingelheim Corporation, et al.*, Civil Action No. ) | |
| 07-10248-PBS ) | |

## CROSS-NOTICE OF CONTINUED DEPOSITION OF DON THOMPSON

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, the Roxane Defendants, by their undersigned attorneys, hereby cross-notice the

continued deposition of Don Thompson for the purposes of the above-captioned action.  This

deposition was noticed in *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott*

*Laboratories, Inc., et al.*, No. 06-CV-11337-PBS, a case pending in the United States District

Court for the District of Massachusetts ("Abbott Action").  A copy of the continued deposition

notice, served on April 14, 2008 in the Abbott Action, is attached as Exhibit 1 hereto.

Mr. Thompson's deposition will continue at 9:00 a.m. on April 23, 2008 before a duly

qualified officer and continue on successive days as necessary.  The deposition shall be held at

the law offices of  Jones Day, 51 Louisiana Ave. N.W., Washington, D.C. 20001, and will be

recorded by stenographic and/or sound and visual means.  The deposition will be taken upon

cross-examination.  Arrangements will be made so that counsel may participate by telephone if

they wish.  The deposition is being taken for the purposes of discovery, for use at trial, and for

other such purposes as permitted under the Federal Rules of Civil Procedure.

Dated: April 14, 2008

      /s/ Eric T. Gortner

Helen E. Witt, P.C.
Eric T. Gortner
Jared T. Heck
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

      /s/ Bruce A. Singal

Bruce A. Singal, BBO #464420
Richard Goldstein, BBO #565482
DONOGHUE BARRETT & SINGAL, P.C.
One Beacon Street
Boston, MA  02018
Telephone: (617) 720-5090
Facsimile: (617) 720-5092

*Counsel for Defendants Boehringer Ingelheim Corp., Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on April 14, 2008, a copy to LexisNexis File and Serve for posting and notification to all parties.

<div align="right">

        /s/ Eric T. Gortner
Eric T. Gortner

</div>

# EXHIBIT BB-1

United States of America (F. Don Thompson)

1

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3    - - - - - - - - - - - - - - -

 4    IN RE:  PHARMACEUTICAL      )  MDL NO. 1456

 5    INDUSTRY AVERAGE WHOLESALE  )  CIVIL ACTION

 6    PRICE LITIGATION            )  01-CV-12257-PBS

 7    THIS DOCUMENT RELATES TO    )

 8    U.S. ex rel. Ven-a-Care of  )  Judge Patti B.
      Saris

 9    the Florida Keys, Inc.      )

10        v.                      )  Chief Magistrate

11    Abbott Laboratories, Inc.,  )  Judge Marianne B.

12    No. 06-CV-11337-PBS         )  Bowler

13    - - - - - - - - - - - - - - -

14            (captions continue on following pages)

15

16                            Washington, D.C.

17                            Friday, March 28, 2008

18                            8:00 a.m.

19

20    Videotaped deposition of F. DON THOMPSON as
      30(b)(6)

21        witness for the UNITED STATES OF AMERICA

22                        Volume I
```

Page 1

United States of America (F. Don Thompson)

2

```
 1        IN THE COURT OF THE SECOND JUDICIAL CIRCUIT

 2             IN AND FOR LEON COUNTY, FLORIDA

 3   THE STATE OF FLORIDA

 4   ex rel.

 5   - - - - - - - - - - - - - - - - - -

 6   VEN-A-CARE OF THE FLORIDA KEYS,    )

 7   INC., a Florida Corporation, by and )

 8   through its principal officers and  )

 9   directors, ZACHARY T. BENTLEY and   )

