# Exhibit 1

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid
In Support of Defendants' Common Opposition to Plaintiffs'
Motion for Partial Summary Judgment**

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS

 3     -----------------------------X

 4     IN RE:  PHARMACEUTICAL        ) MDL NO. 1456

 5     INDUSTRY AVERAGE WHOLESALE    ) CIVIL ACTION:

 6     PRICE LITIGATION              ) 01-CV-12257-PBS

 7     -----------------------------X Judge Patti B. Saris

 8     U.S. ex re. Ven-A-Care of     )

 9     the Florida Keys, Inc., v.    )

10     Abbott Laboratories, Inc.,    )

11     et al. No. 06-CV-11337-PBS    )

12     -----------------------------X

13        VIDEOTAPED DEPOSITION OF ADMINASTAR FEDERAL

14                     by CHERYL EILER

15     The videotaped deposition of ADMINASTAR FEDERAL by

16     CHERYL EILER, produced and sworn before me, Aprille

17     Lucas, RPR, Notary Public in and for the County of

18     Hamilton, State of Indiana, taken on behalf of the

19     Defendant Dey at the offices of National Government

20     Services, 8115 Knue Road, Indianapolis, Indiana, on

21     August 26, 2008, at 1:02 p.m., pursuant to the

22     Federal Rules of Civil Procedure.
```

Page 116

```
 1       A.   We got them monthly, and then we would
 2   get the annual.
 3       Q.   At that time in '93 you would get both?
 4       A.   Yes.
 5       Q.   Now, why did you use the RedBook?
 6       A.   That's our instructions that was given
 7   to us by CMS.
 8       Q.   Were those written instructions, or did
 9   someone tell you verbally?
10       A.   They were written instructions.
11       Q.   What were they written in?
12       A.   In a change request in a transmittal
13   that explained how to calculate.
14       Q.   So you received a change request from
15   HCFA that said, use the RedBook to getter your
16   AWPs?
17       A.   As one of our sources, yes.
18       Q.   As one of your sources?
19       A.   As our source.
20       Q.   Did it provide any other sources to get
21   it?
22       A.   At that time you had First DataBank was
```

AdminaStar Federal (Cheryl Eiler)                                August 26, 2008
Indianapolis, IN

Page 117

 1   another and the Orange Book.
 2        Q.   Did it say you could use those sources
 3   as well?
 4        A.   Yes.
 5        Q.   Did you have use those sources to price
 6   the drugs?
 7        A.   No, because we were just getting the
 8   RedBook, and they said the RedBook was the same
 9   fees as the others, so, in AWPs.
10        Q.   So CMS said the RedBook is the same as
11   FDB, or First DataBank, and the Orange Book, so
12   you only need to use the RedBook?
13        A.   CMS didn't say that.  That was the
14   people that I asked if I needed to get those
15   sources here, as far as my counterparts at the
16   other contracts and that, so.
17        Q.   So you would ask other DMERCs at the
18   time --
19        A.   Yes.
20        Q.   -- if you would ever have to use the
21   Orange Book or FDB?
22        A.   Yes.

Page 118

```
 1      Q.   And they said don't worry about it,
 2   because it's the same?
 3      A.   We got the Orange Book and the First
 4   DataBase, but the First DataBase discontinued its
 5   publications.  So while we could get it, we got
 6   it, but it was the same as the RedBook, as far as
 7   the information.
 8      Q.   And when was it discontinued?  Do you
 9   know?
10      A.   I don't recall.  It was shortly after I
11   took over, so.
12      Q.   So whatever RedBook publication you
13   could use -- I'm sorry, whatever First DataBank
14   publication you could use was discontinued?
15      A.   Yes.
16      Q.   And then the Orange Book --
17      A.   We didn't use that at all, because we
18   weren't told to use that.
19      Q.   Did you have access to that?
20      A.   No.
21      Q.   But you did have access to First
22   DataBank for a short period of time?
```

1      A.    Yes.

2      Q.    And that was a database -- was it a

3  print publication or --

4      A.    It was a print.  I want to say it was

5  called First DataBase.  They called it the

6  BlueBook.

7      Q.    So there was a BlueBook and the Orange

8  Book?

9      A.    Yes, BlueBook, and the RedBook, and the

10 Orange Book, all the colors.

11     Q.    And to your recollection, they stopped

12 making the BlueBook?

13     A.    Yes.

14     Q.    Shortly after you took over as a DMERC?

15     A.    Yes.

16     Q.    Now, other than the RedBook or the

17 BlueBook or the Orange Book, were there any other

18 sources that you could consider?

19     A.    I would -- if I needed to question, you

20 know, the product as far as the dosage and that,

21 I would use the PDR book to, you know, just look

22 it up.  But as far as for fees, the RedBook was