# Exhibit 2

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid**
**In Support of Defendants' Common Opposition to Plaintiffs'**
**Motion for Partial Summary Judgment**

```
 1                UNITED STATES DISTRICT COURT

 2                  DISTRICT OF MASSACHUSETTS

 3

 4    IN RE:  PHARMACEUTICAL        )

 5    INDUSTRY AVERAGE WHOLESALE    )

 6    PRICE LITIGAION,              )

 7                                  )    MDL NO. 1456

 8    U.S. ex re. Ven-A-Care of     )    CIVIL ACTION:

 9    the Florida Keys, Inc., v.    )    01-CV-12257-PBS

10    Abbott laboratories, Inc.,    )    Judge Patti B. Saris

11    et al.  No. 06-CV-11337-PBS  )

12
```

13      The videotaped deposition upon oral examination
14   of ADMINASTAR FEDERAL BY CHERYL EILER, a witness
15   produced and sworn before me, Paula A. Morgan, Notary
16   Public in and for the County of Hamilton, State of
17   Indiana, taken on the 23rd day of September, 2008, in
18   the offices of National Government Services, 8115
19   Knue Road, Marion County, Indiana, pursuant to the
20   Federal Rules of Civil Procedure.  This deposition
21   was taken on behalf of the United States of America
22   in the above-captioned matter.

Page 481

1               MR. HENDERSON:  Yes.  Thank you.
2          Q.   Ms. Eiler, during the period of 1993
3     through approximately 1998, how many AdminaStar
4     employees had responsibility for determining drug
5     prices?
6          A.   There could have been two of us because I
7     did it for any valid HCPCS code that would have
8     been given.  If there was miscellaneous HCPCS codes
9     for products that had not yet been approved for a
10    new code, then our nurses looked at those.
11         Q.   Okay.  Was the majority of pricing done
12    by you?
13         A.   Yes.
14         Q.   The -- what source of information did you
15    use to determine the reimbursement amount for the
16    HCPCS code drugs?
17         A.   Sources, you mean what books --
18         Q.   Yes.
19         A.   -- or what -- we used the RedBook.  We
20    used -- we had Blue Book.  And we had a couple
21    other databases that we used, books that we used.
22    But the majority of the time it was the RedBook

Page 482

1   source that we used.

2        And you would look at the HCPCS code, and then

3   you would find the drug that was listed under the

4   narrative description that was given with the code.

5   And then you would base your fee on that product.

6        Q.   Okay.  Did the RedBook publish an annual

7   edition?

8        A.   We got monthlies and an annual in the

9   middle of the year.

10       Q.   Okay.  Approximately when did the annual

11  edition come out?

12       A.   In May.  Usually between May and the

13  first of August is when we received them.

14       Q.   And were those originally in paper

15  format?

16       A.   Yes.

17       Q.   And at some point in time did RedBook

18  start publishing its pricing information in an

19  electronic format?

20       A.   Yes.

21       Q.   Approximately when was that?

22       A.   I want to say it was probably about '95