# Exhibit 6

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid**
**In Support of Defendants' Common Opposition to Plaintiffs'**
**Motion for Partial Summary Judgment**

```
 1          CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

 2               UNITED STATES DISTRICT COURT

 3              FOR THE DISTRICT OF MASSACHUSETTS

 4     - - - - - - - - - - - - - - -x

 5     IN RE:  PHARMACEUTICAL         :  MDL NO. 1456

 6     INDUSTRY AVERAGE WHOLESALE     :  CIVIL ACTION

 7     PRICE LITIGATION               :  01-CV-12257-PBS

 8     THIS DOCUMENT RELATES TO:      :

 9     U.S. ex rel. Ven-a-Care of     :  Hon.  Patti B. Saris

10     the Florida Keys, Inc.         :

11          v.                        :

12     Dey, Inc., et al.              :

13     No. 05-11084-PBS               :

14     - - - - - - - - - - - - - - -x

15                         Washington, D.C.

16                         Friday, February 27, 2009

17                         VOLUME II

18

19         Continued Videotaped Deposition of MARK G.

20     DUGGAN, Ph.D., a witness herein, called for

21     examination by counsel for Dey, Inc. in the

22     above-entitled matter, pursuant to notice, the
```

1  divergence drill down more.  I'm not -- it's
2  difficult for me to speculate.  This AWP from Red
3  Book is my understanding that in the majority of
4  cases, the vast majority of cases, the DMERCs obtain
5  their AWPs from the Red Book but there is always more
6  complexity to the world than can be summarized in,
7  you know, these short column headings.
8        Q.   But in the, in this array that we are
9  looking at, the revised array, Dey only, you're
10 making the assumption that the DMERC would have
11 looked at the Red Book, looked up the Dey and seen
12 the number 1151, isn't that right?
13       A.   I am assuming that they would have used
14 the, these -- that if Dey had reported alternative
15 AWPs and they had been published, they would have
16 been used by the DMERCs.
17            MR. ESCOBAR:  Take a break.
18            THE VIDEOGRAPHER:  The time is 2:23 p.m.
19            This completes tape number three.  Number
20 two.  Excuse me.
21            (Recess.)
22            THE VIDEOGRAPHER:  The time is 2:38 p.m.