# Exhibit 7

*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al.*
*v. Dey, Inc., et al.*, **Civil Action No. 05-11084-PBS**

**Exhibit to the August 28, 2009 Declaration of Sarah L. Reid**
**In Support of Defendants' Common Opposition to Plaintiffs'**
**Motion for Partial Summary Judgment**

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF MASSACHUSETTS

 3     ------------------------------------X

 4     IN RE:  PHARMACEUTICAL INDUSTRY      )

 5     AVERAGE WHOLESALE PRICE LITIGATION ) MDL No. 1456

 6     ------------------------------------) Civil Action

 7     THIS DOCUMENT RELATES TO:            ) No. 01-12257-PBS

 8     United States of America, ex. rel. ) Hon. Patti Saris

 9     Ven-a-Care of the Florida Keys,      )

10     Inc., v. Abbott Laboratories, Inc.,)

11     Civil Action No. 06-11337-PBS; and )

12     United States of America, ex. rel. ) VIDEOTAPED

13     Ven-a-Care of the Florida Keys,    ) DEPOSITION OF

14     Inc., v. Dey, Inc., et. al., Civil ) THE GEORGIA

15     Action No. 05-11084-PBS; and United) DEPARTMENT OF

16     States of America, ex. rel.        ) COMMUNITY HEALTH

17     Ven-a-Care of the Florida Keys,    ) by JERRY

18     Inc., v. Boehringer Ingleheim      ) DUBBERLY

19     Corp. et. al., Civil Action        )

20     No. 07-10248-PBS.                  ) DECEMBER 15, 2008

21     ------------------------------------X

22
```

Page 336

1  time.

2         And I apologize.  I was a little
3  confused when you gave your earlier answer, and I
4  don't believe I -- I understood what you were
5  trying to say regarding the reimbursement of
6  compounded drugs versus admixture drugs.

7     A.   Admixtures are not considered to be
8  compounded drugs, and compounded are reimbursed
9  using the sum of the average wholesale price of
10 each individual component.

11    Q.   Is that a -- a discounted average
12 wholesale price or an undiscounted average
13 wholesale price?

14    A.   It's an undiscounted.

15    Q.   And why is it that compounded drugs are
16 reimbursed in that manner?

17    A.   Compounded -- well, compounded drugs
18 are reimbursed in that manner because compounding
19 takes a pharmacist to actually mix the
20 medications, calculate the -- calculate the
21 individual components, weigh the components out,
22 often doing a process called "geometric dilution"

Page 337

```
 1    with topical products.
 2            It's much more involved than -- than
 3    any of the other dispensing actions, including
 4    simple admixtures.
 5        Q.   Is there a dispensing fee that goes
 6    along with compounded drugs?
 7        A.   It's the same dispensing fee as the
 8    normal reimbursement methodology we mentioned
 9    before.
10        Q.   So let me see if I understand.
11            The Georgia Medicaid program for
12    compounded drugs reimburses providers at an
13    undiscounted AWP level --
14        A.   Correct.
15        Q.   -- correct?
16        A.   Correct.
17        Q.   And that would be higher than the
18    reimbursement level for noncompounded drugs;
19    correct?
20        A.   Correct.
21        Q.   And that -- that higher reimbursement
22    is actually given to the providers on the
```