UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION:  01-CV-12257-PBS<br>Subcategory Docket:  06-CV-11337-PBS |
| THIS DOCUMENT RELATES TO | ) ) | Judge Patti B. Saris |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, No. 07-CV-11618-PBS | ) ) ) ) | Magistrate Judge Marianne B. Bowler |

## DECLARATION OF ERIC P. BERLIN

Eric P. Berlin hereby declares as follows:

1. I am an attorney with the law firm Jones Day, counsel for Defendant Abbott Laboratories Inc. ("Abbott").

2. I am admitted to practice in the State of Illinois and *pro hac vice* before this Court.

3. Attached hereto as Exhibit A is a listing of the exhibits filed in conjunction with the *Local Rule 56.1 Statement of Undisputed Material Facts Supporting Abbott Laboratories Inc.'s Motion for Summary Judgment*.

4. Those exhibits, incorporated herein by reference, are true and correct copies of the documents as described in the attached list.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 28,. 2009

/s/ Eric P. Berlin_____
Eric P. Berlin