| TAB NO | DOCUMENT DESCRIPTION | DEP. EXHIBIT |
|---|---|---|
| 1 | *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc v. Abbott Laboratories Inc.,* Case No. 07-CV-11618, Complaint (August 30, 2007) | N/A |
| 2 | *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc v. Abbott Laboratories Inc.*, Case No. 95-CV-1354, Complaint (June 23, 1995) | N/A |
| 3 | *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc v. Abbott Laboratories Inc.*, Case No. 95-CV-1354, Second Amended Complaint (August 13, 1997) | N/A |
| 4 | *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc v. Abbott Laboratories Inc.*, Case No. 95-CV-1354, Fourth Amended Complaint (December 11, 2002) | N/A |
| 5 | *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc v. Abbott Laboratories Inc.,* Case No. 95-CV-1354, Complaint (March 17, 2006) | N/A |
| 6 | *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc v. Abbott Laboratories Inc.,* Case No. 95-CV-1354, Plaintiff Ven-A-Care's Motion for Leave to Amend Complaint by Adopting United States' Complaint in Intervention (March 17, 2006) | N/A |
| 7 | *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc v. Abbott Laboratories Inc.*, Case No. 00-CV-10698, Complaint (April 10, 2000) | N/A |
| 8 | *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc v. Abbott Laboratories Inc.*, Case No. 00-CV-10698, First Amended Complaint (February 15, 2001) | N/A |
| 9 | *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc v. Abbott Laboratories Inc.,* Case No. 00-CV-10698, Second Amended Complaint (February 1, 2002) | N/A |
| 10 | *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc v. Abbott Laboratories Inc.,* Case No. 00-CV-10698, Third Amended Complaint (February 15, 2005) | N/A |
| 11 | 30(b)(6) Ven-A-Care Deposition Transcript Excerpt, 04/23-24/09 | N/A |
| 12 | September 1984, HHS-OIG report, "Medicaid – Limitation on Payments for Drugs." | N/A |
| 13 | September 17, 1986, State of Colorado Department of Social Services letter to HCFA | N/A |
| 14 | July 5, 1987 Article, "Drug Industry Overcharging Medicaid Prescriptions Cost Taxpayers Millions of Extra Dollars", *Lexington Herald-Leader* | Lockwood Ery 015 |
| 15 | March 1991 HHS-OIG report, "Comparison of Reimbursement Prices for Multiple-Source Prescription Drugs In the United State and Canada." | N/A |
| 16 | July 31, 1992 Energy Commerce Committee of the U.S. House of Representatives hearing on "Bills to Amend the Public Health Service Act and the Social Security Act to Establish Limits on Certain Drug Prices." | N/A |
| 17 | Chesser Deposition Transcript Excerpt, 6/24/08 | N/A |
| 18 | June 10, 1996 Bill Alpert, "Hooked on Drugs," Barron's | Hartmann 07 |
| 19 | March 1997 Medicaid Pharmacy Administrators Symposium | N/A |

