# EXHIBIT 3

Ridout, C. Benny                           December 5, 2008
                        Raleigh, NC

                 UNITED STATES DISTRICT COURT

                  DISTRICT OF MASSACHUSETTS

-------------------------------X

In re:  PHARMACEUTICAL INDUSTRY )  MDL No. 1456

AVERAGE WHOLESALE PRICE         )  Master File No.

LITIGATION                      )  01-CV-12257-PBS

-------------------------------X

THIS DOCUMENT RELATES TO:       )  Judge Patti B.

United States of America ex     )  Saris

rel. Ven-A-Care of the Florida  )

Keys, Inc., et al.  v.  Dey,    )

Inc., et al., Civil Action No.  )

05-11084-PBS                     )

-------------------------------X


        Video Deposition of C. BENNY RIDOUT,

taken by the Defendants, at the Hilton North

Raleigh, 3415 Wake Forest Road, Boardroom, Raleigh,

North Carolina, on the 5th day of December, 2008 at

9:10 a.m., before Marisa Munoz-Vourakis, Registered

Merit Reporter, Certified Realtime Reporter and

Notary Public.

77907573-2dff-47a3-bd8c-719356f2d9e8

Ridout, C. Benny                                December 5, 2008
Raleigh, NC

Page 34

1  know, you had everybody call in on you and you
2  look at a drug price and everything.
3      Q.  That was over the course of I guess 29
4  years that you worked with North Carolina
5  Medicaid, right?
6      A.  Right.
7      Q.  And then eight more years since then in
8  which you've acted as a private consultant?
9      A.  I don't do much in keeping up with
10 pricing now, you know, what the drug prices are,
11 because I don't see them like I did then.  I'm
12 not responsible making changes on them like I was
13 then and keeping them updated.  I was responsible
14 for keeping up with them and updating them in the
15 system at that time.
16     Q.  In the 29 years when you were with
17 North Carolina Medicaid and you were looking and
18 learning about drug pricing, would you say that
19 you had experience with how the actual market,
20 what pharmacists were actually paying for the
21 drugs at that time?
22         MS. YAVELBERG:  Objection, form.

Page 35

1      A.  I did not know what pharmacists
2  actually paid for drugs, and with talking with my
3  providers at pharmacies that participated in the
4  Medicaid program, it was portrayed to me that
5  every pharmacist had a different price.  It
6  depends on whether it's a chain, independent,
7  whether it was rural, whether it was in the city,
8  and everybody had a different price.
9          And I will say that one of the things
10 it taught me about pricing of drugs was the, some
11 of the generic distributors, they would send me a
12 price list of drugs.  This is when I really got
13 to know there was a discrepancy in pricing among
14 generics is when they would mail me a pricing
15 list.  Why, I don't know, but they sent it to me,
16 and it would have on that list the AWP price,
17 then the direct price where you can buy direct
18 from the manufacturer, and then it would have the
19 selling price, and that really is what opened my
20 eyes to drug pricing.  And I saw the
21 discrepancies in what they were selling direct
22 for and what they had as AWP, and then I said

Page 36

1  well, this is unusual.  And so I began to get an
2  education at that time.
3          You see, no pharmacists would come and
4  tell me hey, I'm making this amount of money, and
5  this is what I'm paying, this is what you are
6  paying.  We had no way of knowing.
7      Q.  When did you get these updates from the
8  generic manufacturers that you were referring to?
9      A.  They were wholesalers, mostly out of
10 Florida, wholesalers that were trying, in other
11 words, they had me listed as a pharmacy, I guess
12 as a position, or they wanted to include me on
13 the mailing list because they felt like I wanted
14 to know the price of drugs or something.
15     Q.  When did you receive these mailings
16 from wholesalers showing the discrepancies
17 between --
18     A.  And some were drug manufacturers.
19     Q.  And manufacturers.  The manufacturers
20 and the wholesalers sent you these mailings.  Do
21 you recall when you received them?
22     A.  All through my career.

