# EXHIBIT 33

Page 265

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - -

| | |
|---|---|
| IN RE:  PHARMACEUTICAL | ) MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) CIVIL ACTION |
| PRICE LITIGATION | ) 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) |
| U.S. ex rel. Ven-a-Care of | ) Judge Patti B. Saris |
| the Florida Keys, Inc. | ) |
|      v. | ) Chief Magistrate |
| Abbott Laboratories, Inc., | ) Judge Marianne B. |
| No. 06-CV-11337-PBS | ) Bowler |

- - - - - - - - - - - - - - -

(captions continue on following pages)


Videotaped deposition of CHARLES R. BOOTH

Volume II




Washington, D.C.

Monday, October 29, 2007

10:00 a.m.

Charles R. Booth                                           October 29, 2007
                           Washington, DC

Page 310

1     A.   And we were the ones who would be setting
2  the initial changes in price were they to be made.
3     Q.   To your knowledge did anybody else within
4  the Office of Payment Policy have any expectation
5  between what acquisition costs should be and what
6  AWPs should be?
7         MR. GOBENA:  Objection, form.
8     A.   I have no idea.
9     Q.   And so certainly nobody expressed to you
10 an expectation that there would be some relationship
11 between acquisition cost and AWP?
12        MR. GOBENA:  Objection, form.
13    A.   I certainly don't remember any.
14    Q.   Did that change over time?
15    A.   No.
16    Q.   And that would mean that your
17 expectations -- your lack of expectations didn't
18 change over time, correct?
19    A.   I had no idea what the relationship would
20 be between the cost to a physician or a pharmacist
21 of a particular drug and AWP.
22    Q.   Were you involved at all in the attempt

Page 311

1  to use surveys to establish an estimated acquisition
2  cost after the promulgation of the regulations in
3  November of 1991?
4     A.   Yes.
5     Q.   What was your involvement?
6     A.   We reviewed some of the drugs that we
7  thought would be appropriate for surveys.  And I
8  reviewed a proposed survey instrument.
9     Q.   We'll look at some documents relating to
10 this.  But to fast forward a little bit, the surveys
11 were never implemented as I recall, correct?
12    A.   That is correct.
13    Q.   Why were they never implemented?
14    A.   Because we did not get approval from the
15 Office of Management and Budget to conduct them.
16    Q.   Do you know why the Office of Management
17 and Budget did not approve the surveys?
18        MR. GOBENA:  Objection, form.
19    A.   I do not.
20    Q.   Do you know who at the Office of
21 Management and Budget considered or participated in
22 any considerations relating to these surveys?

Page 312

1     A.   No.
2         MR. COOK:  Let me hand you what I'll ask
3  the court reporter to mark as Exhibit Abbott 361.
4              (Exhibit Abbott 361 was
5               marked for
6               identification.)
7         BY MR. COOK:
8     Q.   While you're taking a look at this
9  one-page document, Mr. Booth, for the record I'll
10 note that this is a February 25, 1994 memorandum.
11 It appears to be to you from Stuart Streimer.  Do
12 you recall this memorandum, Mr. Booth?
13    A.   No, sir.
14    Q.   Who is Stuart Streimer?
15    A.   Well, at the time the note was written
16 Stuart Streimer was the director of one of the
17 offices in the Bureau of Program Operations,
18 specifically the one that wrote operating procedures
19 for the Medicare program.
20    Q.   If you see in the first paragraph it
21 appears that Mr. Streimer is thanking you for the
22 opportunity to review and comment on draft

Page 313

1  instructions for pricing drugs.  Do you recall
2  Mr. Streimer being involved at all in the attempt to
3  establish surveys to establish estimated acquisition
4  costs?
5     A.   No.  I don't recall.
6     Q.   In the next paragraph Mr. Streimer
7  appears to express a concern that the data is being
8  extracted exclusively from physicians and states
9  that the small select sample "may not adequately
10 reflect the global picture of drug acquisitions
11 costs."
12        Did you recall those concerns being
13 involved in setting up the surveys for estimated
14 acquisition cost?
15    A.   I don't recall.
16    Q.   Do you know whether those concerns were
17 addressed at all in establishing the surveys?
18    A.   Well, you know, we never really finished
19 the survey instrument.  So no, I don't recall.
20    Q.   And then in the next paragraph would you
21 agree with me that this discusses, at a high level
22 of generality, how physicians purchased their drugs,

13 (Pages 310 to 313)

Charles R. Booth                                               October 29, 2007
                              Washington, DC

Page 518

1        MR. GOBENA:  Object to the form.
2        A.   It was my understanding that physicians
3   were paying less for many drugs than they were
4   receiving in payment.
5        Q.   You answered some questions from a number
6   of attorneys, including Mr. Merkl most recently,
7   about your understanding about what AWP referred to.
8   Do you recall those questions?
9        A.   Yes.
10       Q.   During this time period from 1991 to 1997
11  what was your understanding of what AWP referred to?
12       A.   AWP was what the manufacturers chose to
13  put in the compendia.
14       Q.   At any time in this time period did you
15  understand AWP to refer to a calculated average of
16  wholesale prices that were charged to physicians or
17  other purchasers of these products?
18       A.   No.
19          MR. GOBENA:  Object to the form.
20       Q.   At any time were you ever fooled into
21  believing that average wholesale price somehow was
22  the same thing as acquisition cost?

Page 519

1           MR. GOBENA:  Objection to the form.
2           MR. WINGET-HERNANDEZ:  Objection.
3        A.   Was that a leading question?
4        Q.   Yes, sir.
5        A.   Fine.
6           I did not believe that there was a
7   relationship to any great extent between acquisition
8   costs and AWP.
9           MR. MERKL:  I have no more questions.
10          MR. GOBENA:  Anyone else?  Or are we
11  done?
12          THE VIDEOGRAPHER:  This deposition
13  concludes at 4:12:15 and consists of five tapes.
14          (Whereupon, at 4:12 p.m. the deposition
15  was adjourned.)
16              * * * * *

Page 520

_____
SIGNATURE OF THE WITNESS

Subscribed and sworn to and before me
this _____ day of _____, 20____.

_____
        Notary Public

65 (Pages 518 to 520)

Henderson Legal Services
202-220-4158

432ce50a-616b-406d-b9bd-d3b4c631b461