# EXHIBIT 35

Page 289

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

VOLUME II

| | | |
|---|---|---|
| IN RE:  PHARMACEUTICAL | : | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | : | CIVIL ACTION: |
| PRICE LITIGATION | : | 01-CV-12257-PBS |
| | : | |
| THIS DOCUMENT RELATES TO | : | |
| U.S. ex rel. Ven-A-Care of | : | |
| the Florida Keys, Inc. v. | : | |
| Abbott Laboratories, Inc. | : | |
| No. 06-CV-11337-PBS | : | |

- - -

Continuation of the videotaped deposition of ROBERT VITO was taken, pursuant to notice, at MORGAN LEWIS & BOCKIUS, LLP, 1701 Market Street, Philadelphia, Pennsylvania, on Wednesday, June 20, 2007, beginning at 8:43 a.m., before M. Kathleen Muino, Professional Shorthand Reporter, Notary Public; Michael Hunterton, Certified Legal Video Specialist, there being present:

Vito, Robert - Vol. II                                    June 20, 2007
                        Philadelphia, PA

Page 490

1    Q.  Starting with the -- the first part of
2  the article, in the first column, where the type
3  gets really small, and I'll -- I'll do the favor of
4  reading it --
5    A.  Thank you.
6    Q.  -- because it -- it will be even
7  difficult for me to read it, but I'll do my best.
8    A.  As you get older, it's harder to see.
9    Q.  It's starting to get for me as well. For
10 many drugs, especially the growing number coming
11 off patent and going generic, the drug providers
12 actually pay wholesale prices that are 60 to 90
13 percent below the so-called average wholesale
14 price, or AWP, used in reimbursement claims.
15     When did you become aware of the fact that
16 there were -- that generic drugs were being sold to
17 providers at amounts 60 to 90 percent below average
18 wholesale prices?
19       MR. NEAL:  I'll object to the form of the
20 question.
21       THE WITNESS:  I think we became -- I
22 mean, of course, this article pointed it out, but I

Page 491

1  think we also, our work in albuterol sulfate, which
2  is the generic, demonstrated some of those issues
3  as well, as well as some of the other work that we
4  have done here.  I believe at this time Leucovorin
5  was also a generic, so there were other generic
6  products that we had seen and seen some pricing
7  variations on.
8  BY MR. TORBORG:
9    Q.  Do you recall discussions with CMS
10 officials in this time frame about the fact that
11 generic drugs were selling at amounts 60 to 90
12 percent below the so-called average wholesale
13 prices?
14       MR. NEAL:  Objection as to form.
15       THE WITNESS:  I believe when we issued
16 our reports, the reports pointed out that the
17 products were selling below the -- the AWP and that
18 clearly some of the products were generic.
19 BY MR. TORBORG:
20   Q.  Did you have a more global discussion
21 about generic drugs in general and what was causing
22 many of those drugs to sell at prices -- for there

Page 492

1  to be such a difference between the actual selling
2  price and average wholesale prices?
3        MR. NEAL:  I'll object to the form and
4  just instruct the --
5        Instruct you that you can answer that
6  question consistent with my previous instructions
7  not to disclose the substance of any communications
8  that took place at entrance or exit conferences
9  with CMS.
10       THE WITNESS:  Could you restate the
11 question now?  I -- I -- I totally --
12       MR. NEAL:  That's a lengthy instruction.
13       THE WITNESS:  Yeah.
14       MR. NEAL:  I apologize.
15 BY MR. TORBORG:
16   Q.  Did you have any global discussions
17 about generic drugs in general with CMS --
18   A.  Well --
19   Q.  Let me finish.
20   A.  I'm sorry.
21   Q.  -- regarding the fact that there was a
22 -- a larger difference between the actual selling

Page 493

1  prices to providers and the published average
2  wholesale price?
3        MR. AZORSKY:  Object to the form.
4        MR. NEAL:  I object to the form as well.
5        And you heard my previous instruction.
6        THE WITNESS:  I -- I -- I believe that we
7  -- our reports spoke for themself, in that there
8  were some products that were generics that were --
9  that had that difference, and there were also some
10 brand name products that had that difference as
11 well.  And, again, it was each -- each report stood
12 on its own merit.  Albuterol, I think that you
13 showed me we probably did at least -- I saw at
14 least four of the ones that we did, and they were
15 generic drugs, and we were showing what was going
16 on in that.
17       In addition to that, I -- I -- the
18 excessive Medicare reimbursement report, I believe
19 that also pointed out some problems both with the
20 brand name products and the generic products.
21 BY MR. TORBORG:
22   Q.  And we'll -- we'll get into the 1997

52 (Pages 490 to 493)

Henderson Legal Services
202-220-4158

37dbe22c-39bb-473f-8cc6-c16d7974b122