# EXHIBIT 57

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| IN RE:  PHARMACEUTICAL | ) | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) | CIVIL ACTION |
| PRICE LITIGATION | ) | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) | |
| U.S. ex rel. Ven-a-Care of | ) | Judge Patti B. Saris |
| the Florida Keys, Inc. | ) | |
|      v. | ) | Chief Magistrate |
| Abbott Laboratories, Inc., | ) | Judge Marianne B. |
| No. 06-CV-11337-PBS | ) | Bowler |

- - - - - - - - - - - - - - - -

(captions continue on following pages)

Videotaped deposition of LUIS E. COBO

Volume I

Washington, D.C.

Friday, January 18, 2008

8:00 a.m.

Page 130

1  business perspective of what that would produce.
2      Q.  You would agree with me that there is
3  some price at which Abbott could sell a single bag
4  of saline and make money to somebody calling an 800
5  number and buying it, right?
6      A.  Sure.
7      Q.  And that is somewhere above Ven-A-Care's
8  cost, right?
9          MR. BREEN:  Objection to form.
10     A.  I wouldn't know.  I would suspect so.
11 But, I mean, I'm not an economist and I'm not going
12 to sit there and represent that.
13     Q.  That's my next question.
14     A.  Okay.
15     Q.  You have no idea what an appropriate
16 amount it would be for Abbott to charge that single
17 or two-bag customer for that direct sale, do you?
18         MR. BREEN:  Objection, form.
19     A.  I don't have -- I'm sorry.
20     Q.  You don't know what an appropriate price
21 would be for Abbott to charge in the marketplace for
22 that, do you?

Page 131

1      A.  I would not have that -- no.  I do not
2  have that cost, that price.
3      Q.  Are you familiar with the marketplace for
4  infusion drugs as a purchaser of infusion drugs over
5  the years?
6      A.  I don't know.  I don't know.  I mean,
7  I've got my insight, my perspective, and that's all
8  I have.  And what I've garnered from these cases and
9  what have you.
10     Q.  Would you agree with me that the order of
11 magnitude that these solutions cost to a purchaser
12 like Ven-A-Care was on the order of magnitude of a
13 dollar a bag?
14         MS. BROOKER:  Objection, form.
15     A.  The saline dextrose products that
16 Ven-A-Care was purchasing would be along that
17 magnitude of a dollar to two dollars a bag.
18     Q.  And the amount of saline in the bag
19 didn't much affect the cost of the product because
20 the saline really wasn't worth all that much, right?
21         MR. BREEN:  Objection, form.
22     A.  I don't know how or why it's valued the

Page 132

1  way that it is.  If you're asking me if the price of
2  saline water, I wouldn't think it cost that much.
3      Q.  Well, I'll ask you.  Did the volume of
4  the bag affect much the price?
5          MR. BREEN:  Objection, form.
6      A.  No.  I would say the price was in a
7  relatively close range with the different volumes of
8  product.
9      Q.  So a thousand milliliter bag didn't cost,
10 if I do my math right, twenty times a 50-milliliter
11 bag, for example?
12     A.  No.
13     Q.  And if you were paying in the order of
14 magnitude of a dollar or two a bag when you were
15 purchasing it in a case size, would you be surprised
16 if calling Abbott to order a single bag might cost
17 you $10 or $11 for that bag?
18         MR. BREEN:  Objection, form.
19     A.  Once again, it's a hypothetical.
20     Q.  Right.  Because you never did that,
21 right?
22     A.  You want to know if I called Abbott and I

Page 133

1  said I need one bag --
2      Q.  I'm Luis Cobo.
3      A.  -- and they said, okay, we're going to
4  sell you one bag.  And then they're going to tell me
5  what price?
6      Q.  Right.
7      A.  What price are they going to sell it to
8  you?
9      Q.  $13.
10     A.  $13.  For one bag?
11     Q.  Right.
12         MR. BREEN:  Objection, form.
13     A.  And I don't have a contract?
14     Q.  No, sir.  You are a stranger to Abbott.
15         MS. BROOKER:  Objection, form.
16     A.  I guess it would surprise me.
17     Q.  Because it's too low?
18     A.  Oh, I don't know.  I would have a --
19 under that scenario if I needed the product bad
20 enough and I realized I didn't have a contract or a
21 direct account or something and I had no other
22 resource to purchase it and I've got somebody out to

