**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY | ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE | ) | |
| LITIGATION | ) | CIVIL ACTION: 01-CV-12257-PBS |
| | ) | Subcategory Docket: 06-CV-11337-PBS |
| | ) | |
| THIS DOCUMENT RELATES TO | ) | Judge Patti B. Saris |
| | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys,* | ) | Magistrate Judge Marianne B. Bowler |
| *Inc. v. Abbott Laboratories, Inc., et al.,* No. | ) | |
| 06-CV-11337-PBS | ) | |

**DECLARATION OF BRIAN J. MURRAY**

Brian J. Murray hereby declares as follows:

1.      I am an attorney with the law firm Jones Day, counsel for Defendant Abbott

Laboratories Inc. ("Abbott").

2.      I am admitted to practice in the State of Illinois and *pro hac vice* before this Court.

3.      Attached hereto as Exhibit A is a listing of the exhibits filed in conjunction with (i)

*Abbott Laboratories Inc.'s Rule 56.1 Statement Of Additional Facts That Preclude Summary*

*Judgment In Favor Of The Government*; and (ii) *Abbott Laboratories Inc.'s Response To The*

*Amended Statement Of Undisputed Facts In Support Of United States' Memorandum Of Law In*

*Support Of Cross-Motion For Partial Summary Judgment And In Opposition To Abbott*

*Laboratories Inc.'s Motion For Summary Judgment*.

4.      Those exhibits, incorporated herein by reference, are true and correct copies of the

documents as described in the attached list.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Dated: August 28, 2009

/s/  Brian J. Murray_____
Brian J. Murray