# EXHIBIT A

| # | EXHIBIT DESCRIPTION | DEP. EXHIBIT |
|---|---|---|
| **DEPOSITION TRANSCRIPT EXCERPTS** | | |
| 1 | Aldy Deposition Transcript Excerpt, 2/21/08 | |
| 2 | Babington Deposition Transcript Excerpt 8/28/07 | |
| 3 | Baker Deposition Transcript Excerpt, 7/12/05 | |
| 4 | Baker Deposition Transcript Excerpt, 4/23/07 | |
| 5 | Baker Deposition Transcript Excerpt, 2/28/08 | |
| 6 | Balzer Deposition Transcript Excerpt, 5/17/05 | |
| 7 | Balzer Deposition Transcript Excerpt, 5/3/07 | |
| 8 | Bentley Deposition Transcript Excerpt, 3/5/08 | |
| 9 | Blackwell Deposition Transcript Excerpt, 3/18/08 | |
| 10 | Bukaty Deposition Transcript Excerpt, 3/19/08 | |
| 11 | Brincks Deposition Transcript Excerpt, 6/12/07 | |
| 12 | Cannon Deposition Transcript Excerpt, 2/26/08 | |
| 13 | Cicerale Deposition Transcript Excerpt, 5/30/07 | |
| 14 | Chesser Deposition Transcript Excerpt, 10/28/08 | |
| 15 | Chronis Deposition Transcript Excerpt 09/28/06 | |
| 16 | Cobo Deposition Transcript Excerpt, 1/8/08 | |
| 17 | DeGrace Deposition Transcript Excerpt 6/01/07 | |
| 18 | Denemark Deposition Transcript Excerpt, 12/10/08 | |
| 19 | Drake Deposition Transcript Excerpt 2/19/08 | |
| 20 | Dubberly Deposition Transcript Excerpt | |
| 21 | Echevarria Deposition Transcript Excerpt, 3/07/08 | |
| 22 | Eichorn Deposition Transcript Excerpt, 4/24/07 | |

- 2 -

| 23 | Fine Deposition Transcript Excerpt, 12/9/08 | |
| --- | --- | --- |
| 24 | Fishman Deposition Transcript Excerpt 3/12/08 | |
| 25 | French Deposition Transcript Excerpt 9/26/07 | |
| 26 | Gaston Deposition Transcript Excerpt, 1/24/08 | |
| 27 | Gaston Deposition Transcript Excerpt, 3/19/08 | |
| 28 | Gonzalez Deposition Transcript Excerpt, 6/3/08 | |
| 29 | Gorospe Deposition Transcript Excerpt, 3/19/08 | |
| 30 | Haas Deposition Transcript Excerpt, 8/30/07 | |
| 31 | Haines Deposition Transcript Excerpt, 1/30/08 | |
| 32 | Harling Deposition Transcript Excerpt, 10/30/07 | |
| 33 | Harsh Deposition Transcript Excerpt, 2/19/08 | |
| 34 | Heggie Deposition Transcript Excerpt, 5/17/07 | |
| 35 | Heggie Deposition Transcript Excerpt, 8/22/06 | |
| 36 | Jessup Deposition Transcript Excerpt 2/14/08 | |
| 37 | Johnson Deposition Transcript Excerpt, 3/13/08 | |
| 38 | Karas Deposition Transcript Excerpt, 12/6/05 | |
| 39 | Karas Deposition Transcript Excerpt, 8/29/07 | |
| 40 | Kassak Deposition Transcript Excerpt, 3/25/08 | |
| 41 | Kelly Deposition Transcript Excerpt, 3/26/08 | |
| 42 | Krajewski Deposition Transcript Excerpt, 4/26/07 | |
| 43 | Kreklow Deposition Transcript Excerpt, 6/28/07 | |
| 44 | Kreklow Deposition Transcript Excerpt, 2/7/08 | |
| 45 | Leone Deposition Transcript Excerpt, 7/18/07 | |
| 46 | Leone Deposition Transcript Excerpt, 1/17/08 | |

