-----Original Message-----
From: ludden@LJUlaw.com [mailto:ludden@LJUlaw.com] Sent: Friday, August 21, 2009 1:15 PM
To: 'DeLancey, Merle'
Cc: 'Mark Kleiman'
Subject: RE: Discovery Re MBR Reports

Merle:

I write concerning an assertion in Baxter's Motion To Dismiss. The motion references the Marketing Bureau Research Report cited in the Complaint, describing it as a "public report". Relators take issue with the characterization of the MBR reports as "public reports." In reality, these reports are disseminated only to a few dozen industry insiders, and are priced to keep the "public" from even considering obtaining them. In other words, to the extent that an MRB report constitutes a "disclosure" at all, it is a disclosure to a very limited population - and not the public.

Relators therefore wish to conduct limited discovery to confirm the limited readership of the MRB Reports. We are asking you to stipulate to our right to take a deposition of MRB for the purpose of obtaining any and all records establishing the scope of distribution of the relevant report in the year 2000 (the year in which the report in question was published) and the charge for the report..  This Stipulation, of course, would have to include approval from Judge Saris given the current stay on discovery.

We would request a response from Baxter on or before August 25, 2009 as to its willingness to stipulate to this limited discovery.  We need a prompt response so that we will have sufficient time to file the appropriate motion with the court in order that this discovery can occur with sufficient time remaining to permit relators to utilize the fruits of that discovery in their opposition to the motion to dismiss.  Such a motion may therefore include, out of necessity, a request for an extension of time for relators to file their opposition.

I look forward to your prompt response.

Very truly yours,
Lauren John Udden

LAUREN JOHN UDDEN
15 West Carrillo Street
Suite 209
Santa Barbara, California 93101
805-879-7544
FAX:  805-560-0506
ludden@LJUlaw.com

No virus found in this incoming message.
Checked by AVG - www.avg.com
Version: 8.5.409 / Virus Database: 270.13.65/2322 - Release Date: 08/23/09 18:03:00

**EXHIBIT A**