**DICKSTEIN**SHAPIRO LLP

1825 Eye Street NW | Washington, DC 20006-5403
TEL (202) 420-2200 | FAX (202) 420-2201 | dicksteinshapiro.com

August 25, 2009

Via E-mail and FedEx

Lauren John Udden
15 West Carrillo Street
Suite 209
Santa Barbara, CA 93101

Re: *United States ex rel. Linnette Sun and Greg Hamilton, Relators v. Baxter Hemoglobin Therapeutics and Baxter International Inc.*; Master File No. 1:01-CV-12257 (PBS), Sub. Category Case No. 1:08-CV-11200

Dear Mr. Udden:

This responds to your request that Baxter "stipulate" to your right to take a deposition regarding the readership of MRB Reports. Baxter does not so stipulate and objects to Relators' ability to conduct discovery in an effort to correct a jurisdictional flaw/meet the requirements of Rule 9(b).

Sincerely,

J. Andrew Jackson
(202) 420-2268
jacksona@dicksteinshapiro.com

JAJ/nrr