UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY ) | MDL NO. 1456 |
| AVERAGE WHOLESALE PRICE ) | |
| LITIGATION ) | CIVIL ACTION: 01-CV-12257-PBS |
| ) | Subcategory Docket: 06-CV-11337-PBS |
| ) | |
| THIS DOCUMENT RELATES TO: ) | Judge Patti B. Saris |
| ) | |
| ALL ACTIONS ) | Magistrate Judge Marianne B. Bowler |
| ) | |
| ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for the United States of America in this matter.

All matters related to this action may be served or otherwise made known to me at the following address, telephone number, and/ or email address:

> Justin Draycott
> Patrick Henry Building, Room 9010
> United States Department of Justice - Civil Division
> P.O. Box 261
> Ben Franklin Station
> Washington, DC 20044
> (202) 305-9300 (voice)
> (202) 305-7797 (fax)
> Justin.Draycott@usdoj.gov (Email)

Respectfully submitted,

For the United States of America,

| | |
|---|---|
| MICHAEL K. LOUCKS | TONY WEST |
| ACTING UNITED STATES ATTORNEY | ASSISTANT ATTORNEY GENERAL |

| | |
|---|---|
| George B. Henderson, II | /s/ Justin Draycott |
| Barbara Healy Smith | Joyce R. Branda |
| James J. Fauci | Daniel R. Anderson |
| Assistant U.S. Attorneys | Renee Brooker |
| United States Courthouse | Justin Draycott |
| Suite 9200, 1 Courthouse Way | Rebecca Ford |
| Boston, MA 02210 | Andy Mao |
| Phone: (617) 748-3272 | Laurie A. Oberembt |
| Fax: (617) 748-3971 | Elizabeth Strawn |
| | Civil Division |
| JEFFREY H. SLOMAN | Commercial Litigation Branch |
| ACTING UNITED STATES ATTORNEY | P. O. Box 261 |
| SOUTHERN DISTRICT OF FLORIDA | Ben Franklin Station |
| | Washington, D.C.  20044 |
| Mark A. Lavine | Phone:  (202) 514-3345 |
| Ann St. Peter-Griffith | Fax: (202) 307-3852 |
| Special Assistant U.S. Attorneys | |
| 99 N.E. 4th Street, 3rd Floor | For the relator, Ven-A-Care of the Florida |
| Miami, FL  33132 | Keys, Inc., |
| Phone:  (305) 961-9003 | JAMES J. BREEN |
| Fax: (305) 536-4101 | The Breen Law Firm, P.A. |
| | Suite 260 |
| | 5755 North Point Parkway |
| | Alpharetta, Georgia 30022 |
| Dated: September 1, 2009 | Phone (770) 740-0008 |
| | |
| | SUSAN S. THOMAS |
| | GARY L. AZORSKY |
| | ROSLYN G. POLLACK |
| | Berger & Montague, P.C. |
| | 1622 Locust Street |
| | Philadelphia, PA 19103 |
| | Telephone: 215-875-3000 |

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electric service in accordance with Case Management Order No. 2, by sending a copy to Lexis-Nexis for posting and notification to all parties.

Dated: September 1, 2009                                     /s/ Justin Draycott
                                                              Justin Draycott