# EXHIBIT A

NEWYORK 7293645 (2K)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*State of California ex. rel. Ven-A-Care of the Florida Keys Inc., v. Abbott Laboratories, Inc., et al.,* No. 03-11226-PBS; *State of Iowa v. Abbott Laboratories, Inc., et al.,* No. 07-12141-PBS; *The City of New York, et al. v. Abbott Laboratories, Inc., et al.,* No. 03-10643-PBS | ) ) ) ) ) ) ) ) ) ) ) |

## DECLARATION OF CATHERINE R. CASTALDO IN SUPPORT OF APPLICATION FOR <u>ADMISSION PRO HAC VICE</u>

Catherine R. Castaldo an attorney with the firm of White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036, hereby declares:

1. I am a member in good standing of the State Bar of New York.

2. I am a member in good standing of the State Bar of Massachusetts.

3. I have been admitted to practice in the United States District Court for the Southern District of New York.

4. I am a member in good standing in the courts listed above.

5. I am not suspended or disbarred in any court and have never been the subject of a professional disciplinary proceeding.

6.      Attached hereto as Exhibit B is a Certificate of Good Standing for the Bar of the State of New York of which I am a member.

7.      I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty or perjury that the foregoing is true and correct.

Dated: New York, New York
September 2, 2009

*/s/ Catherine R. Castaldo*
Catherine R. Castaldo

NEWYORK 7293645 (2K)