# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) MDL No.1456<br><br>Master File No. 01-CV-12257-PBS<br>Subcategory Case No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation*, *et al.*, Civil Action No. 07-10248-PBS | ) ) ) ) ) ) ) Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

## BOEHRINGER INGELHEIM CORPORATION'S AND BOEHRINGER INGELHEIM PHARMACEUTICALS INC.'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendants Boehringer Ingelheim Corporation ("BIC") and Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI"), respectfully file this assented to motion to enlarge the time to reply to (1) the United States' Opposition to BIC's and BIPI's Motion for Summary Judgment, and (2) the United States' Response to the Corrected BIC and BIPI Local Rule 56.1 Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment. BIC and BIPI request that the time to file their reply be enlarged one week to September 22, 2009. In support, BIC and BIPI state that:

1. Additional time is needed to adequately address the matters raised in the United States' opposition brief and response statement of facts due to the number and complexity of the issues raised. BIC and BIPI request leave to reply on or before September 22, 2009.

2. BIC's and BIPI's counsel has communicated with Jeff Fauci, counsel for Plaintiff, the United States of America, in this matter. Mr. Fauci has stated that the United States does not oppose BIC's and BIPI's request for additional time.

For the above reasons, BIC and BIPI respectfully request that this motion be granted, and that BIC's and BIPI's time to reply to the United States' Opposition to BIC's and BIPI's Motion for Summary Judgment, and the United States' Response to the Corrected BIC and BIPI Local Rule 56.1 Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment, be enlarged to September 22, 2009.

Dated:  September 2, 2009                                   Respectfully submitted,

                                                      /s/ Eric T. Gortner
Helen E. Witt, P.C.
Anne M. Sidrys, P.C.
Eric T. Gortner
John W. Reale
KIRKLAND & ELLIS LLP
300 N Lasalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
egortner@kirkland.com

*On behalf of Defendants Boehringer Ingelheim Corp. and Boehringer Ingelheim Pharmaceuticals, Inc.*

3

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on September 2, 2009, a copy to LexisNexis File and Serve for posting and notification to all parties.

By:    /s/ Eric T. Gortner
Eric. T. Gortner

.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No.1456<br><br>Master File No. 01-CV-12257-PBS<br>Subcategory Case No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation, et al.*, Civil Action No. 07-10248-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

## ORDER

Upon consideration of Boehringer Ingelheim Corporation's and Boehringer Ingelheim Pharmaceuticals Inc.'s Unopposed Motion For Enlargement of Time, it is hereby ORDERED THAT the motion is allowed and the Roxane Defendants shall have until September 22, 2009, to respond to:

(1)  United States' Opposition to BIC's and BIPI's Motion for Summary Judgment; and

(2) United States' Response to the Corrected BIC and BIPI Local Rule 56.1 Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment

Dated: _____, 2009

_____
Honorable Patti B. Saris
United States District Judge

4