# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS<br>Subcategory Docket: 06-CV-11337-PBS |
| THIS DOCUMENT RELATES TO | ) ) | Judge Patti B. Saris |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*, No. 06-CV-11337-PBS | ) ) ) ) | Magistrate Judge Marianne B. Bowler |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, No. 05-CV-11084-PBS; and | ) ) ) ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, No. 07-CV-10248-PBS | ) ) ) | |

## NOTICE OF FILING OF AMENDED DECLARATION OF
## DAVID S. TORBORG AND CORRECTED OR SUBSTITUTE EXHIBITS

Defendants Abbott Laboratories, Inc., Dey, Inc., Dey, L.P., Dey, L.P., Inc., Boehringer Ingelheim Roxane, Inc., and Roxane Laboratories, Inc. hereby submit an Amended Declaration of David S. Torborg submitting exhibits in support of Defendants' Combined Local Rule 56.1 Statement of Additional Material Facts Pertinent to the United States' Motions for Partial Summary Judgment Against Defendants, together with certain corrected or substitute exhibits thereto. The corrected or substitute exhibits are as follows:

| # | EXHIBIT DESCRIPTION | DEP. EXHIBIT |
|---|---|---|
| 73 | Don M. Newman, Drug Topics, August 1987, (HHC902-1062-67) | N/A |
| 78 | HHS DAB Decision No. 1315, 3/18/02 | Abbott 1153 |

| # | EXHIBIT DESCRIPTION | DEP. EXHIBIT |
|---|---|---|
| 103 | Maryland Pharmacy Coalition, Federal Deficit Reduction Act Memo, December 2006 | Abbott 520 |
| 118 | Department of Health and Mental Hygiene memorandum with subject, "Office of the Inspector General (OIG) Report on Pharmacy Acquisition Costs," April 16, 1997 | Abbott MD 30 |
| 135 | DHHS Memorandum re: Request for Policy Clarification on Tennessee's Interpretation of Usual and Customary Charges as Applied to Outpatient Drug Reimbursement—Action, 7/3/92 | Abbott 579 |
| 139 | Riordan to Neimann and Reed – FDB AWPs for Injunction Infusion and Inhalation Drugs, April 1999 | Abbott 136 |
| 143 | Myers and Stauffer Reimbursement Summaries | N/A |
| 155 | 7/25/96 Debus Letter to Steffen | Abbott 309 |
| 175 | Vito Deposition Transcript Excerpt, 6/19/07 | N/A |
| 191 | Veal Deposition Transcript Excerpt, 3/25/08 | N/A |
| 205 | Medicare Modernization Act (42 U.S.C. § 1395u(o(1)(A)(iv)) | Abbott 194 |
| 210 | Niemann Deposition Transcript Excerpt, 9/14/07 | N/A |

Courtesy copies of the corrected or substituted exhibits will be provided to the Court.

Dated:  September 2, 2009

Respectfully submitted,

/s/  R. Christopher Cook
Daniel E. Reidy
James R. Daly
Jason G. Winchester
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories Inc.*

## **CERTIFICATE OF SERVICE**

I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing to be served on all counsel of record electronically by causing same to be posted via LexisNexis File & Serve, this 2nd day of September, 2009.

/s/ David S. Torborg
David S. Torborg