# EXHIBIT 103



# MARYLAND DEFICIT REDUCTION ACT (DRA) FACTS & FIGURES

▶ There are approximately 964 pharmacies in Maryland, including:
  - approximately 723 chain pharmacies
  - approximately 241 independent pharmacies

▶ Community pharmacies employ about 54,600 full and part-time employees, including about 2,358 community pharmacists.

▶ Community pharmacies pay an estimated $631.63 million in total taxes to the state of Maryland each year.

▶ Community pharmacies' average net profit: 2% to 3%.

▶ Estimated cost to dispense a Medicaid prescription: $10 to $12

▶ 2006 Maryland Medicaid dispensing fees: $3.69 for generics and preferred brands; $2.69 for non-preferred brands
  - Last change in fee for brand name drugs: Reduced in July 2002 from $4.69/$3.69, respectively
  - 1986 Medicaid dispensing fee: $3.45

▶ Average cost of a generic drug under Maryland Medicaid: $18
Average cost of brand name drug under Maryland Medicaid: $127.75

▶ Maryland Medicaid generic utilization rate: 52.4%. Rank of rate among states: Bottom 10%

## DEFICIT REDUCTION ACT OF 2005

Effective First Quarter of 2007:
Reduces the maximum reimbursement state Medicaid programs can pay pharmacy for multiple source (generic and off-patent) drugs by changing the "Federal Upper Limit" payment formula

Old Formula:  150% of lowest list price (AWP or WAC)
New Formula: 250% of lowest average manufacturer price (AMP, average price at which manufacturers sell drug to wholesalers for resale) -- No wholesale markup

ALSO: Increases the number of drugs affected by FULs
Pre-2007:  No FULs set until TWO generics on market
First Quarter 2007: FULs set as soon as FIRST generic hits market

Estimated loss of reimbursement for generic product: 70%
Estimated total reimbursement loss for generic prescriptions (product cost plus dispensing fee): 25%

---

**Impact of the DRA on Maryland State Pharmacies:**
**Reduction of $3.50 for EACH generic drug dispensed under Medicaid**
**Projected total loss to MD Pharmacy in Calendar Year 2007: $6.66 million**

---

Updated December 2006

FEDERAL EXPRESSIONS OF INTENT
