# EXHIBIT 118

Dec-14-00   05:08pm   From-HOGAN & HARTSON            410 538 6981           T-089   P 003/005   F-118





EXHIBIT
Abbott MD 30
12/11/08

**MEDICAL CARE POLICY ADMINISTRATION**
# DEPARTMENT OF HEALTH AND MENTAL HYGIENE
201 WEST PRESTON STREET • BALTIMORE, MARYLAND 21201

Parris N. Glendening
Governor

Martin P. Wasserman, M.D., J.D.
Secretary

## MEMORANDUM

To      Joseph M Millstone, Director
        Medical Care Policy Administration

From    Jeffrey C Gruel Acting Chief
        Division of Acute Care

Date    April 16, 1997

RE      Office of the Inspector General (OIG) Report on Pharmacy Acquisition Costs

Please refer to the attached memo from Janet Freeze commenting on the OIG Report on Pharmacy Acquisition Costs  This memo is in response to your request for comments

For brand drugs, the Program usually reimburses for the ingredient cost at WAC+10% which is a little better for the pharmacist than AWP-10%  This is more than the pharmacist's actual acquisition cost but is consistent with most other Medicaid Programs  Of the state Medicaid Programs using AWP as a basis for EAC determination, 18 pay at AWP-10%, 9 pay better than AWP-10% (e.g. AWP-5%) and 15 pay less than AWP-10% (e.g. AWP-10.5%)  I have included the page from the November 1996 National Pharmaceutical Council publication "Pharmaceutical Benefits under State Medical Assistance Programs" showing what the different states pay

Currently, amendments are in sign-off that would change the EAC determination to the lower of AWP-10%, WAC+10%, Direct+10% and Distributors+10%  This is being done mainly to prevent the Program from paying over 20% more than it should for hemophilic preparations. Since the hemophilia patients will remain fee-for-service, this must be corrected as soon as possible  This action will also have the effect of making most brand drugs reimbursed at the slightly lower AWP-10% rather than WAC+10%

The suggestion was made that unit dose products and home IV products should have IDC prices set on them  Unit dose products have had IDC prices set for some time  IDC prices for injections used in home IV products were established about two years ago

Persons with a hearing or speech impairment - call Maryland Relay Service at 1 - 800 - 735 - 2258

Dec-14-00   05:08pm   From-HOGAN & HARTSON   410 539 6981   T-069   P.004/005   F-118

The suggestion to lower the overall Medicaid reimbursement rate and use the average manufacturers price (AMP) from the Federal Rebate Program would allow a more accurate method to determine the EAC. However because of restrictions due to pricing confidentiality, this is not possible.

The Medicaid reimbursement rate could be reduced by shaving a few more points off the AWP price. One good reason for this would be to prevent the reimbursement rate for brand drugs being more attractive than for generics. One of the Nursing home pharmacy providers actually complained that they make more money on brand products than generics. Bringing the reimbursement for brand products closer to what the pharmacy actually pays would remove any incentive to steer doctors to prescribe drugs only available as brand. This will remain important after the implementation of HealthChoice because most of the prescriptions will be from nursing homes where the pharmacy may have some influence on the prescribing. But the Program did not change AWP-10% in the current regulation amendments due to the possibility of strong objections from pharmacy providers.

cc   Mr Frank Terkoski

PRD0143.0002