# EXHIBIT 191

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

--------------------------------x
IN RE:  PHARMACEUTICAL           ) MDL NO. 1456
INDUSTRY AVERAGE WHOLESALE       )
PRICE LITIGATION                 ) CIVIL ACTION:
                                 ) 01-CV-12257-PBS
THIS DOCUMENT RELATES TO         )
U.S. ex rel. Ven-A-Care of       )
The Florida Keys, Inc. v. Abbott )
Laboratories, Inc., et al.       )
No. 06-CV-11337-PBS              )
--------------------------------x


        Videotaped Deposition of FIRST COAST SERVICE OPTIONS, INC., by and through JEAN VEAL, taken on behalf of Abbott Laboratories, Inc., on Tuesday, March 25, 2008, at Smith, Gambrell & Russell, LLP, 50 North Laura Street, Suite 2600, Jacksonville, Florida, before Karen F. Howard, Registered Professional Reporter and Notary Public in and for the State of Florida at Large.

Page 50

```
 1    and to form.
 2         MS. LORENZO:  Hilary, can I ask you to
 3    speak a little louder, please?
 4         MS. RAMSEY:  Sure.
 5         MS. LORENZO:  Thanks so much.
 6         MR. LAVINE:  You or me?
 7         MS. RAMSEY:  I believe Ms. Lorenzo was
 8    asking if I could speak up.
 9    BY MS. RAMSEY:
10         Q    Would the same be true of the report that
11    indicated the number of claims that providers
12    submitted for reimbursement for these 11 J-Codes?
13         MR. LAVINE:  Object to form, and it's
14    beyond the scope.
15         A    I mean, possibly.  That's -- when I was
16    referring to reports, I was talking about
17    correspondence reports, like medical sort of things
18    or different sort of reports, inquiries, customer
19    service re-terminations -- re-determinations, but
20    another department at First Coast does that sort of
21    thing.  I don't know how far back they can go.
22         Q    But there is a department --
```

Page 51

```
 1         A    Yes.
 2         Q    -- within First Coast that could run that
 3    report?
 4         A    Uh-huh, yes --
 5         MR. LAVINE:  Object to form.
 6         A    -- or possibly run it.
 7         Q    Ms. Veal, I'm handing you what's
 8    previously been marked as Abbott Exhibit 38.  If
 9    you'd look at the second page of this exhibit.  Does
10    this appear to be something out of the Medicare
11    carrier manual, if you know?
12         A    I don't think so.  I mean -- well, it says
13    Medicare and Medicaid Guide on the first page.  I
14    don't know if that was what you -- is considered
15    carrier's manual.
16         Q    On the second page, under the section
17    marked "3421," the second paragraph starts with
18    "Medicare pays for covered drugs at the lower of (1)
19    the estimated acquisition cost of the drug or (2)
20    the national average wholesale price of the drug (as
21    published in the Red Book and similar price
22    listings)."
```

Page 52

```
 1         A    Okay.
 2         Q    Is this how First Coast was directed to
 3    get the AWP when calculating payment for drugs, as
 4    published in the Red Book or similar price listings?
 5         MR. LAVINE:  Object to the form.
 6         A    I don't know if we were instructed to use
 7    Red Book, but I think -- I don't know when this was
 8    published.  Looks like 1995.  But, I mean, it does
 9    look like these were instructions.  I mean, I don't
10    recall ever seeing this, but it does look like that
11    was the instructions.
12         Q    Did First Coast use the term "average
13    wholesale price" synonymous with the prices which
14    are listed in the Red Book?
15         MR. LAVINE:  Object to form.
16         A    Did we -- say that again, please.
17         Q    Did First Coast use the term "average
18    wholesale price" synonymous with the prices which
19    are referenced in the Red Book or other similar
20    compendia?
21         A    I mean --
22         MR. LAVINE:  Object to form.
```

