**EXHIBIT 4**

**WHITE & CASE**

White & Case LLP
1155 Avenue of the Americas
New York, New York 10036-2787

Tel  + 1 212 819 8200
Fax + 1 212 354 8113
www.whitecase.com

Direct Dial + 212-819-8937    hmcdevitt@whitecase.com

<u>VIA E-MAIL</u>

May 8, 2009

Nicholas N. Paul, Esq.
Supervising Deputy Attorney General
California Bureau of Medi-Cal Fraud and Elder Abuse
Office of the Attorney General
1455 Frazee Road
Suite 315
San Diego, CA 91208

Re:  <u>*State of California ex. rel. Ven-A-Care v. Abbott Labs. et al.*</u>

Dear Nick:

In light of the June 15, 2009 deadline for completion of fact discovery in this matter, Defendants would like to proceed with scheduling additional depositions of current/former State employees. We request your assistance in scheduling the depositions of:

1. Roy Takeuchi

2. Allen Fung

3. Bud Lee

To minimize travel and time burdens for all parties, we ask that you schedule these depositions in the same week during one of the following weeks: the week of May 25, 2009; the week of June 1, 2009; or the week of June 8, 2009.

Please feel free to contact me if you believe a call might expedite scheduling these depositions. We ask for your assistance in scheduling them as soon as possible. We look forward to hearing from you.

Sincerely,

Heather K. McDevitt

ALMATY   ANKARA   BANGKOK   BEIJING   BERLIN   BRATISLAVA   BRUSSELS   BUDAPEST   DRESDEN   DÜSSELDORF   FRANKFURT   HAMBURG
HELSINKI   HONG KONG   ISTANBUL   JOHANNESBURG   LONDON   LOS ANGELES   MEXICO CITY   MIAMI   MILAN   MOSCOW   MUNICH
NEW YORK   PALO ALTO   PARIS   PRAGUE   RIYADH   SÃO PAULO   SHANGHAI   SINGAPORE   STOCKHOLM   TOKYO   WARSAW   WASHINGTON DC

NEWYORK 7148888 (2K)

Nicholas N. Paul, Esq.

WHITE & CASE

May 8, 2009

    HKM:jlc

    cc:    Raj Gandesha, Esq.
            Lara Berwanger, Esq.
            Philip D. Robben, Esq.
            Brendan Cyr, Esq.