IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------x
In re: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION
------------------------------------------------------------x
THIS DOCUMENT RELATES TO:

*Citizens for Consumer, et al v. Abbott
Laboratories, et al*

------------------------------------------------------------x

MDL No. 1456
Civil Action No. 01-12257-PBS

Judge Patti B. Saris

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW Joseph W. Steele, of STEELE & BIGGS, LLC, Special Assistant Attorney General, on behalf of the State of Utah, and hereby withdraws as counsel for Citizens for Consumer, et al v. Abbott Laboratories, et al for the reason that this matter has been sent back to the Third Judicial District Court of Salt Lake County, State of Utah, Case No. 070915690.

Dated: September 4, 2009.

                              Respectfully submitted,
                              JOSEPH W. STEELE
                              SPECIAL DEPUTY ATTORNEY GENERAL
                              STATE OF UTAH

By: _____
      JOSEPH W. STEELE
      Special Deputy Attorney General
      Steele & Biggs, LLC
      5664 So. Green Street
      Salt Lake City, Utah 84123
      Telephone: (801) 266-0999
      Facsimile: (801) 266-1338
      jwsteele5@att.net

NOTICE OF WITHDRAWAL OF COUNSEL - 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 3 day of September, 2009, I caused an electronic copy of the foregoing document to be served through the CM/ECF system to the parties or counsel, reflected on the Notice of Electronic Filing.

        JOSEPH W. STEELE
        SPECIAL DEPUTY ATTORNEY GENERAL
        STATE OF UTAH

By: _____
        JOSEPH W. STEELE
        Special Deputy Attorney General
        Steele & Biggs, LLC