**EXHIBIT 3**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) THIS DOCUMENT RELATES TO: ) State of California, *ex rel.* Ven-A-Care v. ) Abbott Laboratories Inc, *et al.* ) Case No. 03-cv-11226-PBS ) ) | MDL No. 1456 Master File No.  01-12257-PBS Judge Patti B. Saris |

**PLAINTIFFS' INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) TO DEFENDANTS MYLAN LABORATORIES INC./MYLAN PHARMACEUTICALS INC.**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Rule 26.2(A) of the Local Rules of the United States District Court for the District of Massachusetts, the State of California ("California") and Ven-A-Care of the Florida Keys, Inc. ("Relator") (collectively "Plaintiffs"), hereby disclose the following information to Defendants Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc. ("Defendants"). Plaintiffs' disclosures are based on information reasonably available to them as of this date.  Plaintiffs reserve the right to supplement, amend, or modify these disclosures as additional information becomes available. By making these disclosures, Plaintiffs neither represent that they have identified every document, tangible thing or witness possibly relevant to this litigation, nor waive their right to object to the production of any document or tangible thing disclosed on the basis of any privilege, the work product doctrine, relevance, undue burden or any other valid objection.

Paragraphs A through C and the exhibits described therein address California's disclosures. Paragraph D and the exhibit described therein address Relator's disclosures.

1

**CERTIFICATE OF SERVICE**

I, Nicholas Paul, hereby certify that on August 1, 2007, I caused a true and correct copy of the foregoing to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated:  August 1, 2007                      /s/ *Nicholas Paul*              .
                                            NICHOLAS PAUL

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was sent via Federal Express on this 1st day of August, 2007 to the following:

>William A. Escobar
>Neil Merkl
>Christopher C. Palermo
>Carol Faherty
>KELLEY DRYE & WARREN LLP
>101 Park Avenue
>New York, New York  10178
>Tel:  (212) 808-7800
>Fax:  (212) 808-7897
>
>Counsel for Defendants
>Mylan Laboratories Inc. and Mylan Pharmaceuticals Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct.


Dated:  August 1, 2007                      /s/ *Nicholas Paul*              .
                                            NICHOLAS PAUL

# CALIFORNIA'S ATTACHMENT A

MDL 1456 - AWP Litigation
State of California's Initial Dislcosures
**Attachment A**

| NAME | TITLE | ADDRESS |
|---|---|---|
| Ahrens, Katherine | Pharmaceutical Consultant II, Pharmacy Policy Unit | 1501 Capitol Ave. Sacramento, CA  95814 |
| Ahrens, Tom | (Former) Pharmaceutical Consultant II, Pharmacy Policy Unit; (Current) Pharmaceutical Consultant II, Office of Emergency Preparedness | 1500 Capitol Ave. Sacramento, CA  95814 |
| Allen-Wats, Lydia | (Former) Program Technician, Pharmacy Policy Unit; (Current) Program Technician, Medi-Cal Eligibility Branch | 1501 Capitol Ave. Sacramento, CA  95814 |
| Amaral, Chris | Pharmaceutical Consultant II, Contracting Unit B | 1501 Capitol Ave. Sacramento, CA  95814 |
| Ashton, Elisa | Pharmaceutical Consultant II, Pharmacy Policy Unit | 1501 Capitol Ave. Sacramento, CA  95814 |
| August, Ken | (Former) Deputy Director, Office of Public Affairs; (Current) Special Projects, Office of Public Affairs | 1501 Capitol Ave. Sacramento, CA  95814 |
| Bayquen, Richard | (Former) Chief Deputy Director | Last Known Address: 1501 Capitol Ave. Sacramento, CA  95814 |
| Beach, Tod | (Former) Asst. Chief Counsel, Office of Legal Services, Medi-Cal Litigation | Last Known Address: 1501 Capitol Ave. Sacramento, CA  95814 |
| Belshé, Kimberly | (Former) Director, CDHS; (Current)  Director, Calif. Health and Human Services Agency | 1600 9th Street, Room 460 Sacramento, CA 95814 |
| Berk, Stephen | (Former) Pharmaceutical Consultant II, Pharmacy Policy Unit; (Current) Pharmaceutical Consultant II, Office of AIDs | 1616 Capitol Ave., Suite 616 Sacramento, CA 95814 |
| Bigham, Nancy | Analyst, Director's Office | 1501 Capitol Ave. Sacramento, CA  95814 |
| Bishop, Janet | (Former) Pharmacy Policy Unit | Last Known Address: 1501 Capitol Ave. Sacramento, CA  95814 |
| Blain, Raymond | (Former) Medical Consultant, Medical Policy Unit | Last Known Address: 1501 Capitol Ave. Sacramento, CA  95814 |