**EXHIBIT 6**

CA Dept of Health Care Services (Gorospe, PharmD, J. Kevin)                                December 3, 2008
Sacramento, CA

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

------------------------------X

IN RE PHARMACEUTICAL INDUSTRY   )

AVERAGE WHOLESALE PRICE         )   MDL No. 1456

LITIGATION                      )

------------------------------X

THIS DOCUMENT RELATES TO        )   Civil Action:

State of California, ex rel.    )   01-12258-PBS

Ven-A-Care v. Abbott            )

Laboratories, Inc., et al.      )

------------------------------X

--oOo--

WEDNESDAY, DECEMBER 3, 2008

--oOo--

VIDEOTAPED DEPOSITION OF

THE CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES

by J. KEVIN GOROSPE, Pharm.D.

--oOo--

Reported By:  CAROL NYGARD DROBNY, CSR No. 4018

Registered Merit Reporter

CA Dept of Health Care Services (Gorospe, PharmD, J. Kevin)                                    December 3, 2008
                              Sacramento, CA

Page 90

1         THE WITNESS:  Yes.
2    BY MR. ROBBEN:
3         Q.  When -- when was that?
4         A.  I believe it came up in the
5    Legislature.
6              The Legislature itself brought it up as
7    a -- as a potential in one of the past few budget
8    cycles.
9         Q.  So --
10        A.  I don't recall which.
11        Q.  But somewhat recently, last few years?
12        A.  Yes.
13            MR. ROBBEN:  Okay.  Let me show you a
14   document.
15            (Exhibit CA-Gorospe 002 was marked
16   for Identification.)
17            MR. ROBBEN:  If you can take a look at
18   that, I'll identify it for the record.
19            It's Gorospe Exhibit 2, and it's a
20   document that's Bates stamped CAG/DHS0075392
21   through 75408.
22            THE WITNESS:  Okay.

Page 91

1    BY MR. ROBBEN:
2         Q.  Okay.  Do you recognize this -- this
3    document?
4         A.  Yes.
5         Q.  What -- what is it?
6             Can you explain what it is?
7         A.  This document is an agenda or -- as it
8    says, a draft proposed agenda of a meeting which
9    then Governor Gray Davis directed the secretary,
10   Grantland Johnson, to initiate, which would bring
11   together several different stakeholder groups to
12   discuss potential changes to the Medi-Cal
13   Pharmacy Program that might lower overall costs
14   in the program.
15        Q.  Now, it says "Draft Agenda" for -- it
16   looks like a meeting on March 8th, 2000.
17            Do you know if the meeting actually did
18   go forward on that day?
19        A.  Yes.
20        Q.  And was the agenda discussed -- at
21   least similar to what's set out in the draft?
22        A.  Yes.

Page 92

1         Q.  If you could turn -- there's a --
2    there's a -- what looks like a PowerPoint, sort
3    of a reduced size PowerPoint, attached to this.
4             The first -- the first one, the first
5    PowerPoint, if you could turn to page 4 of it.
6             It's the Bates number 75397.
7             And do you see that there's three --
8    there's two slides there that -- that the title
9    is "Institute A Mandatory State Supplemental Drug
10   Rebate."
11            Do you see those?
12        A.  Yes.
13        Q.  Okay.  Were you at this presentation
14   when it was given?
15        A.  Yes.
16        Q.  Okay.  And what -- do you -- who -- the
17   slides on the couple of pages back appear to say
18   that Thomas Ahrens did this part of the
19   presentation.
20            Is that -- is that who gave the
21   presentation on this part?
22        A.  That is correct.

Page 93

1         Q.  And who was there as part -- at the
2    presentation other than you, and Ahrens, and
3    other people at Medi-Cal?
4         A.  I don't recall the various names of the
5    individuals, but it was a large number of
6    individuals, as many as 80.
7         Q.  It was the stakeholder groups that you
8    talked about?
9         A.  That is correct.
10        Q.  Was this a -- a discussion, or was it
11   more just a presentation?
12            In other words, was -- as you went
13   through the slides, as Mr. Ahrens went through
14   the slides, did the audience interact with him or
15   was it just he made the presentation?
16        A.  I believe the -- the nature of the
17   presentation was to -- was to do the
18   presentation, and then in order to -- to foster a
19   brainstorming session to follow.
20        Q.  And did that follow that day or was it
21   something that followed later in time -- or both?
22        A.  Both.

                                                           24 (Pages 90 to 93)