IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------------------------------x

In re: PHARMACEUTICAL INDUSTRY
AVERAGE WHOLESALE PRICE
LITIGATION

MDL No. 1456
Civil Action No. 01-12257-PBS

-----------------------------------------------------------x

THIS DOCUMENT RELATES TO:

Judge Patti B. Saris

*Citizens for Consumer, et al v. Abbott
Laboratories, et al*

-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF COUNSEL

COMES NOW Kenneth D. Lougee, of SIEGFRIED & JENSEN, Special Assistant

Attorney General, on behalf of the State of Utah, and hereby withdraws as counsel for

Citizens for Consumer, et al v. Abbott Laboratories, et al for the reason that this matter

has been sent back to the Third Judicial District Court of Salt Lake County, State of Utah,

Case No. 070915690.

Dated: September 4, 2009.

Respectfully submitted,
KENNETH D. LOUGEE
SPECIAL DEPUTY ATTORNEY GENERAL
STATE OF UTAH

By: _____
KENNETH D. LOUGEE
Special Deputy Attorney General
Steele & Biggs, LLC
5664 So. Green Street
Salt Lake City, Utah 84123
Telephone: (801) 266-0999
Facsimile: (801) 266-1338
kennethlougee@att.net

NOTICE OF WITHDRAWAL OF COUNSEL - 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _4th_ day of September, 2009, I caused an electronic copy of the foregoing document to be served through the CM/ECF system to the parties or counsel, reflected on the Notice of Electronic Filing.

KENNETH D. LOUGEE
SPECIAL DEPUTY ATTORNEY GENERAL
STATE OF UTAH

By: _____
KENNETH D. LOUGEE
Special Deputy Attorney General
Steele & Biggs, LLC