UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) Subcategory Case No. 03-10643 |
| THIS DOCUMENT RELATES TO:<br><br>   *The City of New York, et al.*<br><br>*v.*<br><br>   *Abbott Laboratories, et al.* | ) ) Judge Patti B. Saris ) ) Magistrate Judge Bowler ) ) ) |

**PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT MERCK & CO., INC.**

Plaintiffs, the City of New York and New York Counties respectfully move for entry of an order directing defendant Merck & Co., Inc. (hereinafter referred to as "Merck") to produce certain discovery.

Specifically, Merck refuses to produce all responsive documents and data for all Merck NDCs with spreads greater than 30%. Case Management Order No. 33 ("CMO #33") provides that plaintiffs are entitled to discovery on all drugs with spreads greater than 30%. *See* CMO #33, ¶ 7 [Docket No. 4745].

This motion is supported by the accompanying Memorandum in Support of Plaintiffs' Motion to Compel Discovery and Declaration of Harris L. Devor, C.P.A., dated September 4, 2009. A proposed form of order is annexed hereto.

1

Dated:  September 4, 2009

                              Respectfully submitted,

                              **KIRBY McINERNEY, LLP**
                              825 Third Avenue
                              New York, New York 10022
                              (212) 371-6600

                              /s/ Joanne M. Cicala_____
By:    Joanne M. Cicala, Esq.
            Kathryn B. Allen, Esq.

*Counsel for The City of New York and New York Counties in MDL 1456 except Nassau and Orange*

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

2

**Certification Pursuant to Local Rule 7.1**

The undersigned counsel certifies pursuant to Local Rule 7.1(a)(2) that she conferred with counsel for defendant on the issues raised in this motion and has not been able to reach agreement.

Dated:  September 4, 2009                              /s/ Joanne M. Cicala
                                                                        Joanne M. Cicala

**CERTIFICATE OF SERVICE**

I, Kathryn B. Allen, hereby certify that I caused a true and correct copy of the foregoing Plaintiffs' Motion to Compel Discovery from Defendant Merck & Co., Inc. to be served on counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated:  September 4, 2009

                                                                        /s/ Kathryn B. Allen
                                                                        Kathryn B. Allen

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.*<br>*v.*<br>*Abbott Laboratories, et al.* | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No. 03-10643<br><br>Judge Patti B. Saris<br><br>Magistrate Judge Bowler |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT MERCK & CO., INC.**

Having considered each of the parties' submissions with respect to Plaintiffs' Motion to Compel Discovery from Defendant Merck & Co., Inc. (hereinafter referred to as "Plaintiffs' Motion to Compel"), the Court hereby grants plaintiffs' motion.

It is hereby ordered that defendant Merck & Co., Inc. (hereinafter referred to as "Merck") shall produce forthwith all responsive discovery including transactional data and AMP data for all Merck drugs with spreads greater than 30% in Revised Exhibit B-24 to Plaintiffs' First Amended Consolidated Complaint ("FACC") and for all Merck drugs with annual average AMP to AWP spreads greater than 30% as shown in Exhibit A to the Declaration of Harris L. Devor in Support of Plaintiffs' Motion to Compel.  Merck shall make this production for all NDCs pertaining to the drugs listed in plaintiffs' Revised Exhibit B-24 to the FACC and in Plaintiffs' Motion to Compel that were owned or controlled by Merck during the period 1997 to 2005 inclusive, even if such NDCs are not listed in either exhibit.

Dated: _____                                                       _____

                                                                   Hon. Marianne B. Bowler
                                                                   United States Magistrate Judge