UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br>   *The City of New York, et al.* <br> *v.* <br>   *Abbott Laboratories, et al.* | ) <br> ) MDL NO. 1456 <br> ) Civil Action No. 01-12257-PBS <br> ) Subcategory Case No. 03-10643 <br> ) <br> ) Judge Patti B. Saris <br> ) <br> ) Magistrate Judge Bowler <br> ) <br> ) <br> ) |

**PLAINTIFFS' MOTION FOR PERMISSION TO FILE EXHIBITS TO THE DECLARATION OF HARRIS L. DEVOR IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT MERCK & CO., INC., UNDER SEAL**

Plaintiffs, the City of New York and New York Counties in MDL 1456 hereby move, pursuant to Local Rule 7.2 and ¶15 of the December 13, 2002 Protective Order in this case [Docket No. 276], and consistent with this Court's electronic order of May 20, 2009, for permission to file under seal the full, un-redacted version of Exhibit A to the Declaration of Harris L. Devor ("Devor Dec.") in Support of Plaintiffs' Motion to Compel Discovery from Defendant Merck & Co., Inc. (hereinafter referred to as "Merck"), sworn to September 4, 2009. This Exhibit contains information relating to defendant Merck's Average Manufacturer Prices ("AMPs") for the subject drugs for the period 1997 to 2005.  This Court has ruled that AMPs may be deemed "Highly Confidential" by defendants.  *See* May 20, 2009 Order.   Defendant Merck has designated the subject AMP data as "Highly Confidential" in the instant proceedings.

WHEREFORE, plaintiffs respectfully request that this Court enter an Order permitting plaintiffs to file under seal the un-redacted version of Exhibit A to the Devor Dec.

1

Dated: September 4, 2009

                        Respectfully submitted,

By:     /s/ Joanne M. Cicala_____
Joanne M. Cicala
Kathryn B. Allen
**KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

*Counsel for The City of New York and New York Counties in MDL 1456 except Nassau and Orange*

Ross B. Brooks, Esq.
MILBERG LLP
One Pennsylvania Plaza
New York, NY  10119
(212) 594-5300
*Special Counsel for the County of Nassau*

Theresa A. Vitello, Esq.
LEVY PHILLIPS &
KONIGSBERG, LLP
800 Third Avenue
New York, NY  10022
(212) 605-6205
*Counsel for the County of Orange*

**Local Rule 7.1(A)(2) Certification**

The undersigned counsel certifies that plaintiffs have conferred with counsel for defendant Merck and counsel assents to this motion.

Dated:  September 4, 2009 /s/ Joanne M. Cicala
Joanne M. Cicala

CERTIFICATE OF SERVICE

I, Kathryn B. Allen, hereby certify that I caused a true and correct copy of the foregoing to be served on counsel of record via electronic service pursuant to paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File and Serve for posting and notification to all parties.

Dated:  September 4, 2009

_____/s/_____
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue, 16th Floor
New York, NY 10022
(212) 371-6600