**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| In Re:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | MDL DOCKET NO. 1456 |
| _____ | ) ) | Master File No. 01-CV-12257 Subcategory Case No. 06-CV-11337 |
| THIS DOCUMENT RELATES TO: | ) ) | Judge Patti B. Saris |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.* Civil Action No. 06-CV-11337 | ) ) ) ) | Magistrate Judge Marianne B. Bowler |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.* Civil Action No. 05-CV-11084 | ) ) ) ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.* Civil Action No. 07-CV-10248 | ) ) ) | |

**DEFENDANTS' CROSS MOTION TO ADJUST BRIEFING AND ARGUMENT
SCHEDULE**

**-AND-**

**RESPONSE TO PLAINTIFFS' MOTION TO ENLARGE TIME FOR
PLAINTIFFS' SUMMARY JUDGMENT REPLIES AND SUR-REPLIES**

Contrary to Plaintiffs' statements, Defendants do not object to allowing Plaintiffs an additional week to file their summary judgment-related replies and sur-replies.  Defendants have always accommodated the Plaintiffs' request for additional time.  In this instance, however, Defendants believe that the extension Plaintiffs seek will place an undue strain on the Court, as it will leave very little time between the close of briefing and the October 20 date that is currently scheduled for a hearing on the various summary judgment motions in these three cases.

Defendants shared these concerns with Plaintiffs in writing and asked to have a conference call to discuss these issues and to work out a schedule.  Claiming that not a single person was available for such a call, the Department of Justice instead filed the instant motion.

If the Court is inclined to grant the Plaintiffs until September 22, 2009 to file their summary judgment replies and sur-replies, Defendants respectfully submit that the Court's order also should take into account several other related matters.  In particular, the Court has recently indicated that it (rather than Magistrate Judge Bowler) will hear the spoliation motions filed by Defendants.  In addition, the Court must address certain motions that are inextricably linked to the question of summary judgment – including *Daubert* motions directed to Plaintiffs' principal damages expert and original source motions filed by Defendants that challenge this Court's subject matter jurisdiction.  (*See* Dkt. Nos. 6175, 6209-10, 6196-97, 6179-83).  Briefing on the spoliation motions is complete, but (at Plaintiffs' request) briefing on the *Daubert* and original source motions will not be completed until mid-November.  Given that Plaintiffs' requested extension will cut into the already limited time that the Court has between the close of summary judgment briefing and the October 20 hearing, Defendants submit that the better course is to fashion a new schedule that more reasonably addresses the many issues currently pending in these cases.  Specifically, the Court should:

- Extend the Plaintiffs' deadlines to file their summary judgment replies and sur-replies by one week to September 22, 2009;

- Extend the time for Defendants to file their sur-replies in opposition to Plaintiffs' Cross Motions for Summary Judgment similarly by one week, making them due October 12, 2009;

- Schedule at least two hours of argument relating to the *Daubert* and original source motions, which bear directly on summary judgment issues, on a date after briefing on those motions will be completed;

- Re-schedule the hearing as to the pending motions for summary judgment to a date shortly after the *Daubert* and original source motions are argued; and

- Use the hearing currently scheduled for Oct. 20, 2009 to address Defendants' spoliation motions (Dkt. Nos. 6096-97; 6109-10; 6254-55).

Dated:  September 8, 2009

Respectfully submitted,


/s/ Sarah L. Reid
Paul F. Doyle (BBO # 133460)
Sarah L. Reid
Neil Merkl
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Counsel for Defendants Dey, Inc.,*
*Dey L.P., Inc. and Dey, L.P.*

/s/ John W. Reale
Helen E. Witt, P.C.
Anne M. Sidrys, P.C.
Eric T. Gortner
John W. Reale
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL  60654
Telephone:     (312) 862 2000
Facsimile:      (312) 862 2200

*Counsel for Defendants*
*Boehringer Ingelheim Corp.,*
*Boehringer Ingelheim Pharmaceuticals, Inc.,*
*Boehringer Ingelheim Roxane, Inc., and*
*Roxane Laboratories, Inc.*

/s/ Brian J. Murray
James R. Daly
Tina M. Tabacchi
Jason G. Winchester
JONES DAY
77 W. Wacker Dr., Suite 3500
Chicago, Illinois  60601-1692
Telephone: (312) 782-3939
Facsimile:  (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C.  20001-2113
Telephone:  (202) 879-3939
Fax:  (202) 626-1700

*Counsel for Abbott Laboratories Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 8, 2009, a true and correct copy of the foregoing **DEFENDANTS' CROSS MOTION TO ADJUST BRIEFING AND ARGUMENT SCHEDULE AND RESPONSE TO PLAINTIFFS' MOTION TO ENLARGE TIME FOR PLAINTIFFS' SUMMARY JUDGMENT REPLIES AND SUR-REPLIES** was served upon all counsel of record electronically by causing this motion to be posted via Lexis-Nexis.

/s/ Brian J. Murray