# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No. 03-10643 |
| THIS DOCUMENT RELATES TO:<br><br>   *The City of New York, et al.*<br>*v.*<br>   *Abbott Laboratories, et al.* | Judge Patti B. Saris<br><br>Magistrate Judge Bowler |

### PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANTS SCHERING CORPORATION AND SCHERING-PLOUGH CORPORATION

Plaintiffs, the City of New York and New York Counties, respectfully move for entry of an order directing defendants Schering Corporation and Schering-Plough Corporation (hereinafter referred to as "Schering") to produce certain discovery.

Specifically, Schering refuses to produce all responsive documents and data for all at-issue Schering drugs/NDCs with AMP/AWP spreads that Schering's own expert has found to be greater than 30% on an annual basis. Case Management Order No. 33 ("CMO #33") and the September 2008 Order of this Court on Schering's motion for a protective order both provide that plaintiffs are entitled to discovery on all drugs with spreads greater than 30%. *See* CMO #33, ¶ 7 [Docket No. 4745] and September 2008 Order [Docket No. 5605].

This motion is supported by the accompanying Memorandum in Support of Plaintiffs' Motion to Compel Discovery, and the exhibits thereto.

Dated:  September 9, 2009

                                  Respectfully submitted,

                                  **KIRBY McINERNEY, LLP**
                                  825 Third Avenue
                                  New York, New York 10022
                                  (212) 371-6600

                                  /s/ Joanne M. Cicala_____
                      By:   Joanne M. Cicala, Esq.
                                  Kathryn B. Allen, Esq.

                                  *Counsel for The City of New York and New York Counties in MDL 1456 except Nassau and Orange*

                                  Ross B. Brooks, Esq.
                                  MILBERG LLP
                                  One Pennsylvania Plaza
                                  New York, NY  10119
                                  (212) 594-5300
                                  *Special Counsel for the County of Nassau*

                                  Theresa A. Vitello, Esq.
                                  LEVY PHILLIPS &
                                  KONIGSBERG, LLP
                                  800 Third Avenue
                                  New York, NY  10022
                                  (212) 605-6205
                                  *Counsel for the County of Orange*

**Certification Pursuant to Local Rule 7.1**

The undersigned counsel certifies pursuant to Local Rule 7.1(a)(2) that he conferred with counsel for defendants on the issues raised in this motion and has not been able to reach agreement.

Dated:  September 9, 2009                     /s/ Michael Winget Hernandez
                                              Michael Winget-Hernandez

## CERTIFICATE OF SERVICE

I, Kathryn B. Allen, hereby certify that I caused a true and correct copy of the foregoing Plaintiffs' Motion to Compel Discovery from Defendants Schering Corporation and Schering-Plough Corporation to be served on counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated:  September 9, 2009

/s/ Kathryn B. Allen
Kathryn B. Allen