**Exhibit A**

**Schering Branded Drugs at issue in New York Counties Case for which Dr. Addanki has calculated AMP/AWP spreads in excess of 30% on an annual basis.[1]**

| NDC | Drug |
|-----|------|
| 00085056605 | CELESTONE SOLUSPAN 6MG/ML |
| 00085063401 | DIPROLENE 0.05% GEL |
| 00085063403 | DIPROLENE 0.05% GEL |
| 00085057502 | DIPROLENE 0.05% OINTMENT |
| 00085051701 | DIPROLENE AF 0.05% CREAM |
| 00085051704 | DIPROLENE AF 0.05% CREAM |
| 00085056701 | ELOCON 0.1% CREAM |
| 00085056702 | ELOCON 0.1% CREAM |
| 00085085401 | ELOCON 0.1% LOTION |
| 00085085402 | ELOCON 0.1% LOTION |
| 00085037001 | ELOCON 0.1% OINTMENT |
| 00085037002 | ELOCON 0.1% OINTMENT |
| 00085115303 | IMDUR 120MG TABLET SA |
| 00085330603 | IMDUR 30MG TABLET SA |
| 00085125401 | INTRON A 10MMU INJ PEN |
| 00085117902 | INTRON A 10MMU/ML KIT |
| 00085113301 | INTRON A 10MMU/ML VIAL |
| 00085111001 | INTRON A 18MMU VIAL |
| 00085123501 | INTRON A 5MMU INJECTION PEN |
| 00085116801 | INTRON A 6MMU/ML VIAL |
| 00085078710 | K-DUR 20 MEQ TABLET SA |
| 00085078701 | K-DUR 20MEQ TABLET SA |
| 00085078781 | K-DUR 20MEQ TABLET SA |
| 00085061302 | LOTRIMIN 1% CREAM |
| 00085080901 | LOTRISONE LOTION |
| 00085330530 | NITRO-DUR 0.1MG/HR PATCH |
| 00085330535 | NITRO-DUR 0.1MG/HR PATCH |
| 00085331030 | NITRO-DUR 0.2MG/HR PATCH |
| 00085331035 | NITRO-DUR 0.2MG/HR PATCH |
| 00085331530 | NITRO-DUR 0.3MG/HR PATCH |
| 00085331535 | NITRO-DUR 0.3MG/HR PATCH |
| 00085332030 | NITRO-DUR 0.4MG/HR PATCH |
| 00085332035 | NITRO-DUR 0.4MG/HR PATCH |

[1] *See* Addanki 2008 Analysis; Addanki 2009 Analysis; Rev. Exhibit B to NY FACC [Dkt.No. 4754].

| | |
|---|---|
| 00085333030 | NITRO-DUR 0.6MG/HR PATCH |
| 00085333035 | NITRO-DUR 0.6MG/HR PATCH |
| 00085081930 | NITRO-DUR 0.8MG/HR PATCH |
| 00085081935 | NITRO-DUR 0.8MG/HR PATCH |
| 00085075204 | NORMODYNE 200MG TABLET |
| 00085130401 | PEG-INTRON 120MCG KIT |
| 00085127901 | PEG-INTRON 150MCG KIT |
| 00085136801 | PEG-INTRON 50MCG KIT |
| 00085129101 | PEG-INTRON 80MCG KIT |
| 00085129701 | PEG-INTRON REDIPEN 120 MCG |
| 00085137001 | PEG-INTRON REDIPEN 150 MCG |
| 00085132301 | PEG-INTRON REDIPEN 50 MCG |
| 00085131601 | PEG-INTRON REDIPEN 80 MCG |
| 00085020901 | PROVENTIL .83MG/ML SOLUTION |
| 00085020802 | PROVENTIL 5MG/ML SOLUTION |
| 00085061402 | PROVENTIL 90MCG INHALER |
| 00085113201 | PROVENTIL HFA 90MCG INHALER |
| 00085125202 | TEMODAR 250MG CAPSULE |
| 00085001204 | TRILAFON 5MG/ML AMPUL |