# EXHIBIT B

Exhibit 3
Percentage "Spreads"[1,2] between AWP and AMP
Branded Products Accused in New York Counties[3]
1997 - 2005

| Brand Name | 9-Digit NDC | Date Added to First DataBank | Date of First Gross Sales | Date of Last Gross Sales | 1997 | 1998 | 1999 | 2000 | 2001 (Percent) | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) | (m) | (n) |
| | | | | | % | % | % | % | % | % | % | % | % |
| Celestone Soluspan | 000850566 | 01/01/82 | 01/01/91 | 09/30/07 | 25.0 | 25.6 | 25.4 | 30.3 | 24.3 | 24.6 | 30.6 | 31.1 | 28.4 |
| Claritin | 000850458 | 04/14/93 | 04/15/93 | 04/03/07 | 23.2 | 22.9 | 22.8 | 23.7 | 24.7 | | | | |
| Claritin | 000850612 | 10/15/96 | 10/14/96 | 04/23/01 | 23.4 | 22.8 | | | | | | | |
| Claritin | 000851128 | 02/06/97 | 02/24/97 | 01/29/07 | 23.0 | 22.7 | 22.7 | 23.2 | 24.8 | | | | |
| Claritin | 000851223 | 05/25/99 | 04/20/99 | 04/03/07 | | | 22.7 | 23.4 | 25.0 | | | | |
| Claritin-D | 000850635 | 11/15/94 | 11/14/94 | 08/07/07 | 23.4 | 23.0 | 22.8 | 23.2 | 25.4 | | | | |
| Claritin-D | 000851233 | 12/07/98 | 12/01/98 | 01/31/04 | | | 22.6 | 23.2 | 25.2 | | | | |
| Diprolene | 000850517 | 03/19/87 | 01/01/91 | 09/27/07 | 26.8 | 26.3 | 26.5 | 27.4 | 28.1 | 29.3 | 31.2 | 40.8 | 37.3 |
| Diprolene | 000850575 | 08/07/83 | 01/01/91 | 09/27/07 | 25.7 | 25.5 | 24.4 | 26.4 | 27.1 | 27.6 | 34.8 | 63.1 | 32.5 |
| Diprolene | 000850634 | 12/05/91 | 12/01/91 | 12/20/06 | 27.4 | 27.7 | 27.7 | 28.5 | 29.9 | 32.2 | 33.2 | | |
| Diprolene | 000850962 | 05/19/88 | 01/01/91 | 09/27/07 | 22.9 | 22.7 | 22.8 | 23.5 | 24.2 | 24.1 | 29.4 | 29.3 | 29.5 |
| Elocon | 000850370 | 07/02/87 | 01/01/91 | 09/26/07 | 29.5 | 29.2 | 29.4 | 29.9 | 31.8 | 29.8 | 41.8 | 38.0 | 35.1 |
| Elocon | 000850567 | 07/02/87 | 01/01/91 | 09/30/07 | 29.9 | 29.4 | 29.8 | 29.5 | 30.7 | 32.4 | 36.2 | 36.9 | 35.8 |
| Elocon | 000850854 | 05/04/89 | 01/03/91 | 09/26/07 | 22.9 | 22.7 | 22.8 | 23.4 | 24.4 | 24.4 | 32.1 | 30.5 | 28.9 |
| Estinyl | 000850070 | 01/01/82 | 01/01/97 | 03/07/02 | 24.5 | 25.6 | 23.8 | 23.8 | 25.0 | | | | |
| Eulexin | 000850525 | 02/09/89 | 01/01/91 | 04/03/07 | 23.2 | 22.8 | 23.0 | 24.5 | 25.4 | 29.0 | 27.2 | 27.7 | 34.2 |
| Imdur | 000851153 | 05/05/95 | 05/10/95 | 11/07/06 | 22.7 | 23.1 | 23.7 | 29.4 | 36.7 | 27.9 | 33.7 | 28.4 | |
| Imdur | 000853306 | 12/26/95 | 01/09/96 | 12/20/06 | 22.7 | 22.9 | 24.8 | 35.3 | 48.2 | 27.9 | 28.5 | 29.7 | 29.7 |
| Intron A | 000850285 | 06/12/86 | 01/01/91 | 01/07/04 | 22.8 | 22.8 | 22.7 | 24.9 | 23.3 | 22.6 | | | |
| Intron A | 000850539 | 12/01/88 | 01/01/91 | 09/27/07 | 23.0 | 22.5 | 22.6 | 25.0 | 23.8 | 25.7 | 28.0 | 30.1 | 29.5 |
| Intron A | 000850571 | 06/12/86 | 01/01/91 | 09/28/07 | 19.9 | 24.4 | 23.3 | 25.5 | 23.9 | 26.2 | 28.2 | 29.9 | 29.6 |
| Intron A | 000850647 | 01/03/91 | 03/04/91 | 11/08/02 | 26.9 | 22.7 | 23.0 | 25.1 | 22.9 | | | | |
| Intron A | 000851110 | 12/19/95 | 12/06/95 | 09/26/07 | 22.6 | 22.7 | 22.7 | 25.2 | 24.4 | 26.0 | 28.8 | 30.1 | 29.5 |
| Intron A | 000851133 | 01/30/97 | 02/04/97 | 09/27/07 | 23.3 | 83.3 | 82.2 | 25.2 | 24.2 | 25.6 | 28.3 | 32.0 | 29.5 |
