# EXHIBIT C

Exhibit 3
Percentage "Spreads"[1,2] between AWP and AMP
Accused Branded Products[3]
1997 - 2003

| Brand Name | 9-Digit NDC | Date Added to First DataBank | Date of First Gross Sales | Date of Last Gross Sales | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) |
|  |  |  |  |  | % | % | % | (Percent) % | % | % | % |
| Cedax | 000850691 | 01/08/96 | 01/19/96 | 02/17/00 | 22.7 | 23.1 | 22.6 |  |  |  |  |
| Cedax | 000850777 | 01/08/96 | 01/19/96 | 02/22/00 | 25.1 | 26.2 | 25.2 |  |  |  |  |
| Cedax | 000850834 | 01/27/97 | 02/18/97 | 01/19/00 | 25.7 | 27.4 | 27.3 |  |  |  |  |
| Celestone Soluspan | 000850011 | 01/01/82 | 01/01/91 | 11/27/01 | 22.2 | 22.8 | 19.9 | 10.8 | 23.2 |  |  |
| Celestone Soluspan | 000850566 | 01/01/82 | 01/01/91 | 09/30/07 | 25.0 | 25.6 | 25.4 | 30.3 | 24.3 | 24.6 | 30.6 |
| Celestone Soluspan | 000850942 | 01/01/82 | 01/01/91 | 09/26/07 | 22.8 | 23.5 | 22.0 | 20.7 | 26.0 | 24.9 | 28.7 |
| Clarinex | 000851264 | 12/26/01 | 01/02/02 | 09/30/07 |  |  |  |  |  | 24.3 | 28.3 |
| Clarinex | 000851280 | 05/21/03 | 05/21/03 | 08/02/07 |  |  |  |  |  |  |  |
| Clarinex | 000851334 | 12/22/04 | 01/11/05 | 09/26/07 |  |  |  |  |  |  | 31.2 |
| Claritin | 000850458 | 04/14/93 | 04/15/93 | 04/03/07 | 23.2 | 22.9 | 22.8 | 23.7 | 24.7 |  |  |
| Claritin | 000850612 | 10/15/96 | 10/14/96 | 04/23/01 | 23.4 | 22.8 | 22.7 | 23.2 | 24.8 |  |  |
| Claritin | 000851128 | 02/06/97 | 02/24/97 | 01/29/07 | 23.0 | 22.7 | 22.7 | 23.4 | 25.0 |  |  |
| Claritin | 000851223 | 05/25/99 | 04/20/99 | 04/03/07 |  |  |  | 23.2 | 25.4 |  |  |
| Claritin D | 000850635 | 11/15/94 | 11/14/94 | 08/07/07 | 23.4 | 23.0 | 22.8 |  |  |  |  |
| Claritin D | 000850640 | 08/27/96 | 08/26/96 | 09/24/99 | 23.0 | 22.9 |  |  |  |  |  |
| Claritin D | 000851233 | 12/07/98 | 12/01/98 | 01/31/04 |  |  | 22.6 | 23.2 | 25.2 |  |  |
| Diprolene | 000850517 | 03/19/87 | 01/01/91 | 09/27/07 | 26.8 | 26.3 | 26.5 | 27.4 | 28.1 | 29.3 | 31.9 |
| Diprolene | 000850575 | 08/07/83 | 01/01/91 | 09/27/07 | 25.7 | 25.5 | 24.4 | 26.4 | 27.1 | 27.6 | 34.8 |
