Exhibit E

Michael Winget-Hernandez <m.winget.hernandez@gmail.com>

---

**City of New York and NY Counties**

---

Bueker, John P. <John.Bueker@ropesgray.com>                    Thu, Aug 27, 2009 at 7:01 PM
To: michael@winget-hernandez.com
Cc: Joanne Cicala <jcicala@kmllp.com>

Michael,

Would you be willing to return to me the disks that are corrupted so that our technicians can
analyze them in an attempt to determine the source of the problem?  That way, should we agree to
produce additional discovery, at least we will not have technical difficulties.

As I have said, we will be back to you next week with a more complete response to your discovery
request.

Best regards,

John


John P. Bueker
**ROPES & GRAY LLP**
T 617-951-7951 | M 617-548-3715 | F 617-235-0609
One International Place
Boston, MA 02110-2624
John.Bueker@ropesgray.com
www.ropesgray.com