# Exhibit F

Michael Winget-Hernandez <m.winget.hernandez@gmail.com>

**City of New York and NY Counties**

**Winget-Hernandez, LLC <m.winget.hernandez@gmail.com>**  Tue, Sep 1, 2009 at 1:39 PM
Reply-To: michael@winget-hernandez.com
To: "Bueker, John P." <John.Bueker@ropesgray.com>
Cc: Joanne Cicala <jcicala@kmllp.com>

Dear John

We'll get the defective disks back to you straight away but the larger question remains whether you are going to produce all responsive discovery for the Schering brand drugs for which your expert has identified over 30% annual spreads (as identified in my August 21 e-mail below).   Judge Saris' September 22, 2008 order makes clear that plaintiffs are entitled to discovery on these drugs.  I understand from your August 27, 2009 e-mail that you will be back to us this week with Schering's response.   We are relying on that timeframe and will hold off filing our motion to compel until we hear from you this week.

Thanks,

Michael

[Quoted text hidden]