UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION )<br>)<br>)<br>)<br>**THIS DOCUMENT RELATES TO:** )<br>)<br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.,* Civil Action No. 06-11337 )<br>)<br>)<br>)<br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey LP, et al.,* C.A. No. 05-11084 )<br>)<br>)<br>)<br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.,* Civil Action No. 07-10248-PBS ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO MODIFY BRIEFING AND ARGUMENT SCHEDULE**

Plaintiffs United States of America and Relator Ven-A-Care of the Florida Keys, Inc., hereby respond to the Motion to Modify Briefing and Argument Schedule collectively filed by Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals, Inc., Roxane Laboratories, Inc., and Roxane Laboratories, Inc., Dey, Inc., Dey L.P., Inc., and Dey L.P., and Abbott Laboratories, Inc. ("Defendants").

The Plaintiffs believe this case should move forward with the summary judgment hearing on October 20 as the Court scheduled. The oral argument on summary judgment may well streamline evaluation of Defendants' seven other motions, the majority of which will not be fully briefed until mid-November.

Respectfully submitted,

| | |
|---|---|
| For the United States of America, | JEFFREY H. SLOMAN<br>ACTING UNITED STATES ATTORNEY |
| MICHAEL K. LOUCKS<br>ACTING UNITED STATES ATTORNEY | SOUTHERN DISTRICT OF FLORIDA |
| | /s/ Ann M. St. Peter-Griffith |
| George B. Henderson, II | Mark A. Lavine |
| Barbara Healy Smith | Ann M. St. Peter-Griffith |
| James J. Fauci | Special Attorneys for the Attorney General |
| Assistant U.S. Attorneys | 99 N.E. 4th Street, 3rd Floor |
| John Joseph Moakley U.S. Courthouse | Miami, FL 33132 |
| Suite 9200, 1 Courthouse Way | Telephone: (305) 961-9003 |
| Boston, MA 02210 | Facsimile: (305) 536-4101 |
| Phone: (617) 748-3272 | |
| Fax: (617) 748-3971 | For the relator, Ven-A-Care of the Florida Keys, Inc., |
| TONY WEST | |
| ASSISTANT ATTORNEY GENERAL | |
| Joyce R. Branda | James J. Breen |
| Daniel R. Anderson | Alison W. Simon |
| Renée Brooker | The Breen Law Firm, P.A. |
| Justin Draycott | 3350 S.W. 148th Avenue, Suite 110 |
| Laurie A. Oberembt | Miramar, FL 33027 |
| Rebecca Ford | Phone: (954) 874-1635 |
| Trial Attorneys | Fax: (954) 874-1705 |
| Civil Division | |
| Commercial Litigation Branch | |
| P. O. Box 261 | |
| Ben Franklin Station | |
| Washington, D.C. 20044 | |
| Phone: (202) 514-3345 | |

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day caused an electronic copy of the above Response to Defendants' Motion to Modify Briefing and Argument Schedule to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                      /s/ Ann M. St. Peter-Griffith
Dated: September 10, 2009                        Ann M. St. Peter-Griffith