UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION </br></br> THIS DOCUMENT RELATES TO: </br></br> ALL ACTIONS | MDL No. 1456 </br> Master File No. 01-CV-12257-PBS </br></br> Hon. Patti B. Saris |

## MOTION FOR ADMISSION OF STEPHEN W. KILAR *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts and pursuant to this Court's Case Management Order No. 1, ¶ 16, the undersigned counsel moves that Stephen W. Kilar be permitted to appear and participate in this action *pro hac vice* as counsel for defendants Dey, Inc., Dey L.P., and Dey L.P., Inc. The undersigned counsel states as follows:

1. Mr. Kilar is an associate of the law firm of Kelley Drye & Warren LLP, 101 Park Avenue, New York, New York 10178.

2. The accompanying declaration of counsel, attached hereto as Exhibit A, certifies that Mr. Kilar has met the requirements to practice before the United States District Court for the District of Massachusetts.

3. A check in the amount of $50.00 is being forwarded simultaneously with this motion.

NY01/KILAS/1373803.1

WHEREFORE, the undersigned counsel respectfully requests that this Court grant this motion to admit Stephen W. Kilar *pro hac vice*.

Dated: September 10, 2009

Respectfully submitted,

KELLEY DRYE & WARREN LLP

By: _____
Paul F. Doyle (BBO # 133460)

101 Park Avenue
New York, New York 10178
Telephone: (212) 808-7786
Facsimile: (212) 808-7897

Attorneys for Dey, Inc., Dey L.P. and Dey L.P., Inc.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on September 10, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

_____
Paul F. Doyle

## EXHIBIT A: DECLARATION OF STEPHEN W. KILAR

I, Stephen W. Kilar, hereby certify as follows:

1. I am an associate of the firm of Kelley Drye & Warren LLP, which is located at 101 Park Avenue, New York, New York 10178.

2. I have been admitted to practice before the following jurisdictions on the dates indicated for each:

| JURISDICTION | DATE ADMITTED |
|---|---|
| The State of New York | June 24, 2008 |
| United States District Court for the Southern District of New York | March 3, 2009 |
| United States District Court for the Eastern District of New York | March 3, 2009 |

3. I am an attorney in good standing and eligible to practice in the above-referenced jurisdictions.

4. I have not been suspended or disbarred in any jurisdiction, and no disciplinary actions are pending against me.

5. A certificate of good standing for the United States District Court for the Southern District of New York is attached hereto.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts and agree to abide by them.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on September 10, 2009.

By: _____
Stephen W. Kilar

NY01/KILAS/1373803.1

CSDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, <u>J. Michael McMahon</u>, Clerk of this Court, certify that

<u>      STEPHEN   WEBER   KILAR      </u>, Bar #<u>   SK4605   </u>

was duly admitted to practice in this Court on

<u>   MARCH  3rd,  2009   </u>, and is in good standing

as a member of the Bar of this Court.

Dated at <u>  500 Pearl Street
New York, New York  </u> on <u>  SEPTEMBER 10th, 2009  </u>

<u>   J. Michael McMahon   </u> by <u>  [signature]  </u>
Clerk                                        Deputy Clerk