# Exhibit 24
# Part B

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*,
Civil Action No. 01-12257-PBS

Amended Exhibit 24 to the July 24, 2009, Declaration of George B. Henderson, II
In Support of United States' Common Memorandum of Law in Support of Cross-Motions for Partial Summary Judgment and in Opposition to the Defendants' Motions for Summary Judgment

**Attachment 2**

SPA Pages Relied Upon by Myers and Stauffer

Attachment 2 to the Declaration of
Myers and Stauffer LC

| State | TN # | Bates Number |
|---|---|---|
| Alabama | AL-98-05 | HHD137-0174 |
| Alaska | 89-2 | HHC020-1268 - 1269 |
|  | 00-007 | HHD074-0005 |
| Arizona | NA |  |
| Arkansas | 99-03 | HHD076-0017 |
|  | 99-03 | HHD076-0019 |
|  | 99-23 | HHD076-0016 |
|  | 00-05 | HHD076-0015 |
|  | 00-11 | HHD076-0014 |
|  | AR-01-07 | HHD076-0013 |
|  | AR-01-07 | HHD076-0018 |
| California | 95-002 | HHD041-0175 |
|  | 03-012 | HHD041-0169 - 0172 |
|  | 04-010 | HHD041-0162 - 0163 |
|  | 04-010 | HHD041-0165 |
| Colorado | 90-03 | HHD038-1103 |
|  | 01-011 | HHD038-1114 - 1115 |
|  | 03-018 | HHD038-1199 - 1200 |
| Connecticut | 91-8 | HHD040-0235 |
|  | 91-8 | HHD040-0248 |
|  | 93-16 | HHD040-0249 |
|  | 95-011 | HHD040-0240 |
|  | 95-010 | HHD040-0231 |
|  | 95-018 | HHD040-0247 |
|  | 00-006 | HHD040-0233 |
|  | 04-008 | HHD040-0218 |
|  | 05-006 | HHD040-0208 |
|  | 05-006 | HHD040-0215 |
| Delaware | SP-397 | HHD039-0082 - 0083 |
| District of Columbia | 97-08 | HHD039-0024 |
|  | 03-003 | HHD039-0020 |
|  | 05-05 | HHD039-0026 |
|  | 05-05 | HHD039-0015 - 0016 |
| Florida | 93-56 | HHD137-0181 |
| Georgia | NO DOCS |  |
| Hawaii | 90-15 | HHD041-0084 |
|  | 91-02 | HHD041-0083 |
|  | 92-08 | HHD041-0080 - 0081 |
|  | 92-08 | HHC016-0581 |

1

## Attachment 2 to the Declaration of
## Myers and Stauffer LC

|  |  |  |
|---|---|---|
|  | 96-002 | HHD041-0078 |
|  | 97-005 | HHD041-0072 - 0075 |
|  | 99-003 | HHD041-0068 - 0069 |
|  | 99-003 | HHD041-0063 |
|  | 01-004 | HHD041-0066 - 0067 |
|  | 02-006 | HHD041-0065 |
|  | 02-007 | HHD041-0061 |
|  |  |  |
| Idaho | 99-001 | HHD074-0251 |
|  | 01-012 | HHD074-0114 |
|  | 02-006 | HHD074-0121 |
|  | 03-002 | HHD074-0163 - 0164 |
|  | 04-002 | HHD074-0143 - 0144 |
|  | 06-007 | HHD074-0185 - 0186 |
|  |  |  |
| Illinois | 95-16 | HHD075-0089 - 0090 |
|  | 00-15 | HHD075-0038 - 0039 |
|  | 01-15 | HHD075-0043 - 0044 |
|  | 02-09 | HHD075-0048 |
|  |  |  |
| Indiana | 90-4 | HHD075-0114 |
|  | 93-032 | HHD075-0129 |
|  | 02-005 | HHD075-0092 - 0093 |
|  | 05-011 | HHD075-0109 |
|  |  |  |
| Iowa | MS-90-13 | HHD077-0069 |
|  | MS-99-2 | HHD077-0068 |
|  | MS-99-9 | HHD077-0067 |
|  | MS-02-24 | HHD077-0066 |
|  | MS-02-24 | HHD077-0072 |
|  | MS-03-16 | HHD077-0065 |
|  | MS-03-16 | HHD077-0071 |
|  | MS-05-013 | HHD077-0064 |
|  | MS-05-018 | HHD077-0070 |
|  |  |  |
| Kansas | MS-95-02 | HHD077-0098 |
|  | MS-00-11 | HHD077-0102 |
|  | MS-00-14 | HHD077-0097 |
|  | MS-02-09 | HHD077-0096 |
|  | MS-02-09 | HHD077-0101 |
|  |  |  |
| Kentucky | NO DOCS |  |
|  |  |  |
| Louisiana | 92-01 | HHD076-0040 - 0041 |
|  | 92-01 | HHD076-0043 |
|  | 98-11 | HHD076-0042 |
|  | 99-12 | HHD076-0039 |
|  | 00-08 | HHD076-0038 |
|  | 01-08 | HHD076-0037 |
|  |  |  |
| Maine | 90-21 | HHD040-0120 |
|  | 02-005 | HHD040-0096 |

