# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456<br>) CIVIL ACTION: 01-CV-12257-PBS<br>) Subcategory Case No. 07-12141-PBS |
| | ) |
| THIS DOCUMENT RELATES TO | ) Judge Patti B. Saris<br>) Magistrate Judge Marianne B. Bowler |
| *State of Iowa*<br>*v.*<br>*Abbott Laboratories, et al.* | )<br>)<br>) |

## NOTICE OF APPEARANCE OF DOUGLAS B. FARQUHAR FOR DEFENDANT PUREPAC PHARMACEUTICAL CO. AND MOTION FOR ADMISSION PRO HAC VICE

PLEASE TAKE NOTICE, that Douglas B. Farquhar of Hyman, Phelps, & McNamara, P.C. hereby appears as counsel in this action for defendant, Purepac Pharmaceutical Co. ("Purepac").

Pursuant to Paragraph 16 of Case Management Order No. 1, Purepac respectfully moves the Court for the admission *pro hac vice* of Douglas B. Farquhar to practice before this Court as one of Purepac's attorneys in this action.  As appears from the accompanying declaration, the undersigned is a member in good standing of the bar of several federal district and appellate courts.  As Case Management Order No. 1 provides, an attorney under these circumstances "shall be deemed admitted *pro hac* vice to practice before this Court in connection with this action upon payment of the appropriate filing

fee." The appropriate filing fee is being simultaneously submitted to the Clerk of the Court with this Notice and Motion.

Respectfully submitted

___ /s/ Douglas B. Farquhar_____
Douglas B. Farquhar
Hyman, Phelps & McNamara, P.C.
700 13th Street, N.W., Suite 1200
Washington, D.C.  20005
(202) 737-9624
(202) 737-9329
Attorneys for Purepac Pharmaceutical Co.

Dated: September 10, 2009

## CERTIFICATE OF SERVICE

I, Douglas B. Farquhar, hereby certify that on September 10, 2009, I filed this Notice of Appearance and Motion for Admission electronically on the ECF system, which sent it electronically to the registered participants as identified on the Notice of Electronic Filing.

 /s/ Douglas B. Farquhar
Douglas B. Farquhar