UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL NO. 1456<br>) CIVIL ACTION: 01-CV-12257-PBS<br>) Subcategory Case No. 07-12141-PBS<br>) |
| THIS DOCUMENT RELATES TO | ) Judge Patti B. Saris<br>) Magistrate Judge Marianne B. Bowler |
| *State of Iowa*<br>*v.*<br>*Abbott Laboratories, et al.* | )<br>)<br>)<br>) |

# PRO HAC VICE DECLARATION OF DOUGLAS B. FARQUHAR

1.  I am a member of the firm Hyman, Phelps & McNamara, P.C., counsel in this matter to defendant Purepac Pharmaceutical Co. I submit this Declaration in support of my admission *pro hac vice* to the bar of this Court, pursuant to paragraph 16 of Case Management Order No. 1.

2.  I am an attorney duly licensed to practice law in the State of Maryland and in the District of Columbia. I have also been admitted to practice before the United States Courts of Appeals for the District of Columbia, Fourth, Seventh and Federal Circuits, and the United States District Courts for the District of Columbia, Maryland , the Western District of Wisconsin, and the Eastern District of Texas.

3.  I am a member of the bar in good standing in every jurisdiction in which I have been admitted. There have been and are no disciplinary actions pending against me,

and I am familiar with the Local Rules of the U.S. District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of September, 2009.

                                                __/s/ Douglas B. Farquhar_____
                                                Douglas B. Farquhar