# EXHIBIT A

to

United States' Amendment to Its Partial Opposition
To Defendants' Motion for Leave to File under Seal,
And
Assented-to Motion to Substitute a Filed Exhibit
With a Partially Redacted Exhibit
And to File the Unredacted Exhibit under Seal



**U.S. Department of Justice**

*United States Attorney*
*District of Massachusetts*

John Joseph Moakley U.S. Courthouse, Suite 9200

*Writer's Direct Dial Number:*
*(617) 748-3272*
*Telecopier: (617) 748-3971*

*1 Courthouse Way*
*Boston, Massachusetts  02210*

September 9, 2009

*By email*

Stephen Kaus
Cooper, White & Cooper LLP
201 California Street, 17th Floor
San Francisco, CA 94111

  Re: <u>United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.</u>, Civil Action No. 05-11084-PBS, MDL No. 1456 (D. Mass.)

Dear Mr. Kaus:

  This memorializes our agreement concerning the confidentiality of certain testimony by McKesson Corporation in AWP litigation.

  1. With regard to Exhibit 299 to the August 28, 2009, Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment, which consists of pages 1, 163, 177, 178, 182, 334, and 335, of the June 20, 2008, Rule 30(b)(6) deposition testimony of McKesson (Saul Factor), we agree as follows:

- The testimony at 182:1 - 182:10 and 182:19 - 182:22 is properly designated as "confidential."

- The testimony at 334:1 - 334:20 is properly designated as "confidential."

- McKesson withdraws any claim of confidentiality as to the remainder of the testimony in Exhibit 299.

  2. With regard to Exhibit 302 to the August 28, 2009 Declaration of Sarah L. Reid in Support of Dey's Opposition to Plaintiffs' Motion for Partial Summary Judgment, which consists of pages 351, 427, 428, 431, 432, 435, and 438 of the September 4, 2008, Rule 30(b)(6) deposition testimony of McKesson (Saul Factor), we agree as follows:

Stephen Kaus, Esq.
September 9, 2009
Page 2

- The testimony at 431:19 is properly designated as "highly confidential."

- McKesson withdraws any claim of confidentiality as to the remainder of the testimony in Exhibit 302.

3. With regard to Exhibit 13 to the July 24, 2009, Declaration of George B. Henderson, II In Support of Plaintiffs' Motion For Partial Summary Judgment and In Opposition To Dey's Motion For Partial Summary Judgment, consisting of pages 1, 37, and 168 of the June 20, 2008, deposition of McKesson Corporation (Saul Factor), we agree as follows:

- The testimony at 168:21 - 168:22 is properly designated as confidential. The United States will file a motion to substitute a redacted version of the exhibit for the public record and to file a motion for leave to file under seal an unredacted version.

If the above is agreeable to your client, please co-sign the letter below and return an executed copy to me.

Sincerely,

*[signature]*

George B. Henderson, II
Assistant U.S. Attorney

Agreed To: *[signature]*

Stephen Kaus, Esq.
On Behalf of McKesson Corporation