UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
In re:  PHARMACEUTICAL INDUSTRY                )        MDL No. 1456
AVERAGE WHOLESALE PRICE LITIGATION  )        Civil Action No. 01-12257-PBS
                                                                          )        Subcategory No. 06-11337
_____)
                                                                          )
**THIS DOCUMENT RELATES TO:**            )        Hon. Patti B. Saris
                                                                          )
*United States of America ex rel Ven-A-Care of the*  )        Magistrate Judge
*Florida Keys, Inc. v. Dey, Inc. et al.,*            )        Marianne B. Bowler
Civil Action No. 05-11084-PBS                  )
_____)


### NOTICE OF APPEARANCE OF PETER A. MULLIN

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Peter A. Mullin, Assistant Attorney General, Commonwealth of Massachusetts, as counsel for Delaware Health and Social Services, Division of Medicaid and Medical Assistance, for the limit purpose of opposing Dey Defendants' Motion To Compel Production of Documents Responsive To Subpoena, Document No. 116 in this case.


                                                Respectfully submitted,


                                By:     /s/ Peter A. Mullin            __
                                        Peter A. Mullin (BBO# 360620)
                                        Assistant Attorney General
                                        Office of the Attorney General
                                        Medicaid Fraud Control Unit
                                        One Ashburton Place
                                        Boston, MA 02114
                                        (617) 727-2200 Ext. 2622
                                        (617) 727-2008 (Fax)
Dated:  September 14, 2009              (617) 963-2622

**Certificate of Service**

  I hereby certify I have caused a copy of the foregoing Notice of Appearance to be served on counsel for each other party in this action by filing it electronically in the Court's CM/ECF system, this 14th day of September, 2009.

              /s/Peter A. Mullin
              Peter A. Mullin
              Assistant Attorney General