UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>) Master File No. 1:01-CV-12257-PBS<br>) Sub-Category Case No. 1:08-CV-11200<br>)<br>) |
| THIS DOCUMENT RELATES TO<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Hemoglobin Therapeutics and Baxter International, Inc.* | ) Judge Patti B. Saris<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### [PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS RELATORS' COMPLAINT

This Court has considered Defendants' Motion to Dismiss Relators' Complaint and Relators' Opposition, and orders as follows:

1. Counts XX and XXI (the Arkansas and Utah claims) are dismissed;

2. Count XII (the Texas claim) is dismissed;

3. Count XVI (the Nevada claim) is dismissed;

4. Count II (the Stark Act claim) is dismissed;

5. Relators may amend their Complaint to add federal and/or state anti-kickback claims;

6. In all other respects, Defendants' Motion is **Denied**.

Dated: _____  _____
                                                                    Patti B. Saris
                                                                    United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that I, Mark Kleiman, an attorney, caused a true and correct copy of the foregoing, **[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO DISMISS RELATORS' COMPLAINT**, to be delivered to all counsel of record by electronic service on September 15, 2009, for the posting and notification to all parties.

By:  /s/ Mark Allen Kleiman
MARK ALLEN KLEIMAN
California State Bar No. 115959
2907 Stanford Avenue
Venice, CA 90292
310-306-8094
310- 306-8491 (fax)