# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200<br><br>Judge Patti B. Saris |
| **THIS DOCUMENT RELATES TO**<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Hemoglobin Therapeutics and Baxter International, Inc.* | |

## RELATORS' MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF PAGE LIMITATION

Relators respectfully request leave to file a memorandum in support of their Opposition to Defendants' Motion to Dismiss Relators' Complaint in excess of the page limitation imposed by District of Massachusetts Local Rule 7.1(b)(4).

On 20 August 2009, this Court granted Defendants' Motion to file a Memorandum in Support of Defendants' Motion to Dismiss that exceeded the page limit imposed by the local rules. Based on the foregoing, Relators respectfully request that the Court grant leave to exceed the page limit to oppose Defendants' Motion to Dismiss. Before filing this motion, Relators attempted to obtain the consent of Defendants' counsel.

Respectfully submitted,

Dated: September 15, 2009     LAW OFFICES OF MARK ALLEN KLEIMAN


By:   /s/   Mark Allen Kleiman
      MARK ALLEN KLEIMAN
      California State Bar No. 115959
      2907 Stanford Avenue
      Venice, CA 90292
      310-306-8094
      310-306-8491 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that I, Mark Kleiman, an attorney, caused a true and correct copy of the foregoing, **RELATORS' MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF PAGE LIMIT**, to be delivered to all counsel of record by electronic service on September 15, 2009, for the posting and notification to all parties.

                                By:   /s/   Mark Allen Kleiman
                                         MARK ALLEN KLEIMAN
                                         California State Bar No. 115959
                                         2907 Stanford Avenue
                                         Venice, CA 90292
                                         310-306-8094
                                         (310) 306-8491 (fax)