UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Arizona v. Abbott Labs., Inc., et al.*,<br>     Cause No. 1:06-CV-11069-PBS | |

## MOTION FOR DISMISSAL OF BRISTOL-MYERS SQUIBB COMPANY, ONCOLOGY THERAPEUTICS NETWORK CORPORATION AND APOTHECON, INC. WITH PREJUDICE

By and through their counsel, the State of Arizona ("State"), pursuant to Fed. R. Civ. P. 41(a)(2), moves for an Order of the Court dismissing defendants Bristol-Myers Squibb Company, Oncology Therapeutics Network Corporation and Apothecon, Inc. (collectively referred to as "BMS" or the "BMS Group"). In support of this motion, the State states as follows:

1.   The BMS Group were named as defendants in the above-referenced action.

2.   The State of Arizona has entered into a Settlement Agreement and Release ("Agreement") with the BMS Group. Pursuant to the terms of the Agreement, the State seeks to dismiss all claims asserted by it against the BMS Group with prejudice.

3.   Pursuant to the Agreement, the BMS Group and the State have agreed that each will bear its own legal and other costs incurred in connection with the lawsuit.

4.   The dismissal has no effect on the State of Arizona's claims or allegations against any party other than the BMS Group in this action.

    5.    The BMS Group consents to this motion.

WHEREFORE, the parties jointly request that the Court enter an Order dismissing the BMS Group with prejudice.  A proposed Order of dismissal is attached.

Dated:  September 16, 2009

By    **/s/ Steve W. Berman**
   Thomas M. Sobol (BBO#471770)
   Edward Notargiacomo (BBO#567636)
Hagens Berman Sobol Shapiro LLP
55 Cambridge Parkway, Suite 301
Cambridge, MA  02142
Telephone: (617) 482-3700
Facsimile: (617) 482-3003

Steve W. Berman
Sean R. Matt
Jeniphr Breckenridge
Hagens Berman Sobol Shapiro LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

Robert B. Carey
Hagens Berman Sobol Shapiro LLP
2425 East Camelback Road, Suite 650
Phoenix, AZ  85016
Telephone:  (602) 840-5900
Facsimile:  (602) 840-3012

Terry Goddard
Attorney General
Ann Thompson Uglietta
Assistant Attorney General
State Bar No. 013696
Consumer Protection and Advocacy Section
1275 West Washington
Phoenix, AZ  85007-2997
Telephone:  (602) 542-8830
Facsimile:  (602) 542-4377

- 3 -

       Grant Woods PC
       1726 N. Seventh Street
       Phoenix, AZ  85006
       Telephone:  (602) 258-2599

*Attorneys for the State of Arizona*

- 4 -

## CERTIFICATE OF SERVICE

I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 16th day of September, 2009.

**By   s/ Steve W. Berman**
  Steve W. Berman
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
(206) 623-7292

- 4 -