UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL NO. 1456<br><br>CIVIL ACTION: 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*State of Arizona v. Abbott Labs., Inc., et al.*,<br>       Cause No. 1:06-CV-11069-PBS | |

### [PROPOSED] ORDER GRANTING MOTION FOR DISMISSAL OF BRISTOL-MYERS SQUIBB COMPANY, ONCOLOGY THERAPEUTICS NETWORK CORPORATION AND APOTHECON, INC. WITH PREJUDICE

The Motion for Dismissal of Bristol-Myers Squibb Company, Oncology Therapeutics Network Corporation and Apothecon, Inc. with Prejudice is hereby GRANTED.

Defendants Bristol-Myers Squibb Company, Oncology Therapeutics Network Corporation and Apothecon, Inc. (collectively referred to as "BMS" or the "BMS Group") are hereby dismissed from the above-referenced action.

The parties shall each bear their own costs.

This dismissal has no effect on the State of Arizona's claims or allegations against any parties other than the BMS Group.

- 1 -

- 2 -

SO ORDERED this ___ day of _____, 2009.


_____
HON. PATTI B. SARIS, USDJ

- 3 -

## CERTIFICATE OF SERVICE

I, Steve W. Berman, hereby certify that a true and correct copy of the above document was served on the attorney of record for each party via the Court's electronic filing system this 16th day of September, 2009.

                    **By   s/ Steve W. Berman**
                        Steve W. Berman
                    HAGENS BERMAN SOBOL SHAPIRO LLP
                    1301 Fifth Avenue, Suite 2900
                    Seattle, WA  98101
                    (206) 623-7292