UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456 <br> ) Master File No. 1:01-CV-12257-PBS <br> ) Sub-Category Case No. 1:08-CV-11200 <br> ) <br> ) |
| THIS DOCUMENT RELATES TO <br> *United States ex rel. Linnette Sun and Greg Hamilton, Relators* <br> *v.* <br> *Baxter Hemoglobin Therapeutics and Baxter International, Inc.* | ) Judge Patti B. Saris <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## RELATORS' UNOPPOSED MOTION FOR LEAVE TO FILE A MEMORANDUM IN EXCESS OF PAGE LIMITATION

Relators respectfully request leave to file a memorandum in support of their Opposition to Defendants' Motion to Dismiss Relators' Complaint in excess of the page limitation imposed by District of Massachusetts Local Rule 7.1(b)(4).

On 20 August 2009, this Court granted Defendants' Motion to file a Memorandum in Support of Defendants' Motion to Dismiss that exceeded the page limit imposed by the local rules. Based on the foregoing, Relators respectfully request that the Court grant leave to exceed the page limit to oppose Defendants' Motion to Dismiss. Relators have consulted with defendants, who are unopposed to this Motion.

Respectfully submitted,

Dated: September 21, 2009          LAW OFFICES OF MARK ALLEN KLEIMAN


By:   /s/ Mark Allen Kleiman

MARK ALLEN KLEIMAN
California State Bar No. 115959
2907 Stanford Avenue
Venice, CA 90292
310-306-8094
310- 306-8491 (fax)


## CERTIFICATION UNDER LOCAL RULE 7.1(A)(2)

I certify that the moving party has communicated with counsel for Defendants' in an effort to resolve the dispute referred to in this Motion and Defendants are unopposed.


Dated: September 21, 2009          LAW OFFICES OF MARK ALLEN KLEIMAN


By:   /s/ Mark Allen Kleiman

MARK ALLEN KLEIMAN
California State Bar No. 115959
2907 Stanford Avenue
Venice, CA 90292
310-306-8094
310- 306-8491 (fax)

# CERTIFICATE OF SERVICE

      I hereby certify that I, Mark Kleiman, an attorney, caused a true and correct copy of the foregoing, Relators' Motion for Leave to File Memorandum in Excess of Page Limit, to be delivered to all counsel of record by electronic service on September 21, 2009, for the posting and notification to all parties.

Dated: September 21, 2009        LAW OFFICES OF MARK ALLEN KLEIMAN

                                    By:   /s/ Mark Allen Kleiman
                                                 MARK ALLEN KLEIMAN
                                               California State Bar No. 115959
                                               2907 Stanford Avenue
                                               Venice, CA 90292
                                               310-306-8094
                                               310- 306-8491 (fax)