# Exhibit A

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

MDL No. 1456

Master File No. 01-CV-12257-PBS

Subcategory Case No. 06-11337

-------------------------------------------------X

In re:  PHARMACEUTICAL INDUSTRY

AVERAGE WHOLESALE PRICE LITIGATION

-------------------------------------------------X

THIS DOCUMENT RELATES TO:

United States of America ex rel. Ven-A-Care of the

Florida Keys, Inc., et al. v. Dey, Inc., et al.,

Civil Action No. 05-11084-PBS

-------------------------------------------------X

CONFIDENTIAL VIDEOTAPED DEPOSITION OF

SIMON DAVID JOHN PLATT

Wednesday, March 18, 2009

9:02 a.m. to 5:13 p.m.

Held At:  Foley Hoag LLP

155 Seaport Boulevard

Boston, Massachusetts  02210-2600

Reporter:  Justina M. Pettinelli, RDR/CRR

1    A P P E A R A N C E S:

2

3

4        U.S. DEPARTMENT OF JUSTICE

5        UNITED STATES ATTORNEY'S OFFICE

6        By George B. Henderson, II,

7            Assistant U.S. Attorney

8        John Joseph Moakley Federal Courthouse

9        1 Courthouse Way, Suite 9200

10       Boston, Massachusetts  02210

11       (617) 748-3272

12       george.henderson2@usdoj.gov

13       On behalf of the United States of America

14

15       BERGER & MONTAGUE, P.C.

16       By Susan Schneider Thomas, Esq.

17       1622 Locust Street

18       Philadelphia, Pennsylvania  19103-6305

19       (215) 875-3000

20       sthomas@bm.net

21       On behalf of Ven-A-Care

22       of the Florida Keys, Inc.

1    A P P E A R A N C E S (cont.):

2

3

4        KELLEY DRYE & WARREN LLP

5        By William A. Escobar, Esq.

6           Marisa Lorenzo, Esq.

7        101 Park Avenue

8        New York, New York  10178

9        (212) 808-7771

10       wescobar@kelleydrye.com

11       mlorenzo@kelleydrye.com

12       On behalf of the Defendants

13       Dey, Inc., Dey L.P., Inc. and Dey, L.P.

14

15

16       Also Present:  Rachel Shapiro, Paralegal

17                      Ara Hollisian, Videographer

18                      Daniel Escobar (observing)

19

20

21

22

 1    fill that hole best in an absolute sense by going to
 2    the wholesalers' records.  Whether or not Dey could
 3    do that, I have no idea, but in principle there
 4    could be some elements of the calculation you
 5    outline best obtained from the wholesalers' records.
 6         Q.  And let's define AWP for purposes of this
 7    question, this next question, as the average
 8    wholesale price, which is the average price paid by
 9    providers to wholesalers for a particular drug.
10    Okay?  Are you with me so far?
11         A.  I think so, yes.
12         Q.  In order to determine that average wholesale
13    price, as I've just described it, would the best
14    place to get accurate information for that is to go
15    to the wholesalers and get their data as to what on
16    average they sold to providers?
17         A.  Potentially, or frankly potentially going to
18    the providers and finding out what they paid.
19         Q.  Okay.
20         A.  Again, we're in this -- in your hypothetical
21    world here.  Recognizing from the Dey data that in
22    the aggregate Dey is selling 2.4 -- for this period

1   for these NDCs is selling $2.4 billion worth of
2   drugs, we know from the data that a billion dollars
3   is going to other than wholesalers, presumably
4   providers.  Out of the remaining 1.4 billion, that
5   is, that's going to wholesalers, from that which is
6   reported from the wholesalers back to Dey, we have
7   records accounting for, dealing with 1.3 billion of
8   that 1.4.
9           So to extend your hypothetical slightly
10  further, if Dey is responsible for that reporting
11  and based on the records it has available to it
12  without going to those third parties in some other
13  way, it can account for roughly 95 percent, can
14  understand, has insight into what providers are
15  paying for 95 percent of its sales dollars.
16      Q.  But that does not tell you if there was a
17  single dollar charged on top by the wholesalers to
18  the providers that bought at contract prices that
19  they arranged with Dey?
20      A.  That's correct.  I'm saying those sales with
21  respect to the information that Dey would have
22  available to it.