# Exhibit 184

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS
Exhibit to the September 22, 2009, Supplemental Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

```
                SUPERIOR COURT
              COMPLEX LITIGATION
              DOCKET at TOLLAND

STATE OF CONNECTICUT,
         Plaintiff,

    vs.                         Docket No.
                                X07 CV-03-0083296-S(CLD)
DEY, INC., ROXANE LABORATORIES, INC.,
WARRICK PHARMACEUTICALS CORP.,
SCHERING-PLOUGH CORP.
AND SCHERING CORPORATION,
         Defendants
~~~~~~~~~~~~~~~~~~~~~~~~~~~~

                  CONFIDENTIAL

                 DEPOSITION OF

                  THOMAS VIA

               October 18, 2005
                  9:30 a.m.

              52 East Gay Street
               Columbus, Ohio

            Lori M. Barnes, RPR
```

8fbb18ab-d23f-4ad7-b844-f547fe7929d8

1      A.     I don't know.
2      Q.     You don't know one way or the
3 other?
4      A.     Yeah, I don't know one way or the
5 other.
6      Q.     And then it also indicates, "RDI
7 shall act as a consultant to Roxane,
8 apprising Roxane of any changes within the
9 home care industry."  Is that correct?
10     A.     Correct.
11     Q.     Would those changes include any
12 changes related to reimbursement?
13     A.     I don't know.
14            MR. COVAL:  Objection.
15     Q.     Reimbursement changes would be
16 important for Roxane to become informed about,
17 correct, especially with respect to this
18 product?
19            MR. COVAL:  Objection.
20     A.     I don't have a recollection one
21 way or the other.
22     Q.     Okay.  We are finished with that.
23 Let me hand you ten.
24            MR. GOLDENBERG:  Exhibit 10 is a
25 series of documents that's four pages long,

1     starting with Bates RoxCT 0050672 through
2     RoxCT 0050676.
3               MR. COVAL:  I've got one missing
4     if that's supposed to be sequential.  I go
5     from 72 to 74.
6               MR. GOLDENBERG:  You're right.  Me
7     too. It's not sequential.  It goes 50672,
8     50674, 50675 and then 50676, and these are
9     each Roxane Item Master Record Maintenance
10    forms where the item description indicates
11    that they're each for Ipratropium Bromide,
12    different packaging sizes, and contains certain
13    pricing information.  Tom Via is CC'd on the
14    bottom, I believe, of each of those
15    documents.
16              THE WITNESS:  Yes.
17         BY MR. GOLDENBERG:
18         Q.   Tom, do you recognize these
19    documents as something that you would have
20    come across or seen during your time with
21    Roxane?
22         A.   Yes.
23         Q.   What are these documents?
24         A.   They are the pricing information
25    when we launch a new product that we put

1           together.
2                Q.     Okay.  And what product do these
3           sheets relate to?
4                A.     Ipratropium Bromide.  There are
5           three different packages, the 25-count package,
6           the 60-count package and the 30-count package.
7           There are two sheets on the 30-count package,
8           one only has one signature and then the
9           0050676 has everybody's signature.
10               Q.     So 50675 and 50676 appear to be
11          the same item description with respect to
12          Ipratropium Bromide, the only difference being
13          that 50676 contains more signatures, correct?
14               A.     Correct.
15               Q.     Okay.  And your assessment of
16          these documents is based on your review,
17          correct?
18               A.     Correct.
19               Q.     Without revealing any privileged
20          conversation, when do you last recall seeing
21          these documents prior to today?
22               A.     I don't have any specific
23          recollection of seeing these documents.
24               Q.     You didn't prepare these documents,
25          did you?