# Exhibit 185

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS
Exhibit to the September 22, 2009, Supplemental Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

## Confirmation Report – Memory Send

Time : 01-14-00 17:48
Tel line : 6142763786
Name : ROXANE LABORATORIES

| | | |
|---|---|---|
| Job number | : | 676 |
| Date | : | 01-14 17:45 |
| To | : | 7578325 |
| Document pages | : | 03 |
| Start time | : | 01-14 17:45 |
| End time | : | 01-14 17:48 |
| Pages sent | : | 03 |
| Status | : | OK |

Job number : 676 *** SEND SUCCESSFUL ***

Boehringer Ingelheim
Roxane Laboratories

# FACSIMILE COVER SHEET

Roxane Laboratories, Inc.

TO: Ms. Wola Taradko
COMPANY: Cardinal Health, Inc.
FAX #: 757-8325
PHONE #:

FROM: Barbara Riggs
Contract Administration Associate
COMPANY: Roxane Laboratories, Inc. / Boehringer Ingelheim Pharmaceuticals
FAX #: 614/276-3786
PHONE#: 800/848-0120 (Ext 2271)

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

DATE SENT: JAN 14 2000
PAGES INCLUDING THIS COVER: 3

____ Original hard copy will follow via US Mail
____ Original hard copy will follow via Overnight Mail/Federal Express
_X_ This facsimile message is the only document you will receive

PRIVILEGED AND CONFIDENTIAL. Information intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient or the employee or the agent responsible for delivering the message to the intended recipient(s) please note that any dissemination, distribution or copying of this communication is strictly prohibited. Anyone who receives this communication in error should notify us immediately by telephone and return the original message to us at the address shown above via U.S. Mail. Thank you.

COMMENTS:

## Confirmation Report – Memory Send

Time : 01-14-00 17:58
Tel line : 6142763786
Name : ROXANE LABORATORIES

Job number : 678

Date : 01-14 17:57

To : 8989647

Document pages : 03

Start time : 01-14 17:57

End time : 01-14 17:58

Pages sent : 03

Status : OK

Job number : 678 *** SEND SUCCESSFUL ***

Boehringer Ingelheim
Roxane Laboratories

## FACSIMILE COVER SHEET

Roxane Laboratories, Inc.

TO: Mr. Steve Snyder
COMPANY: Roxane
FAX #: 898-9647
PHONE #:

FROM: Barbara Riggs
Contract Administration Associate
COMPANY: Roxane Laboratories, Inc. / Boehringer Ingelheim Pharmaceuticals
FAX #: 614/276-3786
PHONE#: 800/848-0120 (Ext 2271)

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

DATE SENT: JAN 1 4 2000
PAGES INCLUDING THIS COVER: 3

____ Original hard copy will follow via US Mail
____ Original hard copy will follow via Overnight Mail/Federal Express
__X__ This facsimile message is the only document you will receive

PRIVILEGED AND CONFIDENTIAL. Information intended only for the use of the addressee(s) named above. If the reader of this message is not the intended recipient or the employee or the agent responsible for delivering the message to the intended recipient(s) please note that any dissemination, distribution or copying of this communication is strictly prohibited. Anyone who receives this communication in error should notify us immediately by telephone and return the original message to us at the address shown above via U.S. Mail. Thank you.

COMMENTS:


Boehringer Ingelheim
Roxane Laboratories

Roxane Laboratories, Inc.

Mr. Richard Kunkle
Director Pharmacy
Weis Markets, Inc.
1000 S. Second Street
Sunbury, PA 17801

**FILE**

March 4, 1999

Dear Mr. Kunkle:

Due to changes in market conditions, Roxane Laboratories, Inc. is pleased to offer the following price reductions for items on our current agreement.

| NDC NO. 00054- | PRODUCT DESCRIPTION | PRICE | AWP |
|---|---|---|---|
| 4392-25 | Hydromorphone Hydrochloride Tablets USP, 2mg, Bottle of 100 | $ 8.50/C | $ 37.18 |
| 4394-25 | Hydromorphone Hydrochloride Tablets USP, 4mg, Bottle of 100 | $ 12.50/C | $ 61.31 |

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

These prices will be effective March 8, 1999 through February 29, 2000.

If you have any questions regarding this offer, please contact our Contract Sales and Administration Office Toll Free at 800-848-0120, Ext: 2253. If you have any questions regarding the products or services of Roxane Laboratories, please contact Customer Service Toll Free at 800-520-1631, or Fax 800-520-1666.

Prices contained in this offer are to be treated as confidential and should not be shared with anyone outside of your facility.

Best regards,

Kimberly K. Storck

Kimberly K. Storck
Supervisor, Bids & Contracts

KKS/mmw

File #: 9901010

cc: S. Snyder

**RLI-TX 48948**
**Highly Confidential**
**Attorneys' Eyes Only**

RLI-AWP-00148295
ROX036-7280 FL



January 14, 2000

FILE COPY

Roxane Laboratories, Inc.

