# Exhibit 188

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS
Exhibit to the September 22, 2009, Supplemental Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

                    UNITED STATES DISTRICT COURT

                     DISTRICT OF MASSACHUSETTS


     In re:  PHARMACEUTICAL      ) MDL No. 1456

     INDUSTRY AVERAGE WHOLESALE ) Civil Action No.

     PRICE LITIGATION            ) 01-12257-PBS

     _____)

     THIS DOCUMENT RELATES TO:   )

     United States of America,   )

     et al. v. Ven-a-Care of the)

     Florida Keys, Inc. v.       )

     Boehringer Ingelheim Corp.,)

     et al., CIVIL ACTION NO.    )

     07-10248-PBS                )

                                 - - -

              Videotaped deposition of ROBERT C.

         SYKORA, taken pursuant to the stipulations

         agreed to herein, before Suzanne Beasley,

         Registered Professional Reporter and Notary

         Public, at 1031 Virginia Avenue, Atlanta,

         Georgia, on the 4th day of December, 2008,

         commencing at the hour of 10:38 a.m.

Page 2

1   APPEARANCES OF COUNSEL:
2       On behalf of the United States of America:
3             JAMES J. FAUCI, Esq.
4             Assistant United States Attorney
5             John Joseph Moakley Federal Courthouse
6             1 Courthouse Way
7             Suite 9200
8             Boston, Massachusetts  02210
9             (617) 748-3298
10            jeff.fauci@usdoj.gov
11
12      On behalf of Ven-a-Care of the Florida Keys, Inc.:
13            C. JARRETT ANDERSON, Esq.
14            Anderson LLC
15            208 West 14th Street
16            Suite 3-B
17            Austin, Texas  78701
18            (512) 469-9191
19            jarrett@anderson-llc.com
20
21
22

1      A.   It does.
2      Q.   Are you familiar with that publication?
3      A.   I have heard of that publication, yes.
4      Q.   All right.  And the subject of this
5  article appears to be Mylan settling a dispute
6  with the Federal Trade Commission, correct?
7      A.   Correct.
8      Q.   Is this the episode you're remembering?
9      A.   I believe it is.
10     Q.   And you'll agree that the only two
11 drugs that are named as a part of this settlement
12 by Mylan were lorazepam and clorazepate, correct?
13     A.   As stated here, yes.
14     Q.   Can you think of any reason why any
15 alleged illegal monopoly by Mylan on lorazepam
16 and clorazepate would cause there to be
17 sensitivities about raising AWPs?
18     A.   No.
19     Q.   All right.  So back to Exhibit 004, Mr.
20 Sykora, other than some type of Mylan monopoly
21 problem, do you have any understanding of how AWP
22 changes were being scrutinized?