# Exhibit 190

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*
Civil Action No. 07-10248-PBS
Exhibit to the September 22, 2009, Supplemental Declaration of James J. Fauci
In Support of Plaintiff's Motion for Partial Summary Judgment and
In Opposition to the Roxane Defendants' Motion For Partial Summary Judgment

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Add | NDC | Product Name | Form | strength | Manufacturer | Size | AWP Package | Additional Description | Description | HCPCS Code | Per Unit AWP | special | Brand? | AWP Calculation | Priced by Source (Generic or Brand) | Medicare Allowance | |
| 846 | 00015301020 | BLENOXANE | PDS | 15 U | B/M Squibb Onc/Imm | 1 | 304.6 | (VIAL) | BLEOMYCIN SULFATE | J9040 | 304.6 | | Y | 304.6 | B | 289.37 | |
| 847 | 00703315401 | BLEOMYCIN SULFATE | PDS | 15 U | Gensia Sicor | 1 | 305.78 | (S.D.V.) | BLEOMYCIN SULFATE | J9040 | 305.78 | | N | 304.6 | B | 289.37 | |
| 848 | 00703315491 | BLEOMYCIN SULFATE NOVAPLUS | PDS | 15 U | Gensia Sicor | 1 | 305.78 | (S.D.V.) | BLEOMYCIN SULFATE | J9040 | 305.78 | | Y | 304.6 | B | 289.37 | |
| 849 | 61703033218 | BLEOMYCIN SULFATE | PDS | 15 U | Faulding Pharm | 1 | 309 | | BLEOMYCIN SULFATE | J9040 | 309 | | N | 304.6 | B | 289.37 | |
| 850 | 55390011501 | CLADRIBINE NOVAPLUS | SOL | 1 MG/ML | Bedford | 1 | 562 | (S.D.V.,PF) | CLADRIBINE | J9065 | 56.2 | | Y | 56.2 | G | 53.39 | |
| 851 | 55390012401 | CLADRIBINE | SOL | 1 MG/ML | Bedford | 1 | 562 | (S.D.V.,PF) | CLADRIBINE | J9065 | 56.2 | | N | 56.2 | G | 53.39 | |
| 852 | 59676020101 | LEUSTATIN | SOL | 1 MG/ML | Ortho Biotech | 1 | 649.66 | (S.D.V.) | CLADRIBINE | J9065 | 64.97 | | Y | 56.2 | G | 53.39 | |
| 853 | 00009037301 | CYTOSAR-U | PDS | 100 MG | Pharmacia Corp | 1 | 8.98 | (M.D.V.) | CYTARABINE | J9100 | 8.98 | | Y | 6.25 | B | 5.9375 | |
| 854 | 00703518203 | CYTARABINE | PDS | 100 MG | Abbott Hosp | 10 | 64.24 | (M.D.V.,GLASS) | CYTARABINE | J9100 | 6.42 | | N | 6.25 | B | 5.9375 | |
| 855 | 55390013110 | CYTARABINE | PDS | 100 MG | Bedford | 10 | 62.5 | (VIAL) | CYTARABINE | J9100 | 6.25 | | N | 6.25 | B | 5.9375 | |
| 856 | 55390080610 | CYTARABINE NOVAPLUS | PDS | 100 MG | Bedford | 10 | 62.5 | (VIAL) | CYTARABINE | J9100 | 6.25 | | Y | 6.25 | B | 5.9375 | |
| 857 | 61703031922 | CYTARABINE | SOL | 100 MG/ML | Faulding Pharm | 1 | 100 | (S.D.V.,PF) | CYTARABINE | J9100 | | | N | 6.25 | B | 5.9375 | |
| 858 | 00009047301 | CYTOSAR-U | PDS | 500 MG | Pharmacia Corp | 1 | 35.64 | (M.D.V.) | CYTARABINE | J9110 | 35.64 | | Y | 25 | B | 23.75 | |
| 859 | 00703519302 | CYTARABINE | PDS | 500 MG | Abbott Hosp | 5 | 130.15 | (M.D.V.,GLASS) | CYTARABINE | J9110 | 26.03 | | N | 25 | B | 23.75 | |
| 860 | 55390013210 | CYTARABINE | PDS | 500 MG | Bedford | 10 | 250 | (VIAL) | CYTARABINE | J9110 | 25 | | N | 25 | B | 23.75 | |
| 861 | 55390080710 | CYTARABINE NOVAPLUS | PDS | 500 MG | Bedford | 10 | 250 | (VIAL) | CYTARABINE | J9110 | 25 | | Y | 25 | B | 23.75 | |
| 862 | 00013103691 | ADRUCIL | SOL | 50 MG/ML | Pharmacia Corp | 1 | 3.2 | | FLUOROURACIL | J9190 | 3.2 | | Y | 2.6 | G | 2.47 | |
| 863 | 00187395364 | FLUOROURACIL | SOL | 50 MG/ML | ICN | 10 | 21.75 | (VIAL) | FLUOROURACIL | J9190 | 2.18 | | N | 2.6 | G | 2.47 | |
| 864 | 10019095002 | FLUOROURACIL | SOL | 50 MG/ML | Baxter Anesthesia | 1 | 2.6 | (S.D.V.) | FLUOROURACIL | J9190 | 2.6 | | N | 2.6 | G | 2.47 | |
| 865 | 63323011710 | FLUOROURACIL | SOL | 50 MG/ML | APP | 1 | 3.75 | (S.D.V.,PF) | FLUOROURACIL | J9190 | 3.75 | | N | 2.6 | G | 2.47 | |
| 866 | 00004193508 | FUDR | PDS | 0.5 GM | Roche Labs | 1 | 136.38 | | FLOXURIDINE | J9200 | 136.38 | | Y | 136.38 | B | 129.561 | |
| 867 | 55390013501 | FLOXURIDINE | PDS | 0.5 GM | Bedford | 1 | 136.38 | (VIAL) | FLOXURIDINE | J9200 | 136.38 | | N | 136.38 | B | 129.561 | |
| 868 | 55390043501 | FLOXURIDINE NOVAPLUS | PDS | 0.5 GM | Bedford | 1 | 136.38 | (VIAL) | FLOXURIDINE | J9200 | 136.38 | | Y | 136.38 | B | 129.561 | |

Reproduced from production CD AWQ0281, at path: AWQ0281\nonprivDATA\item1 drug files (pricing infromation) 2003 DMERC drugs\QTR2\2003 QTR2 drug report.zip