# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No.1456<br><br>Master File No. 01-CV-12257-PBS<br>Subcategory No. 06-CV-11337-PBS |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation, et al.*, Civil Action No. 07-10248-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

### DECLARATION OF JOHN W. REALE IN SUPPORT OF BOEHRINGER INGELHEIM CORPORATION AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.'S REPLY TO THE UNITED STATES' RESPONSE TO CORRECTED BOEHRINGER INGELHEIM CORPORATION AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC. LOCAL RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

1. I am a member of the law firm of Kirkland & Ellis LLP, counsel for Defendants Boehringer Ingelheim Pharmaceuticals, Inc. ("BIPI") and Boehringer Ingelheim Corporation ("BIC"). I am admitted to practice law in the Commonwealth of Massachusetts.

2. As part of their Local Rule 56.1 Statement of Undisputed Material Facts In Support of Their Motion for Summary Judgment filed on June 26, 2009 (with corrections filed on June 29, 2009), BIC and BIPI attached the exhibits referenced therein as Tabs 1 - 88. Attached to this Declaration as Tabs 89 - 130, BIC and BIPI attach additional exhibits referenced in Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc.'s Reply to the United States' Response to Corrected Boehringer Ingelheim Corporation and Boehringer Ingelheim Pharmaceuticals, Inc. Local Rule 56.1 Statement of Undisputed Material Facts in

2

Support of Their Motion for Summary Judgment.  Those exhibits are true and correct copies of the documents described in the document listing attached as Exhibit A to this Declaration.

    3.    I declare under penalty of perjury the foregoing is true.


Dated: September 22, 2009                      Respectfully Submitted,
Chicago, Illinois


                                                ____/s/ John W. Reale_____
                                                John W. Reale (BBO# 654645)

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on September 22, 2009, a copy to LexisNexis File and Serve for posting and notification to all parties.

                                                                              /s/ John W. Reale
                                                                                 John W. Reale