# EXHIBIT A

**EXHIBITS TO BIC & BIPI'S REPLIES TO US' RESPONSES TO BIC& BIPI'S 56.1 STATEMENT OF FACTS[1]**

| TAB | DESCRIPTION |
|---|---|
| 89 | Berkle Deposition Transcript Excerpt, 1/27/05 |
| 90 | Berkle Deposition Transcript Excerpt, 10/31/08 |
| 91 | Ciarelli Deposition Transcript Excerpt, 6/26/02 |
| 92 | Ciarelli Deposition Transcript Excerpt, 7/25/07 |
| 93 | DeCapua Deposition Transcript Excerpt, 5/30/07 |
| 94 | Duy Deposition Transcript Excerpt, 12/16/08 |
| 95 | Feldman Deposition Transcript Excerpt, 6/25/02 |
| 96 | Gordon Deposition Transcript Excerpt, 11/4/05 |
| 97 | King Deposition Transcript Excerpt, 12/3/04 |
| 98 | Macey Deposition Transcript Excerpt, 5/19/09 |
| 99 | Macey Deposition Transcript Excerpt, 5/20/09 |
| 100 | Marsh Deposition Transcript Excerpt, 5/31/07 |
| 101 | McIntyre Deposition Transcript Excerpt, 2/26/09 |
| 102 | Paoletti Deposition Transcript Excerpt, 11/9/04 |
| 103 | Paoletti Deposition Transcript Excerpt, 9/20/05 |
| 104 | Rowenhorst Deposition Transcript Excerpt, 4/3/03 |
| 105 | Rowenhorst Deposition Transcript Excerpt, 10/7/05 |
| 106 | Russillo Deposition Transcript Excerpt, 1/8/09 |
| 107 | Shaffer Deposition Transcript Excerpt, 5/21/08 |

---

[1] Tabs 1-88 were attached to BIC and BIPI's Local Rule 56.1 Statement of Undisputed Material Facts in Support of Their Motion for Summary Judgment filred on 06/26/09 (with corrections filed on 06/29/09).

| | |
|---|---|
| 108 | Shaffer Deposition Transcript Excerpt, 8/5/08 |
| 109 | Sykora Deposition Transcript Excerpt, 12/4/08 |
| 110 | Via Deposition Transcript Excerpt, 10/18/05 |
| 111 | Waterer Deposition Transcript Excerpt, 5/9/07 |
| 112 | Roxane Human Resources Organization Chart (RLI-ORG000000059) |
| 113 | Roxane Information Technology Organization Chart (RLI-ORG000000078) |
| 114 | Roxane Information Technology Organization Chart (RLI-ORG000000005) |
| 115 | Roxane Organization Chart (RLI-ORG000000020) |
| 116 | Roxane Finance Organization Chart (RLI-ORG000000032) |
| 117 | Minutes of the March 1, 1996 Meeting of the BIPI Board of Directors (BOEH02605715-725) |
| 118 | Minutes of the April 28, 1999 Meeting of the BIC Board of Directors (BICJURIS0208-227) |
| 119 | January 2008 OIG Report |
| 120 | Gerstenberg Memo re Texas Lawsuit (BOEH01057048-049) |
| 121 | 10/23/96 Memo re Atrovent Solution Sales (McIntyre Ex. 10) |
| 122 | Email chain re Ipratropium/Atrovent (McIntyre Ex. 12) |
| 123 | 11/30/00 Letter from Judy Orinski to Robert Sykora (RLI-AWP-00160361-364) |
| 124 | Excerpt of Roxane Corporate Data (RLI-AWP-00000012-015) |
| 125 | Boehringer Ingelheim's Milestones in Research and Development, http://www.boehringeringelheim.com/corporate/ research/milestones.asp |
| 126 | 8/1/00 Email re Roxane Marketing Resources (Duy Ex. 32) |
| 127 | Roxicodone 15/30mg Launch Plan Overview Presentation (Shaffer Ex. 27) |
| 128 | 1/28/99 BIPI Press Release (Russillo Ex. 2) |
| 129 | Pomer Declaration |
| 130 | Steffen Declaration |