TAB 91

# In The Matter Of:

## THE STATE OF TEXAS ex rel. v. DEY, INC., ET AL.

### GREGG P. CIARELLI

### June 26, 2002

---

**FREDERICKS-CARROLL REPORTING**

*Court Reporting-Video Services-Litigation Support*

7719 WOOD HOLLOW DRIVE, SUITE 156

Austin, TX  78731

(512) 477-9911     FAX: (512) 345-1417

*Original File 0626CIAR.AMI, 185 Pages*
*Min-U-Script® File ID: 0676467863*

**Word Index included with this Min-U-Script®**

Page 13

[1] assembling a profit loss statement.
[2] **Q:** Would this be in the context of compiling
[3] information and then putting it into a readable form so
[4] that you could provide that to upper management?
[5] **A:** Correct.
[6] **Q:** Is that primarily what you did?
[7] **A:** Yes.
[8] **Q:** Did any of your duties have to do with
[9] controlling these items and telling people, "You're
[10] over budget, you need to stop spending money," or —
[11] **A:** Yes, some of that, too.
[12] **Q:** That was part of that also?
[13] **A:** Yes.
[14] **Q:** And you said you performed these functions
[15] both for BIPI and also for Roxane?
[16] **A:** For the — the business unit of Ingelheim
[17] Pharmaceuticals, which back then encompassed Boehringer
[18] Ingelheim and Roxane branded and generics.
[19] **Q:** Was there anyone else in the company that
[20] performed functions either parallel to yours at that
[21] time or similar to yours, or were you more or less it?
[22] **A:** Within those businesses, that was it.
[23] **Q:** Okay. How much of your time was divided to
[24] Boehringer Ingelheim activities as opposed to Roxane?
[25] Was it half and half or —

Page 14

[1] **A:** Probably 80/20. 80 percent BIPI, 20 percent
[2] Roxane.
[3] **Q:** And is that because BIPI had 80 percent of the
[4] business and Roxane had 20 percent of the business?
[5] **A:** No, just the complexities of the two
[6] businesses, and the fact that I was physically located
[7] here in Connecticut.
[8] **Q:** And that's a good point. Your physical
[9] location during the entire tenure of your employment
[10] has been in Connecticut?
[11] **A:** Yes, it has.
[12] **Q:** Does Roxane still have a physical presence in
[13] the Columbus, Ohio area?
[14] **A:** Yes.
[15] **Q:** What activities are conducted in Columbus,
[16] Ohio, or in and around Columbus for Roxane?
[17] **A:** Manufacturing.
[18] **Q:** Are any management personnel located in
[19] Columbus?
[20] **A:** Yes.
[21] **Q:** Is Judy Waterer still there?
[22] **A:** No.
[23] **Q:** Who are the management personnel, if you know,
[24] for Roxane currently still located in or around
[25] Columbus, Ohio?

Page 15

[1] **A:** I don't know.
[2] **Q:** Do you have any idea how many people we're
[3] talking about?
[4] **A:** I don't know.
[5] **Q:** We deposed Judy Waterer some months ago and at
[6] that time, as I recall, there was a transition underway
[7] where she was —
[8] **A:** Mm-hmm.
[9] **Q:** — thinking about moving to the Cleveland,
[10] Ohio area.
[11] **A:** Yes.
[12] **Q:** Did that actually take place?
[13] **A:** Yes.
[14] **Q:** Was she alone in that, or were there multiple
[15] people moved to Cleveland?
[16] **A:** I don't know.
[17] **MR. McCONNICO:** She was, if you've got
[18] to know.
[19] **Q:** (By Mr. Crawford) Do you know if the
[20] transition that she told us about of moving her and
[21] perhaps others to the Cleveland, Ohio area has been
[22] completed, or is that something still underway?
[23] **A:** I don't know.
[24] **Q:** Do you know whether or not BIPI intends to
[25] continue the Roxane operations in or around Columbus,

Page 16

[1] Ohio?
[2] **A:** I don't know that.
[3] **Q:** You haven't heard any plans about closing down
[4] the manufacturing there and moving it away?
[5] **A:** No.
[6] **Q:** Have we fairly and comprehensively covered
[7] your duties and activities as marketing controller?
[8] **A:** Yes.
[9] **Q:** And your next move was then a promotion to
[10] head of contracting and marketing controlling?
[11] **A:** Correct.
[12] **Q:** And when did that take place, please, sir?
[13] **A:** Probably about four years ago.
[14] **Q:** Sometime around 1998?
[15] **A:** Yes. It was October.
[16] **Q:** October of '98?
[17] **A:** I believe so.
[18] **Q:** What were your primary duties and
[19] responsibilities as head of contracting and marketing
[20] controlling?
[21] **A:** The controlling duties that I had explained
[22] previously, and in addition the contracting — the
[23] administration of contracts for Boehringer Ingelheim
[24] and Roxane Labs, and also Medicaid and federal
[25] reporting.

