# TAB 92

```
                                                                    1

                  UNITED STATES DISTRICT COURT

                FOR THE DISTRICT OF MASSACHUSETTS

         ------------------------------X

         THE COMMONWEALTH OF MASSACHUSETTS, )  CIVIL ACTION NO.

                    Plaintiff,           )  03-CV-11865-PBS

                                         )

              vs.                        )

                                         )    VIDEOTAPED

         MYLAN LABORATORIES, INC.; BARR  )  DEPOSITION OF

         LABORATORIES, INC.; DURAMED     )  GREGG CIARELLI

         PHARMACEUTICALS, INC.; IVAX     )    30(b)(6)

         CORPORATION; WARRICK            )

         PHARMACEUTICALS CORPORATION;    )    New York,

         WATSON PHARMACEUTICALS, INC.;   )    New York

         SCHEIN PHARMACEUTICAL, INC.; TEVA )  July 25, 2007

         PHARMACEUTICALS USA, INC.; PAR  )

         PHARMACEUTICAL, INC.; DEY, INC.; )

         ETHEX CORPORATION; PUREPAC      )

         PHARMACEUTICAL CO.; and ROXANE  )    Reported By:

         LABORATORIES, INC.,             )    CATHI IRISH,

                    Defendants.          )    RPR, CLVS

         ------------------------------X
```

**18**

1  regard to the Roxane products that he will be
2  testifying to today?
3      MS. WITT: His role is as a corporate
4  representative, meaning he can testify based on
5  whatever knowledge he has gleaned over the course
6  of being prepared, whether it's related to his
7  personal knowledge or not.
8      As you know, you designate -- the
9  corporation --
10     MR. HEIDLAGE: Of course.
11     MS. WITT: -- can designate whoever it
12 wants, whether he or she has personal knowledge,
13 as long as they're educated on the issues. And
14 in many subjects, that's what's been done because
15 we don't currently have some of the employees who
16 were involved.
17     But his current position at BIPI bears
18 -- has no bearing on the issue of what was going
19 on in marketing of Roxicodone in the late '90s at
20 Roxane.
21     MR. HEIDLAGE: At least for right now,
22 the questions I'm going to ask him, which are

**19**

1  general background and just for information on
2  his personal background and understanding and so
3  on, we can -- I certainly don't have a problem
4  with not designating that as Roxane -- Roxane's
5  testimony.
6      When we get to the point where we --
7  where I can figure out where he is coming into
8  this -- you know, into this process as a
9  representative of Roxane, then we'll do that. I'm
10 really just trying to get the general background.
11     MS. WITT: I disagree that questions
12 relating to how did people who did sales
13 forecasts for BIPI products do it relates to his
14 background and job responsibilities, since it's
15 somebody else's job responsibilities.
16     But as long as we're clear that until
17 you go back to corporate representative
18 testimony, from this point in the deposition he's
19 testifying from his personal knowledge --
20     MR. HEIDLAGE: Okay.
21     MS. WITT: -- then we'll go forward,
22 reserving my rights with respect to what I view

**20**

1  as an improper use of the deposition notice. But
2  be that as it may, we can sort that out at
3  another time rather than blowing this
4  opportunity.
5      MR. HEIDLAGE: Okay.
6  BY MR. HEIDLAGE:
7      Q. The pending question, Mr. Ciarelli,
8  was: Do you know the basis on which the sales
9  figures that you were using to make sales
10 forecasts were derived by people who provided
11 them to you?
12     MS. WITT: Objection, misstates.
13     THE WITNESS: The marketing folks would
14 use prescriptions and then they would take those
15 prescriptions and extend them into units and then
16 multiply those units by price.
17 BY MR. HEIDLAGE:
18     Q. And do you know what the price was that
19 they used?
20     **A. The WAC price. Then after that they**
21 **would look at any other discounts that we gave to**
22 **get to the net sales.**

**21**

1      Q. So is the number that they used to
2  multiply times the number of units, was that the
3  WAC price --
4      A. Yes.
5      Q. -- or was it a -- the net sales price?
6      **A. It would be the WAC price.**
7      Q. And how long did you hold the position
8  as -- what was your title at that point?
9      **A. Marketing controller.**
10     Q. Did that change?
11     **A. Yes.**
12     Q. When did that change?
13     **A. I believe it was somewhere in the**
14 **November time frame.**
15     Q. November of what year?
16     **A. 1997.**
17     Q. And how did that change?
18     **A. I was given additional**
19 **responsibilities.**
20     Q. In essence, what were the additional
21 responsibilities?
22     **A. The contracting -- contracting and**

Ciarelli, Gregg - 30(b)(6)                                July 25, 2007
New York, NY

7 (Pages 22 to 25)

