**TAB 93**

# Condensed Transcript

# Deposition of
# BIPI - Joseph DeCapua

taken on
5/30/2007

State of Alabama
v.
Abbott Laboratories, Inc., et al.

Case No. 2005-219



Certified Court Reporters and Certified Legal Video Specialists
334.262.3332  1.888.253.DEPS
Email: depo@baker-baker.com
www.baker-baker.com

BIPI - Joseph DeCapua
May 30, 2007

Page 166

1  the same for innovator products and
2  noninnovator products?
3      A. No. They're different.
4      Q. What's the formula for a
5  noninnovator product?
6      A. It is just your Average
7  Manufacturer Price times 11 percent.
8      Q. And what was the formula you
9  described earlier for Mr. Carter?
10     A. That was the formula for a
11 non -- I just -- that was noninnovator that I
12 just described earlier. It was for single
13 source and innovator drugs. And it's --
14 there's a best -- a basic rebate component
15 and an inflation component. You want me to
16 repeat it?
17     Q. You can repeat it, please.
18     A. Okay. It's -- on the basic
19 side, it's 15 -- the greater of 15.1 percent
20 for AMP minus Best Price. And on the
21 inflation side, we were penalized for price
22 increases over and above inflation.
23     Q. Did Roxane ever calculate Best
24 Price for its noninnovator products?
25     A. No.

Page 167

1      Q. Is it required to report Best
2  Price for those products to CMS or any other
3  entity?
4      A. No.
5      Q. Do you have a rough ballpark
6  estimate of how many NDCs Roxane has today?
7      A. Today? It's less than ten -- I
8  mean, five. I mean, it changes all the time.
9      Q. Let me repeat my question.
10     A. Okay.
11     Q. How many NDCs Roxane has in its
12 product portfolio today?
13     A. Oh, four to five hundred -- I
14 mean . . .
15     Q. And how many of those are
16 products for which you report a Best Price?
17     A. Today, less than ten.
18     Q. And historically, about how
19 many products, say in the mid-'90s, did
20 Roxane have in its portfolio, total NDCs?
21     A. Same ballpark.
22     Q. And how many innovator products
23 did Roxane report Best Price for during that
24 time period?
25     A. Could have been forty to fifty.

Page 168

1      Q. NDCs?
2      A. NDCs.
3      Q. Okay. Before Mr. Winget-
4  Hernandez asked you questions earlier about
5  Oramorph. Do you recall that?
6      A. Yes.
7      Q. Are you aware of whether or not
8  Oramorph had multisource competition?
9      A. I am aware of that.
10     Q. Are you aware of whether or not
11 Oramorph competitors had an innovator or
12 noninnovator designation?
13     A. They had a noninnovator
14 designation for that drug.
15     Q. And was that one of the issues
16 that you were looking at in contention with
17 the Medicaid recalculation presentation that
18 you gave to CMS?
19     A. Yes.
20     Q. Are you aware of whether or
21 not, at any time, Roxane had any nominal
22 price sales?
23     A. I think there were a few
24 nominal price sales for the Oramorph product.
25     Q. Other than for Oramorph?

Page 169

1      A. No.
2         MR. KAVANAUGH: Nothing
3         further.
4         THE VIDEOGRAPHER: Anyone else?
5         MR. CARTER: Yeah.
6         EXAMINATION
7  BY MR. CARTER:
8      Q. Tell the Jury what the
9  difference is between an innovator drug and a
10 noninnovator drug.
11     A. An innovator drug, as
12 classified under the Medicaid rules, is any
13 drug that is marketed under an NDA or a New
14 Drug Application. And a noninnovator drug
15 would be a drug that is marketed under an
16 ANDA, which is an Abbreviated New Drug
17 Application.
18     Q. And what does it matter to you
19 when you're calculating AMPs whether a drug
20 is an innovator drug or a noninnovator drug?
21     A. It does not.
22     Q. What does it matter when you
23 calculate Best Price as to whether or not a
24 drug is an innovator drug or a noninnovator
25 drug?

43 (Pages 166 to 169)

334.262.3332  Baker & Baker Reporting and Video Services, Inc.  334.262.3332
888.253.3377  Certified Court Reporters and Certified Legal Video Specialists  888.253.3377

773d661f-b79c-4a3c-876f-ff6923a1c296