# TAB 95

# In The Matter Of:

## *THE STATE OF TEXAS ex rel.  v.*
## *DEY, INC., ET AL.*

---

## *RICHARD A. FELDMAN*
## *June 25, 2002*

---

## *FREDERICKS-CARROLL REPORTING*
*Court Reporting-Video Services-Litigation Support*
*7719 WOOD HOLLOW DRIVE, SUITE 156*
*Austin, TX  78731*
*(512) 477-9911    FAX: (512) 345-1417*

*Original File 0625FELD.AMI, 239 Pages*
*Min-U-Script® File ID: 2994784180*

**Word Index included with this Min-U-Script®**

Page 5

[1]              EXHIBIT INDEX (Cont'd)
[2] DEPOSITION EXHIBIT NO.
[3] 255. ROX-03164, Document titled UDVRPTT.XLS with
        forecasts for Ipratropium, Albuterol and
[4]     Cromolyn Sodium ....................... 177
[5] 256. Overview - Rationale - Financial Impact -
        dated March 3, 1998 to Mr. Ed Tupa from Judy
[6]     Waterer, subject: WAC price change ... 179
[7] 257. Wholesale average cost (WAC) price decrease,
        dated March 9, 1998 ................... 209
[8]
[9]
[10]
[11]
[12]
[13]
[14]
[15]
[16]
[17]
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 6

[1]  VIDEOGRAPHER: We're on the record on
[2] June 25th, 2002 at 8:17 a.m. This is the beginning of
[3] tape 1. Would counsel like to identify themselves for
[4] the record?
[5]  MR. ANDERSON: I'll start. Jarrett
[6] Anderson for the State of Texas.
[7]  MR. BREEN: Jim Breen for Ven-A-Care.
[8]  MR. CRAWFORD: Joe Crawford for the
[9] State of Texas.
[10]  MR. CLARK: John Clark for Ven-A-Care.
[11]  MR. HUDSPETH: Steve Hudspeth for Dey.
[12]  MS. TORGERSON: Karin Torgerson for
[13] Warrick.
[14]  MR. MILLER: Edward Miller for Roxane
[15] Laboratories.
[16]  MR. COVAL: Paul Coval for Roxane
[17] Laboratories.
[18]  MR. McCONNICO: Steve McConnico for
[19] Roxane Laboratories.
[20]    RICHARD A. FELDMAN,
[21] having been first duly sworn, testified as follows:
[22]            EXAMINATION
[23]          BY MR. ANDERSON:
[24]  Q: Good morning. Please state your full name for
[25] the record.

Page 7

[1]  A: Richard A. Feldman.
[2]  Q: What does the A stand for?
[3]  A: Allen.
[4]  Q: Mr. Feldman, my name is Jarrett Anderson.
[5] We've never met until just within the past five
[6] minutes. Is that correct?
[7]  A: That's correct.
[8]  Q: And I am here today on behalf of the State of
[9] Texas and some litigation that's pending against Roxane
[10] Laboratories, among others. Do you understand that?
[11]  A: Yes.
[12]  Q: Have you had an opportunity to review the
[13] petition in this litigation?
[14]  A: Yes.
[15]  Q: Did you review the third amended petition?
[16]  A: Don't know.
[17]  Q: Okay. When did you have an opportunity to
[18] review the petition?
[19]  A: Approximately — I don't know, three weeks
[20] ago, thereabouts.
[21]  Q: In preparation for your appearance today at
[22] this deposition?
[23]  A: Yes.
[24]  Q: Who did you meet with in preparation for your
[25] deposition today?

Page 8

[1]  A: Legal counsel.
[2]  Q: Mr. McConnico?
[3]  A: Yes.
[4]  Q: Mr. Coval?
[5]  A: Yes.
[6]  Q: Mr. Miller?
[7]  A: Yes.
[8]  Q: Was there anyone else present in the room?
[9]  A: Karen Dibble.
[10]  Q: Who does Karen Dibble work for?
[11]  A: I'm not sure. I believe Ed Miller.
[12]  Q: She's an attorney, to your knowledge?
[13]  A: Don't believe so.
[14]  Q: Okay. Is she an employee of Boehringer
[15] Ingelheim?
[16]  A: Yes.
[17]  Q: Do you know her job title?
[18]  A: No.
[19]  Q: Before I get too much into the deposition, I
[20] want to lay a couple of ground rules. And this is the
[21] most important one: If for whatever reason you don't
[22] understand a question that I've asked of you, please
[23] stop me and ask me to restate it, because it's
[24] important that we communicate and that the testimony
[25] you provide today we can rely upon as being accurate

