**TAB 96**

1

Docket No. X07 CV-03-0083296-S (CLD):

STATE OF CONNECTICUT                  :
                                      :
vs.                                   :
                                      :
DEY, INC., ROXANE LABORATORIES,       :
INC., WARRICK PHARMACEUTICALS         :
CORP., SCHERING-PLOUGH CORP.          :
and SCHERING CORPORATION              :

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


Deposition of DAWN GORDON

(Taken by State of Connecticut)

Atlanta, Georgia

November 4, 2005


Reported by:   Kendra R. Bridges, B-2194

               Court Reporter

               Notary Public

**Page 34**

1    Q. -- do you recall?
2    A. -- Respiflow.
3    Q. And was Respiflow based in Florida?
4    A. Yes.
5    Q. Another one that you mentioned was Carr
6  Drug. Would that be a retail chain?
7    A. Yes. Non-warehousing, yes.
8    Q. And then Winn-Dixie you mentioned as well.
9  Is that also a non-warehousing retail chain?
10    A. Yes.
11    Q. And another one you mentioned is Publix.
12  Would that also be a non-warehousing retail chain?
13    A. Right.
14    Q. What about Wal-Mart, what class of trade
15  would they fall in?
16    A. Warehousing.
17    Q. And then Amerisource, what class of trade
18  were they at that time?
19    A. Wholesaler.
20    Q. And then Eckerd, what was their class of
21  trade at that time?
22    A. Warehousing. I also called on Rite Aid.

**Page 35**

1    Q. And was Rite Aid a warehousing retail chain?
2    A. Yes.
3    Q. So as to this 1995 to 2000 time period when
4  you were a national account manager with Roxane, what
5  were your specific job responsibilities?
6    A. Our responsibilities were to -- I guess,
7  basically, try to increase market share of the multi
8  source line.
9    Q. And when you say increase market share of
10  the multi source line, are you referring solely to
11  Roxane's products?
12    A. Yes.
13    Q. Did you have any responsibility for any
14  Boehringer Ingelheim products during this '95 to 2000
15  time period?
16    A. Towards the end of the decade, we started to
17  work with Boehringer Ingelheim products on a limited
18  basis. Our job responsibilities focused on the
19  Roxane line.
20    However, if BI was about to launch a new
21  product such as Flomax, we would assist by -- we
22  would launch it in our -- in our -- with our accounts

**Page 36**

1  to try and get product into the pipeline so that when
2  the reps were ready to detail their product, it would
3  be available.
4    At the time, Boehringer Ingelheim did not
5  have a national -- any national account directors
6  calling on the -- the retail or the wholesalers.
7    Q. Okay. And you mentioned as one of those BI
8  -- I'll call it BIPI for Boehringer Ingelheim
9  Pharmaceuticals, Inc.
10    You mentioned Flomax as one of the BIPI
11  products that you had some responsibility for toward
12  the end of this '95 to 2000 time period.
13    Were there any other BIPI products that you
14  can also think of?
15    A. Combivent. During that time frame -- I'm
16  not sure when Mobic came out, but I believe
17  everything else was after the 2000 time period.
18    Q. Okay. What were the -- since we're on the
19  topic, what were the other products that you had
20  responsibility for after the 2000 time period?
21  Specifically, the Boehringer Ingelheim products.
22    A. Aggrenox, Micardis, Spiriva.

**Page 37**

1    Q. Spell that.
2    A. S-p-i-r-i-v-a.
3    Aptivus, A-p-t-i-v-u-s.
4    Q. Okay.
5    A. I think that's it.
6    Q. Dawn, the first job responsibility you
7  mentioned was to increase market share of multi
8  source lines for Roxane during this time period. And
9  then of course, there was some responsibility for
10  these BIPI products toward the end of that five-year
11  period.
12    How did you go about attempting to
13  accomplish that?
14    A. We would try to get our products awarded on
15  a contract that would either bring the Roxane product
16  line into the wholesaler -- oh, I'm sorry -- into the
17  warehousing chains' distribution centers or get the
18  products awarded in a primary position on the various
19  contracts. There would be a chain or a GPO.
20    Q. And with respect to this primary position
21  for contracts, are you referring solely to contracts
22  with wholesalers at that point?