# TAB 97

NO. CV3-03079

THE STATE OF TEXAS IN THE DISTRICT COURT OF

- - - - - - - - - - - - - - x

THE STATE OF TEXAS
ex rel.
VEN-A-CARE OF THE
FLORIDA KEYS, INC.

Plaintiffs,

vs TRAVIS COUNTY, TEXAS

ROXANE LABORATORIES, INC.,
BOEHRINGER INGELHEIM
PHARMACEUTICALS, INC.,
BEN VENUE LABORATORIES, INC.,
and BOEHRINGER INGELHEIM
CORPORATION

Defendants. 201st JUDICIAL DISTRICT

- - - - - - - - - - - - - - x

VIDEOTAPED DEPOSITION OF JIM KING

Taken before Lori Miller, Licensed Shorthand Reporter, a Notary Public in and for the State of Connecticut, pursuant to Notice and the Connecticut Practice Book, at The Inn at Ethan Allen, 21 Lake Avenue Extension, Danbury, Connecticut, on December 3, 2004, commencing at 9:30 a.m.

**A Yes, they are.**
Q Have you ever worked for any other Boehringer Ingelheim company since 1974?
**A No.**
Q Have you taken on any duties or responsibilities with respect to other Boehringer Ingelheim companies since you've been with BIPI since 1974?
**A I'm not real sure I understand the question.**
Q For example, in 1996, did you fill the role as director of trade relations while that position was vacant?
**A Yes.**
Q Have you ever had any other instances where you filled in the other roles like that?
**A I don't recall, but I'm sure in my tenure of 30 years and all the changes that have taken place, I probably have filled other positions for short periods of time until they found someone to do them.**
Q Do you recall any of those?
**A Not really.**
Q When you filled the role as trade relations, did you have a responsibility to other Boehringer Ingelheim companies besides Boehringer Ingelheim Phamaceuticals, Inc.?

**A No, I did not.**
Q When you were the head of sales at Boehringer Ingelheim Pharmaceuticals, Inc., I believe you held that position from August of 1999 until May 2000?
**A Yes. Just a comment: These are my recollections of the dates. They're reasonably close to the months, et cetera, but they're just my recollection. This is my personal resume.**
Q And were you responsible for the sales force of the sister company Roxane Laboratories during that period of time when you were the head of the sales?
**A Yes, for the branded part oft he line, yes, I was.**
Q And in that capacity, did you supervise two sales directors at Roxane Labs?
**A That's correct.**
Q And who were those two sales directors?
**A Mark Schaffer and Jerry Hart.**
Q And did you also supervisor a sales training group at Roxane Labs?
**A Yes, I did. It was one person.**
Q Who was that?
**A Fiona McKenna was her name.**
Q And where were these folks located that you were supervising?

**A At the time Columbus, Ohio.**
Q Were there other periods of time when you worked at Boehringer Ingelheim Pharmaceuticals, Inc., where you supervised individuals at other companies such as the instance we just talked about?
**A I believe there was a period of time when Rich Feldman was still living in Columbus when he reported to me.**
Q And what was Rich Feldman's job?
**A He was director of trade.**
Q And was he hired to fill the position that was open when you were filling that --
**A Yes.**
Q -- position like we discussed before?
**A Yes.**
Q And so he was at least partially performing services force Roxane Laboratories, correct?
**A Yes. I believe when we first started, he was brought on board, he did for a period of time handle some of the Roxanne stuff as his job as director of trade relations, but I don't recall it lasting very long.**
Q And you were supervising him at that time?
**A Correct.**
Q And, excuse me if I'm being repetitive, but I

can't recall what you said, when you were filling that position before he came in, did you have responsibilities to Roxanne?
**A No, I did not.**
**MS. O'KEEFFE: I'm going to ask the court reporter to mark an exhibit.**
**(Plaintiff's Exhibit King No. 101, Roxanne Laboratories organizational chart, marked for Identification.)**
**BY MS. O'KEEFFE:**
Q Mr. King, I'm going to hand you what the court reporter has marked Plaintiff's Exhibit King 101, and the Bates label for the record on this is Rox-01438.
Mr. King, you can hand that extra copy to Roxanne's counsel so they can take a look at that while we discuss it.
Does this appear to be an organizational chart?
**A Yes, ma'am.**
Q And is it labeled Roxane Laboratories, Inc., budget 1999?
**A That's what the label is, yes.**
Q And I believe it indicates in the box president and COO Roxanne, W. Gerstenberg.
**A That's correct.**

Q So, you were supervising Mr. Hart at this time in 1999, and he was the head of Roxane's brand drug sales, correct?

