**TAB 100**

BIPI - Christine Marsh
May 31, 2007

Page 1

IN THE CIRCUIT COURT OF

MONTGOMERY COUNTY, ALABAMA

STATE OF ALABAMA,

    Plaintiff,

vs.            CIVIL ACTION NO. 2005-219

ABBOTT LABORATORIES, INC.,

et al.,

    Defendants.

    *   *   *   *   *   *   *   *

  The videotaped deposition of CHRISTINE G. MARSH was taken before Cornelia J. Baker, Certified Court Reporter and Certified Shorthand Reporter, as Commissioner, on Thursday, May 31, 2007, commencing at approximately 10:12 a.m., in the law offices of Kirkland & Ellis, 153 East 53rd Street, New York, New York pursuant to the stipulations set forth herein.

334.262.3332  Baker & Baker Reporting and Video Services, Inc.  334.262.3332
888.253.3377  Certified Court Reporters and Certified Legal Video Specialists  888.253.3377

b2e4efde-e25d-43a1-941c-203bddb5893c

BIPI - Christine Marsh
May 31, 2007

Page 114

1    (Witness reviewed document.)
2    Q. Do you recognize that document
3  to be a series of e-mails and also an
4  attachment of a Price Adjustment Request
5  Form?
6    A. Yes. I recognize it to be
7  that.
8    Q. What is a Price Adjustment
9  Request Form?
10   A. You know, first of all, this is
11 a Roxane document. I haven't worked with
12 these forms in years. This was a form that
13 needed to be completed by the national
14 account manager, as it states on the form.
15 And it was sent to various individuals. And
16 all of this information had to be completed,
17 and then it went through an internal approval
18 process as to whether or not we could agree
19 to adjust this price on their contract.
20   Q. Does BIPI have similar Price
21 Adjustment Request Forms?
22   A. No, we do not.
23   Q. Flip over to the page in front
24 there. At the top it says Kim Storck?
25   A. Yes.

Page 115

1    Q. Who is Kim Storck?
2    A. She was -- she worked -- she
3  used to work for Roxane. And I'm not exactly
4  sure if her title was Contract Analyst or
5  Contract Manager or Contract Supervisor. I
6  don't recall their titles. But she worked in
7  the contracts area.
8    Q. Do you see there where she
9  sends you an e-mail on March 14, 2001?
10   A. Yes.
11   Q. She says, Chris, these prices
12 undercut FSS, but not COC. What does that
13 mean to you?
14   A. FSS would refer to our Federal
15 Supply Schedule price. COC would refer to
16 Customer of Comparability.
17   Q. What's a Customer of
18 Comparability?
19   A. In the Roxane world, a Customer
20 of Comparability would be -- and I'm -- my
21 exact -- I'm not going to be exact,
22 necessarily, in some of my comments here. I
23 haven't worked in this environment for
24 several years. But underneath the Roxane
25 agreement, you have a Federal Supply Schedule

Page 116

1  price which you would negotiate. And the
2  Customer Comparability would be the customer
3  whereby it would connect you to that FSS
4  price. And any customer that was identified
5  as a COC for that product with that -- with
6  the FSS contract, any time you would lower
7  the price to that customer, the COC, you
8  would have to lower the FSS price at the same
9  time before you could extend that price to
10 that customer.
11   Q. And when you e-mail back to Kim
12 and tell her that this error can be
13 overridden, what do you mean?
14   A. Well, as I'm reading through
15 this e-mail -- let me just say it's not an
16 error. What it is, is that she's saying that
17 these prices undercut FSS, but not the COC.
18 So the price that was being offered to Medco
19 was lower than our Federal Supply Schedule
20 price, but it was not linked to the Customer
21 of Comparability.
22       And at the time, the way our
23 system was set up is that you had to lower
24 the -- we were going through some system
25 changes at that point in time. But

Page 117

1  technically, this was not an error. It was
2  not a violation. It would have only --
3  because the price that was being offered to
4  Medco was not undercutting our COC, our
5  Customer Comparability. So when we put it in
6  the system, we had to make an adjustment.
7  The error was a poor choice of words there.
8    Q. At the top there where it has
9  Kim's name and then it says R-O-X-U-S, what
10 is that?
11   A. That was in reference to the
12 e-mail, and I believe that it stands for ROX,
13 ROX as in Roxane, U.S. I believe that's what
14 it stood for. I'm not exactly sure.
15   Q. So if I saw an e-mail or a
16 trail of e-mails that said R-O-X-U-S, would
17 it be safe to assume that it's a Roxane
18 document?
19       MR. KAVANAUGH: Objection to
20       form.
21   A. I wouldn't say that it's safe
22 to assume that it's a Roxane document. It's
23 a connection with the e-mail address. If you
24 look at Judy Waterer, ROXUS, Judy Waterer,
25 and then Kim Storck, it was something within

