# TAB 102

Page 1

NO. GV3-03079

| | |
|---|---|
| THE STATE OF TEXAS ) | IN THE DISTRICT COURT |
| ex rel. ) | |
|    VEN-A-CARE OF THE ) | |
|    FLORIDA KEYS, INC., ) | |
|       Plaintiff(s), ) | |
| VS. ) | TRAVIS COUNTY, TEXAS |
| ROXANE LABORATORIES, INC., ) | |
| BOEHRINGER INGELHEIM ) | |
| PHARMACEUTICALS, INC., BEN ) | |
| VENUE LABORATORIES, INC. and ) | |
| BOEHRINGER INGELHEIM ) | |
| CORPORATION, ) | |
|       Defendant(s). ) | 201ST JUDICIAL DISTRICT |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF
LESLI PAOLETTI
November 9, 2004
Volume 1
(ATTORNEYS' EYES ONLY PENDING ENTRY OF
CONFIDENTIALITY ORDER)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

   ORAL AND VIDEOTAPED DEPOSITION OF LESLI PAOLETTI, produced as a witness at the instance of the Plaintiff(s), and duly sworn, was taken in the above-styled and numbered cause on the 9th of November, 2004, from 12:38 p.m. to 4:56 p.m., before CYNTHIA VOHLKEN, CSR in and for the State of Texas, reported by machine shorthand, at the offices of Vorys, Sater, Seymour and Pease, LLP, 52 East Gay Street, Columbus, Ohio, pursuant to the Texas Rules of Civil Procedure and the provisions attached previously.

ec1e1728-3c9c-11d9-9863-0040f48294eb

Page 6

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 49 | June 24, 1998 E-mail string from Robert Sykora to Steve Snyder and Richard Feldman, Subject: Rite-Aid Hydroxyurea POA (PAOLETTI 04184-04185) | 143 |
| 50 | January 14, 1999 E-mail from Dawn Gordon to Lesli Paoletti, Subject: Pred 2.5mg (PAOLETTI 06374) | 148 |
| 51 | September 29, 1998 E-mail string from Fred Duy to Judy Waterer, Subject: Albuterol Medicaid Reimbursement Reduction (PAOLETTI 07747 and D0000102) | 160 |
| 52 | Price-Chek PC(TM) Custom Report: Price Report (PAOLETTI 02176-02188 and ROX 01718-01730) | 165 |

Page 7

THE VIDEOGRAPHER: We're on the record November 9th, 2004 at 12:38 p.m. This is the beginning of Tape Number 1.

Would counsel please identify themselves for the record.

MR. ANDERSON: Jarrett Anderson for the Relator.

MS. O'KEEFFE: Cynthia O'Keeffe for the State of Texas.

MR. HENDERSON: George Henderson, United States Attorneys' Office in Boston.

MR. HAGENSWOLD: Eric Hagenswold for the defendants.

MR. COVAL: Paul Coval for the defendants.

MS. DENTON: Sheila Denton, Boehringer Ingelheim Pharmaceuticals.

MR. JONES: Mark Jones for Ven-A-Care.

THE VIDEOGRAPHER: Would the court reporter please swear in the witness.

LESLIE PAOLETTI, having been first duly sworn, testified as follows:

EXAMINATION
BY MR. ANDERSON:
Q. Good afternoon. Please state your full name

Page 8

for the record.
A. Lesli Lynn Paoletti.
Q. Mr. Paoletti, my name is Jarrett Anderson and I represent one of the plaintiffs in this case. Have you been deposed before?
A. No.
Q. There's a few basic ground rules that I'll try to abide by and -- and I would like it if you would, too, so that the court reporter can make a clean transcript. And that is, first, when I ask you a question, I'll try to be careful to not interrupt your answer and in turn you may already know where I'm going with my question, but try to wait until I've stopped so that we are both not speaking over one another. Is that agreeable?
A. Yes.
Q. And then most importantly, if, for whatever reason, you don't understand one of my questions, please let me know because the jury, who hears this matter, is going to be relying upon the accuracy of your testimony. Okay?
A. Okay.
Q. I do not have extra copies of this and I apologize because I have highlighted this document, but we can get a clean copy put in the record if need

Page 9

be, but first I would like to start by putting an exhibit marker on your resume that we've received recently.
(Exhibit 38 marked)
Q. (BY MR. ANDERSON) If you could, take an opportunity to review that, what's been marked as Exhibit 38.
A. (Witness reviewing document). Okay.
Q. Is that your current resume?
A. No.
Q. Do you know when that resume was created, roughly?
A. I don't. I could guess based on the address that it's been several years ago.
Q. Okay. Let me take a look. I apologize because we are going to need to share. Is Hilliard, Ohio a suburb of Columbus?
A. It is.
Q. Okay. And where do you currently reside?
A. Cleveland.
Q. Cleveland proper?
A. Well, no. Actually, it's -- I'm -- I'm in Twinsburg, my address is Hudson, but it's the Cleveland area, yeah.
Q. Okay. And where are you currently employed?

