# TAB 103

Deposition of Leslie Paoletti                                September 20, 2005

Page 1

IN THE SUPERIOR COURT
FOR THE STATE OF CONNECTICUT
COMPLEX LITIGATION
DOCKET AT TOLLAND


STATE OF CONNECTICUT,

    Plaintiff,

vs.                                    Docket No.
                                       X07 CV-03-0083296-S(CLD)

DEY, INC., ROXANE LABORATORIES, INC.,
WARRICK PHARMACEUTICALS CORP.,
SCHERING-PLOUGH CORP. AND
SCHERING CORPORATION,

    Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~


DEPOSITION OF

LESLIE PAOLETTI


September 20, 2005
10:00 a.m.

1375 East Ninth Street
One Cleveland Center, 21st Floor
Cleveland, Ohio

Aimee N. Szinte, a Notary Public

Page 138

1    the national account managers?
2        A.   In the -- probably not too
3    long after 2000, 2000, 2002. Up until
4    that point, they maintained the field
5    sales force that would go to pharmacists
6    -- I'm sorry, physicians and I suppose
7    possibly pharmacists for some products.
8           Prior to about 2000, 99 or
9    2000, they would have had some dealings
10   with Roxane products. Somewhere around
11   2000, 2001, some of those products
12   transitioned to BI. I believe the
13   sales force was still in place for some
14   of those products for a short period of
15   time around that time.
16       Q.   And then the field sales
17   force ceased around 2001?
18       A.   You know, I'm not sure of the
19   exact time frame.
20       Q.   And the current sales force
21   really utilizes national account
22   managers, is that right?
23       A.   Right. The current Roxane
24   sales force is only national account
25   managers. Also during the late, mid to

Page 139

1    late 90s, we had a telemarketing team
2    that provided product information. They
3    did more awareness than really selling
4    to physicians and I couldn't -- none of
5    them were exclusively, neither the field
6    sales nor the telemarketing were
7    exclusively for Connecticut. They may
8    have had territories that contained some
9    Connecticut physicians and pharmacies.
10       Q.   Prior to the field sales
11   force elimination, do you know who was
12   in charge of the sales force?
13       A.   Jerry Hart.
14       Q.   And what was Jerry's title?
15       A.   Director of sales. And then
16   for a period of time towards the latter
17   end of when that sales force existed,
18   there was another manager that the sales
19   forces were kind of split into two
20   different teams. I think Mark Shaffer
21   was the other person.
22       Q.   Split between Mark Shaffer and
23   Jerry Hart, is that right?
24       A.   Yes.
25       Q.   Do you know how Mark spells

Page 140

1    his last name?
2        A.   I think it's S H A F F E R.
3    That's probably wrong. Sorry. I can
4    look it up for you.
5        Q.   Were you familiar with any of
6    the efforts made by the field sales
7    force with what they did prior to it
8    being eliminated?
9        A.   Vaguely. They primarily
10   provided awareness and prescribing type
11   of information to the pharmacists and
12   physicians that they saw.
13       Q.   Do the names of any sales
14   reps come to your mind other than I
15   know you mentioned Jerry Hart and Mark
16   Shaffer as the directors?
17       A.   There were almost 100 of them
18   combined.
19       Q.   And that was a nationwide
20   sales force?
21       A.   To the best of my
22   recollection, yes.
23       Q.   Do you know if there's any
24   database or files that maintain
25   information about the identity of those

Page 141

1    sales representatives?
2        A.   I would imagine HR has a
3    record of it.
4        Q.   Who is the HR person?
5        A.   Probably Judy Orinski would
6    have information for when they were
7    actually Roxane, at Roxane.
8        Q.   How does Judy spell her last
9    name, if you know?
10       A.   O R I N S K I.
11       Q.   Is she still with Roxane or
12   -- is she still with Roxane?
13       A.   Yes.
14       Q.   Are there individuals, whether
15   they're national account representatives
16   or others, I'm sorry, national account
17   managers or others at Roxane currently
18   that deal directly with pharmacists,
19   pharmacies, individual pharmacies?
20       A.   I don't think on a regular
21   basis, no.
22       Q.   What is your understanding of
23   what the national account managers --
24   who do they call on, let me put it
25   that way?

Page 142

1   A.  They call on wholesalers,
2   distributors, mail order customers, GPOs,
3   warehousing chains, non- warehousing
4   chains, city, county, state. Anybody who
5   we would have a contract with they may
6   have responsibility for contacting.
7       Q.  When you said city, county,
8   state, what are you referring to?
9       A.  A class of trade that certain
10  -- all of those that I named are
11  essentially classes of trade, but those
12  would be types of customers that they
13  would see.
14      Q.  What is the city, county,
15  state class of trade made up of?
16      A.  I believe city, county and
17  state agencies, organizations, types of
18  contracts.
19      Q.  Is there somebody who oversees
20  that class of trade at Roxane for city,
21  county, state?
22      A.  There's no one person that I
23  know of that's responsible for that
24  certain group.
25      Q.  So Roxane doesn't necessarily

Page 143

1   divide up responsibility for classes of
2   trade by position?
3       A.  No, not among the sales
4   people.
5       Q.  Outside of sales, are there
6   certain people that are assigned to
7   classes of trade, based on the class of
8   trade?
9       A.  I think that the contracts
10  department may be informally split that
11  way for some of the customers. I don't
12  know if it's consistent among all
13  classes of trade or if there is overlap
14  there, but...
15      Q.  And who heads up the contract
16  department now?
17      A.  Chris Marsh.
18      Q.  Do you need a break or
19  anything? Are you doing okay?
20      A.  I'm good.
21      Q.  Does Roxane market directly to
22  pharmacists in any way today?
23          Is there someone who is
24  responsible for getting information
25  directly out to individual pharmacists,

Page 144

1   pharmacies?
2           MR. COVAL: Object to the
3   term marketing, in that they include an
4   ad in a magazine.
5           MR. GOLDENBERG: Okay. Let
6   me be more specific.
7       Q.  Does it communicate directly
8   to pharmacies, whether it's mail or
9   faxing type of communications,
10  announcements, anything like that?
11          Do they have a blast fax
12  system or anything like that?
13      A.  To individual pharmacies, I
14  don't believe so.
15      Q.  Okay. Topic 13. We've
16  pretty much addressed this one, but
17  let's just go through it real quick.
18          Are there any communications
19  that you're aware of by Roxane directly
20  to the State of Connecticut, its
21  agencies, divisions, departments or
22  employees?
23      A.  Not from the marketing
24  department. There would be
25  communications that have gone out from

Page 145

1   technical product information historically
2   regarding product launches,
3   discontinuations they may have notified
4   them of. I believe the contracts
5   department may have had some
6   communications with the State of
7   Connecticut.
8       Q.  Do you know who it is at the
9   contracts department that had those
10  communications?
11      A.  I don't.
12      Q.  Probably a good question for
13  Chris Marsh?
14      A.  Possibly. And you know, I
15  don't think that we have had, the
16  marketing department, any communications
17  as of yet, but the responsibility that
18  used to be handled by technical product
19  information for notifying the states of
20  product launches, discontinuations and
21  changes was not too long ago moved to
22  the marketing department, so going
23  forward, we would be contacting them
24  with that type of information.
25      Q.  And who is it that you would