**TAB 104**

# In The Matter Of:

*THE STATE OF TEXAS   v.*
*DEY, INC., ET AL.*

---

*JAMES A. ROWENHORST*
*April 3, 2003*

---

*FREDERICKS-CARROLL REPORTING*
*Court Reporting-Video Services-Litigation Support*
*7719 WOOD HOLLOW DRIVE, SUITE 156*
*Austin, TX  78731*
*(512) 477-9911     FAX: (512) 345-1417*

Original File 30403JR.V1, 224 Pages
Min-U-Script® File ID: 2224958285

**Word Index included with this Min-U-Script®**

APR 2 1 2003

Page 69

[1] Q: What were some of those drugs?
[2] A: Those drugs could have been Ipratropium
[3] bromide, Albuterol, Serevent, Advair, Advique, several within
[4] the — what are considered to be beta-agonist classes
[5] as well as inhaled corticosteroid classes as well as
[6] anticholinergics.
[7] Q: Do you believe that if pharmacies were to
[8] receive lower reimbursements on competitive COPD
[9] treatment that, then, they would, as compared to the
[10] reimbursement on Spiriva, that that would assist
[11] Spiriva in being a successful drug sold by BI?
[12] MR. MCDONALD: Object to the form.
[13] THE WITNESS: Your question is if the
[14] reimbursement to the pharmacies is lower than
[15] competitive therapies?
[16] Q: (BY MR. ANDERSON) It got kind of long, so
[17] let me break it up.
[18] In your analysis of Spiriva's
[19] reimbursement as compared to competitive COPD
[20] treatments, did you find that Spiriva's reimbursement
[21] was higher than its competitors?
[22] A: That is not what the analysis showed, no.
[23] Q: Did you find that Spiriva's reimbursement was
[24] actually going to be lower than its COPD competitors?
[25] A: That is not what the analysis showed either,

Page 70

[1] no.
[2] Q: What did the analysis show?
[3] A: The analysis showed that the customers
[4] evaluated its clinical profile and potential price
[5] points against competitive products and gave us an
[6] idea of its potential market uptake based on the
[7] various price points used within that analysis.
[8] Q: Let's take a look at the next page of your
[9] 2000 performance evaluation, ROX-TX-02995.
[10] "Key Result Areas," and I'll read, in
[11] part, quote, "Maximize sales, market share and
[12] margin."
[13] Did I read that correctly?
[14] A: That's correct.
[15] Q: And then under "Objectives," the first
[16] objective is, quote, "Develop a market strategy to
[17] capitalize on the state Medicaid programs."
[18] Did I read that correctly?
[19] A: That's correct.
[20] Q: How does BI go about capitalizing on state
[21] Medicaid programs?
[22] MR. HAGENSWOLD: Object to form.
[23] THE WITNESS: My — if the question
[24] is — what is the question again? It's how does BI
[25] capitalize on Medicaid?

Page 71

[1] MR. ANDERSON: Yes, sir.
[2] THE WITNESS: BI would recognize that
[3] Medicaid is a potential market channel that our drugs
[4] are sold through, and so we would look at
[5] opportunities within that marketplace to sell our
[6] products.
[7] Q: (BY MR. ANDERSON) Would a market strategy to
[8] capitalize on state Medicaid programs developed by you
[9] also be utilized by Roxane?
[10] A: No.
[11] Q: In your job responsibilities at BI, do you
[12] consult with Roxane or provide any type of input into
[13] the operation of Roxane's business?
[14] A: In my current function?
[15] Q: Let's start right now with your current
[16] function, yes, sir.
[17] A: No.
[18] Q: In your prior experience at BI, have you ever
[19] had job responsibilities that involved the operation
[20] of Roxane in any manner?
[21] A: Yes.
[22] Q: In what ways did you have involvement with
[23] the operation of Roxane?
[24] A: As the reimbursement manager, I was involved
[25] in working with Roxane to ensure that reimbursement

Page 72

[1] channels were available for the sale of our products
[2] if there seemed to be any reimbursement obstacles in
[3] the marketplace.
[4] Q: What do you consider to be a reimbursement
[5] obstacle?
[6] A: If, in the adjudication process that the
[7] pharmacist uses to have their drugs reimbursed, during
[8] that adjudication process there would be a message
[9] coming back that the drug was not paid for or that
[10] there may be a prior authorization related to the
[11] adjudication of those claims, we would consider that
[12] to be a reimbursement obstacle.
[13] Q: Would you also consider it to be a
[14] reimbursement obstacle if, in a multisource generic
[15] competitive market, Roxane's reimbursement was lower
[16] than its competitors?
[17] MR. MCDONALD: Object to the form.
[18] Q: (BY MR. ANDERSON) Let me rephrase that.
[19] Would you also consider it, sir, to be a
[20] reimbursement obstacle if, in a generic multisource
[21] environment, a Roxane generic reimbursement by
[22] Medicaid is lower than the Medicaid reimbursement on a
[23] generic competitor's of Roxane's?
[24] A: If the lower reimbursement resulted in our
[25] competitor's products being used more often, that

