# TAB 107

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

MDL NO. 1456 / CIVIL ACTION NO. 01-12257-PBS

- - - - - - - - - - - - - - - - - - - x

IN RE:  PHARMACEUTICAL INDUSTRY AVERAGE

WHOLESALE PRICE LITIGATION

- - - - - - - - - - - - - - - - - - - x

THIS DOCUMENT RELATES TO:

UNITED STATES OF AMERICA, EX REL.

VEN-A-CARE OF THE FLORIDA KEYS, INC.

                vs.

BOEHRINGER INGELHEIM CORPORATION, ET AL.

CIVIL ACTION NO. 07-10248-PBS

- - - - - - - - - - - - - - - - - - - x

        CAPTIONS CONTINUED ON FOLLOWING PAGES

    Videotape deposition of MARK SHAFFER, taken

pursuant to the Federal Rules of Civil Procedure,

before Melissa J. Kelly, RPR, CRR, Licensed

Shorthand Reporter #00307, and Notary Public within

and for the State of Connecticut, held at the

Sheraton Danbury Hotel, 18 Old Ridgebury Road,

Danbury, Connecticut, on May 21, 2008, at 10:09 a.m.

214

1  physicians, and we didn't want the prescriptions
2  for the 15 and the 30 milligram to be substituted
3  with the 5 milligram tablets.
4      Q.  Well, if this -- the 15 and 30s were a
5  branded drug, correct, branded generic?
6      A.  I believe so, yes.
7      Q.  All right.  And would the pharmacist be
8  permitted to substitute a prescription for the 15
9  and 30s with a 5 milligram generic drug?
10     A.  Again, I don't know the specifics on
11 the different states; but it was the same
12 chemical entity, Oxycodone, 5 milligram tablets
13 that were on the market.  This was a branded
14 generic in the strengths of 15 and 30 milligram
15 strengths.  So it was a providing an option, a
16 new strength for prescribers to make available
17 for their patients.
18     Q.  So the "reimbursement driven" part was
19 to price these new strengths in a way that the
20 pharmacist would have a higher reimbursement than
21 for the 5 milligram?
22     A.  Again, I can't speak to, you know, this

215

1  bullet point in a document.  But back to my point
2  I just made, I recall that we wanted to ensure
3  that our product was not going to be substituted
4  when we'd start detailing the physicians on those
5  strengths.
6      Q.  Substituted by whom, by the pharmacist?
7      A.  Yes.
8      Q.  So you had to make the product more
9  profitable to the pharmacist --
10     A.  Again --
11     Q.  -- is that right?
12     A.  -- I can't speak to that profit end of
13 it.  But, you know, again, I think it came into
14 play with the price of the product.  It was a
15 consideration for the price of the product to
16 ensure that we weren't disadvantaged, if you
17 will.
18     Q.  In fact, the effective implementation
19 of a reimbursement strategy was absolutely
20 essential for the successful introduction and
21 sales growth of the product; is that correct?
22        MS. RIVERA:  Object to form.

216

1         THE WITNESS:  I don't know.  That's --
2  you're making the comment.
3  BY MS. POLLACK:
4      Q.  And if you look at page 1477, which
5  again is part of the SWOT analysis, one of the
6  opportunities was to leverage the 15 and 30
7  milligram doses to grow the Roxicodone product
8  line.  How was that going to work?
9      A.  Well, again, we had a 5 milligram
10 product on the market and we were -- we had new
11 strengths, an extension, if you will, to 15 and
12 30 milligram dosages.
13     Q.  But how would having those new dosage
14 sizes grow the product line?  You're saying --
15     A.  Right.
16     Q.  -- simply because there were new --
17     A.  No.  Because when you detail physicians
18 and you generate demand through the healthcare
19 professionals and prescribers, they'll write
20 prescriptions for the product.
21     Q.  You're going to "create competitive
22 contractual agreements based on broad product

217

1  line."  What does that mean?
2      A.  I'm not sure.
3      Q.  So you don't know how that was going to
4  be done.  And this was the product your group was
5  going to sell, correct?
6      A.  But again, this is the marketing plan,
7  yes.
8      Q.  And you had input into that marketing
9  plan?
10     A.  I had some input, yes.
11     Q.  Do you remember any specific input you
12 had into the marketing plan for this, these new
13 drugs?
14     A.  Yeah, I do.
15     Q.  Okay.  What was it?  Been waiting all
16 day.  Go ahead.
17     A.  I remember that we had to ensure that
18 we had the product available in the retail
19 pharmacies so when the physicians prescribed the
20 product -- this is a Schedule 2 product -- the
21 patients would be able to get their prescription
22 for their pain medication.

