# TAB 108

274

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| In re:  PHARMACEUTICAL INDUSTRY | : |
| AVERAGE WHOLESALE PRICE | : MDL No. 1456 |
| LITIGATION | : Civil Action No. |
| | : 01-12257-PBS |
| _____ | : Judge Patti B. Saris |
| | : Magistrate Judge |
| United States of America ex rel. | : Marianne B. Bowler |
| Ven-a-Care of the Florida Keys, | : |
| Inc. v. Boehringer Ingelheim | : |
| Corp., et al. CIVIL ACTION NO. | : |
| 07-10248-PBS | : VOLUME II |

- - - - - - - - - - - - - - - - - -X

    -caption continues-


    Continued Videotaped deposition of MARK SHAFFER taken at the offices of Jackson Lewis LLP, 90 State House Square, 8th Floor, Hartford, Connecticut  06103, before Clifford Edwards, LSR, Connecticut

363

1  this.
2      But just so it's clear, do you have any
3  recollection of you or your sales force promoting
4  Azathioprine for Roxane?
5      A.  **I don't recall it being one of the**
6  **promoted products.**
7      Q.  What do you mean by "one of the promoted
8  products"?
9      A.  **Our core promoted products that we spent**
10 **obviously a lot of time on and we promoted to**
11 **physicians.**
12     Q.  Okay.  And did your -- what type of
13 products did your sales force and the Roxane sales
14 force focus on?
15     A.  **They were basically brand and branded**
16 **generics.**
17     Q.  Okay.  And was Azathioprine either a
18 brand or branded generic drug?
19     A.  **No, just a generic drug.**
20     Q.  Do you have any recollection of having
21 any of your bonuses tied to the promotion or the
22 sales of Azathioprine?

364

1      A.  **I don't recall.**
2      Q.  Okay.  And can you clarify for me, did
3  the Roxane sales force that you were on and you
4  were an area manager for and director of have
5  responsibility for selling to wholesalers or chain
6  pharmacies?
7      A.  **No, we did not.**
8      Q.  Who was responsible for those sales?
9      A.  **We had a trade group.**
10     Q.  Okay.  And that trade group was separate
11 from your sales force?
12     A.  **Yes, it was.**
13     Q.  Okay.  Okay.  If you could take out
14 Shaffer 27, which is the Doug Bieryl presentation
15 on Roxicodone.
16        Excuse me.
17     A.  **I have it in front of me.**
18     Q.  Okay.  And I'm going to have the same
19 problem Rose did.
20        About halfway through, there is a slide
21 that says "launch update."  It has title "activity
22 and implementation."

365

1      A.  **I apologize.  I'm having a hard time --**
2      Q.  That's okay.
3      A.  **-- getting to the launch update slide**
4  **here.**
5         I have it.
6      Q.  Okay.  And do you recall what year this
7  was that these presentations were given in the
8  launch of Roxicodone occurred?
9      A.  **This was in 2000.**
10     Q.  Okay.  And what does this launch update
11 slide reflect?
12     A.  **It reflects different time lines for**
13 **activities with the launch.**
14     Q.  Okay.  And does it show that the retail
15 stocking would go from approximately September 22nd
16 to November 10th?
17     A.  **Yes.  That's what it shows.**
18     Q.  Okay.  And then the last thing says that
19 the beginning promotion to physicians would begin
20 on November 13th?
21     A.  **Yes.**
22     Q.  Okay.  Does that indicate that the sales

366

1  to physicians or the promotion to physicians would
2  occur only after this retail stocking effort
3  occurred?
4      A.  **Yes.**
5         **I recall that was our strategy.**
6      Q.  Okay.  So is it consistent with your
7  recollection that your sales force did not actually
8  start promoting Roxicodone 15- and 30-milligram to
9  physicians until around November 13th?
10     A.  **That sounds correct.**
11     Q.  Okay.  And so prior to that time, there
12 wouldn't be many prescriptions being written or
13 filled for Roxicodone 15- or 30-milligrams?
14        MS. POLLACK:  Objection.  Form.
15        MR. FAUCI:  Objection.  Form.
16     A.  **We did not start selling to the**
17 **physicians until after we adequately -- we felt**
18 **that retail stores were stocked.**
19 BY MS. RIVERA:
20     Q.  And do you know if there were any
21 prescriptions that were written or filled prior to
22 the time that it was promoted to physicians?

Page 367

1  A. I don't recall. I don't know.
2  Q. And you testified that at some point the
3  Roxane sales force that was promoting these types
4  of products was dissolved.
5     Do you recall when that occurred?
6  A. It was at the end of the year.
7     I don't recall exactly if it was right
8  before Thanksgiving or after the beginning of
9  December. It was at the very end of the year,
10 though.
11 Q. And that was in the year 2000?
12 A. Yes, it was.
13 Q. Okay. So -- so for how long did the
14 Roxane sales force actually promote the Roxicodone
15 15-milligram and 30-milligram product?
16 A. It was a very short period, maybe three
17 to four weeks.
18 Q. And I believe you testified that you
19 weren't sure whether -- you didn't know whether the
20 products remained on the market after the sales
21 force was dissolved.
22    Is that correct?

