# TAB 110

```
                    SUPERIOR COURT
                  COMPLEX LITIGATION
                  DOCKET at TOLLAND

STATE OF CONNECTICUT,
        Plaintiff,

     vs.                          Docket No.
                                  X07 CV-03-0083296-S(CLD)
DEY, INC., ROXANE LABORATORIES, INC.,
WARRICK PHARMACEUTICALS CORP.,
SCHERING-PLOUGH CORP.
AND SCHERING CORPORATION,
        Defendants
~~~~~~~~~~~~~~~~~~~~~~~~~~~~

                     CONFIDENTIAL

                    DEPOSITION OF

                     THOMAS VIA

                  October 18, 2005
                     9:30 a.m.

                52 East Gay Street
                  Columbus, Ohio

               Lori M. Barnes, RPR
```

Page 58

1  assigning it -- between you and Ed of
2  assigning it to another product manager?
3      A.   Yes, on my part.
4      Q.   And what were those conversations
5  involving?
6      A.   I felt that my time was pretty
7  much taken up by my current responsibilities,
8  and I wouldn't have time to launch the
9  product.
10     Q.   And what was Ed's response to your
11 concerns?
12     A.   He felt that I could handle it.
13     Q.   And so you were ultimately assigned
14 responsibility for the launch, correct?
15     A.   Yes.
16     Q.   And did you request assistance with
17 respect to the Ipratropium Bromide launch?
18 Did you request any assistance from Ed Tupa?
19     A.   I don't recall.
20     Q.   Did you receive any assistance
21 during the launch of Ipratropium Bromide from
22 any third parties?
23     A.   Yes.
24     Q.   From whom did you receive
25 assistance?

Page 59

1      A.   Boehringer Ingelheim as well as
2  Mark Pope.
3      Q.   With respect to the Duraclon
4  launch, which occurred in 1996, was that also
5  something that Ed Tupa assigned to you?
6      A.   Yes.
7      Q.   And did you receive any outside
8  assistance or third-party assistance during
9  that launch?
10     A.   Yes.
11     Q.   And from whom did you receive such
12 assistance?
13     A.   Our ad agency.
14     Q.   I'm sorry?
15     A.   The advertising agency.
16     Q.   Do you recall the name of that ad
17 agency?
18     A.   No.
19     Q.   Any other assistance that you
20 received for that particular product?
21     A.   No.
22     Q.   You mentioned Boehringer Ingelheim.
23 What kind of assistance did you receive from
24 Boehringer Ingelheim for the launch of
25 Ipratropium Unit Dose Vials?

Page 60

1      A.   The overview of the respiratory
2  market.
3      Q.   And which Boehringer Ingelheim
4  employees provided that assistance to you?
5      A.   I know there were several. One
6  that comes to mind is Scott Richardson.
7  Beyond that, I couldn't name any.
8      Q.   Do you recall what Scott's title
9  was during that time period with Boehringer
10 Ingelheim?
11     A.   I believe he was a product
12 manager.
13     Q.   Did he have familiarity -- Was it
14 your understanding that Scott Richardson had
15 familiarity with this particular market,
16 meaning chronic obstructive pulmonary disease
17 or breathing?
18     A.   Yes.
19     Q.   Is it also your understanding that
20 Boehringer Ingelheim had other products for
21 that market during that time period?
22     A.   Yes.
23     Q.   What were the other products that
24 Boehringer Ingelheim had?
25     A.   It was Atrovent MDI as well as

Page 61

1  Atrovent Unit Dose Vial.
2      Q.   Is it fair then to characterize
3  Ipratropium Bromide UDV as the generic of
4  Atrovent UDV?
5      A.   Yes.
6      Q.   Atrovent UDV was a Boehringer
7  Ingelheim product, correct?
8      A.   Correct.
9      Q.   What was Atrovent MDI? How does
10 Atrovent MDI differ from Atrovent UDV?
11     A.   Delivery mechanism.
12     Q.   How is Atrovent MDI delivered?
13     A.   A meter dose inhaler.
14     Q.   And how --
15     A.   That doesn't require additional
16 equipment for delivery of the medication.
17     Q.   What about Atrovent UDV, how is
18 that delivered?
19     A.   It's a vial of solution that's
20 placed into a nebulizer and is inhaled via
21 the nebulizer.
22     Q.   Ipratropium Bromide UDV would then
23 also be delivered using a nebulizer; is that
24 correct?
25     A.   Yes.

62

1  Q. Was there any other assistance that
2  you received from Boehringer Ingelheim, other
3  than -- I know you said there were others --
4  A. Correct.
5  Q. -- including Scott Richardson. Can
6  you be more specific as to the type of
7  information he provided to you?
8  A. More specific than an overview?
9  No.
10 Q. When you say "overview," you mean
11 an overview of the respiratory market,
12 correct?
13 A. Overview and history of Atrovent
14 within that market.
15 Q. And what's your recollection of the
16 history with respect to Atrovent in that
17 market?
18 A. That there was a segment of the
19 market that was overlooked on the launch of
20 Atrovent.
21 Q. Which segment?
22 A. Home healthcare, and they addressed
23 that.
24 Q. When you say "overlooked," does
25 that mean that it was not -- Atrovent was

63

1  not made available to that market?
2  A. It wasn't taken into consideration
3  when production was planned.
4  Q. And was there a shortage as a
5  result of that?
6  A. Yes.
7  Q. Do you recall how long of a time
8  period that shortage continued?
9  A. No.
10 Q. You mentioned it was addressed,
11 correct?
12 A. Yes.
13 Q. Do you know how it was addressed?
14 A. Just in discussion.
15 Q. No, I mean how was it addressed
