# TAB 111

# Condensed Transcript

# Deposition of Roxane 30(b)(6) Judy Waterer

taken on
May 9, 10 and 11, 2007

State of Alabama
v.
Abbott Laboratories, Inc., et al.

**Case No. 2005-219**



Certified Court Reporters and Certified Legal Video Specialists
334.262.3332  1.888.253.DEPS
Email: depo@baker-baker.com
www.baker-baker.com

Judy Waterer
May 9, 2007

### Page 102

1    A. I don't know how they pick
2  drugs, so I can't -- I've never been a
3  purchaser at a retail pharmacy.
4    Q. Is Roxane concerned with the
5  methods used by pharmacists to select drugs?
6    A. We're concerned that they --
7  that we'd be on a level playing field, and
8  that they'd be willing to accept our product.
9  We generally compete on contract price.
10    Q. Well, what's the relevance of
11  contract price to a pharmacist if that
12  pharmacist didn't purchase the drugs directly
13  from Roxane and receives compensation by way
14  of reimbursement?
15    MS. WITT: Object to the form.
16    A. I'm -- what's the relevance of
17  the contract price? They want to buy it as
18  cheaply as they can.
19    Q. Well, I mean, there's no
20  contract price involved at that level,
21  correct? I mean, when you have a pharmacist
22  who is making drug decisions based on a
23  spread, the pharmacist's concern is the
24  spread, not the contract price, correct?
25    MS. WITT: Object to the form.

### Page 103

1    A. I don't know what pharmacists
2  are deciding on.
3    Q. Is it your testimony that
4  Roxane is simply not concerned with the
5  methods that pharmacists use to pick drugs?
6    A. We don't have knowledge. When
7  we go out and we try to get business awarded,
8  we compete based upon contract price.
9    Q. Has Roxane ever concerned
10  itself with the spread as it relates to the
11  pharmacists' reimbursement?
12    A. If there was an exceptional
13  instance where our pricing was out of line --
14  I think I talked about, I believe it was
15  Furosemide -- in an exceptional case where it
16  was brought to our attention, we might take
17  steps to bring ourselves into the average or
18  norm of what everybody else is doing.
19        But in the industry, most
20  everybody's pricing is set very similar so
21  that the spread issue isn't something that
22  generally comes up. If everybody's pricing
23  is in the same average area, you're competing
24  on the contract price. That's generally what
25  occurs in the negotiation.

### Page 104

1    Q. So it's your testimony that
2  Roxane has never concerned itself with the
3  competitor's price and tried to market the
4  spread to gain market share away from that
5  competitor?
6    A. It -- again, on a very rare
7  instance, there may have been something that
8  had to do with the difference in AWPs. It
9  would not be our general practice. It would
10  be a very rare occasion.
11    Q. But it has happened, correct?
12    A. Okay. Give me the question
13  again, because I want to make sure it's very
14  specific.
15    Q. Has Roxane ever concerned
16  itself with marketing the spread to the
17  extent that it attempted to market the spread
18  and gain market share from a competitor?
19    MS. WITT: Object to the form.
20    A. It's possible.
21    Q. It's very possible, isn't it?
22    MS. WITT: Object to the form.
23    A. I don't have any -- I can't
24  recollect that.
25    Q. I mean, there's no purpose in

### Page 105

1  marketing the spread other than to gain
2  market share, correct?
3    A. What do you mean when you say
4  "market the spread"?
5    Q. You don't know what that means?
6    A. I want to make sure that it
7  means the same to both of us. I've heard it
8  defined different.
9    Q. You tell me what it means.
10    A. When I hear the term "market
11  the spread," being a marketing person, I
12  think that it is an active initiative, a
13  directive to go out and make this your
14  standard process for selling.
15    Q. And Roxane has utilized that
16  tactic, correct?
17    A. I believe there may have been a
18  few instances of it, yeah. I don't recall
19  any specifics.
20    Q. What's an FUL?
21    A. Don't know.
22    Q. Ever heard the term "federal
23  upper limit"?
24    A. I may have. I don't remember.
25    Q. Speaking on behalf of Roxane,

27 (Pages 102 to 105)

334.262.3332  Baker & Baker Reporting and Video Services, Inc.  334.262.3332
888.253.3377  Certified Court Reporters and Certified Legal Video Specialists  888.253.3377

4d05a3e6-eaa3-4d91-9a88-82914339bcbc