# TAB 112



RLI-ORG00000059