# TAB 113



RLI-ORG00000078