# TAB 114

