# TAB 115



RLI-ORG00000020