**TAB 116**

FINANCE — OCTOBER-2004

- JAMES MCINTYRE JR, CONTROLLER, 5031
  - KARLA MCCOY, ANALYST III, 5031
- STANLEY LEWIS, ASSOCIATE DIRECTOR, FINANCE, 5030
  - ANGELA CUSHMAN, ANALYST III, 5030
  - JASON GORHAM, ANALYST III, 5030
  - ROBERT HARD, ANALYST III, 5030
  - GYPSY STULTZ, ANALYST II, 5030

RLI-ORG00000032