**TAB 117**

Case 1:01-cv-12257-PBS   Document 6522-31   Filed 09/22/09   Page 2 of 12

# MINUTES
# OF THE
# MEETING OF THE BOARD OF DIRECTORS
# BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.

## MARCH 1, 1996

A meeting of the Board of Directors of BOEHRINGER INGELHEIM PHARMACEUTICALS, INC., a Delaware corporation, ("the Corporation"), upon due notice by letter sent to all directors, convened at the Rafael Hotel in Munich, Germany on March, 1, 1996.

Board members present were:

> Dr. Louis Fernandez, Chairman
> Mr. Werner Gerstenberg
> Dr. Thomas Heil
> Dr. Claus Rohleder
> Dr. Jere E. Goyan
> Mr. Vaughn D. Bryson
> Mr. Gerald C. Wojta

Board members absent:

> None

Secretary: Mr. Philip J. Franks

Present by invitation for the entire meeting were:

> Mr. Holger Huels
> Mr. Walter Poerschmann

Dr. Fernandez presided as Chairman of the meeting. Mr. Franks, the Secretary, took the Minutes.

Confidential

BOEH02605715

Case 1:01-cv-12257-PBS   Document 6522-31   Filed 09/22/09   Page 3 of 12

Minutes of the Boehringer Ingelheim Pharmaceuticals, Inc.
Board of Directors Meeting of March 1, 1996
Page 2

Dr. Fernandez called the meeting to order at approximately 2:25 p.m. and, it being determined that all directors were present, the meeting was declared open.

Dr. Fernandez then made a motion that the Minutes of the Board meeting of October 5, 1995 be approved. The motion was seconded, and by the unanimous affirmative vote of all directors present, the following resolution was adopted:

> RESOLVED that, the Minutes of the Board of Directors meeting held on October 5, 1995 be, and they hereby are, approved in the form submitted to this Board with the amendment on page four that the purchase price for REJUVEX® and GARLIQUE® is $40 Million rather than $20 Million.

Mr. Gerstenberg presented overheads describing BIPI's ethical gross sales by product. The actual sales of PERSANTINE® (dipyridamole) in 1995 were $22,252,000 against a budget of $9,800,000. COMBIVENT® (albuterol/ipratropium bromide) had been budgeted for 1995, but was not approved by the FDA. It was not budgeted for 1996. It was originally planned to introduce COMBIVENT® in late 1994 so the product is already about 12 to 15 months late. The FDA approval for nevirapine is now projected for July 1, 1996, but reconsideration is being given to launching the product because of new business developments. It was noted that the Upjohn product for the AIDS indication has a much better side effect profile than nevirapine. Also, Glaxo has an AIDS product with a different mechanism of action. Mr. Gerstenberg observed that if nevirapine is marketed, the marketing should be performed without significant marketing expense. It was noted that the "time to market" is the most important thing.

Mr. Gerstenberg explained BIPI's R&D expense of $185,000,000 and mentioned that the Company's actual personnel costs in 1995 were 26.3% of revenues as opposed to the budget of 28.5%. Restructuring costs were separated and accrued..

BIPI's Contribution III in 1995 was slightly over $200,000,000.

Confidential                                                                                                                            BOEH02605716

Case 1:01-cv-12257-PBS   Document 6522-31   Filed 09/22/09   Page 4 of 12

Minutes of the Boehringer Ingelheim Pharmaceuticals, Inc.
Board of Directors Meeting of March 1, 1996
Page 3

The self-medication unit had a 1995 budget of $40,000,000 and actual sales for GINSANA® (ginseng) of $29,092,000 and GINKOBA™ (ginkgo biloba) of $4,813,000.

Mr. Gerstenberg mentioned that BIPI is considering the repurchase of DULCOLAX® (bisacodyl) from Ciba-Geigy prior to expiration of the License to Ciba-Geigy in 2002. The purchase of REJUVEX® and GARLIQUE® must be re-examined and re-evaluated in light of the fact that sales are declining significantly.

BIPI's balance sheet shows total assets at December 31, 1995 of $730,058,000 with a stockholder's equity of $344,547,000. After further discussion, a motion was made and seconded to approve the 1995 year-end closing statements for the Corporation, as presented to the Board, and by the unanimous affirmative vote of all directors present, the following resolution was adopted:

> RESOLVED that, the year-end closing statements, including the Profit and Loss Statement and Balance Sheet as at December 31, 1995 for this Corporation be, and they hereby are, approved.

