# TAB 118

OF THE
ANNUAL MEETING OF THE BOARD OF DIRECTORS
BOEHRINGER INGELHEIM CORPORATION

## APRIL 28, 1999

An annual meeting of the Board of Directors of BOEHRINGER INGELHEIM
CORPORATION, a Nevada corporation, ("the Corporation"), upon due notice by letter sent to
all directors, convened at the offices of the Corporation in Ridgefield, Connecticut on
April 28, 1999 at 8:30 a.m.

Board members present were:

> Dr. Louis Fernandez, Chairman
> Mr. Werner Gerstenberg
> Dr. Heribert Johann
> Dr. Thomas Heil
> Dr. Jere E. Goyan
> Mr. Vaughn D. Bryson
> Mr. Timotheus R. Pohl

Board members absent:

> None

Secretary:  Mr. Philip J. Franks

Present by invitation for the entire meeting were:

> Mr. Holger Huels
> Mr. Walter Poerschmann

Present by invitation for portions of the meeting were:

> Mr. Robert Carraher

Dr. Fernandez presided as Chairman of the meeting.  Mr. Franks, the Secretary, took the
Minutes.

Dr. Fernandez called the meeting to order at approximately 8:30 a.m. and, it being
determined that all directors were present, the meeting was declared open.

Dr. Fernandez began the meeting by issuing a warm welcome to the new director, Mr.
Timotheus R. Pohl, and expressing the Board's pleasure that he had agreed to join the Company
as a Director.

BIC JURIS 0208
CONFIDENTIAL

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Annual Meeting of April 28, 1999
Page 2

Dr. Fernandez then made a motion that the Minutes of the Board meeting of October 28, 1998 be approved.  The motion was seconded, and by the unanimous affirmative vote of all directors present, the following resolution was adopted:

RESOLVED that, the Minutes of the Board of Directors meeting held on October 28, 1998 be, and they hereby are, approved in the form submitted to this Board.

## Financial Overview of BI Worldwide 1998 and Outlook for 1999

### 1998 Performance

Dr. Johann gave a slide presentation of the 1998 performance of BI worldwide and the outlook for 1999.  He stated that the performance was a "mixed message."  Sales were 6.5% higher in 1998 than in 1997; however, the 1998 budget for sales was not achieved.  Operating income missed the budget by 350 Million D.M. and this constituted a decrease in operating income from the level achieved in 1997.  On the other hand, income after taxes was higher in 1998 than in 1997 and it more or less hit the budget for 1998 due to special one-time tax events.  Dr. Johann then explained the various reasons for the deviations from budget including the variations caused by acquisitions, divestitures and negative currency fluctuations.  Sales in Japan decreased by 10% (approximately 150 Million D.M.) because of adverse government activities and sales in Germany were down by 200 Million D.M.  The Board was advised that on a regional basis, sales in the Americas increased by 30% over 1997 making it the number one region in BI's worldwide business.   With respect to operating income, it was down slightly compared to 1997.  Because of the increase in the life expectancy of the German population, BI Germany had to provide 125 Million D.M. more in pension funds than was required in 1997.  Also, because Japan's business is so profitable, the loss of sales had a large negative impact on

BIC JURIS 0209
CONFIDENTIAL

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Annual Meeting of April 28, 1999
Page 3

operating income.  Financial Income was down due to the purchase of Ben Venue Laboratories and Holding Income was also down.

### Outlook for 1999

The worldwide sales budget in 1999 is 9.506 Billion D.M.  with an operating income of 991 Million D.M., and income after tax of 407 Million D.M., capital expenses of 808 Million D.M., and RD&C expenses of 1.678 Billion D.M.

In the first quarter, both sales and profits were above budget and it is believed that the 1999 budgets can be achieved.  In the first quarter, the German business was growing at an 8% rate, but it is possible that the government may intervene in the second half of the year causing a slow down.  Japan is very positive in the first quarter; however, Brazil, which was hit by a currency devaluation, will have a decrease of sales of 6% to 7%.  The self-medication business has some problems both in the U.S.A. and abroad.  The Rx business is doing better than anticipated and is approximately 3% over budget for the first quarter.

