**TAB 121**

 

# Boehringer Ingelheim

Inter-office memorandum

| | |
|---|---|
| To: | All Regional Directors |
| cc: | Shelly Berkle |
| | Jim King |
| | Ken Gross |
| From: | Michael S. Spitalli |
| Subject: | Atrovent Solution Sales |

Date: October 23, 1996



- We are currently involved in an interesting situation involving BIPI's Atrovent Solution as well as Roxane's ipratropium bromide solution. This memo will provide you with a general overview of the situation and the steps that we are currently undertaking to resolve the situation. Please inform your district managers and field sales representatives of this situation as you see fit. There will be no action required on their part.

In brief, Roxane has a very "tight" ipratropium bromide solution inventory situation. At predicted demand levels, they would not be able to fill all orders for generic ipratropium bromide. In contrast, BIPI has excess Atrovent Solution inventory due to decreasing demand for branded product. Combined with these two situations is the imminent entry of Dey Labs (date still unconfirmed) into the market.

In order to solve this "unique" situation, starting today, BIPI will be filling selected contracted Roxane ipratropium bromide orders for a set period of time not too exceed the end of 1996 or 300,000 units (boxes of 25). These orders will be filled at the contracted Roxane price. Thus, Roxane's customers will have their orders filled and BIPI will record the sale. There will be multiple Roxane customers receiving branded Atrovent Solution. However, Roxane contracted wholesalers will not be receiving branded Atrovent Solution. We are able to fill selected orders because the BIPI's Atrovent Solution inventory is "distressed" due to dating and lowering sales volume.

Sales will be positively affected by this agreement. BIPI will increase sales as much as $6.7MM and incur Medicaid exposure of approximately $650,000. There is the potential that "normal" BIPI sales will be affected by this action. However, the net effect will be an increase in BIPI sales over the updated forecast for 1996.

This is a win-win-win situation. BIPI wins because we will move excess inventory at a reasonable price. Roxane wins because they will preserve their market presence created by their early entry into the market. Finally, BIC's customers win because their generic orders will be filled as requested with branded product.

Finally, I have put several safeguards in place to protect against returns at the incorrect price and to validate chargebacks. Additionally, I am having data collected to measure the true impact of this action on BIPI sales.

Please feel free to call me if you have any questions.




CONFIDENTIAL
ROX-TX 00707

TXEX00558

Plan of Action - 10/23/96

Inter-Companies Product Substitution Project:
Atrovent/Ipratroprium Solutions

Objective: To process and ship either Ipratroprium Bromide Solution 25's, Ipratroprium Bromide Solution 30"s or specific, unopened lots of Atrovent® Inhalation Solution in fulfillment of open RLI non-wholesaler purchase orders as instructed by RLI Marketing.

Responsible BISC Project Team:

Phyllis Alesio - ext 4772

Dawn Snyder - ext 4906    (Back-up: Marcia McLeod - ext 4757)

Bob Geary - ext 4759    (Back-up: Judy DeValk - ext 4523)

Each morning an "Ipratroprium Open Orders" report is generated and faxed to Judy Waterer at RLI (614-276-2470). Copies of this report are also distributed to all five members of the project team.

RLI personnel will review report and contact customers regarding product options. When agreement has been reached, Judy will fax (and E-mail) a listing of the customers, their order number, and the quantity indicating which customers should be shipped IB-UDV and which Atrovent®. This document will be faxed to 203-798-4679. Judy will also E-mail this same information to the five project team members.

CONFIDENTIAL
ROX-TX 00708

TXEX00559



The following procedure will occur upon receipt of each listing:

- If IB-UDV product is designated, the applicable order(s) will be released including any special shipping instructions that may be requested (ie., overnight all or partial). (NOTE: If 30's are stipulated, the order will be adjusted for the new product number and released as described.)

- If Atrovent® product is designated, the following procedure will be followed:

  - The applicable order(s) and customer master profiles will be printed from the RLI order entry file passed to BIPI.

  - Customer Files:

    1. BIPI will establish new customers for each order. These new customers will be set up EXACTLY the way they appear on the RLI files (direct status, ship-to's, bill-to's if necessary, industry codes, DEA, address, etc.). IMPORTANT: **Even if BIPI currently has these customers on their files, ALL NEW ACCOUNTS WILL BE ESTABLISHED.** When this project is completed, these customer numbers will be expired.

    2. On the customer files, the words, "RLI Special Atrovent Purchase" will be input on the attention line to isolate the accounts for reporting purposes and to flag them for BIPI customer service associates.

