**TAB 122**

Coval, Paul J.
___

**From:** CAREY,HUGH        FN BIPUS [BIPUS/CORPB/CAREYH]
**Sent:** Wednesday, November 06, 1996 12:44 PM
**To:** WATERER, JUDY        ROXUS
**Cc:** CIANCIO,ANTHONY    FN BIPUS; ROBERTS,DAVE    BISC BIPUS; MATHEWS, EVERETT    ROXUS; SWARTZ, JOHN    ROXUS; TUPA, EDWARD    ROXUS
**Subject:** RE: Ipratropium/Atrovent

Thanks again Judy . It's starting to clear up a bit . As I understand it the first issue is how & how much BIPI should accrue for this loyalty bonus that will be applicable to BIPI's sales ( those described below that are invoiced by BISC on behalf of BIPI ) . The second issue is to agree on how RLI will bill BIPI for RLI's payment of BIPI's share of the total bonus payout that will result later than the sale . They are really separate & distinct matters .
The first issue is more difficult but if Everett will have the ability & information then I would ask that he supply it to Tony well prior to year end so it can be recorded for financial reporting purposes in 1997 . This requires no" billing " between the affiliated companies. If there is a simple rule of thumb that Tony could apply independently to a report of the sales from BISC so much the better. An accrual need not be precise necessarily . With the second matter , all RLI need do is issue an intercompany billing ..... a well established procedure I think .
Do I have agreement ? If not let me know ( John , Tony , Everett .... this is directed to you really ).
Hugh

---
**From:** WATERER, JUDY        ROXUS
**To:** CAREY,HUGH        FN BIPUS
**Cc:** CIANCIO,ANTHONY    FN BIPUS; ROBERTS,DAVE    BISC BIPUS; SWARTZ, JOHN    ROXUS; TUPA, EDWARD    ROXUS
**Subject:** RE: Ipratropium/Atrovent
**Date:** Wednesday, November 06, 1996 8:48AM

    There seems to be a lot of questions about what's going on with the backorder substitution program that RLI and BIPI are cooperating together on. An "SOP" was put together by Phyllis Alesio that covers most of the process questions. (I have attached a copy). The general finance issues, and the "go" decision were approved by Wojta, Berkle, King, and Tupa. Ed discussed the finance issues with John Swartz. Everett Mathews has developed a system to track all the rebates using information from reports that BISC is generating. Ed has recently advised me that all we need now is an account # to charge BIPI for the rebates. Can you help with this?
    Since the decision was made to implement the program, and the general concept was agreed upon by BIPI and RLI, the only "loose end" was working out how RLI would get reimbursed for the rebates... So we anticipated that we would need to discuss and finalize the methods... The program has only been running a little over a week, and the actual rebate payments will be staggered over the next 9-12 months. Please let me know if there are other issues to be addressed by marketing. Please call (2480) if you have questions. If you would like to set up a meeting time, I'd be happy to review the program with you.

<<File Attachment: SUBSTI.DOC>>

Judy

---
**From:** CAREY,HUGH        FN BIPUS
**To:** WATERER, JUDY        ROXUS
**Cc:** CIANCIO,ANTHONY    FN BIPUS; ROBERTS,DAVE    BISC BIPUS; SWARTZ, JOHN    ROXUS; TUPA, EDWARD    ROXUS
**Subject:** RE: Ipratropium/Atrovent
**Date:** Tuesday, November 05, 1996 6:24PM

Judy , I don't inherently oppose this ; I just didn't / don't understand it . The last time Ed talked about it I thought he said RLI would "sell " the product to the customer for lots of reasons & then later Steve Davies ( from IS ) said as much to me . If BIPI is selling it then I understand why the customer payout (loyalty bonus ) should be accrued & later paid by BIPI ..... this is incredible .... we need some rules of engagement on stuff like this or we'll all go nuts .
Thanks , Hugh

---
**From:** WATERER, JUDY        ROXUS
**To:** CAREY,HUGH        FN BIPUS
**Subject:** RE: Ipratropium/Atrovent
**Date:** Tuesday, November 05, 1996 9:19AM

Hugh,

BIPI will be paying the rebates not Roxane. It was determined that since we don't book the sales, we shouldn't have to pay the rebates. Ed told me that he had worked it out with John Swartz that we would "charge" BIPI for the rebates in

1



**PAOLETTI 02904**

RLI-AWP-00071175
ROX027-7263        F

some way..... Since the rebates will become payable in 1997, they should accrue for them since they are rebates due on 1996 sales.

---------

From: CAREY,HUGH         FN BIPUS
To: ROBERTS,DAVE         BISC BIPUS; TUPA, EDWARD         ROXUS; WATERER, JUDY         ROXUS
Cc: CIANCIO,ANTHONY      FN BIPUS
Subject: RE: Ipratropium/Atrovent
Date: Tuesday, November 05, 1996 9:05AM

Ed , I'm confused .... why would BIPI accrue this ? I'm out of the loop on this one. See my earlier note on this subject .Maybe David knows but I don't .
Hugh

---------

From: TUPA, EDWARD         ROXUS
To: CAREY,HUGH         FN BIPUS; ROBERTS,DAVE         BISC BIPUS; WATERER, JUDY         ROXUS
Subject: FW: Ipratropium/Atrovent
Date: Thursday, October 31, 1996 6:02PM

Lets make sure all this takes place. Since the loyalty bonus will not be due until 1997, BIPI may want to accrue in 1996?

