UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO: | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS; | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and | |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS | |

### DECLARATION OF GEORGE B. HENDERSON, II SUBMITTING EXHIBITS IN SUPPORT OF UNITED STATES' RESPONSE TO DEFENDANTS' COMBINED LOCAL RULE 56.1 STATEMENT OF ADDITIONAL MATERIAL FACTS PERTINENT TO THE UNITED STATES' MOTIONS FOR PARTIAL SUMMARY JUDGMENT AGAINST DEFENDANTS

I, George B. Henderson, II, do hereby declare as follows:

1.      I am an Assistant U.S. Attorney in the Office of the United States Attorney, District of Massachusetts. I am a member in good standing of the bar of this Court.

2.      On behalf of the plaintiff United States of America, I am submitting with this declaration Exhibits in support of the United States' Response to Defendants' Combined Local Rule 56.1 Statement of Additional Material Facts Pertinent to the United States' Motions for Partial Summary Judgment (MD # 6447, Sub # 422).

3. The following exhibits are true and correct copies of the materials described:

| Ex. # | Description |
|---|---|
| 1. | Deposition of Benny Ridout , December 5, 2008, selected pages |
| 2. | Deposition of Sandra Kramer, March 25, 2008, selected pages |
| 3. | 30(b)(6) Deposition of David Campana (Alaska), August 21, 2008, selected pages |
| 4. | Deposition of Allen Chapman, December 15, 2008, selected pages |
| 5. | Deposition of Jerry Wells, May 25, 2004, selected pages |
| 6. | Deposition of Jerry Wells, December 15, 2008, selected pages |
| 7. | Deposition of Jerry Wells, May 26, 2005, selected pages |
| 8. | 30(b)(6) Deposition of Carl Shirley (Indiana), December 2, 2008, selected pages |
| 9. | 30(b)(6) Deposition of Brendan Joyce (North Dakota), December 12, 2008, selected pages |
| 10. | Deposition of Douglas Hillblom, September 23, 2008, selected pages |
| 11. | 30(b)(6) Deposition of Cynthia Denemark (Delaware), December 10, 2008, selected pages |
| 12. | 30(b)(6) Deposition of Jerry Dubberly (Georgia), December 15, 2008, selected pages, and Deposition Exhibit 18 |
| 13. | Deposition of Mary Julia Terrebonne, March 31, 2008, selected pages |
| 14. | Exhibit Abbott 1057 to the Deposition of Mary Julia Terrebonne, March 31, 2008. |
| 15. | Deposition of Frank Tetkoski, December 11, 2008, selected pages |
| 16. | 30(b)(6) Deposition of Edward Vaccaro (New Jersey), December 2, 2008, selected pages |
| 17. | Deposition of Larry Reed, September 27, 2007, selected pages |
| 18. | Deposition of Charles Booth, April 23, 2007, selected pages |
| 19. | Deposition of Charles Booth, October 29, 2007, selected pages |
| 20. | Deposition of Robert Vito, June 20, 2007, selected pages, and Deposition Exhibit Abbott 247 |

| 21. | Deposition of Kathleen Buto, September 12, 2007, selected pages, and Deposition Exhibit Abbott 283. |
|---|---|
| 22. | Deposition of Bruce Vladeck, May 4, 2007, selected pages |
| 23. | Deposition of Deirdre Duzor, March 26, 2008, selected pages |
| 24. | Deposition of Larry Reed, September 26, 2007, selected pages |
| 25. | Deposition of Larry Reed, October 2, 2008, selected pages |
| 26. | Deposition of Dennis Smith, March 27, 2008, selected pages |
| 27. | Deposition of Deirdre Duzor, February 27, 2008, selected pages |
| 28. | Deposition of Deirdre Duzor, October 30, 2007, selected pages |
| 29. | Deposition of Dennis Smith, February 26, 2008, selected pages |
| 30. | Deposition of Debbie Chang, April 17, 2009, selected pages |
| 31. | 30(b)(6) Deposition of Suzette Bridges (Arkansas), December 10, 2008, selected pages |
| 32. | 30(b)(6) Deposition of James Kevin Gorospe (California), December 3, 2008, selected pages |
| 33. | 30(b)(6) Deposition of James Parker (Illinois), November 18, 2008, selected pages |
| 34. | 30(b)(6) Deposition of Lisa Weeks (North Carolina), October 21, 2008, selected pages |
| 35. | Deposition of Cody Wiberg, March 14, 2008, selected pages |
| 36. | Deposition of Thomas Scully, July 13, 2007, selected pages |
| 37. | Exhibit 22 to the March 19, 2008, Deposition of James Kevin Gorospe |
| 38. | 30(b)(6) Deposition of Larry Iversen (South Dakota), December 15, 2008, selected pages, and Deposition Exhibit Government 005, Exhibit Dey 911 |
| 39. | 30(b)(6) Deposition of Mary Julia Terrebonne (Louisiana), November 7, 2008, selected pages |
| 40. | 30(b)(6) Deposition of Edward Vaccaro (New Jersey), December 3, 2008, selected pages |
| 41. | 30(b)(6) Deposition of John Young (Rhode Island), December 3, 2008, selected pages |

