# Exhibit 5

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

```
419:1    IN THE CIRCUIT COURT OF THE

   2              SECOND JUDICIAL CIRCUIT,

   3          IN AND FOR LEON COUNTY, FLORIDA

   4                CASE NO. 98-3032A

   5    THE STATE OF FLORIDA, ex rel,

   6    VEN-A-CARE OF THE FLORIDA

   7    KEYS, INC., a Florida

   8    corporation, by and through

   9    its principal officers and

  10    directors, ZACHARY T. BENTLEY

  11    and T. MARK JONES,

  12          Plaintiffs,              VOLUME 4

  13    vs.                        PAGES 419 - 617

  14    BOEHRINGER INGELHEIM

  15    CORPORATION; DEY, INC.; DEY,

  16    L.P.; EMD PHARMACEUTICALS,

  17    INC.; LIPHA, S.A. MERCK, KGaA;

  18    MERCK-LIPHA, S.A.; SCHERING

  19    CORPORATION; SCHERING-PLOUGH

  20    CORPORATION; ROXANE

  21    LABORATORIES, INC., and

  22    WARRICK PHARMACEUTICALS

  23    CORPORATION,

  24          Defendants.

  25    _____
```

```
420:1  CONTINUED VIDEOTAPED

   2   DEPOSITION OF:          JERRY WELLS

   3   TAKEN AT INSTANCE OF:   The Defendants

   4   DATE:                   May 25, 2004

   5   TIME:                   Recommenced at 9:04 a.m.

   6                           Adjourned at 4:00 p.m.

   7   LOCATION:               215 S. Monroe Street

   8                           Tallahassee, Florida

   9   REPORTED BY:            SANDRA L. NARGIZ

  10                           Certified Realtime Reporter

  11          ACCURATE STENOTYPE REPORTERS, INC.

  12             2894 REMINGTON GREEN LANE

  13         TALLAHASSEE, FL  32308   (850)878-2221

  14                                                    420

  15   APPEARANCES:

  16         REPRESENTING DEY, INC., DEY LP, EMD

  17         PHARMACEUTICALS:

  18         WILLIAM A. ESCOBAR, ESQUIRE

  19         ANTONIA F. GIULIANA, ESQUIRE

  20         KELLEY DRYE & WARREN

  21         101 Park Avenue

  22         New York, NY  10178

  23         212-808-7800

  24         KELLY OVERSTREET JOHNSON, ESQUIRE

  25         BROAD & CASSEL
```

Wells, Jerry - May 25, 2004 09:04:00 a.m.

```
433:1      Q    And the WAC price as used in Exhibit 58 would
   2   be the invoice price from the manufacturer to a
   3   wholesaler?
   4      A    I think so.
   5      Q    And again, that invoice price would not
   6   include charge backs or discounts that may happen
   7   subsequent to the invoicing; is that right?
   8           MR. AZORSKY:  Object to the form.
   9           MS. MILLER:  Object to the form.
  10           THE WITNESS:  I don't think so.
  11   BY MR. ESCOBAR:
  12      Q    Now is the example that appears on Exhibit 58,
  13   is that an example that relates to brand drugs or
  14   generic drugs?
  15      A    It did not differentiate between brand or
  16   generic.  It was an example to explain to a legislator
  17   who was not familiar with the prescription drug industry
  18   what the different acronyms related to and where their
  19   relative position would be in a hypothetical example.
  20      Q    And in connection with -- so, is the example
  21   on Exhibit 58, is that an example that from your
  22   standpoint applies equally to either to brand drugs or
  23   to generics?
  24      A    It was not used in that way.  It was used to
  25   explain to a legislator who was not familiar with
```

```
434:1   prescription drug pricing what the relative values of
   2    the acronyms that are used meant.
   3         Q    With respect to the AWP 25 percent suggested
   4    markup, is that a markup that applies to just brand
   5    products?
   6              MR. AZORSKY:  Object to the form.
   7              MS. MILLER:  Same.
   8              THE WITNESS:  I don't know.
   9    BY MR. ESCOBAR:
  10         Q    Do you know whether there is any difference in
  11    the pricing between -- is there any difference as far as
  12    you understand it between pricing of generics and brand
  13    price?
  14         A    I have seen information that would indicate
  15    that there is.
  16         Q    Okay.  And what information do you have in
  17    mind?
  18         A    For some companies.  For some companies there
  19    does not appear to be a lot of difference and other
  20    companies there does appear to be a difference.
  21         Q    And with respect to companies where there does
  22    appear to be a difference between brand and generic,
  23    what is the difference as you understand it?
  24         A    It can be greater than 25 percent.
  25         Q    That is the difference between a WAC price and
```