# Exhibit 7

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories,
Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

```
618:1              IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT
   2                       IN AND FOR LEON COUNTY, FLORIDA
   3              THE STATE OF FLORIDA ex rel.
   4              VEN-A-CARE OF THE FLORIDA KEYS, INC.,         VOLUME 5
   5              a Florida Corporation, by and through
   6              its principal officers and directors,    PAGES 618 - 786
   7              ZACHARY T. BENTLEY and T. MARK JONES,
   8                   Plaintiffs,
   9                                              CIVIL ACTION NO. 98-3032A
  10              vs.
  11              BOEHRINGER INGELHEIM CORPORATION;
  12              DEY, INC.; DEY, L.P.; EMD PHARMACEUTICALS
  13              INC.; LIPHA, S.A.; MERCK, KGaA; MERCK-LIPHA,
  14              S.A.; SCHERING CORPORATION; SCHERING-PLOUGH
  15              CORPORATION; ROXANE LABORATORIES, INC.;
  16              and WARRICK PHARMACEUTICALS CORPORATION,
  17                   Defendants.
  18                                                     /
  19              VIDEOTAPED DEPOSITION OF:  JERRY F. WELLS
  20              TAKEN AT THE INSTANCE OF:  The Defendants
  21              DATE:                      May 26, 2005
  22              TIME:                      Commenced at 8:00 a.m.
  23                                         Concluded at 12:30 p.m.
  24              LOCATION:                  Broad and Cassel
  25                                         215 South Monroe Street, #400
```

```
619:1                              Tallahassee, Florida
   2          REPORTED BY:         ANITA M. PEKEROL, CRR, CP, CM
   3                               Certified Realtime Reporter
   4                    ACCURATE STENOTYPE REPORTERS, INC.
   5                      2894-A Remington Green Lane
   6                       Tallahassee, Florida  32308
   7                            (850) 878-2221
   8                                                              619
   9          APPEARANCES:
  10               REPRESENTING THE DEFENDANTS DEY, INC., DEY, L.P.,
  11               EMD PHARMACEUTICALS, INC.:
  12                    WILLIAM A. ESCOBAR , ESQUIRE
  13                    ANTONIA F. GIULIANA, ESQUIRE
  14                    Kelley Drye & Warren
  15                    101 Park Avenue
  16                    New York, NY  10178
  17                    212-808-7800
  18                    KELLY OVERSTREET JOHNSON, ESQUIRE
  19                    Broad and Cassel
  20                    215 South Monroe Street, #400
  21                    Tallahassee, Florida  32301
  22                    850-681-6810
  23               REPRESENTING THE DEFENDANTS SCHERING CORP.,
  24               SCHERING-PLOUGH AND WARRICK PHARMACEUTICALS:
  25                    DANA TOOLE, ESQUIRE
```

```
709:1      21          Q.    Let me say that again.  Have you ever
   2       22    made that correct -- that request, and that is a
   3       23    request that Florida Medicaid needed accurate and
   4       24    truthful wholesale price information from Warrick?
   5       25                MR. AZORSKY:   Objection to form.
   6                                                             705
   7        1                THE WITNESS:   If I talked to somebody
   8        2          from Warrick, I have made that perfectly
   9        3          clear.  I don't recall whether I have spoken
  10        4          with someone that was exclusively an
  11        5          employee of Warrick.  But I have made it
  12        6          very clear to representatives of the parent
  13        7          company.
  14        8    BY MR. McDONALD:
  15        9          Q.    And when did you make that very clear
  16       10    to representatives of Schering?
  17       11          A.    On multiple occasions.  I don't have a
  18       12    date to quote to you, because we have discussed it
  19       13    at length many times.
  20       14          Q.    When was the earliest time you can
  21       15    recall discussing it?
  22       16          A.    Before the beginning of this suit in
  23       17    1988, '87, when we first adopted WAC prices as a
  24       18    basis.  And --
  25       19          Q.    Warrick --
```