# Exhibit 20

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

Page 289

```
              UNITED STATES DISTRICT COURT

         FOR THE DISTRICT OF MASSACHUSETTS

                     VOLUME II

  IN RE:   PHARMACEUTICAL        : MDL NO. 1456

  INDUSTRY AVERAGE WHOLESALE     : CIVIL ACTION:

  PRICE LITIGATION               : 01-CV-12257-PBS

                                 :

  THIS DOCUMENT RELATES TO       :

  U.S. ex rel. Ven-A-Care of     :

  the Florida Keys, Inc. v.      :

  Abbott Laboratories, Inc.      :

  No. 06-CV-11337-PBS            :

                              - - -
```

Continuation of the videotaped deposition of ROBERT VITO was taken, pursuant to notice, at MORGAN LEWIS & BOCKIUS, LLP, 1701 Market Street, Philadelphia, Pennsylvania, on Wednesday, June 20, 2007, beginning at 8:43 a.m., before M. Kathleen Muino, Professional Shorthand Reporter, Notary Public; Michael Hunterton, Certified Legal Video Specialist, there being present:

Page 290

1  APPEARANCES:

2

3       UNITED STATES DEPARTMENT OF JUSTICE

4       CIVIL DIVISION

5       BY:  JOHN K. NEAL, ESQUIRE

6       601 D Street, N.W.

7       Washington, D.C.  20004

8       Phone:  (202) 307-0405

9       John.Neal2@usdoj.gov

10      Representing the United States

11

12      U.S. DEPARTMENT OF JUSTICE

13      CIVIL DIVISION

14      BY:  JUSTIN DRAYCOTT, ESQUIRE

15      P.O. Box 261, Ben Franklin Station

16      Washington, D.C.  20044

17      Phone:  (202) 305-9300

18      justin.draycott@usdoj.gov

19      Representing the United States

20

21

22

37dbe22c-39bb-473f-8cc6-c16d7974b122

Page 469

1  exhibit.
2                        - - -
3           (Whereupon, Exhibit Abbott 247 was marked
4  for Identification.)
5                        - - -
6           THE WITNESS:  Thank you.
7  BY MR. TORBORG:
8       Q.   A document that I understand was
9  produced from your files.  It bears the Bates Nos.
10 HHD059-0445.  It's a one-page document. It appears
11 to be an email from Gordon Sato -- or Sato -- does
12 that sound -- is that --
13      A.   Sato.
14      Q.   -- Sato to yourself dated August 16th,
15 1993.  Mr. Sato wrote:  Hey, Rob, how's it going?
16 Bill had mentioned that you were coming down to
17 Little Rock the week of September 13.
18           Then he asks if you need hotel reservations.
19           Mr. Sato was a gentleman that you indicated
20 had worked on prescription drug pricing issues in
21 the past, correct?
22      A.   Yes.

Page 470

1    Q.   And as I understand from your testimony
2  yesterday, this was a document that was produced
3  from either your work paper files or your computer
4  files relating to drugs; is that right?
5    A.   I guess, yes.
6    Q.   Do you -- do you if this -- if you had a
7  discussion with -- or a trip to Little Rock in
8  September of 1993 that related to prescription drug
9  issues?
10   A.   I can't remember, but it -- if -- if I
11 was going to meet with Mr. Sato, it's likely that
12 there was some involvement of prescription drugs,
13 but I don't know if I was going down there for
14 another issue and if I was just going to see him
15 when I was down there.
16   Q.   And where did Mr. Sato work again?
17   A.   Mr. Sato, I believe, worked in Dallas,
18 and he was the audit manager responsible for the
19 Little Rock office.
20   Q.   Little Rock, Arkansas?
21   A.   Yes, sir.
22   Q.   And did that office do work on drug

Vito, Robert - Vol. II                                    June 20, 2007
                        Philadelphia, PA

Page 471

1  pricing and reimbursement issues?
2       A.   Yes, sir.
3       Q.   And you don't recall anything more, as
4  you sit here today, about that meeting in Little
5  Rock that apparently took place in September of
6  1993?
7            MR. NEAL:  I'll object to the form.
8            You can answer.
9            THE WITNESS:  I don't remember anything.
10 BY MR. TORBORG:
11      Q.   It's been 14 years since then.  Your
12 memory has faded over time?
13      A.   Yes.  I couldn't remember where I parked
14 my car yesterday.  How could I remember what I did
15 in September 13th?  I apologize.  I'm sorry.
16      Q.   September 13th, 1993?
17      A.   1993, right.  That's even more
18 difficult.  Thank you.
19                    - - -
20           (Whereupon, Exhibit Abbott 248 was marked
21 for Identification.)
22                    - - -

