# Exhibit 44

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

```
 1:1

   2

   3

   4       IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS STATE OF MISSOURI

   5

   6   STATE OF MISSOURI, ex rel.        ) JEREMIAH W. (JAY) NIXON,           )

   7   Attorney General,                 ) )

   8   AND                               ) )

   9   MISSOURI DEPARTMENT OF SOCIAL     ) SERVICES, DIVISION OF MEDICAL     )

  10   SERVICES,                         ) )

  11              Plaintiffs,            ) ) Case No.

  12              v.                     ) 054-1216 )

  13   DEY INC, DEY LP, MERCK KGaA, EMD ) DIVISION 31 INC, WARRICK PHARMACEUTICALS     )

  14   CORPORATION, SCHERING-PLOUGH      ) CORPORATION, and SCHERING          )

  15   CORPORATION,                      ) )

  16              Defendants.            )

  17

  18

  19

  20        VIDEO DEPOSITION OF SUSAN MCCANN, R.Ph.

  21    Taken on behalf of the Defendants Warrick, Schering,

  22                  and Schering-Plough

  23                    October 3, 2007

  24

  25
```

```
2:1    I N D E X

  2

  3                                               PAGE

  4    TITLE PAGE                                  1

  5

  6    INDEX                                       2

  7

  8    DEPOSITION INFORMATION                      8

  9

 10    APPEARANCES                                 9

 11

 12    SUSAN MCCANN, R.Ph.

 13         Direct Examination By Ms. Torgerson    13

 14

 15    DEPOSITION EXHIBITS

 16    1   Deposition Notice for Susan McCann      31

 17    2   Average Wholesale Price Reference       31 Documents, MO 000537 to MO 000548

 18    3   Third Amended Petition for False         40

 19        Claims, Fraudulent Misrepresentations and Unlawful Trade Practices

 20    4   A Contract to Conduct a Survey          68

 21        Designed to Determine the Professional Service Reimbursement Fee for

 22        Pharmaceutical Service Providers, 4/76

 23    5   Medicaid Drug Claims and Procedures,    85 MO 000993 to MO 000996

 24

 25
```

Mccann, Susan - October 3, 2007 09:30:00 a.m.

```
90:1            But we didn't that I recall -- for example,
   2    say we have to -- I don't know that we said we had to
   3    give them a fee increase.  Oh, I might have.  Because
   4    the cost to dispense was always determined -- let's
   5    say the -- I don't know the exact numbers in my head.
   6            But let's say the cost to dispense was
   7    established to be $3.  The legislature would allow us
   8    to pay them $2.50.  So that means there was a loss
   9    every time in the cost to provide the service.
  10            MS. TORGERSON:
  11            Q.   Okay.  And so -- let me break down a
  12    little bit of what you said there.  Was it your
  13    understanding or your belief that the ingredient cost
  14    and the dispensing fee were interrelated?
  15            A.   It's not that they're interrelated.
  16    It's the cost to do business in a pharmacy.  That's
  17    how they're interrelated.
  18            My position was that if we're going to
  19    reflect more accurately what they pay for drugs, which
  20    is appropriate, then we ought to more accurately
  21    reflect what it costs them.
  22            Q.   Okay.  And conversely, if you decided to
  23    not pay them what it cost them to dispense the drug,
  24    then you might have to make up for that in the
  25    ingredient cost, keeping the ingredient cost higher?
```

```
91:1            A.   No.  No, that wasn't -- that wasn't
   2    ever -- my fight the entire time I was there was to
   3    pay accurately on both sides of that equation.
   4            My fight the entire time I was there was,
   5    "Let's pay them what it costs and pay them an
   6    appropriate fee."
   7            Q.   And --
   8            A.   So it wasn't, "Let's pay them more over
   9    here."  But every time I was -- that I tried to more
  10    actually pay what they actually -- what they actually
  11    paid for the drug, every time I was presented with,
  12    "Save money here.  Save money there."  Or whatever.
  13            I always came back to, "If we're going to --
  14    if we're going to do this correctly, we need to do it
  15    correctly."  And that was always my position.
  16            Q.   Were you ever successful in having that
  17    position adopted by the State of Missouri?
  18            A.   Not completely.
  19            Q.   I mean in truth, the dispensing fee has
  20    never gone up to what it costs the pharmacy to
  21    actually dispense the product, is that correct?
  22            A.   Well, since I left, you'll need to talk
  23    to them.  Because they have other arrangements for how
  24    pharmacies are reimbursed now.
  25            Q.   Up until the time you left, were
```