# Exhibit 45

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories,
Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

Mccann, Susan - November 7, 2007 09:00:00 a.m.

```
392:1

   2

   3

   4       IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS STATE OF MISSOURI

   5

   6   STATE OF MISSOURI, EX REL.      ) JEREMIAH W. (JAY) NIXON,         )

   7   ATTORNEY GENERAL,               ) )

   8             PLAINTIFFS,           ) )  CASE NO.

   9             V.                    )  054-1216 )

  10   DEY INC, DEY LP, MERCK KGAA,    ) DIVISION NO. 31 EMD INC, WARRICK            )

  11   PHARMACEUTICALS CORPORATION,    ) SCHERING-PLOUGH CORPORATION,     )

  12   AND SCHERING CORPORATION,       ) )

  13             DEFENDANTS.           )

  14

  15

  16

  17

  18           VIDEO DEPOSITION OF MS. SUSAN MCCANN

  19                     VOLUME II

  20    Taken on behalf of the Defendants Warrick, Schering,

  21              and Schering-Plough

  22                November 7, 2007

  23

  24

  25
```

```
393:1    I N D E X
    2
    3                                                   PAGE
    4    TITLE PAGE                                     392
    5
    6    INDEX                                          393
    7
    8    DEPOSITION INFORMATION                         397
    9
   10    APPEARANCES                                    398
   11
   12    MS. SUSAN MCCANN
   13        Direct Examination By Mr. McDonald         404
   14        Cross-Examination By Ms. Adams             602
   15        Redirect Examination By Mr. McDonald       609
   16
   17    EXHIBITS
   18    188 Plaintiff's Response to Defendant          430 Warrick Pharmaceutical Corporation
   19        First Set of Interrogatories to Plaintiffs
   20    189 Community Pharmacy and the Changing        479
   21        Landscape of Medicaid, 1996
   22    190 Pharmacy Task Force Meeting, 3/15/01       519
   23    191 PPAC Stat Fax, 5/11/01, MO.045127          523
   24
   25
```

Mccann, Susan - November 7, 2007 09:00:00 a.m.

```
606:1              Q.   Counsel for Warrick asked you some
     2     questions about the balancing the difference in the
     3     dispensing fee and the -- I don't want to
     4     mischaracterize this -- but the ingredient costs.
     5              And you -- I believe you testified that you
     6     thought that the dispensing fee was lower than it
     7     should have been for the pharmacist.  Could you tell
     8     me what you think the dispensing fee should have
     9     been?
    10              A.   At the time --
    11              MR. McDONALD:  Object -- I'm sorry.  Object
    12     to the form.
    13              A.   At the time I felt that it should at
    14     least be the cost to dispense.  We had established
    15     that it cost, with no profit, a pharmacist to dispense
    16     a prescription to be this amount.
    17              MS. ADAMS:
    18              Q.   And do you recall what that cost was?
    19              A.   I think it was 5.24.
    20              Q.   Okay.
    21              A.   Or 5.14.
    22              Q.   So when you say the dispensing fee at
    23     4.09 was lower than it should have been, you think it
    24     should have been 5.24?
    25              MR. McDONALD:  Object to the form.
```

```
607:1              MS. ADAMS:
    2              Q.   Is that correct?
    3              MR. McDONALD:  Object to the form.
    4              A.   I believed at the time that the fee
    5    should reflect the cost to dispense.  And I believe --
    6    it was what was in the number that was in the survey.
    7    I don't recall the precise number.
    8              MS. ADAMS:
    9              Q.   Okay.  So you believe that the
   10    ingredient fee should have been balanced by the
   11    difference, the $1.23 difference in the dispensing
   12    fee, is that correct?
   13              A.   My position always was that we should
   14    pay accurately for both the ingredient cost and the
   15    fee.  That the ingredient cost should be what is being
   16    paid for the drug and that the fee should be
   17    appropriate for the dispensing.
   18              MS. ADAMS:
   19              Q.   Okay.  Thank you.  And one more question
   20    about the dispensing fee.  Is the dispensing fee set
   21    by the legislature?
   22              A.   I believe so.  I think it's in the
   23    appropriation.
   24              Q.   Okay.  Do you know if it's any of the
   25    rules and regulations?
```