# Exhibit 51

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

Santa Fe, NM

Page 1

```
                THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF MASSACHUSETTS

-----------------------------------X

In Re:   PHARMACEUTICAL INDUSTRY      ) MDL No. 1456

AVERAGE WHOLESALE PRICE LITIGATION    ) Master File No.

-----------------------------------) 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:             )

United States of America ex rel.      ) Hon. Patti B.

Ven-A-Care of the Florida Keys,       )    Saris

Inc., et al., v. Dey, Inc., et al.,   )

Civil Action No. 05-11084-PBS;        )

and United States of America ex       ) DEPOSITION OF

rel. Ven-A-Care of the Florida        ) THE NEW MEXICO

Keys, Inc., et al., v. Boehringer     ) DEPARTMENT OF

Ingelheim Corp., et al., Civil        ) HUMAN SERVICES

Action No. 07-10248-PBS;              ) by ROBERT J.

and United States ex rel. Ven-A-Care) STEVENS

of the Florida Keys v. Abbott         )

Laboratories, Inc., Civil Action      )  DECEMBER 15,

Nos. 06-CV-11337 and 07-CV-11618      )     2008

-----------------------------------X
```

NM Department of Human Services (Robert Stevens)                December 15, 2008
                             Santa Fe, NM

                                                              Page 2

 1              DEPOSITION OF ROBERT J. STEVENS
 2                    December 15, 2008
 3                        9:23 a.m.
 4              Hilton Santa Fe Historic Plaza
 5                    100 Sandoval Street
 6               Santa Fe, New Mexico  87501
 7
 8
 9         PURSUANT TO THE FEDERAL RULES OF CIVIL
10              PROCEDURE, this deposition was:
11
12    TAKEN BY:   DOUGLAS E. JULIE, ESQ.
13                Attorney for Dey, Inc., Dey L.P., Inc.,
14                and Dey L.P.
15
16    REPORTED BY:  Jan A. Williams, RPR, CCR 14
17
18
19
20
21
22

                    Henderson Legal Services, Inc.
202-220-4158                         www.hendersonlegalservices.com

cf7b6218-b5ad-4888-bff2-2a015fc3b396

1          MR. JULIE:  Objection to form.
2          THE WITNESS:  No, we do not.
3    BY MR. RIKLIN:
4       Q.   Does New Mexico have any practice or
5    policy of paying inflated acquisition costs in
6    order to make up for inadequate dispensing fees?
7       A.   No, we have specifically and
8    intentionally not done that over the years.
9          MR. JULIE:  Objection to form.
10   BY MR. RIKLIN:
11      Q.   And, in fact, you have previously
12   testified that in your opinion the dispensing
13   fees that New Mexico has enacted over the years
14   are reasonable fees, correct?
15      A.   Yes.
16      Q.   Mr. Stevens, does your fiscal agent
17   investigate the published drug pricing for
18   accuracy?
19         MR. JULIE:  Objection to form.
20         THE WITNESS:  No, they don't.
21   BY MR. RIKLIN:
22      Q.   Do the employees in your pharmacy