# Exhibit 53

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

DE Div of Medicaid and Medical Assistance (Frank O'Connor)                                    December 10, 2008
Newark, DE

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------X

IN RE: PHARMACEUTICAL INDUSTRY    ) MDL No. 1456

AVERAGE WHOLESALE PRICE           ) Civil Action No.

LITIGATION                        ) 01-12257-PBS

---------------------------------X

THIS DOCUMENT RELATES TO:         ) Hon. Patti B.

United States of America ex rel. ) Saris

Ven-A-Care of the Florida Keys,   )

Inc. v. Dey, Inc., et al., Civil  )

Action No. 05-11084-PBS; and      )

United States of America ex rel.  )

Ven-A-Care of the Florida Keys,   )

Inc. v. Boehringer Ingelheim      )

Corp., et al., Civil Action No.   )

07-10248-PBS                      )

---------------------------------X

              Videotaped deposition of

  THE DELAWARE DIVISION OF MEDICAID AND MEDICAL

          ASSISTANCE by FRANK O'CONNOR

      December 10, 2008 - Newark, Delaware

Page 2

1                    A P P E A R A N C E S:

2

3    Counsel for the United States of America

4         UNITED STATES ATTORNEY'S OFFICE

5         BY:   BARBARA HEALY SMITH, ESQUIRE

6         barbara.h.smith@usdoj.gov

7         Assistant U.S. Attorney

8         John J. Moakley U.S. Courthouse

9         1 Courthouse Way

10        Boston, Massachusetts 02110

11        617-748-3100

12

13   Counsel for the State of Delaware and the Witness

14        DEPARTMENT OF JUSTICE

15        BY:   A. ANN WOOLFOLK, ESQUIRE

16        ann.woolfolk@state.de.us

17        BY:   SUSAN PURCELL, ESQUIRE

18        spurcell@state.de.us

19        Carvel Office Building, 6th Floor

20        820 N. French Street

21        Wilmington, Delaware 19801

22        302-577-8400

Page 70

1    of that.
2         Q.    In the change to the state plan
3    amendment that we just discussed, was the
4    determination of the percentage off AWP; that is,
5    the determination of what the state's estimated
6    acquisition costs would be going forward in its
7    state plan, was that determination based in any
8    way on the amount of the dispensing fee?
9         A.    No.
10             MS. RAMSEY:  Objection.
11             THE WITNESS:  No.
12             MS. HEALY SMITH:  What's the objection?
13             MS. RAMSEY:  I feel the -- objection to
14   the form of the question.  It's vague and
15   unclear.
16   BY MS. HEALY SMITH:
17        Q.    So the state did not consider the
18   dispensing fee in setting the estimated
19   acquisition costs in its reimbursement
20   methodology in the 2002/2003 change we discussed?
21            MS. RAMSEY:  Objection.  Leading.
22            This is your witness.  You can't ask

Page 71

1   leading questions.
2         MS. HEALY SMITH:  Your objection's
3   noted.
4         THE WITNESS:  The -- the -- we -- there
5   was at that time a proposal that maybe we should
6   increase the dispensing fee, but the secretary
7   said, no, we don't have any data on that, that's
8   not what we're about.  We were look -- we're
9   looking at the data about what the pharmacies are
10  paying for drugs; that's the data we have and
11  that's the piece of this that we're working on
12  and that's what we -- he didn't agree that we
13  should make any changes to the dispensing fee.
14  BY MS. HEALY SMITH:
15      Q.   Does Delaware have a policy to pay
16  inflated acquisition -- ingredient costs, I'm
17  sorry, to make up for a dispensing fee it
18  considers inadequate?
19         MS. RAMSEY:  Objection.
20         MR. CYR:  Objection.
21         THE WITNESS:  No.
22  BY MS. HEALY SMITH: