# Exhibit 55

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

```
                                                                1

 1  STATE OF WISCONSIN : CIRCUIT COURT : DANE COUNTY

 2  - - - - - - - - - - - - - - - - - - - - - - - - - -

 3  STATE OF WISCONSIN,

 4

 5                    Plaintiff,

 6      v.                        Case No. 04-CV-1709

 7  AMGEN, INC., et al.,

 8

 9                    Defendants.

10  - - - - - - - - - - - - - - - - - - - - - - - - - -

11

12          VIDEO DEPOSITION of JAMES J. VAVRA,

13  taken at the instance of the Defendants, under

14  and pursuant to the provisions of Chapter 804.05

15  of the Wisconsin Statutes, and the acts amendatory

16  thereof and supplementary thereto, before me, KIM

17  M. PETERSON, CM, Registered Professional Reporter

18  and Notary Public in and for the State of

19  Wisconsin, at 17 West Main Street, Madison,

20  Wisconsin, on the 16th day of August, 2007,

21  commencing at 9:34 o'clock in the forenoon.

22
```

2

1          A P P E A R A N C E S

2

3          ARCHIBALD CONSUMER LAW OFFICE

4          1914 Monroe Street

5          Madison, Wisconsin  53711

6          By MR. P. JEFFREY ARCHIBALD, ESQ.

7              Appeared on behalf of the Attorney

8              General of the State of Wisconsin.

9

10

11         HOGAN & HARTSON,LLP

12         111 South Calvert Street

13         Suite 1600

14         Baltimore, Maryland  21202

15         By MR. STEVEN F. BARLEY, ESQ.

16         and MS. JENNIFER WALKER, ESQ.

17             Appeared on behalf of the Defendant

18             Amgen, Inc.

19

20

21

22  (CONTINUED)

59

1   Q.   In 1990, to your knowledge, did the

2   State of Wisconsin do anything other than

3   applying a 10 percent discount to the published

4   AWP to determine the best estimate of the price

5   generally and currently paid by providers for

6   each drug?

7        MR. ARCHIBALD:  I'm going to object to

8   the form of the question.  Vague as to use of the

9   term State.

10       MR. BARLEY:  I can limit it to the

11  DHFS.

12       MR. ARCHIBALD:  Thank you.

13       THE WITNESS:  1990.  I don't know.

14  BY MR. BARLEY:

15  Q.   Since 1990 has -- what has the State

16  done to determine if the ingredient cost

17  reimbursement is the best estimate of the price

18  generally and currently paid by providers for the

19  drug?

20  A.   We've used First DataBank AWP listings

21  with a discount that was applied.

22  Q.   How does the State know what the

1  appropriate discount is?

2      A.   We, based on various sources and

3  various factors, determine the discount, which

4  has varied over the years, as I think you

5  mentioned in '93 it was still 10 percent as noted

6  here. I believe as a result of a biennial budget,

7  I think it was the 2001-2003, it went to 11.25

8  percent.  I think in State fiscal years '04 and

9  '05 it went from -- it was raised, the discount

10 now, was raised from 12 to 13, and it remains at

11 13 today.  So it's -- it's varied.

12     Q.   How -- I guess what I'm asking is how

13 did the State determine that that discount was

14 the best estimate of the price generally and

15 currently paid by providers for the drugs?

16     A.   Typically, we -- we look at a number of

17 sources where AWP is used.  For example, what

18 other states, particularly those in the region,

19 discounted their products for their estimated

20 acquisition cost.  That would be one of the

21 sources we used.  Whatever we could find out from

22 private payers as well was another source that we

1  would use.  There were reports that were done

2  that I mentioned earlier as well.

3      Q.   You took into consideration the reports

4  from the OIG?

5      A.   OIG, um-hum.

6      Q.   Did the State commission any surveys or

7  reports to determine the best estimate of prices

8  generally and currently paid by providers?

9      A.   Not that I recall.

10     Q.   Did -- So it didn't conduct any

11 surveys, to your knowledge?

12     A.   Not to my knowledge.

13     Q.   Did it, to your knowledge, reach out to

14 any drug manufacturers to seek that information?

15     A.   Not to my knowledge.

16     Q.   Do you know if it looked at any other

17 source other than what other states were doing in

18 these OIG reports you referred to?

19     A.   There may have been other studies that

20 we had access to.  I just don't recall

21 specifically what they were.

22     Q.   Sitting here today you can't tell me