# Exhibit 56

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

```
1:1    IN THE CIRCUIT COURT OF THE
  2              SECOND JUDICIAL CIRCUIT,
  3          IN AND FOR LEON COUNTY, FLORIDA
  4                CASE NO. 98-3032A
  5    THE STATE OF FLORIDA, ex rel,
  6    VEN-A-CARE OF THE FLORIDA
  7    KEYS, INC., a Florida
  8    corporation, by and through
  9    its principal officers and
 10    directors, ZACHARY T. BENTLEY
 11    and T. MARK JONES,
 12          Plaintiffs,               VOLUME 1
 13    vs.                             PAGES 1 - 174
 14    BOEHRINGER INGELHEIM
 15    CORPORATION; DEY, INC.; DEY,
 16    L.P.; EMD PHARMACEUTICALS,
 17    INC.; LIPHA, S.A. MERCK, KGaA;
 18    MERCK-LIPHA, S.A.; SCHERING
 19    CORPORATION; SCHERING-PLOUGH
 20    CORPORATION; ROXANE
 21    LABORATORIES, INC., and
 22    WARRICK PHARMACEUTICALS
 23    CORPORATION,
 24          Defendants.
 25    _____
```

```
2:1    VIDEOTAPED

  2    DEPOSITION OF:          JERRY WELLS

  3    TAKEN AT INSTANCE OF:   The Defendants

  4    DATE:                   December 15, 2004

  5    TIME:                   Commenced at 9:04 a.m.

  6                            Adjourned at 2:30 p.m.

  7    LOCATION:               215 S. Monroe Street

  8                            Tallahassee, Florida

  9    REPORTED BY:            SANDRA L. NARGIZ

 10                            Certified Realtime Reporter

 11                            Certificate of Merit Holder

 12           ACCURATE STENOTYPE REPORTERS, INC.

 13                2894 REMINGTON GREEN LANE

 14           TALLAHASSEE, FL  32308   (850)878-2221

 15                                                               2

 16    APPEARANCES:

 17           REPRESENTING DEY, INC., DEY LP, EMD

 18           PHARMACEUTICALS:

 19           WILLIAM A. ESCOBAR, ESQUIRE

 20           ANTONIA F. GIULIANA, ESQUIRE

 21           KELLEY DRYE & WARREN

 22           101 Park Avenue

 23           New York, NY  10178

 24           212-808-7800

 25           KELLY OVERSTREET JOHNSON, ESQUIRE
```

Wells, Jerry - December 15, 2004 09:04:00 a.m.

```
124:1      Q    What was the nature of their complaint at the
    2   time?
    3      A    They just objected to changing the
    4   reimbursement methodology because it was going to
    5   represent a reduction in the gross amount that they were
    6   paid.
    7      Q    That is the gross amount that pharmacists
    8   would receive for Medicaid reimbursement?
    9      A    That is correct.
   10      Q    And even though the thing was dropped, you did
   11   testify in that proceeding; is that your recollection?
   12      A    I was deposed.
   13      Q    You were deposed.  And do you have a
   14   transcript of that deposition?
   15      A    I do not.
   16      Q    Do you know when that deposition occurred?
   17      A    It would have been in the late '80s,
   18   concurrent with the time that we adopted that pricing
   19   methodology.
   20      Q    Other than that testimony, are you aware of
   21   other instances that you recall now where you testified
   22   in connection with the reimbursement methodology?
   23      A    Last spring during the legislative session, I
   24   testified to a Senate committee, may have been a joint
   25   committee, I believe it was Senate, on the reimbursement
```

```
125:1    methodology that we used.
    2       Q    What was the nature of that proceeding?
    3       A    The committee was considering alternatives,
    4    pricing methodologies, changing the reimbursement
    5    structure for pharmacy specific to prescription drugs.
    6       Q    And you gave testimony in connection with the
    7    change, proposed change?
    8       A    I did.  Well, I gave testimony with respect to
    9    current methodology.
   10       Q    And do you have any copies of those
   11    transcripts?
   12       A    That was extemporaneous testimony.  I did not
   13    make a prepared speech.  I was responding to questions
   14    from the Legislature and explaining some of the
   15    terminology.
   16       Q    When did that take place?
   17       A    Last spring.
   18       Q    Spring 2003?
   19       A    2004.
   20       Q    So this year?
   21       A    This year.
   22       Q    That was before a legislative committee,
   23    correct?
   24       A    That is correct.
   25       Q    Did you give testimony in other proceedings in
```