# Exhibit 57

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories,*
*Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS


Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

OK Health Care Authority (Nancy Nesser)                December 12, 2008

# Oklahoma City, OK

Page 1

THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

----------------------------------X

In Re:  PHARMACEUTICAL INDUSTRY      ) MDL No. 1456

AVERAGE WHOLESALE PRICE LITIGATION  ) Master File No.

----------------------------------) 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:            )

United States of America ex rel.    ) Hon. Patti B.

Ven-A-Care of the Florida Keys,      )    Saris

Inc., et al., v. Dey, Inc., et al., )

Civil Action No. 05-11084-PBS;       )

and United States of America ex      ) DEPOSITION OF

rel. Ven-A-Care of the Florida       )  THE OKLAHOMA

Keys, Inc., et al., v. Boehringer    )  HEALTH CARE

Ingelheim Corp., et al., Civil       )   AUTHORITY

Action No. 07-10248-PBS;             )   by NANCY

and United States ex rel. Ven-A-Care)   NESSER

of the Florida Keys v. Abbott        )

Laboratories, Inc., Civil Action     ) DECEMBER 12,

Nos. 06-CV-11337 and 07-CV-11618     )    2008

----------------------------------X

OK Health Care Authority (Nancy Nesser)                     December 12, 2008
Oklahoma City, OK

Page 2

1              VIDEOTAPE DEPOSITION OF THE OKLAHOMA

2              HEALTH CARE AUTHORITY by NANCY NESSER

3                TAKEN ON BEHALF OF THE DEFENDANTS

4                 ON DECEMBER 12, 2008 AT 8:58 AM

5                   IN OKLAHOMA CITY, OKLAHOMA

6

7

8    VIDEOTAPED BY:  Gabriel Pack

9    REPORTED BY:   Jody Graham, CSR, RPR, RMR, CRR

10

11

12

13

14

15

16

17

18

19

20

21

22

6c588002-4fee-44ed-96a2-898548fcdd31

Oklahoma City, OK

Page 54

1    just thinking about acquisition.

2        Q.   Okay.  When did you first become aware

3    of the difference between AWP and actual

4    acquisition costs for generic drugs?

5        A.   That probably would have been later

6    than that.  I mean, not all the way to '99, but

7    maybe '95, '96, somewhere in there.

8        Q.   And in '95, '96 what was your

9    understanding of the difference between AWP and

10   actual acquisition costs for generic drugs?

11       A.   That sometimes there was a wide

12   difference.  Not always.

13       Q.   Can you describe what you mean by "wide

14   difference"?

15       A.   Just that it was -- it was variable.

16   It wasn't a standard.  It wasn't, like, with the

17   brand name where you could -- you can see it's

18   consistent.  If you pulled two manufacturers

19   brand-name products off the shelf, the markup is

20   going to be about the same.  If you pulled two --

21   even of the same generic drug, the -- there's no

22   consistency between the AWP and the acquisition.

6c588002-4fee-44ed-96a2-898548fcdd31

OK Health Care Authority (Nancy Nesser)                    December 12, 2008
Oklahoma City, OK

Page 55

1      Q.   So is it your understanding that there

2   was no particular formula or specified markup

3   between AWP and actual acquisition costs for

4   generic drugs starting in, you know, around 1995?

5      A.   That would -- that would be a fair

6   statement, yes.

7      Q.   Okay.  You mentioned earlier that -- at

8   least with reference to the brand drugs, you

9   might, in purchasing drugs, consider the gap

10  between the AWP and the actual acquisition cost.

11  Did you choose who to buy your prescription drugs

12  from based on that spread between AWP and actual

13  acquisition costs?

14     A.   Not typically.  You know, there were a

15  few products where -- for example, I'm not going

16  to be able to -- Prinivil and Zestril were both

17  Lisinopril made by two different companies.  But

18  they typically were priced almost to the penny

19  the same.

