# Exhibit 58

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

# Myers and Stauffer LC

### Certified Public Accountants

**MEMORANDUM**

**TO:**    M.J. Terrebonne

**FROM:**    Jason Marks

**DATE:**    March 23, 1999

**SUBJECT:** **Preliminary** Acquisition Cost Study Findings



EXHIBIT

*ABBOTT*

*1052*

At your request, we have summarized preliminary findings from the pharmacy acquisition cost study with the Department of Health and Hospitals. The information presented is based on our initial analysis, and is part of a more comprehensive review still in progress. The scope of this preliminary analysis is limited to brand name drugs that do not have Federal Upper Limit (FUL) or Louisiana Maximum Acquisition Cost (LMAC) prices associated with them.

### Survey Methodology

Myers and Stauffer randomly selected 50 pharmacies to participate in the acquisition cost survey. These pharmacies were requested to submit invoices for drug purchases from wholesalers and manufacturers. Twenty-five of the pharmacies were to provide invoices from May 1998, and the rest were to provide invoices from November 1998. Invoices from 41 pharmacy providers were received by the cut-off date and are included in this preliminary analysis. These 41 pharmacies are representative of the mix of chain and independent pharmacies found in the overall population of Louisiana Medicaid providers.

From these invoices, the drug purchase date, NDC number, drug name, strength, package size, quantity purchased, and extended price paid were entered into a database. The database was then carefully reviewed and edited to eliminate data entry errors. A total of 39,228 invoice line items were entered. Of these, 10,295 line items matched a list of the top 300 brand name drugs (as measured by Medicaid expenditures in calendar 1998).

Statistical analyses were then performed on the acquisition cost as a percentage of Average Wholesale Price (AWP) for these high volume brand name drugs. Early analysis has focused on the acquisition cost associated with specific brand name drug products, and acquisition cost associated with each of the pharmacies in the sample.

**JD-SUB-LA-000218**

The survey does not take into consideration the cost of out-of-date drugs. In most cases, these may be returned for credit. However when out-of-date drugs are disposed of by the pharmacy (and not returned), this could represent an additional cost that was not considered in the findings presented below.

**Preliminary Findings**

The resulting preliminary analysis on the 41 pharmacies in the sample yields these observations:

- For the 41 pharmacies in the sample, acquisition cost as a percent of AWP (for brand name drugs) ranged from 79.7% to 85.0%. The average acquisition cost was 83.0%, with a standard deviation of 1.6% (Exhibit A).

- Some (but not all) chain pharmacies operate their own wholesale warehouses. The wholesale prices indicated on these "internal" invoices do not reflect a true arms-length transaction. In some cases, chain internal invoices showed higher prices than independent wholesalers charged for the same drug product and in other cases, it was less. Within a certain range, chains operating their own warehouses can establish prices such that revenues are shifted between different levels of their business. We therefore accord less weight to the pricing presented on internal invoices in our analysis of study findings.

- The distribution of the pharmacy acquisition costs as a percent of AWP was tri-modal in nature with pharmacies clustering around the 84 to 85%, 82 to 83% and 79 to 81% ranges (Exhibit B). Most independent pharmacies, 16 out of the 21, had average acquisition costs as a percent of AWP in the narrow range between 83.0% and 84.6% (Exhibit A).

- **No pharmacy in the sample has an average acquisition cost for Medicaid drugs above 85% of AWP.** However, if average acquisition costs are assumed to be normally distributed, it is likely that some pharmacies not in the sample would have average acquisition costs for Medicaid drugs above 85%. A statistical probability distribution estimates that the proportion of pharmacies in the entire population with average acquisition costs above 85% of AWP is less than 11% (Exhibit F). Less than 2% of pharmacies are likely to incur average acquisition costs above 86% of AWP for Medicaid drugs.

- From the top 300 brand name drugs, there were 266 drug products that were matched to three or more purchases. Of these 266 products, average acquisition costs as a percent of AWP for brand name drugs ranged from 74.2% to 86.1% with an average acquisition cost of 82.6%, and standard deviation of 1.9% (Exhibit C.)

- The relatively tight distribution of individual brand name drug products suggests that approximately 95% of all brand name drug products could be purchased at an average cost of

JD-SUB-LA-000219

86% of AWP or lower.  Almost 99% of drug products could be purchased at an average cost of 87% of AWP or lower (Exhibit C and D.)

- A small number of brand drug products were found to have average acquisition costs at or above 85% of AWP.  As shown on Exhibit E, these items account for less than 2% of all Medicaid volume.

**Summary**

The average acquisition cost  for Medicaid drugs was found to be AWP less 17.4% (i.e., 82.6% of AWP, as shown on Exhibit C).

