# Exhibit 60

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS


Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

--------------------------------X

IN RE: PHARMACEUTICAL INDUSTRY    ) MDL No. 1456

AVERAGE WHOLESALE PRICE           ) Civil Action No.

LITIGATION                        ) 01-12257-PBS

--------------------------------X

THIS DOCUMENT RELATES TO:         ) Hon. Patti B.

United States of America ex rel. ) Saris

Ven-A-Care of the Florida Keys,   )

Inc. v. Dey, Inc., et al., Civil  )

Action No. 05-11084-PBS; and      )

United States of America ex rel. )

Ven-A-Care of the Florida Keys,   )

Inc. v. Boehringer Ingelheim      )

Corp., et al., Civil Action No.   )

07-10248-PBS                      )

--------------------------------X

VIDEOTAPED DEPOSITION OF THE OREGON DEPARTMENT

OF HUMAN SERVICES by KATHY KETCHUM

PURSUANT TO FEDERAL RULE 30(B)(6)

MONDAY, DECEMBER 15, 2008

OR Department of Human Services (Kathy Ketchum)                    December 15, 2008

Salem, OR

27 (Pages 102 to 105)

102

1  executive summary, the second sentence, which
2  reads: "Most states use average wholesale price
3  minus a percentage discount as a basis for
4  reimbursing pharmacies for drug prescriptions.
5  This discount averaged about 10.31 percent
6  nationally in 1999.  We believe it is not a
7  significant discount to ensure that reasonable
8  prices are paid for drugs.  Our review of pricing
9  information from 217 pharmacies in eight states
10  estimated that pharmacy acquisition costs
11  nationwide for generic drugs averaged 65.93
12  percent below AWP."
13      Did I read that correctly?
14      **A.  You did.**
15      MS. SCHNEIDER THOMAS:  Objection, form.
16      THE WITNESS:  You did read that
17  correctly.
18      Q.  BY MR. HEINZ:  And looking at the
19  second page, is it fair to conclude that Mr.
20  Drawbaugh at this time had reviewed this Office
21  of Inspector General's summary that he attaches
22  to his e-mail?

103

1      **A.  He does refer to it in his e-mail.**
2      Q.  And it's fair to conclude that at this
3  time Mr. Drawbaugh, the pharmacy program manager
4  of Oregon Medicaid, was aware that, on average,
5  generic drugs were purchased by pharmacies at an
6  average of AWP minus 65.93 percent?
7      **A.  It does appear that way from the e-**
8  **mail.**
9      Q.  And it's also reasonable to conclude
10  that -- Or strike that.
11      And you would agree with me that AWP
12  minus 65.93 percent is quite a bit lower than the
13  AWP minus 14 percent that he is proposing to CMS
14  in connection with this e-mail?
15      MS. SCHNEIDER THOMAS:  Objection, form.
16      THE WITNESS:  It is lower.  It's an
17  average, though.
18      Q.  BY MR. HEINZ:  And speaking in
19  averages, you would agree with me that an average
20  acquisition cost for generic drugs of AWP minus
21  66 percent is -- is quite a bit lower than AWP
22  minus 14 percent; correct?

104

1      **A.  It is.**
2      MS. SCHNEIDER THOMAS:  Objection, form.
3      THE WITNESS:  AWP minus 65.93 percent
4  is lower than AWP minus 14 percent.
5      Q.  BY MR. HEINZ:  Now, Ms. Ketchum, I want
6  to just drill down a little bit into why -- into
7  that difference that we just were speaking about.
8      Am I correct that Mr. Drawbaugh is
9  conveying this information to CMS in connection
10  with a proposed decrease from AWP minus 13
11  percent to AWP minus 14 percent?
12      **A.  The title does say a request for AWP to**
13  **-- AWP minus 14 percent.**
14      Q.  And were you aware, in this time frame,
15  mid 2002, that Oregon Medicaid was -- had
16  proposed a reduction to AWP minus 14 percent from
17  AWP minus 13 percent?
18      **A.  I am aware, yes.**
19      Q.  Now, given that there is quite a bit of
20  difference between the average acquisition cost
21  of generics, that we've just been discussing, of
22  AWP minus 66 percent as noted in the e-mail and

