# Exhibit 61

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

Buska, Jeff - December 14, 2005 09:00:00 a.m.

```
247:1              THE UNITED STATES DISTRICT COURT

   2              FOR THE DISTRICT OF MASSACHUSETTS

   3                         ---oOo---

   4

   5   In re:  PHARMACEUTICAL,         MDL DOCKET NO.

   6   INDUSTRY AVERAGE WHOLESALE      CIVIL ACTION

   7   PRICE LITIGATION                01CV12257-PBS

   8   _____

   9

  10   THIS DOCUMENT RELATES TO:

  11   ALL ACTIONS

  12   _____

  13

  14                        Volume II

  15              DEPOSITION OF JEFF BUSKA

  16                       Taken at

  17                    Law Offices of

  18        Gough, Shanahan, Johnson & Waterman

  19              33 South Last Chance Gulch

  20                   Helena, Montana

  21                  December 14, 2005

  22                       9:00 a.m.
```

Buska, Jeff - December 14, 2005 09:00:00 a.m.

```
248:1    APPEARANCES OF COUNSEL
     2         FOR THE PLAINTIFF:
     3              HAGENS BERMAN SOBOL SHAPIRO LLP
     4                   By: Jeniphr A.E. Breckenridge
     5                   1301 Fifth Avenue, Suite 2900
     6                   Seattle, Washington 98101
     7         FOR THE DEFENDANTS:
     8              PERKINS COIE LLP
     9                   By: Kathleen M. O'Sullivan
    10                   1201 Third Avenue, Suite 400
    11                   Seattle, Washington 98101-3099
    12              MORGAN LEWIS & BOCKIUS LLP
    13                   By: Erica Smith-Klocek
    14                   1701 Market Street
    15                   Philadelphia, Pennsylvania 19103-2921
    16
    17    Appearing Telephonically:
    18              SONNENSCHEIN NATH & ROSENTHAL
    19                   By: Lauren Bush
    20                   1301 K Street, NW
    21                   Suite 600, East Tower
    22                   Washington, DC 20005
```

```
311:1    implemented those, AWP pricing in our payment system,
    2    as to whether it was done before this or -- you know,
    3    so the -- the purpose of this, or whether we were in
    4    the process of considering implementation.  I don't
    5    know the exact time that they were utilized.
    6         Q.   The second and third pages of Exhibit Buska
    7    028 are a survey, Medicaid prescription drug pricing
    8    questions.
    9              Do you know whether Montana filled out this
   10    survey?
   11         A.   I don't know if we did.
   12         Q.   If Montana did fill out the survey, who at
   13    the state most likely would have worked on it?
   14         A.   It would have been Dorothy Poulsen.  Or if
   15    this was during the time period when she had left the
   16    employment of the state, it would have been probably
   17    her successor.
   18              And if there was a time period during the
   19    transition of the positions, it's very possible it
   20    didn't get responded to.
   21         Q.   Did there come a point in time Montana
   22    Medicaid stopped using DOJ AWPs?
```

```
312:1          A.  Yes, I do recall that we did stop using it.
    2          Q.  Do you know roughly when that was?
    3          A.  I don't know exactly when.
    4          Q.  Why did Montana Medicaid stop using those
    5     AWPs?
    6          A.  Because the AW pricing was not being
    7     updated by First Data Bank, and my recollection is
    8     that the drug manufacturers wouldn't respond to their
    9     surveys.
   10          Q.  Do you know whether Montana Medicaid
   11     received information from DOJ that it should not use
   12     the DOJ AWPs for certain drugs?
   13          A.  That it should not use AWP for certain
   14     drugs?  I don't recall anything like that.
   15          Q.  I now want to go back, again, on this topic
   16     3B, the method of calculation of reimbursement to
   17     providers for subject drugs.  And let's take retail
   18     drugs first.
   19              What are the factors that Montana Medicaid
   20     considers in setting the reimbursement rate?
   21          A.  The factors in setting the reimbursement
   22     rate is -- in establishing the rate, you mean, or the
```