# Exhibit 64

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

Case 1:01-cv-12257-PBS   Document 6528-65   Filed 09/22/09   Page 2 of 9

Gorospe, Pharm. D., J. Kevin - Vol. II                             September 22, 2008
                              Sacramento, CA

Page 394

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

------------------------------x

IN RE PHARMACEUTICAL INDUSTRY )

AVERAGE WHOLESALE PRICE       )

LITIGATION                    )

_____)

THIS DOCUMENT RELATES TO      ) MDL No. 1456

State of California, ex rel. ) Civil Action:

Ven-A-Care v. Abbott          ) 01-12258-PBS

Laboratories, Inc., et al.    )

------------------------------x

VOL. II

--oOo--

MONDAY, SEPTEMBER 22, 2008

--oOo--

VIDEOTAPED DEPOSITION OF

J. KEVIN GOROSPE, Pharm.D.

--oOo--

Reported By: CAROL NYGARD DROBNY, CSR No. 4018

Registered Merit Reporter

Case 1:01-cv-12257-PBS   Document 6528-65   Filed 09/22/09   Page 3 of 9

Gorospe, Pharm. D., J. Kevin - Vol. II                     September 22, 2008
                              Sacramento, CA

Page 446

1    A.   Yes.
2    Q.   And I believe the report is dated in
3 2003.
4         Would it have been consistent with your
5 understanding back in 2003?
6    A.   Yes.
7    Q.   Would you have understood that -- those
8 differences in the MAIC programs prior to 2003?
9         MR. PAUL:  Objection to form.
10        THE WITNESS:  Possibly.
11 BY MR. BENNETT:
12   Q.   Do you -- can you ballpark the time
13 frame in which you might have learned when the MAIC
14 pricing programs were different?
15        MR. PAUL:  Objection to form.
16        THE WITNESS:  Late nineties.
17 BY MR. BENNETT:
18   Q.   Did you ever undertake to bring
19 California's MAIC program up to a more -- to a
20 similar level in the managed care setting?
21        MR. PAUL:  Objection to form.
22        THE WITNESS:  Yes.

Case 1:01-cv-12257-PBS   Document 6528-65   Filed 09/22/09   Page 4 of 9

Gorospe, Pharm. D., J. Kevin - Vol. II                September 22, 2008
                            Sacramento, CA

Page 447

1   BY MR. BENNETT:
2        Q.   And when did you undertake to do that?
3        A.   The Department made a recommendation to
4   the administration which carried a -- a budget
5   proposal forward in -- I believe it was -- I can't
6   remember the date, if it was 2002 or 2004 now -- to
7   change how MAIC pricing was set.
8        Q.   And what was the proposed change?
9        A.   The proposed change was to set MAIC
10  pricing on a Wholesale Sales Price.
11       Q.   And was that -- was that change
12  implemented?
13       A.   No.
14       Q.   Why not?
15            Or what happened with that proposal?
16       A.   The Wholesale Sales Price was intended
17  to be a surveyed price with -- through wholesalers
18  that the State would accomplish.
19            During implementation the U.S. Congress
20  put forward a proposal to limit reimbursement for
21  all drugs based on Average Manufacturer's Price,
22  and subsequently -- it was pursuant to, I think,

a39105de-514e-4ced-a538-3196ba1a2531

Case 1:01-cv-12257-PBS   Document 6528-65   Filed 09/22/09   Page 5 of 9

Gorospe, Pharm. D., J. Kevin - Vol. II                    September 22, 2008
                            Sacramento, CA

Page 448

1   the introduction of the 2005 Deficit Reduction Act.
2           Because of that proposal work was stopped
3   on the Wholesale Sales Price.
4       Q.   You referred to the U.S. Congress
5   implementing a change in reimbursement based on
6   Average Manufacturer's Price; is that correct?
7       A.   Yes.
8       Q.   And was -- is that a reference to a
9   change in how the Federal Upper Limit, FUL, or I
10  believe in California it's sometimes referred to as
11  FAC, Federal Allowable Cost -- is that what was
12  being changed by the U.S. Congress?
13      A.   No.
14      Q.   So what was U.S. Congress seeking to --
15  to change in 2005?
16      A.   In the earliest versions of the 2005
17  Deficit Reduction Act they actually had provisions
18  in there that would limit reimbursement for all
19  drugs.
20          Single source drugs and innovator
21  multiple source drugs would have been capped at an
22  Average Manufacture Price, plus a certain

