# Exhibit 69

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

# ABBOTT

**INTEROFFICE CORRESPONDENCE**

**From:** Cynthia Sensibaugh CBS
Director, Washington Affairs

**Dept:** Washington Office
202/659-8524

**TO:** Don Buell
Michael Heggie
Chris Lockett
Rich Masterson

**DATE:** February 10, 1997

**cc:** Mark Barmak
David Landsidle

**RE:** <u>President's Budget Proposal on Medicare Reimbursement of Outpatient Drugs</u>

*********************Via Fax*********************

As you know, the President included a provision in his FY 1998 budget proposal that would base the Medicare reimbursement for outpatient drugs on acquisition cost rather than AWP. An industry meeting to discuss strategy with regard to this issue has been tentatively scheduled for Thursday, February 20. We would like to get your thoughts on this issue before the meeting. I will call to set up a conference call on Friday or Monday.

Highly Confidential

ABT-DOJ 296012

