# Exhibit 70

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

**ABBOTT**

INTEROFFICE CORRESPONDENCE

From: David W. Landsidle
Divisional Vice President
Washington

Dept: Washington Office

TO: Jose M. de Lasa

DATE: June 5, 1997

cc: D. L. Burnham
G. P. Coughlan
M. E. Barmak
C. M. Brock
H. L. Goldberg
B. J. Smith
S. F. Weinstock

RE: Monthly Highlights — May, 1997
Washington Office

I. TAXES

A. Worked to have an extension of the R&D tax credit in the budget reconciliation act.

B. Worked to keep changes to the Export Source Rule out of the reconciliation act.

II. TRADE

A. Started preparation for Mr. Burnham's testimony on fast-track trade negotiation authority before the Senate Finance Committee.

B. Worked with corporate public affairs staff on an Abbott Issues Monitor focusing on trade.

III. PATENTS

A. Worked on the omnibus patent bill which has now passed both the House and the Senate.

B. Met with staff of Senator Hatch (R-UT), Chairman of the Judiciary Committee, to discuss Hatch-Waxman reform.

IV. HEALTH CARE

A. Held meetings on Capitol Hill in opposition to a proposal to permit state and local governments to buy off the Federal Supply Schedule. The provision was to go into effect in August, but has been delayed until the Fall.

Highly Confidential

ABT-DOJ 295983


EXHIBIT
Plaintiffs 1134
RmJ  7-12-07

V. MEDICARE REFORM

    A. Met with Members of Congress and staff on the issue of Medicare drug reimbursement being changed from average wholesale price to acquisition cost.

    B. Continued discussions with Lab Budget Coalition regarding competitive bidding and costs in reimbursement for lab services.

    C. Worked to include coverage for prostate testing and diabetes test strips and monitors in the Medicare bill.

VI. FDA REFORM

    A. Analyzed Senate FDA reform proposal regarding issues of importance to Abbott.

VII. MEDISENSE

    A. Participated in two-day diabetes education program at the International Diabetes Center in Minneapolis.

VIII. PPD

    A. Participated in ADAP coalition meetings and Hill visits in an effort to secure FY '97 supplemental funding for AIDS drug assistance programs. Began planning strategy for FY '98 appropriations process.

    B. Had discussions with other companies and PhRMA concerning GAO's interest in the industry's experience with state ADAPs.

IX. ROSS

    A. Attended coalition meeting to discuss anti-tampering legislation which Ross believes may help fight diversion of infant formula.

X. AI

    A. Gathered information on status of possible trade sanctions against New Zealand due to anticompetitive practices of its pharmaceutical management agency, PHARMAC.

XI. GOVERNMENT RELATIONS

    A. Hosted two-day joint meeting in Washington of Abbott's federal and state government affairs staffs

    B. Attended First Lady's luncheon hosted by the Congressional Wives Club.

    C. Attended numerous fundraisers..

Highly Confidential