# Exhibit 71

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants



## ABBOTT LABORATORIES

1710 Rhode Island Avenue, N.W. #300  
Washington, DC 20036

Phone: 202/659-8524  
Fax:   202/466-8386

## FACSIMILE COVER SHEET

TO: Mark Bartnik / Loreen Mershimer   DATE: June 4, 1997
    John Campbell / Michael Heggie
    Rich Masterson / Don Buell
    Chris Lockett

FR: David W. Landsidle  ___
    Cynthia Sensibaugh  ✓
    Rosemary Haas       ___
    Sandie Preiss       ___
    Lee Harp            ___
    Lorna Huff          ___

No. of Pages: 23

**Additional Comments:**

House Ways and Means Health Subcommittee provision on AWP. Scheduled to be marked up Wednesday at 4:00 pm. Need your reaction immediately.

Here is the Legislative language on the AWP provision.

Highly Confidential

ABT-DOJ 296121



EXHIBIT Plaintiffs 1133 Rms 7-12-07

93

### Section 10616. Reimbursement for Drugs and Biologicals

*Current Law.* Payment for drugs is based on the lower of the estimated acquisition cost or the national average wholesale price. Payment may also be made as part of a reasonable cost or prospective payment.

*Explanation of Provision.* The provision would specify that in any case where payment is not made on a cost or prospective payment basis, the payment could not exceed 95 percent of the average wholesale price, as specified by the Secretary.

### Section 10617. Coverage of Oral Anti-Nausea Drugs Under Chemotherapeutic Regimen

*Current Law.* Medicare provides coverage for certain oral cancer drugs. The Administration has specified that Medicare will pay for self-administrable oral or rectal versions of self-administered anti-emetic drugs when they are needed for the administration and absorption of primary Medicare covered oral anticancer chemotherapeutic agents when a high likelihood of vomiting exists.

*Explanation of Provision.* The provision would provide coverage, under specified conditions, for an oral drug used as an acute anti-emetic used as part of an anticancer chemotherapeutic regimen. It would have to be administered by or under the supervision of a physician for use immediately before, during or after the administration of the chemotherapeutic agent and used as a full replacement for the anti-emetic therapy which would otherwise be administered intravenously.

The provision would establish a per dose payment limit equal to 90 percent of the average per dose payment basis for the equivalent intravenous anti-emetics administered during the year, as computed based on the payment basis applied in 1996. The Secretary would be required to make adjustments in the coverage of or payment for the anti-nausea drugs so that an increase in aggregate payments per capita does not result.

### Section 10618. Rural Health Clinics (RHCs)

*Current Law.* Medicare establishes payment limits for RHC services provided by independent (RHCs). RHCs, among other requirements, must have appropriate procedures for utilization review of clinic services. The Secretary is required to waive the RHC requirement for certain staffing of health professionals if the clinic has been unable to hire a physician assistant, nurse practitioner, or certified nurse-midwife in the previous nine years. The Secretary is prohibited from granting a waiver to a facility if the request for the waiver is made less than 6 months after the date of the expiration of previous waiver of the facility. RHCs are required to be located in a health professionals shortage area. For RHCs that are in operation and subsequently fail to meet the requirement of being located in a health professions shortage area, the Secretary would be required to

*[handwritten: Ways and Means Health Subcommittee awp language 6/4/97]*

Highly Confidential

ABT-DOJ 296122

93

### Section 10616. Reimbursement for Drugs and Biologicals

*Current Law.* Payment for drugs is based on the lower of the estimated acquisition cost or the national average wholesale price. Payment may also be made as part of a reasonable cost or prospective payment.

*Explanation of Provision.* The provision would specify that in any case where payment is not made on a cost or prospective payment basis, the payment could not exceed 95 percent of the average wholesale price, as specified by the Secretary.

### Section 10617. Coverage of Oral Anti-Nausea Drugs Under Chemotherapeutic Regimen

*Current Law.* Medicare provides coverage for certain oral cancer drugs. The Administration has specified that Medicare will pay for self-administrable oral or rectal versions of self-administered anti-emetic drugs when they are needed for the administration and absorption of primary Medicare covered oral anticancer chemotherapeutic agents when a high likelihood of vomiting exists.

*Explanation of Provision.* The provision would provide coverage, under specified conditions, for an oral drug used as an acute anti-emetic used as part of an anticancer chemotherapeutic regimen. It would have to be administered by or under the supervision of a physician for use immediately before, during or after the administration of the chemotherapeutic agent and used as a full replacement for the anti-emetic therapy which would otherwise be administered intravenously.

The provision would establish a per dose payment limit equal to 90 percent of the average per dose payment basis for the equivalent intravenous anti-emetics administered during the year, as computed based on the payment basis applied in 1996. The Secretary would be required to make adjustments in the coverage of or payment for the anti-nausea drugs so that an increase in aggregate payments per capita does not result.

### Section 10618. Rural Health Clinics (RHCs)

*Current Law.* Medicare establishes payment limits for RHC services provided by independent (RHCs). RHCs, among other requirements, must have appropriate procedures for utilization review of clinic services. The Secretary is required to waive the RHC requirement for certain staffing of health professionals if the clinic has been unable to hire a physician assistant, nurse practitioner, or certified nurse-midwife in the previous nine years. The Secretary is prohibited from granting a waiver to a facility if the request for the waiver is made less than 6 months after the date of the expiration of previous waiver of the facility. RHCs are required to be located in a health professionals shortage area. For RHCs that are in operation and subsequently fail to meet the requirement of being located in a health professions shortage area, the Secretary would be required to

Highly Confidential

ABT-DOJ 296123