# Exhibit 73

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

## ABBOTT LABORATORIES

1710 Rhode Island Avenue, N.W. #300  
Washington, DC 20036

Phone: 202/659-8524  
Fax:   202/466-8386

### FACSIMILE COVER SHEET

TO: Mark Barmak  
    Chris Lockett

DATE: 6/13/97

FR: David W. Landsidle  
    Cynthia Sensibaugh ✓  
    Rosemary Haas  
    Sandie Preiss  
    Lee Harp  
    Lorna Huff

No. of Pages: 3

**Additional Comments:**

Here is the amendment to the awp provision that we will be asking Senators to support. This incorporates the suggestions made by Ann Vickery.

Highly Confidential

ABT-DOJ 296018



EXHIBIT  
Plaintiff's 1137  
RMJ   7-12-07

## Clarification of Reimbursement for Drugs and Biologicals

### Amendment to Section 10616

On page 250[1], line 11, after "payable for the" insert "specific".

On Page 250, line 12, strike the period after "price" and insert "for the specific drug or biological.".

### Explanation

The amendment clarifies that reimbursement for a drug or biological shall be equal to 95 percent of the average wholesale price of the specific drug or biological. Single source drugs and biologicals represent unique chemical or molecular entities which have been shown to be safe and effective. Payment may not be limited to the price of other, "similar" drugs and biologicals.

---

[1] Page reference relates to House Ways and Means Committee Print dated 6/8/97.

Highly Confidential

ABT-DOJ 296016

JUN-09-97 12:36   From:H & H 12E-400           T-081  P.02/02  Job-137

*Ways and Means H.L.C.*
*Full Comm He*

F:\P6\HREC\MCARE\INTRO\WMFULL.001

250

SEC. 10616. REIMBURSEMENT FOR DRUGS AND BIOLOGICALS.

  (a) IN GENERAL.—Section 1842 (42 U.S.C. 1395u) is amended by inserting after subsection (n) the following new subsection:

  "(o) If a physician's, supplier's, or any other person's bill or request for payment for services includes a charge for a drug or biological for which payment may be made under this part and the drug or biological is not paid on a cost or prospective payment basis as otherwise provided in this part, the amount payable for the *specific* drug or biological is equal to 95 percent of the average wholesale price" *for the specific drug or biological*.

  (b) EFFECTIVE DATE.—The amendments made by subsection (a) apply to drugs and biologicals furnished on or after January 1, 1998.

SEC. 10617. COVERAGE OF ORAL ANTI-NAUSEA DRUGS UNDER CHEMOTHERAPEUTIC REGIMEN.

  (a) IN GENERAL.—Section 1861(s)(2) (42 U.S.C. 1395x(s)(2)), as amended by section 10103(a)(1), is amended by inserting after subparagraph (P) the following new subparagraph:

    "(Q) an oral drug (which is approved by the Federal Food and Drug Administration) prescribed for use as an acute anti-emetic used as part of an anticancer chemotherapeutic regimen if the drug is administered by a physician (or under the supervision of a physician)—

      "(i) for use immediately before, immediately after, or at the time of the administration of the anticancer chemotherapeutic agent; and

      "(ii) as a full replacement for the anti-emetic therapy which would otherwise be administered intravenously.".

  (b) PAYMENT LEVELS.—Section 1834 (42 U.S.C. 1395m), as amended by sections 10421(a)(2) and 10431(b)(2), is amended by adding at the end the following new subsection:

    "(m) SPECIAL RULES FOR PAYMENT FOR ORAL ANTI-NAUSEA DRUGS.—

June 8, 1997

Highly Confidential

ABT-DOJ 296017