# Exhibit 74

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

| | |
|---|---|
| **ABBOTT** | **From:** David W. Landsidle<br>Divisional Vice President<br>Washington |
| **INTEROFFICE CORRESPONDENCE** | **Dept:** Washington Office |

TO: Duane L. Burnham                    DATE: June 30, 1997

--------------VIA FAX--------------

RE:   Medicare Drug Reimbursement

    The House and Senate have passed different changes to how Medicare reimburses drugs (i. e., Lupron and Calcijex). The basic change is that future reimbursement will be 95% of average wholesale price (AWP) rather than full AWP. However, the Senate bill has additional language we oppose.

- o The Senate bill makes the reimbursement rate retroactive to May 1, 1997. The reimbursement rate would the AWP on that date. The House bill's effective date is January 1, 1998.

- o The Senate bill says that the amount reimbursed can not exceed the May 1, 1997, amount increased annually by the CPI. The House has no CPI lanuage.

- o The Senate bill calls on the Secretary of HHS to do a study of AWP and report back to Congress within 6 months. This gets HHS looking at prices. The House bill has no such language.

    I am putting together phone calls between you and Ways and Means Chairman Bill Archer (R-TX) and Congressman Denny Hastert (R-IL). Both will be House conferees when the House and Senate meet to reconcile differences. Your message to both men is simple:

- o Abbott thinks the House language providing for Medicare reimbursement of drugs at 95% of AWP, effective January 1, 1998, is much better than the Senate language. It raises $300 million without the unnecessary Senate provisions.

- o Abbott asks that you fight to retain the House language in the conference committee and that Abbott joins you in fighting for their language.

    You should also congratulate both congressmen for putting together legislation that will bring the Federal budget into balance for the first time since 1969. This was a massive undertaking and Archer and Hastert were crucial to the deal being struck.

    Archer will call you. I have given his office your number. I will not know until tomorrow if Hastert will call you or if you are to call him. I will tell Debbie which way it is scheduled and get her a phone number, if necessary.

cc: Mark Barmak

Highly Confidential                                            ABT-DOJ 295996



EXHIBIT
Plaintiffs 1139
RMJ  7-12-07