# Exhibit 75

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants



## ABBOTT LABORATORIES

1710 Rhode Island Avenue, N.W. #300  
Washington, DC 20036

Phone: 202/659-8524  
Fax: 202/466-8386

### FACSIMILE COVER SHEET

TO: Mark Balmak  
    Don Buell  
    Michael Heggie  
    Chris Lockett

DATE: 6/13/97

FR: David W. Landsidle  
    Cynthia Sensibaugh ✓  
    Rosemary Haas  
    Sandie Preiss  
    Lee Harp  
    Lorna Huff

No. of Pages: 3

**Additional Comments:**

Here is the description of the awp language that will be included in the Senate Finance Committee bill. Legislative language will probably not be available until after the Committee considers the bill. At this point, the Committee is scheduled to begin consideration of the bill on Tuesday.

Highly Confidential

ABT-DOJ 296119



additional payment from the beneficiary for the amount of the difference between the Medicare payment and the cost of the enhanced item. The Committee provision provides for the promulgation by the Secretary of consumer protection regulations, at which time this provision becomes effective.

*Effective Date.*--Generally January 1, 1998.

### UPDATES FOR AMBULATORY SURGICAL SERVICES

*Present Law.*--Under current law, payments to ambulatory surgical centers are made of the basis of prospectively determined rates, determined by the Secretary for each covered procedure. Payments are updated annually for inflation.

*Committee Provision.*--The Committee bill would reduce updates for payments to ambulatory surgical centers by two percentage points each year for 1998 through 2002.

*Effective Date.*--January 1, 1998.

### PAYMENTS FOR OUTPATIENT PRESCRIPTION DRUGS

*Present Law.*--Under current law, Medicare provides a very limited outpatient prescription drug benefit (however, Medicare generally pays for drugs provided to a beneficiary while in a hospital). With some exceptions, Medicare pays only for outpatient drugs that cannot be "self-administered" -- for example, drugs that must be administered directly by a physician in his office, such as intravenous drugs for cancer therapy; or require specialized equipment in the home, such as infusion therapy.

*Committee Provision.*--The Committee provision would specify that in any case where payment is not made on a cost or prospective payment basis, the payment could not exceed 95 percent of the average wholesale price, as specified by the Secretary. In any case, the amount payable for any drug or biological shall not exceed the amount paid on January 1, 1997, increased annually by consumer price index.

The Secretary would be required to conduct such studies or surveys to determine the average wholesale price or other appropriate price of outpatient prescription drugs and report to Congress within six months following the date of enactment. If the Secretary further adjusts the payment amounts for outpatient prescription drugs, the Secretary is authorized to pay a dispensing fee to pharmacies.

79

Highly Confidential                                          ABT-DOJ 296120