# Exhibit 77

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

# ABBOTT

August 5, 1997

The Honorable J. Dennis Hastert
2241 Rayburn House Office Building
United States House of Representatives
Washington, DC  20515

Dear Denny:

Congratulations for putting together the balanced budget legislation, an accomplishment of truly historic importance. Your personal efforts helped create a package that benefits all Americans. I specifically want to thank you for holding the House Medicare drug reimbursement language in conference. Although we never were able to hook up together by telephone, Abbott appreciates all you did to address our concerns. We, and Illinois, were fortunate to have you negotiate such important legislation.

I wish you continued success in the 105th Congress.

Sincerely,

*Duane*

DLB:par

Highly Confidential

ABT-DOJ 296002



Plaintiffs Exhibit 1141 Rmj 7-12-07