# Exhibit 78

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

**ABBOTT**

**INTEROFFICE CORRESPONDENCE**

From: David W. Landsidle
Divisional Vice President
Washington

Dept: Washington Office

TO: Jose M. de Lasa

DATE: November 7, 1997

cc: D. L. Burnham
G. P. Coughlan
M. E. Barmak
C. M. Brock
H. L. Goldberg
B. J. Smith
S. F. Weinstock

RE: Monthly Highlights -- October, 1997
Washington Office

I. **TRADE**

A. Continued lobbying in favor of fast track negotiating authority. Votes scheduled the first week in November. The Senate looks good but the House is a problem. (Landsidle, Sensibaugh)

II. **TAXES**

A. Began strategy on how to extend the R&D tax credit which expires next June. The credit is a multi-million dollar savings to Abbott. (Landsidle)

III. **MEDICARE REIMBURSEMENT**

A. Met with congressional staff to ensure that the Health Care Financing Administration correctly interprets this summer's Medicare reimbursement law. (Landsidle)

IV. **HEALTH CARE REFORM**

A. Began strategy on how to structure the health care reform debate in 1998, especially considering that 1998 is an election year and politicians may feel forced to do something to please voters. (Landsidle)

V. **PATENTS**

A. Attended Senate Labor Appropriations Subcommittee hearing on a legislative proposal which would provide additional exclusivity for certain drugs in exchange for a royalty paid to the National Institutes of Health for research. This proposal was not included in the FY '98 labor appropriations bill. (Sensibaugh)

VI. **ENVIRONMENTAL**

A. Provided Abbott Corporate Environmental Services a report on PhRMA efforts to stop EPA's development of an air rule for R&D facilities. (Haas)

Highly Confidential

ABT-DOJ 296004



1354
EXHIBIT NO.
KY 8/30/07

VII. <u>TAP</u>

    A. Had meeting with TAP staff and staff of Senator Roth (R-DE), Chairman of the Senate Finance Committee, to discuss HCFA's current reimbursement policy for Lupron. (Sensibaugh)

VIII. <u>ADD</u>

    A. Attended Lab Coalition meeting to discuss implementation of the competitive bidding provisions of the Balanced Budget Act. (Sensibaugh)

    B. Reviewed public comments on the time needed for implementing a change in the Mandatory Guidelines for Federal Workplace Drug Testing Programs regarding changes to the drug levels for heroin. (Sensibaugh)

    C. Met with HIMA President to discuss HIMA's activities over the past year. (Landsidle, Sensibaugh)

    D. Attended HIMA task force meetings on CLIA and IVD issues. (Sensibaugh).

IX. <u>PPD</u>

    A. Lobbying continued to increase funding for AIDS Drug Assistance Programs under the Ryan White Act. Final bill includes an increase of $118.5 million for FY '98 total of $285.5 million. Arranged meeting for PPD to discuss pharmaeconomic models for AIDS combination therapies. Met with congressional staff to discuss hearing on AIDS issues. (Haas)

X. <u>ROSS</u>

    A. Reported on conclusion of FY '98 appropriations process and status of GAO report on the impact of rebates on the marketplace. Also reviewed WIC reauthorization issues that are likely to arise in 1998. (Haas)

XI. <u>CAPD</u>

    A. Had discussions with congressional staff and others concerning Senator Harkin's (D-IA) request to FDA to review approval of fluoroquinolones for use in food animals. (Haas)

XII. <u>AI</u>

    A. Organized meetings and accompanied AI on visits to Washington-based government agencies and private organizations involved with U. S. food assistance programs. (Haas)

XIII. <u>ALBGF</u>

    A. Continued revising ALBGF brochure. (Sensibaugh)

    B. Attended PAC conference sponsored by the National Association of Business PACS. (Sensibaugh)

XIV. <u>GOVERNMENT RELATIONS</u>

    A. Attended several fundraisers. (Landsidle, Sensibaugh, Haas)

    B. Attended luncheon with Steve Forbes. (Landsidle)

    C. Attended annual meeting of the Business Government Relations Council. (Landsidle)

Highly Confidential

ABT-DOJ 296005