# Exhibit 80

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories,
Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

MDL NO. 1456

CIVIL ACTION NO. 01-CV-12257-PBS

Judge Patti B. Saris

Magistrate Judge Marianne B. Bowler

IN RE:  PHARMACEUTICAL INDUSTRY

AVERAGE WHOLESALE PRICE LITIGATION

_____

THIS DOCUMENT RELATES TO:

U.S. Ex rel. Ven-A-Care of the

Florida Keys, Inc., v. Abbott

Laboratories, Inc., et al.,

No. 06-CV-11337-PBS

VOLUME II OF II

VIDEOTAPE 30(B)(6) DEPOSITION OF PALMETTO

(ROBIN KREUSH STONE)

Friday, February 29, 2008

9:00 AM to 4:00 PM

Columbia, South Carolina

Reported by:  Jane G. LaPorte

Merit and Professional Certifications

1    A.    Should have.

2    Q.    Or should have?

3    A.    Yes.

4    Q.    Now, you have indicated, and we have
5    talked in great deal about the term average
6    wholesale price.

7          What did you understand that term to
8    represent?

9          MR. HENDERSON:  Objection to the form.

10   Q.    What did Palmetto understand that term to
11   represent?

12         MR. HENDERSON:  Objection to the form.

13   Q.    Please answer.

14   A.    The average of the national wholesale
15   prices for a drug.

16   Q.    Well, you sort of defined it with the
17   term itself.

18   A.    Yes.

19   Q.    What did you mean by the average of the
20   national wholesale prices of the drug?

21         MR. HENDERSON:  Objection -- same
22   objection.

1   Q.   Okay.

2   A.   The manufacturer has a wholesale price
3   for a specific drug, and that is the average of
4   those wholesale prices.

5   Q.   And these are published in Red Books,
6   correct?

7   A.   Yes.

8   Q.   And it's your understanding that
9   manufacturers would tell the Red Book what to
10  publish for their AWPs, correct?

11  A.   Yes.

12  Q.   Now, prior to 1998, there was also an
13  alternative to AWP reimbursement, correct?

14  A.   Prior to --

15  Q.   -- 1998?

16  A.   There was --

17  Q.   -- an alternative to AWP reimbursement
18  called estimated acquisition cost, EAC?

19       MR. HENDERSON:  Objection to the form.

20  A.   As far as I know, we have always used
21  average wholesale price.

22       The estimated acquisition was always an

1  Q. Now, it is very likely, is it not, that
2  in 1998, you would have read that sentence -- or
3  those two sentences that I just read to you when
4  this was received by Palmetto, correct?
5  A. Yes.
6  Q. And you have known for decades, have you
7  not, that AWP is not a true discounted price; and,
8  therefore, does not reflect the cost to the
9  physician or supplier furnishing the drug to the
10  Medicare -- to the Medicare beneficiary; is that
11  true?
12         MR. HENDERSON: Objection.
13  Q. Go ahead.
14  A. I see the AWP is the average wholesale
15  price; I don't know about --
16  Q. That's not my question.
17         MR. WALKER: Objection. Let the witness,
18  please --
19  Q. Go ahead. That's not my question. My
20  question is: Ma'am, will you testify here under
21  oath, that you have known for -- since the eighties,
22  at least, that AWP is not a truly discounted price;

1   and, therefore, does not reflect the cost to the
2   physician or supplier furnishing the drug to the
3   Medicare beneficiary -- you have known that for
4   many, many years, haven't you?
5           MR. HENDERSON:  Objection.
6           MR. WALKER:  Objection.
7       A.  I know the AWP is the average wholesale
8   price.
9           I don't know what discounts physicians
10  are given.
11          MR. MOORE:  Thank you for that, but I'm
12  going to move to strike that as being
13  non-responsive.
14      Q.  Haven't you known for decades, that
15  physicians and suppliers buy drugs for less than
16  AWP?
17          MR. HENDERSON:  Objection.
18      A.  No.
19      Q.  Are you familiar with Albuterol reports,
20  reports from the IG that came out on Albuterol in
21  the mid-nineties that talked about the discounts off
22  of AWP?