# Exhibit 81

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

Page 1

```
          UNITED STATES DISTRICT COURT

       FOR THE DISTRICT OF MASSACHUSETTS


IN RE:   PHARMACEUTICAL   )MDL NO. 1456
INDUSTRY AVERAGE         )
WHOLESALE PRICE          )CIVIL ACTION:
LITIGATION               )01-CV-12257-PBS
                         )
THIS DOCUMENT RELATES TO)
U.S. ex rel. Ven-A-Care )
of the Florida Keys,    )
Inc. v. Abbott          )
Laboratories, Inc., et  )
al. No. 06-CV-11337-PBS )
_____)



         VIDEOTAPED 30(B)(6) DEPOSITION OF:
         CIGNA (PAULA SUE WALKER)
         Taken on Behalf of the Defendants
         March 12, 2008
```

Page 2

1                The videotaped deposition of
2     PAULA SUE WALKER, taken on behalf of the
3     defendants, on the 12th day of March, 2008, in
4     the Law Offices of Neal & Harwell, U.S. Bank
5     Tower, Suite 1900, 150 Fourth Avenue, North,
6     Nashville, Tennessee, for all purposes under the
7     Tennessee Rules of Civil Procedure.
8                The formalities as to notice,
9     caption, certificate, et cetera, are waived.
10    All objections, except as to the form of the
11    questions, are reserved to the hearing.
12                It is agreed that Katherine Gale
13    being a Notary Public and Court Reporter for the
14    State of Tennessee, may swear the witness and
15    that the reading and signing of the completed
16    deposition by the witness are not waived.
17
18
19
20
21
22

Page 207

1    Q.   Did you have any -- prior to 2004, did
2  you have any belief as to what the average
3  wholesale prices in the Red Book represented?
4    A.   Average wholesale price.
5    Q.   Did you have any understanding that
6  those AWP numbers were totally fictional?
7           MS. GIULIANA:  Objection.
8           MR. HECK:  Objection.
9           MR. HALE:  Objection.
10          THE WITNESS:  No.
11 BY MR. HENDERSON:
12   Q.   Did you have any understanding that
13 those AWP numbers were the figment of someone's
14 imagination?
15          MS. GIULIANA:  Objection.
16          MR. HALE:  Objection.
17          MR. HECK:  Objection.
18          THE WITNESS:  No.
19 BY MR. HENDERSON:
20   Q.   Did you have a belief as to whether or
21 not they were based on real prices?
22   A.   I took it for what it was worth.

1                MS. GIULIANA:  Objection.
2    BY MR. HENDERSON:
3        Q.   Did you have any knowledge prior to 2004
4    that any manufacturers were intentionally reporting
5    falsely inflated average wholesale prices to the
6    Red Book?
7                MS. GIULIANA:  Objection.
8                MR. HALE:  Objection.
9                MR. HECK:  Objection.  Form.
10               MR. HALE:  And to foundation.
11               THE WITNESS:  No.
12   BY MR. HENDERSON:
13       Q.   Did you have any knowledge -- I'm sorry.
14               Did you have any awareness of whether or
15   not anybody at Cigna had approved of manufacturers
16   reporting falsely inflated prices to the Red Book?
17               MR. HALE:  Same objection.
18               MR. HECK:  Objection.  Form and
19   foundation.
20               THE WITNESS:  No.
21               MR. HENDERSON:  Can we agree that if one
22   defense counsel objects, that is covered by all