# Exhibit 91

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION )<br>)<br>)<br>)<br>)<br>THIS DOCUMENT RELATES TO: )<br>)<br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS; )<br>)<br>)<br>)<br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, Civil Action No. 05-11084-PBS; and )<br>)<br>)<br>)<br>*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp., et al.*, Civil Action No. 07-10248-PBS )<br>)<br>)<br>) | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Subcategory No. 06-11337-PBS<br><br>Hon. Patti B. Saris |

## DECLARATION OF SUZANNE GRAYDON

I, Suzanne Graydon, do hereby declare as follows:

1. I am currently employed as an Investigative Auditor at the Office of the Attorney General, State of California. My responsibilities include investigating fraud allegations in connection with California's Medicaid program ("Medi-Cal"). The purpose of this declaration is to illustrate how the "lowest of" feature of Medi-Cal's drug reimbursement formula works. I have personal knowledge of the matters stated in this declaration.

2. California's Medi-Cal program includes a fee-for-service program that reimburses pharmacy providers for prescription drugs. The reimbursement amount is the

lowest of (a) the estimated acquisition cost ("EAC"), (b) the state's Maximum Allowable Ingredient Cost ("MAIC"), (c) the Federal Upper Limit (which California used to refer to as the "Federal Allowable Cost" ("FAC")), or (d) the provider's usual and customary charge to the general public. California's estimated acquisition cost has been established at various times as Direct Price or AWP-5%, AWP-10%, or AWP-17%. A dispensing fee is also added.

3. In the ordinary course of my work I have access to the Medi-Cal Formulary File. I have prepared a chart, attached hereto as Attachment 1, which demonstrates that in instances when a FAC/FUL is in effect for a particular drug (identified by its NDC number), claim reimbursement is always based on the EAC if the EAC is lower than the FAC/FUL.

4. Attachment 1 consists of an accurate summary of certain data extracted from the Medi-Cal Formulary file by Electronic Data System (EDS), request #20080453. The Medi-Cal Formulary file consists of pricing data that includes AWP data imported periodically from First DataBank (FDB), the pricing compendium from which Medi-Cal obtains the AWPs used in its Formulary File. For labeler codes 00074 (Abbott Laboratories), 49502 (Dey), and 00054 (Roxane), the report included pricing data for the NDCs identified in the California complaint or NDCs that were therapeutically equivalent to said NDCs based on the Generic Sequence Number. I filtered the data to isolate the NDCs and relevant time periods where the EAC amount (AWP minus the discount) was

2

less than the FAC/FUL, thus creating a data set consisting of only those NDCs and time periods where the EAC amount was lower than the FAC/FUL. Using this sub-population of data, I then created the chart at Attachment 1, which contains the data from eight of the fields in the data set. The field "AWP-X% was added to the data set.

5. Proceeding from left to right, the first three columns of Attachment 1 show the labeler code and labeler description (i.e., manufacturer name), the NDC, and the product name, respectively. The next two columns show the first effective date and last effective date of the price information described in the columns to the right. The next column ("FAC/FUL Amt") shows the amount depicted in the FAC/FUL data field during the period of time encompassed by the dates in the preceding columns. The next column to the right ("Price Info AWP Amt") shows the amount in the AWP field (populated by data from First DataBank).

6. The next column, entitled "AWP-X%" shows the discount off the FDB AWP that would have been applied by the claims processing formula during the effective period. The discount is either 5%, 10%, or 17%, reflecting California's definition of EAC at the time. The final column, entitled "Price Info Lowest Cost Amt," is the allowed ingredient cost amount that would have been used to determine payment to the provider.

7. In every case, the allowed ingredient cost amount would have been lower than the FAC/FUL, and in every case the allowed ingredient cost is based on the EAC. This is consistent with the "lowest of" feature of California's reimbursement

methodology.

8.  As for MAIC based reimbursement, none of the Abbott and Dey drugs on which the United States is suing these manufacturers were, or are, designated by a MAIC price. There are several NDCs for Roxane's Furosemide which were designated with a MAIC in 1994 and 1995, but they were all reimbursed at the FUL (which was lower than the MAIC).

I declare under the penalty of perjury that the foregoing statements are true and correct.

*Suzanne Graydon*
Suzanne Graydon

Executed this 21st day of September, 2009

4

ABBOTT-DEY-ROXANE, FULs greater than AWP-X%

| Formlry NDC Labeler Desc | Formlry Product ID | Formlry Product Label Name | Price Info Eff Date | Price Info End Date | Price Info FAC/FUL Amt | Price Info AWP Amt | AWP - X% | Price Info Lowest Cost Amt |
|---|---|---|---|---|---|---|---|---|
| 00054 - ROXANE LABORATORIES, INC. | 00054302502 | ACETYLCYSTEINE 10% VIAL | 10/1/1998 | 11/30/2000 | $0.46 | $0.39 | 5% | $0.37 |
| 00054 - ROXANE LABORATORIES, INC. | 00054302502 | ACETYLCYSTEINE 10% VIAL | 7/21/2005 |  | $0.98 | $0.39 | 17% | $0.32 |
| 00054 - ROXANE LABORATORIES, INC. | 00054302702 | ACETYLCYSTEINE 10% VIAL | 10/1/1997 | 9/30/1998 | $0.98 | $0.65 | 5% | $0.62 |
| 00054 - ROXANE LABORATORIES, INC. | 00054302702 | ACETYLCYSTEINE 10% VIAL | 1/22/2002 | 11/30/2002 | $0.76 | $0.65 | 5% | $0.62 |
| 00054 - ROXANE LABORATORIES, INC. | 00054302702 | ACETYLCYSTEINE 10% VIAL | 12/1/2002 | 3/31/2003 | $0.76 | $0.65 | 10% | $0.59 |
| 00054 - ROXANE LABORATORIES, INC. | 00054302702 | ACETYLCYSTEINE 10% VIAL | 7/21/2005 |  | $0.98 | $0.65 | 17% | $0.54 |
| 00054 - ROXANE LABORATORIES, INC. | 00054805905 | ACETYLCYSTEINE 10% VIAL | 10/1/1997 | 11/30/2000 | $0.63 | $0.64 | 5% | $0.61 |
| 00054 - ROXANE LABORATORIES, INC. | 00054805905 | ACETYLCYSTEINE 10% VIAL | 12/1/2000 | 1/21/2002 | $0.81 | $0.64 | 5% | $0.61 |
| 00054 - ROXANE LABORATORIES, INC. | 00054805905 | ACETYLCYSTEINE 10% VIAL | 7/21/2005 |  | $0.98 | $0.64 | 17% | $0.53 |
| 00054 - ROXANE LABORATORIES, INC. | 00054302602 | ACETYLCYSTEINE 20% VIAL | 10/1/1997 | 9/30/1998 | $0.42 | $0.43 | 5% | $0.41 |
| 00054 - ROXANE LABORATORIES, INC. | 00054302602 | ACETYLCYSTEINE 20% VIAL | 10/1/1998 | 11/30/2000 | $0.44 | $0.43 | 5% | $0.41 |
| 00054 - ROXANE LABORATORIES, INC. | 00054302802 | ACETYLCYSTEINE 20% VIAL | 10/1/1997 | 9/30/1998 | $1.22 | $0.82 | 5% | $0.77 |
| 00054 - ROXANE LABORATORIES, INC. | 00054302802 | ACETYLCYSTEINE 20% VIAL | 1/22/2002 | 11/30/2002 | $0.93 | $0.82 | 5% | $0.77 |
| 00054 - ROXANE LABORATORIES, INC. | 00054302802 | ACETYLCYSTEINE 20% VIAL | 12/1/2002 | 5/31/2003 | $0.93 | $0.82 | 10% | $0.73 |
| 00054 - ROXANE LABORATORIES, INC. | 00054806005 | ACETYLCYSTEINE 20% VIAL | 10/1/1997 | 9/30/1998 | $0.71 | $0.70 | 5% | $0.66 |
| 00054 - ROXANE LABORATORIES, INC. | 00054806005 | ACETYLCYSTEINE 20% VIAL | 10/1/1998 | 11/30/2000 | $0.91 | $0.70 | 5% | $0.66 |
| 00054 - ROXANE LABORATORIES, INC. | 00054404125 | AMITRIPTYLINE HCL 10MG TAB | 7/1/2002 | 11/30/2002 | $0.09 | $0.04 | 5% | $0.04 |
| 00054 - ROXANE LABORATORIES, INC. | 00054404125 | AMITRIPTYLINE HCL 10MG TAB | 12/1/2002 | 3/31/2003 | $0.09 | $0.04 | 10% | $0.04 |
| 00054 - ROXANE LABORATORIES, INC. | 00054404125 | AMITRIPTYLINE HCL 10MG TAB | 4/1/2003 | 8/31/2004 | $0.06 | $0.04 | 10% | $0.04 |
| 00054 - ROXANE LABORATORIES, INC. | 00054404125 | AMITRIPTYLINE HCL 10MG TAB | 9/1/2004 |  | $0.06 | $0.04 | 17% | $0.03 |
| 00054 - ROXANE LABORATORIES, INC. | 00054804125 | AMITRIPTYLINE HCL 10MG TAB | 7/1/2002 | 11/30/2002 | $0.09 | $0.04 | 5% | $0.04 |
| 00054 - ROXANE LABORATORIES, INC. | 00054804125 | AMITRIPTYLINE HCL 10MG TAB | 12/1/2002 | 3/31/2003 | $0.09 | $0.04 | 10% | $0.04 |
| 00054 - ROXANE LABORATORIES, INC. | 00054804125 | AMITRIPTYLINE HCL 10MG TAB | 4/1/2003 | 8/31/2004 | $0.06 | $0.04 | 10% | $0.04 |
| 00054 - ROXANE LABORATORIES, INC. | 00054804125 | AMITRIPTYLINE HCL 10MG TAB | 9/1/2004 |  | $0.06 | $0.04 | 17% | $0.03 |
| 00054 - ROXANE LABORATORIES, INC. | 00054404225 | AMITRIPTYLINE HCL 25MG TAB | 7/1/2002 | 11/30/2002 | $0.09 | $0.08 | 5% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054404225 | AMITRIPTYLINE HCL 25MG TAB | 12/1/2002 | 3/31/2003 | $0.09 | $0.08 | 10% | $0.08 |
| 00054 - ROXANE LABORATORIES, INC. | 00054404231 | AMITRIPTYLINE HCL 25MG TAB | 7/1/2002 | 11/30/2002 | $0.09 | $0.08 | 5% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054404231 | AMITRIPTYLINE HCL 25MG TAB | 12/1/2002 | 3/31/2003 | $0.09 | $0.08 | 10% | $0.08 |
| 00054 - ROXANE LABORATORIES, INC. | 00054804225 | AMITRIPTYLINE HCL 25MG TAB | 7/1/2002 | 11/30/2002 | $0.09 | $0.08 | 5% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054804225 | AMITRIPTYLINE HCL 25MG TAB | 12/1/2002 | 3/31/2003 | $0.09 | $0.08 | 10% | $0.08 |
| 00054 - ROXANE LABORATORIES, INC. | 00054314658 | CHLORPROMAZINE 100 MG/ML CON | 3/1/1994 | 4/30/1994 | $0.08 | $0.08 | 5% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054314658 | CHLORPROMAZINE 100 MG/ML CON | 8/1/1994 | 4/2/1995 | $0.09 | $0.08 | 5% | $0.08 |

ABBOTT-DEY-ROXANE, FULs greater than AWP-X%

| Formlry NDC Labeler Desc | Formlry Product ID | Formlry Product Label Name | Price Info Eff Date | Price Info End Date | Price Info FAC/FUL Amt | Price Info AWP Amt | AWP - X% | Price Info Lowest Cost Amt |
|---|---|---|---|---|---|---|---|---|
| 00054 - ROXANE LABORATORIES, INC. | 00054314658 | CHLORPROMAZINE 100 MG/ML CON | 4/3/1995 | 4/30/1995 | $0.09 | $0.08 | 5% | $0.08 |
| 00054 - ROXANE LABORATORIES, INC. | 00054314658 | CHLORPROMAZINE 100 MG/ML CON | 5/1/1995 | 7/31/1996 | $0.09 | $0.08 | 5% | $0.08 |
| 00054 - ROXANE LABORATORIES, INC. | 00054314658 | CHLORPROMAZINE 100 MG/ML CON | 8/1/1996 | 9/30/1998 | $0.13 | $0.08 | 5% | $0.08 |
| 00054 - ROXANE LABORATORIES, INC. | 00054314450 | CHLORPROMAZINE 30 MG/ML CONC | 3/1/1994 | 4/30/1994 | $0.06 | $0.04 | 5% | $0.04 |
| 00054 - ROXANE LABORATORIES, INC. | 00054314450 | CHLORPROMAZINE 30 MG/ML CONC | 5/1/1994 | 7/31/1994 | $0.06 | $0.05 | 5% | $0.05 |
| 00054 - ROXANE LABORATORIES, INC. | 00054314450 | CHLORPROMAZINE 30 MG/ML CONC | 8/1/1994 | 12/31/1994 | $0.07 | $0.05 | 5% | $0.05 |
| 00054 - ROXANE LABORATORIES, INC. | 00054314450 | CHLORPROMAZINE 30 MG/ML CONC | 1/1/1995 | 4/30/1995 | $0.07 | $0.05 | 5% | $0.05 |
| 00054 - ROXANE LABORATORIES, INC. | 00054314450 | CHLORPROMAZINE 30 MG/ML CONC | 5/1/1995 | 7/31/1996 | $0.07 | $0.05 | 5% | $0.04 |
| 00054 - ROXANE LABORATORIES, INC. | 00054314450 | CHLORPROMAZINE 30 MG/ML CONC | 8/1/1996 | 1/31/1997 | $0.07 | $0.05 | 5% | $0.05 |
| 00054 - ROXANE LABORATORIES, INC. | 00054422121 | DICLOFENAC SOD 50 MG TAB EC | 8/1/1996 | 1/31/1997 | $0.84 | $0.86 | 5% | $0.82 |
| 00054 - ROXANE LABORATORIES, INC. | 00054422121 | DICLOFENAC SOD 50 MG TAB EC | 2/1/1997 | 9/30/1997 | $0.85 | $0.86 | 5% | $0.82 |
| 00054 - ROXANE LABORATORIES, INC. | 00054422121 | DICLOFENAC SOD 50 MG TAB EC | 10/1/1997 | 9/30/1998 | $0.83 | $0.86 | 5% | $0.82 |
| 00054 - ROXANE LABORATORIES, INC. | 00054422125 | DICLOFENAC SOD 50 MG TAB EC | 8/1/1996 | 1/31/1997 | $0.84 | $0.86 | 5% | $0.82 |
| 00054 - ROXANE LABORATORIES, INC. | 00054422125 | DICLOFENAC SOD 50 MG TAB EC | 2/1/1997 | 9/30/1997 | $0.85 | $0.86 | 5% | $0.82 |
| 00054 - ROXANE LABORATORIES, INC. | 00054422125 | DICLOFENAC SOD 50 MG TAB EC | 10/1/1997 | 9/30/1998 | $0.83 | $0.86 | 5% | $0.82 |
| 00054 - ROXANE LABORATORIES, INC. | 00054422131 | DICLOFENAC SOD 50 MG TAB EC | 8/1/1996 | 1/31/1997 | $0.84 | $0.86 | 5% | $0.82 |
| 00054 - ROXANE LABORATORIES, INC. | 00054422131 | DICLOFENAC SOD 50 MG TAB EC | 2/1/1997 | 9/30/1997 | $0.85 | $0.86 | 5% | $0.82 |
| 00054 - ROXANE LABORATORIES, INC. | 00054422131 | DICLOFENAC SOD 50 MG TAB EC | 10/1/1997 | 9/30/1998 | $0.83 | $0.86 | 5% | $0.82 |
| 00054 - ROXANE LABORATORIES, INC. | 00054822125 | DICLOFENAC SOD 50 MG TAB EC | 8/1/1996 | 1/31/1997 | $0.84 | $0.86 | 5% | $0.82 |
| 00054 - ROXANE LABORATORIES, INC. | 00054822125 | DICLOFENAC SOD 50 MG TAB EC | 2/1/1997 | 9/30/1997 | $0.85 | $0.86 | 5% | $0.82 |
| 00054 - ROXANE LABORATORIES, INC. | 00054822125 | DICLOFENAC SOD 50 MG TAB EC | 10/1/1997 | 9/30/1998 | $0.83 | $0.86 | 5% | $0.82 |
| 00054 - ROXANE LABORATORIES, INC. | 00054422221 | DICLOFENAC SOD 75 MG TAB EC | 8/1/1996 | 1/31/1997 | $1.01 | $1.04 | 5% | $0.99 |
| 00054 - ROXANE LABORATORIES, INC. | 00054422225 | DICLOFENAC SOD 75 MG TAB EC | 8/1/1996 | 1/31/1997 | $1.01 | $1.04 | 5% | $0.99 |
| 00054 - ROXANE LABORATORIES, INC. | 00054422231 | DICLOFENAC SOD 75 MG TAB EC | 8/1/1996 | 1/31/1997 | $1.01 | $1.04 | 5% | $0.99 |
| 00054 - ROXANE LABORATORIES, INC. | 00054822225 | DICLOFENAC SOD 75 MG TAB EC | 8/1/1996 | 1/31/1997 | $1.01 | $1.04 | 5% | $0.99 |
| 00054 - ROXANE LABORATORIES, INC. | 00054420025 | DIPHENOXYLATE/ATROPINE TAB | 10/1/1997 | 4/7/1998 | $0.43 | $0.07 | 5% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054420025 | DIPHENOXYLATE/ATROPINE TAB | 1/22/2002 | 11/30/2002 | $0.37 | $0.07 | 5% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054420025 | DIPHENOXYLATE/ATROPINE TAB | 12/1/2002 | 8/31/2004 | $0.37 | $0.07 | 10% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054420025 | DIPHENOXYLATE/ATROPINE TAB | 9/1/2004 | 10/27/2004 | $0.37 | $0.07 | 17% | $0.06 |
| 00054 - ROXANE LABORATORIES, INC. | 00054420025 | DIPHENOXYLATE/ATROPINE TAB | 10/28/2004 |  | $0.11 | $0.07 | 17% | $0.06 |
| 00054 - ROXANE LABORATORIES, INC. | 00054420031 | DIPHENOXYLATE/ATROPINE TAB | 10/1/1997 | 4/7/1998 | $0.43 | $0.07 | 5% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054420031 | DIPHENOXYLATE/ATROPINE TAB | 1/22/2002 | 11/30/2002 | $0.37 | $0.07 | 5% | $0.07 |

ABBOTT-DEY-ROXANE, FULs greater than AWP-X%

| Formlry NDC Labeler Desc | Formlry Product ID | Formlry Product Label Name | Price Info Eff Date | Price Info End Date | Price Info FAC/FUL Amt | Price Info AWP Amt | AWP - X% | Price Info Lowest Cost Amt |
|---|---|---|---|---|---|---|---|---|
| 00054 - ROXANE LABORATORIES, INC. | 00054420031 | DIPHENOXYLATE/ATROPINE TAB | 12/1/2002 | 8/31/2004 | $0.37 | $0.07 | 10% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054420031 | DIPHENOXYLATE/ATROPINE TAB | 9/1/2004 | 10/27/2004 | $0.37 | $0.07 | 17% | $0.06 |
| 00054 - ROXANE LABORATORIES, INC. | 00054420031 | DIPHENOXYLATE/ATROPINE TAB | 10/28/2004 | | $0.11 | $0.07 | 17% | $0.06 |
| 00054 - ROXANE LABORATORIES, INC. | 00054819611 | DIPHENOXYLATE/ATROPINE TAB | 10/1/1997 | 4/7/1998 | $0.43 | $0.07 | 5% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054819611 | DIPHENOXYLATE/ATROPINE TAB | 1/22/2002 | 11/30/2002 | $0.37 | $0.07 | 5% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054819611 | DIPHENOXYLATE/ATROPINE TAB | 12/1/2002 | 8/31/2004 | $0.37 | $0.07 | 10% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054819611 | DIPHENOXYLATE/ATROPINE TAB | 9/1/2004 | 10/27/2004 | $0.37 | $0.07 | 17% | $0.06 |
| 00054 - ROXANE LABORATORIES, INC. | 00054819611 | DIPHENOXYLATE/ATROPINE TAB | 10/28/2004 | | $0.11 | $0.07 | 17% | $0.06 |
| 00054 - ROXANE LABORATORIES, INC. | 00054820024 | DIPHENOXYLATE/ATROPINE TAB | 10/1/1997 | 4/7/1998 | $0.43 | $0.07 | 5% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054820024 | DIPHENOXYLATE/ATROPINE TAB | 1/22/2002 | 11/30/2002 | $0.37 | $0.07 | 5% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054820024 | DIPHENOXYLATE/ATROPINE TAB | 12/1/2002 | 8/31/2004 | $0.37 | $0.07 | 10% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054820024 | DIPHENOXYLATE/ATROPINE TAB | 9/1/2004 | 10/27/2004 | $0.37 | $0.07 | 17% | $0.06 |
| 00054 - ROXANE LABORATORIES, INC. | 00054820024 | DIPHENOXYLATE/ATROPINE TAB | 10/28/2004 | | $0.11 | $0.07 | 17% | $0.06 |
| 00054 - ROXANE LABORATORIES, INC. | 00054820025 | DIPHENOXYLATE/ATROPINE TAB | 10/1/1997 | 4/7/1998 | $0.43 | $0.07 | 5% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054820025 | DIPHENOXYLATE/ATROPINE TAB | 1/22/2002 | 11/30/2002 | $0.37 | $0.07 | 5% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054820025 | DIPHENOXYLATE/ATROPINE TAB | 12/1/2002 | 8/31/2004 | $0.37 | $0.07 | 10% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054820025 | DIPHENOXYLATE/ATROPINE TAB | 9/1/2004 | 10/27/2004 | $0.37 | $0.07 | 17% | $0.06 |
| 00054 - ROXANE LABORATORIES, INC. | 00054820025 | DIPHENOXYLATE/ATROPINE TAB | 10/28/2004 | | $0.11 | $0.07 | 17% | $0.06 |
| 00054 - ROXANE LABORATORIES, INC. | 00054841825 | IMIPRAMINE HCL 10MG TABLET | 12/1/2000 | 1/21/2002 | $0.16 | $0.07 | 5% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054841825 | IMIPRAMINE HCL 10MG TABLET | 1/22/2002 | 11/30/2002 | $0.15 | $0.07 | 5% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054841825 | IMIPRAMINE HCL 10MG TABLET | 12/1/2002 | 3/31/2003 | $0.15 | $0.07 | 10% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054841825 | IMIPRAMINE HCL 10MG TABLET | 4/1/2003 | 8/31/2003 | $0.32 | $0.07 | 10% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054841825 | IMIPRAMINE HCL 10MG TABLET | 9/1/2003 | 8/31/2004 | $0.26 | $0.07 | 10% | $0.07 |
| 00054 - ROXANE LABORATORIES, INC. | 00054841825 | IMIPRAMINE HCL 10MG TABLET | 9/1/2004 | | $0.26 | $0.07 | 17% | $0.06 |
| 00054 - ROXANE LABORATORIES, INC. | 00054441931 | IMIPRAMINE HCL 25 MG TABLET | 12/1/2000 | 1/21/2002 | $0.19 | $0.11 | 5% | $0.10 |
| 00054 - ROXANE LABORATORIES, INC. | 00054441931 | IMIPRAMINE HCL 25 MG TABLET | 1/22/2002 | 11/30/2002 | $0.17 | $0.11 | 5% | $0.09 |
| 00054 - ROXANE LABORATORIES, INC. | 00054441931 | IMIPRAMINE HCL 25 MG TABLET | 12/1/2002 | 3/31/2003 | $0.17 | $0.11 | 10% | $0.09 |
| 00054 - ROXANE LABORATORIES, INC. | 00054441931 | IMIPRAMINE HCL 25 MG TABLET | 4/1/2003 | 8/31/2003 | $0.43 | $0.11 | 10% | $0.09 |
| 00054 - ROXANE LABORATORIES, INC. | 00054441931 | IMIPRAMINE HCL 25 MG TABLET | 9/1/2003 | 8/31/2004 | $0.36 | $0.11 | 10% | $0.09 |
| 00054 - ROXANE LABORATORIES, INC. | 00054441931 | IMIPRAMINE HCL 25 MG TABLET | 9/1/2004 | | $0.36 | $0.11 | 17% | $0.09 |
| 00054 - ROXANE LABORATORIES, INC. | 00054841925 | IMIPRAMINE HCL 25 MG TABLET | 12/1/2000 | 1/21/2002 | $0.19 | $0.11 | 5% | $0.10 |
| 00054 - ROXANE LABORATORIES, INC. | 00054841925 | IMIPRAMINE HCL 25 MG TABLET | 1/22/2002 | 11/30/2002 | $0.17 | $0.11 | 5% | $0.10 |

| Formlry NDC Labeler Desc | Formlry Product ID | Formlry Product Label Name | Price Info Eff Date | Price Info End Date | Price Info FAC/FUL Amt | Price Info AWP Amt | AWP - X% | Price Info Lowest Cost Amt |
|---|---|---|---|---|---|---|---|---|
| 00054 - ROXANE LABORATORIES, INC. | 00054841925 | IMIPRAMINE HCL 25 MG TABLET | 12/1/2002 | 3/31/2003 | $0.17 | $0.11 | 10% | $0.09 |
| 00054 - ROXANE LABORATORIES, INC. | 00054841925 | IMIPRAMINE HCL 25 MG TABLET | 4/1/2003 | 8/31/2003 | $0.43 | $0.11 | 10% | $0.09 |
| 00054 - ROXANE LABORATORIES, INC. | 00054841925 | IMIPRAMINE HCL 25 MG TABLET | 9/1/2003 | 8/31/2004 | $0.36 | $0.11 | 10% | $0.09 |
| 00054 - ROXANE LABORATORIES, INC. | 00054841925 | IMIPRAMINE HCL 25 MG TABLET | 9/1/2004 | | $0.36 | $0.11 | 17% | $0.09 |
| 00054 - ROXANE LABORATORIES, INC. | 00054442031 | IMIPRAMINE HCL 50 MG TABLET | 12/1/2000 | 1/21/2002 | $0.23 | $0.13 | 5% | $0.12 |
| 00054 - ROXANE LABORATORIES, INC. | 00054442031 | IMIPRAMINE HCL 50 MG TABLET | 1/22/2002 | 11/30/2002 | $0.20 | $0.13 | 5% | $0.12 |
| 00054 - ROXANE LABORATORIES, INC. | 00054442031 | IMIPRAMINE HCL 50 MG TABLET | 12/1/2002 | 3/31/2003 | $0.20 | $0.13 | 10% | $0.11 |
| 00054 - ROXANE LABORATORIES, INC. | 00054442031 | IMIPRAMINE HCL 50 MG TABLET | 4/1/2003 | 8/31/2003 | $0.56 | $0.13 | 10% | $0.11 |
| 00054 - ROXANE LABORATORIES, INC. | 00054442031 | IMIPRAMINE HCL 50 MG TABLET | 9/1/2003 | 8/31/2004 | $0.46 | $0.13 | 10% | $0.11 |
| 00054 - ROXANE LABORATORIES, INC. | 00054442031 | IMIPRAMINE HCL 50 MG TABLET | 9/1/2004 | | $0.46 | $0.13 | 17% | $0.10 |
| 00054 - ROXANE LABORATORIES, INC. | 00054842025 | IMIPRAMINE HCL 50 MG TABLET | 12/1/2000 | 1/21/2002 | $0.23 | $0.13 | 5% | $0.12 |
| 00054 - ROXANE LABORATORIES, INC. | 00054842025 | IMIPRAMINE HCL 50 MG TABLET | 1/22/2002 | 11/30/2002 | $0.20 | $0.13 | 5% | $0.11 |
| 00054 - ROXANE LABORATORIES, INC. | 00054842025 | IMIPRAMINE HCL 50 MG TABLET | 12/1/2002 | 3/31/2003 | $0.20 | $0.13 | 10% | $0.11 |
| 00054 - ROXANE LABORATORIES, INC. | 00054842025 | IMIPRAMINE HCL 50 MG TABLET | 4/1/2003 | 8/31/2003 | $0.56 | $0.13 | 10% | $0.11 |
| 00054 - ROXANE LABORATORIES, INC. | 00054842025 | IMIPRAMINE HCL 50 MG TABLET | 9/1/2003 | 8/31/2004 | $0.46 | $0.13 | 10% | $0.11 |
| 00054 - ROXANE LABORATORIES, INC. | 00054842025 | IMIPRAMINE HCL 50 MG TABLET | 9/1/2004 | | $0.46 | $0.13 | 17% | $0.10 |
| 00054 - ROXANE LABORATORIES, INC. | 00054449613 | LEUCOVORIN CALCIUM 5 MG TAB | 8/1/1994 | 12/31/1994 | $2.98 | $2.03 | 5% | $1.93 |
| 00054 - ROXANE LABORATORIES, INC. | 00054449613 | LEUCOVORIN CALCIUM 5 MG TAB | 1/1/1995 | 7/31/1995 | $2.76 | $2.03 | 5% | $1.93 |
| 00054 - ROXANE LABORATORIES, INC. | 00054449613 | LEUCOVORIN CALCIUM 5 MG TAB | 8/1/1995 | 11/30/2000 | $2.10 | $2.03 | 5% | $1.93 |
| 00054 - ROXANE LABORATORIES, INC. | 00054449625 | LEUCOVORIN CALCIUM 5 MG TAB | 8/1/1994 | 12/31/1994 | $2.98 | $2.03 | 5% | $1.93 |
| 00054 - ROXANE LABORATORIES, INC. | 00054449625 | LEUCOVORIN CALCIUM 5 MG TAB | 1/1/1995 | 7/31/1995 | $2.76 | $2.03 | 5% | $1.93 |
| 00054 - ROXANE LABORATORIES, INC. | 00054449625 | LEUCOVORIN CALCIUM 5 MG TAB | 8/1/1995 | 11/30/2000 | $2.10 | $2.03 | 5% | $1.93 |
| 00054 - ROXANE LABORATORIES, INC. | 00054849619 | LEUCOVORIN CALCIUM 5MG TAB | 2/1/1996 | 11/30/2000 | $2.10 | $2.03 | 5% | $1.93 |
| 00054 - ROXANE LABORATORIES, INC. | 00054253725 | LOPERAMIDE 2 MG CAPSULE | 3/1/1994 | 4/30/1994 | $0.44 | $0.35 | 5% | $0.33 |
| 00054 - ROXANE LABORATORIES, INC. | 00054253725 | LOPERAMIDE 2 MG CAPSULE | 5/1/1994 | 7/31/1994 | $0.44 | $0.37 | 5% | $0.35 |
| 00054 - ROXANE LABORATORIES, INC. | 00054253729 | LOPERAMIDE 2 MG CAPSULE | 3/1/1994 | 4/30/1994 | $0.44 | $0.35 | 5% | $0.33 |
| 00054 - ROXANE LABORATORIES, INC. | 00054253729 | LOPERAMIDE 2 MG CAPSULE | 5/1/1994 | 7/31/1994 | $0.44 | $0.35 | 5% | $0.35 |
| 00054 - ROXANE LABORATORIES, INC. | 00054853725 | LOPERAMIDE 2 MG CAPSULE | 3/1/1994 | 4/30/1994 | $0.44 | $0.35 | 5% | $0.33 |
| 00054 - ROXANE LABORATORIES, INC. | 00054853725 | LOPERAMIDE 2 MG CAPSULE | 5/1/1994 | 7/31/1994 | $0.44 | $0.39 | 5% | $0.35 |
| 00054 - ROXANE LABORATORIES, INC. | 00054455015 | METHOTREXATE 2.5 MG TABLET | 1/1/1995 | 7/31/1995 | $2.99 | $3.05 | 5% | $2.90 |
| 00054 - ROXANE LABORATORIES, INC. | 00054455025 | METHOTREXATE 2.5 MG TABLET | 1/1/1995 | 7/31/1995 | $2.99 | $3.05 | 5% | $2.90 |
| 00054 - ROXANE LABORATORIES, INC. | 00054855025 | METHOTREXATE 2.5 MG TABLET | 1/1/1995 | 7/31/1995 | $2.99 | $3.05 | 5% | $2.90 |

Attachment 1
ABBOTT-DEY-ROXANE, FULs greater than AWP-X%

| Formlry NDC Labeler Desc | Formlry Product ID | Formlry Product Label Name | Price Info Eff Date | Price Info End Date | Price Info FAC/FUL Amt | Price Info AWP Amt | AWP - X% | Price Info Lowest Cost Amt |
|---|---|---|---|---|---|---|---|---|
| 00054 - ROXANE LABORATORIES, INC. | 00054261625 | MEXILETINE 150 MG CAPSULE | 10/1/1997 | 9/30/1998 | $0.77 | $0.69 | 5% | $0.66 |
| 00054 - ROXANE LABORATORIES, INC. | 00054261625 | MEXILETINE 150 MG CAPSULE | 10/1/1998 | 11/30/2000 | $0.82 | $0.69 | 5% | $0.66 |
| 00054 - ROXANE LABORATORIES, INC. | 00054861625 | MEXILETINE 150 MG CAPSULE | 10/1/1997 | 9/30/1998 | $0.77 | $0.69 | 5% | $0.66 |
| 00054 - ROXANE LABORATORIES, INC. | 00054861625 | MEXILETINE 150 MG CAPSULE | 10/1/1998 | 11/30/2000 | $0.82 | $0.69 | 5% | $0.66 |
| 00054 - ROXANE LABORATORIES, INC. | 00054261725 | MEXILETINE 200 MG CAPSULE | 10/1/1997 | 9/30/1998 | $0.91 | $0.82 | 5% | $0.78 |
| 00054 - ROXANE LABORATORIES, INC. | 00054261725 | MEXILETINE 200 MG CAPSULE | 10/1/1998 | 11/30/2000 | $0.98 | $0.82 | 5% | $0.78 |
| 00054 - ROXANE LABORATORIES, INC. | 00054261725 | MEXILETINE 200 MG CAPSULE | 1/22/2002 | 11/30/2002 | $0.97 | $0.82 | 5% | $0.74 |
| 00054 - ROXANE LABORATORIES, INC. | 00054261725 | MEXILETINE 200 MG CAPSULE | 12/1/2002 | 8/31/2004 | $0.97 | $0.82 | 10% | $0.74 |
| 00054 - ROXANE LABORATORIES, INC. | 00054261725 | MEXILETINE 200 MG CAPSULE | 9/1/2004 |  | $0.97 | $0.82 | 17% | $0.68 |
| 00054 - ROXANE LABORATORIES, INC. | 00054861725 | MEXILETINE 200 MG CAPSULE | 10/1/1997 | 9/30/1998 | $0.91 | $0.82 | 5% | $0.78 |
| 00054 - ROXANE LABORATORIES, INC. | 00054861725 | MEXILETINE 200 MG CAPSULE | 10/1/1998 | 11/30/2000 | $0.98 | $0.82 | 5% | $0.78 |
| 00054 - ROXANE LABORATORIES, INC. | 00054861725 | MEXILETINE 200 MG CAPSULE | 1/22/2002 | 11/30/2002 | $0.97 | $0.82 | 5% | $0.74 |
| 00054 - ROXANE LABORATORIES, INC. | 00054861725 | MEXILETINE 200 MG CAPSULE | 12/1/2002 | 8/31/2004 | $0.97 | $0.82 | 10% | $0.74 |
| 00054 - ROXANE LABORATORIES, INC. | 00054861725 | MEXILETINE 200 MG CAPSULE | 9/1/2004 |  | $0.97 | $0.82 | 17% | $0.68 |
| 00054 - ROXANE LABORATORIES, INC. | 00054261825 | MEXILETINE 250 MG CAPSULE | 10/1/1997 | 9/30/1998 | $1.06 | $0.96 | 5% | $0.91 |
| 00054 - ROXANE LABORATORIES, INC. | 00054261825 | MEXILETINE 250 MG CAPSULE | 10/1/1998 | 11/30/2000 | $1.14 | $0.96 | 5% | $0.91 |
| 00054 - ROXANE LABORATORIES, INC. | 00054266125 | PIROXICAM 20 MG CAPSULE | 3/1/1994 | 7/31/1994 | $1.60 | $1.30 | 5% | $1.24 |
| 00054 - ROXANE LABORATORIES, INC. | 00054266129 | PIROXICAM 20 MG CAPSULE | 3/1/1994 | 7/31/1994 | $1.60 | $1.30 | 5% | $1.24 |
| 00054 - ROXANE LABORATORIES, INC. | 00054001720 | PREDNISONE 10 MG TABLET | 7/21/2005 |  | $0.06 | $0.06 | 17% | $0.05 |
| 00054 - ROXANE LABORATORIES, INC. | 00054001725 | PREDNISONE 10 MG TABLET | 7/21/2005 |  | $0.06 | $0.06 | 17% | $0.05 |
| 00054 - ROXANE LABORATORIES, INC. | 00054001729 | PREDNISONE 10 MG TABLET | 7/21/2005 |  | $0.06 | $0.06 | 17% | $0.05 |
| 00054 - ROXANE LABORATORIES, INC. | 00054473025 | PREDNISONE 10 MG TABLET | 7/21/2005 |  | $0.06 | $0.06 | 17% | $0.05 |
| 00054 - ROXANE LABORATORIES, INC. | 00054473029 | PREDNISONE 10 MG TABLET | 7/21/2005 |  | $0.06 | $0.06 | 17% | $0.05 |
| 00054 - ROXANE LABORATORIES, INC. | 00054872525 | PREDNISONE 10 MG TABLET | 7/21/2005 |  | $0.06 | $0.06 | 17% | $0.05 |
| 00054 - ROXANE LABORATORIES, INC. | 00054472831 | PREDNISONE 5 MG TABLET | 5/1/1994 | 7/31/1994 | $0.03 | $0.03 | 5% | $0.02 |
| 00054 - ROXANE LABORATORIES, INC. | 00054472125 | PROPANTHELINE 15 MG TABLET | 8/1/1996 | 1/31/1997 | $0.23 | $0.22 | 5% | $0.20 |
| 00054 - ROXANE LABORATORIES, INC. | 00054472125 | PROPANTHELINE 15 MG TABLET | 2/1/1997 | 9/30/1997 | $0.22 | $0.22 | 5% | $0.20 |
| 00054 - ROXANE LABORATORIES, INC. | 00054472131 | PROPANTHELINE 15 MG TABLET | 8/1/1996 | 1/31/1997 | $0.23 | $0.22 | 5% | $0.20 |
| 00054 - ROXANE LABORATORIES, INC. | 00054472131 | PROPANTHELINE 15 MG TABLET | 2/1/1997 | 9/30/1997 | $0.22 | $0.22 | 5% | $0.20 |
| 00054 - ROXANE LABORATORIES, INC. | 00054873725 | PROPANTHELINE 15 MG TABLET | 8/1/1996 | 1/31/1997 | $0.23 | $0.22 | 5% | $0.20 |
| 00054 - ROXANE LABORATORIES, INC. | 00054873725 | PROPANTHELINE 15 MG TABLET | 2/1/1997 | 9/30/1997 | $0.22 | $0.22 | 5% | $0.20 |
| 00054 - ROXANE LABORATORIES, INC. | 00054475925 | PROPRANOLOL 20 MG TABLET | 1/22/2002 | 1/31/2002 | $0.07 | $0.04 | 5% | $0.04 |

ABBOTT-DEY-ROXANE, FULs greater than AWP-X%

| Formlry NDC Labeler Desc | Formlry Product ID | Formlry Product Label Name | Price Info Eff Date | Price Info End Date | Price Info FAC/FUL Amt | Price Info AWP Amt | AWP - X% | Price Info Lowest Cost Amt |
|---|---|---|---|---|---|---|---|---|
| 00054 - ROXANE LABORATORIES, INC. | 00054475925 | PROPRANOLOL 20 MG TABLET | 2/1/2002 | 11/30/2002 | $0.07 | $0.04 | 5% | $0.04 |
| 00054 - ROXANE LABORATORIES, INC. | 00054475925 | PROPRANOLOL 20 MG TABLET | 12/1/2002 | 8/31/2004 | $0.07 | $0.04 | 10% | $0.04 |
| 00054 - ROXANE LABORATORIES, INC. | 00054475925 | PROPRANOLOL 20 MG TABLET | 9/1/2004 | | $0.07 | $0.04 | 17% | $0.03 |
| 00054 - ROXANE LABORATORIES, INC. | 00054475931 | PROPRANOLOL 20 MG TABLET | 1/22/2002 | 1/31/2002 | $0.07 | $0.04 | 5% | $0.04 |
| 00054 - ROXANE LABORATORIES, INC. | 00054475931 | PROPRANOLOL 20 MG TABLET | 2/1/2002 | 11/30/2002 | $0.07 | $0.04 | 5% | $0.04 |
| 00054 - ROXANE LABORATORIES, INC. | 00054475931 | PROPRANOLOL 20 MG TABLET | 12/1/2002 | 8/31/2004 | $0.07 | $0.04 | 10% | $0.04 |
| 00054 - ROXANE LABORATORIES, INC. | 00054475931 | PROPRANOLOL 20 MG TABLET | 9/1/2004 | | $0.07 | $0.04 | 17% | $0.03 |
| 00054 - ROXANE LABORATORIES, INC. | 00054475933 | PROPRANOLOL 20 MG TABLET | 1/22/2002 | 1/31/2002 | $0.07 | $0.04 | 5% | $0.04 |
| 00054 - ROXANE LABORATORIES, INC. | 00054475933 | PROPRANOLOL 20 MG TABLET | 2/1/2002 | 11/30/2002 | $0.07 | $0.04 | 5% | $0.04 |
| 00054 - ROXANE LABORATORIES, INC. | 00054475933 | PROPRANOLOL 20 MG TABLET | 12/1/2002 | 8/31/2004 | $0.07 | $0.04 | 10% | $0.04 |
| 00054 - ROXANE LABORATORIES, INC. | 00054475933 | PROPRANOLOL 20 MG TABLET | 9/1/2004 | | $0.07 | $0.04 | 17% | $0.03 |
| 00054 - ROXANE LABORATORIES, INC. | 00054875925 | PROPRANOLOL 20 MG TABLET | 1/22/2002 | 1/31/2002 | $0.07 | $0.04 | 5% | $0.04 |
| 00054 - ROXANE LABORATORIES, INC. | 00054875925 | PROPRANOLOL 20 MG TABLET | 2/1/2002 | 11/30/2002 | $0.07 | $0.04 | 5% | $0.04 |
| 00054 - ROXANE LABORATORIES, INC. | 00054875925 | PROPRANOLOL 20 MG TABLET | 12/1/2002 | 8/31/2004 | $0.07 | $0.04 | 10% | $0.04 |
| 00054 - ROXANE LABORATORIES, INC. | 00054875925 | PROPRANOLOL 20 MG TABLET | 9/1/2004 | | $0.07 | $0.04 | 17% | $0.03 |
| 00054 - ROXANE LABORATORIES, INC. | 00054885225 | THIORIDAZINE 100 MG TABLET | 1/22/2002 | 11/30/2002 | $0.38 | $0.31 | 5% | $0.30 |
| 00054 - ROXANE LABORATORIES, INC. | 00054885225 | THIORIDAZINE 100 MG TABLET | 12/1/2002 | 3/31/2003 | $0.38 | $0.31 | 10% | $0.28 |
| 00054 - ROXANE LABORATORIES, INC. | 00054885225 | THIORIDAZINE 100 MG TABLET | 4/1/2003 | 8/31/2003 | $0.50 | $0.31 | 10% | $0.28 |
| 00054 - ROXANE LABORATORIES, INC. | 00054885225 | THIORIDAZINE 100 MG TABLET | 9/1/2003 | 8/31/2004 | $0.49 | $0.31 | 10% | $0.28 |
| 00054 - ROXANE LABORATORIES, INC. | 00054885225 | THIORIDAZINE 100 MG TABLET | 9/1/2004 | 5/7/2005 | $0.49 | $0.31 | 17% | $0.26 |
| 00054 - ROXANE LABORATORIES, INC. | 00054386150 | THIORIDAZINE 100 MG/ML CONC | 3/1/1994 | 4/30/1994 | $0.32 | $0.28 | 5% | $0.26 |
| 00054 - ROXANE LABORATORIES, INC. | 00054386150 | THIORIDAZINE 100 MG/ML CONC | 5/1/1994 | 7/31/1994 | $0.32 | $0.30 | 5% | $0.28 |
| 00054 - ROXANE LABORATORIES, INC. | 00054386150 | THIORIDAZINE 100 MG/ML CONC | 8/1/1995 | 12/31/1995 | $0.45 | $0.31 | 5% | $0.29 |
| 00054 - ROXANE LABORATORIES, INC. | 00054386150 | THIORIDAZINE 100 MG/ML CONC | 1/1/1996 | 9/30/1998 | $0.46 | $0.31 | 5% | $0.29 |
| 00054 - ROXANE LABORATORIES, INC. | 00054884925 | THIORIDAZINE 10MG TABLET | 12/1/2002 | 3/31/2003 | $0.14 | $0.15 | 10% | $0.13 |
| 00054 - ROXANE LABORATORIES, INC. | 00054884925 | THIORIDAZINE 10MG TABLET | 4/1/2003 | 8/31/2004 | $0.22 | $0.15 | 10% | $0.13 |
| 00054 - ROXANE LABORATORIES, INC. | 00054884925 | THIORIDAZINE 10MG TABLET | 9/1/2004 | 5/7/2005 | $0.22 | $0.15 | 17% | $0.12 |
| 00054 - ROXANE LABORATORIES, INC. | 00054885025 | THIORIDAZINE 25 MG TABLET | 4/1/2003 | 8/31/2004 | $0.30 | $0.21 | 10% | $0.18 |
| 00054 - ROXANE LABORATORIES, INC. | 00054885025 | THIORIDAZINE 25 MG TABLET | 9/1/2004 | 5/7/2005 | $0.30 | $0.21 | 17% | $0.17 |
| 00054 - ROXANE LABORATORIES, INC. | 00054885125 | THIORIDAZINE 50 MG TABLET | 12/1/2002 | 8/31/2004 | $0.39 | $0.24 | 10% | $0.22 |
| 00054 - ROXANE LABORATORIES, INC. | 00054885125 | THIORIDAZINE 50 MG TABLET | 9/1/2004 | 5/7/2005 | $0.39 | $0.24 | 17% | $0.20 |
| 00074 - ABBOTT LABORATORIES | 00074330701 | ACETYLCYSTEINE 10% VIAL | 7/21/2005 | | $0.98 | $1.12 | 17% | $0.93 |

Attachment 1

ABBOTT-DEY-ROXANE, FULs greater than AWP-X%

| Formlry NDC Labeler Desc | Formlry Product ID | Formlry Product Label Name | Price Info Eff Date | Price Info End Date | Price Info FAC/FUL Amt | Price Info AWP Amt | AWP - X% | Price Info Lowest Cost Amt |
|---|---|---|---|---|---|---|---|---|
| 00074 - ABBOTT LABORATORIES | 00074330702 | ACETYLCYSTEINE 10% VIAL | 10/1/1997 | 4/30/1998 | $0.98 | $0.26 | 5% | $0.22 |
| 00074 - ABBOTT LABORATORIES | 00074330702 | ACETYLCYSTEINE 10% VIAL | 5/1/1998 | 9/30/1998 | $0.98 | $0.28 | 5% | $0.23 |
| 00074 - ABBOTT LABORATORIES | 00074330702 | ACETYLCYSTEINE 10% VIAL | 10/1/1998 | 11/30/1998 | $0.33 | $0.28 | 5% | $0.23 |
| 00074 - ABBOTT LABORATORIES | 00074330702 | ACETYLCYSTEINE 10% VIAL | 1/22/2002 | 11/30/2002 | $0.76 | $0.24 | 5% | $0.23 |
| 00074 - ABBOTT LABORATORIES | 00074330702 | ACETYLCYSTEINE 10% VIAL | 12/1/2002 | 3/31/2003 | $0.76 | $0.24 | 10% | $0.22 |
| 00074 - ABBOTT LABORATORIES | 00074330702 | ACETYLCYSTEINE 10% VIAL | 7/21/2005 | | $0.98 | $0.24 | 17% | $0.20 |
| 00074 - ABBOTT LABORATORIES | 00074330703 | ACETYLCYSTEINE 10% VIAL | 10/1/1997 | 4/30/1998 | $0.36 | $0.36 | 5% | $0.30 |
| 00074 - ABBOTT LABORATORIES | 00074330703 | ACETYLCYSTEINE 10% VIAL | 5/1/1998 | 9/30/1998 | $0.36 | $0.38 | 5% | $0.32 |
| 00074 - ABBOTT LABORATORIES | 00074330703 | ACETYLCYSTEINE 10% VIAL | 10/1/1998 | 4/30/1999 | $0.46 | $0.38 | 5% | $0.32 |
| 00074 - ABBOTT LABORATORIES | 00074330703 | ACETYLCYSTEINE 10% VIAL | 5/1/1999 | 11/30/2000 | $0.46 | $0.40 | 5% | $0.34 |
| 00074 - ABBOTT LABORATORIES | 00074330703 | ACETYLCYSTEINE 10% VIAL | 7/21/2005 | | $0.98 | $0.18 | 17% | $0.15 |
| 00074 - ABBOTT LABORATORIES | 00074330802 | ACETYLCYSTEINE 20% VIAL | 10/1/1997 | 4/30/1998 | $1.22 | $0.27 | 5% | $0.23 |
| 00074 - ABBOTT LABORATORIES | 00074330802 | ACETYLCYSTEINE 20% VIAL | 5/1/1998 | 9/30/1998 | $1.22 | $0.28 | 5% | $0.24 |
| 00074 - ABBOTT LABORATORIES | 00074330802 | ACETYLCYSTEINE 20% VIAL | 10/1/1998 | 11/30/1998 | $0.34 | $0.28 | 5% | $0.24 |
| 00074 - ABBOTT LABORATORIES | 00074330802 | ACETYLCYSTEINE 20% VIAL | 1/22/2002 | 11/30/2002 | $0.93 | $0.25 | 5% | $0.23 |
| 00074 - ABBOTT LABORATORIES | 00074330802 | ACETYLCYSTEINE 20% VIAL | 12/1/2002 | 5/31/2003 | $0.93 | $0.25 | 10% | $0.22 |
| 00074 - ABBOTT LABORATORIES | 00074330803 | ACETYLCYSTEINE 20% VIAL | 10/1/1997 | 4/30/1998 | $0.42 | $0.35 | 5% | $0.29 |
| 00074 - ABBOTT LABORATORIES | 00074330803 | ACETYLCYSTEINE 20% VIAL | 5/1/1998 | 9/30/1998 | $0.42 | $0.37 | 5% | $0.31 |
| 00074 - ABBOTT LABORATORIES | 00074330803 | ACETYLCYSTEINE 20% VIAL | 10/1/1998 | 4/30/1999 | $0.44 | $0.37 | 5% | $0.31 |
| 00074 - ABBOTT LABORATORIES | 00074330803 | ACETYLCYSTEINE 20% VIAL | 5/1/1999 | 11/30/2000 | $0.44 | $0.38 | 5% | $0.32 |
| 00074 - ABBOTT LABORATORIES | 00074630613 | E.E.S. 200 MG/5 ML SUSPENSION | 1/1/1995 | 9/30/1996 | $0.06 | $0.04 | 5% | $0.03 |
| 00074 - ABBOTT LABORATORIES | 00074630613 | E.E.S. 200 MG/5 ML SUSPENSION | 10/1/1996 | 1/31/1997 | $0.06 | $0.04 | 5% | $0.04 |
| 00074 - ABBOTT LABORATORIES | 00074630613 | E.E.S. 200 MG/5 ML SUSPENSION | 10/1/1997 | 9/30/1998 | $0.06 | $0.04 | 5% | $0.04 |
| 00074 - ABBOTT LABORATORIES | 00074637313 | E.E.S. 400 MG/5 ML SUSPENSION | 1/1/1995 | 7/31/1995 | $0.10 | $0.08 | 5% | $0.06 |
| 00074 - ABBOTT LABORATORIES | 00074631613 | ERYTHROCIN 500 MG FILMTAB | 2/1/1997 | 9/30/1997 | $0.23 | $0.26 | 5% | $0.22 |
| 00074 - ABBOTT LABORATORIES | 00074631613 | ERYTHROCIN 500 MG FILMTAB | 10/1/1997 | 9/30/1998 | $0.24 | $0.26 | 5% | $0.22 |
| 00074 - ABBOTT LABORATORIES | 00074189713 | JANIMINE 10 MG TABLET | 12/1/2000 | 1/21/2002 | $0.16 | $0.03 | 5% | $0.03 |
| 00074 - ABBOTT LABORATORIES | 00074189713 | JANIMINE 10 MG TABLET | 1/22/2002 | 11/30/2002 | $0.15 | $0.03 | 5% | $0.03 |
| 00074 - ABBOTT LABORATORIES | 00074189713 | JANIMINE 10 MG TABLET | 12/1/2002 | 3/31/2003 | $0.15 | $0.03 | 10% | $0.03 |
| 00074 - ABBOTT LABORATORIES | 00074189713 | JANIMINE 10 MG TABLET | 4/1/2003 | 8/31/2003 | $0.32 | $0.03 | 10% | $0.03 |
| 00074 - ABBOTT LABORATORIES | 00074189713 | JANIMINE 10 MG TABLET | 9/1/2003 | 8/31/2004 | $0.26 | $0.03 | 10% | $0.03 |
| 00074 - ABBOTT LABORATORIES | 00074189713 | JANIMINE 10 MG TABLET | 9/1/2004 | | $0.26 | $0.03 | 17% | $0.03 |

ABBOTT-DEY-ROXANE, FULs greater than AWP-X%

| Formlry NDC Labeler Desc | Formlry Product ID | Formlry Product Label Name | Price Info Eff Date | Price Info End Date | Price Info FAC/FUL Amt | Price Info AWP Amt | AWP - X% | Price Info Lowest Cost Amt |
|---|---|---|---|---|---|---|---|---|
| 00074 - ABBOTT LABORATORIES | 00074189719 | JANIMINE 10 MG TABLET | 12/1/2000 | 1/21/2002 | $0.16 | $0.03 | 5% | $0.03 |
| 00074 - ABBOTT LABORATORIES | 00074189719 | JANIMINE 10 MG TABLET | 1/22/2002 | 11/30/2002 | $0.15 | $0.03 | 5% | $0.03 |
| 00074 - ABBOTT LABORATORIES | 00074189719 | JANIMINE 10 MG TABLET | 12/1/2002 | 3/31/2003 | $0.15 | $0.03 | 10% | $0.03 |
| 00074 - ABBOTT LABORATORIES | 00074189719 | JANIMINE 10 MG TABLET | 4/1/2003 | 8/31/2003 | $0.32 | $0.03 | 10% | $0.03 |
| 00074 - ABBOTT LABORATORIES | 00074189719 | JANIMINE 10 MG TABLET | 9/1/2003 | 8/31/2004 | $0.26 | $0.03 | 10% | $0.03 |
| 00074 - ABBOTT LABORATORIES | 00074189719 | JANIMINE 10 MG TABLET | 9/1/2004 | | $0.26 | $0.03 | 17% | $0.03 |
| 00074 - ABBOTT LABORATORIES | 00074189813 | JANIMINE 25 MG TABLET | 12/1/2000 | 1/21/2002 | $0.19 | $0.06 | 5% | $0.05 |
| 00074 - ABBOTT LABORATORIES | 00074189813 | JANIMINE 25 MG TABLET | 1/22/2002 | 11/30/2002 | $0.17 | $0.06 | 5% | $0.05 |
| 00074 - ABBOTT LABORATORIES | 00074189813 | JANIMINE 25 MG TABLET | 12/1/2002 | 3/31/2003 | $0.17 | $0.06 | 10% | $0.05 |
| 00074 - ABBOTT LABORATORIES | 00074189813 | JANIMINE 25 MG TABLET | 4/1/2003 | 8/31/2003 | $0.43 | $0.06 | 10% | $0.05 |
| 00074 - ABBOTT LABORATORIES | 00074189813 | JANIMINE 25 MG TABLET | 9/1/2003 | 8/31/2004 | $0.36 | $0.06 | 10% | $0.05 |
| 00074 - ABBOTT LABORATORIES | 00074189813 | JANIMINE 25 MG TABLET | 9/1/2004 | | $0.36 | $0.06 | 17% | $0.05 |
| 00074 - ABBOTT LABORATORIES | 00074189819 | JANIMINE 25 MG TABLET | 12/1/2000 | 1/21/2002 | $0.19 | $0.06 | 5% | $0.05 |
| 00074 - ABBOTT LABORATORIES | 00074189819 | JANIMINE 25 MG TABLET | 1/22/2002 | 11/30/2002 | $0.17 | $0.06 | 5% | $0.05 |
| 00074 - ABBOTT LABORATORIES | 00074189819 | JANIMINE 25 MG TABLET | 12/1/2002 | 3/31/2003 | $0.17 | $0.06 | 10% | $0.05 |
| 00074 - ABBOTT LABORATORIES | 00074189819 | JANIMINE 25 MG TABLET | 4/1/2003 | 8/31/2003 | $0.43 | $0.06 | 10% | $0.05 |
| 00074 - ABBOTT LABORATORIES | 00074189819 | JANIMINE 25 MG TABLET | 9/1/2003 | 8/31/2004 | $0.36 | $0.06 | 10% | $0.05 |
| 00074 - ABBOTT LABORATORIES | 00074189819 | JANIMINE 25 MG TABLET | 9/1/2004 | | $0.36 | $0.06 | 17% | $0.05 |
| 00074 - ABBOTT LABORATORIES | 00074189913 | JANIMINE 50 MG TABLET | 12/1/2000 | 1/21/2002 | $0.23 | $0.11 | 5% | $0.09 |
| 00074 - ABBOTT LABORATORIES | 00074189913 | JANIMINE 50 MG TABLET | 1/22/2002 | 11/30/2002 | $0.20 | $0.11 | 5% | $0.09 |
| 00074 - ABBOTT LABORATORIES | 00074189913 | JANIMINE 50 MG TABLET | 12/1/2002 | 3/31/2003 | $0.20 | $0.11 | 10% | $0.10 |
| 00074 - ABBOTT LABORATORIES | 00074189913 | JANIMINE 50 MG TABLET | 4/1/2003 | 8/31/2003 | $0.56 | $0.11 | 10% | $0.10 |
| 00074 - ABBOTT LABORATORIES | 00074189913 | JANIMINE 50 MG TABLET | 9/1/2003 | 8/31/2004 | $0.46 | $0.11 | 10% | $0.10 |
| 00074 - ABBOTT LABORATORIES | 00074189913 | JANIMINE 50 MG TABLET | 9/1/2004 | | $0.46 | $0.11 | 17% | $0.09 |
| 00074 - ABBOTT LABORATORIES | 00074189919 | JANIMINE 50 MG TABLET | 12/1/2000 | 1/21/2002 | $0.23 | $0.11 | 5% | $0.09 |
| 00074 - ABBOTT LABORATORIES | 00074189919 | JANIMINE 50 MG TABLET | 1/22/2002 | 11/30/2002 | $0.20 | $0.11 | 5% | $0.10 |
| 00074 - ABBOTT LABORATORIES | 00074189919 | JANIMINE 50 MG TABLET | 12/1/2002 | 3/31/2003 | $0.20 | $0.11 | 10% | $0.10 |
| 00074 - ABBOTT LABORATORIES | 00074189919 | JANIMINE 50 MG TABLET | 4/1/2003 | 8/31/2003 | $0.56 | $0.11 | 10% | $0.10 |
| 00074 - ABBOTT LABORATORIES | 00074189919 | JANIMINE 50 MG TABLET | 9/1/2003 | 8/31/2004 | $0.46 | $0.11 | 10% | $0.10 |
| 00074 - ABBOTT LABORATORIES | 00074189919 | JANIMINE 50 MG TABLET | 9/1/2004 | | $0.46 | $0.11 | 17% | $0.09 |
| 49502 - DEY L.P. | 49502018130 | ACETYLCYSTEINE 10% VIAL | 9/1/2000 | 11/30/2000 | $0.46 | $0.44 | 5% | $0.42 |
| 49502 - DEY L.P. | 49502018130 | ACETYLCYSTEINE 10% VIAL | 7/21/2005 | | $0.98 | $0.44 | 17% | $0.37 |

Attachment 1
ABBOTT-DEY-ROXANE, FULs greater than AWP-X%

| Formlry NDC Labeler Desc | Formlry Product ID | Formlry Product Label Name | Price Info Eff Date | Price Info End Date | Price Info FAC/FUL Amt | Price Info AWP Amt | AWP - X% | Price Info Lowest Cost Amt |
|---|---|---|---|---|---|---|---|---|
| 49502 - DEY L.P. | 49502043101 | THEOPHYLLINE 100 MG TAB SA | 12/1/2002 | 5/31/2003 | $0.12 | $0.12 | 10% | $0.11 |
| 49502 - DEY L.P. | 49502043201 | THEOPHYLLINE 200 MG TAB SA | 10/27/2006 | | $0.22 | $0.23 | 17% | $0.19 |
| 49502 - DEY L.P. | 49502043205 | THEOPHYLLINE 200 MG TAB SA | 10/27/2006 | | $0.22 | $0.23 | 17% | $0.19 |
| 49502 - DEY L.P. | 49502043301 | THEOPHYLLINE 300 MG TAB SA | 10/27/2006 | | $0.26 | $0.23 | 17% | $0.19 |
| 49502 - DEY L.P. | 49502043305 | THEOPHYLLINE 300 MG TAB SA | 10/27/2006 | | $0.26 | $0.23 | 17% | $0.19 |
| 49502 - DEY L.P. | 49502043310 | THEOPHYLLINE 300 MG TAB SA | 10/27/2006 | | $0.26 | $0.23 | 17% | $0.19 |