# Exhibit 97

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants



**Roxane Laboratories, Inc.**

P.O. Box 16532 • Columbus, Ohio 43216-6532 • Phone 614/276-4000 • Fax 614/274-0974

March 3, 1997

Mr. Bill Larkin, R.Ph.
Director of Pharmacy Services
Greater New York Hospital Association
555 West 57th Street, 15th Floor
New York, NY   10019

**Re:**   **Ipratropium Bromide Inhalation Solution 0.02%  30's**

Dear Mr. Larkin:

Great News! In addition to the 25 vial carton, Roxane Laboratories now has a 30 vial carton for your convenience. We are pleased to extend the same per vial price we negotiated with you on 25's, and apply this to the new 30's carton.

| NDC List No. 0054 | PRODUCT DESCRIPTION | SPECIAL PRICE |
|---|---|---|
| 8402-13 | Ipratropium Bromide Inhalation Solution 0.02% 30 x 2.5mL vial | $26.10 |

*Exact formulation of Atrovent®

### Contract Addition Schedule

| If your acceptance is received by: | Price Effective |
|---|---|
| March 4  | March 10 |
| March 11 | March 17 |
| March 18 | March 24 |
| March 25 | March 31 |



ROXANE • PAIN • INSTITUTE ™
...touching cancer and aids patients through their caregivers.
1 • 800 • 335 • 9100

S00084848

RLI-AWP-00278717
ROX051-5252     F

March 3, 1997
Mr. Bill Larkin, R.Ph.
Greater New York Hospital Association
Page 2

You may indicate your acceptance by returning a copy of this letter to the Roxane Contract Sales and Administration office by mail, or by faxing a copy to us at 614/276-3786.

Best regards,

*John R. Powers*

John R. Powers, Director
Contracts Business Unit

Accepted by:

_____
SIGNATURE

_____
PRINTED NAME

_____
TITLE

_____
DATE

cc:   File No     AC    9509056

*Atrovent® is a registered trademark of Boehringer Ingelheim International GmbH

S00084849

RLI-AWP-00278718
ROX051-5253      L