# Exhibit 99

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

Page 336

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

```
-------------------------------x
In re: PHARMACEUTICAL INDUSTRY   )
AVERAGE WHOLESALE PRICE          )
LITIGATION                       )
-------------------------------)
United States of America ex rel.) MDL No. 1456
Ven-A-Care of the Florida Keys,  )
Inc. v. Abbott Laboratories,     ) Civil Action
Inc., Civil Action No. 06-       ) No. 01-12257-PBS
11337-PBS; and United States of  )
America ex rel. Ven-A-Care of    ) Honorable
the Florida Keys, Inc., v. Dey,  ) Patti B. Saris
Inc., et al., Civil Action No.   )
05-11084-PBS; and United States  )
of America ex rel. Ven-A-Care    )
of the Florida Keys, Inc., v.    )
Boehringer Ingelheim Corp., et   )
al., Civil Action No. 07-10248-  )
PBS                              )
-------------------------------x
```

06db8d46-1900-438e-b5fa-9bac07802652

Page 337

December 11, 2008

Volume II

VIDEOTAPED DEPOSITION OF SUZETTE BRIDGES, produced, sworn, and examined on the 11th day of December, 2008, between the hours of nine o'clock in the forenoon and six o'clock in the evening of that day, at the offices of United States Attorneys' Office, 425 West Capitol, Suite 500, Metropolitan Building, Little Rock, Arkansas, before BRENDA ORSBORN, a Certified Court Reporter within and for the State of Missouri, in a certain cause now pending before the United States District Court, District of Massachusetts, In re: Pharmaceutical Industry Average Wholesale Price litigation.

Page 506

1  the actual discounts off of AWP are for every
2  drug.  So I know again that there are variables.
3  So whether it's frequently inflated, I don't know
4  the rate of the inflation that there might be on
5  AWPs.
6       Q.   (By Mr. Berlin) And you testified today
7  that you did not use the DOJ AWPs?
8       A.   We did not use those prices.  Those
9  were not really considered AWPs, was my
10 understanding.
11      Q.   And what's that understanding based on?
12      A.   I don't recall all of the
13 conversations, but to my -- from my memory, those
14 were average sales prices -- more reflective of
15 average sales prices rather than AWPs.
16      Q.   And is that the reason that the State
17 chose not to use them?
18      A.   Because they were not AWPs, they could
19 not be -- as I indicated this morning, those --
20 or yesterday.  I can't remember.  My days are
21 running together now.  EDS could not put those
22 into the AWP field in the system.  That's not a