# Exhibit 100

*United States of America ex rel. Ven-a-Care of the Florida Keys, Inc v. Abbott Laboratories, Inc.; Dey, Inc., et al.; Boehringer Ingelheim Corp., et al.;*
Civil Action No. 01-12257-PBS

Exhibit to the September 22, 2009, Declaration of George B. Henderson, II
In Support of Plaintiff's Response to Defendants' Combined Local Rule 56.1
Statement of Additional Material Facts Pertinent to the United States' Motions
for Partial Summary Judgment Against Defendants

NE Dept of Health and Human Services (Gary Cheloha)                December 2, 2008
                              Lincoln, NE

Page 1

                 IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF MASSACHUSETTS

    ----------------------------------X

    IN RE:  PHARMACEUTICAL INDUSTRY    )

    AVERAGE WHOLESALE PRICE LITIGATION ) MDL No. 1456

    ----------------------------------) Civil Action

    THIS DOCUMENT RELATES TO:          ) No. 01-12257-PBS

    United States of America, ex. rel. ) Hon. Patti Saris

    Ven-a-Care of the Florida Keys,    )

    Inc., v. Dey, Inc., et. al., Civil )

    Action No. 05-11084-PBS; and United)

    States of America, ex. rel.        ) December 2, 2008

    Ven-a-Care of the Florida Keys,    ) 8:57 a.m.

    Inc., v. Boehringer Ingleheim      )

    Corp. et. al., Civil Action        )

    No. 07-10248-PBS.                  ) VOLUME I

    ----------------------------------X

    Deposition of THE NEBRASKA DEPT. OF HEALTH AND HUMAN

    SERVICES by GARY CHELOHA, taken by Defendants, pursuant

    to Notice, held at the Cornhusker Hotel, Lincoln, Nebraska,

    before Shana W. Spencer, a Certified Shorthand Reporter

    and Notary Public of the State of Nebraska.

                     Henderson Legal Services, Inc.
    202-220-4158                           www.hendersonlegalservices.com

d98d776d-741f-454c-8c46-8fdf11028000

Page 2

1          A P P E A R A N C E S:

2

3    Attorney for Plaintiff

4

5              UNITED STATES DEPARTMENT OF JUSTICE

6              601 D Street, NW, Room 9929

7              Ben Franklin Station

8              Washington, D.C. 20004

9              BY:   ANDY MAO, ESQUIRE

10                   andy.mao@usdoj.gov

11

12

13   Attorney for Deponent

14

15             DEPARTMENT OF HEALTH AND HUMAN SERVICES

16             301 Centennial Mall South

17             Fifth Floor

18             Lincoln, Nebraska 68509

19             BY:   MATTHEW DUNNING, ESQUIRE

20

21

22      (CONTINUED)

NE Dept of Health and Human Services (Gary Cheloha)                December 2, 2008
Lincoln, NE

Page 257

1      Q.   Okay.  And do you know, did -- what did
2  Nebraska do with the list of DOJ AWPs?
3           MR. DUNNING:  Object to form.
4           THE WITNESS:  In the follow-up survey,
5  I was asked that question, and I then reviewed
6  the pricing.  Some of these already had state MAC
7  or FUL prices on them, some setting the AWP
8  within this overall system that the State was
9  using and then, using the discounting algorithm,
10 would have resulted in prices below cost.
11          And I know that implementing -- in the
12 point-of-sale system that we had, there was not a
13 practical way to implement just these 400 without
14 a major change in our computer processing logic
15 and the contract -- well, I'll just say with the
16 computer processing system that was in place.
17          (Exhibit Dey 923 was marked for
18 identification.)
19     Q.   (BY MS. LORENZO)  You mentioned a
20 conversation or interview.  I'm going to hand you
21 what we're going to mark as Dey Exhibit 923 which
22 is a record of an interview from a medication