UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION ) ) ) ) ) | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Subcategory No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO: ) ) | Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS ) ) ) | |

**UNITED STATES' NOTICE OF FILING DECLARATION OF
ANN M. ST. PETER-GRIFFITH SUBMITTING EXHIBITS IN SUPPORT OF UNITED
STATES' RESPONSE TO ABBOTT LABORATORIES INC.'S RULE 56.1 STATEMENT
OF ADDITIONAL FACTS THAT PRECLUDE SUMMARY JUDGMENT**

The United States hereby gives notice of the filing of the attached Declaration of Ann M. St. Peter-Griffith Submitting Exhibits in Support of United States' Response to Abbott Laboratories Inc.'s Rule 56.1 Statement of Additional Facts That Preclude Summary Judgment, and attaches hereto, Attachment 1 Exhibit List 1 to 20 and Exhibits 1 to 20.

Respectfully submitted,

For the United States of America

| | |
|---|---|
| MICHAEL K. LOUCKS<br>ACTING UNITED STATES ATTORNEY | TONY WEST<br>ASSISTANT ATTORNEY GENERAL |
| George B. Henderson, II<br>Assistant U.S. Attorney<br>John Joseph Moakley U.S. Courthouse<br>Suite 9200, 1 Courthouse Way<br>Boston, Massachusetts 02210<br>Phone: (617) 748-3398<br>Fax: (617) 748-3272 | Joyce R. Branda<br>Daniel R. Anderson<br>Renée Brooker<br>Justin Draycott<br>Rebecca Ford<br>Elizabeth Strawn<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 261<br>Ben Franklin Station<br>Washington, D.C. 20044<br>Phone: (202) 305-9300<br>Fax: (202) 307-3852 |
| JEFFREY H. SLOMAN<br>ACTING UNITED STATES ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA | |

  s/ Ann M. St. Peter-Griffith
Mark A. Lavine
Ann M. St. Peter-Griffith
Special Assistant United States Attorneys
99 NE 4th Street, 3rd Floor
Miami, Florida 33132
Phone: (305) 961-9003
Fax: (305) 536-4101

Dated: September 22, 2009

      I hereby certify that I have this day caused an electronic copy of the above **UNITED STATES' NOTICE OF FILING DECLARATION OF ANN M. ST. PETER-GRIFFITH SUBMITTING EXHIBITS IN SUPPORT OF UNITED STATES' RESPONSE TO ABBOTT LABORATORIES INC.'S RULE 56.1 STATEMENT OF ADDITIONAL FACTS THAT PRECLUDE SUMMARY JUDGMENT** to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

                                                              /s/ Mark Lavine
Dated: September 22, 2009                              Mark Lavine

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL No. 1456<br>) Civil Action No. 01-12257-PBS<br>) )<br>) Subcategory No. 06-11337-PBS |
| THIS DOCUMENT RELATES TO: | ) )<br>) Hon. Patti B. Saris |
| *United States of America ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, Civil Action No. 06-11337-PBS | ) ) ) |

## DECLARATION OF ANN M. ST. PETER-GRIFFITH SUBMITTING EXHIBITS IN SUPPORT OF UNITED STATES' RESPONSE TO ABBOTT LABORATORIES INC.'S RULE 56.1 STATEMENT OF ADDITIONAL FACTS THAT PRECLUDE SUMMARY JUDGMENT

I, Ann M. St. Peter-Griffith, do hereby declare as follows:

1.  I am an Assistant U.S. Attorney in the Office of the United States Attorney, Southern District of Florida.

2.  On behalf of the plaintiff, United States of America, I am submitting with this Declaration Exhibits in Support of United States' Response to Abbott Laboratories Inc.'s Rule 56.1 Statement of Additional Facts That Preclude Summary Judgment.

3.  The exhibits listed on Attachment 1 to this Declaration are true and correct copies of the materials described therein and submitted with this declaration.

I swear under the penalties of perjury that the foregoing statements are true and correct.

*[signature]*
Ann M. St. Peter-Griffith
Assistant U.S. Attorney

Executed this 22 day of September, 2009

| | **ATTACHMENT 1** | |
|---|---|---|
| # | EXHIBIT DESCRIPTION | |
| Ex.1 | 04/30/09 Montanez Deposition Transcript Excerpts | |
| Ex. 2 | 01/31/01 Cicerale Email to Adams<br>Subject: Abbott Labs Wholesale Price Change;<br>02/01/01 Cicerale Email to Morgan<br>Subject: RE: Abbott Labs Wholesale Price Change | Exhibits 941, Sellers 586 |
| Ex. 3 | 04/12/07 Sellers Deposition Transcript Excerpts | |
| Ex. 4 | 03/16/08 & 03/31/08 Sellers Deposition Transcript Excerpts | Exhibit Sellers 587 |
| Ex. 5 | 04/15/09 Rossiter Deposition Transcript Excerpts | |
| Ex. 6 | 05/01/09 Helms Deposition Transcript Excerpts | |
| Ex. 7 | 06/26/00 Marvin Hazelwood Email to Steve Bradley;<br>Matt Powers Memorandum to Matt Magalis<br>Re: Senator Carl Hawkinson;<br>Matt Magalis letter to Senator Carl E. Hawkinson<br>AWP-IL-00016887-16891 | |
| Ex. 8 | 12/15/08 Wells Deposition Transcript Excerpt | |
| Ex. 9 | 11/18/08 Parker Deposition Transcript Excerpts | |
| Ex. 10 | 01/23/08 Gerimed (Rhodus) Deposition Transcript Excerpts | |
| Ex. 11 | 08/29/07 Rodman Deposition Transcript Excerpts | |
| Ex. 12 | 10/15/07 Landsidle Deposition Transcript Excerpts & Lobbying Exhibits | Exhibits 14, 17, 20, 21, 23, 1125, 1133, 1134, 1136, 1137, 1138, 1139, 1140, 1141, 1354, 1505 |
| Ex. 13 | 5/18/07 & 12/05/07 DeParle Deposition Transcript Excerpts | |
| Ex. 14 | 08/24/01 Terrebonne Email to Reeder<br>JD-SUB-LA-000687-692 | |
| Ex. 15 | 01/24/08 Gaston Deposition Transcript Excerpts | |

| Ex. 16 | 12/15/08 Dubberly Deposition Transcript Excerpts | Exhibit 18 |
|---|---|---|
| Ex. 17 | 08/27/07 Morgan Deposition Transcript Excerpt | |
| Ex. 18 | 10/25/07 Tootell Deposition Transcript Excerpts | |
| Ex. 19 | 10/29/07 Booth Deposition Transcript Excerpts | |
| Ex. 20 | 01/23/09 Supplement to Duggan Report & Tables A, B, & C (See Docket Number #6310 Henderson Common Declaration Exhibit 41 Duggan Part A & Part B) | |