# EXHIBIT 2

Cicerale, Jerrie   APX

**From:** Adams, Harry   APX
**Sent:** Thursday, February 01, 2001 7:43 AM
**To:** Cicerale, Jerrie   APX
**Subject:** RE: ABBOTT LABS WHOLESALE PRICE CHANGE

Jerrie,
I will call Kay.

Thanks for the heads-up!

Harry

-----Original Message-----
From: Cicerale, Jerrie APX
Sent: Wednesday, January 31, 2001 3:38 PM
To: Adams, Harry APX
Cc: Cicerale, Jerrie APX
Subject: FW: ABBOTT LABS WHOLESALE PRICE CHANGE

Harry -- I sent the price decrease changes for the WAC prices to the databank companies today and I am not really understanding how First Databank calculates the AWP that is in their system. I have always known that price to be a calculation from our direct(list) price not the wholesale price.

Was something changed in the past few years. Kay says it is calculated from the wholesale price but I know Redbook does it from the list price.

I'm sure you will be hearing from Kay.

Just an fyi.

--Jerrie

-----Original Message-----
From: Cicerale, Jerrie APX
Sent: Wednesday, January 31, 2001 3:35 PM
To: 'Morgan, Kay'
Subject: RE: ABBOTT LABS WHOLESALE PRICE CHANGE

Kay -- I wasn't trying to question what you are doing but that is how I have understood that process for over 20 years. Sorry for the misunderstanding I don't want to come across in that manner.

Jerrie Cicerale
HPD Contract Marketing
(847) 937-2881
Email: jerrie.cicerale@abbott.com

-----Original Message-----
From: Morgan, Kay [mailto:Kay_Morgan@firstdatabank.com]
Sent: Wednesday, January 31, 2001 3:25 PM
To: 'Cicerale, Jerrie APX'
Subject: RE: ABBOTT LABS WHOLESALE PRICE CHANGE

I don't tell you how to do your job, please do not question how I do mine and do not ask me to ask 2 technicians how to do the manager's job. I know what I am doing. If this is the last word from you guys, we will do the survey and give them your name to call when they question me.

-----Original Message-----
From:   Cicerale, Jerrie   APX
[mailto:jerrie.cicerale@abbott.com]
Sent:   Wednesday, January 31, 2001 1:02 PM

1


DEPOSITION EXHIBIT

CA ABT006811

Confidential

TXABT42054

To: 'Morgan, Kay'
Subject:    RE: ABBOTT LABS WHOLESALE PRICE CHANGE

I really believe you have always calculated it from the direct price. It wasn't until a few years ago that you started listing the wholesale prices.
I know for a fact that the other databank company calculates it from the direct price and before you when Beth use to do the listing for First Databank (and Wendy) they used direct price. Please look at a few to confirm what I am saying.

Thanks,
Jerrie Cicerale
HPD Contract Marketing
(847) 937-2881
Email: jerrie.cicerale@abbott.com


-----Original Message-----
From: Morgan, Kay [mailto:Kay_Morgan@firstdatabank.com]
Sent: Wednesday, January 31, 2001 2:16 PM
To: 'Cicerale, Jerrie APX'
Subject: RE: ABBOTT LABS WHOLESALE PRICE CHANGE


AWP stands for AVERAGE WHOLESALE PRICE - it is the price from the wholesaler. As long as WAC and Direct were equal, it did not matter whether we were using WAC or Direct. Direct is not from wholesaler it is from Abbott, so we cannot use Direct to determine AWP if it is different

-----Original Message-----
From:   Cicerale, Jerrie   APX [mailto:jerrie.cicerale@abbott.com]
Sent:   Wednesday, January 31, 2001 12:11 PM
To: 'Morgan, Kay'
Subject:    RE: ABBOTT LABS WHOLESALE PRICE CHANGE

In the past the AWP was always calculated from the Direct price not from the wholesale price. I thought the wholesale price is out on your file for reference purposes only. Our direct price is not changing so the AWP should not change.


Jerrie Cicerale
HPD Contract Marketing
(847) 937-2881
Email: jerrie.cicerale@abbott.com


-----Original Message-----
From: Morgan, Kay [mailto:Kay_Morgan@firstdatabank.com]
Sent: Wednesday, January 31, 2001 2:07 PM
To: 'Cicerale, Jerrie APX'
Subject: RE: ABBOTT LABS WHOLESALE PRICE CHANGE

2

Confidential

CA ABT006812

TXABT42055

HPD is set on AWP = 1.1.875 and WAC = Direct. If you change the pricing structure as you suggest we will need to re-survey to determine the AWP for HPD. Also, many payers, pay from WAC so lowering the WAC, will cause major grief for everyone. Also, DoJ needs to be considered. Pat said he would address the issue before making the decision, perhaps he did, but I don't want to put these all in because is was not thought out and then get to change them back. Please double check the plan and I will need some time to survey the wholesalers. Recognize that you will be lowering the AWP for your products and in fact the AWP will probably wind up being lower than Direct. Much grief will occur with this move.

-----Original Message-----
From:   Cicerale, Jerrie APX
[mailto:jerrie.cicerale@abbott.com]
Sent:   Wednesday, January 31, 2001 12:00 PM
To: 'Morgan, Kay'
Subject:    RE: ABBOTT LABS WHOLESALE PRICE CHANGE

What do you mean? Do you need this information in some other type of format?


Jerrie Cicerale
HPD Contract Marketing
(847) 937-2881
Email: jerrie.cicerale@abbott.com

-----Original Message-----
From: Morgan, Kay
[mailto:Kay_Morgan@firstdatabank.com]
Sent: Wednesday, January 31, 2001 1:17 PM
To: 'Cicerale, Jerrie APX'
Subject: RE: ABBOTT LABS WHOLESALE PRICE CHANGE

I have already told Pat DeGrace that this is not going to be

3

Confidential

CA ABT006813

TXABT42056

keyed on our database. He promised to check into it.

-----Original Message-----
From: Cicerale, Jerrie APX [mailto:jerrie.cicerale@abbott.com]
Sent: Wednesday, January 31, 2001 10:16 AM
To: 'Kay Morgan'
Cc: Cicerale, Jerrie APX
Subject: ABBOTT LABS WHOLESALE PRICE CHANGE

<< File: WHLS2101.TXT >>

Kay -- attached are 95 products that are having a wholesale price change effective 2/1/01. The direct price will not be changing only the wholesale price.

<<WHLS2101.TXT>>

Thanks,

Jerrie

Cicerale

Marketing

937-2881

HPD Contract

(847)

Email: jerrie.cicerale@abbott.com

4

Confidential

CA ABT006814

TXABT42057

**Unknown**

| | |
|---|---|
| From: | Cicerale, Jerrie   APX |
| Sent: | Thursday, February 01, 2001 8:06 AM |
| To: | 'Morgan, Kay' |
| Cc: | Adams, Harry   APX; Cicerale, Jerrie   APX |
| Subject: | RE: ABBOTT LABS WHOLESALE PRICE CHANGE |

Kay -- please don't adjust anything until Harry Adam's talks to you. He will be contacting you sometime today.

Thanks,
Jerrie Cicerale
HPD Contract Marketing
(847) 937-2881
Email: jerrie.cicerale@abbott.com


-----Original Message-----
From: Morgan, Kay [mailto:Kay_Morgan@firstdatabank.com]
Sent: Wednesday, January 31, 2001 6:29 PM
To: 'Cicerale, Jerrie APX'
Subject: RE: ABBOTT LABS WHOLESALE PRICE CHANGE


I can appreciate what you thought was the process, many people think they understand until they make a change. Let me re-iterate what I sad below.
AWP is AVERAGE WHOLESALE PRICE. We determine AWP by contacting the wholesalers for the mark-up. As long as your direct was equal to WAC life was fine. Now, you have a vastly different WAC, so the pricing scenario had to change. I have completed the survey and the mark-up is 1.25 times WAC.
This makes my life very difficult as I will have to apply this to each NDC (cannot use the corporate application since you are now different than PPD).
Additionally, I will receive many calls regarding the accuracy of the Abbott data and why reimbursement went down. I will give them whoever you tell me to give them name and number at Abbott. Also, you AWP is going to be less than Direct in the majority of cases.

We will start on this tomorrow, but will probably not get it all on till next week, so it will miss the monthly and weekly database.

> -----Original Message-----
> From: Cicerale, Jerrie     APX
> [mailto:jerrie.cicerale@abbott.com]
> Sent: Wednesday, January 31, 2001 1:35 PM
> To:   'Morgan, Kay'
> Subject:   RE: ABBOTT LABS WHOLESALE PRICE CHANGE
>
> Kay -- I wasn't trying to question what you are doing but that is how I have
> understood that process for over 20 years. Sorry for the misunderstanding I
> don't want to come across in that manner.
>
> Jerrie Cicerale
> HPD Contract Marketing
> (847) 937-2881
> Email: jerrie.cicerale@abbott.com
>
>
> -----Original Message-----
> From: Morgan, Kay [mailto:Kay_Morgan@firstdatabank.com]
> Sent: Wednesday, January 31, 2001 3:25 PM
> To: 'Cicerale, Jerrie APX'
> Subject: RE: ABBOTT LABS WHOLESALE PRICE CHANGE

1

TXABT
56944

EXHIBIT 586
WIT: Sellers
DATE: 4-12-07
Cynthia Vohiken

**CONFIDENTIAL**

I don't tell you how to do your job, please do not question how I do mine and do not ask me to ask 2 technicians how to do the manager's job. I know what I am doing. If this is the last word from you guys, we will do the survey and give them your name to call when they question me.

-----Original Message-----
From: Cicerale, Jerrie APX [mailto:jerrie.cicerale@abbott.com]
Sent: Wednesday, January 31, 2001 1:02 PM
To: 'Morgan, Kay'
Subject: RE: ABBOTT LABS WHOLESALE PRICE CHANGE

I really believe you have always calculated it from the direct price. It wasn't until a few years ago that you started listing the wholesale prices.
I know for a fact that the other databank company calculates it from the direct price and before you when Beth use to do the listing for First Databank (and Wendy) they used direct price. Please look at a few to confirm what I am saying.

Thanks,
Jerrie Cicerale
HPD Contract Marketing
(847) 937-2881
Email: jerrie.cicerale@abbott.com

-----Original Message-----
From: Morgan, Kay [mailto:Kay_Morgan@firstdatabank.com]
Sent: Wednesday, January 31, 2001 2:16 PM
To: 'Cicerale, Jerrie APX'
Subject: RE: ABBOTT LABS WHOLESALE PRICE CHANGE

AWP stands for AVERAGE WHOLESALE PRICE - it is the price from the wholesaler. As long as WAC and Direct were equal, it did not matter whether we were using WAC or Direct. Direct is not from wholesaler it is from Abbott, so we cannot use Direct to determine AWP if it is different

-----Original Message-----
From: Cicerale, Jerrie APX [mailto:jerrie.cicerale@abbott.com]
Sent: Wednesday, January 31, 2001 12:11 PM
To: 'Morgan, Kay'
Subject: RE: ABBOTT LABS WHOLESALE PRICE CHANGE

In the past the AWP was always calculated from the Direct price not from the wholesale price. I thought the wholesale

TXABT
56945

CONFIDENTIAL

2

price is out on your file for reference purposes only. Our direct price is not changing so the AWP should not change.

Jerrie Cicerale
HPD Contract Marketing
(847) 937-2881
Email: jerrie.cicerale@abbott.com

-----Original Message-----
From: Morgan, Kay [mailto:Kay_Morgan@firstdatabank.com]
Sent: Wednesday, January 31, 2001 2:07 PM
To: 'Cicerale, Jerrie APX'
Subject: RE: ABBOTT LABS WHOLESALE PRICE CHANGE

HPD is set on AWP = 1.1.875 and WAC = Direct. If you change the pricing structure as you suggest we will need to re-survey to determine the AWP for HPD. Also, many payers, pay from WAC so lowering the WAC, will cause major grief for everyone. Also, DoJ needs to be considered. Pat said he would address the issue before making the decision, perhaps he did, but I don't want to put these all in because is was not thought out and then get to change them back. Please double check the plan and I will need some time to survey the wholesalers. Recognize that you will be lowering the AWP for your products and in fact the AWP will probably wind up being lower than Direct. Much grief will occur with this move.

TXABT
56946

CONFIDENTIAL

3

-----Original Message-----
From: Cicerale, Jerrie APX [mailto:jerrie.cicerale@abbott.com]
Sent: Wednesday, January 31, 2001 12:00 PM
To: 'Morgan, Kay'
Subject: RE: ABBOTT LABS WHOLESALE PRICE CHANGE

What do you mean? Do you need this information in some other type of format?

Jerrie Cicerale
HPD Contract Marketing
(847) 937-2881
Email: jerrie.cicerale@abbott.com

-----Original Message-----
From: Morgan, Kay [mailto:Kay_Morgan@firstdatabank.com]
Sent: Wednesday, January 31, 2001 1:17 PM
To: 'Cicerale, Jerrie APX'
Subject: RE: ABBOTT LABS WHOLESALE PRICE CHANGE

I have already told Pat DeGrace that this is not going to be keyed on our database. He promised to check into it.

-----Original Message-----
From: Cicerale, Jerrie APX

TXABT 56947

CONFIDENTIAL

4

[mailto:jerrie.cicerale@abbott.com]

Sent: Wednesday, January 31, 2001 10:16 AM

To: 'Kay Morgan'

Cc: Cicerale, Jerrie APX

Subject: ABBOTT LABS WHOLESALE PRICE CHANGE

<< File: WHLS2101.TXT >>

Kay -- attached are 95 products that are having a wholesale price change effective 2/1/01. The direct price will not be changing only the wholesale price.

<<WHLS2101.TXT>>

Thanks,

Jerrie Cicerale
HPD Contract Marketing
(847) 937-2881
Email: jerrie.cicerale@abbott.com

TXABT
56948

CONFIDENTIAL

5