# EXHIBIT 5

Page 287

```
            IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -X
                                :
IN RE:  PHARMACEUTICAL INDUSTRY:
AVERAGE WHOLESALE PRICE         :  MDL No. 1456
LITIGATION                      :
                                :  Master File No.
-------------------------------:   01-CV-12257-PBS
This Document Relates To:       :
United States of America, ex re:   Subcategory No.
Ven-A-Care of the Florida Keys,:   06-CV-11337-PBS
Inc., v. Abbott Laboratories,   :
Inc., Civil Action No.          :
06-11337-PBS                    :
- - - - - - - - - - - - - - - -X


                    Williamsburg, Virginia
                    Wednesday, April 15, 2009


      Videotaped deposition of LOUIS F. ROSSITER, Ph.D.
                       VOLUME II
```

Page 500

1  purchase or referral of the program business. In
2  other words, it is illegal for a manufacturer
3  knowingly to establish or inappropriately maintain
4  a particular AWP if one purpose is to manipulate
5  the spread to induce customers to purchase its
6  product?
7      A.  Yes.
8      Q.  Do you see that?
9      A.  Yes.
10     Q.  Now, I'm going to ask you this question,
11 when you were the Secretary of Health and Human
12 Resources for the State of Virginia after you
13 under oath swore to uphold the law, from your
14 perspective were drug manufacturers permitted to
15 report prices that caused AWPs to be reported to
16 the State of Virginia that were such that one --
17 that the manufacturer knowingly established or
18 inappropriately maintained a particular AWP for
19 the purpose to manipulate the spread to induce
20 customers to purchase its product. Was that okay
21 with you, when you were Secretary of Health and
22 Human Resources?

Page 501

1          MR. BERLIN: Objection to form.
2          MR. BREEN: If they did that.
3          THE WITNESS: There are lots of words in
4  there. One is knowingly, the other was
5  inappropriately, both of those words require
6  definition. And here comes my volume point, I'm
7  sorry, it's my having handled some of these
8  regulations, it's my understanding, is that
9  they're inducing customers to purchase its
10 product. There's a lot that goes into
11 interpreting that and furthermore documenting it,
12 and moreover having a preponderance of the
13 evidence that would prove it.
14 BY MR. BREEN:
15     Q.  So does that mean it was okay with you
16 because it may be hard to prove it?
17     A.  That means --
18         MR. BERLIN: Objection. Form.
19         MR. BREEN: Well, my question was, back
20 when you were the Secretary of Health and Human
21 Resources for the State of Virginia, was it okay
22 with you if your state Medicaid program reimbursed

Page 502

1  based upon AWPs where the manufacturer had
2  knowingly established them or inappropriately
3  maintained them with a purpose to manipulate the
4  spread and to induce customers to purchase its
5  products, and I said was that okay with you when
6  you were Secretary of Health and Human Resources.
7          THE WITNESS: Well, of course not. But
8  there's a difference between -- by the same token,
9  it's not illegal to increase the price of your
10 drug.
11 BY MR. BREEN:
12     Q.  Professor, I didn't say it was. I'm
13 asking you if it was okay with you if Abbott
14 Laboratories lowered its price of Vancomycin down
15 to four dollars and at the same time said they
16 were increasing it from 18 to 36 in their AWP in
17 order to induce its customers to buy its Vanco
18 rather than its competitors', and then they
19 reported those prices and caused First DataBank to
20 publish AWP to your state, so your state paid more
21 for the Abbott Vancomycin. I'm asking you if that
22 was okay with you when you were Secretary?

Page 503

1          MR. BERLIN: Objection. Form.
2          THE WITNESS: It was okay with me when I
3  was Secretary for pharmaceutical manufacturers to
4  adjust their prices, and they did. I have a
5  report on the very subject.
6          MR. BREEN: Move to strike that as
7  nonresponsive. My question was not if it was okay
8  to increase the prices. My question was, was it
9  okay for Abbott to report prices that caused their
10 AWP to go up to over $50 when in fact their prices
11 fell to under 5?
12         MR. BERLIN: Objection. Form.
13         MR. BREEN: In order to induce
14 purchases.
15         MR. BERLIN: Same objection.
16         MR. BREEN: I'm asking you if that was
17 okay when you were Secretary of Health and Human
18 Resources.
19         MR. BERLIN: Same objection. I didn't
20 mean to step on your question. Sorry.
21         THE WITNESS: Virginia used AWP list
22 price as its policy for the beginning of

55 (Pages 500 to 503)