# EXHIBIT 8

Wells, Jerry          PORTIONS HIGHLY CONFIDENTIAL December 15, 2008
                              Tallahassee, FL

Page 1

```
           UNITED STATES DISTRICT COURT

         FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------X

In Re: PHARMACEUTICAL INDUSTRY     ) MDL No. 1456

AVERAGE WHOLESALE PRICE LITIGATION) CIVIL ACTION:

---------------------------------X 01-CV-12257-PBS

THIS DOCUMENT RELATES TO:          )

U.S. ex rel. Ven-A-Care of the     ) Judge Patti B.

Florida Keys, Inc., v. Abbott      ) Saris

Laboratories, Inc., No.            )

06-CV-11337-PBS; U.S. ex rel.      ) Magistrate Judge

Ven-A-Care of the Florida Keys,    ) Marianne Bowler

Inc. v. Abbott Laboratories, Inc.,)

No. 07-CV-11618-PBS; U.S. ex rel. )

Ven-A-Care of the Florida Keys,    )  DEPOSITION OF

Inc. v. Dey, Inc., et al., No.     )   JERRY WELLS

05-11084-PBS; U.S. ex rel.         )

Ven-A-Care of the Florida Keys,    ) DECMEBER 15, 2008

Inc., et al. v. Boehringer         )  TALLAHASSEE, FL

Ingelheim Corp., et al., No.       )

07-10248-PBS                       )

---------------------------------X
```

Page 126

1  had no provision to reimburse them for.
2        (Exhibit Abbott-Wells 1007 was
3  marked for identification.)
4  BY MR. COOK:
5     Q.  Let me hand you, in conjunction with
6  the document you are looking at, we will look at
7  them both at the same time, Exhibit 1007.  And
8  for the record, Exhibit 1007 is an August 24,
9  1990 letter from Zachary Bentley at Ven-a-Care to
10 you.  Do you recall this letter?
11    A.  I don't recall this letter, but I've
12 seen a copy of it before.  I don't recall when it
13 came to my office.
14    Q.  Does this refresh your memory -- let me
15 strike that.
16        Am I correct that this letter discusses
17 the square peg/round hole issues that you were
18 referring to about certain ancillary costs not
19 being covered by Medicaid for infusion
20 pharmacies?
21        MS. ST. PETER-GRIFFITH:  Object to the
22 form.

Page 127

1        MS. WALLACE:  Objection to form.
2        THE WITNESS:  This letter addresses
3  some of those issues.  If you'll give me a minute
4  to read the letter, because I think I've been
5  presented this letter before in depositions, but
6  I've not ever had a chance to read it because I
7  left Medicaid about the time that this letter
8  came, so I suspect Susan McCleod got this letter.
9  BY MR. COOK:
10    Q.  Got it.  If you could take your time
11 and read it, please.
12    A.  (Reading document).
13        Okay.
14    Q.  This letter describes a meeting that
15 you had with Luis Cobo and a telephone call that
16 you had with Zac Bennett, correct?
17        MS. ST. PETER-GRIFFITH:  Object to the
18 form.
19        MS. WALLACE:  Objection to form.
20        THE WITNESS:  I think this letter
21 describes a phone conversation.  I don't think I
22 had met with them.

Page 128

1  BY MR. COOK:
2     Q.  Okay.  So let me retract that.
3         This letter refers to, first, a
4  telephone conversation with Zac Bentley, correct?
5     A.  That's what the letter says.  I don't
6  recall --
7     Q.  And then the --
8     A.  -- the conversation.
9     Q.  And then in the fourth paragraph, it
10 refers to conversations you had had with Luis,
11 who owns a retail pharmacy, right?
12        MS. WALLACE:  Objection to form.
13        THE WITNESS:  And I think that was also
14 a phone conversation or it may have been a face-
15 to-face at a pharmacy meeting somewhere.
16 BY MR. COOK:
17    Q.  I think you probably already answered
18 this question, but do you recall the conversation
19 with either Mr. Bentley or Mr. Cobo?
20    A.  No.
21    Q.  Okay.  Do you recall receiving this
22 letter?

Page 129

1     A.  I don't think I got this letter.  I
2  think this letter came as I was going out the
3  door and so I never saw it.
4     Q.  Do you recall infusion pharmacies --
5  well, let me back up one step.
6         Is it your understanding that Ven-a-
7  Care of the Florida Keys was an infusion
8  pharmacy?
9     A.  Yes.
10    Q.  Do you recall infusion pharmacies in
11 the 1990 time period coming to you in your
12 position with Florida Medicaid and asking that
13 ancillary supplies and pumps for the
14 administration of IV medication be added to
15 Florida Medicaid benefits?
16    A.  I had discussions with a number of
17 parenteral pharmacy vendors.  I don't recall this
18 specific discussion.
19    Q.  What do you recall about those
20 conversations with home infusion vendors in the
21 1990 time period?
22    A.  They were desirous of having infusion

33 (Pages 126 to 129)