# EXHIBIT 9

Springfield, IL

Page 1

```
        IN THE UNITED STATES DISTRICT COURT

         FOR THE DISTRICT OF MASSACHUSETTS

---------------------------------X

IN RE:  PHARMACEUTICAL INDUSTRY     )

AVERAGE WHOLESALE PRICE LITIGATION ) MDL No. 1456

---------------------------------) Civil Action

THIS DOCUMENT RELATES TO:          ) No. 01-12257-PBS

United States of America, ex. rel. ) Hon. Patti Saris

Ven-a-Care of the Florida Keys,    ) Magistrate Judge

Inc., v. Abbott Laboratories, Inc.,)

Civil Action No. 06-11337-PBS; and )

United States of America, ex. rel. ) VIDEOTAPED

Ven-a-Care of the Florida Keys,    ) DEPOSITION OF

Inc., v. Dey, Inc., et. al., Civil ) THE ILLINOIS

Action No. 05-11084-PBS; and United) DEPARTMENT OF

States of America, ex. rel.        ) HEALTHCARE AND

Ven-a-Care of the Florida Keys,    ) FAMILY SERVICES

Inc., v. Boehringer Ingleheim      ) by   JAMES PARKER

Corp. et. al., Civil Action        )

No. 07-10248-PBS.                  ) NOVEMBER 18, 2008

---------------------------------X
```

Page 58

1    the Interrogatory answer relating to the State
2    Maximum Allowable Cost?
3        A.  (Witness so doing.)
4        Q.  Does the Interrogatory answer there
5    correspond to the entry on Exhibit 3 dealing with
6    SMAC?
7        A.  Yes.
8        Q.  Turning back to Exhibit 11, which is
9    the one we just handed you, do you recognize this
10   document?
11       A.  Yes.
12       Q.  What is it?
13       A.  It is a summary prepared by Department
14   staff of enrolled pharmacies and total enrolled
15   providers in the Medicaid program annually from
16   1991 to 2008.
17       Q.  And does it reflect that the -- the
18   smallest number of enrolled pharmacies Illinois'
19   ever had was in 1995?
20       A.  Yes, it does.
21       Q.  And does the -- are the number of
22   enrolled pharmacies in 2008, is that more than

Page 59

1    what you had the lowest in 1995?
2        A.  Yes, it is.
3        Q.  And when you look at the list of the
4    enrolled pharmacies, I mean do you see any really
5    large variation in the numbers over the course of
6    the years starting in 1991 to 2008?
7        A.  No, it's fairly steady compared to
8    other provider types.
9        Q.  And how about with respect to total
10   enrolled providers, the column on the right side
11   of Exhibit 11, has that also tended to increase
12   over the years?
13       A.  That has increased over the years from
14   38,000 to 59,000.
15       Q.  You had mentioned earlier that the
16   State had attempted to use variations in
17   dispensing fees to incentivize the use of
18   generics.  Why would Illinois want pharmacists to
19   dispense generics versus brand drugs?
20       A.  Because they cost less than brand
21   drugs.
22       Q.  Does that make an overall impact on the

Page 60

1    State's spending on the Medicaid program?
2        A.  A very significant impact, yes.
3        Q.  Is changing the reimbursement formula
4    an easy process?
5        A.  No.
6            MR. BERLIN:  I'm sorry, objection,
7    form.
8    BY MS. OBEREMBT:
9        Q.  Does it require a State Plan Amendment
10   change?
11       A.  Yes.
12       Q.  Do you also need to issue rules in
13   order to implement the change?
14       A.  Yes.
15       Q.  Do the rules require the consent of the
16   Illinois legislature?
17       A.  They must go through a Joint Committee
18   on Administrative Rules, which is a standing
19   committee of the legislature with members from
20   all four caucuses which has the power to prohibit
21   rules if they disagree with them.
22       Q.  Do other parts of HFS weigh in before

Page 61

1    you issue a final version of a rule?
2        A.  Our rulemaking process internally to
3    the Agency does circulate the rules to all of the
4    divisions, and the rules would be commented upon
5    by the Division of Finance and the Office of
6    General Counsel and at times the Office of
7    Information Systems, which is the computer people
8    that have to program every policy change into the
9    computers.
10       Q.  Turning back to Exhibit 3, has the
11   State of Illinois historically determined its
12   Estimated Acquisition Costs separate from its
13   determination of a dispensing fee?
14       A.  Yes, I mean there was a period when
15   there was a correlation between a dispensing fee
16   on an individual product and acquisition cost,
17   but the process of determining each is separate.
18       Q.  Has the State of Illinois ever had a
19   practice or a policy of paying increased
20   ingredient cost in order to make up for some type
21   of inadequate dispensing fee?
22       A.  No.

16 (Pages 58 to 61)