# EXHIBIT 10

GeriMed (Susan M. Rhodus, R.Ph., CGP)  HIGHLY CONFIDENTIAL  January 23, 2008
Louisville, KY

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---------------------------------X
In re:  PHARMACEUTICAL INDUSTRY      )
AVERAGE WHOLESALE PRICE              )
LITIGATION                           ) MDL No. 1456
_____    ) Civil Action No.
                                     ) 01-12257-PBS
THIS DOCUMENT RELATES TO:            )
                                     ) Judge Patti B.
                                     )     Saris
United States of America, ex rel.    )
Ven-a-Care of Florida Keys, Inc.,    ) Magistrate Judge
v. Abbott Laboratories, Inc.,        ) Marianne Bowler
CIVIL ACTION NO. 06-11337-PBS        )
---------------------------------X

*** HIGHLY CONFIDENTIAL ***

Deposition of GERIMED by

SUSAN M. RHODUS, R. Ph., CGP

JANUARY 23, 2008

LOUISVILLE, KENTUCKY

Page 130

 1     A.  Yes.
 2     Q.  Okay.  And it says, "Supplier name,
 3  Abbott Hospital."
 4         And if you -- let's, let's continue on
 5  going down on this document.
 6         There are a variety of different
 7  columns.  I want to sort of ask what each of them
 8  represent and get some further clarification
 9  about that.
10         Let's start with the columns on the
11  left and work our way to the right.
12         On the left, there's a -- a column that
13  says "Flags," and then there's a "P" and an "I"
14  underneath that.
15     A.  Yes.
16     Q.  What does -- what does that column
17  stand for?
18     A.  Flag -- the -- the "I," I know, is
19  incentive program.  "P" is for preferred.
20     Q.  When you had a contract with a -- or --
21  or, a contract with a manufacturer, did you
22  typically have -- was it typically that some of

Page 131

 1  the -- of the products were preferred products
 2  and some weren't, or was it usually the whole
 3  contract, or how did that work?
 4     A.  It would be some of the products.
 5     Q.  And when you say "incentive program,"
 6  what kind of incentive programs are you talking
 7  about?
 8     A.  A -- a program like we talked about
 9  with a market share program.
10     Q.  Okay.  The next column says, "FDA."
11         What does that stand for?
12     A.  The FDA rating from the -- from the FDA
13  on the product and whether it was AB rated, AP
14  rated, AT rated, B rated, whatever the FDA
15  designation was for that product.
16     Q.  There's some products here for Abbott.
17  Amikacin is one of them if you'll look three rows
18  down.
19     A.  Yes.
20     Q.  And there's an "AP" next to it.
21         What does the AP rating stand for?
22     A.  That means it's a -- it's bioequivalent

Page 132

 1  to the product that would be produced against the
 2  NDA product, the innovative product.  I think it
 3  was bioequivalent.
 4     Q.  There's another column there that says,
 5  "MFG Source."
 6         Do you see that?
 7     A.  That would be a manufacturer source if
 8  it was not -- the company that bid on the
 9  product, if they were outsourcing it to somebody
10  else, then they would put their manufacturer
11  source in there.
12     Q.  And then the next column is "Generic
13  Name," which is pretty self-explanatory.
14         And the trade name, which is relatively
15  self -- self-explanatory.
16         And NDC is self-explanatory.
17         We have a column there that says,
18  "Package Size."
19         Why don't you just clarify exactly
20  what's being referred to there.
21         MR. COOK:  Objection.
22         THE WITNESS:  Package size is how many

Page 133

 1  products were available from -- in the usual pack
 2  that they would purchase that product in, either
 3  direct or from the wholesaler.
 4  BY MR. GOBENA:
 5     Q.  So, if we go down to the first entry,
 6  "Alcohol Injection Dehydrated," and it says,
 7  "25," is that indicating that there are 25 units
 8  of this particular drug within the package?
 9     A.  Twenty-five amps, because it says
10  that's it's an amp on the other side.
11     Q.  Yeah.  Got you.  Okay.
12         In the next column, it says, "Awarded
13  Price."
14     A.  Yes.
15     Q.  And there's an amount there.
16         Does that price reflect the price per
17  package, or -- let's take the first line again,
18  this "Alcohol Injected Dehydrated."
19         Is that awarded price a price per amp?
20     A.  No.  That's per package.
21     Q.  And in the next column there, you have
22  "AWP" listed there, correct?

34 (Pages 130 to 133)

Page 134

1      A.  Correct.
2      Q.  And that would be the AWP for this
3   particular drug and NDC; is that correct?
4      A.  Correct.
5      Q.  And can you explain why there's a
6   column here for -- that, that lists the AWP for
7   the product in this award document?
8      A.  Because the -- the pharmacies were
9   reimbursed based off of AWP, so we put that
10  information in there for them to know how they
11  were reimbursed and to know what the average
12  price is versus what they were paying for their
13  contract price.
14     Q.  And the next column says, "Cost Per
15  Milligram" -- or, sorry, "Milliliter, Gram, or
16  Tablet."
17         Can you explain what that column is
18  referring to?
19     A.  That takes the package size times how
20  many MLs are in the -- in the particular generic
21  name, and divides that by the -- by the awarded
22  price to get a cost per ML, gram, et cetera.

Page 135

1      Q.  So, in the example of the alcohol
2   injected dehydrated, this first entry here on
3   this IVMed award, what -- that "cost per," is --
4   is that the cost per amp?
5      A.  Correct.  In that particular case, it
6   would be by amp.
7      Q.  Okay.  And then if you look at the next
8   column, it says, "Min Ord."
9          Could you clarify what -- what's being
10  referred to in that column?
11     A.  It's a minimum order if they ordered
12  direct from the manufacturer.
13     Q.  And then there's a -- another column
14  that says, "T" and has a letter "P" underneath
15  it.
16     A.  That's the type of award.  "S" means a
17  single source award, "D" is a dual award, and "M"
18  would be a multiple award.
19     Q.  Explain, for the record, what the
20  difference is between a single source award, a
21  dual -- well, explain what a single source award
22  is first.

Page 136

1      A.  Single source award is a -- an award
2   that's for -- that particular generic name, that
3   it's the only product that's -- and, and package
4   size, both, that is the only award that was made
5   for that particular item for that year.
6      Q.  So, in the case of this alcohol
7   injected dehydrated product, is it -- is it fair
8   to say, then, that Abbott's version of this
9   particular drug is the only one that GeriMed
10  entered into a contract with that year during
11  this contract period?
12     A.  Yes.
13     Q.  Why don't you explain what a -- what a
14  dual award is, for the record.
15     A.  A dual means that there is two items,
16  and they're exactly the same, exactly the same
17  package size.  We awarded one to one manufacturer
18  and one to another manufacturer.
19     Q.  And a multiple award?
20     A.  That would be three or more awards.
21     Q.  Okay.  I'm going to track for the --
22  throughout the rest of these price awards lists

Page 137

1   that we're going to go through, one -- one drug
2   in particular.
3          And I want to turn your attention to
4   the second to last page of this exhibit, which
5   has a Bates number of TXABT16566.
6      A.  Okay.
7      Q.  And I want to draw your attention down
8   -- let's see, it's one, two, three, four, five,
9   six, seven rows down for an entry relating to
10  Vancomycin, HCL injection, one gram power vial.
11         Do you see that there?
12     A.  Yes.
13     Q.  And so, if you look at this package --
14  sorry, if you look at this particular drug on the
15  formulary that you have here, it -- it shows a
16  package size of ten, correct?
17     A.  Yes.
18     Q.  Okay.  And the award price is $48 for
19  that package of ten; is that correct?
20     A.  Yes.
21     Q.  Okay.  And the AWP you have listed here
22  is $700.44, correct?

35 (Pages 134 to 137)

Page 162

1  passing the -- the witness to Mr. Anderson, who's
2  representing the Relator.
3
4              EXAMINATION
5  BY MR. ANDERSON:
6      Q.  Good afternoon, ma'am.  I have some
7  questions for you, but I'll try to move quickly.
8          If I understand your prior testimony
9  correctly, GeriMed represents member pharmacies
10 that are primarily pharmacies in facilities such
11 as nursing homes; is that correct?
12     A.  They're not in the facilities.  They're
13 servicing facilities.
14     Q.  Okay.  Thank you.
15     A.  They don't necessarily have to be in
16 the facility themselves.
17     Q.  I see.
18         But they're closed-door pharmacies that
19 service facilities such as nursing homes; is that
20 correct?
21     A.  Correct.
22     Q.  Okay.  And then IVMed is a business

Page 163

1  name of GeriMed's, correct?
2      A.  Correct.
3      Q.  And IVMed typically represents member
4  pharmacies that are home infusion pharmacies; is
5  that correct?
6      A.  Correct.
7      Q.  And then GeriMed also does business
8  under the name RxMed, correct?
9      A.  Correct.
10     Q.  And RxMed is an organization or a
11 business name that represents member pharmacies
12 that are primarily retail pharmacies, correct?
13     A.  Correct.
14     Q.  And then under each of those business
15 names, GeriMed attempts to negotiate pricing with
16 drug companies on numerous drug products for
17 those member pharmacies, correct?
18     A.  Correct.
19     Q.  And in doing so, one of the benefits of
20 bringing all of these pharmacies together is to
21 have synergy with size and increased bargaining
22 power, correct?

Page 164

1      A.  Correct.
2      Q.  And in addition, GeriMed also strives
3  to determine which drug products will be most
4  profitable for member pharmacies to dispense,
5  correct?
6          MR. COOK:  Objection.
7          THE WITNESS:  For the contracts that we
8  have available, to tell them which of those
9  products would be the best for them to purchase
10 for profitability, yes.
11 BY MR. ANDERSON:
12     Q.  Right.
13         And part of the equation that GeriMed
14 utilizes to ascertain which products may be most
15 profitable is AWP, correct?
16     A.  It was -- it was -- yes, it was in the
17 past.  Today, the way the reimbursement is, it's
18 not necessarily something we look at as -- as
19 much.
20     Q.  In the past couple of years, some
21 payors have moved away from AWP as a -- a basis
22 for reimbursement?

Page 165

1      A.  The world has changed with Medicare
2  Part D.  And now you have insurance plans who are
3  involved in the marketplace who primarily pay
4  everything on MAC.
5      Q.  And --
6      A.  For generic products.
7      Q.  Right.
8          And you referenced Medicare Part D.
9          Did you reference that program because
10 it does not reimburse based on AWP?
11     A.  No.  I referenced that program because
12 the insurance companies use a MAC for a lot of
13 products, versus what happened in the past with
14 how the system was set up.
15     Q.  Okay.  Looking back in the past, how
16 did Abbott go about ensuring that member
17 pharmacies would comply with purchasing products
18 that GeriMed had identified as most profitable?
19         MR. COOK:  Objection.
20         THE WITNESS:  The -- the way that
21 GeriMed always did business is, we look at
22 several different pieces of -- of pie.  We look

Page 166

1  at -- we do not make a decision solely on one
2  thing. We look at the efficacy of the drug,
3  which an AB rating would be efficacy in a generic
4  product. We look at the cost of the drug, which
5  is extremely important. If it's not a low cost
6  drug, then we don't award that product at all.
7       We do look at AWP spread as another
8  piece of what we look at. And we also look at
9  the availability of the drug. And -- and by
10 availability, I'm talking if -- if the
11 wholesalers don't stock the product, if you can't
12 get it anywhere, then you could have the cheapest
13 price or the best spread and it doesn't matter.
14 You can't get the product.
15      And then we looked at a relationship
16 with the companies that we did business with to
17 make sure that they were working with us on
18 education and other programs that we wanted to do
19 with other membership.
20      So, all of those things combined is how
21 we made our awards to determine which products
22 that we put on our contracts.

Page 167

1  BY MR. ANDERSON:
2     Q. And in considering those factors, did
3  GeriMed ultimately strive to choose one generic
4  product in a given therapeutic class as the
5  preferred generic?
6     A. It would depend on the product and
7  depend on the offer that we receive from the
8  pharmaceutical company. Some products we did
9  that with, and some products we did not. And I
10 would say in most cases, if you look at the
11 majority of them, we -- we did a lot of dual
12 awards. Again, availability of the product and
13 making sure that we have a low cost product
14 available to people was extremely important.
15    Q. Now, in evaluating these factors in
16 selecting a product or, in the case of a dual
17 award, two products, you'll agree that AWP, or
18 spread, was one of the factors, correct?
19    A. One of the factors, yes.
20    Q. How did GeriMed go about ensuring or
21 promoting compliance by its member pharmacies
22 with the GeriMed selected product?

Page 168

1     A. We published our -- our binder that had
2  all of the information in it, and we also
3  published our EmphaSys program, the CD with all
4  of the information on it. Both of those ways.
5     Q. And would you consider those sources of
6  information, both the EmphaSys software and the
7  binders, to be methods of promotion of drug
8  products by GeriMed?
9     A. For the products that were available on
10 contract, yes.
11    Q. And were those mechanisms of promotion
12 funded by administration fees or marketing fees?
13       MR. COOK: Objection.
14       THE WITNESS: Part of the services that
15 we provide to the drug manufacturers is to
16 promote the contracts that we have available.
17 That is part of what we do.
18 BY MR. ANDERSON:
19    Q. Right.
20       And in turn, the manufacturers pay
21 GeriMed what are known as administration fees or
22 marketing fees, correct?

Page 169

1     A. Correct.
2     Q. And would you consider the GeriMed
3  provided binders or software, such as EmphaSys,
4  to be aspects of that drug promotion?
5     A. Yes.
6     Q. Now, you testified this morning, and I
7  think previously, that the administration --
8  contract administration fees or marketing fees
9  range from -- anywhere from zero to 3 percent,
10 correct?
11    A. Correct.
12    Q. And then specifically, you recall that
13 Abbott pays somewhere between 2 and 3 percent,
14 correct?
15    A. Correct.
16    Q. In looking at some of the past contract
17 price sales totals, I noticed that Abbott was --
18 Abbott products were being purchased by GeriMed
19 members in the $1.3 million range.
20       Does that sound about right?
21    A. Based on the numbers we looked at this
22 morning, yeah.

Page 170

1    Q.  And so, does that mean that Abbott was
2    paying somewhere around 20- to $30,000 in
3    administration fees to GeriMed?
4         MR. COOK:  Objection.
5         THE WITNESS:  Per year, yes.
6    BY MR. ANDERSON:
7    Q.  Yes.
8         And -- and is that consistent with your
9    experience?
10   A.  Yes.
11   Q.  All right.  And -- and that money,
12   somewhere between $20- to 30,000 annually, was,
13   in part, funding GeriMed's promotion efforts,
14   correct?
15   A.  Correct.
16        MR. COOK:  Objection.
17   BY MR. ANDERSON:
18   Q.  Including GeriMed's sharing of printed
19   binders, identifying awarded products, as well as
20   the EmphaSys system, correct?
21   A.  Correct.
22   Q.  And you'll agree that both the printed

Page 171

1    binders, as well as the EmphaSys system, identify
2    drug products, in part, based on best spread,
3    correct?
4    A.  Yes.
5         MR. ROBBEN:  Objection.
6    BY MR. ANDERSON:
7    Q.  And in your prior testimony, there was
8    actually a demonstration of the EmphaSys software
9    that indicated when a drug had the best spread,
10   an "S" would be shown in a field for that drug
11   product, correct?
12   A.  Correct.
13   Q.  Okay.  And over the years, pharmacies
14   that were members of the GeriMed program, the
15   IVMed program, or the RxMed program, would have
16   access to that spread identification software,
17   correct?
18   A.  Correct.
19   Q.  Are there any other promotional
20   services that GeriMed provides to its members?
21   A.  We talked about it before.  We do a
22   monthly update that we send out to the membership

Page 172

1    that includes information from -- on changes and
2    other information.  And also, it could include
3    information clinically about different drugs and
4    other piece of information.  Yes.
5    Q.  And that's in the form of a newsletter,
6    correct?
7    A.  A newsletter and -- and a printout of
8    what the changes would be, yes.
9    Q.  And -- and in your prior deposition,
10   you were questioned about an exhibit that was an
11   example of that newsletter, correct?
12   A.  Correct.
13   Q.  And in that newsletter, there was
14   discussion of spread, correct?
15   A.  Correct.
16   Q.  And that's consistent with the type of
17   information that GeriMed provides its members
18   over the years in the newsletters, correct?
19   A.  Correct.
20   Q.  All right.  Now, other than the
21   newsletters, is there some other form of
22   promotion or promotional activities that GeriMed

Page 173

1    undertakes with its members?
2    A.  I mean, I guess you could call the
3    seminars a piece of that, too, educational
4    promotional material.
5    Q.  I know what you're referring to.
6         You're referring to the seminars where
7    PowerPoint presentations are presented, correct?
8    A.  Yes.
9    Q.  And in your prior testimony, as well as
10   today, you've looked at some that were, for
11   instance, titled, "Unlocking Profits," correct?
12   A.  Correct.
13   Q.  And in those presentations, GeriMed
14   personnel are explaining to members, primarily
15   pharmacies, that there are mechanisms by which
16   they can maximize their profit, correct?
17   A.  Correct.
18   Q.  Including maximizing drug reimbursement
19   based, in part, on AWP, correct?
20   A.  Correct.
21   Q.  All right.  In -- in reconciling the
22   amount of administration fees or marketing fees

GeriMed (Susan M. Rhodus, R.Ph., CGP)   HIGHLY CONFIDENTIAL                                January 23, 2008
                                         Louisville, KY

Page 174

1  that a drug company owes GeriMed, do the
2  representatives of the drug company audit the
3  amount of sales that GeriMed shows to GeriMed
4  members?
5     A.  I'm not sure what you're asking.
6     Q.  Well, I'm sorry.  I'll make it a little
7  more simple.
8         When -- when you submit a request for
9  payment of an administration fee from a drug
10 company, is there some type of reconciliation
11 that goes on?
12    A.  Well, they -- the majority of the
13 manufacturers have charge-backs that go through
14 the wholesalers, and they report the dollars to
15 us.  We track information in here too.
16    Q.  Who would you say is primarily
17 responsible for tracking the amount of sales to
18 GeriMed members? GeriMed or the drug companies
19 themselves?
20        MR. COOK:  Objection.
21        THE WITNESS:  Probably both.  Probably
22 both.  I would say, you know, the majority of the

Page 175

1  reports that come in here are from the drug
2  companies, but we also monitor those and make
3  sure that they're accurate too.
4  BY MR. ANDERSON:
5     Q.  Is it your experience that drug
6  companies are aware of the amount of sales that
7  they've made to GeriMed member pharmacies?
8     A.  Yes.
9     Q.  Is it your experience they're -- drug
10 companies are typically aware of the prices at
11 which they're selling drug products to GeriMed
12 pharmacies?
13    A.  Yes.
14    Q.  Are those prices gross invoice prices,
15 or are those prices net price?
16        MR. COOK:  Objection.
17        THE WITNESS:  Again, I'm not sure what
18 -- what's -- what is the difference?  Why are you
19 asking me the difference?
20 BY MR. ANDERSON:
21    Q.  Do you perceive that a member pharmacy
22 of GeriMed pays -- strike that.

Page 176

1     Q.  Do you perceive that member pharmacies
2  of GeriMed's receive any rebates off the price
3  that they pay?
4        MR. COOK:  Objection.
5        THE WITNESS:  On some particular items,
6  there are rebates that are paid, but not overall
7  on -- on the majority of contracts that does not
8  happen.  They are paid an invoice price at -- at
9  the wholesaler level.
10 BY MR. ANDERSON:
11    Q.  And --
12    A.  As a contract price.
13    Q.  And that's the extent of the
14 transaction?
15    A.  Correct.
16    Q.  And it's fairly rare that an additional
17 rebate would be paid by a drug company?
18    A.  It's not rare, but it's not -- if you
19 look at 12,000 line items that we have on
20 contract, it's probably on a couple of hundred of
21 those line items.  It's not on thousands of the
22 items.

Page 177

1     Q.  In a situation where an -- an
2  additional rebate is paid by a drug company, does
3  that rebate go through GeriMed, or is it paid
4  directly to the pharmacy?
5     A.  The majority --
6        MR. COOK:  Objection.
7        THE WITNESS:  The majority of them go
8  through GeriMed.
9  BY MR. ANDERSON:
10    Q.  And -- and you, in turn, would
11 distribute that pro rata to the member
12 pharmacies?
13    A.  Correct.
14    Q.  Do you believe that in awarding the
15 injectable drug bid award to Abbott over the
16 years, that GeriMed considered the relative AWP
17 spread on Abbott products in comparison to the
18 competitors?
19        MR. COOK:  Objection.
20        THE WITNESS:  I believe it was one of
21 the pieces of the pie that we looked at, but it
22 wasn't the only -- the only part that we looked

45 (Pages 174 to 177)

Page 178

1  at when we made a decision on awarding products.
2  BY MR. ANDERSON:
3     Q.  Do you believe that Abbott was aware
4  that AWP, or spread information, was one factor
5  in GeriMed's consideration?
6     A.  Yes.  It was actually stated in the bid
7  document that we sent to them.
8     Q.  And why does GeriMed make such a
9  statement in its request for bids or request for
10 proposal?
11       MR. COOK:  Objection.
12       THE WITNESS:  Because it's a mechanism
13 for the pharmacies to understand how they get
14 reimbursed, and that's a piece of how they did
15 business.
16 BY MR. ANDERSON:
17    Q.  Why does GeriMed also send the AWP
18 spread information to drug companies?
19       MR. COOK:  Objection.
20       THE WITNESS:  You mean on the document
21 that we send -- send to them?
22 BY MR. ANDERSON:

Page 179

1     Q.  Yes.  The request for proposal.
2     A.  Oh, on the -- why do we ask them to
3  include that?
4     Q.  Yes.
5     A.  Because, again, it's part -- was part
6  of how the business was done during that period
7  of time.
8     Q.  And do you think that GeriMed was
9  unique in notifying drug companies that relative
10 AWPs, or AWP spreads, would be considered by drug
11 purchasers?
12       MR. COOK:  Objection.
13       THE WITNESS:  No.
14 BY MR. ANDERSON:
15    Q.  You mentioned earlier this morning that
16 you recall in 2001 there were some significant
17 AWP price decreases on Abbott drugs.
18       Do you recall that?
19    A.  Yes.
20    Q.  Why do you recall that episode in 2001?
21       MR. COOK:  Objection.
22       THE WITNESS:  Why do I recall that it

Page 180

1  happened?
2  BY MR. ANDERSON:
3     Q.  Yes.
4     A.  I know there was a lot of -- a lot of
5  people talking about AWPs and that I don't -- I
6  don't believe Abbott was the only one that did
7  that.  I think that was a general consensus
8  across all of the pharmaceutical companies to --
9  to do that.
10    Q.  What's your understanding of why some
11 AWPs came down in 2001?
12    A.  I -- I don't -- I don't know exactly
13 why.  I was told that there was a lot of
14 investigations into what the drug companies were
15 doing at that time.
16    Q.  Did you understand drug companies
17 changed the way they reported prices as a result
18 of investigations into the pricing?
19    A.  I know that a lot of them started only
20 reporting their wholesaler acquisition costs or
21 their direct prices rather than AWPs at that
22 time.

Page 181

1     Q.  How did you come to learn that?
2     A.  A lot of the drug companies told me
3  that that's what they were doing.
4     Q.  And do you know why drug companies
5  would stop publishing AWP?
6        MR. COOK:  Objection.
7        THE WITNESS:  I believe, again, that
8  there was some type of investigation going on
9  during that time.
10 BY MR. ANDERSON:
11    Q.  I understand that, but what was your
12 understanding of why drug companies no longer
13 felt comfortable publishing AWP?
14       MR. ROBBEN:  Objection.
15       THE WITNESS:  I don't know if anybody
16 actually told me the exact reason why.
17 BY MR. ANDERSON:
18    Q.  I believe in your prior testimony,
19 you've stated that drug manufacturer
20 representatives sometimes interacted with GeriMed
21 members at seminars; is that true?
22    A.  Interacted with them?