# EXHIBIT 15

Page 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

| | | |
|---|---|---|
| IN RE:  PHARMACEUTICAL | ) | MDL NO. 1456 |
| INDUSTRY AVERAGE WHOLESALE | ) | CIVIL ACTION |
| PRICE LITIGATION | ) | 01-CV-12257-PBS |
| THIS DOCUMENT RELATES TO | ) | |
| U.S. ex rel. Ven-a-Care of | ) | Judge Patti B. Saris |
| the Florida Keys, Inc. | ) | |
|         v. | ) | Chief Magistrate |
| Abbott Laboratories, Inc., | ) | Judge Marianne B. |
| No. 06-CV-11337-PBS | ) | Bowler |

- - - - - - - - - - - - - - - -

      (cross captions appear on following pages)

            Videotaped deposition of SUE GASTON

                      Volume I

                      Washington, D.C.

                      Thursday, January 24, 2008

                      9:00 a.m.

Page 242

1  book or something?
2       MR. TORBORG:  I think it's dated on the
3  side 1996.
4       MS. MARTINEZ:  Right.  I'm just saying
5  for the record, we're not going to have an exhibit,
6  so --
7       MR. TORBORG:  Sure.  That's a good idea.
8  I'll do that.
9       BY MR. TORBORG:
10   Q.   Ms. Gaston, do you recognize that book?
11   A.   Yes.
12   Q.   Okay.  Could you tell us what it is?
13   A.   It's the FDA Orange Book.
14   Q.   It's a hard copy version dated 1996?
15   A.   Correct.
16   Q.   And the FDA publishes its Orange Book
17  once every year; is that right?
18   A.   I'm not sure.
19   Q.   Okay.  In any event, this one at the side
20  says it's 1996?
21   A.   Correct.
22   Q.   And is it your understanding that the

Page 243

1  Orange Book has different sections, one of which is
2  titled Product Drug Cost Listing or something like
3  that?  If you look at the top page there.
4   A.   Are you talking about in here?  It's been
5  years since we've I've looked at one of these books,
6  so --
7   Q.   If you look at the spot that I showed
8  you, where your finger is, what does the top of that
9  say?  I can't remember exactly.
10   A.   "Prescription drug product list."
11   Q.   Do you know what that means?
12   A.   Prescription drug product list.
13   Q.   So that's a list of prescription products
14  in the Orange Book --
15   A.   Okay.
16   Q.   -- by alphabetical order?  Is that what
17  it looks like?
18   A.   That's what it looks like.
19   Q.   And looking at vancomycin hydrochloride
20  there, there are a number of different manufacturers
21  listed; is that right?
22   A.   Correct.

Page 244

1   Q.   Which manufacturers are there?
2       MS. MARTINEZ:  Excuse me.  Just for the
3  record, could we have -- again, since we have no
4  exhibit, could we have the page that she's looking
5  at, page number for the record?
6       THE WITNESS:  3-302.
7   A.   Fujisawa, Lilly and I think that's it.
8   Q.   Can I take a look at that real quick?
9   A.   Mm-hmm.
10   Q.   Did you see one for Abbott?
11   A.   Oh, okay.  You're over here too.  It's
12  also on page 3-303.  Is this a continuation over
13  here of this?
14   Q.   That's the way that I read it, but --
15       MS. MARTINEZ:  Since we can't see what --
16   A.   Okay.  Ledderle, it looks like they're in
17  here too.  Abbott, Elkins.  Okay.  That's it.
18   Q.   Now, based on your understanding, are
19  there any of those vancomycin products that are not
20  rated A?
21   A.   It doesn't appear that way.
22   Q.   So under the regulatory and statutory

Page 245

1  criteria vancomycin hydrochloride would qualify as a
2  drug product that would satisfy the FUL criteria; is
3  that right?
4       MR. WINGET-HERNANDEZ:  Objection, form.
5       MS. MARTINEZ:  Objection, form.
6   A.   I would say no, because -- just because
7  it's A-rated.  This is an injection.
8   Q.   Okay.
9   A.   So I don't know if this product -- if
10  this is an injectable, then there are certain
11  products that are in the included on the FUL.
12   Q.   And we'll talk about that in a bit.  Why
13  don't we talk about it now.  Why are not injectable
14  products included on the FUL?
15       MR. WINGET-HERNANDEZ:  Objection, form.
16   A.   When I started to work on the FULs
17  injectable products were not included.  And it's my
18  understanding that the purpose of the FUL program is
19  to set reimbursement rates on drugs that are
20  generally used by the Medicaid population in an
21  outpatient-type, like a pharmacy-type setting, most
22  commonly used products.  And it's my understanding

Page 246

1   that injectables and other products many times are
2   provided in a physician's office and other type of
3   settings where they might not be claimed separately.
4   They might be included in a payment, like a
5   physician payment.
6          Also, injectables, many times when
7   they're billed on the claim form they're not --
8   they're billed with codes rather than NDC numbers,
9   which means that the states may not be paying for
10  them through their pharmacy benefit but through
11  another means, such as a physician's visit or a
12  hospital or something like that.
13         So many times what we're trying to do
14  with the FULs is use most commonly used drugs and
15  covered outpatient drug type, so like tablets and
16  capsules.
17     Q.   Is there anything in the regulations or
18  statutes that limit the FUL program to tablets or
19  capsules or other drugs that are commonly
20  administered in the outpatient setting?
21     A.   Not that I know of.
22     Q.   That was just the -- when you started

Page 247

1   working on the FULs that was just the way that HCFA
2   approached it, you did not establish FULs on the
3   injectables?
4      A.   Correct.
5      Q.   And did you ever receive any explanation
6   about why that was?
7      A.   I can't say specifically there was an
8   explanation. I think you learn this as you work
9   with the program.
10     Q.   But you would agree with me that the
11  Orange Book page that I showed you does show that in
12  1996 there were at least two versions of vancomycin
13  that were rated A in the Orange Book?
14     A.   Correct.
15         MS. MARTINEZ: Objection, form.
16     Q.   And so -- I want to get back to this
17  computer business. Was the computer program
18  specifically designed to not include injectables or
19  how did that work?
20     A.   You'd have to talk to the data folks. We
21  were not including injectables. I don't know what
22  criteria they put in there.

Page 248

1      Q.   Because if the initial identification of
2   drugs that satisfied the criteria was just two or
3   more A-rated drugs or three or more A-rated drugs if
4   one of them was not A-rated, and that was done by
5   computer presumably that would bring in injectable
6   drugs like vancomycin, right?
7          MS. ALBEE: Objection.
8      A.   No. There are still more criteria. You
9   still have the Orange Book criteria, but there are
10  still criteria that the systems folks put in to look
11  for the type of drugs that the FUL prices are set
12  on.
13     Q.   So is it your understanding that HCFA
14  specifically set up the computer program to identify
15  and exclude injectable drugs?
16         MS. MARTINEZ: Objection, form.
17     A.   In one part of the process, yes.
18     Q.   And do you know in what part of the
19  process that was done?
20     A.   No, I don't.
21     Q.   Did you have any part in that process of
22  either manually excluding the injectables drugs or

Page 249

1   setting up a computer program such that those drugs
2   would be moved aside?
3      A.   The basic criteria for the system was
4   developed before I got there.
5      Q.   Who would be the best person to ask about
6   why it was that injectables were specifically
7   excluded from the FUL program?
8          MR. WINGET-HERNANDEZ: Objection, form.
9          MS. MARTINEZ: Objection, form.
10     A.   I don't know. Pete Rodler was the first
11  one I know that worked on FULs. That's the only
12  person I could think of.
13     Q.   Are these other -- now, we've talked a
14  little bit about Exhibit 462 that talks about the
15  Orange Book data. And we talked about the criteria
16  already, correct? And now you've identified I think
17  another criteria, which is to exclude injectable
18  drugs, right?
19         MS. MARTINEZ: Objection, form.
20     A.   Correct.
21     Q.   Is that criteria written down anywhere?
22         MR. WINGET-HERNANDEZ: Objection, form.