# EXHIBIT 16

Atlanta, GA

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

--------------------------------X

IN RE:  PHARMACEUTICAL INDUSTRY    )

AVERAGE WHOLESALE PRICE LITIGATION ) MDL No. 1456

--------------------------------) Civil Action

THIS DOCUMENT RELATES TO:          ) No. 01-12257-PBS

United States of America, ex. rel. ) Hon. Patti Saris

Ven-a-Care of the Florida Keys,    )

Inc., v. Abbott Laboratories, Inc.,)

Civil Action No. 06-11337-PBS; and )

United States of America, ex. rel. ) VIDEOTAPED

Ven-a-Care of the Florida Keys,    ) DEPOSITION OF

Inc., v. Dey, Inc., et. al., Civil ) THE GEORGIA

Action No. 05-11084-PBS; and United) DEPARTMENT OF

States of America, ex. rel.        ) COMMUNITY HEALTH

Ven-a-Care of the Florida Keys,    ) by JERRY

Inc., v. Boehringer Ingleheim      ) DUBBERLY

Corp. et. al., Civil Action        )

No. 07-10248-PBS.                  ) DECEMBER 15, 2008

--------------------------------X

dd23118e-9e82-4fd1-afbb-155015bf3b99

GA Department of Community Health (Jerry Dubberly)                    December 15, 2008

Atlanta, GA

Page 90

1      These documents are different -- are
2  different in language because they were
3  administered under two different ways that we
4  administer our rebate -- supplemental rebate
5  program.  But these are examples of our
6  supplemental rebate contracts from two respective
7  periods.
8      Q.   On Exhibit 16, can you look at page 11.
9  It's a section entitled -- section 7.6 entitled
10  "Confidentiality."
11      Can you just read -- review paragraph a
12  to yourself.
13      A.   Sure.
14      Okay.
15      Q.   And Exhibit 17, page 9 also has a
16  section entitled "Confidentiality Provisions."
17      If you could, just take a look at
18  section 7.1 and 7.3.
19      A.   Okay.
20      Q.   To your knowledge, has the State of
21  Georgia complied with those confidentiality
22  provisions?

Page 91

1      A.   Yes.
2      Q.   And has the State of Georgia ever used
3  any data received in connection with either
4  Exhibit 16 or 17 to set reimbursement rates?
5      A.   No.
6      Q.   What was the data -- to the extent data
7  was transmitted in connection with Exhibit 16 or
8  17, what would the purpose be?
9      A.   The purpose would -- this data would be
10  internal for the review of the cost of
11  medications, the net cost of medications, used in
12  conjunction with determining the preferred drug
13  list status of a medication.
14      Q.   In connection with a supplemental
15  rebate?
16      A.   Yes.
17      Q.   But is it used to calculate the rebate?
18      A.   It is -- this information that this
19  speaks to is used in part of the rebate
20  calculation, the federal rebate.
21      And then under the document labeled
22  "Exhibit 16," the AMP pricing was used to

Page 92

1  calculate the rebate, the supplemental rebate.
2      When we changed methodologies under
3  Georgia -- under Exhibit Georgia 17, AMP was not
4  used in -- in this calculation explicitly.
5  However, it was a guaranteed net unit price --
6  guaranteed pricing which would have taken into
7  account the federal rebate which is calculated
8  from AMP.  So --
9      (Whereupon a document was
10  identified as Exhibit Georgia 018.)
11      Q.   (By Mr. Lavine)  I've just marked as
12  Exhibit 18 a letter-sized document.  It states on
13  the front cover "Georgia Department of Community
14  Health," June 30th, 2000.  In the upper right-
15  hand corner it states "Deloitte & Touche."
16      I'll just ask you to take a look and
17  tell me if you recognize that document.
18      A.   I do.
19      Q.   What is it?
20      A.   This is a dispensing fee survey that
21  the department paid Deloitte to conduct in 2000
22  to determine the cost of dispensing to Medicaid

Page 93

1  pharmacies.
2      Q.   On page 3, in the very first paragraph,
3  it states that, "During Fiscal Year 1999, the
4  Medicaid Program paid pharmacy providers on
5  behalf of its recipients for 12.7 million
6  prescription claims with a total expenditure of
7  $435 million."
8      And then, Dispensing fees accounted for
9  approximately 10 percent of the total
10  expenditure.
11      Do those numbers appear generally
12  accurate to you?
13      A.   Yes.
14      Q.   And this report was prepared by
15  Deloitte & Touche at the request of the Georgia
16  Medicaid program?
17      A.   That's correct.
18      Q.   And the purpose of it was to help
19  administer the Medicaid program?
20      A.   Yes.
21      Q.   I just wanted to go back to the
22  provision we talked about for the reimbursement

24  (Pages 90 to 93)

dd23118e-9e82-4fd1-afbb-155015bf3b99

GA Department of Community Health (Jerry Dubberly)                    December 15, 2008

# Atlanta, GA

Page 354

1    Q.  (By Mr. Lavine)  Well, when I rephrased
2  it, I -- I brought it just to any -- any person
3  who wanted to change the reimbursement on a
4  particular item under the Medicaid program for
5  Georgia.
6        How would -- how would that be
7  addressed normally?
8    A.  That would be raised to the department
9  in the form of a concern or complaint.
10   Q.  And certainly not through the
11 perpetration of a fraud.
12       MR. ROBBEN:  Object to the form.
13       MR. COLE:  Object to the form.
14   A.  Not -- that would not be the normal
15 avenue.
16   Q.  (By Mr. Lavine)  You were having some
17 discussion earlier about ingredient and
18 dispensing fee costs.
19       Were you saying that Georgia had a
20 secret practice of purposely paying more on the
21 ingredient cost so that it could purposely
22 underpay the dispensing fee?

Page 355

1    A.  Not at all.
2        MR. ROBBEN:  Object to the form.
3    Q.  (By Mr. Lavine)  How did it come about,
4  then, that the dispensing fee -- well, clarify
5  for me what -- what you were saying before.
6    A.  The -- the charge to the Medicaid
7  agency is to estimate, to the best of its
8  ability, the actual acquisition cost of the drug
9  or the estimated acquisition of a cost and pay a
10 fair dispensing fee.
11       Knowing that there is no source other
12 than each individual's -- provider's invoice of
13 what the acquisition cost of a drug is, the
14 department has used average wholesale price and a
15 discounted rate off of that to approximate some
16 form of estimated acquisition cost.
17       There -- the dispensing fees are
18 reflective of -- of the effect of not having that
19 actual acquisition cost in that they are
20 artificially lower than what it actually costs to
21 dispense a drug, again because there's margin in
22 the ingredient cost.

Page 356

1    Q.  So in part, it's a side effect of the
2  spread between AWP and actual cost?
3        MR. COLE:  Object to the form.
4    A.  Yes, it is.
5    Q.  (By Mr. Lavine)  Now, the state plan
6  for Georgia -- let me ask you to look at Exhibit
7  3.
8        Am I correct that the state plan
9  provides that the dispensing fee is based upon
10 periodic surveys of pharmacy operating costs
11 including professional salaries and fees,
12 overhead costs, and reasonable profit?
13   A.  Yes.  That is correct.
14   Q.  And in general, that was the policy of
15 the Georgia Medicaid program?
16   A.  Yes.
17   Q.  And is it your expectation that CMS
18 would have approved a divergence from that
19 policy?
20   A.  No.
21       MR. ROBBEN:  Object to the form.
22       MR. COLE:  Object to the form.

Page 357

1    Q.  (By Mr. Lavine)  Do you remember
2  Exhibit 14 -- or can you pull out Exhibit 14,
3  please.
4        The very -- the next-to-last paragraph,
5  "We would also clarify our policy that a
6  dispensing fee determination must be separate and
7  distinct from the EAC determination and unrelated
8  to the cost of the drug product."
9        Has it been the understanding of the
10 Georgia Medicaid program that that is the
11 directive of the federal -- the federal program
12 that runs Medicaid?
13   A.  Yes.
14       MR. COLE:  Object to the form.
15   A.  Yes.
16       MR. LAVINE:  Let me just mark two more
17 exhibits real quick.
18       MR. COLE:  Was there an answer to the
19 last question?
20       THE COURT REPORTER:  It was, "Yes."
21       MR. COLE:  Thank you.
22        (Whereupon a document was

90 (Pages 354 to 357)

dd23118e-9e82-4fd1-afbb-155015bf3b99

GA Department of Community Health (Jerry Dubberly)                          December 15, 2008

# Atlanta, GA

Page 358

1  identified as Exhibit Georgia 034.)
2       MR. ROBBEN:  What number is the first
3  one?
4       MS. TOWNES:  34.
5       MR. ROBBEN:  Thank you.
6    Q.  (By Mr. Lavine)  We just marked as
7  Exhibit 34 a two-page document on the letterhead
8  of the Department of Health and Human Services
9  dated November 30th, 1993, directed to Russell
10  Toal, commissioner, Georgia Department of Medical
11  Assistance.
12       And although there's no actual
13  signature there, it reflects that it was sent by
14  Eugene Grasser.
15       MR. ROBBEN:  Mr. Lavine, could you
16  clarify where this document is from.  Is it -- is
17  it from the U.S. production or Florida
18  production?  It doesn't have a Bates number on
19  it.
20       MR. LAVINE:  It's from the Georgia
21  production.
22       MR. ROBBEN:  From the Georgia? Thank

Page 359

1  you.
2            (Whereupon a document was
3  identified as Exhibit Georgia 035.)
4    Q.  (By Mr. Lavine)  And then as Exhibit
5  35, I marked a two-page letter on the letterhead
6  of the Department of Health and Human Services
7  directed to a Marjorie Smith, commissioner of the
8  State of Georgia Department Assistance reflecting
9  a signature of Bruce Vladeck.
10       After you look at these letters, I just
11  have one or two short questions, I hope.
12       MR. COLE:  Are they Bates-stamped?
13       MR. LAVINE:  No.  They're part of the
14  Georgia production.
15       MR. COLE:  Okay.
16       MR. LAVINE:  I hope I did a decent job
17  identifying them for the record.
18    A.  Okay.
19    Q.  (By Mr. Lavine)  So the third paragraph
20  of Exhibit 34, the second sentence, it states,
21  "It is our position that the calculation of the
22  cost of the drug and the calculation of the

Page 360

1  dispensing fee are separable.
2       "Reimbursement for the cost of a drug
3  is either determined on the basis of the drug's
4  estimated acquisition cost or the allowable cost
5  determined by the application of the Federal
6  upper limit amount, if applicable.
7       "The cost of the dispensing fee is
8  based on the professional service provided by the
9  pharmacist."
10       And then Exhibit 35, the very last
11  sentence -- the very last paragraph, "Based on
12  the reasons described above, and after
13  consultation with the Secretary as required by 42
14  CFR 430.15(c)(2), I am hereby disapproving
15  Georgia SPA 93-45."
16       To the extent that there -- there was
17  an earlier question about whether there's
18  anything wrong with overpaying ingredient costs
19  to make up for a dispensing fee.
20       After reading this, would you agree
21  that that would be a violation of the federal
22  requirements of the Medicaid program?

Page 361

1       MR. ROBBEN:  Object to the form.
2       MR. COLE:  Object to the form.
3    A.  Yes.  The practice is frowned upon by
4  CMS.  However, subsequent state plans have been
5  approved that do the same thing.
6    Q.  (By Mr. Lavine)  Is there --
7       MR. COLE:  I'm sorry.  Could I have
8  that answer read back, please.
9            (The record was read by the
10  reporter.)
11       MR. COLE:  Thank you.
12    Q.  (By Mr. Lavine)  You're referring to
13  the particular situation in Exhibit 34 that
14  describes that a -- a dispensing fee based upon
15  the ingredient as a percentage of the ingredient
16  cost?
17    A.  No.
18    Q.  What do you mean?
19    A.  Subsequent state plans, for example,
20  moving the reimbursement to AWP minus 11 percent
21  plus the 4.63 --
22    Q.  Is there a provision in the state plan

91 (Pages 358 to 361)

dd23118e-9e82-4fd1-afbb-155015bf3b99

GA Department of Community Health (Jerry Dubberly)                                    December 15, 2008

## Atlanta, GA

Page 362

1  that specifies that the ingredient cost is higher
2  than it otherwise would be --
3      A.  No.
4      Q.  -- and, therefore, the dispensing fee
5  is lower than it would be?
6          MR. ROBBEN:  Object to the form.
7      A.  No.
8          MR. COLE:  Object to form.
9      A.  No.
10     Q.  (By Mr. Lavine)  That's not something
11 that would be approved by CMS, is it?
12         MR. ROBBEN:  Object to the form.
13         MR. COLE:  Object to the form.
14     A.  Can you clarify what the question is
15 again.
16     Q.  (By Mr. Lavine)  If -- if the State of
17 Georgia explained to CMS that it wanted to
18 implement a policy of purposely overpaying
19 ingredient costs so that it could underpay the
20 dispensing fee, would you expect that to be
21 approved by CMS?
22         MR. ROBBEN:  Object to the form.

Page 363

1          MR. COLE:  Object to the form.
2      A.  No.
3      Q.  (By Mr. Lavine)  Georgia -- Georgia's
4  Medicaid program understands that a directive
5  from the federal end of the Medicaid program was
6  to keep those two items separate.
7          MR. COLE:  Object to the form.
8      A.  Yes.
9      Q.  (By Mr. Lavine)  Look at Exhibit 18
10 quickly.  It's the Deloitte & Touche exhibit.
11 Look at page 8.
12         The average total cost to dispense a
13 prescription in the state of Georgia at a 95
14 percent confidence rate is $5.01 plus or minus 44
15 cents.
16         So would you agree that that would lead
17 to a dispensing fee of between $5.45 and -- I
18 need to do the math so I get it right -- $4.77?
19         MR. ROBBEN:  Object to the form.
20     Q.  (By Mr. Lavine)  Did I get my math
21 wrong?
22     A.  I'm very tired, but I think it's 4.57.

Page 364

1      Q.  I think you're right.
2          So the Deloitte & Touche report
3  commissioned by the Georgia Department of Health
4  dated June 30th, 2000 concluded that the average
5  cost to dispense a prescription in the state of
6  Georgia is between $4.50 and $5.45.
7          Would you agree with that?
8      A.  Yes.
9      Q.  And what was the actual dispensing fee
10 in the state of Georgia at that time?
11         And Exhibit 4 might be a good
12 reference.
13     A.  $4.63 and $4.33.
14     Q.  Would you agree that there is not a
15 substantial difference between the actual
16 dispensing fee and the results of the Deloitte
17 study?
18         MR. ROBBEN:  Object to the form.
19         MR. COLE:  Object to the form.
20     A.  There's not a substantial difference,
21 in my opinion.
22     Q.  (By Mr. Lavine)  Can you look at

Page 365

1  Exhibit 24.  On page -- on the second page of
2  that exhibit, third paragraph from the bottom,
3  the very last -- the last two sentences, "Most of
4  the purchases" -- and then skip a little and jump
5  to -- "were made at prices averaging about 16
6  percent below AWP.
7          "These drug purchases ranged from as
8  little as .23 percent below AWP to as much as 42
9  percent below AWP."
10         Do you see that language?
11     A.  I do not.  Where is it again?
12     Q.  The third paragraph that starts with
13 "Our review."
14         That looks like a different page.
15     A.  Second page?
16         MS. TOWNES:  I think it's this one.
17     A.  Third page.
18     Q.  (By Mr. Lavine)  Oh, I'm sorry.  Mine's
19 printed front and back.  Yes, third page.
20         The last two sentences of that
21 paragraph talk about some price information.
22         Do you read that to see -- do you read

92 (Pages 362 to 365)

dd23118e-9e82-4fd1-afbb-155015bf3b99

Management **Solutions** & Services

# Deloitte & Touche



# Georgia Department of Community Health

*June 30, 2000*

DEPOSITION
EXHIBIT
Georgia 18
JH  12/15/08

**Deloitte & Touche**

Management **Solutions** & Services

# Georgia Department of Community Health
### *June 30, 2000*



*Georgia Department of Community Health*
*June 30, 2000*

BACKGROUND AND OBJECTIVES ........................................................................................................ 3

COST SURVEY .................................................................................................................................. 3

    Survey Methodology and Design ........................................................................................ 3
    Allocation of Total Store Expenses ................................................................................. 5
    Survey Sample ........................................................................................................................ 6
    Survey Participation .............................................................................................................. 6
    Review Procedures ................................................................................................................ 7

COST SURVEY RESULTS ................................................................................................................... 8

MARKET ANALYSIS ......................................................................................................................... 10

    Methodology ........................................................................................................................... 10

SUMMARY OF FINDINGS ................................................................................................................. 13

APPENDIX A: COST SURVEY INSTRUMENT ..................................................................................... 14

APPENDIX B: ON-SITE REVIEW RESULTS ...................................................................................... 25

APPENDIX C: COST TO DISPENSE BY PRESCRIPTION VOLUME DISPENSED ...................... 26

APPENDIX D: HMO AND PBM INTERVIEW QUESTIONS ................................................................ 27

# Background and Objectives

The Georgia Department of Community Health is currently in the process of modifying the Medicaid dispensing fee used to reimburse pharmacy providers for pharmaceutical services. During Fiscal Year 1999, the Medicaid Program paid pharmacy providers on behalf of its recipients for 12.7 million prescription claims with a total expenditure of $435 million. Dispensing fees ($4.33 for not-for-profit pharmacy providers and $4.63 for for-profit pharmacy providers) accounted for approximately ten percent (10%) of the total expenditure.

The state and the federal government jointly fund the Medicaid Program with oversight provided by the Health Care Finance Administration (HCFA). The Medicaid Program, therefore, must comply with all federal regulations. Federal regulation 42 Code of Federal Regulations (CFR) 447.333 requires states to consider the results of cost surveys in their reimbursement systems for providers of pharmaceutical products under the Title XIX Medicaid Program. To comply with this regulation, the Georgia Department of Community Health engaged the consulting firm of Deloitte & Touche to conduct a cost survey of pharmacy providers throughout the state of Georgia. The last cost survey was conducted by the Georgia Medicaid Program in 1985. The Medicaid Program modified dispensing fees in July of 1998 based on Legislative appropriations.

The Medicaid Program is also required by federal regulation 42 CFR 447.331 that providers not be reimbursed at a rate which exceeds their usual and customary charge. The Georgia Medicaid program defines usual and customary charges as, "…the lowest price reimbursed to the pharmacy by other third party payers (including HMOs); or, the lowest price routinely offered to any segment of the general public." (Section 602.1 Policies and Procedures for Pharmacy Services) To obtain usual and customary charge data for the state of Georgia, Deloitte & Touche performed a market analysis of dispensing fees currently paid by other third party payers and HMOs. This market analysis identified dispensing fees paid by National and Regional HMOs and Pharmacy Benefit Managers (PBMs), as well as dispensing fees received by pharmacy providers selected to participate in the cost survey.

The operational cost data obtain from the cost surveys and the usual and customary charge data are the basis for the recommended modification of the current Medicaid dispensing fee.

# Cost Survey

### Survey Methodology and Design
The cost of dispensing a prescription was determined using a full costing methodology whereby all costs associated with the pharmacy operations, excluding the cost of goods sold, were summed to find the total prescription related costs. The total prescription related costs were then divided by the number of prescriptions dispensed to estimate the cost of dispensing a prescription.

**(RX Labor Costs + RX Overhead Expenses)/Total Prescriptions Dispensed**

The cost survey instrument had three primary objectives: 1) to accurately capture labor costs and overhead expenses, 2) to provide a consistent format that accounts for differences among pharmacy providers, and 3) ease of completion for pharmacy providers.

To accomplish these objectives, it was determined that the survey instrument (see Appendix A) would be designed utilizing the federal income tax forms. The majority of expense items could be transferred directly from a line on the tax return to a line on the cost survey. Each expense item was labeled with the three different federal income tax forms that may have been filed by the pharmacy provider (forms 1040, 1065, and 1120). The use of federal income tax forms also provided a consistent format across all pharmacy types and an easily audited cost survey.

For those pharmacy providers that did not submit a federal income tax form for their individual stores (i.e., National Chains), the expense data was obtained from the stores' Profit and Loss (P&L) statements. Working directly with the corporate offices for the National Chains, the individual P&Ls were mapped to the cost survey.

Special consideration needed to be given to three specific areas: 1) pharmacy providers reporting a chain affiliation, 2) pharmacy providers filing as a corporate entity, and 3) pharmacy providers reporting owner-pharmacist salary data.

Pharmacy providers reporting a chain affiliation were asked to provide a detailed breakout on the allocation methodology used for corporate overhead (e.g., Central Claims Processing). Allocation methodologies were reviewed for reasonableness. Those costs that were identified as outliers were disallowed to afford equal treatment to other pharmacy types.

The survey instrument was designed to capture specific business expenses, including charitable contributions and state income tax, that are reported only by pharmacy providers filing as a corporate entity. Sole proprietors and partnerships are not allowed to deduct contributions as a business expense for federal income tax purposes. However, corporations are allowed to deduct contributions on their federal income tax returns. A separate line item was provided on the cost survey to capture charitable contributions for corporations, but was disallowed as an expense item to afford equal treatment to sole proprietors and partnerships. State income taxes were also disallowed as an expense item because state income taxes are based upon the profitability of the pharmacy provider. A separate line item was provided for corporate filers to capture state income tax data.

A reasonableness test was applied to the owner-pharmacists salaries in order to ensure that the proposed dispensing fee did not reflect an overstated cost due to the stated salaries of owner pharmacists, which do not reflect the current market rates for non-owner pharmacists. Upper limits were placed upon the owner-pharmacists salary based upon the non-owner pharmacists salaries per prescription. Owner-pharmacists salaries were limited $4.97 per prescription as an upper limit (90th percentile). By applying the upper limit to the owner-pharmacists salaries, a reasonable estimate is determined for the actual salary cost had a non-owner pharmacist performed the work.

Pharmacy providers were also asked to complete a series of questions that identify specific traits of their pharmacy. These independent variables included:

- Type of ownership
    - Sole proprietor
    - Partnership
    - Corporation
- Ownership affiliation
    - Independent
    - Chain (5-14 units)

- Chain (15 or more units)
- Hospital
- Nursing Home
- Home Health
- Payor Mix
- Prescription Volume

An analysis was conducted to identify dispensing fees by each independent variable and the impact of the modified dispensing fees on those pharmacy providers.

*Allocation of Total Store Expenses*
While the federal income tax forms and P&L statements capture accurate and auditable data related to the pharmacy providers total store expenses, they do not provide expense data related specifically to the pharmacy operations. Therefore, it was necessary to design the survey instrument to capture specific statistical information that would then be used to separate expenses related to the pharmacy and non-pharmacy operations. The survey instrument captured statistical information related to:

- Total Store Sales and Prescription Sales
- Total Store Employee Hours and Prescription Employee Hours
- Total Store Square Feet and Prescription Area Square Feet
- Volume of Prescriptions Dispensed

In order to determine the labor costs and overhead expenses associated with pharmacy operations, it was necessary to allocate total store expenses based upon a pre-determined allocation methodology utilizing the above statistical data.

Prescription Labor Costs were calculated by allocating total salaries, payroll taxes, and benefits on the reported percent of time spent in the prescription area as indicated on the individual cost surveys.

Overhead expenses were allocated to the prescription area on the basis of either 1) entirely related to pharmacy operations (100%), 2) unrelated to pharmacy operations (0%), 3) prescription area square feet ratio, or 4) prescription sales ratio.

Those overhead expenses that were allocated 100% to the prescription area included any specific expense items identified by the pharmacy providers as Prescription related including prescription delivery, prescription supplies, prescription department computer expense and advertising. The cost survey also asked those pharmacy providers that currently track prescription related expenses to report that data on the cost survey.

Overhead expenses that were considered unrelated to pharmacy operations included charitable contributions and state income tax. These items are reported only by corporate pharmacy providers and were not allocated to pharmacy operations in order to allow equal treatment for sole proprietors and partnerships.

Overhead expenses that are related to both the pharmacy and non-pharmacy operations were allocated to the prescription area based either on square feet ratio or sales ratio. The prescription area ratio (pharmacy area square feet/total store square feet) was used to allocate those expenses

that relate to the operation of the facility, including utilities, rent and repairs.  Also allocated using the square feet ratio was depreciation expense and real estate taxes.

The prescription sales ratio (prescription sales/total store sale) was used to allocate those remaining overhead expenses that could not be allocated 100% to the pharmacy area or allocated based on prescription area.  Those expenses allocated based on prescription sales ratio include legal and professional fees, other supplies, store advertising and other business expenses.  The sales ratio was also applied in certain circumstance to overhead expense items if a pharmacy provider was unable to capture statistical information.  The use of the prescription sales ratio in these circumstances occurred rarely.

*Survey Sample*
The Department of Community Health reported in December of 1999 that 2,120 pharmacy providers participated in the Georgia Medicaid Program.  A statistical analysis was conducted to determine a valid survey sample size based on the Medicaid Program's total number of pharmacy providers.  For a 95% confidence rate that the sample size was representative of the entire population, a minimum of 150 complete surveys needed to be received.

To determine the number of surveys to be distributed in order to receive 150 completed surveys, it was necessary to allow a 5-10% error rate for incorrect addresses and closed pharmacy providers.  Also taken into consideration was the response rate from the cost survey conducted in 1985.  By the initial filing deadline in 1985, only 20% of pharmacy providers completed the cost surveys and two weeks past the filing deadline 37% of pharmacy providers completed the cost surveys.  Applying the historical response rate and the margin for error, between 425 and 780 cost surveys needed to be distributed to pharmacy providers.  Five hundred and ninety-one (591) random pharmacy providers were ultimately selected to participate in the 2000 cost survey.  The breakout of pharmacy providers receiving the cost survey by pharmacy type is as follows:

| Pharmacy Type | Number Stores Selected | Percent of Total |
|---|---|---|
| Chain | 300 | 50.7% |
| Hospital | 33 | 5.6% |
| Nursing Home | 43 | 7.3% |
| Other | 215 | 36.4% |
| Total | 591 | 100% |

Included in the sample were eight pharmacy chains with fifteen or more units representing 248 individual stores.  All Hospitals and Nursing Homes that currently participate in the Medicaid Program were selected to receive the cost survey in order to report valid dispensing fees by pharmacy type.

The mailing of the cost survey instrument to Georgia pharmacy providers was completed on February 28, 2000 with an initial deadline to complete the cost surveys by March 17, 2000.  Sixty-one (61) surveys were returned as "undeliverable", resulting in a total of 530 cost surveys delivered to pharmacy providers.

*Survey Participation*
In order to increase the participation rate of the pharmacy providers, the cost survey and related instructions were made available on the Department of Community Health website. An initial letter from the Department of Community Health was sent to selected pharmacy providers three weeks prior to the distribution of the cost survey.  The purpose of the letter was to explain the

intent of the study and to encourage participation. Pharmacy providers could return the completed surveys via U.S. Mail, electronic mail, or facsimile.

By the initial filing deadline, a total of 106 completed surveys had been received for an 18% response rate. Independent pharmacy providers with outstanding cost surveys were contacted via telephone to encourage participation in the cost survey. Aggressive follow-up was conducted with National Chains and efforts to simplify the process of completing the cost surveys for multiple stores were undertaken, including accepting P&L statements from the National Chains and utilizing Deloitte & Touche staff to map the statements to the cost survey. The filing deadline was extending until March 31, 2000.

Compliance with the cost survey was voluntary, however pharmacy providers were encouraged to actively participate in the process. The final number of pharmacy providers submitting completed surveys was 197 for a 33% response rate. Twenty-three (23) pharmacy providers were eliminated from the analysis due to incomplete information on the cost survey. Only two Nursing Homes completed the cost survey, with zero participation from Hospital providers. Discussions with both Nursing Home and Hospital providers revealed cost structures and reporting mechanism that made it difficult to capture the requested information. A breakout of responses by pharmacy type is as follows:

| Pharmacy Type | Number Stores Selected | Number Stores Responding | Response Rate |
|---|---|---|---|
| Chain | 300 | 134 | 45% |
| Hospital | 33 | 0 | 0% |
| Nursing Home | 43 | 2 | 5% |
| Other | 215 | 37 | 17% |
| Total | 591 | 173 | 29% |

*Review Procedures*
Upon receipt of the cost surveys, each survey was reviewed for missing data prior to being entered into an electronic database. Those pharmacy providers with missing data were contacted via telephone requesting the additional information. Cost surveys were then reviewed for reasonableness and verification of mathematical accuracy. Specific areas of focus included the summing of total labor costs and hours, and the summing of total overhead expenses. Square Foot data and reported dispensed prescriptions were also reviewed for accuracy and reasonableness. Pharmacy providers were contacted for verification when data was identified as an outlier.

Ten random pharmacy providers were selected from the database of completed surveys for an on-site review. National Chains were eliminated from the on-site review process given that the Deloitte & Touche staff worked extensively with the National Chains in mapping their individual store expenses to the cost survey.

The purpose of the on-site review was to audit the survey process and ensure that pharmacy providers were able to complete the cost survey according to survey instructions. During the on-site reviews, no significant discrepancies were noted that would require modification to the cost survey results. All pharmacy providers utilized their federal tax returns to complete the expense items on the cost survey and had electronic pharmacy information system generated reports to identify the number of prescriptions dispensed. See Appendix B for detailed results of the on-site reviews.

*Georgia Department of Community Health*
*June 30, 2000*

# Cost Survey Results

The average total cost to dispense a prescription in the state of Georgia, at a 95% confidence rate, is $5.01 +/- 0.44. The cost to dispense a prescription ranged from a low of $1.70 to a high of $14.71. The average labor, overhead and total cost per prescription for the 173 pharmacy providers submitting usable cost surveys are:

### Overall Cost to Dispense per Prescription

| | |
|---|---|
| Labor Cost per Prescription | $2.55 |
| Overhead Expense per Prescription | $2.46 |
| Total Cost per Prescription | $5.01 |

Pharmacy providers were asked to complete a series of questions on the cost survey to identify specific traits of the store. An analysis was conducted to identify the cost to dispense a prescription for each of these independent variables. The results of this analysis are as follows:

### Cost to Dispense per Prescription by Type of Ownership

| | Individual* | Partnership* | Corporation |
|---|---|---|---|
| # Pharmacy Providers in Category | 7 | 2 | 164 |
| Labor Cost per Prescription | $3.07 | $4.98 | $2.49 |
| Overhead Expense per Prescription | $1.80 | $2.20 | $2.50 |
| Total Cost per Prescription | $4.87 | $7.18 | $4.99 |

The average cost to dispense, at a 95% confidence rate, for a corporate ownership is $4.99 +/- 0.46.

* Because of the small number of Individual and Partnership responses, the difference of means by ownership is not statistically significant.

### Cost to Dispense per Prescription by Ownership Affiliation

| | Independent | Chain | Nursing Home* | Other* |
|---|---|---|---|---|
| # Pharmacy Providers in Category | 36 | 134 | 2 | 1 |
| Labor Cost per Prescription | $3.30 | $2.34 | $2.36 | $2.34 |
| Overhead Expense per Prescription | $2.58 | $2.39 | $6.11 | $0.36 |
| Total Cost per Prescription | $5.88 | $4.73 | $8.47 | $2.70 |

*Georgia Department of Community Health*
*June 30, 2000*

The average cost to dispense, at a 95% confidence rate, for Chains and Independent pharmacy providers is $4.73 +/- 0.51 and $5.88 +/- 0.74, respectively.

*Nursing Homes and Other pharmacy providers could not be reported at a 95% confidence rate due to the number of pharmacy providers responding in those categories.

### Overall Cost to Dispense by Prescription Volume

Pharmacy providers experience a decrease in their cost to dispense a prescription as prescription volumes increase.

### Overall Cost to Dispense per Prescription by Volume of Prescriptions Dispensed (see Appendix C for detail)



**Prescription Volume Dispensed**

# *Market Analysis*

## *Methodology*

In addition to the cost survey, a Market Analysis was conducted to identify dispensing fees being paid by other third party payers and HMOs. The Market Analysis had three specific elements: 1) dispensing fees and discount from Average Wholesale Price (AWP) for National HMOs and PBMs, 2) dispensing fees and discount from AWP for Regional HMOs and PBMs, and 3) dispensing fees and discount from AWP received by pharmacy providers selected to participate in the cost survey.

The Georgia Medicaid Program currently offers AWP –10% with dispensing fees for profit and non-profit pharmacy providers of $4.63 and $4.33, respectively. The market analysis focused on current dispensing fees paid by payors offering discounts of AWP –10% or greater.

Data for the National and Regional HMOs and PBMs were gathered via written correspondence and telephone interviews. (See Appendix D for Interview Questions). Questions focused primarily on current dispensing fees and discounts from AWP for both brand and generic drugs.

National HMOs and PBMs responded that pharmacy providers are receiving dispensing fees between $1.75 and $2.50 with a minimum discount off AWP of -13%. Regional HMOs reported





*Georgia Department of Community Health*
*June 30, 2000*

dispensing fees between $1.75 and $2.25 with a minimum discount off AWP of –15%.

Sixty-nine (69) pharmacy providers completed questions on the cost survey related to the current discounts and dispensing fees received from their top ten payers for both generic and brand drugs. Pharmacy providers report that they currently receive an average discount off AWP for Generic Drugs of 22% with an average dispensing fee of $2.79. Pharmacy providers also reported an average discount off AWP for Brand Drugs of 11.5% with an average dispensing fee of $2.83. The median dispensing fees for Generic and Brand Drugs were $2.25 and $2.20, respectively.

Average dispensing fees and discounts from AWP reported by pharmacy providers for their top ten payors are as follows:

### Dispensing Fees for Generic Drugs



### Discount from AWP for Generic Drugs



*Georgia Department of Community Health*
*June 30, 2000*

### Dispensing Fee on Brand Drugs



### Discount from AWP on Brand Drugs



Dispensing Fees as reported by the National and Regional HMOs and PBMs are significantly lower than the Medicaid Program's current dispensing fees. The lowest rate offered by the HMOs and PBMs is $1.75 with a 15% discount from AWP. Responses from the pharmacy providers also indicate that providers are receiving significantly lower dispensing fees from payors at comparable or greater discounts from AWP.

# *Summary of Findings*

The Medicaid Program is currently in the process of modifying the dispensing fee paid to pharmacy providers in the State of Georgia. Based on the results of the cost survey, the average cost to dispense a prescription in the State of Georgia has increased from an average of $3.88 in 1985 to an average of $5.01 in 2000. This represents a 30% increase over 15 years, or an average 1.7% annual increase. Chain pharmacy providers report the lowest cost to dispense at $4.73 per prescription while independent pharmacy providers report a cost to dispense of $5.88  There is also a decreasing cost to dispense associated with an increase in prescription volume.

Results of the Market Analysis reveal that the Georgia Medicaid program currently pays a dispensing fee significantly higher than the regional and national PBMs and HMOs. The Market Analysis indicates that the highest rates being paid by National and Regional HMOs is $2.50 and $2.25, respectively. While some pharmacy providers charged the Georgia Medicaid program the lowest price reimbursed to the pharmacy by other third party payers (including HMOs), the average dispensing fee paid in FY1999 of $3.25 indicates that not all pharmacy providers billed the program according to Section 602.1 of the state's Policies and Procedures for Pharmacy Services.

In FY1999, the Georgia Medicaid Program paid pharmacy providers for 12.7 million prescriptions with approximately $43 million paid to pharmacy providers for dispensing fees. By increasing efforts to enforce Section 602.1, the Medicaid program could potentially save between nine and twenty-nine million dollars

| Current Average Dispensing Fee Paid | Highest Market Rate | Lowest Market Rate | Lowest Rate Accepted | Fee Difference | FY1999 Medicaid Prescription Volume | Potential Savings |
|---|---|---|---|---|---|---|
| $3.25 | $2.50 | $1.75 | $0.93 | $0.75 to $2.32 | 12,700,000 | $9,525,000 to $29,464,000 |

*Georgia Department of Community Health*
*June 30, 2000*

# *Appendix A: Cost Survey Instrument*

## *Introduction*

The Department of Community Health is required by Federal Regulation (42CFR447.331 and 42CFR447.333) to periodically survey pharmacy costs and market rates to determine an appropriate dispensing fee. The last survey of this nature was conducted in 1985. The Department has awarded a contract for a new survey to the firm of Deloitte & Touche LLP.

The survey is designed to measure all costs associated with filling a prescription and to determine current market rates. The contractors and the Department guarantee the confidentiality of the responses. The Department must have the results of the survey by early April. Therefore, those pharmacies selected to participate should complete the entire survey and the forms by **March 17, 2000**. Failure to complete and return the survey form in a timely manner will delay the implementation of new dispensing fees. You may submit your cost survey via mail, fax or e-mail. Your cooperation in completing this survey is appreciated.

## *Assistance*

This survey is designed so that most retail pharmacies can easily complete it by using their most recently filed federal income tax return. The majority of expense items requested can be transferred directly from a line on the tax return to a line on the cost survey. Line reference numbers for the three tax forms are listed on the left side of the cost survey. Simply locate the column for the tax form you used.

The attached index provides specific instructions for most line items. Please refer to the index when completing this survey. Should you require any additional assistance in order to complete this survey, please contact us at 404-220-1190 or write to us at the above addresses. For your convenience, this survey and its instructions are available on the Department of Community Health website at http://www.ganet.org/gch.

## *Special Instruction for Retail Chain Pharmacies*

Corporate overhead and shared services expenses incurred by Retail Chain Pharmacies, such as administration, central operating and other general expenses, will need to be allocated to individual pharmacy units. Each responding Retail Chain Pharmacy is required to allocate expenses to the individual units based upon a reasonable allocation method and adhering to generally accepted accounting principals. These expenses should be clearly detailed on lines (41a) – (41c). Please enclose details of the allocation method on Attachment A with this survey.

*Georgia Department of Community Health*
*June 30, 2000*

Please complete and return to the above address by **March 17, 2000**.

Instructions are enclosed.  Please call if you are having difficulty completing the report.

Name of Pharmacy_____
Street Address_____
City_____  State_____  Zip Code_____

1.  Type of Ownership
    (Check Only One)
    __Individual
Units)
    __Partnership
Units)
    __Corporation
More
    __Other – Specify
    _____

2.  Location of Pharmacy
    (Check Only One)
    __Separate or Downtown

    __Shopping Center

    __Medical Office Building

    __Other – Specify
    _____

3.  Ownership Affiliation
    (Check Only One)
    __Independent (1-4

    __Chain Unit (5-14

    __Chain Unit (15 or

    Units)
    __ Hospital
    __ Nursing Home
    __ Home Health
    __ Other - Specify
    _____

1.  Building Ownership
    __Rent
    __Own

# SECTION I – SALES AND COST OF GOODS SOLD

This information will be used to allocate your expenses.  Please make it as accurate as possible.

| | Prescription & Other Medicaid Reimbursed Items Only | Total Store | Line No. |
|---|---|---|---|
| Sales | _____ | _____ | (1a) |
| Sales Tax | _____ | _____ | (1b) |
| Cost of Goods Sold | _____ | _____ | (2) |

*Georgia Department of Community Health*
*June 30, 2000*

## SECTION II – EXPENSES

A.  Personnel Costs – List each employee separately (except line  22) by their respective employee type.  Do not
provide detailed information such as employee name.  Only one employee should be reported on each line item.
Attach schedule if necessary.

|  | Check if RPH | Estimate % Total Rx Volume Dispensed | Annual Salaries Or Draw | Distribution of Profits | Actual Annual Hours | | Line No. |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Total Store Inc. Rx. Dept | Rx Dept Related Duties Only |  |
| Owners (include Individual Proprietors, Partners & Stockholders) | ____ | ____ | ____ | | ____ | ____ | (3) |
|  | ____ | ____ | ____ | | ____ | ____ | (4) |
|  | ____ | ____ | ____ | | ____ | ____ | (5) |
|  | ____ | ____ | ____ | | ____ | ____ | (6) |
| Pharmacists (non-owner) | ____ | ____ | ____ | | ____ | ____ | (7) |
|  | ____ | ____ | ____ | | ____ | ____ | (8) |
|  | ____ | ____ | ____ | | ____ | ____ | (9) |
|  | ____ | ____ | ____ | | ____ | ____ | (10) |
| Pharmacy Technicians |  | ____ | ____ | | ____ | ____ | (11) |
|  |  | ____ | ____ | | ____ | ____ | (12) |
|  |  | ____ | ____ | | ____ | ____ | (13) |
| Pharmacy Manager | ____ | ____ | ____ | | ____ | ____ | (14) |
| Interns | ____ | ____ | ____ | | ____ | ____ | (15) |
|  | Total: | 100% | | | | | (16) |
| Other Employees with Time in Rx Dept. (Including Rx Delivery) |  |  | ____ | | ____ | ____ | (17) |
|  |  |  | ____ | | ____ | ____ | (18) |
|  |  |  | ____ | | ____ | ____ | (19) |
|  |  |  | ____ | | ____ | ____ | (20) |
|  |  |  | ____ | | ____ | ____ | (21) |
| All Other (non-Rx) Employees |  |  | ____ | | | | (22) |
| Total |  |  | ____ | | | | (23) |

16

*Georgia Department of Community Health*
*June 30, 2000*

B.  Overhead Expenses
Please refer to your 1998 Federal Income Tax Return to complete this section.  Please provide expenses for the Pharmacy column ONLY if you currently track Pharmacy Expenses.  DO NOT estimate Pharmacy Expenses. Please notate in the "Comments" field the allocation or tracking methodology used in calculating Pharmacy Expenses.  Line reference numbers from theFederal Income Tax Return are listed in the left column.

Tax/Fiscal Year Ending: Month_____Day_____Year 19____                    (24)
This must be your most recent fiscal year ending on or before December 31, 1999.

| 1998 Tax Form Number (1040C / 1065 / 1120) | | | | Pharmacy Expense | Total Store Expense | Comments | |
|---|---|---|---|---|---|---|---|
| 13 | 16 | 20 | Depreciation (Total) | | | | (25a) |
|  |  |  | Computer Related Depreciation | | | | (25b) |
| 23 | 14 | 17 | Taxes (Total) | | | | (26a) |
|  |  |  | Real Estate | | | | (26b) |
|  |  |  | Sales Tax | | | | (26c) |
|  |  | 17 | State Income Taxes (Corporation only) | | | | (26d) |
|  |  |  | Any Other Tax (specify) | | | | (26e) |
| 20b | 13 | 16 | Rent Actually Paid to a Property Owner | | | | |
|  |  |  | (a) Building | | | | (27a) |
|  |  |  | (b) Equipment and Other | | | | (27b) |
|  |  |  | Is space owned by owner or related party, such as spouse?  Yes/No | | | | (28) |
| 21 | 11 | 14 | Repairs | | | | (29) |
|  |  |  | Insurance | | | | |
| 14 | 19 | 25 | (a) Employee Benefit Programs | | | | (30a) |
| 15 | 20 | 26 | (b) Insurance (Other than Health) | | | | (30b) |
| 19 | 18 | 24 | Pension and profit-sharing plans | | | | (31) |
| 16 | 15 | 18 | Interest | | | | |
|  |  |  | (a) Mortgage (paid to banks) | | | | (32a) |
|  |  |  | (b) Other | | | | (32b) |
| 17 | 20 | 26 | Legal and Professional Fees | | | | (33) |
| 9 | 12 | 15 | Bad Debts | | | | (34) |
|  |  | 19 | Charitable Contributions (Corporations only) | | | | (35) |
| 25 | 20 | 26 | Utilities | | | | (36) |
| 22 | 20 | 26 | Supplies (see instructions) | | | | |
|  |  |  | Rx Containers and Labels | | | | (37a) |
|  |  |  | Others | | | | (37b) |
| 8 | 20 | 23 | Advertising | | | | (38) |
| 27 | 20 | 26 | Computer Expenses | | | | (39) |
|  |  |  | % of Computer Expenses attributed to Rx Department _____% | | | | |
| 10 | 20 | 26 | Rx Delivery Expenses | | | | (40) |

*Georgia Department of Community Health*
*June 30, 2000*

| 1998 Tax Form Number | | | | Pharmacy Expense | Total Store Expense | Comments | |
|---|---|---|---|---|---|---|---|
| 1040 | 1065 | 1120 | | | | | |
| 27 | 20 | 26 | Other Business Expenses not included | | | | (41a) |
| | | | elsewhere on this survey (Attach | | | | (41b) |
| | | | schedule if necessary.  Specify) | | | | (41c) |
| | | | | | | | |
| | | | Total Overhead Expenses | | | | |
| | | | (Add Line (25a) through Line (41c) | | | | (42) |

18

*Georgia Department of Community Health*
*June 30, 2000*

C.  Reconciliation with Books or Tax Return

| 1998 Tax Form Number | | | | Column 1 | Column2 | |
|---|---|---|---|---|---|---|
| 1040C | 1065 | 1120 | | | | |
| 28 | 21 | 27 | Total Expenses per Tax Return (or Books) | | _____ | (43) |
| | | | Enter amount from Line 42 | _____ | | (44) |
| | | | Sum of Colums on Line 23 | _____ | | (45) |
| | | | Total Expense per this Cost Survey (Add Lines 44 and 45) | _____ | | (46) |
| | | | List Items and Amounts that are on this Cost Survey but ARE NOT on Tax Return (or Books) | | _____ | (47) |
| | | | | | _____ | (48) |
| | | | | | _____ | (49) |
| | | | List Items and Amounts that ARE NOT on this Cost Survey but are on Tax Return (or Books) | _____ | | (50) |
| | | | | _____ | | (51) |
| | | | | _____ | | (52) |
| | | | Totals (Add Lines 43 through 52) NOTE: Column Totals Should Be Equal | ══════ | ══════ | (53) |

*Georgia Department of Community Health*
*June 30, 2000*

D.  Supplemental Information

1.  What percent of total prescriptions filled are delivered?  _____
2.  How many hours per week is your pharmacy open?  _____
3.  What is the approximate percentage of the number of prescriptions
    Medicaid Rx                          _____
    Other Third Party Insurers           _____
    Self Pay                             _____

4.  List the total number of all prescriptions dispensed during the year, as well as by type of drug, as follows:

| | TOTAL PRESCRIPTIONS | NARCOTICS | COMPOUNDS | OTHER* |
|---|---|---|---|---|
| New | _____ | _____ | _____ | _____ |
| Refill | _____ | _____ | _____ | _____ |
| Total | _____ | _____. | _____ | _____ |

* Other includes Pre-Packaged, Fill Containers, IVs, Unit Dose, Injectibles and any other dispensed prescriptions.

5.  Floor Space – Please measure.  Do not estimate.
    retail space

| | Prescription Only | Total Store Including Prescription |
|---|---|---|
| | _____ Sq. Ft. | _____ Sq. Ft. |
| Retail | _____. | _____ |
| Office | _____. | _____ |
| Storage | _____ | _____ |
| Other | _____ | _____ |

Please provide any other information that you feel contributes to your cost of dispensing a prescription or that will help us
evaluate and analyze the data you have given.

_____
_____
_____
_____

6.  Please complete the following table for your top ten payors.  Payors may be Medicare, Medicaid, HMOs, PBMs, etc.

| Payor | Brand Drug Payment ±% of AWP | Brand Drug Dispensing Fee | Generic Drug Payment ±% of AWP | Generic Drugs Dispensing Fee |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Georgia Department of Community Health*
*June 30, 2000*

### DECLARATION BY OWNER AND PREPARER

I declare that I have examined this cost survey including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, complete, and in agreement with the related Books or Federal Income Tax Return except as explained in the Reconciliation. Declaration of preparer (other than owner) is based on all information of which preparer has any knowledge.

| YOUR SIGNATURE | TITLE/POSITION | DATE |
|---|---|---|

| PREPARER SIGNATURE (other than owner) | TITLE/POSITION | DATE |
|---|---|---|

| PREPARER STREET ADDRESS NUMBER | CITY AND STATE | ZIP | PHONE |
|---|---|---|---|

Georgia Medicaid
Provider Number

21

*Georgia Department of Community Health*
*June 30, 2000*

## INDEX

Please list your sales and cost of good sold.  The amounts for your total store sales and cost of goods sold are readily available on your federal income tax return.  If you keep no record of prescription sales separately from the rest of your sales, make an estimate that is as accurate as possible.  Prescription sales and other Medicaid Reimbursed Items include insulin and diabetic supplies.  Other OTC, cosmetics, beauty aids or any other nonprescription items should not be included in the Prescription sales.  Please note that sales tax should not be included in the sales estimate.  Sales tax will not be included in the dispensing cost analysis.  The sales tax data is requested on line (1b) is included for clarity only.

Example Prescription Sales Allocation Estimate:
1.   Average selling price per prescription (use 20 Rx sales on 5 different days throughout year)
2.   Multiply this average selling price times total prescriptions (Line 14 of subsection D)

## *IIA. Personnel Costs [Lines (3) through (23)]*

**Lines (3) – (6) – Owners.**  All individual proprietors should list their total drawings for the year.  Do not show net profit as the owner" salary but actual drawings or salary. Also provide the distribution of profits.  Total draw and distribution should tie to Federal Income Tax Return form
**Lines (3) – (15) – "% of Rx Volume Dispensed".**  Please provide your best estimate of the percentage of Rx volume dispensed by each pharmacist.  Note that this column should total 100% (Line 16)
**Lines (3) – (21) – "Actual Annual Hours".**  Please provide the actual annual hours worked for each employee by employee type (i.e., Pharmacist, Pharmacy Tech, etc.).   Please allocate as accurately as possible those hours related to "Rx Department duties".  "Rx Department-related duties" are defined as that time spent filling prescriptions as well as doing the related administrative work.  Such time will include duties such as ordering and stocking prescription ingredients, taking inventory, maintaining prescription files, delivering prescriptions, etc.
**Lines (11) – (22)** – Nonprofessional, clerical and delivery personnel who perform Rx-related duties should be listed on lines (17) through (21).  On line (22), list aggregate totals for those employees who spend no time in Rx department-related duties.

## *IIB.  Overhead Expenses [Lines (24) through (42)]*

When listing your tax/fiscal year ending date, use your most recent year-end date that is on or before December 31, 1999.

If you are a new business or have had a change of ownership recently, you must have at least six months of information for your new status and have had a fiscal year-end in order to submit a survey.  If you do not meet these requirements, please write to us indicating when you opened and that you are ineligible to participate in this study.

**Lines (26c),  (26d) and (35)** – Sales Tax, State Income Tax and Charitable Contributions are included for corporations only as a convenience.  These expenses will not be allowed as a cost item.
**Line (37a) – Rx Containers and Labels.**  The cost of prescription containers and labels should be included here if separately identified as an "Other Expense" on your Federal Income Tax Return.  If you

did not claim this as a separate deduction on your federal income tax return and if your accounting records are such that this figure is difficult to determine, leave this line blank. An allowance will be made for Rx containers and labels based on your prescription volume.

**Line (39) – Computer Expenses**. Include here rent, property taxes, interest, repairs and supplies for store computers. Please allocate a percentage of those expenses directly related to the Pharmacy Department. These expenses should not be duplicated on any other line. Depreciation related to Computer Expenses should be reported on line (25b)

**Line (40) – Rx Delivery Expenses.** If you deliver prescription items only, include here depreciation, rent, property taxes, interest and repairs paid for your deliver vehicle. You may also include here expenses paid to a delivery service for delivery of Rx items. If your delivery vehicle is used by other Departments of the pharmacy, do not enter anything on this line and enter those expenses on line 41. These expenses should not be duplicated on any other line.

**Line (41)** – On these lines identify any additional expenses you have listed as deductions on your federal income tax return. Identify each item and the amount, rather than labeling all such expenses as "miscellaneous". If you wish, you might simply attach the schedule from your federal return, which lists these expenses. Please clearly label any items that are 100% Rx-related, such as a tape-to-tape billing system, or that are 100% non-Rx-related, such as a laundry expense for your fountain operation.

## IIC.  Reconciliation with Books or Federal Income Tax Return

The Cost Survey requires the input of information from your most recently filed federal income tax return as well as providing estimates. This survey may not include all items submitted on your tax return and may also request information that is not required on your income tax return. Since this survey will be used in determining the cost associated with dispensing a prescription, it is important to ensure that all expense items are reconciled with Books of Federal Income Tax Return. Please complete this section to ensure that all expense items have been included on this Cost Survey.

## IID.  Supplemental Information

**SQUARE FOOTAGE**
Since the floor space will be used in allocating your expenses, it is important that it not be merely an estimate. When measuring the Prescription Department, please include patient waiting area or a prescription-related office or any other area dedicated to the Prescription Department (i.e., consultation area). If any other department utilizes these areas for non-prescription related activities, do not include them in the Prescription Department square footage.

*Georgia Department of Community Health*
*June 30, 2000*

## ATTACHMENT A
## ALLOCATION OF RETAIL CHAIN EXPENSES
### (To Be Reported on Lines (41a) – (41c))

**Allocated Corporate Expense**

| Type of Expense | Expense | Allocation Basis | Allocation Statistic | Allocated $ Per Statistic |
|---|---|---|---|---|
| Example: Central Claims Processing | $900,000 | Third Party Claims Volume | 500 claims/year | $1,800 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*Georgia Department of Community Health*
*June 30, 2000*

# *Appendix B: On-Site Review Results*

**Georgia Pharmacy Dispensing Fee Survey**
Prepared by Deloitte & Touche

**Note>** D&T performed informational visits of ten pharmacies in the Georgia area. At each pharmacy, D&T agreed information per the Georgia Pharmacy Cost Survey to the pharmacies Federal Tax Return, Financial Statements and/or confirmed direclty with the pharmacies CPA's. All discrepancies are noted below.

| Store Name | Date Visited | $ Total Labor Expenses | Discrepancy | $ Total Overhead Expenses | Discrepancy |
|---|---|---|---|---|---|
| Medical Arts Pharmacy | Tues 4/25 | 335,016 | - | 169,741 | - |
| Ray Drug Company | Tues 4/25 | 105,043 | - | 62,925 | - |
| Gordon Drug | Tues 4/25 | 162,162 | - | 204,628 | - |
| Visiting Nurse Health System | Wed 4/26 | 946,390 | - | 2,672,496 | - |
| Jones Pharmacy | Wed 4/26 | 176,259 | - | 186,072 | - |
| The Medicine Shoppe | Wed 4/26 | 118,322 | - | 183,640 | - |
| Lacey Drug Company | Wed 4/26 | 178,297 | - | 98,401 | - |
| Adairsville Drug Inc. | Thur 4/27 | 224,285 | - | 58,752 | - |
| Farmers Prescription Shop | Thur 4/27 | 313,417 | - | 199,406 | - |
| Tracys Medicine Center | Thur 4/27 | 180,000 | - | 174,256 | - |

**Conclusion:** No discrepancies noted.

*Georgia Department of Community Health*
*June 30, 2000*

## *Appendix C: Cost to Dispense by Prescription Volume Dispensed*

| Prescription Volume | # Pharmacy Providers | Labor Cost per Prescription | Overhead Cost per Prescription | Total Cost per Prescription |
|---|---|---|---|---|
| 10,000 – 20,000 | 3 | $3.59 | $4.05 | $7.64 |
| 20,000 – 30,000 | 15 | $3.31 | $2.17 | $5.48 |
| 30,000 – 40,000 | 22 | $3.09 | $3.07 | $6.16 |
| 40,000 – 50,000 | 25 | $2.47 | $2.42 | $4.89 |
| 50,000 – 60,000 | 14 | $2.82 | $2.83 | $5.65 |
| 60,000 – 70,000 | 20 | $2.95 | $4.39 | $7.34 |
| 70,000 – 80,000 | 18 | $2.17 | $2.31 | $4.48 |
| 80,000 – 90,000 | 15 | $1.96 | $2.05 | $4.01 |
| 90,000 – 100,000 | 12 | $1.88 | $1.06 | $2.93 |
| 100,000+ | 29 | $2.08 | $1.41 | $3.50 |
| Total | 173 | $2.54 | $2.46 | $5.01 |

*Georgia Department of Community Health*
*June 30, 2000*

# *Appendix D: HMO and PBM Interview Questions*

## *PBM's*

1. What are your current AWP discounts?

2. Do you receive manufacturer's rebates?  How are these shared with the client?  The Pharmacy?

3. How is the MAC price calculated?  How many drugs are on your MAC list?

4. What are your dispensing fees for Brand and Generic Drugs?

5. What other fees, if any, are charged per script?

6. What is your average cost per script for Brand drugs?  Generic drugs?

## *HMO's*

1. Do you utilize a PBM?  Who?

2. What are your current AWP discounts for Brand drugs?  Generic drugs?

3. What are your dispensing fees for brand drugs?  Generic drugs?

4. What other fees, if any, are charged per script?

5. What is your average cost per script for Brand drugs?  Generic drugs?