# EXHIBIT 17

Page 1

```
                IN THE CIRCUIT COURT OF

              MONTGOMERY COUNTY, ALABAMA

- - - - - - - - - - - - - - -x

STATE OF ALABAMA,              :

    Plaintiff,                 :

    vs.                        : Case No.: CV-05-219

ABBOTT LABORATORIES, INC.,     : Judge Charles Price

 et al.                        :

    Defendants.                :

- - - - - - - - - - - - - - -x

       UNITED STATES DISTRICT COURT

         DISTRICT OF MASSACHUSETTS

------------------------------X

In re:  PHARMACEUTICAL         :

INDUSTRY AVERAGE WHOLESALE     : MDL No. 1456

PRICE LITIGATION               : Civil Action No.

                               : 01-12257-PBS

THIS DOCUMENT RELATES TO:      :

                               :

ALL ACTIONS                    :

------------------------------X

           DEPOSITION OF PATRICIA KAY MORGAN

                  August 27, 2007
```

Morgan, Patricia Kay                                                    August 27, 2007
Tampa, FL

Page 26

1        EXAMINATION
2   BY MR. EDWARDS:
3        Q.  By my watch it's around 1:15.  Thank you
4   for appearing today, Ms. Morgan.  I'm Steve
5   Edwards.  I represent Bristol-Myers Squibb in the
6   case by the State of Alabama against a number of
7   pharmaceutical manufacturers and many other cases
8   as to which your deposition has been noticed here
9   today.
10       Why don't we start by asking you to state your
11  name and address for the record.
12       A.  Patricia Kay Morgan, 700 South Harbour
13  Island Boulevard, Tampa, Florida 33602.
14       Q.  And is it correct that you're here today
15  pursuant to a subpoena?
16       A.  That's correct.
17       Q.  And is it also correct that you objected
18  to the subpoena?
19       A.  That's correct.
20       Q.  So you're not here today voluntarily;
21  you're here because a court ordered you to appear,
22  correct?
23       A.  That's correct.

Page 27

1        Q.  And you're represented by counsel here
2   today; is that correct?
3        A.  That's correct.
4        Q.  And that's Mr. Kern?
5        A.  Correct.
6        Q.  And he is also counsel for First
7   DataBank; is that your understanding?
8        A.  That's correct.
9        Q.  And First DataBank is your former
10  employer; is that correct?
11       A.  That's correct.
12       Q.  As I understand it, you graduated from
13  college in about 1975; is that correct?
14       A.  That's correct.
15       Q.  And you have a pharmacy degree?
16       A.  That's correct.
17       Q.  And then after college you worked at
18  Abbott Labs from 1975 to sometime in 1999; is that
19  correct?
20       A.  That's correct.
21       Q.  And then you worked at First DataBank
22  from 1999 till sometime in 2005?
23       A.  That's correct.

Page 28

1        Q.  First DataBank, as I understand it, is a
2   company that reports product and pricing
3   information on pharmaceutical products; is that
4   correct?
5        A.  That's correct.
6        Q.  Okay.  And First DataBank is owned by
7   Hearst Corporation, is that correct?
8        A.  That's correct.
9        Q.  And Hearst Corporation is a public
10  company; it's not owned by any of the
11  pharmaceutical manufacturers?  Is that true?
12       A.  I don't believe it's a public company.
13       Q.  Okay.  But it's not owned by any
14  pharmaceutical manufacturers; is that true?
15       A.  That's true.
16       Q.  It's independent of the pharmaceutical
17  manufacturers; is that fair?
18       A.  That's true.
19       Q.  Now, as I understand it, at First
20  DataBank you were the manager of editorial
21  services?
22       A.  That's correct.
23       Q.  And as such, you were responsible for

Page 29

1   populating the drug database; is that correct?
2        A.  As far as the product and the pricing
3   information.
4        Q.  And the pricing information that appeared
5   in that database included average wholesale prices
6   or AWPs; correct?
7        A.  We called it Blue Book AWP.  But yes,
8   there was that field.
9        Q.  And there were also wholesale net prices
10  or wholesale acquisition costs also known as WAC?
11       A.  That's correct.
12       MR. EDWARDS:  That's W-A-C for the reporter.
13       MR. KERN:  Steve, let just interpose that --
14  remind all the parties that the protective order
15  does prohibit parties from asking about subject
16  matter areas that were covered in prior depositions
17  except as necessary to reasonably lay foundation,
18  which I think you're doing.
19       MR. EDWARDS:  Which I'm trying to do.
20       MR. KERN:  Okay.
21  BY MR. EDWARDS:
22       Q.  And as I understand it, you have
23  testified about your work at First DataBank before;

8 (Pages 26 to 29)

Henderson Legal Services
202-220-4158

62b3fedf-4c61-45f1-a4f9-afec50e235f9