# EXHIBIT 19

Page 265

```
              UNITED STATES DISTRICT COURT

           FOR THE DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - -

IN RE:  PHARMACEUTICAL           ) MDL NO. 1456

INDUSTRY AVERAGE WHOLESALE       ) CIVIL ACTION

PRICE LITIGATION                 ) 01-CV-12257-PBS

THIS DOCUMENT RELATES TO         )

U.S. ex rel. Ven-a-Care of       ) Judge Patti B. Saris

the Florida Keys, Inc.           )

     v.                          ) Chief Magistrate

Abbott Laboratories, Inc.,       ) Judge Marianne B.

No. 06-CV-11337-PBS              ) Bowler

- - - - - - - - - - - - - - - -

       (captions continue on following pages)


     Videotaped deposition of CHARLES R. BOOTH

                 Volume II




                     Washington, D.C.

                     Monday, October 29, 2007

                     10:00 a.m.
```

432ce50a-616b-406d-b9bd-d3b4c631b461

Charles R. Booth                                              October 29, 2007
                         Washington, DC

Page 310

1   A.  And we were the ones who would be setting
2   the initial changes in price were they to be made.
3   Q.  To your knowledge did anybody else within
4   the Office of Payment Policy have any expectation
5   between what acquisition costs should be and what
6   AWPs should be?
7       MR. GOBENA:  Objection, form.
8   A.  I have no idea.
9   Q.  And so certainly nobody expressed to you
10  an expectation that there would be some relationship
11  between acquisition cost and AWP?
12      MR. GOBENA:  Objection, form.
13  A.  I certainly don't remember any.
14  Q.  Did that change over time?
15  A.  No.
16  Q.  And that would mean that your
17  expectations -- your lack of expectations didn't
18  change over time, correct?
19  A.  I had no idea what the relationship would
20  be between the cost to a physician or a pharmacist
21  of a particular drug and AWP.
22  Q.  Were you involved at all in the attempt

Page 311

1   to use surveys to establish an estimated acquisition
2   cost after the promulgation of the regulations in
3   November of 1991?
4   A.  Yes.
5   Q.  What was your involvement?
6   A.  We reviewed some of the drugs that we
7   thought would be appropriate for surveys.  And I
8   reviewed a proposed survey instrument.
9   Q.  We'll look at some documents relating to
10  this.  But to fast forward a little bit, the surveys
11  were never implemented as I recall, correct?
12  A.  That is correct.
13  Q.  Why were they never implemented?
14  A.  Because we did not get approval from the
15  Office of Management and Budget to conduct them.
16  Q.  Do you know why the Office of Management
17  and Budget did not approve the surveys?
18      MR. GOBENA:  Objection, form.
19  A.  I do not.
20  Q.  Do you know who at the Office of
21  Management and Budget considered or participated in
22  any considerations relating to these surveys?

Page 312

1   A.  No.
2       MR. COOK:  Let me hand you what I'll ask
3   the court reporter to mark as Exhibit Abbott 361.
4           (Exhibit Abbott 361 was
5           marked for
6           identification.)
7       BY MR. COOK:
8   Q.  While you're taking a look at this
9   one-page document, Mr. Booth, for the record I'll
10  note that this is a February 25, 1994 memorandum.
11  It appears to be to you from Stuart Streimer.  Do
12  you recall this memorandum, Mr. Booth?
13  A.  No, sir.
14  Q.  Who is Stuart Streimer?
15  A.  Well, at the time the note was written
16  Stuart Streimer was the director of one of the
17  offices in the Bureau of Program Operations,
18  specifically the one that wrote operating procedures
19  for the Medicare program.
20  Q.  If you see in the first paragraph it
21  appears that Mr. Streimer is thanking you for the
22  opportunity to review and comment on draft

Page 313

1   instructions for pricing drugs.  Do you recall
2   Mr. Streimer being involved at all in the attempt to
3   establish surveys to establish estimated acquisition
4   costs?
5   A.  No.  I don't recall.
6   Q.  In the next paragraph Mr. Streimer
7   appears to express a concern that the data is being
8   extracted exclusively from physicians and states
9   that the small select sample "may not adequately
10  reflect the global picture of drug acquisitions
11  costs."
12      Did you recall those concerns being
13  involved in setting up the surveys for estimated
14  acquisition cost?
15  A.  I don't recall.
16  Q.  Do you know whether those concerns were
17  addressed at all in establishing the surveys?
18  A.  Well, you know, we never really finished
19  the survey instrument.  So no, I don't recall.
20  Q.  And then in the next paragraph would you
21  agree with me that this discusses, at a high level
22  of generality, how physicians purchased their drugs,

13 (Pages 310 to 313)