# EXHIBIT 20

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| In re: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*United States of America, ex rel. Ven-a-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*,<br>CIVIL ACTION NO. 06-CV-11337-PBS | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br><br>Hon. Patti B. Saris |
|---|---|---|
| | | |

Supplement to Mark G. Duggan, Ph.D. Report, January 23, 2009

**I. Summary of Revisions to Medicaid Analyses – The Removal of Ohio**

Following instructions from the United States in *United States ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, I have removed the state of Ohio from the Medicaid analyses in my June 19, 2008 report. As a result of this change, Tables 25, 27A, and 27B are revised as shown in the three Tables on the subsequent three pages. Specifically, the Ohio entry in Table 25, which originally included results from 12 states, has been deleted. Additionally, I no longer use the state of Ohio in my analyses for the remaining 38 states, and thus the results in Tables 27A and 27B have also changed. The following table, which is a revised version of the table on page 2 of my June 19, 2008 report, summarizes the effect of these changes (with dollar amounts reported in millions and both claims and provider payments reported in thousands):

| Category | Difference | | | Amount Paid | Reference Table | Claims | Provider Payments |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Federal | State | Total | | | | |
| Medicaid | $64.7 | $47.2 | $111.9 | $150.6 | 25 | 2875.1 | 484.7 |
| Medicare DME | $11.1 | $0.0 | $11.1 | $23.5 | 33 | 101.7 | 54.1 |
| Medicare Part B1 | $15.6 | $0.0 | $15.6 | $68.0 | 43 | 4726.3 | 720.6 |
| Medicare Part B2 | $15.7 | $0.0 | $15.7 | $94.2 | 44 | 5234.6 | 1002.2 |
| Total | $107.1 | $47.2 | $154.3 | $336.3 | - | 12937.7 | 2261.6 |

The total federal DIFFERENCE in the second column declines from $108.2 million to $107.1 million. Similarly, the total number of provider payments with a DIFFERENCE greater than zero declines from 2.299 million to 2.262 million while the total number of claims with a DIFFERENCE greater than zero declines from 13.210 million to 12.938 million.

**II. Summary of Abbott's CHIP Data**

The attached tables provide a summary of data from Abbott's CHIP (Client Home Infusion Program) system. From 1990 to 2000, Abbott ran its own infusion pharmacy, where it

Supplement to Mark G. Duggan, Ph.D. Report, January 23, 2009

supplied pharmaceutical products directly to patients. Abbott billed third party payers including Medicaid and Medicare for these products using the CHIP system. Abbott also used the CHIP system to bill third party payers, including Medicare and Medicaid, on behalf of other health care providers, with this service continuing through at least the fourth quarter of 2001. All of these tables are based on data that was supplied by Abbott.[1]

Table A provides an overview of all sales recorded in the CHIP system. The number of line items is considerably larger than the number of claims because each claim could include many products. The first several columns summarize transactions with both Abbott clients and other providers' clients, while the latter several columns consider only clients of Abbott's pharmacy clients.

As the first several columns show, the total number of claims, the number of line items, the total amount billed, and the total amount paid steadily increased until late 1998, and then declined after that. The total amount paid during the period was $661.897 million, with $158.336 million (24 percent of the total) of this accounted for by customers of Abbott's pharmacy. The share of sales accounted for by Abbott's pharmacy, which exceeded 40 percent in every quarter through 1993Q2, declined steadily during the last several years.

Tables B and C repeat this exercise while restricting attention only to Medicaid and Medicare claims, respectively, that have at least one line item for one of the products listed in the United States' Complaint. Payments from Medicaid were equal to $23.103 million for all clients and to $5.342 million for customers of Abbott's pharmacy. Payments from Medicare were equal to $22.653 million, with Abbott pharmacy clients accounting for $5.675 million of that amount.

---

[1] There was a total of 104 gigabytes of data provided by Abbott. An examination of the data revealed that all of it represented backups of transactions and lookup tables and thus duplicate observations, to the extent that they could be identified, were dropped so as to avoid double-counting.

Supplement to Mark G. Duggan, Ph.D. Report, January 23, 2009

Tables D and E provide similar information while restricting attention to line items for those pharmaceutical products included in the United States' Complaint against Abbott. As shown in the first of these two tables, the total amount paid by Medicaid across all customers was $419,215. Clients of Abbott's pharmacy accounted for $110,860 in that spending and for 6,160 line items for Complaint products. The total amount paid by Medicare across all customers was $2.497 million. Clients of Abbott's pharmacy accounted for $269,639 of that spending and for 8,484 line items for Complaint products.

Table F displays the average amount billed versus the average AWP of Complaint products in the CHIP system. As the table shows, the billed amount is typically substantially greater than the AWP for Complaint products.

_____
Mark G. Duggan, Ph.D.
January 23, 2009

Supplement to Mark G. Duggan, Ph.D. Report, January 23, 2009

Table 25: Medicaid Summary for Top Nine States, Louisiana (#11), and Wisconsin (#16)

| State | Source | Time Period | # Clms w/DIFF>0 | # Claims | Aggregate DIFF | Total MCD Paid | Federal DIFF | # Pharm. Payments |
|---|---|---|---|---|---|---|---|---|
| Illinois | State Claims | 1991Q2-2001Q4 | 519,450 | 534,183 | $12,029,039 | $16,527,505 | $6,014,519 | 58,631 |
| Florida | State Claims | 1993Q4-2001Q4 | 278,623 | 287,959 | $11,700,280 | $15,561,037 | $6,532,311 | 67,076 |
| Florida | SDUD Data | 1991Q1-1993Q3 | 34,802 | 39,861 | $939,551 | $1,379,301 | $514,820 | - |
| California | State Claims | 1994Q2-2001Q4 | 267,167 | 280,994 | $7,044,315 | $9,172,917 | $3,585,421 | 56,269 |
| New Jersey | State Claims | 1992Q1-2001Q4 | 124,513 | 126,067 | $7,191,020 | $8,453,921 | $3,595,511 | 11,446 |
| New Jersey | SDUD | 1991Q1-1991Q4 | 12,374 | 13,798 | $727,856 | $915,392 | $363,928 | - |
| New York | State Claims | 1993Q1-2001Q4 | 108,386 | 120,315 | $6,877,666 | $8,921,858 | $3,438,833 | 38,184 |
| New York | SDUD | 1991Q1-1992Q4 | 5,263 | 5,791 | $149,690 | $192,898 | $74,845 | - |
| Indiana | SMRF / MAX | 1992Q1-2001Q4 | 175,577 | 182,042 | $11,214,412 | $14,812,193 | $6,936,732 | 28,880 |
| Indiana | SDUD | 1991Q1-1991Q4 | 8,572 | 9,044 | $137,297 | $249,529 | $86,826 | - |
| Kentucky | State Claims | 1995Q1-2001Q4 | 96,452 | 100,007 | $4,737,344 | $6,190,786 | $3,331,076 | 16,044 |
| Kentucky | SMRF / MAX | 1992Q1-1994Q4 | 17,559 | 20,725 | $545,830 | $910,013 | $390,572 | 3,589 |
| Kentucky | SDUD | 1991Q1-1991Q4 | 2,961 | 3,401 | $77,795 | $128,833 | $56,759 | - |
| Missouri | State Claims | 1998Q1-2001Q4 | 70,680 | 75,389 | $3,448,247 | $4,263,226 | $2,087,491 | 8,304 |
| Missouri | SMRF / MAX | 1992Q1-1997Q4 | 61,884 | 66,684 | $2,459,315 | $3,184,492 | $1,480,343 | 8,418 |
| Missouri | SDUD | 1991Q1-1991Q4 | 1,568 | 2,136 | $35,736 | $63,533 | $21,377 | - |
| Michigan | State Claims | 2000Q4-2001Q4 | 14,389 | 15,986 | $537,789 | $792,346 | $300,440 | 4,479 |
| Michigan | SMRF / MAX | 1994Q1-2000Q3 | 73,749 | 81,219 | $3,109,367 | $4,222,782 | $1,703,230 | 14,845 |
| Michigan | SDUD | 1991Q1-1993Q4 | 6,844 | 9,722 | $66,162 | $157,114 | $36,565 | - |
| Louisiana | State Claims | 1995Q1-2001Q4 | 73,705 | 76,520 | $2,970,914 | $3,834,631 | $2,102,350 | 7,211 |
| Louisiana | SDUD | 1991Q1-1994Q4 | 8,417 | 9,408 | $257,830 | $407,099 | $190,429 | - |
| Wisconsin | State Claims | 1993Q2-2001Q4 | 63,647 | 70,145 | $1,683,017 | $2,440,008 | $998,395 | 13,988 |
| Wisconsin | SDUD | 1991Q1-1993Q1 | 2,976 | 3,248 | $73,335 | $105,891 | $44,110 | - |
| Total for First 11 States | | 1991-2001 | 2,029,558 | 2,134,644 | $78,013,807 | $102,887,305 | $43,886,885 | 337,364 |
| Total for Remaining 38 States | | | 845,533 | 894,567 | $33,889,385 | $47,701,979 | $20,782,466 | 147,370 |
| **Total for All 49 States** | | | **2,875,091** | **3,029,211** | **$111,903,192** | **$150,589,284** | **$64,669,351** | **484,734** |

Table 27A: Medicaid Summary for States 10 through 30 (excluding LA and WI)

| State | Source | Time Period | # Clms w/DIFF>0 | # Claims | Aggregate DIFF | Total MCD Paid | Federal DIFF | # Pharm. Payments |
|---|---|---|---|---|---|---|---|---|
| North Carolina | SMRF / MAX | 1999-2001 | 25,916 | 27,745 | $1,948,443 | $2,857,012 | $1,221,323 | 4,785 |
| North Carolina | SDUD | 1991-1998 | 17,445 | 18,499 | $1,144,755 | $1,543,854 | $734,245 | |
| Georgia | SMRF / MAX | 1993-2001 | 36,667 | 38,431 | $2,446,058 | $3,359,367 | $1,489,405 | 2,381 |
| Georgia | SDUD | 1991-1992 | 181 | 202 | $15,522 | $22,313 | $9,582 | |
| Pennsylvania | SMRF / MAX | 1992-2001 | 46,854 | 50,006 | $2,139,722 | $2,957,576 | $1,148,431 | 15,526 |
| Pennsylvania | SDUD | 1991 | 98 | 113 | $20,390 | $28,360 | $11,549 | |
| Arkansas | SMRF / MAX | 1992-2001 | 32,661 | 34,413 | $2,091,702 | $2,861,483 | $1,532,739 | 9,537 |
| Arkansas | SDUD | 1991 | 427 | 527 | $11,494 | $20,205 | $8,634 | |
| Virginia | SMRF / MAX | 1999-2001 | 20,053 | 21,369 | $796,867 | $1,171,164 | $411,807 | 4,748 |
| Virginia | SDUD | 1991-1998 | 38,231 | 40,808 | $986,933 | $1,381,656 | $501,870 | |
| Washington | SMRF / MAX | 1992-2001 | 53,125 | 56,109 | $1,725,678 | $2,418,868 | $896,904 | 12,444 |
| Washington | SDUD | 1991 | 1,669 | 2,063 | $44,831 | $92,451 | $24,303 | |
| Alabama | SMRF / MAX | 1992-95,1999-01 | 27,016 | 28,514 | $950,328 | $1,402,565 | $665,019 | 4,868 |
| Alabama | SDUD | 1991,1996-98 | 11,218 | 11,778 | $613,960 | $800,957 | $427,538 | |
| Texas | SMRF / MAX | 1999-2001 | 25,976 | 27,633 | $445,888 | $711,035 | $275,230 | 10,924 |
| Texas | SDUD | 1991-1998 | 33,681 | 34,914 | $1,028,027 | $1,385,016 | $647,844 | |
| Connecticut | SMRF / MAX | 1999-2001 | 15,672 | 16,532 | $669,467 | $952,276 | $334,734 | 1,668 |
| Connecticut | SDUD | 1991-1998 | 16,507 | 17,355 | $775,840 | $1,020,758 | $387,920 | |
| Massachusetts | SMRF / MAX | 1999-2001 | 23,643 | 25,027 | $879,875 | $1,314,523 | $439,937 | 7,245 |
| Massachusetts | SDUD | 1991-1998 | 13,440 | 13,952 | $476,952 | $614,293 | $238,476 | |
| Mississippi | SMRF / MAX | 1993-2001 | 22,136 | 23,262 | $1,897,069 | $2,556,485 | $1,465,927 | 5,828 |
| Mississippi | SDUD | 1991-1992 | 728 | 761 | $15,581 | $23,900 | $12,461 | |
| South Carolina | SMRF / MAX | 1999-2001 | 2,809 | 2,982 | $289,061 | $428,294 | $202,237 | 1,175 |
| South Carolina | SDUD | 1991-1998 | 3,134 | 3,317 | $1,068,745 | $1,503,505 | $755,351 | |
| Colorado | SMRF / MAX | 1994-2001 | 32,904 | 34,589 | $1,575,437 | $2,214,308 | $812,481 | 6,642 |
| Colorado | SDUD | 1991-1993 | 4,009 | 4,235 | $130,144 | $177,121 | $70,868 | |
| Maryland | SMRF / MAX | 1999-2001 | 23,463 | 24,517 | $280,994 | $453,759 | $140,497 | 3,242 |
| Maryland | SDUD | 1991-1998 | 44,918 | 47,398 | $1,006,703 | $1,419,412 | $503,351 | |
| Oklahoma | SMRF / MAX | 1999-2001 | 19,766 | 20,675 | $651,574 | $892,326 | $462,578 | 4,467 |
| Oklahoma | SDUD | 1991-1998 | 19,290 | 20,044 | $572,390 | $756,404 | $401,679 | |
| West Virginia | SMRF / MAX | 1999-2001 | 9,008 | 9,554 | $593,159 | $885,134 | $443,135 | 2,669 |
| West Virginia | SDUD | 1991-1998 | 7,207 | 7,509 | $354,305 | $467,998 | $261,214 | |
| Minnesota | SMRF / MAX | 1993-2001 | 30,781 | 32,459 | $703,661 | $1,009,694 | $372,243 | 11,989 |
| Minnesota | SDUD | 1991-1992 | 4,678 | 5,366 | $56,197 | $106,800 | $30,367 | |
| Oregon | SMRF / MAX | 1999-2001 | 5,029 | 5,360 | $154,109 | $222,648 | $92,942 | 1,733 |
| Oregon | SDUD | 1991-1998 | 18,826 | 19,846 | $569,411 | $793,901 | $353,024 | |
| Utah | SMRF / MAX | 1992-2001 | 25,290 | 27,122 | $614,549 | $892,038 | $446,942 | 4,634 |
| Utah | SDUD | 1991 | 647 | 701 | $27,184 | $37,817 | $20,358 | |
| Total | | 1991-2001 | 715,103 | 755,687 | $29,773,005 | $41,757,276 | $18,255,145 | 116,505 |

### Table 27B: Medicaid Summary for States 31 through 49

| State | Source | Time Period | # Clms w/DIFF>0 | # Claims | Aggregate DIFF | Total MCD Paid | Federal DIFF | # Pharm. Payments |
|---|---|---|---|---|---|---|---|---|
| Nevada | SMRF / MAX | 1999-2001 | 3,151 | 3,333 | $313,653 | $422,338 | $156,916 | 711 |
| Nevada | SDUD | 1991-1998 | 2,413 | 2,601 | $230,364 | $327,451 | $115,912 | |
| Nebraska | SMRF / MAX | 1999-2001 | 6,286 | 6,629 | $183,483 | $273,719 | $112,073 | 2,250 |
| Nebraska | SDUD | 1991-1998 | 12,779 | 13,484 | $349,284 | $484,720 | $212,924 | |
| Kansas | SMRF / MAX | 1992-2001 | 24,239 | 25,749 | $539,427 | $826,369 | $319,822 | 5,416 |
| Kansas | SDUD | 1991 | 521 | 733 | $3,784 | $10,510 | $2,170 | |
| Iowa | SMRF / MAX | 1992-2001 | 21,315 | 22,714 | $748,339 | $1,061,276 | $473,722 | 8,249 |
| Iowa | SDUD | 1991 | 682 | 864 | $20,242 | $32,121 | $12,835 | |
| South Dakota | SMRF / MAX | 1999-2001 | 3,523 | 3,716 | $121,249 | $173,158 | $82,919 | 1,018 |
| South Dakota | SDUD | 1991-1998 | 7,492 | 7,816 | $199,782 | $269,774 | $134,959 | |
| Rhode Island | SMRF / MAX | 1995,1999-01 | 3,320 | 3,544 | $146,362 | $224,157 | $79,411 | 548 |
| Rhode Island | SDUD | 1991-94,1996-98 | 2,921 | 3,054 | $162,159 | $205,523 | $86,912 | |
| Montana | SMRF / MAX | 1992-2001 | 6,811 | 7,204 | $232,208 | $327,431 | $164,312 | 1,914 |
| Montana | SDUD | 1991 | 128 | 171 | $4,709 | $7,883 | $3,378 | |
| Hawaii | SMRF / MAX | 1999-01,1992-93 | 4,676 | 5,003 | $42,857 | $72,730 | $21,989 | 451 |
| Hawaii | SDUD | 1991,1994-98 | 5,074 | 5,527 | $141,798 | $198,849 | $70,989 | |
| Maine | SMRF / MAX | 1992-2001 | 5,101 | 5,419 | $257,479 | $364,368 | $167,290 | 2,437 |
| Maine | SDUD | 1991 | 48 | 81 | $1,659 | $3,021 | $1,054 | |
| Wyoming | SMRF / MAX | 1992-2001 | 5,010 | 5,235 | $256,674 | $360,392 | $162,206 | 1,873 |
| Wyoming | SDUD | 1991 | 12 | 21 | $350 | $615 | $239 | |
| Tennessee | SDUD | 1991-1994 | 863 | 918 | $81,949 | $116,412 | $55,695 | |
| Delaware | SMRF / MAX | 1993-2001 | 5,962 | 6,381 | $206,399 | $305,021 | $103,282 | 1,299 |
| Delaware | SDUD | 1991-1992 | 171 | 221 | $4,375 | $8,418 | $2,189 | |
| North Dakota | SMRF / MAX | 1992-2001 | 3,174 | 3,362 | $147,621 | $222,881 | $103,241 | 1,925 |
| North Dakota | SDUD | 1991 | 82 | 95 | $1,359 | $2,628 | $951 | |
| Idaho | SMRF / MAX | 1996-2001 | 176 | 180 | $20,409 | $27,036 | $14,085 | 184 |
| Idaho | SDUD | 1991-1995 | 80 | 85 | $25,988 | $38,046 | $18,538 | |
| New Hampshire | SMRF / MAX | 1992-2001 | 3,424 | 3,607 | $74,806 | $112,152 | $37,403 | 1,496 |
| New Hampshire | SDUD | 1991 | 47 | 89 | $760 | $2,151 | $380 | |
| New Mexico | SMRF / MAX | 1996-2001 | 554 | 590 | $20,076 | $27,284 | $14,615 | 559 |
| New Mexico | SDUD | 1991-1995 | 415 | 453 | $4,812 | $7,921 | $3,548 | |
| Alaska | SMRF / MAX | 1992-2001 | 2,280 | 2,456 | $37,159 | $59,789 | $19,485 | 578 |
| Alaska | SDUD | 1991 | 26 | 38 | $302 | $765 | $151 | |
| Vermont | SMRF / MAX | 1992-2001 | 1,683 | 1,797 | $42,645 | $63,732 | $26,400 | 422 |
| Vermont | SDUD | 1991 | 157 | 192 | $1,806 | $4,702 | $1,119 | |
| Washington, D.C. | SMRF / MAX | 1999-2001 | 436 | 458 | $15,415 | $23,509 | $7,708 | 246 |
| Washington, D.C. | SDUD | 1991-1998 | 962 | 994 | $18,654 | $25,640 | $9,327 | |
| Total | | 1991-2001 | 130,430 | 138,880 | $4,116,380 | $5,944,703 | $2,527,321 | 30,865 |

**Table A: Total Number of Claims and Line Items in CHIP Data: All Clients and Abbott Only**

| | *All Clients* | | | | *Abbott Only* | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yr-Quarter | # Claims | # Line Items | Total Billed | Total Paid | # Claims | # Line Items | Total Billed | Total Paid | Abbott Share |
| 19901 | 47 | 437 | $173,354 | $94,370 | 29 | 381 | $116,514 | $55,226 | 58.5% |
| 19902 | 67 | 1,762 | $281,066 | $121,519 | 57 | 1,633 | $255,406 | $110,177 | 90.7% |
| 19903 | 154 | 1,736 | $412,872 | $167,937 | 111 | 1,439 | $332,141 | $138,566 | 82.5% |
| 19904 | 356 | 5,018 | $1,215,182 | $431,671 | 187 | 2,706 | $883,206 | $281,339 | 65.2% |
| 19911 | 662 | 8,263 | $1,796,435 | $778,126 | 351 | 4,478 | $1,202,485 | $472,762 | 60.8% |
| 19912 | 1,360 | 15,072 | $3,914,608 | $1,674,322 | 686 | 8,742 | $2,509,630 | $1,004,541 | 60.0% |
| 19913 | 3,275 | 41,929 | $9,632,801 | $4,655,946 | 1,507 | 21,591 | $5,023,214 | $2,251,414 | 48.4% |
| 19914 | 8,011 | 96,119 | $19,802,433 | $10,812,743 | 3,319 | 48,371 | $9,715,675 | $5,189,572 | 48.0% |
| 19921 | 11,434 | 120,325 | $24,869,932 | $13,718,104 | 4,537 | 59,849 | $11,940,865 | $6,577,474 | 47.9% |
| 19922 | 11,683 | 136,062 | $25,473,375 | $14,471,795 | 4,782 | 57,637 | $11,823,324 | $6,635,717 | 45.9% |
| 19923 | 13,396 | 158,314 | $29,525,456 | $16,317,450 | 5,472 | 67,435 | $13,461,749 | $7,384,773 | 45.3% |
| 19924 | 14,442 | 174,106 | $31,371,201 | $17,724,772 | 5,827 | 74,279 | $13,254,334 | $7,809,348 | 44.1% |
| 19931 | 14,560 | 167,942 | $29,366,365 | $16,402,104 | 5,445 | 65,799 | $11,307,385 | $6,630,449 | 40.4% |
| 19932 | 15,116 | 180,662 | $29,593,732 | $15,977,106 | 5,232 | 64,656 | $10,414,497 | $6,566,971 | 41.1% |
| 19933 | 14,137 | 186,281 | $28,048,436 | $16,115,351 | 4,713 | 59,012 | $9,715,769 | $6,230,510 | 38.7% |
| 19934 | 15,273 | 187,104 | $26,784,935 | $15,219,134 | 4,196 | 50,841 | $8,076,268 | $5,287,752 | 34.7% |
| 19941 | 12,814 | 152,130 | $21,489,038 | $10,549,126 | 2,658 | 31,317 | $5,798,689 | $3,204,799 | 30.4% |
| 19942 | 12,282 | 149,532 | $21,012,512 | $9,885,335 | 2,441 | 34,880 | $6,315,646 | $3,272,879 | 33.1% |
| 19943 | 13,015 | 161,978 | $22,750,036 | $10,457,018 | 2,380 | 31,619 | $5,852,759 | $3,144,020 | 30.1% |
| 19944 | 13,841 | 178,793 | $24,603,725 | $11,140,351 | 2,567 | 34,778 | $6,224,689 | $3,593,561 | 32.3% |
| 19951 | 16,867 | 202,779 | $29,107,520 | $12,228,528 | 3,108 | 43,378 | $7,141,472 | $4,078,348 | 33.4% |
| 19952 | 20,463 | 236,520 | $34,897,330 | $14,231,312 | 3,675 | 48,238 | $8,190,347 | $4,510,088 | 31.7% |
| 19953 | 20,794 | 274,075 | $37,174,636 | $15,318,542 | 4,158 | 59,256 | $9,439,186 | $5,109,410 | 33.4% |
| 19954 | 23,266 | 299,355 | $39,612,668 | $16,891,388 | 5,186 | 78,601 | $11,044,525 | $5,976,621 | 35.4% |
| 19961 | 26,394 | 328,215 | $44,006,352 | $17,954,527 | 5,308 | 83,197 | $11,992,965 | $6,471,739 | 36.0% |
| 19962 | 26,883 | 335,611 | $42,020,654 | $17,337,510 | 5,337 | 84,767 | $11,431,461 | $6,087,389 | 35.1% |
| 19963 | 28,619 | 351,586 | $44,572,580 | $17,848,615 | 5,204 | 85,282 | $11,814,298 | $6,247,331 | 35.0% |
| 19964 | 32,613 | 375,141 | $47,185,405 | $18,479,390 | 4,966 | 80,956 | $11,659,209 | $5,927,769 | 32.1% |
| 19971 | 37,696 | 410,461 | $56,299,604 | $20,725,693 | 5,001 | 77,360 | $11,971,486 | $6,268,861 | 30.2% |
| 19972 | 40,285 | 455,743 | $58,096,370 | $21,461,021 | 4,847 | 68,588 | $9,764,379 | $5,075,492 | 23.6% |
| 19973 | 45,718 | 493,419 | $62,195,909 | $22,180,165 | 4,537 | 64,302 | $9,316,798 | $4,795,406 | 21.6% |
| 19974 | 55,017 | 514,807 | $62,459,872 | $22,087,722 | 4,224 | 56,857 | $8,804,977 | $4,470,366 | 20.2% |
| 19981 | 59,116 | 526,485 | $66,168,029 | $22,280,910 | 3,818 | 47,853 | $7,454,055 | $3,690,861 | 16.6% |
| 19982 | 65,779 | 583,896 | $77,559,927 | $23,142,874 | 3,352 | 44,299 | $6,811,953 | $3,316,508 | 14.3% |
| 19983 | 60,282 | 627,213 | $79,105,097 | $23,900,603 | 3,516 | 43,873 | $7,252,251 | $3,377,657 | 14.1% |
| 19984 | 47,094 | 622,722 | $79,339,259 | $23,338,923 | 3,296 | 42,057 | $6,787,513 | $3,259,013 | 14.0% |
| 19991 | 42,633 | 555,722 | $70,890,807 | $21,454,031 | 2,339 | 26,735 | $4,709,198 | $2,271,951 | 10.6% |
| 19992 | 38,122 | 496,599 | $65,336,425 | $19,259,144 | 968 | 11,927 | $2,404,282 | $1,167,382 | 6.1% |
| 19993 | 31,208 | 479,971 | $64,816,567 | $18,746,097 | 19 | 71 | $203,025 | $78,842 | 0.4% |
| 19994 | 30,612 | 494,357 | $65,322,181 | $19,511,800 | 19 | 115 | $436,897 | $192,511 | 1.0% |
| 20001 | 28,952 | 445,088 | $63,004,148 | $18,942,334 | 15 | 68 | $326,233 | $114,465 | 0.6% |
| 20002 | 27,171 | 420,201 | $56,265,686 | $16,752,172 | 4 | 39 | $77,571 | $5,788 | 0.0% |
| 20003 | 23,784 | 383,600 | $53,868,457 | $15,809,795 | 1 | 18 | - | - | - |
| 20004 | 20,756 | 333,126 | $43,341,533 | $11,642,555 | - | - | - | - | - |
| 20011 | 16,322 | 257,281 | $33,115,441 | $9,993,068 | - | - | - | - | - |
| 20012 | 15,276 | 239,086 | $30,533,248 | $8,446,058 | - | - | - | - | - |
| 20013 | 9,547 | 168,518 | $18,488,614 | $3,364,884 | - | - | - | - | - |
| 20014 | 3,070 | 52,383 | $8,979,755 | $1,852,712 | - | - | - | - | - |
| **Total** | **1,070,264** | **13,087,525** | **$1,785,881,567** | **$661,896,653** | **129,395** | **1,769,280** | **$293,258,324** | **$158,335,648** | **23.92%** |

### Table B: Total Number of Medicaid Claims with 1+ Complaint Line Item in CHIP Data: All Clients and Abbott Only

| | All Clients | | | | Abbott Only | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yr-Quarter | # Claims | # Line Items | Total Billed | Total Paid | # Claims | # Line Items | Total Billed | Total Paid | Abbott Share |
| 19911 | 3 | 143 | $35,337 | $10,390 | - | - | - | - | - |
| 19912 | 17 | 412 | $77,287 | $15,688 | - | - | - | - | - |
| 19913 | 33 | 830 | $187,389 | $51,392 | - | - | - | - | - |
| 19914 | 90 | 2,601 | $447,681 | $142,551 | - | - | - | - | - |
| 19921 | 101 | 2,767 | $414,221 | $105,354 | - | - | - | - | - |
| 19922 | 97 | 2,639 | $480,006 | $120,219 | - | - | - | - | - |
| 19923 | 112 | 3,200 | $609,479 | $165,552 | 4 | 59 | $13,091 | $5,220 | 3.2% |
| 19924 | 115 | 2,927 | $507,084 | $143,329 | 8 | 119 | $20,384 | $10,514 | 7.3% |
| 19931 | 102 | 2,606 | $472,215 | $104,672 | 11 | 199 | $33,324 | $13,242 | 12.7% |
| 19932 | 139 | 3,442 | $737,991 | $146,717 | 7 | 101 | $20,490 | $5,544 | 3.8% |
| 19933 | 142 | 3,752 | $657,640 | $156,095 | 7 | 144 | $24,861 | $5,084 | 3.3% |
| 19934 | 202 | 5,390 | $969,171 | $228,811 | 34 | 1,210 | $211,600 | $64,306 | 28.1% |
| 19941 | 292 | 7,807 | $1,362,997 | $304,325 | 65 | 2,411 | $457,626 | $132,161 | 43.4% |
| 19942 | 340 | 9,417 | $1,648,345 | $354,263 | 78 | 2,768 | $484,515 | $139,909 | 39.5% |
| 19943 | 376 | 10,556 | $1,736,406 | $359,464 | 73 | 2,287 | $435,225 | $128,739 | 35.8% |
| 19944 | 459 | 13,489 | $2,356,853 | $420,813 | 99 | 3,025 | $530,245 | $119,895 | 28.5% |
| 19951 | 649 | 17,667 | $3,041,081 | $581,648 | 122 | 4,028 | $664,115 | $166,589 | 28.6% |
| 19952 | 854 | 21,656 | $4,037,132 | $717,143 | 167 | 5,372 | $915,838 | $192,899 | 26.9% |
| 19953 | 835 | 24,335 | $4,227,129 | $818,928 | 169 | 5,612 | $1,035,803 | $239,947 | 29.3% |
| 19954 | 699 | 19,823 | $3,354,118 | $702,280 | 186 | 5,363 | $934,967 | $275,849 | 39.3% |
| 19961 | 766 | 20,588 | $3,823,183 | $812,289 | 231 | 7,769 | $1,405,680 | $383,204 | 47.2% |
| 19962 | 784 | 23,626 | $3,754,205 | $803,727 | 225 | 7,531 | $1,279,430 | $329,881 | 41.0% |
| 19963 | 760 | 20,806 | $3,120,752 | $659,548 | 194 | 5,623 | $940,492 | $253,160 | 38.4% |
| 19964 | 777 | 21,153 | $3,311,091 | $620,618 | 231 | 7,208 | $1,223,851 | $327,572 | 52.8% |
| 19971 | 832 | 22,693 | $3,723,685 | $696,800 | 194 | 5,852 | $1,037,776 | $297,135 | 42.6% |
| 19972 | 888 | 26,115 | $4,308,370 | $909,410 | 175 | 5,105 | $1,053,189 | $354,366 | 39.0% |
| 19973 | 1,270 | 35,106 | $6,156,650 | $1,321,796 | 208 | 7,247 | $1,449,286 | $453,497 | 34.3% |
| 19974 | 1,722 | 36,624 | $6,363,860 | $1,103,515 | 208 | 7,606 | $1,535,304 | $486,764 | 44.1% |
| 19981 | 1,809 | 38,563 | $7,652,368 | $1,965,605 | 140 | 4,575 | $909,235 | $278,139 | 14.2% |
| 19982 | 2,142 | 42,652 | $6,439,166 | $1,166,686 | 87 | 2,918 | $535,298 | $156,073 | 13.4% |
| 19983 | 2,210 | 44,068 | $6,670,653 | $1,087,698 | 91 | 2,752 | $659,833 | $191,842 | 17.6% |
| 19984 | 1,939 | 37,932 | $5,898,788 | $957,499 | 86 | 2,393 | $577,031 | $173,463 | 18.1% |
| 19991 | 1,670 | 34,993 | $5,077,684 | $1,001,054 | 63 | 1,491 | $352,651 | $101,449 | 10.1% |
| 19992 | 1,173 | 28,985 | $4,271,103 | $916,711 | 21 | 719 | $188,842 | $55,173 | 6.0% |
| 19993 | 835 | 21,841 | $3,353,999 | $672,282 | - | - | - | - | - |
| 19994 | 1,049 | 25,569 | $3,845,864 | $669,243 | - | - | - | - | - |
| 20001 | 759 | 16,219 | $2,713,394 | $699,193 | - | - | - | - | - |
| 20002 | 454 | 11,664 | $1,667,748 | $469,767 | - | - | - | - | - |
| 20003 | 258 | 7,154 | $995,477 | $268,827 | - | - | - | - | - |
| 20004 | 223 | 5,635 | $844,550 | $227,444 | - | - | - | - | - |
| 20011 | 265 | 6,619 | $869,054 | $204,336 | - | - | - | - | - |
| 20012 | 142 | 3,122 | $477,334 | $148,166 | - | - | - | - | - |
| 20013 | 108 | 2,361 | $513,576 | $71,015 | - | - | - | - | - |
| 20014 | 6 | 264 | $32,020 | $0 | - | - | - | - | - |
| **Total** | **28,498** | **689,811** | **$113,244,135** | **$23,102,865** | **3,184** | **101,487** | **$18,929,980** | **$5,341,613** | **23.12%** |

**Table C: Total Number of Medicare Claims with 1+ Complaint Line Item in CHIP Data: All Clients and Abbott Only**

| | All Clients | | | | Abbott Only | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yr-Quarter | # Claims | # Line Items | Total Billed | Total Paid | # Claims | # Line Items | Total Billed | Total Paid | Abbott Share |
| 19911 | 4 | 137 | $27,251 | $8,487 | - | - | - | - | - |
| 19912 | 6 | 117 | $23,212 | $5,896 | - | - | - | - | - |
| 19913 | 26 | 635 | $148,128 | $52,800 | - | - | - | - | - |
| 19914 | 52 | 1,364 | $242,257 | $84,479 | - | - | - | - | - |
| 19921 | 42 | 1,145 | $290,227 | $105,404 | 1 | 36 | $19,260 | $5,813 | 5.5% |
| 19922 | 50 | 1,621 | $354,116 | $123,870 | - | - | - | - | - |
| 19923 | 71 | 1,956 | $513,110 | $187,344 | 2 | 72 | $46,609 | $14,416 | 7.7% |
| 19924 | 47 | 1,085 | $290,229 | $101,598 | 1 | 29 | $15,884 | $4,223 | 4.2% |
| 19931 | 43 | 939 | $240,316 | $86,019 | 5 | 142 | $81,657 | $19,728 | 22.9% |
| 19932 | 46 | 1,277 | $391,608 | $125,496 | 8 | 216 | $119,300 | $34,910 | 27.8% |
| 19933 | 59 | 1,679 | $484,462 | $149,414 | 3 | 127 | $94,898 | $29,315 | 19.6% |
| 19934 | 110 | 2,575 | $668,788 | $216,900 | 13 | 370 | $176,272 | $53,539 | 24.7% |
| 19941 | 149 | 3,244 | $763,752 | $196,294 | 10 | 205 | $111,938 | $30,613 | 15.6% |
| 19942 | 221 | 3,956 | $941,836 | $245,531 | 15 | 423 | $176,896 | $39,872 | 16.2% |
| 19943 | 204 | 5,283 | $1,274,047 | $307,048 | 31 | 986 | $245,179 | $69,300 | 22.6% |
| 19944 | 332 | 8,094 | $2,006,343 | $465,764 | 69 | 2,269 | $595,732 | $168,352 | 36.1% |
| 19951 | 418 | 9,638 | $2,253,831 | $555,442 | 100 | 3,220 | $757,599 | $240,552 | 43.3% |
| 19952 | 536 | 12,593 | $2,818,951 | $566,003 | 128 | 3,619 | $757,146 | $169,964 | 30.0% |
| 19953 | 603 | 16,421 | $3,871,402 | $774,653 | 171 | 5,450 | $1,118,903 | $286,981 | 37.0% |
| 19954 | 649 | 17,962 | $4,023,620 | $845,753 | 222 | 7,531 | $1,418,965 | $385,741 | 45.6% |
| 19961 | 744 | 18,844 | $4,502,311 | $915,071 | 244 | 7,390 | $1,595,145 | $445,285 | 48.7% |
| 19962 | 663 | 19,760 | $4,175,143 | $871,010 | 255 | 8,622 | $1,763,191 | $431,970 | 49.6% |
| 19963 | 668 | 19,313 | $3,916,747 | $785,181 | 239 | 7,696 | $1,469,236 | $353,110 | 45.0% |
| 19964 | 576 | 15,875 | $3,486,686 | $660,071 | 207 | 6,362 | $1,287,619 | $291,616 | 44.2% |
| 19971 | 710 | 19,114 | $4,738,567 | $900,853 | 205 | 6,005 | $1,461,924 | $400,055 | 44.4% |
| 19972 | 861 | 24,051 | $4,778,160 | $996,367 | 162 | 4,709 | $1,167,218 | $327,240 | 32.8% |
| 19973 | 1,148 | 27,764 | $5,063,143 | $867,003 | 130 | 3,779 | $1,015,592 | $269,098 | 31.0% |
| 19974 | 1,457 | 30,479 | $4,928,167 | $856,088 | 117 | 3,029 | $965,397 | $257,361 | 30.1% |
| 19981 | 1,394 | 29,743 | $4,783,369 | $814,592 | 96 | 2,732 | $881,214 | $232,076 | 28.5% |
| 19982 | 1,739 | 38,813 | $5,600,014 | $970,267 | 98 | 3,243 | $1,169,785 | $354,138 | 36.5% |
| 19983 | 1,787 | 37,168 | $5,705,180 | $934,939 | 106 | 3,836 | $1,315,070 | $368,377 | 39.4% |
| 19984 | 2,218 | 44,599 | $5,626,218 | $851,816 | 93 | 2,960 | $964,464 | $246,788 | 29.0% |
| 19991 | 1,935 | 40,698 | $4,888,746 | $724,282 | 76 | 2,267 | $651,579 | $106,697 | 14.7% |
| 19992 | 1,879 | 37,791 | $4,917,191 | $676,618 | 56 | 1,271 | $291,447 | $38,218 | 5.6% |
| 19993 | 1,768 | 36,924 | $6,009,270 | $815,094 | - | - | - | - | - |
| 19994 | 1,565 | 35,337 | $5,266,932 | $787,663 | - | - | - | - | - |
| 20001 | 1,353 | 27,106 | $3,958,007 | $673,826 | - | - | - | - | - |
| 20002 | 1,211 | 23,666 | $3,507,925 | $551,737 | - | - | - | - | - |
| 20003 | 850 | 18,286 | $2,985,527 | $597,724 | - | - | - | - | - |
| 20004 | 847 | 16,656 | $2,805,932 | $736,807 | - | - | - | - | - |
| 20011 | 870 | 15,597 | $2,459,580 | $588,270 | - | - | - | - | - |
| 20012 | 655 | 10,902 | $2,361,178 | $809,725 | - | - | - | - | - |
| 20013 | 283 | 5,149 | $985,165 | $61,988 | - | - | - | - | - |
| 20014 | 13 | 310 | $41,673 | $1,346 | - | - | - | - | - |
| Total | 30,862 | 685,666 | $119,118,316 | $22,652,533 | 2,863 | 88,596 | $21,735,119 | $5,675,347 | 25.05% |

**Table D: Total Number of Medicaid Claims and Line Items for Abbott Complaint Products in CHIP Data: All Clients and Abbott Only**

| | All Clients | | | | Abbott Only | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yr-Quarter | # Claims | # Line Items | Total Billed | Total Paid | # Claims | # Line Items | Total Billed | Total Paid | Abbott Share |
| 19911 | 3 | 7 | $19 | $6 | - | - | - | - | - |
| 19912 | 17 | 31 | $3,196 | $676 | - | - | - | - | - |
| 19913 | 33 | 53 | $2,414 | $608 | - | - | - | - | - |
| 19914 | 90 | 182 | $2,304 | $680 | - | - | - | - | - |
| 19921 | 101 | 169 | $2,511 | $847 | - | - | - | - | - |
| 19922 | 97 | 177 | $3,829 | $1,407 | - | - | - | - | - |
| 19923 | 112 | 209 | $6,872 | $1,798 | 4 | 4 | $568 | $203 | 11.3% |
| 19924 | 115 | 203 | $7,485 | $2,478 | 8 | 10 | $2,757 | $1,439 | 58.1% |
| 19931 | 102 | 170 | $10,698 | $3,005 | 11 | 16 | $3,287 | $1,518 | 50.5% |
| 19932 | 139 | 214 | $10,304 | $1,582 | 7 | 9 | $596 | $178 | 11.2% |
| 19933 | 142 | 261 | $14,176 | $2,523 | 7 | 10 | $971 | $236 | 9.4% |
| 19934 | 202 | 335 | $11,900 | $2,541 | 34 | 56 | $3,066 | $1,335 | 52.5% |
| 19941 | 292 | 520 | $12,151 | $2,200 | 65 | 128 | $2,915 | $869 | 39.5% |
| 19942 | 340 | 625 | $13,880 | $3,631 | 78 | 159 | $3,768 | $1,341 | 36.9% |
| 19943 | 376 | 828 | $22,614 | $3,644 | 73 | 156 | $3,721 | $1,245 | 34.2% |
| 19944 | 459 | 1,082 | $40,477 | $6,524 | 99 | 210 | $10,427 | $2,576 | 39.5% |
| 19951 | 649 | 1,334 | $44,611 | $9,868 | 122 | 247 | $14,159 | $4,209 | 42.6% |
| 19952 | 854 | 1,745 | $64,579 | $11,740 | 167 | 327 | $16,274 | $3,747 | 31.9% |
| 19953 | 835 | 1,853 | $91,461 | $14,262 | 169 | 331 | $23,557 | $5,126 | 35.9% |
| 19954 | 699 | 1,401 | $75,108 | $12,827 | 186 | 322 | $24,625 | $6,818 | 53.1% |
| 19961 | 766 | 1,499 | $87,581 | $18,991 | 231 | 471 | $37,852 | $9,562 | 50.4% |
| 19962 | 784 | 1,662 | $85,135 | $18,378 | 225 | 458 | $32,788 | $8,728 | 47.5% |
| 19963 | 760 | 1,604 | $83,077 | $13,549 | 194 | 375 | $28,383 | $6,267 | 46.3% |
| 19964 | 777 | 1,618 | $79,599 | $13,109 | 231 | 466 | $34,885 | $8,109 | 61.9% |
| 19971 | 832 | 1,825 | $88,876 | $13,242 | 194 | 403 | $31,093 | $7,184 | 54.2% |
| 19972 | 888 | 2,132 | $91,029 | $17,887 | 175 | 326 | $22,987 | $6,271 | 35.1% |
| 19973 | 1,270 | 3,047 | $137,351 | $20,261 | 208 | 423 | $32,018 | $8,269 | 40.8% |
| 19974 | 1,722 | 3,508 | $182,709 | $20,205 | 208 | 408 | $26,619 | $7,020 | 34.7% |
| 19981 | 1,809 | 3,715 | $159,579 | $18,502 | 140 | 250 | $18,077 | $4,685 | 25.3% |
| 19982 | 2,142 | 4,380 | $199,448 | $22,698 | 87 | 174 | $13,814 | $3,970 | 17.5% |
| 19983 | 2,210 | 4,367 | $203,340 | $25,544 | 91 | 148 | $13,450 | $4,289 | 16.8% |
| 19984 | 1,939 | 3,854 | $184,930 | $20,963 | 86 | 132 | $9,602 | $2,818 | 13.4% |
| 19991 | 1,670 | 3,631 | $134,258 | $15,816 | 63 | 100 | $6,156 | $1,989 | 12.6% |
| 19992 | 1,173 | 2,847 | $102,650 | $15,564 | 21 | 41 | $2,957 | $864 | 5.5% |
| 19993 | 835 | 2,191 | $98,225 | $13,178 | - | - | - | - | - |
| 19994 | 1,049 | 2,789 | $132,608 | $15,302 | - | - | - | - | - |
| 20001 | 759 | 1,891 | $80,276 | $17,978 | - | - | - | - | - |
| 20002 | 454 | 1,338 | $64,914 | $15,653 | - | - | - | - | - |
| 20003 | 258 | 654 | $28,861 | $5,255 | - | - | - | - | - |
| 20004 | 223 | 576 | $24,137 | $4,755 | - | - | - | - | - |
| 20011 | 265 | 715 | $30,407 | $5,532 | - | - | - | - | - |
| 20012 | 142 | 342 | $14,262 | $3,078 | - | - | - | - | - |
| 20013 | 108 | 231 | $16,155 | $928 | - | - | - | - | - |
| 20014 | 6 | 17 | $2,077 | $0 | - | - | - | - | - |
| **Total** | **28,498** | **61,832** | **$2,752,072** | **$419,215** | **3,184** | **6,160** | **$421,373** | **$110,860** | **26.44%** |

**Table E: Total Number of Medicare Claims and Line Items for Abbott Complaint Products in CHIP Data: All Clients and Abbott Only**

| | All Clients | | | | Abbott Only | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Yr-Quarter | # Claims | # Line Items | Total Billed | Total Paid | # Claims | # Line Items | Total Billed | Total Paid | Abbott Share |
| 19911 | 4 | 7 | $40 | $4 | - | - | - | - | - |
| 19912 | 6 | 7 | $648 | $503 | - | - | - | - | - |
| 19913 | 26 | 49 | $5,601 | $3,903 | - | - | - | - | - |
| 19914 | 52 | 124 | $50,026 | $21,198 | - | - | - | - | - |
| 19921 | 42 | 83 | $40,403 | $21,772 | 1 | 1 | - | - | - |
| 19922 | 50 | 129 | $56,063 | $31,721 | - | - | - | - | - |
| 19923 | 71 | 151 | $66,086 | $12,596 | 2 | 3 | $96 | $36 | 0.3% |
| 19924 | 47 | 97 | $32,044 | $15,958 | 1 | 2 | $43 | $17 | 0.1% |
| 19931 | 43 | 67 | $30,048 | $7,248 | 5 | 8 | $1,261 | $588 | 8.1% |
| 19932 | 46 | 88 | $53,274 | $8,978 | 8 | 16 | $7,031 | $2,500 | 27.8% |
| 19933 | 59 | 119 | $81,131 | $10,445 | 3 | 8 | $2,528 | $1,298 | 12.4% |
| 19934 | 110 | 174 | $119,643 | $26,786 | 13 | 19 | $3,354 | $1,324 | 4.9% |
| 19941 | 149 | 239 | $121,912 | $22,554 | 10 | 17 | $3,225 | $1,336 | 5.9% |
| 19942 | 221 | 311 | $172,704 | $36,934 | 15 | 31 | $5,730 | $2,231 | 6.0% |
| 19943 | 204 | 430 | $189,284 | $50,039 | 31 | 74 | $10,631 | $4,170 | 8.3% |
| 19944 | 332 | 655 | $282,401 | $73,429 | 69 | 200 | $16,032 | $4,061 | 5.5% |
| 19951 | 418 | 847 | $337,816 | $86,659 | 100 | 290 | $26,831 | $7,930 | 9.2% |
| 19952 | 536 | 1,256 | $493,531 | $111,512 | 128 | 361 | $50,715 | $11,977 | 10.7% |
| 19953 | 603 | 1,588 | $565,852 | $132,771 | 171 | 565 | $83,290 | $16,862 | 12.7% |
| 19954 | 649 | 1,613 | $620,359 | $117,388 | 222 | 689 | $100,998 | $22,379 | 19.1% |
| 19961 | 744 | 1,873 | $629,939 | $146,344 | 244 | 740 | $97,584 | $32,818 | 22.4% |
| 19962 | 663 | 2,034 | $588,327 | $140,714 | 255 | 905 | $118,083 | $33,361 | 23.7% |
| 19963 | 668 | 2,053 | $579,989 | $99,727 | 239 | 810 | $82,160 | $19,640 | 19.7% |
| 19964 | 576 | 1,522 | $347,111 | $63,936 | 207 | 600 | $57,200 | $10,700 | 16.7% |
| 19971 | 710 | 1,730 | $397,466 | $54,384 | 205 | 543 | $51,091 | $13,108 | 24.1% |
| 19972 | 861 | 2,293 | $510,554 | $97,768 | 162 | 449 | $55,147 | $16,955 | 17.3% |
| 19973 | 1,148 | 3,056 | $498,076 | $107,336 | 130 | 401 | $55,642 | $19,691 | 18.3% |
| 19974 | 1,457 | 3,783 | $465,965 | $75,616 | 117 | 291 | $37,820 | $9,542 | 12.6% |
| 19981 | 1,394 | 3,893 | $462,683 | $71,711 | 96 | 203 | $19,199 | $3,925 | 5.5% |
| 19982 | 1,739 | 5,018 | $416,779 | $66,940 | 98 | 274 | $28,826 | $6,542 | 9.8% |
| 19983 | 1,787 | 4,829 | $448,333 | $80,348 | 106 | 382 | $34,165 | $11,580 | 14.4% |
| 19984 | 2,218 | 5,430 | $511,389 | $81,666 | 93 | 231 | $29,757 | $4,284 | 5.2% |
| 19991 | 1,935 | 4,512 | $561,322 | $85,999 | 76 | 225 | $34,140 | $6,355 | 7.4% |
| 19992 | 1,879 | 4,090 | $548,962 | $81,626 | 56 | 146 | $29,417 | $4,430 | 5.4% |
| 19993 | 1,768 | 3,876 | $740,440 | $107,981 | - | - | - | - | - |
| 19994 | 1,565 | 4,039 | $555,496 | $76,140 | - | - | - | - | - |
| 20001 | 1,353 | 3,065 | $420,168 | $68,291 | - | - | - | - | - |
| 20002 | 1,211 | 2,887 | $314,525 | $57,776 | - | - | - | - | - |
| 20003 | 850 | 2,246 | $264,631 | $63,265 | - | - | - | - | - |
| 20004 | 847 | 1,929 | $175,913 | $31,100 | - | - | - | - | - |
| 20011 | 870 | 1,899 | $128,354 | $20,871 | - | - | - | - | - |
| 20012 | 655 | 1,331 | $107,259 | $22,790 | - | - | - | - | - |
| 20013 | 283 | 634 | $70,094 | $1,965 | - | - | - | - | - |
| 20014 | 13 | 30 | $10,084 | $735 | - | - | - | - | - |
| Total | 30,862 | 76,086 | $13,072,725 | $2,497,428 | 2,863 | 8,484 | $1,041,995 | $269,639 | 10.80% |

**Table F: Billed Amount versus AWP for Complaint Products**

| | *All Clients* | | | *Abbott Only* | |
|---|---|---|---|---|---|
| NDC | Unweighted average billed amount per package | Unweighted average FDB package AWP | NDC | Unweighted average billed amount per package | Unweighted average FDB package AWP |
| 00074196607 | 3.94 | 1.98 | 00074196607 | | |
| 00074397703 | 2.66 | 2.15 | 00074397703 | | |
| 00074433201 | 66.01 | 31.19 | 00074433201 | 66.01 | 29.36 |
| 00074488710 | 2.00 | 1.50 | 00074488710 | 1.66 | 1.46 |
| 00074488720 | 1.51 | 1.72 | 00074488720 | | |
| 00074488750 | 2.80 | 2.72 | 00074488750 | | |
| 00074488810 | 2.10 | 1.69 | 00074488810 | 2.19 | 1.63 |
| 00074488820 | 1.93 | 1.94 | 00074488820 | | |
| 00074613802 | 27.00 | 13.39 | 00074613802 | | |
| 00074613803 | 25.40 | 12.93 | 00074613803 | 25.26 | 12.82 |
| 00074613822 | 27.00 | 14.75 | 00074613822 | | |
| 00074613902 | 2.70 | 11.74 | 00074613902 | | |
| 00074613903 | 27.00 | 12.33 | 00074613903 | 27.00 | 12.33 |
| 00074653301 | 81.65 | 67.92 | 00074653301 | 76.33 | 69.33 |
| 00074653501 | 89.84 | 23.60 | 00074653501 | | |
| 00074710013 | 16.30 | 13.18 | 00074710013 | | |
| 00074710023 | 16.00 | 12.80 | 00074710023 | | |
| 00074710102 | 20.15 | 15.44 | 00074710102 | | |
| 00074710113 | 16.29 | 12.77 | 00074710113 | | |
| 00074710123 | 14.61 | 12.61 | 00074710123 | | |
| 00074712007 | | | 00074712007 | | |
| 00074713809 | 17.02 | 14.81 | 00074713809 | | |
| 00074713909 | 19.20 | 14.08 | 00074713909 | 27.00 | 15.11 |
| 00074790209 | 30.05 | 19.50 | 00074790209 | | |
| 00074792202 | 15.76 | 11.14 | 00074792202 | | |
| 00074792203 | 24.06 | 10.18 | 00074792203 | 27.00 | 9.71 |
| 00074792209 | 19.50 | 12.31 | 00074792209 | | |
| 00074792336 | 15.05 | 11.13 | 00074792336 | 14.20 | 10.98 |
| 00074792337 | 15.33 | 11.08 | 00074792337 | 14.20 | 10.66 |
| 00074792409 | 17.09 | 13.21 | 00074792409 | | |
| 00074792609 | 19.80 | 13.36 | 00074792609 | | |
| 00074794109 | 23.49 | 13.29 | 00074794109 | | |
| 00074797205 | 11.30 | 7.19 | 00074797205 | 11.30 | 7.06 |
| 00074797305 | 27.00 | 8.42 | 00074797305 | | |
| 00074798302 | 17.60 | 10.69 | 00074798302 | | |
| 00074798303 | 16.81 | 10.35 | 00074798303 | 27.00 | 9.56 |
| 00074798309 | 20.56 | 11.49 | 00074798309 | | |
| 00074798436 | 14.44 | 11.10 | 00074798436 | 14.20 | 10.65 |
| 00074798437 | 14.63 | 11.31 | 00074798437 | 14.20 | 11.11 |
| 00074798509 | 20.41 | 12.49 | 00074798509 | | |