UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL 1456<br><br>Master File No. 01-CV-12257-PBS<br>Subcategory Case No. 06-CV-11337-PBS |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corporation, et al.,* Civil Action No. 07-10248-PBS | Judge Patti B. Saris<br><br>Magistrate Judge Marianne B. Bowler |

## ASSENTED TO MOTION FOR ADMISSION PRO HAC VICE

Defendants Boehringer Ingelheim Corporation; Boehringer Ingelheim Pharmaceuticals, Inc.; Roxane Laboratories, Inc.; and Roxane Laboratories, Inc. n/k/a Boehringer Ingelheim Roxane, Inc., by and through Donoghue, Barrett & Singal, P.C., hereby request that Martin L. Roth, Esq. be admitted *pro hac vice* in the above-referenced action. In support of this motion, undersigned counsel respectfully states as follows:

1. Martin L. Roth, Esq. is an attorney, who maintains an office for the practice of law at Kirkland & Ellis, LLP, 300 North LaSalle Street, Chicago, Illinois 60654.

2. Pursuant to Local Rule 83.5.3(b), I have attached, as Exhibit A, an affidavit signed by Attorney Roth, which indicates that Attorney Roth is in full compliance with requirements of that local rule for admission *pro hac vice.*

3. The undersigned counsel requests that this court allow the motion so that Attorney Roth may file pleadings and appear and be heard at all proceedings in this case on behalf of the above-listed Defendants.

4. The undersigned counsel will appear as local counsel for Defendants Boehringer Ingelheim Corporation; Boehringer Ingelheim Pharmaceuticals, Inc.; Roxane Laboratories, Inc.; and Roxane Laboratories, Inc. n/k/a Boehringer Ingelheim Roxane, Inc.

5. Counsel for the United States has assented to the motion.

WHEREFORE, undersigned counsel respectfully requests that the court enter an order permitting Martin L. Roth to appear *pro hac vice* in this matter.

### LOCAL RULE 7.1 CERTIFICATION

I, Richard Goldstein, Esq., hereby certify that I understand from Attorney Roth that counsel for the plaintiffs have assented to this motion.

Respectfully Submitted,

/s/ Richard Goldstein
Richard Goldstein, BBO #565482
DONOGHUE, BARRETT & SINGAL, P.C.
One Beacon Street, Suite 1320
Boston, Massachusetts 02108
(617) 720-5090

Dated: September 25, 2009

2

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of the Case Management Order No. 2, by sending on September 25 2009, a copy to LexisNexis File and Serve for posting and notification to all parties.

By: /s/ Richard Goldstein
Richard Goldstein