# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) MDL No. 1456<br>)<br>) Master File No. 01-CV-12257-PBS<br>) Subcategory No. 06-CV-11337-PBS<br>) |
| THIS DOCUMENT RELATES TO:<br>*United States of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation*, *et al.*, Civil Action No. 07-10248-PBS | ) Judge Patti B. Saris<br>)<br>) Magistrate Judge Marianne B. Bowler<br>)<br>)<br>) |

## UNITED STATES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE A SUR-REPLY MEMORANDUM IN OPPOSITION TO BOEHRINGER INGELHEIM CORPORATION AND BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.'S MOTION FOR SUMMARY JUDGMENT

The United States respectfully files this assented to motion to enlarge the time to file a sur-reply to address issued raised in defendants' reply memorandum. The United States requests that the time to file its sur-reply be enlarged one week to October 6, 2009. In support, the United States notes that:

1.  Additional time is needed to address the matters raised in the defendants' reply brief.

2.  Counsel for BIC and BIPI have stated that they do not oppose the request for additional time.

For the above reasons, the United States respectfully requests that this motion be granted, and that its time to file a sur-reply be enlarged to October 6, 2009.

Respectfully submitted,

| | |
|---|---|
| MICHAEL F. HERTZ<br>DEPUTY ASSISTANT ATTORNEY<br>GENERAL | For the relator, Ven-A-Care of the Florida Keys, Inc., |
| MICHAEL J. LOUCKS<br>ACTING UNITED STATES ATTORNEY | JAMES J. BREEN<br>The Breen Law Firm, P.A.<br>Suite 260<br>5755 North Point Parkway |
| /s/ James J. Fauci<br>GEORGE B. HENDERSON, II<br>BARBARA HEALY SMITH<br>JAMES J. FAUCI<br>Assistant U.S. Attorneys<br>United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3272 | Alpharetta, Georgia 30022<br>Phone (770) 740-0008<br><br>SUSAN S. THOMAS<br>GARY L. AZORSKY<br>ROSLYN G. POLLACK<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: 215-875-3000 |
| JOYCE R. BRANDA<br>DANIEL R. ANDERSON<br>LAURIE A. OBEREMBT<br>Civil Division<br>Commercial Litigation Branch<br>P. O. Box 261, Ben Franklin Station<br>Washington, D.C. 20044<br>(202) 514-3345 | |

DATED: September 29, 2009

## CERTIFICATE OF SERVICE

I hereby certify that I have this day caused an electronic copy of the above to be served on all counsel of record via electronic service pursuant to Paragraph 11 of Case Management Order No. 2 by sending a copy to LexisNexis File & Serve for posting and notification to all parties.

Dated: September 29, 2009

/s/ James J. Fauci
James J. Fauci
Assistant U.S. Attorney