# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200<br><br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br> *v.*<br>*Baxter Hemoglobin Therapeutics and Baxter International Inc.* |  |

## DECLARATION OF RUCHI JAIN IN SUPPORT OF
## BAXTER INTERNATIONAL INC.'S REPLY

I, RUCHI JAIN, duly declare under penalty of perjury as follows:

1. I am an attorney at law admitted to practice in the State of New York and the District of Columbia and am an attorney in the law firm of Dickstein Shapiro LLP, counsel for Defendant Baxter International Inc. I am familiar with all of the facts and circumstances herein. I make this declaration in support of Baxter International Inc.'s Reply in Further Support of Its Motion to Dismiss Relators' Complaint in the above-captioned action.

2. Attached hereto as Exhibit A is a true and correct copy of the Transcript of the June 22, 2009 Motion Hearing in *United States ex rel. Linnette Sun and Greg Hamilton, Relators v. Baxter Hemoglobin Therapeutics and Baxter International Inc*.

3. Attached hereto as Exhibit B is a true and correct copy of the complaint in *Digel v. Abbott Labs., et al.*, Case No. CT-007177-02 (Tenn. Cir. Ct., 30th Jud. Dist., Dec. 18, 2002).

4. Attached hereto as Exhibit C is a true and correct copy of the Complaint in *People of the State of Illinois v. Abbott Labs., et al.*, Case No. 05 CH 02474 (Cir. Ct. Cook Cty. Feb. 7, 2005).

5. Attached hereto as Exhibit D is a true and correct copy of the First Amended Complaint in *State of Wisconsin v. Amgen Inc., et al.*, Case No. 04-CV 1709 (Cir. Ct. Wisc. Nov. 1, 2004).

6. Attached hereto as Exhibit E is a true and correct copy of the First Amended Complaint in *Nevada v. Abbott Labs., Inc., et al.*, Case No. 02-00260, Dept. No. 8 (2d Jud. Dist. Ct., County of Washoe, Oct. 31, 2003).

7. Attached hereto as Exhibit F is a true and correct copy of the Declaration of Larry Guiheen.

8. Attached hereto as Exhibit G is a true and correct copy of the Declaration of Peter O'Malley.

I hereby swear that the foregoing statements are true to the best of my knowledge, information, and belief.

Dated: September 30, 2009

    __/s/ Ruchi Jain_____
Ruchi Jain
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

Counsel for Defendant Baxter International Inc.

# CERTIFICATE OF SERVICE

        I hereby certify that I, Ruchi Jain, an attorney, electronically filed the foregoing DECLARATION OF RUCHI JAIN IN SUPPORT OF BAXTER INTERNATIONAL INC.'s REPLY with the Clerk of the Court for the District of Massachusetts using the Court's CM/ECF system on September 30, 2009. I also caused a true and correct copy of the foregoing document to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, for posting and notification to all parties. In addition, the individuals listed below were served via U.S. Mail.

                                                                                     /s/ Ruchi Jain
                                                                                   Ruchi Jain
                                                                                   **DICKSTEIN SHAPIRO LLP**
                                                                                   1825 Eye Street NW
                                                                                   Washington, DC 20006
                                                                                   Telephone: (202) 420-2200
                                                                                   Facsimile: (202) 420-2201

| | |
|---|---|
| Edwin Winstead<br>Assistant United States Attorney<br>1225 Seventeenth Street<br>Suite 700<br>Denver, CO 80202 | |
| Greg Abbott, Attorney General<br>Office of the Texas Attorney General<br>Capitol Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Lisa Madigan, Attorney General<br>Office of the Illinois Attorney General<br>James R. Thompson Center<br>100 W. Randolph Street<br>Chicago, IL 60601 |
| Joseph R. Biden, III, Attorney General<br>Office of the Delaware Attorney General<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 | Catherine Cortez Masto, Attorney General<br>Office of the Nevada Attorney General<br>Old Supreme Court Building<br>100 North Carson Street<br>Carson City, NV 89701 |
| Mark J. Bennett, Attorney General<br>Office of the Hawaii Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 | Bill McCollum, Attorney General<br>Office of the Florida Attorney General<br>The Capitol<br>PL-01<br>Tallahassee, FL 32399-1050 |

Edmund G. Brown, Attorney General
Brian Frankel
Office of the California Attorney General
1300 I Street
Suite 1740
Sacramento, CA 95814

Martha Coakley, Attorney General
Office of the Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108

Robert E. Cooper, Jr., Attorney General
Office of the Tennessee Attorney General
500 Charlotte Avenue
Nashville, TN 37243

James D. Caldwell, Attorney General
Office of the Louisiana Attorney General
P.O. Box 94095
Baton Rouge, LA 70804-4095

Gary King, Attorney General
Office of the New Mexico Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504-1508

Dustin McDaniel, Attorney General
Office of the Arkansas Attorney General
200 Tower Building
323 Center Street
Little Rock, AR 72201-2610

Bill Mims, Attorney General
Randall L. Clouse, Director
Medicaid Fraud Control Unit
Office of the Virginia Attorney General
900 E. Main Street
5th Floor
Richmond, VA 23219

Peter Nickles, Attorney General
Office of the DC Attorney General
John A. Wilson Building
1350 Pennsylvania Avenue, NW, Suite 409
Washington, DC 20009

Mark Shurtleff, Attorney General
Office of the Utah Attorney General
State Capitol
Room 236
Salt Lake City, UT 84114-0810

DSMDB-2674827