# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO: *United States ex rel. Linnette Sun and Greg Hamilton, Relators* *v.* *Baxter Hemoglobin Therapeutics and Baxter International Inc.* | |

MDL No. 1456
Master File No. 1:01-CV-12257-PBS
Sub-Category Case No. 1:08-CV-11200

Judge Patti B. Saris

## OCTOBER 2009 STATUS REPORT

The undersigned counsel for Plaintiffs and Defendant hereby submit the attached Status Report for October 2009, in accordance with the Court's June 17, 2004 Procedural Order.

DATED this 1st day of October, 2009.

Respectfully submitted,

 /s/ Ruchi Jain
Mark Allen Kleiman           Merle DeLancey
2907 Stanford Avenue         Ruchi Jain
Venice, CA 90292             **DICKSTEIN SHAPIRO LLP**
Counsel for Relators         1825 Eye Street, NW
                             Washington, DC 20006
                             Telephone: (202) 420-2200
                             Facsimile: (202) 420-2201
                             Counsel for Defendant Baxter International Inc.

Lauren John Udden
15 W. Carrillo Street, Suite 101B
Santa Barbara, CA 93101
Counsel for Relators

2585493

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200<br>Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Hemoglobin Therapeutics and Baxter International Inc.* | |

## OCTOBER 2009 STATUS REPORT

The undersigned counsel for Plaintiffs and Defendant hereby submit the attached Status Report for October 2009, in accordance with the Court's June 17, 2004 Procedural Order.

DATED this 1st day of October, 2009.

/s/ signature
Mark Allen Kleiman
2907 Stanford Avenue
Venice, CA 90292
Counsel for Relators

Respectfully submitted,

/s/ Ruchi Jain
Merle DeLancey
Ruchi Jain
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street, NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Counsel for Defendant Baxter International Inc.

Lauren John Udden
15 W. Carrillo Street, Suite 101B
Santa Barbara, CA 93101
Counsel for Relators

2585493

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| THIS DOCUMENT RELATES TO:<br>*United States ex rel. Linnette Sun and Greg Hamilton, Relators*<br>*v.*<br>*Baxter Hemoglobin Therapeutics and Baxter International Inc.* | Judge Patti B. Saris |

## OCTOBER 2009 STATUS REPORT

The undersigned counsel for Plaintiffs and Defendant hereby submit the attached Status Report for October 2009, in accordance with the Court's June 17, 2004 Procedural Order.

DATED this 1st day of October, 2009.

Respectfully submitted,

Mark Allen Kleiman
2907 Stanford Avenue
Venice, CA 90292
Counsel for Relators

/s/ Ruchi Jain
Merle DeLancey
Ruchi Jain
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street, NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Counsel for Defendant Baxter International Inc.

Lauren John Udden
15 W. Carrillo Street, Suite 101B
Santa Barbara, CA 93101
Counsel for Relators

2585493

## CERTIFICATE OF SERVICE

        I hereby certify that I, Ruchi Jain, an attorney, caused a true and correct copy of the foregoing, OCTOBER 2009 STATUS REPORT, to be delivered to all counsel of record by electronic service via LexisNexis File & Serve, on October 1, 2009, for posting and notification to all parties.

        /s/ Ruchi Jain
Ruchi Jain
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-2200

2585493

# OCTOBER 2009 STATUS REPORT

| | |
|---|---|
| **PRIVATE CLASS CASE** | *United States ex rel. Linnette Sun and Greg Hamilton, Relators v. Baxter Hemoglobin Therapeutics and Baxter International Inc.* |
| **MDL DOCKET NUMBER** | Master File No. 1:01-CV-12257-PBS<br>Sub-Category Case No. 1:08-CV-11200 |
| **JURISDICTION** | D. Mass, pursuant to JPML order |
| **STATUS** | • Transferred to MDL 1456 by JPML on July 14, 2008<br><br>• Court Order entered on July 15, 2008 consolidating *Sun* case with the lead case No. 01-12257<br><br>• Court received MDL record from the United States District Court for the District of Colorado on August 5, 2008<br><br>• Status Conference held on June 22, 2009<br><br>• Court entered Case Management Order with respect to briefing schedule on June 23, 2009; otherwise, all discovery is stayed<br><br>• Defendant filed Motion for Leave to File Excess Pages on August 14, 2009<br><br>    • Relators filed Opposition to Defendant's Motion for Leave to File Excess Pages on August 20, 2009<br><br>    • Electronic order entered by the Court granting Defendant's Motion for Leave to File Excess Pages on August 21, 2009<br><br>• Relators filed Motion to Lift Stay on Discovery (and accompanying Memorandum, Exhibits, and Proposed Order) on August 31, 2009 (**pending**)<br><br>    • Defendant filed Opposition to Relators' Motion to Lift Stay on Discovery on September 10, 2009<br><br>• Defendant filed Motion For Leave to Conduct Limited Discovery and for an Extension of Time to Submit Reply Brief on September 23, 2009 (**pending**) |

2585493

|  | - Defendant filed Motion to Dismiss Relators' Complaint (and accompanying Memorandum, Declaration, Exhibits, and Proposed Order) on August 14, 2009 (**pending**)<br><br>- Relators filed Opposition to Defendant's Motion to Dismiss Relators' Complaint (and accompanying Proposed Order) and Motion for Excess Pages on September 15, 2009<br><br>- Defendant filed Reply in Further Support of Its Motion to Dismiss Relators' Complaint (and accompanying Declaration and Exhibits) on September 30, 2009 |
|---|---|