**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>   *State of Iowa*<br><br>*v.*<br><br>   *Abbott Laboratories Inc., et al.* | )<br>)  MDL NO. 1456<br>)  Civil Action No. 01-12257-PBS<br>)  Subcategory No. 07-12141<br>)<br>)  Judge Patti B. Saris<br>)<br>)<br>)<br>) |

**OCTOBER 2009 STATUS REPORT FOR THE STATE OF IOWA**

The undersigned counsel for the State of Iowa (hereinafter referred to as "plaintiff") hereby submits the attached Status Report for October 2009, in accordance with the Court's June 17, 2004 Procedural Order.

Dated: October 1, 2009

                                                     Respectfully submitted,

                                                     **KIRBY McINERNEY, LLP**
                                                     825 Third Avenue
                                                     New York, New York 10022
                                                     (212) 371-6600

     By:   /s/ Joanne M. Cicala_____
                   Joanne M. Cicala
                   Kathryn B. Allen

1

# October 2009 Status Report for the State of Iowa

## Discovery

**1. Defendants' First Set of Document Requests and First Set of Interrogatories**

On September 18, 2009, plaintiff engaged in a meet and confer with counsel for defendants regarding plaintiff's responses to Defendants' First Set of Document Requests and First Set of Interrogatories. Plaintiff agreed to begin a rolling supplemental production in response to certain requests on or before October 16, 2009.

**2. Teva Pharmaceuticals USA, Inc.'s First Set of Requests for Production and First Set of Interrogatories**

On September 23, 2009, plaintiff engaged in a meet and confer with counsel for defendant Teva Pharmaceuticals USA, Inc. ("Teva") regarding Teva's First Set of Requests for Production and First Set of Interrogatories. Plaintiff agreed to begin a rolling supplemental production in response to certain requests on or before October 16, 2009.

## Hearing as to Outstanding Discovery Motions

On September 14, 2009, Magistrate Judge Marianne B. Bowler heard oral arguments on plaintiff's Emergency Motion to Quash Defendant Purepac Pharmaceutical Co.'s Cross-Notice of Continued Videotaped Deposition of Lynn Donovan [Docket No. 6264, Sub-docket No. 41]. The Court took the parties' arguments under advisement, and has not yet entered an order. *See* Electronic Clerk's Notes for proceedings held before Magistrate Judge Marianne B. Bowler, entered September 21, 2009.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on the 1st day of October, 2009, she caused a true and correct copy of the above October 2009 Status Report for the State of Iowa to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: October 1, 2009

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600