# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) | MDL DOCKET NO. 1456<br><br>Master File No. 01-CV-12257<br>Subcategory Case No. 06-CV-11337 |
| THIS DOCUMENT RELATES TO: | ) ) | Judge Patti B. Saris |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.,* No. 06-CV-11337-PBS | ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,* No. 05-CV-11084-PBS; and | ) ) ) ) ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.,* No. 07-CV-10248-PBS | ) ) ) | |

## DEFENDANTS' NOTICE OF FILING DECLARATION OF DAVID S. TORBORG SUBMITTING EXHIBITS IN SUPPORT OF DEFENDANTS' COMBINED SUR-REPLY TO THE UNITED STATES' MOTIONS FOR PARTIAL SUMMARY JUDGMENT

Defendants hereby give notice of the filing of the attached Declaration of David S. Torborg Submitting Exhibits in Support of Defendants' Combined Sur-Reply to the United States' Motions for Partial Summary Judgment. Attached hereto is Exhibit 1, a listing of Exhibits A through E that are filed in conjunction with *Defendants' Combined Sur-Reply to the United States' Motions for Partial Summary Judgment*, as well as Exhibits A through E.

Dated: October 5, 2009   Respectfully submitted,

/s/ Sarah L. Reid   /s/ R. Christopher Cook
Paul F. Doyle (BBO # 133460)   James R. Daly
Sarah L. Reid   Jason G. Winchester
Neil Merkl   Brian J. Murray
KELLEY DRYE & WARREN LLP   JONES DAY
101 Park Avenue   77 West Wacker Drive, Suite 3500
New York, NY 10178   Chicago, Illinois 60601
Telephone: (212) 808-7800   Telephone: (312) 782-3939
Facsimile: (212) 808-7897   Facsimile: (312) 782-8585

*Counsel for Defendants Dey, Inc.,*   R. Christopher Cook
*Dey L.P., Inc. and Dey, L.P.*   David S. Torborg
　　JONES DAY
/s/ John W. Reale   51 Louisiana Avenue, N.W.
Helen E. Witt, P.C.   Washington, D.C. 20001-2113
Anne M. Sidrys, P.C.   Telephone: (202) 879-3939
Eric T. Gortner   Facsimile: (202) 626-1700
John W. Reale
KIRKLAND & ELLIS LLP   *Counsel for Defendant Abbott Laboratories Inc.*
300 North LaSalle Street
Chicago, IL 60654
Telephone:　　(312) 862 2000
Facsimile:　　(312) 862 2200

*Counsel for Defendants*
*Boehringer Ingelheim Corp.,*
*Boehringer Ingelheim Pharmaceuticals, Inc.,*
*Boehringer Ingelheim Roxane, Inc., and*
*Roxane Laboratories, Inc.*

**CERTIFICATE OF SERVICE**

I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 5th day of October, 2009.

       /s/ David S. Torborg
       David S. Torborg

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) ) ) | MDL DOCKET NO. 1456<br><br>Master File No. 01-CV-12257<br>Subcategory Case No. 06-CV-11337 |
| THIS DOCUMENT RELATES TO: | ) ) | Judge Patti B. Saris |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.,* No. 06-CV-11337-PBS | ) ) ) ) ) | Magistrate Judge Marianne B. Bowler |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,* No. 05-CV-11084-PBS; and | ) ) ) ) ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.,* No. 07-CV-10248-PBS | ) ) ) | |

## DECLARATION OF DAVID S. TORBORG SUBMITTING EXHIBITS IN SUPPORT OF DEFENDANTS' COMBINED SUR-REPLY TO THE UNITED STATES' MOTIONS FOR PARTIAL SUMMARY JUDGMENT

I, David S. Torborg, an attorney, declare as follows:

1. I am an attorney with the law firm Jones Day, counsel for Defendant Abbott Laboratories Inc. ("Abbott").

2. I am admitted to practice *pro hac vice* before this Court.

3. Attached hereto as Exhibit 1 is a listing of the exhibits filed in conjunction with *Defendants' Combined Sur-Reply to the United States' Motions for Partial Summary Judgment*.

4. Those exhibits, incorporated herein by reference, are true and correct copies of the documents as described in the attached list.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 5, 2009

   /s/ David S. Torborg
David S. Torborg

# EXHIBIT 1

| EXHIBIT | EXHIBIT DESCRIPTION |
|---|---|
| A | Memorandum to Clyde Reese from Jerry Dubberly (May 27, 2008) |
| B | Letter to the Honorable Thurbert Baker from Rhonda Medows and attachment (March 31, 2008) |
| C | Email chain from Jerry Dubberly to jbelinfante@gov.state.ga.us and attachments (July 28, 2008) |
| D | Memorandum to Mark Trail from Jerry Dubberly (Aug. 2, 2004) |
| E | Letter to Mr. Finley from Charemon Grant (Undated) |