# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) | MDL DOCKET NO. 1456 <br><br> Master File No. 01-CV-12257 <br> Subcategory Case No. 06-CV-11337 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Judge Patti B. Saris |
| | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc.*, *et al.*, No. 06-CV-11337-PBS | ) ) ) | Magistrate Judge Marianne B. Bowler |
| | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.*, No. 05-CV-11084-PBS; and | ) ) ) | |
| | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.*, No. 07-CV-10248-PBS | ) ) ) | |

## DEFENDANTS' NOTICE OF FILING DECLARATION OF DAVID S. TORBORG SUBMITTING EXHIBITS IN SUPPORT OF DEFENDANTS' COMBINED SUR-REPLY TO THE UNITED STATES' MOTIONS FOR  PARTIAL SUMMARY JUDGMENT

Defendants hereby give notice of the filing of the attached Declaration of David S. Torborg Submitting Exhibits in Support of Defendants' Combined Sur-Reply to the United States' Motions for Partial Summary Judgment.  Attached hereto is Exhibit 1, a listing of Exhibits A through E that are filed in conjunction with *Defendants' Combined Sur-Reply to the United States' Motions for Partial Summary Judgment*, as well as Exhibits A through E.

Dated:  October 5, 2009

Respectfully submitted,

/s/ Sarah L. Reid
Paul F. Doyle (BBO # 133460)
Sarah L. Reid
Neil Merkl
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, NY 10178
Telephone: (212) 808-7800
Facsimile: (212) 808-7897

*Counsel for Defendants Dey, Inc.,
Dey L.P., Inc. and Dey, L.P.*

/s/ John W. Reale
Helen E. Witt, P.C.
Anne M. Sidrys, P.C.
Eric T. Gortner
John W. Reale
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL  60654
Telephone:     (312) 862 2000
Facsimile:     (312) 862 2200

*Counsel for Defendants
Boehringer Ingelheim Corp.,
Boehringer Ingelheim Pharmaceuticals, Inc.,
Boehringer Ingelheim Roxane, Inc., and
Roxane Laboratories, Inc.*

/s/ R. Christopher Cook____
James R. Daly
Jason G. Winchester
Brian J. Murray
JONES DAY
77 West Wacker Drive, Suite 3500
Chicago, Illinois  60601
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585

R. Christopher Cook
David S. Torborg
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700

*Counsel for Defendant Abbott Laboratories Inc.*

**<u>CERTIFICATE OF SERVICE</u>**

      I, David S. Torborg, an attorney, hereby certify that I caused a true and correct copy of the foregoing to be served on all counsel of record electronically by causing same to be posted via LexisNexis, this 5th day of October, 2009.


                                <u>/s/ David S. Torborg</u>
                                  David S. Torborg

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) | MDL DOCKET NO. 1456 |
| | ) | Master File No. 01-CV-12257 |
| | ) | Subcategory Case No. 06-CV-11337 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Judge Patti B. Saris |
| | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., et al.,* No. 06-CV-11337-PBS | ) ) ) | Magistrate Judge Marianne B. Bowler |
| | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Dey, Inc., et al.,* No. 05-CV-11084-PBS; and | ) ) ) | |
| | ) | |
| *U.S. ex rel. Ven-A-Care of the Florida Keys, Inc. v. Boehringer Ingelheim Corp. et al.,* No. 07-CV-10248-PBS | ) ) ) | |

**DECLARATION OF DAVID S. TORBORG SUBMITTING EXHIBITS IN SUPPORT OF DEFENDANTS' COMBINED SUR-REPLY TO THE UNITED STATES' MOTIONS FOR PARTIAL SUMMARY JUDGMENT**

I, David S. Torborg, an attorney, declare as follows:

1.      I am an attorney with the law firm Jones Day, counsel for Defendant Abbott Laboratories Inc. ("Abbott").

2.      I am admitted to practice *pro hac vice* before this Court.

3.      Attached hereto as Exhibit 1 is a listing of the exhibits filed in conjunction with *Defendants' Combined Sur-Reply to the United States' Motions for Partial Summary Judgment*.

4.      Those exhibits, incorporated herein by reference, are true and correct copies of the documents as described in the attached list.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 5, 2009

 /s/ David S. Torborg
David S. Torborg

# EXHIBIT 1

| EXHIBIT | EXHIBIT DESCRIPTION |
|---------|---------------------|
| A | Memorandum to Clyde Reese from Jerry Dubberly (May 27, 2008) |
| B | Letter to the Honorable Thurbert Baker from Rhonda Medows and attachment (March 31, 2008) |
| C | Email chain from Jerry Dubberly to jbelinfante@gov.state.ga.us and attachments (July 28, 2008) |
| D | Memorandum to Mark Trail from Jerry Dubberly (Aug. 2, 2004) |
| E | Letter to Mr. Finley from Charemon Grant (Undated) |