# EXHIBIT A

**GA Department of
Community Health**

# Memo

**To:**    Clyde Reese

**From:**  Jerry Dubberly

**Date:**  May 27, 2008

**Re:**    McKesson First DataBank (FDB) Fraud Litigation

---

Per your request, I reviewed the PowerPoint presentation prepared by McCulley and McCluer.  This material contains several well-known facts:

1.   FDB strayed from its perceived methodology of publishing an Average Wholesale Price (AWP) based upon a survey methodology.

2.   In recent years, it has come to light that FDB used an inflation factor in their methodology that further increased the published AWP prices.

While the author's timeline of GA reimbursement methodologies is incorrect, the concept is accurate.  DCH used FDB AWPs in the pricing algorithm to reimburse pharmacies for certain drugs.  However, the industry has long understood that AWPs are inflated numbers.  In fact, inside the industry AWP is often referred to as "Ain't What's Paid."  Due to the fact that actual acquisition costs are not feasible given the pricing resources available to us, DCH and other payers have attempted to compensate for "overpaying" on the ingredient cost side by paying a dispensing fee that is lower than the surveyed actual cost to dispense.

Attempts in GA to reimburse pharmacies at actual acquisition costs plus a fair and reasonable dispensing fee (as ordered in the CFR) have been unsuccessful for a number of reasons.  The facts that McCulley and McCluer present appear to be accurate to the best of my knowledge.  My caution would be that most prudent payers knew that AWP was an inflated number.  It was common knowledge since the mid 1990's that AWP is roughly equal to WAC + 20%.  Additionally, a few years ago, that number increased from 20% to 25%. Whether there is any merit to litigation or not is certainly not my call.  However, I want to make sure you know that this inflation as well as the manufacturers' use of "spread" to assist with maximizing pharmacy reimbursement is an established and well-known practice.  DCH could not argue that we were an unknowing victim of this practice.

1

# McKesson / First DataBank Fraud Litigation

For Presentation to:

## The State of Georgia

MCCULLEY | MCCLUER

A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

PRIVILEGED AND CONFIDENTIAL
ATTORNEY WORK PRODUCT

1

# Overview of Pharmaceutical Pricing / Distribution Chain

- Retail Pharmacies Purchase Drugs from Wholesalers at **Wholesale Acquisition Cost ("WAC")**

- WAC is a benchmark price usually established by manufacturers

- Although retailers buy drugs on the basis of WAC, they get reimbursed by the majority of State Medicaid Agencies for branded drugs based solely on the **Average Wholesale Price ("AWP")**

- Georgia Medicaid applied two different reimbursement formulas during the relevant time period. From September 1, 2001 through September 30, 2004 the formula was "AWP-10%" and from October 1, 2004 through the present the formula has been "AWP-11%". As shown later, as a result of the fraud, the State of Georgia suffered an overcharge amount of approximately 4.17% under both formulas.

- Since 1998, First DataBank ("FDB") has functioned as the sole editor of data populating the only available comprehensive electronic drug data systems.

- Georgia Medicaid purchases this information from FDB and uses it as the basis for reimbursement for pharmacy-dispensed and other drugs.

2

# Georgia Relies Upon FDB to Report Accurate Pricing Data

1. Pharmacist signs contract to be Georgia Medicaid provider and agrees to reimbursement formula.



2. Pharmacist dispenses prescription drug.



3. Pharmacist submits charges to Georgia Medicaid.

4. Georgia Medicaid reconciles claims based on reimbursement formula using information purchased from FDB.



5. Georgia Medicaid pays pharmacy based on reimbursement formula, plus variable dispensing fee.

3

# Pricing Compendia Background

- Dominant companies:
  - First DataBank --- Blue Book
  - Medispan
  - Thomson Medical Economics --- Red Book (primarily an annual printed publication with periodic printed updates)

- These companies purportedly use a variety of survey methods and sell the databases of pharmaceutical prices to various clients including State Medicaid programs.

- In 1998, First DataBank merged with Medispan. In 2001, the FTC investigated the merger and ordered the company to divest the Medispan integratable drug information database business. However, the Consent Decree required FDB to continue to provide Medispan with all FDB pricing information until Medispan was able to develop its own pricing production system.

- **Thus, since 1998 and despite the 2001 divestiture, FDB has functioned as the sole editor of data populating the only available comprehensive integratable electronic drug data systems. Accordingly, the scheme effectuated an increase in the FDB published spread and the Medispan published spread.**

4

# FDB's Representations About the Nature of its Data

In a 2002 letter to subscribers of the FDB publication, Price Alert, FDB employee Kay Morgan described AWP as follows:

I have had many conversations regarding what "AWP" is and how First Data determines it. There is much folklore and misunderstanding as to the determination of AWP and how we obtain the data.

AWP is the average wholesale price. That is, AWP is the average of the prices charged by the national drug wholesalers for a given product (NDC) [National Drug Code – product identifier], often referred to by First Data as the "Blue Book Price." The operative word is average. AWP was developed to provide a price, which all parties could agree upon.

In order to determine the AWP, First DataBank surveys national wholesalers to ascertain what the price is. This is based on their AWP price files. We contact the wholesalers to determine what the markup should be for a new company. First, DataBank then confirms that the markup is accurate and current. A survey may be performed on a single NDC number or on a manufacturer's entire product line. In either case, a survey will be performed with all national wholesalers to determine the appropriate AWP.

With increased numbers of surveys done, the determination represents over two-thirds of the volume of the wholesalers, and is also representative of wholesalers on a national level....We also consider the manufacturer's suggested wholesale price (SWP) in our determination.

5

# The FDB / McKesson Scheme

- FDB is the nation's most widely used electronic drug data publisher

- McKesson is the nation's largest pharmaceutical wholesaler

- In late 2001, FDB and McKesson began fraudulently increasing the WAC to AWP markup factor for brand name drugs

- Rather than undertake the promised surveys of wholesalers and confirming the accuracy of markups with manufacturers, FDB engaged in a scheme with McKesson to "normalize" AWPs

- Between 2001 and 2005, FDB and McKesson fraudulently raised the WAC-to-AWP spread to 25% for over four hundred NDCs (National Drug Code) that previously had received only a 20% markup

- Prior to the scheme, the WAC-to-AWP spread for branded drugs had predictable patterns and tended to be either 20% or 25%

- Prior to the scheme, it was rare for the WAC-to-AWP spread to change for any particular NDC

6

# The Scope of the Scheme

The scheme inflated the mark-ups for hundreds of NDCs from August 2001 to March 2005.



Number of NDCs with Spread Change from 20% to 25%, 1994-2004

# Example of Scheme: Astrazeneca



ASTRAZENECA
Number of NDCs with Spread Change from 20-25%, 1999 - 2004

# Example of Scheme: Johnson & Johnson



JOHNSON & JOHNSON
Number of NDCs with Spread Change from 20-25%, 1999 - 2004

9

# Flow of $ for Pharmaceuticals (Before 5% AWP Adjustment)

| | |
|---|---|
| Manufacturer | Establishes $100 WAC (wholesale acquisition cost) |
| Pricing Compendia | Reports AWP (WAC + 20%) = $120 |
| Wholesaler | Pays manufacturer $100 WAC – 2% Prompt Pay = $98 |
| Pharmacy | Pays wholesaler $100 WAC + 2% = $102 |
| Georgia Medicaid | Pays pharmacy AWP–11%, or ($120 - $13.20), or $106.80. |

Georgia Medicaid pays pharmacy $106.80 + variable dispensing fee.

10

# Flow of $ for Pharmaceuticals
# (After 5% AWP Adjustment)

| Manufacturer | Establishes $100 WAC (wholesale acquisition cost) |

| Pricing Compendia | Reports AWP (WAC + 20%) = $120 |
|                   | 25%    $125 |



| Wholesaler | Pays manufacturer $100 WAC – 2% Prompt Pay = $98 |

| Pharmacy | Pays wholesaler $100 WAC + 2% = $102 |



| Georgia Medicaid | Pays pharmacy AWP–11%, or ($125 - $13.75), or $111.25. |

After increase, Georgia Medicaid pays $111.25 (plus dispensing fee) instead of $106.80 (plus dispensing fee), resulting in overcharge of $4.45 (or about 4.17%).

11

# Example of Scheme –
## Stratera Product Launch

- Letters from Eli Lilly and Company to "Lilly Buyers" announcing the launch of Stratera

  - 10mg Bottle of 30
  - Lilly 12/01/2002          $90.00 AWP --- $75.00 WAC
    - Spread = 20%           -10% ($9.00)
                             $81.00

- Price compendia
  - FDB 12/23/2002          $93.75 AWP --- $75.00 WAC
    - Spread = 25%          -10% ($9.37)
                            $84.38

The wrongful increase means Georgia Medicaid paid $84.38 (plus dispensing fee) instead of $81.00 (plus dispensing fee), an overcharge of $3.38 (or 4.17%).

12

# Example of Fraudulent FDB Data

## MediSpan

### Lipitor 10mg — Package of 90

| Effective Date | AWP Price | Percent Change | WAC Price | Percent Change | AWP MARK UP OVER WAC |
|---|---|---|---|---|---|
| 1/1/2006 | $260.05 | 6.50% | $208.04 | 6.50% | 25% |
| 1/1/2005 | $244.18 | 5.00% | $195.34 | 5.00% | 25% |
| 1/2/2004 | $232.55 | 4.55% | $186.04 | 4.55% | 25% |
| 7/11/2003 | $222.43 | 3.60% | $177.94 | 3.60% | 25% |
| 1/2/2003 | $214.70 | 3.30% | $171.76 | 3.30% | 25% |
| 1/2/2002 | | NA | | | |
| 1/8/2001 | $183.05 | 3.20% | $152.54 | 3.20% | 20% |
| 3/1/2000 | $177.37 | 4.90% | $147.81 | 4.90% | 20% |
| 11/2/1998 | $169.08 | 3.00% | $140.90 | 3.00% | 20% |
| 1/27/1997 | $164.16 | 0.00% | $136.80 | 0.00% | 20% |

### Lipitor 20mg — Package of 90

| Effective Date | AWP Price | Percent Change | WAC Price | Percent Change | AWP MARK UP OVER WAC |
|---|---|---|---|---|---|
| 1/1/2006 | $370.95 | 4.70% | $296.76 | 4.70% | 25% |
| 1/1/2005 | $354.30 | 5.00% | $283.44 | 5.00% | 25% |
| 1/2/2004 | $337.44 | 2.90% | $269.95 | 2.90% | 25% |
| 1/2/2003 | $327.93 | 5.89% | $262.34 | 5.89% | 25% |
| 7/1/2002 | $309.68 | 2.00% | $247.74 | 2.00% | 25% |
| 1/2/2002 | | | | | |
| 1/8/2001 | $283.00 | 3.20% | $235.83 | 3.20% | 20% |
| 3/1/2000 | $274.22 | 4.90% | $228.52 | 4.90% | 20% |
| 11/2/1998 | $261.41 | 3.00% | $217.84 | 3.00% | 20% |
| 1/27/1997 | $253.80 | 0.00% | $211.50 | 0.00% | 20% |

### Lipitor 40mg — Package of 90

| Effective Date | AWP Price | Percent Change | WAC Price | Percent Change | AWP MARK UP OVER WAC |
|---|---|---|---|---|---|
| 1/1/2006 | $370.95 | 4.70% | $296.76 | 4.70% | 25% |
| 1/1/2005 | $354.30 | 5.00% | $283.44 | 5.00% | 25% |
| 1/2/2004 | $337.44 | 2.90% | $269.95 | 2.90% | 25% |
| 11/2/1998 | $314.81 | 3.00% | $262.34 | 3.00% | 20% |
| 7/1/1997 | $305.64 | 0.00% | $254.70 | 0.00% | 20% |

## First DataBank

### Lipitor 10mg

| Effective Date | AWP Price | Percent Change | WAC Price | Percent Change | AWP MARK UP OVER WAC |
|---|---|---|---|---|---|
| 1/1/2006 | $260.05 | 6.50 | $208.04 | 6.50 | 25% |
| 1/1/2005 | $244.18 | 5.00 | $195.34 | 5.00 | 25% |
| 1/2/2004 | $232.55 | 4.55 | $186.04 | 4.55 | 25% |
| 7/11/2003 | $222.43 | 7.02 | $177.94 | 7.02 | 25% |
| NA | NA | NA | NA | NA | NA |
| 1/8/2001 | $183.04 | 3.20 | $152.54 | 3.20 | 20% |
| 3/1/2000 | $177.37 | 4.90 | $147.81 | 4.90 | 20% |
| 11/2/1998 | $169.08 | 3.00 | $140.90 | 3.00 | 20% |
| 1/27/1997 | $164.16 | N/A | $136.80 | N/A | 20% |

### Lipitor 20mg

| Effective Date | AWP Price | Percent Change | WAC Price | Percent Change | AWP MARK UP OVER WAC |
|---|---|---|---|---|---|
| 1/1/2006 | $370.95 | 4.70 | $296.76 | 4.70 | 25% |
| 1/1/2005 | $354.30 | 5.00 | $283.44 | 5.00 | 25% |
| 1/2/2004 | $337.44 | 8.96 | $269.95 | 8.96 | 25% |
| NA | NA | NA | NA | NA | NA |
| 7/1/2002 | $309.68 | 2.00 | $247.74 | 2.00 | 25% |
| | | | | | |
| 1/8/2001 | $283.00 | 3.20 | $235.83 | 3.20 | 20% |
| 3/1/2000 | $274.22 | 4.90 | $228.52 | 4.90 | 20% |
| 11/2/1998 | $261.42 | 3.00 | $217.85 | 3.00 | 20% |
| 1/27/1997 | $253.80 | N/A | $211.50 | N/A | 20% |

### Lipitor 40mg

| Effective Date | AWP Price | Percent Change | WAC Price | Percent Change | AWP MARK UP OVER WAC |
|---|---|---|---|---|---|
| 1/1/2006 | $370.95 | 4.70 | $296.76 | 4.70 | 25% |
| 1/1/2005 | $354.30 | 5.00 | $283.44 | 5.00 | 25% |
| 1/2/2004 | $337.44 | 2.90 | $269.95 | 2.90 | 25% |
| 11/2/1998 | $314.81 | 3.00 | $262.34 | 3.00 | 20% |
| 7/1/1997 | $305.64 | N/A | $254.70 | N/A | 20% |

# Example of Scheme: Lipitor 90 pack/10 mg

**1/8/2001**
WAC to AWP
Spread = 20%

(both numbers
increased 3.2%)

AWP
$183.04
-10% ($18.30)
$164.74

WAC
$152.54

**1/2/2002**
WAC to AWP
Spread = 25%

(AWP increased
by 13.54% while
WAC increased
by only 9%)

AWP
$207.84
-10% ($20.78)
$187.06

WAC
$166.27

Absent fraudulent mark-up (increasing both by 9% and thereby leaving spread at 20%):

AWP
$199.51
-10% ($19.95)
$179.56

WAC
$166.27

The wrongful spread increase means Georgia Medicaid paid $187.06 (plus dispensing fee) instead of $179.56 (plus dispensing fee), or an overcharge of $7.50 (or 4.17%).[4]

# Additional Evidence of Scheme

**Internal Memo by Bob James, McKesson's Director of Brand Pharmaceutical Production Management:**

After a discussion with FDB last August [2001], we **mutually agreed** to standardize Searle (16 2/3% spread) product line.... There seems to be a momentum in the industry to move to a normalized markup of 25% on brand Rx products. **In December [2001], after several discussions with FDB about our strategy we began to move many of the manufacturers with mixed spreads (16 2/3% and 20% products in the same line) to a consistent 25% markup. There were companies like GlaxoSmithKline, AstraZeneca, Aventis, Berlex, Bristol Myers Squibb, Merck, JOM, and 3M, Forest, Novertis [sic], Roche, Schering and several others. These were mixed product lines** *and we just set their Suggested Sell Prices at a consistent 25% markup.*

First DataBank re-surveyed most of these companies during January and February when price increases occurred. Many of the AWP's have been increased by FDB. Because a large number of price increases occurred, some AWP's were affected twice, once when the price increase[] took effect and then a second time when FDB raised the AWP after the survey process. ....Not all products in these companies have had AWP increases at this point in time. However, as price increases occur FDB will re-survey those products and make their determination.*

*MCKAWP 69608-09

15

# Additional Evidence of Scheme:  Internal Emails

- November 2001 email from Bob James (McKesson) to Kay Morgan (FDB):  "Hello Kay...Just went through the Merck items and updated a couple of our items to a 25% markup.  However, found some items that you might want to review.  They include Noroxin's Prinvil and Prinzides.  **The latter two should probably be consistent with the new AZ 1.5 markups.**"

- In response to an e-mail inquiry whether electronic drug pricing publishers were increasing the AWP/WAC spread, Kay Morgan (FDB) denies any involvement, adding, **"I am most curious as to the source of this rumor.  First Data has always used a wholesaler survey to determine AWPs."** Morgan then forwarded the exchange to Bob James (McKesson), stating, **"I thought you might want to see my answer,"** to which he responds:  **"I love it!  You are the best."**

16

# Additional Evidence of Scheme: McKesson

Bob James (McKesson) reports in March 2002:

"My guess is that things should look very good in the next couple of months. I am working with FDB to point out problem suppliers as Erlinda's group [Business Information Services] provides me with weekly information comparing our List price with the FDA AWP. .... [The] results should have **a very positive impact on our customers['] profitability.**"*

James reports in April 2002:

**"All new brand vendors will be set as 1.25 markup factor vendors, both at McK and FDB.**"**

*MCKAWP 0042663

**MCKAWP 0069616

17

# Additional Evidence of Scheme: McKesson

Internal McKesson e-mail discussing the positive impact of "normalizing" AWPs to McKesson's customers:

Here is an idea. Two years later, **and having had some recent success in raising AWP's**, I think this could be presented to him positively this way.

Omnicare is looking for ......say $500,000 in benefit from year end deals, even though this was not part of their contract. We need to ask them to roll up or **recalculate their reimbursements for last year based on the new AWP's with a 20% spread.** And......this is not just a one time benefit. They will receive this now and each year going forward until they renegotiate contracts with third parties (and hopefully do not give up this gift).

**Our successes recently and during this past year includes raising AWP spreads to 20% (markup of 25%) include Parke Davis (division of Pfizer). Searle (division of Pharmacia). GlaxoSmithKline (Glaxo was at 16 2/3%). AstraZeneca, TAP, Berlex, JOM including Alza and Centocor, parts of Merck and BMS where things were mixed between 16 2/3% and 20%, and more to come.** Some of our friends in retail that I have spoken with are pretty overwhelmed that we would be "driving" this process on their behalf. Of course, we are not solely responsible for this "normalizing" of AWP's but we have done our part as I have discusses with your previously. I have had conversations with Albertsons and Safeway and a few others.

18

# McKesson Document (continued)

Remember, "McKesson is doing this to improve our efficiencies in our BIS group." With mixed AWP spreads, our BIS group is required to make manual overrides (for every pricing activity) to input the First Data Bank AWP whenever there is a difference from our Suggested Sell or List Price. It could be stated as a benefit of the Sixth Sigma method of identifying defects. An "unintended consequence" is that **the profitability of our customers will be impacted in a appositive way. They will basically get 3 1/3% more profit on Rx's filled with this new AWP spread. (Just imagine what this would mean on drugs like Lipitor or Prilosec....**

This strategy might be of interest to Jack Fragie, Larry Greco, and others in discussions with our large national accounts, prospective new customers, and buying groups like Servall and IPC (that are continually asking for lower costs, more added value, and discounts beyond their contract language.......like Owens programs). **We have an opportunity to "market" our efforts now.** If we do not do this, its **possible that some of these accounts will believe this stuff just happens and the efforts will go unrecognized.** In my discussions, one of the comments that **was made was "this would certainly be a good reason to renew our agreement with McKesson when its time." Talk about being good partners, wow! This is worth further discussion as we go forward. Maybe, a proactive strategy like this will soften some of the activity around asking for lower costs and more benefit.**

# Estimated Damages to the State of Georgia

## ACTUAL DAMAGES

Our experts estimate that the FDB/McKesson fraud affected 40% of Georgia Medicaid's prescription drug spending from approximately September 1, 2001 to the present,* or approximately $2,135,298,622.**

Applying the average overcharge amount of 4.17% for affected transactions, Georgia Medicaid suffered approximately $89,041,953 in overcharge damages, or an average of $1,219,753 *per month*. Additional damages were likely incurred by the State Health Benefit Plan and other governmental entities.

* Data for FY2007 is not yet available, therefore data for FY2006 was used for FY2007 in order to obtain a rough estimate of damages through 9/31/07.

**Does not include physician-administered drugs