# EXHIBIT A

| | | |
|---|---|---|
| R. Christopher Cook/JonesDay<br>Extension x4-3734<br><br>05/20/2009 03:59 PM | To | "Lavine, Mark (USAFLS)" <Mark.Lavine@usdoj.gov> |
| | cc | "St.Peter-Griffith, Ann (USAFLS)" <Ann.St.Peter-Griffith@usdoj.gov>, "Henderson, George (USAMA)" <George.Henderson2@usdoj.gov>, "Jim Breen" |
| | bcc | |
| | Subject | RE: Correspondence |

Mark:

I have not asked you to agree to an extension of discovery, as I have not had a chance to look at these late produced documents. If I do make such a request, I hope you will consider the reasons I articulate before refusing to agree. Otherwise, I might conclude that this late production was just gamesmanship.

I'll see you tomorrow.

Chris

------------------------------------------------------
R. Christopher Cook
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
202-879-3734
703-624-3885 (cell)
------------------------------------------------------

"Lavine, Mark (USAFLS)" <Mark.Lavine@usdoj.gov>

| | | |
|---|---|---|
| **"Lavine, Mark (USAFLS)"**<br>**<Mark.Lavine@usdoj.gov>**<br><br>05/20/2009 03:33 PM | To | "R. Christopher Cook" <christophercook@JonesDay.com>, "John Reale" <JReale@kirkland.com>, "Reid, Sarah" <SREID@KelleyDrye.com>, "Neil Merkl" <NMERKL@KelleyDrye.com> |
| | cc | "St.Peter-Griffith, Ann (USAFLS)" <Ann.St.Peter-Griffith@usdoj.gov>, "Henderson, George (USAMA)" <George.Henderson2@usdoj.gov>, "Jim Breen" <jbreen@breenlaw.com>, "Brooker, Renee (CIV)" <Renee.Brooker@usdoj.gov> |
| | Subject | RE: Correspondence |

```
Chris,

Dr. Schondelmeyer is already in Washington, we are prepared to move
forward with the depositions as scheduled, and we do not agree to an
extension of discovery beyond the current cutoff.

Mark

-----Original Message-----
From: R. Christopher Cook [mailto:christophercook@JonesDay.com]
Sent: Wednesday, May 20, 2009 2:31 PM
```

```
To: Lavine, Mark (USAFLS)
Cc: St.Peter-Griffith, Ann (USAFLS); Henderson, George (USAMA); Jim
Breen; John Reale; Brooker, Renee (CIV); Reid, Sarah; Neil Merkl
Subject: Re: Correspondence
```

Mark:

Following up on my last email, I have conferred quickly with counsel for all defendants. Defendants do not wish to incur the expense of yet another day of deposition time any more than plaintiffs. Accordingly, we are willing to delay Dr. Schondelmeyer's deposition for a reasonable time in order to allow plaintiffs to complete the production in response to our subpoenas. If plaintiffs are not willing to such a mutually-agreeable delay, we must reserve our right to depose Dr. Schondelmeyer yet again at a later date. Given your late and incomplete production of material I requested in February, I see no other options.

Chris

---------------------------------------------------------
R. Christopher Cook
Jones Day
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
202-879-3734
703-624-3885 (cell)
---------------------------------------------------------

| | "Lavine, Mark (USAFLS)" <Mark.Lavine@usdoj.gov> | |
|---|---|---|
| To | | "R. Christopher Cook" <christophercook@JonesDay.com>, "Reid, Sarah" <SREID@KelleyDrye.com>, "John Reale" <JReale@kirkland.com> |
| | 05/20/2009 01:43 PM | |
| cc | <Ann.St.Peter-Griffith@usdoj.gov>, | "St.Peter-Griffith, Ann (USAFLS)" "Brooker, Renee (CIV)" <Renee.Brooker@usdoj.gov>, "Henderson, George (USAMA)" |

```
                                        <George.Henderson2@usdoj.gov>,
"Jim
                                        Breen" <jbreen@breenlaw.com>


Subject
                                        Correspondence
```

Please see attached correspondence.  Thanks.

Mark Lavine
Assistant U.S. Attorney
Health Care Fraud Coordinator
U.S. Attorney's Office
99 N.E. 4th St.
Miami, FL  33132
(305) 961-9303
 (See attached file: 2009.05.20 Letter.pdf)


==========
This e-mail (including any attachments) may contain information that is
private, confidential, or protected by attorney-client or other
privilege.
If you received this e-mail in error, please delete it from your system
without copying it and notify sender by reply e-mail, so that our
records can be corrected.
==========




==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========