# EXHIBIT 3

# KIRBY McINERNEY LLP

TELEPHONE:(212) 371-6600
(212) 317-2300
FACSIMILE:(212) 751-2540

*830 Third Avenue*
*New York City 10022*

## FACSIMILE TRANSMITTAL COVER SHEET

| | | |
|---|---|---|
| DATE | - | October 18, 2007 |
| COMPANY | - | Hughes Hubbard & Reed LLP |
| ATTENTION | - | Robert B. Funkhouser, Esq. |
| CC | - | |
| FAX NO. | - | (202) 721-4646 |
| RE | - | *City of New York and Consolidated NY Counties v. Abbott Labs, Inc., et al.* MDL no. 1456 (D. Mass.) (PBS) |
| FROM | - | Joanne M. Cicala |

We are transmitting ___3___ pages including this cover sheet.
If transmission is not complete, please call (512) 858-1800.

Thank You.

COMMENTS:

This facsimile transmission and the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney/client privilege or other privileges. The information is intended only for delivery to the individual or entity named below. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of this document.

# KIRBY MCINERNEY LLP

TELEPHONE: (212) 371-6600
(212) 317-2300
FACSIMILE: (212) 751-2540

*830 Third Avenue*
*New York, N.Y. 10022*

**BY: Fax and E-mail**

October 18, 2007

Robert B. Funkhouser, Esq.
Litigation Counsel
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, DC 20006-2401

    Re:   *City of New York and Consolidated NY Counties v. Abbott Labs, Inc., et al.*
             MDL No. 1456 (D. Mass.) (PBS)

Dear Robert:

    Thank you for your letter of October 12, 2007 regarding certain Merck drugs on our revised Exhibit B-24. While I am happy to discuss this with you further, I am writing to let you know that after thoughtful review of your letter and the information we have otherwise, we see absolutely no reason to agree to refrain from discovery on any of the drugs you highlight. I will run through each of your points in turn:

(1)   Judge Saris' order of July 30, 2007 directs a stay of discovery for "all drugs with spreads lower than 30%. COM 33 was intended to track this language. To the extent a formal correction of the CMO is required, we will seek that.

(2)   The timeframes used to calculate the weighted averages are entirely contemporaneous with the timeframes in which the reported AWP was in effect.

(3)   Absent full discovery from Merck, it is impossible for us to evaluate the true effect, if any, of the timing issues you describe.

(4)   A few responses. (a) Even assuming arguendo that the CMS utilization data is 100% accurate, low utilization does not moot fraud or the impact of such fraud on my clients' budgets. Every single dollar spent as a result of your client's false pricing practices could have been directed to my

## KIRBY MCINERNEY LLP

Robert B. Funkhouser, Esq.
October 18, 2007
Page Two

clients' pressing municipal needs. Your client simply must be sensitive to this fact; (b) the expenditure data you see in Exhibit B-24 for Elspar, Mefoxin and Mustargen does not include any reimbursements at actual cost.

(5) The utilization data we have obtained directly from New York State DOH shows reimbursements based on AWP for Pneumovax.

Best regards,

Joanne M. Cicala