# EXHIBIT 4

# KIRBY McINERNEY LLP

825 Third Avenue
New York, NY 10022
212.371.6600

Fax. 212.751.2540
WWW.KMLLP.COM

July 29, 2009

**BY: Email and Fax, (202) 721-4646**

Robert B. Funkhouser, Esq.
Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, DC 2006-2401

    Re:   *City of New York et al., v. Abbott Labs, et al.; State of Iowa v. Abbott Labs, et al.* (Merck Discovery)

Dear Robert:

I write regarding New York and Iowa discovery.

(1) Merck produced the corporate deposition of Merck (by Michael Bannon), dated July 12, 2006 and taken in the Wisconsin AG action. Will Merck produce the depositions of Merck witnesses Michael Doodson, Robert Dibbon, Carl Winfree, Rose Mary Hoy, Sam Jones and Kim Gwiadzinski taken in the Kentucky AG action?

(2) Merck produced AMPs for certain Merck drugs in a litigation context on January 10, 2008. Merck produced AMPs for other Merck drugs in a settlement context in the Fall of 2008. Will Merck agree that New York and Iowa can use all Merck AMPs as if produced for litigation purposes?

(3) Given the substantial overlap between the Merck drugs at issue in New York and Iowa and those at issue in the states represented by Miner Barnhill, will Merck agree that we may obtain a copy of all discovery it has produced to Miner Barnhill, including the extract from Merck's sales and transactional database?

Please let us have Merck's response by Tuesday, August 4, 2009. Thank you.

                            Best regards,

                            Joanne M. Cicala

cc:    Benjamin Blustein, Esq.

NEW YORK        TEXAS