# EXHIBIT 5


## Hughes
## Hubbard

Hughes Hubbard & Reed LLP
1775 I Street, N.W.
Washington, D.C. 20006-2401
Telephone: 202-721-4600
Fax: 202-721-4646
hugheshubbard.com

Robert B. Funkhouser
Litigation Counsel
Direct Dial: 202-721-4780
funkhous@hugheshubbard.com

August 4, 2009

BY EMAIL AND FAX

Joanne M. Cicala, Esq.
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022

Re:   *City of New York, et al., v. Abbott Labs, et al.; State of*
      *Iowa v. Abbott Labs, et al.* (Merck Discovery)

Dear Joanne:

  We plan to supplement Merck's document productions in the consolidated New York Counties and Iowa actions, including with the depositions taken in other AWP actions, as requested in your July 29 letter.

  You also proposed that: (1) all Merck AMP data produced in settlement discussions be treated as if produced for discovery purposes in these two actions; and (2) Merck agree that you may obtain a copy of all discovery Merck has produced to Miner Barnhill in the cases in which that firm represents States asserting AWP claims.

  We do not believe these broad requests comport with the applicable Orders entered by Judge Saris. In both cases, Judge Saris directed that discovery be stayed as to all drugs for which Plaintiff's alleged AWP spreads of 30% or less. Many of the drugs for which Merck provided plaintiffs with AMP data for settlement purposes are alleged to have spreads of less than 30%. Although your letter suggests substantial overlap between the relevant drugs in the Iowa and New York Counties cases and those at issue in the Miner Barnhill cases, the complaints in the Miner Barnhill cases allege spreads of less than 30% for virtually all Merck drugs. Moreover, several of the Merck drugs and NDCS as to which the New York or Iowa complaints have asserted AWP spreads in excess of 30% (typically by a few percentages or in some cases by a fraction of a percentage) relate to time periods for which CMS reports no utilization for the drugs by Iowa or by New York State. Accordingly, based on Judge Saris's prior rulings, there is no basis for discovery as to such drugs.

Joanne M. Cicala, Esq.
August 4, 2009
Page 2


        Merck will be supplementing its document productions with any additional
relevant documents as to drugs that have not been stayed, and will be providing additional
information under separate cover as to CMS utilization data and the time period points noted
above.

                                        Sincerely,

                                        Robert B. Funkhouser

60743638_1