# EXHIBIT 6

Chart of Devor Exhibit A NDCs Listed on, or Omitted from, Exhibit B-24

| NDCs from Devor Exhibit A | Drugs from Devor Exhibit A | Ex. B-24: Merck NDCs at Issue With Spreads of 30% and Above | Ex. B-24: Merck NDCs at Issue Between 25% and 30% | Not on Ex. B-24 |
|---|---|---|---|---|
| 00006074528 | HYZAAR 100-12.5 TABLET | | | X |
| 00006074531 | HYZAAR 100-12.5 TABLET | | | X |
| 00006074554 | HYZAAR 100-12.5 TABLET | | | X |
| 00006026609 | MAXALT 5 MG TABLET | | | X |
| 00006355348 | PEPCID RPD 20MG TABLET | | | X |
| 00006355431 | PEPCID RPD 40MG TABLET | | | X |
| 00006010686 | PRINIVIL 10MG TABLET | | | X |
| 00006001986 | PRINIVIL 5MG TABLET | | | X |
| 00006071287 | VASOTEC 5MG TABLET | | | X |
| 00006096058 | COZAAR 100MG TABLET | X | | |
| 00006095154 | COZAAR 25MG TABLET | X | | |
| 00006095158 | COZAAR 25MG TABLET | X | | |
| 00006095182 | COZAAR 25MG TABLET | X | | |
| 00006095258 | COZAAR 50MG TABLET | X | | |
| 00006095282 | COZAAR 50MG TABLET | X | | |
| 00006057143 | CRIXIVAN 200MG CAPSULE | X | | |
| 00006057465 | CRIXIVAN 333MG CAPSULE | X | | |
| 00006057318 | CRIXIVAN 400MG CAPSULE | X | | |
| 00006057340 | CRIXIVAN 400MG CAPSULE | X | | |
| 00006057354 | CRIXIVAN 400MG CAPSULE | X | | |
| 00006057362 | CRIXIVAN 400MG CAPSULE | X | | |
| 00006093628 | FOSAMAX 10MG TABLET | X | | |
| 00006093682 | FOSAMAX 10MG TABLET | X | | |
| 00006021231 | FOSAMAX 40MG TABLET | X | | |
| 00006074782 | HYZAAR 100-25 TABLET | X | | |
| 00006071758 | HYZAAR 50-12.5 TABLET | X | | |
| 00006071782 | HYZAAR 50-12.5 TABLET | X | | |
| 00006073061 | MEVACOR 10MG TABLET | X | | |
| 00006073182 | MEVACOR 20MG TABLET | X | | |
| 00006073261 | MEVACOR 40MG TABLET | X | | |
| 00006073282 | MEVACOR 40MG TABLET | X | | |
| 00006353904 | PEPCID 10MG/ML VIAL | X | | |
| 00006354114 | PEPCID 10MG/ML VIAL | X | | |
| 00006354120 | PEPCID 10MG/ML VIAL | X | | |
| 00006354149 | PEPCID 10MG/ML VIAL | X | | |
| 00006353750 | PEPCID 20MG PIGGYBACK | X | | |
| 00006010631 | PRINIVIL 10MG TABLET | X | | |
| 00006010654 | PRINIVIL 10MG TABLET | X | | |
| 00006010682 | PRINIVIL 10MG TABLET | X | | |
| 00006001558 | PRINIVIL 2.5MG TABLET | X | | |
| 00006020731 | PRINIVIL 20MG TABLET | X | | |
| 00006020782 | PRINIVIL 20MG TABLET | X | | |
| 00006023758 | PRINIVIL 40MG TABLET | X | | |
| 00006001958 | PRINIVIL 5MG TABLET | X | | |
| 00006001982 | PRINIVIL 5MG TABLET | X | | |
| 00006378464 | VIOXX 12.5MG/5ML ORAL SUSP | X | | |
| 00006011031 | VIOXX 25MG TABLET | X | | |
| 00006378564 | VIOXX 25MG/5ML ORAL SUSP | X | | |
| 00006011474 | VIOXX 50MG TABLET | X | | |
| 00006073528 | ZOCOR 10MG TABLET | X | | |
| 00006073531 | ZOCOR 10MG TABLET | X | | |

**Chart of Devor Exhibit A NDCs Listed on, or Omitted from, Exhibit B-24**

| NDCs from Devor Exhibit A | Drugs from Devor Exhibit A | Ex. B-24: Merck NDCs at Issue With Spreads of 30% and Above | Ex. B-24: Merck NDCs at Issue Between 25% and 30% | Not on Ex. B-24 |
|---|---|---|---|---|
| 00006073554 | ZOCOR 10MG TABLET | X | | |
| 00006073561 | ZOCOR 10MG TABLET | X | | |
| 00006073582 | ZOCOR 10MG TABLET | X | | |
| 00006074031 | ZOCOR 20MG TABLET | X | | |
| 00006074054 | ZOCOR 20MG TABLET | X | | |
| 00006074061 | ZOCOR 20MG TABLET | X | | |
| 00006074082 | ZOCOR 20MG TABLET | X | | |
| 00006074931 | ZOCOR 40MG TABLET | X | | |
| 00006074954 | ZOCOR 40MG TABLET | X | | |
| 00006074982 | ZOCOR 40MG TABLET | X | | |
| 00006072631 | ZOCOR 5MG TABLET | X | | |
| 00006072654 | ZOCOR 5MG TABLET | X | | |
| 00006072682 | ZOCOR 5MG TABLET | X | | |
| 00006054331 | ZOCOR 80MG TABLET | X | | |
| 00006054354 | ZOCOR 80MG TABLET | X | | |
| 00006054382 | ZOCOR 80MG TABLET | X | | |
| 00006362835 | COSOPT EYE DROPS | | X | |
| 00006362836 | COSOPT EYE DROPS | | X | |
| 00006096031 | COZAAR 100MG TABLET | | X | |
| 00006096054 | COZAAR 100MG TABLET | | X | |
| 00006096082 | COZAAR 100MG TABLET | | X | |
| 00006095231 | COZAAR 50MG TABLET | | X | |
| 00006095254 | COZAAR 50MG TABLET | | X | |
| 00006093631 | FOSAMAX 10MG TABLET | | X | |
| 00006093658 | FOSAMAX 10MG TABLET | | X | |
| 00006007721 | FOSAMAX 35MG TABLET | | X | |
| 00006007744 | FOSAMAX 35MG TABLET | | X | |
| 00006092531 | FOSAMAX 5MG TABLET | | X | |
| 00006092558 | FOSAMAX 5MG TABLET | | X | |
| 00006003144 | FOSAMAX 70MG TABLET | | X | |
| 00006074731 | HYZAAR 100-25 TABLET | | X | |
| 00006074754 | HYZAAR 100-25 TABLET | | X | |
| 00006074758 | HYZAAR 100-25 TABLET | | X | |
| 00006071731 | HYZAAR 50-12.5 TABLET | | X | |
| 00006071754 | HYZAAR 50-12.5 TABLET | | X | |
| 00006026706 | MAXALT 10 MG TABLET | | X | |
| 00006026709 | MAXALT 10 MG TABLET | | X | |
| 00006026606 | MAXALT 5 MG TABLET | | X | |
| 00006073161 | MEVACOR 20MG TABLET | | X | |
| 00006096331 | PEPCID 20MG TABLET | | X | |
| 00006096358 | PEPCID 20MG TABLET | | X | |
| 00006096382 | PEPCID 20MG TABLET | | X | |
| 00006096431 | PEPCID 40M6 TABLET | | X | |
| 00006096458 | PEPCID 40M6 TABLET | | X | |
| 00006096482 | PEPCID 40M6 TABLET | | X | |
| 00006353892 | PEPCID 40MG/5ML ORAL SUSP | | X | |
| 00006355331 | PEPCID RPD 20MG TABLET | | X | |
| 00006010658 | PRINIVIL 10MG TABLET | | X | |
| 00006010687 | PRINIVIL 10MG TABLET | | X | |
| 00006001531 | PRINIVIL 2.5MG TABLET | | X | |
| 00006020754 | PRINIVIL 20MG TABLET | | X | |

**Chart of Devor Exhibit A NDCs Listed on, or Omitted from, Exhibit B-24**

| NDCs from Devor Exhibit A | Drugs from Devor Exhibit A | Ex. B-24: Merck NDCs at Issue With Spreads of 30% and Above | Ex. B-24: Merck NDCs at Issue Between 25% and 30% | Not on Ex. B-24 |
|---|---|---|---|---|
| 00006020758 | PRINIVIL 20MG TABLET | | X | |
| 00006020787 | PRINIVIL 20MG TABLET | | X | |
| 00006001954 | PRINIVIL 5MG TABLET | | X | |
| 00006001987 | PRINIVIL 5MG TABLET | | X | |
| 00006007231 | PROSCAR 5MG TABLET | | X | |
| 00006007258 | PROSCAR 5MG TABLET | | X | |
| 00006007282 | PROSCAR 5MG TABLET | | X | |
| 00006011731 | SINGULAIR 10 MG TABLET | | X | |
| 00006011754 | SINGULAIR 10 MG TABLET | | X | |
| 00006351935 | TRUSOPT 2% EYE DROPS | | X | |
| 00006351936 | TRUSOPT 2% EYE DROPS | | X | |
| 00006071368 | VASOTEC 10MG TABLET | | X | |
| 00006071382 | VASOTEC 10MG TABLET | | X | |
| 00006001468 | VASOTEC 2.5MG TABLET | | X | |
| 00006071468 | VASOTEC 20MG TABLET | | X | |
| 00006071482 | VASOTEC 20MG TABLET | | X | |
| 00006071268 | VASOTEC 5MG TABLET | | X | |
| 00006071282 | VASOTEC 5MG TABLET | | X | |
| 00006007431 | VIOXX 12.5MG TABLET | | X | |
| 00006007468 | VIOXX 12.5MG TABLET | | X | |
| 00006007482 | VIOXX 12.5MG TABLET | | X | |
| 00006011068 | VIOXX 25MG TABLET | | X | |
| 00006011082 | VIOXX 25MG TABLET | | X | |
| 00006011431 | VIOXX 50MG TABLET | | X | |
| 00006011468 | VIOXX 50MG TABLET | | X | |
| 00006074961 | ZOCOR 40MG TABLET | | X | |
| 00006072661 | ZOCOR 5 MG TABLET | | X | |
| 00006054361 | ZOCOR 80MG TABLET | | X | |