# EXHIBIT 8

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No. 03-10643 |
| THIS DOCUMENT RELATES TO: | |
| *The City of New York v. Abbott Labs., et al.* (S.D.N.Y. No. 04-CV-06054) | Judge Patti B. Saris |
| *County of Nassau v. Abbott Labs., et al.* (E.D.N.Y. No. 04-CV-05126) | Magistrate Judge Marianne B. Bowler |
| and other cases listed on the following page | |

**AFFIDAVIT OF ERIC M. GAIER, Ph.D**

**October 5, 2009**

Affidavit of Eric M. Gaier, PhD

| | |
|---|---|
| THIS DOCUMENT RELATES TO:　　　　　） | ） |
| 　　　　　　　　　　　　　　　　　　　　） | ） |
| *County of Westchester v. Abbott Labs., et al.*　） | *County of Herkimer v. Abbott Labs., et al.*　） |
| (S.D.N.Y. No. 03-CV-6178)　　　　　　） | (N.D.N.Y. No. 05-CV-00415)　　　　　） |
| *County of Rockland v. Abbott Labs., et al.*　） | *County of Oneida v. Abbott Labs., et al.*　） |
| (S.D.N.Y. No. 03-CV-7055)　　　　　　） | (N.D.N.Y. No. 05-CV-00489)　　　　　） |
| *County of Putnam v. Abbott Labs., et al.*　） | *County of Fulton v. Abbott Labs., et al.*　） |
| (S.D.N.Y. No. 05-CV-04740)　　　　　） | (N.D.N.Y. No. 05-CV-00519)　　　　　） |
| *County of Dutchess v. Abbott Labs., et al.*　） | *County of St. Lawrence v. Abbott Labs., et al.*　） |
| (S.D.N.Y. No. 05-CV-06458)　　　　　） | (N.D.N.Y. No. 05-CV-00479)　　　　　） |
| *County of Orange v. Abbott Labs., et al.*　） | *County of Jefferson v. Abbott Labs., et al.*　） |
| (S.D.N.Y. Case No. 07-CV-2777)　　　） | (N.D.N.Y. No. 05-CV-00715)　　　　　） |
| *County of Washington v. Abbott Labs., et al.*　） | *County of Lewis v. Abbott Labs., et al.*　） |
| (N.D.N.Y. No. 05-CV-00408)　　　　　） | (N.D.N.Y. No. 05-CV-00839)　　　　　） |
| *County of Rensselaer v. Abbott Labs., et al.*　） | *County of Chautauqua v. Abbott Labs., et al.*　） |
| (N.D.N.Y. No. 05-CV-00422)　　　　　） | (W.D.N.Y. No. 05-CV-06204)　　　　） |
| *County of Albany v. Abbott Labs., et al*　） | *County of Allegany v. Abbott Labs., et al.*　） |
| (N.D.N.Y. No. 05-CV-00425)　　　　　） | (W.D.N.Y. No. 05-CV-06231)　　　　） |
| *County of Warren v. Abbott Labs., et al.*　） | *County of Cattaraugus v. Abbott Labs., et al.*　） |
| (N.D.N.Y. No. 05-CV-00468)　　　　　） | (W.D.N.Y. No. 05-CV-06242)　　　　） |
| *County of Greene v. Abbott Labs., et al.*　） | *County of Genesee v. Abbott Labs., et al.*　） |
| (N.D.N.Y. No. 05-CV-00474)　　　　　） | (W.D.N.Y. No. 05-CV-06206)　　　　） |
| *County of Saratoga v. Abbott Labs., et al.*　） | *County of Wayne v. Abbott Labs., et al.*　） |
| (N.D.N.Y. No. 05-CV-00478)　　　　　） | (W.D.N.Y. No. 05-CV-06138)　　　　） |
| *County of Columbia v. Abbott Labs., et al.*　） | *County of Monroe v. Abbott Labs., et al.*　） |
| (N.D.N.Y. No. 05-CV-00867)　　　　　） | (W.D.N.Y. No. 05-CV-06148)　　　　） |
| *Essex County v. Abbott Labs., et al.*　） | *County of Yates v. Abbott Labs., et al.*　） |
| (N.D.N.Y. No. 05-CV-00878)　　　　　） | (W.D.N.Y. No. 05-CV-06172)　　　　） |
| *County of Chenango v. Abbott Labs., et al.*　） | *County of Niagara v. Abbott Labs., et al.*　） |
| (N.D.N.Y. No. 05-CV-00354)　　　　　） | (W.D.N.Y. No. 05-CV-06296)　　　　） |
| *County of Broome v. Abbott Labs., et al.*　） | *County of Seneca v. Abbott Labs., et al.*　） |
| (N.D.N.Y. No. 05-CV-00456)　　　　　） | (W.D.N.Y. No. 05-CV-06370)　　　　） |
| *County of Onondaga v. Abbott Labs., et al.*　） | *County of Orleans v. Abbott Labs., et al.*　） |
| (N.D.N.Y. No. 05-CV-00088)　　　　　） | (W.D.N.Y. No. 05-CV-06371)　　　　） |
| *County of Tompkins v. Abbott Labs., et al.*　） | *County of Ontario v. Abbott Labs., et al.*　） |
| (N.D.N.Y. No. 05-CV-00397)　　　　　） | (W.D.N.Y. No. 05-CV-06373)　　　　） |
| *County of Cayuga v. Abbott Labs., et al.*　） | *County of Schuyler v. Abbott Labs., et al.*　） |
| (N.D.N.Y. No. 05-CV-00423)　　　　　） | (W.D.N.Y. No. 05-CV-06387)　　　　） |
| *County of Madison v. Abbott Labs., et al.*　） | *County of Chemung v. Abbott Labs., et al.*　） |
| (N.D.N.Y. No. 05-CV-00714)　　　　　） | (W.D.N.Y. No. 05-CV-06744)　　　　） |
| *County of Cortland v. Abbott Labs., et al.*　） | *County of Steuben v. Abbott Labs., et al.*　） |
| (N.D.N.Y. No. 05-CV-00881)　　　　　） | (W.D.N.Y. Case No. 05-CV-6223)　　　） |
| County of Ulster v. Abbott Labs., et al.　） | County of Wyoming v. Abbott Labs., et al.　） |
| (N.D.N.Y. Case No. 06-CV-0123)　　　） | (W.D.N.Y. Case No. 05-CV-6379)　　　） |

**City of Washington )**
　　　　　　　　　　　**:ss:**
**District of Columbia )**

Affidavit of Eric M. Gaier, PhD

(1)   Eric M. Gaier, Ph.D., being duly sworn, deposes and says:

(2)   I am a Partner and founding Member of Bates White, LLC ("Bates White"), a professional services firm that performs economic and statistical analysis in a variety of industries and forums. I specialize in performing economic and statistical analysis of pricing for antitrust, fraud, and other matters and investigating economic questions associated with class certification.

(3)   I have been retained as a consultant and expert on matters of pricing policy in a variety of industries, including health care and pharmaceutical pricing and reimbursement. For example, in District of Columbia v. CVS Corporation, et al., I offered testimony on behalf of the government of the District of Columbia concerning the effect on pricing and service quality of an acquisition of certain independent pharmacies by CVS Corporation. Before this Court, in *In Re Pharmaceutical Industry Average Wholesale Price Litigation*, I offered deposition and trial testimony concerning the effect of alleged fraudulent pricing practices of certain pharmaceutical manufacturers on Medicare and private payor payments for prescription drugs. In *State of Alabama v. AstraZeneca Pharmaceuticals LP*, I offered trial testimony concerning the effect of alleged fraudulent pricing practices of AstraZeneca on Alabama Medicaid Agency's payments for prescription drugs. I also offered deposition testimony in *The Commonwealth of Massachusetts v. Mylan Laboratories, et al.* concerning the effect of alleged fraudulent pricing practices of several generic drug manufacturers on the Massachusetts Medicaid program's (MassHealth) payments for prescription drugs. More recently, I offered three affidavits and deposition testimony in support of Defendant Glaxo SmithKline in the above captioned New York County cases. I have also consulted and testified concerning other health-care and non-health-care industry matters. A copy of my curriculum vitae is attached as Attachment A.

(4)   I submit this affidavit in support of Defendant Merck & Co., Inc.'s (Merck) Opposition to Plaintiffs' Motion to Compel Discovery in the above-captioned New York County cases. In particular, I have been asked to evaluate the Declaration of Harris L. Devor on behalf of Plaintiffs in this matter.[1]

(5)   Mr. Devor's declaration summarizes his calculations of "spread" between AMP and AWP for Merck drugs.[2] Mr. Devor's methodology utilizes quarterly AMP data previously produced by Merck, but calculates the percentage mark-up to the prevailing AWP, or "spread," on a daily basis. From these daily spread calculations, Mr. Devor computes an average annual "spread" for each year and NDC and compares the result to a 30% benchmark. Mr. Devor identifies 130 NDCs (belonging to 15 drug families) that have an average annual AWP to AMP "spread" above 30% for at least one year. In his supporting tables, Mr. Devor reports 387 NDC-year combinations for which he finds AWP to AMP

---

[1]   Declaration of Harris L. Devor, *The City of New York, et al. v. Abbott Laboratories, et al.,* 01-12257-PBS (D. Mass. September 4, 2009).

[2]   Throughout this affidavit, I will refer to Mr. Devor's AWP to AMP spread calculations interchangeably as Devor spread or "spread," in order to distinguish it from the spread adopted by this Court in the MDL as the difference between AWP and average sales price and the spread calculations Plaintiffs have previously offered to this Court that measure the difference between AWP and average acquisition cost.

"spreads" above 30%. Based on Mr. Devor's analysis, Plaintiffs assert that "spreads" are "consistently over 30% on an annual basis" for these NDCs.[3]

(6) As shown in Figure 1 below, I replicated Mr. Devor's methodology for all NDCs and years (hereinafter "NDC-years") reported by Mr. Devor and determined that nearly one-half of all relevant New York Medicaid expenditures for the 130 NDCs are associated with average NDC-year "spreads" less than 30%.[4] Moreover, over three quarters of relevant New York Medicaid expenditures for these NDCs are associated with NDC-years having average annual "spreads" less than 32%.[5] In addition, only four NDC-years, having combined total Medicaid expenditures of less than $8,000, have "spreads" above 50%. Thus, the results shown in Figure 1 demonstrate that there are no "mega-spreads" for the 130 Merck NDCs reported by Mr. Devor.

**Figure 1: Distribution of Devor "spreads" and expenditures[6]**

| Devor "spread" | NDC-Years | New York Medicaid expenditures | Percentage of total expenditures | Cumulative expenditures percentage |
|---|---|---|---|---|
| Less than 30.0% | 518 | $556,651,330 | 46.1% | 46.1% |
| Between 30.0% & 30.5% | 74 | $134,241,024 | 11.1% | 57.3% |
| Between 30.5% & 31.0% | 49 | $124,405,923 | 10.3% | 67.6% |
| Between 31.0% & 31.5% | 54 | $42,109,857 | 3.5% | 71.0% |
| Between 31.5% & 32.0% | 54 | $67,794,209 | 5.6% | 76.7% |
| Between 32.0% & 32.5% | 11 | $14,072,334 | 1.2% | 77.8% |
| Between 32.5% & 33.0% | 19 | $19,461,585 | 1.6% | 79.4% |
| Between 33.0% & 35.0% | 70 | $219,063,411 | 18.2% | 97.6% |
| Between 35.0% & 40.0% | 67 | $27,251,339 | 2.3% | 99.9% |
| Between 40.0% & 50.0% | 16 | $1,738,060 | 0.1% | 100.0% |
| Greater than 50.0% | 4 | $7,831 | 0.0% | 100.0% |
| **Total** | **936** | **$1,206,796,903** | **100.0%** | |

(7) The results reported by Mr. Devor are a misleading representation of overall pricing patterns for Merck NDCs. The example of Singulair 10mg tablet (NDC 00006011731), shown in Figure 2, illustrates this. Applying Mr. Devor's methodology to all years of available data, I find that this NDC

---

[3] Plaintiffs' Memorandum in Support of Motion to Compel Discovery from Defendant Merck & Co. Inc, at 2, *The City of New York, et al. v. Abbott Laboratories, et al.*, 01-12257-PBS (D. Mass. September 4, 2009).

[4] Mr. Devor has not provided the backup materials supporting his calculations. Thus, the New York Medicaid expenditure statistics presented throughout this affidavit are based on New York Medicaid claims data produced on December 16, 2008. These statistics differ from those reported by Mr. Devor, however, the differences are small. The source of Mr. Devor's expenditures is not clear.

[5] AMP is defined as the average manufacturer revenue received from *wholesalers* for sales to the retail class of trade. Thus, the AMP includes discounts offered to wholesalers (such as a 2% prompt pay discount) that may not be passed on to retailers and excludes wholesaler mark-ups. As a result AMP understates acquisition costs paid by providers and AWP to AMP spreads overstate AWP to acquisition cost spreads.

[6] Over 96% of the expenditures associated with Devor "spread" above 33% are associated with one drug family: Zocor.

has an AWP to AMP "spread" of less than 30% for every year except 2005, when it exceeds the threshold by less than 3 tenths of one percent. However, in his declaration, Mr. Devor presents only the "spread" for 2005. Moreover, the average AMP to AWP "spread" calculated across all years of available data for this NDC is below 30% and the vast majority of New York Medicaid expenditures are associated with time periods having "spreads" below 30%. Having only 1 of 8 years with a "spread" only slightly above 30% does not support a conclusion, in my opinion, that "spreads" were "consistently over 30% on an annual basis."[7]

**Figure 2: Devor "spread" and expenditures for Singulair (NDC 00006011731)**

| Year | Devor "spread" | New York Medicaid expenditures |
|---|---|---|
| 1998 | 22.72% | $986,539 |
| 1999 | 23.41% | $3,084,193 |
| 2000 | 27.94% | $5,385,336 |
| 2001 | 29.18% | $8,059,210 |
| 2002 | 29.67% | $11,180,105 |
| 2003 | 29.65% | $16,241,439 |
| 2004 | 29.99% | $21,473,469 |
| 2005 | 30.28% | $23,826,535 |
| **Overall average** | **28.00%** | **$90,236,826** |

(8) The pattern illustrated in Figure 2 for Singulair is prevalent for many other Merck NDCs. Indeed, for the 130 Merck NDCs for which Mr. Devor presents "spreads", the average number of years for which "spreads" exceed 30% is less than 3 years.[8] At the same time, these 130 NDCs have, on average, more than 7 years of data available to calculate Mr. Devor's "spreads." Thus, using Mr. Devor's own methodology, the average Merck NDC reported by Mr. Devor has "spreads" below 30% for the majority of the time period for which data are available. Indeed, of the 936 NDC-years at issue for these 130 NDCs, 518 NDC-years have "spreads" below 30%. In Attachment B, I report for each NDC the number of years for which data are available along with the number of years in which "spreads" exceed 30%.

(9) In addition, I calculate the overall average AMP to AWP "spread" across the entire period of available data. I find that these overall average "spreads" are below 30% for 77 out of the 130 NDCs reported by Mr. Devor. Of the remaining 53 NDCs, I note that 31 NDCs belong to two drug families—Zocor and Pepcid—and 22 NDCs have "spreads" only marginally over 30% or have very low expenditures. The overall average "spreads," expenditures, and number of years with spreads exceeding 30% are shown below in Figure 3 for these 22 NDCs. I report overall average "spreads" for all 130 NDCs reported by Mr. Devor in Attachment B.

---

[7] Plaintiffs' Memorandum in Support of Motion to Compel Discovery from Defendant Merck & Co. Inc, at 2, *The City of New York, et al. v. Abbott Laboratories, et al.*, 01-12257-PBS (D. Mass. September 4, 2009).

[8] For 130 NDCs, Mr. Devor shows 387 NDC-year combinations with spread great than 30%. Thus, on average there are 2.9 years with spread over 30% for each NDC.

Figure 3: NDCs with overall "spread" above 30% (excluding Zocor and Pepcid)

| NDC | Drug name | Overall AMP to AWP "spread" | New York Medicaid expenditures[9] | Years of available data | Years with Devor-reported "spreads" exceeding 30% |
|---|---|---|---|---|---|
| 00006096031 | COZAAR 100MG TABLET | 30.1% | $6,166,125 | 7 | 3 |
| 00006096058 | COZAAR 100MG TABLET | 30.1% | $7,530,673 | 7 | 3 |
| 00006071782 | HYZAAR 50-12.5TABLET | 30.1% | $112,131 | 8 | 3 |
| 00006026709 | MAXALT 10MG TABLET | 30.1% | $1,205,659 | 2 | 1 |
| 00006007721 | FOSAMAX 35MG TABLET | 30.2% | $56 | 5 | 2 |
| 00006007744 | FOSAMAX 35MG TABLET | 30.2% | $921 | 5 | 2 |
| 00006007282 | PROSCAR 5MG TABLET | 30.2% | $1,085 | 3 | 3 |
| 00006095154 | COZAAR 25MG TABLET | 30.3% | $4,508,292 | 9 | 5 |
| 00006095158 | COZAAR 25MG TABLET | 30.3% | $5,240,801 | 9 | 5 |
| 00006003144 | FOSAMAX 70MG TABLET | 30.3% | $84,392,858 | 6 | 4 |
| 00006001531 | PRINIVIL 2.5MG TABLET | 30.3% | $46,241 | 9 | 2 |
| 00006001558 | PRINIVIL 2.5MG TABLET | 30.3% | $263,579 | 9 | 2 |
| 00006026609 | MAXALT 5MG TABLET | 31.4% | $0 | 2 | 1 |
| 00006096082 | COZAAR 100MG TABLET | 31.7% | $4,933 | 3 | 2 |
| 00006095182 | COZAAR 25MG TABLET | 31.7% | $3,797 | 3 | 3 |
| 00006096054 | COZAAR 100MG TABLET | 31.8% | $2,583,113 | 3 | 3 |
| 00006074754 | HYZAAR 100-25TABLET | 31.8% | $1,639,229 | 3 | 3 |
| 00006074782 | HYZAAR 100-25TABLET | 31.8% | $54,012 | 3 | 2 |
| 00006073061 | MEVACOR 10MG TABLET | 35.4% | $667,633 | 9 | 6 |
| 00006074528 | HYZAAR 100-12.5TABLET | 37.5% | $0 | 1 | 1 |
| 00006074531 | HYZAAR 100-12.5TABLET | 37.5% | $0 | 1 | 1 |
| 00006074554 | HYZAAR 100-12.5TABLET | 37.5% | $0 | 1 | 1 |

(10) At a conceptual level, there are several issues associated with AMP-based "spread" calculations. For instance:

- AMP is calculated quarterly whereas the AWP changes on a particular date

- AMPs include discounts to wholesalers, such as a 2% prompt payment discount, which may not be passed on to providers, thus understating the provider acquisition cost

- AMP excludes mark-ups sometimes applied by wholesalers in their sales to providers, thus understating the provider acquisition cost

- AMPs include a number of transaction types—including rebates, returns, and credits—that may not be issued at the time of a sale, leading to idiosyncratic fluctuations[10]

---

[9]  As previously mentioned, the expenditures reported here differ from those reported by Mr. Devor by a small magnitude. For example, Mr. Devor reports expenditures of $140, $1,132, and $559 for the three Hyzaar 100-12.5 tablets listed in Figure 3 while the claims data produced on December 16, 2008 show no expenditures for these NDCs.

[10]  For example, rebates earned on larger past utilization and paid during periods of declining sales volume can generate large fluctuations in AMP, especially after an NDC's patent has expired.

For these reasons, idiosyncratic changes in AMP may result in transitory periods of "spread" exceeding 30% that are not supportive of Plaintiffs' conclusion that "spreads" were "consistently over 30% on an annual basis." Figure 4 demonstrates this phenomenon for the Singulair 10mg tablet. In particular, in Figure 4, I compare a 30% mark-up over AMP to the AWP from First DataBank. I find that the AWP tracks and is generally below the 30% mark-up over AMP, despite transitory periods in which the AWP slightly exceeds the 30% mark-up over AMP.

**Figure 4: FDB AWP and 30% mark-up over AMP for Singulair (NDC 00006011731)**

Note: Vertical lines denote dates of AWP changes (sources: FDB, Merck AMP data)

This the 5th day of October, 2009.

_____

Eric M. Gaier, Ph.D.
Bates White, LLC
Affiant

Sworn to and subscribed before me this
5th day of October, 2009.

_____
**Notary Public**

My Commission Expires: _____ SHENETTA M. HARDEMAN-JONES
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 14, 2014

Affidavit of Eric M. Gaier, PhD

**Attachment A**

**Curriculum vitae of Eric M. Gaier, Ph.D.**

## Summary of experience

Dr. Eric M. Gaier is a Partner and founding member of Bates White, LLC. Dr. Gaier has significant experience in the application of economic and statistical analysis to antitrust, civil fraud, and other economic and financial issues. He specializes in analysis of class certification, pricing, and alleged anticompetitive conduct including market definition, market power, competitive impact, countervailing efficiencies, and damages. Dr. Gaier has testified and consulted for government, law firm, and corporate clients across a variety of industries including retail sales, agriculture, pharmaceuticals, health care, medical devices, technology, transportation, commercial aviation, aerospace manufacturing, and defense procurement.

## Areas of expertise

- Health care
- Pricing policy
- Antitrust analysis
- Class certification
- Econometric and statistical analysis

## Prior testimony within the last four years

- *City of New York, et al. v. Abbott Laboratories, et al*., U.S. District Court for District of Massachusetts (Deposition: January 2009)
- *The Commonwealth of Massachusetts v. Mylan Laboratories, et al.*, U.S. District Court for District of Massachusetts (Deposition: April 2008)
- *State of Alabama v. Abbott Labs., Inc., et al.*, Circuit Court of Montgomery County, Alabama (Depositions: January 2008, September 2008; Trial Testimony: February 2008).
- *Static Control Components, Inc. et al. v. Lexmark International, Inc.*, U.S. District Court for the Eastern District of Kentucky (Deposition: November 2006, Trial Testimony: June 2007).
- *In re: Pharmaceutical Industry Average Wholesale Price Litigation,* U.S. District Court for District of Massachusetts (Depositions: November 2004, April 2006; Trial Testimony: November 2006).
- *District of Columbia v. CVS Corporation, et al.*, Superior Court of the District of Columbia Civil Division (Depositions: May 2004, June 2004).

## Professional experience

Prior to joining Bates White, Dr. Gaier served as an Associate of A.T. Kearney. Previously he was a Research Fellow for the Technology Assessment Program, of the Logistics Management Institute. Dr. Gaier has served as a Consultant to the Panel on Statistical Methods for Evaluating Defense Systems

of the National Research Council and as an Instructor with the Department of Economics at Duke University.

## Education

- Ph.D., Economics, Duke University
- M.A., Economics, Duke University
- B.A., Economics, Florida State University

## Publications

- "Forecasting and Economic Analysis for Aviation Systems Engineering," (with Peter F. Kostiuk), in *Air Transportation Systems Engineering*, Progress in Astronautics and Aeronautics Series, Volume 193, George L. Donohue, Andres G. Zellweger, Herman Rediess, and Christian Pusch, eds. Lexington, MA: American Institute of Aeronautics and Astronautics, 2001.
- "Strategic Information Generation and Transmission: The Evolution of Institutions in Department of Defense Operational Testing," (with Robert C. Marshall), in *Statistics Testing, and Defense Acquisition—Background Papers*, Michael Cohen, Duane L. Steffey, and John E. Rolph, eds., Washington D.C.: National Academy Press, 1999.
- "The Economic Impacts of Air Traffic Congestion," (with Peter F. Kostiuk and Dou Long) *Air Traffic Control Quarterly*, pp. 123–145, Volume 7, Number 2 1999.
- *The ASAC Air Carrier Cost-Benefit Model* (with Tara E. Santmire, Alexander P. Edlich, and Earl R. Wingrove), NASA Contractor Report 1999–208983, January 1999.
- *A Method for Forecasting the Commercial Air Traffic Schedule in the Future* (with Dou Long, David A. Lee, Jesse P. Johnson and Peter F. Kostiuk), NASA Contractor Report 1999-208987, January 1999.
- *Modeling Air Traffic Management Technologies with a Queuing Network Model of the National Airspace System* (with Dou Long, David A. Lee, Jesse Johnson, and Peter F. Kostiuk), NASA Contractor Report 1999-208988, January 1999.
- *The ASAC Air Carrier Investment Model: Third Generation* (with Earl R. Wingrove, Jesse P. Johnson, and Tara E. Santmire) NASA Contractor Report 1998-207656, April 1998.
- *Air Cargo Operations Cost Database* (with Jesse P. Johnson) NASA Contractor Report 1998-207655, April 1998.

## Professional associations

- American Economic Association
- American Bar Association (Associate Member)
- International Health Economics Association

Affidavit of Eric M. Gaier, PhD

# Attachment B

## AWP/AMP "spreads" across time using Devor methodology

**Attachment B: AWP/AMP "spreads" across time using Devor methodology**

| NDC | Drug | Overall Devor spread | NY Medicaid expenditures | Total years with AMP & AWP data | Devor-reported years with "spreads" above 30% |
|---|---|---|---|---|---|
| 00006362835 | COSOPT EYE DROPS | 29.9% | $6,465,074 | 5 | 2 |
| 00006362836 | COSOPT EYE DROPS | 29.9% | $15,203,411 | 5 | 2 |
| 00006096031 | COZAAR 100MG TABLET | 30.1% | $6,166,125 | 7 | 3 |
| 00006096054 | COZAAR 100MG TABLET | 31.8% | $2,583,113 | 3 | 3 |
| 00006096058 | COZAAR 100MG TABLET | 30.1% | $7,530,673 | 7 | 3 |
| 00006096082 | COZAAR 100MG TABLET | 31.7% | $4,933 | 3 | 2 |
| 00006095154 | COZAAR 25MG TABLET | 30.3% | $4,508,292 | 9 | 5 |
| 00006095158 | COZAAR 25MG TABLET | 30.3% | $5,240,801 | 9 | 5 |
| 00006095182 | COZAAR 25MG TABLET | 31.7% | $3,797 | 3 | 3 |
| 00006095231 | COZAAR 50MG TABLET | 29.8% | $10,792,441 | 9 | 5 |
| 00006095254 | COZAAR 50MG TABLET | 29.9% | $10,056,946 | 9 | 5 |
| 00006095258 | COZAAR 50MG TABLET | 29.9% | $20,817,137 | 9 | 5 |
| 00006095282 | COZAAR 50MG TABLET | 29.9% | $616,139 | 9 | 5 |
| 00006057143 | CRIXIVAN 200MG CAPSULE | 29.0% | $1,100,770 | 9 | 1 |
| 00006057465 | CRIXIVAN 333MG CAPSULE | 29.3% | $1,249,581 | 7 | 1 |
| 00006057318 | CRIXIVAN 400MG CAPSULE | 29.5% | $67,973 | 7 | 1 |
| 00006057340 | CRIXIVAN 400MG CAPSULE | 29.7% | $3,006,598 | 5 | 1 |
| 00006057354 | CRIXIVAN 400MG CAPSULE | 29.0% | $10,368,708 | 9 | 1 |
| 00006057362 | CRIXIVAN 400MG CAPSULE | 29.0% | $102,948,560 | 9 | 1 |
| 00006093628 | FOSAMAX 10MG TABLET | 28.0% | $121 | 9 | 2 |
| 00006093631 | FOSAMAX 10MG TABLET | 28.0% | $12,623,206 | 9 | 5 |
| 00006093658 | FOSAMAX 10MG TABLET | 28.0% | $12,413,599 | 9 | 5 |
| 00006093682 | FOSAMAX 10MG TABLET | 28.0% | $214,361 | 9 | 5 |
| 00006007721 | FOSAMAX 35MG TABLET | 30.2% | $56 | 5 | 2 |
| 00006007744 | FOSAMAX 35MG TABLET | 30.2% | $921 | 5 | 2 |
| 00006021231 | FOSAMAX 40MG TABLET | 28.0% | $354,608 | 9 | 1 |
| 00006092531 | FOSAMAX 5MG TABLET | 28.0% | $3,207,795 | 9 | 4 |
| 00006092558 | FOSAMAX 5MG TABLET | 28.0% | $1,796,131 | 9 | 4 |
| 00006003144 | FOSAMAX 70MG TABLET | 30.3% | $84,392,858 | 6 | 4 |
| 00006074528 | HYZAAR 100-12.5TABLET | 37.5% | $0 | 1 | 1 |
| 00006074531 | HYZAAR 100-12.5TABLET | 37.5% | $0 | 1 | 1 |
| 00006074554 | HYZAAR 100-12.5TABLET | 37.5% | $0 | 1 | 1 |
| 00006074731 | HYZAAR 100-25TABLET | 29.9% | $10,605,130 | 8 | 3 |
| 00006074754 | HYZAAR 100-25TABLET | 31.8% | $1,639,229 | 3 | 3 |
| 00006074758 | HYZAAR 100-25TABLET | 29.9% | $9,662,905 | 8 | 3 |
| 00006074782 | HYZAAR 100-25TABLET | 31.8% | $54,012 | 3 | 2 |
| 00006071731 | HYZAAR 50-12.5TABLET | 29.7% | $9,600,575 | 9 | 3 |
| 00006071754 | HYZAAR 50-12.5TABLET | 29.7% | $2,797,263 | 9 | 3 |
| 00006071758 | HYZAAR 50-12.5TABLET | 29.7% | $9,361,443 | 9 | 3 |
| 00006071782 | HYZAAR 50-12.5TABLET | 30.1% | $112,131 | 8 | 3 |
| 00006026706 | MAXALT 10MG TABLET | 27.4% | $6,003,533 | 8 | 1 |
| 00006026709 | MAXALT 10MG TABLET | 30.1% | $1,205,659 | 2 | 1 |
| 00006026606 | MAXALT 5MG TABLET | 27.6% | $1,747,027 | 8 | 1 |

Affidavit of Eric M. Gaier, PhD                                                                                              Attachment B

| NDC | Drug | Overall Devor spread | NY Medicaid expenditures | Total years with AMP & AWP data | Devor-reported years with "spreads" above 30% |
|---|---|---|---|---|---|
| 00006026609 | MAXALT 5MG TABLET | 31.4% | $0 | 2 | 1 |
| 00006073061 | MEVACOR 10MG TABLET | 35.4% | $667,633 | 9 | 6 |
| 00006073161 | MEVACOR 20MG TABLET | 29.1% | $19,984,110 | 9 | 2 |
| 00006073182 | MEVACOR 20MG TABLET | 29.1% | $502,091 | 9 | 2 |
| 00006073261 | MEVACOR 40MG TABLET | 29.8% | $12,208,766 | 9 | 4 |
| 00006073282 | MEVACOR 40MG TABLET | 29.8% | $150,942 | 9 | 4 |
| 00006353904 | PEPCID 10MG/ML VIAL | 48.1% | $18,347 | 9 | 5 |
| 00006354114 | PEPCID 10MG/ML VIAL | 37.5% | $30,929 | 9 | 5 |
| 00006354120 | PEPCID 10MG/ML VIAL | 38.9% | $12,958 | 8 | 5 |
| 00006354149 | PEPCID 10MG/ML VIAL | 37.9% | $4,381 | 9 | 5 |
| 00006353750 | PEPCID 20MG PIGGYBACK | 31.8% | $1,063 | 9 | 4 |
| 00006096331 | PEPCID 20MG TABLET | 30.4% | $26,098,456 | 9 | 5 |
| 00006096358 | PEPCID 20MG TABLET | 30.4% | $33,429,683 | 9 | 5 |
| 00006096382 | PEPCID 20MG TABLET | 30.8% | $3,371,192 | 7 | 5 |
| 00006096431 | PEPCID 40MG TABLET | 29.6% | $5,243,041 | 9 | 3 |
| 00006096458 | PEPCID 40MG TABLET | 29.6% | $3,530,157 | 9 | 3 |
| 00006096482 | PEPCID 40MG TABLET | 29.9% | $29,203 | 7 | 2 |
| 00006353892 | PEPCID 40MG/5ML ORAL SUSP | 31.7% | $2,209,506 | 9 | 2 |
| 00006355331 | PEPCID RPD 20MG TABLET | 28.9% | $21,441 | 4 | 1 |
| 00006355348 | PEPCID RPD 20MG TABLET | 28.9% | $0 | 4 | 1 |
| 00006355431 | PEPCID RPD 40MG TABLET | 30.4% | $0 | 5 | 1 |
| 00006010631 | PRINIVIL 10MG TABLET | 29.7% | $299,097 | 9 | 2 |
| 00006010654 | PRINIVIL 10MG TABLET | 29.6% | $11,179 | 4 | 1 |
| 00006010658 | PRINIVIL 10MG TABLET | 29.7% | $5,139,473 | 9 | 2 |
| 00006010682 | PRINIVIL 10MG TABLET | 28.4% | $268,538 | 9 | 2 |
| 00006010686 | PRINIVIL 10MG TABLET | 24.2% | $0 | 6 | 1 |
| 00006010687 | PRINIVIL 10MG TABLET | 27.1% | $24,120 | 9 | 2 |
| 00006001531 | PRINIVIL 2.5MG TABLET | 30.3% | $46,241 | 9 | 2 |
| 00006001558 | PRINIVIL 2.5MG TABLET | 30.3% | $263,579 | 9 | 2 |
| 00006020731 | PRINIVIL 20MG TABLET | 29.2% | $303,497 | 9 | 2 |
| 00006020754 | PRINIVIL 20MG TABLET | 29.8% | $29,515 | 4 | 1 |
| 00006020758 | PRINIVIL 20MG TABLET | 29.2% | $4,993,239 | 9 | 2 |
| 00006020782 | PRINIVIL 20MG TABLET | 27.9% | $273,803 | 9 | 2 |
| 00006020787 | PRINIVIL 20MG TABLET | 26.1% | $1,804 | 9 | 2 |
| 00006023758 | PRINIVIL 40MG TABLET | 29.7% | $4,655,824 | 9 | 2 |
| 00006001954 | PRINIVIL 5MG TABLET | 29.9% | $4,095 | 4 | 1 |
| 00006001958 | PRINIVIL 5MG TABLET | 29.9% | $2,478,836 | 9 | 2 |
| 00006001982 | PRINIVIL 5MG TABLET | 28.6% | $89,666 | 9 | 2 |
| 00006001986 | PRINIVIL 5MG TABLET | 28.7% | $0 | 8 | 2 |
| 00006001987 | PRINIVIL 5MG TABLET | 28.6% | $6,222 | 9 | 2 |
| 00006007231 | PROSCAR 5MG TABLET | 29.5% | $9,847,527 | 9 | 4 |
| 00006007258 | PROSCAR 5MG TABLET | 29.5% | $18,354,838 | 9 | 4 |
| 00006007282 | PROSCAR 5MG TABLET | 30.2% | $1,085 | 3 | 3 |
| 00006011731 | SINGULAIR 10MG TABLET | 28.0% | $90,236,826 | 8 | 1 |
| 00006011754 | SINGULAIR 10MG TABLET | 28.0% | $45,140,564 | 8 | 1 |

Affidavit of Eric M. Gaier, PhD                                                                                       Attachment B

| NDC | Drug | Overall Devor spread | NY Medicaid expenditures | Total years with AMP & AWP data | Devor-reported years with "spreads" above 30% |
|---|---|---|---|---|---|
| 00006351935 | TRUSOPT 2% EYE DROPS | 29.7% | $669,505 | 5 | 1 |
| 00006351936 | TRUSOPT 2% EYE DROPS | 29.8% | $1,554,508 | 5 | 2 |
| 00006071368 | VASOTEC 10MG TABLET | 29.8% | $23,792,332 | 8 | 2 |
| 00006071382 | VASOTEC 10MG TABLET | 29.8% | $693,897 | 9 | 1 |
| 00006001468 | VASOTEC 2.5MG TABLET | 29.5% | $5,321,002 | 8 | 1 |
| 00006071468 | VASOTEC 20MG TABLET | 29.3% | $20,947,856 | 8 | 1 |
| 00006071482 | VASOTEC 20MG TABLET | 29.3% | $531,615 | 9 | 1 |
| 00006071268 | VASOTEC 5MG TABLET | 29.7% | $20,887,809 | 8 | 2 |
| 00006071282 | VASOTEC 5MG TABLET | 29.7% | $1,086,507 | 9 | 1 |
| 00006071287 | VASOTEC 5MG TABLET | 28.2% | $0 | 8 | 1 |
| 00006007431 | VIOXX 12.5MG TABLET | 28.8% | $1,306,082 | 7 | 4 |
| 00006007468 | VIOXX 12.5MG TABLET | 28.8% | $16,381,645 | 7 | 4 |
| 00006007482 | VIOXX 12.5MG TABLET | 28.8% | $43,150 | 7 | 4 |
| 00006378464 | VIOXX 12.5MG/5ML ORAL SUSP | 28.0% | $98,608 | 7 | 2 |
| 00006011031 | VIOXX 25MG TABLET | 28.2% | $12,055,582 | 7 | 1 |
| 00006011068 | VIOXX 25MG TABLET | 28.2% | $111,823,754 | 7 | 1 |
| 00006011082 | VIOXX 25MG TABLET | 28.2% | $2,776,936 | 7 | 1 |
| 00006378564 | VIOXX 25MG/5ML ORAL SUSP | 28.1% | $120,864 | 7 | 2 |
| 00006011431 | VIOXX 50MG TABLET | 29.3% | $135,827 | 6 | 1 |
| 00006011468 | VIOXX 50MG TABLET | 29.3% | $1,389,512 | 6 | 1 |
| 00006011474 | VIOXX 50MG TABLET | 29.3% | $958 | 6 | 1 |
| 00006073528 | ZOCOR 10MG TABLET | 33.5% | $162,833 | 9 | 8 |
| 00006073531 | ZOCOR 10MG TABLET | 35.5% | $8,129,369 | 5 | 5 |
| 00006073554 | ZOCOR 10MG TABLET | 33.5% | $13,838,182 | 9 | 8 |
| 00006073561 | ZOCOR 10MG TABLET | 33.1% | $16,753,353 | 9 | 7 |
| 00006073582 | ZOCOR 10MG TABLET | 33.5% | $746,994 | 9 | 8 |
| 00006074031 | ZOCOR 20MG TABLET | 34.3% | $53,791,981 | 5 | 5 |
| 00006074054 | ZOCOR 20MG TABLET | 34.3% | $33,287,286 | 5 | 5 |
| 00006074061 | ZOCOR 20MG TABLET | 31.2% | $75,436,424 | 9 | 5 |
| 00006074082 | ZOCOR 20MG TABLET | 32.4% | $7,897,439 | 9 | 7 |
| 00006074931 | ZOCOR 40MG TABLET | 33.8% | $38,166,494 | 5 | 5 |
| 00006074954 | ZOCOR 40MG TABLET | 33.8% | $21,626,221 | 5 | 5 |
| 00006074961 | ZOCOR 40MG TABLET | 30.8% | $32,574,473 | 9 | 4 |
| 00006074982 | ZOCOR 40MG TABLET | 33.8% | $1,489,674 | 5 | 5 |
| 00006072631 | ZOCOR 5MG TABLET | 35.9% | $661,941 | 5 | 5 |
| 00006072654 | ZOCOR 5MG TABLET | 35.4% | $1,300,178 | 9 | 9 |
| 00006072661 | ZOCOR 5MG TABLET | 34.1% | $2,273,991 | 9 | 7 |
| 00006072682 | ZOCOR 5MG TABLET | 35.9% | $578 | 5 | 3 |
| 00006054331 | ZOCOR 80MG TABLET | 33.5% | $5,604,603 | 5 | 5 |
| 00006054354 | ZOCOR 80MG TABLET | 33.5% | $2,530,505 | 5 | 5 |
| 00006054361 | ZOCOR 80MG TABLET | 31.0% | $2,398,187 | 7 | 4 |
| 00006054382 | ZOCOR 80MG TABLET | 33.5% | $1,147 | 5 | 2 |