# EXHIBIT D

**Draycott, Justin (CIV)**

| | |
|---|---|
| **From:** | David S. Torborg [dstorborg@JonesDay.com] |
| **Sent:** | Wednesday, March 11, 2009 11:57 AM |
| **To:** | Draycott, Justin (CIV) |
| **Cc:** | Norsetter, Claire (CIV); Hilary A Ramsey |
| **Subject:** | Re: Depo dates for D. Chang. |

Thanks, Justin.

Regarding Mr. Thompson and the 30(b)(6) topic on how CMS interpreted AWP, we are waiting to receive the OGC opinions on AWP (see Cook and Lavine email correspondence on this) before conducting that deposition.  I think you would want to have Mr. Thompson review those opinions -- or learn about any oral advice given on the question -- before we take the deposition.

|  |  |  |
|---|---|---|
| "Draycott, Justin (CIV)" <Justin.Draycott@ usdoj.gov> | | To |
| | "David S. Torborg" <dstorborg@JonesDay.com>, "Hilary A Ramsey" <haramsey@JonesDay.com> | |
| 03/11/2009 11:12 AM | | cc |
| | "Norsetter, Claire (CIV)" <Claire.Norsetter@usdoj.gov> | |
| | | Subject |
| | Depo dates for D. Chang. | |

Ms. Chang advised that she's available on April 3, 15 and 17 (but would need to start at 10 am on Apr. 3).

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========