**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The City of New York, et al.*<br>*v.*<br>*Abbott Laboratories, et al.* | ) MDL NO. 1456<br>) Civil Action No. 01-12257-PBS<br>) Subcategory Case No. 03-10643<br>)<br>) Judge Patti B. Saris<br>)<br>) Magistrate Judge Bowler<br>) |

**PLAINTIFFS' CONSENTED-TO MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL DISCOVERY FROM DEFENDANT MERCK & CO., INC.**

Pursuant to Local Rule 7.1(B)(3), plaintiffs, the City of New York and New York Counties in MDL 1456, hereby respectfully move for leave to file a reply in further support of plaintiffs' Motion to Compel Discovery from Defendant Merck & Co., Inc. (hereinafter referred to as "Merck") by October 16, 2009. In support of this motion, plaintiffs state the following:

1. On September 4, 2009, plaintiffs filed their Motion to Compel Discovery from Defendant Merck. *See* Docket. No. 6487; Sub-docket. No. 158.

2. Pursuant to L.R. 37, defendant Merck's response was due within 14 days thereafter, September 28, 2009.

3. On September 17, 2009, defendant Merck filed an Unopposed Motion for Enlargement of Time to respond by October 5, 2009. *See* Docket. No. 6509; Sub-docket. No. 165.

4. On October 5, 2009, defendant Merck filed its Opposition to Plaintiffs' Motion to Compel Discovery from Defendant Merck. *See* Docket. No. 6572; Sub-docket. No. 178.

5. Defendant Merck has consented to Plaintiffs' Motion for Leave to File a Reply in Further

Support of Plaintiffs' Motion to Compel Discovery from Defendant Merck by October 16, 2009.

For the foregoing reasons, plaintiffs respectfully request that this motion be granted. A proposed order is attached hereto.

Dated: October 7, 2009

                Respectfully submitted,

                **City of New York and New York Counties in MDL 1456 except Nassau and Orange, by**

                **KIRBY McINERNEY, LLP**
                825 Third Avenue
                New York, New York 10022
                (212) 371-6600

By:  /s/ Joanne M. Cicala_____
       Joanne M. Cicala
       Kathryn B. Allen

       Ross B. Brooks, Esq.
       MILBERG LLP
       One Pennsylvania Plaza
       New York, NY 10119
       (212) 594-5300
       *Special Counsel for the County of Nassau*

       Theresa A. Vitello, Esq.
       LEVY PHILLIPS &
       KONIGSBERG, LLP
       800 Third Avenue
       New York, NY 10022
       (212) 605-6205
       *Counsel for the County of Orange*

**Certification Pursuant to Local Rule 7.1**

The undersigned counsel certifies pursuant to Local Rule 7.1(a)(2) that she conferred with counsel for defendant and counsel for defendant has consented to the filing of this motion.

Dated: October 7, 2009                /s/ Joanne M. Cicala
                                                  Joanne M. Cicala

## CERTIFICATE OF SERVICE

I, Kathryn Allen, hereby certify that on the 7th day of October, 2009, I caused a true and correct copy of the above Consented-To Motion for Leave to File Reply in Support of Plaintiffs' Motion to Compel Discovery from Defendant Merck & Co., Inc., to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated: October 7, 2009

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600

UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) MDL NO. 1456 ) Civil Action No. 01-12257-PBS ) Subcategory Case No. 03-10643 |
| THIS DOCUMENT RELATES TO: | ) ) Judge Patti B. Saris |
| *The City of New York, et al.* | ) ) Magistrate Judge Bowler |
| *v.* | ) |
| *Abbott Laboratories, et al.* | ) ) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' CONSENTED-TO MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF MOTION TO COMPEL DISCOVERY FROM DEFENDANT MERCK & CO., INC.**

IT IS HEREBY ORDERED THAT the City of New York and New York Counties shall be granted leave to file their Reply in Further Support of Plaintiffs' Motion to Compel Discovery from Defendant Merck & Co., Inc., by October 16, 2009.

Dated: October ___, 2009

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Marianne B. Bowler
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge