UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: PHARMACEUTICAL INDUSTRY ) <br> AVERAGE WHOLESALE PRICE ) <br> LITIGATION ) <br> _____ ) <br> ) <br> **THIS DOCUMENT RELATES TO:** ) <br> *United States of America ex rel. Ven-a-Care of* ) <br> *The Florida Keys, Inc., v. Abbott Laboratories,* ) <br> *Inc.,* ) <br> CIVIL ACTION NO. 06-11337-PBS ) | MDL No. 1456 <br> Civil Action No. 01-12257-PBS <br> Subcategory No. 06-11337 <br><br> Judge Patti Saris <br> Magistrate Judge Marianne Bowler <br> ***DRAFT - Oct. 6, 2009 - 1:30 p.m.*** |

*[Proposed]*
  **ORDER**

Upon consideration of the Motion by the United States to Quash Out-of-Time Deposition Notices Served by Abbott Laboratories or, in the Alternative, for a Protective Order, it is hereby ORDERED by the COURT that the foregoing motion is

GRANTED, and it is further

ORDERED that the deponents named or called for in the deposition notices served by Abbott Laboratories on September 30, 2009 in the above-captioned action shall not be required to appear for deposition.


Date: _____                              _____
                                              United States District Court