# EXHIBIT C

## Draycott, Justin (CIV)

**From:** Draycott, Justin (CIV)
**Sent:** Monday, February 23, 2009 3:57 PM
**To:** David S. Torborg; Hilary A Ramsey
**Subject:** Dep dates for D. Thompson

```
as R. 30b6 designee
Week of March 9 - open except for the 11th.  March 17th is also open.

I'll get back to you later this week on the specs that Don will cover.
(I'll be on travel through Thursday morning)
```

Draycott, Justin (CIV)

10/6/2009