# EXHIBIT G

## Draycott, Justin (CIV)

| | |
|---|---|
| **From:** | David S. Torborg [dstorborg@JonesDay.com] |
| **Sent:** | Friday, August 14, 2009 9:32 AM |
| **To:** | Draycott, Justin (CIV) |
| **Subject:** | Outstanding depositions |
| **Attachments:** | 09-07-13 Torborg Ltr re Outstanding Depositions.pdf |



09-07-13 Torborg
  Ltr re Outsta...

Justin,

Attached is a copy of the July 13 letter I sent you asking for dates and witness names with respect to the 30(b)(6) depositions ordered by the Court, as well as the outstanding DPP lines of questioning and the Ira Burney deposition. I understand that we all are busy on briefing various motions and that we must adjust our deposition schedule accordingly. Still, we really need to get these depositions on the calendar so that they can be completed in the next two months. At the very latest, we need to complete these depositions at least a week before the summary judgment hearing scheduled for October 20th.

Thanks,
- David


(See attached file: 09-07-13 Torborg Ltr re Outstanding Depositions.pdf)

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.
If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========