# EXHIBIT 1

# Kinsella Media
# AWP Track II
# Supplemental Notice Options - Updated TV Reach
## October 2, 2009

## Paid Media Program Elements

### Target Audience

The published notice program will be measured against the following MRI targets:

- Adults 35 years of age or older (Adults 35+)
- Adults 18 years of age or older (Adults 18+)

### Media Components

#### Internet

24/7 is a network of web sites that delivers impressions to hundreds of specific interest web site channels such as health, travel and women's Interests. The banner ads on the network are used to reach a large percentage of the target audience. Impressions bought on the 24/7 Network will be targeted to Adults 35+.

| Name | Unit | Size | Time Frame | Impressions |
|---|---|---|---|---|
| 24/7 Network | Banners | 728x90 | 6 Weeks | 261,000,000 |

#### Television*

Television has the ability to reach a wide number of target audience members with an immediate and intrusive message. The combination of audio and visual message delivery increases the message impact. Viewers can quickly ascertain if the message is important and if so, decide to respond. Cable television offers the opportunity to direct the message at a more targeted, niche audience by placing spots in programming that is relevant to the advertising message. Network television allows the message to reach a wide spectrum of potential class members.

| Name | Unit | Time Frame | Estimated Units |
|---|---|---|---|
| Cable & Network | :30 Spot | 2 Weeks | 60 |

### Paid Media Program Delivery

| Target | Estimated Reach | Estimated Frequency |
|---|---|---|
| Adults 35+ | 55.11% | 3.83 |
| Adults 18+ | 42.66% | 3.53 |