# EXHIBIT 2

**AWP II – Supplemental Notice**
**Television Spot Script**



If you paid cash or made percentage co-payments for certain prescription drugs, you could get money back from a class action settlement. A percentage co-payment varies with the price of the drug.

**New Words on Screen:**
**If you paid cash or made percentage co-payments for certain drugs, you could get money back.**



Hundreds of drugs for a wide range of conditions such as asthma and cancer are included. Often these drugs are injected in a doctor's office or clinic.



For the list of drugs and claim-filing information, call 877-465-8136 or visit AWPTrack2Settlement.com.