# EXHIBIT 3

## If You Paid Cash for Certain Drugs
### (or Made a Percentage Co-Payment)

**Between January 1, 1991
And March 1, 2008**

## You May Be Entitled to Money Back