# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **In re:  PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION** ) ) ) ) | **MDL No. 1456**<br>**Master File No. 01-12257-PBS**<br>**Subcategory Case No. 06-11337** |
| ) | **Hon. Patti B. Saris** |
| **THIS DOCUMENT RELATES TO:** ) ) | |
| *State of California ex rel. Ven-A-Care of the Florida Keys, Inc. v. Abbott Labs, Inc. et al.,* ) ) ) Civil Action No. 03-11226-PBS ) | |

## DEFENDANTS UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY BRIEF IN FURTHER SUPPORT OF THEIR MOTION FOR AN ORDER GRANTING LEAVE TO TAKE DEPOSITION OUT OF TIME

Pursuant to Rule 7.1(b)(3) of the Local Rules for the District of Massachusetts, Defendants Dey, Inc. Dey, L.P., Mylan Inc., and Mylan Pharmaceuticals Inc., on behalf of all defendants in this action (collectively, "Defendants"), seek leave of Court to file a Reply Memorandum of Law in Further Support of Defendants' Motion for an Order Granting Leave to Take Deposition Out of Time.  Counsel for plaintiff the State of California have indicated that California does not oppose Defendants' request to file a reply memorandum of law.  Defendants' proposed Reply Brief is annexed hereto as Exhibit 1.

Respectfully Submitted,

 /s/Philip D. Robben
   Philip D. Robben (*pro hac vice*)
   Brendan Cyr (*pro hac vice*)
KELLEY DRYE & WARREN LLP
101 Park Avenue
New York, New York 10178
Telephone:  (212) 808-7800

*Attorneys for Defendants Dey, Inc., Dey, L.P., Mylan Inc. and Mylan Pharmaceuticals Inc.*

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that my associate, Brendan Cyr, conferred with Nicholas Paul, Esq., counsel for the State of California, on October 7, 2009, and certify that Mr. Paul has indicated to Mr. Cyr that California will not oppose Defendants' request to file a reply memorandum of law.

Dated:  October 7, 2009

 /s/ Philip Robben 
Philip Robben

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on October 7, 2009, a copy to LexisNexis File & Serve for posting and notification to all parties.

 /s/ Philip Robben 
Philip Robben