# EXHIBIT E



**U.S. Department of Justice**

Civil Division, Fraud Section

---

*601 D Street, NW*  
*Washington, D.C. 20004*

*Telephone: (202) 305-3326*  
*Telecopier: (202) 616-3085*

<u>*Via Courier or Over-night Delivery*</u>

February 12, 2009

David Torborg  
Jones Day  
51 Louisiana Ave., N.W.  
Washington, DC 20001-2113

Eric Gortner  
Kirkland & Ellis  
200 East Randolph Drive  
Chicago, Illinois 60601-6636

Neil Merkl  
Kelley Drye & Warren, LLP  
101 Park Avenue  
New York, NY 10178

    Re:    Average Wholesale Price Multi-District Litigation  
           <u>MDL No. 1456/C.A. No. 01-12257-PBS (D. Mass.)</u>

Dear Counsel:

    Enclosed please find material originating from the Office of Legislation, CMS.

    Thank you for your attention.

                             Very Truly Yours,

                                    /s/  
                             Claire Norsetter  
                         Paralegal Specialist  
                   Commercial Litigation Branch

Enclosures  
cc: George B. Henderson