# EXHIBIT G



**U.S. Department of Justice**

Civil Division, Fraud Section

---

*601 D Street, NW*                                     *Telephone:  (202) 305-9300*
*Washington, D.C. 20004*                           *Telecopier:  (202) 616-3085*

<u>*Via Courier or Over-night Delivery*</u>              March 25, 2009

David Torborg                                      Eric Gortner
Jones Day                                           Kirkland & Ellis
51 Louisiana Ave., N.W.                        200 East Randolph Drive
Washington, DC 20001-2113             Chicago, Illinois 60601-6636

Neil Merkl
Kelley Drye & Warren, LLP
101 Park Avenue
New York, NY 10178

       Re:      Average Wholesale Price Multi-District Litigation
                 <u>MDL No. 1456/C.A. No. 01-12257-PBS (D. Mass.)</u>

Dear Counsel:

       Enclosed please find four compact discs, labeled HHD337 through HHD340, containing additional material from the Office of Legislation, CMS.  The location of any text that has been redacted based on the deliberative process privilege has been identified by the use of a "redacted" legend.

       Thank you for your attention.

                          Very Truly Yours,

                                /s/
                            Justin Draycott
                            Trial Attorney
                      Commercial Litigation Branch

Enclosures
cc:     Jim Breen
        George B. Henderson