# **EXHIBIT K**



"Draycott, Justin (CIV)" <Justin.Draycott@usdoj.gov>

02/18/2009 01:30 PM

To "David S. Torborg" <dstorborg@JonesDay.com>
cc
bcc
Subject RE: HHD945-0456-0458 and HHD971-0621-0624

History: 🗳 This message has been forwarded.

David, sorry for the delay in getting back to you.  We've been unable to locate a version of 0456 that doesn't have the text cut-off at the bottom.  In other words, the original from which the image was made had the text cut off - it didn't happen when the imaging was done.

Also, I haven't lost sight of need to get you depo dates - still waiting on CMS OGC.

- J.


-----Original Message-----
From: David S. Torborg [mailto:dstorborg@JonesDay.com]
Sent: Monday, February 02, 2009 10:11 AM
To: Draycott, Justin (CIV)
Subject: RE: HHD945-0456-0458 and HHD971-0621-0624

Justin,

Can you please provide an update on 945-0456?  Thanks very much.


| | | |
|---|---|---|
| To | "Draycott, Justin (CIV)" <Justin.Draycott@usdoj.gov> | "David S. Torborg" <dstorborg@JonesDay.com> |
| cc | 01/05/2009 12:16 PM | |
| Subject | | RE: HHD945-0456-0458 and HHD971-0621-0624 |

David, we haven't forgotten about this request.
So far we haven't been able to locate a version of 945-0456 that has
more text than the one already produced - but we're still looking.
Here's another version of 971-0621 - let me know if this one works for
you.

Justin

-----Original Message-----
From: David S. Torborg [mailto:dstorborg@JonesDay.com]
Sent: Tuesday, November 25, 2008 1:20 PM
To: Draycott, Justin (CIV)
Subject: HHD945-0456-0458 and HHD971-0621-0624


Justin,

I need to get better copies of the above-referenced documents.  On the
first document, the handwritten notation at the bottom of 0456 is cut
off.

The second document are illegible handwritten notes.  It'll be difficult
to read in any event, but a better copy would no doubt help.

Would you mind attending to these at your earliest convenience?

Thanks,
-Dave

==========
This e-mail (including any attachments) may contain information that is
private, confidential, or protected by attorney-client or other
privilege.
If you received this e-mail in error, please delete it from your system
without copying it and notify sender by reply e-mail, so that our
records can be corrected.
==========


[attachment "HHD971 0621.pdf" deleted by David S. Torborg/JonesDay]


==========
This e-mail (including any attachments) may contain information that is
private, confidential, or protected by attorney-client or other
privilege.
If you received this e-mail in error, please delete it from your system
without copying it and notify sender by reply e-mail, so that our
records can be corrected.
==========