# EXHIBIT S



**David S. Torborg/JonesDay**
Extension 4-5562
09/02/2009 01:40 PM

To "Draycott, Justin (CIV)" <Justin.Draycott@usdoj.gov>
cc "Hilary A Ramsey" <haramsey@JonesDay.com>, "Krause, Kathy (CIV)" <Kathy.Krause@usdoj.gov>
bcc
Subject Re:

Justin,

Did you attend the May 26, 2009 teleconference that was held between counsel for Abbott, Dey, Roxane and the Government before the May 28, 2009 hearing? The topic of these outstanding depositions was discussed during that call. I know that Bunker and Ann attended (as did myself, Chris, and Jim Daly for Abbott), but I do not know if you attended. If you did not, I recommend that you round up with Bunker and Ann regarding what was discussed.

Thanks,
- Dave

"Draycott, Justin (CIV)" <Justin.Draycott@usdoj.gov>



"Draycott, Justin (CIV)"
<Justin.Draycott@usdoj.gov>

08/31/2009 04:29 PM

To "David S. Torborg" <dstorborg@JonesDay.com>, "Hilary A Ramsey" <haramsey@JonesDay.com>
cc "Krause, Kathy (CIV)" <Kathy.Krause@usdoj.gov>
Subject

please see attached.[attachment "Torborg46Aug31-09.pdf" deleted by David S. Torborg/JonesDay]

==========
This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.
==========