THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456<br>Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO:<br><br>*City of New York et al. v. Abbott Laboratories, et al.*, Civ. Action No. 04-cv-06054, *et al.* | Judge Patti B. Saris |

## NOTICE OF CHANGE OF ADDRESS
## FOR HOGAN & HARTSON LLP

PLEASE TAKE NOTICE that, effective October 12, 2009, the address and facsimile number of the Baltimore office of Hogan & Hartson LLP, counsel for Defendant Amgen Inc., changed as follows:

> Hogan & Hartson LLP
> 100 International Drive, Suite 2000
> Baltimore, Maryland 21202
>
> Facsimile: 410-659-2701

All telephone numbers and email addresses will remain the same.

Dated: October 14, 2009

Respectfully submitted,

/s/ Jennifer A. Walker
Steven F. Barley
Joseph H. Young
Jennifer A. Walker
Hogan & Hartson LLP
Hogan & Hartson LLP
100 International Drive, Suite 2000
Baltimore, Maryland 21202
Tel.: (410) 659-2700
Fax: (410) 659-2701

*Counsel for Defendant Amgen Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2009, I caused a true and correct copy of the foregoing Notice of Change of Address for Hogan & Hartson LLP to be served on all counsel of record in accordance with the Court's Case Management Order No. 2.


/s/ Laurice Y. Chen