| | |
|---|---|
| IN RE: PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No. 1456 Civil Action No. 01-12257-PBS |
| THIS DOCUMENT RELATES TO: *State of Iowa v. Abbott Laboratories, et al.,* Case No. 07-12141 | Judge Patti B. Saris |

**NOTICE OF CHANGE OF ADDRESS
FOR HOGAN & HARTSON LLP**

PLEASE TAKE NOTICE that, effective October 12, 2009, the address and facsimile

number of the Baltimore office of Hogan & Hartson LLP, counsel for Defendant Amgen Inc.,

changed as follows:

> Hogan & Hartson LLP
> 100 International Drive, Suite 2000
> Baltimore, Maryland 21202
>
> Facsimile: 410-659-2701

All telephone numbers and email addresses will remain the same.

Dated: October 14, 2009

> Respectfully submitted,
>
> /s/ Jennifer A. Walker
> Steven F. Barley
> Joseph H. Young
> Jennifer A. Walker
> Hogan & Hartson LLP
> Hogan & Hartson LLP
> 100 International Drive, Suite 2000
> Baltimore, Maryland 21202
> Tel.: (410) 659-2700
> Fax: (410) 659-2701
>
> *Counsel for Defendant Amgen Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2009, I caused a true and correct copy of the foregoing Notice of Change of Address for Hogan & Hartson LLP to be served on all counsel of record in accordance with the Court's Case Management Order No. 2.


/s/ Laurice Y. Chen