UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL. No. 1456 |
| THIS DOCUMENT RELATES TO:<br><br>TRACK 2 SETTLEMENT | CIVIL ACTION: 01-CV-12257-PBS<br><br>Judge Patti B. Saris |

[~~PROPOSED~~] ORDER REGARDING CLASS PLAINTIFFS' MOTION FOR APPROVAL OF FORM AND MANNER OF NOTICE TO CASH PAYING CONSUMERS IN CLASS 3, APPROVAL OF CONSUMER CLAIMS SCHEDULE, AND TO RESCHEDULE DATE FOR FINAL APPROVAL OF THE TRACK TWO SETTLEMENT

The Court, having considered Class Plaintiffs' Motion for Approval of Form and Manner of Notice to Cash Paying Consumers in Class 3, Approval of Consumer Claim Schedule, and to Reschedule date for Final Approval of the Track Two Settlement ("Plaintiffs' Motion"), hereby orders the following:

1. The manner of notice to cash payors as outlined in Exhibit 1 to Plaintiffs' Motion is hereby approved;

2. The form of notice to cash payors as outlined in Exhibits 2 and 3 to Plaintiffs' Motion is hereby approved;

3. The schedule requested in Plaintiffs' Motion, as set forth below, is hereby approved and shall be made available on the Track Two Settlement website within 3 business days of the entry of this Order;

| Event | Revised Date |
|---|---|
| Filing of Materials in Support of Final Approval including Attorneys Fees | December 1, 2009 |
| Filing of Request for Exclusion | Postmarked by December 15, 2009 |
| Filing of Notice of Intention to Appear at Fairness Hearing Stating Reasons for Opposition to Proposed Settlement Filed | December 15, 2009 |
| Responses to Opposition to Proposed Settlement Filed | January 4, 2010 |
| Final Approval Hearing | FEB. 3, 2010 AT 2:00 PM |
| Filing of Claim (Consumer Class Members Only) | February 1, 2010 |

The Court's continuance of the final approval hearing and the establishment of deadlines set forth above shall not extend TPP Settlement Class Members' deadlines to opt-out of the Track Two Settlement and Release, or to file claims. The Court's January 7, 2009 Order Revising Certain Dates Related to the Track Two Settlement set March 16, 2009 as the deadline for TPP Settlement Class Members' to opt-out of the Track Two Settlement. Any TPP who did not opt-out of the Track Two Settlement on or before March 16, 2009 are TPP Settlement Class Members whose claims will be released by the Track Two Settlement and Release.

Dated: 10/13/09

Patti B. Saris
United States District Judge