# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) |
| THIS DOCUMENT RELATES TO:<br><br>  *The City of New York, et al.*<br>*v.*<br>  *Abbott Laboratories, et al.* | ) ) ) ) ) ) ) ) ) |

MDL NO. 1456
Civil Action No. 01-12257-PBS
Subcategory Case No. 03-10643

Judge Patti B. Saris

Magistrate Judge Bowler

## PLAINTIFFS' REVISED CONSENTED-TO MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT MERCK & CO., INC.

Pursuant to Local Rule 7.1(B)(3), plaintiffs, the City of New York and New York Counties, hereby file this revised motion for leave to file a reply in further support of plaintiffs' Motion to Compel Discovery from Defendant Merck & Co., Inc. (hereinafter referred to as "Merck") so that plaintiffs' reply will be due October 23, 2009 rather than October 16, 2009. In support of this motion, plaintiffs state the following:

1. On September 4, 2009, plaintiffs filed their Motion to Compel Discovery from Defendant Merck. *See* Docket. No. 6487; Sub-docket. No. 158.

2. Pursuant to L.R. 37, defendant Merck's response was due within 14 days thereafter, September 28, 2009.

3. On September 17, 2009, defendant Merck filed an Unopposed Motion for Enlargement of Time to respond by October 5, 2009. *See* Docket. No. 6509; Sub-docket. No. 165.

4. On October 5, 2009, defendant Merck filed its Opposition to Plaintiffs' Motion to Compel Discovery from Defendant Merck. *See* Docket. No. 6572; Sub-docket. No. 178.

5.   Defendant Merck consented to Plaintiffs' Motion for Leave to File a Reply in Further Support of Plaintiffs' Motion to Compel Discovery from Defendant Merck by October 16, 2009.

6.   On October 7, 2009, plaintiffs filed their Consented-To Motion for Leave to File Reply in Further Support of Plaintiffs' Motion to Compel Discovery from Defendant Merck & Co., Inc. *See* Docket No. 6578, Sub-docket No. 171.

7.   On October 14, 2009, Merck consented to plaintiffs' request for a one-week extension to file their reply by October 23, 2009, rather than October 16, 2009.

For the foregoing reasons, plaintiffs respectfully request that this motion be granted.  A proposed order is attached hereto.

Dated:  October 16, 2009

Respectfully submitted,

**City of New York and New York Counties in MDL 1456 except Nassau and Orange, by**

**KIRBY McINERNEY, LLP**
825 Third Avenue
New York, New York 10022
(212) 371-6600

By:   /s/ Joanne M. Cicala_____
      Joanne M. Cicala
      Kathryn B. Allen

      Ross B. Brooks, Esq.
      MILBERG LLP
      One Pennsylvania Plaza
      New York, NY  10119
      (212) 594-5300
      *Special Counsel for the County of Nassau*

      Theresa A. Vitello, Esq.
      LEVY PHILLIPS &
      KONIGSBERG, LLP
      800 Third Avenue
      New York, NY  10022
      (212) 605-6205
      *Counsel for the County of Orange*

2

## Certification Pursuant to Local Rule 7.1

The undersigned counsel certifies pursuant to Local Rule 7.1(a)(2) that she conferred with counsel for defendant and counsel for defendant has consented to the filing of this motion.

Dated:  October 16, 2009

/s/ Joanne M. Cicala
Joanne M. Cicala

## CERTIFICATE OF SERVICE

I, Kathryn Allen, hereby certify that on the 16th day of October, 2009, I caused a true and correct copy of the above Revised Consented-To Motion for Leave to File Reply in Support of Plaintiffs' Motion to Compel Discovery from Defendant Merck & Co., Inc., to be delivered to counsel of record for defendants by electronic service pursuant to Case Management Order No. 2 entered by the Honorable Patti B. Saris in MDL No. 1456.

Dated:  October 16, 2009

/s/ Kathryn B. Allen
Kathryn B. Allen
Kirby McInerney LLP
825 Third Avenue
New York, NY 10022
(212) 371-6600

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | ) ) ) ) MDL NO. 1456<br>Civil Action No. 01-12257-PBS<br>Subcategory Case No. 03-10643 |
| THIS DOCUMENT RELATES TO:<br><br>   *The City of New York, et al.*<br>*v.*<br>   *Abbott Laboratories, et al.* | ) ) ) ) ) ) ) ) ) Judge Patti B. Saris<br><br>Magistrate Judge Bowler |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' REVISED CONSENTED-TO MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT MERCK & CO., INC.

IT IS HEREBY ORDERED THAT the City of New York and New York Counties shall be granted leave to file their Reply in Further Support of Plaintiffs' Motion to Compel Discovery from Defendant Merck & Co., Inc., by October 23, 2009.

Dated: October ___, 2009

                                          _____
                                          Hon. Marianne B. Bowler
                                          United States Magistrate Judge