# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE PHARMACEUTICAL INDUSTRY AVERAGE WHOLESALE PRICE LITIGATION | MDL No.1456 <br><br> Master File No. 01-CV-12257-PBS <br> Subcategory No. 06-CV-11337-PBS <br><br> Judge Patti B. Saris |
| THIS DOCUMENT RELATES TO: <br> *U.S. of America ex rel. Ven-A-Care of the Florida Keys, Inc., et al. v. Boehringer Ingelheim Corporation, et al.*, <br> Civil Action No. 07-10248-PBS | Magistrate Judge Marianne B. Bowler |

### THE ROXANE DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR MOTION FOR A FINDING OF SPOLIATION OF EVIDENCE AND FOR SANCTIONS

Defendants Boehringer Ingelheim Roxane, Inc., Roxane Laboratories, Inc., Boehringer Ingelheim Corp., and Boehringer Ingelheim Pharmaceuticals, Inc. (collectively "Defendants") respectfully move the Court for leave to file a reply in support of their Motion for a Finding of Spoliation of Evidence and for Sanctions (Dkt. No. 6254). Defendants believe a reply memorandum, in response to the United States' Opposition to Defendants' Motion for a Finding of Spoliation and for Sanctions (Dkt. No. 6388), will assist in defining the issues requiring the Court's resolution. The United States does not oppose Defendants' request. A copy of the proposed brief is attached as Exhibit 1.

Dated: October 16, 2009

Respectfully submitted,

/s/   Eric T. Gortner
Helen E. Witt, P.C.
Anne M. Sidrys, P.C.
Eric T. Gortner
John W. Reale
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL  60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
*Counsel for Defendants
Boehringer Ingelheim Corp.,
Boehringer Ingelheim Pharmaceuticals, Inc.,
Boehringer Ingelheim Roxane, Inc., and
Roxane Laboratories, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was delivered to all counsel of record by electronic service pursuant to Paragraph 11 of Case Management Order No. 2, by sending on October 16, 2009, a copy to LexisNexis File and Serve for posting and notification to all parties.

/s/ Eric T. Gortner
Eric T. Gortner