10   T. MARK JONES,                      )

11             Plaintiffs,              ) Civil Action

12        vs.                           ) No. 98-3032G

13   MYLAN LABORATORIES INC.; MYLAN      )

14   PHARMACEUTICALS INC.; NOVOPHARM     ) Judge
```
william
```
15   LTD., SCHEIN PHARMACEUTICAL, INC.;  ) L. Gary

16   TEVA PHARMACEUTICAL INDUSTRIES      )

17   LTD.; TEVA PHARMACEUTICAL USA; and  )

18   WATSON PHARMACEUTICALS, INC.,       )

19             DEFENDANTS.              )

20   - - - - - - - - - - - - - - - - - -

21
```

Page 2

United States of America (F. Don Thompson)

22

3

1          Videotaped 30(b)(6) deposition of THE UNITED

2     STATES OF AMERICA by F. DON THOMPSON, held at the

3     law offices of Jones Day, 51 Louisiana Avenue, N.W.,

4     Washington, D.C. 20001-2113, the proceedings being

5     recorded stenographically by Jonathan Wonnell, a

6     Registered Professional Court Reporter and Notary

7     Public of the District of Columbia, and transcribed

8     under his direction.

9

10

11

12

13

14

15

16

17

18

Page 3

United States of America (F. Don Thompson)

19

20

21

22



4



1       A P P E A R A N C E S   O F   C O U N S E L

2

3          On behalf of the United States of America:

4              JUSTIN DRAYCOTT, ESQ.

5              U.S. Department of Justice

6              Civil Division

7              P.O. Box 261, Ben Franklin Station

8              Washington, D.C. 20044

9              (202) 305-9300

10             justin.draycott@usdoj.gov

11

12         On behalf of the U.S. Department of Health
and

13             Human Services:

14             LESLIE M. STAFFORD, ESQ.

15             U.S. Department of Health & Human
Services

United States of America (F. Don Thompson)

16                Office of General Counsel, CMS Division

17                7500 Security Boulevard

18                Mail Stop C2-05-23

19                Baltimore, Maryland 21244

20                (410) 786-9655

21

22

5

1                    A P P E A R A N C E S   (Cont'd)

2

3          On behalf of the State of Florida:

4                MARY S. MILLER, ESQ. (via phone)

5                Office of the Attorney General of
Florida

6                PL-01, The Capitol

7                Tallahassee, Florida 32399-1050

8                (850) 414-3600

9                mary_miller@oag.state.fl.us

10

11         On behalf of the City of New York and all
New

12                York Counties other than Nassau and

13                Orange; and the States of Alaska,

Page 5

United States of America (F. Don Thompson)
Hawaii,

14          Idaho, Illinois, Kentucky, South
Carolina

15          and Wisconsin:

16          MICHAEL WINGET-HERNANDEZ, ESQ.

17          Winget-Hernandez, LLC

18          3112 Windsor Road, Suite 228

19          Austin, Texas 78703

20          (512) 858-4181

21          michael@winget-hernandez.com

22


6


1          A P P E A R A N C E S  (Cont'd)

2

3          On behalf of Abbott Laboratories, Inc.:

4          R. CHRISTOPHER COOK, ESQ.

5          Jones Day

6          51 Louisiana Avenue, N.W.

7          Washington, D.C. 20001-2113

8          (202) 879-3939

9          christophercook@jonesday.com

10

United States of America (F. Don Thompson)
11        On behalf of Dey, Inc., Dey, L.P. and Mylan:

12            SARAH L. REID, ESQ.

13            Kelley, Drye & Warren LLP

14            101 Park Avenue

15            New York, New York 10178

16            (212) 808-7720

17            sreid@kelleydrye.com

18

19

20

21        ALSO PRESENT:

22            CONWAY BARKER, videographer

7

1                    C O N T E N T S

2

3   WITNESS NAME
PAGE

4   F. DON THOMPSON

5        Examination By Mr. Cook...................
013

6

7

8                    E X H I B I T S

Page 7

# EXHIBIT CC



LEXISNEXIS® FILE & SERVE
15012955
E-SERVICE
May 25 2007
12:07PM

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc., et al.* | ) | |
| No. 06-CV-11337-PBS | ) | |

### AMENDED NOTICE OF DEPOSITION OF DAVID TIMUS

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Abbott Laboratories, Inc. ("Abbott") by its undersigned attorneys, will take the

deposition of David Timus.

The deposition will take place before a notary public, or any other officer authorized to

administer oaths, at the office of the Center for Medicare & Medicaid Services, 7111 Security

Boulevard, Baltimore, Maryland 21244 on June 6, 2007 beginning at 9:00 a.m.  The deposition

will be taken upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means.  The

deposition is being taken for the purposes of discovery, for use at trial, and for such other

purposes as permitted under the Federal Rules of Civil Procedure.

Dated: May 25, 2007

  /s/ R. Christopher Cook
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, R. Christopher Cook, an attorney, hereby certify that I caused a true and correct copy of the foregoing AMENDED NOTICE OF DEPOSITION OF DAVID TIMUS to be served upon all counsel of record electronically by causing same to be posted via LexisNexis, this 25th day of May, 2007.


  /s/ R. Christopher Cook
R. Christopher Cook

# EXHIBIT CC-1

Timus, Sr, David M

1

```
 1            UNITED STATES DISTRICT COURT
 2           FOR THE DISTRICT OF MASSACHUSETTS
 3    - - - - - - - - - - - - -x
 4    IN RE:  PHARMACEUTICAL    : MDL NO. 1456
 5    INDUSTRY AVERAGE WHOLESALE : CIVIL ACTION:
 6    PRICE LITIGATION          : 01-CV-12257-PBS
 7    THIS DOCUMENT RELATES TO   :
 8    U.S. ex rel. Ven-a-Care of : Judge Patti B. Saris
 9    the Florida Keys, Inc. v.  :
10    Abbott Laboratories, Inc., : Chief Magistrate
11    No. 06-CV-11337-PBS        : Judge Marianne B.
12    - - - - - - - - - - - - -x Bowler
13             IN THE CIRCUIT COURT OF
14             MONTGOMERY COUNTY, ALABAMA
15    - - - - - - - - - - - - -x
16    STATE OF ALABAMA,          :
17                    Plaintiff, :
18          vs.                  : Case No.: CV-05-219
19    ABBOTT LABORATORIES, INC., : Judge Charles Price
20    et al.,                    :
21                   Defendants.:
22    - - - - - - - - - - - - -x
```

Timus, Sr, David M

2

```
 1     IN THE COURT OF THE SECOND JUDICIAL CIRCUIT
 2           IN AND FOR LEON COUNTY, FLORIDA
 3
 4   THE STATE OF FLORIDA
 5   ex rel.
 6   - - - - - - - - - - - - - - - - - x
 7   VEN-A-CARE OF THE FLORIDA        :
 8   KEYS, INC., a Florida            :
 9   Corporation, by and through its  :
10   principal officers and directors, :
11   ZACHARY T. BENTLEY and           :
12   T. MARK JONES,                   :
13             Plaintiffs,            :
14        vs.                         : Civil Action
15   MYLAN LABORATORIES INC.; MYLAN   : No.: 98-3032G
16   PHARMACEUTICALS INC.; NOVOPHARM  : Judge:
William
17   LTD., SCHEIN PHARMACEUTICAL, INC.;:   L. Gary
18   TEVA PHARMACEUTICAL INDUSTRIES   :
19   LTD., TEVA PHARMACEUTICAL USA;   :
20   and WATSON PHARMACEUTICALS, INC., :
21             Defendants,            :
22   - - - - - - - - - - - - - - - - - x
```

Timus, Sr, David M

3

```
 1    IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
 2              STATE OF MISSOURI
 3    - - - - - - - - - - - - - - - - - x
 4    STATE OF MISSOURI, ex rel.,       :
 5    JEREMIAH W. (JAY) NIXON,          :
 6    Attorney General,                 :
 7    and                               :
 8    MISSOURI DEPARTMENT OF SOCIAL     :
 9    SERVICES, DIVISION OF MEDICAL     : Case No.:
10    SERVICES,                         : 054-1216
11              Plaintiffs,             : Division No.
12              vs.                     :
13    DEY INC., DEY, L.P., MERCK KGaA,  :
14    EMD, INC., WARRICK                :
15    PHARMACEUTICALS CORPORATION,      :
16    SCHERING-PLOUGH CORPORATION, and  :
17    SCHERING CORPORATION,             :
18              Defendants,             :
19    - - - - - - - - - - - - - - - - - x
20
```

31

Page 3

Timus, Sr, David M

21

22

4

1              Videotaped Deposition of DAVID M.
TIMUS,

2      SR., a witness herein, called for examination by

3      counsel for Abbott Laboratories in the

4      above-entitled matter, pursuant to notice, the

5      witness being duly sworn by Robert M. Jakupciak, a

6      Notary Public in and for the District of Columbia,

7      taken at the offices of Center for Medicare &

8      Medicaid Services, 7111 Security Blvd., Baltimore,

9      Maryland, 21244, at 11:20 a.m., on June 6, 2007,

10     and the proceedings being taken down by Stenotype

11     by Robert M. Jakupciak, RPR.

12

13

14

15

16

17

18
                              Page 4

Timus, Sr, David M

19

20

21

22

5

1    APPEARANCES:

2

3    On behalf of the United States of America:

4

5            ANA MARIA MARTINEZ, ESQUIRE

6            U.S. Department of Justice

7            99 N.E. 4th Street

8            Miami, Florida  33132

9            (305) 961-9431

10

11   On behalf of the U.S. Department of

12   Health and Human Services:

13

14           TROY A. BARSKY, ESQUIRE

15           U.S. Department of Health and

16           Human Services

```
                    Timus, Sr, David M
17                  C2-05-23

18                  7500 Security Blvd.

19                  Baltimore, Maryland  21244-1850

20                  (410) 786-8873

21

22  (CONTINUED)
```

6

```
 1  APPEARANCES: (CONTINUED)

 2

 3  On behalf of Abbott Laboratories:

 4

 5          LOUIS P. GABEL, ESQUIRE

 6          Jones Day

 7          51 Louisiana Avenue, N.W.

 8          Washington, D.C.  20001

 9          (202) 879-5411

10

11  (The following attorneys present by phone.)

12

13  On behalf of Dey Companies and Mylan:

14

15          CLIFFORD KATZ, ESQUIRE
```

```
                    Timus, Sr, David M
16                  Kelly Drye & Warren LLP
17                  101 Park Avenue
18                  New York, New York  10178
19                  (212) 808-7609
20
21
22  (CONTINUED)
```

```
        7
```

```
 1  APPEARANCES: (CONTINUED)
 2
 3  On behalf of Roxane Laboratories and
 4  Boehringer-Ingelheim and affiliated entities:
 5
 6              JARED THOMAS HECK, ESQUIRE
 7              Kirkland & Ellis LLP
 8              200 East Randolph Drive
 9              Chicago, Illinois  60601
10              (312) 469-7087
11
12  On behalf of Baxter Healthcare Corporation:
13
```

```
                    Timus, Sr, David M
14                  TINA DUCHARME REYNOLDS, ESQUIRE

15                  Dickstein Shapiro LLP

16                  1825 Eye Street, N.W.

17                  Washington, D.C.   20006

18                  (202) 420-4114

19

20

21

22     (CONTINUED)
```

8

```
 1     APPEARANCES: (CONTINUED)

 2

 3     On behalf of KMS New York Counties:

 4

 5                  MICHAEL WINGET-HERNANDEZ, ESQUIRE

 6                  Winget-Hernandez, LLC

 7                  3112 Windsor Road, #228

 8                  Austin, Texas   78703

 9

10

11

12
```

Page 8

Timus, Sr, David M

13

14                    Also Present

15              Videographer:  Conway Barker

16

17

18

19

20

21

22

9

1                C O N T E N T S

2

3   THE WITNESS:  DAVID M. TIMUS, SR.
PAGE

4     Examination By Mr. Gabel.....................
011

5

6

7                E X H I B I T S

8

9                  (NONE MARKED)

Page 9

# EXHIBIT DD



14975168

May 22 2007
7:09PM

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 |
| | Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: | Judge Patti B. Saris |
| ALL ACTIONS [1] | Magistrate Judge Marianne B. Bowler |

### AMENDED CROSS-NOTICE OF DEPOSITION OF ROBERT VITO

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Schering Corporation ("Schering"), Schering Plough Corporation ("Schering Plough"), and Warrick Pharmaceuticals Corporation ("Warrick")[2] hereby cross-notice the deposition of Robert Vito for purposes of all cases pending in MDL No. 1456.

On May 21, 2007, attorneys for Abbott Laboratories, Inc. amended the notice of deposition of Mr. Vito for purposes of *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* No. 06-CV-11337-PBS, a matter that is currently a part of MDL No. 1456. This notice is attached hereto. Through this cross-notice, counsel are hereby informed that the deposition of Mr. Vito will also be proceeding for purposes of all other cases pending in MDL No. 1456, to the extent permitted under the Federal Rules of Civil Procedure, Court order, and any other applicable rules.

---

[1] As explained herein, this cross-notice regards all actions pending in MDL No. 1456, to the extent permitted under the Federal Rules of Civil Procedure, Court order, and any other applicable rules.

[2] This cross-notice, which is being served for purposes of a number of actions pending in MDL No. 1456, is only served in a particular action on behalf of those entities that have appeared, been named, and been served in that particular action. To the extent that Schering, Schering Plough, or Warrick have not appeared, been served, or been named in a particular action, this notice does not constitute an appearance, consent to service, or consent to joinder

The deposition will take place before a notary public, or any other officer authorized to administer oaths, at the office of Morgan Lewis, 1701 Market Street, Philadelphia, PA 19103, on June 19 and 20, 2007 beginning at 9:00 a.m. The attached subpoena *duces tecum* directs the witness to appear for the deposition and produce certain documents. The deposition will be taken upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means. The deposition is being taken for the purposes of discovery, for use at trial, and for such other purposes as permitted under the Federal Rules of Civil Procedure, Court order, and any other applicable rules.

By attorneys,

/s/ Eric P. Christofferson
John T. Montgomery (BBO#352220)
Steven A. Kaufman (BBO#262230)
Eric P. Christofferson (BBO#654087)
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
(617) 951-7000

*Attorneys for Schering Corporation, Schering-Plough Corporation, and Warrick Pharmaceuticals Corporation*

Dated: May 22, 2007

---

by Schering, Schering Plough, or Warrick, respectively, in that action. Schering, Schering Plough, and Warrick also do not waive any objection regarding jurisdiction or other defenses, where applicable.

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL 1456.

/s/ Jobe G. Danganan
Jobe G. Danganan



May 21 2007
5:07PM

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION:  01-CV-12257-PBS |
| | ) | |
| | ) | Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Chief Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc., et al.* | ) | |
| No. 06-CV-11337-PBS | ) | |

## AMENDED NOTICE OF DEPOSITION OF ROBERT VITO

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil

Procedure, Abbott Laboratories, Inc. ("Abbott") by its undersigned attorneys, will take the

deposition of Robert Vito.

The deposition will take place before a notary public, or any other officer authorized to

administer oaths, at the office of Morgan Lewis, 1701 Market Street, Philadelphia, PA 19103, on

June 19 and 20, 2007 beginning at 9:00 a.m. and continuing on successive days as necessary.

The attached subpoena *duces tecum* directs the witness to appear for deposition and produce

certain documents.  The deposition will be taken upon cross-examination.

Such deposition will be recorded by stenographic and/or sound and visual means.  The

deposition is being taken for the purposes of discovery, for use at trial, and for such other

purposes as permitted under the Federal Rules of Civil Procedure.

Dated: May 21, 2007

/s/ David S. Torborg
James R. Daly
Tina M. Tabacchi
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Counsel for Defendant Abbott Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing AMENDED NOTICE OF DEPOSITION OF ROBERT VITO, and attachments, to be served upon all counsel of record electronically by causing same to be posted via LexisNexis, this 21st day of May, 2007.

/s/ David S. Torborg
David S. Torborg

AO 88 (Rev. 1/94) Subpoena in a Civil Case



## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>*U.S. ex rel. Ven-A-Care of the Florida Keys, Inc.,*<br>*v. Abbott Laboratories, Inc., et al.* | **Pending in:**<br><br>**UNITED STATES DISTRICT COURT**<br>**FOR THE DISTRICT OF MASSACHUSETTS**<br><br>MDL NO. 1456<br><br>Civil Action No. 06-CV-11337-PBS<br>Lead Case No. 01-CV-12257<br><br>Judge Patti B. Saris<br><br>Chief Magistrate Judge Marianne B. Bowler |

# SUBPOENA DUCES TECUM

TO:   Robert Vito
      Care of:
      John K. Neal, Esq.
      P.O. Box 261
      Ben Franklin Station
      Washington, D.C. 20044

☐ **YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.**

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☒ **YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.**

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| **Morgan Lewis**<br>**1701 Market Street**<br>**Philadelphia, PA 19103** | **June 19 and 20, 2007 at 9:00 AM** |

☒ **YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):**
      Please see attached Exhibit A

| PLACE | DATE AND TIME |
|---|---|
| **Morgan Lewis**<br>**1701 Market Street**<br>**Philadelphia, PA 19103** | **June 19 and 20, 2007 at 9:00 AM** |

☐ **YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.**

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *David S. Torborg* <br> Attorney for Defendant Abbott Laboratories, Inc. | May 21, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER: David S. Torborg, Esq., Jones Day, 51 Louisiana Ave., N.W., Washington, DC 20001 (202) 879-3939

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

(C)   PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d) (2) of this rule, a person commanded to produce and permit inspection and copying may within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party service the subpoena shall not be entitled to inspect and copy materials or inspect the premises expect pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it
    (i)   fails to allow reasonable time for compliance;
    (ii)   requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c) (3) (B) (iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
    (iii)   requires disclosure of privileged or other protected matter and no exception or waiver applies, or
    (iv)   subjects a person to undue burden.

(B) If a subpoena

    (i)   requires disclosure of a trade secret or other confidential research, development, or commercial information, or
    (ii)   requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
    (iii)   requires a person who is not a party of an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

1

## EXHIBIT A

### Documents Requested

1.     A copy of your most current resume.

2.     A copy of any and all Documents in your personal possession concerning the use of AWP or WAC by the Medicare or Medicaid programs for the reimbursement of drugs and/or the administration or dispensing of drugs.  This request does not seek documents contained at the offices of the United States Department of Health and Human Services – Office of Inspector General.

3.     A copy of any and all Documents in your personal possession concerning the use of AWP or WAC by the Medicare or Medicaid programs for the reimbursement of drugs and/or the administration or dispensing of drugs.

4.     A copy of any and all Documents in your personal possession concerning communications with Ven-A-Care of the Florida Keys, Inc., Centers for Medicare and Medicaid Services ("CMS") (including the office of the General Counsel), and/or any party which is a plaintiff in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

5.     A copy of any and all Documents in your personal possession concerning communications with the Department of Justice ("DOJ") or CMS regarding limitations on communications with any party which is a defendant in any litigation relating to AWP, WAC, and/or the pricing of drugs under Medicare or Medicaid.

### Definitions

1.     "AWP" or "Average Wholesale Price" means any figures so categorized and periodically published by any Publisher.

2.     "Concern," "concerning," "relating to," or "relate to" means refer to, regard, concern, describe, explain, state, evidence, record, constitute, pertain to, reflect, comprise, contain, embody, mention, show, support, contradict, and discuss, whether directly or indirectly, as required by the context to bring within the scope of the requests in this request for production of documents any documents that might be deemed outside their scope by another construction.

3.     "Documents" means all original written, recorded, or graphic matters whatsoever, and any and all non-identical copies thereof, including but not limited to advertisements, affidavits, agreements, analyses, applications, appointment books, bills, binders, books, books of account, brochures, calendars, charts, checks or other records of payment, communications, computer printouts, computer stores data, conferences, or other meetings, contracts,

correspondence, diaries, electronic mail, evaluations, facsimiles, files, filings, folders, forms, interviews, invoices, jottings, letters, lists, manuals, memoranda, microfilm or other data compilations from which information can be derived, minutes, notations, notebooks, notes, opinions, pamphlets, papers, photocopies, photographs or other visual images, policies, recordings of telephone or other conversations, records, reports, resumes, schedules, scraps of paper, statements, studies, summaries, tangible things, tapes, telegraphs, telephone logs, telex messages, transcripts, website postings, and work papers, which are in the possession of the Carrier as defined above. A draft or non-identical copy is a separate document within the meaning of this term.

      4.     "WAC" means "Wholesale Acquisition Cost."

# EXHIBIT DD-1

Page 1

1              UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF MASSACHUSETTS

3                        - - -

4    IN RE:  PHARMACEUTICAL      : MDL NO.  1456

5    INDUSTRY AVERAGE WHOLESALE  : CIVIL ACTION:

6    PRICE LITIGATION            : 01-CV-12257-PBS

7                               :

8    THIS DOCUMENT RELATES TO    :

9    U.S. ex rel. Ven-A-Care of  :

10   the Florida Keys, Inc. v.   :

11   Abbott Laboratories, Inc.   :

12   No. 06-CV-11337-PBS         :

13                        - - -

14            Videotaped deposition of ROBERT

15   VITO was taken, pursuant to notice, at MORGAN

16   LEWIS & BOCKIUS, LLP, 1701 Market Street,

17   Philadelphia, Pennsylvania, on Tuesday, June

18   19, 2007, beginning at 9:10 a.m., before M.

19   Kathleen Muino, Professional Shorthand

20   Reporter, Notary Public; Michael Hunterton,

21   Certified Legal Video Specialist, there being

22   present:

Vito, Robert                                                                    June 19, 2007
Philadelphia, PA

|  |  |
|---|---|
| Page 2 | Page 4 |

Page 2
1  APPEARANCES:
2
3       UNITED STATES DEPARTMENT OF JUSTICE
4       CIVIL DIVISION
5       BY:  JOHN K. NEAL, ESQUIRE
6       601 D Street, N.W.
7       Washington, D.C.  20004
8       Phone:  (202) 307-0405
9       John.Neal2@usdoj.gov
10      Representing the United States
11
12
13
14
15
16
17
18
19
20
21
22

Page 4
1  APPEARANCES (Continued):
2
3       BERGER & MONTAGUE, P.C.
4       BY:  GARY L. AZORSKY, ESQUIRE
5       1622 Locust Street
6       Philadelphia, Pennsylvania  19103-6305
7       Phone:  (215) 875-3000
8       gazorsky@.bmnet
9       Representing Ven-A-Care of the Florida
10        Keys
11
12      WEXLER, TORISEVA & WALLACE, LLP
13      BY:  JENNIFER FOUNTAIN CONNOLLY, ESQUIRE
14      One North LaSalle Street
15      Suite 2000
16      Chicago, Illinois  60602
17      Phone:  (312) 346-2222
18      jfc@wtwlaw.us
19      Representing the MDL Plaintiffs
20
21
22

Page 3
1  APPEARANCES (Continued):
2
3       U.S. DEPARTMENT OF HEALTH & HUMAN
4         SERVICES
5       Office of Inspector General
6       Office of Counsel to the Inspector
7         General
8       Administrative and Civil Remedies
9         Branch
10      BY:  NANCY W. BROWN, ESQUIRE
11      Room 5527, Cohen Building
12      330 Independence Avenue, S.W.
13      Washington, D.C.  20201
14      Phone:  (202) 205-9430
15      Nancy.Brown@oig.hhs.gov
16      Representing the United States
17
18
19
20
21
22

Page 5
1  APPEARANCES (Continued):
2       STATE OF CALIFORNIA DEPARTMENT
3         OF JUSTICE
4       BUREAU OF MEDI-CAL FRAUD & ELDER ABUSE
5       BY:  NICHOLAS N. PAUL, DEPUTY
6         ATTORNEY GENERAL
7       CIVIL PROSECUTIONS UNIT
8       P.O. Box 85266
9       110 West A Street, #1100
10      San Diego, California  92186
11      nicholas.paul@doj.ca.gov
12      Representing The State of California
13
14      THE HAVILAND LAW FIRM, LLC
15      BY:  DONALD E. HAVILAND, JR., ESQUIRE
16      740 South Third Street
17      Third Floor
18      Philadelphia, Pennsylvania  19147
19      Phone:  (215) 609-4661
20      haviland@havilandlaw.com
21      Representing the Commonwealth of
22        Pennsylvania

2 (Pages 2 to 5)

Vito, Robert                                                                                                        June 19, 2007

Philadelphia, PA

| | |
|---|---|
| Page 6 | Page 8 |

Page 6

```
1    APPEARANCES (Continued):
2
3        WINGET-HERNANDEZ, LLC
4        BY:  MICHAEL WINGET-HERNANDEZ, ESQUIRE
5        3112 Windsor Road, No. 228
6        Austin, Texas  78703
7        Phone:  (512) 474-4095
8        michael@winget-hernandez.com
9        Representing New York Counties, The
10          State of Wisconsin, The State of
11          Illinois; The State of Kentucky, The
12          State of Hawaii
13
14       OFFICE OF THE ATTORNEY GENERAL
15       MEDICAID FRAUD CONTROL UNIT
16       BY:  JAIME DOYLE LIANG, AAG
17       PL-01 The Capitol
18       Tallahassee, Florida  32399-1050
19       Phone:  (850) 414-3600
20       jaime_liang@oag.state.fl.us
21       Representing The State of Florida
22
```

Page 8

```
1    APPEARANCES (Continued):
2
3        KIRKLAND & ELLIS, LLP
4        BY:  ERIC GORTNER, ESQUIRE
5        200 East Randolph Drive
6        Chicago, Illinois  60601
7        Phone:  (312) 861-2285
8        egortner@kirkland.com
9        Representing Roxane Laboratories and
10          Boehringer Ingelheim
11
12       LOCKE, LIDDELL & SAPP, LLP
13       BY:  JOHN P. McDONALD, ESQUIRE
14       Suite 2200
15       2200 Ross Avenue
16       Dallas, Texas  75201-6776
17       jpmcdonald@lockeliddell.com
18       Representing, B. Braun Medical Inc.,
19          Schering-Plough, Schering, and Warrick
20
21
22
```

Page 7

```
1    APPEARANCES (Continued):
2
3        JONES DAY
4        BY:  DAVID S. TORBORG, ESQUIRE
5        51 Louisiana Avenue, N.W.
6        Washington, D.C.  20001-2113
7        Phone:  (202) 879-5562
8        dstorborg@jonesday.com
9        Representing Abbott Laboratories, Inc.
10
11       KELLEY, DRYE & WARREN, LLP
12       BY:  NEIL MERKL, ESQUIRE
13       101 Park Avenue
14       New York, New York  10178
15       Phone:  (212) 808-7811
16       nmerkl@kelleydrye.com
17       Representing the Dey Companies
18
19
20
21
22
```

Page 9

```
1    APPEARANCES (Continued):
2
3        HAND ARENDALL, LLC
4        BY:  ROGER L. BATES, ESQUIRE
5        1200 Park Place Tower
6        2001 Park Place North
7        Birmingham, Alabama  35203
8        Phone:  (205) 502-0105
9        rbates@handarendall.com
10       Representing The State of Alabama
11
12       KIRKLAND & ELLIS, LLP
13       BY:  RAYNA S. WALTERS, ESQUIRE
14       655 Fifteenth Street, NW
15       Washington, DC  20005-5793
16       Phone:  (202) 879-5218
17       rwalters@kirkland.com
18       Representing Barr and Duramed
19
20
21
22
```

3 (Pages 6 to 9)

Vito, Robert                                                                 June 19, 2007

Philadelphia, PA

Page 10
1   TELEPHONIC APPEARANCES:
2
3       WHITE & CASE, LLP
4       BY:  MILANA SALZMAN, ESQUIRE
5       1155 Avenue of the Americas
6       New York, New York  10036-2787
7       Phone:  (212) 819-8711
8       msalzman@whitecase.com
9       Representing Sandoz Inc.
10
11      DICKSTEIN SHAPIRO, LLP
12      BY:  SHAMIR PATEL, ESQUIRE
13      1825 Eye Street, NW
14      Washington, DC  20006
15      Phone:  (202) 420-2728
16      PatelS@dicksteinshapiro.com
17      Representing Baxter Healthcare
18        Corporation
19
20
21
22

Page 11
1   TELEPHONIC APPEARANCES (Continued):
2
3       HOGAN & HARTSON, LLP
4       BY:  HOA T.T. HOANG, ESQUIRE
5       BY:  JAMES S. ZUCKER, ESQUIRE
6       875 Third Avenue
7       New York, New York  10022
8       Phone:  (212) 918-3640/3650
9       htthoang@hhlaw.com
10      jszucker@hhlaw.com
11      Representing Bristol-Myers Squibb
12        Company
13
14      KAYE SCHOLER LLP
15      BY:  NATHAN COHEN, ESQUIRE
16      425 Park Avenue
17      New York, New York  10022
18      Phone:  (212) 836-7418
19      ncohen@kayescholer.com
20      Representing Novartis Pharmaceuticals
21        Corporation
22

Page 12
1   TELEPHONIC APPEARANCES (Continued):
2
3       HOGAN & HARTSON LLP
4       BY:  JOSEPH H. YOUNG, ESQUIRE
5       111 South Calvert Street
6       Baltimore, Maryland  21202
7       Phone:  (410) 659-2700
8       jhyoung@hhlaw.com
9       Representing Amgen
10
11  ALSO PRESENT:
12      Mary-Margaret Buchanan
13        JONES DAY
14
15      John M. Lockwood, M.D.
16        VEN-A-CARE OF THE FLORIDA KEYS
17
18
19
20
21
22

Page 13
1                   I N D E X
2                     - - -
3
4   ROBERT VITO
5       EXAMINATION                  PAGE
6         BY MR. TORBORG             17
7
8                     - - -
9                 E X H I B I T S
10                    - - -
11  NUMBER          DESCRIPTION        PAGE
12  Exhibit Abbott 228 HHD068-1554 - 1557    103
13  Exhibit Abbott 229 HHD068-0210 - 0216    109
14  Exhibit Abbott 230 HHD068-1498 - 1502    112
15  Exhibit Abbott 231 HHD067-0092           125
16  Exhibit Abbott 232 HHD042-0018 - 0020    147
17  Exhibit Abbott 233 HHD062-1211 - 1212    161
18  Exhibit Abbott 234 HHD068-0977 - 1029    167
19  Exhibit Abbott 235 Declaration of Robert
20        A. Vito                    228
21  Exhibit Abbott 236 HHD042-0275 - 0277    276
22

4 (Pages 10 to 13)

Page 289

1              UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF MASSACHUSETTS

3                      VOLUME II

4    IN RE:  PHARMACEUTICAL      : MDL NO. 1456

5    INDUSTRY AVERAGE WHOLESALE  : CIVIL ACTION:

6    PRICE LITIGATION            : 01-CV-12257-PBS

7                                :

8    THIS DOCUMENT RELATES TO    :

9    U.S. ex rel. Ven-A-Care of  :

10   the Florida Keys, Inc. v.   :

11   Abbott Laboratories, Inc.   :

12   No. 06-CV-11337-PBS         :

13                        -  -  -

14           Continuation of the videotaped

15   deposition of ROBERT VITO was taken, pursuant

16   to notice, at MORGAN LEWIS & BOCKIUS, LLP,

17   1701 Market Street, Philadelphia,

18   Pennsylvania, on Wednesday, June 20, 2007,

19   beginning at 8:43 a.m., before M. Kathleen

20   Muino, Professional Shorthand Reporter, Notary

21   Public; Michael Hunterton, Certified Legal

22   Video Specialist, there being present:

Vito, Robert - Vol. II                                                                                        June 20, 2007

Philadelphia, PA

Page 290

```
1   APPEARANCES:
2
3        UNITED STATES DEPARTMENT OF JUSTICE
4        CIVIL DIVISION
5        BY:  JOHN K. NEAL, ESQUIRE
6        601 D Street, N.W.
7        Washington, D.C.  20004
8        Phone:  (202) 307-0405
9        John.Neal2@usdoj.gov
10       Representing the United States
11
12       U.S. DEPARTMENT OF JUSTICE
13       CIVIL DIVISION
14       BY:  JUSTIN DRAYCOTT, ESQUIRE
15       P.O. Box 261, Ben Franklin Station
16       Washington, D.C.  20044
17       Phone:  (202) 305-9300
18       justin.draycott@usdoj.gov
19       Representing the United States
20
21
22
```

Page 292

```
1   APPEARANCES (Continued):
2
3        BERGER & MONTAGUE, P.C.
4        BY:  GARY L. AZORSKY, ESQUIRE
5        1622 Locust Street
6        Philadelphia, Pennsylvania  19103-6305
7        Phone:  (215) 875-3000
8        gazorsky@.bmnet
9        Representing Ven-A-Care of the Florida
10         Keys
11
12       WEXLER, TORISEVA & WALLACE, LLP
13       BY:  JENNIFER FOUNTAIN CONNOLLY, ESQUIRE
14       One North LaSalle Street
15       Suite 2000
16       Chicago, Illinois  60602
17       Phone:  (312) 346-2222
18       jfc@wtwlaw.us
19       Representing the MDL Plaintiffs
20
21
22
```

Page 291

```
1   APPEARANCES (Continued):
2
3        U.S. DEPARTMENT OF HEALTH & HUMAN
4          SERVICES
5        Office of Inspector General
6        Office of Counsel to the Inspector
7          General
8        Administrative and Civil Remedies
9          Branch
10       BY:  NANCY W. BROWN, ESQUIRE
11       Room 5527, Cohen Building
12       330 Independence Avenue, S.W.
13       Washington, D.C.  20201
14       Phone:  (202) 205-9430
15       Nancy.Brown@oig.hhs.gov
16       Representing the United States
17
18
19
20
21
22
```

Page 293

```
1   APPEARANCES (Continued):
2        STATE OF CALIFORNIA DEPARTMENT
3          OF JUSTICE
4        BUREAU OF MEDI-CAL FRAUD & ELDER ABUSE
5        BY:  NICHOLAS N. PAUL, DEPUTY
6          ATTORNEY GENERAL
7        CIVIL PROSECUTIONS UNIT
8        P.O. Box 85266
9        110 West A Street, #1100
10       San Diego, California  92186
11       nicholas.paul@doj.ca.gov
12       Representing The State of California
13
14       THE HAVILAND LAW FIRM, LLC
15       BY:  DONALD E. HAVILAND, JR., ESQUIRE
16       740 South Third Street
17       Third Floor
18       Philadelphia, Pennsylvania  19147
19       Phone:  (215) 609-4661
20       haviland@havilandlaw.com
21       Representing the Commonwealth of
22         Pennsylvania
```

2 (Pages 290 to 293)

Vito, Robert - Vol. II                                    June 20, 2007
Philadelphia, PA

Page 294

1   APPEARANCES (Continued):
2
3       OFFICE OF THE ATTORNEY GENERAL
4       MEDICAID FRAUD CONTROL UNIT
5       BY:  JAIME DOYLE LIANG, AAG
6       PL-01 The Capitol
7       Tallahassee, Florida  32399-1050
8       Phone:  (850) 414-3600
9       jaime_liang@oag.state.fl.us
10      Representing The State of Florida
11
12      JONES DAY
13      BY:  DAVID S. TORBORG, ESQUIRE
14      51 Louisiana Avenue, N.W.
15      Washington, D.C.  20001-2113
16      Phone:  (202) 879-5562
17      dstorborg@jonesday.com
18      Representing Abbott Laboratories, Inc.
19
20
21
22

Page 296

1   APPEARANCES (Continued):
2
3       LOCKE, LIDDELL & SAPP, LLP
4       BY:  JOHN P. McDONALD, ESQUIRE
5       Suite 2200
6       2200 Ross Avenue
7       Dallas, Texas  75201-6776
8       jpmcdonald@lockeliddell.com
9       Representing, B. Braun Medical Inc.,
10        Schering-Plough, Schering, and Warrick
11
12
13      HAND ARENDALL, LLC
14      BY:  ROGER L. BATES, ESQUIRE
15      1200 Park Place Tower
16      2001 Park Place North
17      Birmingham, Alabama  35203
18      Phone:  (205) 502-0105
19      rbates@handarendall.com
20      Representing The State of Alabama
21
22

Page 295

1   APPEARANCES (Continued):
2
3       KELLEY, DRYE & WARREN, LLP
4       BY:  NEIL MERKL, ESQUIRE
5       BY:  MARISA SZELAG, ESQUIRE
6       101 Park Avenue
7       New York, New York  10178
8       Phone:  (212) 808-7811
9       nmerkl@kelleydrye.com
10      Representing the Dey Companies
11
12      KIRKLAND & ELLIS, LLP
13      BY:  ERIC GORTNER, ESQUIRE
14      200 East Randolph Drive
15      Chicago, Illinois  60601
16      Phone:  (312) 861-2285
17      egortner@kirkland.com
18      Representing Roxane Laboratories and
19        Boehringer Ingelheim
20
21
22

Page 297

1   APPEARANCES (Continued):
2
3       KIRKLAND & ELLIS, LLP
4       BY:  RAYNA S. WALTERS, ESQUIRE
5       655 Fifteenth Street, NW
6       Washington, DC  20005-5793
7       Phone:  (202) 879-5218
8       rwalters@kirkland.com
9       Representing Barr and Duramed
10
11
12
13
14
15
16
17
18
19
20
21
22

3 (Pages 294 to 297)

Vito, Robert - Vol. II                                                      June 20, 2007
Philadelphia, PA

Page 298

1  TELEPHONIC APPEARANCES:
2
3      WINGET-HERNANDEZ, LLC
4      BY:  MICHAEL WINGET-HERNANDEZ, ESQUIRE
5      3112 Windsor Road, No. 228
6      Austin, Texas  78703
7      Phone:  (512) 474-4095
8      michael@winget-hernandez.com
9      Representing New York Counties, The
10       State of Wisconsin, The State of
11       Illinois; The State of Kentucky, The
12       State of Hawaii
13
14     WHITE & CASE, LLP
15     BY:  MILANA SALZMAN, ESQUIRE
16     1155 Avenue of the Americas
17     New York, New York  10036-2787
18     Phone:  (212) 819-8711
19     msalzman@whitecase.com
20     Representing Sandoz Inc.
21
22

Page 300

1  TELEPHONIC APPEARANCES (Continued):
2
3      KAYE SCHOLER LLP
4      BY:  NATHAN COHEN, ESQUIRE
5      425 Park Avenue
6      New York, New York  10022
7      Phone:  (212) 836-7418
8      ncohen@kayescholer.com
9      Representing Novartis Pharmaceuticals
10       Corporation
11
12
13     HOGAN & HARTSON LLP
14     BY:  JOSEPH H. YOUNG, ESQUIRE
15     111 South Calvert Street
16     Baltimore, Maryland  21202
17     Phone:  (410) 659-2700
18     jhyoung@hhlaw.com
19     Representing Amgen
20
21
22

Page 299

1  TELEPHONIC APPEARANCES (Continued):
2
3      DICKSTEIN SHAPIRO, LLP
4      BY:  LISA A. HALL, ESQUIRE
5      1825 Eye Street, NW
6      Washington, DC  20006
7      Phone:  (202) 420-4129
8      Halll@dicksteinshapiro.com
9      Representing Baxter Healthcare
10       Corporation
11
12
13     HOGAN & HARTSON, LLP
14     BY:  JAMES S. ZUCKER, ESQUIRE
15     875 Third Avenue
16     New York, New York  10022
17     Phone:  (212) 918-3650
18     jszucker@hhlaw.com
19     Representing Bristol-Myers Squibb
20       Company
21
22

Page 301

1  TELEPHONIC APPEARANCES (Continued):
2
3      ARNOLD & PORTER, LLP
4      BY:  VICTOR RORTVEDT, ESQUIRE
5      555 Twelfth Street, NW
6      Washington, DC  20004
7      Phone:  (202) 942-5412
8      victor_Rortvedt@aporter.com
9      Representing Endo Pharmaceuticals
10
11
12
13
14
15
16  ALSO PRESENT:
17     Mary-Margaret Buchanan
18       JONES DAY
19
20     John M. Lockwood, M.D.
21       VEN-A-CARE OF THE FLORIDA KEYS
22

4 (Pages 298 to 301)

Page 302

1                    I N D E X
2                       - - -
3
4       ROBERT VITO, VOL. II
5       EXAMINATION                              PAGE
6          BY MR. TORBORG                        304
7
8                       - - -
9              E X H I B I T S
10                      - - -
11      NUMBER          DESCRIPTION              PAGE
12      Exhibit Abbott 237   HHD050-1266 - 1279   309
13      Exhibit Abbott 238   HHD011-0934 - 0936   317
14      Exhibit Abbott 239   HHD062-0642          339
15      Exhibit Abbott 240   42 CFR Ch. IV (10-1-02 Ed)  347
16      Exhibit Abbott 241   HHD042-0066 - 0068   355
17      Exhibit Abbott 242   HHD052-0914 - 0918   370
18      Exhibit Abbott 243   HHD052-0919 - 0965   370
19      Exhibit Abbott 244   HHD042-0285          383
20      Exhibit Abbott 245   HHD050-1262          390
21
22

Page 303

1       EXHIBITS (Continued):
2       NUMBER          DESCRIPTION              PAGE
3       Exhibit Abbott 246   HHD059-0129 - 0133   464
4       Exhibit Abbott 247   HHD059-0445          469
5       Exhibit Abbott 248   HHD059-0447          471
6       Exhibit Abbott 249   HHD050-1463 - 1466   473
7       Exhibit Abbott 250   HHD059-0001 - 0004   473
8       Exhibit Abbott 251   HHD062-0288 - 0295   511
9       Exhibit Abbott 252   HHD059-0014 - 0029   515
10      Exhibit Abbott 253   HHD061-0977 - 0981   542
11      Exhibit Abbott 254   HHD061-0989 - 0995   547
12      Exhibit Abbott 255   HHD068-0411 - 1412   555
13      Exhibit Abbott 256   HHD052-2058 - 2061   578
14      Exhibit Abbott 257   HHD062-1216 - 1238   584
15
16
17
18
19
20
21
22

Page 304

1       THE VIDEOGRAPHER:  Good morning. Here
2   starts Tape No. 6 in the continued deposition --
3   videotape deposition of Robert Vito taken by the
4   defendant party in the matter of In Re:
5   Pharmaceutical Industry Average Wholesale Price
6   Litigation.
7       The date is June 20th, 2007, and this
8   deposition is being held at Morgan, Lewis &
9   Bockius, 1701 Market Street, in Philadelphia,
10  Pennsylvania.  The time on the monitor is 8:43 a.m.
11  My name is Michael Hunterton, and I am the
12  certified videographer, the court reporter today is
13  Kathleen Muino; both associated with Henderson
14  Legal Services of Washington, DC.
15                      - - -
16              EXAMINATION
17                      - - -
18  BY MR. TORBORG:
19      Q.  Welcome back, Mr. Vito.
20      A.  Thank you.
21      Q.  Yesterday, when we finished up for the
22  day, I was asking you about Exhibit Abbott 030,

Page 305

1   which is an OIG report titled Suppliers'
2   Acquisition Costs for Albuterol Sulfate.
3       And I've asked you to turn to Page 7 of that
4   report, which I believe is where we ended off
5   yesterday; specifically, last paragraph, there's a
6   discussion of some additional costs that suppliers
7   incur in connection with providing albuterol
8   sulfate to Medicare beneficiaries.  Correct?
9       A.  Yes.
10      Q.  At least there's a discussion of those
11  additional costs, correct?
12      A.  Of the ones that responded to us, the
13  information they responded, yes, it's in here.
14      Q.  Okay.  And why was your office seeking
15  to gain information about those additional costs?
16      MR. NEAL:  I'll object to the form.
17      You can answer.
18      THE WITNESS:  We wanted to give an
19  opportunity for the providers to tell us any other
20  costs that they thought they had in addition to the
21  costs of the ingredients.
22  BY MR. TORBORG:

Henderson Legal Services
202-220-4158