CHI-1718347v3

| TAB NO | DOCUMENT DESCRIPTION | DEP. EXHIBIT |
|---|---|---|
| 20 | May 1998 OIG report, "Need to Establish Connection Between the Calculation of Medicaid Drug Rebates and Reimbursement for Medicaid Drugs." | Lockwood Ery. 19 |
| 21 | November 29, 2001, HHS-OIG article, "Review of Pharmacy Acquisition Costs for Drugs Reimbursed Under the Medicaid Prescription Drug Program of the Texas Health and Human Services Commission." | N/A |
| 22 | OIG Working Files | N/A |
| 23 | 2002 OIG Report Medicaid Pharmacy – Actual Acquisition Cost of Generic Prescription Drug Products." | N/A |
| 24 | November 30, 1998 Myers and Stauffer LC "Idaho Drug Acquisition Cost Study" | N/A |
| 25 | August 1998, Myers and Stauffer LC report, "A Survey of Costs of Dispensing Prescriptions And Estimated Acquisition Cost In the State of Kentucky." | N/A |
| 26 | March 1999 Myers and Stauffer report, "A Survey of Dispensing and Estimated Acquisition Costs of Pharmaceuticals in the State of Wyoming." | N/A |
| 27 | September 1999, Myers and Stauffer report, "A Survey of Dispensing and Acquisition Costs of Pharmaceuticals in the State of Louisiana." | N/A |
| 28 | June 2002, Myers and Stauffer report, "A Survey of Acquisition Costs of Pharmaceuticals in the State of California." | N/A |
| 29 | Lockwood Deposition Transcript 12/6/07 | N/A |
| 30 | February 2, 2009 Ven-A-Care's Second Amended Answers to Interrogatories | N/A |
| 31 | Meditz Affidavit | N/A |
| 32 | Parker Deposition Transcript Excerpt, 2/19/09 | N/A |
| 33 | Fiske Deposition Transcript Excerpt, 2/17/09, 2/18/09 | N/A |
| 34 | Senger Deposition Transcript Excerpt, 12/17/08 | N/A |
| 35 | September 2001 GAO Report "Medicare, Payments for Covered Outpatient Drugs Exceed Providers Cost" (HHD133-0296 1) | N/A |
| 36 | August 28, 1996 Red Book Letter to Manufacturer regarding procuring Wholesale Acquisition Cost (WAC) for products on the Red Book Database. | Minne Ex. 82 |
| 37 | Minne Deposition Transcript Excerpt, 11/19/08 | N/A |
| 38 | Medicare Modernization Act 42 U.S.C. § 1395w-3a(c)(6)(B) | N/A |
| 39 | Lehn Deposition Transcript Excerpt, 1/15/09 | N/A |
| 40 | Abbott AWP Policy Correspondence, Redbook | Gerzel Ex. 10 |
| 41 | Gerzel Deposition Transcript Excerpt, 2/20/09 | N/A |
| 42 | Morgan Deposition Transcript Excerpt, 8/27/07 | N/A |
| 43 | July 31, 1987 Medicare and Medicaid Programs; Limits on Payments for Drugs, 52 Fed. Reg. 28648 | N/A |
| 44 | January 25, 1969 Public Welfare: Purchase of Services Under Public | N/A |

| TAB NO | DOCUMENT DESCRIPTION | DEP. EXHIBIT |
|---|---|---|
| | Assistance Programs, 31 Federal Register 1243 | |
| 45 | May 14, 2009 Brian Reisetter Expert Report | N/A |
| 46 | 1998, 2001 and 2001 Redbook Excerpts | N/A |
| 47 | Perri Deposition Transcript Excerpt, 5/1/09 | N/A |
| 48 | Gaston Deposition Transcript Excerpt, 1/24/08, 3/19/08 | N/A |
| 49 | Sexton Deposition Transcript Excerpt, 5/20/08 | N/A |
| 50 | July 28, 2009 Tutorial and Motion Hearing | N/A |
| 51 | July 17, 2007, Medicaid Program; Prescription Drugs; Final Rule, 72 Fed. Reg. 39142 | N/A |
| 52 | January 27, 2006 Congressional Budget Office, *Cost Estimate: S. 1932: Deficit Reduction Act of 2005* | N/A |
| 53 | *Nat'l Ass'n of Chain Drug Stores v. U.S. Dep't of Health & Human Servs.*, No. 07-cv-02017-RCL (D.D.C.) November 7, 2007 Complaint | N/A |
| 54 | *Nat'l Ass'n of Chain Drug Stores v. U.S. Dep't of Health & Human Servs.*, No. 07-cv-02017-RCL (D.D.C.) Stephen W. Schondelmeyer Expert Report | Ex. 1284 |
| 55 | December 17, 2007 Order, *Nat'l Ass'n of Chain Drug Stores v. U.S. Dep't of Health & Human Servs.*, No. 07-cv-02017-RCL (D.D.C.) | N/A |
| 56 | May 8, 2009 Steven J. Young Expert Report | N/A |
| 57 | Collection of MAC Lists | N/A |
| 58 | Homar Deposition Transcript Excerpt, 12/2/08 | N/A |
| 59 | Tetkoski Deposition Transcript Excerpt, 12/11/08 | N/A |
| 60 | September 22, 1998 Maryland Medicaid Assistance Programs letter to Pharmacy Administrator re: Medicaid State Maximum Allowable Cost (MAC) for Generic Drugs | Maryland 14 |
| 61 | Cheloha Deposition Transcript Excerpt, 12/2/08 | N/A |
| 62 | Reid Deposition Transcript Excerpt, 12/15/08 | N/A |
| 63 | Bridges Deposition Transcript Excerpt, 12/10/08 | N/A |
| 64 | Walsh Deposition Transcript Excerpt, 3/26/2008 | N/A |
| 65 | Hautea-Wimpee Deposition Transcript Excerpt, 11/24/08 | N/A |
| 66 | Joyce Deposition Transcript Excerpt, 12/12/08 | N/A |
| 67 | Sullivan Deposition Transcript Excerpt, 3/12/08 | N/A |
| 68 | Fine Deposition Transcript Excerpt, 12/09/08 | N/A |
| 69 | Donovan Deposition Transcript Excerpt, 4/29/08 | N/A |
| 70 | Dubberly Deposition Transcript Excerpt, 12/15/08 | N/A |
| 71 | Collins Deposition Transcript Excerpt, 10/30/07 | N/A |
| 72 | May 8, 2009 Expert Report of James W. Hughes | N/A |
| 72 | Hughes Report | N/A |
| 73 | Shirley Deposition Transcript Excerpt, 12/3/08 | N/A |
| 74 | Jeffrey Deposition Transcript Excerpt, 6/14/07 | N/A |
| 75 | Weeks Deposition Transcript Excerpt, 1021/08 | N/A |
| 76 | Myers and Stauffer Medicaid Pharmacy Reimbursement Methodology for Minnesota | N/A |

| TAB NO | DOCUMENT DESCRIPTION | DEP. EXHIBIT |
|---|---|---|
| 77 | Iverson Deposition Transcript Excerpt, 12/15/08 | N/A |
| 78 | Scully Deposition Transcript Excerpt, 7/13/07 | N/A |
| 79 | Richter Deposition Transcript Excerpt, 12/07/07 | N/A |
| 80 | Berenson Deposition Transcript Excerpt, 12/18/07 | N/A |
| 81 | Booth Deposition Transcript Excerpt | N/A |
| 82 | Reed Deposition Transcript Excerpt, 9/27/07 | N/A |
| 83 | Buto Deposition Transcript Excerpt, 9/13/07 | N/A |
| 84 | Vito Deposition Transcript Excerpt, 6/20/07 | N/A |
| 85 | Jackson Deposition Transcript Excerpt, 12/12/08 | N/A |
| 86 | Campana Deposition Transcript Excerpt, 8/19/08 | N/A |
| 87 | Gorospe Deposition Transcript Excerpt, 3/19/08 | N/A |
| 87 | Gorospe Deposition Transcript Excerpt, 9/22/08 | N/A |
| 88 | Wells Deposition Transcript Excerpt, 12/15/09 | N/A |
| 89 | Terrebonne Deposition Transcript Excerpt, 11/07/08 | N/A |
| 90 | Kramer Deposition Transcript Excerpt, 3/25/08 | N/A |
| 91 | Denemark Deposition Transcript Excerpt, 12/09/08 | N/A |
| 92 | McCann Deposition Transcript Excerpt, 11/07/07 | N/A |
| 93 | DHS Inter-office Communication, Analysis and Evolution of New Jersey's Drug Reimbursement Program, 1/23/86 | N/A |
| 94 | Illinois Dept. of Public Aid Memo, Briefing--Average Wholesale Prices (AWP) Pricing Changes, 5/30/00 | N/A |
| 95 | March 27, 2009 Mark G. Duggan Expert Report | N/A |
| 96 | Duggan DOJ Deposition Transcript, 7/14/08 | N/A |
| 97 | Duggan Ery Deposition Transcript Excerpt | N/A |
| 98 | California Medicaid Pharmacy Reimbursement Methodology | N/A |
| 99 | Myers and Stauffer Medicaid Pharmacy Reimbursement Methodology for Massachusetts, | N/A |
| 100 | CMS Manual System, Pub. 100-08, Medicare Program Integrity, Transmittal 114, *Change in Statistical Sampling Instructions* ("Transmittal 114") | N/A |
| 101 | March 21, 2003 Program Memorandum (Carriers), Transmittal B-03-022, *Use of Statistical Sampling for Overpayment Estimation When Performing Administrative Reviews of Part B Claims*, Program Memorandum (Carriers), Transmittal B-03-022, *Use of Statistical Sampling for Overpayment Estimation When Performing Administrative Reviews of Part B Claims* | N/A |
| 102 | September 24, 2004 OIG Report, "Variation in State Medicaid Drug Prices," OEI 05-02-00681 | N/A |
| 103 | Maryland MAC List - DE_00019044-45 | N/A |
| 104 | Nebraska MAC List | N/A |
| 105 | *State of California, ex rel. Ven-A-Care v. Abbott Laboratories, Inc., et al*, MDL No. 1456, Original Case No. 03-CV-2238, D. Mass.) (1st Amended Complaint in Intervention (August 31, 2005.) | N/A |

| TAB NO | DOCUMENT DESCRIPTION | DEP. EXHIBIT |
|---|---|---|
| 106 | California Settlement Agreement | N/A |
| 107 | Texas Settlement Agreement | N/A |
| 108 | Parker Deposition Transcript Excerpt 11/18/09 | N/A |