Page 37

1      Q.  So the entire 29 years?
2      A.  Well, no, originally I didn't get them,
3  I guess before '92, probably in the '80s,
4  probably the '80s I started receiving them.
5      Q.  What did these mailings show you about
6  the difference between average wholesale price,
7  direct price and the selling price for these
8  generic drugs?
9      A.  What was really amazing to me is what
10 they would show is maybe the AWP would be let's
11 say $100.  The actual selling price may be $30.
12 That's when I really, really -- and all the
13 pharmacists start thinking about gosh, if I'm
14 paying for this drug it had the AWP there and
15 that's what I'm basing my price on, and I got
16 $100 in the computer and they are selling it over
17 here, you know, for this price, there's a big
18 range in there, and we started looking at that
19 range.
20     Q.  The selling prices that you would see
21 on these fliers that were dramatically lower than
22 the AWP or the direct price, do you recall were

10  (Pages 34 to 37)

77907573-2dff-47a3-bd8c-719356f2d9e8

Ridout, C. Benny                                    December 5, 2008
                           Raleigh, NC

Page 50

1   average wholesale price, but that's not what he
2   paid for it, and I have no idea what he paid for
3   it.
4        Q.  Oh, I'm talking just about what you
5   observed from the fliers that you received that
6   would have an average wholesale price listed, and
7   that would list what the actual or what the
8   offered price was from that wholesaler, the
9   difference between those two numbers, do you
10  understand?
11       A.  The brands always had less markup on
12  them than the generics.
13       Q.  As to the generics, you indicated to me
14  that how much of a discount was offered by these
15  wholesalers, and let me back up one more.
16           When I'm referring to a discount, I'm
17  referring here to the difference between the
18  average wholesale price and the price the
19  wholesaler was offering the recipient to sell the
20  drugs.  Do you understand that?
21       A.  And I am assuming you are talking about
22  there's two different prices, whether you bought

Page 51

1   it direct or whether you bought it through the
2   wholesaler.
3        Q.  And in your experience, the price from
4   the wholesaler was lower or higher than buying it
5   direct?
6           MS. YAVELBERG:  Objection, form.
7        A.  Buying direct was a lower price than
8   buying through the wholesaler.  There was a
9   bigger spread.
10       Q.  And those would be shown on the fliers
11  you would see?
12           MS. YAVELBERG:  Objection, form.  I
13  don't think he said they were fliers.  I think he
14  said he got price lists from the wholesalers.  He
15  got fliers from the drug company.
16           MR. COOK:  I can clarify that.
17       Q.  What's the best way for me to refer to
18  the pieces of paper that were mailed to you by
19  the wholesalers?
20       A.  I would call them price lists.  They
21  would send me price lists.
22       Q.  Could you describe to me what these

Page 52

1   price lists looked like?
2        A.  It was a legal size of paper with just
3   columns on it with drugs, then it had columns of
4   AWP, direct cost, wholesaler cost and the
5   different prices in the columns for the drugs and
6   different strengths.  Sometimes they vary by
7   strength.  I mean, one drug may be a 10 percent
8   spread on 50 milligrams and on 100 milligrams it
9   may be 75 --
10           THE VIDEOGRAPHER:  Excuse me, we are
11  having the issue again.
12           MR. COOK:  Let's go off the record and
13  fix the video.
14           (Off the record at 10:02 a.m.)
15           THE VIDEOGRAPHER:  The time is 10:05
16  a.m., we are going on the record.
17  BY MR. COOK:
18       Q.  Mr. Ridout, when we went off the
19  record, I think you were describing for us what
20  the mailings that you received from wholesalers
21  looked like?
22       A.  Well, I wouldn't say it's wholesalers

Page 53

1   locally.  When you say wholesalers, it didn't
2   come from every wholesaler.  It was just some of
3   them, I guess national wholesalers, trying to get
4   the business.  And some of the drug
5   manufacturers, a lot from drug manufacturers,
6   generic drug manufacturers.
7           But they were the legal size paper with
8   the columns on it, with the list of drugs on the
9   left-hand side and different strengths.  Then it
10  would have a column in there about average
11  wholesale price and then a direct price.  And
12  then the third column it had a price on there,
13  let's see, direct, AWP and I guess the regular
14  wholesale cost, if you bought it through the
15  wholesaler, which wasn't really average sometimes
16  AWP.
17       Q.  I'm sorry, which was?
18       A.  Which wasn't always AWP.
19       Q.  And that was the price that when you
20  gave the example of showing $100 for AWP and $30
21  for the actual cost, that $30 would be in that
22  last column, right?

                              14  (Pages 50 to 53)

77907573-2dff-47a3-bd8c-719356f2d9e8

Ridout, C. Benny                                December 5, 2008
Raleigh, NC

---

Page 54

1     A.   Yeah, it was always a difference in
2  what people would buy.
3          The reason they send this list out was
4  to get people to buy them.
5          Really the difference, when you look at
6  those two sheets, is what was the AWP and what
7  can I buy direct for?  And you can always buy
8  direct a lot cheaper than you could through the
9  wholesaler.  I wouldn't say always, but a
10 majority of the time.
11    Q.   And in your experience, if a drug had
12 more competition, do you see greater differences
13 between the AWP and what you can buy the drug
14 for?
15         MS. YAVELBERG:  Objection to form.
16         MS. HAYES:  Objection to form.
17    A.   You know, once again, like I said, I
18 made that statement about competition or market
19 share, I think I used, if it was, I guess, market
20 share was up, down in that particular one or like
21 it was competition, the spread wouldn't be as
22 much, it would be closer to the AWP rather than

Page 55

1  such a widespread.
2          The ones that maybe they got out and
3  there's only two companies that had that product
4  on the market instead of four or five, the spread
5  would be greater, and if you remember when I
6  authorized generic or either the generics the
7  first company bring the drug to the market, they
8  get exclusivity for six months to where they
9  price it, nobody else can copy that, generic
10 companies.  And usually that first six months the
11 generic price is very close to the brand name
12 price.  Then after that six months is over, other
13 drug companies can enter the market for that
14 product, and that's when you see the prices start
15 going down, when the competition comes in.
16    Q.   Did you ever see a situation in which,
17 for whatever reason, competition left the
18 marketplace and left only one or two
19 manufacturers in it?
20         MS. YAVELBERG:  Objection, form.
21    A.   I can't say that I kept up with that.
22 I'm sure it happened.  But there was nothing sent

Page 56

1  out to us saying we are dropping out of this, you
2  know, you would have to know that or pick it up
3  somewhere.  You just don't keep it up.  There's
4  hundreds of thousands of drugs out there, NDCs.
5     Q.   Given your experience, what would your
6  expectation be about what would happen to the
7  actual selling price for that drug when the
8  competition but one or two left the marketplace?
9          MS. YAVELBERG:  Objection to form.
10         MS. HAYES:  Objection to form.
11    A.   I can tell you when there was a
12 shortage of a certain drug, some manufacturers
13 would quit backing it, that the competition was
14 less, that the price spread would be bigger.
15    Q.   Do you recall which drug it was
16 specifically that you recall there being
17 shortages of?
18    A.   I mean, you know, some of them like
19 heparin, I recall one time there was a problem
20 getting that product.  Albuterol fluctuated all
21 over the place, had a spread in it.  And it was
22 others, I just can't recall them.  I might say

Page 57

1  one that wasn't, I mean, I got some in mind, but
2  I'm not sure, because we are talking about a
3  while ago.
4          But any time you could have a problem,
5  a manufacture can have a manufacturing problem,
6  you have to pull that product off the market.
7  FDA may suspend it, and when that happened, it
8  depends on how long it would take to get it back
9  on the market, and if there wasn't competition,
10 you know, the pries would be different.
11    Q.   And in your experience, would the AWP
12 remain the same and then the far right column,
13 the actual selling price would go up and down?
14         MS. YAVELBERG:  Objection, form.
15    A.   I'm going to have to say that I did not
16 keep up with AWPs on a drug.  I did say -- like I
17 said, you just don't have time to do that.
18         It is my understanding that the AWP
19 would change based on the competition and the
20 people in the marketplace.  But as for me to say,
21 you know, now that's gone, I'm going to track
22 everybody's AWP, I didn't have time to do that.

15  (Pages 54 to 57)

Ridout, C. Benny                                    December 5, 2008
                          Raleigh, NC

---

Page 62

1  the gap on those.  Well, they went to ASP for
2  Medicare drugs in physician's office to get rid
3  of that type thing, average selling prices, they
4  changed the methodology of pricing because of
5  that.
6      Q.  You mentioned that it was common
7  knowledge that Vancomycin had a spread, do I have
8  that correct?
9          MS. HAYES:  Objection to form.
10     A.  Yes.
11     Q.  When was it common knowledge that
12 Vancomycin had a spread?
13     A.  I don't remember the year, just like it
14 was this, but I just remember that drug was one
15 of the antibiotics.
16     Q.  Do you recall whether it was similarly
17 common knowledge that infusion products had
18 spreads?
19         MS. YAVELBERG:  Objection, form.
20         MS. HAYES:  Objection, form.
21     A.  We had no idea what the specialty
22 pharmacists were paying for that drug, what kind

---

Page 63

1  of deals they struck with the manufacturers, but
2  it was of their opinion of us that there was some
3  kind of spread in there because of what they were
4  able to do that a regular pharmacist couldn't do
5  at AWP.  You see, we still paid at AWP.
6      Q.  What do you mean what they could do
7  that other pharmacists couldn't?
8      A.  Infusion drugs is a whole lot more than
9  just putting a pill in a bottle.  You got to
10 prepare.  In fact, the pharmacists wanted a
11 special fee to do this under-the-hood
12 preparation, you know, also injection takes
13 longer, you got to have syringe and all the stuff
14 to do that.  Of course they were shipping that on
15 top of the cost to ship the product.
16        So if you add up all that extra cost in
17 a regular pharmacy or regular pills, you know,
18 you think well, how in the world can they afford
19 to do this and accept that same price?
20     Q.  What was your conclusion?
21     A.  That somehow they were getting some
22 kind of special deal back or discount from the

---

Page 64

1  manufacturers to be able to do it or something.
2  That was just my own personal feeling.  How did
3  they do it?
4      Q.  And the significance of their ability
5  to get special deals would be that they could
6  make profit on the drug ingredient cost, right?
7          MS. YAVELBERG:  Objection to form.
8          MS. HAYES:  Objection to form.
9      A.  I have no idea what profit they made or
10 what they were doing.  I just know that nobody
11 does anything for a loss.  You wouldn't stay in
12 business.
13     Q.  Let's take a couple of steps back.
14        Could you describe for the jury when
15 you talk about specialty pharmacies, what are you
16 referring to?
17     A.  Well, there's pharmaceutical companies,
18 pharmaceutical providers, excuse me, they will
19 take drugs that will require a lot of attention
20 and effort that have to be mixed and have to be
21 stored and have to be administered by a highly-
22 trained person, such as the chemotherapy drugs,

---

Page 65

1  some of the asthmatic drugs, some of the
2  specialty diseases.  And they will go in and say,
3  you know, here's a niche, we will carve this out
4  and we will provide this to Medicaid as a service
5  because the local pharmacists can't do that.  He
6  doesn't go into a person's home.  He doesn't send
7  a nurse out.  They have a nurse on the team that
8  will go in and administer that drug for that
9  patient.
10        So it's more involved than just
11 dispensing a drug like a regular pharmacist does.
12 So they are called specialty pharmacists.
13     Q.  So the jury understands, when you refer
14 to these specialty drugs, are they in pill form?
15     A.  No, most of the time they are.
16     Q.  What form are they taken?
17     A.  They would either be injections or
18 infusions, inhalation drugs.
19     Q.  Could you explain to the jury what
20 infusion and inhalation are?
21     A.  Inhalation would be a drug that is
22 administered through breathing apparatus, like an

---

17 (Pages 62 to 65)

77907573-2dff-47a3-bd8c-719356f2d9e8

Ridout, C. Benny                                    December 5, 2008
                          Raleigh, NC

Page 70

1  years, but we did a dispensing fee survey to
2  determine what it cost for the prescription.  And
3  we did something in North Carolina that everybody
4  needs to know and understand, that our fee was a
5  little higher than some state fees, dispensing
6  fees, but I started this in North Carolina, I
7  started quite a few things in Medicaid.  It was
8  adopted in other states.  But we did not pay for
9  refills of the same drug within the same month
10 that all other states did.  I found out that was
11 abuse being done by them, especially nursing
12 homes.  They would send over prescription every
13 week and get another fee, and some of the
14 pharmacists on maintenance medication, they would
15 be taking a whole month, give them maybe a two-
16 week supply, get them to come back and they would
17 get two fees.
18        So I went in and said okay, you all,
19 I'm going to give you one fee per drug per month,
20 and that's all you are going to get.  And in
21 doing that, I went into my system and found out
22 how many refills I was paying for at that time

Page 71

1  and how much I would be taking back from the
2  pharmacists.
3        And so I tried to split part of that
4  with them, to be fair with them, and I raised the
5  fee, I think at that time 25 cents.
6        So that was based on some of the fee
7  while ours was up, and we didn't pay for those
8  refills and we never did.  Where other states
9  were paying a lot more for them in paying for
10 those.  And then, of course, a lot of those
11 states adopted it after they found out.
12    Q.   But the dispensing fee throughout the
13 '90s was something less than $6?
14    A.   Yes.
15    Q.   Did -- in home IV pharmacies, infusion
16 pharmacies, did they receive that same dispensing
17 fee as retail pharmacies did?
18    A.   Yes, anybody that participated in an
19 outpatient drug program got the same
20 reimbursement.  We took AWP minus ten off of
21 them.  They got the same fee.
22    Q.   Did these home IV pharmacies receive

Page 72

1  any sort of additional payment for the additional
2  services that you described?
3        MS. YAVELBERG:  Objection, form.
4    A.   I'm not aware what they received, but
5  some of them were eligible for some reimbursement
6  through the home health program, the third-party
7  program we had, durable medical equipment, some
8  of the pumps they had to supply and some of the
9  equipment they had to supply, they could bill
10 that through the durable medical equipment
11 program, but it didn't come through the
12 outpatient drug program.  We paid for drugs.
13    Q.   You mentioned earlier your belief that
14 given the amount of services that some of these
15 specialty pharmacies were providing, that you
16 were led to believe that they were buying drugs
17 at deeper discounts.  Do you recall that
18 testimony?
19        MS. YAVELBERG:  Objection, form.
20        MS. HAYES:  Objection, form.
21        MS. YAVELBERG:  I don't believe that
22 was his testimony.

Page 73

1    A.   I just said that I don't see how they
2  could do it for that.  I have no idea what they
3  were buying it for, what was going on.
4    Q.   Leaving aside the specifics of what
5  they were paying for it, you had an
6  understanding, am I correct, that they were
7  making profit on the drug side?
8        MS. YAVELBERG:  Objection, form.
9    A.   I had to assume that if I was taking
10 ten percent off of that price, and they were
11 providing all this service, that somehow they had
12 to be getting some kind of help from somewhere.
13 I mean, I couldn't see how they can do it with me
14 taking ten percent off of the drug cost and then
15 them providing those extra services and billed
16 for that.  That was my opinion.
17    Q.   Did you ever have any conversations
18 with anybody from IV pharmacies about that issue?
19    A.   I used to just try to discuss it with
20 them, but they didn't want to talk to me about
21 drug pricing.  In fact, I went to meetings and
22 talked to my providers and told them you know

19  (Pages 70 to 73)

77907573-2dff-47a3-bd8c-719356f2d9e8

Ridout, C. Benny                                    December 5, 2008
                        Raleigh, NC

Page 142

1  dispensing fees accordingly, and the net result
2  may be zero."
3          Was it your experience in the '80s that
4  efforts to reduce estimated acquisition cost
5  would result in pressures to increase dispensing
6  fees?
7          MS. YAVELBERG:  Objection, form.
8          MS. HAYES:  Objection, form.
9      A.  It was always the feeling, I think, of
10  the pharmacy directors, those states that had a
11  fee that was lower than what it cost to fill a
12  prescription, that if they took anything off one
13  side, they would have to put some on the other
14  side to help so the pharmacists could make it.
15          So if you got the actual acquisition
16  cost on one side, and your fee didn't cover his
17  cost to fill the prescription, you would have to
18  raise that fee.  In fact, I made that known to
19  the OIG itself.
20      Q.  When did you make that known to the
21  OIG?
22      A.  One of these meetings.  In fact, I even

Page 143

1  probably told him that in that meeting in
2  Chicago.  I can't be exact, but I told him, you
3  know, your savings are not going to be as great
4  as you think they are, because some of them are
5  going to have to go over on the dispensing fee
6  side, and that was common knowledge, because we
7  were paying such low fees.
8      Q.  And was that something that was
9  generally discussed in pharmacy administrator
10  meetings that you attended over the years?
11          MS. YAVELBERG:  Objection, form.
12      A.  At the meetings that I was at, I guess
13  some of the other people heard that, knew that.
14      Q.  But it wasn't a secret, was my
15  question, right?
16          MS. YAVELBERG:  Objection, form.
17      A.  No, I wouldn't say it was a secret.
18      Q.  And then in the next sentence --
19      A.  But I guess I could clarify that by
20  saying what we were talking about putting on the
21  dispensing fee side was a whole lot less than
22  what we would be taking off on the left side.

Page 144

1  But I would just caution them you calculated the
2  savings, but you would have to take into account
3  some of it would be to go to the dispensing fee
4  side.
5      Q.  When you say that the dispensing fee
6  would have to go up less than the prices would go
7  down, are you referring there to retail pharmacy,
8  or are you including that also the home IV and
9  infusion pharmacies?
10          MS. YAVELBERG:  Objection to form.
11      A.  To all pharmacies, the fee that we paid
12  to the people that got the fee, the dispensing
13  fee.  If we go back statistically show the 39
14  percent, so if we lower the ingredient cost 39
15  percent, we are not going to increase the
16  pharmacy's fee 39 percent, is what I was
17  basically saying.
18      Q.  If you were to increase the pharmacy
19  fee for home IV pharmacies and infusion
20  pharmacies to the point where it covered the
21  actual cost of the home infusion pharmacy, it
22  would have to be much greater than $66?

Page 145

1          MS. YAVELBERG:  Objection, form.
2      A.  We didn't do that.  We didn't pay them
3  any different fee than we did the regular.  They
4  got the same fee.  So there was no feelings that
5  we would change that.  We weren't going to pay
6  them a higher fee.
7      Q.  Well, I'll get to that in a minute.
8      A.  We still don't pay a higher fee to
9  them.
10      Q.  When you were with North Carolina
11  Medicaid, did you have an understanding of what
12  the cost was for home infusion pharmacies to
13  dispense their products?
14          MS. YAVELBERG:  Objection, form.
15      A.  No.
16      Q.  I think you testified earlier, and
17  correct me if I'm wrong, that you understood that
18  that expense had to be greater than it was for
19  retail pharmacies, right?
20      A.  Yeah, common sense would tell you it
21  cost more to do what they did than what the
22  retail pharmacists did.

                          37 (Pages 142 to 145)

77907573-2dff-47a3-bd8c-719356f2d9e8