34 (Pages 130 to 133)

Page 134

1  take care of then I would pay it.  I don't know if
2  it would be too low or not by their standards.
3      Q.   You said --
4      A.   I would hope this they would give it to
5  me also.
6      Q.   You said that it would surprise you if
7  Abbott would be willing to sell it to you at $13.
8  Is that what would surprise you?
9          MR. BREEN:  Objection, form.
10     A.   Correct.
11     Q.   You would expect them to charge even more
12 for that sort of a small sale?
13     A.   I wouldn't have any expectations under
14 that scenario, because it -- I mean, you're asking
15 me to comment on something, on a situation, that I
16 don't envision in the real world.  So --
17     Q.   Well, it never happened for you because
18 you were a large -- I mean, not a large.  But you
19 were a large purchaser relative to someone who might
20 need just one or two bags, right?
21         MR. BREEN:  Objection, form.  This line
22 of questions has been asked and answered and asked

Page 135

1  and answered.  And how long are you going to go with
2  it?  The same question over and over again.
3          MR. COOK:  Could you read back the last
4  question, please?
5          (Whereupon, the requested portion was
6  read by the reporter.)
7          MR. BREEN:  Objection, form.
8      A.   Rather than the hypothetical, let me just
9  reflect on reality.  Instead of the one or two bags,
10 I had an incident in my practice many, many years
11 ago, Cobo Pharmacy -- this is after Abbott had
12 stopped having direct accounts with pharmacies.  I
13 don't know when that was, but that's how far back it
14 goes.  And I had a urologist that called me and
15 needed some -- a bag of irrigation solution and
16 couldn't get it at the hospital, couldn't get it
17 anywhere.  And he asked me to take care of it for
18 him and I did.
19         And I called Abbott and they told me, no,
20 we can't sell you just one or two bags.  You have to
21 buy an entire case.  And they sold me the entire
22 case.  But they sold me at some list price or

Page 136

1  whatever it was.  They did not give me any kind of a
2  discount or break or direct price or contract price
3  or wholesale cost or anything like that.
4          So that's the way that that transaction
5  was handled and I would assume it would be the same.
6  The problem I'm having trouble getting past is the
7  one bag scenario.  So I mean, I only have reality to
8  reflect on.
9      Q.   When did this call to Abbott take place?
10     A.   Years ago.  Years ago.  This was 20 years
11 ago at least.
12     Q.   So it was your understanding at least
13 that if you didn't have a contract with Abbott, if
14 you didn't have a direct account with Abbott, that
15 Abbott might not break up a case for you but it
16 would certainly charge you list price for that
17 product?
18         MR. BREEN:  Objection, form.
19     A.   No.  That is not my understanding.
20     Q.   Well, Abbott did charge you list price?
21     A.   What they did under those circumstances
22 was unique for me.  They would not do that now.  And

Page 137

1  I'm not familiar with any case where they have done
2  that since.
3      Q.   Did they do it for you?
4      A.   At that time.  And like I say, we're
5  going back 20, 25 years ago.  It was right after the
6  time that we stopped having a direct account with
7  Abbott.  And I think for that reason they gave me
8  some consideration.  But it's just a practice that
9  wouldn't happen otherwise.
10     Q.   But today if you were to call Abbott to
11 purchase directly with no account and no contract,
12 you would expect to pay list price, correct?
13         MR. BREEN:  Objection, form.  Wait a
14 minute.  Could you read that question back, please?
15 Excuse me.
16         (Whereupon, the requested portion was
17 read by the reporter.)
18         MR. BREEN:  Objection, form.
19     A.   I don't believe so.  If I didn't have
20 that situation it would be a transaction that would
21 either be handled through my wholesaler.  They would
22 probably drop ship it through my wholesaler and then

35 (Pages 134 to 137)