| | | |
|---|---|---|
| 47 | Longley Deposition Transcript Excerpt, 8/31/07 | |
| 48 | Loughman Deposition Transcript Excerpt 2/15/08 | |
| 49 | Lyjak Deposition Transcript Excerpt, 5/13/07 | |
| 50 | Lyman Deposition Transcript Excerpt, 6/27/07 | |
| 51 | Mershimer Deposition Transcript Excerpt, 8/23/07 | |
| 52 | Miller Deposition Transcript Excerpt, 7/30/07 | |
| 53 | Minne Deposition Transcript Excerpt 11/19/08 | |
| 54 | Miser Deposition Transcript Excerpt, 2/28/08 | |
| 55 | Morgan Deposition Transcript Excerpt, 8/27/07 | |
| 56 | Morgan Deposition Transcript Excerpt, 11/13/02 | |
| 57 | Rayford Deposition Transcript Excerpt, 2/13/08 | |
| 58 | Reisetter Deposition Transcript Excerpt, 3/5/09 | |
| 59 | Renick Deposition Transcript Excerpt, 3/17/08 | |
| 60 | Rhodes Deposition Transcript Excerpt 1/23/08 | |
| 61 | Ridout Deposition Transcript Excerpt, 12/5/08 | |
| 62 | Rieger Deposition Transcript Excerpt, 8/9/07 | |
| 63 | Rodman Deposition Transcript Excerpt,, 8/29/07 | |
| 64 | Rodman Deposition Transcript Excerpt, 10/11/07 | |
| 65 | Robertson Deposition Transcript Excerpt, 9/13/07 | |
| 66 | Robertson Deposition Transcript Excerpt, 10/9/07 | |
| 67 | Rotz Deposition Transcript Excerpt, 9/7/07 | |
| 68 | Scully Deposition Transcript Excerpt, 5/15/07 | |
| 69 | Sebree Deposition Transcript Excerpt, 5/17/07 | |
| 70 | Sellers Deposition Transcript Excerpt, 10/28/04 | |

WAI-2935091v2

| | | |
|---|---|---|
| 71 | Sellers Deposition Transcript Excerpt, 12/20/05 | |
| 72 | Sellers Deposition Transcript Excerpt, 2/13/07 | |
| 73 | Sellers Deposition Transcript Excerpt, 2/14/07 | |
| 74 | Sellers Deposition Transcript Excerpt, 11/1/07 | |
| 75 | Sellers Deposition Transcript Excerpt, 3/16/08 | |
| 76 | Sellers Deposition Transcript Excerpt, 3/31/08 | |
| 77 | Smith Deposition Transcript Excerpt, 1/11/07 | |
| 78 | Snead Deposition Transcript Excerpt, 4/19/07 | |
| 79 | Sullivan Deposition Transcript Excerpt, 3/12/08 | |
| 80 | Steenolsen Deposition Transcript Excerpt 3/13/08 | |
| 81 | Terrebonne Deposition Transcript Excerpt, 11/7/08 | |
| 82 | Tobiason Deposition Transcript Excerpt, 6/2/05 | |
| 83 | Tobiason Deposition Transcript Excerpt, 3/28/07 | |
| 84 | Tootell Deposition Transcript Excerpt, 10/25/07 | |
| 85 | Wells Deposition Transcript Excerpt, 12/15/08 | |
| 86 | Young Deposition Transcript Excerpt, 3/28/08 | |
| 87 | Vladeck Deposition Transcript Excerpt, 5/4/2007 | |
| 88 | Zackowski Deposition Transcript Excerpt, 4/23/08 | |
| **REPORTS AND OTHER DOCUMENTS** | | |
| 89 | Declaration of Michael W. Sellers | |
| 90 | Declaration of John Carmody | |
| 91 | Affidavit of Ron Gottrich | |
| 92 | Expert Report of Elvin Montanez | |
| 93 | Expert Report of Brian Reisetter | |

- 4 -

| | | |
|---|---|---|
| 94 | Expert Report of Steven J. Young | |
| 95 | United States' First Amended Complaint (6/4/07) | |
| 96 | Sales Training Module | TXABT 172992-173013 |
| 97 | Response to TX Interrogatory 12 | |
| 98 | Notes from 1991 OIG Invoice Study | HHD200-0016 |
| 99 | Invoice from 1991 OIG Invoice Study | HHD200-1431 |
| 100 | *Barron*'s "Hooked on Drugs" Article | Abbott Ex. 0016 |
| 101 | December 1997 OIG Report | Abbott Ex. 002 |
| 102 | Omnibus Reconciliation Act of 1990 | Abbott Ex. 463 |
| 103 | CMS Summary Chart, "Medicaid Prescription Reimbursement Information by State – Quarter Ending June 2009" | |
| 104 | "Medicaid Reimbursement for the Pharmacy Component of Home I.V. Therapy," *Medicaid Pharmacy Bulletin* (Jan.-Feb. 1987) | Abbott Ex. 292 |
| 105 | Myers and Stauffer 1999 Report, A Survey of Dispensing and Acquisition Costs of Pharmaceuticals in the State of Louisiana | Abbott Ex. 1051 (excerpts) |
| 106 | Myers and Stauffer 2001 Report, A Survey of Dispensing costs of Pharmaceuticals in the Commonwealth of Kentucky | Abbott Hansen Ex. 6 (excerpts) |
| 107 | Myers and Stauffer Report, Study of Medi-Cal Pharmacy Reimbursement | Abbott Schondelmeyer Ex. 4 (excerpts) |
| 108 | Myers and Stauffer Report, Survey of Dispensing and Acquisition Costs of Pharmaceuticals in the Commonwealth of Kentucky, October 2003 | Abbott Ex. 1110 (excerpts) |
| 109 | Myers and Stauffer Report, Survey of Dispensing Costs in the State of Kansas, September 1999 | |
| 110 | Myers and Stauffer Report, Survey of Dispensing Costs in the State of Arkansas, June 2001 | |

WAI-2935091v2

| 111 | Myers and Stauffer Report, Survey of Dispensing and Acquisition Costs of Pharmaceuticals in the State of California, December 2007 | Abbott Schondelmeyer Ex. 3 (excerpts) |
| --- | --- | --- |
| 112 | Myers and Stauffer Report, Analysis of Pharmacy Dispensing Fees for the Indiana Medicaid Program, August 2005 | Abbott Shirley Ex. 7 (excerpts) |
| 113 | Myers and Stauffer Report, Determining the Cost of Dispensing Pharmaceutical Prescriptions for the Texas Vendor Drug Program, August 2002 | Abbott Ex. 21 (excerpts) |
| 114 | "The Per Diem Costs of Home Infusion Therapy Services," a report by Abt Associates for The National Home Infusion Association | |
| 115 | Legislative Proposal Analysis by Jerry Wells (Oct. 1, 1998) | Abbott Wells Ex. 1006 |
| 116 | "Cost Containment for State Drug Expenditures," a performance audit by the Missouri Office of State Auditor (June 2002) | |
| 117 | California Commentary Regarding Adoption of DOJ AWPs | Gorospe Ex. 14 (3/19/08 Dep.) |
| 118 | E-mail of June 22, 2000 from Cody Wiberg to National Medicaid Pharmacy Administrators | Abbott Ex. 492 |
| 119 | "The Amber Sheet," by Utah State Medicaid DUR Committee (April 2001) | HHC014-0833 |
| 120 | 1993 Hearings before the House of Representative Subcommittee on Oversight and Investigations regarding Medicare's reimbursement for home drug infusion therapies | |
| 121 | Written Statement to Congress from the National Alliance for Infusion Therapy/National Home Infusion Association (2002) | Abbott Ex. 18 |
| 122 | Memorandum to HHS Deputy Secretary Kevin Thurm from CMS Deputy Administrator Michael M. Hash (May 18, 2000) | HHC902-214-44 |
| 123 | Letter from J. Carmody to Congressman Lane Evans, Senator Carl Hawkinson and Representative David | Ex. A to Carmody Decl. |

|     | Hultgren. (6/12/00) |     |
| --- | --- | --- |
| 124 | Abbott Financial Documents Showing Alternate Site Revenues | ABT-DOJ 0312188, 0312219, 0312248, 0312279, 0312306, 0312399, 0312583, 0312708 |
| 125 | E-mail to First Data Bank Showing Reported Prices | Cicerale Ex. 925 |
| 126 | 2003 Red Book Policy |     |
| 127 | 2003 HPD Direct and Wholesale Price Changes |     |
| 128 | 2003 HPD Drug Wholesaler Price Catalog |     |
| 129 | 2003 HPD Price Catalog |     |
| 130 | Transcript of Proceedings Before Magistrate Judge Bowler 5/16/07 |     |
| 131 | Heggie Memo (April 28, 1995) | AB0018688 |
| 132 | Heggie Letter (January 12, 1995) | ABT 006256 |
| 133 | Record of Discussion of August 30-31, 1994 meeting between HCFA, OIG, and state Officials regarding OIG's nationwide review of the difference between the invoice price for drugs and AWP | Abbott Ex. 581 |
| 134 | Medicare Bulletin (March 5, 2007) |     |
| 135 | Expert Report of Mark G. Duggan |     |
| 136 | OIG Compliance Program Guidance For Pharmaceutical Manufacturers, 60 Fed. Reg. 23731 (May 5, 2003) |     |
| 137 | Letter from C. Cook to Linda Hillier and M. Lavine (8/28/00) |     |
| 138 | Minne Deposition Excerpt, 11/18/08 |     |
| 139 | 06/16/07 Hearing Transcript before Judge Bowler |     |
| 140 | Fishman Deposition Excerpt, 03/20/08 |     |