Page 53

```
 1         A    I mean, I imagine we used the term
 2    "average wholesale price," but I don't -- I mean --
 3    and I know there's average wholesale prices in the
 4    Red Book, but I think there's other prices in the
 5    Red Book too.  I mean, I don't really understanding
 6    what you're asking.
 7         Q    If you wanted to find an average wholesale
 8    price in your work at First Coast, you would go to
 9    the Red Book?
10         A    Yes.
11         Q    Is it your understanding that the law
12    required First Coast to use the AWPs found in the
13    Red Book?
14         MR. LAVINE:  Object to form.
15         A    No.  I mean, we weren't required to use
16    the Red Book.
17         Q    What else could you have used?
18         A    I think the -- like this says, you could
19    use Red Book and similar price listings.  I think
20    some of the other change requests that came out said
21    -- mentioned Blue Book.
22         Q    Medi-Span?
```

14 (Pages 50 to 53)

Page 54

1    A    Medi-Span.
2    Q    But you always believed you needed to use
3  one of the published compendia?
4    A    Yes.
5    Q    Did First Coast ever attempt to base
6  reimbursement on estimated acquisition costs?
7    A    I think at one time there was a CR that
8  came out that said -- I think it said to do that or
9  to do a survey.  I can't remember if it was just do
10 the survey or to attempt to find out, I guess, the
11 estimated acquisition cost.  But it was stopped.
12 Another CR came out after that that -- I think they
13 stopped it because of the Paperwork Reduction Act.
14   Q    So First Coast never implemented seeking
15 to base reimbursement on estimated acquisition costs
16 because CMA --
17   A    I think we sent the letters out, and the
18 -- I think the CR said to make it effective that
19 next January, but another CR came out, I think, in
20 November prior to that that said stop it, don't
21 finish it.
22   Q    So the First Coast did as directed and

Page 55

1  stopped this effort?
2    A    Yes.
3    Q    Ms. Veal, I'm going to ask you to turn
4  back to the first exhibit I handed you, which is
5  Abbott Exhibit 713, which is the letter with the
6  testimony topics.  And if you could direct your
7  attention to topic three.  And I'll read for the
8  record topic three:
9         "During the entirety of the relevant claim
10 period, the manner in which the entity calculated or
11 determined the amount that the Medicare Part B
12 program and/or any state Medicaid program paid
13 providers for each claim that sought payment for the
14 subject J-Codes, including: (a) how any applicable
15 median AWP or lowest branded AWP was calculated; (b)
16 an identification of all pricing arrays that were
17 used to determine payment amounts and how those
18 pricing arrays were used to determine payment
19 amounts; and (c) the sources of pricing data that
20 the entity used to establish the payment amount and
21 why the entity used those sources of information."
22        Did I read that correctly?

Page 56

1    A    Yes.
2    Q    This topic largely seeks testimony
3  describing how the payment amount was calculated for
4  the subject J-Codes from 1991 through 2001, correct?
5    A    Correct.
6         MR. LAVINE:  Object to form.
7  BY MS. RAMSEY:
8    Q    And within the topic there's a term called
9  "arrays," and I'd like to make sure we're on the
10 same page with what this term means.
11        What is your understanding of an array?
12   A    An array is where you would list the AWPs
13 for that J-Code, and, you know, if it's just one
14 source, you would just list one price, one
15 allowance, or one AWP.  If it's others --
16   Q    When you're talking about source, are you
17 referring to the manufacturer?
18   A    Yes.
19   Q    Okay.  I'm sorry to interrupt you.
20   A    If it was a drug with, you know, many,
21 many manufacturers, you would list the array, and
22 you'd list it from -- the AWPs from lowest to

Page 57

1  highest.
2    Q    Would the array typically contain the
3  amount for which payment was set for that J-Code?
4    A    No.  Well, it could, but it would list
5  other amounts also.
6    Q    Such as what?
7    A    Well, if -- let's say if there were three
8  -- three manufacturers, it would -- if you were
9  trying to calculate a median, you would list the
10 lowest, the highest, and the middle one would be the
11 median.  So that would -- for that particular J-
12 Code, that would be the allowance, but the other two
13 that are listed wouldn't end up being the allowance.
14   Q    On the array document do you typically
15 indicate what the allowance is?
16   A    Maybe.  I can't say that was always done.
17 I mean, usually you'd circle it.
18   Q    And before 1998, specifically through 1991
19 through 19 -- and part of 1997, the -- 100 percent
20 of the median costs would be set for the
21 reimbursement amount; is that correct?
22        MR. LAVINE:  Object to form.

15 (Pages 54 to 57)