| Intron A | 000851168 | 01/30/97 | 02/04/97 | 09/27/07 | 22.6 | 22.8 | 22.8 | 25.2 | 24.6 | 25.5 | 29.3 | 30.3 | 29.5 |
| Intron A | 000851179 | 01/30/97 | 02/03/97 | 09/05/07 | 22.4 | 22.6 | 22.5 | 25.3 | 23.7 | 25.2 | 28.6 | 32.7 | 29.6 |
| Intron A | 000851191 | 01/30/97 | 02/03/97 | 12/12/02 | 22.6 | 22.7 | 22.6 | 25.4 | 22.8 | 22.6 | | | |
| Intron A | 000851235 | 07/14/98 | 07/07/98 | 09/27/07 | | | 22.8 | 25.3 | 24.3 | 25.1 | 28.9 | 30.2 | 29.5 |
| Intron A | 000851242 | 07/14/98 | 07/07/98 | 09/27/07 | | | 22.9 | 25.7 | 24.4 | 24.4 | 28.5 | 29.8 | 29.6 |
| Intron A | 000851254 | 07/14/98 | 07/07/98 | 09/26/07 | | | 22.7 | 25.0 | 24.7 | 24.9 | 28.5 | 30.2 | 29.7 |
| K-Dur | 000850263 | 01/22/87 | 01/01/91 | 09/05/07 | 23.0 | 22.9 | 22.6 | 24.5 | 25.5 | 24.5 | 23.9 | 30.0 | 29.3 |
| K-Dur | 000850787 | 01/22/87 | 01/01/91 | 09/05/07 | 23.5 | 23.0 | 22.9 | 24.5 | 25.5 | 27.6 | 37.6 | 30.2 | 30.0 |
| Lotrimin | 000850182 | 01/01/82 | 01/01/91 | 12/11/02 | 12.8 | 14.0 | 4.8 | 3.9 | 4.1 | | | | |
| Lotrimin | 000850613 | 01/01/82 | 01/01/91 | 10/09/02 | 51.7 | 52.4 | 54.1 | 56.8 | 42.7 | | | | |
| Lotrisone | 000850809 | 01/03/01 | 12/12/00 | 09/25/07 | | | | | 33.9 | 44.5 | 28.3 | 31.3 | 30.6 |
| Lotrisone | 000850924 | 07/01/84 | 01/01/91 | 09/27/07 | 25.2 | 24.9 | 24.9 | 26.4 | 25.0 | 29.7 | 27.8 | 30.0 | 42.8 |
| Nasonex | 000851197 | 10/16/97 | 10/14/97 | 03/21/07 | | | 23.1 | 23.9 | 29.8 | 31.5 | 30.5 | 36.6 | 50.0 |
| Nitro-Dur | 000850819 | 03/31/94 | 03/22/94 | 09/28/07 | 25.3 | 31.3 | 26.0 | 26.3 | 33.9 | 34.4 | 32.5 | 75.5 | 60.3 |
| Nitro-Dur | 000853305 | 01/29/87 | 01/01/91 | 09/27/07 | 267.4 | 37.3 | 31.2 | 28.4 | 31.5 | 34.0 | 31.2 | 50.2 | 43.1 |
| Nitro-Dur | 000853310 | 01/29/87 | 01/01/91 | 09/26/07 | 26.5 | 30.7 | 26.7 | 27.7 | 34.4 | 34.8 | 32.6 | 61.6 | 96.1 |
| Nitro-Dur | 000853315 | 01/29/87 | 01/01/91 | 09/27/07 | 26.4 | 30.5 | 26.8 | 27.9 | 31.5 | 32.5 | 31.2 | 49.2 | 73.5 |
| Nitro-Dur | 000853320 | 01/29/87 | 01/01/91 | 09/27/07 | 26.3 | 29.5 | 26.2 | 27.0 | 31.8 | 32.7 | 30.6 | 45.1 | |
| Nitro-Dur | 000853330 | 01/29/87 | 01/01/91 | 09/26/07 | 31.7 | 30.4 | 30.3 | 29.3 | 27.7 | | | | |
| Normodyne | 000850752 | 08/24/84 | 01/01/91 | 02/08/02 | 38.1 | 37.3 | 35.2 | 35.1 | | | | | |
| Peg-Intron | 000851279 | 01/31/01 | 02/06/01 | 09/28/07 | | | | | 22.7 | 27.3 | 29.7 | 32.0 | 32.3 |
| Peg-Intron | 000851291 | 01/31/01 | 02/06/01 | 09/26/07 | | | | | 22.6 | 27.1 | 29.8 | 31.3 | 31.3 |
| Peg-Intron | 000851297 | 02/02/04 | 02/10/04 | 09/27/07 | | | | | | | | 31.9 | 31.2 |
| Peg-Intron | 000851304 | 01/31/01 | 02/06/01 | 09/27/07 | | | | | 23.0 | 27.1 | 29.6 | 31.8 | 32.1 |
| Peg-Intron | 000851316 | 02/02/04 | 02/10/04 | 09/27/07 | | | | | | | | 31.7 | 31.1 |
| Peg-Intron | 000851323 | 02/02/04 | 02/11/04 | 12/30/05 | | | | | | | | 31.6 | 31.9 |
| Peg-Intron | 000851368 | 01/31/01 | 02/06/01 | 09/27/07 | | | | | 22.8 | 27.2 | 28.7 | 30.5 | 30.9 |
| Peg-Intron | 000851370 | 02/02/04 | 02/16/04 | 09/27/07 | | | | | | | | 31.8 | 31.3 |

Page 1 of 2

Exhibit 3

Percentage "Spreads"[1,2] between AWP and AMP

Branded Products Accused in New York Counties[3]

1997 - 2005

| Brand Name | 9-Digit NDC | Date Added to First DataBank | Date of First Gross Sales | Date of Last Gross Sales | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (Percent) (j) | (k) | (l) | (m) | (n) |
| Permitil | 000850296 | 01/01/82 | 01/02/97 | 03/30/00 | 23.1 | 23.2 | 23.4 | 29.3 | 30.5 | 42.1 | | | |
| Proventil | 000850208 | 02/19/87 | 01/01/91 | 03/30/03 | 40.6 | 27.7 | 24.4 | 25.7 | 40.5 | 29.6 | | | |
| Proventil | 000850209 | 02/19/87 | 01/01/91 | 10/18/02 | 53.1 | 27.2 | 24.2 | 23.6 | 24.7 | | | | |
| Proventil | 000850431 | 06/25/87 | 01/01/91 | 04/22/02 | 23.2 | 22.7 | 22.3 | 23.6 | 23.4 | 29.7 | | | |
| Proventil | 000850614 | 01/01/82 | 01/01/91 | 09/27/07 | 27.5 | 23.9 | 23.6 | 24.1 | 23.4 | 30.9 | 28.5 | 29.3 | 31.6 |
| Proventil | 000851132 | 10/16/96 | 12/16/96 | 09/30/07 | 37.7 | 28.0 | 23.1 | 23.9 | 40.9 | 17.0 | 27.6 | 29.3 | 30.4 |
| Rebetron | 000851236 | 06/11/98 | 06/08/98 | 11/30/04 | | | 24.0 | 26.3 | 26.3 | 27.4 | 22.1 | 26.9 | |
| Rebetron | 000851241 | 06/11/98 | 06/08/98 | 05/08/03 | | | 26.7 | 28.2 | 28.7 | 28.0 | | | |
| Rebetron | 000851258 | 07/14/98 | 07/07/98 | 03/15/05 | | | 28.0 | 29.9 | 30.6 | 30.2 | 26.1 | 33.5 | |
| Teenodar | 000851244 | 08/19/99 | 08/23/99 | 09/19/07 | | | | 22.8 | 24.5 | 30.3 | 28.2 | 31.0 | 29.1 |
| Temodar | 000851248 | 08/19/99 | 08/23/99 | 09/28/07 | | | | 22.8 | 24.5 | 29.6 | 28.4 | 29.9 | 29.1 |
| Temodar | 000851252 | 08/19/99 | 08/23/99 | 09/10/07 | | | | 22.8 | 24.5 | 29.6 | 28.4 | 30.2 | 29.5 |
| Temodar | 000851259 | 08/19/99 | 08/23/99 | 08/27/07 | | | | 22.9 | 24.4 | | 28.5 | 30.2 | 29.0 |
| Theo-Dur | 000850584 | 01/22/87 | 01/01/91 | 02/17/02 | 43.4 | 32.8 | 34.8 | 34.0 | | | | | |
| Trilafon | 000850012 | 01/01/82 | 01/02/97 | 09/16/02 | 27.1 | 29.0 | 28.2 | 31.8 | 35.0 | | | | |
| Trilafon | 000850363 | 01/01/82 | 01/01/97 | 05/17/00 | 22.6 | 23.7 | 22.5 | | | | | | |
| Vancenase | 000850641 | 01/01/82 | 01/01/91 | 01/26/01 | 21.8 | 19.9 | 23.6 | | | | | | |
| Vancenase | 000851049 | 06/27/96 | 06/27/96 | 11/22/02 | 28.4 | 24.6 | 23.0 | 23.4 | 26.0 | 31.5 | | | |
| Vanceril | 000850736 | 01/01/82 | 01/01/91 | 04/03/07 | 24.3 | 23.8 | 23.1 | 26.2 | 24.7 | | | | |

Notes: - FDB package sizes for certain NDCs of Proventil and Trilafon were replaced with package sizes derived using implied package sizes from Medispan.

[1] "Spreads", (AWP - AMP) / AMP, were calculated as the weighted average of "spreads", calculated at the 11-digit NDC level, across all accused NDCs within a 9-digit NDC. At the 11-digit NDC level, "spreads" were calculated separately for each period during the calendar year during which neither the AWP nor the AMP had changed. These "spreads" were then aggregated over the calendar year and across 11-digit NDCs using "Gross Sales Activity in the AMP-Related Classes of Trade" (see Note 4).

[2] A 9-digit NDC was considered to be effectively obsolete for a given quarter if its constituent 11-digit NDCs were all declared to be obsolete, discontinued, or converted to over-the-counter products, or if "Gross Sales Activity in the AMP-Related Classes of Trade" had fallen substantially (by 90 percent or more) in anticipation of such events. A 9-digit NDC was considered to be effectively obsolete for a given year if the first 11-digit NDC to be added to First DataBank (FDB) within the 9-digit NDC was added after June 30th of that year, there were gross sales for less than six months during that year, or the 9-digit NDC was effectively obsolete for at least three quarters of the year. Spreads were not calculated for years during which the 9-digit NDC was effectively obsolete or where the percent of sales at or near WAC was not calculated for the reasons indicated in Exhibit 6.

[3] "Branded Products Accused in New York Counties" include all Schering products listed in Exhibit B to Revised First Amended Consolidated Complaint, with the exception of Gyne-Lotrimin NDCs 00085067004 and 00085068711, for which sales data were not available.

[4] "Gross Sales Activity in the AMP-Related Classes of Trade" is defined as Total Gross Sales Activity, limited to the following classes of trade: 111, 121, 122, 123, 171, 172, 341, and 346. Total Gross Sales Activity is defined as direct sales with non-missing credit codes and contract sales from the indirect sales data. Gross sales exclude non-US transactions and transactions with either non-positive revenue or quantity.

Sources:
- Schering Sales Data.
- Medispan Data.
- First DataBank Data.
- Exhibit B to Revised First Amended Consolidated Complaint ("City_of_NY_and_New_York_Counties_Exhibit_B.xls").
- Schering AMP Data.
- PRNewswire, "Schering-Plough Aims To Make CLARITIN® Premier Brand In OTC Category, Establish CLARINEX® As Premier Brand In Prescription Category," March 8, 2002.
- Schering-Plough Corporation, Form 10-K, for the fiscal year ended December 31, 2001, Item 1.
- Schering-Plough Corporation, Form 8-K, Exhibit 99.1, "Schering-Plough Reports Sales, Earnings For 2002 Third Quarter," October 24, 2002.