| Diprolene | 000850634 | 12/05/91 | 12/01/91 | 12/20/06 | 27.4 | 27.7 | 27.7 | 28.5 | 29.9 | 32.2 | 33.2 |
| Diprolene | 000850962 | 05/19/88 | 01/01/91 | 09/27/07 | 22.9 | 22.7 | 22.8 | 23.5 | 24.2 | 24.1 | 29.4 |
| Diprosone | 000850475 | 01/01/82 | 01/01/91 | 04/12/00 | 21.0 | 22.5 | 22.9 |  |  |  |  |
| Diprosone | 000850853 | 01/01/82 | 01/01/91 | 12/06/01 | 28.4 | 34.6 | 31.8 | 33.2 | 6.0 |  |  |
| Elocon | 000850370 | 07/02/87 | 01/01/91 | 09/26/07 | 29.5 | 29.2 | 29.4 | 29.9 | 31.8 | 29.8 | 41.8 |
| Elocon | 000850567 | 07/02/87 | 01/01/91 | 09/30/07 | 29.9 | 29.4 | 29.8 | 29.5 | 30.7 | 32.4 | 36.2 |
| Elocon | 000850854 | 05/04/89 | 01/01/91 | 09/26/07 | 22.9 | 22.7 | 22.8 | 23.4 | 24.4 | 24.4 | 32.1 |
| Eulexin | 000850525 | 02/09/89 | 01/01/91 | 04/03/07 | 23.2 | 22.8 | 23.0 | 24.5 | 25.4 |  |  |
| Foradil | 000851401 | 06/25/03 | 03/11/03 | 09/29/07 |  |  |  |  |  |  | 28.6 |
| Foradil | 000851402 | 07/16/03 | 06/02/03 | 09/30/07 |  |  |  |  |  |  |  |
| Fulvicin | 000850496 | 01/01/82 | 01/01/91 | 10/24/02 | 24.6 | 23.4 | 22.5 | 23.2 | 24.7 | 28.7 |  |
| IMDUR | 000851153 | 05/05/95 | 05/10/95 | 11/07/06 | 22.9 | 23.2 | 23.9 | 29.7 | 37.3 | 28.9 | 33.9 |
| IMDUR | 000853306 | 12/26/95 | 01/09/96 | 12/20/06 | 23.1 | 23.3 | 25.7 | 37.1 | 50.0 | 30.3 | 28.7 |
| IMDUR | 000854110 | 08/30/93 | 09/07/93 | 12/20/06 | 23.3 | 23.2 | 26.6 | 37.2 | 53.8 |  | 29.1 |
| Intron A | 000850120 | 06/12/86 | 01/01/91 | 07/11/03 | 22.9 | 23.2 | 22.6 | 25.4 | 24.0 | 22.6 |  |
| Intron A | 000850285 | 06/12/86 | 01/01/91 | 01/07/04 | 22.8 | 22.8 | 22.7 | 24.9 | 23.3 | 22.6 |  |
| Intron A | 000850539 | 12/01/88 | 01/01/91 | 09/27/07 | 23.0 | 22.5 | 22.6 | 25.0 | 23.8 | 25.7 | 28.0 |
| Intron A | 000850571 | 06/12/86 | 01/01/91 | 09/28/07 | 27.5 | 24.4 | 23.3 | 25.5 | 23.9 | 26.2 | 28.2 |
| Intron A | 000850647 | 06/12/86 | 01/01/91 | 11/08/02 | 25.4 | 22.6 | 23.0 | 25.1 | 22.9 |  |  |
| Intron A | 000850689 | 08/10/92 | 07/27/92 | 06/24/96 |  |  |  |  |  |  |  |
| Intron A | 000850769 | 05/18/93 | 05/19/93 | 11/21/97 |  |  |  |  |  |  |  |
| Intron A | 000850923 | 05/18/93 | 05/19/93 | 01/13/98 |  |  |  |  |  |  |  |

Page 1 of 4

Exhibit 3
Percentage "Spreads"[1,2] between AWP and AMP
Accused Branded Products[3]
1997 - 2003

| Brand Name | 9-Digit NDC | Date Added to First DataBank | Date of First Gross Sales | Date of Last Gross Sales | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) (Percent) | (j) | (k) | (l) |
| Intron A | 000850953 | 01/27/95 | 01/30/95 | 08/19/97 | | | | | | | |
| Intron A | 000851110 | 12/19/95 | 12/06/95 | 09/26/07 | 22.6 | 22.7 | 22.7 | 25.2 | 24.4 | 26.0 | 28.8 |
| Intron A | 000851133 | 01/30/97 | 02/04/97 | 09/27/07 | 23.3 | 83.3 | 82.2 | 25.2 | 24.2 | 25.6 | 28.3 |
| Intron A | 000851168 | 01/30/97 | 02/04/97 | 09/27/07 | 22.6 | 22.8 | 22.8 | 25.2 | 24.6 | 25.5 | 29.3 |
| Intron A | 000851179 | 01/30/97 | 02/03/97 | 09/05/07 | 22.4 | 22.6 | 22.6 | 25.3 | 23.7 | 25.2 | 28.6 |
| Intron A | 000851184 | 01/30/97 | 07/22/96 | 03/20/03 | 22.6 | 22.8 | 22.9 | 25.5 | 24.3 | 22.9 | |
| Intron A | 000851191 | 01/30/97 | 02/03/97 | 12/12/02 | 22.6 | 22.7 | 22.6 | 25.4 | 22.8 | 22.6 | |
| Intron A | 000851235 | 07/14/98 | 07/07/98 | 09/27/07 | | | 22.8 | 25.3 | 24.3 | 25.1 | 28.9 |
| Intron A | 000851242 | 07/14/98 | 07/07/98 | 09/27/07 | | | 22.9 | 25.7 | 24.4 | 24.4 | 28.5 |
| Intron A | 000851254 | 07/14/98 | 07/07/98 | 09/26/07 | | | 22.7 | 25.0 | 24.7 | 24.9 | 28.5 |
| K-Dur | 000850263 | 01/22/87 | 01/01/91 | 09/05/07 | 23.0 | 22.9 | 22.6 | 24.5 | 25.5 | 24.5 | 23.9 |
| K-Dur | 000850787 | 01/22/87 | 01/01/91 | 09/05/07 | 23.5 | 23.0 | 22.9 | 24.5 | 25.5 | 27.6 | 37.6 |
| Lotrimin | 000850182 | 01/01/82 | 01/01/91 | 08/14/03 | 27.2 | 25.7 | 22.6 | 23.7 | 26.8 | | |
| Lotrimin | 000850613 | 01/01/82 | 01/01/91 | 10/09/03 | 24.2 | 24.3 | 30.8 | 28.8 | 20.5 | | |
| Lotrimin | 000850707 | 04/29/84 | 01/01/91 | 02/03/04 | 22.8 | 22.9 | 22.7 | 24.3 | 25.4 | | |
| Lotrisone | 000850809 | 01/03/01 | 12/12/00 | 09/25/07 | | | | | 33.9 | 44.5 | 28.3 |
| Lotrisone | 000850924 | 07/01/84 | 01/01/91 | 09/27/07 | 25.2 | 24.9 | 24.9 | 26.4 | 25.0 | | 27.8 |
| Nasonex | 000851197 | 10/16/97 | 10/14/97 | 03/21/07 | | | 23.1 | 23.9 | | 29.7 | |
| Nasonex | 000851288 | 12/17/04 | 12/20/04 | 09/30/07 | | | | | | | |
| Nitro-Dur | 000850819 | 03/31/94 | 03/22/94 | 09/28/07 | 25.3 | 31.3 | 26.0 | 26.3 | 29.8 | 31.5 | 30.5 |
| Nitro-Dur | 000853305 | 01/29/87 | 01/01/91 | 09/27/07 | 267.4 | 37.3 | 31.2 | 28.4 | 33.9 | 34.4 | 32.5 |
| Nitro-Dur | 000853310 | 01/29/87 | 01/01/91 | 09/26/07 | 26.5 | 30.7 | 26.7 | 27.7 | 31.5 | 34.0 | 31.2 |
| Nitro-Dur | 000853315 | 01/29/87 | 01/01/91 | 09/27/07 | 26.4 | 30.5 | 26.8 | 27.9 | 34.4 | 34.8 | 32.6 |
| Nitro-Dur | 000853320 | 01/29/87 | 01/01/91 | 09/27/07 | 26.3 | 29.5 | 26.2 | 27.0 | 31.5 | 32.5 | 31.2 |
| Nitro-Dur | 000853330 | 01/29/87 | 01/01/91 | 09/26/07 | 31.7 | 30.4 | 30.3 | 29.3 | 31.8 | 32.7 | 30.6 |
| Normodyne | 000850244 | 05/30/85 | 01/01/91 | 02/20/02 | 24.1 | 24.9 | 24.6 | 25.4 | 111.6 | | |
| Normodyne | 000850362 | 01/12/89 | 01/01/91 | 05/15/03 | 135.4 | 158.6 | 92.4 | 74.1 | 59.4 | 30.7 | |
| Normodyne | 000850438 | 08/24/84 | 01/01/91 | 02/27/02 | 23.5 | 23.6 | 23.0 | 23.4 | 20.5 | | |
| Normodyne | 000850752 | 08/24/84 | 01/01/91 | 02/08/02 | 24.4 | 24.3 | 23.7 | 24.7 | 22.9 | | |
| Peg Intron | 000851279 | 01/31/01 | 02/06/01 | 09/28/07 | | | | | 22.7 | 27.3 | 29.7 |
| Peg Intron | 000851291 | 01/31/01 | 02/06/01 | 09/26/07 | | | | | 22.6 | 27.1 | 29.8 |
| Peg Intron | 000851297 | 02/02/04 | 02/10/04 | 09/27/07 | | | | | | | |
| Peg Intron | 000851304 | 01/31/01 | 02/06/01 | 09/27/07 | | | | | 23.0 | 27.1 | 29.6 |
| Peg Intron | 000851316 | 02/02/04 | 02/10/04 | 09/27/07 | | | | | | | |
| Peg Intron | 000851368 | 01/31/01 | 02/06/01 | 09/27/07 | | | | | 22.8 | 27.2 | 28.7 |
| Peg Intron | 000851370 | 02/02/04 | 02/16/04 | 09/28/07 | | | | | | | |
| Proventil | 000850208 | 02/19/87 | 01/01/91 | 03/30/03 | 40.6 | 27.7 | 24.4 | 29.3 | 30.5 | 42.1 | |
| Proventil | 000850209 | 02/19/87 | 01/01/91 | 10/18/02 | 53.1 | 27.2 | 24.2 | 25.7 | 40.5 | 29.6 | |
| Proventil | 000850252 | 01/01/82 | 01/01/91 | 01/03/01 | 21.6 | 19.9 | 22.1 | 7.4 | | | |
| Proventil | 000850315 | 09/12/85 | 01/01/91 | 06/12/01 | 71.5 | 16.1 | 19.0 | 25.9 | | | |

Page 2 of 4

Exhibit 3
Percentage "Spreads"[1,2] between AWP and AMP
Accused Branded Products[3]
1997 - 2003

| Brand Name | 9-Digit NDC | Date Added to First DataBank | Date of First Gross Sales | Date of Last Gross Sales | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) |
|  |  |  |  |  |  |  |  | (Percent) |  |  |  |
| Proventil | 000850431 | 06/25/87 | 01/01/91 | 08/07/07 | 23.8 | 23.3 | 23.0 | 24.2 | 25.2 |  |  |
| Proventil | 000850573 | 01/01/82 | 01/01/91 | 11/06/01 | 21.3 | 23.1 | 21.8 | 14.0 | 25.8 |  |  |
| Proventil | 000850614 | 01/01/82 | 01/01/91 | 09/27/07 | 26.4 | 22.9 | 22.8 | 24.1 | 23.4 | 29.7 | 28.5 |
| Proventil | 000851132 | 10/16/96 | 12/16/96 | 09/30/07 | 37.7 | 28.0 | 23.1 | 23.9 | 40.9 | 30.9 | 27.6 |
| Proventil | 000851806 | 10/01/02 | 10/04/02 | 09/25/07 |  |  |  |  |  |  | 28.2 |
| Rebetol | 000851194 | 10/04/01 | 10/08/01 | 09/25/07 |  |  |  |  |  | 29.1 | 31.5 |
| Rebetol | 000851327 | 10/04/01 | 10/11/01 | 09/20/07 |  |  |  |  |  | 29.7 | 31.8 |
| Rebetol | 000851351 | 10/04/01 | 10/08/01 | 09/25/07 |  |  |  |  |  | 29.4 | 32.9 |
| Rebetol | 000851385 | 10/04/01 | 10/08/01 | 09/25/07 |  |  |  |  |  | 29.3 | 33.9 |
| Rebetron | 000851236 | 06/11/98 | 06/08/98 | 11/30/04 |  |  | 23.0 | 24.4 | 24.8 | 16.0 | 20.9 |
| Rebetron | 000851241 | 06/11/98 | 06/08/98 | 05/08/03 |  |  | 23.1 | 24.9 | 25.8 | 24.5 |  |
| Rebetron | 000851258 | 07/14/98 | 07/07/98 | 03/15/05 |  |  | 23.1 | 25.1 | 26.1 | 22.8 | 21.4 |
| Sebizon | 000850600 | 01/01/82 | 01/01/91 | 10/16/00 | 22.4 | 22.6 | 22.9 | 21.9 |  |  |  |
| Solganal | 000850460 | 01/01/82 | 01/01/91 | 10/02/02 | 23.0 | 22.7 | 22.9 | 22.7 | 24.4 |  |  |
| Temodar | 000851244 | 08/19/99 | 08/23/99 | 09/19/07 |  |  |  | 22.8 | 24.5 | 30.2 | 28.2 |
| Temodar | 000851248 | 08/19/99 | 08/23/99 | 09/28/07 |  |  |  | 22.8 | 24.5 | 30.3 | 28.4 |
| Temodar | 000851252 | 08/19/99 | 08/23/99 | 09/10/07 |  |  |  | 22.8 | 24.5 | 29.6 | 28.4 |
| Temodar | 000851259 | 08/19/99 | 08/23/99 | 08/27/07 |  |  |  | 22.9 | 24.4 | 29.6 | 28.5 |
| Theo-Dur | 000850381 | 01/22/87 | 01/01/91 | 05/14/96 |  |  |  |  |  |  |  |
| Theo-Dur | 000850487 | 01/22/87 | 01/01/91 | 10/16/00 | 55.6 | 32.6 | 23.4 | 24.9 |  |  |  |
| Theo-Dur | 000850584 | 01/22/87 | 01/01/91 | 04/22/02 | 33.0 | 23.2 | 23.9 | 22.7 |  |  |  |
| Theo-Dur | 000850620 | 01/22/87 | 01/01/91 | 07/06/95 |  |  |  |  |  |  |  |
| Theo-Dur | 000850806 | 08/06/87 | 01/01/91 | 03/08/02 | 30.6 | 23.0 | 23.2 | 20.5 |  |  |  |
| Theo-Dur | 000850875 | 01/29/87 | 01/01/91 | 02/14/96 |  |  |  |  |  |  |  |
| Theo-Dur | 000850928 | 01/22/87 | 01/01/91 | 12/06/95 |  |  |  |  |  |  |  |
| Theo-Dur | 000850933 | 01/22/87 | 01/01/91 | 03/08/02 | 35.1 | 24.0 | 24.4 | 26.9 |  |  |  |
| Trinalin | 000850703 | 01/01/82 | 01/01/91 | 09/24/03 | 22.8 | 22.6 | 22.5 | 22.5 | 24.9 | 23.1 |  |
| Vancenase | 000850041 | 01/01/82 | 01/01/91 | 01/26/01 | 25.4 | 27.0 | 24.1 |  |  |  |  |
| Vancenase | 000850259 | 12/17/87 | 01/01/91 | 09/22/98 |  |  |  |  |  |  |  |
| Vancenase | 000850649 | 07/20/92 | 07/01/92 | 11/06/02 | 25.3 | 23.7 | 23.0 | 27.4 | 32.7 |  |  |
| Vancenase | 000851049 | 06/27/96 | 06/27/96 | 11/22/02 | 28.4 | 24.6 | 23.0 | 23.4 | 26.0 |  |  |
| Vanceril | 000850736 | 01/01/82 | 01/01/91 | 04/03/07 | 24.3 | 23.8 | 23.1 | 26.2 | 24.7 | 31.5 |  |
| Vanceril | 000851112 | 12/26/96 | 12/27/96 | 05/02/03 | 24.6 | 23.8 | 23.8 |  |  |  |  |

Notes: - FDB package sizes for certain NDCs of Proventil and Vanceril were replaced with package sizes derived using implied package sizes from Medispan.

[1] "Spreads", (AWP - AMP) / AMP, were calculated as the weighted average of "spreads", calculated at the 11-digit NDC level, across all accused NDCs within a 9-digit NDC.  At the 11-digit NDC level, "spreads" were calculated separately for each period during the calendar year during which neither the AWP nor the AMP had changed.  These "spreads" were then aggregated over the calendar year and across 11-digit NDC "Gross Sales Activity in the AMP-Related Classes of Trade" (see Note 4).

Page 3 of 4

**Exhibit 3**
**Percentage "Spreads"[1,2] between AWP and AMP**
**Accused Branded Products[3]**
**1997 - 2003**

| Brand Name | 9-Digit NDC | Date Added to First DataBank | Date of First Gross Sales | Date of Last Gross Sales | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | (Percent) | | | |
| (a) | (b) | (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) | (l) |

[2] A 9-digit NDC was considered to be effectively obsolete for a given quarter if its constituent 11-digit NDCs were all declared to be obsolete, discontinued, or converted to over-the-counter products, or if "Gross Sales Activity in the AMP-Related Classes of Trade" had fallen substantially (by 90 percent or more) in anticipation of such events. A 9-digit NDC was considered to be effectively obsolete for a given year if the first 11-digit NDC to be added to First DataBank (FDB) within the 9-digit NDC was added after June 30th of that year, there were gross sales for less than six months during that year, or the 9-digit NDC was effectively obsolete for at least three quarters of the year. Spreads were not calculated for years during which the 9-digit NDC was effectively obsolete or where the percent of sales at or near WAC was not calculated for the reasons indicated in Exhibit 6.

[3] "Accused Branded Products" include all Schering products on NDC list "DOJ NDCs.xls".

[4] "Gross Sales Activity in the AMP-Related Classes of Trade" is defined as Total Gross Sales Activity, limited to the following classes of trade: 111, 121, 122, 123, 171, 172, 341, and 346. Total Gross Sales Activity is defined as direct sales with non-missing credit codes and contract sales from the indirect sales data. Gross sales exclude non-US transactions and transactions with either non-positive revenue or quantity.

Sources:
- "DOJ NDCs.xls".
- First DataBank Data.
- Medispan Data.
- PRNewswire, "Schering-Plough Aims To Make CLARITIN® Premier Brand In OTC Category, Establish CLARINEX® As Premier Brand In Prescription Category," March 8, 2002.
- Schering AMP Data.
- Schering Sales Data.
- Schering-Plough Corporation, Form 8-K, Exhibit 99.1, "Schering-Plough Reports Sales, Earnings For 2002 Third Quarter," October 24, 2002.
- Schering-Plough Corporation, Form 10-K, for the fiscal year ended December 31, 2001, Item 1.