2

Attachment 2 to the Declaration of
Myers and Stauffer LC

|  | 04-016 | HHD040-0078 - 0079 |
|---|---|---|
| Maryland | 88-8 | HHD039-0220 - 0221 |
|  | 91-19 | HHD039-0222 |
|  | 93-4 | HHD039-0194 |
|  | 93-4 | HHD039-0217 |
|  | 97-1 | HHD039-0193 |
|  | 97-1 | HHD039-0201 |
|  | 99-3 | HHD039-0183 |
|  | 99-3 | HHD039-0180 |
|  | 99-3 | HHD039-0178 |
|  | 03-7 | HHD039-0171 |
|  | 03-7 | HHD039-0173 |
|  | 04-08 | HHD039-0181 |
|  | 04-23 | HHD039-0133 |
|  | 05-03 | HHD039-0146 |
| Massachusetts | 93-03 | HHD040-0030 |
|  | 00-006 | HHD040-0032 -0033 |
|  | 03-004 | HHD040-0028 |
|  | 03-025 | HHD040-0018 |
|  | 05-003 | HHD040-0015 |
| Michigan | 01-15 | HHD075-0146 |
|  | 04-13 | HHD075-0161 |
|  | 05-03 | HHD075-0167 |
| Minnesota | 91-21 | HHD075-0358 |
|  | 91-21 | HHD075-0349 - 0350 |
|  | 98-32 | HHD075-0363 |
|  | 03-01 | HHD075-0242 - 0243 |
|  | 03-29 | HHD075-0259 - 0260 |
|  | 03-29 | HHD075-0247 |
|  | 03-29 | HHD075-0253 |
|  | 05-09 | HHD075-0326 - 0328 |
|  | 05-09 | HHD075-0330 |
| Mississippi | NO DOCS |  |
| Missouri | 01-45 | HHD077-0127 |
| Montana | 88(10)02 | HHD038-1056 |
|  | 95-01 | HHD038-1054 |
|  | 00-008 | HHD038-1047 |
|  | 03-002 | HHD038-0961 |
|  | 03-002 | HHD038-0964 |
| Nebraska | MS-95-7 | HHD077-0162 |
|  | MS-95-7 | HHD077-0165 |
|  | MS-02-10 | HHD077-0160 |
|  | MS-02-10 | HHD077-0163 |

3

Attachment 2 to the Declaration of
Myers and Stauffer LC

| State | Number | Document |
|---|---|---|
| Nevada | 91-21 | HHD041-0248 |
| | 95-01 | HHD041-0247 |
| | 02-12 | HHD041-0246 |
| | 03-16 | HHD041-0245 |
| | 04-02 | HHD041-0224 |
| | 04-018 | HHD041-0244 |
| | | |
| New Hampshire | 90-14 | HHD040-0166 |
| | 93-15 | HHD040-0165 |
| | 94-11 | HHD040-0158 |
| | 98-12 | HHD040-0154 |
| | 01-11 | HHD040-0152 |
| | 02-013 | HHD040-0140 |
| | 04-001B | HHD040-0137 |
| | | |
| New Jersey | 87-20B | HHD037-0129 - 0134 |
| | 95-6 | HHD037-0128 |
| | 96-11 | HHD037-0126 - 0127 |
| | 96-29 | HHD037-0121 - 0125 |
| | 03-05-MA | HHD037-0119 |
| | | |
| New Mexico | 91-06 | HHD076-0069 |
| | 91-06 | HHD076-0074 |
| | 91-17 | HHD076-0073 |
| | 92-03 | HHD076-0072 |
| | 98-01 | HHD076-0068 |
| | 98-01 | HHD076-0071 |
| | NM 02-02 | HHD076-0070 |
| | 04-10 | HHD076-0066 - 0067 |
| | | |
| New York | 90-45 | HHD037-0062 |
| | 95-13 | HHD037-0060 |
| | 98-30 | HHD037-0059 |
| | 03-37 | HHD037-0057 |
| | 04-41 | HHD037-0055 |
| | 05-53 | HHD037-0054 |
| | 06-30 | HHD037-0017 - 0018 |
| | | |
| North Carolina | 89-09 | HHD137-0248 |
| | 92-05 | HHD137-0247 |
| | 01-25 | HHD137-0242 |
| | 01-25 | HHD137-0245 |
| | | |
| North Dakota | 90-06 | HHD038-0034 |
| | 02-013 | HHD038-0100 |
| | 02-022 | HHD038-0107 |
| | 03-007 | HHD038-0110 |
| | 05-005 | HHD038-0120 |
| | | |
| Ohio | No Docs | |

4

Attachment 2 to the Declaration of
Myers and Stauffer LC

| | | |
|---|---|---|
| Oklahoma | 90-04 | HHD076-0084 |
| | 93-16 | HHD076-0081 |
| | 95-19 | HHD076-0083 |
| | 00-02 | HHD076-0080 |
| | 00-02 | HHD076-0082 |
| | OK-02-03 | HHC010-0671 |
| | 03-15 | HHD076-0077 |
| | | |
| Oregon | 91-8 | HHD074-0265 - 0267 |
| | 01-12 | HHD074-0389 |
| | 02-04 | HHD074-0327 - 0328 |
| | 02-16 | HHD074-0412 - 0414 |
| | 02-17 | HHD074-0417 - 0418 |
| | 02-17 | HHD074-0431 |
| | 03-14 | HHD074-0432 |
| | 04-10 | HHD074-0316 |
| | | |
| Pennsylvania | 95-22 | HHD039-0347 |
| | 05-012 | HHD039-0305 |
| | | |
| Rhode Island | 87-15 | HHD040-0062 |
| | 95-005 | HHD040-0061 |
| | 95-017 | HHD040-0057 |
| | | |
| South Carolina | NO DOCS | |
| | | |
| South Dakota | 90-11 | HHD038-0492 |
| | 91-16 | HHD038-0422 |
| | 05-015 | HHD038-0253 |
| | | |
| Tennessee | NO DOCS | |
| | | |
| Texas | 90-12 | HHD076-0129 |
| | 90-12 | HHD076-0135 |
| | 90-12 | HHD076-0140 |
| | 95-20 | HHD076-0128 |
| | 95-20 | HHD076-0134 |
| | 95-20 | HHD076-0139 |
| | 96-01 | HHD076-0127 |
| | 96-01 | HHD076-0133 |
| | 96-01 | HHD076-0138 |
| | 97-15 | HHD076-0126 |
| | 97-15 | HHD076-0132 |
| | 97-15 | HHD076-0124 |
| | 03-26 | HHD076-0125 |
| | 03-26 | HHD076-0130 |
| | 03-26 | HHD076-0123 |
| | 04-31 | HHD076-0121 - 0122 |
| | | |
| Utah | 89-02 | HHD038-0535 |
| | 90-28 | HHD038-0804 |
| | 93-002 | HHD038-0797 |

5

Attachment 2 to the Declaration of
Myers and Stauffer LC

|  | 93-002 | HHD038-0538 |
|---|---|---|
|  | 00-012 | HHD038-0811 |
|  | 01-004 | HHD038-0824 |
|  | 01-004 | HHD038-0537 |
|  | 03-005 | HHD038-0823 |
|  |  |  |
| Vermont | 96-6 | HHD040-0198 |
|  | 00-06 | HHD040-0180 |
|  | 00-09 | HHD040-0196 |
|  | 01-24 | HHD301-0047 |
|  | 05-07 | HHD040-0172 |
|  |  |  |
| Virginia | 95-07 | HHC007-0920 |
|  | 02-04 | HHD039-0423 |
|  | 02-08 | HHD039-0419 - 0420 |
|  | 03-09 | HHD039-0414 - 0416 |
|  | 03-10 | HHD039-0411 |
|  | 04-16 | HHD039-0386 |
|  | 04-16 | HHD039-0439 |
|  | 04-16 | HHD039-0388 - 0389 |
|  | 05-06 | HHD039-0374 |
|  | 06-02 | HHD039-0359 |
|  |  |  |
| Washington | 97-04 | HHD074-0484 -0486 |
|  | 02-022 | HHD074-0476 |
|  | 03-004 | HHD074-0438 |
|  | 03-004 | HHD074-0434 |
|  | 03-004 | HHD074-0438 - 0441 |
|  |  |  |
| West Virginia | 97-12 | HHD039-0546 |
|  | 00-11 | HHD039-0538 - 0539 |
|  | 03-10 | HHD039-0501 - 0503 |
|  | 05-03 | HHD039-0567 |
|  | 05-03 | HHD039-0471 |
|  |  |  |
| Wisconsin | 03-010 | HHD075-0420 - 0421 |
|  |  |  |
| Wyoming | 91-04 | HHD038-0930 |
|  | 91-09 | HHD038-0840 - 0841 |
|  | 01-004 | HHD038-0827 |
|  | 02-002 | HHD038-0874 |