Mr. Greg Duche
Manager, Pharmaceutical Services
Cardinal Health, Inc.
7000 Cardinal Place
Dublin, OH 43017

Dear Mr. Duche:

Due to changes in market conditions, Roxane Laboratories, Inc. offers the following price reduction(s) for item(s) on our current Cardinal Access Agreement.

| NDC NO. 00054- | PRODUCT DESCRIPTION | PRICE | AWP |
|---|---|---|---|
| 3387-63 | Hydromorphone Hydrochloride Oral Solution, 1mg/mL, Ⓒ (Raspberry Flavored) 500mL Bottle | $ 56.85/500mL | $ 95.17 |
| 3751-44 | Roxanol ™ (Immediate Release Morphine Sulfate Concentrated Oral Solution), 20mg/mL, Ⓒ 30mL Bottle and Calibrated Dropper | $ 4.39/30mL | $ 20.76 |
| 3751-50 | Roxanol ™ (Immediate Release Morphine Sulfate Concentrated Oral Solution), 20mg/mL, Ⓒ 120mL Bottle and Calibrated Dropper | $ 15.34/120mL | $ 77.96 |
| 3751-58 | Roxanol 100 ™ (Immediate Release Morphine Sulfate Concentrated Oral Solution), 100mg/5mL, Ⓒ 240mL Bottle and Calibrated Spoon | $ 27.44/240mL | $131.22 |
| 4650-25 | Roxicet ™ Tablets (Oxycodone Hydrochloride 5mg and Acetaminophen 325mg) Ⓒ Bottle of 100 | $ 4.30/C | $ 25.73 |

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

These prices will be effective January 19, 2000 through March 31, 2000.

If you have any questions regarding this offer, please contact our Contract Sales and Administration Office Toll Free at 800-848-0120, Ext:2564. If you have any questions regarding the products or services of Roxane Laboratories, please contact Customer Service Toll Free at 800-520-1631, or Fax 800-520-1666.

Prices contained in this offer are to be treated as confidential and should not be shared with anyone outside of your facility.

RLI-TX 31168
Highly Confidential
Attorneys' Eyes Only

RLI-AWP-00130520
ROX034-7069 F



Boehringer Ingelheim
Roxane Laboratories

January 14, 2000
Mr. Greg Duche, R.Ph.
Cardinal Health, Inc.
Page 2

Best regards,

Kelli S. Self
Supervisor, Bids & Contracts

KSS/bjr

File #:9905082

cc: S. Snyder

**RLI-TX 31169**
**Highly Confidential**
**Attorneys' Eyes Only**

RLI-AWP-00130521
ROX034-7070



January 11, 1999

Roxane Laboratories, Inc.

Mr. Daniel D. Roberts
Manager, Multisource Programs
Amerisource
300 Chesterfield Parkway
Malvern, PA 19355

Dear Mr. Roberts:

Due to changes in market conditions, Roxane Laboratories, Inc. is pleased to offer the following price reductions for items on our pending agreement.

| NDC NO. 00054-PRODUCT DESCRIPTION | PRICE | AWP |
|---|---|---|

*SEE ATTACHED PRODUCTS*

This price will be effective March 1,1999 through February 29, 2000.

P. O. Box 16532
Columbus, Ohio 43216-6532
Telephone (614) 276-4000
Telefax (614) 274-0974

If you have any questions regarding this offer, please contact our Contract Sales and Administration Office Toll Free at 800-848-0120, Ext: 2253. If you have any questions regarding the products or services of Roxane Laboratories, please contact Customer Service Toll Free at 800-520-1631, or Fax 800-520-1666.

NOTE TO WHOLESALER(S):
**Should you receive a copy of this offer from the customer expecting to be billed at these prices but have not received a confirming "Award Notification" from Roxane, please contact the undersigned immediately in order to avoid misbillings and rejected chargeback claims. Thank you.**

Prices contained in this offer are to be treated as confidential and should not be shared with anyone outside of your facility.

Best regards,

Kimberly K. Storck

Kimberly K. Storck
Supervisor, Bids & Contracts

KKS/mb

File #: 9811014

cc: Dawn Gordon

CONFIDENTIAL
CEC 2003 - 03835

Boehringer Ingelheim
Roxane Laboratories

| NDC NO. 00054- | PRODUCT DESCRIPTION | PRICE | AWP |
|---|---|---|---|
| 4392-25 | Hydromorphone Hydrochloride Tablets USP, 2mg, Bottle of 100 | $ 8.50/C | $ 37.18 |
| 4394-25 | Hydromorphone Hydrochloride Tablets USP, 4mg, Bottle of 100 | $ 12.50/C | $ 61.31 |
| 2247-25 | Hydroxyurea Capsules USP, 500mg, Bottle of 100 | $ 59.00/C | $127.73 |
| 4650-25 | Roxicet ™ Tablets (Oxycodone Hydrochloride 5mg and Acetaminophen 325mg) Bottle of 100 | $ 3.81/C | $ 25.73 |
| 4650-29 | Roxicet ™ Tablets (Oxycodone Hydrochloride 5mg and Acetaminophen 325mg) Bottle of 500 | $ 17.90/D | $108.54 |
| 2795-25 | Roxilox ™ Capsules (Oxycodone HCl 5mg and Acetaminophen 500mg) Bottle of 100 | $ 10.80/C | $ 57.72 |
| 4653-25 | Roxiprin ™ Tablets (Oxycodone HCl 4.5mg, Oxycodone Terephthalate 0.38mg and Aspirin 325mg Tablets USP) Bottle of 100 | $ 4.20/C | $ 22.28 |
| 8402-11 | Ipratropium Bromide Inhalation Solution, 0.02%, 25x2.5mL vials in a foil pouch | $ 12.80/25x2.5mL | $ 44.06 |
| 8402-13 | Ipratropium Bromide Inhalation Solution, 0.02%, 30x2.5mL vials in a foil pouch | $ 15.36/30x2.5mL | $ 52.87 |
| 8402-21 | Ipratropium Bromide Inhalation Solution, 0.02%, 60x2.5mL vials in a foil pouch | $ 30.72/60x2.5mL | $105.74 |

File#: 9811014

CONFIDENTIAL
CEC 2003 - 03836