Page 17

[1] Q: So they added administration of contracts and
[2] they added duties of oversight of Medicaid reporting?
[3] A: Yes, and federal supply schedule.
[4] Q: And you said federal supply schedule?
[5] A: Yes.
[6] Q: You'll have to pardon me. Maybe I should know
[7] what that is, but I don't. So tell me what federal
[8] supply schedule — what is that?
[9] A: It's the — the pricing regulations that
[10] govern selling product to the federal government.
[11] VA/DOD.
[12] Q: So sales directly to the Veterans
[13] Administration, or —
[14] A: Directly or indirectly.
[15] Q: And what was the other federal entity?
[16] A: VA/DOD.
[17] Q: What's DOD?
[18] A: Department of Defense.
[19] Q: Okay. I guess I should have known that. So I
[20] take it insofar as sales directly from either BIPI
[21] and/or Roxane, either Veterans Administration or the
[22] Department of Defense, there are specific federal
[23] rules, laws and regulations governing how that's to be
[24] done and the reporting required?
[25] A: Yes.

Page 18

[1] Q: Okay. And then you also mentioned you had
[2] added duties of Medicaid reporting. Correct?
[3] A: Yes.
[4] Q: Now, if there are components of that, please
[5] tell me what the components of the Medicaid reporting
[6] were.
[7] A: Calculating the statutory requirements and
[8] submission to the states and the federal government.
[9] Paying invoices.
[10] Q: Calculating the statutory requirements to the
[11] states and to the federal government would be one
[12] component?
[13] A: Yes.
[14] Q: And then another component would be paying
[15] invoices?
[16] A: To the states.
[17] Q: And would that be invoices for payment of the
[18] Medicaid reimbursement or —
[19] A: The Medicaid rebates.
[20] Q: Rebates. I just used the wrong word.
[21]     Now, calculation of the statutory
[22] requirements to states and federal governments, tell me
[23] in laymen's terms what those duties were composed of.
[24] A: I did not do it directly; I had people
[25] reporting to me that made the calculations.

Page 19

[1] Q: But they reported to you?
[2] A: Yes.
[3] Q: You supervised them?
[4] A: Yes, indirectly.
[5] Q: Were you responsible for their training
[6] expertise and being sure that they were capable of
[7] correctly doing their jobs?
[8] A: Yes.
[9] Q: Did that require you to personally undertake
[10] an investigation or training or becoming knowledgeable
[11] about the different state requirements, if indeed they
[12] were different?
[13] A: No.
[14] Q: Who had that responsibility?
[15] A: The individual managers.
[16] Q: How many people were under your supervision
[17] who performed these functions of calculating statutory
[18] requirements to states?
[19] A: Three employees.
[20] Q: Can you name those three employees?
[21] A: Yes. Joe DeCapua.
[22] Q: Joe — spell — can you spell his last name?
[23] A: D-e-C-a-p-u-a.
[24] Q: Joe DeCapua?
[25] A: Mm-hmm.

Page 20

[1] Q: That's one.
[2] A: Vicki —
[3] Q: With an I or Y?
[4] A: I. Aris, A-r-i-s.
[5] Q: A-r-i-s?
[6] A: Yes.
[7] Q: And thirdly?
[8] A: The other employee has left the company.
[9] Q: What was the name of that person?
[10] A: Donia, D-o-n-i-a, I believe.
[11] Q: D-o-n-i-a?
[12] A: Gottrell, G-o-t-t-r-e-l-l.
[13] Q: And Ms. Gottrell is no longer with the
[14] company?
[15] A: No.
[16] Q: Do you remember when she left?
[17] A: Beginning of this year.
[18] Q: Beginning of 2002?
[19] A: Correct.
[20] Q: Do you know where she went to?
[21] A: No. She retired.
[22] Q: Retired?
[23] A: Yes.
[24] Q: Was she stationed here in the Danbury area?
[25] A: Yes.

Page 49

[1] A: It's the same.
[2] Q: And, then, Mr. Berkle, he has direct reporting
[3] to the president and COO of Roxane, Mr. Gerstenberg?
[4] A: Yes.
[5] Q: So would it be correct to say, then, that that
[6] makes you a — a third-level management down from the
[7] president and COO?
[8] A: Yes.
[9] Q: And are you still third-level down from the
[10] president and COO?
[11] A: Yes.
[12] Q: Now, even though — and I think that at that
[13] point in time in 1999 you did have other persons that
[14] you supervised, but they don't appear on this
[15] particular org chart. Is that right?
[16] A: Correct.
[17] Q: And I'm sure there's an obvious answer for
[18] this, but tell me why they don't appear here. Is there
[19] just not room to put everybody on this one?
[20] A: No, that is a Roxane Laboratories org chart.
[21] Q: Okay.
[22] A: Not a BIPI org chart.
[23] Q: Okay. Now, let me ask you this: Even during
[24] this period of time, even though you appear on the
[25] Roxane Lab org chart, you were nevertheless an employee

Page 50

[1] of BIPI?
[2] A: Correct.
[3] Q: How about Mr. Gerstenberg, the president and
[4] COO of Roxane, is he an employee of Roxane or BIPI?
[5] A: I don't know.
[6] Q: Have you ever drawn a paycheck drawn on an
[7] account that belongs to Roxane?
[8] A: I don't know.
[9] Q: Your paycheck comes from BIPI?
[10] A: Yes, it says BIPI on the paycheck.
[11] Q: And as far as you know, that's always been the
[12] case?
[13] A: It has been, yes.
[14] Q: And the fact that you would appear here on a
[15] Roxane org chart, is that for — tell me why that would
[16] be.
[17] A: Because I had people on the Roxane payroll
[18] that reported in to me.
[19] Q: Okay. Now, the next page here I'm just going
[20] to skip over. Marketing multisource has Judy Waterer
[21] there. You don't appear there because you weren't in
[22] that chain. Is that correct?
[23] A: Correct.
[24] Q: And likewise, with sales - key accounts, I
[25] don't think you appear on that chart either because

Page 51

[1] you're not in that chain. Is that right?
[2] A: I do not.
[3] Q: Same with marketing contract operations, your
[4] name doesn't appear there. Correct?
[5] A: Does not.
[6] Q: But John Powers does, and you supervised him.
[7] A: Correct.
[8] Q: So would it be — if they wanted to make this
[9] chart complete, they could put a line above John Powers
[10] to you. Is that right?
[11] A: Yes.
[12] Q: And now we come to page ROX-01437, which is
[13] the Ethical Pharmaceuticals USA organization, which
[14] does, I think, contain your name up here at the top.
[15] Right?
[16] A: Yes, it does.
[17] Q: This Ethical Pharmaceuticals USA organization,
[18] is that Roxane or BIPI?
[19] A: BIPI.
[20] Q: And so there are a list of names that appear
[21] under you there. Are those all BIPI employees?
[22] A: Yes, with the exception of John Powers.
[23] Q: And he's, I think, last on the list there? At
[24] the bottom?
[25] A: Yes, he is.

Page 52

[1] Q: Let me go through — I don't want to spend an
[2] exorbitant amount of time with this, but I do want to
[3] ask you some questions about these people. Okay?
[4] A: Sure.
[5] Q: And I'll — if it will help you I'll let you
[6] look at that, because I've written down these names
[7] here — I hope I have, anyway. But this indicates your
[8] position as marketing controller, sales and contract
[9] administration. Is that right?
[10] A: No.
[11] Q: What does it say on there?
[12] A: Sales — oh, excuse me. It's just head, sales
[13] and contracts administration.
[14] Q: Okay. Were you at that time marketing
[15] controller also?
[16] A: No.
[17] Q: And the persons under you, would this have
[18] been in 1999?
[19] A: No, this is labeled as 2000.
[20] Q: All right. Is this after you got promoted to
[21] your current position?
[22] A: I was not promoted; it was a lateral move.
[23] Q: Lateral — is this after you got lateral to
[24] your current position?
[25] A: Correct.