### Page 22

1  forecasting pricing.
2    Q. At some point, did you -- were you
3  assigned any responsibilities for products that
4  had been products of Roxane?
5    A. Yes.
6    Q. When was that?
7    A. In -- at the same time.
8    Q. In November of 1997?
9    A. Yes.
10   Q. So prior to November of 1997, did you
11 have any responsibilities whatsoever for any of
12 the products at Roxane?
13   A. No.
14   Q. And how -- what responsibilities did
15 you undertake for Roxane at that time?
16   A. Can you clarify that?
17   Q. You said in November you -- you began
18 exercising some responsibilities with regard to
19 products owned by Roxane.
20   A. Okay.
21   Q. Okay. What were they?
22   A. The pricing contracting, and I still

### Page 23

1  had my control -- controller's responsibilities.
2    Q. Prior to November of 1997, did you have
3  any responsibility for pricing or contracting or
4  setting contract prices for any products?
5    A. No.
6    Q. To your knowledge, at some point were -
7  - were products that had been owned and marketed
8  by Roxane Laboratories, were they transferred to
9  BIPI?
10   A. During what time period?
11   Q. Any time period.
12   A. Yes, at some point in time, I don't
13 recall, some products, branded pharmaceutical
14 products were transferred from Roxane to BIPI.
15 The one that comes to mind, Viramune.
16   Q. How about Roxicodone?
17   A. I don't recall.
18   Q. Do you know whether any other branded
19 products were transferred from Roxane
20 Laboratories to BIPI?
21   A. There was a few more, but I don't
22 recall what they were.

### Page 24

1    Q. Are you familiar with the procedures
2  for reporting prices for those products to the
3  price reporting services, such as First DataBank?
4    A. Yes.
5    Q. And how did you become familiar with
6  that process?
7    A. When I took over the contracting
8  responsibilities, one of the people in Roxane who
9  reported to me, John Powers, reported those
10 prices.
11   Q. And in preparation for this deposition,
12 did you have discussions with Mr. Powers as to
13 the practices and procedures of Roxane
14 Laboratories with regard to reporting to the
15 price reporting services with regard to Roxane's
16 branded drugs?
17   A. No, I did not.
18   Q. When did Mr. Powers begin working
19 directly for you?
20   A. It was in 1997, around --
21   Q. November of 1997?
22   A. Yes.

### Page 25

1    Q. Do you have any other source of
2  knowledge with regard to the practices and
3  procedures of Roxane Laboratories with regard to
4  reporting prices to the price reporting services?
5       MS. WITT: We're limiting these to the
6  branded drugs?
7       MR. HEIDLAGE: To the branded drugs.
8       THE WITNESS: Just what I had
9  mentioned.
10 BY MR. HEIDLAGE:
11   Q. Why don't you just describe generally
12 the scope of your knowledge of the practices and
13 procedures at Roxane Laboratories with regard to
14 the reporting of prices to price reporting
15 compendia.
16   A. Well, as a general rule, we used a
17 formulaic approach, so we would take the WAC
18 price and multiply it by a fixed amount to come
19 up with the AWP.
20   Q. And what was the fixed amount that
21 Roxane Laboratories used to multiply times the
22 WAC to come up with an AWP?

Ciarelli, Gregg - 30(b)(6)				July 25, 2007
New York, NY

18 (Pages 66 to 69)

### Page 66

1  before you, please? The other two.
2      A.  (Handing.)
3      Q.  Directing your attention to Exhibit
4  Paoletti 065, does that appear to be an excerpt
5  from the document which is now Exhibit Ciarelli
6  002?
7      A.  The first page, yes. The second page
8  on the Paoletti document, Exhibit Ciarelli 001, I
9  can't make out the -- I can't make out any of the
10  words on it.
11      Q.  Okay.
12      A.  It looks like 3, I can't make out that
13  slide on the Ciarelli document.
14          I can't make out slide 4 on this
15  document.
16          It's difficult for me to make out slide
17  5. It's difficult to make out slide 6. The
18  copies are too poor.
19          Slide 7 is the same -- it's the slide
20  that's on the Ciarelli document.
21      Q.  And which one -- what page, just
22  referring to the Bates numbers, what pages are

### Page 67

1  you referring to in each exhibit; first of all,
2  page in the Exhibit Paoletti 065?
3      A.  Exhibit Paoletti 065, 20653 and RLI-TX
4  63210. And the header appears to be the same.
5      Q.  So you're referring to the document --
6  the page you're referring to, the second one, is
7  in Exhibit Ciarelli 002 at RLI-TX 63210, and the
8  document you're referring to is the one in the
9  lower right-hand corner with a heading Roxicodone
10  Reimbursement Model?
11      A.  Correct.
12      Q.  Do you know what that is?
13      A.  No, I do not.
14      Q.  Have you ever seen a -- an analysis or
15  calculation similar to the Roxicodone
16  reimbursement model shown in Exhibit Ciarelli
17  002, page 63210?
18      A.  No, other than in the documents you're
19  sharing with me here.
20      Q.  In connection with your preparation for
21  this deposition, I think you testified -- could I
22  just see the document?

### Page 68

1      A.  (Handing.)
2      Q.  Exhibit Paoletti 065, did you learn
3  what Exhibit Paoletti 065 is?
4      A.  What do you mean, did I learn what it
5  is?
6      Q.  I think you testified that you reviewed
7  it in preparation for the deposition.
8      A.  Yes.
9      Q.  Okay? Did you have any discussions
10  with anyone else at Roxane Laboratories, other
11  than counsel, with regard to Exhibit Paoletti
12  065?
13      A.  Other than counsel, no.
14      Q.  Do you know whether Exhibit Paoletti
15  065 and Exhibit Ciarelli 002 were used in
16  connection with Roxane Laboratories' sales and
17  marketing of its Roxicodone?
18      A.  Could you repeat the question? Sorry.
19      Q.  Do you know whether Roxane
20  Laboratories, Incorporated used Exhibit Paoletti
21  065 and/or Exhibit Ciarelli 002 in connection
22  with its sales and marketing of Roxicodone?

### Page 69

1      A.  I don't believe it would have been the
2  marketing. It appears that this is a
3  distribution workshop.
4      Q.  And what is a distribution workshop in
5  your understanding?
6      A.  Workshops usually are at meetings with
7  the sales force, so it appears as if this is
8  explaining the distribution practices to the
9  sales force, the Roxane sales force.
10      Q.  So this is explaining to them how they
11  ought to sell the Roxicodone; is that correct?
12          MS. WITT: Object to the form.
13          THE WITNESS: No, not how they sell it,
14  but this is a branded product. The Roxane
15  branded sales force would be calling on
16  physicians and talking about features and
17  benefits of the product.
18          I believe this is background on how the
19  customers, the end customers, the pharmacists --
20  the pharmacies are reimbursed for the -- how that
21  process works, not how the pharmaceutical reps
22  sell to the doctors.

Ciarelli, Gregg - 30(b)(6)                                              July 25, 2007
New York, NY

19 (Pages 70 to 73)

**Page 70**

1  BY MR. HEIDLAGE:
2    Q.  I see.  And what was the purpose of
3  discussing with the sales reps how the pharmacies
4  are reimbursed for Roxicodone?
5    A.  Just for their general understanding.
6  This drug was not -- had competition out there on
7  a generic side.  It wasn't a pure branded
8  product.
9    Q.  Can you explain that for the record?
10   A.  There were other forms and strengths of
11  the product available as a generic product.
12   Q.  Okay.  Was Roxicodone the innovator
13  product?
14   A.  I don't believe so, no.
15   Q.  Was it a generic product that was then
16  marketed as a brand?
17   A.  It was marketed by the branded field
18  force.
19   Q.  Let me direct your attention to page
20  RLI-TX 63211 of Exhibit Ciarelli 002.  And the
21  slide in the upper left-hand corner states, "It's
22  typically" -- it says, "typically more profitable

**Page 71**

1  to dispense Roxicodone 15 milligram and 30
2  milligram."
3         Do you see that?
4    A.  Yes, I can make that out.
5    Q.  How is it that -- first of all, do you
6  know who Mr. Sykora is referring to when he says
7  it's more profitable?
8    A.  I can't make out the words below.  It
9  appears it says pharmacy.
10   Q.  Okay.
11   A.  Pharmacist.
12   Q.  Do you know whether during this time
13  period that Roxane Laboratories was taking the
14  position in the marketplace that its Roxicodone
15  was more profitable to the pharmacies than its
16  competitors?
17       MS. WITT:  I object to the form.
18       THE WITNESS:  As I stated before, the
19  sales field force wouldn't be -- would be talking
20  to doctors, not to pharmacists, so that would not
21  be something that they would as a normal course
22  of practice talk to the doctors about.

**Page 72**

1  BY MR. HEIDLAGE:
2    Q.  Okay.  So who is this presentation
3  directed to, of Mr. Sykora's, that's now Exhibit
4  Ciarelli 002?
5    A.  I believe it's directed to the Roxane
6  branded field force.
7    Q.  The people who are -- who are talking
8  to doctors or?
9    A.  Detailing to doctors, correct.
10   Q.  During this time period, did -- strike
11  that.
12       Do you know why it was that Mr. Sykora
13  was making this presentation with regard to the
14  pharmacies reimbursement model to the field sales
15  force?
16   A.  Because it's a distribution workshop.
17  He's explaining how the products -- distribution
18  of the product.  It appears that this is a launch
19  at the time we launched this product to the
20  market.
21   Q.  And this would be -- strike that.
22       The field sales force was not selling -

**Page 73**

1  - strike that.
2       Did anyone in the field sales force
3  call on pharmacies?
4    A.  I'm not aware.
5    Q.  Do you know one way or the other?
6    A.  I don't recall what the practices of
7  that field force were at the time, whether they
8  called on pharmacists or not.
9    Q.  Do you know whether anyone called on
10  pharmacists on behalf of Roxane Laboratories with
11  regard to Roxicodone during this initial time
12  period?
13   A.  I'm not aware, no.
14   Q.  Who would know that?
15   A.  I guess it would be -- Bob Sykora would
16  probably know that.
17   Q.  Is he still with the company?
18   A.  No, he's not.
19   Q.  Where is he?
20   A.  I don't know.
21   Q.  How about -- would Mr. Feldman know
22  that?