Page 9

[1] and truthful testimony. Is that agreeable?
[2] A: Yes.
[3] Q: And secondly, and this is more of a
[4] housekeeping matter, it's important — and you're doing
[5] a very good job of this, by the way — that you wait
[6] until I am through asking my question before you
[7] respond, and I in turn wait until you finish your
[8] response before I ask my question, so that the court
[9] reporter can make a clean record of these proceedings.
[10] Is that agreeable?
[11] A: Yes.
[12] Q: Okay. Are you taking any medication or have
[13] any other infirmity that would prevent you from
[14] providing accurate and truthful testimony today?
[15] A: No.
[16] Q: I have a copy of your resume and I would like
[17] to go through some of your experiences. Prior to
[18] your — well, first, when were you hired by Roxane
[19] Laboratories?
[20] A: I believe it was 12 of '96.
[21] Q: Where did you work immediately preceding your
[22] hiring at Roxane?
[23] A: Schein Pharmaceutical.
[24] Q: Who do you currently work for?
[25] A: Boehringer Ingelheim Pharmaceuticals, Inc.

Page 10

[1] Q: When did you become employed by Boehringer
[2] Ingelheim?
[3] A: I want to say January 2000. Or 2001. 2001, I
[4] think it was.
[5] Q: January 2001? Is that Boehringer Ingelheim
[6] Pharmaceuticals, Incorporated?
[7] A: Yes.
[8] Q: Is Boehringer Ingelheim Corporation the parent
[9] of Boehringer Ingelheim Pharmaceuticals, Incorporated?
[10] A: Don't know.
[11] Q: Is Roxane Laboratories a subsidiary of
[12] Boehringer Ingelheim Pharmaceuticals, Incorporated?
[13] A: I'm not sure.
[14] Q: What's your current job title?
[15] A: Executive director trade relations.
[16] Q: What are your job duties as executive director
[17] of trade relations?
[18] A: I'm responsible for the trade.
[19] Q: What — what comprises the trade?
[20] A: Wholesalers, chains, pharmacy, GPOs.
[21] Q: When you say pharmacy, what do you mean by
[22] that category?
[23] A: Warehousing chains would be an example.
[24] Q: Nonwarehousing chains also?
[25] A: Yes.

Page 11

[1] Q: Any other subsets within pharmacy?
[2] A: Regular retailers, independents.
[3] Q: Do you call upon independent pharmacies?
[4] A: No.
[5] Q: Does anyone to your knowledge at Boehringer
[6] Ingelheim call upon independent pharmacies?
[7] A: Not sure.
[8] Q: When I say independent, I'm thinking of a
[9] stand-alone pharmacy owned by either a sole
[10] proprietorship or what have you, a small operation. Is
[11] that what you mean by independent pharmacy?
[12] A: Yes.
[13] Q: Do you sell brand drugs as well as generic
[14] drugs?
[15] A: You need to clarify "you."
[16] Q: You personally. When you call upon these
[17] customers, wholesalers, chains, pharmacy and GPOs, are
[18] you selling brand drugs and generic drugs?
[19] A: No.
[20] Q: Are you selling only generic drugs?
[21] A: No.
[22] Q: You're selling only brand drugs?
[23] A: Yes.
[24] Q: When did — strike that.
[25]     As of January 2001, did you start

Page 12

[1] selling only brand drugs?
[2] A: Yes.
[3] Q: Prior to that, you were employed by Roxane
[4] Labs. Is that correct?
[5] A: Yes.
[6] Q: When you were working at Roxane Labs, did you
[7] sell generic drugs?
[8] A: Yes.
[9] Q: And in calling upon customers, did you also
[10] sell brand drugs?
[11] A: Yes.
[12] Q: Roughly, do you recall at Roxane what
[13] percentage of sales you personally were involved in
[14] were generic as compared to brand?
[15] A: I really can't tell you. I don't know.
[16] Q: Do you have any rough estimate?
[17] A: No. Don't want to guess.
[18] Q: Well, I don't want you to guess. What is
[19] it — was it about half and half?
[20] A: I just told you, I don't want to guess.
[21] Q: Okay. In dollars, would you say you sold more
[22] brand drugs than generic drugs?
[23] A: Yes.
[24] Q: In units, would you say you sold more generic
[25] drugs than brand drugs?