**A That's correct. I'm not sure when Mark Schaffer was made a director. It was probably somewhere right in there, and maybe that's a missing space, that Mark Schaffer should have been involved in there as well.**

Q Mark Schaffer held the responsibility for Roxane Labs?

**A He split that with Mr. Hart.**

Q So, according to this organizational chart, both brand sales for Roxane Laboratories and, according to your testimony, Boehringer Ingelheim Pharmaceuticals, Inc., were contained within this business unit Ethical Pharmaceuticals, correct?

MR. WINGARD: Objection to form.

**A It looks that way from the chart, yes.**

**BY MS. O'KEEFFE:**

Q And would you also look at the box immediately to the right of the box with your name in it that has Mr. R. Russillo's name in it, correct? You see that?

**A Yes.**

Q And that says BV and RLI multisource, doesn't it? Could you please answer verbally?

**A Yes. I understand. I'm sorry.**

Q And what does BV stand for?

**A Ben Venue.**

Q And is Ben Venue is one of the defendants in this case, do you know that?

**A Yes, I do.**

Q And RLI again is Roxane Laboratories, Inc., correct?

**A That's correct.**

Q So this box would refer to Ben Venue and Roxane multisource products, correct?

MR. WINGARD: Objection to form.

**A That's correct. Looks like it.**

**BY MS. O'KEEFFE:**

Q So, again, in accordance with this organizational chart, it appears that Ben Venue and Roxane multisource products are included within the business unit Ethical Pharmaceuticals, correct?

MR. WINGARD: Objection to form.

**A It looks like that from this form, chart.**

**BY MS. O'KEEFFE:**

Q To your knowledge, Mr. King, did the business unit Ethical Pharmaceuticals contain or encompass both the brand and generic products manufactured by Boehringer Ingelheim Pharmaceuticals, Inc., Roxane Laboratories and Ben Venue?

**A That wasn't my memory of it. My memory of it is Shelly Berkle was responsible for the Ethical Pharmaceutical part. This chart is not my memory of how the way it worked.**

Q But you do agree that this chart reflects, that both the multisource and the branded products for both, or for BIPI, Ben Venue, and Roxanne, are all encompassed within the business unit Ethical Pharmaceuticals?

**A That's what this chart describes.**

MR. WINGARD: Objection to form.

BY MS. O'KEEFFE:

Q Mr. King, do you have any explanation for why your position is on an organizational chart that depicts Roxane Laboratories' budget in 199?

MR. WINGARD: Objection form.

**A No, I don't, really**

**BY MS. O'KEEFFE:**

Q To your knowledge, was any portion of your salary paid by Roxane Laboratories?

**A It was not.**

Q Was any portion of your salary allotted to Roxane Laboratories' budget?

**A No, it was not.**

Q Do you see just below the box with Mr. Russillo's name the box immediately below that which shows manager of multisource products, Judy Waterer, or J. Waterer?

**A Yes, I do.**

Q And, to your knowledge, she did hold that position in 1999?

**A I really couldn't say, but according to this chart, that's what it says.**

Q Okay. To your knowledge, did Sheldon Berkle supervise those who were selling and marketing both Boehringer Ingelheim Pharmaceuticals and Roxane drugs?

**A That wasn't my memory of it, except for the Roxanne on the branded side.**

Q And when you say the branded side, what are you referring to?

**A Basically the palliative products for Roxane and the Viramune product, Viramune, Roxane's Viramune, and all of the BIPI products.**

Q And when you say branded drugs, do you mean drugs that Roxane actually held a patent on?

**A I don't think that's the right way, I don't think that's the way I would put it. I would say drugs that we promoted in the doctor's office to be prescribed under the brand name.**