30 (Pages 114 to 117)

334.262.3332  Baker & Baker Reporting and Video Services, Inc.  334.262.3332
888.253.3377  Certified Court Reporters and Certified Legal Video Specialists  888.253.3377

b2e4efde-e25d-43a1-941c-203bddb5893c

BIPI - Christine Marsh
May 31, 2007

Page 118

1  the e-mail system. That would be the
2  assumption I would make. I don't know.
3       Q. Well, if I saw an e-mail with
4  your name on it and then R-O-X-U-S, would it
5  be safe for me to assume that you were still
6  employed by Roxane at that time?
7       A. I don't know that that would be
8  a fair assumption.
9       Q. You don't know if your e-mail
10 address changed when you went from Roxane to
11 BIPI?
12      A. Well, when I first started up
13 at BIPI, I was still -- I started with BIPI
14 in January of 2001. But I was commuting back
15 and forth, because my family still lived in
16 Columbus. So even though I was an employee
17 of BIPI in January of 2001, you most likely
18 would have seen e-mails -- they would have
19 had, like you're looking at this one from me,
20 ROXUS, because I was still working using that
21 particular e-mail address, because I had not
22 officially moved, physically moved from
23 Columbus to Connecticut at that point in
24 time. And they didn't transition my e-mail
25 address until after I had moved.

Page 119

1       Q. When did you physically move?
2       A. I physically moved myself and
3  my family up there in August of 2001.
4       MR. CARTER: All right. Let's
5          take a break.
6       THE VIDEOGRAPHER: Going off
7          the Record at 1:40 p.m.
8       (A brief recess was taken.)
9       THE VIDEOGRAPHER: Back on the
10         Record at 1:48 p.m.
11 BY MR. CARTER:
12      Q. Revisiting Topic 35: Does BIPI
13 consider Alabama Medicaid to be a customer or
14 a client?
15      A. I wouldn't say that BIPI
16 considers Alabama Medicaid to be a client,
17 possibly a customer.
18      Q. To be a client of BIPI, you
19 generally would have a contract with BIPI,
20 correct?
21      MR. KAVANAUGH: Objection to
22         form.
23      A. I wouldn't say that.
24      Q. Well, if BIPI had a contract
25 with a purchaser, you'd consider that

Page 120

1  purchaser a client, correct?
2       A. We would consider them to be an
3  organization for which we have a contract.
4  We don't use the word "client."
5       Q. What about, do you use the word
6  "customer"?
7       A. We use customer, yes.
8       Q. Is it fair to say that BIPI's
9  customers can be both those folks who have
10 contracts with BIPI and those who don't,
11 correct?
12      A. I could say, yes, that a
13 customer can -- a customer can be a
14 physician, a patient.
15      Q. And you might consider Alabama
16 Medicaid to be a customer, because you know
17 that Alabama Medicaid pays money to reimburse
18 for BIPI's drugs, correct?
19      A. No. I would say we could
20 consider Alabama Medicaid to be a customer,
21 but not necessarily because of that.
22      Q. And you just don't really have
23 any knowledge about Alabama's reimbursement
24 system when it comes to BIPI drugs, correct?
25      A. No, I do not. Generally

Page 121

1  speaking, no, I do not.
2       Q. All right. You were also
3  designated for Topic or Subject Matter No. 1.
4  Do you see that?
5       A. Yes.
6       Q. What is the reason that BIPI
7  signs Medicaid Rebate Agreements?
8       A. Well, BIPI has an assigned
9  Medicaid Rebate Agreement with CMS to ensure
10 that patients underneath the Medicaid program
11 have access to our products.
12      Q. Why is it important that
13 patients under Medicaid have access to BIPI
14 products?
15      A. Well, from a BIPI perspective,
16 we like to -- we like to ensure that all
17 patients have access to our products.
18      Q. And the best way for BIPI to
19 earn revenue is to ensure that everyone
20 possible has access to BIPI drugs, correct?
21      A. Well, I guess you could say
22 that, you know, we, as an organization, if
23 patients have access to our products and a
24 script is written for them, then, yes, we
25 would generate revenue from that script being

31 (Pages 118 to 121)

334.262.3332  Baker & Baker Reporting and Video Services, Inc.  334.262.3332
888.253.3377  Certified Court Reporters and Certified Legal Video Specialists  888.253.3377

b2e4efde-e25d-43a1-941c-203bddb5893c