### Page 10

1   A. Do you want who I work for or who writes my
2   paycheck?
3   Q. Well, who -- who do you perceive employs you?
4   A. Roxane Laboratories.
5   Q. Okay. What offices do you work out of?
6   A. The offices of Ben Venue Laboratories in
7   Cleveland. Bedford, Ohio, actually.
8   Q. Okay. Is it your understanding that you are
9   on assignment from Roxane to Ben Venue --
10      MR. HAGENSWOLD: Objection.
11  Q. (BY MR. ANDERSON) -- or vice versa?
12      MR. HAGENSWOLD: Objection, form.
13      You can answer.
14      THE WITNESS: Do I answer it?
15      MR. HAGENSWOLD: Yes.
16      MR. COVAL: Oh, yeah.
17  A. I don't know what you mean by assignment.
18  Q. (BY MR. ANDERSON) Well, if you are working
19  for Roxane, why are you officing at Ben Venue?
20  A. I don't know.
21  Q. Who else, to your knowledge, is working out
22  of the offices of Ben Venue in Bedford, but is working
23  for Roxane?
24  A. Six other people that I work with in the
25  Roxane offices.

### Page 11

1   Q. Is there a part of the premises that is
2   called the Roxane offices at Ben Venue?
3   A. If you come out of the hallway, yes, there's
4   a sign on our door that says Roxane Laboratories and
5   then there are seven of us in there that work for
6   Roxane.
7   Q. Do you only work on Roxane products?
8   A. Yes.
9   Q. Who handles Roxane's sales? Not the names,
10  but the group.
11      MR. HAGENSWOLD: Objection, form.
12  A. The --
13  Q. (BY MR. ANDERSON) Let me -- let me restate
14  so it's not confusing. What group handles sales of
15  Roxane products? And when I say "group" I don't mean
16  specific individual's names, not yet at least. What
17  group handles Roxane's sales?
18  A. You'd have to -- I'm not sure what you mean
19  by sale. What function do you mean by handles the
20  sales? Are you talking about our sales force or are
21  you talking about our marketing? I'm not sure.
22  Q. Okay. Right now I'm focused on the sales
23  force, so to speak, that's calling on any customers
24  that are purchasing Roxane product.
25  A. Okay.

### Page 12

1   Q. What group handles Roxane sales?
2   A. The Roxane sales department, which is --
3   reports to Mark Boudreau.
4   Q. Where is Mark Boudreau headquartered?
5   A. Out of his home in New York.
6   Q. Where is this sales group that handles Roxane
7   product sales headquartered?
8   A. Out of their homes across the country.
9   Q. Does Bedford sales represent and sell Roxane
10  products?
11  A. No.
12  Q. There have been filings made with the Texas
13  Medicaid Vendor Drug Program that state, quote, Roxane
14  doesn't have an active sales force, close quote. Do
15  you know why that is?
16      MR. HAGENSWOLD: Objection, form.
17      THE WITNESS: Do I answer?
18      MR. HAGENSWOLD: Let me just explain
19  that. If I say "objection, form," you can answer his
20  question.
21      THE WITNESS: Okay.
22      MR. HAGENSWOLD: If I say, "Please don't
23  answer the question," then we need to discuss
24  something. But otherwise, if I say "objection, form,"
25  you can answer his question.

### Page 13

1   A. Okay. I'm sorry. I'm going to need you
2   to --
3       MR. HAGENSWOLD: Can you repeat the
4   question?
5   A. -- to repeat it for me.
6   Q. (BY MR. ANDERSON) Yes. Assume with me that
7   there have been filings made by Roxane to the Texas
8   Vendor Drug Program, which is the Medicaid program in
9   Texas, assume with me that in these filings there is a
10  statement that, quote, Roxane does not have an active
11  sales force, close quote. Assume with me that that's
12  true. Do you know whether or not Roxane does in fact
13  have an active sales force?
14  A. It depends on what you mean by a sales force.
15  Q. Well, you've mentioned Mr. Boudreau and
16  the -- and the persons who report to him as being
17  salespersons for Roxane, correct?
18  A. They are, yes, national account managers in
19  sales, yes. But we don't have a -- a physician sales
20  force at Roxane, so...
21  Q. How long have you been working in the generic
22  drug industry?
23  A. Since I started at Roxane. Well, you'll see
24  from my resume it says '94. I was actually a
25  temporary for about seven months prior to becoming