**Page 73**

[1] could be a potential reimbursement obstacle, yes.
[2]  Q: And in your job duties regarding Roxane, did
[3] you try to rectify reimbursement obstacles such as
[4] that?
[5]  A: I don't recall at any point that we dealt
[6] with reimbursement obstacles like that, no.
[7]  Q: Do you recall any situations regarding a drug
[8] by the name of meperidine?
[9]  A: I don't recall any instance with meperidine.
[10]  Q: Do you remember any reimbursement obstacles
[11] regarding the reimbursement on hydromorphone being
[12] lower for Roxane's generic hydromorphone as compared
[13] to Roxane's competitors?
[14]  A: I don't recall that situation.
[15]  Q: Were you a part of any decision in
[16] August of '98 or July of '98 to raise the AWPs on
[17] Roxane's generic multisource hydromorphone product?
[18]  A: Not that I recall.
[19]  Q: Are you aware, sir, that Roxane has raised
[20] the AWP on several of its generic multisource products
[21] over the years?
[22]  A: I'm aware that that is typical business
[23] practice. I — I'm not aware of — I do not have any
[24] direct knowledge that they've raised their prices or
[25] on what products.

**Page 74**

[1]  Q: When you say you're aware that raising AWP is
[2] typical business practice, are you referring to
[3] typical business practice by Roxane or some broader
[4] typical business practice?
[5]  A: When I say that AWP increases, I think that
[6] I'm — I'm speaking of that in a broader business
[7] context, that AWP would rise in the marketplace over a
[8] period of time.
[9]  Q: In your experience, sir, do generic
[10] multisource AWPs for a given product increase over
[11] time?
[12]  A: I believe that's one direction they can go,
[13] yes.
[14]  Q: Have you ever known generic multisource —
[15] strike that.
[16]    Have you ever known AWPs on generic
[17] multisource products to go down over time?
[18]  A: I believe that that is the case as well, yes.
[19]  Q: Do you know of instances where Roxane has
[20] lowered AWPs on generic multisource products?
[21]  A: I'm not aware of a decrease in AWPs or — or
[22] their practice around that, no.
[23]  Q: Why is it that you understand that generic
[24] multisource products may have their AWP increase over
[25] time?

**Page 75**

[1]  A: From my experience in working as a pharmacist
[2] and working through the adjudication process.
[3]  Q: Working through the adjudication process with
[4] whom?
[5]  A: With third-party payers.
[6]  Q: So are we now going back to your dispensing
[7] pharmacy days in the early nineties?
[8]  A: Yes.
[9]  Q: And you can recall back in the early nineties
[10] that the AWPs on some generic products were going up?
[11]  A: I recall that — yes, there were some AWPs
[12] that may have gone up, yes, sir.
[13]  Q: In your experience where the generic AWPs are
[14] going up, is there a corresponding increase in market
[15] prices?
[16]   MR. HAGENSWOLD: Object to the form.
[17]   THE WITNESS: I — I'm not aware of a
[18] direct correlation one way or the other.
[19]  Q: (BY MR. ANDERSON) What's your understanding
[20] of the reason why a generic multisource product would
[21] have its AWP increase over time?
[22]   MR. MCDONALD: Object to the form.
[23]   THE WITNESS: Please restate the
[24] question for me.
[25]   MR. ANDERSON: Could you read that,

**Page 76**

[1] Debbie?
[2]   (The requested portion was read).
[3]   MR. MCDONALD: Same objection.
[4]   THE WITNESS: I would think that the —
[5] the reason why it would increase is because the market
[6] would allow for an increase and — there are various
[7] reasons. One may be, you know, cost of goods sold
[8] with respect to that product. I —
[9]  Q: (BY MR. ANDERSON) I believe you used the
[10] phrase "the market would allow for increase."
[11]   Could you be more specific on what you
[12] mean by "the market would allow an increase"?
[13]  A: What I mean by that is that the — the
[14] product would have a similar market uptake and
[15] acceptance even if the potential price would increase.
[16]  Q: In the context of the phrase "market allow
[17] for an increase of AWP," are you also referring to the
[18] phenomenon where brand AWPs that correspond to a
[19] particular generic class also increase?
[20]  A: I'm not sure I understand the question.
[21]  Q: Are you aware that brand products sometimes
[22] have their AWP increase over time?
[23]  A: Yes, I'm aware of that.
[24]  Q: And in a situation such as that, have you
[25] seen there to be any corresponding increase in generic