218

1    Q.  And how were you going to ensure that
2  the product was in the retail pharmacy when the
3  patient presented a prescription for it?
4    A.  The product had to be made available in
5  the pharmacy.  Again, that's a marketing function
6  as far as strategy and how to get the product
7  into the pharmacies.
8    Q.  And you didn't have any input into how
9  to do that?
10    A.  Well, the input was that we were going
11  to generate the prescriptions and that we needed
12  to ensure that everything, you know, was in
13  order, that we wouldn't get pushed back from the
14  pharmacies to be able to stock it.  And again,
15  it's a marketing -- that's why there's marketing
16  and that's why there's sales.
17    Q.  And do you know what marketing did in
18  order to be sure that the pharmacies would have
19  the product available in the pharmacy?
20    A.  My understanding is that the product
21  was priced when we launched the product, that it
22  would not be an issue for the pharmacies to

219

1  consider substituting the 5 milligrams for the
2  higher doses that we were going to be promoting.
3    Q.  In other words, the pharmacies would
4  make more profit on the 15 and 30s than the 5s?
5      MS. RIVERA:  Object to form.
6      THE WITNESS:  I didn't say that.
7  BY MS. POLLACK:
8    Q.  Well, how was -- what was it that was
9  done in order to prevent them from substituting
10  the 5 milligrams for the 15s and 30s?
11    A.  There were stocking allowances, I
12  believe, that were offered to the pharmacy to be
13  able to bring the product in.  I recall that
14  there was demand from physicians and nurses
15  requesting pharmacies bring the product in.  And
16  also, again, I recall that the product was priced
17  where we would not be disadvantaged, where
18  pharmacies were going to go ahead and substitute
19  other products for it.
20    Q.  How did the stocking allowances work?
21    A.  I don't recall the specifics, but I
22  believe it was $5 per bottle -- comes to

220

1  recollection.  But I'm not sure how that was
2  provided.
3    Q.  Okay.  If the pharmacist received $5 a
4  bottle to buy a bottle of the 15 and/or the 30s,
5  would that be reducing the price at which they
6  actually acquired the drug?
7    A.  I don't know.  I can't comment on that.
8  That was separate.
9    Q.  Well, if the price of a bottle was a
10  hundred dollars and that's what they ordinarily
11  would have paid and they got $5 back, isn't it
12  true that they would have paid $95?
13    A.  I guess you could look at it that way.
14    Q.  So --
15    A.  As with any other, you know, program
16  that they looked at as far as what their
17  calculation is, what the different formulas are,
18  what the reimbursement is in different states.  I
19  mean the allowance was an incentive for
20  pharmacies to carry the product so they could
21  fill their prescriptions.
22    Q.  While we're talking about incentives

221

1  not limited to Roxicodone, did Roxane ever offer
2  pharmacies free goods in order to buy a
3  particular product?
4    A.  Not that I recall/remember.
5    Q.  Did you ever offer professional
6  education classes or payment for professional
7  education classes, continuing education classes?
8    A.  I don't believe -- I don't believe we
9  did at Roxane.  We offered our educational
10  materials and programs.  But again, we -- in my
11  view, we were a very small company and we didn't
12  -- I don't think we participated in those kind of
13  programs.
14    Q.  Well, isn't Boehringer Ingelheim one of
15  the largest pharmaceutical companies in the
16  world?
17    A.  I worked for at that time Roxane
18  Laboratories.  We're a separate entity.
19    Q.  Which was part of Boehringer Ingelheim,
20  correct?
21    A.  They're a subsidiary of BIPI.
22    Q.  Which was part of Boehringer Ingelheim?