Page 368

1  A. Correct.
2  Q. Okay. Do you have any recollection that
3  at some point those products were actually divested
4  from Roxane?
5     MR. FAUCI: Objection. Form.
6  A. That was my understanding. I don't know
7  the specifics.
8  BY MS. RIVERA:
9  Q. Okay. And when those products were
10 divested, do you know if they were -- continued to
11 be sold or marketed or promoted by Roxane?
12    MR. FAUCI: Objection. Form.
13 A. No.
14    Roxane basically dissolved the palliative
15 care sales force. We no longer promoted or sold
16 those products.
17    MS. POLLACK: Objection. Nonresponsive.
18 BY MS. RIVERA:
19 Q. Okay. The sales force no longer --
20 A. The sales force.
21 Q. Okay. But you don't -- you think maybe
22 they remained on the market for Roxane for some

Page 369

1  period of time.
2     Is that right?
3  A. It was my understanding, I think I
4  mentioned earlier, that I'm not aware those
5  products were pulled from the market.
6  Q. Okay.
7  A. They were still being sold.
8  Q. Are you aware at some point those
9  products were completely divested from Roxane?
10    MR. FAUCI: Objection.
11    Form.
12 A. That was my understanding.
13 BY MS. RIVERA:
14 Q. Okay. You don't know when that occurred?
15 A. I don't know when that was. I don't
16 recall.
17 Q. And I'm sorry. Would you just go back?
18    I meant to flag this page first. There's
19 a page and is's called "core selling message." It's
20 kind of -- it's more towards the beginning. There
21 it is.
22 A. I have it.

Page 370

1  Q. You have it. Okay.
2     And do you know what the term "core
3  selling message" means?
4  A. Core selling message is the main message
5  for the product.
6  Q. Okay. And in -- this slide talks about
7  the core selling message for Roxicodone 15- and
8  30-milligrams.
9     Is that correct?
10 A. That's what it has listed here. Yes.
11 Q. Okay. And it talks about provides pain
12 control flexibility?
13 A. Is's listed here. Yes.
14 Q. Simplified dose escalation?
15 A. Yes.
16 Q. More convenient for patients?
17 A. Yes.
18 Q. High degree of pain control?
19 A. Yes.
20 Q. Avoids risks associated with fixed
21 combination analgesics?
22 A. Yes.

**371**

1    Q.  Is that consistent with your recollection
2  as to what the core sales message was for your team
3  of salesmen when they were going to go out and
4  promote the Roxicodone 15- and 30-milligrams?
5    A.  Yes.
6        As I mentioned earlier, this was a
7  message for the physicians to prescribe the
8  product.
9    Q.  And there's nothing on there about
10 reimbursement or price?
11   A.  No.
12   Q.  Okay.  And then just consistent with
13 that, if you would go towards the back, there's a
14 slide called "sales force strategy."
15       It's probably three or four from the
16 back.
17   A.  I see it.
18   Q.  Okay.  And that says, "focus on selling
19 to three targeted groups of high volume C2
20 prescribers."
21       Do you see that?
22   A.  Yes.

**372**

1    Q.  Is that consistent with your recollection
2  that the focus of the sales force strategy was
3  going to be target high volume C2 prescribers?
4    A.  Yes, it was.
5    Q.  And who are high volume C2 prescribers?
6    A.  Physicians.
7    Q.  Okay.  Okay.  And in Shaffer 28, Ms.
8  Pollack I believe asked you some questions related
9  to the slides that talked about wholesalers and
10 wholesaler distribution.
11       Do you recall that?
12   A.  Yes.
13   Q.  Who was responsible again for the
14 distribution and sales to wholesalers?
15   A.  From Roxane Laboratories it was the trade
16 group.
17   Q.  That wasn't your group of sales?
18   A.  No, it wasn't.
19   Q.  Okay.  If you would pull out -- sorry --
20 Shaffer 29 which is another one of these
21 presentations.
22       This is a distribution workshop by Bob

**373**

1  Sykora.
2    A.  Shaffer 29.  Okay.
3    Q.  Got it?
4        Okay.  And kind of towards the back, Ms.
5  Pollack pointed you to a slide that said "an
6  enormous financial incentive."
7    A.  I'm looking.
8    Q.  That's okay.  I'm sorry.
9        It's right after the --
10   A.  Yes.
11   Q.  -- DEA discussion.
12   A.  I recall.  Getting close.  I have it.
13   Q.  Okay.  And I believe in her question, Ms.
14 Pollack suggested that this is related to the prior
15 discussion of reimbursement issues earlier in the
16 document.
17       If you would just flip to the page right
18 before that slide, it's entitled "what have we
19 addressed so far" and got two bullet points, it
20 says "third party profitability want to dispense C2
21 administrative on instruction.
22       "And that's the DEA form.  And then, the

**374**

1  third bullet says "why should they stock it," and
2  it has a question mark.
3    A.  Yes.
4    Q.  So is it your understanding from locking
5  at this the next slide that says, "enormous
6  financial incentive" is related to that question?
7    A.  Yes, it is.
8    Q.  Okay.  And if you turn to the next page,
9  there's a slide that says "wholesaler" on the top.
10   A.  I see it.
11   Q.  And it says "purchasing allowance three
12 percent, extra 60 days dating distribution
13 allowance $5 a bottle."
14       What is your understanding of what those
15 bullets are?
16   A.  There's bullet points for stocking
17 allowance.
18   Q.  Okay.  And then if you go two more pages,
19 I think there's a slide that says, it uses that
20 term again, "enormous profitability on initial
21 stocking."
22   A.  Yes.