16 ultimately to alleviate the shortage, if it
17 ever was?
18 A. I don't recall.
19 Q. There were discussions, though,
20 apparently about the shortage?
21 A. Correct.
22 Q. Were you involved in those
23 discussions?
24 A. I believe I was present, yes.
25 Q. And when you say you were present,

64

1  are you referring to the time relative to the
2  Ipratropium Bromide launch when you are
3  getting the overview and the historical
4  perspective?
5  A. Yes.
6  Q. So did you have meetings, actual
7  meetings, where you met with these BI
8  employees?
9  A. To the best of my knowledge, just
10 one meeting.
11 Q. And do you recall approximately
12 when that meeting occurred?
13 A. It would have been prior to the
14 launch, so I can't give you an exact date.
15 Q. Would it be months before the
16 launch?
17 A. Yeah, probably so.
18 Q. And do you recall the location of
19 that meeting?
20 A. Roxane.
21 Q. And was that in Connecticut then?
22 A. No, I'm sorry, it was in Roxane
23 Laboratories at Columbus, Ohio.
24 Q. And do you recall who was in
25 attendance? I know you said that Scott

65

1  Richardson was there, but were there other
2  Roxane employees?
3  A. There were other BI employees, and
4  then I believe Ed Tupa was there. I'm sure
5  there were other Roxane employees, but I
6  don't recall who they were.
7  Q. The other -- You also mentioned
8  Mark Pope as a third party that was brought
9  in. What was your understanding of the role
10 Mark Pope was supposed to play?
11 A. He was an outside consultant to
12 help develop the marketing plan for the
13 product.
14 Q. And who brought Mark Pope in?
15 A. I can't be certain who brought him
16 in.
17 Q. Did Ed Tupa? Do you know if Ed
18 Tupa played any role in bringing Mark Pope
19 aboard?
20 A. I would assume so, but I don't
21 know that with any degree of certainty.
22 Q. And so did you work directly with
23 Mark Pope during this launch period for
24 Ipratropium Bromide UDV?
25 A. Yes.

**Page 66**

1  Q.  Was he in the meeting in Columbus,
2  Ohio that we just referred to earlier?
3  A.  I don't recall. I would assume
4  no.
5  Q.  And that meeting in Columbus that
6  we referred to earlier, what was the purpose
7  of that meeting?
8  A.  To provide an overview of the
9  market for Ipratropium Bromide Unit Dose
10 Vials.
11 Q.  It wasn't to approve of the
12 marketing plan or anything like that at this
13 point; is that right?
14 A.  No, at that point there was no
15 marketing plan.
16 Q.  And Mark Pope used to work for
17 Dey; is that your understanding?
18 A.  I believe I recall that.
19 Q.  And do you know what Mark Pope's
20 experience in the respiratory market is based
21 on?
22 A.  No.
23 Q.  So Mr. Pope was brought in to help
24 develop the marketing plan for Ipratropium
25 Bromide UDV, correct?

**Page 67**

1  A.  Correct.
2  Q.  What things did Mr. Pope do in
3  that respect, if you can recall?
4  A.  I believe he met with customers to
5  gather information on the market.
6  Q.  And would those be -- When you say
7  "customers," those would be potential customers
8  for Roxane?
9  A.  Potential customers, yes.
10 Q.  Those would be potential customers
11 for Ipratropium Bromide?
12 A.  Correct.
13 Q.  He met with potential customers.
14 What else?
15 A.  Provided additional information
16 regarding different segments of the market,
17 specifically home healthcare.
18 Q.  And was it your understanding that
19 Mark Pope's focus was supposed to be on the
20 home healthcare market with respect to his
21 assistance provided to Roxane?
22 A.  I believe so.
23 Q.  Did Mr. Pope provide information
24 about competitive products?
25 A.  Not that I recall.

**Page 68**

1  Q.  Did he provide any information
2  about the pricing of competitive products?
3  A.  Not that I recall.
4  Q.  Did he provide any information
5  about the appropriate pricing for Ipratropium
6  Bromide UDV?
7       MR. COVAL: Objection to form.
8  A.  Not that I recall.
9  Q.  Do you recall if he provided any
10 information about the AWP pricing or the AWP
11 for Ipratropium UDV?
12 A.  Not that I recall.
13 Q.  So he may have or he may not
14 have, you just don't recall; is that correct?
15      MR. COVAL: Objection to form.
16 A.  Correct.
17 Q.  Any other outside consultants that
18 came in with respect to any of those
19 launches, Ipratropium Bromide and Duraclon?
20 A.  Not that I recall.
21 Q.  Tom, how long did Mark Pope's
22 involvement last with respect to the launch
23 of Ipratropium Bromide?
24 A.  I don't know.
25 Q.  Do you know if Mr. Pope has been

**Page 69**

1  involved in any other product launches for
2  Roxane?
3  A.  Not that I'm aware of.
4  Q.  Has he been involved in any
5  product launches for Boehringer Ingelheim?
6  A.  Not that I'm aware of.
7  Q.  Do you have any understanding as
8  to how anyone at Roxane came across Mark
9  Pope's name to provide this type of
10 assistance?
11 A.  No.
12 Q.  One of the other job
13 responsibilities that you mentioned during this
14 time period was forecasting sales and
15 production; is that correct?
16 A.  That's correct.
17 Q.  What specifically did those job
18 responsibilities entail?
19 A.  For the sales forecast, we looked
20 at past performance of the products and tried
21 to project where we expected the product to
22 grow to, and that was done on an annual
23 basis, and we projected out for a period of
24 five years. For the forecasting, I believe
25 that was done on a quarterly basis, and there