Mr. Gerstenberg made an overhead presentation summarizing certain proposed changes to the 1996 Budget. After a brief discussion, a motion was made and seconded to recommend approval of the 1996 Budget for the Corporation, with changes, as presented to the Board, and by the unanimous affirmative vote of all directors present, the following resolution was adopted:

> RESOLVED that, the 1996 Budget for this Corporation as presented with changes to this Board of Directors, be, and it hereby is, approved.

### Presentation on Pharma Strategy for BI Worldwide

Dr. Heil presented overheads describing the human pharmaceuticals strategy through the year 2000 ("PEP").

Confidential

Case 1:01-cv-12257-PBS    Document 6522-31    Filed 09/22/09    Page 5 of 12

Minutes of the Boehringer Ingelheim Pharmaceuticals, Inc.
Board of Directors Meeting of March 1, 1996
Page 4

- BI to become a major researched based and profitable company ranking among the top fifteen worldwide.

- Global optimization of the business will have priority over local operations and evaluations.

- Increases in costs must be below the rate of sales growth.

- Products will be developed for the major areas of medical practice, including generics, hospital products, and self-medications. Emphasis will be in the fields of respiratory, cardio-vascular, immunology, virology, oncology, and CNS.

PEP was started one year ago to face changes in the industry. The goal was to review and revise the SBU Pharmaceuticals. This review does not include R&D, Medical or self-medication. The goal is to capture a 1.8% marketshare worldwide by developing new products, acquisitions of new products and companies, if appropriate, and licensing. Another goal is to drive production costs down from 22% to 20%. The financial targets for the year 2000 are to have ethical sales of 8.5 Billion DM, self-medication sales of 1.5 Billion DM, ethical cost of goods at 20%, self-medication cost of goods at 23%, ethical marketing/sales expenses at 25%, and self-medication marketing/sales expenses at 37%. A 25% operating profit on sales is desired.

Dr. Heil advised that the Company is seeking to achieve a strong position in areas where it has a good chance of improving its position. He is also looking at geography and attempting to improve profitability in those countries where profitability is now low. One goal is to develop all patent expired bronchial drugs into solutions, propellant-free nebulizers, and MDI's with new propellants. The goal is to reduce generic erosion, develop the inhalation markets in Asia and Latin America, and build an international UDV business.

Case 1:01-cv-12257-PBS   Document 6522-31   Filed 09/22/09   Page 6 of 12

Minutes of the Boehringer Ingelheim Pharmaceuticals, Inc.
Board of Directors Meeting of March 1, 1996
Page 5

Dr. Heil continued his presentation by describing product-by-product sales projections for the next ten years and displaying overheads of the "gap-filling" strategies for the prescription and hospital drug businesses.

He described the following ten key initiatives:

1. Launch the hospital business in selected markets in 1996.
2. Become a leader in respiratory medicine.
3. Respond to managed care and build a distinctive character.
4. Influence and control distribution channels.
5. Improve management to become more efficient.
6. Expand the business in the U.S.A.
7. Expand the business in Japan.
8. Create a cohesive business and improve the European profitability.
9. Make selected acquisitions, partnerships and alliances.
10. Implement TPM strategy in concert with PEP.

Dr. Heil went on to state that the hospital business is very significant to BI because there are new hospital products in the pipeline, but there is no infrastructure to sell them.

Mr. Gerstenberg noted that the U.S. strategy through the year 2000 will be presented to the Board in July. All of the large countries in the Boehringer world have been involved in the development of the worldwide strategy, and those who will have to execute it were involved in the development of the strategy. It was noted that on a worldwide basis, one half of the gap in desired sales must be filled by acquisitions or licenses of third party products. Injectables will be important for critical care and oncology.

Confidential                                                                                               BOEH02605719

Minutes of the Boehringer Ingelheim Pharmaceuticals, Inc.
Board of Directors Meeting of March 1, 1996
Page 6

There was further discussion among the Board members whether the PEP strategy was approved or would need further consideration. It was Dr. Rohleder's view that before final approval could be given, the Board must be presented with the financial impacts of the strategy, an explanation of the apparent conflict between sales growth and increased profitability, and how the allocation of resources is to be made. It may be that final approval cannot be given until January of 1997. It was clear that more information and explanation of the financial ramifications of the PEP strategy must be brought forward to the Board. It was noted that the total pharmaceutical business strategy can only be finally approved after the R&D strategy is known so that the two categories can be synchronized.

The chairman asked for further business, and it was noted that the next Board of Directors meeting will be held on July 16, 1996 in Ridgefield, Connecticut in connection with BIPI's 25th Anniversary celebration to be held on July 17, 1996. There being no further business, the meeting concluded at 4:55 p.m.

_____
Philip J. Franks, Secretary


_____
Louis Fernandez, Chairman


_____
Vaughn D. Bryson, Director


_____
Werner Gerstenberg, Director

Confidential                                                                                                                                 BOEH02605720

Minutes of the Boehringer Ingelheim Pharmaceuticals, Inc.
Board of Directors Meeting of March 1, 1996
Page 6

There was further discussion among the Board members whether the PEP strategy was approved or would need further consideration. It was Dr. Rohleder's view that before final approval could be given, the Board must be presented with the financial impacts of the strategy, an explanation of the apparent conflict between sales growth and increased profitability, and how the allocation of resources is to be made. It may be that final approval cannot be given until January of 1997. It was clear that more information and explanation of the financial ramifications of the PEP strategy must be brought forward to the Board. It was noted that the total pharmaceutical business strategy can only be finally approved after the R&D strategy is known so that the two categories can be synchronized.

The chairman asked for further business, and it was noted that the next Board of Directors meeting will be held on July 16, 1996 in Ridgefield, Connecticut in connection with BIPI's 25th Anniversary celebration to be held on July 17, 1996. There being no further business, the meeting concluded at 4:55 p.m.

_____
Philip J. Franks, Secretary

_Louis Fernandez_ 5/10/96
Louis Fernandez, Chairman

_____
Vaughn D. Bryson, Director

_____
Werner Gerstenberg, Director

Confidential    BOEH02605721

Case 1:01-cv-12257-PBS   Document 6522-31   Filed 09/22/09   Page 9 of 12

Minutes of the Boehringer Ingelheim Pharmaceuticals, Inc.
Board of Directors Meeting of March 1, 1996
Page 6

There was further discussion among the Board members whether the PEP strategy was approved or would need further consideration. It was Dr. Rohleder's view that before final approval could be given, the Board must be presented with the financial impacts of the strategy, an explanation of the apparent conflict between sales growth and increased profitability, and how the allocation of resources is to be made. It may be that final approval cannot be given until January of 1997. It was clear that more information and explanation of the financial ramifications of the PEP strategy must be brought forward to the Board. It was noted that the total pharmaceutical business strategy can only be finally approved after the R&D strategy is known so that the two categories can be synchronized.

The chairman asked for further business, and it was noted that the next Board of Directors meeting will be held on July 16, 1996 in Ridgefield, Connecticut in connection with BIPI's 25th Anniversary celebration to be held on July 17, 1996. There being no further business, the meeting concluded at 4:55 p.m.

Philip J. Franks, Secretary

Louis Fernandez, Chairman

*[signature]*
Vaughn D. Bryson, Director

Werner Gerstenberg, Director

Confidential                                                                                       BOEH02605722

Minutes of the Boehringer Ingelheim Pharmaceuticals, Inc.
Board of Directors Meeting of March 1, 1996
Page 7


_____
Jere E. Goyan, Director


_____
Thomas Heil, Director


_____
Claus Rohleder, Director


_____
Gerald C. Wojta, Directors

G:\FRANKS\WORDDOCS\BIPI3-96.MIN

Confidential

BOEH02605723

Minutes of the Boehringer Ingelheim Pharmaceuticals, Inc.
Board of Directors Meeting of March 1, 1996
Page 7

_____
Jere E. Goyan, Director

_____
Thomas Heil, Director

_____
Claus Rohleder, Director

_____
Gerald C. Wojta, Directors

G:\FRANKS\WORDDOCS\BIPI3-96.MIN

Confidential

BOEH02605724

Minutes of the Boehringer Ingelheim Pharmaceuticals, Inc.
Board of Directors Meeting of March 1, 1996
Page 7

_____
Jere E. Goyan, Director


_____
Thomas Heil, Director


_____
Claus Rohleder, Director


_____
Gerald C. Wojta, Directors

G:\FRANKS\WORDDOCS\BIPI3-96.MIN

Confidential

BOEH02605725