One director inquired as to management's long term thoughts with respect to maintaining RD&C expenses at 18% of revenue.  Dr. Johann replied that BI has been at this level for 10 to 15 years and other companies are slowly rising to that level.  No change in this percentage is seen for the future.  There was an exchange of ideas concerning the allocation of RD&C expenses between pre-clinical expenses and clinical expenses.  BI currently spends two-thirds of the RD&C expenses in  pre-clinical research and one third in clinicals.  In some other pharmaceutical companies, the reverse is the norm.

BIC JURIS 0210
CONFIDENTIAL

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Annual Meeting of April 28, 1999
Page 4

## Boehringer Ingelheim U.S.A

### Actual 1998

Mr. Gerstenberg advised the Board that the United States operation had met its goals for 1998. Total U.S. sales were $1.5 Billion and this exceeded the budget by $55 Million.

The sales contributions from the U.S. companies in the aggregate are about 30% of total worldwide sales. Mr. Gerstenberg then gave a product-by-product review of sales, advising that ATROVENT® (ipratropium bromide) was number one, COMBIVENT® (albuterol/ipratropium bromide) was number two, CATAPRES-TTS® (clonidine hydrochloride) number three, and FLOMAX® (tamsulosin) was number four. He then showed sales by product and by company entity.

Total operating profit was $25 Million under the budget due to extraordinary events, including a payment of $28.7 Million by BIPI for Bilchem taxes. He advised that the Bilchem buildings will be demolished and that the land will be sold for $2+ Million.

BIPI had several new product launches in 1998 including MICARDIS® (telmisartan). BVL received 11 new FDA approvals, RLI had five new products and Vetmedica two new launches in 1998. It was observed that internationalization of the BVL products must be improved.

Y2K remediation is ahead of schedule.

Inventory turnover improved by 27.2%; however, total inventories remain the same as in 1996 due to the need to stock pile for new product launches. The Company's safety record continues to improve.

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Annual Meeting of April 28, 1999
Page 5

### Outlook for 1999

The sales budget for 1999 is $1.7 Billion with an operating profit of $208.6 Million (the latter representing an 87.3% increase over 1998)  It was noted that panic buying may set in due to Y2K issues, real or perceived.

The corporation's capital budget  is $167 Million including funds for EAR and BVL and B. I. Chemicals improvements.  The goal is to be on time and on budget with capital improvements.

There are many IND, NDA, ANDA and USDA filings scheduled for 1999.   Another goal is to integrate the U.S. strategy with the global strategy.

Year-to-date sales are $42 Million over budget due solely to Rx hospital sales.  All other businesses failed to meet their budgets.  Year-to-date profit is ahead of budget and all companies are exceeding their profit budgets, except self-medication, due to excellent cost management. After discussion, it was concluded that panic buying will most likely be limited to the U.S.A. as there is no such reaction in the rest of the world.  It is believed that any panic buying taking place in the U.S.A. will begin around September of 1999, so active ingredients and other supplies must be purchased now so that manufacturing can begin.  It was pointed out that if drug products cannot be supplied, patients will be switched to other therapeutically equivalent products and BI will lose marketshare.  It was proposed by some board members that existing safety stocks be used to meeting the panic buying demand and that the safety stocks be taken down from a three months supply to a one months supply.  It was agreed that this issue must be examined on a product-by-product basis, but the goal is to reduce inventories.  It was also noted that ten years ago 10% of the assets of BI worldwide were in inventories whereas the percentage currently in

BIC JURIS 0212
CONFIDENTIAL

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Annual Meeting of April 28, 1999
Page 6

inventories is 16%.  It was suggested that if price increases are to be taken, they be taken in

September 1999 and not January 2000.  It will be possible that "13 months" sales could be made

in 1999 and only 11 months of sales in 2000, but the major expenses will occur in 2000.  The

company should begin to look at the years of 1999 and 2000 as one unit.  A detailed analysis of

inventories will be discussed at the next Board meeting.

OSHA events are 11.9% below the first quarter of 1998.  Product registrations are on

schedule.  Strategic Planning has been delayed until 2000.

Mr. Gerstenberg then presented the critical pieces of the U.S. strategy.  There ensued an

extensive discussion of the probabilities that double digit sales growth will continue in the

U.S.A. and for how long.  The discussion included ramifications to the industry, of the political

process, whether or not Medicare will cover drugs, the demographics of the U.S. population and

the strength of the economy.


**Overview**

Business Unit Ethical Pharmaceuticals

The changes occurring in October through December 1998 that caused Management to

change the 1999 budget included a net sales increase of $26.4 Million, direct promotion decrease

of $19.9 Million, a Medical costs decrease of $24.8 Million, and R&D costs decrease of $7.8

Million.  Also, the increase in sales force was delayed into the year 2000.  It was noted that BIPI

has fewer sales representatives than its competitors.  BIPI is able to attract sales representatives

in competition with other companies now but one and one half years ago an increase in

BIC JURIS 0213
CONFIDENTIAL

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Annual Meeting of April 28, 1999
Page 7

compensation was required in order to make this possible.  BI currently has a sales force of

approximately 800.

The performance of the ethical pharmaceutical unit in 1998 exceeded its sales budget by

$86 Million.  Mr. Gerstenberg gave a sales performance report on a product-by-product basis.  In

1998 operating profit was $126 Million compared to a budget of $118 Million.  The first quarter

sales 1999 were ahead of budget by 24%.  Over 50% of the profit increase was due to an increase

in sales, but a reduction in medical costs also contributed.

There was a discussion of the COMBIVENT® UDV situation including the over capacity

in the U.K. and the U.S.A. and the mold in the production line in Columbus, Ohio.  The latter

problem has been solved.   Another is that Dey Labs will be on the market with a generic version

of COMBIVENT® UDV.  This could occur even before BI is on the market with this product.

Mr. Gerstenberg explained the co-promotion/distribution agreement between BIPI and

Abbott Laboratories to the Board.

<u>Business Unit SM</u>

The SM unit's 1998 sales budget was $123.7 Million whereas the actual sales came in at

$123.0 Million.  Operating profit was a negative $13.6 Million against a budget of a positive

$2.8 Million.  MOVANA™ has consistently under performed in a saturated market.

GINKOBA® (ginkgo biloba) and GINSANA® (ginseng) carry the SM business.  Currently, the

business has only reached 18% of the total budget.  The new products to be launched in July are

only budgeted at $16 Million.  It is likely that the SM this business will not make even the

original 1999 budget.   It was explained that the herbal market is currently only growing at a 4%

BIC JURIS 0214
CONFIDENTIAL

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Annual Meeting of April 28, 1999
Page 8

rate and that competition has increased tremendously resulting in competing product being

available for one-third the price of the BIPI products.

## Business Unit Vetmedica

1998 was an extremely difficult year for Vetmedica. Low prices for swine and cattle

created havoc. The unit's net sales for 1998 were only $131.6 Million against a budget of $159.2

Million. 1999 sales year to date are $38.8 Million against a budget of $33.7 Million. Due to

excellent cost management, operating profit is exceeded the budget.


## Business Unit Chemicals

1998 sales were $47 Million against a budget of $49.7 Million. Operating profit was $3.4

Million against a budget of $5.8 Million. In the first quarter of 1999, actual sales were $8.4

Million against a budget of $9.7 Million, whereas the operating profit was $1.4 Million against a

budget of $.9 Million.


## Total U.S. Business

In the first quarter 1999, the U.S. business is on track in sales and profits on a

consolidated basis. It is believed that panic buying may generate over $200 Million in sales in

1999 and $153 Million more on the bottom line. The assumption is that all of the panic buying

stock will be sold off in 1999, but there is no previous experience with this. It is important to

make certain that patients are not switched to another drug. There are risks that inventories will

rise if panic buying does not materialize in 1999. It is important to look at 1999 and 2000

together. Mr. Gerstenberg then explained on a product-by-product basis the plan to maintain

BIC JURIS 0215
CONFIDENTIAL

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Annual Meeting of April 28, 1999
Page 9

safety stocks in the event of panic buying and the rationale behind the plans.  This included the

acknowledgment that the additional stocks could expire either in the hands of BI or customers.

In the latter case, they would be shipped back to BI for credit and destruction.  Based on first

quarter performance, the sales for the full year should meet and/or exceed budget.  The Rx

business will be outstanding, but two products may not make their individual budgets, i.e.,

AGGRENOX™ (aspirin/dipyridamole) and MICARDIS®.  Sales of the latter have not picked up

at all and unless it can be added to various formularies, MICARDIS® may not make its budget.

SM is likely to be up to $30 Million under its budget.  Vetmedica has a chance to make its

budget, but could be 10% below.  The Chemical Unit is expected to make budget.

Mr. Gerstenberg  advised the Board that $450 Million are being managed by the Trustees

in the Pension and Savings Plans and these sums are not on the books of the Corporation.  He

handed out a report describing the current status of the plans.


**Boehringer Ingelheim Corporation**

Mr. Huels presented a slide presentation describing the balance sheet and profit and loss

statement of BIC.  It has no sales, but it receives dividends from its subsidiaries.  In 1998, the net

income after tax was a negative $30 Million against a budget of a negative $44 Million.  The

1999 budget is for a negative $4 Million.


**BI Services Center, Inc.**

Mr. Huels described for the Board the functions of BI Services Center which includes

payroll for all of the U.S. companies as well as accounts payable and travel services.  The

BIC JURIS 0216
CONFIDENTIAL

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Annual Meeting of April 28, 1999
Page 10

productivity level has increased, but could still improve.  In the near future, the accounts payable

function will be totally paperless.  In 1998 the net income after tax was $9,243,000 against a

budget of $11,933,000.  The budget for 1999 is $2,676,000.  The productivity of the T&E

reporting team did not increase but rather decreased in 1998.  There has been limited

improvement in the productivity of the contracts and chargeback teams.


### Challenges and Opportunities for the Self-Medication Business

Robert Carraher presented the new mission statement for the SM unit, the basics of which

are:  high quality products, high caliber personnel and suppliers, and building a strong profitable

SM business in the U.S.

Mr. Carraher described the tremendous growth in the herbal product category in 1998,

but stated that for the first quarter 1999, there has only been 10% growth.  Pharmaton's products

led the market in 1998.  It is currently number three in the natural supplements category.  In the

first half of 1998, sales were up by 40%, whereas in the second half there was a dramatic

turnaround due to many factors including changing attitudes of the press, quality and safety

concerns and low price, large size competition.  MOVANA® sold $5.1 Million within a 90-day

period which is the best in Pharmaton's history, but the whole market segment dropped by 30%

just as the product was to be launched.  The retailers could not move it out.  1998 net sales of the

SM business were $120.1 Million which was 99% of the budget.  Actual operating profit was a

negative $13 Million versus a positive $3.3 Million budget.  This does not include the impact of

MOVANA®.

BIC JURIS 0217
CONFIDENTIAL

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Annual Meeting of April 28, 1999
Page 11

There are many challenges for 1999 including fierce competition in the category, continuing negative influence from the news media, and retailer confusion.   The growth of the category will be only about 10% in 1999 versus last year's growth of 64%.

There will be new opportunities in 1999, including new product introductions (Prostatonin) and line extensions for our largest brands, i.e., GINSANA® Sport and GINKOBA® ME.  In 1999, the self-medication unit will expand into the over-the-counter medicine area with NATRU VENT (a preservative-free nasal spray), and will further expand in 2002 with the return of DULCOLAX® (bisacodyl).  Also, better sales tracking measures are expected in 1999 and beyond.  Some of the 1999 concerns for the SM Unit include the fall off of the wholesale club business (60% versus 1998) due to low price generics; the MOVANA® launch projection was too high; elimination of the health food sales force.  In 1999, a "spending protection plan" will be implemented.  The 1999 budget projected sales of $167,555,000.  The revised budget will be for sales of $155 Million.  In the future, the new OTC business will provide more opportunities and the potential for new profit pockets will increase as the new products come on.  Headcount must be kept commensurate with growth.  The question was asked as to how American Home and Warner Lambert feel about their herbal businesses.  Mr. Carraher said that they are very worried and are having a hard time because the sales results are not there.  Mr. Gerstenberg noted that SM's four month sales are very discouraging and suggested that a worse case scenario be developed in addition to the revised $155 Million number.  A rather extensive discussion followed concerning the future of Pharmaton as well as the entire herbal product category.  It was noted that Pharmaton's inventories are growing as shipments continue to be received from Ingelheim, although the orders had been canceled.

BIC JURIS 0218
CONFIDENTIAL

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Annual Meeting of April 28, 1999
Page 12

Consolidated Financial Overview of 1998 – First Quarter 1999 – Budget 1999

Mr. Huels presented an abbreviated statement of the financials of the consolidated companies indicating that the 1998 sales budget was $1.5 Billion, the 1998 actual sales were $1.555 Billion and the 1999 budget is $1.76 Billion.   1998 operating income was budgeted at $137 Million and the actual amount achieved was $111 Million.

Dr. Fernandez made a motion to approve the 1998 year-end closing statements for each of Boehringer Ingelheim Corporation's wholly-owned subsidiaries, namely, Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Vetmedica, Inc., B. I. Chemicals, Inc., BI Services Center, Inc., Ben Venue Laboratories, Inc. and Roxane Laboratories, Inc. as presented to the Board, the motion was seconded, and by the unanimous affirmative vote of all directors present, the following resolution was adopted:

RESOLVED that, the year-end closing statements, including the Profit and Loss Statement and Balance Sheet as at December 31, 1998 for each this Corporation's wholly-owned subsidiaries, namely, Boehringer Ingelheim Pharmaceuticals, Inc., Boehringer Ingelheim Vetmedica, Inc., B. I. Chemicals, Inc., BI Services Center, Inc., Ben Venue Laboratories, Inc. and Roxane Laboratories, Inc. as presented to this Board of Directors, be, and they hereby are, recommended for approval.

Dr. Fernandez made a motion to recommend approval of the 1998 year-end closing statements for Boehringer Ingelheim Corporation as presented to the Board, the motion was seconded, and by the unanimous affirmative vote of all directors present, the following resolution was adopted:

RESOLVED that, the year-end closing statements, including the Profit and Loss Statement and Balance Sheet as at December 31, 1998 for Boehringer Ingelheim Corporation, as presented to this Board of Directors, be, and they hereby are, ratified and approved.

Personnel costs in 1998 were lower than the budget because the actual headcount was lower.  In 1998 personnel costs as a percentage of net sales were 17.1% excluding RD&C.

BIC JURIS 0219
CONFIDENTIAL

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Annual Meeting of April 28, 1999
Page 13

RD&C costs have steadily expanded from an amount of $202 Million in 1996 to $232 Million in 1998. Inventories were $210 Million in 1996 and $237 Million in 1998. The Company's equity position is good. Accounts receivable are slowly going down. At the end of the first quarter of 1999, the Corporation's net borrowing position was $374,688,000.

**REDACTED**

**Election of Officers for BIC**

        Dr. Fernandez made a motion to elect the Chairman of the Board and the officers of the Corporation for the ensuing year, the motion was seconded and by the unanimous affirmative vote of all directors present, the following resolutions were adopted:

        RESOLVED that, Dr. Louis Fernandez be, and he hereby is, elected the Chairman of this Board of Directors, to serve as such during the pleasure of this Board of Directors.

        RESOLVED that, the following named persons be, and they hereby are, elected officers of this Corporation, each to serve as such during the pleasure of this Board of Directors in the capacity or capacities set forth opposite his name:

| | |
|---|---|
| President and Chief Executive Officer | Mr. Werner Gerstenberg |
| Senior Vice President - Technical Operations | Mr. Gerry Perez |
| Vice President<br>(Head of Business Unit Ethical<br>  Pharmaceuticals) | Mr. Sheldon Berkle |

BIC JURIS 0220
CONFIDENTIAL

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Annual Meeting of April 28, 1999
Page 14

| | |
|---|---|
| Vice President - Finance, Treasurer and Chief Financial Officer | Mr. Holger Huels |
| Vice President - Controlling | Mr. Juergen Wagner |
| Vice President, General Counsel and Secretary | Philip J. Franks, Esq. |
| Vice President - Human Resources and Public Relations | Mr. David W. Nurnberger |
| Vice President - Medical Affairs | Manfred Haehl, M.D. |
| Assistant Secretary | Bruce J. Banks, Esq. |

**Future Meetings**

The next meeting of the Board of Directors will begin on Sunday, July 11, 1999 and will be a combined meeting of the U.S. Board of Directors and invited guests from Germany. The meeting will be concluded on Monday, July 12. All Board members and guests are invited to have dinner on Saturday evening, July 10, 1999.

A meeting of the Board of Directors will also be held on October 1, 1999, with dinner the night before on September 30, 1999.

The annual holiday dinner will be held on Sunday, December 12, 1999 the evening before a meeting of the Corporate Management Committee on Monday, December 13, 1999.

The Chairman called for further business, and there being none, the meeting was adjourned at approximately 4:45 p.m.

Philip J. Franks, Secretary

BIC JURIS 0221
CONFIDENTIAL

MAY 28 '99 15:25 FR LEGAL          203 791 6183 TO 913148630029      P.18/18

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Annual Meeting of April 28, 1999
Page 15


Louis Fernandez, Chairman


Heribert Johann, Director

_____
Thomas Heil, Director

_____
Vaughn D. Bryson, Director

_____
Werner Gerstenberg, Director

_____
Jere E. Goyan, Director

_____
Timotheus R. Pohl


G:\FRANKS\WORDDOCS\BIC4-99MIN.doc

BIC JURIS 0222
CONFIDENTIAL

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Annual Meeting of April 28, 1999
Page 15


Louis Fernandez, Chairman

_____

Heribert Johann, Director

_____

Thomas Heil, Director

_____

Vaughn D. Bryson, Director

_____

Werner Gerstenberg, Director

_____

Jere E. Goyan, Director

_____

Timotheus R. Pohl

G:\FRANKS\WORDDOCS\BIC4-99MIN.doc

**BIC JURIS 0223
CONFIDENTIAL**

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Annual Meeting of April 28, 1999
Page 15


Louis Fernandez, Chairman


_____
Heribert Johann, Director


_____
Thomas Heil, Director

_____
Vaughn D. Bryson, Director


_____
Werner Gerstenberg, Director


_____
Jere E. Goyan, Director


_____
Timotheus R. Pohl


G:\FRANKS\WORDDOCS\BIC4-99MIN.doc

BIC JURIS 0224
CONFIDENTIAL

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Annual Meeting of April 28, 1999
Page 15


Louis Fernandez, Chairman

_____
Heribert Johann, Director

_____
Thomas Heil, Director

_____
Vaughn D. Bryson, Director

_____
Werner Gerstenberg, ~~Director~~

_____
Jere E. Goyan, Director

_____
Timotheus R. Pohl

G:\FRANKS\WORDDOCS\BIC4-99MIN.doc

**BIC JURIS 0225**
**CONFIDENTIAL**

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Annual Meeting of April 28, 1999
Page 15


**Boehringer Ingelheim**

Louis Fernandez, Chairman
1999.  If you are in accord with these Minutes as written, please sign and return them to me.  Thank you.

Heribert Johann, Director
Best regards.

Thomas Heil, Director                    Sincerely,

                                         BOEHRINGER INGELHEIM CORPORATION

Vaughn D. Bryson, Director

                                         Philip J. Franks

Werner Gerstenberg, Director

PJF:mem
Attahirn En Goyan, Director

cc:    Dr. Gerhard Huber, Bereich Recht (w/att.)*
       Timothy Walbert Peterschmann, B. Pharma Vertrieb Amerika (w/att.)*

FRANKS\WORDDOCS\BIF14-99LTR.DOC
    G:\FRANKS\WORDDOCS\BIC4-99MIN.doc

BIC JURIS 0226
CONFIDENTIAL

Minutes of the Boehringer Ingelheim Corporation
Board of Directors Annual Meeting of April 28, 1999
Page 15


Louis Fernandez, Chairman

_____
Heribert Johann, Director

_____
Thomas Heil, Director

_____
Vaughn D. Bryson, Director

_____
Werner Gerstenberg, Director


_____
Jere E. Goyan, Director

_____
Timotheus R. Pohl

G:\FRANKS\WORDDOCS\BIC4-99MIN.doc

BIC JURIS 0227
CONFIDENTIAL