  - Orders:

    1. After the customer is established, the order is entered EXACTLY the way it appeared on RLI file. This includes pricing and terms.

    2. The following message will be printed on each applicable BIPI invoice:

       > "Pursuant to your agreement with Roxane Laboratories and at their request, brand name Atrovent® solution has been substituted for your order of generic Ipratroprium Bromide solution. Roxane terms and conditions will be honored for this order."



CONFIDENTIAL
ROX-TX 00709

3. These orders will be shipped from dedicated, previously unopened lots. The first lot to be used is #806455RLI in Reno, NV. **The lot number needs to be input on the order by customer service - the warehouse will ship accordingly.**

4. Once the order is processed, RLI team will be advised to cancel the order on their system.

**Miscellaneous:**

ALL incoming ipratroprium orders will continue to go on hold and remain that way until disposition decision is made by Judy Waterer. Approval of order release and/or quantity changes will only be accepted from Judy (or a designate specified by her).

NO WHOLESALER ORDERS will be eligible for substituted Atrovent solution product.

The lowest price applied to substituted Atrovent orders will be $22.61. **Should a lower price come up, BIPI will not enter the order.** Mike Spitalli (BIPI ext 4169) and Judy Waterer will be contacted regarding further handling.

The price of $22.61 will be programmatically "attached" to the involved lots in case product comes back as a return. Any return credit calculations will reflect the lower price paid.

**Reports:**

Daily - "Ipratroprium Open Order" report - faxed to J. Waterer copies to involved BISC staff

Daily - Send reports of available inventory on Ipratroprium 25's and 30's - faxed to J. Waterer

Weekly - run YTD report showing each occurrence of sale, by customer, of substituted Atrovent product.- copies to J. Waterer and M. Spitalli

Special - Create report showing average monthly direct purchases of Atrovent solution, from June forward, for all regular BIPI customers - monthly to M. Spitalli and J. Waterer.

4

Special - Create report showing BIPI Atrovent purchases by wholesaler compared to Atrovent chargeback contract sales reported (run at least one month after project completed).

CONFIDENTIAL
ROX-TX 00711

TXEX00562

**REVISED**

## Roxane Laboratories

### Inter-Office Memo

To:   Ed Tupa
      Mike Spitalli

From: Judy Waterer

Date: October 30, 1996

### Atrovent® for IB-UDV Backorders Substitution Program

Attached, for your information, is an update of movement to date of excess Atrovent® Inhalation Solution. The list will differ from what the system will show because, this is a list, by customer and order #, of what I've cleared for substitution. The actual shipments will be on different days due to delays associated with credit and shipping issues for some customers. When all the data is in, the numbers in the system should be pretty close, in total.

### SUMMARY DATA

| Order Release Date By RLI Marketing | Order Quantity Released |
|---|---|
| 10/23 | 27,552 |
| 10/24 | 25,536 |
| 10/25 | 7,632 |
| 10/29 | 15,096 |
| TOTAL | 75,816 |

Detail by customer and order number follows:

CONFIDENTIAL
ROX-TX 00712

### Summary of 10/29 Requirements (REVISED):

#### Ship Roxane IB-UDV 25's

| Customer | Location | Order # | Quanity | | |
|---|---|---|---|---|---|
| North Central | Bronx | 237591 | 24 | | |
| Arbor Drug | Novi | 237279 | 288 | | |
| Citizens Pharmacy | Havre de Grace | 238474 | 12 | | |
| Compscript Inc | Boca Raton | 237239 | 50 | | |
| MP West | Washington | | 576 | Drop ship - 6 cases overnight/6 by Frida | |
| | | | 950 | | |

#### Ship Roxane IB-UDV 30's

| Customer | Location | Order # | Quanity | | |
|---|---|---|---|---|---|
| SRM INC. | Covington | 237577 | 1,296 | Call SRM to confirm order quantities | |
| SRM INC. | Covington | 238649 | 144 | of 30's and check credit status. | |
| Accurate Medical | Fort Worth | 238359 | 14,000 | | |
| MP Total Care | | | 1,920 | Assure contract pricing is loaded. | |
| | | | 17,360 | | |

#### Substitute Atrovent 25's

| Customer | Location | Order # | Quanity | | |
|---|---|---|---|---|---|
| Messick Family | Murfreesboro | 238592 | 96 | | |
| American Drug | Anaheim | 233444 | 576 | Resolve invoicing concerns with | |
| American Drug | Elk Grove | 233433 | 528 | customer and Bob Medeiros first. | |
| Eckerd Drug | Conroe | 237129 | 336 | Ship or cancel depending on decisions | |
| Eckerd Drug | Garland | 230938 | 336 | made with Eckerds to resolve order | |
| Eckerd Drug | Newman | 230761 | 336 | entry and invoice concerns. Notify | |
| Eckerd Drug | Orlando | 230750 | 1,296 | me of final result. | |
| Peytons North | Bluffton | 237752 | 432 | | |
| Peytons Southeast | Cleveland | 237756 | 144 | | |
| RDI | Foley | | 9,000 | | |
| Rite Aid | Poca | 239004 | 96 | | |
| MP Total Care | | | 1,920 | | |
| | | | 15,096 | | |

#### Wholesalers:
Release All Wholesaler orders for IB-UDV received 10/25/96 or before.

J. Waterer SHIP1029.XLS 11:33 AM 10/30/96

TOPCALL FAX C:IMAGE.TCI    F96 96-10-30 12:05    CONFIDENTIAL  ROX-TX 00713    page 3

TXEX00564

OCT-30-96 11:49 FROM:ROXANE LABS. MARKETING          ID:914+278-2478          PAGE  4/7

### Summary of 10/25 Requirements:

#### Ship Roxane IB-UDV 25's

| Customer | Location | Order # | Quanity |
|---|---|---|---|
| Franciscan | Dayton | 236185 | 25 |
| Harlem | New York | 236213 | 48 |
| Harrisburg | Harrisburg | 236084 | 4 |
| Oklahoma | Clinton | 236421 | 20 |
| Research | Kansas Cit | 231731 | 200 |
| St Josephs | Yonkers | 230915 | 80 |
| Compscript | Boca Raton | 237239 | 50 |
| Queens | Jamaica | 235331 | 40 |
| | | | 467 |

#### Ship Roxane IB-UDV 30's

| Customer | Location | Order # | Quanity | |
|---|---|---|---|---|
| SRM INC. | Covington | 234256 | 1,536 | Change from 25's, New pricing required |
| Accurate | Ft. Worth | Cus#7935 | 14,000 | |
| | | | 15,536 | |

#### Substitute Atrovent 25's

| Customer | Location | Order # | Quanity |
|---|---|---|---|
| Respiratory | Orlando | 234067 | 432 |
| Alabama Pr | Rainsville | 237181 | 2,400 |
| O2 Pharma | Westlake | 237230 | 48 |
| Pharmacy F | Westlake | 237235 | 96 |
| Thrift | Pittsburgh | 237250 | 1,728 |
| Rite Aid | Shiremanst | 237487 | 240 |
| Rite Aid | Ridgeway | 237488 | 144 |
| Rite Aid | Poca | 237486 | 240 |
| Eckerd's | Various | Re-Sent | 2,304 |
| Peytons N | Bluffton | 233655 | 144 |
| Peytons S | Cleveland | 233652 | 48 |
| | | | 7,632 |

J. Waterer SHIP1025.XLS 4:42 PM 10/29/96

CONFIDENTIAL
ROX-TX 00714
page 4

TOPCALL FAX C:\IMAGE.TCI          F96 96-10-30 12:05

TXEX00565

## Atrovent for Ipratropium Bromide Substitution Program
## 10/24 PM Update

Phyllis,

Just a few items to review until I can get all the spreadsheets updated...

**CVS** - CVS has agreed to accept substitution with Atrovent. Please release and ship the following:
CVS orders:
- #230620   Lumberton, NJ    360 Cartons
- #235292   Lumberton, NJ    720 Cartons
- #235288   Woonsocket, RI   240 Cartons

**Genovese** - Genovese has agreed to accept substitution with Atrovent. Please release and ship the following Genovese orders:
- #230672   Bohemia, NY   144 Cartons
- #235300   Bohemia, NY    48 Cartons

**Brooks-PJC** - Brooks has agreed to accept substitution with Atrovent. Please release and ship the following Brooks orders:
- #233545   Dayville, CT   144
- #235051   Dayville, CT   144

**RDI** - Please put the order for 4032 units (substitute Atrovent) on hold pending credit release after shipment of the order for 12,000 units (substitute Atrovent) that I just FAXed you. RDI is sending a P.O. in for 12,000 cartons that should precede the 4032 order. RDI has noted the carrier that we used before on his P.O., and said he got the material in just 2 days last time. He has suggested that we use the same carrier again provided they can continue that kind of quick delivery. I was informed by RDI that Rorio is aware of the credit situation and that something has been worked out to cover the credit necessary for the 12,000 cartons. RDI will be wanting the 4032 units as soon as they get their credit line paid down again sufficiently to cover it, so we can release it once their credit line is available. Note: The order for 12,000 MUST have 12/97 dating on it. If 11/97 dating is shipped, it will be returned. This is a special deal RDI worked out with one of their customers to keep them with Roxane exclusively for at least the first 7 months of 1997, and represents about a 1 month inventory to the customer.

**Thrift** - Thrift has agreed to accept substitution with Atrovent. But we must cancel their existing orders (#231003 for 816 boxes and #235212 for 432 boxes). Their systems will not handle different invoices and bills. Chris Bousham (our representative) will be contacting you to discuss how the new P.O.s should be handled. You may want to work this out with Thrift to avoid "middle-man syndrome" and just inform Me and Chris what is worked out. I can then forward the resolution to the representatives so they will know how to instruct any other customer with similar concerns. The new order is expected to be for 1728 cartons, and this quantity is fine to release as Atrovent. Please keep me in the loop so I know that we've resolved the P.O. issues here.

**Fays** - Fays has agreed to the Atrovent Substitution. Please release and ship order #230685 for 144 cartons.

CONFIDENTIAL
ROX-TX 00715

TOPCALL FAX  C:IMAGE.TCI      F96 96-10-30 12:05                                page 5

TXEX00566



Welaka - Welaka has agreed to the Atrovent Substitution. They have stated that they sent in an order today for 576 boxes (#323684). It's OK to ship the order with Atrovent.

Custom Care - Custom care has indicated that they would like to increase their order from 144 to 288. As they have already agreed to the Atrovent Substitution, the additional 144 units poses no concern. Go ahead and ship!

That's all the news so far!

Judy

ROI    9,000

Accurate

Sumonary

30'0            Atrovent Total
                25,536



CONFIDENTIAL
ROX-TX 00716

TOPCALL FAX  C:IMAGE.TCI        F96 96-10-30 12:05        page 6

TXEX00567

Revised Summary of 10/23 Requirements:

### Ship Roxane IB-UDV

| Customer | Location | Order # | Quanity |
|---|---|---|---|
| Capital Wholesale | Columbus | 235217 | 8 |
| Medsource | Dewey | 233982 | 6 |
| Oklahoma Vetetrans | Clinton | 230777 | 10 |
| Chem RX | Oceanside | 234432 | 24 |
| Columbia Pharma | Greensburg | 232438 | 36 |
| Jacobs Healthcare | Desplaines | 234328 | 72 |
| K&B Distributors | Metiarie | 231208 | 48 |
| Pennsylvania Reti | Warminster | 230736 | 48 |
| Price Mart Inc | Portland | 230769 | 36 |
| Retired Persons | Beaverton | 230727 | 48 |
| Smiths Food and | Salt Lake City | 230879 | 72 |
|  |  |  | 407 |

### Substitute Atrovent

| Customer | Location | Order # | Quanity | |
|---|---|---|---|---|
| Detroit Oxygen | Warren | 232531 | 96 | * Overnight partial order |
| Health Script | Englewood | 233528 | 4,800 | * Overnight partial order |
| RDI | Foley | 235455 | 4,032 | 2nd Day Air |
| Service Script | Paducah | 231646 | 576 | * Overnight partial order |
| Accurate | Fort Worth | ? | 9,600 | 2nd Day Air |
| Apria | Oxnard | 232507 | 5,760 | Ship ASAP (need by Friday) |
| O2 Pharmacy | Westlake | 234307 | 48 | |
| Pharmacy Factors | Atlanta | 234298 | 288 | |
| Pharmacy Factors | Largo | 234283 | 576 | |
| Pharmacy Factors | Houston | 234291 | 336 | |
| Pharmacy Factors | Westlake Vil | 234289 | 96 | |
| Respiratory Pharma | Orlando | 234067 | 432 | |
| Custom Care | Tampa | 231403 | 144 | 1 case expedited delivery |
| Rite Aid | Rome | 236040 | 240 | |
| Rite Aid | Shiremanstown | 231196 | 192 | |
| Rite Aid | Ridgeway | 231197 | 96 | |
| Rite Aid | Poca | 23398 | 240 | |
|  |  |  | 27,552 | |

J. Watrerer SHIP1023.XLS 6:26 PM 10/28/96

CONFIDENTIAL
ROX-TX 00717        last page 7

TXEX00568