---------

From: SWARTZ, JOHN         ROXUS
To: TUPA, EDWARD         ROXUS
Cc: THOMAS, KELLI         ROXUS; DICK, HERMAN         ROXUS
Subject: Ipratropium/Atrovent
Date: Thursday, October 31, 1996 1:56PM

Ed,
This is a follow up to our conversation and my conversation that I had with Dave Roberts regarding the RLI sales of Ipratropium that will be filled by BIPI's Atrovent. I have listed below the process as I understand it which was implemented as of last Friday, October 25th.

1) When the BISC receives any Purchase Orders for Ipratropium from RLI customers, they are being forwarded to Judy Waterer (RLI) for review.
2) Judy Waterer (RLI) will determine which orders (not wholesalers) will be filled with BIPI's Atrovent. She is also communicating to the customer of this change.
3) Judy Waterer (RLI) will communicate to the BISC which orders will be processed as BIPI invoices.
4) The invoice price on these orders will be at RLI's price and terms.
5) The BISC is to transmit a file at month end to RLI that will have all the sales that were made for RLI. This data will be used to determine Loyalty Bonus and other Bonuses due to RLI's customer.
6) An intercompany charge will be transferred to BIPI for portion of the Customers Bonuses that relate to Ipratropium/Atrovent sales.

Issues:
* Are these facts correct, if not, what is correct?
* Who is coordinating this file to be transferred, both from BISC and RLI?
* Who is going to update RLI/BIPI Finance Dep. on the amount of the inter company charge for loyalty bonus and when? I can help communicate these charges to BIPI.

Per my conversation with Mr. Wojta, he wants you to be responsible for making sure that all of this is communicated to all the necessary groups at BIPI, BISC and RLI. Even though the process has already started, this should prevent any misunderstandings.

Look forward to hearing from you.

Thanks,

John

cc: Mr. Wojta

P.S. I have copied below an E-mail that I received from Hugh Carey that is different then what I heard from you as how it is to work
================================================================================
---------
From: CAREY,HUGH         FN BIPUS
To: CIANCIO,ANTHONY      FN BIPUS
Cc: SWARTZ, JOHN         ROXUS
Subject: RE: Atrovent Sales to Roxane Labs
Date: Monday, October 28, 1996 7:05PM

Ok .... you are referring to a " one time thing " .....then I withdraw my concern ( if one can do that ) .

2

**PAOLETTI 02905**

RLI-AWP-00071176
ROX027-7264

From: CIANCIO,ANTHONY     FN BIPUS
To: CAREY,HUGH     FN BIPUS
Subject: RE: Atrovent Sales to Roxane Labs
Date: Monday, October 28, 1996 12:17PM

Hugh,

What was explained to me was that RLI did not have enough inventory to fulfil their orders, we have too much inventory which is becoming short dated. RLI wants BIPI to use our Atrovent solution to fill their orders. Bruce Banks said that we need to sell it to RLI, to avoid Medicaid "lowest price issues".
This would also help keep other generic companies from filling these orders.

Hope this helps,

Tony

----------
From: CAREY,HUGH     FN BIPUS
To: SPITALLI,MICHAEL     MK BIPUS; CIANCIO,ANTHONY     FN BIPUS
Cc: SWARTZ, JOHN     ROXUS
Subject: RE: Atrovent Sales to Roxane Labs
Date: Monday, October 28, 1996 11:45AM

Tony , why should we do this ? It would seem that the simpliest thing is to do nothing . Roxane makes these as you know so they can control everything . Do we have some other agenda /need I don't know about ? What have we been doing the past several months ?
Hugh

----------
From: CIANCIO,ANTHONY     FN BIPUS
To: SPITALLI,MICHAEL     MK BIPUS
Cc: CAREY,HUGH     FN BIPUS
Subject: Atrovent Sales to Roxane Labs
Date: Tuesday, October 22, 1996 4:54PM
Priority: High

Mike,

Confirming our conversation of today, BIPI will record as a Gross Sale to Affiliate on the BIPI income statement. , any Atrovent Solution sold to Roxane Labs. Have Roxane order the Atrovent Solution product with instructions to ship to their customer. We will invoice Roxane Labs. Roxane will invoice their customer. Roxane will pay us through the intercompany billing accounts. In consolidation, all intercompany sales are eliminated, but it does remain a Gross Sale on the BIPI income statement.

You should be aware however, that this would not show up in the daily sales report (ethical), because these are not third party sales.

If you have any questions, please call.

Tony
================================================================================

3

**PAOLETTI 02906**

RLI-AWP-00071177
ROX027-7265     L