| 42. | 30(b)(6) Deposition of Paula Avarista (Rhode Island), December 4, 2008, selected pages |
|---|---|
| 43. | 1994 HCFA Memoranda, Re: "Expiration of Pharmacy Reimbursement Moratorium" |
| 44. | Deposition of Susan McCann, October 3, 2007, selected pages |
| 45. | Deposition of Susan McCann, November 7, 2007, selected pages |
| 46. | 30(b)(6) Deposition of Joseph Fine (Maryland), December 9, 2008, selected pages |
| 47. | 30(b)(6) Deposition of Gary Cheloha (Nebraska), December 3, 2008, selected pages |
| 48. | Deposition of James Kenyon, March 25, 2008, selected pages |
| 49. | 30(b)(6) Deposition of Lise Farrand (New Hampshire), October 28, 2008, selected pages |
| 50. | Deposition of Margaret Clifford, October 29, 2008, selected pages |
| 51. | 30(b)(6) Deposition of Robert Stevens (New Mexico), December 15, 2008, selected pages |
| 52. | Deposition of Larry Reed, March 18, 2008, selected pages |
| 53. | 30(b)(6) Deposition of Frank O'Connor (Delaware), December 10, 2008, selected pages |
| 54. | November 3, 2005 *Congressional Record* |
| 55. | Deposition of James Vavra, August 16, 2007, selected pages |
| 56. | Deposition of Jerry Wells, December 15, 2004, selected pages |
| 57. | 30(b)(6) Deposition of Nancy Nesser (Oklahoma), December 12, 2008, selected pages |
| 58. | Exhibit Abbott 1052 to the March 31, 2008 Deposition of Mary Julia Terrebonne |
| 59. | 30(b)(6) Deposition of Jesse Anderson (Oregon), December 16, 2008, selected pages |
| 60. | 30(b)(6) Deposition of Kathy Ketchum (Oregon), December 15, 2008, selected pages |
| 61. | Deposition of Jeff Buska, December 14, 2005, selected pages |
| 62. | January 2001, OIG Report: "Medicare Reimbursement of Prescription Drugs" |

| 63. | 30(b)(6) Deposition of Larry Reed (United States of America), March 20, 2008, selected pages |
|---|---|
| 64. | Deposition of James Kevin Gorospe, September 22, 2008, selected pages |
| 65. | September 8, 2000, HCFA Program Memorandum (Transmittal: AB-00-86), Re: "An Additional Source of Average Wholesale Price Data in Pricing Drugs and Biologicals Covered by the Medicare Program" |
| 66. | 30(b)(6) Deposition of Ann Rugg (Vermont), December 15, 2008, selected pages |
| 67. | 30(b)6) Deposition of Aileen Hiramatsu (Hawaii), May 2, 2008, selected pages |
| 68. | Deposition of David Landsidle, October 15, 2007, selected pages, and Deposition Exhibits 14, 20, 21, 23 |
| 69. | February 10, 1997, Interoffice Correspondence, Re: President's Budget Proposal on Medicare Reimbursement of Outpatient Drugs (Abbott case Plaintiffs' Exhibit 1125) |
| 70. | June 5, 1997, Interoffice Correspondence, Re: Monthly Highlights – May, 1997, Washington Office (Abbott case Plaintiffs' Exhibit 1134) |
| 71. | June 4, 1997, Fax Re: Section 10616. Reimbursement for Drugs and Biologicals (Abbott case Plaintiffs Exhibit 1133) |
| 72. | June 20, 1997, Interoffice Correspondence, Re: Lobbying Medicare Drug Reimbursement (Abbott case Plaintiffs Exhibit 1138) |
| 73. | June 13, 1997, Fax, Re: Clarification of Reimbursement for Drugs and Biologicals (Abbott case Plaintiffs Exhibit 1137) |
| 74. | June 30, 1997, Interoffice Correspondence, Re: Medicare Drug Reimbursement (Abbott case Plaintiffs Exhibit 1139) |
| 75. | June 13, 1997, Fax, Re: Payments for Outpatient Prescription Drugs (Abbott case Plaintiffs Exhibit 1136) |
| 76. | August 5, 1997, Letter from Duane Burnham to Bill Archer (Abbott case Plaintiffs Exhibit 1140) |
| 77. | August 5, 1997, Letter from Duane Burnham to J. Dennis Hasert (Abbott case Plaintiffs Exhibit 1141) |
| 78. | November 7, 1997, Interoffice Correspondence, Re: Monthly Highlights – October, 1997, Washington Office (Abbott case Plaintiffs Exhibit 1354) |
| 79. | Deposition of Nancy-Ann Min DeParle, December 5, 2007, selected pages |

| 80. | 30(b)(6) Deposition of Robyn Stone (Palmetto), February 29, 2008, selected pages |
| --- | --- |
| 81. | 30(b)(6) Deposition of Paula Sue Walker (CIGNA), March 12, 2008, selected pages |
| 82. | Deposition of Robert Neimann, September 14, 2007, selected pages |
| 83. | Deposition of Bruce Vladeck, June 21, 2007, selected pages |
| 84. | May 5, 2000, Letter from Tom Bliley to Charles Rice (Dey) |
| 85. | October 31, 2000, Letter from Pete Stark to Miles White (Abbott) |
| 86. | Deposition of Kathleen Buto, September 13, 2007, selected pages |
| 87. | *Hearings Before the Special Committee on Aging*, S. Hrg. 101-747, 101st Cong., 1st Sess. (July 18, 1989, Nov. 16, 1989), Serial No. 101-14, selected pages |
| 88. | October 5, 2000, *Supplemental Analysis of Why the United States Should Decline Intervention In United States ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.*, selected pages |
| 89. | Brief of United States, submitted in *Louisiana v. U.S. Dept. of Health and Human Services*, 905 F.2d 877 (5th Cir. 1990) |
| 90. | Declaration of Mark Duggan |
| 91. | Declaration of Suzanne Graydon |
| 92. | Medi-Cal Drug Rebate Agreement (Dey) |
| 93. | 30(b)(6) Deposition of Francis Donald Thompson (United States of America), March 28, 2008, selected pages |
| 94. | Deposition of Thomas Gustafson, December 17, 2007, selected pages |
| 95. | Deposition of Thomas Gustafson, September 28, 2007, selected pages |
| 96. | September 1, 1999, Letter from Norman Drezin (Division of Drug Marketing, Advertising, and Communications) to Charles Rice (Dey) |
| 97. | March 3, 1997, Letter from John Powers (Roxane) to Bill Larkin (Greater New York Hospital Association), Re: "Ipratropium Bromide Inhalation Solution 0.02% 30's" |
| 98. | Rule 30(b)(6) Deposition of Carolyn Helton (CIGNA Government Services), March 13, 2008, selected pages |
| 99. | 30(b)(6) Deposition of Suzanne Bridges (Arkansas), December 11, 2008, selected pages |

| 100. | 30(b)(6) Deposition of Gary Cheloha (Nebraska), December 2, 2008, selected pages |
| --- | --- |
| 101. | Deposition of Mark Duggan, May 19, 2009, selected pages |

I swear under the penalties of perjury that the foregoing statements are true and correct.

/s/ *George B. Henderson, II*

George B. Henderson, II
Assistant U.S. Attorney

Executed this 22nd day of September, 2009