37dbe22c-39bb-473f-8cc6-c16d7974b122

Page 472

1        MR. TORBORG: For the record, I've marked
2   as Exhibit Abbott 248 a document that bears the
3   Bates Nos. HHD059-0447.
4   BY MR. TORBORG:
5        Q.   Mr. Vito, again, this is a document that
6   I understand was produced from your files. It
7   appears to be a fax from Mr. Bill Shrigley to
8   yourself, and the heading of the fax sheet
9   indicates it's -- it appears to be from the -- the
10  OAS office in Little Rock, Arkansas; is that right?
11       A.   Yes.
12       Q.   And that's where Mr. Shrigley worked?
13       A.   Yes.
14       Q.   And in the cover message, he states:
15  Rob, take a look at this blurb. Shrig.
16       Was Shrig Bill Shrigley's nickname?
17       A.   Yes.
18       Q.   Do you have any idea what this is
19  talking about, what the blurb was?
20       A.   I really don't, but it likely has
21  something to do with prescription drugs, I would
22  guess.

Page 473

1        MR. TORBORG:  This is the next one.
2                  - - -
3        (Whereupon Exhibit Abbott 249 was marked
4   for Identification.)
5                  - - -
6        MR. TORBORG:  Would you give them a
7   couple copies across the way.  I think I gave the
8   wrong stack.
9        Mark this one as well at the same time.
10                 - - -
11       (Whereupon, Exhibit Abbott 250 was marked
12  for Identification.)
13                 - - -
14       THE WITNESS:  It's two different...
15  Okay.  I guess it's -- no.  It's Exhibit Abbott 249
16  and Exhibit Abbott 250.
17       MR. TORBORG:  For the record, what I've
18  marked as Exhibit Abbott 249 bears the Bates Nos.
19  HHD050-1463 through 66; and what I have marked as
20  Exhibit Abbott 250 bears the Bates Nos. HHD059-0001
21  through 04.
22  BY MR. TORBORG:

Page 474

1        Q.    Mr. Vito, I can represent to you that
2   the first document that I just showed you, Exhibit
3   Abbott 249, I believe was produced from the working
4   paper files from a report that your office did in
5   the mid-1990s.
6        The second document, which appears to be in
7   substance the same, except for an annotation --
8        A.    God bless you.
9              MR. TORBORG:   Bless you.
10  BY MR. TORBORG:
11       Q.    -- was a document that was produced from
12  your files.
13       And if I could just direct your attention to
14  Exhibit Abbott 249.  Do the documents appear to be
15  the same to you save for a notation contained on
16  the first page of Exhibit Abbott 249?
17       A.    Yes.
18       Q.    And that notation states:  From B.
19  Jackson, backslash, OAS, List compiled by DOJ. Do
20  you see that?
21       A.    Yes.
22       Q.    And then there are a list of drugs

37dbe22c-39bb-473f-8cc6-c16d7974b122

Page 475

1   provided in this four-page document; is that right?
2        A.   Yes.
3        Q.   Separated by manufacturer, correct?
4        A.   Yes.
5        Q.   The first manufacturer listed is Abbott
6   Laboratories, and then there's a -- a listing of
7   drugs include Sodium Chloride, Vancomycin, and
8   Dextrose, among others; is that right?
9        A.   Yes.
10       Q.   Mr. Vito, do you recall receiving this
11  facsimile?
12       A.   I don't recall receiving it, but I'm
13  sure that we did.
14       Q.   Earlier today you gave some testimony
15  about receiving some information from the Office of
16  Audit Services that -- in connection with the first
17  time you made contact with Ven-A-Care.  Do you
18  recall that testimony?
19       A.   Yes.  About Gerald Dunham?
20       Q.   Yes.
21       A.   Yes.
22       Q.   Who is Ben Jackson?

Page 476

1    A.   He was in charge of the Health Care
2  Financing Audit Division in -- in Baltimore for the
3  OIG.
4    Q.   And could you tell me again where Gerald
5  Dunham worked?
6    A.   Gerald Dunham worked in Atlanta,
7  Georgia, as an audit manager.  Ben worked as a
8  manager in Baltimore.
9    Q.   Whose handwriting is this in the bottom
10 left-hand corner of Exhibit Abbott 249?
11   A.   I believe it's Linda Ragone's.
12   Q.   There's also an annotation at the top
13 left side of the document on the first page. It
14 says:  All AWPs in 1994, price equals cost paid by
15 small infusion therapy pharmacy.
16        Do you know whose handwriting that is?
17   A.   I do not.
18   Q.   And what does this document show, Mr.
19 Vito?
20        MR. NEAL:  Object to the form.
21        You can answer.
22        THE WITNESS:  It -- it appears to show

37dbe22c-39bb-473f-8cc6-c16d7974b122

Page 477

1   what the AWP is, and then it also shows a price,
2   and according to the annotation, price is equal to
3   the cost paid by small infusion therapy pharmacies.
4   BY MR. TORBORG:
5       Q.   Could you help me with the fax line at
6   the top of the page.  One says HHS OIG OAS and
7   HCFA?
8       A.   That's Ben Jackson, where he would be
9   working, in Baltimore.
10      Q.   Okay.  And the DOJ Civil Frauds, that
11  would be where?
12      A.   In Washington.
13      Q.   Given the fax number --
14      A.   Number.
15      Q.   -- that you see there?
16      A.   And giving who would be working on the
17  case.
18      Q.   Do you know why you would have received
19  a copy of this document and had it in your files?
20           MR. NEAL:  I'll object to the form.
21           You can answer.
22           THE WITNESS:  I think we might have been

37dbe22c-39bb-473f-8cc6-c16d7974b122

Page 478

1   doing a report on looking at the -- looking at if
2   any of these prices were being utilized by the
3   states to pay for these drugs, because I believe
4   that there was a list that was compiled and shared
5   with CMS.  This is probably the list.
6   BY MR. TORBORG:
7       Q.   You re -- you recall sharing this list
8   with CMS?
9            MR. NEAL:  Objection as to form.
10           MR. AZORSKY:  Objection.
11           THE WITNESS:  I -- I did not share it
12  with CMS.  I think others might have, but not me.
13  BY MR. TORBORG:
14      Q.   What makes you think that others may
15  have shared this list with CMS?
16      A.   Because I think that I saw a comment
17  somewhere where they said, you know, that this --
18  actually, it might even be in our report, in which
19  we -- we -- I think we did a report called, you
20  know, States Use of New Pricing Information, and it
21  was in the Medicaid program.  It might be in there,
22  in that report.

37dbe22c-39bb-473f-8cc6-c16d7974b122

Page 493

1   prices to providers and the published average
2   wholesale price?
3           MR. AZORSKY:  Object to the form.
4           MR. NEAL:  I object to the form as well.
5           And you heard my previous instruction.
6           THE WITNESS:  I -- I -- I believe that we
7   -- our reports spoke for themself, in that there
8   were some products that were generics that were --
9   that had that difference, and there were also some
10  brand name products that had that difference as
11  well.  And, again, it was each -- each report stood
12  on its own merit.  Albuterol, I think that you
13  showed me we probably did at least -- I saw at
14  least four of the ones that we did, and they were
15  generic drugs, and we were showing what was going
16  on in that.
17          In addition to that, I -- I -- the
18  excessive Medicare reimbursement report, I believe
19  that also pointed out some problems both with the
20  brand name products and the generic products.
21  BY MR. TORBORG:
22      Q.  And we'll -- we'll get into the 1997

37dbe22c-39bb-473f-8cc6-c16d7974b122

Page 494

1  report later, but I -- I don't know if you recall
2  this, but the percentage differences -- differences
3  that I showed you in that report, some of them were
4  pretty high for generic drugs, a lot --
5           MR. NEAL:  Object --
6  BY MR. TORBORG:
7      Q.   -- of larger percentages were generic
8  drugs?
9           MR. NEAL:  I'll object to the form.
10          You can answer.
11          THE WITNESS:  I -- I -- I think that
12 there are some high percentages on generic drugs.
13 But if I remember, some of our work, we've also
14 were able to see that there were other problems
15 with some brand name products as well.  But there
16 are -- there -- there are those differences with
17 generics.
18 BY MR. TORBORG:
19     Q.   Did you have an understanding about what
20 was causing there to be a large percentage
21 difference on generic drugs between the selling
22 prices in the market and published average

37dbe22c-39bb-473f-8cc6-c16d7974b122

Page 495

1   wholesale prices?

2           MR. NEAL:  I'll object to the form.

3           THE WITNESS:  Our -- our work mainly
4   focused on the pricing of the products. We were
5   able to show how they varied.  I don't know if we
6   actually grouped them in -- in -- in that manner.
7   But one of the products that we featured, doing a
8   lot of work on, was albuterol, and that was a
9   generic drug.

10  BY MR. TORBORG:

11      Q.   Do you -- I -- I'm not sure we're on the
12  same wavelength on my -- on my question.  I'll try
13  again.

14      Did you have an understanding about, for
15  generic drugs, why there could be such a high
16  percentage difference between the selling prices in
17  the market to the average published prices?

18          MR. NEAL:  Objection as to form.

19          THE WITNESS:  That was not part of our
20  review.  You know, there -- there was people who
21  made speculation, but we were just to look at the
22  pricing.

```
To       : Robert Vito@OIG.OEI@PHILA
Cc       :
Bcc      :
From     : Gordon Sato@OIG.OAS@DALLAS
Subject  : Trip to LR
Date     : Monday, August 16, 1993 at 9:15:31 am CDT
Attach   :
Certify  : Y
Encrypt  : N
```

---

Hey Rob, how's it going?  Bill had mentioned that you were coming down to Little Rock the week of Sept 13.  Do you need hotel reservations or are you going to make them yourself?  We stay at the Amerisuites in Little Rock--Phone--501 225-1075.  If you need reservations, let me know.  See ya then.



EXHIBIT
Abbott
Ex. 247
6.20.07 MKN

HHD059-0445    FL

HHD059-0445