20          So when there were brand drugs where

21  you had two manufacturers, they seemed like they

22  would just price them pretty close.  So there's

6c588002-4fee-44ed-96a2-898548fcdd31

Oklahoma City, OK

Page 56

1  no benefit to getting one over the other.

2      Q.   While you were working at any of the

3  pharmacies prior to working for Oklahoma

4  Medicaid, were you aware of anyone marketing the

5  spread?

6      A.   I think I -- I remember being sort of

7  told, not exactly, but -- that was pointed out to

8  me.  Not by a sales person, but by my boss.

9      Q.   Okay.  And what was pointed out to you

10 by your boss, exactly?

11     A.   Just that -- just that -- that certain

12 -- certain generics had this lower price and that

13 we've got paid -- not necessarily based on AWP,

14 but we would get paid based on a maximum

15 allowable cost.  And so you -- you wanted to find

16 the least expensive one because payors were

17 starting to put in maximum allowable cost

18 programs.  And so you wanted to make sure you

19 were getting the best deal.

20     Q.   Was it ever discussed, not just in

21 relation to maximum allowable costs, but in

22 relation to the difference between the price at

Page 57

1    which you could acquire drugs and the AWP-based

2    reimbursement?

3         A.   I don't remember that specifically.

4         Q.   Okay.  I would like to start with a

5    picture of how the Medicaid program works in

6    Oklahoma.

7         A.   Okay.

8         Q.   And in the federal government.

9    Medicaid in generally is partnership between the

10   federal government and the state governments;

11   correct?

12        A.   Correct.

13        Q.   Are you familiar with the term federal

14   matching assistance percentage?

15        A.   Yes.

16        Q.   What is federal matching assistance

17   percentage?

18        A.   That is the amount that the federal

19   government contributes to a state's Medicaid

20   program.

21        Q.   Essentially the federal government pays

22   a part of Oklahoma's expenditures under its

6c588002-4fee-44ed-96a2-898548fcdd31

OK Health Care Authority (Nancy Nesser)                     December 12, 2008
                          Oklahoma City, OK

Page 63

1      Q.   When you mean "the rate is better than

2   any other payor in the state," do you mean that

3   other payors in the state reimburse providers at

4   a lower amount for the same prescription drugs as

5   Oklahoma Medicaid does?

6      A.   Yes.

7      Q.   Is that one way that Oklahoma Medicaid

8   encourages providers to participate in its

9   program?

10     A.   Yes.

11     Q.   What is the approximate number of

12  pharmacies in Oklahoma?

13     A.   I believe it's -- just for retail

14  pharmacies I'm going to guess that it's around

15  1,100, something like that.

16     Q.   Do you know how many of these

17  pharmacies participate in the Oklahoma Medicaid

18  program?

19     A.   Virtually all of them are contracted.

20  There are about 900 that actively file claims.

21  Some of them may be in areas where there's not a

22  -- a heavy Medicaid population.  So while they're

6c588002-4fee-44ed-96a2-898548fcdd31

Oklahoma City, OK

Page 64

1    contracted, they just may not have a claim in a

2    given year.

3         Q.   Has the percentage of pharmacies in

4    Oklahoma Medicaid that participate in its

5    Medicaid program changed over time?

6         A.   Not that I'm aware of.

7         Q.   Are there any factors in Oklahoma that

8    make access to care a particular concern?

9         A.   There are some areas which are fairly

10   rural, and there may be only one pharmacy in some

11   of the more sparsely populated counties.  I don't

12   think that there are any counties that don't have

13   a pharmacy at all at this point; but there are

14   some, especially in the panhandle and in the far

15   southwest part of the state, where it may be, you

16   know, a 30-mile drive to a pharmacy or a

17   physician.

18        Q.   What do you consider Oklahoma's goals

19   with respect to its Medicaid program?

20        A.   Can you be a little more specific than

21   that?  I mean, that's a pretty broad question.

22        Q.   Does Oklahoma Medicaid have overall

OK Health Care Authority (Nancy Nesser)                    December 12, 2008
                        Oklahoma City, OK

                                                              Page 89

1    Medicaid providers for the 2002 change to

2    reimbursement formula?

3         A.   No.  I don't recall even receiving

4    letters or complaints.

5         Q.   Would you have been the one to receive

6    any letters or complaints?

7         A.   They would have eventually made their

8    way to me, yes.

9         Q.   Would all complaints have made their

10   way to you?

11        A.   For this rate change, yes.

12        Q.   Drug manufacturers weren't involved in

13   making the decision to change the reimbursement

14   formula in 2002, were they?

15        A.   No.

16        Q.   Were Medicaid providers consulted prior

17   to making changes in general to Oklahoma

18   Medicaid's reimbursement methodology for

19   prescription drugs?

20        A.   "In general," you mean?

21        Q.   Was it Oklahoma Medicaid's practice to

22   consult providers prior to making changes to its

Oklahoma City, OK

Page 90

1  reimbursement formula?

2      A.   Not that I know of.

3      Q.   You mentioned that the Oklahoma

4  Pharmacists Association was involved to some

5  extent in the process in 2002 to making changes

6  to the reimbursement formula.  Could you describe

7  their involvement in that process.

8      A.   As I recall, we, you know, certainly

9  had a few courtesy meetings with them to address

10 any concerns that they might have.  And I don't

11 specifically recall, but they could have made

12 public comment at the rates and standards

13 hearing.

14     Q.   Why did Oklahoma Medicaid consult with

15 the Oklahoma Pharmacists Association prior to

16 making changes to the reimbursement formula?

17     A.   Mainly just as a courtesy because

18 they're the association that would represent the

19 pharmacy providers.

20     Q.   If you didn't receive complaints from

21 providers either through that association or

22 otherwise, would your understanding have been

6c588002-4fee-44ed-96a2-898548fcdd31

OK Health Care Authority (Nancy Nesser)                    December 12, 2008
                       Oklahoma City, OK

                                                              Page 91

 1    that it was because the reimbursement formula was

 2    sufficient to encourage their participation in

 3    Medicaid?

 4         A.    That would be my understanding, yes.

 5         Q.    Drug manufacturers have not had any

 6    authority to set or change the reimbursement

 7    methodology used by Oklahoma Medicaid; correct?

 8         A.    That's correct.

 9         Q.    As we discussed, Oklahoma is given

10    discretion by CMS to set a specific reimbursement

11    methodology to pay providers for prescription

12    drugs that are dispensed to Medicaid

13    beneficiaries; correct?

14         A.    Uh-huh.

15         Q.    You're aware that different states have

16    chosen different methodologies?

17         A.    Yes.

18         Q.    One of the reasons that different

19    states had different methodologies was that

20    states, such as Oklahoma, tailor their

21    reimbursement methodology to fit local needs;

22    correct?

                  Henderson Legal Services, Inc.
202-220-4158                        www.hendersonlegalservices.com

Oklahoma City, OK

Page 222

1      Q.    Does Oklahoma Medicaid use a point-of-
2   sale system?

3      A.    You mean to pay the claims?

4      Q.    Uh-huh.

5      A.    Yes.

6      Q.    AWP is not defined in Oklahoma
7   regulations, is it?

8      A.    I don't think it's specifically
9   defined.   It's referred to.

10     Q.    AWP is not defined in Oklahoma
11  statutes, is it?

12     A.    Oh, not in Oklahoma statutes, I don't
13  believe so, no.

14     Q.    Oklahoma could have defined AWP as
15  actual acquisition costs, if it had wanted to;
16  correct?

17     A.    I suppose so.

18     Q.    When Oklahoma makes decisions regarding
19  reimbursement methodology for prescription drugs,
20  it draws upon various sources of information that
21  are available to it; correct?

22     A.    Correct.

6c588002-4fee-44ed-96a2-898548fcdd31

Oklahoma City, OK

Page 223

1          Q.    The OIG reports we discussed are one of

2    the sources of information?

3          A.    Yes.

4          Q.    And surveys or reports conducted at the

5    direction of Oklahoma Medicaid would be other

6    sources of information that were considered?

7          A.    Yes.

8          Q.    Myers & Stauffer's report prepared at

9    Oklahoma Medicaid's discretion would be another

10    source of information it could consider?

11          A.    You mean, if we hired them or -- you

12    mean, in the past?

13          Q.    In the past when Oklahoma Medicaid did

14    hire Myers & Stauffer.

15          A.    Sure.

16          Q.    And when Oklahoma Medicaid makes

17    decision regarding its prescription drug payment

18    rates and dispensing fees, it also draws upon the

19    expertise of the people working for the state;

20    correct?

21          A.    Correct.

22          Q.    Ultimately the payment rate that is

6c588002-4fee-44ed-96a2-898548fcdd31

Oklahoma City, OK

Page 224

1   adopted is a decision that the state makes;

2   correct?

3        A.   Correct.

4        Q.   For instance, Oklahoma Medicaid chooses

5   for itself whether to reimburse providers based

6   on AWP minus a discount; correct?

7        A.   Correct.

8        Q.   Oklahoma Medicaid is not required to

9   use AWP as a bench mark in its reimbursement

10  formula?

11       A.   That's correct.

12       Q.   Oklahoma Medicaid could choose to

13  reimburse providers based on WAC, if it wanted

14  to; correct?

15       A.   Correct.

16       Q.   Oklahoma Medicaid could choose to

17  reimburse providers based on an actual

18  acquisition cost, if it wanted to; correct?

19       A.   Correct.

20       Q.   There are several constituencies

21  outside of the Medicaid agency that have strong

22  interests in what decisions are made within the

6c588002-4fee-44ed-96a2-898548fcdd31

OK Health Care Authority (Nancy Nesser)                    December 12, 2008
Oklahoma City, OK

Page 225

1    agency about prescription drugs; correct?

2         A.    Correct.

3         Q.    In the case of Oklahoma Medicaid, some

4    of those constituency groups are providers;

5    correct?

6         A.    Correct.

7         Q.    And that includes pharmacists; correct?

8         A.    Correct.

9         Q.    Does Oklahoma consult with any pharmacy

10   associations in general when setting policies or

11   rates for reimbursement of prescription drugs?

12        A.    Yes.

13        Q.    Which pharmacy associations?

14        A.    We consult with the Oklahoma

15   Pharmacists Association, and there's another

16   group called Pharmacy Providers of Oklahoma.

17        Q.    And how does Oklahoma consult with the

18   Oklahoma Pharmacists Association and Pharmacy

19   Providers of Oklahoma?

20        A.    We usually have a meeting with them, a

21   face-to-face.

22        Q.    And what's discussed at those meetings

6c588002-4fee-44ed-96a2-898548fcdd31

Page 226

1    about reimbursing for prescription drugs?

2         A.   Just whatever the issue is.  I mean,

3    they're -- they're pretty focused meetings.

4         Q.   How often do these meetings or

5    communications occur?

6         A.   They've probably occurred maybe once a

7    year since I've been there.  Maybe twice if

8    there's either a -- some legislative proposal or,

9    you know, from any of them or from someone else.

10   We might meet with them for that.

11        But yet they're not -- they're not,

12   like, monthly or anything regularly scheduled.

13        Q.   You wouldn't consider that there's

14   anything improper about pharmacies expressing

15   their opinions about regulations that affect

16   them, would you?

17        A.   No.

18        Q.   Providers had an interest in keeping

19   reimbursement high because they're in the

20   business to make some sort of profit; correct?

21        MR. MAO:  Objection, form.

22        THE WITNESS:  Correct.

6c588002-4fee-44ed-96a2-898548fcdd31