As we discussed last week, these observations are preliminary, and are part of our continuing study of pharmacy costs in Louisiana.   Please note that further analysis may yield additional observations that serve to attenuate these findings.   Nevertheless, we are confident in the reliability and accuracy of the analysis and findings presented herein, and are ready to discuss this issue with you at your convenience.

JD-SUB-LA-000220

# Average Discount from AWP by Pharmacy
# Brand Name Drugs Only

Exhibit A

| Assigned Number | Chain | Urban | Number of Observations | Average Acquistion Cost |
|---|---|---|---|---|
| A | B | C | D | E |
| 7934 | | X | 116 | 85.0% |
| 5473 | X | | 7 | 84.7% |
| 3593 | X | X | 203 | 84.7% |
| 7004 | X | X | 511 | 84.6% |
| 6101 | X | X | 829 | 84.6% |
| 8735 | | X | 115 | 84.6% |
| 5737 | | X | 140 | 84.6% |
| 0958 | | | 237 | 84.6% |
| 0192 | | | 153 | 84.5% |
| 5154 | X | X | 436 | 84.5% |
| 4037 | | | 183 | 84.5% |
| 3499 | | X | 202 | 84.4% |
| 8547 | | X | 281 | 84.4% |
| 0825 | | | 99 | 84.3% |
| 2196 | | | 272 | 84.1% |
| 3637 | | | 290 | 84.0% |
| 8663 | | | 178 | 83.9% |
| 4962 | | X | 192 | 83.9% |
| 2179 | | | 215 | 83.6% |
| 6218 | | | 146 | 83.5% |
| 5635 | | X | 281 | 83.0% |
| 0675 | | | 278 | 83.0% |
| 1351 | X | X | 324 | 82.9% |
| 6163 | | | 211 | 82.9% |
| 8355 | X | X | 425 | 82.9% |
| 9567 | X | X | 380 | 82.9% |
| 5664 | X | X | 474 | 82.9% |
| 7323 | | X | 321 | 82.7% |
| 1139 | X | X | 145 | 82.4% |
| 9876 | | X | 180 | 82.4% |
| 3926 | X | X | 199 | 82.2% |
| 3016 | X | X | 544 | 82.2% |
| 9470 | X | X | 337 | 82.0% |
| 1609 | X | X | 245 | 82.0% |
| 7970 | X | X | 234 | 81.9% |
| 4652 | X | X | 103 | 80.1% |
| 0835 | X | X | 157 | 80.0% |
| 5060 | X | X | 181 | 79.9% |
| 3531 | X | X | 165 | 79.8% |
| 6592 | X | X | 181 | 79.8% |
| 6638 | | X | 123 | 79.7% |

| Number of Stores | 41 |
|---|---|
| Average | 83.0% |
| Standard Deviation | 1.6% |
| Maximum | 85.0% |
| Minimum | 79.7% |

**Explanation of Columns**

A. Random number assigned to pharmacy

B. An "X" in this column indicates that the pharmacy was part of a chain organization of more than 15 stores.

C. An "X" in this column indicates that the pharmacy is located in an urban area. Each pharmacy's zip code was used to determine the county in which it was located. Counties in a Metropolitan Statistical Area as used by the Health Care Finance Administration were considered urban.

D. Number of invoice line items that matched the list of 600 high volume drugs.

E. Average acquisition cost as a percent of AWP. The average for each pharmacy was weighted by Louisiana Medicaid volume.

JD-SUB-LA-000221

**Exhibit B**



Acquisition Cost by Pharmacy

Store - Histogram Chart 1

3/23/1999

JD-SUB-LA-000222

Myers and Stauffer LC

**Average Discount from AWP by Drug Product**
**Brand Name Drugs Only**

Exhibit C

| Summary of All Brand Drugs Matched with Three or More Observations (266 Indivdual Drug Products) | |
| --- | --- |
| Count | 266 |
| Average | 82.6% |
| Standard Deviation | 1.9% |
| Minimum | 74.2% |
| Maximum | 86.1% |

Detail for Top 20 High Volume Brand Name Drugs

| NDC Number | Description | Number of Observations | Quantity Purchased | Weighted Average | Raw Average | Standard Deviation | Average Actual Acquisition Cost | AWP |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| A | B | C | D | E | F | G | H | I |
| 50458030006 | RISPERDAL 1MG TABLET | 40 | 52 | 84.4% | 84.6% | 1.3% | 1.96050 | 2.32219 |
| 61113074231 | PRILOSEC 20MG CAPSULE SA | 213 | 975 | 84.3% | 84.7% | 1.2% | 3.21000 | 3.80864 |
| 00300304613 | PREVACID 30MG CAPSULE SA | 86 | 118 | 84.1% | 84.5% | 1.3% | 2.96610 | 3.52639 |
| 00087606005 | GLUCOPHAGE 500MG TABLET | 183 | 518 | 84.1% | 84.2% | 1.2% | 0.46140 | 0.54886 |
| 50458033006 | RISPERDAL 3MG TABLET | 9 | 13 | 83.9% | 84.1% | 0.8% | 3.83170 | 4.56439 |
| 00029321120 | PAXIL 20MG TABLET | 88 | 157 | 83.9% | 84.6% | 1.4% | 1.82870 | 2.18013 |
| 00002411760 | ZYPREXA 10MG TABLET | 33 | 49 | 83.9% | 84.2% | 1.3% | 6.86580 | 8.18766 |
| 00002411560 | ZYPREXA 5MG TABLET | 25 | 41 | 83.8% | 84.0% | 1.3% | 4.51170 | 5.38566 |
| 00085045803 | CLARITIN 10MG TABLET | 125 | 300 | 83.7% | 84.8% | 1.5% | 1.78680 | 2.13530 |
| 00071035315 | REZULIN 400MG TABLET | 51 | 93 | 83.7% | 84.0% | 1.1% | 3.96570 | 4.74000 |
| 00045065960 | ULTRAM 50MG TABLET | 109 | 272 | 83.6% | 84.3% | 1.7% | 0.58130 | 0.69524 |
| 00777310502 | PROZAC 20MG PULVULE | 108 | 260 | 83.4% | 83.9% | 0.8% | 2.08600 | 2.50140 |
| 50458043010 | PROPULSID 10MG TABLET | 67 | 150 | 83.1% | 83.9% | 1.5% | 0.62150 | 0.74772 |
| 00026851351 | CIPRO 500MG TABLET | 57 | 72 | 82.8% | 83.3% | 3.4% | 3.20500 | 3.87223 |
| 00006096358 | PEPCID 20MG TABLET | 47 | 83 | 81.3% | 81.4% | 1.1% | 1.38600 | 1.70450 |
| 00069154068 | NORVASC 10MG TABLET | 90 | 137 | 81.0% | 81.3% | 1.2% | 1.76170 | 2.17444 |
| 00069551066 | ZYRTEC 10MG TABLET | 76 | 116 | 81.0% | 81.4% | 1.3% | 1.46760 | 1.81271 |
| 00049490066 | ZOLOFT 50MG TABLET | 76 | 114 | 81.0% | 81.3% | 1.3% | 1.79220 | 2.21373 |
| 00029485120 | RELAFEN 500MG TABLET | 92 | 162 | 80.7% | 81.0% | 1.3% | 0.94890 | 1.17543 |
| 00074621513 | DEPAKOTE 500MG TABLET EC | 45 | 72 | 80.2% | 80.6% | 2.1% | 1.13580 | 1.41550 |

**Explanation of Columns**

A: National Drug Code Number

B: Product Description

C: Number of invoice line items matched.

D: Total quantity of purchases observed in the invoices.

E: Average acquisition cost as a percent of AWP weighted by quantity purchased (e.g. an invoice line item with a purchase of 10 packages of a particular product would be weighted the same as 10 individual purchases.)

F: Raw average acquisition cost as a percent of AWP (each invoice line item weighted identically.)

G: Standard deviation of acquisition cost as a percent of AWP for each invoice line item.

H: Average acquisition cost per unit observed in the invoices.

I: Average of May 1998 and November 1998 AWP per unit weighted by quantity purchased.

JD-SUB-LA-000223



Exhibit D

Acquisition Cost by Drug Product

Average Acquisition Cost as a Percent of AWP

Myers and Stauffer LC

Drug - Histogram Chart 1

JD-SUB-LA-000224

3/23/1999

Exhibit E

Louisiana Medicaid
Pharmacy Acquisition Cost Study

Brand Name Drug Products with Average Acquisition Cost Greater than 85% of AWP

| NDC Number | Description | Number of Observations | Quantity Purchased | Weighted Average | Raw Average | Standard Deviation | Average Actual Acquisition Cost | AWP | Number of Rxs | Reimbursed | Percent of Medicaid Volume |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | B | C | D | E | F | G | H | I | J | K | L |
| 00172055601 | ZYBAN 150MG TABLET SA | 31 | 103 | 85.0% | 84.5% | 1.7% | 1.12920 | 1.32919 | 3,717 | 268,831 | 0.08% |
| 00071015623 | LIPITOR 20MG TABLET | 61 | 82 | 85.0% | 35.7% | 2.3% | 2.39590 | 2.82000 | 10,514 | 915,877 | 0.26% |
| 00088170015 | CARAFATE 1GM/10ML SUSP | 26 | 38 | 85.0% | 84.9% | 1.4% | 0.07020 | 0.08260 | 6,240 | 243,454 | 0.07% |
| 00071015523 | LIPITOR 10MG TABLET | 123 | 217 | 85.0% | 85.8% | 2.2% | 1.55040 | 1.82400 | 28,434 | 1,562,219 | 0.44% |
| 00173038354 | ZANTAC 15MG/ML SYRUP | 17 | 18 | 85.0% | 85.0% | 1.4% | 0.34420 | 0.40477 | 8,908 | 878,757 | 0.25% |
| 00078017605 | LESCOL 20MG CAPSULE | 40 | 41 | 85.1% | 85.1% | 1.1% | 1.06770 | 1.25450 | 5,972 | 238,164 | 0.07% |
| 00088179830 | CARDIZEM CD 300MG CAP SA | 12 | 14 | 85.1% | 84.9% | 1.3% | 2.22010 | 2.60800 | 2,755 | 204,557 | 0.06% |
| 00173010855 | RETROVIR 100MG CAPSULE | 3 | 3 | 85.2% | 85.2% | 1.5% | 1.35730 | 1.59288 | 1,048 | 224,569 | 0.06% |
| 00173063302 | LAMICTAL 25MG TABLET | 3 | 3 | 85.3% | 85.3% | 1.5% | 1.54060 | 1.80720 | 1,336 | 241,482 | 0.07% |
| 00039022310 | AMARYL 4MG TABLET | 36 | 37 | 85.3% | 85.3% | 1.9% | 0.61280 | 0.71880 | 7,958 | 249,401 | 0.07% |
| 00088179730 | CARDIZEM CD 240MG CAP SA | 20 | 32 | 85.4% | 85.6% | 0.8% | 1.69910 | 1.99000 | 3,168 | 166,571 | 0.05% |
| 00682300001 | BACMIN TABLET | 11 | 18 | 85.7% | 85.8% | 2.2% | 0.16120 | 0.18800 | 21,385 | 230,892 | 0.07% |
| 00149071001 | MACROBID 100MG CAPSULE | 20 | 22 | 85.8% | 86.0% | 2.2% | 1.22310 | 1.42490 | 12,618 | 405,659 | 0.11% |
| 50458003505 | DURAGESIC 75MCG/HR PATCH | 5 | 13 | 86.1% | 86.5% | 1.8% | 24.32400 | 28.24320 | 995 | 202,551 | 0.06% |
| | **Total** | | | | | | | | 115,048 | 6,052,984 | **1.70%** |
| | **Total - All Drugs Reimbursed by Louisiana Medicaid - Calendar Year 1998** | | | | | | | | 10,319,500 | 355,179,537 | |

Note: This exhibit only includes drug products with three or more observations

**Explanation of Columns**

A: National Drug Code Number
B: Product Description
C: Number of invoice line items matched
D: Total quantity of purchases observed in the invoices.
E: Average acquisition cost as a percent of AWP weighted by quantity purchased (e.g. an invoice line item with a purchase of 10 packages of a particular product would be weighted the same as 10 individual purchases.)
F: Raw average acquisition cost as a percent of AWP (each invoice line item weighted identically.)

G: Standard deviation of acquisition cost as a percent of AWP for each invoice line item.
H: Average acquisition cost per unit observed in the invoices.
I: Average of May 1998 and November 1998 AWP per unit weighted by quantity purchased.
J: Number of prescriptions reimbursed by Louisiana Medicaid in calendar year 1998.
K: Medicaid expenditures in calendar year 1998.
L: Percent of total Medicaid drug expenditures in calendar year 1998.

JD-SUB-LA-000225

3/23/1999

Exhibit F

JD-SUB-LA-000226

3/23/1999

## Average Discount from AWP by Pharmacy
## Brand Name Drugs Only
## External Invoices Only

| Assigned Number | Chain | Urban | Number of Observations | Average Acquisition Cost |
|---|---|---|---|---|
| A | B | C | D | E |
| 6638 | | X | 123 | 79.7% |
| 7970 | X | X | 234 | 81.9% |
| 1609 | X | X | 245 | 82.0% |
| 9470 | X | X | 337 | 82.0% |
| 3016 | X | X | 544 | 82.2% |
| 3926 | X | X | 199 | 82.2% |
| 9876 | | X | 180 | 82.4% |
| 1139 | X | X | 145 | 82.4% |
| 7323 | | X | 321 | 82.7% |
| 6163 | | | 211 | 82.9% |
| 0675 | | | 278 | 83.0% |
| 5635 | | X | 281 | 83.0% |
| 6218 | | | 147 | 83.5% |
| 2179 | | | 215 | 83.6% |
| 4962 | | X | 192 | 83.9% |
| 8663 | | | 178 | 83.9% |
| 6101 | X | X | 13 | 83.9% |
| 3637 | | | 290 | 84.0% |
| 2196 | | | 272 | 84.1% |
| 0825 | | | 99 | 84.3% |
| 8547 | | X | 281 | 84.4% |
| 3499 | | X | 202 | 84.4% |
| 4037 | | | 183 | 84.5% |
| 0192 | | | 153 | 84.5% |
| 0958 | | X | 237 | 84.6% |
| 5737 | | X | 140 | 84.6% |
| 8735 | | X | 115 | 84.6% |
| 5473 | X | | 7 | 84.7% |
| 7934 | | X | 116 | 85.0% |
| 3593 | X | X | 39 | 85.3% |
| Average | | | | 83.5% |
| Count | | | | 30 |
| Standard Deviation | | | | 1.2% |
| Maximum | | | | 85.3% |
| Minimum | | | | 79.7% |

### Probability Distribution

| Acquisition Cost | Z Value | Probability |
|---|---|---|
| F | G | H |
| 88.0% | 3.66 | 100.0% |
| 87.5% | 3.26 | 99.9% |
| 87.0% | 2.86 | 99.8% |
| 86.5% | 2.45 | 99.3% |
| 86.0% | 2.05 | 98.0% |
| 85.5% | 1.64 | 95.0% |
| 85.0% | 1.24 | 89.3% |
| 84.5% | 0.84 | 79.9% |
| 84.0% | 0.43 | 66.7% |
| 83.5% | 0.03 | 51.2% |
| 83.0% | -0.37 | 35.4% |

### Explanation of Columns

A. Random number assigned to pharmacy

B. An "X" in this column indicates that the pharmacy was part of a chain organization of more than 15 stores.

C. An "X" in this column indicates that the pharmacy is located in an urban area. Each pharmacy's zip code was used to determine the county in which it was located. Counties in a Metropolitan Statistical Area as used by the Health Care Finance Administration were considered urban.

D. Number of external invoice line items that matched the list of 600 high volume drugs.

E. Average acquisition cost as a percent of AWP for external invoices only. The average for each pharmacy was weighted by Louisiana Medicaid volume.

F. Acquisition cost as a percent of AWP.

G. Acquisition cost represented in terms of the standard normal distribution; the number of standard deviations from the mean.

H. Probability associated with the "Z value"; the expected percentage of pharmacies with acquisition costs less than or equal to the specified level.

Myers and Stauffer LC

Exhibits.xls [Store - External Invoices]

Attachment 4

# MEDICAID OF LOUISIANA DISPENSING COST SURVEY

### POSTLETHWAITE & NETTERVILLE, APAC
8550 United Plaza Blvd., Suite 1001
Baton Rouge, Louisiana  70809

Under contract with the Louisiana Department of Health and Hospitals
Bureaus of Health Services Financing

Note:  Please return the completed survey by September 27, 1993.
Please read all instructions thoroughly before completing this questionnaire.
Please print.
Please round all amounts listed to the nearest dollar.
Please call (504) 922-4600 in Baton Rouge or toll free (800) 345-8435 if you need assistance completing this form.
Line reference numbers from your Federal income tax return are listed in the left column to aid in completing this form.

Please complete the financial and usual and customary charges data listed below for your complete fiscal year ended between April 1, 1992 and March 31, 1993.  This data can be obtained from Federal tax returns and/or financial statements, if available.

## PART I - GENERAL INFORMATION

Name of Pharmacy _____

Street Address _____

Parish _____

City _____ State _____ Zip Code _____

Telephone No. (including area code) (_____) _____

Tax/fiscal year ending   Month _____ Day _____ Year 19_____

If reporting on less than 12 months of operations, number of months in report _____

Louisiana Medicaid Provider Number _____

Contact Individual for Pharmacy _____

| For Office Use Only | |
|---|---|
| Date Received | _____ |
| Date Reviewed | _____ |
| Date Entered | _____ |
| Survey Number | _____ |

JD-SUB-LA-000227

Survey Number _____

## PART II - SALES, COST OF GOODS SOLD AND FLOOR SPACE

Line   1992 - Tax Form
No.    Line Reference

| 1040 | 1065 | 1120 | 1120S |
|------|------|------|-------|

|   |   |   |   |   |   | Prescription Only | Total Store Including Prescription |
|---|---|---|---|---|---|---|---|
| (1) | 3 | 1c | 1c | 1c | Gross Sales | $_____ | $_____ |
| (2) | 4 | 2 | 2 | 2 | Cost of Goods Sold | $_____ | $_____ |
| (3) |   |   |   |   | Floor Space - (Retail area only, exclude storage area) | _____ sq. ft. | _____ sq. ft. |
|   |   |   |   |   | Receiving Area | _____ sq. ft. | _____ sq. ft. |

Note:   Please do not estimate the floor space.
Please measure the floor space as accurately as possible.

## PART III - EXPENSES

A.   Salary and Wages

Note:  Please list each person separately under the Owner, Professional and Non-Professional categories (attach a separate schedule if necessary).  Do not list each person separately under the Other Employee category.

| Line No. | | No. of Works Employed | Annual Salary, Wages and/or Guaranteed Payment | Percent of Prescriptions Depensed by each RPH | Prescription Department Including Medicaid Billing | Other TPL Filing and collection activities | Other Store Activities | Total Store |
|---|---|---|---|---|---|---|---|---|
| | | | | | Estimated Weekly Hours | | | |
| (4) | Owner (Sole Proprietor, Partner, Stockholders) | | | | | | | |
| (5) | | | | | | | | |
| (6) | Professional | | | | | | | |
| (7) | | | | | | | | |
| (8) | | | | | | | | |
| (9) | Interns | | | N/A | | | | |
| (10) | Non Professional (including Delivery Personnel) | | | N/A | | | | |
| (11) | | | | N/A | | | | |
| (12) | | | | N/A | | | | |
| (13) | | | | N/A | | | | |
| (14) | Other Employees (includes Non-Prescription Personnel) | | N/A | N/A | N/A | N/A | N/A | N/A |
| (15) | Total Salaries/Wages | | * | 100% | *(To be included on Line (16)) | | | |

- B - 6 -

JD-SUB-LA-000228

**B.   Overhead Expenses**

| | | | | | |
|---|---|---|---|---|---|
| Line<br>No. | 1992 - Tax Form<br>Line Reference | | | | **Amount** |

| | 1040 | 1065 | 1120 | 1120S | |
|---|---|---|---|---|---|
| | | | 12 | 7& | |

| | 1040 | 1065 | 1120 | 1120S | | |
|---|---|---|---|---|---|---|
| (16) | 26 | 9a | 13a | 8a | Salaries & Wages . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ \_\_\_\_\_ |
| (17) | 13 | 16 | 20 | 14 | Depreciation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| | 23 | 13 | 17 | 12 | Taxes | |
| (18) | | | | | (a)  Personal Property Taxes Paid . . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (19) | | | | | (b)  Real Estate Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (20) | | | | | (c)  Payroll Taxes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ \_\_\_\_\_ |
| (21) | | | | | (d)  Sales Tax . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (22) | | | | | (e)  State Income Tax (if you business is a corporation) . . . . . . . . . . | \_\_\_\_\_ |
| (23) | | | | | (f)  Any other taxes (specify each type and amount) | |
| | | | | | (Attach a schedule if necessary) . . . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| | 20 | 13 | 16 | 11 | Rent | |
| (24) | | | | | (a)  Building Rent . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (25) | | | | | (b)  Equipment and Other . . . . . . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (26) | 21 | 11 | 14 | 9 | Repairs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (27) | 15 | 19 | 26 | 19 | Insurance | |
| (28) | | | | | (a)  Workmen's Compensation . . . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (29) | | | | | (b)  Employee Medical Premiums . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (30) | | | | | (c)  Building and Contents . . . . . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (31) | | | | | (d)  Professional Liability . . . . . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (32) | | | | | (e)  Delivery Vehicles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (33) | | | | | (f)  Other Automobiles . . . . . . . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (34) | | | | | (g)  Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (35) | 16 | 15 | 18 | 13 | Interest . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (36) | 17 | 20 | 26 | 19 | Legal and Professional Fees . . . . . . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (37) | 27 | 20 | 26 | 19 | Dues and Publications - Rx Department . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (38) | | | | | - Other . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (39) | 9 | 12 | 15 | 10 | Bad Debts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (40) | - | - | 19 | - | Charitable Contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (41) | 27 | 20 | 26 | 19 | Telephone . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (42) | 25 | 20 | 26 | 19 | Heat, Water, Lights . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (43) | 22 | 20 | 26 | 19 | Operating and Office Supplies (Do not include Rx containers and labels) . . . . . . . . . | \_\_\_\_\_ |
| (44) | 8 | 20 | 23 | 16 | Advertising . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (45) | 27 | 20 | 26 | 19 | Rx Computer Expenses (see instructions) . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (46) | 27 | 20 | 26 | 19 | Rx Delivery Expenses (see instructions) . . . . . . . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (47) | 27 | 20 | 26 | 19 | Rx Containers and labels (leave blank unless you have<br>complete information on this cost - see instructions) . . . . . . . . . . . . . . | \_\_\_\_\_ |
| (48) | 27 | 20 | 26 | 19 | Other Business Expenses not included elsewhere on this survey.<br>(Attach schedule if necessary - Specify each item with the corresponding amount) . . . . | \_\_\_\_\_ |
| (49) | | | | | _____ | \_\_\_\_\_ |
| (50) | | | | | _____ | \_\_\_\_\_ |
| (51) | | | | | _____ | \_\_\_\_\_ |
| (52) | | | | | Total Overhead Expenses [Add lines (16) through (51)] . . . . . . . . . . . . . . . . | $ \_\_\_\_\_ |

- B - 7 -

JD-SUB-LA-000229

**C.   Reconciliation of Survey and Tax Return/Financial Statements**

| Line No. | 1992 - Tax Form Line Reference | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1040 | 1065 | 1120 | 1120S | | Column 1 (Survey) | Column 2 (Tax Return/ Financial Statements) |
| (53) | 28 | 21 | 27 | 20 | Total Expenses per Tax Return or Financial Statements | | $_____ |
| (54) | | | | | Total Expenses from Line 52 Survey | $_____ | |
| (55) | | | | | Add:  Expenses and Amounts that are on this Survey but are not on Tax Return (or Books) - Specify _____ | | _____ |
| (56) | | | | | _____ | | _____ |
| (57) | | | | | _____ | | _____ |
| (58) | | | | | Add:  Expenses and Amounts that are on Tax Return (or Books) but are not on this Survey and subtract any tax credits - Specify | _____ | |
| (59) | | | | | _____ | _____ | |
| (60) | | | | | _____ | _____ | |
| (61) | | | | | Total [Add Lines (53) - (60)] Note:  Column Totals Should Be Equal | $_____ | $_____ |
| (62) | 7 | 8 | 11 | 6 | Total Revenue per Tax Return of Financial Statements | | $_____ |
| (63) | | | | | Gross Sales per Line 1 of Survey | $_____ | |
| | | | | | Add:  Revenue Items and Amounts that are on the Tax Return (or Books) but are not on this Survey - Specify | | |
| (64) | | | | | _____ | _____ | |
| (65) | | | | | _____ | _____ | |
| (66) | | | | | _____ | _____ | |
| | | | | | Add:  Revenue Items and Amounts that are on the Survey but not on the Tax Return (or Books) - Specify | | |
| (67) | | | | | _____ | | _____ |
| (68) | | | | | _____ | | _____ |
| (69) | | | | | Totals [Add Lines (62) - (68)] Note:  Column Totals Should Be Equal | $_____ | $_____ |

- B - 8 -

JD-SUB-LA-000230

# PART IV - OTHER FACTORS AFFECTING COST

Note: Unless indicated, please only check one answer.

(1) Type of Ownership:
   (a) ☐ Individual
   (b) ☐ Partnership
   (c) ☐ Corporation
   (d) ☐ Other - (Please Specify) _____
   _____

(2) Location of Pharmacy:
   (a) ☐ Downtown Location
   (b) ☐ Shopping Center
   (c) ☐ Medical Office Building (includes Pharmacy located within a clinic)
   (d) ☐ Other - (Please Specify) _____

Also, please indicate:
   (e) ☐ Rural Area
   (f) ☐ Urban Area

(3) Ownership Affiliation:
   (a) ☐ Independent (1-4 units)
   (b) ☐ Chain Unit (5-14 units)
   (c) ☐ Chain Unit (15 units or more)

(4) Years in Operation at Present Location
   (a) ☐ 0-1 Year   (d) ☐ 5-10 Years
   (b) ☐ 1-3 Years   (e) ☐ Over 10 Years
   (c) ☐ 3-5 Years   # of Years, if Over 10 _____

(5) Building Ownership:
   (a) ☐ Own
   (b) ☐ Rent

(6) Billing System for Medicaid Fee Reimbursement:
   (a) ☐ Tape to Tape System
   (b) ☐ Other Automated Billing System
   (c) ☐ Manual System
   (d) ☐ Floppy Disk

(7) What percent of total prescriptions filled are delivered? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ %

(8) Are you presently providing intravenous (I.V.), total parenteral nutrition (TPN) and/or enteral nutrition services? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

(9) Do you dispense Medicaid-covered drugs which are administered by a physician (i.e., drug products which are not self-administered)? . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

(10) Do you provide 24-hour emergency service? . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

(11) Do you provide pharmaceutical services to long term care facilities? . . . . . . . . . . . . . . . . ☐ Yes ☐ No
   If yes, please indicate the prescription volume (dollars) attributable to nursing home residents expressed as a percent of total prescriptions filled (dollars)(a ÷ c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____ %
   (a) Nursing Home. . . . . . . . . . . . . . . . . . .   $_____
   (b) Other Prescriptions . . . . . . . . . . . . . . .   $_____
   (c) Total Prescriptions . . . . . . . . . . . . . . .   $_____

(12) If your answer to (11) is yes, which type of service do you provide:
   (a) Full 24-hour unit dose . . . . . . . . . . . .   ☐
   (b) Modified unit dose . . . . . . . . . . . . . .   ☐
   (c) Traditional . . . . . . . . . . . . . . . . . . . . .   ☐

(13) How many hours a week is your pharmacy open? . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

(14) List the total number of all prescriptions dispensed during the year as follows:

|  | General Public | Medicaid | Other Third Party | Total | Generic | Brand Name |
|---|---|---|---|---|---|---|
| New |  |  |  |  |  |  |
| Refill |  |  |  |  |  |  |
| Total |  |  |  |  |  |  |

(See Instructions)

(15) What method do you employ to recognize income?
   (a) ☐ Cash
   (b) ☐ Accrual

(16) What percentage of telephone expenses (Part III, line 41) are related to prescriptions drugs? . . . _____ %

(17) What percentage of delivery expenses (Part III, line 46) are related to prescription drugs? . . . . _____ %

- B - 9 -

JD-SUB-LA-000231

## PART V - LOUISIANA USUAL AND CUSTOMARY
## PRESCRIPTION CHARGES SURVEY

On this form please list the indicated information for the first 35 *new* prescriptions dispensed beginning on or after the date listed below.

When listing these prescriptions, do not list Medicaid prescriptions, compounded, over-the-counter, anorexic, cosmetic, cough and cold, or insulin and diabetic supply prescriptions. Simply skip these and proceed to the next new prescription. All other new prescriptions must be listed - including loss leaders, special rates, sale prices, and controlled substances.

If the NDC number for a given drug cannot be found, list the name of the manufacturer and package size dispensed.

When giving the quantity, use the metric unit of issue used for requesting reimbursement for Medicaid prescriptions.

Acquisition cost shall be defined as the cost you have incurred for a drug after all discounts with the exception of cash discounts for prompt payment. If this information is not readily available, please leave this column blank.

The selling price should be the amount charged before co-pay in the case of third party prescriptions.

For all third party prescriptions which fall within this survey of 35 prescriptions, please indicate this in the designated column and complete the information for that prescription on the following page (See example).

This page contains the first 35 *new* Rx's beginning on:  8/15/92

| | Your Rx Number | Name and Strength of Drug | NDC Number Mfr. | Drug | Pkg. | Quantity Filled Use Medicaid Metric Unit | Acquisition Cost (See Note) | Actual Selling Price of this Prescription | | Third Party Rx |
|---|---|---|---|---|---|---|---|---|---|---|
| Ex | 12345 | Amoxil 250/ | 000029 | 6009 | 22 | 150 | | 8 | 95 | X |
| 1 | | | | | | | | | | |
| 2 | | | | | | | | | | |
| 3 | | | | | | | | | | |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |
| 30 | | | | | | | | | | |
| 31 | | | | | | | | | | |
| 32 | | | | | | | | | | |
| 33 | | | | | | | | | | |
| 34 | | | | | | | | | | |
| 35 | | | | | | | | | | |
| | | | | - B - 10 - | | | Page Total | | | |

JD-SUB-LA-000232

## PART VI - OTHER THIRD PARTY PLANS

Please list the following information for all prescriptions included in the Usual and Customary Prescription Charges Survey which were reimbursed by a third party plan other than Medicaid.

|  | Plan Name | Plan Number | Reimbursement Methodology |
|---|---|---|---|
| Example | PCS | 405 | AWP-10.5% + $3.75 |
| 1 |  |  |  |
| 2 |  |  |  |
| 3 |  |  |  |
| 4 |  |  |  |
| 5 |  |  |  |
| 6 |  |  |  |
| 7 |  |  |  |
| 8 |  |  |  |
| 9 |  |  |  |
| 10 |  |  |  |
| 11 |  |  |  |
| 12 |  |  |  |
| 13 |  |  |  |
| 14 |  |  |  |
| 15 |  |  |  |
| 16 |  |  |  |
| 17 |  |  |  |
| 18 |  |  |  |
| 19 |  |  |  |
| 20 |  |  |  |
| 21 |  |  |  |
| 22 |  |  |  |
| 23 |  |  |  |
| 24 |  |  |  |
| 25 |  |  |  |
| 26 |  |  |  |
| 27 |  |  |  |
| 28 |  |  |  |
| 29 |  |  |  |
| 30 |  |  |  |
| 31 |  |  |  |
| 32 |  |  |  |
| 33 |  |  |  |
| 34 |  |  |  |
| 35 |  |  |  |

JD-SUB-LA-000233

# DECLARATION BY OWNER AND/OR PREPARER

I certify that, to the best of my knowledge and belief, the accompanying survey, usual and customary prescription charges, and other third party plan information supplied is complete, accurate and in agreement with either the Federal income tax return or financial statements and other financial and demographic data sources I maintain.


_____          _____
Owner Signature                      Date


_____          _____
Preparer Signature (Other than Owner)   Date


_____
Preparer's Street Address        City           State           Zip


- B - 12 -

JD-SUB-LA-000234