105

1  the reimbursement of AWP minus 14 percent that
2  Oregon Medicaid was proposing, do you have any
3  understanding as to -- as to -- strike that -- do
4  you have an understanding as to why Oregon
5  Medicaid -- Strike that.
6      AWP minus 14 percent was for the
7  ingredient cost portion of the reimbursement
8  formula that you and I had been discussing
9  earlier; correct?
10      **A.  Yes.**
11      Q.  And with the ingredient cost portion of
12  the reimbursement formula, Oregon Medicaid is to
13  determine its estimated acquisition cost for
14  those drugs purchased by pharmacies; correct?
15      **A.  Yes.**
16      Q.  And at this time, Oregon Medicaid
17  believed that its estimated acquisition cost was
18  AWP minus 14 percent; correct?
19      MS. SCHNEIDER THOMAS:  Objection, form.
20      THE WITNESS:  AWP minus 14 percent is
21  one option.  There were more options in the
22  algorithm; so EAC, or estimated acquisition cost,

OR Department of Human Services (Kathy Ketchum)                December 15, 2008

Salem, OR

28  (Pages 106 to 109)

---

**106**

1  has to be SMAC, FUL, AWP minus 14 percent, usual
2  and customary, billed amount.
3      MR. HEINZ: Okay. Let's take a quick
4  break.
5      THE WITNESS: Okay.
6      THE VIDEOGRAPHER: We're off the
7  record.
8      (Recess.)
9      THE VIDEOGRAPHER: We are back on the
10  record.
11     Q. BY MR. HEINZ: Ms. Ketchum, I'd like
12  you to look back to the first page of Exhibit 6.
13     A. What -- What page, again?
14     Q. The first page of Exhibit 6.
15     A. Okay.
16     Q. Given that Mr. Drawbaugh, at the time,
17  concluded that generic drugs could be purchased
18  on average at AWP minus 66 percent, do you have
19  an understanding as to why Oregon Medicaid only
20  sought a 1 percent reduction in reimbursement to
21  AWP minus 14 percent?
22     MS. SCHNEIDER THOMAS: Objection, form.

---

**107**

1      THE WITNESS: Could you repeat the
2  question again, please.
3      Q. BY MR. HEINZ: Sure. Given that Mr.
4  Drawbaugh in Exhibit 6 explains to CMS that
5  generic drugs can be purchased at AWP minus 66
6  percent, do you have an understanding as to why
7  Oregon Medicaid was only seeking a reduction in
8  reimbursement from AWP minus 13 percent to AWP
9  minus 14 percent?
10     MS. SCHNEIDER THOMAS: Objection, form.
11     THE WITNESS: The AWP minus 65.93
12  percent refers only to generics and does not
13  address the rest of the drug mix.
14     Q. BY MR. HEINZ: To your knowledge, has
15  Oregon Medicaid ever considered a separate
16  reimbursement for generic drugs as opposed to
17  brand name drugs?
18     A. Yes.
19     Q. When did Oregon Medicaid consider that
20  separate reimbursement?
21     A. Well, it's -- it's been part of federal
22  regulations. The federal upper limit, to my

---

**108**

1  knowledge, that goes back to at least upper '90s.
2      Q. Let me back up just a little bit. Has
3  Oregon Medicaid ever considered AWP minus a
4  certain percentage for branded drugs and then a
5  separate AWP minus a different percentage for
6  generic drugs?
7      A. Potentially.
8      Q. Do you recall when they discussed that
9  option?
10     A. No, and I don't -- I don't recall any
11  like formal discussions; but, you know, it makes
12  sense that it could happen.
13     Q. And do you recall why Oregon Medicaid -
14  - Or strike that.
15         Has Oregon Medicaid adopted such an
16  approach in its reimbursement methodology for
17  drugs?
18     A. Not to my knowledge.
19     Q. Do you have any understanding as to why
20  Oregon Medicaid hasn't adopted such a
21  methodology?
22     A. I don't know the reasons why, no.

---

**109**

1      Q. Now, it's fair to conclude from Exhibit
2  6 that Oregon Medicaid knew that its -- that AWP
3  minus 14 percent was above what pharmacies were
4  acquiring generic drugs for?
5      MS. SCHNEIDER THOMAS: Objection, form.
6      THE WITNESS: I -- I don't have direct
7  knowledge of what pharmacies in Oregon were
8  acquiring generic drugs for, so I can't answer
9  that part of the question.
10     Q. BY MR. HEINZ: Well, I'd like you to
11  turn to page 2, and here Mr. Drawbaugh refers to
12  this Office of Inspector General report from
13  2002, which concludes that 65.93 percent below
14  AWP is the average cost to a pharmacy for generic
15  drugs. Correct?
16     MS. SCHNEIDER THOMAS: Objection, form.
17     THE WITNESS: This sentence establishes
18  that it's from 217 pharmacies in eight states.
19     Q. BY MR. HEINZ: But it's fair to
20  conclude -- Strike that.
21         Are you familiar with the Department of
22  Health and Human Services Office of Inspector

---

OR Department of Human Services (Kathy Ketchum)

December 15, 2008

Salem, OR

33   (Pages 126 to 129)

---

**126**

1    Exhibit 7, reads: "The state legislature reviewed
2    this information in making their decision to ask
3    for AWP minus 15 percent on February 11th, 2002.
4    Governor Kitzhaber had this information to review
5    in making this decision.  It was Governor
6    Kitzhaber's decision to change the request to AWP
7    minus 14 percent, to decrease the impact on
8    pharmacies."  Did I read that correctly?
9        A.  You did read that correctly.
10       Q.  And are you aware of the change from
11   the original proposal of AWP minus 15 percent to
12   AWP minus 14 percent at the governor's behest?
13       A.  I don't personally recall that.
14       Q.  And does this document refresh your
15   recollection of that at all?
16       A.  It does not refresh my recollection.  I
17   don't recall it.  It does state -- It states what
18   it states.
19       Q.  And is -- do you have any recollection
20   as to what Mr. Drawbaugh meant when he wrote it
21   was Governor Kitzhaber's decision to change the
22   request to AWP minus 14 percent to decrease the

---

**127**

1    impact on pharmacies?
2        MS. SCHNEIDER THOMAS:  I'm sorry.
3    Could you read that question back, please.
4        THE WITNESS:  Could you read the
5    question back, please.
6        (Record read.)
7        THE WITNESS:  I don't have any
8    recollection of what Mr. Drawbaugh thought.
9        Q.  BY MR. HEINZ:  Reading this document
10   today, do you have an understanding as to what
11   Mr. Drawbaugh -- Strike that.
12       Do you have an understanding as to Mr.
13   -- or Governor Kitzhaber's concerns about the
14   impact on pharmacies of a cut to AWP minus 15
15   percent?
16       MS. SCHNEIDER THOMAS:  Objection, form.
17       THE WITNESS:  I can't testify as to
18   what Governor Kitzhaber was thinking or what his
19   concerns were.
20       Q.  BY MR. HEINZ:  Are you aware of any
21   concerns by Governor Kitzhaber about an impact on
22   pharmacies from a cut in reimbursement to AWP

---

**128**

1    minus 15 percent?
2        A.  I don't recall anything specifically,
3    no.
4        Q.  Do you recall anything generally?
5        A.  I have a vague recollection that he was
6    being lobbied by pharmacy interests.
7        Q.  All right.  Looking back to Exhibit 7,
8    Ms. Ketchum, is it fair to conclude that Oregon
9    Medicaid was in possession of information in 2002
10   that branded drugs and generic drugs were
11   acquired, on average, at less than AWP minus 14
12   percent or AWP minus 13 percent, its current
13   reimbursement rates?
14       A.  That was a long question.  Could you
15   restate it, please.
16       Q.  Is it fair to conclude that, as a
17   result of Exhibit 7, looking at Exhibit 7, that
18   in 2002 Oregon Medicaid was aware that the
19   average acquisition prices for generic drugs and
20   branded drugs was less than its current
21   reimbursement rate of AWP minus 13 percent?
22       MS. SCHNEIDER THOMAS:  Objection, form.

---

**129**

1        THE WITNESS:  I believe that Oregon
2    Medicaid had several sources of information that
3    suggested that acquisition costs were lower than
4    their reimbursement rate.
5        Q.  BY MR. HEINZ:  And, nonetheless, Oregon
6    Medicaid didn't seek a reduction in reimbursement
7    to match those lower acquisition cost averages,
8    did it?
9        MS. SCHNEIDER THOMAS:  Objection, form.
10       MR. DAVIS:  Objection.
11       THE WITNESS:  Oregon Medicaid -- The
12   reimbursement rate of AWP minus 14 is only one
13   method of reimbursement.  It's -- It is the
14   default highest, so it's the lower of AWP minus
15   14, FUL, SMAC, usual and customary, or billed.
16       Q.  BY MR. HEINZ:  Going back to my
17   question, though:  Just looking at AWP minus 13
18   percent or AWP minus 14 percent, Oregon Medicaid
19   -- Strike that.
20       Just looking at the current
21   reimbursement rate at this time of AWP minus 13
22   percent, why didn't, to your knowledge, Oregon

---

OR Department of Human Services (Kathy Ketchum)                December 15, 2008

Salem, OR

34   (Pages 130 to 133)

---

**130**

1 Medicaid meet the -- what it knew to be the
2 acquisition prices on average for branded and
3 generic drugs?
4     **A.  Because it's only --**
5         MS. SCHNEIDER THOMAS:  Objection, form.
6         THE WITNESS:  It is only one method of
7 reimbursement to pharmacies.  There are five
8 others that I've listed previously.
9     Q.  BY MR. HEINZ:  So did Oregon Medicaid
10 expect there to be no reimbursements based on AWP
11 minus 13 percent?
12     **A.  There was percentages based upon AWP**
13 **and percentages based -- paid on FUL and SMAC.**
14     Q.  Do you recall at this time what percent
15 of pharmacy claims were paid based on the AWP
16 minus 13 percent?
17     **A.  I don't recall.**
18     Q.  Do you have a ballpark understanding?
19     **A.  I can't guess at this point, no.**
20     Q.  Would you say it's more than 10
21 percent?
22     **A.  I can't guess.**

---

**131**

1         MR. HEINZ:  All right.  I'd like to
2 mark as Exhibit 8 a document bearing the Bates
3 numbers HHC020-0345 through 46.
4         (Exhibit Roxane-OR 008 marked.)
5     Q.  BY MR. HEINZ:  Have you seen Exhibit 8
6 before, Ms. Ketchum?
7     **A.  I believe so.  I believe it was part of**
8 **the subpoenaed documents.**
9     Q.  And this appears to be another
10 communication from Mr. Drawbaugh to Ms. Garza at
11 CMS; correct?
12     **A.  It does appear that way.**
13     Q.  And you'll see that it notes in the
14 first paragraph that, on July 22nd, 2002, CMS
15 approved the reduction in pharmacy reimbursement
16 from 87 percent to 86 percent; correct?
17     **A.  The sentence says, yes, that Oregon**
18 **received approval from the Centers for Medicare**
19 **and Medicaid Service to reduce the pharmacy**
20 **reimbursement maximum from 87 percent to 86**
21 **percent.**
22     Q.  And you'll agree with me that CMS

---

**132**

1 approved that reduction in reimbursement to AWP
2 minus 14 percent despite having the information
3 that Mr. Drawbaugh conveyed in Exhibit 6 and
4 Exhibit 7 that branded drugs were acquired at, on
5 average, AWP minus 22 percent and generic drugs
6 were acquired, on average, at AWP minus 66
7 percent?
8     **A.  CMS approved the proposal.**
9     Q.  But CMS approved that proposal, am I
10 correct, in light of knowing that generic drugs
11 were acquired, on average, at AWP minus 66
12 percent, as Mr. Drawbaugh conveyed to them in
13 Exhibits 6 and 7?
14         MR. DAVIS:  Objection, form.
15         MS. SCHNEIDER THOMAS:  Object to form.
16         THE WITNESS:  They approved the
17 proposal with the documents that were sent with
18 them.
19     Q.  BY MR. HEINZ:  And I'd like you to look
20 at the rest of the first paragraph there, where
21 Mr. Drawbaugh summarizes the documents that were
22 submitted along with that change from AWP minus

---

**133**

1 13 percent to AWP minus 14 percent.  Correct?
2     **A.  Can you restate that again.**
3     Q.  Sure.  And in paragraph 1, Mr.
4 Drawbaugh summarizes the documents that he
5 submitted in support of the change from AWP minus
6 13 percent to AWP minus 14 percent?
7     **A.  The second sentence lists the documents**
8 **that were submitted with the -- with the**
9 **proposal.**
10     Q.  And in the second paragraph, it reads:
11 "Due to the shortfall in the September 2002
12 forecast, OMAP proposed a reduction of reimburse"
13 -- "of prescription reimbursement ingredient
14 costs from AWP minus 86 percent to AWP minus 13
15 percent"?
16         MS. SCHNEIDER THOMAS:  Objection, form.
17         MR. DAVIS:  Objection.
18     Q.  BY MR. HEINZ:  Or, I'm sorry -- AWP 86
19 percent to AWP minus 83 percent; correct?  I'll
20 just strike that again.
21         The second paragraph explains that, due
22 to a budget shortfall, OMAP proposed a further

---