Case 1:01-cv-12257-PBS   Document 6528-65   Filed 09/22/09   Page 6 of 9

Gorospe, Pharm. D., J. Kevin - Vol. II                     September 22, 2008
                              Sacramento, CA

Page 449

1  percentage, and multiple source drugs would have
2  been capped at another -- a different percentage
3  increase.
4       Q.   And because of that work going on in
5  U.S. Congress the efforts to implement the
6  wholesale selling price MAIC Program were stopped?
7       A.   Yes.
8       Q.   So wholesale selling prices were never
9  implemented by Medi-Cal?
10      A.   No, they were not.
11      Q.   How about with respect to the number of
12 drugs that were -- that a MAIC applied to?
13           Did you have an understanding of the
14 percentage of multi-source drugs within the
15 Medi-Cal program as to which a MAIC applied?
16      A.   I don't know that number.
17      Q.   Can you -- something less than a hundred
18 percent of all multi-source drugs?
19      A.   Yes, less than a hundred percent.
20      Q.   Would you say less than 50 percent?
21      A.   I don't know that.
22      Q.   Don't know that.

Case 1:01-cv-12257-PBS   Document 6528-65   Filed 09/22/09   Page 7 of 9

Gorospe, Pharm. D., J. Kevin - Vol. II                September 22, 2008
                              Sacramento, CA

Page 519

1  getting these types of operational instructional
2  letters over to the fiscal intermediary.
3      Q.   And what department would be responsible
4  for that?
5           What department would Loy have worked in?
6      A.   It would have been the Department of
7  Health Services under the -- in your previous
8  structure, the Payments Systems Division -- at the
9  time.
10     Q.   And from your note you said "Here is the
11 copy signed off by Len."
12          Is it correct that that's a reference to
13 Len Terra?
14     A.   Yes, it is.
15     Q.   And is it -- is it correct that you were
16 involved in the -- in the decision not to implement
17 the Medicaid AWP prices?
18     A.   Not necessarily.
19     Q.   Were you involved in the -- in that --
20 in the decision-making process?
21     A.   Yes.
22     Q.   Do you have an understanding for the

Gorospe, Pharm. D., J. Kevin - Vol. II                September 22, 2008
                          Sacramento, CA

Page 520

1    basic reason why the Department didn't implement
2    Medicaid AWPs?
3        A.   Yes.
4        Q.   Can you describe some of those reasons?
5        A.   My recollection is that the -- the
6    Department decided not to implement the AWPs at the
7    time because it was concerned that the
8    reimbursement would not change -- in other words,
9    the AWPs would not change over time as prices
10   increased.
11            Also, that there was a potential that if
12   they -- the prices were lower than acquisition
13   costs to the pharmacies, that the pharmacies
14   wouldn't want to dispense the products.
15       Q.   So you would agree that one of the
16   concerns was access to -- access to care for
17   beneficiaries?
18            MR. PAUL:  Objection to form.
19            THE WITNESS:  Yes.
20   BY MR. BENNETT:
21       Q.   And -- and even after deciding not to
22   implement the Medicaid AWPs the information the

Case 1:01-cv-12257-PBS   Document 6528-65   Filed 09/22/09   Page 9 of 9

Gorospe, Pharm. D., J. Kevin - Vol. II                    September 22, 2008
                            Sacramento, CA

Page 707

1      Q.    And are they all still in effect?
2      A.    No.
3      Q.    Are manufacturers required to report AMP
4   to California as part of entering in to a
5   supplemental rebate contract?
6      A.    Sometimes.
7      Q.    Is it fair to say that absent a contract
8   with a manufacturer for some of its drugs for
9   supplemental rebates that California will not
10  receive AMP from that manufacturer?
11     A.    I'm sorry.
12           Could you restate that.
13     Q.    Absent a contract for -- a contract for
14  supplemental rebates does California receive AMPs
15  from a manufacturer?
16     A.    Not that I know of.
17     Q.    So the only time California receives
18  AMPs from a manufacturer is when there's a
19  supplemental rebate contract in place?
20           MR. BENNETT:  Object to form.
21           THE WITNESS:  Yes.
22  BY MR. PAUL: